# EXHIBIT 38

Seiden, Gregory  5/16/2006  9:05:00 AM

**1**

```
1           UNITED STATES DISTRICT COURT
2           NORTHERN DISTRICT OF CALIFORNIA
3                        - - -
4    In re ORACLE CORPORATION   )
     SECURITIES LITIGATION,     )
5                               )
                                ) No. C-01-0988-MJJ
6    This Document Relates To: )
                                )
7    ALL ACTIONS.          )
     _____)
8
9
10
11          VIDEOTAPED DEPOSITION OF
12              GREGORY SEIDEN
13          SAN FRANCISCO, CALIFORNIA
14                May 16, 2006
15
16
17
18
19
20          SHEILA CHASE & ASSOCIATES
                REPORTING FOR:
21          LiveNote World Service
            221 Main Street, Suite 1250
22          San Francisco, California 94105
            Phone: (415) 321-2311
            Fax: (415) 321-2301
23
24   REPORTED BY:
25   RICHARD M. RAKER, CSR NO. 3445
```

**2**

```
1         BE IT REMEMBERED that, pursuant to Notice,
2    and on May 16, 2006, thereof, at Lerach Coughlin
3    Stoia Geller Rudman & Robbins, LLP, 100 Pine Street,
4    San Francisco, California, 94111 before me, RICHARD
5    M. RAKER, a Certified Shorthand Reporter, personally
6    appeared
7              GREGORY SEIDEN,
8    called as a witness by the Plaintiffs for, who,
9    having been duly sworn, was examined and testified as
10   follows:
11              --oOo--
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**3**

```
1              A P P E A R A N C E S
2
3    FOR THE PLAINTIFFS:
4        LERACH COUGLIN STOIA GELLER
         RUDMAN & ROBBINS LLP
5        BY:  JENNIE LEE ANDERSON, ESQ.
         100 Pine Street
6        Suite 2600
         San Francisco, California 94111
7        (415) 288-4545
         jenniea@lerachlaw.com
8
9    FOR THE DEFENDANTS:
10       LATHAM & WATKINS
         BY:  PATRICK E. GIBBS, ESQ.
11       140 Scott Drive
         Menlo Park, California 94025
12       (650) 328-4600
         patrick_gibbs@lw.com
13   ALSO PRESENT:  STUART PETTIGREW, VIDEO OPERATOR
14
15
16
17
18
19
20
21
22
23
24
25
```

**4**

```
1                 I N D E X
2    WITNESS          GREGORY SEIDEN
3    EXAMINATION                    PAGE
4        BY MS. ANDERSON              6
5
6
7    EXHIBITS:
8              PLAINTIFF'S
9    NUMBER        DESCRIPTION        PAGE
10   Exhibit 1- Bates stamped NDCA-ORCL028625    74
11   Exhibit 2- Bates stamped NDCA-ORCL012424    77
12   Exhibit 3- Bates stamped NDCA-ORCL053973   169
13   Exhibit 4- Bates stamped NDCA-ORCL221216   171
14   Exhibit 5- Bates stamped NDCA-ORCL148320   178
15   Exhibit 6- Bates stamped NDCA-ORCL052479   185
16   Exhibit 7- Bates stamped NDCA-ORCL052495   188
17   Exhibit 8- Bates stamped NDCA-ORCL052843   191
18   Exhibit 9- Bates stamped NDCA-ORCL012384   194
19   Exhibit 10- Bates stamped NDCA-ORCL057465  200
20   Exhibit 11- Bates stamped NDCA-ORCL053030  206
21   Exhibit 12- Bates stamped NDCA-ORCL121632  212
22   Exhibit 13- Bates stamped NDCA-ORCL058328  220
23   Exhibit 14- Bates stamped NDCA-ORCL052543  234
24
25
```

5

```
1              MORNING SESSION
2
3          THE VIDEO OPERATOR:  Here begins the
4   videotape deposition of Greg Seiden, Tape 1,
5   Volume I, in the matter of the Oracle Securities
6   Litigation, in the United States District Court,
7   Northern District of California, Case No.
8   C-01-0988-MJJ.
9          Today's date is May 16, 2006, and the
10  time on the video monitor is 9:05 a.m.  The video
11  operator today is Stuart Pettigrew representing
12  LiveNote World Service located at 221 Main Street,
13  Suite 1250, in San Francisco, California 94105.
14  Phone is (415) 321-2300.
15         The court reporter is Richard Raker of
16  Sheila Chase Court Reporters, also reporting on
17  behalf of LiveNote.  Today's deposition is being
18  taken on behalf of the plaintiff and is taking
19  place at 100 Pine Street, Suite 2600,
20  San Francisco, California.
21         Counsels please identify yourselves
22  and state whom you represent.
23         MS. ANDERSON:  Jennie Lee Anderson of
24  Lerach Coughlin Stoia Geller Rudman & Robbins on
25  behalf of plaintiffs.
```

6

```
1          MR. GIBBS:  Patrick Gibbs from Latham
2   & Watkins on behalf of defendants and the witness.
3          MR. MORGAN:  Rees Morgan of Latham &
4   Watkins on behalf of defendants and the witness.
5          THE VIDEO OPERATOR:  Thank you.
6          Would the court reporter please swear
7   in the witness.
8
9          GREGORY SEIDEN,
10  having first been duly sworn, was
11  examined and testified as follows:
12
13             EXAMINATION
14
15  BY MS. ANDERSON:
16     Q.   Good morning.
17     A.   Good morning.
18     Q.   As I mentioned, my name is Jennie
19  Anderson, and I represent the plaintiffs in this
20  matter.  I'm going to start the deposition just with
21  some sort of housecleaning tips.
22         If you could state your full name for
23  the record, please.
24     A.   My name is Greg Seiden.  Gregory David
25  Seiden.
```

7

```
1      Q.   Thank you.
2          And please state your current address
3   for the record.
4      A.   1215 U Street, San Mateo.
5      Q.   And how long have you lived at that
6   address?
7      A.   I have lived at that address for nine
8   years.
9      Q.   What is your current business address?
10     A.   500 Oracle Parkway, Redwood Shores,
11  California.
12     Q.   Thank you.
13         Mr. Seiden, have you had your
14  deposition taken before?
15     A.   No.
16     Q.   I'm going to go over some ground rules
17  just at the outset here.  I'm going to be asking you
18  a series of questions.  The court reporter will be
19  taking down everything that's said here, so the
20  responses need to be verbal.
21         Even though we have a video monitor,
22  it's important for the record that the court
23  reporter be able to understand all of your
24  responses and record those appropriately.  So
25  please try to avoid nods of the head, hand
```

8

```
1   gestures, and that type of thing.
2          If you don't understand any of my
3   questions, please let me know, and I'll try to
4   rephrase it or clarify my question.  If you don't
5   indicate that you don't understand, I'll assume
6   that you did understand the question and expect an
7   answer.  Is that fair?
8      A.   Fair.
9      Q.   Great.  And during the course of the
10  deposition, your counsel may make objections, and you
11  still must answer the question unless your counsel
12  specifically instructs you not to answer.  Do you
13  understand that?
14     A.   I understand.
15     Q.   If at any time you need a break, just
16  let me know, but I do ask that you answer any pending
17  questions before we go off the record.
18         Is there any reason you can't give
19  full and complete testimony today that you know of?
20     A.   No.
21     Q.   Are you on any kind of medication that
22  would prevent you from giving full and complete
23  testimony?
24     A.   No.
25     Q.   And do you suffer from any kind of
```

9

1 medical condition that might prevent you from giving
2 full and complete testimony?
3      A.   No.
4      Q.   Okay.  Great.  And last matter is,
5 sometimes you may anticipate my question, but please
6 let me finish the question before you start your
7 answer, and I'll try to allow you to complete your
8 answer before moving on to any follow-up questions.
9 Is that fair?
10      A.   Fair.
11      Q.   Great.  Have you ever testified in
12 court?
13      A.   Yes.
14      Q.   When did you testify in court?
15      A.   That would have been -- it was in
16 juvenile court in 19 -- I'd say 1983 maybe --
17      Q.   And --
18      A.   -- '84.
19      Q.   -- was that -- what type of case was
20 that?
21      A.   I was witness to an automobile
22 break-in.
23      Q.   And so you were called by the prosecutor
24 to give testimony with respect to what you saw?
25      A.   That's correct.

10

1      Q.   Any other instances where you testified
2 in court?
3      A.   No.
4      Q.   Mr. Seiden, do you know why you're here
5 today at this deposition?
6      A.   I was asked to give a deposition.
7      Q.   Okay.  Have you seen the complaint in
8 this case?
9      A.   I have not.
10      Q.   Do you have an understanding of the
11 allegations at issue in this case?
12      A.   I understand that it's a securities
13 lawsuit based on our -- fall in our stock price in
14 2001.
15      Q.   Are you familiar with any of the other
16 allegations in the complaint?
17      A.   I had the allegations read to me, and
18 I understand that they're statements made by Larry
19 Ellison.
20      Q.   And do you have an understanding of the
21 types of statements that are alleged to be false in
22 this action?
23      MR. GIBBS:  Let me just caution the
24 witness not to reveal the actual content of any
25 communications with counsel, but if you have a

11

1 recollection or understanding about the nature of
2 the statements at issue, you can give that to her.
3 Does that make sense?
4      THE WITNESS:  Yeah.  But could you
5 give me the question again?
6 BY MS. ANDERSON:
7      Q.   Sure.  I was -- you mentioned that you
8 understood this is about statements made by -- by
9 people at Oracle, including Larry Ellison, and I was
10 wondering if you had an understanding of what types
11 of statements are alleged in this case to have been
12 made and to have been false.
13      A.   That the Oracle E-Business Suite was
14 an integrated suite of applications.
15      Q.   Okay.  Anything else?
16      A.   No.
17      Q.   I'm going to back up a little bit and go
18 through some of your background.  So that will be the
19 easy part of the deposition.  Could you just briefly
20 describe your education after high school?
21      A.   I have a degree in electrical
22 engineering from Boston University and a master's
23 degree in engineering from Stanford University.
24      Q.   Okay.  And when did you get your
25 bachelor's degree?

12

1      A.   1980.
2      Q.   Okay.  And what about your graduate
3 degree?
4      A.   1982.
5      Q.   So did you work at all in between those
6 two jobs?  It sounds like maybe you went straight
7 through.
8      A.   Summer jobs, but not regular
9 full-time.
10      Q.   Okay.  And any other formal education
11 beyond your graduate work?
12      A.   No.
13      Q.   What about informal or continuing
14 education?
15      A.   Well, certainly on-the-job training.
16 Out of graduate school, I worked for Arthur
17 Andersen and went through their training program.
18      Q.   What type of training program was that?
19      A.   I was in the -- well, when I joined,
20 it was called the Management Consulting Division,
21 later became Andersen Consulting, it's now
22 Accenture, and that was training in large-system
23 development, project management, coding practices,
24 that sort of thing.
25      Q.   Okay.  What do you mean by "large-system

13

1   development"?
2        A.   The -- that particular division of
3   Arthur Andersen specialized in helping large
4   clients implement computer software systems,
5   management information systems.
6             When you would implement the
7   management information system, they could -- if --
8   the consulting involvement could be around defining
9   business practices, it could be doing the actual
10  software development, it could be implementing a
11  prepackage solution from an outside vendor.  My
12  specialty was large-system custom development.
13       Q.   Okay. Did you work at Arthur
14  Andersen -- was that your first job after getting
15  your master program?
16       A.   Yes.
17       Q.   And what was your title at Arthur
18  Andersen?
19       A.   There is a standard career path
20  through Andersen: staff, senior staff manager, and
21  then partner.  I left Arthur Andersen after eight
22  years as a senior manager.
23       Q.   And during your time at Arthur Andersen,
24  were you doing this consulting work that you
25  described earlier?

14

1        A.   Yes.
2        Q.   Was any of your work at Arthur Andersen
3   with Oracle products?
4        A.   No.
5        Q.   What types of products, if you recall,
6   were you working with there?
7        A.   I worked mostly on IBM systems.  So
8   IBM databases, IBM transaction monitors, large IBM
9   mainframes.  And there was a popular database
10  technology at the time from a company called
11  Cullinet who -- once relational databases came out,
12  Cullinet sort of went under.
13       Q.   And did you develop -- did you write any
14  code or any type of --
15       A.   Um-hmm.
16       Q.   What type of code were you writing
17  there?
18       A.   I would write mostly COBOL and job
19  control language when I was with Andersen.  Most --
20  that's what most of our clients were using.
21       Q.   And what percentage of your job was
22  writing code?
23       A.   For the first four or five years with
24  Andersen, I'd say the majority of my job involved
25  writing code.  As I progressed, I did more

15

1   supervision and definition.
2        Q.   What do you mean by "definition"?
3        A.   Providing the specifications, writing
4   down exactly what the code should do so that a
5   younger member of the staff or a less experienced
6   member of the staff could then write the actual
7   code.
8        Q.   And would you work with the client to
9   develop that definition?
10       A.   Yes.
11       Q.   Okay.  So after approximately eight
12  years at Arthur Andersen, that brings us up to
13  approximately 1990?
14       A.   Correct.
15       Q.   And then what did you do in 1990?
16       A.   1990 I came to work at Oracle.
17       Q.   Okay.  What was your first position at
18  Oracle?
19       A.   My title was manager of integration
20  testing.
21       Q.   And what is integration testing as it
22  related to your job?
23       A.   The development teams that would
24  actually write the code were responsible for
25  creating regression tests.  That's a test that

16

1   could be recorded and replayed without human
2   intervention, to allow us to retest the product to
3   make sure that no defects have been unknowingly
4   introduced and to make sure that the product runs
5   the same from one hardware platform and one
6   operating system to another.
7             So development teams would write these
8   tests, create them on the platform where they wrote
9   the software, and then we would take those tests
10  and rerun them on other platforms.  So they're
11  hardware operating systems.
12            My job was to define the standards for
13  those tests, what types of tests they were to
14  create, how they were to be executed, what they
15  were to be named, and then to collect those tests
16  and monitor the execution of those tests on other
17  platforms.
18       Q.   Okay.  When you say running the tests on
19  other platforms, can you explain that a little bit
20  more?
21       A.   Sure.  At that time, our development
22  platform was a sequence -- Sequent computer running
23  the Sequent operating system, but Oracle -- Oracle
24  first really made its name in the database business
25  by being able to run on virtually any computer that

17

1    was out there. And there used to be many, many
2    more varieties of computers and operating systems.
3         So we do our base development on
4    Sequent, and then we would have to take that code
5    and make sure that it ran on a pyramid machine. We
6    had to make sure that it would run on a digital VMS
7    machine. It would have to run on -- we even had an
8    IBM VMS port at that time.
9         So it would take the software
10   developed on that platform and make sure that it --
11   that it would work on any other computer as well.
12        Q. And what type of tests would you run on
13   Oracle software when you were manager of integration
14   testing?
15        A. Again, I define the standards for the
16   people that would create the tests, and then I
17   would collect those tests and rerun them on their
18   behalf on other platforms and supervise running of
19   them on other platforms.
20        The tests would capture typical
21   business transactions being run through the system.
22   So you simulate a user perhaps entering an order or
23   creating a purchase requisition, doing a human
24   resources transaction, and the tool would capture
25   the keystrokes that are used to -- to execute that

18

1    function, and they could replay them and compare
2    the output from the original test with the new
3    execution when you run it on another platform.
4         Q. And when you said that you would create
5    the standards, what do you mean by that?
6         A. It's hard to describe generically, so
7    I'll just jump right into -- at that time, we had
8    the two types of RTs. They were called Type A RTs
9    and Type B RTs. "RT" being "regression test."
10        A Type A RT required that the -- that
11   the tester navigate to every form, to every screen
12   that's available within the product, touch every
13   field. That is, navigate through it, make sure
14   that whatever action was going to happen happens.
15   But they don't actually enter any data that would
16   in any way alter the database.
17        So they don't -- they might go through
18   and take a transaction up to the point where you
19   would say "submit" at the end and then "not submit"
20   just to ensure that everything is there, everything
21   appears to be working and that the product was
22   complete. But because they didn't alter the
23   database, we could rerun these RTs continuously
24   without having to refresh the database.
25        Then there was another set of

19

1    regression tests we define to be Type B RTs which
2    do alter the database. So you would go through the
3    same sorts of transactions but actually submit and
4    follow the transaction flow through to ensure that
5    something submitted in the first step shows up in
6    the second step in the test and so forth.
7         So there was the distinction drawn
8    between the nondestructive Type A RTs and then the
9    destructive or data -- database impacting the RTs,
10   if that's a word.
11        Q. And did you run both Type A and Type B
12   RTs on every product?
13        A. Yes.
14        Q. And when would you consider the test
15   being complete?
16        A. When the RTs run through to completion
17   on the -- the definition of the RTs was the
18   responsibility of the individual product
19   organizations, and then rerunning those RTs on the
20   other platforms were complete when the test runs to
21   completion and all of the comparisons were
22   identical.
23        Q. And how long were you a manager of
24   integration testing?
25        A. That's hard to recall. I remember the

20

1    broad strokes of different reorganizations that we
2    went through, but I couldn't really tell you the
3    length of time.
4         Q. Approximately.
5         A. I would guess six months to a year.
6         Q. Okay. And who did you report to in that
7    position?
8         A. Lilly Chang.
9         Q. What was her title?
10        A. I believe she was director of
11   applications technology.
12        Q. Is Ms. Chang still at Oracle?
13        A. No.
14        Q. Do you know when she left,
15   approximately?
16        A. That would have been mid-'90s.
17        Q. And do you know who Ms. Chang reported
18   to?
19        A. Richard VanderDrift.
20        Q. And what was his title?
21        A. I think he was vice president for
22   applications development. Not sure.
23        Q. And do you know who Mr. VanderDrift
24   reported to?
25        A. Jeff Walker.

21

1  Q.  And who was -- what was Mr. Walker's
2  title?
3  A.  I don't know if he was senior vice
4  president or executive vice president.
5  Q.  And who did Mr. Walker report to?
6  A.  Larry Ellison.
7  Q.  I'm trying to get a sense of where we
8  are on the org chart there.  And while you were
9  manager of integration testing, did anyone report to
10  you?
11  A.  No.
12  Q.  So you were there six months to a year,
13  approximately.  And then what was your next position
14  at Oracle?
15  A.  Manager of porting kit management.
16  Q.  And why don't we start by -- I'd like
17  you to explain what porting kit management is.
18  A.  Again, the -- the Oracle software's
19  developed on one platform and then made to run on
20  multiple platforms, and that process we call
21  "porting," to take it from one platform to another.
22  The porting organization -- when I
23  joined and was manager of integration testing,
24  porting organization was part of applications
25  development.  There was a reorganization which

22

1  pulled the porting responsibility out of
2  applications development and into a separate
3  organization that was already performing that
4  function for the database and the tool side of the
5  business.
6  So there was the need to have an
7  interface between the applications development
8  organization and the porting organization, and part
9  of that -- the responsibility of that interface
10  role was to create the kit, the package that the
11  porting organization would use to port the
12  applications to the other platform.
13  So that package included a full
14  definition of the code, the access to that code,
15  instructions on how to port it, and the set of
16  regression tests that I referred to earlier that
17  they would then execute on those platforms.
18  Q.  So was the kit that was something
19  developed by the porting group for a use in the
20  application development group?
21  A.  No.  The kit was developed by the
22  applications development group for the porting
23  organization to modify the code.
24  Q.  And when you were in that position, were
25  you part of applications development?

23

1  A.  Yes.
2  Q.  And when there was a reorganization, did
3  you remain part of applications development?
4  A.  Yes.
5  Q.  And did your title change at that time?
6  A.  To manager of porting kit management.
7  Yes.
8  Q.  And what were your duties as manager of
9  porting kit management?
10  A.  I was responsible for creating the
11  porting kit that I described earlier.
12  Q.  And how long did you hold that position?
13  A.  Well, I was in -- I held that
14  position -- and that position grew from an initial
15  team size of six to eventually being around 120
16  people.
17  And, you know, went from manager of
18  porting kit management to director of porting kit
19  management to director of applications integration
20  to vice president of applications integration to
21  vice president of applications release engineering,
22  and now I'm vice president of operations for
23  applications technology.
24  Q.  So you said at some point you went from
25  being a manager of porting kit management to director

24

1  of porting kit management.  About when was that?
2  A.  That's hard for me to recall.  It was
3  about six months after Ron Wohl took over the
4  applications division.  And when Ron took over, I
5  was reporting to a fella named Bruce Tow.  And he
6  left the company shortly after that reorganization,
7  and I was promoted into his position.
8  Q.  And up until that time you're reporting
9  to Bruce Tow, who did Mr. Tow report to, if you know?
10  A.  I don't recall.  Eventually he
11  reported to Ron Wohl.
12  Q.  And did you have any direct reports when
13  you were director of porting kit management?
14  A.  Yes.
15  Q.  And who were your direct reports?
16  A.  I had five or six at the time.  Barry
17  Lind, Rick Lotero, Diane Lo.  This is a trip down
18  memory lane.  I'm sorry.  That's all I can recall
19  at this point.
20  Q.  That's fine.  And then when you became
21  director of porting kit management, did your duties
22  change?
23  A.  Yes.  I began attending the
24  applications management committee meetings.  The
25  scope of the responsibility changed.

25

1  Q.  And that was about the same time that
2  Ron Wohl joined Oracle?
3  A.  It was three to six months after --
4  not when he joined Oracle, but when he took over
5  responsibilities for the applications division.
6  Q.  And what are the applications management
7  meetings?
8  A.  It's a weekly status meeting that Ron
9  Wohl chaired.
10  Q.  And who else attended those meetings?
11  A.  Ron's direct reports.
12  Q.  And did anybody more senior than Ron
13  attend those meetings?
14  A.  No.
15  Q.  And approximately how many direct
16  reports were under Mr. Wohl at that time, when you
17  were the director of porting kit management?
18  A.  I guess seven or eight.
19  Q.  We'll probably come back to that a
20  little bit later, but I wanted to get through your
21  job descriptions at Oracle first because I know that
22  you had a -- you mentioned you had several more.
23  So then after you -- after director of
24  porting kit management, then what was your title
25  after that?

26

1  A.  Director of integration --
2  applications integration.
3  Q.  And about approximately when did you
4  become director of applications integration?
5  A.  I will venture a guess and say '96.
6  Q.  And what were your duties?
7  A.  The titles were largely self-chosen.
8  I changed at that time because, in addition to the
9  role that I had with the porting kit management,
10  creation of the porting kit, I started a team whose
11  focus was integration testing of the applications.
12  We were a QA -- quality assurance was
13  the responsibility of each of the various product
14  organizations, and we created what I characterize
15  as sort of an audit function to go in and check the
16  testing that had been done by those organizations
17  to be able to report our findings on that.
18  And so I now had these two groups, the
19  integration testing group and the porting kit
20  management group, and so I tried to come up with a
21  name that sort of reflected what we did.
22  Q.  What do you mean by the term
23  "integration"?
24  A.  That all of the pieces of the
25  applications fit together, the transactions flow

27

1  across product boundaries.
2  Q.  And what do you mean by "the pieces fit
3  together"?
4  A.  Any software product is a collection
5  of many, many individual components that all have
6  their function and all have to work together.
7  The typical testing definitions would
8  be that there is unit testing that's testing each
9  component individually.  Does it work?  Do all of
10  its inputs and outputs -- are they produced
11  according to specification.
12  Then there is the concept of system
13  testing, which is, do the outputs of one component
14  flow as the inputs of the next component.  And
15  system testing, at least in our definition,
16  encompasses the -- an entire product.
17  So they -- the development team would
18  be responsible for system-testing the general
19  ledger.  So they would test not only the individual
20  program that posted the general ledger, but that
21  once posted to the general ledger, we can run
22  financial reports and so forth.
23  So taking all of the pieces and make
24  sure that they work in concert together and doing
25  that within a product, we called "system testing."

28

1  And then integration testing is
2  ensuring that transactions flow across product.
3  So, you know, creating a purchase order within the
4  purchasing system would create the correct
5  liabilities in the general ledger system.
6  Q.  Okay.  So when you say transactions flow
7  across products, is it fair to say that the
8  transactions are the information?
9  A.  Ultimately, yes.  Oracle's an
10  information company.  So, yes, absolutely.  That's
11  exactly it.  That the data is -- you know, is
12  flowing from one component to others as it's
13  specified to do.
14  Q.  So is it fair to say, when the data is
15  flowing from one component to another as it's
16  specified to do, that that's integrated?
17  A.  Yes.
18  Q.  Okay.  And when you were director of
19  applications integration, were you reporting to Ron
20  Wohl at that time?
21  A.  Yes.
22  Q.  And did you have direct reports?
23  A.  Yes.
24  Q.  Approximately how many direct reports
25  did you have?

29

1    A.   Direct, probably a half dozen.
2    Q.   And how long were you director of
3  applications integration, approximately?
4    A.   I -- the one question I did prepare
5  for was when I became vice president, and that was
6  January of 1999.
7    Q.   And if you could remind me, your title
8  then was vice president of --
9    A.   Applications integration.
10    Q.   Did your -- I understand -- well,
11  withdraw that.
12    Did your job duties change
13  significantly between the time you became director
14  of applications integration and the time that you
15  were vice president of applications integration?
16    A.   They changed while I was director.
17  Basically you have to perform the job before you
18  get the title.  So, no, they didn't change after I
19  got the title.
20    Q.   So you gained more responsibility
21  progressively.  And do you recall the names or
22  positions of the -- of your direct reports when
23  you -- when you were still the director?
24    A.   I had Ric Ginsberg, R-i-c Ginsberg,
25  who managed the -- let's see.  Ric managed

30

1  translations and managed infrastructure development
2  at that time; Joan Ryan managed national language
3  support architecture; K.R. Narayanan managed the
4  porting kit management process; and Rhonda Dibachi
5  managed the integration testing group; and Maryann
6  Anthony managed our product release process; and
7  Betty Suyama was the release manager.
8    Q.   Okay.  What is an -- I'm just going
9  to -- a couple questions about their titles.  What is
10  national language support architecture?
11    A.   National language support is ability
12  to run the product in various languages, so to be
13  able to take the Oracle applications suite, for
14  example, and run it in French or run it in Italian.
15    There are certain architectural
16  conventions that we need to follow in order to
17  make that work.  And Joan would manage that.  She
18  would also -- at that time was dealing with the
19  packaging of the translations once they were
20  completed.
21    Q.   Okay.  And what did the product release
22  groups do?  What were their responsibilities?
23    A.   Well, there is -- the product release
24  process or the --
25    Q.   Yeah.  We'll start with the product

31

1  release process.
2    A.   Well, you're referring to Maryann
3  Anthony.
4    Q.   I believe you said Anthony and Betty
5  Suyama were both involved in release in some way?
6    A.   Maryann Anthony managed the product
7  release process, which was a -- different concepts
8  than Betty Suyama.
9    Betty Suyama was responsible for
10  managing all of the paperwork associated with
11  getting the release into our order entry system and
12  handed off to our manufacturing distribution
13  organization which was responsible for replicating
14  CDs and getting those shipped.
15    And she would manage things like
16  third-party license requirements and royalty
17  agreements and such that we would have with other
18  vendors and partners.
19    The product release process was the
20  name for the process that was defined for the final
21  stages of the development life cycle, the
22  involvement of customers and alpha and beta
23  testing, for example, and what we call a "managed
24  release process," sort of the handholding of
25  initial customers, and coordination of early views

32

1  of the software that some customers would get.
2    Q.   I'm going to have some more questions
3  about that a little later, but right now I'm going to
4  press forward to what I believe was -- essentially
5  your next position was the VP of applications
6  integration; is that correct?
7    A.   Yes.
8    Q.   And you began that job in about 1999?
9    A.   Yes.
10    Q.   What is your current title?
11    A.   Vice president of operations for
12  applications technology.
13    Q.   So how long were you vice president of
14  applications integration?
15    A.   I am not sure exactly the date that
16  that changed.  It was -- we reorganized the
17  application division after the departure of Mark
18  Barrenechea, so I held that title from '99 through
19  Mark Barrenechea's departure.
20    Q.   And I know you described your change in
21  duty as somewhat progressive, but what were your
22  duties as vice president of applications integration?
23    A.   Well, it's described -- and we
24  basically hit them all, as I described, the direct
25  reports.

33

1    So there is the porting kit management
2  function; the development of various applications;
3  development infrastructure tools; responsibility
4  for the software used to install and to upgrade the
5  Oracle applications; responsibility for translation
6  and packaging of translation of the software;
7    The integration testing team, and the
8  liaison with the product line engineering
9  organization, and coordination with the release
10  organization, the manufacturing distribution
11  organization.
12    Q.   And when you became VP of applications
13  integration, how many direct reports did you have?
14    A.   It was about half a dozen.  Well,
15  whatever I ended up with.
16    Q.   Were they the same people who were --
17    A.   Yes.
18    Q.   Okay.
19    A.   Yes.
20    Q.   I'm going to go through each of these
21  divisions in a little more detail.  The porting kit
22  management.  I think we described that earlier.  Did
23  that change at all during -- as you moved up the
24  ladder?
25    A.   We improved it.  We improved the

34

1  process.
2    Q.   And in what way did you improve the
3  process?
4    A.   Creating automation and reducing the
5  amount of manual labor that was required by the
6  product line engineering organization.
7    Q.   And who was the head of your porting kit
8  management group?
9    A.   K.R. Narayanan.
10    Q.   Can you spell that.
11    A.   K.R. N-a-r-a-y-a-n-a-n.
12    Q.   And when you say porting from one
13  platform to another -- I apologize if you've already
14  answered that, but I just want to make sure I
15  understand.  What do you mean by "platform"?
16    A.   Platform is the combination of the
17  hardware and the operating system.
18    Q.   And so your division was passing along
19  development information to the porting group; is that
20  accurate?
21    A.   That's correct.
22    Q.   And what was the porting group doing
23  with that information?
24    A.   They -- it would pass along
25  information and the -- the code itself.  So as far

35

1  as the information, that was instructions on what
2  modifications we expected that they would need to
3  make on a particular platform and then how to run a
4  regression test to verify their work on that
5  platform.
6    Q.   And the platform being the different
7  types of products, computers that the software was
8  going to run on?
9    A.   Right.
10    Q.   The next thing you mentioned was
11  development infrastructure tools.
12    A.   Um-hmm.
13    Q.   And what does that mean?
14    A.   In order to operate efficiently, we
15  would create tools to automate repetitive functions
16  and to capture information.  So we had a system
17  that we've grown over the years that's referred to
18  as ARU, which stands for "automated release
19  updates."  But there are only a half dozen people
20  at Oracle that would even know that.  It's just
21  referred to as ARU.
22    And you use the ARU system to
23  define -- to define the software.  It's a
24  configuration management utility.  So for every
25  file -- and there are hundreds of thousands of

36

1  files within the system -- we keep track of every
2  version of every file and unique combinations of
3  those versions.
4    So, for example, to create the general
5  ledger posting program, we'll require hundreds of
6  files.  And we need to know the names of all those
7  files and the version numbers of all those files
8  that should be fit together.  So the ARU system is
9  a big computerized tracking system to manage that.
10  And over the years, we grew the ARU system.  That
11  was sort of the cornerstone of our automation.
12    So when I said that we made the
13  porting process better, one of the ways that we did
14  that was to automate large portions of it, that
15  given the definition of the -- of how to build any
16  particular program, the system would automatically
17  then go out, collect those files, compile them
18  together, create the patch and package it up in
19  a -- the format that's expected to -- for delivery
20  of the code.
21    Q.   Now, what do you mean by "automation"?
22    A.   Computerizing of repetitive tasks.
23  So, for example, when we first created the ARU
24  system, the -- if a customer required a particular
25  software patch, the support organization would

37

1 raise a -- would raise a bug and say "we need the
2 following program patched."
3     The developer would go in and say,
4 "Okay, in order to create that patch, you will need
5 these 16 files and these versions." And the
6 product line engineering organization would see
7 that, and they would pull those files one at a time
8 and create the patch.
9     So what I mean by "automation" is that
10 we change that to -- sorry about that -- rather
11 than the software development organization
12 specifying the files and the versions in the bug
13 database, they would specify them in ARU, and then
14 with the push of a button, ARU would pull all of
15 the individual files, compile them for that
16 platform and bundle them together into a cohesive
17 patch.
18     Q.   And who is your direct report for
19 development infrastructure tools?
20     A.   Ric Ginsberg.
21     Q.   And what was his title?
22     A.   I think I called him director of
23 applications integration.
24     Q.   And when did you start using the
25 automation as opposed to the, for lack of a better

38

1 word, manual file pulling?
2     MR. GIBBS: Objection; vague.
3     Answer if you can.
4     THE WITNESS: I don't remember. But
5 it was after becoming -- going from porting kit
6 management to -- from applications integration
7 to porting kit management. It was somewhere in
8 that time. And the automation is an ongoing
9 process. We're always looking for opportunities to
10 further automate.
11 BY MS. ANDERSON:
12     Q.   Was it after you went from --
13     A.   Manager of integration testing to
14 manager of porting kit management.
15     Q.   Okay. But before you became vice
16 president of applications integration, that was
17 preexisting?
18     A.   Yes.
19     Q.   Just to put some time -- bookends
20 on things. You said you were VP of applications
21 integration from 1999 until sometime when Mark
22 Barrenechea left the organization. There was some
23 reorganization at that time.
24     A.   Yes.
25     Q.   Do you know approximately when Mark

39

1 Barrenechea left the company?
2     A.   No.
3     Q.   Was it after 2001?
4     A.   Yes.
5     Q.   So it's fair to say that descriptions
6 you're giving me and information you're giving me
7 from when you were VP of applications integration
8 covered the time period from at least 1999 to 2001.
9 Is that accurate?
10     A.   Yes.
11     Q.   Okay. The next area you mentioned was
12 software to install and upgrade?
13     A.   Correct.
14     Q.   And what does that mean?
15     A.   Also I forgot a direct report.
16     That's the -- the software that's used
17 to take -- take the code that we've developed and
18 packaged that's on individual CDs and install that
19 on a customer's computer. That's installing the
20 software.
21     Upgrading the software is the process
22 of upgrading the -- the customer's database to
23 modify the -- to modify the schema, to modify the
24 way in which that software is stored or that data
25 is stored in the database to reflect the new

40

1 version of the application software.
2     Q.   And who is your direct report in charge
3 of that area?
4     A.   Kenton Noble.
5     Q.   And what was Kenton's title, if you
6 recall?
7     A.   Just director or senior director.
8     Q.   Now, with respect to the install by
9 code, do you -- is that referring to the software
10 application?
11     A.   Yes.
12     Q.   And what do you mean when you say
13 modifying the schema?
14     A.   The schema is the definition of the
15 database. A relational database is represented by
16 a number of tables just -- you think of it as like
17 an Excel spreadsheet -- it's a columnar definition
18 of data -- and then relationships between those
19 tables, and then some other higher-level
20 definitions, things like views, one way of -- you
21 know, of looking at that particular data.
22     If you wanted to restrict the data
23 that someone's able to see or to, underneath the
24 cover, so to speak, combine the data from two
25 tables or something, you'd create something called

41

1    a "view." And then there are, you know, a bunch of
2    other things that could be layered on top of that.
3        So it's the underlying definition of
4    how the data is stored and can later be retrieved,
5    and that definition may change from one release --
6    or one version of the software to another as we add
7    new functionality.
8        Q.  So as you change new functionality as
9    the schema is modified, that's when you have the
10   upgrade.
11       A.  Right.
12       Q.  And how do you go about performing an
13   upgrade?
14       A.  Are you speaking from the customer
15   viewpoint? What is the customer experience of
16   performing an upgrade?
17       Q.  Well, let's start first with what your
18   group does with respect to developing the upgrade.
19       A.  Okay.  First, we define standards, how
20   the development organization should code and -- the
21   upgrade is a self-code just like the application
22   system. How they should create the programs that
23   would perform the upgrade.
24       We create the infrastructure for that,
25   so we're responsible for a program called the Auto

42

1    Upgrade, and what Auto Upgrade does is it reads in
2    a number of what we call "driver files," which is
3    the definition of what steps need to be run in the
4    upgrade and in what order.
5        The product development teams would
6    give us the input to create that driver file, and
7    they would write individual SQL scripts for C code
8    programs or PL/SQL programs. C code and PL/SQL
9    being programming languages or SQL scripts being
10   collections of what are called database
11   manipulation language commands to create a table or
12   add a column to a table, change data in a table.
13       So they would write -- the product
14   teams would write collections of these upgrade
15   scripts to the standards that we would define. My
16   group would pull them all together, assemble the
17   master driver for creating an upgrade, and we would
18   test it against various databases.
19       Testing it for syntactical
20   correctness, that is. Do all of the scripts
21   execute? And we would also test it for
22   performance; that is, how quickly does it run, with
23   what timing can we upgrade a large, medium or small
24   database.
25       Q.  Okay.  Does it also test the

43

1    functionality of the upgrade?
2        MR. GIBBS:  Objection; vague.
3        THE WITNESS:  That's hard to answer,
4    in that, you know, it tests that the -- that the
5    upgrade performs. "Performs" not being performance
6    but that the upgrade runs syntactically.
7    BY MS. ANDERSON:
8        Q.  So is it fair to say, that if the
9    upgrade was designed to add two new types of
10   functionality, that this test would then assess
11   whether that, in fact, was working correctly?
12       MR. GIBBS:  Objection; vague.
13       THE WITNESS:  We would run the test to
14   ensure that the upgrade runs completely. We would
15   upgrade test databases that the product teams would
16   then use. So presumably that validates that the
17   upgrade runs.
18   BY MS. ANDERSON:
19       Q.  And what do you mean by "master driver"?
20       A.  The upgrade program itself is a
21   generic program that simply takes commands and
22   executes them. So the master driver is the -- the
23   definition of all of the commands that the upgrade
24   program should run as part of the upgrade.
25       MS. ANDERSON:  Could we take a

44

1    five-minute break.
2        THE VIDEO OPERATOR:  The time is
3    10:07. Off the record.
4        (Break taken.)
5        THE VIDEO OPERATOR:  The time is
6    10:15. On the record.
7    BY MS. ANDERSON:
8        Q.  Welcome back. Before we took a break,
9    we were talking about the software to install an
10   upgrade group within your group. Is that accurate?
11       A.  Yes.
12       Q.  Now, what was your role with respect to
13   the software install and upgrade?
14       A.  I suppose I was a sounding board on
15   design, and I would review -- review timing reports
16   and upgrade status.
17       Q.  What do you mean by "upgrade status"?
18       A.  You know, we've run the upgrade on a
19   particular database. It ran in so many hours. It
20   had X many failures.
21       Q.  And how many people were part of that
22   group other than Kenton Noble?
23       A.  Four or five.
24       Q.  And did you hold regular meetings with
25   that group?

45

1      A.    No.
2      Q.    How did you receive the upgrade status
3  reports?
4      A.    Most of my status with the team was
5  what you would call "hallway reporting." It was
6  open-door. I would either walk around or they
7  would come into my office.
8      Q.    Did you have any type of formal
9  reporting procedure with that group?
10      A.    No.
11      Q.    And would you report the progress of the
12  software and install upgrades to Ron Wohl?
13      A.    Yes.
14      Q.    And when would you do that?
15      A.    In the applications management
16  committee meetings.
17      Q.    Okay. And how would you relay the
18  upgrade status?
19      A.    Either as sort of a binary status --
20  it's working or it's not working -- and then by
21  timings, how long did it take to upgrade certain
22  target databases.
23      Q.    And did you create any reports for Ron
24  Wohl?
25      A.    No specific reports.

46

1      Q.    Did you relay this information verbally
2  or written?
3      A.    Typically verbally. Sometimes I might
4  bring in an output of the upgrade program itself,
5  called the "upgrade timing report," just to show
6  which were the top long-running jobs.
7      Q.    What information was in the upgrade
8  timing report?
9      A.    An upgrade timing report's an output
10  of the upgrade infrastructure program itself, and
11  it reports for every job what time it started, what
12  time it finished, and how much resource it took.
13      Q.    You mean how much resource work from
14  your team or --
15      A.    How much computer resource it took.
16      Q.    Is that like a -- do you mean like a
17  time to run the upgrade?
18      A.    How many seconds that particular
19  script ran as contrasted with -- there is a concept
20  of wall time, how much time elapsed on the clock
21  versus how much time did the computer spend working
22  on a particular task.
23      Q.    And did you relay information with
24  regard to the update status by other means such as
25  e-mail?

47

1      A.    To the development organizations I
2  would do that.
3      Q.    Okay. What do you mean by "development
4  organizations"?
5      A.    The product teams responsible for
6  developing the code.
7      Q.    And what was the purpose of relaying
8  that information?
9      A.    To let them know that they had
10  something that was running too long and needed to
11  be fixed.
12      Q.    And who typically would you correspond
13  with with the development organizations?
14      A.    There was a mailing list related to
15  the -- what we called the "upgrade task force," and
16  then there's another mailing list which was the --
17  included the development managers for each of the
18  products.
19      Q.    And would you e-mail them regular
20  updates?
21      A.    We would e-mail them updates when we
22  would complete an upgrade test.
23      Q.    That was the case during the 2000 to
24  2001 time period?
25      A.    Um-hmm. Yes.

48

1      Q.    Okay. I'll probably have more questions
2  about upgrades later, but for now I'm going to press
3  forward with your different practice groups.
4      A.    Okay.
5      Q.    The next group is translation and
6  packaging, I believe you said.
7      A.    Yes.
8      Q.    And during the 2000-2001 time period,
9  who was your direct report in charge of that group?
10      A.    I believe it was Ric Ginsberg at that
11  time.
12      Q.    Okay. And translation, I believe you
13  mentioned earlier, was simply translating the
14  software to operate in different language
15  environments, like French, German language
16  environments.
17      A.    Correct.
18      Q.    And how does one go about implementing a
19  translation to any given software?
20          MR. GIBBS: Objection; vague.
21          THE WITNESS: The -- first, you have
22  to be architected to allow translation.
23  BY MS. ANDERSON:
24      Q.    What does that mean?
25      A.    In our case, that means that there is

49

1  a separate table in the database that we call a "TL
2  table," a translation table, for any textual string
3  that would be displayed to the user.
4          So using relational technology and
5  views, which I mentioned earlier, we can combine
6  the base table and the translation table selecting
7  the -- the particular user-viewable string from the
8  underlying translation table and merging it with
9  the base data to present to the user.
10         Q.   And what do you mean by "packaging"?
11         A.   The -- we would extract the English
12 version of the strings, put that together in a
13 package much like we do for the porting kit for the
14 product line organization.  That package would be
15 sent off to translation vendors who provide the
16 translation services.
17         And we would receive the translated
18 data back from the translation services and build
19 scripts around those that the utilities similar to
20 the upgrade utility would then install on a
21 customer database.
22         So that's the packaging aspect of it.
23         Q.   When you add a language to a software,
24 how do you go about adding that functionality?
25         MR. GIBBS:  Objection; vague.

50

1          THE WITNESS:  Are you asking from a
2  customer's standpoint or from a development
3  standpoint?
4  BY MS. ANDERSON:
5          Q.   From the development standpoint.  Is it
6  something where, you know, you would issue a patch of
7  some kind?
8          A.   I would see that as the customer.
9          Q.   Okay.  And so why would you see that as
10 the customer?
11         A.   From a development standpoint, there
12 is really no -- once you're architected to be
13 translatable, there is no more development
14 activity.  The customer experience is that they
15 would receive a patch, which is the translation.
16         Q.   But the patch needs to be developed.
17         A.   There is -- when we use the term
18 "developed" or "development," we usually imply that
19 there is some sort of cognitive activity there that
20 a software developer has to undergo.
21         The translation is really a packaging
22 exercise.  It's something that's largely automated.
23 We extract the strings, we send it off to a vendor,
24 and we package it up as a patch that the customer
25 can install.  So it's something that needs to be

51

1  created.
2          Q.   And in the 2000-2001 time period, what
3  vendor were you using to create these patches?
4          A.   I didn't operate directly with the
5  vendors.  Vendor management was handled by the
6  Worldwide Product Translation Group in Ireland.
7          Q.   And did you work with that group
8  directly?
9          A.   We would work directly with WPTG,
10 Worldwide Product Translation Group, and they did
11 all the contract management with the outside
12 vendors.
13         Q.   Was your group responsible for seeing
14 that these language patches were developed for
15 implementation?
16         A.   I don't understand.
17         Q.   I'm just wondering if your group was
18 responsible to see that WPTG got the patch out on
19 time, the patch was working correctly, this type of
20 thing.
21         A.   We were responsible --
22         MR. GIBBS:  Objection.
23         Let me get the objection out.
24         Objection; vague, compound.
25         Answer if you can.

52

1          THE WITNESS:  We were responsible for
2  ensuring that it installed correctly.
3  BY MS. ANDERSON:
4          Q.   Now, you are familiar with the Oracle
5  Suite 11i, correct?
6          A.   Yes.
7          Q.   And is that the same as Oracle's
8  E-Business Suite?
9          A.   It's a version of the Oracle
10 E-Business Suite.  It's a current version.
11         Q.   And when was Suite 11i first released?
12         A.   May of 2000.
13         Q.   So during this time period that we're
14 talking about, the software that you're working on,
15 the applications you're working on are Suite 11i
16 applications; is that correct?
17         MR. GIBBS:  Objection; vague.
18 BY MS. ANDERSON:
19         Q.   That's the 2000 to 2001 time period.
20         A.   We worked on release of 11.0 and --
21 well, 10.7, 11.0 and 11i were all currently
22 supported versions.
23         Q.   Now, with respect to the translation and
24 packaging group, when you -- you said that you
25 indicated that your group was responsible for

ensuring that the language patches were installed correctly?
A. That they can be installed correctly.
Q. Okay. And how did you go about ensuring that?
A. By installing them.
Q. And would you install them in a test environment?
A. Yes.
Q. Okay. And when -- when, if you recall, was the language patching on Suite 11i complete?
MR. GIBBS: Objection; vague.
THE WITNESS: Language patching is ongoing.
BY MS. ANDERSON:
Q. Okay. Let me just make sure we're on the same page with respect to your testimony. Can you just briefly describe what you mean by a patch?
A. A patch is any delivered change to the -- to the software. So all of -- all of the Oracle software -- all the Oracle application software is delivered via the patching mechanisms.
The ARU system I mentioned before is used to build all software patches and releases and -- so a patch can be new features, new

functions, could be a diagnostic utility, could be anything, you know, up to including fixes to code defects.
Q. And one type of patch is a patch that addresses language functionality, and that's what we're referring to as language patching; is that accurate?
A. Yes. Yes.
Q. And you said that the language patching was ongoing. Was it on a schedule as far as adding individual languages?
A. Languages come in on different schedules depending on the number of resources that the particular vendors have available to them.
Q. What types of resources would a vendor need to have available?
A. Translators, the people that do the translation itself. So some languages that come back are translated more quickly than others depending on the -- the popularity of that language and the number of translators that the vendor would have available.
Q. And with respect to Suite 11i, what were Oracle release goals with respect to the translations, if you recall?

MR. GIBBS: Objection; vague and lack of personal knowledge.
THE WITNESS: Right. I don't know what the goals were, and I don't remember on what schedule we released the first versions of those languages.
BY MS. ANDERSON:
Q. Okay. Again, we'll likely return to this topic.
And did you meet on a regular basis with Mr. Ginsberg with respect to the progress of the translation and packaging group?
A. Yes.
Q. How often did you meet with him?
A. As often as he would come into my office, which would vary.
Q. Vary according to what?
A. To Mr. Ginsberg and what had him excited that week.
Q. And did you meet with his team?
A. No.
Q. And what was your role with respect to the translation and development?
A. Again, largely supervisory. I -- I helped them to define what we called a "translation

matrix" which allowed the rest of the organization to see what languages and -- what languages were available for the applications and what the scope of the translation was for those languages.
Q. Okay. And what languages were available? Who would determine which languages were available?
MR. GIBBS: Objection; vague.
THE WITNESS: The budgetary responsibility for translation rested in the product line engineering organization. Requests for languages, requests for new translations were generally submitted to us from the -- from the field, from the sales force.
BY MS. ANDERSON:
Q. And what would you do with those requests?
A. We would ask the sales force to justify any particular translation request. We would estimate the cost of that translation, and then we would pass that along to Ron Wohl and request approval.
Q. And were issues such as delays or customer complaints relayed to you by Mr. Ginsberg at any time?

57

1      MR. GIBBS:  Objection; lack of
2  foundation.
3      THE WITNESS:  Yes.
4  BY MS. ANDERSON:
5      Q.   And what types of delays?
6      A.   Well, it would be delays that the
7  software is not available in a particular language.
8      Q.   Do you recall any particular delays in
9  the 2000-2001 time period?
10      A.   I don't.
11      Q.   And would you relay information with
12  respect to delays to Mr. Wohl?
13      A.   Yes.
14      Q.   And would you do that in the -- in his
15  weekly meetings?
16      A.   Yes.
17      Q.   And would you do that in any kind of a
18  report?
19      A.   No.
20      Q.   What about via e-mail?
21      A.   Maybe.
22      Q.   And would information with respect to
23  these delays be relayed to Larry Ellison?
24      MR. GIBBS:  Objection; lack of
25  foundation.

58

1      THE WITNESS:  I don't know.
2  BY MS. ANDERSON:
3      Q.   Did Mr. Wohl report directly to
4  Mr. Ellison?
5      A.   Yes.
6      Q.   And do you recall any particular
7  customer complaints with respect to the language
8  capabilities that Mr. Ginsberg informed you about?
9      A.   Not related to availability, no.
10      Q.   What types of complaints did he inform
11  you of?
12      A.   Installation time and patching time
13  for translations.
14      Q.   Can you describe those complaints in
15  greater detail?
16      A.   Any patch that a customer needs to
17  apply, whether it's a code fix or new
18  functionality, would have to be applied in English
19  and in all of the languages, and then the data
20  would need to be synchronized so that all of the
21  data -- all of the data is represented for every
22  piece that could be queried.
23      And we had some performance problems
24  with that, so customers running more than five or
25  six languages were running into performance

59

1  problems when patching.
2      Q.   What were the nature of the performance
3  problems?
4      A.   That it would take a long time to
5  patch.
6      Q.   And what do you mean by "a long time"?
7      A.   That a patch that in English could be
8  done in a half hour might take six or eight hours
9  to do if you have multiple languages.
10      Q.   And the customers were complaining
11  because that was longer than what they had
12  anticipated; is that true?
13      A.   I would assume that that's why they
14  were complaining.  Yes.
15      Q.   And why, if you know, would they have
16  anticipated it to take less time?
17      A.   Just contrasting the language patching
18  with the English patching.  So if a half-hour patch
19  expanded to six or eight hours because they had
20  multiple languages, that could end up impacting
21  their business.
22      Q.   And did sometimes -- withdraw that
23  question.
24      Do you remember any specific customers
25  from whom --

60

1      A.   General Electric.
2      Q.   And can you tell me a little bit more
3  about the complaints from General Electric.
4      A.   Well, that was it.  That they were
5  concerned about patching time, and I believe that
6  they had plans to add as many as twenty languages
7  and were concerned that it would become untenable.
8      Q.   Were they concerned about the time to
9  add the twenty languages or the time to add
10  additional patches in the future if they had twenty
11  languages?
12      A.   The time to add additional patches in
13  the future if they had twenty languages.
14      Q.   Did they also express any complaints
15  with respect to the addition of languages?
16      A.   Not that I was aware of.
17      Q.   And how was this information -- these
18  customer complaints from GE, how was that relayed to
19  you from the field?  What sort of chain of
20  communication?
21      A.   I don't remember.
22      Q.   Was this relayed to you by Mr. Ginsberg
23  or somebody else on his team?
24      A.   I don't remember.
25      Q.   When you -- did you meet with

Seiden, Gregory  5/16/2006  9:05:00 AM

61

1    Mr. Ginsberg's team?
2        A.    No.
3        Q.    So most of the information, is it fair
4    to say, was channeled through you to Mr. Ginsberg?
5        A.    Yes.
6        Q.    And how many people were on
7    Mr. Ginsberg's team?
8        A.    Twenty.
9        Q.    And do you recall when you heard about
10   these complaints from GE?
11       A.    No.
12       Q.    Did you relay these complaints to
13   Mr. Wohl?
14       A.    I believe so.  Not certain.
15       Q.    Do you know if Mr. Wohl relayed these
16   complaints to Mr. Ellison?
17       A.    That, I don't know.
18       Q.    Do you recall any other specific
19   customer complaints with respect to the language --
20       A.    No.
21       Q.    -- and packaging?
22            Okay.  Again, I can't promise we won't
23   come back to that, but we'll move on now to the
24   integration testing team.
25            What was the -- what were the duties

62

1    of the integration testing team?
2        A.    The integration testing team was a --
3    what I would call a QA audit function.  What they
4    would do was to -- while -- there were two
5    components to the team.  One created integration
6    testing standards, as I described before, for
7    porting kit management, and the other part of the
8    team would do functional tests of the suite
9    software for what we defined as key business flows.
10       Q.    By "suite software," you mean Suite 11i?
11       A.    Yes.
12       Q.    And what do you mean by "key business
13   flows"?
14       A.    We defined eighteen or twenty key
15   business flows being characteristic transactions
16   that users would execute that would flow across
17   suite products.
18       Q.    Can you give me an example of a
19   characteristic transaction?
20       A.    Being able to enter an order, reduce
21   the inventory based on that order, create a
22   billing, and post to the general ledger.
23       Q.    And when you say "flow across suite
24   products," what do you mean by "suite products"?
25       A.    The E-Business Suite is composed of

63

1    many different products so that, you know,
2    historically you could make a business as a
3    single-product vendor.
4            There were companies that did general
5    ledgers, companies that did payable systems, and
6    each of those we defined as products within the
7    suite.  And so the transaction that flows across
8    those is one that's going to touch more than one of
9    those traditional products.
10       Q.    Okay.  Are you familiar with ERP?
11       A.    Um-hmm.
12       Q.    What does ERP mean?
13       A.    Enterprise resource planning.  And
14   that was a popular buzzword, I guess, back in the
15   early '90s with the -- the idea of a system
16   handling more than one function for an enterprise.
17       Q.    And what types of applications or
18   modules does ERP include at Oracle?
19       A.    At Oracle, ERP was what would also be
20   referred to as "back-office applications."  So it's
21   your financials, manufacturing, and human resources
22   systems.
23       Q.    And was Ron Wohl the head of the ERP?
24       A.    Yes.
25       Q.    And are you familiar with the term

64

1    "CRM"?
2        A.    Um-hmm.
3        Q.    And what does "CRM" stand for?
4        A.    Customer relations management.
5        Q.    And what type of products are in CRM?
6        A.    Sales-oriented and customer-facing
7    applications.
8        Q.    Can you give me some examples of CRM
9    applications.
10       A.    Sure.  A sales lead tracking system,
11   marketing, customer support.
12       Q.    Okay.  And are CRM products considered
13   more front-office applications?
14       A.    Yes.
15       Q.    Okay.  So is it fair to say that ERP
16   applications at Oracle tend to deal with more the
17   internal functionings of a company, whereas the CRM
18   products deal with that company's interaction with
19   its customers or the public?
20       A.    That's one interpretation, but it's --
21   it's a simple distinction, yes.
22       Q.    In your own words, what's your
23   distinction between ERP and CRM?
24       A.    That ERP is the -- you know, it's the
25   automation of the business functions and that CRM

65

1   are sales-oriented -- sales and service, I suppose.
2        Q.   And in 2000-2001, was Mark Barrenechea
3   the head of CRM?
4        A.   Yes.
5        Q.   So did Suite 11i include both ERP and
6   CRM products?
7        A.   It does, yes.
8        Q.   And did it in the 2000-2001 time period?
9        A.   Yes.
10       Q.   And so the functional testing -- did you
11  test whether information could flow across ERP
12  products into CRM products?
13       A.   The bulk of my team was focused on
14  ERP.  I was growing a CRM team.
15       Q.   Why was the bulk of your team focused on
16  ERP?
17       A.   Because that's what we had done
18  historically.  CRM was a new addition to the suite.
19       Q.   Was Suite 11i the first time that Oracle
20  had included CRM products in its business suite?
21       A.   No.
22       Q.   When did Oracle begin offering CRM
23  products?
24       A.   Some of the products that are in the
25  CRM suite have been part of Oracle for many years,

66

1   and some of them were first introduced and bundled
2   as CRM with release 11.0.
3        Q.   And do you recall which CRM products
4   preexisted Suite 11i, Version 11.0?
5        A.   Certainly service existed, and I don't
6   recall which ones were first introduced in 11.0.
7        Q.   Okay.  And by "11.0," just to clarify,
8   are you referring to the first release of Suite 11i?
9        A.   No.
10       Q.   What are you referring to in 11.0?
11       MR. GIBBS:  Besides 11.0?
12       THE WITNESS:  Yeah.  It's 11.0.  There
13  is a -- a numbering convention for the different
14  versions of the software.  So 11.0 is the
15  predecessor to 11i.  Predecessor to 11.0 was
16  release 10.
17  BY MS. ANDERSON:
18       Q.   And when was 11.0 released?
19       A.   In '98 or '99.  Maybe earlier.
20       Q.   And -- and was Suite 11i the first
21  Oracle product that integrated CRM with ERP?
22       A.   No.
23       Q.   What other products accomplished that?
24       A.   There was a CRM 3.0 release, I
25  believe, against release 11.0.

67

1        Q.   Okay.  So what new functionality was
2   introduced with 11 point -- with 11i?
3        A.   I don't know.
4        Q.   Now, in the -- let me back up a little
5   bit.  In the 2000-2001 time period, what was your
6   relationship with the CRM group?
7        MR. GIBBS:  Objection; vague.
8        THE WITNESS:  I was responsible for
9   releasing all of the software as I would receive
10  software from all the development groups.
11  BY MS. ANDERSON:
12       Q.   And when you say "releasing," what do
13  you mean by that?
14       A.   The packaging of the software,
15  creation of media, CDs, and the turnover of the
16  media masters to the distribution organization.
17       Q.   And was part of that process the
18  integration testing?
19       A.   Integration testing would happen as
20  part of the creation of any major release that we
21  were doing.
22       Q.   For 11i, did you test -- were you in
23  charge of testing integration between CRM and ERP?
24       MR. GIBBS:  Objection; vague.
25       THE WITNESS:  We did some testing of

68

1   the integration between CRM and ERP, but ultimately
2   we were just an audit group.  Testing was the
3   responsibility of the individual product
4   organizations.
5   BY MS. ANDERSON:
6        Q.   What type of testing did your group do?
7        A.   The integration testing as described,
8   we would -- we identified eighteen to twenty key
9   business flows and we would execute those.
10       Q.   Can you give me an example of a key
11  business flow that would run across CRM and ERP
12  products?
13       MR. GIBBS:  Objection; asked and
14  answered.
15       THE WITNESS:  To create a quote and
16  turn that into an order.
17  BY MS. ANDERSON:
18       Q.   Okay.  And in May of 2001 when 11i came
19  out, did you conduct that type of testing?  For
20  example, the creating a quote example?
21       A.   I believe that we did.
22       Q.   And how did that test go?
23       A.   By the time we released, we were able
24  to execute all of our key business flows.
25       Q.   What do you mean by "execute"?

69

1  A.  We were able to run the test as
2  defined.
3  Q.  What do you mean by "run the test as
4  defined"?
5  A.  Able to answer a quote and create an
6  order from that.
7  Q.  And what does -- what would it mean for
8  CRM and ERP to be integrated?
9  MR. GIBBS:  Objection; vague.
10  Answer if you can.
11  THE WITNESS:  The -- it would mean
12  that they're running off -- or that there's
13  communication at the data level between the
14  applications.
15  So in the case of the E-Business
16  Suite, it means that we're sharing the same schema
17  or the same definition of a customer, the same
18  definition of an order, the same data as opposed to
19  something that's not integrated where there needs
20  to be -- either there is no communication between
21  the programs or you have to do custom integration
22  and create programs to move data back and forth and
23  keep them synchronized.
24  BY MS. ANDERSON:
25  Q.  And when was Suite 11i integrated?

70

1  MR. GIBBS:  Objection; vague.
2  Answer if you can.
3  THE WITNESS:  It's integrated by
4  design. It was -- it's never not integrated.
5  BY MS. ANDERSON:
6  Q.  When was it running as an integrated
7  product?
8  MR. GIBBS:  Objection; vague.
9  Answer if you can.
10  THE WITNESS:  Again, its -- its -- its
11  very nature is that it's integrated. They share
12  the database. They share, you know, the underlying
13  data structures and multiple underlying systems.
14  They can't not be integrated.
15  BY MS. ANDERSON:
16  Q.  So when Suite 11i was released in May of
17  2000, what was the level of integration between CRM
18  and ERP?
19  A.  Again, I don't really know how to
20  answer that. They are integrated. They can't be
21  not integrated.
22  MS. ANDERSON:  I think that we need to
23  change the tape, so let's go ahead and do that.
24  THE VIDEO OPERATOR:  This concludes
25  Videotape No. 1 of the May 16, 2006, deposition of

71

1  Greg Seiden.  We're going off the record at 11:04.
2  (Break taken.)
3  THE VIDEO OPERATOR:  This begins
4  Videotape No. 2 of the May 16, 2006, deposition of
5  Greg Seiden.  We're going on the record at 11:09.
6  BY MS. ANDERSON:
7  Q.  Okay.  Did the integration testing team
8  participate in the preproduction release test of
9  Suite 11i?
10  A.  Yeah, by definition, what they were
11  doing was preproduct release testing.
12  Q.  And did they participate in that product
13  testing for each release?  Release 1, Release 2?
14  A.  Yes.
15  Q.  And what types of tests did they -- you
16  described one where the -- key business flows.
17  A.  Correct.
18  Q.  And is that -- what other types of tests
19  would they conduct?  Would they conduct, like,
20  installation tests?
21  A.  No.
22  Q.  Okay.
23  A.  The only other testing that they would
24  do we refer to sometimes as "monkey testing."  They
25  just get on and start keying in transactions,

72

1  navigating around the system and see what works and
2  doesn't.
3  Q.  And were there any other types of tests
4  that were part of the integration testing?
5  A.  No.
6  Q.  Now, would you -- when would you say
7  that Suite 11i contained a fully integrated ERP and
8  CRM based on your testing?
9  A.  That's hard to define.  As I said, it
10  was always integrated.  When -- and I still
11  wouldn't assert that it's bug-free.  So, you know,
12  throughout the development process, it was
13  integrated.  The key integration points being
14  around order management and customer definitions.
15  Q.  What do you mean "key integration
16  points"?
17  A.  The data that's shared between them.
18  Yeah.
19  Q.  So are you saying that the data that was
20  shared between CRM and ERP were in order management
21  and customer definitions?
22  A.  I'm saying the primary entities that
23  are shared between ERP and CRM are customers and
24  orders. There are others, but if you want to look
25  in broad strokes, that's it.

73

1   Q.   So those are the two most common types
2   of information that need to be shared between CRM and
3   ERP in order for them to be integrated?
4       A.   Yes.
5       Q.   Are there other types of information
6   that need to be shared?
7       A.   I assume so, yes.  There is definition
8   data for -- you know, how to navigate around the
9   system, what responsibilities a user is able to
10  have.
11      Q.   And at what time were these key
12  integration points functioning between CRM and ERP?
13      A.   Again, they are designed that way from
14  the beginning.  There were bugs.
15      Q.   You said designed that way but that
16  there were bugs.  So what do you mean by that?
17      A.   What I mean is they were never
18  designed to not be integrated, that the CRM
19  definition of an order is the same as ERP
20  definition of an order.  The CRM definition of a
21  customer is the same as ERP definition of a
22  customer.
23           When I say that there are bugs, there
24  may be bugs and software defects that cause a
25  problem.  Say a defect in the customer definition

74

1   module that would cause a problem for CRM that
2   might not cause a problem for ERP, for example.
3       Q.   And did your testing identify these
4   defects?
5       A.   Typically not.  Our testing would be
6   of key business flows.  So at the highest levels,
7   we would ensure that things work, product teams
8   would do more detail testing and find more issues.
9       Q.   So you say that it was designed to be
10  integrated.  When as a functional matter were ERP and
11  CRM an integrated product?
12      MR. GIBBS:  Objection; asked and
13  answered.
14           Answer again.
15      THE WITNESS:  It's just always that
16  way.
17      MS. ANDERSON:  I'd like to mark this
18  as Seiden Exhibit 1.
19      (Exhibit No. 1 was marked for
20  identification by the reporter.)
21  BY MS. ANDERSON:
22      Q.   Okay.  Mr. Seiden, if you could just
23  take a quick look at this and let me know when you're
24  done.  I'll be asking about particular pages, but if
25  you could flip through it and get an idea of what the

75

1   document is.
2       A.   (Witness reviews document.)
3       Q.   Mr. Seiden, what's this appear to be?
4       MR. GIBBS:  Objection; lack of
5   foundation.
6   BY MS. ANDERSON:
7       Q.   What does this appear to be?
8       A.   A PowerPoint presentation.
9       Q.   And if you turn to the second page, does
10  it appear that this is a presentation given by Ron
11  Wohl?
12      A.   Yes.
13      Q.   And --
14      MR. GIBBS:  Objection; lack of
15  foundation to the last question.
16  BY MS. ANDERSON:
17      Q.   And I would like you to turn to the page
18  Bate-stamped NDCA-ORCL 028638.  And for the record,
19  this is -- this document is NDCA-ORCL 028625 through
20  028658.
21      A.   Through 8628.
22      Q.   We are turning to 028638.  Now, this
23  appears to be a timeline for 11i product releases; is
24  that correct?
25      MR. GIBBS:  Objection; lack of

76

1   foundation.  Are you asking him what the page says?
2       MS. ANDERSON:  I'm asking what it
3   appears to be.
4       MR. GIBBS:  Well, I'm asking for
5   clarification of what you mean by "appears to be"
6   because it sounds to me like a question on what it
7   says on the page.
8   BY MS. ANDERSON:
9       Q.   The page is titled "11i Product
10  Releases"; is that correct?
11      A.   That's correct.
12      Q.   And as we discussed, 11i was released in
13  May 2000, and that's consistent with this list.  Now,
14  if you look down to 11.3, that says "product release
15  January 2001," right?
16      A.   Yes.
17      Q.   And it says "first integrated ERP/CRM
18  release," right?
19      A.   Yes.
20      Q.   Do you have any reason to believe that
21  January 2001 wasn't the first integrated ERP/CRM
22  release?
23      A.   I don't know what that means.
24      Q.   Well, we've been talking about what
25  integrated means and that your group is in charge of

77

1   integration testing.
2        A.   Right.
3        Q.   So do you have any reason to believe
4   that in January 2001 this wasn't the first integrated
5   ERP/CRM release consistent with this PowerPoint?
6        MR. GIBBS:  Objection; lack of
7   foundation.
8        Answer if you can.
9        THE WITNESS:  Again, I don't know what
10  message Ron was trying to convey with that
11  statement.
12       MS. ANDERSON:  Okay.  I'm finished
13  with that exhibit.  I'd like to mark this as Seiden
14  Exhibit 2.
15       (Exhibit No. 2 was marked for
16  identification by the reporter.)
17  BY MS. ANDERSON:
18       Q.   For the record, this is NDCA-ORCL
19  012424.  Mr. Seiden, take a look at that document.
20  What does it appear to be?
21       A.   It's an e-mail from Ron Wohl to me,
22  replying to my earlier e-mail.
23       Q.   And is it also to Larry Ellison?
24       A.   Yes, it is.
25       Q.   And is it also to apps-dev-mc?

78

1        A.   Yes.
2        Q.   What's app-devs-mc?
3        A.   That's the mailing list for the
4   applications management committee meeting.
5        Q.   I see that Mr. Mark Barrenechea is also
6   cc'd.  Is that accurate?
7        A.   Yes.
8        Q.   And what does Mr. Wohl write there?
9        A.   He says, "Congratulations, Greg.  Our
10  first E-Business Suite containing both ERP and
11  CRM -- this is a major milestone."
12       Q.   What does he mean by "first E-Business
13  Suite containing both ERP and CRM"?
14       MR. GIBBS:  Objection; lack of
15  foundation.
16       THE WITNESS:  I don't recall.
17  BY MS. ANDERSON:
18       Q.   Again, we'll probably be moving back to
19  this issue, but believe it or not, we'll still trying
20  to get through your practice groups.
21       A.   Okay.
22       Q.   We'll back up on that just a little bit.
23       So the integration testing team --
24  make sure I got all this information.  I apologize
25  if I've already asked this.  I can't find it in my

79

1   notes.  Who was your direct report on that team.
2        A.   I believe at this time it was now
3   Bruce Doty, D-o-t-y.
4        Q.   What was Mr. Doty's title?
5        A.   Director of applications for
6   integration testing.
7        Q.   And what were his duties?
8        A.   He was responsible for the group that
9   performed the test and the key business flows and
10  ad hoc monkey testing as I described it.
11       Q.   And how did he record the results of his
12  tests, if you know?
13       A.   The results of the key business flows
14  were documented on a Web page that came to be known
15  as the "smiley face bomb report."
16       And for each of the eighteen to twenty
17  key business flows, its status would be marked with
18  either a smiley face, meaning that the test went
19  through successfully, some squiggly lines, meaning
20  that there was an upstream bug that prevented them
21  from completing the test, or a bomb, meaning that
22  they encountered a bug directly in that test.
23       Q.   And do you know what the official name
24  of that website was?
25       A.   No.

80

1        Q.   Just commonly known as the smiley face
2   bomb report.
3        A.   Yes.
4        Q.   And what other details would be included
5   on that website -- on that web page?
6        A.   It might list bug numbers.
7        Q.   Did your group run reports from that web
8   page?
9        A.   I would on occasion print off that web
10  page and bring it to the AMCM.
11       Q.   And AMCM, you mean the applications
12  management --
13       A.   Committee meeting.
14       Q.   -- committee meeting.
15       And who else would attend the
16  applications management committee meetings?
17       A.   Ron's direct reports.
18       Q.   Was that Ron's weekly meeting?
19       A.   Yes.
20       Q.   And who had access to the smiley face
21  bomb report or web page?
22       A.   Anyone in Oracle could see it on the
23  Internet.
24       Q.   So anyone at Oracle could track the
25  progress of the integration testing going on at

81

1  Oracle?
2      A.   If they were so inclined.
3      Q.   Did Mr. Wohl ever mention to you that he
4  had accessed that web page?
5      A.   No.
6      Q.   Do you know one way or another whether
7  he had accessed that web page?
8      A.   I don't know.
9      Q.   Do you know one way or other whether
10 other people in management accessed the web page?
11     A.   I don't know.  If I was interested in
12 them seeing it, I would bring a hard-copy report.
13     Q.   Did you deliver the hard-copy report to
14 people other than those at the AMCM meeting?
15     A.   No.
16     Q.   Did you ever deliver a hard-copy report
17 to Larry Ellison?
18     A.   No.
19     Q.   Or Jeff Henley?
20     A.   No.
21     Q.   Sandy Sanderson?
22     A.   No.
23     Q.   Who else -- you mentioned that Ron's
24 direct reports attended the AMCM meeting.  Who were
25 his other direct reports?

82

1      A.   Don Klaiss, Joel Summers, Cliff
2  Godwin, Kirsten Shaw.  Financials I believe was
3  Steve Miranda, and sometimes our HR representative
4  would sit in.  And Marina Zago.
5      Q.   And as new release was -- a new-release
6  date was approaching and you were -- I assume you
7  would be conducting integration testing around that
8  time.  Is that accurate?
9      A.   Yes.
10     Q.   And would you be reporting the progress
11 of that integration testing at the AMCM?
12     A.   Yes.
13     Q.   And did you provide any written reports
14 with respect to the integration testing?
15     A.   Other than the occasional snapshot of
16 the web page, no.
17     Q.   And did you ever report the progress of
18 the testing via e-mail?
19     A.   Not that I recall.
20     Q.   Did Mr. Wohl or any of the other
21 superiors request information, with respect to the
22 integration testing, via e-mail?
23     A.   Not that I recall.
24     Q.   And who other than Bruce Doty was on the
25 integration testing team?

83

1      A.   Stephanie Chan.
2      Q.   And what was Ms. Chan's position?
3      A.   She was in charge of integration
4  testing standards.  I'm at a loss for the rest of
5  the names.
6      Q.   Approximately how many people were on
7  that team?
8      A.   At its maximum size, I think it was
9  ten or twelve.
10     Q.   And did you meet with the integration
11 testing team on a regular basis?
12     A.   No.
13     Q.   Did you meet with Ms. Chan on a regular
14 basis?
15     A.   No.
16     Q.   Did you talk to Ms. Chan at all?
17     A.   Occasionally.
18     Q.   What about?
19     A.   She was in charge of our regression
20 testing strategy, so she would interface with the
21 third-party vendor that we began to use with -- as
22 of 11i.  So I'd talk with her about the third-party
23 vendor tool.
24     Q.   What do you mean by "third-party vendor"
25 as it relates to the software?

84

1      A.   Another software company.  Mercury
2  Interactive.
3      Q.   And what was your interaction with
4  Mercury Interactive?  I don't understand.
5      A.   Mercury Interactive sells a tool that
6  does capture and replay for testing.
7      Q.   And did Oracle use the Mercury
8  Interactive tool in testing Suite 11i?
9      A.   Yes.
10     Q.   How did the Mercury Interactive tool
11 work?
12     A.   At a broad level, you turn on the
13 Mercury Interactive tool and you enter in
14 transactions to the system, and it is able to
15 intercept the data flow between the client device,
16 the PC, and the server.  So it can capture mouse
17 navigations and keystrokes, can record those and
18 can replay them.
19        It can also capture the response that
20 comes back from the server, and it can then compare
21 the control version, the response that came back
22 when you recorded the test, against the response
23 that you get when you reexecute the test.
24     Q.   And how are those comparisons relayed to
25 the user?

85

1    MR. GIBBS: Objection; vague.
2    THE WITNESS: It's just -- it's -- the
3  user being the tester, it will give a pass or fail
4  on the test. They can replay the test up to the
5  point of the failure, and you can typically toggle
6  in between two versions of the screen to see
7  what -- what the screen looked like in the control
8  version and what the screen looks like in the test
9  version.
10  BY MS. ANDERSON:
11    Q.   And how are these test results --
12  withdraw that.
13    Are these test results also logged
14  somewhere?
15    A.   They were not, no.
16    Q.   So they were up on the screen? And then
17  how would they be resolved once a problem was
18  detected?
19    A.   When a problem is detected, it can be
20  for a variety of different reasons. It could be
21  that there is -- depending on what the reason,
22  would alter what the resolution is.
23    Q.   So if a problem was detected and that
24  needed to be relayed to development, how was that
25  information relayed to development?

86

1    A.   The -- via the bug database, it would
2  log a bug.
3    (Interruption)
4    THE WITNESS: The tester would log a
5  bug.
6  BY MS. ANDERSON:
7    Q.   What do you mean by "the bug database"?
8    A.   There is a central database used by
9  Oracle for -- it's called the bug database, but
10  really it's -- it's a work queue for developers, so
11  anything --
12    Q.   I'm sorry. A what for developers?
13    A.   A work queue.
14    Q.   Work queue.
15    A.   So anything that might require a
16  developer to take action will go into the bug
17  database. So enhancements, requests for
18  information and product detection are all logged in
19  the bug database. They get a unique ID and contain
20  information, and then that's visible to all
21  interested parties.
22    Q.   Is the bug database the same as the TARs
23  database, or is that different?
24    A.   No. The TARs database is used by
25  support TARs, technical assistance request, and

87

1  that tracks any interaction with the customer via
2  telephone or electronic means.
3    Q.   So were problems logged in the bug
4  database defects?
5    A.   Can I turn that around and say defects
6  are logged in the bug database?
7    Q.   Sure. What other types of things would
8  be logged in the bug database?
9    A.   As I said, it becomes sort of a work
10  queue for the development team, so there might be a
11  request in the bug database to refresh a database
12  or to -- to add a new enhancement, a new feature to
13  the product.
14    Also, even of the bugs that are
15  logged, they aren't necessarily code defects.
16  Basically it's just a request for development to
17  get involved. So a large percentage of what gets
18  logged in the bug database gets closed out to a
19  status that says that it's not a bug.
20    (Interruption)
21    THE WITNESS: I'm sorry. A large
22  percentage of what gets entered into the bug
23  database turns out to not be a code defect and not
24  result in a code fix.
25  BY MR. ANDERSON:

88

1    Q.   Were some of the problems that the
2  Mercury Interactive tool detected entered into the
3  bug database?
4    A.   Some of them would be, yes.
5    Q.   And were some of them code defects?
6    A.   Sure.
7    Q.   And what do you mean by "enhancement"?
8    A.   A customer may want a feature in the
9  product that doesn't exist today. It wasn't
10  designed -- that they want the product to do
11  something it wasn't originally designed to do.
12    Q.   So that's a customer request for
13  additional functionality; is that accurate?
14    A.   Yes.
15    Q.   So what other problems detected during
16  testing? Like, for instance, the Mercury Interactive
17  tool would be logged in the bug database.
18    A.   In anything -- the point that I was
19  making earlier was that you may have problems
20  running the Mercury Interactive tool that don't
21  have anything to do with code defects. It may be
22  that the test definition has an inherent flaw.
23  That might be logged as a bug if there is a third
24  party running the test. Or if it's the tester
25  running their own test, they wouldn't bother

89

1　logging a bug for that.
2　　　　Q.　Were problems with the integration
3　testing that were logged in the bug database brought
4　to your attention?
5　　　　A.　If it was a bug in a key business
6　flow, yes, that would be brought to my attention,
7　if there was a bomb on the report.
8　　　　Q.　And do you recall that happening with
9　respect to testing on Suite 11i?
10　　　A.　Sure. Yes.
11　　　Q.　And do you recall any specific
12　instances?
13　　　A.　No.
14　　　Q.　Were these code defects?
15　　　A.　Were bombs on the report code defects?
16　　　Q.　Yes.
17　　　A.　Typically. Yes.
18　　　Q.　And do you have any idea how many bombs
19　on the bug report were associated with Suite 11i in
20　the first release?
21　　　　MR. GIBBS:  Objection; vague as to
22　time. Do you mean before or after the software's
23　actually released?
24　　　　THE WITNESS:  The report was -- one of
25　the benefits of the report was that it would -- we

90

1　would trend, so we would show that this week we
2　were all bombs and the next week we were all
3　squiggly lines and then we went to eight bombs or
4　what have you.  So the report evolved over time.
5　　　　So, yes, we had lots of bombs during
6　the development of the software, but that's normal.
7　BY MS. ANDERSON:
8　　　　Q.　And was there a standard in place at
9　Oracle -- we'll start with the first release May of
10　2000 -- setting the criteria to determine whether a
11　product was ready for commercial release?
12　　　A.　Yes.
13　　　Q.　And what were the factors, if you will,
14　that can considered?
15　　　A.　Primarily we would look at bug
16　counts -- so no P1 bugs -- and a P2 bug count that
17　represented a reasonable backlog for the product
18　team. Also no installation failures.
19　　　Q.　What do you mean by "P1 bug," just to
20　make sure we're on the same page?
21　　　A.　The bug database, we refer to it as P1
22　priority. Or I think it's actually referred to as
23　"severity" within the bug database.  A Severity 1
24　bug is defined as meaning that the production
25　system is down, or we would expand that definition

91

1　in the case of software that wasn't released yet
2　because clearly no customer has it and can't be
3　down, but as being a bug of such severity that it
4　could bring a customer's production system down.
5　　　　Q.　And what about P2?
6　　　A.　The Severity 2 is a problem for which
7　there is a serious business impact but there may be
8　a workaround available to them.
9　　　　Q.　And what is installation failure?
10　　　A.　That would be a bug that would
11　manifest itself in trying to install the product.
12　　　Q.　And what would be considered an
13　intolerable number of bugs --
14　　　　MR. GIBBS:  Objection.
15　BY MS. ANDERSON:
16　　　Q.　-- for release?  You said no P1 bugs.
17　　　A.　No P1 bugs.
18　　　Q.　What about P2 bugs?
19　　　A.　P2 bugs, the -- it depends on the size
20　of the product line, the maturity of the products,
21　the number of customers that we expect to have it.
22　So it's a variable function.
23　　　　Q.　And who makes that determination whether
24　a product is ready for release at Oracle?
25　　　A.　Basically it percolates up through the

92

1　organization. Anybody could, you know, pull the
2　alarm on the assembly line and say that it's not
3　ready to go, starting with the QA teams and the
4　developers and then percolating up through Ron
5　Wohl.
6　　　　Q.　Were the reports regarding bugs before
7　any given release circulated among your team?
8　　　A.　Among my team, or --
9　　　Q.　We'll start with -- yeah, with your team
10　that was doing the testing.
11　　　A.　They would create the smiley face bomb
12　report.
13　　　Q.　Now, is the bug database different from
14　the smiley face bomb report?
15　　　A.　Yes.
16　　　Q.　Were there reports made from the bug
17　database?
18　　　A.　Not by me, but there were reports on
19　the bug database.
20　　　Q.　Who made those reports?
21　　　A.　The standardized report that we looked
22　at at that time were created by Prakash Deshpande,
23　P-r-a-k-a-s-h, D-e-s-h-p-a-n-d-e.
24　　　Q.　And was he part -- was Prakash Deshpande
25　part of your integration testing team?

93

1   A.   No.
2   Q.   What group was he with?
3   A.   He was with the manufacturing and
4   supply chain development group.
5   Q.   What's manufacturing and supply chain?
6   A.   The manufacturing, inventory, supply
7   chain planning functions that -- business software
8   typically used by a manufacturing company.
9   Q.   Okay.  And who -- and were bug reports
10   also made by members of the CRM development group?
11   A.   I don't know, but I would assume so.
12   Q.   Do you know who the CRM counterpart
13   would be there?
14   A.   I don't know at that time.
15   Q.   Did you receive information about bugs
16   in the CRM modules?
17   A.   Very little.
18   Q.   How did you receive that information?
19   A.   If I got -- typically, if I were to
20   get information about bugs in the CRM, I would have
21   to query the bug database myself or get that
22   information on the basis of our testing.
23   Q.   Now, the criteria you just described for
24   release -- withdraw that question.
25       Again, I'm going to come back to that.

94

1   I want to finish up with the practice groups, which
2   is taking most of the morning, and I have some more
3   questions about these release issues that we'll
4   return to after lunch, I assume.
5   A.   Okay.
6   Q.   But for now let's try to finish up this
7   one list here.
8       So the next one is liaison with
9   product line engineering; is that correct?
10   A.   Um-hmm.
11   Q.   And what is that group's function?
12   A.   Product line engineering is
13   responsible for -- for making the product work on
14   the other hardware/software platforms other than
15   the base development platform.
16   Q.   What do you mean by "platforms" as
17   you're using it there?
18       MR. GIBBS:  Objection; asked and
19   answered.
20       THE WITNESS:  Hardware and software
21   version.  Operating system version.
22   BY MS. ANDERSON:
23   Q.   So is it similar to the porting group,
24   what they were doing?
25   A.   They are the porting group.

95

1   Q.   Oh, okay.  So that's the same group that
2   we discussed earlier, the porting kit management
3   group?
4   A.   No.  Porting kit management -- I
5   stepped on your question, too.
6       Porting kit management creates the kit
7   that is delivered to the product line engineering
8   organization, and they do the porting.
9   Q.   So when you say "they do the porting,"
10   is that a type of testing?
11   A.   Testing is the back end of the
12   process.  Porting is to alter the code to make it
13   work on another platform.
14   Q.   Is it part of the product line
15   engineering group to test that the code is working on
16   other platforms?
17   A.   Yes.
18   Q.   What other platforms are tested as a
19   matter of course, at least with respect to Suite 11i?
20   A.   The base development platform at the
21   time in question was Solaris.  The product line
22   engineering organization was responsible for making
23   it work on IBM AIX, on HP -- I'm not sure where
24   Digital and HP were in their merger -- HP, Compaq,
25   Digital -- but the true 64 operating system, which

96

1   is now owned by HP, was Digital before that and
2   Compaq after that -- and also the HP-UX operating
3   system.
4   Q.   What do you mean by Solaris being the
5   base?
6   A.   The development organization would do
7   the initial coding and testing on Solaris, and then
8   we were responsible for releasing the software on
9   that platform.
10   Q.   Did your group do additional testing of
11   the code and how it works on Solaris?
12   A.   We -- we would build the software on
13   Solaris based on what was delivered by the product
14   teams.  And we would take the product team
15   regression test that they had defined and ensure
16   that those run correctly and repeatedly on Solaris
17   and then bundle all of that as the porting kit that
18   we give to product line engineering.
19   Q.   And then the porting kit -- correct me
20   if I'm wrong -- the porting kit would then be used to
21   test the code on these other systems; is that
22   accurate?
23   A.   The porting kit's a collection of
24   code, instructions, and tests that would use the
25   tests to test on other platforms.

Seiden, Gregory  5/16/2006  9:05:00 AM

97

1    Q.   And what do you mean -- withdraw that.
2         And when your group then tested to
3    ensure that the code was running correctly, did you
4    encounter any problems with Suite 11i running on,
5    first, Solaris?
6         MR. GIBBS:  Objection; lack of
7    foundation, vague.
8         THE WITNESS:  Finding bugs was always
9    part and parcel of the process.  In this context,
10   giving the code to product line engineering, we're
11   trying to assert that the process was repeatable,
12   and we would sometimes find issues.
13   BY MS. ANDERSON:
14   Q.   Do you remember any particular issues?
15   A.   Not any particular issues.  I could
16   describe classes of issues.
17   Q.   What class of issues?
18   A.   Things that we would find that would
19   interfere with repeatability might have to do with
20   a -- with unwitting dependence on a date within a
21   transaction that -- let's say the developer
22   recorded the test during the day but we reran the
23   test overnight and across midnight and so the
24   transaction started on one day and ended on
25   another, which would cause the comparison to fail.

98

1         It's not a code defect, but it's a
2    weakness in the definition of the test that it
3    didn't carry over to a date boundary.  So we would
4    find that sort of issue and report those and get
5    them resolved.
6    Q.   And how would those issues be resolved?
7    A.   Again, depending on how the issue
8    manifested.  In this case, you might block out the
9    date and a screen full of data so that the testing
10   tool knows to ignore the date.
11   Q.   And to whom would you report these
12   weaknesses?
13   A.   We'd log a bug.
14   Q.   And that would again be in a bug
15   database?
16   A.   Yes.
17   Q.   And were you aware of any of these
18   weaknesses that were logged as bugs that delayed the
19   release of Suite 11i?
20        MR. GIBBS:  Objection; vague.
21        THE WITNESS:  We would get those
22   things fixed, but it's -- that's just part of the
23   development cycle.
24   BY MS. ANDERSON:
25   Q.   But you don't recall whether there were

99

1    any delays caused by these types of bugs?
2    A.   No.
3    Q.   And who was your direct report as the
4    liaison with product line engineering?
5    A.   Ric Ginsberg.  Well, at that time I
6    think it was K.R. Narayanan.
7    Q.   I'm sorry?
8    A.   K.R. Narayanan.
9    Q.   Oh.  And how many people were in that
10   group?
11   A.   Five or six.
12   Q.   And would you report problems brought to
13   your attention from this group to Ron Wohl during his
14   meetings?
15   A.   Only if it was affecting the release.
16   Q.   Do you recall any instances where it was
17   affecting the release?
18   A.   In Exhibit 2, I said HP-UX is delayed
19   due to a database bug.
20   Q.   And what does that mean?
21   A.   That means that, in testing on the
22   HP-UX platform in product line engineering, they
23   encountered a bug in the database for which they
24   needed a fix and they were waiting on that.  So
25   that would have been characterized as a P1 bug

100

1    which would prevent the release.  So until we got
2    that patch, we wouldn't release the software.
3    Q.   So how many platforms were tested before
4    the product would be released?  Like were there some
5    more obscure platforms that weren't tested or -- I'm
6    just trying to get a feel for the completeness of the
7    testing.
8    A.   The activity occurs on all the
9    platforms at once.  They don't all necessarily
10   finish at the same time.
11   Q.   So if there is a P1 bug on one platform,
12   that would delay the planned release?
13   A.   Yes.
14   Q.   And do you recall who else was in that
15   group, the liaison, with the product line
16   engineering?
17   A.   Ash Handigol, H-a-n-d-i-g-o-l; Glenn
18   Ong, O-n-g.  That's all I can recall at this time.
19   Q.   And what did Mis-- I'm sorry.
20   Mr. Handigot?
21   A.   Handigol.
22   Q.   Handigol.  And what did he do with that
23   group?
24   A.   He would run mostly the install and
25   upgrade tests.

101

1   Q.   What about Mr. Ong?
2   A.   Mr. Ong would do database tests, that
3   he would test that we could install various
4   versions of the database. And he would do
5   regression tests of those database, too, for
6   certifications. He also worked on the
7   consolidation and release of help text patches.
8   Q.   And did either Mr. Handigol or Mr. Ong
9   create reports on the logging bugs?
10   A.   No.
11   Q.   How else did they report to you?
12   A.   Just logging bugs.
13   Q.   And did you relay that information to
14   anyone other than Ron Wohl and his direct reports?
15   A.   More frequently they would be relayed
16   to the development managers, the people responsible
17   for creating the code.
18   Q.   And who were the development managers?
19   A.   There were hundreds of them.
20   Q.   Okay. And how would that information be
21   relayed to them?
22   A.   Well, the bug database becomes a work
23   queue for them. So typically, when something goes
24   into the bug database, that's the only notification
25   that they need to get. If we're upset with them

102

1   about the turnaround time or don't believe that
2   they understand the severity, we might follow up
3   with an e-mail.
4   Q.   Now, I'd like to direct your attention
5   back to Exhibit 2. You had pointed out the HP-UX
6   bug. Do you know what an 8.0.6.1 bug is? Is that
7   a --
8   A.   Um-hmm.
9   Q.   What is that bug?
10   A.   That's the -- that's a version number
11   referring to the database client's libraries that
12   are used by the Oracle applications.
13   Q.   So it's a bug in the -- I'm confused.
14   Is it a bug in the library? What does that mean?
15   A.   A library's a collection of functions
16   for software.
17   Q.   Okay.
18   A.   So they are -- when we write the --
19   the applications code, it needs to be able to
20   communicate with the database. In order to
21   communicate with the database, there are a number
22   of various levels that the software goes through,
23   and ultimately the database communication then will
24   go to the database client library. And that's what
25   the 8.0.6.1 here is referring to.

103

1   And then that will communicate through
2   a network protocol to the database and get the
3   response and pass it back.
4   So whenever you write any Oracle
5   applications, any -- not Oracle applications -- an
6   Oracle application -- but anytime you write
7   application software using Oracle databases, you
8   will have client-side libraries that are invoked,
9   and that's what this is referring to.
10   Q.   Okay. And would this be considered a P1
11   bug?
12   A.   The fact that the HP-UX is delayed
13   implies to me that it was considered a P1 bug.
14   Q.   So was this a bug that was delaying
15   release of 11.5.3?
16   MR. GIBBS:  Objection; vague.
17   THE WITNESS:  What I read from this
18   memo is that it was a bug that was delaying release
19   of 11.5.3 on the HP-UX platform.
20   BY MS. ANDERSON:
21   Q.   But other releases -- other -- the
22   release might go forward on other platforms; is that
23   what you're --
24   A.   Yeah. The previous paragraph says,
25   "The Solaris rapid-install CDs went to M&D." So

104

1   that says that we released now on Sun. I don't --
2   Q.   What's M&D?
3   A.   Manufacturing and distribution is the
4   name of the organization within Oracle that's
5   responsible for replicating the CDs and then
6   fulfilling orders.
7   Q.   And what does "rapid install" mean?
8   A.   That's the software that delivers
9   the -- or the packaging of the software that's
10   installed.
11   Q.   So when it's going to M&D, that means
12   it's pretty much being shipped out; is that accurate?
13   A.   Yeah. I said we wrapped up on
14   Thursday. "The Solaris rapid-install CDs went to
15   M&D. Compaq Tru64." So that answers the previous
16   question. Compaq was not yet part of HP at this
17   point.
18   AIX and Linux, being other platforms,
19   are all expected to go to M&D on Friday. So
20   Solaris went on Thursday. Four more platforms went
21   into shipping on Friday, and it should then begin
22   shipping or be available having reproduced the CDs
23   in a week's time.
24   Q.   Okay.
25   A.   But the HP-UX platform has not gone

105

1  yet.
2       Q.   And then what is this reference in the
3  last paragraph to the NT Pro*C bug?
4       A.   As I recall, we had a problem with NT
5  with a particular bug.  So as I mentioned before,
6  there are a number of layers that the software will
7  go through.  At the bottom layer is that database
8  client library.
9            One level higher than that in the
10  technology stack would be the -- what Oracle refers
11  to as the "Pro" libraries, and there is a Pro
12  version for different programming languages.  So
13  there is a Pro COBOL, Pro FORTRAN.  Pro*C implies
14  that it's to operate on -- to work with code that's
15  written in the C programming language.
16           So there was a bug in that level layer
17  of the technology stack that we'd been working on.
18  And apparently we had gotten it fixed, and it had
19  passed through QA in apps, which is applications,
20  and "ST" refers to "systems technology," and that's
21  the group that develops the database.
22       Q.   And what did you mean by "awaiting final
23  packaging"?
24       A.   A fix is -- you know, the fix to a
25  code defect is, at the end of the day, a new set of

106

1  files.  So we were able to take that new set of
2  files directly from the development organization,
3  from ST.
4            Final packaging means that it's -- it
5  will have the installation software that's also
6  needed to install and bundled with it so that a
7  customer can install it without having to follow
8  manual instructions about where to place the files
9  and how to relink.
10       Q.   Okay.  And do you know what code defect
11  was at issue here?
12       A.   No.
13       Q.   Okay.  Now, the last organization you
14  mentioned that was under your supervision in the
15  2000-2001 time period is coordination with release
16  and manufacturer distribution organization.  Is that
17  the R&M?
18       A.   M&D.
19       Q.   That's M&D.  So maybe you could repeat
20  for me what's the name of that organization, the
21  coordination with release?
22       A.   It's one person.  It's Betty Suyama.
23  She was the release manager.
24       Q.   Was she the release manager in the
25  2000-2001 time period?

107

1       A.   Um-hmm.
2       Q.   And what was her job as release manager?
3       A.   She would prepare all the paperwork
4  that was required by Oracle to get a new product
5  release into the order management system and into
6  the inventory system.
7       Q.   What types of paperwork was that?
8       A.   You would have to specify -- you'd
9  have to get part numbers for the CDs.  You'd have
10  to, you know, enumerate the CDs that were in the
11  list, the list of products that were -- that were
12  going out in a release, whether they were
13  production or beta or limited release.
14           Verification of any security concerns.
15  The government requires us to declare if there
16  is -- you know, what sort of encryption software --
17  encryption algorithms are used in the software.
18           So all of the -- you know, it's
19  paperwork around getting the stuff into shipping.
20       Q.   Is it fair to say that -- that the
21  release manager came in sort at the very tail end to
22  sort of get the product out the door?  Is that a fair
23  characterization?
24       A.   Yes, although -- yeah.
25       Q.   Although?

108

1       A.   She gets involved earlier to make sure
2  that there are no mistakes when it does come time
3  for her to do her thing.
4       Q.   Is she involved in any of the testing?
5       A.   No.
6       Q.   What other steps does she -- does she
7  take to ensure there aren't problems with release?
8       A.   She will work with the product teams
9  if there is a new product, to make sure that the --
10  any trademarks are registered.  If there is
11  third-party software, that any license agreements
12  are valid and will be valid for the life of the
13  release.
14           MS. ANDERSON:  All right.  I'm at a
15  pretty good breaking point right now if we want to
16  break for lunch.
17           MR. GIBBS:  That's fine.
18           THE VIDEO OPERATOR:  All right.  The
19  time is 12:16.  Off the record.
20           (Lunch break taken.)
21
22  ///
23
24
25

Seiden, Gregory  5/16/2006  9:05:00 AM

109

1          AFTERNOON SESSION
2
3          THE VIDEO OPERATOR:  The time is 1:28.
4    On the record.
5    BY MS. ANDERSON:
6          Q.   Welcome back, Mr. Seiden.
7          A.   Thank you.
8          Q.   And you understand that you're still
9    under oath even though we've taken a lunch break?
10         A.   Yes.
11         Q.   Before I jump back into our discussion
12   with respect to Suite 11i, I wanted to go over some
13   basic information about what you did to prepare for
14   your deposition today.
15         A.   Okay.
16         Q.   Did you do anything to prepare for your
17   deposition today?
18         A.   I was asked a month or so ago if I had
19   any documents in my possession.  I could not find
20   any when I met yesterday with Patrick and Rees.
21         Q.   And when you were contacted a couple of
22   months ago -- one or two months ago, was that the
23   first time you were notified you'd be testifying?
24         A.   Yes.
25         Q.   And who told you that?

110

1          A.   I don't remember.
2          Q.   And you met with Patrick and Rees.  And
3    how many times did you meet with them?
4          A.   Just once.
5          Q.   When was that?
6          A.   Yesterday.
7          Q.   About how long?
8          A.   From 12 to 4 yesterday.
9          Q.   Okay.  And was anyone else present at
10   that meeting?
11         A.   No.
12         Q.   And other than your -- other than your
13   attorneys, did you speak to anybody else about your
14   deposition?
15         A.   I told my boss that I would be here to
16   be deposed today.
17         Q.   And who is your boss?
18         A.   Cliff Godwin.
19         Q.   And did you discuss the nature of the
20   deposition with Mr. Godwin at all?
21         A.   No, I did not.
22         Q.   Did you speak to anyone else other
23   than --
24         A.   No.
25         Q.   -- what you testified to today?

111

1          And did you review any documents
2    yesterday in preparation for your deposition?
3          A.   No.
4          Q.   Did you review any documents any other
5    time since you first learned you'd be testifying
6    today --
7          A.   No.
8          Q.   -- with respect to this testimony?
9          You mentioned that you conducted a
10   search for documents.  What types of documents did
11   you look for?
12         A.   Anything related to the time period of
13   '99 through 2001, any sort of status reports.
14         Q.   Did you check your -- like a hard file?
15         A.   Checked my file cabinets and I checked
16   my e-mail.
17         Q.   And you found no related documents in --
18   either in hard or electronic copy?
19         A.   Correct.
20         Q.   When did you first become aware of this
21   litigation?
22         A.   To be honest, I couldn't tell you
23   which one this is.  I became aware of multiple
24   lawsuits as they became filed, you know, just from
25   Yahoo! Finance.

112

1          Q.   So you became aware of several lawsuits
2    around the same group of facts; is that -- or --
3          A.   When our stock fell, I became aware
4    that there were multiple shareholder lawsuits.
5          Q.   And that was in the 2001 time period?
6          A.   Sure.  Yes.
7          Q.   And were you ever told about this
8    litigation by anyone at Oracle?
9          A.   No.
10         Q.   Were you asked at any time to preserve
11   your -- any documents with respect to this
12   litigation?
13         A.   I vaguely recall general guidance
14   around that sort of thing.  I didn't believe that I
15   had anything relevant or pertinent to any sort of
16   securities lawsuit.
17         Q.   What type of guidance are you referring
18   to?
19         A.   That if you were involved with revenue
20   projections, that you should preserve any sort of
21   information that you have.
22         Q.   And were you -- were you instructed to
23   preserve documents beyond revenue projection
24   documents?
25         A.   To tell you the truth, I don't recall.

113

1 I don't remember believing that there was anything
2 that would have applied in my case.
3     Q.  Do you know when you received this
4 guidance?
5     A.  I couldn't say.  No.
6     Q.  Do you know who directed you to preserve
7 documents?
8     A.  No.  Again, it didn't register as very
9 important to me at the time.
10     Q.  Were you asked to preserve documents
11 with respect to Suite 11i?
12     A.  No.
13     Q.  Did you -- did you direct anyone on your
14 staff or anyone who reports to you to search for
15 documents?
16     A.  At a point sometime within the last
17 two years or so, I did refer -- whoever was asking,
18 I don't recall -- to Bruce Doty and to -- to be
19 honest, I don't recall.
20     Q.  Were you at any time directed to
21 preserve e-mail relevant to this litigation?
22     A.  No.
23     Q.  And you testified earlier that you do
24 have a paper -- hard-copy file in your office that
25 you searched in preparation for this deposition; is

114

1 that accurate?
2     A.  Yes.
3     Q.  But when you looked in the last couple
4 of weeks, there were no relevant documents?
5     A.  Correct.
6     Q.  And how do you maintain your electronic
7 documents?
8         MR. GIBBS:  Objection; vague.
9         Answer if you can.
10         THE WITNESS:  My electronic documents?
11 The primary electronic documents I would
12 characterize as e-mail or websites.  Websites --
13 web pages tend to be dynamic.  They're on a central
14 server.  And any other document that I might have,
15 spreadsheets or Word documents, would be on my PC.
16 BY MS. ANDERSON:
17     Q.  And were you ever asked to preserve
18 documents residing on your PC?
19     A.  No.
20     Q.  Does your practice groups or any of the
21 suborganizations we've discussed today keep group
22 files of any kind?
23     A.  No.
24     Q.  Do you know if any steps were taken by
25 someone other than you as the system administrator to

115

1 preserve your e-mail?
2     A.  I don't know.
3     Q.  But you weren't informed that that was
4 being done?
5     A.  No.
6     Q.  Do you have an assistant?
7     A.  Yes.
8     Q.  And did you ask your assistant to look
9 for responsive documents?
10     A.  No.
11     Q.  What's your assistant's name?
12     A.  Elizabeth Shaw.
13     Q.  And how long has Ms. Shaw been your
14 assistant?
15     A.  July of 1999, I believe.
16     Q.  Okay.  And did you ever ask Ms. Shaw to
17 preserve documents relevant to this litigation?
18     A.  No.
19     Q.  Are you aware of anyone at Oracle who
20 asked Ms. Shaw to preserve documents relevant to this
21 litigation?
22     A.  I am not aware.
23     Q.  Before we went on break, we talked some
24 about the CRM group.  You indicated that you report
25 to Ron Wohl, who heads the ERP group.  Is that

116

1 accurate?
2     A.  That's true.
3     Q.  Did you also report to Mark Barrenechea?
4     A.  No, I did not.
5     Q.  Did you communicate with people in the
6 CRM group?
7     A.  Yes.
8     Q.  In what ways?  In what capacity, I
9 should say.
10     A.  I would have an informal meeting with
11 my counterpart, Alan Fletcher, on basically a
12 weekly basis.
13     Q.  And what would be discussed at those
14 meetings?
15     A.  As I had said, we were responsible --
16 my group was responsible for the development
17 infrastructure.  So to the extent that they needed
18 any enhancement to the development infrastructure
19 or had any issues with it, they would communicate
20 that with us.  If there were bugs on the ERP side
21 that were affecting them that they needed to have
22 escalated, they would sometimes do that through me.
23     Q.  And what do you mean exactly by
24 "development infrastructure"?
25         MR. GIBBS:  Objection; asked and

117

1  answered.
2       THE WITNESS:  Yeah.  That's the ARU
3  system that was described.  It's used to -- as the
4  configuration management system to identify all of
5  the files included in the software release and how
6  to get them installed.
7  BY MS. ANDERSON:
8       Q.   Does that include CRM modules?
9       A.   Yes.
10      Q.   And was your group responsible for the
11  development infrastructure for CRM modules?
12      A.   For a major piece of the
13  infrastructure, yes.
14      Q.   Now, you mentioned that Alan Fletcher
15  was your counterpart, but it sounds like your group
16  handled the development infrastructure for CRM
17  modules, at least to a certain degree.  What were
18  some of the differences between Alan Fletcher's job
19  and your job?
20      A.   On the CRM side, they took advantage
21  of the infrastructure that was already available
22  within the ERP environment and any sort of
23  additional infrastructure that they needed.
24           For example, they were hosting some
25  customer databases and some customer environments

118

1  and consulting environments, that had those been
2  ERP functions, I would have done those, but Alan
3  did those on behalf of CRM.
4       Q.   And what was some of the existing
5  infrastructure that CRM borrowed, for lack of a
6  better word?
7       A.   The source control system, the
8  configuration management system.
9       Q.   What's the source control system?
10      A.   Source control system is where the
11  actual computer files in human readable form are
12  stored.
13      Q.   What's the --
14      A.   Configuration management --
15      Q.   -- configuration management system?
16      A.   -- is the ARU system.
17      Q.   Okay.  Any others?
18      A.   Those would be the primary ones.
19      Q.   And did you communicate directly with
20  Mark Barrenechea?
21      A.   On occasion.
22      Q.   What types of occasions would those be?
23      A.   Mostly if he was asking me for status
24  or for plans.
25      Q.   What types of status updates would he be

119

1  looking for?
2       A.   Release readiness, projected release
3  dates.
4       Q.   Were you responsible for testing the
5  release readiness of CRM?
6       MR. GIBBS:  Objection; vague.
7       THE WITNESS:  Yeah, it's a difficult
8  question.  Mark was ultimately responsible for the
9  release readiness of CRM.  I would make sure that
10  it -- that it could be installed with everything
11  else.
12  BY MS. ANDERSON:
13      Q.   And what information would you need from
14  Mark in his CRM group to make sure that the product
15  could be installed with everything else?
16      A.   I would test that it can be installed,
17  and we would take the patch as defined by CRM and
18  run it through the -- through our installation
19  infrastructure.
20      Q.   So the CRM group would provide the code
21  and then you would see if it ran on the
22  infrastructure; is that accurate?
23      A.   When we would do a consolidated
24  release.  That's accurate.  Yes.
25      Q.   When did you do a consolidated release?

120

1       A.   Those are, you know, the numbered
2  releases.
3       Q.   You're referring to?
4       A.   11.5.2, 11.5.3.
5       Q.   What about 11.5.1?
6       A.   11.5.1 was a bit different in that
7  it -- that -- that's the first release.  But, yes,
8  11.5.1.
9       Q.   Why is it a big difference?
10      A.   Because it's the initial release.
11  You're not patching 11i until it exists.  So the
12  first one is -- you know, the industry parlance
13  should be "bootstrapped."  Until it exists, you
14  can't patch it.
15      Q.   So if testing was run on the
16  installation of 5.2 and 5.3 as patches, how was
17  testing different for the first release?  I'm not
18  sure I understand the distinction.
19      A.   Okay.  As mentioned here, there is the
20  concept of the -- yeah, if you want to refer back
21  to Exhibit 2.  So this note is to indicate that
22  11.5.3 has been released.  11.5.3, the second
23  paragraph here, "The maintenance pack is available
24  for download from MetaLink - all supported
25  platforms."

121

1     So the maintenance pack is a packaging
2  of the release as a patch that can be applied on
3  existing release.  So 11.5.1 customers would
4  download this thing called the maintenance pack and
5  install that to upgrade from 11.5.1 to 11.5.3.
6     A brand-new customer or a customer
7  that's upgrading from a prior version of the
8  E-Business Suite, from 10.7 to 11.0, would take the
9  rapid install and install that and then use the
10  upgrade utilities within that to then upgrade.
11     So the difference with an 11.5.1 is
12  that there is no maintenance pack for an 11.5.1
13  because there is no need for an existing customer
14  to upgrade their 11i installation.  There would
15  only be rapid install.
16     Q.   And what was -- what did rapid install
17  entail?
18     MR. GIBBS:  Objection; asked and
19  answered.
20     THE WITNESS:  The rapid install is a
21  set of CDs that customer uses to install the
22  software.
23  BY MS. ANDERSON:
24     Q.   Okay.  And is that considered a
25  consolidated release?

122

1     A.   Yes.  The rapid install delivers
2  everything you need to run the applications.
3     Q.   And did you test the rapid install?
4     A.   Yes.
5     Q.   And did you test both the ERP and the
6  CRM as they worked together in the rapid install?
7     A.   We tested an install together with the
8  rapid install.
9     Q.   I'm sorry.  What's the distinction
10  between the install and the rapid install?
11     A.   Verbal laziness.  There's no
12  distinction between the install and the rapid
13  install.
14     Q.   So what do you mean when you say you
15  tested an install --
16     (Interruption)
17  BY MS. ANDERSON:
18     Q.   So what do you mean when you say you
19  tested an install together with the rapid install?
20     A.   The scope of the testing is that we
21  can install the products and that they go in
22  successfully and you can then operate them.
23     Q.   Okay.  So which products were included
24  in the install or rapid install in the first release?
25     MR. GIBBS:  Objection; vague.

123

1     THE WITNESS:  I don't know, but it
2  would be in the bill of materials for that release.
3  BY MS. ANDERSON:
4     Q.   Okay.  I want to move for a moment to
5  talk about various meetings that you may have
6  attended at Oracle.  You've already mentioned Ron
7  Wohl's weekly meetings.  Were there other meetings
8  that you participated in regularly at Oracle?
9     A.   There is a development managers
10  meeting which we used to have.
11     Q.   And did you attend the developer
12  managers meeting in the 2000-2001 time frame?
13     A.   I can't be certain.  The development
14  manager meeting eventually was stopped and was
15  replaced with another meeting called -- I don't
16  remember, but an operations-oriented meeting.
17     Q.   Were essentially the same people
18  attending these two types of meetings, the
19  development management and the operations meeting?
20     A.   There were fewer people in the
21  operations meeting.  The development manager
22  meeting got to be too large and there were too many
23  developers.
24     Q.   About how many people were attending the
25  development management meeting?

124

1     A.   Eventually it got to be thirty or
2  forty people.
3     Q.   And do you recall some of the people who
4  attended that meeting?
5     A.   No.
6     Q.   How often was it held?
7     A.   Weekly.
8     Q.   And who led that meeting?
9     A.   Rick Jewel.
10     Q.   And what was Rick Jewel's position?
11     A.   He was in charge of development for
12  manufacturing products.
13     Q.   And was the focus of those meetings
14  exclusively on manufacturing products?
15     A.   No.
16     Q.   What were the other --
17     A.   They --
18     Q.   -- focus?
19     A.   The focus of that was status of the
20  ERP products.
21     Q.   Did you take notes during these
22  meetings?
23     A.   No.
24     Q.   Do you know if anybody took notes or
25  meeting minutes?

Seiden, Gregory  5/16/2006  9:05:00 AM

125

1        MR. GIBBS:  Objection.
2        THE WITNESS:  No.
3        MR. GIBBS:  Foundation.
4    BY MS. ANDERSON:
5        Q.   Were any -- do you recall any agendas
6    being circulated with respect to these meetings?
7        A.   No.
8        Q.   And then you mentioned there was an
9    operations meeting that -- did that grow out of the
10    development management meeting?
11        A.   Yes.
12        Q.   Do you recall approximately what time
13    frame?
14        A.   No.
15        Q.   Okay.  Was it during -- was it after the
16    release of Suite 11i?
17        A.   It was sometime during the development
18    of 11i, but I'm not certain.
19        Q.   And who attended those meetings?
20        A.   Operational leads for the product
21    families.
22        Q.   And can you recall some of those
23    operational leads?
24        A.   Sure.  Enda Hu.  E-n-d-a is his first
25    name.  Hu, H-u, is his last name.  Kevin Dahms.

126

1    D-a-h-m-s is his last name.
2        Q.   And if you could -- I'm sorry to
3    interrupt, but if you could just let me know what
4    their title is or essentially what their job was at
5    Oracle as well as you go, that would be great.
6        A.   Enda was responsible for operations
7    for the Financials group of products.
8        Q.   Okay.
9        A.   Kevin Dahms was responsible for
10    operations for the manufacturing group of products.
11    Alvin Russel, R-u-s-s-e-l, was responsible for
12    operations for the human resources set of products.
13    Murali Ramachandran, R-a-m-a-c-h-a-n-d-r-a-n, was
14    responsible for the applications technology set of
15    products.  And Alan Fletcher and Gopi Tummala,
16    T-u-m-m-a-l-a, represent the CRM products.
17        Q.   And what was your -- when you attended
18    these meetings, what was -- were you leading these
19    meetings?
20        A.   I had someone in my organization lead
21    that meeting.  Matthew Lobaugh, L-o-b-a-u-g-h.
22        Q.   What was Mr. Lobaugh's title?
23        A.   They called him director of
24    operations.  I forgot about him earlier.
25        Q.   And how often -- but you also attended

127

1    these meetings in addition to --
2        A.   Yes.
3        Q.   And this was during the development of
4    Suite 11i.  And did these meetings continue through
5    the various releases of Suite 11i through Release 3?
6        A.   Again, I'm not sure when they started,
7    when we made the transition, but they continued and
8    they continue today.
9        Q.   And what are the topics of discussion
10    that are --
11        A.   Mainly development strategy, what
12    we'll use for shared databases, information
13    exchange.
14        Q.   What do you mean by "information
15    exchange"?
16        A.   We would in these meetings make
17    tactical decisions about how development should
18    proceed and share best practices between different
19    organizations.
20        Q.   Did Ron Wohl ever attend this meeting?
21        A.   Never.
22        Q.   Did anybody senior than yourself attend
23    this meeting?
24        A.   No.
25        Q.   Did you report what occurred at these

128

1    meetings to your superiors?
2        A.   No.
3        Q.   And were -- did anybody take notes at
4    these meetings?
5        A.   No.
6        Q.   Did you ever attend meetings with the
7    CRM group?
8        A.   Once.
9        Q.   When was that?
10        A.   I don't recall the date.
11        Q.   Do you recall the year?
12        A.   No.
13        Q.   What was the nature of that meeting?
14        A.   It was a status meeting.  It was Mark
15    Barrenechea's direct reports meeting.
16        Q.   And why were you in attendance that
17    once?
18        A.   I was invited by one of Mark's direct
19    reports to provide status.
20        Q.   Status of what?
21        A.   Of any ERP dependencies on CRM.
22        Q.   And what are ERP dependencies on CRM?
23        A.   Since the products are integrated,
24    they are each dependent on the other.  Most of that
25    dependency goes from the CRM side to the ERP side,

129

1 but there were a couple of dependencies that we had
2 on them, mainly around the service module, which
3 was a former ERP module.
4 Q. When did the service module go -- change
5 from being the ERP module to a CRM module?
6 A. I don't recall.
7 Q. Do you know approximately?
8 A. I guess '98.
9 Q. And does that refresh your recollection
10 as to when you attended this meeting?
11 A. No.
12 Q. Was Mark Barrenechea the most senior
13 person at that meeting?
14 A. Yes.
15 Q. Did you -- did you participate in any
16 forecasting meetings in the 2000-2001 time period?
17 A. Forecasting?
18 Q. Um-hmm.
19 A. Sales forecasting?
20 Q. Sales forecasting.
21 A. No.
22 Q. Excuse me.
23 And other than the organizational
24 meetings we talked about in your group, were there
25 any meetings that were focusing on integration of

130

1 Suite 11i?
2 A. No.
3 Q. What about on the installation of
4 Suite 11i?
5 A. No.
6 Q. And did you attend any meetings with
7 Larry Ellison in the 2000-2001 time period?
8 A. Yes.
9 Q. And what were the nature of those
10 meetings?
11 A. He held a weekly -- well, ostensibly
12 weekly status meeting with the application groups.
13 Q. And who attended that meeting?
14 A. Ron Wohl and his direct reports and
15 Mark Barrenechea and his direct reports.
16 Q. And I think we discussed earlier some of
17 Ron's direct reports, the ones you could remember.
18 Do you remember any of Mark Barrenechea's direct
19 reports other than Alan Fletcher you've mentioned?
20 A. Sukumar Rathman, Chris Balkenhol,
21 Holger Mueller. And there were others I can't
22 recall.
23 Q. And did you report the status of the
24 organizations that were under your authority during
25 these meetings?

131

1 A. No.
2 Q. Did Ron Wohl report the progress of your
3 organizations at these meetings?
4 A. Very little, if anything, in my
5 organization was of any interest at this level of
6 staff meeting.
7 Q. What was usually discussed at these
8 staff meetings in the 2000-2001 time period?
9 A. Product direction, product strategy,
10 new features. It was very often used as a sounding
11 board for demos, especially around the daily
12 business intelligence product.
13 Q. What's a daily business intelligence
14 product?
15 A. It's -- that was our name for it. Now
16 you'll see them referred to as CEO dashboards.
17 It's the concept of being able to extract realtime
18 information, business-oriented information from
19 your transaction-oriented system without having to
20 use a data warehouse.
21 Q. Was that part of Suite 11i in the
22 2000-2001 time period?
23 A. Yes, it was.
24 Q. And were customer complaints discussed
25 at this meeting?

132

1 A. Only if they were highly escalated. I
2 don't recall -- I don't recall any in particular.
3 Q. Other than the weekly -- or ostensibly
4 weekly, as you said, meetings with Larry Ellison, did
5 you communicate with Mr. Ellison in any way?
6 A. No.
7 Q. What about with Jeff Henley?
8 A. No.
9 Q. With Sandy Sanderson?
10 A. No.
11 Q. And any communication with George
12 Roberts?
13 A. No.
14 Q. We've talked quite a bit about
15 integrated, and I was wondering if you -- what's your
16 understanding of the term "fully integrated"?
17 MR. GIBBS: Objection; vague.
18 Answer if you can.
19 BY MS. ANDERSON:
20 Q. As it was used in Oracle in the
21 2000-2001 time period.
22 MR. GIBBS: Same objection.
23 THE WITNESS: Fully integrated, to me,
24 implies that you don't need to write any software
25 to stitch the applications together, in contrast

133

1 with the best-of-breed approach where you would
2 have to write interface programs to interface your
3 procurement system to your financial system or your
4 sale system to your order entry system; that the
5 Oracle applications all shared the same database
6 and used the same data definitions, so that wasn't
7 necessary.
8 BY MS. ANDERSON:
9     Q.  Do you draw any distinction from
10 integrated versus fully integrated?
11     A.  No.
12     Q.  And what's your understanding of the
13 term "preintegrated" as it was used at Oracle in the
14 2000-2001 time period?
15     A.  Again, I think that's just synonymous
16 with "integrated."  It implies that you don't need
17 to do integration.
18     Q.  And what's your understanding of the
19 term "interoperable"?
20     A.  "Interoperable" as we used it within
21 development referred to the technology stack.  So
22 we would produce patches -- we would call
23 interoperability patches -- if we were to change
24 the underlying database version or if -- and it
25 required a change to the Oracle applications, or if

134

1 you changed your hardware operating system and we
2 needed to make a change to the applications, that
3 would be an interoperability patch.  So that's --
4     Q.  Can you give me an example -- a layman's
5 example of an interoperability patch, when you would
6 use that?
7     A.  Okay.  I just gave two, but I'll try
8 again.
9     Q.  I'm -- maybe they'll be similar.
10     A.  I'll just start at the beginning.
11     Q.  Okay.
12     A.  So the customer has installed the
13 Oracle applications and they're running, and the
14 initial releases of Oracle application is used in
15 8i version of the database.
16     Q.  Okay.
17     A.  Subsequent to our releasing the
18 applications on database version 8i, the database
19 group separately came out with version 9i of the
20 database.  So customers would see that there are
21 exciting new features in 9i and would want to then
22 run their Oracle applications on the latest version
23 of the database.
24     So Glenn Ong, whom I referred to
25 earlier, is in charge of doing database

135

1 certifications.  So he would take the 9i software
2 and run it with the applications and see what sort
3 of code changes might be required to the
4 applications.
5     First, we'd go through.  We'd see if
6 there are any bugs in the 9i database that are
7 going to affect applications, and we also see if
8 there is any code change that needs to be made in
9 the applications.
10     And that will happen sometimes because
11 the -- typically why that happens to us is that
12 they've improved the validation of the database so
13 that something that we were doing before was
14 actually taking advantage of buggy behavior in the
15 database.
16     They'd fix that bug.  Now we can't do
17 it that way anymore and we have to fix our code,
18 which wasn't right to begin with.  So we would
19 create a patch for that.  And then the customer
20 would have to take that patch, which we call an
21 interoperability patch, in association with
22 upgrading to 9i.
23     So customers start out on 8i, the
24 database wants to go 9i.  They have to wait for us
25 to say that 9i is certified and get the

136

1 interoperability patch from us to apply to that
2 system.
3     Q.  Okay.  I have some more questions about
4 the product testing that your group engaged in in
5 2000-2001.  Did you test -- were you involved at all
6 in testing the functionality compared to the
7 documentation?
8     A.  No.
9     Q.  Who was in charge of that?
10     A.  The individual product groups.
11     Q.  I'm sorry?
12     A.  The individual product development
13 groups.
14     Q.  Okay.  Do you know any individuals in
15 the product development groups who were engaging in
16 that type of testing?
17     A.  No.
18     Q.  And are you familiar with the term "load
19 testing"?
20     A.  Sure.
21     Q.  What does that mean?
22     A.  Load testing's a way to do performance
23 testing.  Load is how many customers can you have
24 on the system or how much transaction volume can
25 you push through the system.

137

1    Q.   And did your group conduct load testing?
2    A.   No.
3    Q.   Who was in charge of load testing?
4    A.   I believe it was Ahmed Alomari, and
5  that's who's in charge of it today.
6    Q.   And what group is he in?
7    A.   He heads the applications performance
8  group.
9    Q.   Earlier in the day you mentioned
10  something about alpha and beta testing?
11    A.   Um-hmm.
12    Q.   Did you conduct any of the alpha and
13  beta testing?
14    A.   My recollection is a little hazy, but
15  we did -- we had -- if I recall correctly, we had
16  an in-house beta, and for that we invited a number
17  of customers to come in.  We hosted 11i
18  environments for them and brought them in and
19  allowed them to actually perform their tests on our
20  software.
21    Q.   And when was -- when was Oracle doing
22  that?
23    A.   That was prior to the initial release
24  of 11i.
25    Q.   Okay.  What products were part of that

138

1  beta?
2    A.   I couldn't recall.
3    Q.   Did it involve the entire -- all the
4  products in the Suite 11i?
5    A.   I believe so, but I don't know.
6    Q.   What about alpha or beta testing other
7  than that?
8    A.   There was also some testing done in
9  translation by our -- I don't remember the name of
10  the group, but we had a couple of
11  non-English-speaking organizations within Oracle
12  test out the applications and translation.
13    Q.   Now, with respect to the in-house beta
14  testing, were there defects that were uncovered
15  during that testing?
16    A.   Absolutely.
17    Q.   And what types of defects?
18    A.   Be it any kind that you might expect
19  to find in the software.  So code defects or design
20  missteps.
21    Q.   And then how were those design problems
22  or code defects then addressed?
23    A.   Well, bugs were logged for those, and
24  it goes on to develop a work queue, and then like
25  any other bug, those would get -- would get

139

1  worked -- it would -- a developer would be
2  responsible for that area code to make their code
3  fix and submit it to the consolidated builds.
4    Q.   And was that testing ongoing until the
5  bugs were resolved?
6    MR. GIBBS:  Objection; vague.
7    THE WITNESS:  The -- that testing was
8  for a fixed period of time because we were bringing
9  in customers from outside.  You know, they had only
10  certain periods of time that they could be away
11  from their own businesses.
12  BY MS. ANDERSON:
13    Q.   Okay.  Was -- how was follow-up testing
14  done with respect to the bugs identified during that
15  beta -- in-house beta testing?
16    MR. GIBBS:  Objection; vague, lack of
17  foundation.
18    THE WITNESS:  I don't know.
19  BY MS. ANDERSON:
20    Q.   Who else was involved in that in-house
21  beta testing?
22    A.   Lots of folks were involved.  And the
23  primary interface between the customers and the
24  product would be the class of employee called a
25  product manager.

140

1    MS. ANDERSON:  I think we need to
2  change the tape.  Excuse me.
3    THE WITNESS:  Okay.
4    THE VIDEO OPERATOR:  This concludes
5  Videotape No. 2 in the May 16, 2006, deposition of
6  Greg Seiden.  Going off the record at 2:15.
7    (Break taken.)
8    THE VIDEO OPERATOR:  This begins
9  Videotape No. 3 of the May 16, 2006, deposition of
10  Greg Seiden.  On the record at 2:21.
11  BY MS. ANDERSON:
12    Q.   We were talking about this in-house beta
13  testing that was conducted.  I believe you said that
14  this was before the first release of Suite 11i.  Is
15  that accurate?
16    A.   Yes.
17    Q.   And you've indicated that was tested --
18  occurred for a fixed period of time.  Do you know
19  whether the bugs identified during that beta testing
20  were fixed?
21    MR. GIBBS:  Objection; vague.
22    THE WITNESS:  Our release criteria
23  called it for there to be no P1 bugs, so I'm sure
24  that all of those were fixed.  P2 bugs I couldn't
25  say.

141

BY MS. ANDERSON:

    Q.   And were the customers participating in this beta test -- were these potential customers or customers who had committed to purchase Suite 11i?

    A.   For the most part I believe they were existing customers.

    Q.   What do you mean by "existing customers"?

    A.   They were users of the software, the 10.7 or 11 version.

    Q.   And they were considering upgrading to Suite 11i when it released?

    MR. GIBBS:  Objection; vague, lack of foundation.

    THE WITNESS:  With the purchase of Oracle applications, you get upgrade rights.  So most every customer will eventually be migrating up.  The fact they're participating in the beta program I would take to imply that they had imminent plans to migrate to 11i.

BY MS. ANDERSON:

    Q.   But you don't know one way or the other whether they ultimately did migrate to 11i?

    A.   No, I don't.

    Q.   And are you aware of any other alpha or

142

beta testing, personally aware?

    A.   No, I'm not.

    Q.   And you also mentioned that there were early users.  Were you involved in the early users or early implementers of 11i?

    MR. GIBBS:  Objection; vague.

    THE WITNESS:  I -- I was aware of some of them.  We tried to track a number of users that were taking 11i and where they were in their implementation process.

BY MS. ANDERSON:

    Q.   And do you recall any of these early users in particular?

    A.   The two, GE Power, General Electric Power, was putting up a plant in -- somewhere in Eastern Europe, I believe, and POSCO, which is a Korean steel manufacturer.

    Q.   And what was your role in these early user projects?

    A.   Minimal.  To the extent that patches need to be created, arranged where special packaging might need to happen, but I don't recall anything unique for POSCO or GE.

    Q.   Do you recall approximately when GE and POSCO were engaged in their early implementation?

143

    A.   To the best of my recollection, they were the first two customers to go live.

    Q.   Okay.  So would this be most likely in -- shortly after the release of Suite 11i in May of 2000?

    A.   No.  To put in a suite as large as the E-Business Suite can take six to twenty-four months of testing and planning and implementation.

    Q.   Do you know how many modules they were implementing at one or both of those projects?

    A.   I don't.

    Q.   And were these -- had you conducted testing with respect to the modules that were being implemented at these sites?

    A.   Only the key entity tests that we've done and the install and upgrade tests that we've performed.

    Q.   And do you recall hearing -- did you learn about problems that were occurring on those sites?

    MR. GIBBS:  Objection; vague.

    THE WITNESS:  We had -- the bugs, since they were reported from any one of those sites, would be tagged, and so that we knew that if a bug came into our queue that said GE Power or

144

said POSCO that we should give it urgent attention.

BY MS. ANDERSON:

    Q.   And how often was that happening?

    A.   It was just a recurring part of the business, so I wouldn't know how to characterize that.

    Q.   Do you have an idea of the number of how many you saw?

    A.   No.

    Q.   Did you hear any stories about customer problems at GE Power or POSCO?

    MR. GIBBS:  Objection; vague.

    THE WITNESS:  GE Power I heard nothing.  POSCO -- I just knew that they were a very demanding customer and were doing a very thorough job of testing.

BY MS. ANDERSON:

    Q.   And what types of testing was POSCO engaging in?

    A.   I don't have firsthand knowledge of that.

    Q.   Do you know who was working on the POSCO project -- or who was leading the POSCO project at Oracle?

    MR. GIBBS:  Objection; vague.

145

1    THE WITNESS: Oracle Consulting was
2  involved with the POSCO implementation, but I don't
3  remember who.
4  BY MS. ANDERSON:
5    Q.   And any recollection of anyone at Oracle
6  who worked on GE Power?
7    MR. GIBBS: Objection; vague.
8    THE WITNESS: None.
9  BY MS. ANDERSON:
10   Q.   Okay. Now, with respect to the testing
11 that your group conducted, you just mentioned key
12 entity tests?
13   A.   Um-hmm. The key business flows.
14   Q.   So that's the same as the key business
15 flows. I was going to ask you if I was messing that
16 up with some other terminology.
17      How many key business flows were
18 tested?
19   MR. GIBBS: Objection; vague and asked
20 and answered.
21      THE WITNESS: Yeah. I believe it was
22 eighteen to twenty.
23 BY MS. ANDERSON:
24   Q.   And how many functions does Suite 11i
25 have that could be characterized as a business flow?

146

1    MR. GIBBS: Objection; vague.
2    THE WITNESS: It depends on what you
3  want defined as a business flow. We had identified
4  eighteen to twenty things that we thought were
5  necessary before we could say that the product was
6  working.
7  BY MS. ANDERSON:
8    Q.   But the product could -- the product
9  included more than eighteen or twenty functions,
10 correct?
11   A.   A function being what?
12   Q.   Let me make sure I understand. So the
13 key business flows, those were certain -- or I might
14 not be using the right word, but certain functions
15 that you selected that -- because they were common
16 functions that a customer might need the application
17 for; is that correct?
18   MR. GIBBS: Objection; vague.
19   THE WITNESS: If you were to think of
20 each product within the suite, there is probably a
21 single thing that it does that you would consider
22 important, maybe two.
23      So for a purchasing system, that would
24 be -- you must be able to create a requisition.
25 For an accounts payable system, you must be able to

147

1  cut a check. So that's how we would define the key
2  transactions within the business flow.
3  BY MS. ANDERSON:
4    Q.   And so you selected -- you made a
5  judgment call as to which processes were key business
6  flows, correct?
7    A.   Correct.
8    Q.   So there were some business flows that
9  were not included in your key business flow list,
10 correct?
11   A.   I wouldn't characterize other things
12 as key business functions.
13      For example, you know, demonstrating
14 that we can cut a check from accounts payable is
15 one thing, but to say that we can cut a check in a
16 currency other than the -- our base account
17 currency and have it printed in a language other
18 than our base language would be, you know, a
19 transaction, something that should work, but not
20 something that we would have identified as a key
21 business flow.
22   Q.   And were tests conducted on those types
23 of functions that were not identified as key business
24 flows?
25   MR. GIBBS: Objection; vague.

148

1    THE WITNESS: Not by my group.
2  BY MS. ANDERSON:
3    Q.   Are you aware of any tests being done on
4  those other types of functions that were not
5  identified as key business flows?
6    A.   I am not aware, but expectations would
7  be that those tests were done.
8    Q.   And given the number of products
9  included in the Suite 11i business suite, how many
10 functions are there?
11   MR. GIBBS: Objection; vague and lack
12 of foundation.
13 BY MS. ANDERSON:
14   Q.   Can you give an estimate?
15   MR. GIBBS: Same objections.
16   THE WITNESS: The E-Business Suite
17 software is generic. It's unlike a system that you
18 might create for a specific customer as a custom
19 system. The suite is designed to be configurable
20 and used by customers in different -- different
21 business models, different configurations.
22      So ultimately there is an infinite
23 number of ways that you could move through the
24 system and process different transactions. So at
25 the end of the day, we can't -- you can't

149

1  explicitly test an infinite number of items.  So,
2  yes, there is a business decision made around what
3  to test.
4  BY MS. ANDERSON:
5      Q.   And in retrospect, do you think that
6  eighteen to twenty was sufficient testing for the
7  first release of 11i?
8          MR. GIBBS:  Objection; misstates his
9  testimony.  Answer if you can.
10         THE WITNESS:  I think that eighteen to
11  twenty key business indicators were a good tracking
12  tool as a proxy for the underlying code.
13  BY MS. ANDERSON:
14     Q.   And what do you mean by "a good tracking
15  tool"?
16     A.   Expectation was that testing of the
17  individual components in the product is done by
18  the -- by the individual product teams.
19         What we were trying to do at a gross
20  level with the integration team was to just ensure
21  that -- that things appeared to be working at a
22  macro level and that any potential shortcomings in
23  the product testing as it crosses product
24  boundaries would get picked up by the integration
25  test.

150

1      Q.   And then did you learn -- let me come
2  back to that.
3          You also mentioned that you tested key
4  integration points of data; is that correct?
5      A.   The key business flows would cross
6  products.
7      Q.   Right.
8      A.   So the risk that we were trying to
9  mitigate with that is that the product team testing
10  followed the -- followed transaction data through
11  their product and through the next product that
12  they touch.
13     Q.   Okay.  When we were talking about that
14  earlier, you mentioned two points of data.
15     A.   Earlier I was referring to the
16  integration between CRM and ERP.
17     Q.   Okay.
18     A.   There is lots of data that goes back
19  and forth.  That example that I gave was how the
20  products are designed from the ground up to share
21  this data.  Transaction data moving through this
22  system is more temporal in nature, that, you know,
23  a transaction is created and passes along through
24  the -- through the modules.
25     Q.   And these transactions that you're

151

1  referencing, are these the eighteen to twenty key
2  business flows?
3      A.   Yes.
4      Q.   Did those key business flows include key
5  integration points of data between the CRM and the
6  ERP?
7      A.   A few.  But as I said, the CRM part of
8  the integration team was -- we had started out as
9  an ERP team and we're adding CRM functionality.
10     Q.   I think you mentioned earlier when --
11  with respect to the key integration points of data, I
12  believe you said two examples were order management
13  and customer lists.
14     A.   Not lists, but -- I don't remember
15  what it stands for, but TCA, which is something.
16     Q.   Is that customer information?
17     A.   TCA.  And I don't remember what it
18  stands for.
19     Q.   Is that essentially information about
20  company customers?
21     A.   It's party information.  So it can be
22  customers, it can be partners, it can be suppliers,
23  any sort of external relationship between your
24  business and someone else.
25     Q.   Were those key integration points of

152

1  data included in the key business flow tests with
2  respect to the eighteen to twenty key business flows
3  you identified before?
4      A.   Yes.
5      Q.   Were there other key integration points
6  of data with respect to ERP and CRM that were also
7  tested?
8      A.   I don't know.
9      Q.   Are you aware of any other points that
10  were tested?
11     A.   No.
12     Q.   And how many integration points of data
13  are there in total between ERP and CRM if they're
14  operating together all products?
15     A.   That would be a very difficult thing
16  to define.  It's easy to make the broad-stroke
17  definition and say customers and orders, but there
18  is -- you know, it's a level of detail that I don't
19  even have.
20         And we've got tens of thousands of
21  tables within the applications, and so they --
22  there are many, many more potential data-sharing
23  points, but I don't know what they are.  I mean,
24  you'd really have to ask the developers of the
25  individual program units to know.

153

1    Q.   But you only know of two types of key
2  integration points of data that were involved in the
3  key business flow tests; is that accurate?
4    A.   Yes.
5    Q.   And so at any time before the release of
6  Suite 11i, was -- did you test integration of the
7  entire business suite?
8        MR. GIBBS:  Objection; vague.  You
9  mean his organization, him personally?
10       MS. ANDERSON:  Let me start with the
11  organization.
12       THE WITNESS:  We would run eighteen to
13  twenty key business flows through the system.
14  BY MS. ANDERSON:
15    Q.   So the entire business suite was not
16  tested, just the eighteen to twenty business flows.
17       MR. GIBBS:  Objection; argumentative
18  and misstates his testimony.
19       MS. ANDERSON:  I'm just trying to
20  verify it.
21       THE WITNESS:  My team would run the
22  eighteen to twenty key business flows.
23  BY MS. ANDERSON:
24    Q.   Okay.  And do you know if there were
25  other teams engaged in integration testing?

154

1    A.   Each team was responsible for testing
2  its portion of the software, and that included
3  their touch points.  So they were supposed to test
4  their product and anything that it interfaces to.
5    Q.   Okay.  And the interface with other
6  products, that's known as a touch point?
7    A.   I'm using your definition there.  We
8  wouldn't -- the transactions flow in and out of any
9  particular product --
10    Q.   Okay.
11    A.   -- so they're responsible for making
12  sure the transactions can flow into their products
13  from other products and can flow out of their
14  products to other products.
15    Q.   And -- so to the degree that in your
16  testing you identified a problem with that
17  information flowing, who did you -- who did you
18  bring -- who did you talk to about that problem?
19    A.   We would just log a bug in the bug
20  database.
21    Q.   And then that would be the
22  responsibility of that --
23    A.   That development --
24    Q.   -- development team?
25    A.   -- group.  Yeah.

155

1    Q.   Okay.  I had a follow-up question with
2  respect to the criteria -- the release criteria
3  applied at Oracle.  You had mentioned that there
4  couldn't be any P1's and -- or any install failures
5  and that the P2's was sort of a judgment call.  Who
6  made the final call on whether the product was ready
7  for release?
8    A.   I guess ultimately we couldn't release
9  without Ron Wohl's approval.
10    Q.   And what information would Ron Wohl
11  review before making that -- before you getting his
12  approval?
13    A.   He would review the bug reports as
14  objective data, and he would pretty much poll his
15  direct reports and ask if it was ready to go.
16    Q.   And do you know whether he relayed that
17  information to his superior, Larry Ellison?
18    A.   I don't know.
19    Q.   Now, at any point after the initial
20  release of Suite 11i, did you learn that certain ERP
21  and CRM modules weren't working together?
22       MR. GIBBS:  Objection; vague.
23       THE WITNESS:  No.
24  BY MS. ANDERSON:
25    Q.   Do you know one way or the other whether

156

1  the May release of Suite 11i was considered to be
2  behind schedule?
3       MR. GIBBS:  Objection; vague.
4       THE WITNESS:  My recollection at that
5  time was it was sort of a -- the hybrid behind and
6  they had a schedule.
7       Originally we were going to release
8  11.5.0 release with the version of order entry,
9  which is the predecessor to what eventually went
10  out with 11i, called order management.
11       But order management development was
12  actually going better than expected, and so we made
13  the decision to actually roll the new order
14  management module into 11.5.1.  So in the end, what
15  we decided to do was to skip 11.5.0 and go straight
16  to 11.5.1.
17       So it's sort of both.
18  BY MS. ANDERSON:
19    Q.   And when was that decision made, if you
20  know?
21    A.   I don't know.  But just speculating by
22  looking backwards, it would have had to have been
23  made at the end of '99 or so.
24    Q.   Are you familiar with the ATG release
25  group?

157

1    A.  Yes.
2    Q.  What is the ATG release group?
3    A.  ATG is applications technology group.
4  That's the technology group within applications
5  headed up by Cliff Godwin.  And the ATG release
6  group would have been headed by Murali
7  Ramachandran, and they're responsible for
8  delivering the code for the ATG product group to my
9  organization.
10   Q.  Did you participate in that group?
11   A.  No.
12   Q.  Did you get status updates from that
13  group?
14   A.  No.
15   Q.  Did you communicate with Cliff Godwin as
16  to the progress they were making in that group?
17   A.  I would let Cliff Godwin know if there
18  were an issue in his group for which I was awaiting
19  resolution.  And he would frequently call me before
20  his staff meetings and say, "Is there anything that
21  we're missing that we're supposed to deliver to
22  you?" so that he could cover that in his staff
23  meeting.
24   Q.  And what types of issues would these be?
25  Would these be new code or patches?  If I'm using the

158

1  right terminology.
2    A.  Cliff's group was responsible for
3  incoming inward technology adoption.  So if there
4  is any -- if we're using a database version or
5  middle-tier software version from Oracle or if
6  we're using outside vendor software as part of the
7  product, Cliff's group was responsible for taking
8  that in and making sure that it was ready for
9  development.
10   Cliff's group also is responsible for
11  a product called AOL, Application Object Library,
12  which is the runtime infrastructure for the
13  applications, the security menuing, batch operation
14  side of the applications.  So if there were issues,
15  it could be in any of those areas.
16   Q.  Would an issue be, for example, a
17  situation where you need to conduct testing and
18  you're waiting for code from him?  I'm just trying to
19  get a feel for how these situations arose.
20   A.  No.  An issue would typically be a bug
21  that we reported that we need him to fix.
22   Q.  And do you recall any particular bugs in
23  the 2000-2001 time period that you communicated to
24  Cliff?
25   A.  No, although there is one here in

159

1  Exhibit 2.
2    Q.  Exhibit 2.
3    A.  Everything is right there.
4    Q.  Examples.
5    A.  Yeah.  "The HP-UX is delayed due to an
6  8061 bug" --
7    (Interruption)
8    THE WITNESS:  One, two, three --
9  fourth paragraph says, "The HP-UX is delayed due to
10  an 8061 bug currently being investigated by AOL."
11  And that would be the applications technology
12  group.
13  BY MS. ANDERSON:
14   Q.  Okay.  And would that be -- the type of
15  information you're relaying in Exhibit 2, is that --
16  would you then relay that to Ron Wohl on a regular
17  basis?
18   A.  No.  In this particular case, it was
19  holding up a release.  In the normal course of
20  business, I wouldn't report something like that to
21  Ron Wohl unless it was having an impact on our
22  overall schedule.
23   Q.  Do you recall other bugs that were
24  holding up a release of either Version 1, 2, or 3?
25   A.  No.

160

1    Q.  Now, did you attend any technology
2  integration meetings?
3    A.  I don't know what a technology
4  integration meeting is, so I'm not sure.
5    Q.  I guess I should have asked.  Are you
6  familiar with someone named Lisa Parekh?
7    A.  Yes.
8    Q.  And are you aware that Ms. Parekh
9  conducted technology integration meetings?
10   A.  Yeah, that could be.
11   Q.  Okay.  Did you attend any of her
12  meetings?
13   A.  Yes.
14   Q.  And how often were her meetings held?
15   A.  If it's the meeting that I believe
16  that it is, it's weekly.
17   Q.  And did you attend weekly?
18   A.  Yes.
19   Q.  And what was discussed at these
20  meetings?
21   A.  Any issues with either the current or
22  coming technology stack used by the applications.
23   Q.  Now, can you -- what do you mean by
24  "technology stack"?  You've used that a couple of
25  times.  I'm not sure I have a very good understanding

161

1   of that term.
2       A.   The application software or -- we tend
3   to look at the entire software offering as a set of
4   layered technologies, or sometimes referred to as
5   an onion, in that it, you know, builds outward from
6   a core.
7           At the lowest level of a technology
8   stack is your hardware, and the hardware and the
9   operating system on top of that would be system
10   tools, and in there we would classify the database
11   and the middle-tier technologies. Those are the
12   web servers and form servers.
13          On top of that, there is a layer that
14   we called AOL, which is within the organization.
15   And then finally, on top of that, we build the
16   applications themselves. So when you think of, you
17   know, general ledger or the sales application,
18   they're the top layer of this, and anything below
19   that is the technology stack.
20      Q.   And what were some of the common issues
21   that would be raised at Lisa's meeting with respect
22   to the technology stack?
23      A.   In particular, bugs in the technology
24   stack, new versions that are due to be released
25   soon or have just been released, certification

162

1   strategies. That pretty much covers it.
2       Q.   How would a bug in the technology stack
3   manifest itself?
4       A.   Any of the myriad and wonderful ways.
5   It could be as simple as we can't install it or it
6   keeps a component of ours from generating
7   correctly.
8           Or it could be some insidious
9   hard-to-reproduce behavior where only under a high
10   load on -- only under high loads when a user is
11   typing quickly and they go into a -- field with a
12   particular definition, their -- the software will
13   hang.
14      Q.   And are sometime -- is it -- withdraw
15   that.
16          Are software defects -- do they
17   sometimes manifest themselves in a text stack bug?
18      A.   Yes.
19          MR. GIBBS: Objection; vague.
20   BY MS. ANDERSON:
21      Q.   In what way? Give me an example of how
22   that would happen. I mean, you just gave me --
23      A.   I guess I'm not -- sorry.
24          (Interruption)
25          MS. ANDERSON: Withdraw the last

163

1   question.
2       Q.   Just an example would be great.
3           MR. GIBBS: I'm sorry. An example of
4   what? I just want to make sure the record's clear.
5           MS. ANDERSON: Could you reread my
6   question starting with "And are"?
7           (The record was read back as follows:
8           "Q.   Are software defects -- do they
9           sometimes manifest themselves in a
10          text stack bug?")
11          MR. GIBBS: Objection; vague as to
12   "software."
13          THE WITNESS: Well, I think it's sort
14   of self-referential. You know, if there is a
15   software bug -- or if there is a software defect,
16   it could be due to a text stack bug. That text
17   stack bug is a software defect. So, yes.
18   BY MS. ANDERSON:
19      Q.   What about defects in an application
20   like one of the Suite 11i modules?
21      A.   Well, ultimately, to the user, they
22   don't know where in the stack -- whether it's the
23   application or the underlying technology -- that's
24   necessarily causing the problem.
25      Q.   So is testing conducted to determine

164

1   that?
2       A.   To determine what?
3       Q.   Where -- what the origin of the bug is.
4           MR. GIBBS: Objection; vague as to
5   time and just about everything else.
6           THE WITNESS: Yeah. I mean, that's
7   more a question about how do you debug software.
8   BY MS. ANDERSON:
9       Q.   Okay.
10      A.   And, yeah, it's a black art.
11      Q.   And do you know who else attended these
12   meetings?
13      A.   Several representatives of the
14   applications technology group and some
15   representation from the systems technology group
16   within Oracle.
17      Q.   And were notes taken at these meetings?
18      A.   I believe there is a -- there is a --
19   a living document of the current status at any
20   given time.
21      Q.   And did Lisa Parekh maintain that?
22      A.   Yes.
23      Q.   And does she update you or others at
24   Oracle with respect to the status?
25      A.   That meeting was a discussion forum

165

1  for current status.
2      Q.   And who else attended that meeting?  I
3  mean by -- withdraw that.
4          Did any of Ron Wohl's direct reports
5  other than yourself attend that meeting?
6      A.   Cliff Godwin would attend.
7      Q.   And did Ron Wohl ever attend the
8  meeting?
9      A.   Never.
10     Q.   Did Larry Ellison ever attend the
11  meeting?
12     A.   No.
13     Q.   And are you familiar with -- are you
14  aware of meetings held with respect to documentation
15  and curriculum?
16     A.   Yes.
17     Q.   And who ran those meetings?
18     A.   Anne Carlson.  A-n-n-e, Carlson,
19  s-o-n.
20     Q.   What is documentation and curriculum?
21     A.   Documentation is user manuals and
22  implementation manuals.  Curriculum is the
23  coursework used to teach consultants and customers
24  how to use the system.
25     Q.   And were you involved in documentation

166

1  and curriculum?
2      A.   I had a doc writer -- two doc writers
3  and a curriculum developer on my team.
4      Q.   Who were your doc writers?
5      A.   Carole Eubanks and Michael Fiore.
6      Q.   And what type of documentation were they
7  responsible for drafting?
8      A.   They wrote the installation manual and
9  any release notes.  They also edited and produced
10  the upgrade manual.  And Yun Shaw is the curriculum
11  developer, and he created the installing and
12  upgrading Oracle applications class.
13     Q.   And was it part of your team's job to
14  compare the documentation you just described to the
15  functionality of the product?
16     A.   No.
17     Q.   And were these documents, the
18  installation manual, release notes, and upgrade
19  manual -- were these for use by Oracle customers?
20     A.   Yes.
21     Q.   And this is in the 2000-2001 time frame?
22     A.   Yes.
23     Q.   And during that time frame, did you
24  learn of customers complaining that the documentation
25  was inadequate?

167

1      A.   No.
2      Q.   Did you hear of customers complaining
3  that the functionality did not meet what was
4  described in the documentation?
5      A.   No.
6      Q.   Now, as far as the curriculum is
7  concerned, was this part of Oracle University?
8      A.   Yes.
9      Q.   And that was an installation class?
10     A.   Yes.
11     Q.   And was that a hands-on installation?
12     A.   There were lab exercises, but
13  ultimately -- I don't think they actually performed
14  a live installation at 11.5.1.
15     Q.   Why not?
16     A.   It's a -- the Oracle application
17  system requires a significant amount of disk space
18  for the database and the -- and the software, and
19  it requires that it be configured with port
20  addresses and that particular client devices,
21  PCs, can communicate through that system.
22         A class would typically have ten to
23  twenty-five participants in the class, and so it
24  was an impractical matter to be able to actually
25  set each customer up with a complete computer

168

1  system and the ability to run through the entire
2  upgrade.  So it was a classroom exercise.
3      Q.   Now, you said that was with respect to
4  11.5.1 but at a later time there were -- were there
5  other hands-on installations?
6      A.   Yeah.  At a later time.  Not during
7  this period.  But I think with 11.5, 8 or 9 we
8  actually created a simulation that they could run
9  where everything was -- they could run through the
10  entire exercise up to the point that it would start
11  trying to configure the machine.
12         MS. ANDERSON:  I'd like to take a
13  five-minute break.
14         THE VIDEO OPERATOR:  The time is 3:05.
15  Off the record.
16         (Break taken.)
17         THE VIDEO OPERATOR:  The time is 3:12.
18  On the record.
19  BY MS. ANDERSON:
20     Q.   Welcome back.  Earlier we were talking
21  about delays in releases and -- sorry.  Just one
22  moment -- and I believe that you mentioned recalling
23  some problems with NT that were also identified in
24  Exhibit 2.  Do you recall those problems, delaying
25  customers' ability to go live?

Seiden, Gregory  5/16/2006  9:05:00 AM

169

1    A.    I don't recall.
2    Q.    So you don't remember go-live being
3  threatened in December of 2000 because of these
4  problems?
5    A.    I do not.  No.
6    Q.    And do you recall problems with customer
7  Boral Bricks?
8    A.    Don't recall Boral Bricks.
9    MS. ANDERSON:  I'd like to mark this
10  as Seiden Exhibit 3.
11    (Exhibit No. 3 was marked for
12  identification by the reporter.)
13  BY MS. ANDERSON:
14    Q.    If you could take a look at this e-mail.
15  What does this appear to be?
16    A.    This appears to be an e-mail from Sam
17  Addison to Ron Wohl.
18    Q.    And who is Sam Addison?
19    A.    Sam Addison was in the customer -- the
20  customer management group within Ron's organization
21  who reported to Kirsten Shaw.  And if there were
22  escalated customer situations, Kirsten Shaw's team
23  would be involved, and Sam Addison was one of the
24  members of her team.
25    Q.    And does this e-mail -- well, sorry.

170

1  And this is to Ron Wohl.  And it looks like you,
2  Richard Sellers, Arden Romanillos, and Steven Miranda
3  are cc'd.
4    A.    Yes.
5    Q.    Who is Arden Romanillos?
6    A.    I believe he's in support.
7    Q.    And Richard Sellers?
8    A.    I don't know.
9    Q.    Now, do you see in the second sentence
10  of the first paragraph it says "Boral was" --
11    A.    Should I read the whole memo first?
12    Q.    Oh, you can take -- yeah, take a look
13  through it.
14    A.    Okay.  Okay.
15    Q.    Does this refresh your recollection with
16  respect to customers complaining about the NT
17  problems?
18    A.    Exhibit 2 refreshed my memories that
19  there were NT problems.  I still have no
20  recollection of Boral Bricks.
21    Q.    Okay.  Do you see the second sentence
22  that says, "Boral was repeatedly forced to move out
23  the date as the NT issues were uncovered"?
24    A.    Yes.
25    Q.    And do you know what NT issues are

171

1  referenced there?
2    MR. GIBBS:  Objection; lack of
3  foundation.
4    THE WITNESS:  I assume that it's the
5  same issue as reflected in Exhibit 2.
6  BY MS. ANDERSON:
7    Q.    Okay.  And are you aware of other
8  customers postponing their go-live with 11i because
9  of these problems?
10    MR. GIBBS:  Objection; vague, asked
11  and answered.
12    THE WITNESS:  Not that I know of.
13    MS. ANDERSON:  For the record --
14  excuse me -- Seiden 3 is NDCA-ORCL 053973 to -975.
15    Okay.  I'd like to mark this as Seiden
16  Exhibit 4.
17    (Exhibit No. 4 was marked for
18  identification by the reporter.)
19    MS. ANDERSON:  For the record, this is
20  NDCA-ORCL 221216.
21    Q.    Mr. Seiden, if you could just take a
22  look at that.
23    A.    Okay.
24    Q.    What does this appear to be?
25    A.    This appears to be a note from me to

172

1  csgapps, which is the mailing list for the customer
2  support group for applications, cc'ing the
3  applications development management committee
4  regarding a problem with the Pro*C bug on Windows
5  NT.
6    Q.    Now, do you have an idea of how many
7  customers were affected by the delays described in
8  this e-mail?
9    MR. GIBBS:  Objection; lack of
10  foundation.
11    THE WITNESS:  I do not.
12  BY MS. ANDERSON:
13    Q.    Do you remember advising that customers
14  using certain products needed to delay their go-live
15  11i because of these problems?
16    A.    The advice that I give here is that
17  the problem is most likely to manifest in certain
18  modules admitting that -- because it's a bug in the
19  underlying technology stack, it's a bug in the 806
20  library, so this is the same -- same issue, I
21  believe, from -- from one exhibit to another.
22    So this is just giving the support
23  organization assistance in knowing whether they are
24  encountering this or not and then advising that
25  they shouldn't go live until we have fixed the

173

1  problem.
2      Q.   Okay.  And how long did it take to fix
3  that problem?
4      A.   Referring back to Exhibit 2, I
5  wouldn't be able to tell you if not that it says
6  here that we had a fix for it and we expect to go
7  out, I assume, then, in February of 2001.
8      Q.   And in Exhibit 4, the Boral Bricks, it
9  appears that problems are persisting into March of
10  2001.  Do you recall that?
11     MR. GIBBS:  You mean Exhibit 3?
12     MS. ANDERSON:  Exhibit 3.  Sorry.
13     THE WITNESS:  No, I wouldn't
14  characterize that as still existing at that time.
15  Exhibit 3 says that Boral had previously changed
16  from using NT to using HP for the middle tier.  So
17  Boral is no longer affected by that problem.
18  BY MS. ANDERSON:
19     Q.   Isn't it true that they're no longer
20  facing the problem because they switched to a middle
21  tier?
22     A.   They switched to a different operating
23  system.
24     Q.   So when did the problem with NT get
25  resolved, if you recall?

174

1      MR. GIBBS:  Objection; asked and
2  answered.
3      THE WITNESS:  In February 2001.
4  BY MS. ANDERSON:
5      Q.   Do you recall hearing about problems
6  with the upgrade to 11i2 in December of 2000?
7      MR. GIBBS:  Objection; vague.
8  BY MS. ANDERSON:
9      Q.   This is with respect to GE Corp.
10     MR. GIBBS:  Same objection.
11     THE WITNESS:  I have no specific
12  recollections of GE Corp.  I do recall that we had
13  issues with the upgrades, specifically with the
14  amount of time it took to upgrade.
15  BY MS. ANDERSON:
16     Q.   And do you recall these -- these
17  problems being escalated to Larry Ellison?
18     A.   No.
19     Q.   And what exactly were the nature of
20  these problems, if you recall?
21     A.   As I said it, it -- that it took too long
22  to upgrade, the amount of time that the system was
23  down.  From the time you bring the system down and
24  run the upgrade scripts, to bring it up to the
25  latest version of the software required too much --

175

1  too much system downtime.
2      Q.   Why did it require too much system
3  downtime?
4      A.   That's -- I don't know how to answer
5  that question directly.  There were a number of
6  things that we ultimately did to reduce the
7  downtime, and each customer has a different level
8  of sensitivity how much downtime they can accept.
9      Q.   Was GE -- was the downtime at GE
10  unusually long?
11     A.   I don't have any specific recollection
12  of the issues at GE.
13     Q.   Were other customers complaining about
14  the time that it took to upgrade?
15     A.   There were a number of customer
16  complaints about the time to upgrade.
17     Q.   And what would you -- do you recall any
18  other customers who were having similar complaints?
19     A.   Yes.
20     Q.   Which ones?
21     A.   I forget what the name of the company
22  became, but it used to be a division of 3M that
23  manufactured CD-ROM.
24     Q.   Now, was the downtime required on the GE
25  project longer than what GE had expected?

176

1      A.   I would have to speculate that, if
2  they were complaining, then, yes, that's --
3      Q.   Did any of the documentation indicate
4  how long it would take?
5      A.   The documentation per se, no, did not
6  indicate how long it would take.
7      Q.   Was the upgrade to 11.2 considered an
8  unusually timely upgrade.
9      A.   "Timely" meaning time-consuming?
10     Q.   Yes.
11     A.   That will depend on what database
12  you're upgrading.  There are a lot of factors that
13  go into the amount of time that it takes to perform
14  an upgrade.  So we actually had one customer in
15  Australia -- I don't remember the name now -- that
16  was able to upgrade in five hours, and we had
17  others that took days.
18     Q.   Do you recall how the issues with GE
19  Corporation were resolved?
20     A.   I have no specific recollection about
21  the problems at GE.
22     Q.   Do you recall -- I know that you
23  mentioned one other customer, but do you remember --
24  without recalling specific customer names, do you
25  remember this being a complaint that you heard often?

177

1     A.   That the upgrade took too long?
2     Q.   Um-hmm.
3     A.   Yes.
4     Q.   And was this a problem that was remedied
5  in subsequent releases?
6     A.   We did a lot to fix it in subsequent
7  releases, and it is significantly better, but
8  customers will always complain about the amount of
9  downtime.
10    Q.   And are you aware of any customers who
11 decided not to upgrade because of the reported long
12 downtime periods?
13    A.   I am not.
14    Q.   Do you know what the 12.8 release notes
15 are?
16    A.   No.
17    Q.   And do you know what the acronym OCS
18 stands for?
19    A.   I'm not sure.  It could be Oracle
20 Consulting Services.  Could be Oracle Customer
21 Support.
22    MR. GIBBS:  Could be a lot of things.
23 BY MS. ANDERSON:
24    Q.   Were you aware on the GE project that
25 they were encountering problems with the

178

1  functionality of the product that were causing work
2  stoppage?
3     MR. GIBBS:  Objection; vague.
4     THE WITNESS:  I was not.
5  BY MS. ANDERSON:
6     Q.   Were you -- would your involvement be
7  limited to the delay in the upgrade?  I'm just trying
8  to --
9     A.   I would be involved in any -- yeah, in
10 the performance, the speed of the upgrade, with
11 MLS, with any new releases that they might be
12 expecting, but I wouldn't be involved in any
13 functional problems that they were encountering.
14    MS. ANDERSON:  I'd like to mark this
15 as Seiden 5, I think we're up to.
16    (Exhibit No. 5 was marked for
17 identification by the reporter.)
18 BY MS. ANDERSON:
19    Q.   Mr. Seiden, what does this document
20 appear to be?
21    A.   It's titled "Huawei's Load Test
22 Reports 0220."
23    Q.   And would you receive these types of
24 load test reports on a regular basis?
25    A.   Not to my knowledge.  No.

179

1     Q.   Do you recall seeing this document
2  before?
3     A.   I don't recall this document.
4     Q.   If you could turn to NDCA-ORCL 148325.
5  I have a couple of questions on that page.  See where
6  it says under "Analysis conclusion" Point No. 2?
7     A.   Yes.
8     Q.   Do you know what OM is?
9     A.   I assume that's order management.
10    Q.   And is that part of ERP?
11    A.   Yes.
12    Q.   And what about PO?
13    A.   That's purchasing, procurement.
14    Q.   And were you aware of these reported
15 significant performance issues and functional
16 stability with these products?
17    A.   No.
18    Q.   And do you know what "acceptance tested"
19 means as it's used in No. 2?
20    MR. GIBBS:  Objection; lack of
21 foundation.
22    THE WITNESS:  I can speak to the term
23 as it's generally used in the industry.  The
24 acceptance testing is a phase that a customer will
25 go through to verify that the product that they're

180

1  installing is working as expected.
2  BY MS. ANDERSON:
3     Q.   Were the order management and purchase
4  ordering modules modules that your group tested?
5     A.   Yes.
6     Q.   And did you encounter these performance
7  issues and functional stability problems?
8     MR. GIBBS:  Objection; lack of
9  foundation.
10    THE WITNESS:  I don't know what these
11 problems were, but we did not have issues with
12 order management or purchasing.
13 BY MS. ANDERSON:
14    Q.   And did anyone relay the issues they
15 were having at Huawei to you?
16    A.   No.
17    Q.   Do you recall being advised that this
18 company Huawei had concerns with respect to system
19 performance and upgrade performance?
20    MR. GIBBS:  Objection --
21    THE WITNESS:  No.
22    MR. GIBBS:  -- vague.
23    THE WITNESS:  No, I'm not.
24 BY MS. ANDERSON:
25    Q.   Did you -- how often did you work

Seiden, Gregory  5/16/2006  9:05:00 AM

181

1  directly with customers?
2       A.   I would work directly with customers
3  if there were escalated situations around installs
4  or upgrades.  I would also speak to customers if
5  they were at the Oracle campus at our corporate
6  visitor center and wanted to talk to someone about
7  any of the areas I was responsible for.
8       Q.   And in the 2000-2001 time period, what
9  escalated situations with respect to installs or
10  upgrades do you recall being pulled in on?
11      A.   I don't have any specific
12  recollection.
13      Q.   Did you become aware of situations where
14  patches were causing new problems requiring new
15  patches with respect to 11i upgrades?
16      A.   Not with respect to 11i upgrades, but
17  it's a criticism that I've heard before.
18      Q.   Okay.  And what is -- what's your
19  experience with that?
20      A.   The first time I heard that was in
21  relation to Release 11.0.  It was characterized by
22  our then senior vice president or executive vice
23  president of support that three-quarters of the
24  applications patches released either don't fix the
25  customer's bug or they introduce a new bug.

182

1       So I undertook at that time to create
2  a new reporting system so that support could log
3  any instances of that that occurred so we could
4  follow up on it and we would have an ongoing
5  record.  Once that system was up and live, that
6  claim went away.
7       With 11i, there is some -- still some
8  of that noise, and that comes from the fact that
9  some of the patches that go out include new
10  functionality and aren't necessarily bug fixes in
11  and of themselves.  So that new functionality may
12  contain -- may contain bugs.
13      Q.   Do you recall an Oracle customer by the
14  name of Acterna?
15      A.   No.
16      Q.   Do you know who Bill Montgomery is?
17      A.   No.
18      Q.   What about Kurt Graustein?
19      A.   No.
20      Q.   If there were problems with patches
21  causing other patches in the 2000-2001 time period
22  with 11i, would you have been made aware of that?  I
23  mean -- excuse me -- patches causing new bugs.  I
24  misspoke.
25      MR. GIBBS:  Objection; lack of

183

1  foundation.
2       THE WITNESS:  Not likely.  No.
3  BY MS. ANDERSON:
4       Q.   Why not?
5       A.   Because I wasn't responsible for the
6  content of the patches.
7       Q.   If I wanted to talk to somebody at
8  Oracle about these purported problems, who would be
9  the best person to talk to?
10      A.   It would have to be the person
11  responsible for that product at that level.
12      Q.   So if a customer were to report that
13  they applied a patch and it created new bugs, it
14  would first determine which module --
15      A.   Yes.
16      Q.   -- they were working with, and then
17  whoever was the development team for that would
18  address that patch?
19      A.   Correct.
20      Q.   Did you ever encounter this issue in the
21  testing environment?
22      A.   For us in the testing environment, we
23  weren't working with individual patches.  We were
24  working with new releases.  So they were -- they
25  were delivered as patches, but they were new

184

1  functionality and we were looking for -- for bugs.
2       Q.   So this -- this might occur, then, when
3  a patch is delivered to fix a bug as opposed to new
4  functionality.  Is that what you're saying?
5       A.   This would occur on a -- on a -- one
6  of -- or a cumulative patch that was released by a
7  product team and would not be -- I wouldn't
8  characterize it the same way as a release that we
9  were doing, a maintenance pack, 11.5.1, 2, 3.
10      Q.   Now, are you familiar with the term
11  "release and patch strategy"?
12      A.   No.
13      Q.   And were you -- are you familiar with
14  the term "patch release management" as it was used at
15  Oracle?
16      A.   No.
17      Q.   So those wouldn't be things that you
18  were involved in?
19      A.   Oh, they wouldn't be standard terms
20  for anything.
21      Q.   Well, were you involved in developing
22  strategy for when new releases would be delivered via
23  patches?
24      A.   No.
25      MS. ANDERSON:  I'd like to mark this

185

1  as Seiden Exhibit 6.
2       (Exhibit No. 6 was marked for
3  identification by the reporter.)
4  BY MS. ANDERSON:
5       Q.   Take a look at this document, which is
6  stamped NDCA-ORCL 052479.  Let me know when you've
7  had a chance to look it over.
8       A.   Okay.
9       Q.   What does this appear to be?
10      A.   This is an e-mail from Ron Wohl to Ric
11  Ginsberg with a copy to me.
12      Q.   And have you seen this document before?
13      A.   Presumably I have, since I'm on the cc
14  line.
15      Q.   And in the subject line, it says, "Re:
16  11.5.3 has been pulled."  What does that mean?
17      A.   Sorry.  I hadn't read the subject
18  line.  I was trying to put that in context.  In
19  this case, it would mean that we rereleased 11.5.3
20  is the way I take it.
21      Q.   And what do you mean by "rereleased"?
22      A.   The CDs that went into shipping had a
23  problem that caused us to want to pull it back and
24  rerelease it.
25      Q.   Okay.  What types of problems?

186

1       A.   Well, this is one specific problem.
2  So my favorite exhibit, No. 2, comes into play
3  here.  On January 26th, we told Ron that we
4  released -- 11.5.3, and then here five days later
5  we're telling him that we had to rerelease 11.5.3.
6       It was scheduled to become available
7  in shipping on February 5th.  And so between the
8  time that we released it but before we shipped it,
9  we found a bug and had to fix it.
10      Q.   Do you see the last multiline paragraph?
11  It says:  The licensing architecture is used as a
12  hack in some cases and ignored in others.  Do you
13  know what he means by that?
14      MR. GIBBS:  Objection; lack of
15  foundation.
16      THE WITNESS:  Ric Ginsberg has a
17  colorful way of speaking.  What he's referring to
18  in this case is the -- as part of the rapid-install
19  process, you specify during the initial
20  installation which products you intend to use.  We
21  call that licensing the products.
22      Unlike other software vendors, though,
23  we install all of the software, and all of it's
24  fully functional as soon as it's installed, so
25  there is no license key required or license

187

1  encryption like you would find in other vendor
2  products.
3       That -- that licensing process had to
4  take into account the fact that, for example, if
5  you were licensing the procurement module, you were
6  also given a license to the application object
7  library and to the general ledger.
8       So the fact that the user checked
9  procurement would mean that under the covers we
10  would have to go through and check all of the other
11  boxes for products to which they were entitled.
12      And what Ric is saying here is that
13  the overall effect is somewhat unknown because most
14  products don't actually pay any attention to what
15  the licensing status is as recorded in that table,
16  so it doesn't really matter to the products, but
17  just in case, we wanted to clean it up.
18      So again, between the time that the
19  software was released and before it shipped, we
20  pulled it and rereleased it.
21  BY MS. ANDERSON:
22      Q.   Okay.  And what does he mean by saying
23  that most important is that the effect was not
24  fixable?
25      A.   That in that version of the license

188

1  manager, you couldn't go back and change the
2  license status of a product.  So he explains
3  earlier that -- in paragraph 1 that products should
4  be shared -- shared or fully licensed.  And those
5  weren't getting set correctly.
6       So what was happening is, instead of
7  being sent as shared -- well, let's see.  Instead
8  of it being shared -- so instead of being shared
9  and having a limited-use designation, they come up
10  and say that they're fully licensed.  And I guess
11  products that were fully licensed didn't get
12  licensed at all.
13      Q.   Okay.  And then this was a problem that
14  was identified and fixed prior to shipment?
15      A.   Yes.
16      Q.   Do you know how this problem was
17  identified?
18      A.   No.
19      MS. ANDERSON:  I'm going to keep
20  Exhibit 2 handy this time.  I'd like to mark this
21  as Seiden Exhibit 7.
22      (Exhibit No. 7 was marked for
23  identification by the reporter.)
24  BY MS. ANDERSON:
25      Q.   If you would just take a look at this

189

1   e-mail. I just have a few questions about it.
2   　　　MS. ANDERSON: For the record, this is
3   NDCA-ORCL 052495.
4   　　　Q. Have you had a chance to look it over?
5   　　　A. Yes. This is a great little history
6   lesson.
7   　　　Q. Okay. And tell me what this document
8   appears to be.
9   　　　A. It's a -- it's a pair of e-mails. I
10  wrote to Ron Wohl to tell him that 11.5.3 is, in
11  fact, not shipping on its scheduled date. And Ron
12  forwards it on to Matt Mayerson, who is the vice
13  president for the M&D group, to ask him what's
14  going on.
15  　　　Q. And why was 11.5.3 not going to ship?
16  　　　A. As it says here, 11.5.3 is available
17  on the Oracle store for Solaris and HP. So the
18  software is there. It's now available for
19  customers to purchase.
20  　　　But the vendor that creates the CDs
21  were -- we had a bug in our own internal
22  implementation of the E-Business Suite which
23  prevented us from creating a purchase order. And
24  then I reference that bug number. So the vendor
25  was not willing to create the CDs without a

190

1   purchase order from Oracle.
2   　　　Q. Okay. And was this bug that was
3   experienced at Oracle -- was that also a bug that
4   existed in the release?
5   　　　A. I would have to look up the bug to
6   know what the underlying problem was.
7   　　　Q. And -- so this was an issue that --
8   Oracle was having a problem with its own
9   implementation of Suite 11i --
10  　　　A. Yes.
11  　　　Q. -- that was preventing it from shipping
12  on time.
13  　　　A. Yes. But to be exact, you know, the
14  problem here is cutting a particular purchase order
15  for a particular customer. So I don't believe that
16  that procurement system was down and unable to
17  create purchase orders in general, but just that
18  there was something particular about this one.
19  　　　Q. Do you know if that required a patch to
20  fix?
21  　　　A. I don't know.
22  　　　Q. Do you know if customers experienced the
23  same problem?
24  　　　A. I don't know.
25  　　　MS. ANDERSON: Next, Seiden Exhibit 8.

191

1   　　　(Exhibit No. 8 was marked for
2   identification by the reporter.)
3   　　　MS. ANDERSON: For the record, this is
4   NDCA-ORCL 052843.
5   　　　Q. Mr. Seiden, once you've had a chance to
6   look that over, let me know.
7   　　　A. Sure.
8   　　　Q. Who's Jerome Labat?
9   　　　A. Jerome Labat is in charge of
10  development services, which is a group responsible
11  for allocating, maintaining all of the server
12  hardware and PC hardware used by the division.
13  　　　(Interruption)
14  　　　THE WITNESS: Used by the applications
15  division.
16  BY MS. ANDERSON:
17  　　　Q. And does this appear to be an e-mail
18  from Mr. Labat to you and Eric Ginsberg?
19  　　　A. Yes.
20  　　　Q. And --
21  　　　A. That's Ric Ginsberg. That's his --
22  　　　Q. I thought it looked familiar.
23  　　　A. Yeah.
24  　　　Q. And cc to Ron Wohl.
25  　　　A. Yes.

192

1   　　　Q. Now, what does the subject line
2   mean? It says, "Status of 11.5.3 Maintenance Envs.
3   Upgrade - v115upg Halted." What does that mean?
4   　　　A. Speculating because it's out of
5   context here --
6   　　　MR. GIBBS: Then objection. Calls for
7   speculation.
8   　　　THE WITNESS: We maintain test
9   environments within the development organization to
10  be able to re-create any customer-reported bugs.
11  So Ken Truong is a database administrator within
12  Jerome Labat's organization who is attempting to
13  upgrade a particular maintenance environment. So I
14  believe he's just using v115upg as the 11i upgrade
15  and is advising us that he has logged a bug.
16  BY MS. ANDERSON:
17  　　　Q. Okay. And why are you being advised of
18  the fact that a bug has been logged here?
19  　　　A. I'm responsible for the install and
20  upgrade utilities. So presumably it's a bug in the
21  upgrade utility itself, but I have no idea. I
22  would have to look up the particular bug number to
23  know what the issue was. And as mentioned before,
24  bug database is any sort of work queue, so it could
25  even just be a question that's in the bug database.

193

1      Q.   I'm sorry.  Could you explain what a
2  maintenance environment is.
3      A.   Yeah.  Within the development
4  organization, at the time of this note, we would be
5  developing 11.5.4.  So the development environments
6  that the product seems to be working with would all
7  be -- would all have 11.5.4 code in them.
8          And what we'll do at that point is
9  park off an environment at the released code level,
10 11.5.3, so that any customer issues that are
11 reported against 11.5.3 we could go and try and
12 reproduce in that environment as opposed to try and
13 reproduce in 11.5.4.
14     Q.   Now, judging from this e-mail, would you
15 be comfortable for each one as a testing environment?
16     A.   It's a -- it's going to be a testing
17 environment.
18     Q.   And judging from this e-mail, is this a
19 bug that would be affecting customers as well?
20         MR. GIBBS:  Objection; lack of
21 foundation.
22         THE WITNESS:  I don't know.
23 BY MS. ANDERSON:
24     Q.   Mr. Seiden, can you tell me what Vision
25 system testing is?

194

1      A.   Vision -- it's shorthand for our
2  demonstration database.  We have a database
3  that's -- that we use for sales demos and also
4  shipped to the customers, and it reflects a
5  fictitious company called Vision Enterprises.
6      Q.   And do you know who Nancy Reier is?
7      A.   Nancy Reier at that time was the vice
8  president for database defect and diagnostics and
9  resolution.
10     Q.   And what was her role with respect to
11 the Vision system testing, if any?
12     A.   She would have none.
13     Q.   Now, with Release 3 --
14         MS. ANDERSON:  I'll just mark this as
15 Exhibit 9.
16         (Exhibit No. 9 was marked for
17 identification by the reporter.)
18 BY MS. ANDERSON:
19     Q.   If you could take a look at this.
20         MS. ANDERSON:  In the meantime, I'll
21 state for the record this is NDCA-ORCL 012384.
22     Q.   When you've had a chance to take a look
23 at the document, just let me know.
24     A.   Okay.
25     Q.   What does this document appear to be?

195

1      A.   It's a response by Ron Wohl to Larry
2  Ellison from a request from Mark Barrenechea to
3  take another couple of weeks to -- to get the
4  Vision -- Vision demo database updated.
5      Q.   And were you involved with the Vision
6  testing that Mr. Barrenechea is referencing there?
7      A.   No.
8      Q.   It says that "CRM will need another two
9  weeks to bring Vision up to a status of 'good.'"
10 What does the "status of good" connotate?
11     A.   You'd have to ask Mark Barrenechea.
12     Q.   Okay.  So is it fair to say this is
13 causing a delay?
14         MR. GIBBS:  Objection; vague.
15 BY MS. ANDERSON:
16     Q.   In the release?
17         MR. GIBBS:  Still vague.
18         THE WITNESS:  Mark Barrenechea is
19 asking for extra time.  So I assume that that
20 implies a delay.  Yes.
21 BY MS. ANDERSON:
22     Q.   In the first paragraph, it references
23 Vision system testing and patch iteration and then
24 retesting.  Are you familiar with that process?
25     A.   No, I'm not.

196

1      Q.   Do you know what patch iteration is?
2      A.   That would be patching, testing, and
3  then if we need more patches based on that testing,
4  more patches.
5      Q.   And do you know when Release 3 was
6  originally scheduled to go to market?
7      A.   I don't.
8      Q.   And do you know -- and do you know --
9  this e-mail is dated December 8, 2000, correct?
10     A.   Correct.
11     Q.   And it's to Larry Ellison and cc'd to
12 you and Mark Barrenechea; is that correct?
13     A.   And Safra Catz.
14     Q.   And Safra Catz.
15         Would it be common to -- withdraw that
16 question.
17         In the first line, second sentence,
18 you say -- it says, "We promise the field an
19 integrated release."  Do you know what Mr. Wohl is
20 talking about there?
21         MR. GIBBS:  Objection; lack of
22 foundation.
23         THE WITNESS:  I believe what he's
24 referring to here is that the applications, the ERP
25 code and the CRM code, will be released

197

1  simultaneously.
2  BY MS. ANDERSON:
3     Q.  And what's the basis of that belief?
4     A.  That we are basically working on two
5  different schedules.  Mark Barrenechea is asking
6  for two weeks and Ron is concurring and agreeing to
7  delay for two weeks and specify what we would do
8  with that additional time.  I also know that a
9  later release that we did, 11.5.6, we actually went
10  separately.
11     Q.  Now -- so if there is still testing
12  going on with CRM, would there still need to be
13  additional testing done to see how the ultimate CRM
14  product relates with ERP?
15     MR. GIBBS:  Objection; vague.
16     THE WITNESS:  In here he's referring
17  to Vision testing.  We need to test the data that
18  goes into Vision to ensure that it demos correctly.
19  And Vision is also a living database.  It needs to
20  move from one version of the software to another.
21     And to ensure that we can still demo
22  properly, it needs regular maintenance.  You need
23  to close accounting periods and open new accounting
24  periods, create new transactions and so forth.  And
25  then also given that we're putting new

198

1  functionality into it, you also have to enter in
2  transactions related to that new functionality.
3     So CRM -- CRM at this time is still an
4  evolving product.  They were still creating
5  additional modules throughout the 11i time frame,
6  so they would still be adding and needing to test
7  those modules in the Vision database.
8  BY MS. ANDERSON:
9     Q.  Did your group utilize the Vision
10  database for testing?
11     MR. GIBBS:  Objection; vague.
12     THE WITNESS:  The key business flow
13  testing that we would do, we would do on the Vision
14  database.  We would also do upgrade testing using
15  the Vision database.  It was a, you know,
16  general-purpose database.
17  BY MS. ANDERSON:
18     Q.  Okay.  Was that the case throughout the
19  2000-2001 time period?
20     A.  Yes.
21     Q.  And I apologize if you said this, but is
22  Vision a brand name?
23     A.  No.
24     Q.  Is that something developed at Oracle?
25     A.  Yes.

199

1     MR. GIBBS:  Objection; asked and
2  answered.
3     THE WITNESS:  Vision is the -- Vision
4  Enterprises is the name of the fictitious company
5  that's modeled in the demo database.
6  BY MS. ANDERSON:
7     Q.  Okay.  I see.  So it's like a Jane Doe
8  kind of?
9     A.  Yeah.  It's Jane Doe's diary and life
10  story.
11     Q.  And do you recall whether you conducted
12  additional upgrade testing at that time, as
13  referenced in paragraph 2?
14     A.  I don't recall.
15     MR. GIBBS:  Are you changing subjects?
16  Is this a reasonable time for a five-minute
17  break --
18     MS. ANDERSON:  Sure.
19     MR. GIBBS:  -- between documents?
20     MS. ANDERSON:  Yeah, that's fine.
21     THE VIDEO OPERATOR:  This concludes
22  Videotape No. 3 of the May 16, 2006, deposition of
23  Greg Seiden.  We're off the record at 4:10.
24     (Break taken.)
25     THE VIDEO OPERATOR:  This begins

200

1  Videotape No. 4 of the May 16, 2006, deposition of
2  Greg Seiden.  We're on the record at 4:19.
3     MS. ANDERSON:  I'm going to start off
4  by marking this as Exhibit 10.
5     (Exhibit No. 10 was marked for
6  identification by the reporter.)
7  BY MS. ANDERSON:
8     Q.  Mr. Seiden, if you could take a look at
9  Exhibit 10 and just familiarize yourself with it.
10     A.  (Witness reviews document.)
11     Q.  If you could just describe what this
12  document appears to be.
13     MR. GIBBS:  Objection; lack of
14  foundation.
15     THE WITNESS:  There are really two
16  documents here.  One is an e-mail -- well, it
17  starts off -- well, at the top level, it's an
18  invitation from Cliff to the operations management
19  people within the CRM organization to join a
20  meeting that Sam Addison held.  At this time I
21  think it was a weekly meeting to discuss tech stack
22  issues that customers have reported.
23  BY MS. ANDERSON:
24     Q.  Have you seen this document before?
25     A.  I have not seen this e-mail before.  I

Seiden, Gregory  5/16/2006  9:05:00 AM

201

1  have seen versions of Sam Addison's report before.
2       Q.   Okay.  And were you a regular recipient
3  of his report?
4       A.   Yes.
5       Q.   And did you attend his meetings?
6       A.   I would sometimes.
7       Q.   When would you attend his meetings?
8       A.   When I was available to attend the
9  meetings.
10      Q.   So nothing in particular about the
11 subject matter would draw you to the meeting?
12      A.   Well, I would address particular
13 issues on installing the upgrade in particular.
14      Q.   And did you review -- it says here that
15 he's attaching a weekly review of install and tech
16 stack issues that customers are having with 11i.  Was
17 that -- did you receive those on a weekly basis?
18      A.   Yes.
19      Q.   Do you know who else received these
20 documents other than the individuals listed here?
21      A.   There is a mailing list listed there,
22 tech11isup.  That's technology for 11i support.  So
23 there are a number of people that would subscribe
24 to that mailing list.
25      Q.   And who is Gopi Tummala?

202

1       A.   Gopi Tummala worked for Alan Fletcher
2  in the CRM organization.
3       Q.   And is -- is the Ramu listed in -- is
4  that Ramu Sunkara --
5       A.   I don't know.
6       Q.   -- judging from the --
7       A.   I don't know.
8       Q.   Okay.  And he mentioned below that there
9  are tech stack issues causing problems for early CRM
10 customers.  And he mentions "PicNDell and POSCO."
11 Are you familiar with those problems?
12      A.   No.
13      Q.   Do you recall any of those problems
14 being discussed at one of Sam's meetings?
15      A.   If there were issues with a tech
16 stack, they would be discussed at Sam's meetings.
17      Q.   Okay.  And did Ron Wohl attend these
18 meetings?
19      A.   No.
20      Q.   Did you report to Ron Wohl what was
21 going on in the meetings?
22      A.   No.
23      Q.   And who did Sam Addison report to?
24      A.   Kirsten Shaw.
25      Q.   And Kirsten Shaw then reported to Ron

203

1  Wohl?
2       A.   Ron Wohl.
3       Q.   And do you know how many people would be
4  part of the tech sup e-mail?
5       A.   I don't, but the tendency is to
6  subscribe to far more mail lists than you actually
7  attend the meetings, so I would guess that there
8  were a couple of hundred people on that.
9       Q.   And do you know if Ron Wohl was on that?
10      A.   He was not.
11      Q.   Do you know if Larry Ellison was on
12 that?
13      A.   He was not.
14      Q.   Okay.  Is there a function at Oracle
15 where you can view who is in various e-mail groups?
16      A.   I cannot.  It's secured, but the -- a
17 systems administrator could.  Yes.
18      Q.   And was that the case in the 2000-2001
19 time period, as far as you know?
20      A.   I don't know if it had been locked
21 down at that time or not, but certainly a system
22 administrator under any circumstances would have
23 been able to view who was in the mailing list at
24 that time.
25      Q.   Okay.  Great.  Are you familiar with the

204

1  term "manual workaround" as it relates to software
2  development?
3       A.   Sure.
4       Q.   And how was that term used at Oracle?
5       A.   It's -- it's not really a
6  hard-and-fast definition, but the implication is
7  that there is some software defect in the system
8  that prevents you from entering a transaction, and
9  so you have some way to work around it either by
10 getting the data into the database in another way
11 or triggering the downstream transaction, you know,
12 with -- or tracking with paper document or
13 something to get around that particular defect.
14      Q.   So that -- would that be a workaround
15 that would potentially correct the defect in the
16 software all around, or is that sort of a customer by
17 customer?
18      A.   Well, any defect has a potential to be
19 customer by customer.  The manual workaround
20 implies that it's something that you do to keep the
21 business going until you can get a software
22 correction.
23      Q.   So if there was a defect and there was a
24 manual workaround, would that have to -- would people
25 have to go out into the field to the various

205

1 customers using that?
2     A.  Oh, no.  No.  The implication is that
3 the customer has another way of conducting the
4 business or entering the transaction other than the
5 way that it was documented or intended.
6     Q.  So there is a way for the customer to
7 get by --
8     A.  Yes.
9     Q.  -- while it's being worked on?
10     A.  Correct.
11     Q.  And what is the web report review in
12 Suite 11i?
13     A.  I'm not sure.
14     Q.  Earlier we talked a little bit about the
15 translation patches and your role in that.  Now, do
16 you recall problems -- severe problems that TMP
17 Worldwide was encountering with respect to the
18 translations?
19     A.  I remember that TMP Worldwide was a
20 customer that had problems with the translations,
21 but I don't remember what their specific issues
22 were.
23     MS. ANDERSON:  I'll show you this and
24 I'll ask you some questions about it.  Marking this
25 Seiden Exhibit 11.

207

1 BY MS. ANDERSON:
2     Q.  For Suite 11i.
3     MR. GIBBS:  Same objection.
4     THE WITNESS:  I don't recall.  One of
5 the improvements we made over the life of 11i was
6 to be able to release software patches
7 simultaneously on -- in English and then in all
8 languages, but I don't believe that was in place at
9 the time of 11.5.1.  But I don't know how much post
10 11i -- 11.5.1 the first languages became available.
11 BY MS. ANDERSON:
12     Q.  Okay.  Well, this e-mail is dated March
13 of 2001.  So would that be the third release?
14     A.  Well, this customer is using the
15 languages, so it's not a question of language
16 availability for TMP.  They've got bugs in the
17 languages.
18     Q.  Bugs that are preventing them from going
19 live.
20     A.  The assertion in this report is that
21 they have users that don't speak English and can
22 only work in their native language.  And then there
23 are seven problems in this report related to
24 translation that all have the same theme.
25     A customer applied the German

206

1     (Exhibit No. 11 was marked for
2 identification by the reporter.)
3 BY MS. ANDERSON:
4     Q.  If you could just take a look at that
5 and let me know when you've had an opportunity to
6 leaf through it.
7     A.  Okay.
8     Q.  Okay.  Have you seen this document
9 before?
10     A.  I was copied on this document.
11     Q.  Okay.  And this document is from Julie
12 Thiemann.  Do you know who she is?
13     A.  I don't know.
14     Q.  And this is with respect to TMP
15 Worldwide and some problems they were having in March
16 of 2001.  Does that seem accurate?
17     A.  Yes.
18     Q.  Now, does this refresh your memory as to
19 the problems that they were having with languages?
20     A.  It gives me examples of problems they
21 were having with languages.
22     Q.  Okay.  Now, when -- when did Oracle have
23 basic language patching in place?
24     MR. GIBBS:  Objection; vague.
25     Answer if you can.

208

1 translation, and there were some words that weren't
2 translated.  The customer applied the Spanish
3 translation, and there were some words that weren't
4 translated.  The Italian translation, some words
5 weren't translated.
6     So the issue here is that -- I don't
7 know what the ultimate solution is, but that could
8 be for a variety of different reasons.  But they
9 have the translations.  And the issue is that on
10 any given form where there might be a hundred words
11 they're finding some of those words were in
12 English.
13     Q.  And this is for Oracle 11i Financials,
14 correct?
15     A.  The products that they're reporting
16 these against are all Financials products.
17     Q.  Okay.  And they are looking to use it in
18 six languages, it indicates in this first paragraph.
19     A.  Correct.
20     Q.  And it lists languages like French,
21 German, Italian, Spanish and Dutch.  And yet it says
22 that they have an urgent need for patch translations
23 in multiple languages.  What's going on here?  Do you
24 know what -- I mean, it sounds pretty critical.
25     MR. GIBBS:  Objection; lack of

209

1  foundation, argumentative.
2         THE WITNESS:  I don't characterize it
3  as sounding critical.  TMP -- you know, based on
4  Julie's title, she's a manager in the -- she's the
5  senior escalation manager.
6         So TMP is a customer that is unhappy
7  at this point and encountering problems with the
8  product.  In this report, they are reporting thirty
9  problems, seven of which have to do with patches
10  that they received for translations.
11  BY MS. ANDERSON:
12     Q.   Okay.  Are you familiar with the other
13  problems that they were experiencing?
14     A.   No.
15     Q.   And were you aware that they missed
16  their January '01 go-live date?
17     A.   No, I'm not.
18     Q.   Why had you been -- why are you copied
19  on this e-mail, if you know?  What issues are
20  pertinent to your practice?
21     A.   The translation.
22     Q.   And what action was taken by your group
23  to remedy these translation issues?
24     A.   I can only speculate what action was
25  taken.  But in these cases, what we would do is we

210

1  would look at -- in all these cases it's particular
2  labels on a screen are occurring in English and not
3  in the underlying translation, so we would have to
4  determine the root cause for that.
5         Is that because those strings weren't
6  defined for translation?  Is it because they're
7  coming from -- from a table that we didn't realize
8  needed to be translated?  Was there a breakdown in
9  the translation process of the form itself and we
10  got back something that wasn't translated?
11         It could be that it was a term the
12  translator wasn't familiar with and they just
13  neglected to put in the term or, you know, any of a
14  variety of things.  We would have to analyze that
15  and then get the appropriate fix.
16     Q.   Now, was TMP the first customer to use
17  Oracle 11i in these listed languages?
18     A.   I don't know.
19     Q.   Could they have been the first
20  customer --
21         MR. GIBBS:  Objection; calls for
22  speculation.
23  BY MS. ANDERSON:
24     Q.   -- to use Oracle 11i in these languages?
25         MR. GIBBS:  Objection; calls for

211

1  speculation.
2         THE WITNESS:  I don't know.  I know
3  that General Electric also is using multiple
4  languages.
5  BY MS. ANDERSON:
6     Q.   Were they using Oracle Financials?
7     A.   I don't know which modules.
8     Q.   Does it seem unusual to you that a
9  company installing Oracle Financials in French,
10  German, Italian, Spanish, and Dutch in the third
11  version would have critical issues preventing it from
12  going live?
13         MR. GIBBS:  Objection; argumentative.
14         THE WITNESS:  I -- I don't consider
15  the English strings appearing in the forms to be
16  critical issues that would keep them from going
17  live.
18  BY MS. ANDERSON:
19     Q.   So you believe that these were issues --
20  the other issues or a combination thereof?
21     A.   Yes.
22     Q.   Were you kept apprised of the progress
23  at TMP Worldwide?
24     A.   I may have been, but I would not have
25  given it much -- much thought as the issues in my

212

1  area were not severe and could be handled by my
2  team.
3     Q.   And who would you have assigned this
4  project to on your team?
5     A.   Ric Ginsberg.
6         MS. ANDERSON:  I'm going to mark this
7  as Seiden Exhibit 12.
8         (Exhibit No. 12 was marked for
9  identification by the reporter.)
10  BY MS. ANDERSON:
11     Q.   Mr. Seiden, if you could just take a
12  look at this document and let me know when you're
13  ready to talk about it.
14     A.   Okay.
15     Q.   Have you seen this document before?
16     A.   I was copied on it.
17     Q.   And what does it appear to be?
18     A.   It's an e-mail from Holger Mueller,
19  who was one of the development VPs in the CRM
20  organization, to Mike Rocha, who is -- or was at
21  that time the head of support and also the owner of
22  the -- holds responsibility for the Worldwide
23  Product Translation Group and its budget.
24     Q.   And I think we've talked about most of
25  the people listed in the cc group, but I don't think

213

1   I've seen Richard Cirigliano's name before. Who is
2   he?
3       A.   Richard Cirigliano was sort of Mike
4   Rocha's fixer.
5           MS. ANDERSON:  All right. And for the
6   record, this document is stamped NDCA-ORCL 121632
7   to -635.
8       Q.   What was your role in resolving the
9   translation patches in CRM that are described in this
10  e-mail?
11          MR. GIBBS:  Objection; lack of
12  foundation.
13          THE WITNESS:  The problem, as I infer
14  it from this note, is that CRM was creating a lot
15  of patches and that they weren't getting timely
16  translations of those patches and that some of
17  these patches would have had translation problems.
18          So any role that I would have had
19  would have been in assisting and diagnosing why
20  things weren't fully translated, which would be
21  understandable with CRM being a new product -- new
22  set of products. They weren't just used to
23  following the guidelines -- the development
24  guidelines as the ERP products were.
25          As for timely translation, there is a

214

1   reference in here that says that the partial
2   translation capability was turned off.
3           So, you know, my role in ultimately
4   resolving this was to get it to the point that we
5   could release translations and patches
6   simultaneously with the English patches, which is
7   something that had not been available in 10.7 or
8   11.0, and we made a point of getting it fixed for
9   11i.
10  BY MS. ANDERSON:
11      Q.   And this e-mail is dated April 2001. So
12  11i is -- is that --
13      A.   So.
14      Q.   -- 3 or 4?
15      A.   We would have been working on 4 at
16  this point. Any customer-reported issues would
17  have been with 1, 2, or 3.
18      Q.   Okay. Now, you can see on the front
19  page where it says "Michael Rocha wrote," and then
20  there is a note to Holger. And it says, "We are
21  working with Ric Ginsberg and Greg Seiden's team to
22  make sure that the app team is part of this process."
23          What was your team's role in
24  rectifying these issues?
25          MR. GIBBS:  Objection; asked and

215

1   answered.
2           THE WITNESS:  Yeah. If you want more
3   detail, we fired a guy in Ireland who was resisting
4   our efforts to speed up the process.
5   BY MS. ANDERSON:
6       Q.   Okay. And were you personally hands-on
7   on this project?
8       A.   No. Ric Ginsberg was, but I was in
9   the loop.
10      Q.   Was your -- did your team participate in
11  the translation and packaging for CRM on -- just in
12  the regular course of development?
13      A.   Yes.
14      Q.   Did you conduct that function for CRM?
15      A.   Yes.
16      Q.   So CRM didn't have a counterpart as far
17  as somebody working on translations, just in their
18  division.
19      A.   Correct.
20      Q.   That fell under one group, and that was
21  your group?
22      A.   Correct.
23      Q.   If you would turn to 121634. At the top
24  of the page, it says, "Bill Cadogan wrote." Do you
25  know who Bill Cadogan is?

216

1       A.   I don't.
2       Q.   Okay. If you look down to his Point 2C.
3       A.   Okay.
4       Q.   He says: This is the result of early
5   and aggressive shipment of the product as Mark
6   Barrenechea said at the GMM because support are
7   failing to test patches.
8       A.   "Not because support are."
9       Q.   Oh, not -- excuse me. "Not because
10  support are failing to test patches." Do you know
11  what he means by that?
12          MR. GIBBS:  Objection; lack of
13  foundation.
14          THE WITNESS:  I take it that he means
15  that Mark Barrenechea was pushing his -- pushing
16  his product aggressively.
17  BY MS. ANDERSON:
18      Q.   And what's the GMM?
19      A.   Global manager meeting.
20      Q.   And who attends a global manager
21  meeting?
22      A.   That was basically lots of the senior
23  and middle management for Oracle. So it was a
24  global meeting with three or four hundred managers
25  in attendance.

217

1    Q.   Was it an annual meeting?
2    A.   Yes.
3    Q.   Did you attend?
4    A.   I attended one or two of them.
5    Q.   Did you attend the meeting where Mark
6    Barrenechea indicated this if he -- he may have just
7    indicated it to this individual, I don't know, but do
8    you recall him saying that?
9    A.   I don't remember.
10   Q.   And did Ron Wohl attend these meetings?
11   A.   Yes.
12   Q.   And did Larry Ellison attend these
13   meetings?
14   A.   No.
15   Q.   Do you know if --
16   A.   Larry would speak at those meetings,
17   but he wouldn't attend.
18   Q.   But he would attend and make a
19   presentation?
20   A.   He would come in, make a presentation,
21   and leave.
22   Q.   How do you know?
23   A.   Because we would all be sitting around
24   and saying, "When is Larry getting here?  When is
25   Larry getting here?"  And then he would come in and

219

1    Q.   What release do you think that -- that
2    the translation patches were actually ready to ship?
3    A.   Well, not ready to ship, but ready
4    simultaneously with the English.  We also -- from
5    11.5.1 we were able to produce translations.  The
6    difference is would you be able to get a patch and
7    its translation simultaneously.
8    The first step that we took towards
9    that was something referenced in here called
10   "partial translation," and then getting to full
11   translation is something that we achieved probably
12   around 11.5.7.
13   Q.   What is the -- are you familiar with the
14   CRM Platinum?
15   A.   Yes.
16   Q.   What is that?
17   A.   That was a delivery vehicle that the
18   CRM group used to ship the product -- the product
19   set with all of their favorite patches included.
20   So they would take the rapid install
21   that my team created in Vision demo that was
22   associated with that, apply the latest set of
23   patches from the CRM group and bundle that as
24   something they called Platinum, which the customer
25   consultant could then take and install just like

218

1    make his speech, and then he would make his exit.
2    Kind of Elvis-like.
3    Q.   And do you know if Jeff Henley attended
4    these?
5    A.   I do not recall.
6    Q.   Do you recall hearing at GMM that there
7    was early and aggressive shipment of the product?
8    A.   I do not.
9    Q.   Was it your opinion that the product was
10   shipped before the translation patches were ready?
11   A.   The early versions, yes.  As I said,
12   we worked very hard to improve the process so that
13   we could release translations and English software
14   simultaneously.  Prior to that it was never done in
15   any of our releases.
16   Q.   Okay.  So you said the early releases.
17   Does that include Release 1?
18   A.   Yes.
19   Q.   And Release 2?
20   A.   Yes.
21   Q.   What about Release 3?
22   A.   Yes.
23   Q.   Release 4?
24   A.   Eventually we're going to hit the
25   point where --

220

1    the rapid install and have the benefit of the
2    latest CRM patches being included.
3    MS. ANDERSON:  Okay.  I show you this
4    document.  Probably easier.  Could you mark this as
5    Seiden Exhibit 13.
6    (Exhibit No. 13 was marked for
7    identification by the reporter.)
8    MS. ANDERSON:  And for the record,
9    this is NDCA-ORCL 058328 through 058331.
10   Q.   Have you had a chance to look at that?
11   A.   Yes.
12   Q.   Have you seen this document before?
13   A.   I was copied on it.
14   Q.   And what does this document appear to
15   be?
16   A.   It's a note from Cliff Godwin to Ivo
17   Dujmovic, myself, and Ric Ginsberg and Keith Swartz
18   suggesting that we have a meeting to talk about
19   what Platinum -- or what the CRM group has done
20   with their Platinum install.
21   Q.   Who is Ivo Dujmovic?
22   A.   Ivo is a development -- was then a
23   development manager within Cliff's organization
24   responsible for the -- he was in Lisa Parekh's
25   group and responsible for the technology stack

Seiden, Gregory  5/16/2006  9:05:00 AM

221

1  component of the install.
2      Q.   And who is Keith Swartz?
3      A.   Keith Swartz is another person in Lisa
4  Parekh's group who was expressing his opinion.
5      Q.   And do you know what that last -- it
6  looks like it might be a group, the o-a-t-e-c-h-i-n-t
7  Oracle e-mail is?
8      A.   Yes.  I don't know what that
9  particular group is.
10     Q.   Now, the subjects of CRM Platinum env
11  replaces and then it says appl_top.
12     A.   Yeah.
13     Q.   What is appl_top?
14     A.   The apple top is the way we refer to
15  that, and that's the complete set of applications
16  code as installed on the -- on a customer's system.
17  At least that goes into the file system.  There is
18  also code in the database.
19     Q.   Sorry, but what do you mean by "file
20  system"?
21     A.   The analogous thing would be on your
22  computer your set of folders.
23     Q.   Okay.  So does the apple top describe
24  the code, or does it actually contain the code?
25     A.   Contains the code.  Most of it.

222

1      Q.   It sounds like the CRM Platinum is going
2  to replace that and Ivo Dujmovic is flabbergasted to
3  read about this.
4      A.   Yes, he is.
5      Q.   Do you recall this -- this exchange?
6      A.   We had a number of issues with the
7  entire Platinum strategy.
8      Q.   What were those issues?
9      A.   I don't recall this particular
10  flare-up.
11     Q.   What were some of the issues that you do
12  recall?
13     A.   Well, let me go back and explain what
14  they're describing here in this note.  Platinum was
15  Mark Barrenechea's way of delivering more recent
16  CRM code than my group had had a chance to package.
17     Q.   Okay.
18     A.   So he has changed the code while I was
19  going through my packaging process and now wants
20  his latest code to be available for customers.
21          And the way that they would achieve
22  that is to use the install that I created to
23  install the technology stack, create all of the --
24  all of the linkages that need to be there in the
25  system, and then they would take an apple top to

223

1  which they had applied all of their latest patches
2  and a new Vision demo database and install those on
3  top.
4          They would get rid of the file system
5  that I laid down and laid down their new file
6  system which was generated by taking my file system
7  and adding their files to it.
8      Q.   Okay.  Why was CRM -- well, was there
9  coordination between CRM and the ERP group, such as
10  your own group, with respect to the Platinum?
11     A.   No.
12     Q.   And that was causing some problems?
13     A.   That caused some --
14          MR. GIBBS:  Objection; vague.
15          Answer if you can.
16          THE WITNESS:  It caused some ill
17  feelings between the organizations.
18  BY MS. ANDERSON:
19     Q.   Okay.  Why were there these ill feelings
20  between the two organizations over this issue?
21          MR. GIBBS:  Objection; calls for
22  speculation, lack of foundation.
23          THE WITNESS:  There are two examples
24  within this e-mail.  The reason that this problem
25  is being reported to begin with is the report that

224

1  yellow bars are appearing on the -- on the
2  application.
3          Those yellow bars appear if the -- the
4  underlying job of libraries that you're running
5  don't have a digital signature on them.  We ensure
6  that they do have a digital signature on them, but
7  because of the way that they installed Platinum,
8  those things went away.
9  BY MS. ANDERSON:
10     Q.   So the Platinum was causing some
11  technical issues in your product?
12     A.   Yes.  And all of the products.
13     Q.   Okay.
14     A.   It's a -- yeah.  It's an annoyance.
15  It's a red flag to the customer that they're
16  running something that's not secured, and it was
17  all avoidable.
18     Q.   Did the customers complain about these
19  problems?
20     A.   There -- I would suppose that they
21  did, but I wouldn't see those reports because they
22  happened on Platinum installations and CRM would
23  have fixed that.
24     Q.   Did you raise this issue with Mark
25  Barrenechea or anyone in his organization?

225

1  A.  Well, with Alan Fletcher and Gopi
2  Tummala, but not directly with Mark Barrenechea.
3  Q.  And what did you say to Alan Fletcher
4  and Gopi Tummala?
5  A.  That we didn't like them releasing
6  this way.
7  Q.  And what was their response?
8  A.  "This is the way Mark wants it."
9  Q.  And did -- what was Ron Wohl's opinion
10  of this?
11  MR. GIBBS:  Objection --
12  BY MS. ANDERSON:
13  Q.  If he shared it with you.
14  MR. GIBBS:  -- lacks foundation.
15  THE WITNESS:  I don't know.
16  BY MS. ANDERSON:
17  Q.  Do you know if Ron Wohl spoke to anyone
18  in Mark Barrenechea's group about this?
19  A.  I don't know.
20  Q.  So did CRM continue to use their
21  Platinum with the defects that you're describing?
22  MR. GIBBS:  Objection; misstates the
23  testimony, lack of foundation.
24  THE WITNESS:  From CRM's perspective,
25  they were correcting defects, not introducing

226

1  defects.  Our objections were to the -- that
2  Platinum created situations that we had to fix and
3  so weren't happy with it.
4  But from the CRM standpoint that they
5  were using this as the mechanism to get the very
6  latest code out irrespective of the release cycles
7  that I had designed.
8  BY MS. ANDERSON:
9  Q.  And how long after you raised this issue
10  with Alan and Gopi did they continue to use the CRM
11  Platinum?
12  MR. GIBBS:  Objection; vague, lacks
13  foundation.
14  THE WITNESS:  Platinum continued until
15  Mark Barrenechea left.
16  BY MS. ANDERSON:
17  Q.  And did it continue to introduce these
18  problems that you described or similar problems until
19  that -- until he left?
20  A.  No.
21  Q.  Were there other problems that you can
22  think of that were introduced by the Platinum?
23  A.  The only -- the other major issue that
24  I had with Platinum wasn't a problem that was --
25  that was introduced, but just that there -- when we

227

1  would release ERP or the consolidated releases,
2  there was always an upgrade path.
3  So if you were a new customer, you
4  could install the rapid install or you could take
5  the maintenance pack and upgrade your existing
6  system to that new version.  Platinum was good only
7  for new installs, so an existing customer could not
8  take -- could not upgrade their existing data using
9  Platinum.
10  Q.  And so when would the existing companies
11  have access to the CRM upgrades?
12  A.  When I would do a release.
13  Q.  Okay.  And your release would be part of
14  the next apple top; is that true?
15  A.  The apple top would be included in my
16  release or -- rapid install would include an
17  apple top and a maintenance pack would upgrade a
18  customer's apple top.
19  Q.  Do you recall any other instances where
20  you had a conflict with the CRM group, either an
21  individual such as Mark Barrenechea or somebody
22  working in his group?
23  A.  There was a lot of corporate friction.
24  Q.  And what do you mean by "corporate
25  friction"?

228

1  A.  Mark Barrenechea was a finger pointer.
2  There was never anything wrong with any of Mark
3  Barrenechea's products.  Any defect was caused by
4  ERP.  Any decision that ERP made that Mark
5  Barrenechea didn't like was -- was reason for
6  debate.
7  Q.  Did that make it difficult for the ERP
8  and CRM groups to work together on projects?
9  A.  At the developer level, that was not
10  difficult, but it made for friction in dealing with
11  Mark specifically.
12  Q.  Did it affect your ability to resolve
13  problems because of the lack of communication,
14  product problems?
15  A.  No.
16  Q.  And did Ron Wohl complain to you about
17  these issues?
18  A.  No.
19  MS. ANDERSON:  Can I take five minutes
20  off the record?  I just want to take a quick look
21  and see what I have left.
22  THE VIDEO OPERATOR:  The time is 5:06.
23  Off the record.
24  (Break taken.)
25  THE VIDEO OPERATOR:  Time is 5:15.  On

229

1    the record.
2    BY MS. ANDERSON:
3        Q.   You mentioned that you conducted
4    installation testing as part of your job at Oracle.
5    Now, did you conduct a common test installation for
6    the entire Suite 11i?
7        A.   Yes.
8        Q.   Okay.  So did that include installation
9    of every module in 11i?
10       A.   Yes.  We always install every module.
11       Q.   And that was done before each release?
12       A.   Yes.
13       Q.   Were you involved -- is it your
14   understanding that at some point Oracle went live
15   internally on Suite 11i?
16       A.   Yes.
17       Q.   Do you know when that happened?
18       A.   I'm not sure of the date.
19       Q.   Were you in -- do you know approximately
20   when that happened?
21       A.   No.
22       Q.   Okay.  Were you involved in the internal
23   implementation?
24       A.   To the extent that there were issues
25   with the install and upgrade that could be resolved

230

1    by the central infrastructure, I was involved.
2        Q.   Did you encounter those types of
3    problems?
4        A.   We -- I think ultimately we ran --
5    between my group and Brett Fuller's team, who's
6    responsible for the apps IT implementation, the
7    upgrade was run twelve or thirteen times.  So on
8    the basis of those, we would review timing reports
9    and look for issues and fix any bugs that were
10   encountered.
11       Q.   Okay.  What do you mean by the upgrade
12   was run twelve to thirteen times?
13       A.   When you're -- you know, Oracle's a
14   multibillion-dollar corporation and we're running
15   on the Oracle E-Business Suite, so that software is
16   the backbone of the business, so you don't just
17   throw it in.
18           It's a normal part of an
19   implementation process to test -- to test upgrading
20   the software, to do acceptance tests which we saw
21   referenced in one of the exhibits.
22           And there -- the upgrade is written
23   generically, so there are always things that you
24   might trip across on any given customer
25   installation, plus there are issues that are

231

1    unrelated to the upgrade itself that may cause it
2    to fail.  You could run out of room in your
3    database.  You can run out of room in your file
4    system.
5            You could -- you know, any of a
6    variety of things could go wrong, so you run
7    through and you test it, resolve anything, take
8    notes on any sorts of process changes that you
9    would make next time, and then you run it again and
10   then do that until you're comfortable that you
11   can -- you can execute it successfully and you can
12   do it in a timely way.
13       Q.   And how long did that process take?
14       A.   Again, we ran it twelve or thirteen
15   times.  I don't remember when we started or when we
16   finished, so I couldn't tell you how long it took.
17       Q.   And at a customer's site, would it need
18   to be run that many times?
19       A.   We -- as part of any training that we
20   would give, we would advise them, yes, that you
21   need to run it until you're comfortable that it
22   works.  And, you know, you should expect to run it
23   at least five or six times before -- before your
24   actual conversion weakened.
25       Q.   So five or six times would be sort of

232

1    what you would recommend as --
2        A.   As a minimum.
3        Q.   You would advise as a minimum.
4            And do you know what modules Oracle
5    initially went live on?
6        A.   Oracle is a big Financials user.
7    Oracle doesn't use the manufacturing modules
8    outside of inventory and order management.  And we
9    were not using -- I don't recall what the CRM
10   upgrade schedule was.
11           We -- in the course of upgrading,
12   we -- there are a lot of things going on all at
13   once.  We were consolidating data centers,
14   consolidating instances of the Oracle applications
15   and bringing everything together to run in what we
16   called one global single instance.
17           And that was a multiphase,
18   multifaceted process where we started out with
19   eighty different systems and eventually got down to
20   just a handful.  At one point CRM and ERP were
21   separate, and since then we've merged ERP and CRM,
22   but I don't remember the dates of those timelines.
23       Q.   Do you know approximately when CRM and
24   ERP were merged in the Oracle internal
25   implementation?

Seiden, Gregory  5/16/2006  9:05:00 AM

233

1    A.   No.
2    Q.   Do you know how many months after the
3  initial implementation that was done?
4    A.   No.
5    Q.   Was it a matter of months or a matter of
6  years?
7    A.   I believe it was months, but I don't
8  know the dates.
9    Q.   And do you know why that wasn't done at
10  the initial implementation?
11    A.   Because we were coming from eighty
12  different databases that all had different sets of
13  data, different -- there is a lot of -- there is a
14  lot of legwork in merging instances, taking all the
15  data from one system and putting it into another.
16  You have to clean up the data, make sure that
17  things are represented in one or the same things
18  are represented in another.
19    Q.   And until such time that the ERP and the
20  CRM were merged, were they able to share information?
21    A.   Yes, they were.  I'm not sure how they
22  divided them between -- between the instances, but
23  to share information between those databases, they
24  had to write custom programs to move data back and
25  forth.

234

1    Q.   So custom --
2    A.   Integration.
3    Q.   -- programs had to be written for CRM
4  and ERP to communicate information with one another.
5    A.   To communicate in separate database
6  instances.  But we merged those instances so that
7  that wasn't necessary anymore.
8    Q.   And were some of the ERP and CRM --
9  withdraw that.
10    Were some of the modules from ERP and
11  CRM on common databases from the beginning?
12    A.   Yes.  But I'm not an expert in this
13  area.  I'm not really the right person to rely on.
14    Q.   Who would be the right person to talk to
15  about internal implementation at Oracle?
16    A.   Brett Fuller.
17    Q.   I just have one more exhibit I'd like
18  you to take a look at.
19    MS. ANDERSON:  I think we're up to --
20  14, is it?
21    (Exhibit No. 14 was marked for
22  identification by the reporter.)
23  BY MS. ANDERSON:
24    Q.   If you could take a quick look at this
25  exhibit.

235

1    MS. ANDERSON:  And for the record,
2  it's NDCA-ORCL 152543 to -544.
3    THE WITNESS:  Okay.
4  BY MS. ANDERSON:
5    Q.   Okay.  And have you seen this document
6  before?
7    A.   I appear to have originated it.  No, I
8  didn't, but I am copied on it.
9    Q.   And what does this appear to be?
10    A.   It's a note from Ron Wohl to me asking
11  how the build of 11.5.4 was going in February of
12  2001.
13    Q.   And he asked, "Have we resolved the list
14  of patches from ADS that we need to include?"  What's
15  ADS?
16    A.   That's ADS, Applications Demonstration
17  Services.
18    Q.   And what is ADS?  I mean, what does that
19  mean?
20    A.   That's Marina Zago's group.  And they
21  create the division demo database, and they host
22  versions of that for sales consultants to use for
23  demos.
24    Q.   And had those list of patches been
25  resolved on the date of this e-mail?

236

1    A.   I don't know.  And this is related to
2  the pending release which we were working on at
3  that time, 11.5.4.
4    Q.   Now, you indicate below that you
5  achieved a successful build of 11.5.4.  What does
6  that mean?
7    A.   That means we were able to take all of
8  the code -- well, prior to that, Ron Wohl asked
9  how -- and prior to that, I'm reporting to him that
10  CRM has not delivered their contribution to 11.5.4.
11  So Ron's question back, ignoring the fact that CRM
12  hasn't delivered, is how are we doing on the ERP
13  side, how are we doing with the code that he's
14  responsible for.
15    Q.   Okay.  So when you said you achieved a
16  successful build, that's just at ERP?
17    A.   Yes.
18    Q.   And do you recall -- well, if you've got
19  the successful build with ERP and the CRM's coming
20  later, is there an additional work that needs to be
21  done to see that that's running as a complete suite?
22    A.   Yes.  I'm saying that we've
23  achieved -- I say, "We've achieved a successful
24  build of 11.5.4 (copy, compiled and link.)"  So
25  this is just an early step in the overall process.

237

1    So not knowing the release plan
2  scheduled by heart, what I would speculate here is
3  that we had a due date in this week when teams were
4  to deliver to my team their contribution to what
5  would eventually become 11.5.4. CRM did not
6  deliver, but we went ahead and built the ERP
7  product.
8    Q.   Do you recall other instances where a
9  release date was pending and CRM hadn't delivered
10  their side?
11    A.   I would not say that a release date is
12  pending. This is early in the development cycle,
13  so this is the delivery date from the product team.
14  So it's typically two to three months that the
15  software would be -- that I would work with the
16  software prior to release. So in this case,
17  they're probably a day or two late.
18    Q.   So you're waiting to do the testing; is
19  that accurate?
20    A.   The testing would be one of the steps
21  that we would go through. And what I'm telling Ron
22  here is that the first milestone to be able to
23  compile all of the code and install it on -- into
24  an apple top was successful.
25    Q.   Okay. And if you look to the second

238

1  part of the e-mail that originates from Gopi Tummala
2  to you.
3    A.   Yes.
4    Q.   What does he mean by, "We will not be
5  releasing the r4 minipacks"?
6    A.   So he's referring to 11.5.4. And what
7  he's saying is he's not going to be giving me the
8  11.5.4 minipacks on this day when he had promised
9  them and that they are still testing.
10    Q.   Okay. And are the minipacks to be
11  integrated into the next product, or are those -- are
12  those patches that are added to the prior version?
13    MR. GIBBS: Objection; vague.
14    THE WITNESS: They are both.
15  BY MS. ANDERSON:
16    Q.   Okay.
17    A.   So as I mentioned before, when we do a
18  release, we will create a rapid install and we will
19  create a maintenance pack. A maintenance pack
20  consists of the various minipacks from the product
21  organizations.
22    Q.   And that's the way the product is
23  upgraded over time; is that fair to say?
24    A.   Using those, yes.
25    MS. ANDERSON: Okay. I have no

239

1  further questions at this time. I may -- I'm going
2  to reserve the rest of my time for redirect.
3    MR. GIBBS: How long have we been on
4  the record? Do you have a runtime?
5    THE VIDEO OPERATOR: It's a little
6  less than seven hours. I can give you a time
7  read-off.
8    MR. GIBBS: Okay.
9    MS. ANDERSON: I've got about 25
10  minutes left, I think, actually.
11    MR. GIBBS: Okay. I've got less than
12  that.
13    MS. ANDERSON: When we went off the
14  record just now, 37 minutes is what I had left.
15    MR. GIBBS: I would like to ask a few
16  questions. I don't want to go off the record. It
17  won't take long. So if you wouldn't mind just
18  switching so he's looking at the camera.
19
20    EXAMINATION
21
22  BY MR. GIBBS:
23    Q.   Mr. Seiden, let me ask you first to take
24  a look back at Seiden Exhibit 13, please.
25    A.   Okay.

240

1    Q.   And this is the document discussing the
2  CRM Platinum environment. Do you recall the
3  discussion you had with plaintiff's counsel regarding
4  the Platinum environment?
5    A.   I do.
6    Q.   Just have a few follow-up questions
7  about that. If a customer were to install the
8  Platinum environment, would that affect the ability
9  of that customer's ERP and CRM products to work
10  together?
11    MS. ANDERSON: Objection; form.
12  BY MR. GIBBS:
13    Q.   You can answer.
14    A.   No.
15    Q.   Would the use of the Platinum
16  environment by a customer require that customer to
17  engage in any systems integration work in order for
18  the ERP and CRM programs to work together for that
19  customer?
20    A.   No.
21    Q.   Would the use of the Platinum
22  environment by a customer affect the integration
23  between the CRM and ERP products for that customer as
24  you've used the term "integration" here?
25    A.   No.

1     MS. ANDERSON: Objection; form.
2     THE WITNESS: No, it would not.
3  BY MR. GIBBS:
4     Q.   Let me ask you to turn back to the
5  document that's been marked as Seiden Exhibit 10,
6  please. This is the document referring to a meeting
7  and a report circulated by Sam Addison. Do you
8  recall that?
9     A.   Yes, I do.
10    Q.   I think you said earlier that you were a
11 regular recipient of this report circulated by
12 Mr. Addison?
13    A.   Yes.
14    Q.   Does this report deal with any code
15 problems or bugs within Suite 11i?
16    MS. ANDERSON: Objection; form.
17    THE WITNESS: It typically refers to
18 problems that we're having in the technology stack.
19 BY MR. GIBBS:
20    Q.   "Technology stack" referring to products
21 other than the applications?
22    A.   It can include the AOL products, but
23 it's typically AOL and anything below that and not
24 the ERP or CRM modules.
25    Q.   And that's because those products at the

1  AOL layer and below are the products within
2  Mr. Addison's responsibility?
3     A.   Yes. And the audience for this is
4  people whose responsibility is the technology
5  stack.
6     Q.   And what about Ms. Parekh? Is her
7  responsibility also for products within the
8  technology stack underneath the applications?
9     A.   That's correct.
10    Q.   So she does not have responsibility for
11 the applications themselves?
12    A.   Correct.
13    Q.   Is the same true for Mr. Addison? Does
14 he have responsibility for the applications
15 themselves?
16    A.   He does not.
17    Q.   Let me switch gears and ask you a few
18 questions about the types of documents that you
19 maintain in your files.
20    First of all, would you maintain in
21 your personal files copies of the official software
22 as released by Oracle, application software?
23    MS. ANDERSON: Objection; form.
24    THE WITNESS: Yes, we kept copies of
25 the -- of each release in CDs that were being

1  submitted.
2  BY MR. GIBBS:
3     Q.   So your group would have CDs containing,
4  for example, Version 1, 2, and 3 of Suite 11i?
5     A.   We did at the time I left the group.
6  Yes.
7     Q.   Would your group be the only place those
8  copies of software were maintained?
9     A.   No.
10    Q.   So if one wanted to get one copy each of
11 Version 1, 2, and 3 of Suite 11i, they wouldn't
12 necessarily need to go to your files, would they?
13    A.   No.
14    Q.   Now, I want to focus your attention as
15 much as possible on the 2000-2001 time frame.
16    A.   Okay.
17    Q.   Would you have maintained in your files
18 during that time frame documents that you would
19 categorize as high-level design documents for
20 Suite 11i?
21    A.   No.
22    MS. ANDERSON: Objection; form.
23    THE WITNESS: No.
24 BY MR. GIBBS:
25    Q.   If you wanted to get high-level design

1  documents for Suite 11i, who would you ask?
2     A.   I would ask the product manager for
3  that particular product.
4     Q.   Does "high-level design document" have a
5  particular meaning within Oracle?
6     A.   The high-level design document was
7  defined in the product release process, so it is a
8  specific document. Yes.
9     Q.   It's a particular thing?
10    A.   Yes.
11    Q.   Okay. Would you ever have received
12 during the 2000-2001 time frame documents that would
13 fit the description "high-level design documents" for
14 Suite 11i?
15    A.   I would not.
16    Q.   What about technical manuals for
17 Suite 11i? During the 2000-2001 time frame, would
18 you have received technical manuals for Suite 11i?
19    MS. ANDERSON: Objection; form.
20    THE WITNESS: I would have created a
21 document -- a documentation library, CD, that ships
22 with the application software that would have
23 contained some technical reference manuals.
24 BY MR. GIBBS:
25    Q.   Would your group be the only source for

245

1  the official technical manuals for Suite 11i?
2      A.  No.
3          MS. ANDERSON:  Objection; form.
4          THE WITNESS:  No.  Those were put on
5  CD and put into inventory at Oracle, shipped to
6  customers.
7  BY MR. GIBBS:
8      Q.  So if someone wanted to get copies of
9  the technical manuals for Suite 11i, they would not
10  have to go to your group?
11      A.  Correct.
12      Q.  What about bug reports?  Did you receive
13  bug reports during the 2000-2001 time frame?
14      A.  Yes.
15      Q.  Did you receive bug reports that in any
16  way specifically referred to integration or
17  interoperability?
18          MS. ANDERSON:  Objection; form.
19          THE WITNESS:  No, I did not.
20  BY MR. GIBBS:
21      Q.  What kind of bug reports did you receive
22  during that time frame?
23      A.  They could be any of a variety of
24  different bug reports.  Anybody could write a query
25  against the database and produce a report.

246

1          So typically I would be concerned
2  with -- during the development process, I would be
3  concerned with bugs in my particular area of
4  responsibility of install and upgrade.
5          And as we were going through the
6  release packaging process, I would be tracking a
7  number of open P1 and P2 bugs logged against that
8  release just to make sure that we're tracking to
9  zero P1s and reasonable numbers on the P2s.
10      Q.  During the 2000-2001 time frame, in what
11  form did you typically receive bug reports?
12      A.  In Ron Wohl's applications management
13  committee meeting, there was a standard set of
14  reports that were produced by Prakash Deshpande,
15  who reported to Rick Jewel.  We would get those in
16  hard copy to review trending.
17          And I had my own query that I had
18  written, which would run against the bug database
19  every four hours and give me a report on any
20  outstanding install and upgrade issues or packaging
21  issues.
22      Q.  Is there any other form, other than
23  those two you've just described, in which you would
24  receive bug reports during 2000 and 2001?
25          MS. ANDERSON:  Objection; form.

247

1          THE WITNESS:  No.
2  BY MR. GIBBS:
3      Q.  With regard to the hard copies that you
4  received during the meetings from Mr. Deshpande, did
5  you keep those hard copies in your files?
6      A.  No, I did not.
7      Q.  What would you do with them?
8      A.  I would recycle them.
9      Q.  So you would review them at the meeting
10  but not keep them after the meeting?
11      A.  Correct.
12      Q.  So you did not as a matter of practice
13  keep those hard-copy bug reports in your files?
14      A.  No.
15          MS. ANDERSON:  Objection; asked and
16  answered.
17  BY MR. GIBBS:
18      Q.  What about the query that you had set up
19  that refreshed every four hours?  Did you ever reduce
20  the results of that query to a hard-copy document?
21          MS. ANDERSON:  Objection; form.
22          THE WITNESS:  I would occasionally
23  print it off so that I could review the list
24  offline.  But for the most part, it was more
25  beneficial as an HTML document because I could

248

1  click through any given bug number and be connected
2  to the bug database to review that particular bug
3  and its status.
4  BY MR. GIBBS:
5      Q.  In those instances where you printed it
6  off, would you keep a hard copy in your files?
7      A.  No.
8      Q.  You would just review it as you pulled
9  it off and then get rid of it?
10      A.  Yes.
11      Q.  And if you didn't print it off and just
12  viewed it as an HTML document, would you have stored
13  that HTML document anywhere or just viewed it?
14          MS. ANDERSON:  Objection; form.
15          THE WITNESS:  I would just view it
16  and -- as I mentioned, it's refreshed every four
17  hours, so it -- you know in any given four hours
18  it's not the same report that it was the previous.
19  BY MR. GIBBS:
20      Q.  And it's not stored anywhere as a
21  report?
22      A.  No.
23      Q.  You're just viewing the contents of the
24  database at a particular point in time?
25      A.  Yes.

249

1    Q.   Okay. And the database you're referring
2  to is what you've called the bug database?
3    A.   That's correct.
4    Q.   The bug reports that you received
5  reflected information out of the bug database?
6    A.   Yes.
7    Q.   If one wanted to go back and find the
8  information that was reflected in the bug reports
9  that you viewed, to your knowledge, would that
10  information exist in the bug database?
11    MS. ANDERSON:  Objection; form, calls
12  for speculation.
13    THE WITNESS:  We have 20 or 25 years'
14  worth of data in the bug database, so any
15  information on any bug that we were aware of in
16  that time frame would still be in the bug database.
17  BY MR. GIBBS:
18    Q.   And so would the information reflected
19  in the bug reports that you saw be maintained in the
20  bug database?
21    A.   Yes.
22    Q.   During -- again, during the 2000-2001
23  time frame, did you ever receive anything that you
24  would characterize as high-level documents describing
25  the scope and dimension of bug problems within

250

1  Suite 11i and/or any of its modules?
2    MS. ANDERSON:  Objection; form.
3    THE WITNESS:  The scope -- could you
4  read that again?
5  BY MR. GIBBS:
6    Q.   Sure, I will.  High-level documents
7  describing the scope and dimension of bug problems
8  within Suite 11i and/or any of its modules.
9    A.   The only thing that I could see in
10  that category would be something like the
11  escalation report that we reviewed for TMP
12  Worldwide.
13    Q.   Well --
14    A.   Exhibit 11.
15    Q.   -- is that a document referring to a
16  particular customer or the scope of --
17    A.   To a specific customer and not a
18  E-Business Suite generically or generally.
19    Q.   So setting aside discussions of a
20  particular customer -- well, for example, you said
21  you didn't receive bug reports that specifically
22  referenced integration or interoperability, correct?
23    MS. ANDERSON:  Objection; form.
24    THE WITNESS:  That's correct.
25  BY MR. GIBBS:

251

1    Q.   Would the bug reports that you saw that
2  we've been discussing -- would you characterize those
3  as high-level documents describing the scope and
4  dimension of bug problems within Suite 11i?
5    MS. ANDERSON:  Objection; form.
6    THE WITNESS:  You're referring to the
7  Prakash Deshpande reports?
8  BY MR. GIBBS:
9    Q.   Yes.
10    A.   They were snapshots and trending
11  information, so they account for the number of bugs
12  in various statuses, open and closed statuses, and
13  a trend line showing over -- over a length period
14  how many bugs were open at any given time and how
15  many were fixed over any given period of time.
16    Q.   Would you consider that a high-level
17  report?
18    A.   I suppose that's a high-level report.
19    Q.   During the 2000-2001 time frame, did you
20  ever receive any documents regarding any lost or
21  deferred sales of any Oracle product?
22    A.   No, I did not.
23    Q.   What about documents referring to any
24  material expensed with respect to any Oracle
25  products, such as refunds, rebates, or remediation?

252

1    MS. ANDERSON:  Objection; form.
2    THE WITNESS:  No, I did not.
3  BY MR. GIBBS:
4    Q.   Were you involved in the -- strike that.
5    Do you know whether anyone ever came
6  to you and asked you for documents pertaining to
7  litigation surrounding the earnings missed in the
8  third quarter of 2001?
9    MS. ANDERSON:  Objection; form.
10    THE WITNESS:  I don't remember the
11  specific reason for the request, but I do remember
12  being asked for documents that -- I'm not sure of
13  the time frame.  A year or two ago.
14  BY MR. GIBBS:
15    Q.   Could it have been more than a year or
16  two ago?
17    A.   It could very well be.
18    Q.   And did the documents you were asked for
19  include bug reports --
20    MS. ANDERSON:  Objection --
21  BY MR. GIBBS:
22    Q.   -- if you recall?
23    MS. ANDERSON:  -- form,
24  mischaracterizes the testimony.
25    THE WITNESS:  I did not have any bug

253

1  reports, to my knowledge.
2  BY MR. GIBBS:
3      Q.  Do you know whether anyone ever came and
4  asked you for bug reports?
5      A.  And asked for bug reports?  I don't
6  recall what the particulars were of the request.
7      Q.  Do you know whether the request had
8  anything to do with litigation generally?
9      A.  I believe it had to do with
10  litigation, but I don't know.
11      Q.  If someone had come to you and asked you
12  whether you had any bug reports, what would you have
13  told them?
14      A.  I would have told them no.
15      Q.  Because you don't keep them in your
16  files?
17      A.  Yeah, I don't keep them.
18      Q.  Did your group ever create bug reports?
19      A.  Just a report that I mentioned that
20  refreshed every four hours.
21      Q.  But that again was never -- was -- well,
22  strike that.
23          I want to turn now to the smiley face
24  bomb reports you discussed earlier.  So I think you
25  said that that report was maintained as a web page;

254

1  is that correct?
2      A.  That's correct.
3      Q.  Did that web page maintain historical
4  information?
5      A.  It had trending information, so we
6  could look week over week whether a particular
7  build was progressing.  So typically it would start
8  out with all bombs or bombs and squiggles and
9  progressed to having happy faces, but it had a life
10  of just that particular release and it would
11  refresh and start again with a new version.
12      Q.  When you say "that particular release,"
13  I take it you mean like 11.5.1, 11.5.2.  Those are
14  different releases.
15      A.  Correct.
16      Q.  So while you were working on the
17  development of 11.5.2, for example, the web page with
18  the smiley face bomb report would have information
19  only as to Release 11.5.2 and would no longer have
20  historical information about Release 11.5.1; is that
21  right?
22          MS. ANDERSON:  Objection; form.
23          THE WITNESS:  That's correct.
24  BY MR. GIBBS:
25      Q.  By March of 2001, 11.5.3 had already

255

1  been released; is that right?
2      A.  That's correct.
3      Q.  So at that point in time, you would have
4  been working on Release 11.5.4?
5      A.  That's correct.
6      Q.  So in March of 2001, the web page with
7  the smiley face bomb report would have reflected only
8  information regarding the then-in-development
9  Release 11.5.4?
10      A.  That's correct.
11      Q.  Just to be clear, the smiley face bomb
12  report, did that reflect at any time information
13  about bugs in products that had been released to
14  customers?
15      A.  No.
16      Q.  All of the information reflected in the
17  smiley face bomb reports was prereleased information?
18      A.  That's correct.
19      Q.  To the extent that the smiley face bomb
20  report contained information about any bugs, where
21  did that information come from?
22          MS. ANDERSON:  Objection; form.
23          THE WITNESS:  That would have come
24  from a team that created the smiley face bomb
25  report, that if there was a bomb, they would

256

1  reference the bug number that's associated with
2  that bomb.
3  BY MR. GIBBS:
4      Q.  Okay.  And the bug number would refer to
5  an entry in the bug database?
6      A.  Correct.
7      Q.  So to the extent that the smiley face
8  bomb reports reflected bugs in Suite 11i, would that
9  information also be reflected in the bug database?
10      A.  Yes.
11      Q.  And the smiley face bomb report reported
12  on the status of the key business flow testing that
13  your group was doing, correct?
14      A.  That's correct.
15      Q.  And would you have approved a release of
16  the software if the smiley face bomb report was
17  reflecting that any of the key business flows could
18  not be accomplished?
19      A.  No.
20          MS. ANDERSON:  I'd like to make an
21  objection.  Form, calls for speculation.
22  BY MR. GIBBS:
23      Q.  To your knowledge, did you ever release
24  the software at a point in time where the smiley face
25  bomb report was showing that one of the key business

Seiden, Gregory 5/16/2006 9:05:00 AM

257

1 flows could not be accomplished?
2 A. No.
3 Q. In what form did you receive the smiley
4 face bomb reports?
5 A. It was a web page that I would
6 navigate to.
7 Q. So would you just -- you went online?
8 A. Yes.
9 Q. Did you ever receive it as an electronic
10 or hard-copy document?
11 A. No. If someone were to refer to it,
12 they would typically just put a link in an e-mail
13 that would take you to the live report.
14 Q. But that would just take you to the web
15 page just as if you'd gone there in the first
16 instance?
17 A. Correct.
18 Q. Did you ever personally ever print out
19 pages from the smiley face bomb report?
20 A. I would occasionally print out pages
21 from the report and take it to the AMCM.
22 Q. And was it your practice then to keep
23 those printouts in your files?
24 A. No.
25 Q. What would you do with them after you

258

1 used them after the meeting?
2 A. I would throw them in the recycle bin.
3 Q. So at any point, it's not something you
4 would have in your files?
5 A. No.
6 Q. Let me clarify something quickly. I was
7 asking about the -- well, I need to tie the two
8 things together. The integration testing that your
9 group did, was that all prerelease?
10 A. Yes.
11 Q. In other words, did your group ever
12 perform integration testing on a release of a
13 software that had been released to the public?
14 A. No.
15 Q. Much earlier today you talked about
16 reporting upgrade status to Ron Wohl. Do you recall
17 that subject matter generally?
18 A. Generally. Yes.
19 Q. That is also prerelease testing?
20 A. Yes.
21 Q. It's testing of the upgrade software?
22 A. Correct.
23 Q. To your knowledge, did you ever keep in
24 your electronic or hard-copy files any documents
25 reporting the results of any upgrade status testing?

259

1 A. No.
2 MS. ANDERSON: Objection; form.
3 THE WITNESS: No.
4 BY MR. GIBBS:
5 Q. You refer to the -- to some occasions
6 where you might bring to a meeting a hard copy of the
7 output of the testing program. Do you recall that?
8 A. Yes.
9 Q. Are those documents the type of thing
10 that you would typically keep in your files after
11 having used it at a meeting?
12 A. No.
13 Q. Did your group maintain any written
14 reports of the integration testing it did?
15 A. There were test plans and the smiley
16 bomb report, but that would be the extent of any
17 written information.
18 Q. The smiley face bomb report would be the
19 only document containing the results of those tests?
20 A. Yes.
21 Q. And to the extent there were any bugs
22 revealed, that information would be logged in the bug
23 database?
24 A. That's correct.
25 Q. What about the monkey testing? Was any

260

1 written documentation maintained on the results of
2 the monkey testing?
3 A. No. The objective of that would be to
4 find bugs so they would be reflected in the bug
5 database. By definition, there is no plan and no
6 conclusion to monkey testing.
7 Q. Does the existence of a bug in the
8 software, in your view, mean there is a lack of
9 integration in the sense in which you've used that?
10 A. No.
11 MS. ANDERSON: Objection; form.
12 THE WITNESS: No.
13 BY MR. GIBBS:
14 Q. So even if there was a bug in the
15 software program, the ERP and CRM products would
16 still be integrated in the sense that no systems
17 integration was required to make them work together?
18 MS. ANDERSON: Objection; form.
19 THE WITNESS: That's correct.
20 BY MR. GIBBS:
21 Q. You also had a conversation with
22 plaintiff's counsel earlier discussing the function
23 within your group of what you described as liaison
24 with the product line engineering organization. Do
25 you recall that?

261

1    A.   Yes.
2    Q.   And there was some discussion of finding
3  bugs while testing Suite 11i on different platforms?
4    A.   Yes.
5    Q.   That again is prerelease testing?
6    A.   That's correct.
7    Q.   Did your group maintain any written
8  reports of the results of that testing other than
9  logging bugs in the bug database?
10    MS. ANDERSON:  Objection; form.
11    THE WITNESS:  No.  And, in fact, those
12  bugs would be logged by the product line
13  engineering organization.  But they would go into
14  the bug database.
15  BY MR. GIBBS:
16    Q.   Your team wouldn't even log them?
17    A.   Correct.
18    Q.   Let me ask you, please, to take a look
19  at Seiden Exhibit 2, which I think we've almost
20  exhausted, and I want to focus your attention on the
21  second-to-last paragraph, the single sentence there,
22  that begins with "HP-UX."
23    A.   Yes.
24    Q.   Just to confirm, the 8.1.6.1 bug, that
25  is not a bug in the Suite 11i applications, is it?

263

1    MS. ANDERSON:  Objection; form.
2    THE WITNESS:  No, it does not.
3  BY MR. GIBBS:
4    Q.   What does interoperability refer to in
5  that context?  Interoperability between what?
6    A.   Interoperability as we refer to it
7  within development is interoperability with
8  different versions of the underlying technology
9  stack components.  It could be a different version
10  of the database.  It could be a different operating
11  system.
12    Q.   So it's referring to interoperability
13  between the applications and some other layer of the
14  stack?
15    A.   Yes.
16    Q.   Not between or among the applications
17  themselves?
18    A.   That's correct.
19    Q.   The key business flow testing that you
20  referred to earlier, I think at some point you
21  characterize that as a kind of audit?
22    A.   That's correct.
23    Q.   Was that key business flow testing by
24  your group the primary testing for bugs within
25  Suite 11i?

262

1    A.   No.  It's a bug in an underlying
2  database code.
3    Q.   And what about the NT Pro*C bug
4  discussed in the next paragraph?  Is that a bug in
5  the applications?
6    A.   It's not in the applications code.
7  It's a bug in an underlying technology layer.
8    Q.   You were asked a series of questions
9  about whether you asked your assistant to look for
10  responsive documents or preserve responsive
11  documents.  Do you recall that?
12    A.   Yes.
13    Q.   Does your assistant maintain any files
14  for you?
15    A.   No.
16    Q.   Do you maintain your own?
17    A.   Yes.
18    Q.   You had a conversation with plaintiff's
19  counsel a little earlier about interoperability
20  patches.  Do you recall that?
21    A.   Yes.
22    Q.   I want to try to understand that a
23  little bit better.  Does an interoperability patch
24  have anything to do with the ability of CRM and ERP
25  applications to work with one another?

264

1    MS. ANDERSON:  Objection; form.
2    THE WITNESS:  No, it was not.  The
3  testing was responsibility of the individual
4  development organizations, and we provided an
5  audit, a checkpoint of that work.
6  BY MR. GIBBS:
7    Q.   Ask you to take a look, please, at
8  Seiden Exhibit 6.  This is the discussion of the
9  licensing issues.
10    A.   Yes.
11    Q.   The problems described here with these
12  licensing functions within the software, would those
13  problems have any impact on user's experience in
14  trying to use the software?
15    MS. ANDERSON:  Objection; form.
16    THE WITNESS:  As Ric Ginsberg notes,
17  the overall effect is somewhat unknown.  But I know
18  of only one instance in the entire suite where
19  there is any dependence on the actual license
20  status.  So, no, it shouldn't really have an
21  impact.
22  BY MR. GIBBS:
23    Q.   At some point a little earlier, you
24  referred to a situation in which the ERP code and the
25  CRM code were released at different points in time.

265

1  Do you recall that?
2      A.  Yes.
3      Q.  If in -- with one of the releases the
4  CRM and ERP code were released separately, would that
5  separate release have any impact on the integration
6  between the ERP and CRM modules as you've used that
7  term here today?
8      MS. ANDERSON:  Objection; form.
9      THE WITNESS:  No, it wouldn't.
10 BY MR. GIBBS:
11     Q.  Would the release of the ERP and CRM
12 codes -- code at different points in time require
13 customers to do any systems integration work in order
14 to have the ERP and CRM modules work together?
15     A.  No, they would not.
16     MR. GIBBS:  I don't have anything else
17 at this time.
18     MS. ANDERSON:  I'm going to have a few
19 follow-up questions, but I'd like to go off the
20 record for about five minutes.
21     THE VIDEO OPERATOR:  The time is 5 --
22 yes -- 5:59.  Off the record.
23     (Break taken.)
24     THE VIDEO OPERATOR:  The time is 6:11.
25 On the record.

266

1
2          **FURTHER EXAMINATION**
3
4  BY MS. ANDERSON:
5      Q.  Mr. Seiden, I just have a couple of
6  additional questions.  In the 2000-2001 time period,
7  did you communicate by e-mail as part of your job at
8  Oracle?
9      A.  Yes.
10     Q.  Did you receive communications and
11 documents via e-mail?
12     A.  Yes.
13     Q.  And these related to your
14 responsibilities at Oracle in the 2000-2001 time
15 period?
16     A.  Yes.
17     Q.  Did you also keep a paper file in the
18 2000-2001 time period?
19     A.  I did not.
20     Q.  So most of your documents were kept
21 electronically?
22     A.  Yes.
23     Q.  And did you keep electronic documents on
24 your hard drive?
25     A.  In a presentation that I would have

267

1  created.  So PowerPoints would be on my hard drive.
2  Yes.
3      Q.  Any other documents that would be on
4  your hard drive in the 2000-2001 time period?
5      A.  No.
6      MS. ANDERSON:  I don't have any
7  further questions, so I think that's it.
8      MR. GIBBS:  Room to spare.
9      THE VIDEO OPERATOR:  This ends
10 Videotape No. 4, Volume I, in the deposition of
11 Greg Seiden.  The original videotapes will be
12 retained by LiveNote World Service.  Going off the
13 record, the time on the monitor is 6:13.
14     (Deposition concluded at 6:13 p.m.)
15
16
17
18
19
20
21
22
23
24
25

268

1  STATE OF CALIFORNIA    )
2                         ) ss.
3  COUNTY OF SAN FRANCISCO )
4
5
6
7      I, the undersigned, declare under penalty of
8  perjury that I have read the foregoing transcript,
9  and I have made any corrections, additions, or
10 deletions that I was desirous of making; that the
11 foregoing is a true and correct transcript of my
12 testimony contained therein.
13     EXECUTED this _____ day of _____,
14 2006, at _____, _____.
15     (City)        (State)
16
17
18
19
20
21
22 _____
22          GREGORY SEIDEN
23
24
25

269

```
 1              REPORTER'S CERTIFICATE
 2
 3        I, RICHARD M. RAKER, CSR #3445, Certified
 4    Shorthand Reporter, certify:
 5        That the foregoing proceedings were taken
 6    before me at the time and place therein set forth, at
 7    which time the witness was put under oath by me;
 8        That the testimony of the witness and all
 9    objections made at the time of the examination were
10    recorded stenographically by me and were thereafter
11    transcribed;
12        That the foregoing is a true and correct
13    transcript of my shorthand notes so taken.
14        I further certify that I am not a relative or
15    employee of any attorney or of any of the parties,
16    nor financially interested in the action.
17        I declare under penalty of perjury under the
18    laws of the State of California that the foregoing is
19    true and correct.
20        Dated this 29th day of May, 2006.
21
22
23        _____
              RICHARD M. RAKER, C.S.R. No. 3445
24
25
```