# EXHIBIT 39

# Rebuttal Declaration of
# Brooks L. Hilliard CMC CCP

**Regarding**
**Expert Report of Edward Yourdon**
**dated 25 May 2007**

**in the Matter of**
**Oracle Corporation ("Oracle") Securities Litigation**
**United States District Court**
**Northern District of California**
**San Francisco Division**
**Case No. C-01-0988-SI**

**Initially Submitted:  June 22, 2007**
**Sworn: October 20, 2008**

# Introduction

The following paragraphs review and rebut specific issues with Edward Yourdon's 25 May 2007 Expert Report in the matter of the Oracle Corporation Securities Litigation (Case No. C-01-0988-MJJ).

## 1.     Oracle 11*i* 's defect levels were not normal.

My 25 May 2007 Declaration provides ample support for my opinion that Oracle 11*i* had much higher defect levels than could reasonably have been expected by its customers or by stockholders.  Notably, the one Oracle 11*i* defect measurement that Mr. Yourdon does provide in his report is fully consistent with this conclusion. Relying on Mr. Capers Jones, Yourdon's report states that an ERP software product should have no more than 1,000 high severity defects found by users during the first year.[1]  Yet Oracle admitted to *Forbes Magazine* in July 2001 that the first version of Oracle 11*i* alone had 5,000 software bugs,[2] which corresponds to the 5,000 software patches it issued during this same period.[3]  It is known as well that Oracle 11*i* continued to experience very high defect (i.e., bug) levels from the release of the first version through the end of the Class Period and beyond.  This raises the question of whether all 5,000 of the patches applied to high severity defects. Yourdon says that "bug fixes" (i.e., patches) should only be used for *urgent* bugs, which is essentially the same as "high severity" or "priority one" bugs.[4]

There are two other factors that Yourdon overlooks in his conclusion that the defect level was in the normal ranges: (a) the sheer quantity of defects and (b) the critical nature of the specific defective functionality.  In his chapter titled "Measuring Software Quality and Customer Satisfaction," Jones writes:

> "Very buggy software cannot or will not be used.  Therefore if your

---

[1] See Yourdon Report, paragraph 87.

[2] See NDCA-ORCL 360637 (Exhibit A); see also Report of the Special Litigation Committee (NDCA-ORCL 294559 (Exhibit B) and 295351-52 (Exhibit C)).

[3] See Exhibit C.

[4] See, e.g., Wohl deposition transcript, pages 195-96, Fletcher deposition transcript, page 156, Abbasi deposition transcript, page 64, and Summers deposition transcript, page 104.

Business Automation Associates, Inc.
11811 North Tatum Boulevard, Suite 3131-113; Phoenix, Arizona 85028
Phone: (602) 264-9263    On the web: http://www.ComputerExpertWitness.com    FAX: (602) 532-7244

> company ships software with more than a certain quantity of bugs
> latent within it, those bugs will prevent the utilization of the
> software, will slow down sales, and will in general stretch out the
> time before the bugs are found and fixed."[5]

This is precisely what was occurring with Oracle 11*i*, and it was exacerbated by the fact that two of the most critical functionalities represented by Oracle – Suite-wide integration and Order Management – were among those experiencing the most failures.  The impact of Oracle 11*i*'s integration failures was pervasive and critical, as discussed in Section 2, below.  And Order Management – despite its critical importance to the entire suite[6] – had been incorporated into Oracle 11*i* at the last moment without any significant testing[7] that would normally be called for.  As a result of this last minute decision to use the untested Order Management module, Oracle and its customers experienced devastating problems trying to get it implemented and operational.[8]  The issues with Order Management were so devastating to customers and the sales organization (which was trying to sell Oracle 11*i* to prospective customers) that it undoubtedly falls into the category that Jones refers to as an "error prone module."[9]

Thus it is not surprising, with all of the critical defects Oracle 11*i* was experiencing, that numerous customers were stopping and/or delaying their implementations.[10]

---

[5] See Capers Jones, "*Applied Software Measurement*" (Second Edition, McGraw Hill, 1996), page 382.

[6] See  "SOFTWAR" by Matthew Symonds, Copyright 2003, Simon and Schuster Paperbacks trade paperback edition 2004, page 192-93.

[7] Ibid., page 192 and NDCA-ORCL 1529167.

[8] See e.g., NDCA-ORCL 035245-47, 054235-44, 056051-52, 058705-06, 190274, 610546-48, 617281, 617307-11, 617667; Cochran deposition transcript, page 250, et al.

[9] See Capers Jones, "*Estimating Software Costs*" (Second Edition, McGraw Hill, 2007), pages 151-52.

[10] See e.g., NDCA-ORCL 058351B52, 147820-22, 221215 and 617280.

## 2.    Oracle 11i was neither "integrated" nor "pre-integrated," as defined by Yourdon.

Mr. Yourdon defines an integrated software "suite" as:

> "a collection of related programs that work together" and " the pieces (or components or modules) of the system 'work together' . . . the marketplace expects that an 'integrated' ERP product will have financial modules, human-resource modules, manufacturing modules and other modules that 'work together,' so that the day-to-day business activities can flow back and forth, as needed, between the software components."[11]

Further, he notes that over the past two decades:

> "'[S]uite' products have typically incorporated more and more programs, and provided tighter integration between the component products comprising the suite."[12]

He further distinguishes "pre-integrated" suites as those where the developer:

> "had performed the necessary systems implementation work *before* offering the product for sale."[13]

and he notes that:

> "If a software vendor had the opportunity to build an entire ERP system as part of a single development project, then it would be reasonable to expect that the resulting system would be fully *pre*-integrated . . . ."[14]

With that background, he describes four types of integration and gives the characteristics of each one:

> "*Data* integration conveys three important elements: [data] consistency, [data] integrity, and non-redundancy [of the data such that] significant business terms will retain their meaning, and behave the same way throughout a system. If, in one part of the

---

[11] See Yourdon Report, paragraphs and 74 and 100 respectively.

[12] Ibid., paragraph 75.

[13] Ibid., paragraph 76 (emphasis in original).

[14] Ibid., paragraph 101 (emphasis in original).

> system, the word 'customer' means an individual human being with a required first-name and a required surname, then it should not mean, in some other part of the system, an arbitrary collection of dogs and cats, identified only by their first name.

> "*Workflow* integration is concerned with the ability [of] one part of the system to 'talk' to other related parts of the system, in order to carry out the 'workflows' - *e.g.,* the flow from a customer order, to the shipping of that order and associated inventory updates, to the generation of a customer invoice for the order, to the collection of cash for the order - that represent the key business activities in the day-to-day operation of most organizations.

> "Functional integration is concerned with the behavior of a system (*e.g.*, if a system requires some program logic to calculate, for example, the sales tax on a purchased item, there should he only one instance of that program logic stored somewhere in the system - so that every time it is invoked, it will product the same results under the same circumstances)

> "[U]ser interface integration focuses on the 'look and feel of the system' (*e.g.*, screens and menus should have a similar look throughout the system, and abbreviations and short-cuts should be consistent)."[15]

I do not dispute Yourdon's definitions and characteristics, indeed they are not that different from the definition of integration offered in my declaration dated 25 May 2007 and the Oracle employee definitions quoted therein.[16]  However, I do disagree with his implication that what he describes as "functional integration" and "user interface integration" are less important than what he describes as "data integration" and "workflow integration" (see below).

The flaw in Yourdon's logic comes not from these definitions, but rather from the fact that, contrary to the representations made by Oracle and the individual defendants, the Oracle 11*i* suite did not meet them during the Class Period.  While (as recounted in my Declaration) integration failures occurred throughout the

---

[15] Ibid., paragraph 104, including footnote 38 (emphasis in original).

[16] See Hilliard Declaration, section 5.2.

Oracle 11*i* suite,[17] they were particularly evident in the lack of integration between the ERP modules and the CRM modules of the product.  The failure of the ERP/CRM pre-integration represented by Oracle is best demonstrated by four facts:

- Oracle did not have the facilities to do pre-shipment integration testing[18]
- Thus, no significant integration testing was done prior to shipment of the product.[19]
- Not only was no significant integration testing done, but Oracle did not have – anywhere within its organization – a senior executive with responsibility for ensuring quality control with respect to the integration of the ERP and CRM  modules.[20]
- As a result, not only was the integration non-functional "before offering the product for sale" (which would have been prior to 24 May 2000), it remained non-functional throughout the Class Period and beyond.[21]

Yourdon notes in his report that some "integration bugs" can be expected in any complex software suite,[22] but the situation with Oracle 11*i* does not fit the profile he describes.  The pervasive failure in the integration between the Oracle 11*i* ERP and CRM modules encountered by Oracle's customers trying to use the 11*i* Suite were not just what Yourdon describes: isolated bugs that defied debugging, testing and quality control.  Instead, they were just the type of wide-ranging failures that were an inevitable result of Oracle never having done any substantive integration testing and never assigning anyone the executive responsibility for quality control of  the ERP/CRM integration.

---

[17] See, e.g., NDCA-ORCL 617307-11.

[18] See e.g., NDCA-ORCL 056440-41.

[19] See e.g., Wohl deposition transcript, page 106, and Seiden deposition transcript, pages 65-68.

[20] See Sellers deposition transcript, pages 120-21 and Kendig deposition transcript, page 48.

[21] See, e.g., NDCA-ORCL 061313-15, 069907-39, 078408-09, 617307-11, and 621302, as well as Ellison deposition transcript, pages 535-35,  and the Oracle Special Litigation Committee Report dated 22 November 2002 (NDCA-ORCL 295299).

[22] See Yourdon Report, paragraph 113.

## 3.   Yourdon is wrong to dismiss User Interface and Functional integration.

Yourdon dismisses what he describes as "User Interface integration" and "Functional integration" by relegating his description of them to a footnote and never again referring to them in the remainder of his report.[23]  In fact, integration failures in either of these categories can be very significant to ERP/CRM software users.  This is explained in significant detail in the "E-Business Suite High Level Requirements Document" produced by senior Oracle managers in the EMEA (Europe, Middle East and Africa) and APAC (Asia Pacific) regions[24] during the spring of 2002.[25]  In the introduction to the report, the authors noted that:

> "in many cases our customers – know the product better than we do – and we need to accept that. We (EMEA & APAC) have taken these comments from our customers, analysts, partners and employees . . . .

> "We believe these "fundamental gaps" [relating to software defects, lack of integration and redundant modules] are serious enough and should be prioritized & addressed by development accordingly."[26]

Based on this input, this requirements document details dozens of critical defects in the Oracle 11*i* suite that were still causing major problems for customers and for Oracle sales personnel more than a year after the end of the Class Period.  The document covered (as characterized by its authors) three major types of "fundamental gaps": (a) General Product [Deficiencies], (b) Integration Issues, and (c) Duplication/Overlap:

- The General Product Deficiencies included problems caused by multiple user interfaces from similar modules including Self Service, Store, Orders,

---

[23] Ibid., paragraph 104 (footnote 38).

[24] Rene Stiphout (Oracle's Director of CRM for Europe, Middle East and Africa), Jens Mortensen (Oracle's Senior Director for Applications for Europe, Middle East and Africa), and Michael Huchler (Oracle's Senior Product Manager for Supply Chain Management for Europe, Middle East and Africa); with contributions from other Oracle executives, including those with responsibilities for the Asia Pacific region.

[25] See NDCA-ORCL 069907-39.

[26] See NDCA-ORCL 069913.

Invoices, Support, Receivables, Mobile Service and Mobile Sales,[27] and Oracle's sales and sales support personnel were experiencing a negative impact from these defects.[28]

- The Integration Issues referred – for the most part – to what Yourdon describes as Data Integration and Workflow Integration issues.
- The Duplication/Overlap issues included duplicate and/or overlapping functionality in iSupport, iStore, iReceivables, iCustomer Portal, Collections, Oracle Sales Online, Oracle TeleSales, Customer Care, Quoting, Order Management, Sales Contracts, Sales Agreements, et al.[29]

In my judgment, based on decades of experience working with and for buyers of commercial business software, the authors of the "E-Business Suite High Level Requirements Document" are correct in emphasizing the importance of what Yourdon refers to as user interface integration and functional integration on an equal basis with data integration and workflow integration. Yourdon was incorrect in dismissing them.

---

[27] See NDCA-ORCL 069914 and 069932.

[28] See NDCA-ORCL 069939.

[29] See NDCA-ORCL 069914-19.

Rebuttal Declaration of Brooks Hilliard, dated 6/22/2007, page 9

## 4.    Yourdon overlooks Oracle's failure to properly coordinate its development teams.

In his analysis of the Shareholders' position, Mr. Yourdon asserts that criticism of Oracle's use of multiple development groups was misdirected.  He stated:

> "It was well known to the industry that thousands of programmers were necessary to create Suite 11*i*, and Oracle made clear that the CRM and ERP modules were being developed separately . . . . [So even though] there may have been communication problems, political problems, and/or technical misunderstandings between the two teams that would result in some software defects, I do not believe the separate teams are relevant to the fundamental question of whether the CRM and ERP components were 'integrated' . . . ."[30]

Yourdon misses the point in this judgment.  It is not the use of the separate teams for ERP and CRM that is the issue, it is the integration defects that resulted from:

- Communications between the teams being troubled (at best),[31]
- Insufficient coordination between the team members;[32] and
- The lack of testing of the integration between the resulting ERP and CRM modules prior to their delivery to customers (see section 2, above).

---

[30] See Yourdon Report, paragraph 178.

[31] See Wohl deposition transcript, page 78-80, 92-98, 106 and 192.

[32] See Godwin deposition transcript, pages 32-33 and Seiden deposition transcript, pages 65-68. Also see "SOFTWAR" by Matthew Symonds, Copyright 2003, Simon and Schuster Paperbacks trade paperback edition 2004, pages 193, 196, 422-23, and 429-30.

## 5.   Oracle did misrepresent Oracle 11i's capabilities by using staged demonstrations.

Mr. Yourdon spends five paragraphs of his report[33] attempting to justify Oracle's use of what its sales personnel described as "fake data" during demonstrations to prospective customers, concluding:

> "I have seen no evidence that customers misunderstood these
> facts.  Demonstrations of the product used fictional data running
> through Oracle's [demonstration system] . . . . This is typical of all
> large software demonstrations . . . . The available evidence does
> indicate that, in certain instances, it was extraordinarily frustrating
> for Oracle's sales force to be unable to effectively demonstrate
> Suite 11i's features to potential customers – but this failure does
> not reflect on the underlying software."[34]

Yourdon's conclusion is faulty because he failed to consider that what the Oracle sales organization did was not the same as what he described as "typical of all large software demonstrations."  The document in question is an 8 October 2000 e-mail from Oracle Vice President G. Fitzpatrick, who was responsible for the Oracle 11*i* demonstration system, to Oracle's Executive Vice President of North American Sales G. Roberts describing a practice that had occurred in at least two demonstrations to prospective customers:

> "The lack of integration between [iProcurement] and Purchasing [at
> a Pier One demonstration] was inconvenient since we could not
> show the entire flow without using fake data . . . [and] drop ship
> functionality was not working [at a Clopay demonstration] and fake
> data was required."[35]

The practice that Yourdon describes as "typical" is for a salesperson to run through a complete processing cycle – particularly a cycle that would be too time consuming to demonstrate – prior to meeting with the prospective customer and to save the output from that processing so that it can be shown during the demonstration without wasting demonstration time.

What Oracle did in at least the two instances described in the e-mail is entirely

---

[33] See Yourdon Report, paragraphs 213-17.

[34] Ibid., paragraphs 216-17.

[35] See NDCA-ORCL 013717-20 (Exhibit D).

Business Automation Associates, Inc.
11811 North Tatum Boulevard, Suite 3131-113; Phoenix, Arizona 85028
Phone: (602) 264-9263    On the web: http://www.ComputerExpertWitness.com    FAX: (602) 532-7244

different. Instead of doing pre-processing so it could show actual results produced by the Oracle 11i software, its sales representatives created "fake data" that – because of the integration and functionality defects in the software – Oracle 11i was not able to produce by actually running the applications. This practice definitely is not "typical of all large scale software demonstrations". As Fitzgerald writes:

- Fake data was used in the Pier One demonstration because there was a lack of integration between iProcurement and Purchasing.
- Fake data was used in the Clopay demonstration because drop ship functionality was not working.

Thus in these cases, contrary to Yourdon's assertion, the use of the fake data did reflect defects in the underlying software. Further, there is reason to believe that that may have been an accepted practice within Oracle, because (a) this occurred in at least two unrelated instances, (b) there is no indication that anyone was ever disciplined for this practice or told to discontinue it, and (c) the lack of integration and defective functionality continued throughout the Class Period and beyond.

## Concluding Comments

This declaration has summarized my opinions and has presented the basis on which they were formed. I reserve the right to supplement or update my opinions in the event that further information becomes available.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 20th day of October, 2008 in Phoenix, Arizona.

Brooks L. Hilliard CMC CCP, President
Business Automation Associates, Inc.

**CMC**
KP **Certified**
**Computing Professional**

Brooks Hilliard is one of fewer than 15 consultants in the world to have achieved both the Certified Management Consultant (CMC) and Certified Computing Professional (CCP) designations, the only internationally accepted certification in each field.

To achieve this distinction, Mr. Hilliard has undergone peer reviews, client audits, competency tests and oral interviews; he has complied with continuing education requirements and has pledged to uphold the Codes of Ethics for both organizations.

Business Automation Associates, Inc.
11811 North Tatum Boulevard, Suite 3131-113; Phoenix, Arizona 85028
Phone: (602) 264-9263 On the web: http://www.ComputerExpertWitness.com FAX: (602) 532-7244

Exhibit A

The first release of 11i had 5,000 bugs
**Correct; Also please note that the first version of Microsoft's Windows had 35,000 bugs.**


In Feb, 2001, the Oracle marketing department began sponsoring its own gathering, OAW.  Did Oracle offer to fold OAUG events in to the AppsWorld gathering?
**Correct, yes.**

Ellison send developers to AppsWorld instead of OAUG because he can't afford to support both events.
**Correct**

Now Ellison has completely terminated the OAUG relationship.
**This is incorrect. Oracle still maintains a relationship with the OAUG and there are still discussions regarding events.**

June 2001 – sales force convention in Las Vegas?
**Correct, for the North American salesforce.**

LJE quote: "Data is at the center, and not applications.  Oracle 9i is the holy grail."
**Correct - please note the context that he frequently uses this in, which is that the object of all database or apps software is to represent data effectively and accurately. In this sense, it's the data that matters most to companies.**

LJE lives in Atherton, CA
**Correct, also maintains other residences.**

His house is Japanese-style
**Which house?**

LJE says that he will stay until Oracle is winning virtually every application sale in the market.
**He has said publicly that he has no plans to leave.**

LJE quote: "Prior to the internet, applications were messy and erratic. The technology underpinnings were not there."
**Correct**


Timeline:

8/7/44 – LJE born **(can't confirm this date)**

NDCA-ORCL 360637

Exhibit B

I-35

bugs.  Accordingly, there is a point of diminishing returns in waiting to release software in order to test it further to identify and rectify bugs.  Indeed, the decision of when to release software constitutes a prototypical exercise of business judgment.  A premature release can result in an overly buggy product that disappoints customers, while a delayed release can frustrate potential customers and allow competing products to establish a foothold in the market.

Long before the Trading Defendants sold their stock, the market was aware from numerous sources, including industry analyst reports, financial analyst reports, user group and industry publications, and statements by Oracle executives, that the early releases of Suite 11i had numerous bugs requiring thousands of patches to remedy.  The market was further aware that all of the components of Suite 11i would not be available until its third release (scheduled in mid-January 2001); that Suite 11i would not be stable enough for customers' most critical applications until the end of 2000; and that Oracle was having a difficult time finding reference customers in light of the problems that early adopters of Suite 11i were experiencing.

All of this information was in the public domain.  Therefore, the Committee finds that any negative implication of this information was already factored into the price of Oracle stock by the time the Trading Defendants sold their stock in Q3 FY 2001.

> **e.     Suite 11i did not cause the Q3 FY 2001 earnings
>           disappointment**

The Committee finds that Oracle's earnings disappointment in Q3 FY 2001 was not caused by problems with Suite 11i.  It was instead principally caused by a precipitous decline in Oracle's overall license business (both Database and Applications) that occurred at the end of February 2001, as Oracle customers and potential customers (particularly large customers in the United States) delayed purchasing decisions, reduced deal sizes and/or declined to purchase software based primarily for macroeconomic concerns.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

Exhibit C

complained to Ellison in November 2000 that they had "encountered multiple software quality problems" with the Suite 11i module, leading them to believe that "we have a product that does not work . . . ."[237] Another internal Oracle e-mail noted that, with regard to two other early adopter customers, Oracle was "being flamed" at one, and "cannot get the [Suite 11i] release to be stable" at the other.[238]

  While some analysts[239] and customers[240] thought that the level of bugs in Suite 11i was not unexpected, Wohl, the senior Oracle executive in charge of developing the ERP applications for Suite 11i, admitted in October 2000, with hindsight, that Suite 11i had "too many bugs and too many patches"[241] and that the first release of 11i, 11i.1, had taken "too much patching to install."[242] This information, including the 5,000 patches number, was publicly disclosed and posted on the Internet. The presence of these publicly acknowledged issues, however, provides no basis to conclude that any Oracle officer or director had any credible or substantial reason to believe in May 2000 that Suite 11i was not ready for

---

237 E-mail from Joel Summers to Kurt Larsen et al., Nov. 8, 2000, ORCL 52253-58, including E-mail from Helen Sayles to Larry Ellison, Nov. 7, 2000, at ORCL 52255-56, Exhibit 19-27.

238 E-mail from Paul Seminara to George Roberts, Nov. 9, 2000, ORCL 19322-24, at ORCL 19322, Exhibit 19-17.

239 *How Suite It Is*, at 685 ("The first version of 11i had the bugs that all new releases of this size usually have, but 11i3 was released in November to resolve those issues."), Exhibit 21-29.

240 *See* Harris Int. at 2-3 (noting that bugginess in early releases of Suite 11i was typical for new software releases, and that early adopters would expect to work through such problems), Exhibit 2-31.

241 Oct. 24, 2000 Q&A Tr., at ORCL 17467, Exhibit 19-103.

242 *Id.* at ORCL 17459.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

commercial release. Indeed, and as noted above, Oracle management's reasonable exercise of its discretion in the decision on the timing of Suite 11i's release did not violate the business judgment rule or constitute fraud or deception upon customers or the securities market, and was consistent with the requests and interests of early adopting customers.

        3.    "Do Not Install" E-mails.

Plaintiffs allege that Oracle sent e-mails to the consulting organization stating that Suite 11i "did not work and it should not be installed. Usually, the e-mails identified dates when 'mega patches' for the identified applications were scheduled to be released, so the consulting groups were on notice to drag their feet and stall however they could until the patch was actually deployed."[243] Based upon the Committee's review of relevant documentation, it has not found any such memos. However, after interviewing members of Oracle's consulting practice, including Brad Scott, whom the Derivative Plaintiffs specifically named in the Delaware Derivative Complaint, it appears that there is a limited factual basis underlying this allegation, although the plaintiffs have mischaracterized Oracle's practice in a manner that creates a false impression of wrongdoing when none was present.

As explained above in the section discussing software releases, patches, patch sets, and family packs, Oracle's software developers would release consolidated sets of patches to be applied at once.[244] As explained by Brad Scott, the software developers would inform the CRM consulting organization of the date when new patch sets or family packs would be released. Since these consolidated sets of patches "rolled up" a series of already existing

---

[243]     Del. Deriv. Compl. ¶ 57, Exhibit 22-14; Fed. Deriv. Compl. ¶ 83, Exhibit 22-26.

[244]     *See* Chapter XII.F.1.b(iii) *supra.*

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

Exhibit D

[Fwd: Re: Majors Applications Demo Issues]

**Subject:** [Fwd: Re: Majors Applications Demo Issues]
**Date:** Tue, 10 Oct 2000 14:05:24 -0400
**From:** Jay Nussbaum <Jay.Nussbaum@oracle.com>
**Organization:** Oracle Corporation
**To:** Police <RPOLICE@US.ORACLE.COM>

Ron, fyi. Didn't know who should see this.

P

-------- Original Message --------
**Return-Path:** <george.roberts@oracle.com>
**Received:** from oracle.com (rociyyx-ppp-9.us.oracle.com [144.25.233.163])by
gmgw02.oraclecorp.com (8.8.8+Sun/8.8.8) with ESMTP id JAA29056;Tue, 10 Oct
2000 09:05:13 -0700 (PDT)
**Message-ID:** <39E33DD6.47754F3C@oracle.com>
**Date:** Tue, 10 Oct 2000 11:03:34 -0500
**From:** George Roberts <george.roberts@oracle.com>
**Organization:** Oracle Corporation
**X-Mailer:** Mozilla 4.51 [en] (Win95; U)
**X-Accept-Language:** en
**MIME-Version:** 1.0
**To:** Gayle Fitzpatrick <gayle.fitzpatrick@oracle.com>
**CC:** mary.anne.gillespie@oracle.com, kenneth.hamel@oracle.com,"Delaney,Mary"
<MDELANEY@US.ORACLE.COM>,"Paulino,Lee"
<LPAULINO@US.ORACLE.COM>,"Franjione,Grant"
<GFRANJIO@US.ORACLE.COM>,
ron.wohl@oracle.com,marina.zago@oracle.com, safra.catz@oracle.com,
lellison@oracle.com,"Sanderson,Edward"
<ESANDERS@US.ORACLE.COM>,"Henley,Jeffrey"
<JHENLEY@US.ORACLE.COM>,
jay.nussbaum@oracle.com,kenneth.hamel@oracle.com, john.nugent@oracle.com
**Subject:** Re: Majors Applications Demo Issues
**X-Priority:** 2 (High)
**References:** <39E105C0.A7E153A1@oracle.com>
**Content-Type:** multipart/mixed;boundary="------------0A0E5FFEDC719A0EC195A2C0"

I have asked the team to get more specific on our ADS system issues. Below is the Majors detail. I know it
goes against our message but do we need to stop doing demos at the client site wherever possible and pull
them into the offices for better integrity?

As we stated in our meeting last week these difficulties are now common knowledge by our competition
and they position our inability to competently pull these off as "proof" that the e business suite is not a
reality.

Gayle Fitzpatrick wrote:

George,                                                                    **ORACLE**
                                                                           **CONFIDENTIAL**

Here are the details of the numerous applications demo issues that Majors has encountered over the past

1

**CA-ORCL 010108**

[Fwd: Re: Majors Applications Demo Issues]

several weeks, as we discussed at the OPS review. This note is rather lengthy, but is covers many key issues we are facing today.

The problems fall into 3 categories: 1) system stability and performance, 2) product integration and stability, and 3) deviation from the ADS scripts. The system stability and performance issues, and our inability to show an integrated demo leaves doubt in our customers mind that Oracle can show or deliver the e-Business solution.

The "typical" demo scenario for Majors is usually multiple days of demos showing many business flows, where we have to stay connected for many hours. The demos are usually the result of a RFI/RFP response yielding custom demo scripts with custom data. The majority of our demos are at the customers site or at a neutral site if the evaluation is run by a third party.

Detailed below are specific examples of the problems we have encountered. I have also attached a spreadsheet that maps some of these demos to the feedback entered into the ADS demo feedback system. It appears that we need to work on how the SC's rate demos where we encounter problems, and work on a problem resolution process for some of the issues that are more system stability and performance related. The ADS support team has done a great job in trying to resolve some of these issues with us, but I am not sure they are equipped to deal with the complexity of the solutions we need to show the customer. The end result is a poor showing in front of the customer, and we need to be able to demonstrate that our e-Business solution and architecture are better performing than our competitors, particularly those who bring in their own servers.

Pier One
The demo at Pier One was on September 14 and featured the Financial and Procurement applications. During the three days prior to the demo, we experienced major network connection issues and this severely hampered prep time. Don Warren worked with the ADS team and after three days determined that the problem was an updated network server in the Dallas office. During the demo, we connected through the clients WWW and once again experienced 5 system hangs during the one day demo. The problems were unpredictable again. Subsequent to the demo, Don Warren worked with ADS to understand the system problems. They asked him to reinstall the Jinitiator and tweak some desktop set-ups to resolve the hanging problems. The effect of these changes is still being evaluated. Based on results, we will roll them across the team. The lack of integration between IP and Purchasing was inconvenient since we could not show the entire flow without using fake data.

Litton
Our primary challenges at Litton Interconnect were around system hangs while on ADS and non-integrated instances. While demoing in any of the products (HR, Mfg/Dist, Fin) hosted on ADS, the system would hang for no explainable reason. Over the three day demo, we had hung the system in this manor at least 12 times. The system hangs had no associated error message and were not consistent. The other distraction was the inability to demo all of the integrated suite from ADS which made the demo choppy from a flow perspective. We were connected via the WWW and the post demo report submitted to ADS.

Clopay
The first Clopay demo was held in the Oracle office in Cincinnati with our internal Web connection. Response time was awful. Mike Metcalf described it as worse than 2400 baud. In addition, drop ship functionality was not working and fake data was required. After the demo, ADS informed Mike that they could have fixed the performance problem. This is still an open issue for the team.

**ORACLE
CONFIDENTIAL**

2

**CA-ORCL 010109**

**NDCA-ORCL 013718**

[Fwd: Re: Majors Applications Demo Issues]

Warner Bros.
The Warner Bros. demo was held in their Glendale office, using their network, their IP addresses, our laptops, and accessing Oracle through their firewall and using the WWW demo capabilities of ADS. During the demo there were frequent dropping of connection, requiring closing the applications and reconnecting through ADSWEB. The network connections in their demo room were stress tested for an hour (during business hours) the week before the demo, and for two hours the night before, with no connection losses. During the demo, however, we experienced these connection losses every fifteen to thirty minutes. The HTML files were retrieved rapidly without any errors. The connection errors occurred using the java-based applications. The errors were related to latency, not true network errors such as FRM-99999 that would typically be experienced if the ADS server was down. Dennis Bautista determined it was a latency issue by running several tests from Warner Bros. back to the ADS server. Because the network connection became so unreliable, we eventually used our planned backup of an analog phone connection. This dropping of connection occurred at least four times, and required a lengthy process to dial in and sign on to the ADS site. During the demonstration we had two laptops connected, so that when one connection dropped we used a switch box to continue the demo on the backup laptop. The prospect, however, was able to observe the frequent connection losses and questioned the stability of our system. During the iProcurement and Exchange demonstration, we successfully linked out to Exchange from iProcurement. When a product search was made in Exchange, however, the screen became blank. We tried again after clearing all cache in the browser and the flow then worked as expected.

McGraw-Hill
The McGraw-Hill demo was at their location in Columbus, Ohio. Most recently, on October 5th, McGraw-Hill had two of three ports open through the firewall and would not open the third. Dial-up went through an analog-digital-analog conversion yielding a 32Kbps max modem connect speed direct to the ADS modem bank. The Self Service Expense form took over three minutes to paint. Jim McHugh was unable to show live product and had to resort to screen shots and powerpoints. As this was the IT crowd, the powerpoints replaced showing our new OM Flex-Field capability live and online, workflow in action, and the balance of configuration abilities within the applicaitons.

J&J
Presented IP and Purchasing at the J&J HQ location Central NJ. J&J would not open ports nor provide us with network access. Dial-up access was at 40kbps, and the system performance was slow.

Presented Financials to J&J at the Oracle Iselin office. With an audience in attendance of over 20, one hour into the demo we experienced extreme performance degradation (latency was well above 250ms). Jim McHugh immediately called the ADS hotline. ADS said the issue was not with the data center and referred him to the Corporate Help Desk. Upon calling the Corporate Help Desk Jim was immediately placed on hold for several minutes before the call was handled. Both ADS and the Corporate Help Desk said there was nothing they could do. Meanwhile, the prospect (J&J) was asking if the demo performance was illustrative of expected post implementation performance. After several additional minutes, the Corporate Help Desk issued a P1. Issues were resolved after one hour of SC dancing/powerpoints waiting for the situation to improve.

Schreiber Foods
The Schreiber Foods demo was on Sept. 6 and the team lost the connection 5 times. This caused Schreiber Foords to ask about performance with Oracle. The morning seemed to go smoothly, but the afternoon, as is typical with demos in the central time zone, is when the team lost the connections the most. When the system wasn't disconnecting them, the performance was extremely slow.

ORACLE
CONFIDENTIAL          CA-ORCL 010110

NDCA-ORCL 013719

[Fwd: Re: Majors Applications Demo Issues]

General comments on performance:
Dial up issues - the problem there is that with dial up you are at the mercy of your connection speed. Some have been averaging 33k hook up even though they have a 56k modem. This, though, has nothing to do with the demo environment and more to do with the phone lines and system being used to dial out.

Marina Zago, John Asheim and Mary Delaney brainstormed on ways to make large, "Majors" style, 3-5 day remote demos successful using the services ADS can provide today. The current solution is to install a dedicated 128 kb ISDN line at the demo site that will connect directly into the ADS server. We then need to borrow an ISDN router (the actual physical device) pre-configured from ADS, have it shipped to the demo site and work with ADS and one of our "networking guru" type SCs to get the device installed. It maybe a single point of failure being that ADS owns only one of these devices. This will give us a fast digital phone connection(128kb) from the demo site to the ADS server bypassing firewalls, bypassing the WWW, etc. Cost to setup will be approx. $1000 plus long distance phone charges for as long the actual demo to the customer. If this is what we have to do to guarantee system performance, we need to reevaluate how we are delivering demos to our customer.

Summary
Our demo deployment/methodology strategy is the right one. However, the lead time between the release of our products to the market, and our ability to show these to our customers is hurting the business. The uncontrollable elements between the data center and demo site need to be addressed. These elements; equipment (demo laptops), connection method, port restrictions, poor modem speeds and Oracle's own internal network and office performance need to be performing, controllable and quantifiable elements to ensure a favorable customer perception of our architecture and applications performance. The need for an integrated demo is high. I know that it is coming soon, but we have had to stall on scheduling demos to customers so that we can show them their business requirements in the demo. Our competitors know that we are struggling with this, and do an outstanding job of setting up our customers to see a "live integrated demo" from Oracle. Once the integrated demo environment is available we have to be able to customize the demos to meet our customers requirements. This is key to our success in Majors.

We can't keep going back to the customer to ask for a "do-over" when it comes to demos. This has been the norm rather than the exception of late.

Thanks,

/Gayle

ORACLE
CONFIDENTIAL

CA-ORCL 010111

4

NDCA-ORCL 013720