> volume of defects in ERP packages is somewhat
> lower than the numbers of defects in custom-
> built applications that provide the same
> features.

90.        The evidence in this case indicates that 11i may well have been larger than the 250,000 FP benchmark discussed by Capers Jones' study. Suite 11i covers a similar footprint identified by Jones, but in fact may have had substantial additional functionality to the system referenced by Jones.[27] In addition, the record indicates that Suite 11i was the product of 4,200 employees over 6,000,000 person hours of development time.[28] Though productivity rates vary with project size and capabilities of a development team, studies indicate that 6,000,000 person hours of development time equates to 267,237 FPs, over five percent more than Jones' example.[29]

91.        The evidence I have reviewed in this case indicates that Suite 11i was unquestionably large and complex.[30] Indeed, code required to install the database and technology underlying the applications included approximately 200,000 files. The programming code necessary to run the applications was stored in approximately 400,000 files and involved approximately 600,000 SQL statements specifically addressed at inputting and extracting data to and from the database.[31]

---

[27] *See* May 23, 2000 Email from Peter Heller to Carol Sato Re: "11i - What Shipped on May 19 - the answers!" (NDCA-ORCL 307974-78) (listing more than twice as many modules as Jones' hypothetical ERP package).

[28] Declaration of Alan Fletcher (February 28, 2005) at paragraph 6.

[29] This is based on an average productivity of 6.67 function points (FPs) per person-month, as documented by Capers Jones, in *Applied Software Measurement* (McGraw-Hill 1996) at Table 15-3: Example of Activity-Based Costs for Software Development. Standard software-industry productivity studies assume an average of 152 work-hours per person-month, based on 19 working days per month (including vacations, holidays, sick days, *etc.*), and 8 working hours per day (*see,* for example, Barry Boehm, *Software Engineering Economics*, Prentice Hall, 1981). This means that 6,000,000 person-hours is equivalent to 39,473.68 person-months; multiplying that by 6.77 yields 267,237 function points.

[30] Deposition of Alan Fletcher (April 6, 2005), at 121:8-18; *see also* Deposition of Ron Wohl (March 23, 2006), at 105:4-106:3. One analyst described Suite 11i as "one of the largest single application release[s] ever."; Erin Kinikin, *Oracle Delays (Pieces of) CRM Release – Early Buyers Beware*, GIGA Information Group Analyst Report, March 27, 2000 (NDCA-ORCL 019758-59) at 019758 ("Oracle 11i is one of the largest single application releases ever (2.5 years, four product acquisitions, close to 1,000 developers on two continents), exacerbating the usual major release glitches.") Another analyst noted that "Oracle basically introduced an application that covers the functionality of at least five (ERP, CRM, SCM, HRMS, Service) enterprise class applications." *See* Sharon Ward, *Oracle's E-Business Suite 11i*, Hurwitz Group Analyst Report, April 11, 2001 (NDCA-ORCL 110505-11) at 110506; *see also* Sharon Ward, *Oracle's E-Business Suite 11i*, Hurwitz Group Analyst Report, April 11, 2001 ((NDCA-ORCL 110505-11) at 110506 (describing the size of the software as "staggering").

[31] Declaration of Alan Fletcher (February 28, 2006) at paragraph 7.

**Confidential**

The data in the database was organized into approximately 20,000 different tables.[32]

92.         Because of the size and complexity of the software, however, a typical ERP customer would be "exposed" to only a subset of the bugs actually contained in the system, depending on which subset of modules (or components) have been licensed from the vendor, and depending on the manner in which the customer uses the software (*i.e.*, the nature of transactions it carried out in its day-to-day business activities). In addition, whether a particular bug is problematic for a particular customer depends on that customer's hardware, software, database engine, and middleware configurations. This is not an abstract, academic point; indeed, it is particularly relevant with regard to Oracle's ERP products in general, and Suite 11i in particular.

93.         Thus, a single customer's problems with a particular component or module of a large software system don't necessarily mean that *all* customers will experience the same problems. As discussed above, a detailed analysis often determines that the customer's problems were the results of decisions made during implementation, often by a third party consultant or even the customer (*e.g.*, configuration problems, corrupted legacy data), rather than bugs in the vendor's software. Even if the problems *are* caused by a vendor software bug, the circumstances that "exposed" that bug – *i.e.,* the unique combination of hardware, third-party software, and operational data – may not occur in any other customer environment.[33]

94.         Because ERP vendors and commercial customers are well aware of the existence of bugs in large, complex systems – especially if that software has been modified to meet the idiosyncratic needs of the customer – they normally establish a process for the *reporting* of potential bugs (by the customer), the *acknowledgment* of those bugs (by the vendor), the *correction* of the bugs (by the vendor), the *testing* of the correction (by both the vendor and the customer), and the *installation* of the correction in the customer's system (by either the vendor or the customer).[34]

---

[32] *Ibid.*

[33] This also explains why the vendors of large, sophisticated software products – whether IBM, Microsoft, Oracle, or any other vendor – are unable to identify and eliminate all software bugs before they release a product. The nearly infinite number of combinations and permutations of hardware (CPUs, memory, disks, printers, telecommunication networks, *etc.*), third-party software, and customer data, make it impossible to conduct "exhaustive" testing. Indeed, even if such products all operated within a single, uniform hardware/software environment, the number of unique combinations of configuration settings (*see* paragraph 82 for more detail) is so enormous that exhaustive testing is effectively impossible.

[34] Even consumer software companies attempt to gather this information with respect to far less complex software. For instance, modern Macintosh computers have a function that allows the user to "Report Bugs to Apple."

**Confidential**

95.        To further complicate the situation, vendors and customers sometimes become embroiled in debates and disputes about the problems that surface *during* the implementation of an ERP system, a process that may go on for many months, and which may involve a combination of "real" bugs in the vendor's software, and various other problems masquerading as bugs.

96.        Even though a large percentage of the alleged "bugs" often turn out not to be the result of the vendor's software (*e.g.*, configuration errors, faulty third-party software packages, corrupted legacy data), the customer's initial reaction is often that *all* problems are software bugs in the vendor's product. Large, sophisticated customers are particularly adept at using situations like this to their advantage; as such, they are similar to demanding gourmands who know that if they complain about their meal in a restaurant, they may receive a free dessert, or a free meal, or at least a conciliatory gesture from the maitre d' or the chef.

97.        Similarly, large, sophisticated vendors are aware of the situation; and during the rancorous debates and disputes that sometimes occur with the customer about the "real" bugs and customer-related problems that occur during the implementation process, the vendor sometimes decides that a politically expedient solution – for the sake of maintaining good customer relations, and minimizing competitive inroads from other vendors – is to grant the customer a concession of some kind. This might take the form of a reduction in licensing fees, or a certain amount of free consulting time (*e.g.*, sending a SWAT team,[35] at no cost, to the customer location to fix the problems), or a reduced-cost extension of the vendor's annual maintenance fees.

98.        A small percentage of ERP implementations experience such severe and ongoing problems that they are eventually abandoned by the customer; on rare occasions, systems integrators and/or ERP vendors withdraw support because of irresolvable disagreements over continued funding and commitment of resources to ERP implementations that have gone substantially beyond their original budgets and schedules. As a result, ERP implementations have led to several high-profile "failed implementations." There is considerable anecdotal evidence – primarily in the form of articles in the mainstream computer journals and magazines – indicating that large SAP projects, in particular, have often had a troubled history.[36]

---

[35] *See* Section V.4, above, for a discussion of SWAT teams.

[36] *See, e.g.,* C. Stedman, *Big Retail SAP Project Put On Ice*, Computerworld, November 2, 1998 ("Nash Finch Co., one of the first users to buy a version of SAP R/3 for retailers, last month shelved most of its $76 million project after development delays made it impossible to install the software in time for the year 2000."); P. Key, *SAP America Hit with a $500M Suit*, Philadelphia Business Journal, October 30, 1998 ("SAP America Inc. is being sued for $500 million by the bankruptcy trustee for a liquidated drug distributor that once ranked among the biggest in the business. Bart A. Brown Jr., the Chapter 7 trustee for FoxMeyer Corp., alleges in the suit that the inability of SAP's enterprise resource planning software to cope with the volume of transactions handled by FoxMeyer led to the company's demise."); J. Bailey,

## VI.6  The Concept Of Integration

99.        As noted above, a key benefit of ERP systems[37] is the *integration* they
provide between different components of the overall system. Because it is
intrinsically important in understanding ERP systems, and also relevant to the

---

*Trash Haulers Are Taking Fancy Software to the Dump – Allied Waste, Following Waste Management, to
Shed SAP's Costly R/3*, The Wall Street Journal, June 9, 1999 ("Allied Waste Industries Inc., as soon as it
completes its proposed $7.3 billion acquisition of Browning-Ferris Industries Inc., plans to pull the plug on
a brand-new $130 million computer system that uses the complex software known as SAP R/3. The
planned move, previously undisclosed, follows a similar cancellation of a major SAP R/3 installation, one
that would have cost about $250 million, at Waste Management Inc."); E. MacDonald, *Maker of Gore-Tex
Sues PeopleSoft and Deloitte*, The Wall Street Journal, November 2, 1999 ("[W.L. Gore & Associates] has
sued PeopleSoft Inc., Deloitte & Touche LLP and Deloitte Consulting, alleging the software manufacturer
and the consultants botched a costly software installation … The suit is the latest in a string of
technological blowups experienced by companies such as UOP, a partnership between AlliedSignal Inc.
and Union Carbide Corp., and FoxMeyer Corp. These companies had paid millions of dollars for computer
consultants to install complex software sold by companies such as PeopleSoft and SAP AG that is
supposed to knit together a company's back-office operations. But the projects have become the equivalent
of an expensive corporate root canal, as costly snags have erupted. Hershey Foods Corp., too, is now
reeling from a similar computer-upgrade disaster, which left many stores shy of Hershey candies such as
Kisses, Kit Kat bars and Twizzlers for Halloween."); J. Cahill, *Whirlpool Experiences Shipping Delays
Over Computer Glitches in SAP Software*, The Wall Street Journal, November 3, 1999 ("Whirlpool Corp.
said it has faced delays in shipping its appliances since switching on SAP AG software two months ago. ...
Whirlpool is experiencing some of the difficulties that have plagued large-scale software projects at many
big companies lately. At a cost of millions of dollars, SAP, PeopleSoft Inc. and others design complex
software to tie together a company's operations, from order entry through production scheduling and
billing. But installing such broad systems is so tricky that snags inevitably develop."); C. Phillips, *Oracle:
Let the Good Times Roll P2*, Morgan Stanley Analyst Report, November 18, 1999 (NDCA-ORCL 140434-
36) at 140435-6 ("Oracle is also benefiting from SAP's ($37, Neutral) PR problems with failed
implementations hitting the Wall Street Journal. We actually think the customers and inexperienced
consultants drove the bulk of the SAP failures through poor project management, improper technology
infrastructure, and in some cases, simple disregard of good advice."); L. Mearian, *Supermarket Dumps
$89M SAP Project*, Computerworld, February 5, 2001 ("Canada's second-largest supermarket chain has
abandoned an $89 million implementation of SAP AG's business applications for retailers after a five-day
database and systems shutdown affected the company's business operations for nearly a month."); L.
Mearian, *Retailers Hit Installation Bumps With SAP Software*, Computerworld, February 19, 2001 ("SAP
AG's applications for retailers continue to be stung by a series of high-profile installation problems that
many say illustrate the complexity of trying to fit an integrated suite of enterprise resource planning
software into a retail operation … 'I can't point to a single happy SAP Retail account in North America,'
said [Greg Girard, an analyst at AMR Research Inc.]."); T. Wilson, *Nike: i2 Software Just Didn't Do It*,
TechWeb, March 01, 2001 ("Nike Inc. and supply-chain-software supplier i2 Technologies are pointing
fingers at each other for a flawed i2 implementation that upset Nike's inventory and ultimately forced the
footwear maker to slash earnings estimates."); May 24, 2001 email From HQAPP to GRAPPS, *et al.*, Re:
"PETsMART  Approval" (NDCA-ORCL 239311-26) at 239313 (noting that PETsMART was "[i]n
litigation with SAP over failed implementation"); Koch, *Supply Chain: Hershey's Bittersweet Lesson*, CIO
Magazine, November 15, 2002 (discussing failed SAP and Seibel implementation at Hershey's; stating,
"Studies have shown that most companies that install enterprise software are late, their business processes
suffer temporarily, and their revenue can take a hit for as long as six months").

[37] Integration is also a benefit in many other categories of computer systems – *e.g.*, the integration of word-
processing, spreadsheet, calendar, and presentation components in office-productivity suites, such as
Microsoft Office.

Confidential

evaluation of Plaintiffs' claims, the concept of integration is discussed in greater detail in this Section of the Report.

### VI.6.1 Definitions of integration

100.       For the end-user of a software system, as well as for IT professionals "integration" simply means that the pieces (or components or modules) of the system "work together." Thus, when business professionals use an "office" software suite, they expect the word-processing program, the spreadsheet program, and the presentation program to "work together" – *e.g.*, so that spreadsheet tables can be incorporated into a word processing document, and so that formatted word-processing text can be incorporated into a presentation slide. The same is true for ERP products: the marketplace expects that an "integrated" ERP product will have financial modules, human-resource modules, manufacturing modules, and other modules that "work together," so that the day-to-day business activities can flow back and forth, as needed, between the different software components. How well components "work together" is often in the eye of the beholder.  Having said that, there are many products, including unrelated ERP components designed, engineered and sold by different vendors that are clearly not integrated, in that they cannot share data or "work together" in any sense.

101.       The major question, as discussed in paragraph 83, above, is whether this "integration" behavior is achieved by the *vendor*, before the ERP product is purchased, or by the *customer* (typically with the assistance of consultants), after a collection of separate products have been purchased from different vendors. If a software vendor had the opportunity to build an entire ERP system as part of a single development project, then it would be reasonable to expect that the resulting system would be fully *pre*-integrated – though (as discussed below), if the software involved was substantial, it would still necessarily suffer from the same errors and bugs as any other large piece of software.

102.       But as a practical matter, *non*-integrated ERP systems are usually a consequence of separate components, built by different vendors at different points in time, with no *a priori* reason or plan to cooperate or interoperate with one another. Efforts by vendors to create a comprehensive, pre-integrated ERP system by combining several such separately-built components has sometimes resulted in problems of inconsistent, redundant, and even contradictory data elements, business functions, and user-interface details.

103.       Problems most often occur when customer organizations try to create a comprehensive ERP system by acquiring several separate software products from different vendors, and attempt to achieve the integration *after* the purchase. Indeed, this scenario has often been so problematic and risky that the marketplace has typically used the term "integrated" *only* to describe the ERP products in which the vendor has taken responsibility for the "gluing-together" task of making the components work together *before* offering it to customers.

### VI.6.2  Forms of integration

104.        As suggested in the discussion above, there are different aspects of integration, including *data* integration and *workflow* integration:[38]

- *Data* integration conveys three important elements: consistency, integrity, and non-redundancy. Regarding *consistency*, end-users expect that significant business terms will retain their meaning, and behave the same way throughout a system. If, in one part of the system, the word "customer" means an individual human being with a required first-name and a required surname, then it should not mean, in some other part of the system, an arbitrary collection of dogs and cats, identified only by their first name.

- *Workflow* integration is concerned with the ability one part of the system to "talk" to other related parts of the system, in order to carry out the "workflows" – *e.g.*, the flow from a customer order, to the shipping of that order and associated inventory updates, to the generation of a customer invoice for the order, to the collection of cash for the order – that represent the key business activities in the day-to-day operation of most organizations.

105.        In general, workflow integration – the ability to "navigate" from one part of the ERP system to another, in order to carry out a business transaction – rests on top of an architecture of data integration: if the underlying data is not integrated in a common data model, it may be difficult (if not impossible) to avoid problems of data synchronization and redundancy when navigating from one part of the system to another. Hence, the real foundation of an integrated ERP system *is* the data integration, and it is my understanding that Oracle emphasized that aspect heavily in its presentations and descriptions of Suite 11i.

106.        Thus, data integration usually represents the lion's share of systems integration work for ERP vendors. Consequently, the details of data integration are discussed in greater detail in the paragraphs immediately below.

---

[38] There are other aspects of software that are sometimes described as "integration," such as functional integration and user interface integration.  Functional integration is concerned with the behavior of a system (*e.g.*, if a system requires some program logic to calculate, for example, the sales tax on a purchased item, there should be only one instance of that program logic stored somewhere in the system – so that every time it is invoked, it will produce the same results under the same circumstances), while user interface integration focuses on the "look and feel of the system" (*e.g.*, screens and menus should have a similar look throughout the system, and abbreviations and short-cuts should be consistent). These aspects have very limited relevance to systems integration or the market's understanding of whether an ERP system was properly described as "integrated" or "interoperable", and Plaintiffs have not raised issues with them in this case. As a result, I do not include an extended discussion of functional or user interface integration here.

### VI.6.3 Data integration

107.    Large, sophisticated systems can achieve data integration by means of several different strategies. One common form is known as an "interfacing" approach, as illustrated in Figure 3, below. This is a common, accepted, and reasonable means of achieving integration. Indeed, this is a conscious, deliberate strategy on the part of many software product vendors, particularly ERP vendors – especially those planning to evolve their initial product through many generations by acquiring new "best of breed" products and incorporate them into the existing suite, without recoding those acquired products to access a common, unified database.



Figure 3: An illustration of "interfaced" integration of data

108.    Figure 3 supports a more sophisticated approach to editing and validation of data entered by the external user – *i.e.,* data that will, if correctly entered, be used to update the database. Simple field-level editing rules (*e.g.*, the requirement that a field consist of numeric characters, or that it have a non-negative numeric value) can be specified and implemented directly in most modern database systems; but complex application-oriented editing rules (*e.g.*, "Don't allow a sales order to be accepted if the dollar amount is over $1,000 and the customer has a

low credit rating, and the customer is located in a different country") are normally performed by the application itself – and, for obvious reasons, software developers prefer to have such sophisticated editing/validation rules implemented once, and only once, within the overall system. Thus, with the architecture shown in Figure 3, any component that wishes to access and/or update a data element must send an interface message to the program component that "controls" it – and that program component is the *only* one that can invoke the appropriate editing/validation logic.

109.    Some ERP systems achieve integration through a more modern version of Figure 3, known as an *object-oriented* architecture. As Figure 4 illustrates, data elements known as "objects" (*e.g.*, a "customer," or an "invoice," or a "product" or an "employee") are grouped together with the functions (sometimes known as "methods" or "services") that are allowed to operate on that data (*e.g.,* "create a new customer," "modify a customer," or "delete a customer") into a cohesive unit. Any other part of the system that wants to access and/or update that data does so by sending a "message" to the appropriate "method" that knows how to perform that functionality.



**Figure 4: An illustration of an object-oriented architecture**

110.        Finally, data integration can be achieved by gathering all of the data
elements for the system into a single, unified data model – as shown in Figure 5,
below. In this scenario, an element of data may have been initially conceived,
designed, and implemented for the benefit of one program component (*e.g.,*
application A), but is also available to other program components in the system
(*e.g.,* applications B and F). From my review of the available evidence and
documentation, it is this third form of data integration that Oracle used for its
Suite 11i system. One of the advantages of a system of the type described in
Figure 5 is that the vendor has the option of relying solely on the "integrated"
access to data approach shown or using APIs as well to allow various components
to communicate with one another to ensure a more orderly and consistent access
to the common data.



**Figure 5: An illustration of "integrated" access to data**

111.        Note that the degree of data integration in a large, complex system is not
static, remaining untouched over a long period of time. As hardware technology
and computer networks improve, the need to make redundant copies of data
decreases; more importantly, as isolated errors and communication problems are

**Confidential**

discovered during the operational use of a large integrated system, those errors are corrected in order to achieve a more complete form of data integration.

112.        Integration based on a single data model has one primary benefit over the other two forms of integration summarized above: it significantly reduces the likelihood that multiple, inconsistent (or obsolete, or incorrect) copies of the same data will exist within the system. In most cases, it also leads to greater efficiency and better performance – because the system keeps only one copy of the data, and eliminates the need for various modules to send data back and forth between one another.

113.        While data integration is often an important aspect of integration within a system, it is rarely possible to achieve completely – *i.e.,* in a large system with thousands of data elements, and millions of lines of code, it is almost certain that there will be some aspects of inconsistent and/or redundant data; and there may be occasional instances of data integrity problems. In some cases, this is simply a matter of human error on the part of an individual software developer; and in some cases, it reflects miscommunication between the developers of the software, and/or incomplete or incorrect documentation of the database design.  Simply put, there is no reason why software efforts that integrate functions are not subject to the same baseline error rate as any other type of software.  If the software is big enough, it is likely to have its fair share of integration bugs.

114.        Similarly, if the system's data is organized and stored with a relational database,[39] there is a formal, rigorous means of organizing that data – known as "third normal form" – to ensure that all the non-key attributes of a data entity (*i.e.,* a relational table) depend only on the candidate keys of the entity.[40] But this can lead to performance problems if the system has to perform complex queries to retrieve large sets of related data (*e.g.,* all purchases of a set of products, by multiple individuals, in multiple locations, over a range of multiple days). Based on actual usage patterns of the system, the developers may make a conscious choice to partially "denormalize" the organization and storage of data, so that certain data elements, and/or certain indexes, are duplicated.

115.        As noted, these decisions to replicate certain data elements for efficiency purposes are conscious and deliberate; and because the software developers are typically cognizant of the risks of data integrity and consistency problems, they take additional steps to ensure that redundant data will be synchronized and cross-checked for consistency. Although in general tighter integration is preferable,

---

[39] Oracle's database product is relational in nature, and its Suite 11i ERP system is based on a relational database model.

[40] A popular, pithy way of describing this is "the data entity (*i.e.,* relational table) is based on the key, the whole key, and nothing but the key."

there are trade-offs involved that might result in different optimal levels of integration in different circumstances.

## VI.7   Summary Of Oracle's Development Of ERP, Leading To Suite 11i

### VI.7.1   Versions prior to Suite 11i

116.         Oracle's history in the application software business began in the 1980s, when it began to expand its product line from relational databases to enterprise applications. In 1987, Oracle created a seven-employee internal division to focus on applications software development for businesses, beginning with enterprise financial tools.[41] Oracle expanded its offerings to include additional Enterprise Resource Planning ("ERP") capabilities, such as tools for procurement, supply chain management, order management, manufacturing, distribution, and human resource management. As noted in paragraph 58, above, traditional ERP applications are known as "back-office" applications because they automate processes that are not directly visible to the enterprise's customers; rather, as the name implies, their focus is facilitating the company's internal resource management.

117.         In 1996, Oracle branched out to begin developing applications for Customer Relationship Management ("CRM") as well.[42] These applications include tools for marketing, sales, service, customer call centers, online stores, contract management, and self-service customer care. Since CRM applications were designed to help the enterprise manage its relationships with customers, they were – not surprisingly – more visible to customers, and, as noted in paragraph 58, above, were often referred to as "front-office" applications.

118.         By 1997, when Oracle produced Oracle Applications Release 10.7, it was offering several ERP applications; Oracle's 1998 Applications Release 11.0 included some CRM offerings as well. Although Oracle Applications Release 11.0 had both ERP and CRM functionality to some degree, it still did not offer the comprehensive collection of features and functions requested by large commercial customers.  No other vendor at the time offered comprehensive ERP and CRM functionality in a single suite.

119.         Consequently, as noted in Section VI.3, above, customers seeking applications software still found that it was usually necessary to follow a "best-of-breed" approach, which meant they would pick and choose among the various software vendors to assemble a complete package of applications for their needs. Of course, since these applications were designed by entirely unrelated (and often

---

[41] Oracle Corporation AppsWorld New Orleans Welcome Kit, February 19-23, 2001 (NDCA-ORCL 102044-84) at NDCA-ORCL 102075.

[42] *Ibid.*

**Confidential**

competitive) software vendors, they were not engineered to work together, and sometimes were based on incompatible data structures. Further complications sometimes arose from incompatible interfaces for importing and exporting data, and instructions between applications (applications programming interfaces, or "APIs"). To make these applications work together, each program had to be stitched together in a process called "systems integration" – an expensive and time-consuming process generally involving outside consultants who would write pieces of code to bridge the gaps and incompatibilities between programs.

### VI.7.2   Summary of key components added to Suite 11i

120.       The basic goal of Oracle's Suite 11i was to eliminate the need for companies to purchase various applications from multiple vendors, and then endure expensive systems integration work. Rather, almost everything a customer required would be available in one "box." The May 2000 release of Suite 11i spanned 14 major categories of functions, and roughly 70-80 applications:

- Financial Applications (*e.g.*, financials, self-service expenses, treasury);
- Service Applications (*e.g.*, mobile field service, scheduler);
- Communications/Utilities Applications (*e.g.*, number portability, network logistics);
- Projects Applications (*e.g.*, project billing, project analysis collection pack);
- Human Resources Applications (*e.g.*, payroll, time management);
- eCommerce Applications (*e.g.*, iStore, iMarketing, iSupport);
- Purchasing Applications (*e.g.*, supplier scheduling, purchasing intelligence);
- Call Center Applications (*e.g.*, email center, advanced outbound);
- Order Management Applications (*e.g.*, product configurator, selling point);
- Manufacturing Applications (*e.g.*, process manufacturing, discrete manufacturing);
- Market Applications (*e.g.*, marketing online);
- Sales Applications (*e.g.*, sales compensation);
- Other Applications (*e.g.*, report manager, public sector financials) ; and
- Architecture and Tools (CRM Foundation).

### VI.7.3   Approximate starting time of Suite 11i development effort

121.       Oracle began developing Suite 11i in 1998 on the base of its existing applications software, which itself had taken a decade to develop. On top of this enormous base, Oracle assigned literally thousands of software developers – roughly 3,000 developers for ERP applications and approximately 1,200 developers for CRM applications for a total of 6,000,000 person hours of

development time[43] – to the project for a period of more than two years. This group of more than 4,000 developers restructured the underlying data model, added significant new areas of functionality, and integrated the key business flows throughout the software package.[44] As discussed in Paragraphs 90-91, this resulted in an incredibly complex product, on the order of 267,000 FPs, at the time one of the most complex pieces of software ever written, comparable to the software that guides sophisticated defense systems such as WWMCS ("World Wide Military Communication System").

### VI.7.4  Release dates of Suite 11i versions

122.          In September 1999, Oracle announced that it would release Suite 11i the next year.

123.          The initial commercial release of Suite 11i,  version 11i.1, was on May 24, 2000. As with other commercial software, relatively frequent interim releases followed, including updates, bug fixes and other modifications:

- 11i.2 – October 12, 2000
- 11i.3 – January 26, 2001
- 11i.4 – June 13, 2001[45]

124.          Suite 11i is currently in release Suite 11i.10.[46]

## VII     CAPABILITIES OF ORACLE'S SUITE 11i

125.          In the period leading up to and following Suite 11i's release, Oracle repeatedly emphasized two key features of Suite 11i. The first feature was that the Suite was "pre-integrated" as to both front- and back-office applications (that is, both traditional "ERP" applications and CRM applications).[47] Unlike alternative,

---

[43] Declaration of Alan Fletcher (February 28, 2005) at paragraph 6.

[44] *See* Deposition of Ron Wohl (March 23, 2006) at 85:5-21 and 105:11-12; Deposition of Alan Fletcher (April 6, 2005) at 121:8-18 ("[The functionality difference between 10.7 and 11i was] massive. Many new products. Much of CRM was new in 11i compared to 10.7. Every module had significant new functionality.").

[45] Presentation by Mark Barrenechea re: Oracle e-Business Suite (NDCA-ORCL 071305-32) at 071308; *see also* Presentation by Jeff Henley re:  Oracle:  Software Powers the Internet (NDCA-ORCL 071260-82) at 071276.

[46] Oracle Applications Resource Library, <www.oracle.com/applications/product_information.html>, visited May 21, 2007 at 11:29 a.m.

[47] *See* NDCA-ORCL 306830-32 (but the term "pre-integrated," not used in this press release, can be found in Oracle Press Release: *Oracle Ships 11i, Industry's First Integrated E-Business Suite,* May 24, 2000 (NDCA-ORCL 035470-3) at 305470).

"best-of-breed" systems discussed in Section VI.3, above, it did not require extensive computer programming after purchase to make the various pieces of software work together. The components were designed to share data and make major "business flows" interoperable at the time of purchase, rather than after extensive programming to tie them together.[48]

126.     The second feature, which was functionally related to the first, was the existence of data integration among the various components of Suite 11i. As discussed above, data integration means that elements of data (such as a customer's name) are all defined the same way and are found in only one place in the system. With limited exceptions sometimes imposed for performance purposes, these data elements are not stored in separate locations in separate schemas, but are stored only once in a single "instance."[49] Under a best-of-breed approach, in contrast, each separate product would store data in a separate database, and different products would often define the same data element (such as a customer's name) differently.[50]

127.     These features presented a number of advantages, including:

- *Faster implementation* – instead of requiring 1-3 years to integrate a disparate collection of best-of-breed components, companies could expect to implement an integrated ERP system like Suite 11i within a few months. The investment in an ERP product is usually justified with some kind of return-on-investment (ROI) calculation, and a faster implementation means that a customer could begin

---

[48] *See* Oracle Press Release: *Oracle Ships 11i, Industry's First Integrated E-Business Suite*, May 24, 2001 (NDCA-ORCL 306830-32). Unlike alternative "best-of-breed" systems, Suite 11i did not require extensive *computer programming* after purchase to make the various pieces of software work together. *See* Deposition of Greg Seiden (May 16, 2006) at 69:16-70:4 ("[I]t means that we're sharing the same schema or the same definition of a customer, the same definition of an order, the same data as opposed to something that's not integrated where there needs to be – either there is no communication between the programs or you have to do custom integration and create programs to move data back and forth and keep them synchronized … It's integrated by design. It was – it's never not integrated.").

[49] Jean Orr, *Oracle Corporation: Initiating Coverage With a 2-1*, Bluestone Capital Analyst Report, Aug. 10, 2000, (NDCA-ORCL 308761-2) at 308762; Bob Ferrari, *Oracle Users Meet and Consider Release 11i*, AMR Research Alert on Supply Chain Management, May 1, 2000 (NDCA-ORCL 009518-22) at 009519 ("The Oracle mantra is one architecture, everything on the Web, and one common data model"); Gretchen Teagarten, *Oracle EVP Visit to SSB*, Jan. 10, 2001, (NDCA-ORCL 035470-3) at 035470 ("Oracle reiterates two key value propositions for its suite approach over "best-of-breed": (1) The suite provides a single view of the customer across the enterprise and (2) The suite is pre-integrated and interoperable.").

[50] *See, e.g.*, Oracle Presentation by Mark Barrenechea Re: Q2 2001 Recap (NDCA-ORCL 399590-637) at 399598-604 (explaining fragmented and inconsistent data about customers inherent when a company uses, *e.g.*, E.piphany for Marketing, Siebel for Sales and Clarify for Service, because each set of modules uses its own database to store different information about each customer separately).

**Confidential**

generating cost-savings, and/or generating additional revenues, that much faster.

- *Decreased implementation cost* – as discussed in paragraph 72, above, many companies found that the fees paid to consultants and system integrators equalled or exceeded the cost of the ERP software itself – sometimes by as great as a factor of ten. A pre-integrated product like Suite 11i offered the assurance that such fees could be substantially reduced, though not completely eliminated.

- *Decreased maintenance costs* – instead of having to coordinate the ongoing upgrades, patches, and revisions of several products from different vendors,[51] customers could look forward to dealing with only one vendor, which would provide its own internal coordination of upgrades and patches to modules within the integrate suite of products.

- *Greater accuracy and operational consistency* – as noted earlier, a lack of data integration typically results in redundant, inconsistent, and contradictory elements of business data. This is not an abstract, theoretical concern: it results in higher operational costs, more business errors, and problematic interactions with customers,[52] employees, and trading partners.

## VIII    INTEGRATION IN SUITE 11i

128.         This Section of the Report discusses the following aspects of integration within Oracle's Suite 11i product:

- Technical review of the data integration in Oracle Suite 11i; and

---

[51] Indeed, the problem of upgrades and patches to different best-of-breed products was often more difficult, because of subtle interdependencies and incompatibilities between the products. Thus, if the customer wanted to upgrade to version N+1 of one of its products in order to take advantage of new features, it might find that several *other* products in its best-of-breed amalgam must also be upgraded. Even worse, the customer might discover that upgrading product X within its best-of-breed amalgam rendered it incompatible with products Y and Z.

[52] Consumers often encounter this problem when interacting with their bank, telephone company, or airline via a telephone call center. "Please type your account number before we get started," an automated voice will say; having done so, the consumer will often be asked what he'd like to do – *e.g.*, place an order, or track the status of an existing order. If he indicates that he wants to place an order, the automated voice will say, "Great, I'll be happy to place an order for you. Please type in your account number … " Even the most computer-illiterate consumer will think to himself, "How many places are you storing my account number in your system, and how many times do you have to ask me what it is?" The experience is sufficiently annoying that the consumer may well decide to take his business elsewhere.

Page 46                                                        Confidential

     •    Technical review of the workflow integration in Oracle Suite 11i

### VIII.1    Technical Review Of The Data Integration In Oracle 11i

129.        As discussed above, integration can take several different forms, and can have several different meanings. Oracle used the term in two important ways:

     •    Suite 11i was "stitched together" to a *far greater* extent at the time of purchase than would be achieved through the selection of "best-of-breed" components, even after "systems integration." As discussed in paragraph 127, above, this typically provided the benefits of faster implementation schedules and reduced implementation costs for customers who previously endured the cost and delays of hiring consultants or system integrators to carry out "post-stitching" of their best-of-breed products.

     •    The "stitched together" behavior was accomplished primarily by creating a single data model to be accessed and updated only by those ERP modules that needed to do so.

130.        Though there is various evidence and commentary describing the nature of integration in Suite 11i, in order to draw my own independent conclusions on the matter, it was necessary to review the *actual* technical documentation of Suite 11i. This did not involve reviewing the "User Guides" that would normally be distributed to customers and end-users to explain the operational details of various 11i components, but rather the "Technical Reference Manuals" (TRMs) that describe the architecture, design, and implementation of those components. For version 11i.1 of Oracle's Suite 11i – the first release of the product, and thus the technical foundation for the database and functionality of not only the first release, but the subsequent sequential releases – there are approximately 75 such TRMs, as shown in Table 2, below[53]:

| Release 11i Documentation Titles | Part Number | PDF File |
|---|---|---|
| **Technical Reference Manuals** | | |
| **CRM** | | |
| *Business Intelligence Applications* | | |
| Oracle Call Center Intelligence Technical Reference Manual | A83672-01 | bix1151trm.pdf |
| Oracle Customer Intelligence Technical Reference Manual | A83671-01 | bic1151trm.pdf |
| Oracle Marketing Intelligence Technical Reference Manual | A83670-01 | bim1151trm.pdf |

---

[53] It should be noted that version 11i.2 of Suite 11i added a total of 10 more TRMs to those shown in Table 1, describing application components that had been added to the Internet Business Applications, Sales Application, Call Center Applications, Financial Services Applications, Partner Relationship Management Applications, CRM Tools and Technologies, Public Sector, and Human Resource Management Systems. Version 11i.3 added three more TRMs, describing application components that had been added to the Public Sector Financials (International).

**Internet Business Applications**

| | | |
|---|---|---|
| Oracle eMail Center Technical Reference Manual | A83677-01 | iem1151trm.pdf |
| Oracle iMarketing Technical Reference Manual | A83673-01 | iba1151trm.pdf |
| Oracle iPayment Technical Reference Manual | A83676-01 | iby1151trm.pdf |
| Oracle iStore Technical Reference Manual | A83674-01 | ibe1151trm.pdf |

***Marketing Applications***

| | | |
|---|---|---|
| Oracle Marketing Encyclopedia System Technical Reference Manual | A83693-01 | amv1151trm.pdf |
| Oracle Marketing Technical Reference Manual | A83692-01 | ams1151trm.pdf |

***Sales Applications***

| | | |
|---|---|---|
| Oracle Order Capture Technical Reference Manual | A83694-01 | aso1151trm.pdf |
| Oracle Sales Compensation Technical Reference Manual | A83695-01 | cn1151trm.pdf |

***Service Applications***

| | | |
|---|---|---|
| Oracle Contracts Core Technical Reference Manual | A83696-01 | okc1151trm.pdf |
| Oracle Contracts Integration Technical Reference Manual | A83698-01 | okx1151trm.pdf |
| Oracle Customer Care Technical Reference Manual | A83678-01 | csc1151trm.pdf |
| Oracle Depot Repair Technical Reference Manual | A83686-01 | csd1151trm.pdf |
| Oracle Field Service Technical Reference Manual | A83682-01 | csf1151trm.pdf |
| Oracle Scheduler Technical Reference Manual | A83688-01 | csr1151trm.pdf |
| Oracle Service Contracts Technical Reference Manual | A83697-01 | oks1151trm.pdf |
| Oracle Service Technical Reference Manual | A83679-01 | cs1151trm.pdf |
| Oracle Spares Management Technical Reference Manual | A83687-01 | csp1151trm.pdf |
| Oracle Support Technical Reference Manual | A83680-01 | css1151trm.pdf |

***Call Center Applications***

| | | |
|---|---|---|
| Oracle Call Center Technology Technical Reference Manual | A83703_01 | ieo1151trm.pdf |
| Oracle Interaction Blending Technical Reference Manual | A83689-01 | ieb1151trm.pdf |
| Oracle Scripting Technical Reference Manual | A83690-01 | ies1151trm.pdf |
| Oracle Telephony Manager Technical Reference Manual | A83685-01 | cct1151trm.pdf |
| Oracle Universal Work Queue Technical Reference Manual | A83691-01 | ieu1151trm.pdf |

***Communications and Utilities Applications***

| | | |
|---|---|---|
| Oracle Network Logistics Technical Reference Manual | A83681-01 | cun1151trm.pdf |
| Oracle SDP Number Portability Technical Reference Manual | A83702-01 | xnp1151trm.pdf |
| Oracle SDP Provisioning Technical Reference Manual | A83683-01 | xdp1151trm.pdf |
| Oracle Service for Communications Technical Reference Manual | A83684-01 | xns1151trm.pdf |

***CRM Tools and Technology***

| | | |
|---|---|---|
| Oracle CRM Foundation Technical Reference Manual | A83701-01 | jtf1151trm.pdf |
| Oracle CRM Gateway for Mobile Devices Technical Reference Manual | A83699-01 | asg1151trm.pdf |

## ERP

***Financials***

| | | |
|---|---|---|
| Oracle Applications Global Accounting Engine Technical Reference Manual | A81267-01 | axtrm.pdf |
| Oracle Assets Technical Reference Manual | A81200-01 | fatrm.pdf |
| Oracle Cash Management Technical Reference Manual | A80832-01 | cetrm.pdf |
| Oracle General Ledger Applications Technical Reference Manual | A80900-02 | gltrm.pdf |
| Oracle Global Financial Applications Technical Reference Manual | A80916-01 | globtrm.pdf |
| Oracle Payables Applications Technical Reference Manual | A80833-01 | aptrm.pdf |
| Oracle Property Manager Technical Reference Manual | A80836-01 | pntrm.pdf |
| Oracle Receivables Applications Technical Reference Manual | A85268-01 | artrm.pdf |
| Oracle Treasury Technical Reference Manual | A80830-01 | xtrtrm.pdf |

***HRMS***

| | | |
|---|---|---|
| Oracle Time Management Technical Reference Manual | A81194-01 | otmtrm.pdf |
| Oracle Training Administration Technical Reference Manual | A81195-01 | otatrm.pdf |

***Manufacturing***

| | | |
|---|---|---|
| Oracle Automotive Trading Partner Toolkit Technical Reference Manual | A83735_01 | veatrm.pdf |
| Oracle Capacity Technical Reference Manual | A80843-01 | crptrm.pdf |
| Oracle e-Commerce Gateway Technical Reference Manual | A83733_01 | ectrm.pdf |
| Oracle HRMS Technical Reference Manual | A62925-01 | pertrm.pdf |
| Oracle Inventory Technical Reference Manual | A81189-01 | invtrm.pdf |
| Oracle Process Manufacturing Financials Technical Reference Manual | A81214_01 | gmftrm.pdf |
| Oracle Process Manufacturing Intelligence Technical Reference Manual | A80907_01 | pmitrm.pdf |
| Oracle Process Manufacturing Inventory Technical Reference Manual | A81213_01 | gmitrm.pdf |
| Oracle Process Manufacturing Logistics Technical Reference Manual | A81211_01 | gmltrm.pdf |
| Oracle Process Manufacturing Process Execution Technical Reference Manual | A81215_01 | gmetrm.pdf |

**Page 48**                                                          **Confidential**

| | | |
|---|---|---|
| Oracle Process Manufacturing Process Planning Technical Reference Manual | A81212_01 | gmptrm.pdf |
| Oracle Process Manufacturing Product Development Technical Reference Manual | A81216_01 | gmdtrm.pdf |
| Oracle Process Manufacturing Regulatory Management Technical Reference Manual | A81217_01 | grtrm.pdf |
| Oracle Process Manufacturing System Administration Technical Reference Manual | A80885_01 | gmatrm.pdf |
| Oracle Project Manufacturing Technical Reference Manual | A80898-01 | pjmtrm.pdf |
| Oracle Quality Technical Reference Manual | A81186-01 | qatrm.pdf |
| Oracle Release Management Technical Reference Manual | A83736_01 | rlmtrm.pdf |
| Oracle Work in Process Technical Reference Manual | A81185-01 | wiptrm.pdf |
| *Order Management* | | |
| Oracle Pricing Technical Reference Manual | A83740_02 | qptrm.pdf |
| Oracle Configurator Technical Reference Manual | A80817-02 | cztrm.pdf |
| Oracle Order Management Technical Reference Manual | A83739_02 | onttrm.pdf |
| Oracle Shipping Execution Technical Reference Manual | A83738_02 | wshtrm.pdf |
| *Projects* | | |
| Oracle Activity Management Gateway Technical Reference Manual | A83510-01 | amgtrm.pdf |
| Oracle Projects Technical Reference Manual | A81201-01 | patrm.pdf |
| *Internet Procurement* | | |
| Oracle Purchasing Applications Technical Reference Manual | A80842-01 | potrm.pdf |
| Oracle Self-Service Purchasing 5 Technical Reference Manual | A85281-01 | portrm.pdf |
| Oracle Supplier Scheduling Technical Reference Manual | A80899-01 | chvtrm.pdf |
| *Supply Chain* | | |
| Oracle ASCP and Oracle Global ATP Server Technical Reference Manual | A80841-01 | msctrm.pdf |
| Oracle Master Scheduling/MRP and Oracle Supply Chain Planning Technical Reference Manual | A81188-01 | mrptrm.pdf |
| *Technology* | | |
| Oracle Alert Technical Reference Manual | A80845-01 | alrtrm.pdf |
| Oracle Application Object Library/Workflow Technical Reference Manual | A80844-01 | aoltrm.pdf |
| Oracle Applications Business Objects Technical Reference Manual | A80911-02 | bistrm.pdf |
| Oracle Applications Implementation Wizard Technical Reference Manual | A80906-01 | aztrm.pdf |

**Table 2: Technical Reference Manuals for Version 11i.1 of Oracle's Suite 11i**

131.      As explained in the "Oracle General Ledger Applications Technical Reference Manual,"[54] the database design of the various ERP and CRM components of Suite 11i is documented with a standard notational scheme shown in Figure 6, below, typically referred to as a "logical data model," or an "entity relationship diagram" (ERD)[55]:

[54] *See* the Oracle manual entitled "Oracle General Ledger Technical Reference Manual," provided as part of the documentation for Oracle 11i.1, dated January 2000; located in file gltrm.pdf on the CD whose Bates number is NDCA-ORCL-050972.

[55] *Ibid*, at 2-7.

Page 49                                                                 **Confidential**

## Database Diagramming Conventions

We use the following notational conventions in our database diagrams:

Figure 2 – 1
Database Diagram
Conventions



**Figure 6: Data Model Diagramming Notation Used in Oracle's TRMs**

132.       Using this notation, Oracle provided a high-level "summary" data model
for each of the Suite 11i components listed in Table 3, above. For example, the
summary data model for the "General Ledger" component is shown in Figure 7,
below[56]:

---

[56] *Ibid*, at 2-9.

## Oracle General Ledger Summary Database Diagram



**Figure 7: Summary Data Model Diagram for Oracle's General Ledger Component, in Suite 11i.1**

133.        As appropriate, each of these summary diagrams is further decomposed into subordinate diagrams that provide additional information about the detailed entities (implemented as an individual relational table) required to implement that ERP/CRM component. For example, the "General Ledger" component has 10

subordinate diagrams that describe various details of this ERP financial component, one of which is titled "Journals," as shown in Figure 8, below[57]:

## Diagram 2: Journals



**Figure 8: One of Ten Detailed Data Model Diagrams for the General Ledger Component of Oracle's Suite 11i.1**

---

[57] *Ibid.* at 2-14.

134.         It is important to emphasize that Figures 7 and 8 are just two pieces of the overall data model for the General Ledger component, and that there are approximately 75 such components that comprise Suite 11i. And it is equally important to emphasize that the hundreds of such data-model diagrams, and the thousands of individual entities (tables), and relationships between those tables, are all implemented *together*, as part of one *aggregate* database within 11i. There are not 75 databases, one for each of the 75 components; there is *one* database, whose thousands of interrelated entities (tables) are documented in the hundreds of diagrams exemplified by Figures 7 and 8.

## VIII.2     Technical Review Of The Workflow Integration In Suite 11i

135.         As discussed in Section VI.6.2 above, workflow integration is concerned with the ability one part of the system to "talk" to other related parts of the system, in order to carry out the "workflows" – *e.g.*, the flow from a customer order, to the shipping of that order and associated inventory updates, to the generation of a customer invoice for the order, to the collection of cash for the order – that represent the key business activities in the day-to-day operation of organizations.

136.         During the development of Suite 11i, Oracle's developers identified the primary business workflows that would be needed by most businesses. These were documented in "business flow diagrams" for both the ERP and CRM components of Suite 11i, with notations showing when and how the workflow crossed the boundary between the front-office CRM activities, and the back-office ERP activities.

137.         For example, the business flow diagram for the workflow "sales-opportunity-to-closing-the-deal" workflow is shown in Figure 9 below.[58] Note that this workflow begins in the "call center" portion of Suite 11i's CRM component; and then after various activities leading through "order capture," it drops down to a further set of activities (near the bottom left corner of Figure 9) dealing with the compensation of the sales representative associated with the order. Finally, after an activity labeled "Conduct Approval Process," the workflow "crosses the boundary" from CRM to ERP, to an activity labeled "Process Compensation," which is part of Suite 11i's Human Resource (HR) component.

---

[58] *See* Market Requirements Document, Post 11i Release (NDCA-ORCL 280607-22) at NDCA-ORCL 280619.

Page 53                                                    **Confidential**



**Figure 9: CRM Business Flow Diagram for Opportunity-to-Close Workflow in Suite 11i**

### VIII.3      Overall Assessment Of Integration In Suite 11i

138.        To evaluate Oracle's claims that Suite 11i was integrated and interoperable, we must use the Oracle data-model diagrams and business flow diagrams – of which Figures 7-10 are only a few of a large collection – to answer three basic questions: *first*, do all of the 11i components that interact with a common data entity – *e.g.*, a "customer," or an "order," or an "employee" – all refer to the *same* entity, with the same name on the various diagrams? *Second*, do the "navigation paths" represented by the business flow diagrams support all of the key workflows that may be initiated from various parts of the overall Suite 11i system? And *third*, do the indexes and links in the data-model diagrams support the "navigation paths" shown in the business flow diagram – *e.g.*, so that the Suite 11i software can navigate from the details of a customer to the details of an order associated with that customer, in order to carry out an "order to cash" workflow?

139.        Providing a complete answer to these two questions for Oracle's Suite 11i is a complex technical task, and it requires intimate knowledge of the business requirements for the various Suite 11i components. I have examined the data-model diagrams for a representative subset of common data entities (*i.e.*, to address the first question identified immediately above) and associated business

flows diagrams[59] (*i.e.,* to address the second and third question identified immediately above) in both the ERP and CRM components of Suite 11i, and am satisfied that Suite 11i (as implemented in version 11i.1) *is* integrated with respect to that representative subset. Based on that review, I am confident that the entire Suite 11i system *is* integrated with respect to its database and business workflows.

140.          Of course, given the scope and scale of Suite 11i's application components, and the size and complexity of its related database (as represented by the hundreds of diagrams, and thousands of data elements) and business workflows, even an exhaustive review may have overlooked an error in Oracle's design – *e.g.,* a missing business flow, or a redundant entity, such as two different tables describing the same basic information about an "employee." In a similar fashion, it is possible (in fact, almost certain, given the studies showing that software errors increase with the size of the software) that Oracle's developers, when creating Suite 11i, made such an error when implementing the logical data model and creating associated database tables and indexes, or when coding the triggers and navigation paths to support the business flows.

141.          But such errors do not, by themselves, invalidate the legitimate claim that Suite 11i was (and is) "integrated." It does not change the fact that "all the pieces are designed and engineered to fit together, and no systems integration is required" as Oracle and Ellison claimed.[60] It simply means that the software implementing the integration was imperfect, as all complex software is. Indeed, there were such errors, as reported by some of Oracle's Suite 11i customers; but those errors were corrected over a period of a few months.

---

[59] The business flows were documented on Oracle's web site (*see* Baseline Requirements Document, February 4, 2000, (NDCA-ORCL 067168-206) at NDCA-ORCL 067176), and summarized in "baseline requirements documents." For example, Baseline Requirements Document CRM Release 11iR2-11iR3-PostR3 (Bates NDCA-ORCL 067176-206) documents "12 business flows which detail high level processing across multiple products and scenarios:

- Campaign to execution
- Opportunity to Close
- Web Click Through
- Service Request
- Service Request and Registration Process on the Web
- Query of Order / Service Request
- email Center Interaction
- Defect Management
- Field Dispatch
- RMA Processing
- Provision Service/Manage Network
- Billing"

[60] *See* December 14, 2000 Earnings Call Transcript (NDCA-ORCL 003215-47) at 003225.

**Confidential**

## IX   THE ALLEGEDLY FALSE STATEMENTS

142.         The following section of the Report addresses the specific affirmative
statements that Plaintiffs claim were false, as well as Plaintiffs' claims that certain
facts rendered those statements misleading, even if literally true.

### IX.1 Specific Product-Related Statements Identified By Plaintiffs

143.         Plaintiffs specifically claim that the following false statements were made:

      1.   December 14, 2000 – Larry Ellison on conference call to
          investment analysts announcing Q2 2001 results:

```
[Y]ou can buy our complete E-Business
Suite, where all the pieces are
designed and engineered to fit
together, and no systems integration is
required. It's up and running in
months. You get the savings in months.
It costs you less, and it takes less
time to install.
```

      2.   December 15, 2000 – Larry Ellison statement to Dylan
          Ratigan, reporter from Bloomberg:

```
There's no systems integration
required. No software modifications
required to use our E-Business Suite.
```

      3.   January 8, 2001 – Sanderson statement to Solomon Smith
          Barney, published on January 10, 2001:

```
The suite is pre-integrated and fully
interoperable out of the box, helping
to lower consulting costs and time-to-
value.... Oracle sees robust demand for
both its database and applications
business. Specifically, Sanderson noted
demand for ERP is surprisingly robust
while advanced planning and scheduling,
CRM, and SCM products are also
performing well. Oracle says it is also
seeing sustained demand for its
database product, despite industry-wide
concern over contracting IT budgets.
Sanderson noted two trends driving
demand for databases is demand for the
```

---

[61] Plaintiffs' Revised Second Amended Complaint ("RSAC"), paragraph 50; December 14, 2000 Earnings
Call Transcript (NDCA-ORCL 003215-47) at 003225.

[62] RSAC, paragraph 51; Oracle's Larry Ellison Second Quarter Results: December 15, 2000 Interview
(NDCA-ORCL 141654-57) at 141655.

> 11i applications that are typically
> bundled with the database as well as
> applications of other vendors that rely
> on the functionality of the Oracle
> database. [63]

4.    February 6, 2001 – Barrenechea statement in Oracle
      Technical White Paper:

> Oracle's CRM suite is both complete and
> integrated. . . .    [N]o systems
> integration is required to install the
> Oracle CRM suite.   In fact, systems
> integration labor usually runs many
> times the cost of the software or the
> hardware needed to run the system - and
> the customer gets to pay for it.    To
> install the Oracle CRM suite, no
> systems integration is required.   And
> because the CRM suite consists of true
> Internet applications,        every
> application works in every country,
> every major language and every major
> currency. [64]

5.    February 13, 2001 – Sanderson statement at Goldman
      Sachs conference:

> So not only do we have, you know, for
> example, an E-business Suite, which
> I'll tell you more about.   But its
> basically ERP and SCM integrated
> together.    But its written in 23
> different languages, including Spanish
> and Latin American Spanish, Portugal,
> Portuguese and Brazilian Portuguese as
> being four different languages. But we
> have also taken care of the
> localization requirements around the
> world as well. [65]

6.    February 13, 2001 – Ellison keynote address at Oracle's
      AppsWorld Conference in New Orleans:

> In fact, we recommend that you start
> with, you try a component of the suite
> and then you add it in. Now the nice

[63] RSAC, paragraph 58; ORCL: Oracle EVP Visit to SSB (NDCA-ORCL 035470-472) at 035471-72.

[64] RSAC, paragraph 63; Oracle Corporation Technical White Paper: Customer Relationship Management, Print Date February 6, 2001 (NDCA-ORCL 106680-728) at 106690-91.

[65] See 1199 SEIU Greater New York Pension Fund's Third Supplemental Responses to Defendants' Second Set of Interrogatories to Plaintiffs, January 31, 2007 (Plaintiffs' "Contention Interrogatory Responses"), at 14; see also February 13, 2001 Presentation to Goldman Sachs Investor Conference, NDCA-ORCL 003281-3311.

Confidential

```
thing is it's like Lego blocks. Once
you have one piece in, the other pieces
just snap together. There's no systems
integration required.   The key thing
is, you can install just one piece and
then again install another piece.   No
systems    integration.       You    just
basically  turn  it  on  or  snap  it
together. . . .  Plug and play.  It is
absolutely, all the pieces within the
suite are literally plug and play.⁶⁶
```

## IX.2  What Oracle Said Was True

### IX.2.1  Plaintiffs' claims are misleading and ignore context

144.          Plaintiffs allege that Oracle executives made certain false public statements[67] during Oracle's Q3 2001 regarding the capabilities of Suite 11i; these statements are set forth in Section IX.1, above. Each statement involves the following basic assertions about the nature of the software: (i) its modules were "complete," (ii) "integrated" (or "pre-integrated"), and "interoperable" with one another, and therefore (iii) no "systems integration" was required by the customer to implement the Suite after it was purchased.[68]

145.          Plaintiffs allege that these statements were false because Suite 11i was riddled with bugs and instability, which prevented the individual modules from sharing data. Plaintiffs assert that the software required hundreds of patches to fix these defects and, thus, it was neither "integrated," nor "interoperable," as Oracle has claimed. Plaintiffs further allege that Suite 11i installations required hundreds of hours of consulting work to make the products work at customer sites, citing several troubled and failed installations during the relevant time period. Therefore, Plaintiffs claim, the statements made by Oracle about the degree of

---

[66] RSAC, paragraph 68; February 13, 2001 Transcript of AppsWorld 2001 Larry Ellison Press Conference (NDCA-ORCL 306962-86) at 306974-75.

[67] It is unclear whether the statement Plaintiffs attribute to Mark Barrenechea on February 6, 2006 in an Oracle Technical White Paper is a public statement; I have seen no evidence that this document was released to the public or even finalized. I have reviewed several versions of the document, each with various "[p]rinted dates." Some of the versions with the printed date of February 6, 2001 differ in substance. Also, Mr. Barrenechea, the former Executive Vice President of CRM Development whose name is on the cover, testified that he does not believe this document was ever published. *See* Mark Barrenechea Deposition transcript (July 11, 2006) at 161:12-24; *see also* April 3, 2001 email from Mark Barrenechea to Larry Ellison, *et al.* re CRM White Paper (NDCA-ORCL 061840) (indicating that the CRM White Paper could be distributed internally and externally but was not final – strongly suggesting the paper was not public before then).

[68] Some of these statements are identified in the RSAC. Others are identified in Plaintiffs' Contention Interrogatory Responses. I do not opine either here or in the subsequent section addressing Plaintiffs' omissions claims about any legal significance that may arise from this distinction.

**Confidential**

effort necessary to install Suite 11i were misleading because the product could not be installed without extensive "systems integration."

146.       Based on my review of the evidence, and based on my extensive knowledge of business enterprise software and large software projects generally, it is my opinion that Plaintiffs' claim of falsity is incorrect for several reasons. First, Plaintiffs have failed to include any context surrounding the statements made by Oracle, in an attempt to make certain incorrect suggestions about the nature of those communications. I have read each of the documents and/or transcripts containing the allegedly false statements; even a cursory review indicates that the various speakers clearly did not intend to convey the meaning that Plaintiffs attribute to them. Any IT professional familiar with enterprise software would have understood the speaker's true meaning.

147.       Second, each of the documents and transcripts in which the statements are contained makes clear that Oracle was comparing Suite 11i's capabilities to the best-of-breed offerings currently on the market; this is consistent with Oracle's message since Suite 11i's inception. Thus, when Oracle referred to the "complete" nature of Suite 11i, it meant that, unlike best-of-breed, Oracle provided, in one package a complete set of basic back-office and front-office applications upon which a company could run its business.[69]

148.       Similarly, in contrast to having to "glue together" a number of modules from various software vendors, Oracle stated that Suite 11i was "integrated" and "interoperable," because all of its modules were developed by Oracle, designed to work together and based on a single global instance.

149.       With regard to the claims that "no systems integration" was required to install Suite 11i, Plaintiffs have again confused and conflated that phrase in a way that is inconsistent with industry usage. When Oracle stated that no systems integration was required to install Suite 11i, any IT professional with any background in business enterprise software would have understood what was meant: because Suite 11i was integrated on a data level (*i.e.*, all modules were based on a single global instance and designed to use a common data schema) and designed to work together, no software programming was required to combine those modules. In other words, unlike with best-of-breed (where modules from different vendors were *not* based on a single schema and integrated data model

---

[69] *See* Larry Ellison AppsWorld Keynote Speech, February 13, 2001 (NDCA-ORCL 306988-7021) at 306995 ("Now, I understand up until now, no company has offered you a complete suite of software to run your business. Everything. Marketing, sales, service, supply chain automation, manufacturing, accounting, human resources, all as a single integrated system. . . . Since no one was providing you a complete set of software to run your business, you have had up until now, no choice but to shop for parts."); *see also* L. Lederman, *Report From Oracle's Analyst Day: Maintain Buy Rating*, Blair, William & Co. Analyst Report (NDCA-ORCL 308696-99) at 308696 ("With the release, the company has a full e-business applications suite, including marketing software, electronic store, salesforce automation, call center, supply chain, e-procurement and back-end ERP (including accounting, manufacturing, and human resources).").

**Confidential**

and could not work together in any fashion without extensive additional software to connect one another), customers did not have to write custom code for the modules to speak to each other.

150.        Oracle's consistent message that Suite 11i's architecture was inherently more integrated than best-of-breed offerings, and required no systems integration, is evident in each of the statements that are partially quoted by Plaintiffs. For example, during the December 14, 2000 earnings call, Mr. Ellison discussed in depth the level of integration of Suite 11i as it related to best-of-breed[70]:

> Now, these are astounding timeframes, in terms of
> delivering a comprehensive application automation of
> very, very large companies.  You know, how can we do
> it?  We do it because there's no systems integration
> required.   This is a huge point and is not well
> understood.   The  conventional  way  of  delivering
> applications, the so-called best-of-breed (approaches)
> - customer buys applications from several different
> suppliers.    And  after  they  accumulate  those
> applications and enough pieces are in the garage, they
> hire - they got the parts.  Now, they had to hire the
> labor - either Anderson Consulting or IBM - to
> assemble these parts into a complete and running
> system.  And in fact, it's really the responsibility
> of the consuming company of this technology, to make
> all the pieces work together.  Typically, the cost of
> (system) integration is five to 10 times the cost of
> the software.  And it takes years to get those pieces
> running.   There are (SAP) implementations that cost
> billions of dollars and taken years and years, and
> they're still not complete.
>
> Our approach is radically different.  If you buy the
> complete  E-Business  Suite,  there  is  no  systems
> integration required. . . .
>
> Most of the risk associated with installing these
> applications has to do with the labor you hire to glue
> these pieces together.  IBM shows up with a bunch of
> guys with glue guns, and they're trying to figure out
> how to attach (Siebel) to (BroadVision) to (Epiphany)
> to - you know, to Commerce One, to Ariba, to (SAP).
>
> And it's hard, and it's complex.  In fact, IBM is
> planning a whole new series of ads, emphasizing how
> complex this is.  And our whole approach is to agree
> with IBM.  (That it is) an enormously complex process.
> And if you're going to go into a process like that,
> you need to hire IBM or Anderson [sic] Consulting, and
> you need to have lots and lots of money and lots and
> lots of time.  And a stomach for risk.  Or, you can
> buy our complete E-Business Suite, where all the
> pieces are designed and engineered to fit together,
> and no systems integration is required.  It's up and

---

[70] *See, e.g.,* December 14, 2000 Earnings Call Transcript (NDCA-ORCL 003215-47), at 003224-25.

**Confidential**

running in months.  You get the savings in months.  It
costs you less, and it takes less time to install.

151.       Another example of this message is Sandy Sanderson's January 8, 2001
conversation with Solomon Smith Barney,[71] where he emphasized the portions of
the statement omitted by Plaintiffs precisely illustrate what Oracle meant by
"integration" – *i.e.*, that Suite 11i (i) was integrated on a data level, and (ii) unlike
best-of-breed, was designed to work together without additional software from
third parties, thereby saving the customer time and money because no custom
code was required to stitch the modules together.[72]

152.       This contrast between what Oracle meant and the Plaintiffs' unfair
inference suggest could not be more evident than in the portions omitted by
Plaintiffs from the allegedly public statement made by Mark Barrenechea.[73] In the
White Paper, Mr. Barrenechea explained *exactly* what Oracle meant by
integration, as compared to best-of-breed offerings[74]:

> Oracle's CRM suite is both complete and integrated
> (Figure 1). By *complete* we mean that every CRM
> application needed — marketing, sales, service,
> contracts, Web store. etc. — for sales and service to
> customers is included in the Oracle CRM suite. By
> *integrated* we mean that every application in the CRM
> suite has been engineered around a unified global
> customer and product database.  All the applications
> have been designed and built by Oracle to work
> together and share information. So no systems
> integration is required to install the Oracle CRM
> suite.
>
> In contrast, Siebel's CRM offerings require systems
> integration — a lot of custom programming and a lot of
> architectural reconstruction — to make the different
> applications in the suite work together. That's
> because Siebel did not design or build most of the
> applications in the Siebel product set.

153.       Contrary to Plaintiffs' suggestion, Oracle never claimed that customers
would not have to do any implementation work or integration into legacy systems,
third-party software or an existing database to install the product; nor did Oracle
claim that this new and revolutionary product would be free of the bugs that are a
component of all large software products, or that those errors would be absent
from the portions of the software relating to communication between the modules.

---

[71] *See* Oracle EVP Visit to SSB (NDCA-ORCL 035470-472) at 035471-72.

[72] *Ibid.*

[73] *See* RSAC, paragraph 63; Oracle Corporation Technical White Paper: Customer Relationship
Management, Print Date February 6, 2001 (NDCA-ORCL 106680-728), at 106690.

[74] *Ibid.*