No one in the industry would have adopted any of the interpretations suggested by Plaintiffs; indeed, the "excessive patching" alleged by Plaintiffs did not indicate that Suite 11i was not "integrated" and "interoperable," because the product was fundamentally integrated at the data level. A software vendor's issuance of patches, bug fixes, and additional functionality for a new release simply does not constitute "systems integration."

154.         During a portion of the December 14, 2000 earnings call, Mr. Henley made it quite clear that extensive work was required to implement Suite 11i.[75] Mr. Henley clearly differentiated between extensive implementation required to install the products versus custom programming to stitch together various modules (*i.e.,* "systems integration"):

> Now, I'm very careful to say - we don't require
> systems integration or application modification. You
> still have to - you know, to put in our software - you
> still have to clearly convert your data, move your
> data out of the old system and into our system. There
> is still some labor involved in implementing our
> applications. But that labor is not computer
> programming. I'm going to be very clear. You don't
> need computer programmers to implement our systems.
> You've got to convert data, train some users, do
> things like that. You don't need to - you don't want
> to hire programmers to glue our software to other
> people's software, you don't want to hire programmer
> to, worse yet, to (actually) change our software.

155.         During that same earnings call, Mr. Henley and Mr. Ellison pointed out several customers that took many months to implement Suite 11i.[76] Mr. Ellison contrasted those with fixed-priced implementations at small companies, which still took up to three months.[77] In his keynote speech on February 13, 2001 at the Paris AppsWorld conference, Mr. Ellison stated on a number of occasions that Suite 11i installations take months – *e.g.,* "We think that whole notion of parts and labor is over…. All the pieces fit together. And we can install it in a matter of months, in a matter of months, and give you benefits in a matter of months, in a short period of time."[78]

156.         After having reviewed the factual record provided to me, it is readily apparent that Oracle's statements about Suite 11i, including the nature of the work required to implement it, were fundamentally true. This conclusion is based both

---

[75] *See* December 14, 2000 Earnings Call Transcript (NDCA-ORCL 003215-47) at 003237-38.

[76] *See, e.g., ibid,* at 003222-24 (citing GE and JDS Uniphase).

[77] *See, e.g., ibid,* at 003232.

[78] *See, e.g.,* February 13, 2001 Transcript of AppsWorld 2001 Larry Ellison Keynote Speech (NDCA-ORCL 306988-7021) at 306997-98.

on the context in which the statements were made, as well as my understanding of these statements as an industry expert (*i.e.*, the audience for which they were intended).

### IX.2.2  Oracle's public statements boiled down to two points and these points are true

#### IX.2.2.1  *"Pre-Integrated" And "Interoperable"*

157.        Oracle's statements that Suite 11i was "pre-integrated" and "interoperable" must be interpreted in the context in which they were made – *i.e.,* the various modules and components of 11i were integrated *with one* another, prior to being released as a product to the marketplace, and prior to any subsequent effort a customer might have made to integrate Suite 11i with some other in-house legacy system, or third-party product.

158.        Similarly, and for the same reasons, an IT professional would immediately understand, from the context of such statements, that Oracle's claim of "full interoperability" would be limited to interoperability *between Suite 11i components*. Again, it would be absurd to expect that Suite 11i could be designed and built, *in advance*, in such a way that it would be interoperable with customized and proprietary in-house legacy systems (many of which developed as many as 20 years earlier) whose existence Oracle could not be aware of; nor would anyone expect that Oracle's interoperability claims meant that Suite 11i could interoperate "fully" with the complete spectrum of hundreds, or even thousands, of third-party business applications and products.

159.        The technical form and nature of Suite 11i's integration was discussed in Section VIII.1, above, and the contemporaneous reports and analyses of Oracle's Suite 11i integration by computer-industry technical analysts – whose opinions and assessments were widely consulted and weighed by prospective customers of Oracle's products – are summarized in Section IX.1.1, below.

#### IX.2.2.2  *No Systems Integration Required To Make It Work*

160.        Oracle's public statements that no systems integration was required to make Suite 11i work must also be interpreted in the context in which such statements were made – *i.e.,* the various modules and components of Suite 11i would work together *by themselves*, without the need for any additional systems integration. IT professionals would not have interpreted such a statement as a claim by Oracle that its 11i system could somehow work with a customer's internal legacy systems – systems whose existence and technical details Oracle could not even be aware of – without additional systems integration work. Nor would a typical IT professional expect that Oracle's Suite 11i would automatically "work" with an unlimited number of third-party products – whose nature and details Oracle could not know – without additional systems integration work.

161.    Indeed, even though Oracle's Suite 11i could reasonably be expected to "work" without additional systems integration *of its own components*, that does not mean it could be installed in a customer environment without a significant implementation effort. Even if Suite 11i was implemented "out of the box" – *i.e.*, without any customization activity, and without any attempt to integrate it with in-house legacy systems or third-party products – it would still require weeks or months of intense effort to *configure* the thousands of different parameter settings to properly account for the details of the customer's environment.[79] As noted above, Oracle explicitly noted that implementation was still necessary, would take months, and would have to address the existence of legacy systems.[80]

## X    THE EVIDENCE DOES NOT SUPPORT PLAINTIFFS' CLAIM THAT ORACLE FAILED TO DISCLOSE MATERIAL FACTS ABOUT SUITE 11i

### X.1    None Of The Quality Related Evidence/Contentions Identified By Plaintiffs Identifies Anything Out Of The Ordinary For A Major ERP Release

162.    In support of their allegations that the statements discussed above were false and/or misleading, and that Oracle failed to disclose materials facts about problems with Suite 11i, Plaintiffs make a series of factual allegations.[81] Their allegations can be summarized as seven general assertions:

- The integration of Suite 11i's components was allegedly incomplete and/or faulty, due in part to development of ERP and CRM modules by separate programming teams;

- Suite 11i allegedly experienced an extremely large number of bugs and patches;

- Many customers allegedly suffered severe setbacks and problems with their implementation of Suite 11i, including Oracle itself;

- The CRM modules of Suite 11i were allegedly significantly flawed and/or incomplete;

---

[79] Issues related to *configuration* of software systems were discussed in Section V.2.3, above.

[80] *See* December 14, 2000 Earnings Call Transcript (NDCA-ORCL 003215-47) at 003237-38.

[81] *See, e.g.,* Plaintiffs' Contention Interrogatory Responses at 16-22.

**Confidential**

- Oracle provided customers with significant "concessions," such as discounted or free consulting services "due to problematic and failed implementation of 11i and its individual modules"[82];

- Oracle misrepresented Suite 11i capabilities by using staged or fake demonstrations; and

- Oracle had a small number of reference customers for Suite 11i during Q3 of fiscal year 2000.

163. As discussed in greater detail below, based upon my review of the Plaintiffs' contentions and the evidence in this case, none of the material identified by Plaintiffs supports the conclusion that Oracle's affirmative product-related statements were false or misleading.

164. Many of these claims merely describe facts that are typical features of large software projects, as discussed in Section V.2 of this Report.

165. The specific evidence cited by Plaintiffs is often incorrect or speculative. For example, much of the evidence cited by Plaintiffs consists of uncorroborated statements from "confidential witnesses," unsubstantiated statements and "horror stories" based on hearsay from computer-industry analysts writing about customer installations, and email statements, between Oracle employees, taken out of context.

166. My responses to these allegations are based on:

- Review of specific details provided by Plaintiffs to support their claims;

- Review of contemporaneous reports and assessments by technology analysts, such as Gartner, Forrester, and Meta;

- Review of evidence, including internal Oracle correspondence and documents, produced in this case;

- Review of evidence associated with specific "go-live" and implementation projects with key Oracle customers; and

- Knowledge and experience of similar software development/ implementation efforts in the software industry.

---

[82] *Ibid*, at 16.

Confidential

### X.1.1   Plaintiffs' claim that the integration of Suite 11i's components was allegedly incomplete and/or faulty

167.        Plaintiffs allege that Defendants falsely stated that Suite 11i did not require systems integration or software modifications, and was fully interoperable out of the box.[83]  Plaintiffs claim that these statements made by Defendants were false because Suite 11i was riddled with bugs and instability, which prevented the individual modules from sharing data. Plaintiffs further assert that the software required hundreds of patches to fix these defects and, thus, it was neither "integrated," nor "interoperable," as Oracle had claimed. In addition to the problems cited by Plaintiffs, they also allege that Suite 11i installations required hundreds of hours of consulting work to make the products function at customer sites, citing certain troubled and failed installations during the relevant time period. Therefore, Plaintiffs claim the statements made by Oracle about the level of work necessary to install Suite 11i were misleading because the suite could not be installed without extensive "systems integration" to make the various modules work together.

168.        I have reviewed the deposition testimony of key Oracle witnesses who supervised the technical development of Suite 11i – e.g., Messrs. Wohl, Barrenechea, Godwin, Seiden, and Fletcher – as well as numerous internal Oracle documents, public analysis, and popular press reports regarding the nature of Suite 11i.[84] This review compels only one conclusion: that Plaintiffs' allegations that Suite 11i was not "integrated" (and therefore that Oracle's statements regarding Suite 11i were false) are fundamentally misguided.

169.        First, it is important to understand what Oracle meant by the term "integration"; for Plaintiffs' argument to succeed, one would have to accept a drastically skewed interpretation of this technical term – an interpretation that was neither intended by Oracle, nor adopted by the market. When it claimed that the Suite 11i modules were integrated, Oracle did not mean to imply that *every single module would seamlessly share data with one another without any errors or technical difficulties*. To the contrary, the relevant literature regarding large software projects indicates that bugs are inevitable in large commercial software, and Plaintiffs have not suggested why this aspect of the software would be immune to this general rule. Such a standard would be unrealistic and impractical, if not impossible to achieve. As discussed below in Section VIII.3.2, below, bugs that cause problems with the modules sharing data will occur – especially in a massive, new release. This does not mean the product is not "integrated." Indeed,

---

[83] *See* RSAC, paragraphs 50-51.

[84] *See*, for example, the discussion in Section VIII.1, and the list of Technical Reference Manuals following paragraph 130, above. *See also* the Trading Community Architecture design document titled "High Level Design TCA Classification Phase II" (NDCA-ORCL 238870-84).

**Confidential**

Plaintiffs' definition of "integration" could not possibly be attained by any general release of major commercial software.

170.     Rather, Oracle meant "that every application . . . has been engineered around a unified global customer and product database. All the applications have been designed and built by Oracle to work together and share information."[85] Oracle witness testimony consistently reinforced what integration means from a technical standpoint. For example, Greg Seiden testified[86]:

> [I]t means that we're sharing the same schema or the same definition of a customer, the same definition of an order, the same data as opposed to something that's not integrated where there needs to be – either there is no communication between the programs or you have to do custom integration and create programs to move data back and forth and keep them synchronized. ... It's integrated by design. It was – it's never not integrated.

171.     This is precisely the same definition of integration that was understood by the market. For example, Rick G. Sherlund of Goldman Sachs wrote[87]:

> Customers we are talking to like integration (one data model, one programming language, on [sic] vendor for support, one upgrade cycle, less integration work, quicker implementation, etc.

172.     Similarly, Gartner's E. Thompson wrote[88]:

> Oracle is focusing its marketing on synergies given by tight integration between is front-office modules and back-office applications. This integration is because: 1) most code has been written by in-house by the same developers, 2) the functionality acquired through acquisition has been reworked by Oracle into a single schema/data model and 3) the modules use a common workflow subsystem.

173.     And Hurwitz's Sharon Ward wrote[89]:

---

[85] *See* Mark Barrenechea, *Oracle Corporation Technical White Paper: Customer Relationship Management*, Print Date February 6, 2001 (NDCA-ORCL 106680-728) at 106690. *See also* Gretchen Teagarten, *Oracle EVP Visit to SSB* (NDCA-ORCL 035470-72) at 035471 ("The suite provides a single view of the customer across the enterprise by incorporating a single data model.").

[86] Deposition of Greg Seiden (May 16, 2006) at 69:7-70:4.

[87] Rick G. Sherlund, *Oracle – Early Checks with Applications Customers*, Goldman Sachs Analyst Report, November 3, 2000 (NDCA-ORCL 1051216-18) at 1051217.

[88] E. Thompson, *Oracle 11i CRM: Better but Not the Best*, Gartner Group Analyst Report, July 10, 2000 (NDCA-ORCL 009364-65).

Page 67                                                                    **Confidential**

> Over the last two years, Oracle's development teams
> have been busy designing a single data model that
> would be utilized and shared by all the applications
> that make up E-Business Suite 11i. ... Once finished
> with the data model, each of the previously individual
> Oracle applications had to be retrofitted to utilize
> the new data model design.

174.        And the Meta Group reported that[90]:

> The suite uses a multi-tier, 100% internet computing-
> based architecture with shared application schema and
> data models (customer, inventory, order management,
> pricing, etc.).

175.        It is with this definition of "integration" that Oracle discussed the *relative*
ease of implementation of components/modules *within* Suite 11i. Oracle's
consistent message regarding Suite 11i was that, because Suite 11i's modules
were created on a single data schema and designed around a single, global
instance, it was *inherently* more integrated than the "best-of-breed" offerings in
the market. The use of the terms "integrated" and "interoperable" to contrast the
complexity of stitching together best-of-breed modules is clear in the
contemporaneous evidence I have reviewed. For example, Oracle's Mark
Barrenechea wrote a technical White Paper that stated[91]:

> In contrast, Siebel's CRM offerings require systems
> integration — a lot of custom programming and a lot of
> architectural reconstruction—to make the different
> applications in the suite work together. That's
> because Siebel did not design or build most of the
> applications in the Siebel product set.

176.        Because Suite 11i was "integrated" and "interoperable," companies did
not have to glue together a number of modules from various software vendors.
All of the data was integrated and accessible in one place, rather than contained in
the separate silos inherent to multiple best-of-breed modules from different
vendors. Thus, Oracle advanced Suite 11i as a value proposition compared to
best-of-breed because it required no custom code to make modules based on
separate schema share data. For example, Salomon Smith Barney's Gretchen
Teagarten wrote[92]:

---

[89] *Oracle's E-Business Suite 11i*, Hurwitz Group Analyst Report, April 11, 2001 (NDCA-ORCL 110505-11) at 110506-07.

[90] *Evaluation of: Oracle Sales*, META Group Analyst Report, 2001 (NDCA-ORCL 009889-93) at 009891.

[91] Mark Barrenechea, *Oracle Corporation Technical White Paper: Customer Relationship Management*, Print Date February 6, 2001 (NDCA-ORCL 106680-728) at 106691.

[92] Gretchen Teagarten, *Oracle EVP Visit to SSB* (NDCA-ORCL 035470-472) at 035471.

**Confidential**

> Oracle reiterates two value propositions for the suite
> solution versus the "best-of-breed" approach:   The
> suite provides a single view of the customer across
> the enterprise by incorporating a single data model
> [and] [t]he suite is pre-integrated and fully
> interoperable out of the box, helping to lower
> consulting costs and time-to-value.

177.     Oracle was *not*, as Plaintiffs allege, making any claims that Suite 11i could be integrated with other third-party products, or within customers' internal legacy systems, *without* integration coding and effort. In my experience, IT professionals who worked with business enterprise software would not understand such a claim in the way Plaintiffs suggest. In addition, Oracle reiterated on many occasions that its suite would require significant effort for customers to implement, including conversion of legacy data. For example, as noted in paragraph 154, above, Oracle's Jeff Henley made exactly this point in a December 14, 2000 earnings call to Wall Street analysts on December 14, 2000.[93]

178.     Plaintiffs further suggest that Oracle's use of separate development teams for the CRM and ERP modules compromised their integration. In my experience, it is necessary to use many separate teams to develop software of the size and scope of Suite 11i. It was well known to the industry that thousands of programmers were necessary to create Suite 11i, and Oracle made clear that the CRM and ERP modules were being developed separately; indeed, much of the functionality of the ERP modules had been developed in previous works of Oracle's applications, long before the CRM team was even created. The evidence I have reviewed nevertheless indicates that the modules were developed to work together, and while there may have been communication problems, political problems, and/or technical misunderstandings between the two teams that would result in some software defects, I do not believe the separate teams are relevant to the fundamental question of whether the CRM and ERP components were "integrated" as Defendants used that term to describe Suite 11i.

### X.1.2   Plaintiffs' claim that Suite 11i allegedly had an extremely large number of bugs and patches

179.     Plaintiffs allege that many customers who attempted to implement Suite 11i shortly after it was introduced would require hundreds of patches to correct defects in the software. Plaintiffs argue that, because the product was "riddled" with bugs and defects, it was not integrated, and therefore Oracle made false claims about its functionality. Plaintiffs cite a number of general product quality issues, including allegations that the Suite was released too early and/or was not adequately tested for bugs, and therefore exhibited a large number of bugs; that patches released by Oracle to fix bugs were not tested adequately, and sometimes

---

[93] Second Quarter 2000 Earnings Call Transcript, December 14, 2000 (NDCA-ORCL 003215-47) at 003237.

**Confidential**

caused other parts of the software to "break"; and that the products within the Suite had "functionality gaps."[94]

180.        In my expert opinion, the fact that Suite 11i – like any massive, new release of business enterprise software – had bugs has nothing to do with Oracle's use of the terms "integration" and "interoperability." The fact that the Suite 11i product, like most major releases of large commercial software packages, experienced the same issues as do many early releases of large commercial software does not, in my opinion, bear on the technical aspects of the product, which Oracle truthfully and accurately disclosed (*see* Section IX.2, above).

181.        As I have discussed in greater detail already (*See* Section V.3.3, above), bugs are an unavoidable reality in the software industry. Notwithstanding the vociferous complaints levied by some Oracle customers, the phenomenon of software bugs in the initial release of a large, complex system is common, familiar, and well understood by technologically sophisticated IT professionals. Suite 11i was a huge, new release of software that contained "massive" amounts of new functionality; for example, Alan Fletcher testified as follows[95]:

> Q.   Do you know what the ... functionality difference
> between 10.7 and 11i was?
>
> A.    It's - it's massive. ... Many new products.  Much
> of CRM was new in 11i compared to 10.7.  Every module
> had significant new functionality.

182.        Similarly, Oracle's Executive Vice President, Ron Wohl, testified that Suite 11i contained many more CRM modules than in any prior release.[96]

183.        As an expert in this area, I would expect more than the usual amount of initial product defects than normally associated with early versions of software. Other industry analysts had the same reaction at the time of Suite 11i's release. For example, GIGA's Erin Kinikin wrote[97]:

> Oracle 11i is one of the largest single application
> releases ever (2.5 years, four product acquisitions,
> close  to  1,000  developers  on  two  continents),
> exacerbating the usual major release glitches.

---

[94] *See, e.g.*, Plaintiffs' Responses to Contention Interrogatories at Response to Interrogatory No. 6 at 16-20.

[95] Deposition of Alan Fletcher (April 6, 2005) at 121:8-18.

[96] Deposition of Ron Wohl (March 23, 2006) at 108:8-17.

[97] Erin Kinikin, *Oracle Delays (Pieces of) CRM Release – Early Buyers Beware*, GIGA Information Group Analyst Report, March 27, 2000 (NDCA-ORCL 019758-59) at 019758. As the GIGA report focused on CRM, its reference to 1,000 developers likely referred to GIGA's estimate of the number of CRM developers. In fact, approximately 1,200 developers worked on the CRM applications and another 3,000 worked on the ERP applications. Declaration of Alan Fletcher (February 28, 2005) at paragraph 6.

184.    Similarly, Hurwitz Group's Sharon Ward wrote[98]:

> Oracle basically introduced an application that covers
> the functionality of at least five (ERP, CRM, SCM,
> HRMS, Service) enterprise class applications.  This
> resulted in a substantial number of bug reports, but
> probably on par with the total number that would be
> found in any five such applications.

185.    And Goldman Sachs' Rick Sherlund wrote[99]:

> We believe the release was buggy, but consistent with
> other major new releases.

186.    Plaintiffs decry a supposedly inordinate amount of bugs and patches associated with Suite 11i's early life, yet they provide no frame of reference (apparently in an attempt to magnify 11i's problems). Bugs occur in every release of every software product delivered by every vendor; Oracle's Suite 11i is simply not, as Plaintiffs imply, unusual in having bugs on a significant scale. This phenomenon is evident in this case. For example, Forrester's L. Orlov emailed Oracle's Leslie Rubin that[100]:

> For long time customers it harkens back to the
> September 1994 OAUG conference in San Francisco when
> Oracle management at the Ask Oracle panel was
> lambasted by customers struggling to get a tardy and
> buggy release 10 into production.  It took 4 1/2 point
> releases to stabilize R10 for general release.

187.    Similarly, Oracle's Mark Jarvis testified[101]:

> When Windows '95 was released ... it had 50,000 bugs
> in it, if I remember correctly.  Should they have
> released Windows '95?  I don't know. It sounds like a
> lot of bugs. Every product has bugs.

188.    And Oracle's Michael Rocha testified that[102]

---

[98] Sharon Ward, *Oracle's E-Business Suite 11i*, HurwitzGroup Analyst Report, April 11, 2001 (NDCA-ORCL 110505-11) at 110506.

[99] Rick G. Sherlund, *Oracle – Early Checks with Applications Customers*, Goldman Sachs Analyst Report, November 3, 2000 (NDCA-ORCL 1051216-18) at 1051216.

[100] April 5, 2001 email from L. Orlov (Forrester Group) to Leslie Rubin (Oracle), Re: "Some of the comments I have received re: the brief" (NDCA-ORCL 121620-23) at NDCA-ORCL 121622 (forwarding comments from readers regarding an earlier Oracle release).

[101] Deposition of Mark Jarvis (May 30, 2006) at 167:25-168:10.

[102] Deposition of Michael Rocha (April 7, 2006) at 212:9-24.

**Confidential**

> ```
> I have a general recollection, and the general
> recollection was there was bugs just like every
> software that's ever gone out of a software lab.
> ```

189.        Bugs are a normal, expected part of a software lifecycle, and companies do whatever they can to resolve these issues and ensure that future customers don't encounter the same defects. As discussed in paragraph 45, above, it is also normal and expected that the process of fixing bugs can sometimes create new bugs. Given the size of a typical ERP package, it is by no means clear from the evidence on record the Suite 11i was "buggier" than one would expect or that Oracle's patches were causing more problems than one would expect in the ordinary course of testing and improving software of that size.[103]

190.        In Plaintiffs' citation of purportedly unprecedented bug issues, I would correct the misconception that *all* of the Technical Assistance Requests (TARs) customers issue to Oracle for help are bugs. The system used by Oracle to track TARs is a common mechanism used by various software vendors to receive questions, comments, complaints, and notification of unexpected behavior (*some* of which might be bugs) from customers. The evidence I have seen in this case is consistent with that usage. For example, Richard Sellers testified as follows[104]:

> ```
> Now, that technical assistant request can be anything
> from how do you do this, how do I do that, how do I do
> something else, all the way to essentially the
> customer having found a bug in the software that can
> only be repaired by a patch. ... So they run the full
> gamut of advice to, gee, you've actually unearthed a
> problem with our code that has to be repaired.
> ```

191.        In fact, the evidence indicates that, as of April 2001, only 30% of TARs issued by customers regarding Suite 11i were eventually identified as software bugs.[105] The factual record in this case is consistent with my professional experience: that customers, or on-site consultants, often escalate problems that are not bugs.[106] In her deposition, Oracle's Kirsten Shaw gave the following testimony about Bell South's implementation experience[107]:

---

[103] See paragraph 87, above, for a discussion of the number of bugs typically experienced in large, comprehensive ERP systems.

[104] Deposition of Richard Sellers (February 28, 2006) at 38:3-15.

[105] *See* April 2, 2001 email from Mary Ann Anthony to Distribution, Re: "11i Issues for Discussion at the AMCM on 4/3" (NDCA-ORCL 054443); *see also* March 27, 2001 Excel Spreadsheet, Re: "Escalation Management" (NDCA-ORCL 1027687-750) at 1027739-45 (showing that 68% of Suite 11i TARS were issues other than bugs).

[106] *See, e.g.*, July 13, 2000 email From Cliff Godwin to Ron Wohl, Re: "CRM 11i product install problems (NDCA-ORCL 028721-23) (determining that a critical P1 bug at POSCO was actually "pilot error").

[107] Deposition of Kirsten Shaw (September 19, 2006) at 239:3-7.

**Confidential**

> They were trying to do an installation at Bell South,
> and the issues they brought up, there were five bugs
> that they had logged as SEV1 bugs and, all of them
> turned out to be setup problems.

192.  Plaintiffs characterization of numerous "patches" as a proxy for lack of integration or product functionality is also misguided. Like bugs, patches are a natural part of software lifecycles. As Ron Wohl testified[108]:

> I think it is unfair to talk about the 5,000 patches
> as necessarily all being a bad thing. Having too many
> bugs in software is certainly a bad thing, but simply
> the fact of having – of making a software change –
> some number of software changes were made to – for the
> exact reason, to improve the software with new
> features and so forth.

193.  Contrary to Plaintiffs' suggestion that patches are somehow out of the ordinary, Oracle defines patches as any instance in which new and/or modified code is delivered to the customer, as is common in the industry. As a result, patches also include enhancements and the inclusion of additional functionality into the software. Indeed, each point release of software typically rolls up patches (including bug fixes and enhancements) from the prior release. Patches also include changes required by external regulations and new legislation – *e.g.*, changes in tax laws, changes to reporting requirements in HR systems, changes in accounting procedures (*e.g.*, GAAP, Sarbanes-Oxley) in the financial systems. Indeed, some patches are merely diagnostic tools – *i.e.*, they are not intended to provide additional functionality, or correct existing bugs, but merely provide technical monitoring and report technical information to Oracle, to assist in trouble-shooting and software improvement.

194.  Because of the reality that TARs and patches can result from a number of issues completely unrelated to software defects, reports of over 5,000 patches to Suite 11i early in its lifecycle is neither surprising, nor necessarily a cause for concern. As Larry Ellison testified[109]:

> Q What about the 5,000 patches; were you aware at that
> time of the 5,000 patches?
>
> A Yeah. Patches are often enhancements.

195.  Having reviewed the evidence in this case, there can be no dispute that Suite 11i had its share of bugs as a new release; however, Plaintiffs have unfairly implied that Suite 11i had unusually poor quality because it contained bugs in its early stages. That simply does not reflect reality: every major release of business enterprise software exhibits similar problems, because it is impossible to work out

---

[108] Deposition of Ron Wohl (May 31, 2006) at 337:9-15.

[109] Deposition of Larry Ellison (September 21, 2006) at 288:1-3.

**Confidential**

every bug prior to its release. Suite 11i was revolutionary product for its massive amounts of new functionality (compared to any other release). Indeed, I have seen no evidence that Suite 11i was worse than any other ERP product of a comparable size and scope. It appears that Plaintiffs have relied on dramatic statements (*e.g.,* the claim that Suite 11i had 5,000 "patches" during the first six months after its release)[110] and anecdotal evidence that, taken in a vacuum, unfairly magnify the actual problems that occurred. Plaintiffs also fail to place these numbers in any context, and make no effort to review the widely distributed literature describing the number of bugs to be expected in a product of Suite 11i's size.[111]

### X.1.3   Plaintiffs' claim that many customers allegedly suffered severe setbacks and problems with their implementation of Suite 11i

196.         Oracle's consistent message that Suite 11i was integrated (*i.e.*, not requiring custom software modifications to integrate the modules, based on the same data schema and engineered around a single, unified data model), compared to best-of-breed offerings, is not rendered false or misleading merely because certain customers encountered difficulties in implementing the product. Large-scale ERP and CRM implementations can be hampered for reasons having absolutely nothing to do with the software involved, including:

- *Incorrect use of the product or improper customization.* For example, Keith Block testified[112]:

  > Well, some of the challenges with that is it is new software. And, again, the folks at Ingersoll Rand weren't intimate with the workings of the software, they were asking the software to do things it wasn't designed to do. Whole bunch of issues.

  And Michael Rocha testified[113]:

  > [Y]ou know, I had a customer one time who implemented fixed assets on a train system. You know, I mean, you're sitting there going, "Well, what part of fixed assets did you not understand?" That's just the way the industry works.

---

[110] RSAC, paragraph 69(c).

[111] As discussed in paragraph 87, above, software metrics expert Capers Jones estimates that when a large ERP product is first deployed, as many as 150,000 defects will typically still be present. Of these, approximately 1000 will be high-severity defects (*i.e.*, "P1" defects in Oracle's nomenclature), 20,000 will be medium-severity defects (*i.e.*, "P2" defects in Oracle's nomenclature), and 129,000 will be low-severity defects (*i.e.*, "P3" defects in Oracle's nomenclature).

[112] Deposition of Keith Block (May 3, 2006) at 196:6-9.

[113] Deposition of Michael Rocha (April 7, 2006) at 209:16-210:21.

**Confidential**

- *Problems with the customer's hardware.* For example, Mary Ann Anthony testified[114]:

  > [W]hen they had a large number of their users on, the system was slower than they wanted it to be. Now, that could have been hardware related, it's not necessarily a software issue. It could have been how they configured their hardware. So it would be difficult to say if that was a bug or not.

- *Lack of appropriate internal sponsorship or resources.* For example, Keith Block testified[115]:

  > [Ingersoll Rand] lacked an executive sponsor, they didn't deploy business resources, they didn't have the expertise, they weren't trained. There were a whole host of issues. They were actually very independent of the product.

- *Mistakes or misunderstandings by on-site consultants.* For example, Richard Sellers testified that[116]:

  > [C]onsulting many times hires very bright people, but they don't train them. They haven't had extensive training. Many times not even as much training as my support people have on the product. So they're asking a lot of questions. Those questions are all TARs.... So as they submit these questions, we're working to resolve them. Sometimes we call back, and we can't find them. They're not there, so there is nobody to give the answer to. Other situations are they don't do a good job doing their part, for whatever reason, training, competence, whatever. Because – they almost always will then blame it on the product. I mean, they will rarely say, Yes, Mr. Customer, I just didn't get it done in time. They say, You know, I couldn't get that done because of all of these TARs, or, The product didn't do what it was supposed to do, so it's not my fault.

- *Migration of old or bad data.* For example, Kirsten Shaw testified that[117]:

  > Actually, frequently we are involved where there's been bad data put into the system, and that's what's causing the problem.

---

[114] Deposition of Mary Ann Anthony (August 11, 2006) at 99:9-23.

[115] Deposition of Keith Block (May 3, 2006) at 195:23-196:2; *see also ibid*, at 195:6-22 and 196:3-20.

[116] Deposition of Richard Sellers (February 28, 2006) at 93:19-94:10; *see also* Deposition of Ron Wohl (March 23, 2006) at 145:20-146:16; Deposition of Donald Klaiss (June 20, 2006) at 100:9-22.

[117] Deposition of Kirsten Shaw (September 19, 2006) at 168:22-24..

**Confidential**

197.          As noted above, even problems that are reported to Oracle as TARs are,
more often than not, unrelated to software defects; *see* Section VIII.3.2, above. It
would be incorrect for me to assert that there were no product problems – during
the first year of its release, a number of Oracle customers implementing Suite 11i
did indeed experience bugs and defects that caused numerous setbacks; however,
problems with early releases of software are common and expected by the
industry. This is why many companies wait a few releases for the software to
stabilize. For example, CW 17, formerly of Eaton Corporation, testified as
follows[118]:

>           [M]y coaching to Eaton was, you know, this is an early
>           release. This is a dot zero release. We really don't
>           want to go there until we have some proof that it's
>           stable and running and that was my comment. ...

198.          Industry analysts even warned potential customers to wait a year for
Oracle to work out the kinks in its new release. For example, GIGA's Erin
Kinikin wrote [119]:

>           Despite the fact that some Oracle CRM modules have
>           been available before, Giga believes that the size and
>           scope of Oracle 11i CRM justify treatment as 'Release
>           One' product, suitable primarily for early adopters
>           with high tolerance for risk and additional expense.
>           ... Companies should delay broad implementation and
>           rollout until 2001 to give new modules and vertical
>           offerings time to mature.

199.          And META Group's Steve Bonadio wrote[120]:

>           Users must approach the newer applications cautiously,
>           because many have not been field tested in real-world
>           scenarios.  For  mission-critical  applications,  we
>           recommend users wait at least six months after the
>           release of 11i to purchase/implement Oracle's newest
>           applications.

200.          Nevertheless, implementation difficulties (which are common in the
industry for adopters of the first few releases of new software) do not signify that
Suite 11i was not "integrated" or "interoperable" as compared with a best-of-
breed offerings in the market. After a review of the record, it is my understanding
also that Plaintiffs have targeted a small number of "escalated" customers out of

---

[118] Deposition of CW 17 (June 8, 2006) at 149:2-5; *see also ibid*, at 148:19-149:1 and 149:6-7.

[119] Erin Kinikin, *Oracle Delays (Pieces of) CRM Release – Early Buyers Beware*, GIGA Information
Group Analyst Report, March 27, 2000 (NDCA-ORCL 019758-59) at 019759.

[120] Steve Bonadio, *Application Deliver Strategies; Oracle 11i: The Holy Grail?* META Group Analyst
Report, July 5, 2000 (NDCA-ORCL 009736-38) at 009737.

**Confidential**

the entire customer base, which unfairly skews the picture. For example, Michael Rocha testified[121]:

> [W]e had a lot of customers all of which were going to be upgraded on a lot of software. We're sort of picking, you know, a couple customers here inside of a big customer base. So it's hard to sort of take one situation and draw conclusions from it in the general case. You know, I wouldn't – these are a handful of cases.

201.    Plaintiffs' anecdotal evidence of bugs and a handful of escalated customers that experienced escalated concerns for a host of possible reasons, do not indicate anything to me about the overall quality of the software. [122]

202.    Furthermore, Plaintiff's evidence that certain customers were offered discounts or free consulting services (including SWAT teams) to remedy problems does not indicate anything to me about the quality of the software. Indeed, I have reviewed evidence that Oracle often offered complimentary

---

[121] Deposition of Michael Rocha (April 7, 2006) at 209:2-15. *See also Oracle: The State of E-Business is Strong*, Oracle Press Release, February 20, 2001 (NDCA-ORCL 102009-12) at 102009 (stating that 2,500 Oracle customers were implementing Suite 11i).

[122] Contrary to Plaintiffs' claim of fundamental problems with the software, throughout Q3 2001, the number of customers licensing and implementing Suite 11i applications steadily increased, from approximately 1,000 customers in the process of implementing Suite 11i applications at the start of the quarter (L. Wendell, *Oracle Corporation: Picture Perfect Q2: FY01 Should Even Convert the Skeptics*, Credit Suisse First Boston Corporation, December 15, 2000, (NDCA-ORCL 154522-31) at 154523) to approximately 1,300 customers by mid January of 2001 (G. Teagarden, *ORCL: Oracle EVP to Visit to SSB*, SSB Report, January 10, 2001, (NDCA-ORCL 309063-7) at 309066), to 2,500 customers by the end of the quarter. C. Phillips, *Oracle Apps World Feedback*, Morgan Stanley Analyst Report, February 26, 2001, (NDCA-ORCL 400672-8) at 400672-73; *Oracle: The State of E-Business is Strong*, Oracle Press Release, February 20, 2001 (NDCA-ORCL 102009-12) at 102009; *see also* Mark Barrenechea CRM Presentation, Q3 2001, (NDCA-ORCL 399590-637) at 399614. "Go lives," or customers live on Oracle's 11i applications, also increased steadily throughout the same period, from 85 at the start of the quarter, to nearly 200 by quarter's end. *See* December 13, 2000 R11i Customer Information (NDCA-ORCL 418888-96) at 418888-91 (listing 85 "11i Live Customers" as of December 13, 2000); January 3, 2001 R11i Customer Information (NDCA-ORCL 418744-54) at 418744-47 (listing 100 live customers as of January 3, 2001); January 24, 2001 R11i Customer Information (NDCA-ORCL 418726-36) at 418726-31 (listing 149 live customers as of January 24, 2001); February 8, 2001 R11i Customer Information (NDCA-ORCL 418629-40) at 418629-34 (listing 175 live customers as of February 8, 2001); February 26, 2001 R11i Customer Information, (NDCA-ORCL at418419-31) at 418419-25 (listing 200 live customers as of February 26, 2001). By the end of FY 2001, nearly 400 customers were live on Suite 11i software. June 13, 2001 R11i Customer Information (NDCA-ORCL 417620-39) at 417620-33. Throughout the same period, Oracle was winning key big license deals for its 11i applications. *See* W. Laidley, *ORCL: Picture Perfect Q2: FY01 Should Even Convert the Skeptics*, CSFB Report, December 15, 2000, (NDCA-ORCL 308895-900) at 308895 ("More than 3,000 customers are migrating to 11i … JDS Uniphase, American General, and GE Power are few [sic] examples … Another significant customer win highlighted was Covisint."); Bob Austrian, *Highlights from BAS Presentation*, Bank of America Report, February 7, 2001, (BOA 01071-4) at 01071 (noting license sales to BellSouth, Citibank, MBNA, Xerox, HP, Hitachi, GE Medical, GE Capital, Boeing, Veritas, Ingersoll-Rand, and Humana).

consulting services or discounts for reasons entirely unrelated to the quality of Suite 11i. For example, Eaton Corporation received license discounts and concessions on Suite 11i for products as compensation for products purchased in 1995 and 1997.[123]

203.        In addition, as discussed in Paragraph 97, above, certain concessions are simply a business reality with commercial customers. I have seen evidence that Oracle provided consulting services or discounts for a variety of reasons unrelated to product quality – such as maintenance of long-term relationships.[124]

### X.1.4   Plaintiffs' claim that the CRM modules of Suite 11i were allegedly significantly flawed and/or incomplete

204.        Plaintiffs make a number of accusations concerning the lack of quality and maturity of the CRM modules of Suite 11i. Plaintiffs target this part of the product as the most problematic of the Suite, citing troubled implementations, allegedly excessive bugs and a lack of referenced customers during the relevant time period.

205.        Based on my review of the factual record and my extensive experience in business enterprise software, however, the growing pains encountered by the massive CRM portion of Oracle's Suite 11i were neither undisclosed to the public, nor were they out of the ordinary. As I have noted previously, all new releases of complex business enterprise software experience some initial problems – including bugs and missing functionality.

206.        In early 2000, prior to the general release of Suite 11i, Oracle publicly stated it would release CRM separately and on a rolling basis of added functionality. As Alorie Gilbert wrote in the computer trade magazine *Information Week*[125]:

---

[123] *See* February 16, 2001 Settlement Agreement and Release Between Oracle Corporation and Eaton Corporation ("Eaton Settlement Agreement") (NDCA-ORCL 1125685-93).

[124] *See* Deposition of George Roberts (June 22, 2006) at 168:4-169:11; *see also ibid*, at 167:24-168:3 ("I mean he was saying that we want to make the client successful. It may cost us some – some, you know, expense. ... And again, you know, that is part of the game. I mean, it was a new release. New releases have challenges sometimes. But at the end, if the client is successful, you all win."); *see also* Deposition of Kirsten Shaw (September 19, 2006) at 181:6-10; *see also ibid*, at 180:21-181:5 and 181:11-14 ("Customers ask to be reimbursed all the time, and consulting asks us to reimburse them for their time all the time. When you're in a tough situation that's a negotiating ploy, it doesn't necessarily mean anything."); *see also* Deposition of Richard Sellers (February 28, 2006) at 55:12-57:5 (noting that, as annual support renewal dates approached, clients would use a number of tactics to negotiate the price, including concessions for perceived problems).

[125] Alorie Gilbert, *ERP Vendors Look for Rebound After Slowdown*, InformationWeek, February 14, 2000 (NDCA-ORCL 031333-37) at 031335.

**Confidential**

> [T]he fully Web-enabled application Suite, Oracle
> Applications Release 11i, won't be released until the
> end of the first quarter - and some components, such
> as CRM and order management, will ship even later.

207.  Thus, any argument by Plaintiffs that Oracle represented that CRM would be initially complete is inaccurate.

208.  It was widely disclosed that CRM was the newest and least mature of the Suite 11i modules. Early in 2000, analysts advised customers to wait out the bugs until later in the product's development. For example, Steve Hamm wrote in *Business Week*[126]:

> Even after the suite ships, consultants such as
> Gartner Group Inc. warn corporate customers that it
> probably won't be stable enough to handle the most
> crucial jobs until the end of the year.

209.  And GIGA's Erin Kinikin wrote[127]:

> Companies should delay broad implementation and
> rollout until 2001 to give new modules and vertical
> offerings time to mature.

210.  At the October 24, 2000 OAUG meeting in Honolulu, Hawaii, Ron Wohl advised customers interested in CRM applications to wait and implement release 11i.3, which was still in development and pre-release testing, and would not be released until early 2001[128]:

> If you're running CRM, you'll want to look to 11i.3,
> the next release. This release will be of particular
> help in CRM.

211.  Again, these bugs and problems with functionality are typical of such new and massive software. The fact that CRM was developed by separate applications groups within Oracle and delivered on separate dates has no bearing on whether the product was "integrated and interoperable." As Greg Seiden testified[129]:

> Q. If in - with one of the releases the CRM and ERP
> code were released separately, would that separate
> release have any impact on the integration between the

---

[126] Steve Hamm, *Oracle: Why It's Cool Again*, Business Week, May 8, 2000 (NDCA-ORCL 307328-35) at 307330.

[127] Erin Kinikin, *Oracle Delays (Pieces of) CRM Release – Early Buyers Beware*, GIGA Information Group Analyst Report, March 27, 2000 (NDCA-ORCL 019758-59) at 019759.

[128] *See* Transcript of Oracle Question and Answer Session at October 24, 2005 OAUG Fall Conference (found in NDCA-ORCL 101777-88) at 101780.

[129] Deposition of Greg Seiden (May 16, 2006) at 265:3-9.

```
ERP  and  CRM  modules  as  you've  used  that  term  here
today?

. . .

THE WITNESS:  No, it wouldn't.
```

212.    Oracle truthfully represented that Suite 11i was integrated and interoperable; the early problems with CRM that were widely publicized prior to the Class Period do not change the truth of that claim.

### X.1.5    Plaintiffs' claim that Oracle misrepresented Suite 11i's capabilities by using staged demonstrations or fake data

213.    Plaintiffs have also asserted that Oracle misrepresented the capabilities of Suite 11i by rigging demonstrations.[130] I have not seen anything in the evidentiary record in this case suggesting that any salesperson at Oracle misled a customer by rigging a demonstration or misrepresenting Suite 11i's capabilities.

214.    *All* demonstrations of business enterprise software operate in a simulated environment designed to demonstrate specific business flows for the customer. In my experience, a customer will issue a request for a proposal, detailing which business flows are of particular interest. It is impossible for Oracle or other vendors of comparable systems to implement the product at the customer site and run it, as if it was live; instead, for Suite 11i, Oracle used a demonstration environment based on the latest release of software (without any patches, because the environment was in constant use) that was populated with what Plaintiffs have deemed "fake data." The Applications Demonstration System, or "ADS," was necessarily running on data for a fictitious company called "Vision."

215.    Sales consultants in charge of demonstrations at customer sites could then log into ADS on separate "instances," to perform a live demo over internet connections. Despite the new technology, sales consultants (like at any software company) still used static screen shots and other methods of demonstrating the product to potential customers.

216.    I have seen no evidence that customers misunderstood these facts. Demonstrations of the product used fictional data running through Oracle's ADS, and they followed the script specifically requested by the customer. This is typical of all large software demonstrations after the advent of the Internet allowed demonstrations to flow through dynamic environments – such as ADS – instead of using static presentations on laptops.

217.    For the same reason – *i.e.,* that given the size and complexity of the software it can only be shown to the customer in a demonstration environment

---

[130] Plaintiffs' Responses to Contention Interrogatories at 19.

rather than a fully implemented environment – problems experienced with the demonstration environment do not necessarily reflect problems with the underlying product. To the contrary, the demonstration product may have problems resulting from errors in the demonstration platform/environment itself – *e.g.,* corrupted data, incorrect configuration, hardware problems, operating system bugs. Likewise, it is not uncommon or unusual for demonstration products to be unable to demonstrate the full functionality of the underlying product – *e.g.,* the demonstration may be presented on a smaller computer, with limited memory and network capabilities, than the intended operational environment. As a result, Plaintiffs' reliance on problems with Oracle's demonstration product as evidence of bugs or lack of functionality in the underlying Suite 11i software is misplaced. The available evidence does indicate that, in certain instances, it was extraordinarily frustrating for Oracle's sales force to be unable to effectively demonstrate Suite 11i's features to potential customers – but this failure does not reflect on the underlying software.

### X.1.6   Plaintiffs' claim that Oracle had a small number of reference customers

218.         Finally, Plaintiffs claim that Oracle had only a small number of reference customers to support its sales of Suite 11i, because of the problems with the product. Again, based on my extensive experience with business enterprise software, it is readily apparent that Plaintiffs are identifying problems with Suite 11i in particular, when reference issues are typical of *all* new software releases.

219.         The typical implementation of Suite 11i for a small company could take up to three months – or substantially longer for enormous, multi-divisional corporations. Implementations are expensive, complex and lengthy even if nothing goes wrong. Therefore, there was nothing unique or nefarious about a small number of reference accounts leading into Oracle's Q3 2001. On the contrary, the evidence I have seen regarding references appears consistent with any new software release of Suite 11i's size and complexity. For example, Mark Jarvis testified[131]:

> A. I absolutely remember that getting references for
> E-Business Suite was a very uphill struggle.
>
> Q.   Why?
>
> ...
>
> THE WITNESS: For many reasons, including the amount of
> time taken for the customer to go live and see
> benefits.

---

[131] Deposition of Mark Jarvis (May 30, 2006) at 201:18-202:15.

Page 81                                                                    Confidential

220.        It was well understood by the market that customers would need some time to implement Suite 11i before becoming reference accounts. For example, Eric Upin of the Robertson Stephens Analyst Report commented that[132]:

> Although the company has announced a number of 11i customer wins, none of the bigger names, including BellSouth, GE, and Lucent, have gone live yet. We believe it will take several more quarters for the company to implement these customers and to use them as references to win additional business.

221.        Any software vendor struggles to secure reference customers early in the lifecycle of an enormous release of business enterprise software. Oracle had the same problem with every one of its releases. For example, George Roberts testified[133]:

> We would like to have a thousand of them, we only have 50 of them because it is a new release. ... And, you know, when you have new release of a new product, you know, it takes awhile until you build up a base of 500 plus customers to talk to people.

222.        Mark Jarvis further testified[134]:

> So the whole area of customer references throughout my career in Oracle has been hard.

223.        I have seen no evidence that would support Plaintiffs attempt to distinguish reference problems of Suite 11i with reference issues in an any other software release's early stages.

224.        Even putting aside the effect of the newness of the software and the length of implementations, there are many other common difficulties in building customer references that Plaintiffs gloss over; for example, many customers hesitate to serve as a reference to avoid losing a competitive advantage. For example, Mark Jarvis testified[135]:

---

[132] E. Upin, *ORCL: Reiterating Near-Term Cautious Outlook on the Stock Following* ... (Part 2 of 3), Robertson Stephens Analyst Report, November 8, 2000 (NDCA-ORCL 419950-52) at 419950; *see also* C. Wittmann, *Oracle First Call, First Union Securities Analyst Report*, February 20, 2001 (NDCA-ORCL 091447-49) at 091448 ("Oracle has 180 live 11i ebusiness [sic] customers. Of the larger customers we count 14 large companies that would be considered Fortune 500 size. These customers are also in various stages of implementation. These accounts are becoming referenceable, but we believe the real momentum will begin to build when they are fully implemented and that should take place over 2001.").

[133] Deposition of George Roberts (June 22, 2006) at 353:17-354:22.

[134] Deposition of Mark Jarvis (May 30, 2006) at 128:5-6.

[135] *Ibid*, at 121:24-123:23.

**Page 82**                                                   **Confidential**

> I know of situations where we could not get customers
> to talk about it because they were getting a
> competitive advantage from it.

225.     Other customers simply did not want to serve as a marketer for another company, or would not agree to do so due to legal issues or other company policies.[136] In any event, it was a complicated process, including approval and legal issues on both sides.[137]

226.     There is nothing unusual about Oracle having relatively few references during the first 6-9 months after the new release of a massive revolutionary software product. For example, Mark Jarvis testified[138]:

> Q. ... Would it surprise you if in January of '01,
> there was still a real problem getting references for
> Suite 11i and there was still a lack of references?
>
> . . .
>
> THE WITNESS: No, it wouldn't surprise me.

227.     Despite these challenges, Oracle indeed had reference customers for Suite 11i. As of October 4, 2000, Oracle had 27 reference customers; as of December 14, 2000, that number had increased to 83; and Oracle had 210 reference customers for Suite 11i by March 15, 2001. By February 8, 2001, 32 of the references were for CRM. [139]

228.     The number of references for such a young product has no bearing on the quality of the product, nor on whether Suite 11i was "integrated" or "interoperable" or whether there existed undisclosed product defects.

---

[136] *Ibid,* at 127:15-128:6.

[137] *Ibid,* at 126:16-128:6.

[138] *Ibid,* at 210:21-211:19.

[139] *See, e.g.,* N. Herman, *Oracle Corp: Reiterate Oracle 1-Buy Rating,* Lehman Brothers Analyst Report, October 4, 2000 (NDCA-ORCL 421258-60) at 421258; C. Phillips, *How Suite It Is,* Morgan Stanley Analyst Report, December 14, 2000 (NDCA-ORCL 1055084-91) at 1055084; transcript of Q3 2001 Earnings Call, March 15, 2001 (Larry Ellison) (NDCA-ORCL 129106-44) at 129135; February 8, 2001 email from C. Johnson to S. Umphrey, *et al.* Re: CRM Reference Report (NDCA-ORCL 069250-51) at 069250 (noting 32 referenceable CRM customers in Oracle's E-Leader program); *see also* Oracle Presentation by Jeremy Burton Re: Q4 2001 Recap (NDCA-ORCL 072154-210) at 072160 (noting 550 referenceable Suite 11i customers and 3500 implementing following June 2001 release of version 11i.4); Oracle Presentation by Jeffrey Henley Re: Q1 2002 Recap (NDCA-ORCL 071910-45) at 071933 (noting 860 referenceable Suite 11i customers and over 3500 implementing following 11i.5 release).

### X.1.7   Contrary to Plaintiffs' suggestion, the "facts" relating to "quality problems" identified in Q3 are no different from the facts related to product quality in other quarters, including in Q2 FY 01

229.        As I understand it, Plaintiffs' claim is that, throughout the third quarter of Oracle's fiscal year 2001, there were problems with Suite 11i that were unknown to the financial markets (including that various affirmative statements made by Oracle about the product were untrue), but which became known to potential customers, and that these customers decided not to purchase Oracle software based on the problems that were unknown to the financial markets.[140] According to Plaintiffs' logic, the stock drop that resulted from the earnings miss constituted a "disclosure" to the market of these previously undisclosed problems with Suite 11i.

230.        For the same reasons discussed above, the evidence in this case does not support the conclusion that Oracle's Suite 11i product had problems that were different in nature from other major releases of business software of similar size, scope, and new technology. The likely complexity and difficulty of implementing this kind of major new product release (including the bugs inherent to such a release, both in the abstract, and specific to Suite 11i) were well known.[141]

231.        The evidence also does not support the conclusion that "product issues" in Oracle's Q3 2001 were different from any other quarter. Oracle customers identified bugs in every quarter for which there is evidence. Customers had difficult implementations in quarters before the earnings miss, as well as quarters following the earnings miss. Indeed, all of the facts identified by Plaintiffs as evidence of the undisclosed product problems in the third quarter – from bugs and difficult implementations, to problems with CRM, as well as concessions, SWAT teams, complaints by the sales force about the products, internal disputes about the allocations of consulting time – all appeared on the record in other quarters, not just in the third quarter of 2001. The reasons for this are straightforward: these "facts" are part and parcel of large commercial software projects and implementations. Despite Plaintiffs' attempt to paint them as such, they are nothing out of the ordinary. For instance, Oracle's records demonstrate that bugs existed throughout the lifespan of Suite 11i. The same was true, however, for all of its applications products, as well as the products of other, similar vendors.

232.        In fact, Oracle's own internal implementation of Suite 11i during the third quarter of 2001 – including the CRM module – demonstrates that Oracle did not

---

[140] *See* Plaintiffs' Third Supplemental Response to Interrogatory No. 10 (noting that Oracle failed to meet its forecast because, among other things, "[c]ustomers and potential customers of defendants declined or deferred purchasing products and services sold by defendants in conjunction with sales of Suite 11i due to the problems with Suite 11i").

[141] *See, e.g.,* Deposition of Tom Rathjens (HP 30(b)(6)) (June 30, 2006) at 98:17-21.

**Confidential**

believe that there were significant undisclosed problems with the product at the time. Though Plaintiffs attempt to suggest that Oracle's implementation was troubled, the evidence in this case does not support this conclusion. Given the size of the product and the size and global nature of the company, the evidence suggests the implementation was relatively smooth.[142]

## XI  THE EVIDENCE IN THIS CASE DOES NOT SUPPORT PLAINTIFFS' CLAIM REGARDING "LOST DEALS"

### XI.1  Oracle Did Not Lose Third Quarter Deals Because Of Problems With Suite 11i, Much Less Unknown Or Unexpected Problems

233.         As described in the expert report of Glenn Hubbard, Oracle's earnings guidance is primarily based on the Upside Report, which is based on a roll-up of sales opportunities contained in Oracle's quarterly sales "pipeline," along with aggregated forecasts from the business units (which are themselves based on sales representatives' forecasts about specific deals and business unit judgment). The pipeline includes all deals that sales representatives are pursuing or that have closed for the quarter. The Upside Report provides a comparison of the forecast to the pipeline, and in particular, against the historic rate at which deals in the pipeline closed from the same quarter in the prior fiscal year. Had Oracle achieved the same conversion ratio in the third quarter of fiscal year 2001 that it had achieved in the third fiscal quarter of 2000, Oracle would have achieved its guidance of $0.12 EPS. [143]

234.         As noted more fully below, Plaintiffs have not identified the collection of customers that they claim declined to purchase Oracle's product due to Suite 11i defects. In order to determine whether "product problems" resulted in the failure to close the deals identified in Oracle's internal sales pipeline, I reviewed evidence relating to over 100 transactions in the pipeline for Q3 2001. It is my understanding from counsel that these deals represent all potential deals in Oracle's Q3 2001 sales pipeline – both forecast and "best case" – that at any point were projected to have the potential to exceed $2 million, but subsequently failed to close during that quarter. Because Plaintiffs allege that the problems with Suite

---

[142] *See* Deposition of Ron Wohl (March 23, 2006) at 242:25-243:8 ("Oracle for the U.S. was a very complex customer of our own products, so it – you know, Oracle had a lot of testing to go through. ... So it was a substantial effort to upgrade."). Despite this, Oracle "solved the problems, got the system up and running, and we were fine." Deposition of Larry Ellison (September 21, 2006) at 351:4-5; *see also* Deposition of Ron Wohl (March 23, 2006) at 238:5-8 ("If I remember correctly, we were pretty pleased that the first instances went up sometime over the summer, I believe, quickly."); Deposition of Sukumar Rathnam (May 18, 2006) at 136:4-8; Deposition of Valerie Borthwick (April 11, 2006) at 195:4-6; *compare* Deposition of Tom Rathjens (HP 30(b)(6)) (June 30, 2006) at 98:17-21 ("Because within HP, to implement this enterprise type wide software is a very difficult task; and even with the Seibel software that we moved to afterwards, I think it was three years ago, we are still trying to implement it.").

[143] *See* Expert Report of R.Glenn Hubbard, at Section VI.

11i caused deals involving other products, including database and tools, to fall out of the quarter, I reviewed all of the deals over $2 million, even if they included products other than applications.[144]   In addition, I reviewed a number of the largest remaining deals that appeared to have a heavy applications component, as well as any potential deals relating to the customers identified by Plaintiffs.   I believe that sampling of the largest potential transactions in Oracle's pipeline for Q3 2001, as well as those identified by Plaintiffs and others with a particularly significant applications component – provides me with a reasonable and sound basis upon which to base my opinion about the lost deals generally.

235.        Based on this review, there is no evidence that would support the contention that unknown or unexpected product quality issues with Suite 11i, caused the failure of these deals to be signed in Oracle's Q3 2001.

236.        Similarly, there is no evidence that these deals failed to be signed in Oracle's Q3 2001 because customers became aware of facts that were inconsistent with Oracle's statements regarding integration and interoperability.

### XI.1.1  My review of key "Lost Deals"

237.        There is very little evidence of Suite 11i product issues related to the Q3 2001 deals.[145]   Though there is limited evidence in this case with respect to many of the transactions – as discussed in paragraph 242 below – the evidence that has been produced provides a wide variety of reasons why these deals were deferred to subsequent fiscal quarters, reasons which have nothing to do with the product.

238.        In very few deals from Oracle's 3Q 2001 sales pipeline were the stability and performance of Suite 11i even mentioned. Certainly nothing indicated that product quality was unusually bad, or noticeably lower than Oracle (or any other vendor) would have expected from a relatively new and massive release of business enterprise software.

239.        In the evidence I have reviewed, there are a few documents that suggest customers held off on purchasing Oracle's Suite 11i product because of its lack of maturity or depth of functionality compared to other, sometimes more specialized,

---

[144] *See* Plaintiffs' Responses to Contention Interrogatories at Response to Interrogatory No. 10.

[145] In fact, even the witnesses cited in the Complaint to support Plaintiffs' allegation that sales were lost due to problems with Suite 11i undermined that very proposition at their depositions. *See, e.g.*, Deposition of CW 27 (June 17, 2006), 38:8-19 ("Q.  You've been described as stating that defects in 11i caused several other customers to either delay planned purchases of 11i until Oracle could fix the problems or cancel deals altogether.   A.   There is no way I could have stated that because I don't know any, you know…"); Deposition of CW 32 (August 14, 2006), 49:6-10 ("Q.  Are you aware of any customers that decided not to license Suite 11i -- the CRM side of Suite 11i due to problems or perceived problems with the product?  A. No."); Deposition of CW 21 (June 21, 2006), 43:10-19 ("Q.  So you don't remember any customers that canceled their order of 11i due to problems or perceived problems with the software?  A.  No.").

**Confidential**

offerings.[146] Such decisions, however, have nothing to do with defects (much less undisclosed or generally unknown defects) in the software product. Every major release of business enterprise software lacks maturity in its early stages and potential customers are well aware of that fact.[147] It is also true that sometimes a competitor's best-of-breed offerings have more functionality. Far from some unknown "problem", this is the very trade-off (depth of functionality versus breath of coverage) that Oracle discussed with analysts and customers.[148] Like any software, Suite 11i could have had more features and functionality, but it was nonetheless a complete ERP system.[149]

240.       Indeed, if there *were* suspicions, concerns, or rumors of serious stability problems in a new ERP system being considered by a customer, it is highly unlikely that the customer would fail to raise these doubts during its technical evaluation process. Stability issues might be overlooked in a small, seldom-used software package, but ERP systems like Oracle's Suite 11i (as well as comparable products from SAP, PeopleSoft, J.D. Edwards, Baan, and others) are typically employed by hundreds of simultaneous business users on a daily basis, to run every aspect of the company's day-to-day business. There would be no reticence, nor the slightest hesitation, to raise the issue, investigate it, confront the vendor about it, and – if appropriate – identify it as a significant factor in a decision to defer implementation or cancel a pending purchase.

241.       In summary, while I observed some discussion of the Suite 11i product in my review of the evidence related to the "lost deals," there was no evidence that

---

[146] *See, e.g.,* February 22, 2001 email from E. Baker to S. Sanderson, *et al.* Re: "Urgent Gap 2/20 (Need Larry to circle back with John Lillie)" (NDCA-ORCL 298746-50) (noting that The Gap was considering a more mature, retail-specialized competitor's retail module over Oracle's WMS module); January 19, 2001 email from M. Tasooji (Disney) to G. Roberts Re: "WDW CRM Decision" (NDCA-ORCL 063552) (citing as the reason for not going forward with Oracle CRM the fact that it was not market-ready and the functionality was not mature yet compared to competitors).

[147] Deposition of CW 17 (formerly of Eaton Corporation) (June 8, 2006) at 149:2-5; *see also ibid*, at 148:19-149:1 and 149:6-7.

[148] Transcript of AppsWorld Keynote Speech (Larry Ellison), February 13, 2001 (NDCA-ORCL 141544-602) at 141548-9 ("Because the fact is the eBusiness suite does not have everything that GE wants. We admit the eBusiness suite does not have everything that our customers want. But we have 80 percent or 85 percent or 86 percent. And an 85 percent solution in five months is better than 100 percent solution that you dream about happening in two years or three years after you heavily modify our software."); *see also* A. Roskill, *ORCL: Analyst Meeting*, Warburg Dillon Reed, LLC Analyst Report (NDCA-ORCL 308701-03) at 308701 ("While [Oracle] management conceded that some point solutions might have minor functional advantage, it does not outweigh their breadth of product.").

[149] L. Lederman, *Report From Oracle's Analyst Day: Maintain Buy Rating*, Blair, William & Co. Analyst Report, April 5, 2000 (NDCA-ORCL 308696-99) at 308696 ("With the release, the company has a full e-business applications suite, including marketing software, electronic store, salesforce automation, call center, supply chain, e-procurement and back-end ERP (including accounting, manufacturing, and human resources).").

product problems existed that were out of the ordinary for a major ERP release of this size, or that any such product-related issues were the reason deals failed to close. As a result, I do not believe that undisclosed or unexpected quality problems with Suite 11i caused deals to be lost. Nor have I seen any evidence that deals in Oracle's Q3 2001 sales pipeline failed to close because of problems that undermined Oracle's statements that the product was integrated and interoperable.

### XI.1.2   The deals specifically identified by Plaintiffs

242.         It is my understanding that, although Plaintiffs have made a number of vague allegations that customers decided not to purchase various Oracle products (including Suite 11i, database and related products) in the third quarter of Oracle's Fiscal Year 2001 ("Q3 2001") because of problems or perceived problems with Suite 11i,[150] Plaintiffs have not provided any comprehensive description of the specific deals allegedly lost due to undisclosed product problems, nor have they identified any evidence that would support that conclusion with respect to specific transactions.

243.         Plaintiffs have identified several customers they claim refused to purchase Oracle products as a result of Suite 11i problems. I have reviewed the evidence in this case that appears to relate to the reason these transactions failed to close; this evidence does not support Plaintiffs' claims.

244.         First, Plaintiffs identified a number of companies – including McDonald's, TMP Worldwide and Barclays – that they suggest had difficult Suite 11i implementations; and Plaintiffs presumably argue that these companies failed to close deals related to Suite 11i in Q3 2001.[151] My understanding from counsel is that no sales of Suite 11i (or any other product, for that matter) to any of these entities were included in Oracle's forecasts in Q3 2001.

245.         Second, Plaintiffs allege several specific customers encountered difficulties implementing Suite 11i, and that as a result, "several major sales expected in the third quarter fell through."[152] In connection with this allegation, Plaintiffs have identified General Electric Aircraft Engines, Telia AB, Ingersoll-

---

[150] *See* Plaintiffs' Responses to Contention Interrogatories at Response to Interrogatory No. 10 ("Customers and potential customers of defendants declined or deferred purchasing Suite 11i due to the problems with Suite 11i."), No. 6 ("Oracle customers had rejected/declined to purchase 11i or reduced purchases and implementation commitments modules because the product did not work as represented."), and No. 7 ("The problems with 11i affected Oracle's ability to sell to potential customers both directly and indirectly. ... Customers were refusing to buy additional products from Oracle as a result of their terrible experience with 11i.").

[151] *See* Plaintiffs' Responses to Contention Interrogatories at Third Supplemental Response to Interrogatory No. 7 at 77-79.

[152] RSAC paragraph 54.

Rand, Hewlett Packard, JDS Uniphase, Principal Financial Group, Nantucket Nectars, Alliance Coal, New York City Housing Authority, GE Capital, Motorola, Health Net, Citibank, Eaton, and Hostcentric.[153]

246.    The evidence related to this second group of transactions also fails to support Plaintiffs' claims. The majority of these companies had no deals in Oracle's pipeline in Q3 2001. Others failed to close because the parties could not agree on price or terms or available functionality by the end of the quarter. Many of these deals thus closed in Q4 2001 instead. I did not observe customers who otherwise would have entered into license deals, but failed to do so based on product problems that were out of the ordinary, or otherwise unknown or unexpected. Nor did I observe any customers who refused to purchase products because of facts about 11i that would have rendered Oracle's statements regarding integration and interoperability incorrect.

## XI.2  There Is A Variety Of Evidence Showing That Deals Did Not Close For Reasons Unrelated To The Alleged Problems Identified By Plaintiffs

247.    The record contains substantial evidence showing that many deals in Q3 2001 failed to close for reasons that had nothing to do with Suite 11i.[154] A common cause was unsuccessful negotiations regarding pricing, discounts, contracting, and licensing. In my experience, it is extremely common for deals to slip into subsequent quarters because customers of large, business enterprise software know that the best time to engage in negotiations is at the end of the software vendor's reporting period.[155] There are numerous examples of large deals falling out at the very end of the quarter because of such negotiations.

248.    A potential $12-25 million deal with The Gap, Inc. for database, applications, and tools in Oracle's Q3 2001 sales pipeline failed to close because of various negotiations of the terms. It appears that, late in February 2001, a deal for database (i.e., "Technology") was on course to close at the end of the quarter.[156] The customer eventually linked this deal to a large potential deal for

---

[153] *Ibid*, paragraph 54(a)-(m).

[154] As Mr. Hubbard's Report also notes, it always is the case that many deals do not close. In any given period, most of the potential deals fail to close by the end of the quarter.

[155] *See, e.g.,* February 24, 2001 email From Tony Rabold (Lucent) to Jeffrey Herbine, *et al.* (Lucent) Re: "Oracle (DB) software license" (LT 0167) ("[T]he end of Oracle's fiscal year is the best time to negotiate (May); followed by the end of their quarters.").

[156] *See* February 22, 2001 email from E. Baker to S. Sanderson, *et al.* Re: "Urgent: Gap 2/20 (Need Larry to circle back with John Lillie)" (NDCA-ORCL 298746-50).

**Confidential**

applications as well, but still planned to close by the end of the quarter.[157] And while the deal failed to close in Q3,[158] The Gap nevertheless purchased $25 million of Oracle products in Q4 2001, including over $8 million of Suite 11i applications.[159]

249.        A potential $4.2 million deal with Loudcloud, Inc. for database and applications failed to close at the end of Q3 2001 because Loudcloud returned the signed deal documents to Oracle after midnight on February 28, 2001, and Oracle was therefore obligated to treat it as a Q4 2001 deal.[160] The delay over the signed documents had nothing to do with the products, and Loudcloud later purchased $4.3 million of Oracle database and Suite 11i applications in Q4 2001.[161]

250.        A potential $12.6 million deal with the New York State Office of Finance & Technology ("NYS OFT") failed to close at the end of Q3 2001 because of last minute negotiations and approval issues.[162] Similarly, a potential $8-24 million deal with Solectron Corporation for database and ERP applications failed to close because negotiations regarding pricing and support broke off near the end of Q3 2001.[163] In any event, Solectron purchased $10.4 million of Oracle product in Q4 2001, including database, tools, and ERP applications.[164]

---

[157] *See* OPI Forecast – Q3 '01 Week 12, February 15, 2001 (NDCA-ORCL 079145-47) at 079146 ("Customer has linked 2 deals - tech and Apps together, but still talking Feb deal.").

[158] *See* February 26, 2001 email from L. Mahon to T. Williams, *et al.* Re: "Big Deal Update February 26 Workday -3" (NDCA-ORCL 147090-95) at 147094 ("The GAP for $17m fell off today.").

[159] *See* Product Revenue Reporting Package, Q4 FY2001 (NDCA-ORCL 110948-1032), at 110954.

[160] *See* NAS Big Deals Scenario, Q3 '01 Week 13 Spreadsheet (NDCA-ORCL 080190) ("Moved to Q4: March Deal – Closed Paperwork received after midnight.").

[161] *See* Product Revenue Reporting Package, Q4 FY2001 (NDCA-ORCL 110948-1032), at 110955.

[162] *See* Deposition of Jay Nussbaum (June 22, 2006) at 586:12-22 ("It was on our forecast list to have been done … It didn't get done … New York State and New York City [were] debating within themselves over State contracts, and we were still – I'm not – they were still holding us for a better discount, which we were at that point, in Q3, unwilling to do."); *see also* OSI Q4 '01 (NDCA-ORCL 116720-116723), at 116722 ("[M]eeting with customer on a daily basis to finalize paperwork and address individual agency concerns/questions. OFT will begin reviewing paperwork with the Attorney General and the Comptrollers Office 5/18 … may slip a week.").

[163] *See* February 25, 2001 email From M. DeCesare to HQAPP, *et al.* Re: "URGENT REAPPROVAL: Solectron" (NDCA-ORCL 140423-30) at 140423 (noting that negotiations regarding support renewal was holding up the deal because Solectron was "asking for this to go away"); *see also* OPI Forecast – Q3 '01 Feb. 26, 2001 (NDCA-ORCL 084762-63) 084762 (indicating in a handwritten note that Solectron was asking for a 50% backout clause).

[164] *See* Product Revenue Reporting Package, Q4 FY2001 (NDCA-ORCL 110948-1032), at 110954.