# EXHIBIT 41

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

--oOo--

In re: ORACLE CORPORATION     Master File No.

SECURITIES LITIGATION      C-01-0988-MJJ (JCS)

_____/  CLASS ACTION

-- TRANSCRIPT DESIGNATED AS CONFIDENTIAL --

Videotaped Deposition of

RANDALL W. JENSEN, PH.D.

_____

Friday, July 13, 2007

Reported by:

Leslie Rockwood

CSR No. 3462

Job No. 75321

---

**Page 3**

INDEX OF EXAMINATION

Page

Examination by Mr. Gibbs          5, 119

by Mr. Williams          115

INDEX OF EXHIBITS

Number     Description          Page

EX 1   Rebuttal Declaration of Randall      4
       W. Jensen, Ph.D., 5/25/07.

EX 2   Expert Report of Edward Yourdon,      4
       5/25/07.

EX 3   Copy of Estimating Software       16
       Costs, Second Edition, Capers
       Jones.

EX 4   Excerpt from Applied Software       54
       Measurement, Second Edition,
       Capers Jones.

--oOo--

---

**Page 2**

APPEARANCES:

For the Plaintiffs and the Witness:
   Shawn A. Williams
   -and-
   Daniel Pfefferbaum
   Lerach Coughlin Stoia Geller
   Rudman & Robbins, LLP
   100 Pine Street, Suite 2600
   San Francisco, California 94111
   (415) 288-4545

For the Defendants:

   Patrick Gibbs
   -and-
   Sean P. J. Coyle
   Latham & Watkins, LLP
   140 Scott Drive
   Menlo Park, California 94025-1008
   (650) 328-4600

The Videographer:  Marty Majdoub

---

**Page 4**

BE IT REMEMBERED that on Friday, July 13, 2007,

commencing at the hour of 11:00 a.m., at the Law Offices

of Latham & Watkins, LLP, 140 Scott Drive, Menlo Park,

California, before me, LESLIE ROCKWOOD, a Certified

Shorthand Reporter in the State of California, personally

appeared

           RANDALL W. JENSEN, PH.D.,

called as a witness by the Defendants in the

above-entitled action, who, having been duly sworn, by

the Certified Shorthand Reporter to tell the truth, the

whole truth and nothing but the truth, testified under

oath as follows:

           --oOo--

           (Exhibits 1 and 2 marked.)

           THE VIDEOGRAPHER:  Good morning.  Here begins

Videotape Number 1 in the deposition of Randall Jensen in

the matter of Oracle Corporation litigation in the United

States District Court, Northern District of California,

San Francisco Division, case number C-01-0988-MJJ (JCS).

           Today's date is July 13, 2007.  The time is

11:00 a.m.  This deposition is being taken at 140 Scott

Drive, Menlo Park, California.  The videographer is Marty

Majdoub, here on behalf of Esquire Deposition Services,

505 Sansome, Suite 502, San Francisco, California.

           Would all counsel present please identify

**5**

1   yourselves and state whom you represent.
2          MR. GIBBS:  Patrick Gibbs of Latham & Watkins
3   for the defendant.
4          MR. COYLE:  Sean Coyle of Latham & Watkins
5   for the defendants.
6          MR. WILLIAMS:  Shawn Williams, Lerach
7   Coughlin, on behalf of the plaintiffs and the witness.
8          MR. PFEFFERBAUM:  Daniel Pfefferbaum, Lerach
9   Coughlin, on behalf of the plaintiffs and the witness.
10          THE VIDEOGRAPHER:  Would the court reporter
11   please swear in the witness.
12          THE REPORTER:  Raise your right hand, please.
13          You do solemnly state that the evidence you
14   shall give in this matter shall be the truth, the whole
15   truth and nothing but the truth, so help you God.
16          THE WITNESS:  I do.
17          THE REPORTER:  Thank you.
18          EXAMINATION BY MR. GIBBS
19   Q.  Good morning, Dr. Jensen.
20   A.  I'm sorry?
21   Q.  I said, "Good morning, Dr. Jensen."
22   A.  Good morning.
23   Q.  My name is Patrick Gibbs.  As I said, I
24   represent the defendants in this matter.
25          First of all, before we get started, do you

**6**

1   have a preference between Dr. Jensen and Mr. Jensen?
2   A.  Randy.
3   Q.  I'm not sure I'll be able to get comfortable
4   with that, but if I slip into "Mr." as opposed to Dr., I
5   apologize.  It may just happen from time to time.
6          Have you ever been deposed before?
7   A.  Yes.
8   Q.  How many times?
9   A.  Once.
10   Q.  And were you serving as an expert witness in
11   that case?
12   A.  Yes.
13   Q.  Is that the only case in which you've served
14   as an expert witness?
15   A.  Yes.
16   Q.  Let me just go over some of the basics of the
17   deposition process.  I'll be asking you a series of
18   questions here today.  You understand, I assume, that
19   your answers here are under oath just as if you were
20   giving them in court.  Correct?
21   A.  Uh-huh, yes.
22   Q.  And you need as much as possible to give a
23   verbal response like a "yes" or a "no" --
24   A.  No nods.
25   Q.  Correct.  And try as best you can to wait

**7**

1   until my question is completely finished before you start
2   answering so the court reporter can take down everything
3   that's said here today.
4          Let me know if you ever want to take a break
5   at any time.  It's your choice.  We've started a little
6   late here today with the hope and expectation that we
7   don't need a full day, and I'll do my best to accomplish
8   that.
9          Let me ask you first about the case in which
10   you gave a deposition as an expert witness.  Your report
11   in this case, which we've had marked and placed in front
12   of you as Exhibit 1, says that you have not been retained
13   as an expert within the last four years; is that correct?
14   A.  That's correct.
15   Q.  When was that case in which you gave a
16   deposition --
17   A.  About the year 2000.
18   Q.  Okay.  Try to wait until I'm done with the
19   question.  I know that --
20   A.  I'm sorry.
21   Q.  2000.  And what was that case about?
22   A.  A contractor was suing the Air Force for work
23   they performed on a system development.  The system was
24   never delivered, and they were suing for five years of
25   wages or costs.  My service there was to estimate what

**8**

1   the cost of developing the system should have been.
2   Q.  I see.  And this was custom-built software?
3          MR. WILLIAMS:  Objection.  Form.
4          THE WITNESS:  Yes, it was.  It's -- it was an
5   avionics system.
6   Q.  BY MR. GIBBS:  And did your testimony in any
7   way bear on the quality of any software that the vendor
8   had delivered?
9          MR. WILLIAMS:  Objection.  Form.
10          You can answer the question.
11          THE WITNESS:  Okay.  Quality is a strange
12   word.  It means a lot of different things to different
13   people.  They never delivered a product.  So quality is
14   sort of a non-entity here.
15   Q.  BY MR. GIBBS:  "Here" meaning in that case
16   you testified?
17   A.  In that particular case.
18   Q.  Okay.  So did you offer an opinion on any
19   subject other than what it should have cost to deliver
20   the system?
21   A.  Yes, I did.  Besides what it should have
22   cost, I reviewed and analyzed their proposal that they
23   started the contract with and essentially pointed out
24   that they didn't have the technical capability to build
25   the system in the first place.

9

1    Q. Any other subjects of testimony?

2    A. No.

3    Q. Any other opinions that you offered in that

4    case, setting aside the testimony?

5    A. No.

6    Q. And that's the only other case besides this

7    one in which you've been retained as an expert witness?

8    A. Yes, that's true.

9    Q. Let me ask you a little bit about your --

10   well, let me back up.

11       I'd like to try to reach agreement on some

12   terms that we'll be using here today.

13   A. Okay.

14   Q. Do you have an understanding of what

15   enterprise application software is?

16   A. Yes, I do.

17   Q. How would you describe that category of

18   software?

19   A. It's a -- well, a product that's more than

20   just a core or an operating system. It's a database. It

21   has application packages attached to it. I would equate

22   it to something maybe in a way like Microsoft Office,

23   where there's an underlying operating system database,

24   and attached to that are application packages which are

25   integrated with that. That's a simple explanation.

10

1    Q. Okay. Are you familiar with the term

2    "enterprise resource planning" or "ERP software"?

3    A. Yes.

4    Q. Would you agree that people sometimes use the

5    term "ERP software" as a synonym for business

6    applications software?

7    A. I've heard them do that.

8    Q. Okay. And would you agree with me that

9    Oracle's Suite 11i software would generally be considered

10   business application software?

11   MR. WILLIAMS: Objection. Form.

12   THE WITNESS: It's a -- I would consider it

13   that.

14   Q. BY MR. GIBBS: Okay. So if I use the term

15   "enterprise" or "business application software" to talk

16   about Suite 11i and other products in that category,

17   would you understand that?

18   A. Yes, I would.

19   Q. What other companies' products do you think

20   of as fitting within that same category of business

21   enterprise application software?

22   A. Oracle, PeopleSoft, RT, SAP, another one.

23   They're the major players.

24   Q. J.D. Edwards?

25   A. I'm sorry.

11

1    Q. J.D. Edwards?

2    A. I know very little about that.

3    Q. Okay. How about Baan, B-a-a-n, are you

4    familiar with them?

5    A. I know very little about that.

6    Q. In your prior employment, have you ever done

7    any development work relating to enterprise application

8    software?

9    A. I have not developed any software for

10   enterprise systems. It's been most -- it's for software

11   products, stand-alone applications.

12   Q. The development work that you've done?

13   A. The development work I've done.

14   Q. And what categories of software products?

15   A. The most recent is an estimating system that

16   in my own mind, I think, is the finest on the market.

17   Other than that, I've done space application software for

18   military. I've done computer-aided design software.

19   Q. Any other categories you can think of?

20   A. If we go back far enough, we could talk about

21   ecology modeling.

22   Q. Okay. I realize it's been a long career, and

23   you may not remember every piece of software you ever

24   developed.

25   A. Nor do I want to remember.

12

1    Q. I'm sure. Would it be fair to say that the

2    bulk of your employment history in the software industry

3    has been focused on military applications?

4    A. Largely.

5    Q. Would you agree with me that military

6    applications are -- strike that.

7       You indicated you have no experience in

8    developing enterprise applications software. What about

9    implementing enterprise application software; do you have

10   any experience doing that?

11   MR. WILLIAMS: Objection. Form.

12   THE WITNESS: I'm trying to put it together

13   in my head. In a way, yes. A direct answer to your

14   question, it's a little bit kind of vague to me.

15   Q. BY MR. GIBBS: Okay. Can you explain in a

16   way, yes?

17   A. In a way, yes. Okay. This past week, as a

18   matter of fact, working with a -- one of the government

19   agencies, they're having problems getting their software

20   to interface with their bolt-on applications. You know

21   what I mean by bolt-on?

22   Q. I do.

23   A. Okay. And I was part of a team that went

24   back and -- essentially to predict or project the

25   costs -- not costs, that's not the right word -- project

13

1  the schedule at which they will be complete.  The agency
2  asked us to come back and essentially answer why are they
3  late.
4        Q.  And what enterprise application software
5  product is in use in that project?
6        A.  That's a PeopleSoft-based system.  PeopleSoft
7  on an Oracle backbone.
8        Q.  And which categories of PeopleSoft software
9  are in use in that project?
10       MR. WILLIAMS:  Objection.  Form.
11       THE WITNESS:  I'm not sure I should go into
12 the details of what the system is.
13       MR. WILLIAMS:  And actually, before you go
14 further, there's one thing we didn't talk about in
15 detail.  If any of the information or questions that
16 Mr. Gibbs asks you requires you to disclose information
17 that might be confidential or some might deem
18 confidential, it's appropriate for you not to answer that
19 question.  Okay?
20       THE WITNESS:  We were just getting there.
21       BY MR. GIBBS:  Okay.  I believe you said this
22 project was just this past week.  So I take it you didn't
23 work on this project before you formed your opinion in
24 this case; is that correct?
25       A.  On the Oracle project (indicating), right.

14

1        Q.  Correct --
2        A.  That's true.
3        Q.  Okay.  And so you didn't rely on your work on
4  this military project you've just been describing in
5  forming your opinions in this case?
6        A.  No, it's just background.
7        Q.  And do you have any other experience
8  that touches on the implementation of enterprise
9  application software?
10       MR. WILLIAMS:  Objection.  Form.
11       THE WITNESS:  The implementation?
12       Q.  BY MR. GIBBS:  Uh-huh.
13       A.  You mean developing the interfaces,
14 developing the customization?  Is that what you're
15 asking?
16       Q.  That's a fair point.  Let's try to get some
17 baselines on terms.
18       When I talk about implementing an enterprise
19 application system, what would you understand
20 implementation to mean?
21       MR. WILLIAMS:  Objection.  Form.
22       When you're talking about it, what does he
23 understand --
24       MR. GIBBS:  Fair enough.  Let me rephrase.
25       Q.  What do you understand the term

15

1  "implementation" to mean in the context of the
2  implementation of enterprise application software?
3        A.  Most of the enterprise application systems
4  I've dealt with involve taking a baseline product, like
5  11i would be an example, and customizing it to work
6  with -- I'll call it peculiar, not specifically Oracle
7  databases, applications that are not specifically Oracle.
8        So the software has to be customized to do it
9  at another job, basically.  The data formats are not the
10 same.  The needs are not exactly the same.  So that's
11 typically what implementation is to me.
12       Q.  Okay.  I think that's fair enough.
13       So having in mind your understanding of the
14 term, you've just described one project you worked on
15 last week involving a military project of implementing
16 some enterprise application software.  And my question
17 is:  Do you have any other work experience in
18 implementing enterprise application software?
19       A.  Other than projecting the work involved, how
20 much it will cost, how long it will take, that's pretty
21 much what we do.
22       Q.  Okay.
23       A.  Conversion, customization, interfaces.
24       Q.  And that's based on your -- your research
25 over many years in the estimating field?

16

1        A.  And experience, yeah.
2        Q.  Okay.  So in terms of the actual on-site work
3  doing the implementation, data conversion, working with
4  the interfaces, things like that, you haven't actually
5  done that kind of implementation work?
6        A.  No.
7        Q.  Okay.  You mentioned your estimating work.  I
8  want to mark and place in front of you a third exhibit
9  here.  It's actually something I think you're familiar
10 with.  It's Capers Jones' book, Estimating Software
11 Costs?
12       A.  Oh, yes.  Yes.
13       MR. GIBBS:  We're going to mark the whole
14 book as Exhibit 3.
15       (Exhibit 3 marked.)
16       Q.  BY MR. GIBBS:  First question, actually, is
17 about the very first page.  I promise we won't go through
18 page-by-page, but the about the author section starts
19 with a sentence that says, quote:  Capers Jones is a
20 leading authority in the world of software estimating,
21 measurement, metrics, productivity and quality," end
22 quote.
23       Do you have that language in front of you?
24       A.  Right there (indicating).
25       Q.  Do you agree with that?

**17**

1    A. Yes, he is.

2    Q. And you've read his book, Estimating Software

3  Costs?

4    A. Yes.

5    Q. I see. Okay. How about Watts Humphrey; do

6  you know who he is?

7    A. Yes, I do. He's the -- well, I'll call it

8  the CMMI expert for the world. He came from IBM, works

9  at Carnegie Mellon.

10    Q. What's CMMI?

11    A. Capability maturity model improved.

12    Q. Have you ever heard Mr. Humphrey referred to

13  as the father of software quality?

14    A. Do I need to answer that?

15    MR. WILLIAMS: Yes.

16    THE WITNESS: Yes, okay. The reason I --

17  yes, I've heard him called that.

18    Q. BY MR. GIBBS: You agree or disagree with

19  that?

20    A. From my estimating background, I disagree

21  with that.

22    Q. Why is that?

23    A. Claims for productivity improvement using

24  CMMI, I think, are exaggerated, my opinion.

25    Q. CMMI is a methodology that he's developed,

**18**

1  and you believe that claims made about the productivity

2  increases that can be achieved using that method are

3  overstated?

4    A. If you get your process down, people are

5  interchangeable. I don't believe that.

6    Q. Does he have expertise in software

7  development?

8    MR. WILLIAMS: Objection. Form.

9    THE WITNESS: I don't know. That's

10  outside --

11    Q. BY MR. GIBBS: Fair enough. We've had your

12  report in this matter marked as Exhibit 1. It's now

13  underneath the bound copy of Mr. Jones' book.

14    A. Okay.

15    Q. First question is: How did you go about

16  determining what your assignment would be in this case?

17    MR. WILLIAMS: Let me just object to the form

18  of the question. And if your answer requires you to

19  testify as to conversations that you've had with any of

20  the lawyers in the case, I'd instruct you not to answer

21  the question. But if you can answer it without doing so,

22  go ahead.

23    THE WITNESS: I was asked to look at the Ed

24  Yourdon report and the rebuttal to that report and give

25  my opinion on some particular issues about the report in

**19**

1  terms of productivity and errors.

2    Q. BY MR. GIBBS: Those are the three issues

3  mentioned --

4    A. Yes.

5    Q. -- in your report?

6    A. (Witness nods head.)

7    Q. Okay. When you say look at the rebuttal to

8  the report, do you mean Mr. Hilliard's rebuttal to

9  Mr. Yourdon's report?

10    A. Mr. Yourdon's rebuttal to Mr. Hilliard's

11  report.

12    Q. We received your rebuttal report on the same

13  day that we produced Mr. Yourdon's rebuttal report. So

14  let me ask you: Do you intend to offer at trial any

15  opinions about Mr. Yourdon's rebuttal report?

16    A. Not outside of these questions or these

17  conclusions I drew.

18    Q. Okay. So the opinions you're going to offer

19  at trial are all set forth here in your rebuttal report?

20    A. Pretty much.

21    Q. Pretty much. Is there anything else?

22    A. No.

23    Q. Okay. Let me ask you to turn to your

24  Conclusion Number 1.

25    A. Okay.

**20**

1    MR. WILLIAMS: Page?

2    MR. GIBBS: There's no page numbers.

3    THE WITNESS: It's a short report.

4    MR. GIBBS: It is. I think the conclusion

5  numbers will be easy enough to work with.

6    Q. And let me start, actually, with the second

7  page of that conclusion. The first line in the first

8  full paragraph on that conclusion, second page says,

9  quote, "However, the whole approach of calculating

10  function points from staff hours is misleading because

11  the calculation method is not sufficiently precise to be

12  useful," end quote.

13    So is it in fact your opinion that it is not

14  possible to calculate a meaningful number of function

15  points using staff hours?

16    MR. WILLIAMS: Objection. Form.

17    THE WITNESS: No, it is not.

18    Q. BY MR. GIBBS: It is not your opinion or it's

19  not possible?

20    A. It's not possible.

21    Q. Okay. So in terms of trying to estimate

22  function points, staff hours are just useless?

23    MR. WILLIAMS: Object --

24    THE WITNESS: They're useful as a

25  cross-check.

21

1    Q. BY MR. GIBBS: Okay. But you go on to say
2  the only reliable method of determining function points
3  is to have a function point counter count them.
4    A. Yes. These people are trained to do this.
5  They look at systems using a process I've described right
6  here and a rule book basically that's about two inches
7  thick. They count the number of function points in a
8  system from requirements or in a system that previously
9  exists.
10    Q. You have not performed function point count
11  of Suite 11i, have you?
12    A. No, I have not. I don't -- no.
13    Q. Do you know whether anyone has?
14    A. From what I've read in the reports, I don't
15  believe so.
16    Q. You're not aware of anyone having
17  performed --
18    A. I'm not aware of it.
19    Q. Let me ask you to wait until I'm finished
20  with the question, please.
21    A. Okay.
22    Q. It's a natural tendency, I understand.
23    So to your knowledge, Mr. Hilliard has not
24  performed a function count; correct?
25    A. No.

22

1    Q. So is it fair to say that you don't know how
2  large Suite 11i was when it was released?
3    A. No, I do not.
4    MR. WILLIAMS: I'm just going to object to
5  the last question as to form.
6    MR. GIBBS: Okay.
7    Q. Just looking at your Footnote Number 6 there
8  on the same page, it says, "It is my experience that
9  modifying earlier versions of a software module requires
10  nearly the same effort as developing it from scratch."
11    The first question in it says my experience.
12  I take it that's based on your software development
13  experience that we've talked about here?
14    A. I have been -- well, even in the Capers Jones
15  book that he gives me credit for being one of the first
16  and longest running software estimators in the business.
17  And from that experience, and from the model development
18  that I've done over the past 30 years, I would definitely
19  say that that's true.
20    Q. Okay. Can you quantify "nearly"?
21    A. When you talk about building new software,
22  you have to design it, you have to code it, you have to
23  test it.
24    Q. Uh-huh.
25    A. The three normal requirements: Design, code,

23

1  and test. When you're modifying software, you have to
2  first of all figure out what the software does so you can
3  modify it, reverse engineer the software, and when
4  someone else has written the software, you're trying to
5  operate inside their mental frame. Okay?
6    That takes -- that's very expensive. It
7  takes a lot of time. If you're going to make changes to
8  that, you have to understand the software well enough to
9  make the changes correctly without destroying the rest of
10  the software or damaging another portion. You have to
11  test the software changes you make, plus do regression
12  testing on the software that you did not change to make
13  sure there were no negative impacts to what you did.
14    And when you add up the hours involved in
15  doing that, it comes out almost the same, not quite the
16  same, and sometimes it can be more than doing it from
17  scratch.
18    Q. But the question of whether it's a little bit
19  less than or the same or more than doing it from scratch
20  will depend on a number of variables, some of which
21  you're identified there?
22    A. Your familiarity with the software, the
23  complexity of the software. A term we use -- you may
24  understand this or not -- "spaghettiness" of the
25  software.

24

1    Q. I don't understand that.
2    A. Okay. Let me explain. "Spaghetti" is what
3  we call software that doesn't seem to have any structure
4  to it. It's just patches and stuff. If it's spaghetti
5  enough, or looks like spaghetti, it's not modifiable, and
6  it's easier to throw it away and start over than to try
7  and understand what was done before.
8    Q. Okay. And you mentioned the familiarity with
9  the software. I take it it makes a difference whether
10  the person doing the modifications worked on the original
11  development of the software being modified; correct?
12    A. Definitely.
13    Q. It helps?
14    A. Definitely.
15    Q. Okay. You haven't done any analysis of any
16  of the factors you've just identified as affecting
17  whether modifying software is -- takes more or less time
18  than building it from scratch with respect to Suite 11i,
19  have you?
20    A. No, not with respect to 11i.
21    Q. So all those factors you've just mentioned,
22  how familiar are the people with the software, how
23  spaghetti-like is the software, you've not analyzed any
24  of those factors --
25    A. No, I have not.

25

1    Q.  --with respect to Suite 11i; correct?

2    A.  No.

3    Q.  No, you have not done it?

4    A.  No, I have not.

5    Q.  Now, you mentioned that staff hours may be

6  useful as a cross-check in estimating function points?

7    A.  Yes.

8    Q.  How would that work?

9    A.  Well, in this particular example, in

10  Conclusion 1, there were 6 million staff hours invested

11  in the product, and using 6 million staff hours and the

12  productivity relative to that type of product -- like

13  it's 1.9 function points per hour or something like that,

14  or hours per function point -- you could calculate how

15  many function points could have been built with 6 million

16  hours.  There's variances on both sides of that because

17  you don't know exactly what the productivity was.

18       The conclusion I came to was essentially the

19  6 million hours would have probably developed 80,000

20  function points, approximately.

21    Q.  That's assuming that a productivity rate of

22  1.96 based on Capers Jones' numbers for commercial

23  software; is that correct?

24    A.  That's the source that Yourdon used so I

25  figured I could use the same source.

26

1    Q.  Okay.  So do you intend to offer an opinion

2  at trial that the likely size of Suite 11i was 80,000

3  function points?

4    A.  No.

5    Q.  Okay.  You don't think you have enough

6  information to reach that conclusion?

7    A.  I certainly do not.

8    Q.  Do you know what development activities that

9  6 million staff hours measures?

10    MR. WILLIAMS:  Objection.  Form.

11    THE WITNESS:  That's undefined.  What we know

12  is from one of the comments I read in the report, there

13  were 6 million hours, staff hours devoted to developing

14  11i.  Was that all design?  Was it code?  Was it test?  I

15  don't know.

16    Q.  BY MR. GIBBS:  Okay.  And that would be an

17  important question to answer if you were going to try to

18  calculate function points based on staff hours; correct?

19    A.  That's true.

20    MR. WILLIAMS:  Objection.  Form.  I think he

21  said cross-check function points based on staff hours,

22  not to actually calculate them.

23    MR. GIBBS:  I understand.  The question what

24  was it was.

25    MR. WILLIAMS:  Okay.

27

1    Q.  BY MR. GIBBS:  And the usefulness of staff

2  hours as a cross-check would also be affected by which

3  development activities are included in the number of

4  staff hours; correct?

5    A.  Yes.  That's true.

6    Q.  As much as possible, you would want the

7  activities included in that 6 million number to be the

8  same types of activities that were included in the study

9  that yielded the 1.96?

10    MR. WILLIAMS:  Objection.  Form, calls for

11  speculation.

12    MR. GIBBS:  Let me finish my question,

13  please.

14    Q.  That's good enough, if you can answer it.

15    A.  The 1.96 assumes there was an analysis -- you

16  have to remember these four things.  Analysis, there was

17  a design, they were coded, if you want to call it that,

18  in whatever language that 11i is, and they were tested.

19  And I assumed with the 1.96, as did Capers, that those

20  four activities were included.  That's what the 80,000

21  function points meant.

22    Q.  Understood.  But in order to make that

23  comparison that you've just described, you would want to

24  know whether the 6 million hours includes the same four

25  categories as the study that yielded the 1.96 function

28

1  point count; correct?

2    A.  That's true.  That's true.

3    Q.  If it does not, then it wouldn't be a useful

4  metric?

5    MR. WILLIAMS:  Objection.  Form.

6    THE WITNESS:  That's true.

7    Q.  BY MR. GIBBS:  Okay.  And you don't know

8  whether it does?

9    A.  Well, we're assuming in this, in the

10  analysis, that all of those functions were performed on

11  11i.

12    Q.  Understood.  But you don't know whether the

13  hours expended on all four of those hours of activities

14  are included in that 6 million staff hour count; is that

15  correct?

16    A.  That's true.

17    Q.  Let me ask you some questions generally about

18  software, and we'll particularize them if it's necessary

19  to answer the questions.

20       First of all, would you agree with me that

21  all commercial software has defects when it's released?

22    A.  Yes.

23    Q.  All right.  And would you agree with me that

24  the larger the software is, measured by some meaningful

25  metric, the more errors you would expect it to be

29

1    released with?
2         MR. WILLIAMS: Objection. Form.
3         THE WITNESS: Not necessarily. It depends on
4    the process. A well-run process like a CMMI level five
5    process, for example, would generate less errors than
6    a -- the old-fashioned code and test process.
7         Q. BY MR. GIBBS: Okay.
8         A. So it's variable.
9         Q. Let's assume you hold all factors constant
10   except for the size of the software.
11        A. Okay.
12        Q. In that instance, the size, I take it, would
13   affect the number of errors you would expect to see?
14        A. That's true.
15        Q. And so holding everything else constant, if
16   the software gets bigger, you would expect to see more
17   errors even after release; correct?
18        A. That's true.
19        Q. What about complexity? I know there are a
20   number of different ways to measure software complexity,
21   but just generally speaking, again, if you hold
22   everything else about the project constant, would you
23   agree that the more complex the software is, the more
24   errors you would expect to see it released with?
25        MR. WILLIAMS: Objection. Form.

30

1         THE WITNESS: Yes and no. Now, that's a
2    terrible answer, I realize, but it is yes and no. A very
3    complex piece of software developed by a team that's
4    developing non-complex software, same development method,
5    same development process would probably produce more
6    errors. But people who develop very complex software
7    usually use smaller teams and take longer, and they don't
8    produce more errors.
9         Q. BY MR. GIBBS: Okay. But I think your answer
10   has changed one of the variables. But if you really
11   stick to my hypothetical, which I understand you may not
12   agree with, but if you hold everything constant, the more
13   complex it is, the more errors you would expect to see;
14   is that fair?
15        MR. WILLIAMS: Objection. Form, asked and
16   answered.
17        THE WITNESS: You're asking me to make a
18   decision about the competence of the developer. A
19   competent developer would have done it the way I
20   suggested. So it didn't -- it didn't solve the problem.
21   If we've got a given developer who has a given set of
22   skills, complex software would take longer and use fewer
23   people and would have no more bugs than when it was not
24   complex.
25        Q. BY MR. GIBBS: Okay. Let me ask you a

31

1    slightly different question: In your Conclusion
2    Number 2, you say, "Based on the source of Mr. Yourdon --
3    Y-o-u-r-d-o-n -- relied upon to determine the prevalence
4    of defects in ERP-type software, Mr. Yourdon had no
5    factual basis to state whether Oracle 11i defect levels
6    with high, low, or normal."
7         Now, first of all, before we get into the
8    actual conclusion, I want to ask you about the concept of
9    high, low, or normal as it's applied to defect levels in
10   software. Again, I take it that implies there is some
11   level of defects that would be normal and expected for
12   various kinds of software. Correct?
13        A. Always.
14        Q. And the level you would expect depends in
15   part on the type of software; correct?
16        MR. WILLIAMS: Objection. Form.
17        THE WITNESS: That's true.
18        Q. BY MR. GIBBS: ERP being one category of
19   software?
20        A. Not -- that doesn't necessarily lead you to
21   more or less errors.
22        Q. Okay --
23        A. ERP is a product type.
24        Q. Would you -- just as a category, would you
25   expect a different normal level of defects, for example,

32

1    in military software compared to commercial software?
2         A. I would expect less.
3         Q. Okay. I would hope for less.
4         A. Nuclear weapons.
5         Q. Agreed. Is it possible to know what would be
6    the normal and expected defect level without knowing the
7    size of a particular software program?
8         MR. WILLIAMS: Objection. Form. Size.
9         THE WITNESS: Read that again.
10        Q. BY MR. GIBBS: Sure.
11        A. Try it one more time.
12        Q. I will.
13        Is it possible to know what would be the
14   normal and expected defect level without knowing the size
15   of a particular software program?
16        MR. WILLIAMS: Same objection.
17        THE WITNESS: Size is definitely a factor.
18   But you're coming down to process now. If I'm building
19   nuclear weapons, I have no errors, or very few. There
20   are errors, but there are very few.
21        If I'm doing something in a commercial world,
22   I probably will have more because they're more
23   acceptable.
24        Q. BY MR. GIBBS: Okay. Well, I take your point
25   that size is not --

33

1    A. And size is not really the issue.

2    Q. It's not the only issue.

3    A. Yeah.

4    Q. But it's one factor that would affect what

5 you would expect to see.

6    A. Oh, yeah. Errors go up with size.

7    Q. Okay. Let me put it another way, then.

8 There are a variety of different factors that affect the

9 number of defects you would expect to see from a software

10 program.

11    A. Yes, that's true.

12    Q. And without knowing all of those different

13 things that affect expected defect levels, you can't say

14 what level of defects you would expect from a particular

15 program, can you?

16    A. Not in general, but yes, you can, looking at

17 the industry or the product type as an average -- and

18 that's what Capers does -- you can project the range that

19 you would expect to see errors within. You can't say

20 it's this number. You can say it's probably between here

21 and here (indicating).

22    Q. Okay. So to understand what level of defects

23 you would expect to see for a particular software

24 product, you would want to look at other products in the

25 same category?

34

1    A. That's true.

2    Q. And you would look for a range, not some

3 specific benchmark number?

4    A. That's true.

5    Q. There would be a range within which the

6 defect level would be reasonable; is that a fair way of

7 putting it?

8    MR. WILLIAMS: Objection. Form.

9    THE WITNESS: Collecting sufficient data,

10 that's probably true.

11    Q. BY MR. GIBBS: Okay. And outside those

12 ranges, the defect level would be unreasonable?

13    MR. WILLIAMS: Objection. Form.

14    THE WITNESS: Depends. Again, the range may

15 be this wide, but one contractor may have an error rate

16 that's down here or up here (indicating). Another one

17 may be down here, but we're looking at collected data

18 from a lot of places.

19    Q. BY MR. GIBBS: Okay. But if you had

20 sufficient data, a large data set, and you had data from

21 the relevant comparable products, if a particular product

22 had a defect rate that was well within the range of that

23 industry, that would be reasonable, wouldn't it?

24    MR. WILLIAMS: Objection. Form.

25    THE WITNESS: It would be expected, you mean?

35

1 It would be an expected range.

2    Q. BY MR. GIBBS: Fair enough.

3    A. Okay.

4    Q. Now, you don't know how many defects

5 Suite 11i had when it was released; correct?

6    A. No, I do not.

7    Q. Do you know how many defects it had at any

8 particular point in time?

9    A. The only information I have is what I read in

10 the reports.

11    Q. Okay. Did you see anything in the reports

12 that told you how many defects Suite 11i had at any

13 particular point in time?

14    A. One report suggested 5,000 the first six

15 months, another 5,000 the next year. I don't know what

16 that means. In fact, you have to qualify what a defect

17 is.

18    Q. In this context I'm talking about defect in

19 the same way you used it in your Conclusion Number 2. So

20 that's a fair point.

21    You refer in your conclusion to Oracle 11i

22 defect levels. What did you mean by "defect" in that

23 context?

24    A. What I read in the material, I reviewed to

25 form this conclusion. A defect was essentially

36

1 defined -- well, with the technical assistance report,

2 that's where it starts. And technical assistance reports

3 go up the ladder a ways, quite a ways, and at some point

4 somebody at Oracle says this is a defect -- this is a bug

5 or this is not a bug. And I did not sense any formal

6 demarcation of this is bad or this is bad. It's whatever

7 they felt like at that point.

8    Q. Okay.

9    A. And it was essentially meaningless.

10    Q. What was meaningless?

11    A. The -- the defect count. I'm not sure what a

12 defect was. I'm not sure what their definition of a

13 defect was.

14    Q. Okay. Did you -- so let me ask you this:

15 Did you read anything other than Mr. Yourdon's opening

16 report and Mr. Yourdon's rebuttal report in forming your

17 opinion in this case?

18    A. And Mr. Hilliard's report.

19    Q. His opening report, his rebuttal, or both?

20    A. All of -- all three.

21    Q. Okay. I think --

22    A. Yourdon had two reports and Hilliard had one.

23 I read all three of those reports.

24    Q. Okay. Did you know that Mr. Hilliard did a

25 rebuttal report as well?

37

1  A. I haven't seen it. I haven't used it.

2  Q. Okay. Okay. Have you read any other

3  documents from this case in order to form your opinion?

4  A. Just the -- the specific quotations, if you

5  will, out of the reports is how I formed the definition

6  of what a defect was.

7  Q. And from those materials, you were unable to

8  determine how Oracle defines defect in that context?

9  A. Yes.

10  Q. Okay. And I take it you were also not able

11  to come up with any definitive numbers showing how many

12  defects Suite 11i had?

13  A. Well, using the information in the reports,

14  there are a couple of reports -- a couple of attempts

15  made at projecting defects. I looked at both of them and

16  said they're not founded on anything solid.

17  Q. Okay. I'm not trying to get at what people

18  projected would be the likely or expected number of

19  defects. I'm trying to get at whether you saw anything

20  that established for you the number of defects that were

21  actually observed in Suite 11i --

22  A. No.

23  Q. -- at any particular point in time.

24  A. No, I did not, as a matter of fact. And what

25  I read were projections of what the defect rate should

38

1  be. And the methods that I looked at to determine what

2  that rate should be were conflicting.

3  Q. Okay. So I take it from all of that, that

4  you don't have an opinion as to whether Oracle 11i defect

5  levels were high, low, or normal; correct?

6  A. I don't.

7  Q. You can't tell from the information you've

8  seen?

9  A. No, I can't.

10  Q. You can't tell from Mr. Hilliard's report?

11  A. I don't think from any of the reports anyone

12  can form a definition of what a defect is or how many

13  there were.

14  Q. And whether the defect rate was high, low, or

15  normal?

16  A. Yeah. Yes. That's true.

17  Q. Okay. In this Conclusion Number 2, in your

18  first bullet point there, you refer to Mr. Yourdon's

19  paragraph 48. Referring to normal defect level of one to

20  two defects per thousand lines of code, and you say,

21  "Mr. Yourdon does not know or state how many lines of

22  code Oracle 11i has."

23  I gather you don't know, either, how many

24  lines of code Oracle 11i had; correct?

25  A. That's true. And calculating the defects

39

1  from that bullet, compared to the defects in the next

2  bullet were totally different. They're off by better of

3  an order of magnitude.

4  Q. What do you mean by that?

5  A. Well, the first one, one to two defects per

6  thousand lines of code, we're having a hard time defining

7  how many function points there were in the system, and I

8  would have to convert function points to lines of code in

9  order to get to this number.

10  Q. Which number?

11  A. Well, one or two defects per thousand lines

12  of code, it's not one or two defects per function point;

13  right? We're trying to count this system in size in

14  function points, not lines of code, and this metric is

15  for lines of code, which doesn't work.

16  Q. Let me try to understand you.

17  I understood Mr. Yourdon to be saying

18  generally --

19  A. Okay.

20  Q. -- in software one would expect one to two

21  defects per thousand lines of code. First of all, set

22  aside how many defects there were in Suite 11i.

23  A. Okay.

24  Q. As a general matter, would you agree that for

25  software generally, one could expect one to two defects

40

1  per thousand lines of code?

2  MR. WILLIAMS: Objection. Form.

3  THE WITNESS: No.

4  Q. BY MR. GIBBS: Why not?

5  A. Again, we come back to how big it is. You'll

6  have a higher defect density the larger the system is.

7  Some developers will have a higher defect density than

8  other developers because of their process. Complexity

9  has an effect on that, the defect rate.

10  So just saying it's one or two defects per

11  thousand lines of code is not enough information to

12  determine what that rate should be.

13  Q. What about just broad averages?

14  MR. WILLIAMS: Objection. Form.

15  Q. BY MR. GIBBS: Do you have a view as to

16  whether on average for some category of software, one to

17  two bugs per thousand lines of code would be normal or

18  expected?

19  A. I wouldn't stake my reputation on it, on

20  one -- the defects rates can be one to two errors per

21  thousand lines of code.

22  As an example: What if my development

23  process was very weak on test. I'd have a whole lot more

24  defects per thousand lines of code than a process that

25  was very stable -- stable like CMMI level five. I would

41

1  have -- in fact, that's one of the arguments for being a
2  level five company is your defect rate will be smaller.
3  Q. So I'm -- I think we're miscommunicating.
4  I'm not talking about trying to predict the specific
5  number of defects you would observe in a particular
6  program. I'm talking about what is normal as an average
7  over large numbers of programs, and I'm just asking
8  whether you have a view as to whether on average one to
9  two bugs per thousand lines of code is within the norm.
10  MR. WILLIAMS: Objection. Form.
11  THE WITNESS: It comes back to the same
12  thing. You tell me who the developer is, what their
13  process is, how big it is, and I'll tell you how many
14  defects per thousand lines of code they will expect.
15  This is not enough information to do that.
16  Q. BY MR. GIBBS: Okay. Have you yourself done
17  any study over large numbers of software development
18  projects to calculate average numbers of bugs per lines
19  of code?
20  A. Large numbers of projects? Often we're not
21  asked to do that. Because they don't -- companies don't
22  like that information known. But typically we can and do
23  sometimes look at their historic data and then come back
24  with this is how many defects you should have. But it's
25  looking at an individual process in organizations

42

1  historic data.
2  Q. Okay. And that's what I'm trying to get at
3  here.
4  A. Yeah. You can't do it one to two lines per
5  thousand lines of code. That's just -- that's nonsense.
6  Q. Even if you narrow it to commercial software
7  products?
8  A. It helps. But that's still not enough.
9  Q. Okay. You don't know whether the average for
10  large numbers of commercial software products would
11  average out to one to two bugs per thousand lines of
12  code?
13  A. No.
14  MR. WILLIAMS: Objection. Form.
15  THE WITNESS: I don't have enough
16  information.
17  Q. BY MR. GIBBS: So you don't have enough
18  information to dispute that if you took a large number of
19  commercial software products and measured the number of
20  bugs per thousand lines of code, the average would be one
21  to two bugs?
22  A. I think from my experience, I would look at
23  the person who said that and say where in the world did
24  you ever get that number?
25  Q. Okay. Let me ask you to take a look at

43

1  Capers Jones' book. Let me find the specific place I
2  want to direct your attention to.
3  A. I know where it's going to be.
4  Q. You do? Where is it going to be?
5  MR. WILLIAMS: Let's wait for the question.
6  Q. BY MR. GIBBS: Okay. Let me ask you to take
7  a look at page 148.
8  A. You missed me by two pages.
9  Q. You didn't sink my battleship.
10  Okay. Page 148 discusses enterprise resource
11  planning or ERP deployment. Do you see that?
12  A. That's true.
13  Q. The second sentence of the first paragraph
14  under that heading says: "Because they attempt to
15  support almost every aspect of a modern business, they
16  average around 250,000 function points in size," end
17  quote.
18  Do you see that?
19  A. I see that.
20  Q. Do you have any basis for disagreeing with
21  Mr. Jones' calculation of the average function points in
22  an ERP system --
23  A. If you turn over to page 151, he talks about
24  ERP systems at first deployment. This is the one, two --
25  third full paragraph, near the bottom, three lines up

44

1  from the bottom.
2  At first deployment as many as 150,000
3  defects would still be present. About a thousand would
4  be high severity, 20,000 would be medium, and 129,000
5  would be low.
6  Somewhere in here he mentions -- oh, I was on
7  the wrong paragraph. Page 150, one, two, three, fourth
8  paragraph, three lines up from the bottom.
9  Thus, to build the features of 150,000
10  function point ERP installation. Now, ERP is what,
11  250,000 or is it 150,000?
12  Q. Okay --
13  A. And that's -- I think that's the mistake that
14  this report that I looked at got into is -- Jones does
15  this a lot. He says very strong -- very good things. I
16  have a lot of respect for him. But then he'll come up
17  with some numbers that are just -- and you look at the
18  sizes of these, and when you see a number for an average
19  size with four zeros, four trailing zeros, you have to
20  say that's a really coarse number, really crude. And
21  that's historically what we do in estimating.
22  Q. Have you ever counted the function points of
23  an ERP system?
24  A. I don't know of anybody who ever has.
25  Q. Okay. So you have no idea how many function

Jensen, Randall W.  7/13/2007  2:29:00 PM

45

1  points --

2      A. Nope.

3      Q. -- the average ERP has; is that correct?

4      A. Nope, but I don't know it's not 250,000.

5      Q. How do you know that?

6      A. Because it's got four zeroes.  That doesn't

7  make sense to you, maybe, but it's a round number that's

8  his approximation of an ERP system, and he counters that

9  on the next page.  It says it's a 150.

10      Q. You understand that language on page 150 to

11  be --

12      A. Yes.

13      Q. -- saying that the average number is a 150 in

14  contrast with three pages earlier?

15      A. No.  He said here it's 250, a full ERP

16  package, and over here, it's only 150.

17      And there's examples, he does this a lot.

18  But -- I'm not being critical of him because it's got a

19  lot of really good material.

20      Q. Okay.  You've never studied the function

21  point count of any ERP system; is that correct?

22      A. I never have, no.

23      MR. WILLIAMS:  Objection -- objection to the

24  form of the last question.

25      Q. BY MR. GIBBS:  And do you have any basis for

46

1  disagreeing with the function point counts or averages

2  reflected in the chart on page 149 of Mr. Jones' book?

3      A. I do not.  But nor would I use them.

4      Q. Okay.  Do you know whether Suite 11i

5  contained each of the categories reflected in that chart

6  on page 149?

7      MR. WILLIAMS:  Objection.  Form.

8      THE WITNESS:  That's outside what I was -- I

9  don't know exactly what functions were included other

10  than ordering.

11      Q. BY MR. GIBBS:  Do you know whether it had

12  more functions than the ones reflected on page 149?

13      A. That's a lot of functions.

14      Q. It is.  You don't know how many functions

15  Suite 11i had, do you?

16      A. No, I do not.  No, it's outside what I looked

17  at.

18      Q. Do you know how Mr. Jones derived the 250,000

19  function point average on 148 -- page 148 of his book?

20      A. I would love to know how he did that.

21      Q. Okay.  And at page 151, he reports a defect

22  removal efficiency before initial release of about

23  90 percent.

24      Do you see that?

25      A. Uh-huh.

47

1      Q. Do you know how he derived that number?

2      A. Same way he derived the other numbers.

3      Q. And you don't know how he derived the other

4  numbers, do you?

5      A. No.

6      Q. Do you have any basis for disputing his

7  calculation of an average defect removal efficiency

8  before release of about 90 percent for ERP systems?

9      A. That would be very good.  That would be a

10  very good number, 90 percent.  Most commercial software

11  goes out about 99 percent when it's finally released.  I

12  would think 85 percent wouldn't be bad for some of these

13  systems.

14      Q. But -- well, let me ask you -- let me just

15  reask it because that was a different question I was

16  asking you.

17      Do you have any basis for disputing

18  Mr. Jones' calculation of an average or expected defect

19  removal efficiency before release of an ERP system of

20  90 percent?

21      A. Depends on the product and it depends on who

22  built it.

23      Q. Okay.  Have you ever studied the defect

24  removal efficiency of any specific ERP package?

25      MR. WILLIAMS:  Objection.  Form.

48

1      THE WITNESS:  That's outside -- no, I

2  haven't.

3      Q. BY MR. GIBBS:  So you don't know what defect

4  removal efficiency SAP has accomplished for any of its

5  ERP releases; correct?

6      A. No.

7      Q. And you don't know what defect removal

8  efficiency PeopleSoft ever achieved for any of its ERP

9  releases; correct?

10      A. No.

11      Q. What about his estimate that of the defects

12  still present at release, about a thousand would be high

13  severity defects?  Do you have any basis for disputing

14  Mr. Jones' calculation that you would expect to see about

15  a thousand high severity defects --

16      A. What is --

17      Q. -- on the release of an ERP system?

18      A. What is a "high severity defect"?

19      Q. Do you have a definition of "high severity

20  defect"?

21      A. No.

22      Q. Do you have any understanding of what that

23  term means?

24      A. Yes, I do.

25      Q. What do you understand it to mean?

49

1    A. From what I read in the reports that I looked
2  at, and from the comments, quotations in that, in those
3  reports, I would suspect that "high severity defect" was
4  in the eyes of the beholder.
5    Q. Okay. However that term is defined --
6    A. I would usually define that as a show
7  stopper.
8    Q. Okay. Let's use that definition.
9    If you define high severity -- and let me
10 finish my question, please. I know it's natural to try
11 to answer --
12   A. Yes, I know.
13   Q. -- but we need a clean transcript.
14   If you assume that "high severity defect"
15 means a show stopper, do you have any basis for disputing
16 Mr. Jones' calculation that one would expect about a
17 thousand high severity defects upon the release of an ERP
18 system?
19   MR. WILLIAMS: Objection. Form.
20   THE WITNESS: Well, using his numbers, about
21 a hundred or 250,000 function points per system, those
22 numbers are low.
23   Q. BY MR. GIBBS: Why is that?
24   A. Using his data, his numbers, six errors
25 per -- six defects per function point, and I could go

50

1  through the calculations to show that we're talking like
2  much -- almost an order of magnitude larger.
3    Q. Please do take me through the calculations.
4    A. What?
5    Q. Please do take me through the calculations.
6  I'd like to understand what you mean when you say that
7  his number is wrong by an order of magnitude.
8    A. Well, you have to back up to the first
9  bullet.
10   Q. Uh-huh.
11   A. Mr. Yourdon states here that -- carrying on
12 from the first conclusion, there's about 13 and a half
13 million lines of code in this system.
14   Q. Which system?
15   MR. WILLIAMS: Watch out, if you pull back,
16 that might snap off. So --
17   THE WITNESS: I didn't. I didn't.
18   MR. GIBBS: Mr. Yourdon's report has been
19 marked Exhibit 2. It should be right there in front of
20 you, if that's what you want to refer to.
21   MR. WILLIAMS: No, I think he's looking at
22 his own report.
23   THE WITNESS: All I'm doing is taking Capers
24 Jones' numbers for defect rates, and I come up with there
25 should be somewhere between 12 and 25,000 defects.

51

1    Q. BY MR. GIBBS: Which numbers are you talking
2  about?
3    A. Defects.
4    Q. Which numbers from Mr. Jones' book?
5    A. That's from his book.
6    Q. Okay. So his book says --
7    MR. WILLIAMS: Can you just say a page so we
8  know?
9    Q. BY MR. GIBBS: At page 151, he says that in
10 the deployment of a typical ERP package, you would expect
11 to see about a thousand high severity defects, and you
12 have just claimed that using his own numbers, that
13 calculation is wrong, and I need you to walk me through
14 what numbers of his you're talking about.
15   A. Six defects per function point.
16   Q. Okay. Where is that number reflected in his
17 book?
18   A. Page 151, in the same paragraph.
19   Q. Okay.
20   A. That adds up to about 12 to 25,000 defects in
21 an ERP system. I don't know if that's a realistic number
22 or not. But he's talking about a total defect volume of
23 one and a half million defects, of which a thousand would
24 be high severity. Now, 1,000 divided by one and a half
25 million is a very, very small number.

52

1    Q. I understand.
2    A. Most commercial software goes out with
3  99 percent removal, and that doesn't mean the show
4  stoppers, so to speak, are all removed before it's
5  delivered.
6    Q. Okay.
7    (Interruption in proceedings.)
8    Q. BY MR. GIBBS: As I understand Mr. Jones'
9  number -- well, let me back up.
10   You said that most commercial software goes
11 out with 99 percent removal. That means 99 percent of
12 the defects written into the software are caught and
13 fixed before release; correct? Where do you get that
14 99 percent figure from?
15   A. The 99 percent?
16   Q. Uh-huh.
17   A. Where was that?
18   Q. That's from Mr. Jones?
19   A. Yes, it is.
20   Q. Okay. I think I can probably direct you in
21 the right area.
22   A. Again, Capers Jones, page 488.
23   Q. So this is the chart on 488, Table 20.2?
24   A. Let's see where it is. In commercial
25 software, 99.32 percent.

53

1    Q. So do you have any other source for that
2  99 percent defect removal rate for commercial software,
3  or are you just relying on Mr. Jones?
4    A. We've been relying on Mr. Jones all
5  afternoon.
6    Q. I understand. I just need an answer to my
7  question.
8    A. That is the answer. Am I being selective
9  about when we use Mr. Jones and not?
10   Q. Not to my knowledge. I just need to
11 understand where your numbers are coming from.
12   A. 99.32 percent is overall efficiency of defect
13 removal in commercial software.
14   Q. And how do you know that Suite 11i falls into
15 that category of commercial software?
16   A. ERP is a commercial system.
17   Q. Okay. But do you know whether that's how
18 Mr. Jones is defining commercial in this book for
19 purposes of that chart?
20   MR. WILLIAMS: Objection. Form.
21   THE WITNESS: Yes, it is.
22   Q. BY MR. GIBBS: How do you know that?
23   A. We have to go back to the other book, Applied
24 Software Measurements.
25   MR. WILLIAMS: I have a copy of that if you

54

1  need to refer to it.
2    MR. GIBBS: We've got an excerpt that we're
3  going to mark as an exhibit.
4    THE WITNESS: Mine's at work. I've got to
5  remember exactly where it came from.
6    MR. GIBBS: Let's have marked as Exhibit 4,
7  it's an excerpt from Applied Software Management. I
8  believe you've got the book in front of you.
9    (Exhibit 4 marked.)
10   MR. WILLIAMS: Do you want to just put the
11 page range on the record of that exhibit that you just
12 marked?
13   MR. GIBBS: Sure. Exhibit 4 is a excerpt
14 certain from Applied Software Management by Capers Jones,
15 second edition. The pages we've included run from page
16 172 through 183 of the book.
17   MR. WILLIAMS: And Dr. Jensen, you can use
18 that excerpt there that's just been marked, the one in
19 your right hand. I think he's going to ask you questions
20 about that. But if you need to refer to the entire book,
21 you can, just let Mr. Gibbs know when you're doing that.
22   THE WITNESS: Okay, I'm sorry.
23   Q. BY MR. GIBBS: So I think I was trying to get
24 at how you know that Mr. Jones is including enterprise
25 application software within the category of commercial

55

1  software for purposes of the tables in his book
2  Estimating Software Costs, and I think you referred me to
3  his prior book, which was Applied Software Measurement.
4    A. Well, we can stay with the -- let me turn the
5  question back. We have military, operating systems,
6  commercial, outsource, MIS, and web are the possible
7  applications. And I think ERP fits better under
8  commercial and system or military, for sure.
9    Q. You don't know how Mr. Jones is using that
10 term for sure, do you?
11   A. I don't trust Mr. Jones entirely, either, but
12 that's -- if we're going to use him, we're going to use
13 him.
14   Q. Okay. Let me ask you to take a look at
15 page 280 of Estimating Software Costs.
16   A. 280.
17   Q. Up at the top, the term MIS stands for
18 management information systems software and refers to the
19 normal business software used by companies for internal
20 operations.
21     That's a pretty good description of
22 Suite 11i, don't you think?
23   MR. WILLIAMS: Objection. Form. Is that a
24 question? Are you asking him to confirm that that's what
25 it says and then you're asking him whether or not

56

1  Mr. Jones' description is a good description? I just
2  want the record to be clear about what your question
3  actually is there.
4    MR. GIBBS: I'm not asking him to confirm
5  that's what it says. It's right there.
6    Q. My question is: That sounds an awful lot
7  like Suite 11i, doesn't it? It manages internal
8  operations for businesses; right?
9    A. Yes --
10   MR. WILLIAMS: Objection. Form.
11   Q. BY MR. GIBBS: Now let me ask you to take a
12 look at the definition of commercial software a few lines
13 below, which says, "Commercial software refers to
14 ordinary packaged software such as word processors,
15 spreadsheets, and the like."
16     Do you see that?
17   A. Uh-huh.
18   Q. Is Suite 11i anything like a word processor?
19   A. Okay. Let's go back to that table. That's
20 productivity.
21   MR. WILLIAMS: Let the record reflect that
22 the witness is looking at the Applied --
23   THE WITNESS: Applied Software Measurements,
24 page 179.
25   Q. BY MR. GIBBS: Uh-huh.

57

1      A. Under commercial software domain employees,
2   the paragraph up from the bottom, about halfway through
3   it, "The larger commercial software players include the
4   pure software shops as Microsoft, Computer Associates,
5   Oracle, Knowledge Base, Symantec, and Lotus.
6      Q. Is that what you're relying on when you
7   conclude that Suite 11i fits within the commercial
8   software category as Mr. Jones has used that category in
9   his book?
10     A. I -- that's the definition that I used.
11     Q. Okay.  Do you have any other information that
12  bears on the question of whether that commercial software
13  category that you used to yield that 89 percent figure
14  includes enterprise application products like Suite 11i?
15         MR. WILLIAMS: Objection.  Form.
16         THE WITNESS: Mr. Jones said -- has put
17  Oracle under the commercial software category in that
18  place in his book.  He does this.  But that's the
19  definition that he used there.
20     Q. BY MR. GIBBS: And is -- you have concluded
21  that Suite 11i is a category of commercial software, as
22  Mr. Jones has used that term; correct?  That's why you
23  applied the 99 percent figure to Suite 11i; correct?
24     A. Uh-huh.
25     Q. And your basis for concluding that Mr. Jones'

58

1   category of commercial software includes ERP products
2   like Suite 11i is the statement here on page 179
3   referring to Oracle; is that correct?
4          MR. WILLIAMS: And you're referring to the
5   Applied Software Measurement, 179?
6          MR. GIBBS: Correct.
7          THE WITNESS: Yeah.
8      Q. BY MR. GIBBS: Okay.  Do you have any other
9   basis for concluding that enterprise applications
10  products like Suite 11i fall within Mr. Jones' definition
11  of commercial software as he's used it in his two books?
12     A. I would call it commercial software.
13     Q. Let me ask you to stick with Applied Software
14  Measurement and turn back to page 178.
15     A. Okay.
16     Q. The first sentence of that section says,
17  quote, "The phrase management information systems, or
18  MIS, refers to the kinds of applications which
19  enterprises produce in support of their business and
20  administrative operations," and it refers to a variety of
21  things including payroll systems, accounting systems, and
22  it goes on.
23         Suite 11i has a payroll system; correct?
24     A. Okay.
25     Q. Do you agree with me?

59

1      A. I -- yes.
2      Q. And Suite 11i has accounting systems;
3   correct?
4          MR. WILLIAMS: Objection.  Form.  At least
5   it's represented to.  He hasn't evaluated the software
6   himself.  So that's why I'm objecting.
7          MR. GIBBS: Fair enough.
8      Q. It's your understanding that Suite 11i
9   includes accounting systems; correct?
10     A. I don't know what parts are included in it
11  other than orders.
12     Q. Okay.  And then continuing in that same
13  section, referring to management information systems,
14  which continues onto page 177 of Applied Software
15  Measurement, the second-to-last paragraph there on
16  page 177 refers to a number of vendors, including Oracle.
17     A. I saw that.
18     Q. Okay.
19         MR. WILLIAMS: Are you referring to the
20  sentence that begins "of course"?
21         MR. GIBBS: No.
22         MR. WILLIAMS: I just need you to let me know
23  exactly what section of page 177 you're referring to.
24         MR. GIBBS: Yeah.  As I said, it's the
25  second-to-last paragraph of the section that begins

60

1   "management information systems."  The sentence begins
2   with "a number of CASE and methodology vendors," and one
3   of the vendors referenced there is Oracle.
4          MR. WILLIAMS: Thank you.
5      Q. BY MR. GIBBS: So my question, Dr. Jensen,
6   is: Do you know whether, for purposes of the chart you
7   referenced for the 99 percent defect removal figure, that
8   category of commercial software, as Mr. Jones used it,
9   includes enterprise applications like Suite 11i?
10         MR. WILLIAMS: Objection.  Form.
11         THE WITNESS: Considering he's used both
12  definitions, I -- my definition, it would still fall
13  under commercial software.
14     Q. BY MR. GIBBS: Okay.  Your definition, but
15  the point is --
16     A. What chart is that (indicating)?
17     Q. I'm looking at Table 20.2 on page 488 of
18  Estimating Software Costs, which is where you got the
19  99 percent figure.
20     A. Okay.
21         MR. WILLIAMS: Let's give him a chance to get
22  there.
23         THE WITNESS: Okay.  In this table, he says
24  88.6 percent.
25     Q. BY MR. GIBBS: Correct?

61

1    A. Assuming all of those defect removal
2  activities were conducted.
3    Q. Which activities?
4    A. This whole list of things on this table.
5    Q. The column for MIS only refers to seven
6  activities; correct?
7    A. Uh-huh.
8    Q. Okay. So --
9    A. They're all there. There's one, two, three,
10  four.
11    Q. Okay --
12    A. I don't see eight, but that's okay.
13    Q. I understand. But you've testified --
14    A. Yes.
15    Q. -- that one would expect commercial software
16  to have a defect removal capability of 99 percent;
17  correct?
18    A. Yes.
19    Q. And that was based entirely on the data
20  reflected in Table 20.2 at page 488 of Mr. Jones' book,
21  Software Estimating Cost; correct?
22    A. Yes.
23    Q. And you were assuming that for purposes of
24  the data reflected in this chart, enterprise application
25  systems like Suite 11i fall into the commercial category;

62

1  correct?
2    A. Yes, I did.
3    Q. Okay. Is it still your view that that
4  commercial category, as reflected in Mr. Jones' data,
5  includes enterprise application systems like Suite 11i?
6    A. I don't have -- I don't have enough knowledge
7  of how 11i was built to answer that. The difference
8  between the two columns is really how many defect removal
9  activities are performed on the product. And if 11i has
10  fewer defect removal activities, then it's probably an
11  MIS.
12    Q. Do you know how many defect removal
13  activities would have been undertaken by SAP in
14  connection with its R/3 ERP suite?
15    A. No.
16    Q. How about PeopleSoft 8?
17    MR. WILLIAMS: Objection to form.
18    THE WITNESS: No.
19    Q. BY MR. GIBBS: And you don't know what defect
20  removal activities Oracle undertook in connection with
21  Suite 11i, do you?
22    A. No.
23    Q. I'm going to circle back to where we started
24  here on this line of inquiry because I think you were
25  telling me that Mr. Jones' calculation that one would

63

1  expect a thousand high severity defects upon release of
2  an ERP system was a flawed calculation using Mr. Jones'
3  own numbers, and I still don't understand how you got to
4  that conclusion.
5    A. Well, first of all, there's the lack of a
6  definition of what a high severity defect was. The fact
7  that it turned out to be a thousand is somewhat
8  perplexing because it's a nice round number that he's
9  noted for. But I have no idea. I don't know what he
10  defined a high severity defect as.
11    Q. Okay. And you have no idea what the actual
12  observed average number of show stoppers, as you've used
13  the term, is for commercial ERP systems, do you?
14    MR. WILLIAMS: Objection. Form.
15    THE WITNESS: It varies from vendor to
16  vendor. So I don't know how. How did Oracle
17  define a high severity error? I can't tell. From the
18  reports I read, it seemed rather arbitrary.
19    Q. BY MR. GIBBS: I'm not asking about Oracle.
20  I'm just asking what the average is across a number of
21  commercial ERP systems. You don't know the answer, do
22  you?
23    MR. WILLIAMS: Objection. Form.
24    THE WITNESS: I have the same problem still.
25  Every vendor has a different definition. So what can I

64

1  define?
2    Q. BY MR. GIBBS: Okay. And you don't know the
3  number of high severity defects for any particular
4  vendor; correct?
5    A. No.
6    Q. Or any particular ERP product; correct?
7    A. No.
8    MR. WILLIAMS: Whenever is a good time for
9  you. We've been going about an hour and 15 minutes.
10    MR. GIBBS: Uh-huh.
11    Okay. Now is a fine time for a break.
12    MR. WILLIAMS: Okay, good.
13    (Interruption in proceedings.)
14    THE VIDEOGRAPHER: We are now going off the
15  video record. The time is 12:21 p.m.
16    (Recess.)
17    THE VIDEOGRAPHER: We are now back on the
18  video record. The time is 12:39 p.m.
19    Q. BY MR. GIBBS: Dr. Jensen, before we took a
20  break, we were talking about Mr. Jones' categories of
21  commercial software versus management information
22  systems. Do you remember that?
23    A. Uh-huh, yes, I do.
24    Q. And much earlier in the day, I was asking you
25  for other examples of enterprise application software

65

1  like Suite 11i.  Do you recall that?
2      A.  Yes.
3      Q.  I think you mentioned SAP R/2.  Are you
4  familiar with an SAP release called R/3?
5      MR. WILLIAMS:  Objection.  Form.
6      THE WITNESS:  No, not specifically.
7      Q. BY MR. GIBBS:  Okay.  But you understand the
8  SAP R/2 release at least to be an enterprise application
9  system like Suite 11i?
10      A.  That's right.
11      Q.  Can I ask you to take a look at page 387 of
12  Estimating Software Costs by Mr. Jones.
13      A.  387?
14      Q.  388 and -87.  They're facing one another.
15      A.  Okay.
16      Q.  Starting at the bottom of page 388 is a
17  section talking about requirements and management
18  information or MIS systems projects.  Do you see that
19  section?
20      A.  Yes.
21      Q.  Down in the last paragraph of that section,
22  which is actually on page 387, do you see Mr. Jones
23  references SAP R/3 as an example of a MIS product, I take
24  it.
25      Do you see that?

66

1      A.  I do.
2      Q.  And then --
3      MR. WILLIAMS:  Objection.  Form.  Are you
4  talking about the paragraph that begins with --
5      THE WITNESS:  "Even if users."
6      MR. WILLIAMS:  -- "even if users"?
7      MR. GIBBS:  Correct.
8      MR. WILLIAMS:  Where he says that this means
9  that even when commercial software is planned such as SAP
10  R/3 or Gore IBM.
11      MR. GIBBS:  That is the paragraph I'm
12  referring to.
13      MR. WILLIAMS:  I think your question was you
14  described it as an MIS product, where looks like
15  Mr. Jones here is describing it as commercial software.
16      MR. GIBBS:  I think we should swear
17  Mr. Williams in, please.
18      MR. WILLIAMS:  I'm just making sure -- well,
19  I'm going to object to the form of the question.
20      Q. BY MR. GIBBS:  Is it your position that
21  Mr. Jones is not referring to SAP R/3 as a type of MIS
22  software?
23      A.  Depends on where you read in the book, and
24  this is a beautiful example of what Jones typically does.
25  If you've read a lot of his work, here he says in a MIS

67

1  project section, this means that even when commercial
2  software is planned, commercial software.
3      Q.  Well, let me ask you to take a look at
4  page 388.
5      A.  388.
6      Q.  Down at the bottom there, there's a separate
7  section talking about requirements and commercial
8  software.
9      Do you see that?
10      A.  Uh-huh, I do.
11      Q.  Does that help you understand what the prior
12  section referring to R/3 is about or are you still
13  confused?
14      MR. WILLIAMS:  Objection.  Form.
15      THE WITNESS:  I don't see what the confusion
16  is.
17      Q. BY MR. GIBBS:  Okay.  Let me ask you this:
18  Do you know whether Mr. Jones categorizes enterprise
19  application software like Suite 11i as commercial
20  software or as MIS software for purposes of Table 20.2 at
21  page 488 of Estimating Software Costs?
22      MR. WILLIAMS:  Objection.  Form.
23      THE WITNESS:  20.2, 488.  All he's really
24  saying in Table 20.2 is that MIS applications are tested
25  less thoroughly than commercial applications.  That's the

68

1  bottom line in here.  And I can see rationale where
2  people could say an ERP system is an MIS system because
3  it's largely a conversion of somebody's existing way of
4  doing business to a new platform.  Okay?
5      And that way the requirements are fuzzy, the
6  user requirements are probably not nailed down as well as
7  they would be in Microsoft Word, for example, a
8  commercial product.  It's still a commercial system.
9      Q. BY MR. GIBBS:  Well, let's look at -- let's
10  look back at Mr. Jones' definition of commercial software
11  that we looked at a little earlier.  280?  Page 280 of
12  Estimating Software Costs?
13      A.  Yes.  Okay.
14      Q.  Commercial software refers to ordinary
15  packaged software such as word processors, spreadsheets,
16  and the like; correct?
17      A.  That's what he says there.  That's not what
18  he says in other places.
19      Q.  Okay.  Suite 11i is not on the same order of
20  magnitude in terms of size or complexity as a word
21  processor, is it?
22      A.  Not in that paragraph.
23      Q.  I'm not asking about this paragraph.  I'm
24  talking generally speaking.
25      MR. WILLIAMS:  Objection.  Form.

69

1    THE WITNESS:  I find it difficult to believe
2  that something like 11i, which is managing entire
3  companies, their order processing, their personnel, their
4  accounting, everything, the whole company is sitting on
5  this piece of software, and we're saying that, well,
6  that's just MIS stuff, that's not really important.  I
7  have a really stark disagreement about how reliable an
8  ERP system has to be.
9    Q.  BY MR. GIBBS:  Okay.  My question is just
10  whether you agree with me that Suite 11i is orders of
11  magnitude larger and more complex than a typical word
12  processing program.
13    MR. WILLIAMS:  Objection.  Form.  And
14  value --
15    THE WITNESS:  You're asking for something I
16  don't know the exact answers to.  However, Microsoft
17  Office is considered one of the largest pieces of
18  software in the world.
19    Q.  BY MR. GIBBS:  Okay.  Office is not just the
20  word processing software; correct?
21    A.  It's an ERP system of sorts, of sorts, not an
22  ERP system.  But it's a system, a package of applications
23  like an ERP system intended to support the office
24  environment.  Is that not an ERP system of sorts?  It's
25  different than an ERP system in a sense that you can't

70

1  customize it like you can an ERP system, which makes an
2  ERP system very hard, very complex, and very difficult to
3  build because they're all custom.
4    Nowhere in any of things I read did anyone
5  talk about using 11i without modification.  I didn't find
6  it anywhere.
7    Q.  I want to take you back to Table 20-2 in
8  Estimating Software Costs.  I'm trying to remember what
9  page that was on.  488.  No, no, I'm sorry, that's the
10  wrong place.  I want to take you to page 149 of
11  Estimating Software Costs.
12    A.  Okay.
13    Q.  Can you tell me in that chart there that
14  lists various functions performed by ERP systems,
15  according to Mr. Jones, can you tell me which of those
16  functions Microsoft Office is capable of performing?
17    MR. WILLIAMS:  Objection.  Form.
18    THE WITNESS:  That's -- it's irrelevant to
19  me.  Yes, 11i does some of these things, but conceptually
20  it's the same as Office with all of its applications
21  working off of it.  The difference between Office and
22  this is it's not customizable.
23    Q.  BY MR. GIBBS:  Do you know what is the size
24  in function points or any other metric of Microsoft
25  Office?

71

1    MR. WILLIAMS:  Objection.  Form.
2    THE WITNESS:  I don't think anybody's ever
3  done it.
4    Q.  BY MR. GIBBS:  So you don't know?
5    A.  Personal opinion.  I do not know.  I don't
6  think anybody really knows how big 11i is, based on what
7  I've read.
8    Q.  Let me ask you to take a look at your
9  conclusion --
10    A.  Hold on a sec.  Let me finish answering that
11  question.
12    All of the reports I've read from Hilliard
13  and from Yourdon, both, they're not using actual sizes of
14  11i.  They're using information from Capers Jones because
15  they don't know, either.
16    Q.  Okay.  Is your answer complete?
17    A.  Done.
18    Q.  I want to turn to your Conclusion Number 3
19  which says, quote:  "The defect level that Mr. Yourdon
20  asserts was acceptable for Oracle 11i is much higher than
21  the true acceptable level for commercial software."
22    And my first question is:  Based on the text
23  below the conclusion, my understanding is that when you
24  say the defect level Mr. Yourdon says was acceptable is
25  much higher than the true acceptable level, you are

72

1  comparing the 85 percent referenced in the first
2  paragraph underneath Conclusion 3 in your report with the
3  99 percent figure referenced in the second paragraph
4  underneath that conclusion.  Is that correct?
5    A.  That's true.
6    Q.  So when you say that the level of defects
7  that Mr. Yourdon claims was acceptable is much higher
8  than is actually acceptable, first of all, that's based
9  on the assumption that Mr. Yourdon has taken a position
10  that an 85 percent defect removal rate is acceptable for
11  an ERP system like Suite 11i; is that correct?
12    A.  That's what it -- that's what the information
13  was I was working with.
14    Q.  Okay.  Let me ask you to take a look at
15  Mr. Yourdon's report, which we've had marked as
16  Exhibit 2, I believe, in front of you.  It should be
17  underneath that binder there.  And your report --
18    A.  Does this have page -- paragraph numbers?
19    Q.  It does.  Your report references paragraph 45
20  in support of the assertion that Mr. Yourdon is claiming
21  that an 85 percent defect removal rate would be
22  acceptable.  So I'd like you to take a look at
23  paragraph 45, which is on page 17 and carries over to
24  page 18.
25    A.  Okay.

Jensen, Randall W. 7/13/2007 2:29:00 PM

73

1    Q. Okay. Can you show me in paragraph 45 where
2  it is that Mr. Yourdon asserts that an 85 percent removal
3  efficiency would be acceptable for Oracle 11i?
4    A. Page 18, the figure at the top.
5    Q. Uh-huh.
6    A. The total removal efficiencies, 85 percent.
7    Q. Okay.
8    A. This is a place where he jumped away from
9  Capers Jones, then. He refers to it ahead of that, but
10 he jumps away from it because -- in that table at
11 page 488, an MIS system is 88.8 percent.
12   Q. My question is where is it in paragraph 45 of
13 Mr. Yourdon's report that he --
14   A. Right there, right at the bottom of the
15 table.
16   Q. Okay. I see the 85. I don't see where
17 Mr. Yourdon is saying that would be expected or normal
18 for an ERP system as opposed to software generally.
19     MR. WILLIAMS: Well, objection. Form. I
20 don't know if there's a question pending.
21     THE WITNESS: This is the average density.
22 Does that mean not acceptable?
23   Q. BY MR. GIBBS: I'm not quibbling with the
24 acceptable part. I'm asking where in that paragraph he
25 refers to ERP systems or to Suite 11i.

74

1    A. In there he's not looking at just a such as.
2  That's the average defect removal rate.
3    Q. For what?
4    A. Before -- on the average software product
5  before delivering it to customers.
6    Q. It's not specific --
7    A. In paragraph 45 of his report, Mr. Yourdon
8  references a table from Capers Jones' books Applied
9  Software Measurements which shows that software
10 development projects can expect to remove 85 percent
11 before delivering it to customers. He implies the
12 removal of 85 percent of the suite's defects prior to
13 customer delivery was normal and customary for projects
14 such as.
15   Q. Okay. Let me ask you to turn, then, to
16 paragraph 87 of Mr. Yourdon's report, which is at
17 page 30. Let me know when you've had a chance to read
18 it.
19   A. Okay. That comes back to the Capers Jones
20 thing again. Six defects per function point.
21   Q. And the part I'm focusing on here is defect
22 removal efficiency before their initial release is about
23 90 percent.
24     Do you see that?
25   A. Page 151.

75

1    MR. WILLIAMS: I think he's asking if you see
2  that.
3    THE WITNESS: I see that.
4    MR. WILLIAMS: Okay.
5    THE WITNESS: And I see it in its original
6  context.
7    Q. BY MR. GIBBS: Okay. Is it still your
8  understanding that Mr. Yourdon is claiming that an
9  85 percent defect removal rate would be normal and
10 expected for an ERP package as opposed to for software
11 generally?
12   A. Well, I guess what he's saying is that
13 90 percent, according to Capers Jones, is about right.
14   Q. For an ERP project?
15   A. For an ERP project.
16   Q. And you don't have any contrary numbers, do
17 you?
18   A. No. However --
19   Q. However?
20   A. However, it's still commercial software, and
21 85 percent may be the average across the universe of
22 software projects. But for commercial software where
23 you're expecting -- your customers are expecting it to
24 work, that's a much higher standard.
25   Q. And what do you include in the category

76

1  commercial software, as you use that term? Forget about
2  Mr. Jones.
3    A. Well, what I include in that are things --
4  when you buy a piece of software for your home computer,
5  do you expect it to work?
6    Q. The way this works is I ask you questions --
7    A. I know, you ask me the question, but it's
8  maybe rhetorical. But when you buy a piece of software,
9  you expect it to work.
10   Q. Okay.
11   A. I expect it to work. That's a pretty high
12 standard.
13   Q. But it doesn't mean a defect-free standard;
14 correct?
15   A. It doesn't mean it's defect free, but if it's
16 not defect free, it isn't going to sell in a commercial
17 software world.
18   Q. I thought we agreed that all commercial
19 software is released with defects. Are you telling me --
20   A. It is.
21   Q. Okay. There's a lot of commercial software
22 sold out there.
23   A. That's true.
24   Q. Is it your testimony that commercial software
25 that has any defects won't sell?

77

1    A. No.

2    Q. Okay.

3    A. But if -- but if there are show stoppers in

4  it, the reputation of that software will be damaged.

5        Q. Do you know what is the average number of

6  show stopper bugs still contained in the typical ERP

7  release after it's released to customers?

8        MR. WILLIAMS: Objection. Form.

9        THE WITNESS:  I guess I'd have to answer that

10  not in terms of ERP specifically, but in terms of

11  software in general specifically.  Most organizations,

12  when they put software on the market, go through three

13  levels of quality assurance, if you will.

14        After they develop software and they think

15  it's working very well, they send it to a group of what

16  they call alpha users.  Alpha users are expected to

17  remove the bugs from the software or tell them where they

18  are and tell them where they're not testing.

19        When the -- when the error rate is acceptably

20  low from that activity, then it's released to another

21  group of real users, beta users.  And they test the

22  software, if they're willing to risk their system on that

23  software, until it again is reduced down to a new level

24  very, very low, at which time they shrink wrap it and

25  they sell it.

78

1        Q. BY MR. GIBBS: Okay.

2        A. I don't think we're talking about that here.

3        Q. I don't know what you mean by that.

4        A. In this particular instance, I don't think

5  that that -- that was not the approach that was used when

6  this software was delivered.

7        Q. Meaning Suite 11i?

8        A. Yeah.

9        Q. What is your basis for saying that?

10        A. I think it's in the report.  If it isn't, it

11  should have made it into the report.  Oh, in

12  Conclusion 4.

13        5,000 software patches in the first six

14  months.  I know there was a statement used somewhere in

15  some of the material I read that software patches are

16  often enhancements, but not during the first six months.

17  They're fixing the system.  5,000 patches the first six

18  months and that level of bugs and patches during the next

19  six months remained the same or higher.

20        Q. Okay.

21        A. Is that commercial quality software?

22        Q. Let me ask you this. Your report says, "I am

23  informed that Oracle issued approximately 5,000 software

24  patches during the first six months after 11i was

25  released."

79

1    A. Yes.

2    Q. Who informed you of that?

3    A. It's in one of these things.  I don't

4  remember exactly where I got it.  When I wrote that down,

5  I just recalled that from what I had read.

6        Q. And when you say "one of these things," you

7  mean one of the expert reports that you --

8        A. One of the excerpts that I was reading.  I

9  can't tell you where it was.

10        Q. And you've reviewed no other documents or

11  testimony to --

12        A. Three documents.

13        Q. You've read no testimony of any witnesses

14  directly --

15        A. No, I have not.

16        Q. -- confirming that account; correct?

17        A. No, I have not.

18        Q. And you've reviewed no underlying documents

19  produced by Oracle in this case at all; correct?

20        MR. WILLIAMS: Objection. Form, underlying.

21        THE WITNESS:  I have, in some of the reports

22  I read, talking about the way the system was tested, yes,

23  I've read some of those comments from the --

24        Q. BY MR. GIBBS: You've read the excerpts that

25  are included in the expert reports you've read; correct?

80

1    A. And -- yeah.

2    Q. You haven't read the documents that those

3  reports --

4    A. No.

5    Q. -- purport to be quoting?

6    A. No.

7    Q. Okay.  And is the same true of your statement

8  that the level of bugs and patches during the next six

9  months remained approximately the same or higher?

10        A. That's what it said.

11        Q. Okay.  And you have no other basis for saying

12  that other than what you've read in Mr. Hilliard's and

13  Mr. Yourdon's reports?

14        A. That's right.

15        Q. You have no idea, factually speaking, what

16  those alleged 5,000 patches were designed to do; correct?

17        WILLIAMS: Objection. Form.

18        Q. BY MR. GIBBS: You don't know what they were

19  for?

20        MR. WILLIAMS: Objection. Form.

21        THE WITNESS:  What the 5,000 initial patches

22  were for?

23        Q. BY MR. GIBBS: Uh-huh.

24        A. I would assume they're for fixing things that

25  weren't working.

81

1    Q. That's an assumption. You don't know the
2  actual facts; correct?
3    A. To me, it's highly unlikely that any of those
4  first 5,000 patches were to add new features to the
5  software.
6    Q. Okay. But you don't know how large Suite 11i
7  is; correct?
8    MR. WILLIAMS: Objection. Form, asked and
9  answered.
10    THE WITNESS: I do not know. I know it's
11  very big.
12    Q. BY MR. GIBBS: And you don't know how complex
13  it is, according to any particular metric; correct?
14    A. That's correct.
15    Q. And you don't know what defect removal
16  activities Oracle underwent before releasing Suite 11i;
17  correct?
18    A. Only what I've read in the excerpts, if you
19  want to call them that, that were taken from the people
20  that worked at Oracle.
21    Q. And I thought we had agreed earlier that in
22  order to reach a conclusion about whether a defect level
23  is low, normal, or high, you'd need to know a lot of
24  things about the software, including its size, its
25  complexity, what defect removal activity were undertaken,

82

1  and probably more; correct?
2    A. To determine if -- yeah, if the errors -- the
3  defect rate was lower than expected. Not necessarily
4  low, most likely, or high. It's what was expected.
5    Q. Okay. And let's assume for present purposes
6  that there were 5,000 software patches in the first six
7  months. And let's further assume, as you have, that all
8  of those 5,000 software patches were to correct some kind
9  of defect. Without knowing how big or how complex the
10  software is and without knowing what defect removal
11  procedures were undertaken, how can you possibly have an
12  opinion as to whether 5,000 defects is higher than what
13  you would expect?
14    MR. WILLIAMS: Objection. Form.
15    THE WITNESS: That does -- that requires
16  something that's beyond the material I had.
17    Q. BY MR. GIBBS: So you can't reach that
18  conclusion?
19    A. No.
20    Q. Now, I can't tell from the report, but you
21  seem to be comparing the 5,000 software patches to the
22  1,000 high severity defects referenced in Mr. Yourdon's
23  report; is that correct?
24    A. No. In his report, he talked about a
25  thousand of the defects would be high severity defects,

83

1  quoting -- not anything other than quoting Capers Jones.
2  That's where he got his information.
3    Is 5,000 high? Well, Capers Jones says a
4  thousand should be expected. I don't think the software
5  patches that were put in those first six months were
6  cosmetic.
7    Q. Do you have any basis for concluding that
8  every one of the 5,000 was a high severity defect?
9    MR. WILLIAMS: Objection. Form.
10    THE WITNESS: That requires something that
11  nobody really knows.
12    Q. BY MR. GIBBS: Well, you don't know it.
13    A. I don't know. I don't think anyone else
14  does, either.
15    Q. So would that be impossible to determine?
16    MR. WILLIAMS: Objection. Form.
17    THE WITNESS: That's -- first there has to be
18  a definition of a high severity defect. The trail that
19  the TARs went through, there was no apparent formal
20  process that said this is a bug and this isn't a bug.
21  It's what they felt like calling it at the time. It's
22  not unusual and it's not non-standard practice to do
23  that.
24    Q. BY MR. GIBBS: Let me -- let's talk about the
25  TARs. Do you understand TAR to mean a technical

84

1  assistance request?
2    A. Uh-huh.
3    Q. And that's a term used at Oracle?
4    A. That's what Oracle calls them.
5    Q. And do you understand that that's a request
6  from a software user for some kind of assistance?
7    MR. WILLIAMS: Objection. Form.
8    THE WITNESS: That's right.
9    Q. BY MR. GIBBS: It might include a report of
10  an error in the software?
11    A. It might.
12    Q. In your work in the software development
13  field, were you ever called upon to diagnose defects in
14  the software that you were either developing yourself or
15  overseeing the development of?
16    A. Yes.
17    Q. And I take it diagnosing a defect in the
18  software typically starts with a user reporting some kind
19  of error; correct?
20    A. That's right.
21    Q. Is the user's error report by itself
22  typically enough to know whether there is in fact a
23  defect in the software?
24    A. Not initially, no.
25    Q. Okay. What else do you need to do after

85

1  receiving an error report to determine whether there is
2  in fact a defect in the software?
3      MR. WILLIAMS: Objection. Form.
4  Go ahead.
5      THE WITNESS: Go ahead.
6      MR. WILLIAMS: Yeah.
7      THE WITNESS: The -- typically a committee
8  gets together and says -- analyzes the problem and says
9  this is a problem with the software or it's a problem
10  with the user interface or it was an incorrect action by
11  the user or it's something that would be nice to have,
12  and they're categorized.
13      And in a typical sense -- I don't say this
14  facetiously -- the ones that are called true errors are
15  minimized because you don't want a high error rate in
16  your software. That's typical. And I think this was
17  handled, from what I read, fairly typically.
18      Q. BY MR. GIBBS: But in your life as a software
19  developer and a manager of software development projects,
20  once you have a user reporting an error, before you can
21  conclude whether or not there is in fact a defect in the
22  software, you'd need to exclude other potential causes of
23  the error other than a defect in the software itself;
24  correct?
25      A. Or -- or what you could do is say, yes, there

86

1  is a defect in the software, but here's a workaround.
2      Q. Okay. But that's a -- that addresses a
3  different question, and I'll get there --
4      A. It's the same question. It's not an error if
5  there's a workaround.
6      Q. Let's set aside the workaround issue for now.
7      A. Okay.
8      Q. Let me come at it a different way.
9      A user might report an error by the software
10  for reasons that have nothing to do with the defect in
11  the software itself; correct?
12      MR. WILLIAMS: Objection. Form.
13      THE WITNESS: They could. It could be a user
14  error.
15      Q. BY MR. GIBBS: It could be a user error. It
16  could be an error or defect in some other piece of
17  software that the application is interacting with;
18  correct?
19      MR. WILLIAMS: Objection. Form.
20      THE WITNESS: The software is interacting
21  with other software?
22      Q. BY MR. GIBBS: Uh-huh.
23      A. Wouldn't you think that's an error? I'd put
24  that as an error because if Excel doesn't talk to Word,
25  using that as a simple example, then is that an error?

87

1      Q. Let me try a different angle. So -- and I'll
2  continue with that example. So you've got Microsoft
3  Office, and it's running on a Microsoft operating system.
4      A. Uh-huh.
5      Q. Let's set aside Vista for now. Let's talk
6  about XP, okay? I have Microsoft Office on my machine
7  down in my office, and it's running on Windows XP, the
8  operating system.
9      A. Okay.
10      Q. I might be using my Outlook email program and
11  experience an error. It shuts down. You can't tell --
12  if I just tell you, hey, my email just shut down for no
13  reason, you can't tell whether that has been caused by a
14  defect in Outlook, can you, based on that information
15  alone?
16      MR. WILLIAMS: Objection. Form.
17      THE WITNESS: Doesn't your system come up and
18  say do you want us to send this report to Microsoft or
19  not?
20      MR. GIBBS: Mine doesn't.
21      THE WITNESS: Yours don't? I'm sorry.
22  Typically mine does. Mine comes up and says do you want
23  us to report this? And you can say no, forget about it,
24  or send the report.
25      Q. BY MR. GIBBS: My question is really on a

88

1  different issue, though. Hypothetically a bug or a
2  defect in XP might cause my email to shut down even
3  though there is no problem in the email code; right?
4      MR. WILLIAMS: Objection. Form.
5      THE WITNESS: True.
6      Q. BY MR. GIBBS: So if I tell you that my email
7  shut down inexplicably, based on that alone, you can't
8  tell me whether there's a defect in Microsoft Outlook,
9  can you?
10      A. Not necessarily.
11      MR. GIBBS: I think we're running out of
12  tape. So why don't we break for lunch.
13      THE VIDEOGRAPHER: This is the end of
14  Videotape Number 1. We are now going off the video
15  record. The time is 1:12 p.m.
16      (Recess.)
17      THE VIDEOGRAPHER: This is the beginning of
18  Videotape Number 2. We're back on the video record, the
19  time is 2:00 p.m.
20      Q. BY MR. GIBBS: Okay. Before the break,
21  Dr. Jensen, we were talking about, among other things,
22  how people define whether something is a defect in
23  connection with software.
24      A. (Witness nods head.)
25      Q. That's the subject matter I want to follow up

Jensen, Randall W.  7/13/2007  2:29:00 PM

89

1  on a little bit.
2  First of all, would you agree with me that
3  one element of something being a defect is that the
4  software is not performing the way it was intended to
5  perform?
6  MR. WILLIAMS: Objection. Form.
7  THE WITNESS: That's my definition.
8  Q. BY MR. GIBBS: That's the definition of a
9  bug?
10  A. It's either that -- okay. It's broader than
11  that. In order to not be a bug, the software must do
12  what it's intended to do and not do what it's not
13  intended to do.
14  Q. Okay. Fair enough. So if it's -- if those
15  two conditions are met, it's not a bug?
16  A. Right.
17  Q. And in terms -- let's say, let's hypothesize
18  that the software is not meeting one of those categories.
19  It's either not doing what it's supposed to do or it's
20  doing something it's not supposed to do. Would you
21  consider it a fair definition of a defect under those
22  circumstances to say it's a defect if it requires code to
23  fix the problem?
24  MR. WILLIAMS: Objection. Form.
25  THE WITNESS: I think in a strict sense,

90

1  that's true.
2  Q. BY MR. GIBBS: So -- and just to make it a
3  little more concrete, if you can fix the problem by
4  reconfiguring the software or configuring it a little bit
5  differently?
6  A. That's marginal.
7  Q. Okay.
8  A. But if it were something you misinterpreted
9  the manual, you didn't follow the instructions, that's
10  not a bug.
11  Q. Okay. But to characterize something as a
12  defect based on the question of whether you have to issue
13  code to fix the problem is a reasonable definition of a
14  defect?
15  MR. WILLIAMS: Objection. Form.
16  THE WITNESS: Yeah.
17  Q. BY MR. GIBBS: Okay. And, you know, we've
18  also talked a lot about Mr. Jones' numbers for expected
19  defect levels for different kinds of software. And I
20  want to try to come at that same issue from a slightly
21  different angle. Whatever the category of software,
22  would you agree that different companies employ -- strike
23  that. Let me start over.
24  You've already suggested that there are
25  degrees of quality in terms of software development

91

1  process.
2  A. Uh-huh.
3  Q. One company might use an average process and
4  one might use something that you would call, say, best in
5  class?
6  MR. WILLIAMS: Objection. Form.
7  THE WITNESS: That's --
8  Q. BY MR. GIBBS: Is that fair?
9  A. Yeah.
10  Q. And am I right to conclude that best in class
11  means you're using the best available process for that
12  particular type of software, roughly speaking?
13  A. That's part of it.
14  Q. Okay. And best in class would be necessary
15  to achieve the highest level of defect removal efficiency
16  possible for that particular category of software?
17  A. Still part of it.
18  Q. Okay. You'd need to do other things in order
19  to achieve those things?
20  A. Yeah.
21  Q. Okay. Fair enough. But as a necessary
22  condition, you'd have to use best-in-class processes in
23  order to reach the highest level of defect removal
24  efficiency possible for that category?
25  A. Again, along with other things.

92

1  Q. Fair enough.
2  A. You've got to have the best processes, the
3  best tools, the best management structure, the best
4  teaming. I mean, there's a lot of things that go into a
5  productive organization and one that does its job real
6  well.
7  Q. Okay. In terms of commercial software, as
8  you understand that term, is it your opinion that if a
9  software vendor does not live up to that best-in-class
10  standard, across all those things you've just mentioned,
11  that its products are defective?
12  A. Its products are less desirable. That's not
13  defective.
14  Q. Okay. And if something falls short of best
15  in class in terms of defect removal efficiency, does that
16  preclude a suite of products from being integrated?
17  MR. WILLIAMS: Objection. Form.
18  Q. BY MR. GIBBS: Necessarily?
19  A. Read me the first part of that again. I want
20  to make sure I get this.
21  Q. Let's assume you have a vendor that falls
22  short of best-in-class processes for defect removal.
23  A. Okay.
24  Q. Does that necessarily mean the products can't
25  be integrated?

93

1      MR. WILLIAMS: Objection. Form.

2      THE WITNESS: No.

3      Q. BY MR. GIBBS: And falling short of best in

4  class defect removal standards doesn't mean that the

5  software doesn't work; correct?

6      A. It has more errors, more defects. So it

7  doesn't work as well. And in some cases, it doesn't work

8  at all. It depends on the high severity errors that

9  you're getting to.

10     Q. But even best-in-class software in terms of

11  defect removal efficiency might have unknown show

12  stoppers in it when it's released; correct?

13     MR. WILLIAMS: Objects.

14     THE WITNESS: All software has show stoppers.

15     Q. BY MR. GIBBS: When it's released?

16     A. When it gets old and dies, there are probably

17  still things nobody has managed to trip over.

18     Q. So the difference between -- in terms of how

19  many show stoppers are embedded in there, the difference

20  between best in class and just average is one of degree;

21  correct?

22     MR. WILLIAMS: I'm just going to object --

23     THE WITNESS: It's one of perception. I

24  could have some software that had tons of bugs in it, had

25  a really great user interface, and did my job pretty

94

1  efficiently, still had a lot of bugs, and I may prefer

2  that to something that has no bugs, but has a crummy

3  interface. I mean, it comes to the quality issue.

4      When you look at -- I'll simplify this. If

5  you put a Ferrari and a Toyota and a Rolls Royce side by

6  side, which one is the highest quality? The Toyota has

7  less bugs. The Ferrari has the most, and if it happens

8  to be a Mercedes, you have to carry a mechanic in the

9  back seat. But they each have different views of

10  quality, and software is the same way. It may be buggy.

11  It has cool interface. It may play music while you're

12  working, I don't know. But whatever it is, is what

13  people buy.

14     MR. WILLIAMS: I'm sorry, I need to inject an

15  objection to the prior question just in the usage of the

16  phrase "best in class." I may had established

17  earlier that you were -- when you were referring to "best

18  in class," you were referring to a process, and then you

19  described software itself as being best-in-class

20  software.

21     So I'm just interposing an objection as to

22  form, vague.

23     Q. BY MR. GIBBS: Okay. Let me follow up on

24  something you've alluded to just to clarify.

25     You mentioned that you might have a product

95

1  all the way at the end of its life that's still got show

2  stoppers down in it that no one's ever tripped on. I

3  want to explore that concept a little bit. I take it

4  from that, that there are bugs in software that may never

5  affect anybody?

6      A. That's true.

7      Q. And that's -- the larger the software, the

8  more likely that may be the case; correct?

9      MR. WILLIAMS: Objection. Form.

10     THE WITNESS: There's certainly more

11  potential to hide bugs.

12     Q. BY MR. GIBBS: And is it also true that

13  different customers using the same software program in

14  different environments may experience bugs differently?

15     MR. WILLIAMS: Objection. Form.

16     THE WITNESS: Yeah.

17     Q. BY MR. GIBBS: Okay. And that wasn't a very

18  concrete question so let me make it a little more

19  concrete.

20     It's possible that you could have two people

21  trying to use the same computer program in different

22  environments. One of them might encounter a bug and be

23  unable to use a particular feature of the program; the

24  other one, using the same program in a different

25  environment, may have no trouble using that very same

96

1  feature because their environment is not triggering that

2  bug that's affecting the first user. Is that right?

3      A. It's not being triggered.

4      MR. WILLIAMS: Objection. Form.

5      THE WITNESS: That's true.

6      Q. BY MR. GIBBS: So the fact that one customer

7  using a piece of software is encountering a particular

8  bug doesn't mean that every customer who uses that same

9  piece of software is going to encounter the same bug;

10  correct?

11     A. That's part of the rationale that most

12  commercial organizations use to get their software what

13  we call it commercially viable or relatively bug free or

14  good. I'll just call it good. The alpha testers are

15  more stringent or they use the software differently than

16  the developers. The alpha testers are high-risk people.

17  They just love to take chances and use software that

18  doesn't work. And their purpose is to break the

19  software.

20     Beta users are more like real users, but

21  they're also signing up to a lot of risk because the

22  software isn't commercially viable yet. And they'll use

23  it in different ways, which surfaces different bugs.

24     And finally, when they make it commercially

25  available, most of the weird things that people would

97

1   come up with have been found, most of, not all of.
2   Q.   Okay.  But even after release, it's possible
3   that a bug could affect one customer in its environment
4   and not affect a customer using the very same feature of
5   the very same application in a different environment;
6   correct?
7   MR. WILLIAMS:  Objection.  Form.
8   THE WITNESS:  In a different way.
9   Q.  BY MR. GIBBS:  Are you familiar with the
10  concept of a bad fix injection rate?
11  A.   Oh, yes.
12  Q.   Okay.  What do you understand that phrase to
13  refer to?
14  A.   In a light way, a light way says any time you
15  repair an error, you introduce a new error.
16  Q.   And so the bad fix injection rate would refer
17  to the rate at which an intended fix introduces a new
18  error?
19  A.   Yeah.  And it happens.
20  Q.   It does happen?
21  A.   (Witness nods head.)
22  Q.   Mr. Jones, in various places in Estimating
23  Software Costs --
24  A.   He talks about that.
25  Q.   -- he talks about that.  Page 134, for

98

1   example, he says about 7 percent of all defect repairs
2   will accidentally inject new defects.
3   A.   What page was that?
4   Q.   134.
5   A.   134?
6   MR. WILLIAMS:  I want to object to the form.
7   THE WITNESS:  Okay.
8   Q.  BY MR. GIBBS:  Do you have any disagreement
9   with his 7 percent number as a broad average?
10  MR. WILLIAMS:  Objection.  Form.
11  THE WITNESS:  I have to make a judgment on
12  that.  As with many of the other things in this book, he
13  got that number from somewhere.  I have no idea where it
14  came from, whether it's real or not.  7 percent?  I don't
15  know if -- I know some people who if they repaired
16  software that I had written would probably introduce two
17  bugs for every one that they fixed.  Depends on the
18  software, depends on the developer.  It's -- that's an
19  awfully -- seven is a good number to use because it's --
20  it's much like 42 is a good number.
21  Q.  BY MR. GIBBS:  What does that mean?
22  A.   42 is the prime number of the universe.
23  Q.   Okay.  I was told there would be no math.
24  Okay.  You don't have any other alternative
25  number as a broad average across --

99

1   A.   No.
2   Q.   -- software development projects generally?
3   A.   No.  And this is, again, we're looking at a
4   universe that's this wide, and we're saying seven
5   (indicating).  That's what Capers does.  People use it as
6   a guideline, and it's a good guideline.  It gets you in
7   the ballpark, usually, but we're not talking about seven,
8   we're talking about this (indicating).  He's not saying
9   somewhere between 7 and 15 percent of all errors will --
10  see what I mean?
11  Q.   I do.  Let's turn to page 129 of Estimating
12  Software Costs.  He's got a paragraph there on bad fix
13  injection.
14  A.   Bad fix injection, yeah.
15  Q.   He says the U.S. average for bad fix
16  injection is about 7 percent.  I take your point,
17  assuming he means average, that's an average of numbers
18  that may range widely on either side of seven; correct?
19  A.   Of the data he collected.  Now, I don't know
20  what he collected.  I don't know if it's the whole U.S.
21  average.  That's what he said.  I don't believe that.  I
22  believe it's 7 percent of the projects he looked at.
23  Q.   Okay.  And my question is:  Do you know of
24  any other average that anyone else out there has
25  calculated?

100

1   A.   I don't know anybody who keeps track of that.
2   We just know that it happens.
3   Q.   Does seven sound high to you?
4   MR. WILLIAMS:  Objection.  Form.
5   THE WITNESS:  Well, it's one of those things.
6   For every error you fix, there's two other errors.  One
7   is believing you fixed the error, and the other is the
8   new error you injected.  I mean, it's kind of a light
9   rule of thumb, but errors get put in, and 7 percent seems
10  a little light.  Isn't that terrible?
11  Q.  BY MR. GIBBS:  So you think the average in
12  reality may be higher than that?
13  A.   It may be higher than that.  I'm not saying
14  it is because I don't know.
15  Q.   Understood.
16  A.   But it's -- that's an awfully small number.
17  Here it says for every hundred bugs you fix, seven of
18  your fixes will introduce a new one.  Just seven?  I have
19  a hard time with that.
20  Q.   You think it would be more?
21  A.   I write a lot of software, and there's always
22  one more error.  Now, if I have 100 bugs and I fix
23  them, now I've only got seven.  So if I fix all of those,
24  7 percent of those will introduce new errors.  I've
25  cleaned up my system because that's less than one.

101

1    That's illogical.

2        Q.  Let me turn back to your opinion, your

3    rebuttal report.  It should be Exhibit 1 for you.  We

4    talked a little bit about this 5,000 software patches

5    issue, and you told me that you believed it was likely

6    that if 5,000 patches were actually issued, they would

7    have been issued to fix defects not to, say, enhance

8    functionality.

9        A.  Not --

10       MR. WILLIAMS:  Objection.  Form --

11       Give me a chance to object and then answer

12   the question.

13       THE WITNESS:  I'm sorry.

14       MR. WILLIAMS:  That's okay.  You can go ahead

15   and answer the question.

16       MR. GIBBS:  I was just trying to get you

17   oriented.  So that's the subject matter I want to talk to

18   you about.

19       THE WITNESS:  Okay.

20       Q.  BY MR. GIBBS:  I understand your point on

21   that.  And my question is:  Do you have any reason to

22   believe or assume if 5,000 patches were issued in the

23   first six months that all 5,000 would have been to fix

24   show stoppers, as you've defined that term?

25       A.  I don't think fix show stoppers.  I think to

102

1    fix defects.

2        Q.  Okay.

3        A.  There are only a thousand of those were show

4    stoppers, remember.

5        Q.  I'm -- to be clear, though, I want to get at

6    what your opinion is.

7        A.  Okay.  My opinion is in the first six months,

8    they're scrambling to get the dang thing to work.

9    They're not worried about new features.

10       Q.  Okay.  But so your opinion is it's likely

11   that if 5,000 patches were issued, they would have been

12   issued to fix defects?

13       A.  Yes.

14       Q.  But you don't have a view as to whether all

15   5,000 would have been to fix show stoppers?

16       A.  Well, let me do a Jones here.  5 percent of

17   those were new features.  Can you tell me I'm wrong?

18       Q.  I can't, but Capers might.

19       A.  I'll bet he can't.

20       Q.  But I do need an answer to the question.

21       You don't have any basis for asserting that

22   if 5,000 patches were issued in the first six months,

23   that they would have all been to fix show stoppers?

24       A.  A large percentage would have been, not to

25   fix show stoppers, just defects.  Some of them are show

103

1    stoppers; some of them are just things, reports that come

2    out screwy, the margins are wrong.  It doesn't add up

3    correctly.  They're not show stoppers.  They're things

4    that aren't right.

5        The first six months, there's no reason to

6    introduce new things.  The next batch, the 5,000 that

7    continues, could have a large percentage of new features

8    that the customers have thought wouldn't it be nice if.

9    But not for six months.

10       Q.  Okay.

11       A.  Not many.

12       Q.  Okay.  We talked a little bit about

13   expectations of alpha users, beta users.

14       A.  (Witness nods head.)

15       Q.  I want to talk about customers after general

16   release.

17       A.  Okay.

18       Q.  Would you agree that customers who decide to

19   purchase and implement an ERP system immediately after

20   its general release have different expectations about

21   software quality than customers who buy it one year or

22   two years after its general release?

23       MR. WILLIAMS:  Hold on a second.  Just

24   objection to the form.  We're getting pretty far beyond

25   the scope of his rebuttal.

104

1        But go ahead.

2        THE WITNESS:  It's a good question.  I don't

3    really have an answer.  I guess somewhere deep down

4    there's probably some feelings about what that would be,

5    what I would do.  But that's not -- I don't think it's

6    something --

7        Q.  BY MR. GIBBS:  It's not something you would

8    put forth as a professional opinion?

9        A.  No.  There's idiots all over.

10       Q.  Conclusion Number 4, you refer to two

11   concepts I want to explore with you a little bit.  You

12   refer to the question of whether Oracle 11i was stable or

13   mature.  First question is:  What do you mean by stable?

14       A.  Not having consistent problems with show

15   stoppers.  It runs.  Mature means it's -- well, run a

16   long time.  The bugs are pretty well ironed out, pretty

17   well.  They're never all gone, but --

18       Q.  Well, let's break -- let's treat those

19   separately.  Just on the mature point, by definition, a

20   software product that's just been made generally

21   available won't be mature; correct?

22       MR. WILLIAMS:  Objection.  Form.

23       THE WITNESS:  You're asking for my opinion?

24       Q.  BY MR. GIBBS:  Yes.

25       A.  Could -- I don't know if this was or not, but

105

1  I would say that I would not trust it.  I wouldn't -- I
2  wouldn't buy a car the first six months it was out,
3  either.
4        Q.  Well, I just bought a computer with Vista on
5  it.  But to be clear, though, you define mature, as you
6  use it here in your reports, to mean something that's
7  been in use for a relatively long period of time.
8        A.  Yes.
9        Q.  And that's important because for any software
10  product, bugs get revealed and fixed over time after
11  initial release; correct?
12       A.  Uh-huh.
13       Q.  I need a verbal answer.
14       A.  I sure hope so.
15       Q.  Okay.  And so one who purchases a product
16  that's been around and in use for several years would
17  expect to encounter fewer bugs than someone who bought it
18  right after it was released?
19            MR. WILLIAMS:  Objection.  Form, calls for
20  speculation as to what someone might expect.
21       Q.  BY MR. GIBBS:  You can answer.
22       A.  That's true.
23       Q.  Stable is a different issue, though, because
24  that's not inherently tied to the amount of time it's
25  been on the market; correct?

106

1        A.  Yes.
2        Q.  Okay.
3        A.  Yes.  Yes, I'm sorry.
4        Q.  However, using your definition of stable,
5  would you expect a product that's been in general release
6  for some period of time to be more stable than a product
7  that was just released?
8        A.  You're coming -- in a way, you're coming back
9  to the discussion between MIS and commercial again.
10  There are things I can do before the product is released
11  or when it's just released that makes it more stable.  I
12  can test it more.  I can use more proven techniques in
13  the development.  I can do a lot of things to make it
14  more stable.  Nuclear weapons are one of those things
15  where you really want it to be very, very stable.
16            The amount of testing that's done, the amount
17  of excruciating -- there's a word that we use for a lot
18  of tests.  I can't remember the word for it, is one of
19  the words that come to mind.
20            I mean stability is a function of what you do
21  to make sure that works when it first comes out, and
22  that's the important step.
23       Q.  But stability is inherently relative, though;
24  correct?
25            MR. WILLIAMS:  Objection.  Form.

107

1            THE WITNESS:  Relative to what?
2       Q.  BY MR. GIBBS:  Well, that's my point.  Let me
3  try it a different way.
4            There's no absolute standard for stable or
5  not stable; correct?
6       A.  Oh, if it only exhibits three errors per
7  month, it's stable?  I can't say that.  Stable is --
8  there's more stable and less stable would be more fitting
9  than seven errors per month is stable.  That's not
10  reasonable.
11       Q.  Okay.
12       A.  Not rational.
13       Q.  Do you have an opinion as to what is an
14  appropriate level of stability for a brand-new ERP
15  system?
16            MR. WILLIAMS:  Objection.  Form.
17            THE WITNESS:  No.
18       Q.  BY MR. GIBBS:  And I take it you don't have
19  any specific knowledge as to the level of stability of
20  competing ERP systems like SAP R/3 or PeopleSoft 8;
21  correct?
22            MR. WILLIAMS:  Objection.  Form.
23            THE WITNESS:  No.
24       Q.  BY MR. GIBBS:  And you didn't see any
25  evidence in any of the expert reports that you reviewed

108

1  that would allow one to reach a conclusion about the
2  relative stability of Suite 11i versus other ERP systems;
3  correct?
4            MR. WILLIAMS:  Hold on.  Objection to form.
5  Allow one or allow him?
6            MR. GIBBS:  Allow one, anyone.
7            MR. WILLIAMS:  Objection.  Form.
8            THE WITNESS:  Yeah, that was -- I have not
9  used 11 -- in fact, that comment comes out in all the
10  reports I read.  You've never used it, you've never
11  installed it.  It takes an organization to install a
12  system like that, not a person.
13            So, yeah, I've never used it.
14            I had a response to that question.
15       Q.  BY MR. GIBBS:  Do you want me to rephrase it?
16       A.  Yeah, would you?
17       Q.  I will.
18            You've read Mr. Hilliard's report and you've
19  read Mr. Yourdon's two reports; correct?
20       A.  Yes.
21       Q.  Did you see anything in any of those reports
22  that would allow you to reach a conclusion as to whether
23  Suite 11i was more stable or less stable than other
24  similar ERP systems?
25            MR. WILLIAMS:  Objection.  Form.

Jensen, Randall W.  7/13/2007  2:29:00 PM

109

1      THE WITNESS:  First of all, I didn't read
2   that many reports from -- you know, from users about
3   their success or lack of success with the system.
4      Staying away from the answer to that question, from
5   another point of view, most ERP installations are not
6   just out-of-the-box installations.  They're customized.
7   Customized enters a whole new world.
8      Q.  BY MR. GIBBS:  What do you mean customized --
9      A.  If I'm changing 11i because I don't like the
10  database or because I don't like the way order processing
11  happens, I, as the user, are going to buy a whole lot of
12  grief because I'm going to introduce errors into the
13  system as well; right?
14      So it's hard to talk about stable in a
15  customized world.  Stable is when everybody gets together
16  and gets it working.  Then it becomes stable.
17  Out-of-the-box stable, I don't have an answer to that
18  because I haven't read the reports.
19      Q.  The reports from customers, you mean?
20      A.  What?
21      Q.  The reports from customers?
22      A.  There's tons of reports, I'm sure, and we've
23  seen excerpts of a lot of them.  But there's not enough
24  meat there or anything else, and I haven't talked to
25  anybody specifically to say "yes," 11i was stable or no.

110

1      Q.  And who would you want to talk to if you were
2   asked to reach a conclusion about whether it was stable?
3      MR. WILLIAMS:  Objection.  Form, beyond the
4   scope.
5      THE WITNESS:  Yeah, that's kind of -- that's
6   way outside of what I was doing.
7      Q.  BY MR. GIBBS:  Well, you said in Conclusion 4
8   that evidence of 5,000 patches strongly indicates that
9   the software was neither stable nor mature.  So I'm
10  really just trying to explore that --
11      A.  Yeah.
12      MR. WILLIAMS:  Hold on a second.  Objection.
13  Form.  He didn't say -- he didn't simply say that
14  evidence of 5,000 patches strongly indicates whether that
15  the software was stable, nor -- I think your question
16  ended there.
17      He said, in fact, I believe that the
18  existence of 5,000 patches and the continuing bugs during
19  the following months are evidence strongly indicating
20  that the 11i software was neither stable nor mature.
21      MR. GIBBS:  The point stands.  He's offering
22  an opinion about stability, and I'm exploring it.  I
23  think we're well within the scope of the report.
24      Q.  So let me ask you again --
25      MR. WILLIAMS:  I didn't instruct him not to

111

1   answer.
2      MR. GIBBS:  But he objected and didn't answer
3   the question.
4      THE WITNESS:  No, I didn't, really.  This is
5   basically what I meant.  If you're putting out 5,000
6   patches in the first six months, that's not stable, in my
7   opinion.
8      Q.  BY MR. GIBBS:  Okay.  And my question is:
9   Well, you mentioned that you hadn't talked to anybody.
10  Who would you want to talk to if you wanted to reach a
11  broader conclusion as to whether Suite 11i was stable?
12      MR. WILLIAMS:  Objection.  Form.
13      THE WITNESS:  Oh, boy.  That's a whole new --
14  wow, what a task that would be, literally to do that, to
15  go through and talk to all the friends and foes of 11i to
16  determine if it was stable or not.
17      Q.  BY MR. GIBBS:  You'd have to talk to a large
18  cross section of users?
19      A.  I'd have to.
20      Q.  Okay.  And you'd have to factor in the degree
21  to which different customers customize the software?
22      A.  That's true.
23      Q.  Because without knowing that, you can't tell
24  whether the instability has been introduced by the
25  customization or was there to begin with; correct?

112

1      MR. WILLIAMS:  Objection.  Form.
2      THE WITNESS:  That's true.
3      Q.  BY MR. GIBBS:  Now, you also mentioned that
4   you hadn't used Suite 11i.  If you were asked to opine in
5   absolute terms whether Suite 11i was acceptably stable,
6   would you want to use the software?
7      MR. WILLIAMS:  Objection.  Form.
8      THE WITNESS:  Yeah.  11i is not something I
9   would ever use.
10      Q.  BY MR. GIBBS:  Do you think you could reach a
11  fair conclusion about the relative stability of the
12  software without using it?
13      MR. WILLIAMS:  Objection.  Form.
14      Q.  BY MR. GIBBS:  Or watching someone else use
15  it?
16      MR. WILLIAMS:  Objection.  Form.  I'm not
17  sure what you're asking.
18      If you can understand what he's asking, you
19  can answer.
20      THE WITNESS:  It would take a good-sized
21  sample, a good cross section of the users pro and con.
22  It would be more interesting, and I can't do this because
23  I'm not -- I'm -- I don't want to say that.
24      What would be interesting to see was what
25  some out-of-the-box 11i users had to say about that.  But

113

1    I'm -- that's for someone else to do.  Please don't sign
2    me up to interview all these people.
3        Q.  BY MR. GIBBS:  And you don't know what's
4    typical in terms of stability for ERP release in its
5    first six months of general availability; correct?
6        A.  No.
7        Q.  Would you agree, though, that some level of
8    instability would be reasonable to expect?
9        MR. WILLIAMS:  Objection.  Form.
10        THE WITNESS:  There's always some instability
11    in the beginning.  This product was put right out on the
12    street, and I would expect there to be quite a bit of
13    instability in the beginning.  I would expect it.  I
14    don't know if there was, but I would expect it.
15        Q.  BY MR. GIBBS:  And do you think customers
16    would expect it?
17        MR. WILLIAMS:  Objection.  Form.
18        THE WITNESS:  That's an opinion.  I don't
19    know if they would.  I would expect it.  I don't know if
20    they would.
21        Q.  BY MR. GIBBS:  Do you think people with
22    knowledge of the enterprise application industry would
23    expect it?
24        A.  Apparently some of them did.  Some people
25    bought it.  A lot of people bought it.

114

1        Q.  I thought you were saying you would there to
2    be some instability.
3        A.  I would expect there was some instability,
4    but you said would customers expect that.  They probably
5    did, but they knew what they were getting into and they
6    bought it.  So, yeah, it's -- they probably expect things
7    not to work quite -- I mean, they're alpha testers.
8        Q.  I meant customers after release of the
9    software, after it's generally available.
10        MR. WILLIAMS:  Objection.  Form.
11        MR. GIBBS:  Sorry --
12        THE WITNESS:  Were you asking me a question?
13        Q.  BY MR. GIBBS:  Yeah, I was intending to ask a
14    question for clarification.  Just to be clear, I was
15    referring to what customers buying the product after
16    general release would expect.  For that class of
17    customer, would you still believe the customers would
18    likely expect there to be some level of instability in a
19    newly released ERP package?
20        MR. WILLIAMS:  Objection.  Form.
21        THE WITNESS:  When I bought Windows XP --
22    again, I'm using analogies here -- it had been on the
23    market for a year, and I knew it wasn't going to work.
24    And I was justified.
25        Q.  BY MR. GIBBS:  But you bought it anyway?

115

1        A.  Bought it anyway.  Mostly because my
2    applications wouldn't run without it.
3        Q.  Is it fair to say, then, that the customers
4    buying a newly released ERP system would expect at least
5    some level of instability?
6        MR. WILLIAMS:  Objection.  Form.
7        THE WITNESS:  It is software, yep.
8        MR. GIBBS:  I don't have anything else.
9        MR. WILLIAMS:  Okay.  Why don't you give me
10    ten minutes.
11        MR. GIBBS:  Uh-huh.
12        THE VIDEOGRAPHER:  We are now going off the
13    video record.  The time is 2:35 p.m.
14        (Recess.)
15        THE VIDEOGRAPHER:  We are now back on the
16    video record.  The time is 2:00 p.m.
17        EXAMINATION BY MR. WILLIAMS
18        Q.  Mr. Jensen, you weren't asked to give or
19    offer an opinion on the overall quality of Suite 11i,
20    were you?
21        A.  No.
22        Q.  And other than the expert reports of
23    Mr. Yourdon and Mr. Hilliard, have you reviewed any of
24    the documents that were exchanged during discovery in
25    this case?

116

1        A.  They're the only documents I have, I've seen.
2        Q.  Okay.  And you testified earlier, toward the
3    end of Mr. Gibbs' examination, that generally alpha
4    customers would expect a lot of bugs in the software.
5    When you were referring to alpha customers, were you
6    referring to customers who purchased after the general
7    release of 11i to the market or some other group of
8    customers?
9        A.  No.  Using Microsoft as an example again,
10    they do a fairly thorough test of the software before
11    they release it to the alpha testers.  Admittedly, it has
12    a higher bug rate than they would expect in the street.
13    But it has -- how can I say this?  The alpha testers use
14    the software in ways that are different than was
15    typically used in their formal testing.  Okay?  And they
16    know the system is going to break.  It's buggy software.
17        When they finally reach a certain level of
18    defects, they've reduced it to a certain level, hopefully
19    getting all of the big bugs out, all of the show
20    stoppers, then they release it to the first set of real
21    users, which are the beta testers.  They are committed.
22    They know under the agreement they have with Microsoft
23    that this software isn't clean and expect it to break,
24    expect it to take their system down.
25        But if you're willing to get some advanced

117

1    experience with this, we'll let you be a beta tester.
2    I've done that before.
3        Q.  So in May of 2000, when 11i was released to
4    the general public for purchase, your testimony regarding
5    what an alpha or a beta customer might expect is not the
6    same as what one might expect after general release to
7    the public; is that fair?
8        A.  Yes.  Yes, it is.  In a sense --
9        Q.  It's fair, or yes, it is?
10       A.  From the things I read, from the reports I
11   read, I came away with the general feeling that the first
12   users of 11i were alpha testers.
13       Q.  And that's the first users after general
14   release?
15       A.  At first testers after development.  They're
16   the -- I didn't get a feeling going through the documents
17   I had on either side, Yourdon's or Hilliard's, that the
18   system was -- had more than development testing.
19       Q.  Regardless of when they purchased the
20   software?
21       A.  Yeah.  These people who bought it first were
22   buying -- they were alpha testers.
23       Q.  I just want to be clear.  Did you see
24   evidence in those documents that you reviewed that stated
25   that those people were alpha testers --

118

1        A.  No.
2        Q.  -- or is it your opinion based on what you
3    saw that these customers must have been or their
4    experiences were similar to what the experiences that
5    alpha testers would have?
6        A.  That's right.
7        MR. GIBBS:  Objection.  Compound, leading.
8        THE WITNESS:  That's what?
9        MR. WILLIAMS:  That's okay.  He's just making
10   an objection.
11       THE WITNESS:  Oh.
12       Yes.  One of the -- there's a difference
13   between this software and commercial run-of-the-mill,
14   shrink-wrapped software in that much of the application
15   of 11i would be customized.  That's a different ball
16   game.  I mean, those guys are development testers,
17   literally, when they're doing customization.
18       So if you are using 11i out of the box, so to
19   speak, uncustomized, that would have been -- they would
20   have been alpha testers for that.
21       Q.  BY MR. WILLIAMS:  Okay.
22       A.  In my opinion.
23       Q.  You had earlier testified about a
24   contradiction that you viewed in Mr. Jones' summarization
25   of the amount of function points that one might expect in

119

1    an ERP system.  I think on page 148, you cited to a
2    number of 250,000, which was also Mr. Yourdon's report.
3        A.  Yeah.
4        Q.  And then I think on page 150 or 151, you
5    pointed to a place where he said that there may be
6    150,000 function points in a typical ERP system.
7        Can you explain that, please.
8        MR. GIBBS:  Objection.  Misstates the
9    evidence.
10       Q.  BY MR. WILLIAMS:  Go ahead.
11       A.  My first reaction when I read it, because
12   Jones has a habit of just putting numbers out that are
13   not the full range.  My first interpretation when I read
14   it was 150,000 was just another size.  But when you look
15   at the table here, if I didn't have a full ERP package,
16   full ERP package was all of this stuff is 250,000.  If
17   you had parts of it, you could come up with 150,000
18   typical.  That would be possible.
19       MR. WILLIAMS:  Okay.  I have nothing further.
20       MR. GIBBS:  I have a couple quick follow-ups.
21   I can do it from here, actually.
22       MR. WILLIAMS:  All right.
23       FURTHER EXAMINATION BY MR. GIBBS
24       Q.  Mr. Jensen, I think you said that from
25   reading the Hilliard and Yourdon reports, you didn't get

120

1    the feeling that 11i had been tested using anything other
2    than development testing.  Did I understand that
3    correctly?
4        A.  That's correct.
5        Q.  And when you say nothing other than
6    development testing, I take it you mean the feeling you
7    had was that they didn't go through the alpha testing and
8    beta testing process that you've described here; correct?
9        A.  That's true.
10       Q.  But you have no idea whether that's in fact
11   true; correct?
12       A.  Well, there's symptoms that I saw that led me
13   to believe that.  The first of the symptoms came in out
14   of Conclusion Number 1.  Conclusion Number 1 said
15   basically $6 million worth of effort.  That would have
16   been equivalent to about 80,000 function points
17   developed.  According to Jones, that's a lot smaller than
18   250,000.  Whether that was anywhere near the right number
19   or not, I don't know.
20       But I -- the feeling I had after looking at
21   that number, 6 million person months, which sounds like
22   an awfully big number, would only generate 80,000
23   function points.
24       So my interpretation of that is that they
25   didn't do comprehensive testing of the systems or they

121

1   didn't do development or they didn't do something.
2   Somewhere along the process some work was left out
3   necessary to make it a more stable system.
4       Q.  That assumes that the 6 million hour number
5   includes all of those categories; correct?
6       A.  Well, if we built a 250,000 function point
7   system using Jones numbers, if we built one that large
8   and we only had $6 million worth of effort, that's not
9   enough to build a 250,000 function point system.
10      Q.  If that 6 million metric includes all four of
11  the categories of activities you've described -- let me
12  restate it.  Okay?
13          You're assuming that the 6 million count
14  captures each of the four stages you've described;
15  correct?
16      A.  I did do that.
17      Q.  And you're saying that if that 6 million
18  actually captures the time spent on each of the four
19  phases --
20      A.  The efforts spent.
21      Q.  The efforts spent on each of the four phases
22  you've described, you don't think that would be adequate
23  for a 250,000 function point piece of software?
24      A.  That's correct.
25      Q.  But you don't know whether the 6 million

123

1   they did do, if that's the correct number.
2       MR. GIBBS:  That's all I have.
3       MR. WILLIAMS:  Okay.  I think we're done.
4       THE VIDEOGRAPHER:  This concludes today's
5   proceedings.  The number of videotapes used was two.  The
6   time is 3:08 p.m.
7       (The deposition was concluded at 3:08 p.m.)
8           --oOo--
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

122

1   captures each of those points of activity here;
2   correct?
3       A.  We don't know if the 8 million person months
4   was the total development cost, but everybody that I
5   looked at, every report I looked at went back to the
6   8 million person months.  I can't imagine anybody
7   understating the amount of money they spent on the
8   system.
9       Q.  There's no opinion in your report about this,
10  you didn't get the feeling that any testing other than
11  development testing was done; correct?
12      A.  That was -- where is number 1?
13          Okay.  Number 1 said -- and I thought that
14  was fairly clear.  Oh, in number 1, I just said that if
15  there was 267,000 function points, there's something
16  flawed in the calculation.  Because I only got 80,000
17  function points out of it.
18      Q.  Okay.  I'm getting to the point that you
19  don't know as a matter of fact whether Oracle did any
20  alpha testing; correct?
21      A.  I have no idea, but it doesn't come out in
22  the 6 million person months.
23      Q.  And you have no idea whether Oracle underwent
24  any beta testing of 11i before it was released, do you?
25      A.  Nope.  But they didn't put much money in what

124

1   CASE TITLE:        In Re:  Oracle Securities
2   DATE OF DEPOSITION:   July 13, 2007
3   REFERENCE NO.:      75321
4
5
6   Please be advised I have read the foregoing deposition,
7   and I hereby state there are:
8   (Check one)
9       _____  NO CORRECTIONS
10      _____  CORRECTIONS ATTACHED
11
12
13
14      _____
15      Randall W. Jensen, Ph.D.
16
17      _____
18      Date Signed
19
20          --oOo--
21
22
23
24
25

Jensen, Randall W.  7/13/2007  2:29:00 PM

125

1      DEPONENT'S CHANGES OR CORRECTIONS

2

3      Note:  If you are adding to your testimony, print the

4      exact words you want to add.  If you are deleting from

5      your testimony, print the exact words you want to

6      delete.  Specify with "add" or "delete" and sign this

7      form.

8          DEPOSITION OF:  Randall W. Jensen, Ph.D (Ref# 75321)

9          CASE:        In Re: Oracle Securities

10      DATE OF DEPO:  July 13, 2007

11    Page  Line  CHANGE/ADD/DELETE

12    ____  ____  _____

13    ____  ____  _____

14    ____  ____  _____

15    ____  ____  _____

16    ____  ____  _____

17    ____  ____  _____

18    ____  ____  _____

19    ____  ____  _____

20    ____  ____  _____

21    ____  ____  _____

22    ____  ____  _____

23    ____  ____  _____

24    ____  ____  _____

25    Deponent's Signature_____Date_____

126

1          REPORTER'S CERTIFICATE

2          I certify that the witness in the forgoing

3      deposition,

4          RANDALL W. JENSEN, PH.D.,

5      was by me duly sworn to tell the truth, the whole truth

6      and nothing but the truth in the within-entitled cause;

7      that said deposition was taken at the time and place

8      herein named; that the testimony of said witness was

9      reported by me, a duly certified shorthand reporter and

10      a disinterested person, and was thereafter transcribed

11      under my direction into typewriting.

12          I further certify that I am not of counsel or

13      attorney for either or any of the parties to said

14      deposition, nor in any way interested in the outcome of

15      the cause named in said caption.

16          Dated July 14, 2007.

17

18

19          _____

            Leslie Rockwood

20          Certified Shorthand Reporter

            State of California

21          Certificate No. 3462

22

23

24

25

# EXHIBIT 42

# Rebuttal Declaration of
# Randall W. Jensen, PhD

**Regarding**
**Expert Report of Edward Yourdon**
dated 25 May 2007

**in the Matter of**
**Oracle Corporation ("Oracle") Securities Litigation**
**United States District Court**
**Northern District of California**
**San Francisco Division**
**Case No. C-01-0988-MJJ**

**June 22, 2007**

# **Assignment**

I was engaged in the Oracle Corporation Securities Litigation (Case No. C-07-0988-MJJ) in June 2007 and was asked to review and analyze the Expert Report of Edward Yourdon dated May 25th, 2007.  Specifically, I have been asked to:

1. Address the methodology and accuracy of Mr. Yourdon's finding that the Oracle 11i software comprises 250,000 function points.

2. Address Mr. Yourdon's analysis and findings relating to the quality of the Oracle 11i software during the class period from December 14th, 2000 to March 1, 2001.

3. Address Mr. Yourdon's analysis and findings regarding the adequacy of testing done on the Oracle 11i software prior to its release.

I have addressed each of these issues and reached the conclusions in the following paragraphs.

# Conclusions

**Conclusion #1:**

> **The basis on which Mr. Yourdon calculates 267,000 function points for Oracle 11*i* is flawed, and therefore his calculation cannot be relied upon.**

According to Mr. Yourdon, the Oracle 11*i* suite would have had on the order of 267,000 function points. To get this number, Mr. Yourdon relies on testimony from a senior Oracle developer[1] stating that Oracle expended 6 million staff hours developing Oracle 11*i*. However, using information from the same sources that it appears that Mr. Yourdon used,[2] the size of Oracle 11*i* could actually have been anywhere between 76,000 to 556,000 function points. That range is so wide that all one can infer from that fact alone is that the Oracle 11*i* system is very large. According to Table 3.17 in Capers Jones's 1996 book, the number of function points that Oracle could have developed per staff-month could have been anywhere between 1.90 and 13.88, as opposed to the mode value 6.75 (which is approximately the same as the 6.67 that Yourdon uses[3]). It is this range of 1.90 to 13.88 that produces the 76,000 to 556,000 function point calculation. However, even this is misleading because it refers to all types of software (e.g., internally-developed custom software, outsourced custom software, military software, etc.). What Mr. Yourdon should have noted is that Table 3.31 from Capers Jones's same book[4] shows that average development productivity for commercial software (e.g., Oracle 11*i*[5]) would only be in the range of 1.96 function points per staff-month (which corresponds to approximately 80,000 function points). Using this more realistic number, Oracle could not have properly developed and tested a 267,000

---

[1] Declaration of Alan Fletcher dated February 28, 2005 (incorrectly stated as February 28, 2006 in Mr. Yourdon's report).

[2] Capers Jones, "Applied Software Measurement" (Second Edition, McGraw Hill, 1996), page 189.

[3] The table Mr. Yourdon references in his report, Table 15-3 does not exist in this reference source, but Table 3.17 covers the same subject matter and has a similar statistic.

[4] Capers Jones, "Applied Software Measurement" (Second Edition, McGraw Hill, 1996), page 213.

[5] Ibid., page 179.

function point product with only 6 million staff hours of effort.[6]

However, the whole approach of calculating function points from staff hours is misleading because the calculation method is not sufficiently precise to be useful.[7] In fact, the only reliable method of determining the number of function points in a software system is to have a function point counter certified by the International Function Point Users Group (IFPUG) count them. In order to accomplish this, the counter would have to undertake the following steps:

- Define the desired application boundary (i.e., the limits of the functionality and systems for which function points are to be counted)
- Count the external files used by the system
- Count the internal files used by the system
- Count the system's logical inputs
- Count the system's logical outputs
- Count the system's logical queries (i.e., the number of different types of user inquiries that the system needs to be able to handle)

Once having taken these steps, the counter would need to adjust the count based on the attributes of the internal and external files (see above), and then adjust that total based on the system attributes.

Thus, Mr. Yourdon's function point estimate has no validity because the method he used was flawed and imprecise and he failed to do the one thing that could have produced a reasonably accurate estimate.

---

[6] It is my experience that modifying earlier versions of a software module requires nearly the same effort as developing it from scratch. Thus, even considering that Oracle 11*i* was comprised in part of modified or upgraded modules from earlier versions of the Oracle Applications, Mr. Yourdon should have realized that 6 million staff hours was insufficient to develop a reliable Oracle 11*i* product.

[7] According to Capers Jones ("Estimating Software Costs" Second Edition, McGraw Hill, 2007, page 121), "Simple rules of thumb are *not* accurate . . . Simple rules of thumb should *not* be used for contracts, bids, or serious business purposes."

**Conclusion #2:**

> **Based on the sources Mr. Yourdon relied upon to determine the prevalence of defects in ERP-type software, Mr. Yourdon had no factual basis to state whether Oracle 11*i* defect levels were high, low or normal.**

There are only two places in Mr. Yourdon's report where he discusses what a normal defect level would be for software like Oracle 11*i*:

- In paragraph 48, Mr. Yourdon states that a normal level of defects would be 1 to 2 defects per thousand lines of code (defects/KLOC). However, Mr. Yourdon does not know or does not state how many lines of code Oracle 11*i* has. Therefore the number of defects per thousand lines of code is meaningless.

- In paragraph 87, Mr. Yourdon states that a normal ERP systems would have 1.5 million defects, only 1,000 of which would be high severity defects. However this is based on the estimate of 250,000 function points and Mr. Yourdon has no basis for using that estimate to apply to the amount of development Oracle did on 11*i*, as discussed above.

Thus there is no factual basis anywhere in Mr. Yourdon's report that supports his conclusion that the defects found in Oracle 11*i* were within normal bounds. In fact, he either did not know or did not say how many defects Oracle 11*i* had.

**Conclusion #3:**

> **The defect level that Mr. Yourdon's asserts was acceptable for Oracle 11*i*
> is much higher than the true acceptable level for commercial software.**

In Paragraph 45 of his report, Mr. Yourdon references a table from Capers Jones's book, "Applied Software Measurement", which shows that software development projects can expect to remove 85% of the defects in a project before delivering it to customers.[8]  In his use of this statistic, Mr. Yourdon implies that removal of just 85% of the suite's defects prior to customer delivery was normal and customary for software projects such as the development of Oracle 11*i*.  However he has taken this figure, which refers to all types and sizes of software projects, out of context.

What Mr. Yourdon ignored was the fact that Oracle 11*i* is commercial software,[9] and Mr. Jones also documented the defect removal efficiency for commercial software, which – instead of 85% – is over 99%.[10]  Of course, the 99%+ defect removal efficiency is predicated on the commercial software developer having completed 14 different defect removal activities, which is what Oracle should have done.  If Oracle skipped some of these normal and expected activities (e.g., unit test, regression test, system test, integration test, etc.), Oracle would not have removed 99%+ of the defects, and the product would have experienced unusually high and unacceptable defect levels.

In paragraph 92 of his report (specifically in footnote 33), Mr. Yourdon implies that if Oracle did not test the Oracle 11*i* software completely, that was still an acceptable practice because:

> . . . vendors of large, sophisticated software products [including] Oracle
> . . . are unable to identify and eliminate all software bugs before they
> release a product.  The nearly infinite number of combinations and

---

[8] Yourdon Report dated May 25, 2007, paragraph 45 (based on Table 9.15 from Capers Jones, "Estimating Software Costs" Second Edition, McGraw Hill, 2007, page 290).

[9] Capers Jones, "Applied Software Measurement" Second Edition, McGraw Hill, 1996, page 179.

[10] Capers Jones, "Estimating Software Costs" Second Edition, McGraw Hill, 2007, Table 20.2, page 488.  Note: the figures in this table are based on data from approximately 12,000 actual software projects examined by Mr. Jones and his colleagues (page 486).

> permutations of hardware (CPUs, memory, disks, printers, telecommunication networks, etc.), third-party software, and customer data, make it impossible to conduct "exhaustive" testing.

This logic is fallacious. Whether or not it is possible to do what Mr. Yourdon describes as "'exhaustive' testing", it is customary for software developers to do the types of testing shown in Capers Jones's book[11] in order to assure that the software will satisfy all of the system's requirements and it will reject invalid inputs. If Oracle did not do such testing, that was not an acceptable practice.

---

[11] Ibid.

**Conclusion #4:**

> **Yourdon generously asserted that 1,000 high-severity defects in the first year would be normal, but the defect levels experienced by Oracle 11*i* were significantly higher than this.**

In Paragraph 87 of his report, Yourdon quotes Capers Jones's statistics that an ERP system could reasonably expected to have approximately 1,000 high-severity defects in the first year of use. Mr. Yourdon also states (in paragraph 33 of his report) that "urgent" defects should be corrected with what are known as software patches. In this paragraph, Mr. Yourdon's description of an "urgent defect" is essentially the same as a "high severity defect". I am informed that Oracle issued approximately 5,000 software patches during the first six months after Oracle 11*i* was released for customer use, and that the level of bugs and patches during the next six months remained approximately the same or higher. Thus, even using Mr. Yourdon's logic (which was being overly generous to Oracle, as described in conclusion #3, above), the Oracle 11*i* defect rate was significantly higher than it should have been.

In his paragraph 192, Mr. Yourdon states: "Like bugs, patches are a natural part of software lifecycles" supported by a quote from Ron Wohl that, in turn, states "some number of software changes were made to – for the exact reason, to improve the software with new features." Two paragraphs later, Mr. Yourdon quotes Mr. Larry Ellison as saying "Yeah. Patches are often enhancements." In my experience, no new software system ever issues 5,000 enhancements during the first six months of a new product release that is not working according to its specifications. In fact, I believe the existence of the 5,000 patches and the continuing bugs during the following months are evidence strongly indicating that the Oracle 11*i* software was neither stable nor mature.

## Publications

My publications within the past ten years are included in my resume, attached.

## Prior Expert Witness Testimony

I do not have any expert witness testimony within the past four years.

## Expert Compensation

The compensation to be paid for services rendered in this matter is as follows: preparation, research and consulting at $450 per hour plus expenses; deposition testimony at $2,750 per half day plus expenses; and trial testimony at $6,000 per day plus expenses.  To date, I have spent approximately 16 hours on this assignment.

## Concluding Comments

This declaration has summarized my opinions and has presented the basis on which they were formed.

Signed,

Randall W. Jensen, PhD

Enclosure

# RANDALL W. JENSEN

660 North Highland Blvd, Brigham City, UT  84302-5526
Home: (435)734-0126; Office (801)775-5742

## RESUME

## AREAS OF SPECIAL INTEREST

Software development management; schedule and cost estimation; and software productivity improvement; Real-time software engineering methods

## EXPERIENCE SUMMARY

Forty eight years experience in the design, analysis, application, and testing of sophisticated embedded systems, backed by an extensive technical education including a Ph.D. in Electrical Engineering (Computer Science minor). Experience during the last thirty five years concentrated in software engineering including development of resource estimation and management techniques, and real-time software development methods research and application.

## EMPLOYMENT

Software Technology Support Center, Hill AFB, UT, 5/02 to present

> **Cost Estimation Subject Matter Expert**, 2/05 to present. Consulting and training in areas of software cost and schedule estimation and resource management, implementation and application of software development resource estimation tools and techniques.

> **Consultant**, 5/02 to 2/05. Consulting and training in areas of software cost and schedule estimation and resource management, implementation and application of software development resource estimation tools and techniques.

Software Engineering, Inc., Brigham City, UT, 8/75 to 5/02

> **President**, 8/75 to present. Developed software cost and schedule estimating tools (Sage, SEER-SEM, System3, Seer). Professional consulting and training in areas of real-time software engineering methods, total quality and resource management, implementation and application of software development resource estimation tools and techniques. Clients include GTE, NSA, US Air Force, US Navy, Canadian National Defence Hdqtrs, and Bull Information Systems.

Hughes Aircraft Company, Fullerton, CA, 8/72 to 11/92 (ret.)

> **Chief Scientist**, 10/80 to 11/92. El Segundo and Fullerton, CA. Conducted software engineering methods research including real-time software development techniques and tools for analysis and design. Pioneered application of structured methods and Computer-Aided System Engineering (CASE) in software development. Continued research in Total Quality Management and methods for improved software productivity with emphasis on team techniques. Enhanced resource and schedule estimation techniques for the widely-used Jensen software development model.

> **Senior Scientist**, 8/76 to 10/80, El Segundo, CA. Conducted software engineering methods research including structured software development techniques and tools. Conducted research in methods for improved software productivity with emphasis on team techniques. Developed resource and schedule estimation techniques and the Jensen software development model.

> **Senior Staff Engineer**, 8/72 to 8/76, El Segundo, CA. Tested and integrated large-scale embedded software systems. Conducted research in structured techniques in large-scale software systems and automated tools to support software test.

Utah State University, Logan UT, 9/67 to 8/72

> **Assistant Professor**. Taught software design methods and programming languages for Computer Science Department, and network theory and Computer-Aided Design (CAD) courses for the Electrical Engineering Department. Conducted research in computer simulation of electronic devices, circuits, and systems.

Design Analysis Associates, Logan, UT, 9/67 to 8/72

**Vice President, CAD Consultant**. Consulting in electronic circuit and device simulation including stressed and transient radiation environments. Developed circuit simulation and design modeling software. Conducted simulation methods training courses. Clients included IBM and US Army Munitions Command.

Hughes Aircraft Company, Culver City, CA, 6/61 to 9/67

**Member of Technical Staff**. Designed airborne digital computer memory systems including magnetics, circuitry, and logic. Developed state-of-art simulation methods, software, and models for the analysis of nonlinear circuits and systems operating in extreme environments.

## EDUCATION

BS, MS Electrical Engineering, Utah State University, 1959,1961

PhD Electrical Engineering (Computer Science minor), Utah State University, 1970

Sys 283 Introduction to System Architectures, AFIT, 2006

Science Mission & System Design and Operations, TSTI, 2005

Software Life Cycle Managememt, QSM, 2006

## HONORS

Sigma Tau honorary engineering fraternity

Engineering Senator, Utah State University, 1958-59

IEEE Outstanding Professor, Utah State University, 1970-71

Sigma Tau Outstanding Engineering Professor, Utah State University, 1970-71

Fellow - Institute for the Advancement of Engineering

IEEE Distinguished Visitor, 1979-82

International Society of Parametric Analysts (ISPA) Frieman Award for outstanding contributions to parametric analysis and estimating, 1984

Outstanding Senior Civilian Engineer 2005, Hill Air Force Base, UT

## PROFESSIONAL ACTIVITIES

**Senior Member**, IEEE, 1973-92

**Executive Board**, IEEE Computer Society Software Engineering Technical Committee, 1982-86

**Chairman**, IEEE Circuit and Systems Society - Los Angeles Chapter, 1973-78

**Executive Board**, CASE Outlook Newsletter

**Board of Directors**, International Society of Parametric Analysts, 1984-86

## REFERENCES

Available on request

## PUBLICATIONS

*Quantitative Methods in Software Management*, Prentice-Hall, Inc., Englewood Cliffs, NJ, (in production)

"Commandments for a Productive Software Development Environment," with Les Dupaix, *Systems and Software Technology Conference*, Salt Lake City, UT, April 18-21, 2005

"An Economic Analysis of Software Reuse," *CrossTalk*, Hill AFB, Ogden STSC, December, 2004

"Extreme Software Cost Estimating," *CrossTalk*, Hill AFB, Ogden STSC, January, 2004

"A Pair Programming Experience," *CrossTalk*, Hill AFB, Ogden STSC, March, 2003

"Lessons Learned from Another Failed Software Contract," *CrossTalk*, Hill AFB, Ogden STSC, September, 2003

"Software Estimating Model Calibration," *CrossTalk*, Hill AFB, Ogden STSC, July, 2001

"Estimating the Cost of Software Reuse," *CrossTalk*, Hill AFB, Ogden STSC, May 1997

"Management Impact on Software Cost and Schedule," *CrossTalk*, Hill AFB, Ogden STSC, July 1996

"A New Perspective in Software Cost and Schedule Estimation," *Software Technology Conference 1996*, Hill AFB, Ogden STSC, 21-26 April 1996

"Projected Productivity Impact of Near-Term Ada Use in Embedded Software Systems," *Proceedings of the Seventh Annual International Society of Parametric Analysts Conference*, Orlando, FL, May 6-9, 1985

"A Comparison of the Jensen and COCOMO Schedule and Cost Estimation Models," *Proceedings of the Sixth Annual International Society of Parametric Analysts Conference*, San Francisco, CA, May 17-19, 1984

"Sensitivity Analysis of the Jensen Software Model," *Proceedings of the Fifth Annual International Society of Parametric Analysts Conference*, St. Louis, MO, April 26-28, 1983

"An Improved Macrolevel Software Development Resource Estimation Model," *Proceedings of the Fifth Annual International Society of Parametric Analysts Conference*, St. Louis, MO, April 26-28, 1983

"Structured Programming," Tutorial in *Computer*, **Vol. 14, No. 3**, March, 1981

*Software Engineering*, Prentice-Hall, Inc., 1979

"A Macrolevel Software Development Cost Estimation Methodology," *Proceedings of the Fourteenth Asilomar Conference on Circuits, Systems & Computers*, Pacific Grove, CA, November 17-19, 1980

"A Proposed 4-Year Software Engineering Curriculum," *SIGCSE Bulletin*, **Vol. 10, No. 3**, 1978

"Schematic Logic -A Software Design Notation," *Proceedings of the Eleventh Asilomar Conference on Circuits, Systems & Computers*, Pacific Grove, CA, November 7-9, 1977

"Software Engineering Education: A Constructive Criticism," *COMPCON 1977*, 1977

"On Benchmarking CAD Programs," *ELECTRO 76*, Boston, MA, 1976

*Handbook of Circuit Analysis Languages and Techniques*, Prentice-Hall, Inc., Englewood Cliffs, NJ 1976

*Network Analysis: Theory and Computer Techniques*, Prentice-Hall, Inc., Englewood Cliffs, NJ, 1974

"A Bipolar Transistor Model Including Low Current Effects," *Proceedings of the Seventh Asilomar Conference on Circuits, Systems & Computers*, Pacific Grove, CA, 1973

"A Class of Higher-Order Diode and Transistor Models," *Doctoral Dissertation*, Utah State University, Logan, UT, 1970

*IBM Electronic Circuit Analysis Program: Techniques and Applications*, Prentice-Hall, Inc., Englewood Cliffs, NJ, 1968

"Charge Control Transistor Model for the IBM Electronic Circuit Analysis Program," *IEEE Transactions on Circuit Theory*, **Vol. CT-13, No. 4**, December, 1966

# EXHIBIT 43

**oracle**

From:         Mark Jarvis [Mark.Jarvis@oracle.com]
Sent:         Thursday, August 30, 2001 8:09 AM
To:           Benny Souder
Cc:           Andrew Mendelsohn
Subject:      Re: [Fwd: PR on our good peope; Re: two suggestions]

Mark.Jarvis.vcf

unless we make our revenue numbers in Q1, executives stop leaving and we get 11i
customers that actually save money (and are prepared to publicly state that), no
journalist is going to care. they are always looking for negative stories or
angles. 400 SVPs are oracle is (a) not a story and (b) nothing special. As such,
they won't care.

We are going through a rough patch because 11i did not work (but it does now), we
missed two quarters and we pissed off a lot of customers with the apps upgrade to
11i. that is what the press like to cover.


Benny Souder wrote:

> Thanks.
>
> Would it perhaps be possible to speak about it in general terms, ie. there are
> 400 SVPs at Oracle with an average experience of 400 years, or 200% of
> engineering has been at Oracle over 200 years, or something?  I'm not sure such
> demographic profiles make a reasonable press release, but it might make a slide
> for the next analyst briefing, or something.
>
> Benny (coding for 29 years, managing for 19 years, at Oracle for 12.5 years --
> sheesh, I'm old!)
>
> Mark Jarvis wrote:
>
> > From ST specifically, Chuck has specifically told us he does not want any of
> > his people publicised for fear that they will be recruited away.  Larry has
> > also banned all press releases related to executives being hired or promoted.
> > mark
> >
> > Andrew Mendelsohn wrote:
> >
> > > --------------------------------------------------------------
> > >
> > > Subject: PR on our good peope; Re: two suggestions
> > > Date: Wed, 29 Aug 2001 18:48:39 -0700
> > > From: Andrew Mendelsohn <andrew.mendelsohn@oracle.com>
> > > Organization: Oracle Corporation
> > > To: Benny Souder <benny.souder@oracle.com>
> > > References: <3B8D698F.BEF0BB@oracle.com>
> > >
> > > Benny, This is an interesting PR question.  There certainly are lots of
> > > stories about senior executives leaving Oracle.
> > >

1

EXHIBIT 80
Rachel A. Kerner
CSR No. 6948
Date: 9/21/06
Witness:
Ellison

ORACLE CONFIDENTIAL

NDCA-ORCL 062223

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

> > > Mark, Should we do more marketing of our key hires and the depth of our
> > > organization?
> > >
> > > Andy
> > >
> > > Benny Souder wrote:
> > >
> > > > I read how everyone thinks there is a big "brain drain" here at Oracle.
> > > > I'm not sure that is true, but that may be the perception people have.
> > > >
> > > > Perhaps we adopt the policy I've seen other companies have of announcing
> > > > promotions and key new hires. For example, I heard that CRM hired a
> > > > senior manager from Kana, and a senior manager from Blue Martini. I
> > > > don't recall seeing an announcement that they had joined Oracle.
> > > >
> > > > My first suggestion is that perhaps publicizing some of our hires and
> > > > promotions would change people's perceptions.
> > > >
> > > > My second suggestion is that we should actually profile Oracle
> > > > employees, at least for the higher levels. For example, when Charles
> > > > Schwab came to the CVC, they were astonished to find that each presenter
> > > > had been at Oracle for more than 10 years. I think people may have the
> > > > perception that there aren't a lot of senior, experienced, knowledgeable
> > > > people at Oracle.
> > > >
> > > > If you see value in either of these ideas please discuss with Chuck,
> > > > Larry or take whatever action you feel appropriate.
> > > >
> > > > Thanks,
> > > > Benny

2

ORACLE CONFIDENTIAL

NDCA-ORCL 062224

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 44

"...Jones' work offers a unique contribution to the understanding of the ...economics of software production. It provides deep insights into why our advances ...in computing are not matched with corresponding improvements in the software ...that drives it. This book is absolutely required reading for an understanding of the limitations of our technological advances."
—Paul A. Strassmann, former CIO of Xerox, the Department of Defense, and NASA

## Deliver bug-free software projects on schedule and within budget

Get a clear, complete understanding of how to estimate software costs, schedules, and quality using the real-world information contained in this comprehensive volume. Find out how to choose the correct hardware and software tools, develop an appraisal strategy, deploy tests and prototypes, and produce accurate software cost estimates. Plus, you'll get full coverage of cutting-edge estimating approaches using Java, object-oriented methods, and reusable components.

- Plan for and execute project-, phase-, and activity-level cost estimations
- Estimate regression, component integration, and stress tests
- Compensate for inaccuracies in data collection, calculation, and analysis
- Assess software deliverables and data complexity
- Test design principles and operational characteristics using software prototyping
- Handle configuration change, research, quality control, and documentation costs

**ABOUT THE AUTHOR:**
Capers Jones is a leading authority in the world of software estimating. He was the founder and chairman of Software Productivity Research, where he currently serves as chief scientist emeritus.

SOFTWARE ENGINEERING



The McGraw-Hill Companies

**Osborne**
www.osborne.com

OSBORNE DELIVERS RESULTS

$75.00 USA
£42.99 UK
$89.95 CAN

ISBN-13: 978-0-07-148300-1
ISBN-10: 0-07-148300-4



BRINGING REALISM TO ESTIMATING

# *Estimating*
# SOFTWARE
# COSTS

## BRINGING REALISM TO ESTIMATING

### Second Edition

- Complete software projects on time and within budget
- Select the estimation applications and methods that fit your needs
- Use object-oriented, reusable component, and Java techniques
- Understand impact of Agile, Extreme (XP), and CMM on schedules and costs

Estimating SOFTWARE COSTS

Second Edition

JONES



**CAPERS JONES**

Founder and former Chairman of Software Productivity Research, LLC

Estimating Software Costs

# Estimating Software Costs: Bringing Realism to Estimating, Second Edition

**ABOUT THE AUTHOR**

CAPERS JONES is a leading authority in the world of software estimating, measurement, metrics, productivity, and quality. He designed IBM's first automated software estimating tool in 1973. He also designed both the SPQR20® and Checkpoint® commercial software cost-estimating tools. He was the founder and chairman of Software Productivity Research (SPR), where he retains the title of Chief Scientist Emeritus. While he was chairman of SPR, the company brought out the leading KnowledgePlan® estimating tool under his direction. Jones frequently speaks at conferences such as IEEE Software, International Function Point Users Group (IFPUG), the Project Management Institute (PMI), the Software Process Improvement Network (SPIN), the Computer Aid (CAI) conference series, and at scores of in-house corporate and government events. Capers Jones has been named to the Computer Aid advisory board in 2007. *Estimating Software Costs* is his 14th book.

**Capers Jones**



New York   Chicago   San Francisco   Lisbon   London   Madrid
Mexico City   Milan   New Delhi   San Juan   Seoul
Singapore   Sydney   Toronto

The McGraw-Hill Companies

Cataloging-in-Publication Data is on file with the Library of Congress

*This book is dedicated to colleagues
who were among the pioneers of software
measurement and software cost estimating:
Al Albrecht, Dr. Barry Boehm, Tom DeMarco,
Steve Kan, Larry Putnam, Howard Rubin,
and Tony Salvaggio.*

McGraw-Hill books are available at special quantity discounts to use as premiums and sales promotions, or for use in corporate training programs. For more information, please write to the Director of Special Sales, Professional Publishing, McGraw-Hill, Two Penn Plaza, New York, NY 10121-2298. Or contact your local bookstore.

Estimating Software Costs: Bringing Realism to Estimating, Second Edition

Copyright © 2007 by The McGraw-Hill Companies. All rights reserved. Printed in the United States of America. Except as permitted under the Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of publisher.

1 2 3 4 5 6 7 8 9 0   DOC DOC   0 1 9 8 7

ISBN-13: 978-0-07-148300-2
ISBN-10:    0-07-148300-4

| | | |
|---|---|---|
| **Sponsoring Editor**<br>Wendy Rinaldi | **Copy Editor**<br>Claire Splan | **Illustration**<br>International Typesetting and Composition |
| **Editorial Supervisor**<br>Janet Walden | **Proofreader**<br>Raina Trivedi | **Art Director, Cover**<br>Jeff Weeks |
| **Project Manager**<br>Madhu Bhardwaj,<br>International Typesetting and Composition | **Indexer**<br>Claire Splan | **Cover Designer**<br>Pattie Lee |
| | **Production Supervisor**<br>Jean Bodeaux | |
| **Acquisitions Coordinator**<br>Mandy Canales | **Composition**<br>International Typesetting and Composition | |

Information has been obtained by McGraw-Hill from sources believed to be reliable. However, because of the possibility of human or mechanical error by our sources, McGraw-Hill, or others, McGraw-Hill does not guarantee the accuracy, adequacy, or completeness of any information and is not responsible for any errors or omissions or the results obtained from the use of such information.

# Contents

Foreword   xv
Preface   xix
Acknowledgments   xxv


SECTION 1   INTRODUCTION TO SOFTWARE COST ESTIMATION

Chapter 1.   Introduction                                                    3

   How Software Cost-Estimating Tools Work                                   4
   Cautions About Accidental Omissions from Estimates                       15
   Software Cost Estimating and Other Development Activities                17
   References                                                               20


Chapter 2.   The Origins of Software Cost Estimation                        23

   The Early History of Software Cost Estimation                            24
   The Expansion and Use of Functional Metrics for Software
      Cost Estimating                                                       28
   References                                                               32


Chapter 3.   Six Forms of Software Cost Estimation                          33

   Overview of Manual Software-Estimating Methods                           34
   Overview of Automated Software-Estimating Methods                        36
   Comparison of Manual and Automated Estimates
      for Large Software Projects                                           48
   References                                                               49


Chapter 4.   Software Cost-Estimating Tools
and Project Success and Failure Rates                                       53

   Probabilities of Software Project Success or Failure                     55
   References                                                               59


                                                                           vii

Chapter 5.   Sources of Error in Software Cost Estimation    61

    Judging the Accuracy of Software Cost Estimates    65
    Classes of Software Estimation Errors    68
    References    86


SECTION 2   PRELIMINARY ESTIMATION METHODS

Chapter 6.   Manual Software-Estimating Methods    91

    Rules of Thumb Based on Lines-of-Code Metrics    92
    Rules of Thumb Based on Ratios and Percentages    95
    Rules of Thumb Based on Function Point Metrics    99
    Function Point Sizing Rules of Thumb    102
    Rules of Thumb for Schedules, Resources, and Costs    117
    Rules of Thumb Using Activity-Based Cost Analysis    121
    Summary and Conclusions    127
    References    128


Chapter 7.   Manual Estimating Methods Derived from
Agile Projects and New Environments    131

    Metrics Used for Rules of Thumb    135
    Rules of Thumb for Manual Software Cost Estimates    140
    Component-Based Development    143
    Dynamic System Development Method (DSDM)    146
    Enterprise Resource Planning (ERP) Deployment    148
    Extreme Programming (XP)    152
    International Outsourcing    155
    Object-Oriented (OO) Development    159
    Capability Maturity Model (CMM)    162
    Software Methods with Only Partial Rules of Thumb    167
    Cleanroom Development    167
    Crystal Development Approach    168
    Feature-Driven Development (FDD)    168
    ISO 9000-9004 Quality Standards    169
    Iterative or Incremental Development    169
    Pattern-Based Software Development    171
    Quality Function Deployment (QFD)    174
    Rapid Application Development (RAD)    175
    Scrum    176
    six-sigma for Software    177
    Spiral Software Development    179
    Unified Modeling Language (UML)    180
    Use Cases for Software Requirements    181
    Web-Based Applications    183
    Summary and Conclusions    185
    References    185

Chapter 8.   Automated Estimates from Minimal Data    189

    Stage 1: Recording Administrative and Project Information    190
    Stage 2: Preliminary Sizing of Key Deliverables    203
    Stage 3: Producing a Preliminary Cost Estimate    219
    Summary and Conclusions    224
    References    225


SECTION 3   SIZING SOFTWARE DELIVERABLES

Chapter 9.   Sizing Software Deliverables    229

    General Sizing Logic for Key Deliverables    229
    Sizing Methods Circa 2007    230
    Pattern Matching from Historical Data    232
    Using Historical Data to Predict Growth in Requirements    233
    Mathematical or Statistical Attempts to Extrapolate Size
      from Partial Requirements    234
    Arbitrary Rules of Thumb for Adding Contingency Factors    235
    Freezing Requirements at Fixed Points in Time    236
    Producing Formal Cost Estimates Only for Subsets
      of the Total Application    237
    Volume of Function Point Data Available    245
    Software Complexity Analysis    247
    Software Sizing with Reusable Components    256
    Overview of the Basic Forms of Software Sizing Metrics    260
    Source Code Sizing    269
    Sizing Object-Oriented Software Projects    275
    Sizing Text-Based Paper Documents    277
    Sizing Graphics and Illustrations    283
    Sizing Bugs or Defects    288
    Sizing Test Cases    293
    The Event Horizon for Sizing Software Artifacts    295
    What Is Known as a Result of Sizing Software Projects    297
    Strengths and Weaknesses of Software Size Metrics    299
    Summary and Conclusions    301
    References    302


SECTION 4   COST-ESTIMATING ADJUSTMENT FACTORS

Chapter 10.   Compensation and Work-Pattern Adjustments    307

    Manual and Automated Methods of Adjustment    308
    Exclusions from Normal Software Cost Estimates    310
    Setting Up the Initial Conditions for a Cost Estimate    313
    Variations in Burden Rates or Overhead Costs    316
    Variations in Work Habits and Unpaid Overtime    318
    References    324

**Chapter 11.  Activity Pattern Adjustment Factors**   325

Twenty Five Common Activities for Software Projects   326
References   332

**Chapter 12.  Software Technology Adjustment Factors**   335

Adjustment Factors and Macro-Estimation Tools   336
Factors That Influence Software Development Productivity   340
Factors That Influence Software Maintenance Productivity   343
Patterns of Positive and Negative Factors   345
Adjustment Factors and Micro-Estimating Tools   347
References   352

**SECTION 5  ACTIVITY-BASED SOFTWARE COST ESTIMATING**

**Chapter 13.  Estimating Software Requirements**   367

Function Points and Software Requirements   374
Primary Topics for Software Requirements   381
Secondary Topics for Software Requirements   382
Positive and Negative Requirements Adjustment Factors   383
Requirements and End-User Software   386
Requirements and Agile Applications   386
Requirements and Management Information Systems (MIS) Projects   386
Requirements and Outsourced Projects   387
Requirements and Systems Software   387
Requirements and Commercial Software   388
Requirements and Military Software Projects   389
Requirements and Web-Based Applications   390
Evaluating Combinations of Requirements Factors   390
References   393

**Chapter 14.  Estimating Software Prototypes**   395

Disposable Prototypes   398
Time box Prototypes   398
Evolutionary Prototypes   400
Default Values for Estimating Disposable Prototypes   402
Positive and Negative Factors That Influence Software Prototypes   404
References   407

**Chapter 15.  Estimating Software Specifications and Design**   409

Positive Design Adjustment Factors   414
Negative Design Adjustment Factors   415
References   418

**Chapter 16.  Estimating Design Inspections**   421

Inspection Literature   421
Inspection Process   423
Value of Inspections   426
References   432

**Chapter 17.  Estimating Programming or Coding**   435

The Impact of Reusability on Programming   442
The Impact of Experience on Programming   444
The Impact of Bugs or Errors on Programming   444
The Impact of Unpaid Overtime on Programming   446
The Impact of Creeping Requirements on Programming   448
The Impact of Code Structure and Complexity on Programming   449
The Impact of Unplanned Interruptions on Programming   450
The Impact of Application Size on Programming   451
The Impact of Office Space and Ergonomics on Programming   452
The Impact of Tools on Programming   454
The Impact of Programming Languages on Programming   455
The Impact of Schedule Pressure on Programming   459
References   459

**Chapter 18.  Estimating Code Inspections**   461

Code Inspection Literature   461
Effectiveness of Code Inspections   462
Considerations for Estimating Code Inspections   466
References   470

**Chapter 19.  Estimating Software Configuration Control and Change Management**   471

The Literature on Change Management   473
Measuring Software Change   475
Changes in User Requirements   479
Changes in Specifications and Design   480
Changes Due to Bugs or Defect Reports   481
Summary and Conclusions   482
References   483

**Chapter 20.  Estimating Software Testing**   485

General Forms of Software Testing   491
Specialized Forms of Software Testing   495
Forms of Testing Involving Users or Clients   498
Number of Testing Stages   499
Testing Pattern Variations by Industry and Type of Software   501
Testing Pattern Variations by Size of Application   503

Testing Stages Noted in Lawsuits Alleging Poor Quality 504
Using Function Points to Estimate Test-Case Volumes 505
Using Function Points to Estimate the Numbers of Test Personnel 507
Testing and Defect-Removal Efficiency Levels 508
Using Function Points to Estimate Testing Effort and Costs 510
Testing by Developers or by Professional Test Personnel 512
Test Case Coverage 514
The Factors That Affect Testing Performance 514
References 515

Chapter 21.　Estimating User and Project Documentation 519

Estimating Tools and Software Documentation 521
Quantifying the Number and Sizes of Software Document Types 523
Software Documentation Tools on Lagging and Leading Projects 527
References 529

Chapter 22.　Estimating Software Project Management 531

The Roles of Software Project Management 535
Project Managers Who Are Also Technical Contributors 537
Project Management for Hybrid Projects Involving Hardware
　and Software 538
Project Management and External Schedule Pressures 538
Project Management Tools 539
Project Management on Large Systems with Many Managers 542
Time-Splitting, or Managing Several Projects Simultaneously 544
The Span of Control, or Number of Staff Members per Manager 545
Managing Multiple Occupation Groups 546
The Presence or Absence of Project Offices for Large Systems 548
Experience Levels of Software Project Managers 549
Quality-Control Methods Selected by Project Managers 550
Project Managers and Metrics 551
Summary of Project Management Findings 551
References 551

SECTION 6　MAINTENANCE AND ENHANCEMENT COST ESTIMATING

Chapter 23.　Maintenance and Enhancement Estimating 557

Nominal Default Values for Maintenance and Enhancement Activities 562
Metrics and Measurement Problems with Small Maintenance Projects 566
Best and Worst Practices in Software Maintenance 567
Software Entropy and Total Cost of Ownership 570
Installing New Releases and Patches from Software Vendors 572
Major Enhancements 573
Minor Enhancements 574

Maintenance (Defect Repairs) 575
Warranty Repairs 581
Customer Support 581
Economics of Error-Prone Modules 582
Mandatory Changes 584
Complexity Analysis 585
Code Restructuring and Refactoring 586
Performance Optimization 588
Migration Across Platforms 588
Conversion to New Architectures 589
Reverse Engineering 589
Re-engineering 590
Dead Code Removal 590
Dormant Application Removal 591
Nationalization 591
Mass Update Projects 592
Retirement or Withdrawal of Applications 593
Field Service 594
Combinations and Concurrent Maintenance Operations 594
References 599

Chapter 24.　Software Cost-Estimating Research Issues 603

Metrics Conversion 604
Automatic Sizing from User Requirements 606
Activity-Based Costs for Agile, Object-Oriented, and Web Projects 608
Complexity Analysis of Software Applications 610
Value Analysis of Software Applications 611
Risk Analysis and Software Cost Estimates 613
Including Specialists in Software Cost Estimates 615
Reuse Analysis and Software Cost Estimates 617
Process Improvement Estimation 622
Methodology Analysis and Software Cost Estimating 625
Summary and Conclusions About Software Cost-Estimating Research 629

Index 631

*Rethinking the Software Process*, CD-ROM, Miller Freeman, Lawrence, Kans., 1996. (This CD-ROM is a book collection jointly produced by the book publisher, Prentice-Hall, and the journal publisher, Miller Freeman. It contains the full text and illustrations of five Prentice-Hall books: *Assessment and Control of Software Risks* by Capers Jones; *Controlling Software Projects* by Tom DeMarco; *Function Point Analysis* by Brian Dreger; *Measures for Excellence* by Larry Putnam and Ware Myers; and *Object-Oriented Software Metrics* by Mark Lorenz and Jeff Kidd.)

Rubin, Howard: *Software Benchmark Studies for 1997*, Howard Rubin Associates, Pound Ridge, N.Y., 1997.

Roetzheim, William H., and Reyna A. Beasley: *Best Practices in Software Cost and Schedule Estimation*, Prentice-Hall PTR, Upper Saddle River, N.J., 1998.

Stukes, Sherry, Jason Deshoretz, Henry Apgar, and Ilona Macias: *Air Force Cost Analysis Agency Software Estimating Model Analysis—Final Report*, TR-9545/008-2, Contract F04701-95-D-0003, Task 008, Management Consulting & Research, Inc., Thousand Oaks, Calif., September 1996.

Stutzke, Richard D.: *Estimating Software-Intensive Systems: Projects, Products, and Processes*, Addison-Wesley, Boston, Mass, 2005.

Symons, Charles R.: *Software Sizing and Estimating—Mk II FPA (Function Point Analysis)*, John Wiley & Sons, Chichester, U.K., 1991.

Wellman, Frank: *Software Costing: An Objective Approach to Estimating and Controlling the Cost of Computer Software*, Prentice-Hall, Englewood Cliffs, N.J., 1992.

Yourdon, Ed: *Death March—The Complete Software Developer's Guide to Surviving "Mission Impossible" Projects*, Prentice-Hall PTR, Upper Saddle River, N.J., 1997.

Zells, Lois: *Managing Software Projects—Selecting and Using PC-Based Project Management Systems*, QED Information Sciences, Wellesley, Mass., 1990.

Zvegintzov, Nicholas: *Software Management Technology Reference Guide*, Dorset House Press, New York, 1994.

Chapter

# 2

# The Origins of Software Cost Estimation

The software industry began in the 1950s. Almost immediately software estimation started to cause problems. In the 1960s when computers began to be used for business purposes by corporations, software-estimation problems started to attract top-management attention. Software projects soon gained a reputation for having more cost and schedule overruns than any other aspect of business operations. Consequently, a number of large corporations began to assign specialists to look for improved methods of software-cost estimation.

Software development and maintenance are both difficult domains for cost-estimation purposes. Software is highly labor-intensive, so individual human variances exert a major impact. Also, unlike with many physical constructs, such as buildings or automobiles, the requirements and design for software projects tend to change significantly during the development cycle. Indeed, the average rate for new requirements after the requirements phase averages 2 percent per calendar month. A few projects have noted requirements growth of more than 5 percent per month during the subsequent design and coding phases. There are also many different kinds of software, many different processes or methods for building software, and many hundreds of programming languages in which the code itself might be written. For example, the schedule and cost results of projects that are exactly the same size can vary widely for various kinds of software, such as the following:

- Web-based development projects
- Internal information systems projects
- External outsourced projects
- Systems software projects

23

- Embedded software projects
- Commercial software projects
- Military software projects

Within these seven discrete forms of software, schedules for exactly the same size of application can vary by more than three to one, and costs can vary by more than six to one.

Further, software projects do not scale up very well. The tools and methods needed to successfully build a large system of, say, 10,000 function points or 1 million source code statements are quite different from those needed for small applications of 10 function points or 1000 source code statements. For example some of the new Agile methods and extreme programming (XP) have been very successful for projects below 1000 function points or 50,000 Java statements in size. But they have not yet been successful for applications of 10,000 function points or 50,000 Java statements in size. They have not even been attempted for applications of 100,000 function points or 5 million Java statements in size.

The overall result of the combination of these factors is that software cost estimating is a complicated activity that requires the ability to deal with a host of overlapping variables, including but not limited to the following:

- Requirements volatility
- Class and type of software being estimated
- Size of the final application
- Team capabilities
- Multiple occupation groups employed
- Standard and overtime pay required
- Processes and methods used
- Tools and equipment available
- Programming languages used
- Reusable artifacts available

### The Early History of Software Cost Estimation

From the start of the software era in the 1950s until roughly 1970, software cost estimating was performed manually, using simple rules of thumb or local estimating algorithms developed through trial and

error methods. (Indeed, even today simple rules of thumb and manual methods are numerically the most frequently used methods of developing software cost estimates, in spite of the many problems of these crude approaches.)

By the late 1960s, computer usage had become widespread and therefore software applications were growing in both size and numbers. Software cost estimating first began to be discussed as an important technology in the late 1960s. Joel Aron of IBM gave a presentation on software cost estimating at a NATO conference in 1969 (Aron 1970). Both of the estimating pioneers, Dr. Barry Boehm and Larry Putnam, first began to explore software cost estimation in the late 1960s.

By the late 1960s and early 1970s, a number of researchers independently began to explore the possibilities of building automated software cost-estimating tools. It is no coincidence that the software cost estimating pioneers all worked for large corporations that were experiencing difficulties in building large software systems. Such large companies and organizations as the Army, the Air Force, IBM, RCA, TRW, and Hughes Aircraft were among the first to fund formal research studies for improved methods of software cost estimating.

Some of these pioneering researchers succeeded well enough to bring out internal estimating tools that later evolved into commercial software cost-estimating tools, and thus created the modern software cost-estimating industry. As this edition is being written there are at least 50 commercial software cost-estimating tools sold in the United States, and perhaps 25 sold elsewhere. However, the cost-estimating industry is young enough so that many of the software cost-estimating pioneers are still active in the commercial estimating business although some are approaching retirement.

Some of the pioneering estimating researchers included Allan Albrecht at IBM on the East Coast, Dr. Barry Boehm at TRW, Frank Freiman at RCA, Dr. Randall Jensen at Hughes, Colonel Larry Putnam in the U.S. Army, and the author at IBM on the West Coast. All of these estimating pioneers began their research into software cost estimation at roughly the same time. All of these estimation researchers were facing the same problem in their respective organizations: Software applications were growing in size and importance, and no one knew how to predict the costs of these troublesome projects with high accuracy.

In 1973, the author and his colleague Dr. Charles Turk at IBM San Jose built IBM's first automated estimation tool for systems software. This early software cost-estimation tool was called *IPQ*, short for *Interactive Productivity and Quality* estimator. Since that name proved awkward, an expanded version of the tool created in 1974 was renamed *DPS*, for *Development Planning System*.

A number of papers and reports on software cost estimation based on DPS were presented at external conferences and in a 1977 IBM Technical Report (Jones 1977).

Although he did not develop a software-estimating tool himself, Dr. Fred Brooks of IBM captured the need for better software-estimating methods in his classic book *The Mythical Man-Month* (Brooks 1974). This book described the development problems of IBM's OS/360 operating system, which was the first software application built by IBM that topped 1 million source code statements in its first release, and was also the first IBM software product that missed its delivery date by a long enough period for the delay to be published in the major software journals and newspapers, to the considerable embarrassment of IBM executives.

Also around 1974, Dr. Randall Jensen and his colleagues at Hughes Aircraft were at work on the software cost-estimating methodology that later grew into the commercial SEER software cost-estimating tool (Jensen and Tonies 1979).

Around 1975, Allan Albrecht and his colleagues at IBM White Plains were developing the original version of the function point metric, which has become a major feature of modern software estimation.

The function point metric is a synthetic metric based on five external attributes of software applications: (1) inputs, (2) outputs, (3) inquires, (4) logical files, and (5) interfaces.

The function point metric stays constant regardless of the programming language used to implement the software. This property of invariance across multiple programming languages greatly eased sizing and estimating the non-coding portions of software projects, such as requirements, design, specifications, creation of user manuals, and the like. As a result, most of the modern software cost-estimating tools now support function point metrics as well as lines-of-code-metrics.

In tracing the origins of software cost estimating, the commercial software-estimation business dates back only to the early 1970s. In 1977, the PRICE-S software-estimation model designed by Frank Freiman was marketed as the first commercial software-estimation tool in the United States. (The PRICE-H hardware-estimation tool had come out earlier in 1973.)

The PRICE-S tool was originally developed and marketed by RCA. However, the tool has changed hands many times and is now marketed by Lockheed-Martin. It is a sign that cost estimating is important when a tool survives far longer than the company that first created it. In this case, RCA was acquired by General Electric, followed by Martin-Marietta, which became Lockheed-Martin after a merger.

In October 1979, Allan Albrecht, then at IBM, gave a paper on function point metrics at a joint IBM/SHARE/GUIDE conference in Monterey,

California (Albrecht 1979). At the same time, IBM put the structure of the function point metric into the public domain. Since function point metrics are now supported by more than 30 software-estimation tools in the United States and by 15 tools overseas, the publication of function point metrics was a very significant step in software cost estimating.

In 1979, the second commercial estimation tool reached the U.S. market. This was the software life-cycle management (SLIM) tool developed by Larry Putnam of Quantitative Software Management (QSM). Putnam developed his original concepts for the SLIM model while serving in the U.S. Army, where he was often engaged in the estimation of military software projects. In 1978, Putnam published a report on a generalized macroestimating method in *IEEE Transactions on Software Engineering* (Putnam 1978).

In 1981, Dr. Barry Boehm, who worked at TRW at the time, published his monumental book on *Software Engineering Economics* (Boehm 1981), which contained the essential algorithms of the *constructive cost model* (COCOMO). Since the COCOMO algorithms were first described in print, at least a dozen commercial software-estimating tools have been derived from the COCOMO estimation method. Today, COCOMO remains the only software-estimating model whose algorithms are not treated as trade secrets. Dr. Boehm and his colleagues have developed a new COCOMO II software cost-estimating model, which supports function point metrics and adds additional features, such as sizing logic, that were not part of the original COCOMO model.

Also in 1981, the first worldwide publication of Allan Albrecht's paper on function points occurred when the paper was included in the present author's book *Programming Productivity—Issues for the Eighties* (Jones 1981).

In 1982, Tom DeMarco, a well-known software management consultant, published his classic book *Controlling Software Projects* (DeMarco 1982), which contained an independent form of functional metric that, by coincidence, duplicated some of the features of Albrecht's function point. (This situation brings to mind the publication of two independent theories of evolution by Darwin and Wallace, with Darwin getting the most recognition because he published first.)

The DeMarco function point, sometimes called the *bang* metric, is supported by several software cost-estimating tools. Several features of the original DeMarco function point have resurfaced in a recent metric termed *Boeing 3D function points* and in several other function point variants, as well.

In 1983, Charles Symons, a British software-estimating researcher working at the management consulting group of Nolan, Norton & Company (later acquired by KPMG Peat Marwick), published a description of an alternative function point metric that he termed *Mark II function points*,

which became widely used in the United Kingdom (Symons 1991). (More recently Charles Symons has been a lead developer on another new form of function point metric termed "cosmic function points.")

The Mark II method differed from the Albrecht function point in a number of respects, and it has become a popular metric for estimation and measurement in the United Kingdom, Canada, and Hong Kong. Further, the Mark II variant was the first of at least 36 other function point variations.

The Mark II function point metric includes entities and relationships as parameters, and also has an expanded set of adjustment factors for dealing with complexity, with the result that Mark II function point counts tend to be larger than Albrecht function point counts for many applications with complex data structures.

In 1983, Dr. Howard Rubin's ESTIMACS model reached the commercial market. Dr. Rubin is a professor at Hunter College, and is also a well-known software management consultant.

Dr. Rubin's original work on the ESTIMACS cost-estimating model was derivative of some of IBM's internal estimating methodology for information systems projects. ESTIMACS supported an early form of function point metric prior to IBM's major revision of function points in 1984, which is the basis of today's standard function point.

(The *MACS* portion of the name *ESTIMACS* refers to the MACS corporation, which was the original vendor of the ESTIMACS tool. This corporation was acquired by Computer Associates, but the name of the estimating tool was not changed.)

### The Expansion and Use of Functional Metrics for Software Cost Estimating

Starting in the 1970s, Albrecht and his colleagues at IBM measured the sizes of many projects using both LOC-metrics and function point metrics. The results showed useful but not perfect correlations between the two metrics.

The dual measurement of both lines of code and function points led to *backfiring*, or direct conversion from LOC-metrics to function point metrics and vice versa. The term "backfiring" denotes the direct mathematical conversion of logical source code statements into an equivalent volume of function points.

Backfiring is used primarily for estimating maintenance and enhancement projects for aging legacy applications, where the specifications may be missing and the original development personnel have changed jobs.

By 1984 enough data had been collected that it was possible to start publishing conversion ratios between logical source code statements

and function point metrics. The early reports covered only 20 of the more common programming languages. However, the use of backfiring became so common that the table of conversion rates between source code statements and function points now includes almost 500 programming languages (Jones 1996).

In 1985 the author's SPQR/20™ (short for *software productivity, quality, and reliability*) estimation tool reached the commercial market. The SPQR/20 estimation tool was the first commercial software estimator built explicitly to support function point metrics and to include bidirectional backfiring support. That is, logical statements could be converted into equivalent function point totals, or vice versa. SPQR/20 was also the first software-estimation tool to use function points for the sizing logic for specifications, user documents, and source code.

The SPQR/20 tool also integrated quality, risk, and reliability estimating with effort, cost, and schedule estimating, and it produced maintenance and enhancement estimates for five years after the initial deployment of a software project. This was a pioneering attempt to integrate all of the following key predictable factors into a single tool:

- Sizing of all deliverables
- Staffing by activity
- Schedules by activity
- Effort by activity
- Costs by activity
- Quality and defect severity levels
- Defect removal efficiency
- Reliability
- Risks
- Maintenance
- Enhancements

By 1986, usage of function point metrics had grown so rapidly that the nonprofit International Function Point Users Group (IFPUG) was founded by a number of users of this metric. The IFPUG organization was started in Toronto, Canada, a city that has pioneered a number of interesting software technologies. (IFPUG moved its headquarters to Westerville, Ohio, in 1988 and became a nonprofit corporation in the United States.)

As function point usage grew, the IFPUG organization recognized that counting was complex enough that standards would be required.

Also, it was desirable to develop a certification examination to ensure that counting would be consistent from project to project. In 1986 Allan Albrecht, the inventor of function point metrics, developed the first IFPUG-certified course for function point counting.

Although Allan Albrecht, who is an electrical engineer, envisioned function points as a metric for all kinds of software, the historical fact that function points were first used for information systems slowed down the acceptance of functional metrics within the real-time and embedded-software domains.

Between the early 1970s and 1987, the nucleus of the current software cost-estimating industry was created. Most of the original estimating pioneers all developed their own estimating methods, which have become the basis of the current software-estimating business, as shown in Table 2.1.

These pioneering commercial software-estimating tools, plus the invention and publication of function point metrics, mark the emergence of the modern software cost-estimation industry.

Many of the more recent estimating tools are derived at least in part from the work of the software-estimating pioneers. For example, at least 20 commercial estimating tools (12 in the United States and 8 overseas) use portions of the COCOMO algorithms published by Dr. Barry Boehm.

About the same number of commercial estimating tools use the backfiring method published by Allan Albrecht and Capers Jones for converting lines-of-code data based on logical statement counts into equivalent function point data.

Because accurate software cost estimation depends upon data derived from accurate measurement of software projects, it is no coincidence that some of the software cost-estimating pioneers are also well known as measurement experts. Indeed, a majority of the published books that contain quantitative measurement data for software projects have been written by the software cost-estimating pioneers.

The linkage between software measurement and software estimation is so strong that outside of the data collected and published by software cost-estimating specialists, there are very few other industry collections of quantitative data on software productivity, costs, and quality.

Some of the function point groups, such as the IFPUG benchmark committee and the Australian function point users group, have published limited volumes of benchmark data.

There are some interesting military software data collections and also some government software data collected by the National Aeronautics and Space Administration (NASA). However, military software developers and, to an extent, governmental software developers use standards and approaches that are not totally commensurate with civilian methods or results. Also, comparatively little of the governmental software data has found its way into commercial books dealing with software productivity or quality.

Several Air Force databases contain significant quantities of project-level data and are sometimes used for calibrating software cost-estimating tools: The Electronic Systems Center (ESC) and Space and Missile Systems Center (SMC) databases are good examples, as is the data collected by the Rome Air Development Center (RADC).

In recent years the nonprofit function point organizations in various countries have begun to publish collections of benchmark data, with the function groups in Australia (Australian Software Metrics Association [ASMA]), the Netherlands Function Point Users Group (NEFPUG), and the International Function Point Users Group (IFPUG) in the United States having the largest numbers of projects to date. In 2006 a new consortium of organizations began to make plans for gathering benchmark information that includes assessment data as well as quantitative data. Some of the participants in this new consortium include the Software Engineering Institute, the David's Consulting Group, and Software Productivity Research LLC.

Function points have become so common that even the consulting groups that do not market estimating tools use function point metrics as the basis for their comparative benchmark studies, and they often compare their results against some of the published studies produced by the software-estimating companies.

The bulk of the published data on software productivity, costs, schedules, and quality still derives from the books and articles published by software-estimating tool developers, who continue to measure and collect data at a combined rate of several hundred software projects every month.

TABLE 2.1   Commercial Software Estimation from 1974 Through 1986

| Estimation pioneer | Methods or tools | Year of availability |
|---|---|---|
| Dr. Randall Jensen | SEER | 1974 |
| Frank Freiman | PRICE-S | 1977 |
| Allan Albrecht | IBM function points | 1978 |
| Larry Putnam | SLIM | 1979 |
| Dr. Barry Boehm | COCOMO | 1981 |
| Tom DeMarco | DeMarco function points | 1982 |
| Charles Symons | Mark II function points | 1983 |
| Dr. Howard Rubin | ESTIMACS | 1983 |
| Allan Albrecht and Capers Jones | Backfiring (LOC to function points) | 1984 |
| Capers Jones | SPQR/20 | 1985 |
| Allan Albrecht and Capers Jones | SPR feature points | 1986 |

32    Section 1:   Introduction to Software Cost Estimation

## References

Albrecht, A. J.: "Measuring Application Development Productivity," *Proceedings of the Joint IBM/SHARE/GUIDE Application Development Symposium*, October 1979, reprinted in Capers Jones, *Programming Productivity—Issues for the Eighties*, IEEE Computer Society Press, New York, 1981, pp. 34–43.

Aron, J. D.: "Estimating Resources for Large Programming Systems," *Software Engineering Techniques*, NATO Conference Report, Rome, October 1969, April 1970, pp. 68–84.

Boehm, Barry: *Software Engineering Economics*, Prentice-Hall, Englewood Cliffs, N.J., 1981.

Brooks, Fred: *The Mythical Man-Month*, Addison-Wesley, Reading, Mass., 1974, rev. 1995.

DeMarco, Tom: *Controlling Software Projects*, Yourdon Press, New York, 1982.

Jensen, R. W., and C. C. Tonies: *Software Engineering*, Prentice-Hall, Englewood Cliffs, N.J., 1979.

Jones, Capers: *Program Quality and Programmer Productivity*, IBM Technical Report TR 02.764, IBM, San Jose, Calif., January 1977.
——: "Measuring Programming Quality and Productivity," *IBM Systems Journal*, 17(1): 39–63 (1978).
——: *Programming Productivity—Issues for the Eighties*, IEEE Press, rev. 1986.
——: *Programming Productivity*, 2d ed., McGraw-Hill, 1986.
——: *Critical Problems in Software Measurement*, Information Systems Management Group, 1993a.
——: *Software Productivity and Quality Today—The Worldwide Perspective*, Information Systems Management Group, 1993b.
——: *Assessment and Control of Software Risks*, Prentice-Hall, 1994.
——: *New Directions in Software Management*, Information Systems Management Group.
——: *Patterns of Software System Failure and Success*, International Thomson Computer Press, Boston, 1995.
——: *Applied Software Measurement*, 2d ed., McGraw-Hill, 1996.

Putnam, Lawrence H.: "A General Empirical Solution to the Macro Software Sizing and Estimation Problem," *IEEE Transactions on Software Engineering*, SE-4(4): 345–361 (1978).
——: *Measures for Excellence—Reliable Software On Time, Within Budget*, Yourdon Press/Prentice-Hall, Englewood Cliffs, N.J., 1992.

Rubin, Howard: *Software Benchmark Studies For 1997*, Howard Rubin Associates, Pound Ridge, N.Y., 1997.

Symons, Charles R.: *Software Sizing and Estimating—Mk II FPA (Function Point Analysis)*, John Wiley & Sons, Chichester, U.K., 1991.

---

Chapter

# 3

# Six Forms of Software Cost Estimation

Among our clients about 80 percent of large corporations utilize automated software-estimation tools. About 30 percent utilize two or more automated estimation tools, sometimes for the same project. About 15 percent employ cost-estimating specialists. In large companies, manual estimates are used primarily for small projects below 500 function points in size or for "quick and dirty" estimates where high precision is not required.

However, for small companies with less than 100 software personnel, only about 25 percent utilize automated software-estimation tools. The primary reason for this is that small companies only build small software projects, where high-precision estimates are not as important as for large systems.

Software cost estimates can be created in a number of different fashions. In order of increasing rigor and sophistication, the following six methods of estimating software costs are used by corporations and government groups that produce software.

- Manual software-estimating methods
  1. Manual project-level estimates using rules of thumb
  2. Manual phase-level estimates using ratios and percentages
  3. Manual activity-level estimates using work-breakdown structures
- Automated software-estimating methods
  1. Automated project-level estimates (macro-estimation)
  2. Automated phase-level estimates (macro-estimation)
  3. Automated activity-level or task-level estimates (micro-estimation)

33

*or SLIM, but they are capable of providing rough early estimates or "sanity checks" for estimates produced using more formal methods. The more accurate forms of manual software cost estimating involve activity-based costing. These methods are more complex than simple rules of thumb, but are also more powerful.*

*Many commercial software-estimating tools recognize the fact that estimates must be created before there is adequate information about a project and the factors that will affect its outcome. Therefore, commercial estimating tools offer a variety of approximation modes for creating early estimates from partial knowledge. These early estimates are not particularly accurate, but they are usually better than wild guesses.*

*The most powerful of the preliminary estimating methods use templates derived from similar projects. With template estimation, at least the same kinds of projects are used as the starting point.*

Chapter

# 6

# Manual Software-Estimating Methods

This chapter includes a variety of rules of thumb that have been derived primarily from several thousand projects that utilized the traditional "waterfall" model of software development. The next chapter includes some rules of thumb derived from projects that use the Agile approaches, object-oriented methods, and some special situations such as deploying enterprise resource planning (ERP) applications.

The phrase *manual software cost estimation* refers to estimating methods that are simple enough that they can be performed mentally or, at least, using nothing more sophisticated than a pocket calculator.

Manual estimating methods remain widely used approaches to software cost estimating as the second edition of this book is being written. Manual estimating methods are useful for the following purposes:

- Early estimates before requirements are known

- Small projects needing only one or two programmers

- Low-value projects with no critical business impacts

However, there are a number of situations where manual estimates are not very useful and indeed may be hazardous:

- Contract purposes for software development or maintenance

- Projects larger than 100 function points or 10,000 source code statements

- Projects with significant business impact

Manual methods are quick and easy, but not very accurate. Accurate estimating methods are complex and require integration of many

kinds of information. When accuracy is needed, avoid manual estimating methods.

As pointed out in Chapter 4, a comparative study of 50 estimates produced manually and 50 estimates produced by commercial estimating tools noted two significant results:

- Manual estimates were wrong by more than 35 percent more than 75 percent of the time. The maximum errors exceeded 50 percent for both costs and schedules. The errors with manual estimates were always on the side of excessive optimism, or underestimating true costs and actual schedules.

- Automated estimates came within 5 percent of actual costs about 45 percent of the time. The maximum errors were about 30 percent. When errors occurred, they were usually on the side of conservatism, or estimating higher costs and longer schedules than actually occurred.

Of course, automated estimating tools can achieve optimistic results, too, if users do things such as exaggerate staff experience, understate application size or complexity, minimize paperwork and quality control, and ignore learning curves. These are common failures with manual estimates, and they can be carried over into the automated estimation domain, too.

In spite of the plentiful availability of commercial software-estimating tools, the author receives dozens of e-mail and phone messages containing requests for simple rules of thumb that can be used manually or with pocket calculators.

This chapter provides a number of rules of thumb that are interesting and sometimes useful. Readers are cautioned that rules of thumb are not suitable for formal estimates, major projects, or software with important schedule, cost, or business implications.

## Rules of Thumb Based on Lines-of-Code-Metrics

For many years manual estimating methods were based on the lines-of-code (LOC) metrics, and a number of workable rules of thumb were developed for common procedural programming languages, such as Assembly, COBOL, FORTRAN, PASCAL, PL/I, and the like.

These LOC rules of thumb usually start with basic assumptions about coding productivity rates for various sizes of software projects, and then use ratios or percentages for other kinds of work, such as testing, design, quality assurance, project management, and the like.

Tables 6.1 and 6.2 illustrate samples of the LOC-based rules of thumb for procedural languages in two forms: Table 6.1 uses *months* as the unit

**TABLE 6.1   Rules of Thumb Based on LOC-Metrics for Procedural Languages**
(Assumes 1 work month = 132 work hours)

| Size of program, LOC | Coding, LOC per month | Coding effort, months | Testing effort, % | Non-code effort, % | Total effort, months | Net LOC per months |
|---|---|---|---|---|---|---|
| 1 | 2500 | 0.0004 | 10.00 | 10.00 | 0.0005 | 2083 |
| 10 | 2250 | 0.0044 | 20.00 | 20.00 | 0.0062 | 1607 |
| 100 | 2000 | 0.0500 | 40.00 | 40.00 | 0.0900 | 1111 |
| 1,000 | 1750 | 0.5714 | 50.00 | 60.00 | 1.2000 | 833 |
| 10,000 | 1500 | 6.6667 | 75.00 | 80.00 | 17.0000 | 588 |
| 100,000 | 1200 | 83.3333 | 100.00 | 100.00 | 250.0000 | 400 |
| 1,000,000 | 1000 | 1000.0000 | 125.00 | 150.00 | 3750.0000 | 267 |

for work, while Table 6.2 uses *hours* as the unit for work. Both hourly and monthly work metrics are common in the software literature, with the hourly form being common for small programs and the monthly form being common for large systems.

Both tables show seven size ranges for software, with each one being an order of magnitude larger than its predecessor.

The column labeled "Testing Effort, %" denotes the relative amounts of time for testing versus coding. As can be seen, the larger the project, the greater the amount of testing required.

The column labeled "Non-code Effort, %" denotes the host of activities other than pure programming that are associated with software projects and need to be included in the estimate:

- Requirements definition
- External design
- Internal design
- Change management

**TABLE 6.2   Rules of Thumb Based on LOC-Metrics for Procedural Languages**
(Assumes 1 work month = 132 work hours)

| Size of program, LOC | Coding, LOC per hour | Coding effort, hours | Testing effort, % | Non-code effort, % | Total effort, hours | Net LOC per hour |
|---|---|---|---|---|---|---|
| 1 | 18.94 | 0.05 | 10.00 | 10.00 | 0.06 | 15.78 |
| 10 | 17.05 | 0.59 | 20.00 | 20.00 | 0.82 | 12.18 |
| 100 | 15.15 | 6.60 | 40.00 | 40.00 | 11.88 | 8.42 |
| 1,000 | 13.26 | 75.43 | 50.00 | 80.00 | 173.49 | 5.76 |
| 10,000 | 11.36 | 880.00 | 75.00 | 100.00 | 2,420.00 | 4.13 |
| 100,000 | 9.09 | 11,000.00 | 100.00 | 150.00 | 36,500.00 | 2.60 |
| 1,000,000 | 7.58 | 132,000.00 | 125.00 | 150.00 | 495,000.00 | 2.02 |

* User documentation

* Project management

As software applications grow in size, a larger and larger proportion of total effort must be devoted to paperwork and other non-coding activities.

As can be seen, the *monthly* form of normalizing effort is fine for large systems but is not very convenient for the smaller end of the spectrum. Conversely, the *hourly* form is inconvenient at the large end.

Also, the assumption that a work month comprises 132 hours is a tricky one, since the observed number of hours actually worked in a month can run from less than 120 to more than 170. Because the actual number of hours varies from project to project, company to company, and country to country, it is best to replace the generic rate of 132 with an actual or specific rate derived from local conditions and work patterns.

While LOC-based estimating rules of thumb served for many years, they are rapidly dropping from use because software technologies have changed so much that it is difficult, and even dangerous, to apply them under some conditions.

Usage of the LOC-metrics obviously assumes the existence of some kind of procedural programming language where programmers develop code using some combination of alphanumeric information, which is the way such languages as COBOL, C, FORTRAN, and hundreds of others operate.

However, the development of Visual Basic and its many competitors, such as Realizer, has changed the way many modern programs are developed. Although these visual languages do have a procedural source code portion, quite a bit of the more complex kinds of "programming" are done using button controls, pull-down menus, visual worksheets, and reusable components. In other words, programming is being done without anything that can be identified as a *line of code* for measurement or estimation purposes.

Also, the object-oriented programming languages and methods, such as Objective C, Smalltalk, Eiffel, and the like, with their class libraries, inheritance, and polymorphism, have also entered a domain where attempting to do estimates using conventional lines of code is not a very effective approach.

As the 21st century unfolds, the volume of programming done using languages where the LOC-metrics no longer works well for estimating purposes is rising rapidly. By perhaps 2025 more than 70 percent of the new software applications will be developed using either object-oriented languages or visual languages, or both.

Over and above the fact that the LOC-metrics is difficult to apply for many modern programming languages, there are deep and serious

TABLE 6.3  Rank Order of Large System Software Cost Elements

1. Defect removal (inspections, testing, and finding and fixing bugs)
2. Producing paper documents (plans, specifications, and user manuals)
3. Meetings and communication (clients, team members, and managers)
4. Programming or coding
5. Project management
6. Change management

economic problems with attempting to use LOC-metrics for measurement and estimation purposes.

Most of the important kinds of software, such as operating systems, billing systems, aircraft navigation systems, word processors, spreadsheets, and the like, are quite large compared to the sizes of applications built 20 years ago.

Twenty years ago, a programming application of 100,000 LOC was viewed as rather large. Even IBM's main operating system, OS/360, was only about 1 million LOC in size during its first year of release, although the modern incarnation, MVS, now tops 10 million LOC.

Today, a size of 100,000 LOC is more or less an entry-level size for a modern Windows XP application. Many software packages can top 1,000,000 LOC, while things like major operating systems are in the 20-million-LOC domain and up.

For large systems in the 1 million–source code statement size range, programming itself is only the fourth most expensive activity. The three higher-cost activities cannot really be measured or estimated effectively using the LOC-metrics. Also, the fifth and sixth major cost elements, project management and change management, cannot easily be estimated or measured using the LOC-metrics either. (See Table 6.3.)

If these non-coding activities are not measured separately, the overall project can be measured using LOC, but such measures have a disturbing property: They will penalize high-level languages and make low-level languages seem to have higher productivity rates than high-level languages.

As can easily be seen, the usefulness of a metric such as lines of code, which can only measure and estimate one out of the six major software cost elements, is a significant barrier to economic understanding.

### Rules of Thumb Based on Ratios and Percentages

Software projects obviously include a lot more kinds of work than just coding. A fairly large family of manual estimating methods has developed based on the use of ratios and percentages.

These rules assume a *cascade* form of estimation. First, the overall project is estimated in its entirety. Second, ratios and percentages are applied to apportion the overall effort into the desired sets of phases or activities.

The basic problem with ratio-based estimation is the false assumption that there are constant ratios between coding and other key activities, such as testing, project management, integration, and the like. In fact, the ratios vary significantly, based on five sets of independent variables:

- The class of the application (systems software, information systems, web-based, etc.)

- The size of the application

- The programming language or languages utilized

- The presence or absence of reusable materials

- The methodology used such as Agile methods, waterfall methods, spiral methods etc.

The complexity of the interactions of these five sets of variables is why commercial software cost-estimating tools contain hundreds of rules and adjustment factors.

There are too many combinations of factors to illustrate all of them, but it is instructive to view how the percentages applied to key software activities vary in response to the class and size of the application.

Table 6.4 uses only seven major activities in order to highlight the percentage of coding effort against the background of non-coding activities.

Table 6.4 shows some of the changes in ratios among five different classes of applications. Note that for end-user applications there is very little work except coding and testing, because when users are building their own software they obviously know what their own requirements are, and they don't need personal user's guides.

**TABLE 6.4   Percentages of Development Effort by Software Class**
(Assumes application of 1000 function points or 100,000 source code statements)

| Activity | End-user projects | MIS projects | Systems projects | Commercial projects | Military projects |
|---|---|---|---|---|---|
| Requirements definition | 0 | 7 | 8 | 4 | 10 |
| Design | 10 | 12 | 15 | 10 | 15 |
| Coding | 60 | 25 | 18 | 25 | 18 |
| Testing | 30 | 30 | 30 | 36 | 22 |
| Change management | 0 | 8 | 7 | 10 | 12 |
| Documentation | 0 | 8 | 7 | 10 | 10 |
| Project management | 0 | 12 | 12 | 10 | 13 |
| Total | 100 | 100 | 100 | 100 | 100 |

By contrast, for military software projects, the activities associated with requirements, design, and documentation total roughly twice the effort devoted to coding itself: 35 percent versus 18 percent.

When we consider ratios based on various size ranges of applications, we also see huge differences that prevent any single ratio or percentage from being a safe general estimating method.

Table 6.5 shows five size plateaus an order of magnitude apart, starting with small applications of 10 function points (roughly 1000 source code statements) and running up to enormous systems of 100,000 function points (roughly 10 million source code statements).

At the small end of the spectrum, coding is the dominant activity in terms of effort, but at the large end of the spectrum, coding itself is only 15 percent of the total effort. The main cost drivers at the large end of the spectrum are the activities associated with finding and fixing bugs and the activities associated with producing various kinds of paper documents, such as requirements, plans, specifications, and user manuals.

At the intersection between rules of thumb based on ratios and those based on lines of code is an important topic that is not well covered in the software literature: the amount of reusable source code taken from similar applications or from other sources.

Table 6.6 gives reuse percentages noted among SPR's clients for a variety of programming languages. It is interesting that in spite of the emphasis that the object-oriented community places on software reuse, the language that typically has the largest volume of reusable code for common applications is Visual Basic.

When reusable material is present in substantial volumes during a software development project, it will obviously affect the schedule, effort, and cost results from an estimating standpoint.

Software reusability is an important topic with many poorly understood aspects. For example, software reuse is only valuable if the reused material approaches zero-defect quality levels. Reusing poor-quality source code is dangerous and expensive.

**TABLE 6.5   Percentages of Development Effort by Software Size**
(Assumes procedural languages, such as COBOL or C)

| Activity | 10-FP projects | 100-FP projects | 1000-FP projects | 10,000-FP projects | 100,000 FP projects |
|---|---|---|---|---|---|
| Requirements definition | 5 | 5 | 7 | 8 | 9 |
| Design | 5 | 6 | 10 | 12 | 13 |
| Coding | 50 | 40 | 30 | 20 | 15 |
| Testing | 27 | 29 | 30 | 33 | 34 |
| Change management | 1 | 4 | 6 | 7 | 8 |
| Documentation | 4 | 6 | 7 | 8 | 9 |
| Project management | 8 | 10 | 10 | 12 | 12 |
| Total | 100 | 100 | 100 | 100 | 100 |

TABLE 6.6   Approximate Amount of Reusable Code by Language

| Language | Average reuse, % |
|----------|------------------|
| Visual Basic | 60.00 |
| Eiffel | 55.00 |
| Smalltalk | 50.00 |
| JAVA | 50.00 |
| Objective C | 45.00 |
| Ada 95 | 35.00 |
| C++ | 27.50 |
| SQL | 25.00 |
| Ada | 25.00 |
| COBOL | 17.50 |
| FORTRAN | 15.00 |
| Macro assembly | 15.00 |
| C | 12.50 |
| Pascal | 12.50 |
| Jovial | 10.00 |
| CMS2 | 10.00 |
| PL/I | 7.50 |
| Basic assembly | 5.00 |
| Average | 26.15 |

The ratios for software reuse shown in Table 6.6 are only approximate and can vary widely. For example, there can be Visual Basic applications with less than 10 percent reused code, while some basic assembly applications can top 40 percent in terms of code reuse.

In general, the languages that endorse and facilitate reuse, such as the object-oriented family of languages and the Visual Basic family, have far more sources of reusable code than do such languages as COBOL, where reuse is merely accidental.

The overall conclusion is that the use of simplistic ratios and percentages for software cost estimating is a very hazardous practice unless the estimator has experience-based ratios derived from projects of the same size, same class, same programming language, and that utilize the same volume of reusable materials.

There is no single set of ratios or percentages that can be universally applied to software projects. This lack of universal constants is true in every other human activity. Knowing the average cost of buying an automobile in the United States is obviously irrelevant to buying your own personal automobile. You start with the kind of automobile and set of features that you want, check the averages for that combination, and then try to negotiate with dealers for a better cost.

It is astonishing that project managers would use simple ratios and percentages for software projects that cost millions of dollars, and yet

use much more sophisticated costing techniques for buying automobiles, home appliances, houses, clothes, food, or any other personal purchases.

## Rules of Thumb Based on Function Point Metrics

Since function point metrics were first published in the late 1970s, their use has swept through the software world, and function points are now among the most widely used of any metric in all countries that develop significant volumes of software, such as the United States, Japan, South Korea, China, Germany, Australia, and Canada.

Function point metrics solve some of the more difficult problems for software cost estimation and cost measurement, and it is interesting to explore the origin and evolution of functional metrics.

In the middle 1970s, the IBM corporation was the world's largest and most successful producer of mainframe software. However, IBM's success and innovation led to some new and unexpected problems.

By the middle 1970s, IBM's software community was topping 25,000 members, and the costs of building and maintaining software were becoming a significant portion of the costs and budgets for new products.

Programming languages were exploding in number, and within IBM applications were being developed in assembly language, APL, COBOL, FORTRAN, RPG, PL/I, PL/S (a derivative of PL/I), and perhaps a dozen others. Indeed, many software projects at IBM and elsewhere used several languages concurrently, such as COBOL, RPG, and SQL, as part of the same system.

Also, the sizes of IBM's average software applications were growing from the 10,000 lines of code typical for the old IBM 1401 computers to well over 100,000 lines of code for the IBM 360 and IBM 370 computers.

The combination of larger applications and dozens of programming languages meant that manual estimates based on the lines-of-code-metrics were causing cost and schedule overruns of notable proportions. The problems of IBM in this era are captured very well in Dr. Fred Brooks's classic book *The Mythical Man-Month* (Brooks 1974), which was revised and reissued to commemorate the 20th anniversary of its first publication.

Allan J. Albrecht and his colleagues at IBM White Plains were tasked with attempting to develop an improved methodology for sizing, estimating, and measuring software projects. The method they developed is now known as *function point analysis*, and the basic metric they developed is termed a *function point*.

Although the actual rules for counting function points are rather complex, the essential concepts behind the function point metric are

simple: Base the size of applications on external characteristics that do not change because of the programming language or languages used.

In essence, a *function point* consists of the weighted totals of five external aspects of software applications:

- The types of *inputs* to the application
- The types of *outputs* that leave the application
- The types of *inquiries* that users can make
- The types of *logical files* that the application maintains
- The types of *interfaces* to other applications

In October 1979, Allan Albrecht presented the function point metric at a conference in Monterey, California, sponsored jointly by IBM and two IBM user groups, SHARE and GUIDE. Concurrently, IBM placed the basic function point metric into the public domain.

What Albrecht and his colleagues at IBM were attempting to do was to create a software metric that had the following ten important design goals:

- The metric can be used to measure software productivity.
- The metric can be used to measure software quality.
- The metric can be used to measure software in any known programming language.
- The metric can be used to measure software in any combination of languages.
- The metric can be used to measure all classes of software (real-time, MIS, systems, etc.)
- The metric can be used to measure any software task or activity and not just coding.
- The metric can be used in discussions with clients.
- The metric can be used for software contracts.
- The metric can be used for large-scale statistical analysis.
- The metric can be used for value analysis.

On the whole, the function point metric meets all ten goals fairly well. This is not to say that function points have no problems of their own, but they meet the ten criteria far better than the older lines-of-code-metrics. Indeed, given the advent of visual languages and object-oriented software, the lines-of-code-metrics does not currently meet any of the ten criteria at all.

As the usage of function points expanded, a nonprofit organization, the International Function Point Users Group (IFPUG), was formed. IFPUG has now become one of the largest measurement associations in the world, and there are affiliated organizations in at least 20 other countries. (For additional information on this group, readers can visit their web site, www.IFPUG.org.)

IFPUG took over responsibility from IBM for modernizing and updating the basic counting rules for function points, which have gone through a number of major and minor sets of revisions. On average, IFPUG issues a major revision about every three years, and minor revisions once or twice a year. The most common reason for a revision is to include *new kinds of software or new environments*, such as web-based applications or embedded applications.

This chapter contains a number of simple rules of thumb that cover various aspects of software development and maintenance. The rules assume the Version 4.5 function point counting rules published by IFPUG. Adjustments would be needed for the British Mark II function point rules, for COSMIC function point rules, or the older IFPUG rules. Also, these rules would need adjustments for some of the many function point variations, such as the Boeing 3D function point, object points, use-case points, feature points, or the DeMarco *bang* function point.

However, rules of thumb are far too limited to cover every aspect of *software development. So* this section also discusses the usage of *simple* table-driven *templates* that allow somewhat finer levels of estimation. Here, too, the table-driven method is not as accurate as a commercial estimating tool, but can be performed quickly and can provide a rough check on more formal and rigorous estimating approaches.

Strong cautions must be given yet again:

- Simple rules of thumb are *not* accurate.
- Simple rules of thumb should *not* be used for contracts, bids, or serious business purposes.
- No manual software-estimating methodology can give rapid response when assumptions change and requirements creep.

The following rules of thumb are known to have a high margin of error. They are being published in response to many requests to the author for simple methods that can be used manually or with pocket calculators. Also, an understanding of the limitations of manual estimating methods can give a greater appreciation for the need for more formal automated methods.

The best that can be said is that the rules of thumb are easy to use, and can provide a "sanity check" for estimates produced by other and hopefully more rigorous methods.

## Function Point Sizing Rules of Thumb

Predicting the sizes of various deliverables is the usual starting point
for software cost estimating. The function point metric has transformed
sizing from a very difficult task into one that is now both easy to per-
form and comparatively accurate, although the accuracy of early sizing
methods applied prior to the availability of information that can lead
to function point analysis is not great.

### Sizing Function Point Totals Prior
### to Completion of Requirements

It often happens that software cost estimates are required long before
there is enough solid information to actually create an accurate esti-
mate. Since the function point metric is the basis for so many subse-
quent estimating stages, it is very difficult to produce a reasonable
software cost estimate prior to the completion of the requirements,
which comprise the first software document with enough information
to derive function point totals.

However, there are function point sizing methods that can be used
to create a rough approximation of function point totals long before
requirements are complete, although this method has a high margin
of error.

Software Productivity Research (SPR) uses a multipart taxonomy for
defining software projects in terms of scope, class, and type, in order
to identify a project when entering information into the software cost-
estimating tools.

These project-identification checklists are organized using more or
less the same principle as the Richter scale for earthquakes; that is, the
larger numbers have more significance than the smaller numbers.

This property can be utilized to produce very early size approximations
of function points before almost any other facts are known about the
software projects in question. Admittedly, this crude form of sizing is far
too inaccurate for serious cost-estimating purposes, but it has the virtue
of being usable before any other known form of sizing is possible.

To use the scope, class, and type of taxonomy for guessing at the
approximate size of the software, it is only necessary to sum the list
values for the scope, class, and type and raise the total to the 2.35 power.
This calculation sequence will yield a rough approximation of function
points, assuming IFPUG Version 4 is the counting method. Table 6.7
summarizes the scope, class, and type lists in numeric order.

The kind of information needed to use this sizing approximation
method is usually known on the very first day that requirements
begin, so very early sizing is possible even if the size approximation

TABLE 6.7   Examples of Scope, Class, and Type Values

| Scope | Class | Type |
|---|---|---|
| 1 Subroutine | 1 Individual software | 1 Nonprocedural |
| 2 Module | 2 Shareware | 2 Web applet |
| 3 Reusable module | 3 Academic software | 3 Batch |
| 4 Disposable prototype | 4 Single location—internal | 4 Interactive |
| 5 Evolutionary prototype | 5 Multilocation—internal | 5 Interactive GUI or web-based |
| 6 Standalone program | 6 Contract project—civilian | 6 Batch database |
| 7 Component of system | 7 Time sharing | 7 Interactive database |
| 8 Release of system | 8 Military services | 8 Client/server |
| 9 New system | 9 Internet | 9 Mathematical |
| 10 Compound system | 10 Leased software | 10 Systems |
| | 11 Bundled software | 11 Communications |
| | 12 Marketed commercially | 12 Process control |
| | 13 Outsource contract | 13 Trusted system |
| | 14 Government contract | 14 Embedded |
| | 15 Military contract | 15 Image processing |
| | | 16 Multimedia |
| | | 17 Robotics |
| | | 18 Artificial intelligence |
| | | 19 Neural net |
| | | 20 Hybrid: mixed |

is rather imprecise. To utilize this rough sizing method, it is only nec-
essary to do three things:

- Apply the numeric list values to the project to be sized in terms of the scope, class, and type factors.
- Sum the numeric values from the three lists.
- Raise the total to the 2.35 power.

For example, assume you are building an application with the follow-
ing three attributes:

    Scope  =  6 (standalone program)
    Class  =  4 (internal—single site)
    Type   =  8 (client/server)
    Sum    =  18

Raising 18 to the 2.35 power yields a value of 891, which can be utilized
as a very rough approximation of function points, assuming the IFPUG
Version 4.1 rules. Incidentally, client/server applications are often in the
1000–function point range, so this is not a bad starting point.

Let us try this method again on a different form of application. Suppose you were building a small personal application with the following properties:

Scope  = 4 (disposable prototype)
Class  = 1 (individual program)
Type   = 1 (nonprocedural)
Sum    = 6

Raising 6 to the 2.35 power gives a value of 67, which can serve as a rough approximation of the application's function point total. Here, too, since most personal applications are less than 100 function points in size, this is not a bad way of beginning even if the true size will vary.

Applying this same method to a more significant military software project, the results might be the following:

Scope  = 9 (new system)
Class  = 15 (military contract)
Type   = 13 (trusted system)
Sum    = 37

Raising 37 to the 2.35 power gives a value of 4844 function points, which again can serve as a rough approximation of the application's function point total until enough information is available to perform a proper function point analysis. Here, too, military software projects at the system level are often in the 5000-function point range in size (or larger), so this approximation method is enough to see that the application will not be a trivial one.

This very crude function point size approximation method is not recommended for any purpose other than estimating size prior to full requirements definition, when almost nothing is known about a software project and some form of sizing is needed to complete an early estimate.

Incidentally, it would be possible to use this taxonomy with other metrics such as object points, Cosmic function points, or engineering function points. The only change would be that the combination would have to use different powers to match the other metrics. However, those powers are not known by the author, so the groups that control these other metrics would have to provide such information.

It should be noted that the SPR scope, class, and type lists are changed from time to time to add new kinds of software or to adjust the rank placements as empirical evidence suggests that changes are needed. These changes mean that users of the methods should feel free to experiment with other power settings besides 2.35, or even to develop their own list sequences. This kind of early sizing is essentially a form of pattern matching. Now that thousands of software projects exist, this method uses only a basic taxonomy to attempt to find applications with similar patterns. It is theoretically possible that this pattern matching approach

could be extended to bring in historical data from such projects, and even to provide links to reusable components from similar projects.

The fundamental operating principle of this early sizing method is that useful information about software projects can be derived from a taxonomy that can rank a software application in a fashion that allows rough size information to be derived merely from the ranking itself.

Even the first column, or scope portion, of this taxonomy can be used for rough sizing purposes. Table 6.8 shows the "average" sizes of various kinds of projects, assuming a rough expansion factor of 100 logical source code statements for every function point.

In Table 6.8 most of the terms are self-explanatory. However, item 10, *compound system*, is a large system that is actually comprised of several systems linked together. An example of a compound system would be the SAP R3 integrated business suite, although that is much larger than 15,000 function points (closer to 250,000 function points). It is comprised of a number of linked *systems*, which taken together constitute the entire SAP product.

A modern example of a compound system would be Microsoft Office, which comprises the separate applications of word processing, spreadsheet, database, graphics, and personal scheduler, all integrated and working together. In fact, Microsoft Office is in the 25,000–function point size range, with each of the individual applications running about 3000 to 5000 function points, plus the OLE capabilities to share information making up the total.

Because triangulating a software project in terms of its scope, class, and type is possible as early as the first day that requirements definition begins, this method can be utilized *very early* in a development cycle, long before any other kind of information is available.

Users are urged to experiment with their own ranking systems and taxonomies, and also with varying the power used to achieve the function point approximations.

**TABLE 6.8   Size Approximations Using Only the Scope Factor**

| Application scope | Size, function points | Size, source lines of code |
|---|---|---|
| 1 Subroutine | 1 | 100 |
| 2 Module | 3 | 300 |
| 3 Reusable module | 5 | 500 |
| 4 Disposable prototype | 7 | 700 |
| 5 Evolutionary prototype | 10 | 1,000 |
| 6 Standalone program | 25 | 2,500 |
| 7 Component of system | 100 | 10,000 |
| 8 Release of system | 5,000 | 500,000 |
| 9 New system | 10,000 | 1,000,000 |
| 10 Compound system | 25,000 | 2,500,000 |

## Sizing by Analogy

Another form of rapid sizing is simply browsing a list of the sizes of applications that have been measured and selecting one or more similar projects to serve as an approximate size basis for the new project that is about to be estimated, as shown by Table 6.9.

**TABLE 6.9  Approximate Sizes of Selected Software Applications**
(Sizes based on IFPUG Version 4 and SPR logical statement rules)

| Application | Type | Purpose | Primary language | Size, KLOC | Size, FP | LOC per FP |
|---|---|---|---|---|---|---|
| Graphics Design | Commercial | CAD | Objective C | 54 | 2,700 | 20.00 |
| IEF | Commercial | CASE | C | 2,500 | 20,000 | 125.00 |
| Visual Basic | Commercial | Compiler | C | 375 | 3,000 | 125.00 |
| IMS | Commercial | Database | Assembly | 750 | 3,500 | 214.29 |
| CICS | Commercial | Database | Assembly | 420 | 2,000 | 210.00 |
| Lotus Notes | Commercial | Groupware | Mixed | 350 | 3,500 | 100.00 |
| MS Office Proj. | Commercial | Office tools | C | 2,000 | 16,000 | 125.00 |
| SmartSuite | Commercial | Office tools | Mixed | 2,000 | 16,000 | 125.00 |
| MS Office SB | Commercial | Office tools | C | 1,250 | 10,000 | 125.00 |
| Word 7.0 | Commercial | Office tools | C | 315 | 2,500 | 126.00 |
| Excel 6.0 | Commercial | Office tools | C | 375 | 2,500 | 150.00 |
| MS Project | Commercial | Project management | C | 375 | 3,000 | 125.00 |
| KnowledgePlan | Commercial | Project management | C++ | 134 | 2,500 | 56.67 |
| CHECKPOINT | Commercial | Project management | Mixed | 225 | 2,100 | 107.14 |
| Function Point Control | Commercial | Project management | C | 56 | 450 | 125.00 |
| SPQR/20 | Commercial | Project management | Quick Basic | 25 | 350 | 71.43 |
| WMCCS | Military | Defense | Jovial | 18,000 | 175,000 | 102.86 |
| Aircraft Radar | Military | Defense | Ada 83 | 213 | 3,000 | 71.00 |
| Gun Control | Military | Defense | CMS2 | 250 | 2,336 | 107.00 |
| Airline Reservation | MIS | Business | Mixed | 2,750 | 25,000 | 110.00 |
| Insurance Claims | MIS | Business | COBOL | 1,605 | 15,000 | 107.00 |
| Telephone billing | MIS | Business | C | 1,375 | 11,000 | 125.00 |
| Tax Preparation (Personal) | MIS | Business | Mixed | 180 | 2,000 | 90.00 |
| General Ledger | MIS | Business | COBOL | 161 | 1,500 | 107.00 |
| Order Entry | MIS | Business | COBOL/SQL | 106 | 1,250 | 85.00 |
| Human Resource | MIS | Business | COBOL | 128 | 1,200 | 107.00 |
| Sales Support | MIS | Business | COBOL/SQL | 83 | 975 | 85.00 |
| Budget Preparation | MIS | Business | COBOL/SQL | 64 | 750 | 85.00 |

**TABLE 6.9  Approximate Sizes of Selected Software Applications** *(Continued)*
(Sizes based on IFPUG Version 4 and SPR logical statement rules)

| Application | Type | Purpose | Primary language | Size, KLOC | Size, FP | LOC per FP |
|---|---|---|---|---|---|---|
| Windows XP | Systems | Operating system | C | 25,000 | 85,000 | 129.41 |
| MVS | Systems | Operating system | Assembly | 12,000 | 55,000 | 218.18 |
| UNIX V5 | Systems | Operating system | C | 6,250 | 50,000 | 125.00 |
| DOS 5 | Systems | Operating system | C | 1,000 | 4,000 | 250.00 |
| 5ESS | Systems | Telecommunication | C | 1,500 | 12,000 | 125.00 |
| System/12 | Systems | Telecommunication | CHILL | 800 | 7,700 | 103.90 |
| Total | | | | 68,669 | 542,811 | 126.51 |
| Average | | | | 2,020 | 15,965 | 126.51 |

Sizing by analogy is a feature of automated cost-estimating models, but as more and more projects are measured, it will be increasingly common to see published tables of applications sizes using both function points and source code statements. Table 6.9 gives an example of such a table.

### Sizing Source Code Volumes

Now that thousands of software projects have been measured using both function points and lines of code (LOC), empirical ratios have been developed for converting LOC data into function points, and vice versa. The following rules of thumb are based on *logical statements* rather than *physical lines.*

(The physical LOC-metrics has such wide and random variations from language to language and programmer to programmer that it is not suited for sizing, for estimating, or for any other serious purpose.)

---

**Rule 1: Sizing Source Code Volumes**

One function point = 320 statements for basic assembly language
One function point = 213 statements for macro assembly language
One function point = 128 statements for the C programming language
One function point = 107 statements for the COBOL language
One function point = 107 statements for the FORTRAN language
One function point = 80 statements for the PL/I language
One function point = 71 statements for the ADA 83 language
One function point = 53 statements for the C++ language
One function point = 50 statements for the JAVA language
One function point = 15 statements for the Smalltalk language

---

The overall range of noncommentary logical source code statements to function points ranges from more than 300 statements per function

point for basic assembly language to less than 15 statements per function point for object-oriented languages and many program generators.

However, since many procedural languages, such as C, Cobol, Fortran, and Pascal, are close to the 100-to-1 mark, that value can serve as a rough conversion factor for the general family of procedural source code languages.

For object-oriented programming languages with full class libraries, such as Actor, Eiffel, Objective-C, C++, JAVA, and Smalltalk, the range is from perhaps 14 to about 50 statements per function point, and a value such as 20 statements per function point can serve as a rough approximation.

These code-sizing rules of thumb have a high margin of error, and need specific adjustments based on individual *dialects* of programming languages. Also, individual programming styles can vary significantly. Indeed, in a controlled study within IBM where eight programmers implemented the same specification using the same language, a 5-to-1 variation in the number of source code statements was noted, based on individual interpretations of the specification.

Note that these rules for sizing source code can also be reversed. It often happens when dealing with aging legacy applications, and sometimes for small enhancement and maintenance projects, that source code volumes are known earlier in the development cycle than is possible to calculate function points.

Direct conversion from source code volumes to an equivalent count of function points is termed *backfiring*. Although the accuracy of backfiring is not great, because individual programming styles can cause wide variations in source code counts, it is easy and popular.

Indeed, for some aging legacy applications where the specifications are missing and the source code is the only remaining artifact, backfiring provides the only effective method for arriving at function point values.

There is another situation where backfiring is very popular, too: small enhancements and maintenance projects. The normal method of calculating function points has trouble with small projects below about 15 function points in size because the weighting factors have lower limits; this creates a *floor* at about 15 function points, below which the *normal* method ceases to work effectively.

However, the backfiring method of conversion between logical statements has no lower limit and can even be used for sizes as small as a fraction of a function point. For example, making a 1-source code statement change to a COBOL application has a size of about 0.001 function points. There is no way to calculate such a tiny fraction of a function point using normal methods.

Because maintenance and enhancement projects are very common, and because aging legacy applications are also common, the backfiring method for approximating function points is actually the most widely used method in the world for deriving function point totals.

Backfiring is a common feature of software cost-estimating tools, and is found in at least 30 commercial software cost-estimating tools in the United States, as well as in those developed in Europe and elsewhere.

Note that for backfiring to work well, the starting point should be *logical statements* rather than physical lines of source code. However, it is possible to cascade from physical lines to logical statements, although the accuracy is reduced somewhat.

### Sizing Paper Deliverables

Software is a very paper-intensive industry. More than 50 kinds of planning, requirements, specification, and user-related document types can be created for large software projects. For many large systems, and especially for large military projects, producing paper documents costs far more than producing the source code.

The more common kinds of paper documents associated with software applications include:

- Requirements
- Cost estimates
- Development plans
- Functional specifications
- Change requests
- Logic or internal specifications
- Project status reports
- User manuals
- Test plans
- Bug or defect reports

Document types that occur from time to time, but not for every application, include:

- Contracts between clients and outsource vendors
- Use cases
- Design inspection reports
- Code inspection reports

- Quality assurance reports
- Translations of documents into other languages
- Training and tutorial materials
- Sales and marketing plans for commercial software

Paperwork volumes correlate fairly closely to the size of the application, using either function points or source code metrics. Small projects create comparatively few paper documents, and they themselves are not very large.

Also, some development methods tend to create more or less documentation than other methods. For example, the Agile development methods typically produce a very sparse or lean document set. At the other end of the spectrum, projects that are created using military standards or that require ISO certification tend to produce much larger document sets than average.

Overall, large systems in the 10,000–function point or 1 million–source code statement range often produce large numbers of documents, and some of these are very large indeed. For example, some sets of specifications have topped 60,000 pages.

For a few really large systems in the 100,000–function point range, the specifications can actually exceed the lifetime reading speed of a single person, and could not be finished even by reading eight hours a day for an entire career!

The following rule of thumb encompasses the sum of the pages that will be created in requirements, internal and external specifications, development and quality plans, test plans, user manuals, and other business-related software documents.

However, if you are following ISO 9000–9004 standards, you should use 1.17 as the power rather than 1.15. If you are following older military standards, such as DoD 2167, you should use 1.18 as the power rather than 1.15, because military projects produce more paperwork than any other kind of software application.

---

**Rule 2: Sizing Software Plans,**
**Specifications, and Manuals**

Function points raised to the 1.15 power predict approximate page counts for paper documents associated with software projects.

---

A simple corollary rule can be used to predict the approximate volume of text that the pages will contain: Pages multiplied by 400 words per page predict the approximate number of English words created for the

normal page size used in the United States (i.e., 8.5- by 11-in paper stock) with single-spaced type, using a 12-point type such as Times Roman. The actual capacity is greater than 400 words, but the inclusion of graphics and tables must be factored in.

Obviously, adjustments must be made for European A4 paper, where the capacity is closer to 500 words, once again assuming that graphic elements and tables will also be present, and that a 12-point type is selected.

Paperwork is such a major element of software costs and schedules that it cannot safely be ignored. Indeed, one of the major problems with the LOC-metrics is that it tends to conceal both the volumes of paper deliverables and the high costs of software paperwork.

### Sizing Creeping User Requirements

One of the most severe problems of the software world is that of dealing with the emergence of new and changing requirements after the completion of the initial requirements phase.

The function point metric is extremely useful in measuring the rate at which requirements creep. In fact, the usage of *cost per function point* is now starting to occur in software contracts and outsourcing agreements. For contract purposes, cost per function point is used with a sliding scale that becomes more expensive for features added later in the development cycle.

---

**Rule 3: Sizing Creeping User**
**Requirements**

Creeping user requirements will grow at an average rate of 2 percent per month from the design through coding phases. On an average, software applications will grow by at least 15 percent during development.

---

Assume that you and your clients agree during the requirements definition to develop an application of exactly 1000 function points. This rule of thumb implies that every month thereafter during the subsequent design and coding phases the original requirements will grow by a rate of 20 function points.

Since the overall schedule for a generic 1000–function point project would be about 16 calendar months, and the design and coding phases would be about half that, or 8 calendar months, this rule implies that about 16 percent new features would be added due to creeping requirements. The final total for the application would be 1160 function points rather than the initial value of 1000 function points.

In real life, the observed range of creeping requirements ranges from close to 0 to more than 5 percent per month. The better requirements methods, such as joint application design (JAD), prototypes, and requirements inspections, can reduce the rate of creep to well below 1 percent per month.

However, quick requirements methods, such as those often found with rapid application development (RAD), the Agile approach, or client/server projects, can cause the rate of creep to top 5 percent per month and throw the project into turmoil.

Because internal information systems have no visible penalties associated with creeping requirements, they tend to grow almost uncontrollably. For contract software and outsourcing arrangements, there may be financial penalties for adding requirements late in the development cycle.

For software development contracts, perhaps the most effective way of dealing with changing user requirements is to include a sliding scale of costs in the contract itself. For example, suppose a hypothetical contract is based on an initial agreement of $500 per function point to develop an application of 1000 function points in size, so that the total value of the agreement is $500,000.

The contract might contain the following kind of escalating cost scale for new requirements added downstream:

| | |
|---|---|
| Initial 1000 function points | $500 per function point |
| Features added more than 3 months after contract signing | $600 per function point |
| Features added more than 6 months after contract signing | $700 per function point |
| Features added more than 9 months after contract signing | $900 per function point |
| Features added more than 12 months after contract signing | $1200 per function point |
| Features deleted or delayed at user request | $150 per function point |

Similar clauses can be utilized with maintenance and enhancement outsource agreements, on an annual or specific basis such as the following:

| | |
|---|---|
| Normal maintenance and defect repairs | $125 per function point per year |
| Mainframe to client/server conversion | $200 per function point per system |

The advantage of the use of function point metrics for development and maintenance contracts is that they are determined from the user requirements and cannot be unilaterally added or deleted by the contractor.

One of the many problems with the older LOC-metrics is that there is no objective way of determining the minimum volume of code needed to implement any given feature. This means that contracts based on cost per LOC could expand without any effective way for the client to determine whether the expansions were technically necessary.

Function points, on the other hand, cannot be unilaterally determined by the vendor and must be derived from explicit user requirements. Also, function points can easily be understood by clients, while the LOC-

metrics is difficult to understand in terms of why so much code is needed for any given contract.

### Sizing Test-Case Volumes

The function point metric is extremely useful for test-case sizing, since the structure of function point analysis closely parallels the items that need to be validated by testing.

> **Rule 4: Sizing Test-Case Volumes**
>
> Function points raised to the 1.2 power predict the approximate number of test cases created.

Commercial software-estimating tools can predict the number of test cases for more than 15 discrete forms of testing, and can deal with the specifics of unit testing, new function testing, system testing, and all of the other varieties. This simple rule of thumb encompasses the sum of all test cases in all forms of testing, which is why rules of thumb should be used with caution.

A simple corollary rule can predict the number of times each test case will be run or executed during development: Assume that each test case would be executed approximately four times during software development.

Of course, there are at least 18 separate forms of testing used for software projects. In addition, companies are split between those where developers perform testing, where professional test personnel perform testing, and even where independent test organizations perform testing. The true complexity of testing requires much more work than a simple rule of thumb for acceptable precision in estimating results.

### Sizing Software Defect Potentials

The *defect potential* of an application is the sum of bugs or errors that will occur in five major deliverables:

- Requirements errors
- Design errors
- Coding errors
- User documentation errors
- Bad fixes, or secondary errors introduced in the act of fixing a prior error

One of the many problems with LOC-metrics is the fact that more than half of all software defects are found in requirements and design, and hence the LOC-metrics is not capable of either predicting or measuring their value with acceptable accuracy.

Because the cost and effort for finding and fixing bugs is usually the largest identifiable software cost element, ignoring defects can throw off estimates, schedules, and costs by massive amounts.

---

**Rule 5: Sizing Software Defect Potentials**

Function points raised to the 1.25 power predict the approximate defect potential for new software projects.

---

A similar corollary rule can predict the defect potentials for enhancements. In this case, the rule applies to the size of the enhancement rather than to the base that is being updated: Function points raised to the 1.27 power predict the approximate defect potential for enhancement software projects, using the enhancement (and not the base system) as the basis for applying the rule. The higher power used in the enhancement rule is because of the latent defects lurking in the base product that will be encountered during the enhancement process. The same rule can be used for *maintenance projects* such as defect repairs, although these may be so small (less than one function point) that the rule becomes ineffective.

The function point metric has been very useful in clarifying the overall distribution of software defects. Indeed, almost the only literature on the volume of non-code defects uses function point metrics for expressing the results. The approximate U.S. average for software defects during development for new projects is shown in Table 6.10.

As can easily be seen from Table 6.10, there are more software defects found outside the code than within it. Data expressed using the older

TABLE 6.10  U.S. Averages for Software Defect Levels During Development

| Defect origin | Defects per function point |
|---|---|
| Requirements | 1.00 |
| Design | 1.25 |
| Code | 1.75 |
| User documents | 0.60 |
| Bad fixes | 0.40 |
| Total | 5.00 |

LOC-metrics almost never deals with non-coding defects, such as those in requirements, specifications, and user manuals.

There are two other important categories of defects where empirical evidence has not yet accumulated enough data to derive useful rules of thumb: (1) errors in databases, and (2) errors in test cases themselves.

Research on database errors is handicapped by the fact that there is no *data point* metric for normalizing database sizes or defect rates.

This same problem is true for test cases. However, assessments and interviews with commercial software companies indicate that errors in test cases are sometimes more plentiful than errors or bugs in the software itself!

A very preliminary rule of thumb for test-case errors would be about 1.8 defects per function point. This rule is derived by simply dividing the function point total of the application by the number of errors fixed in test cases.

Hopefully, more reliable data will become available for test-case errors in the future, and data quality will be able to be measured if a data point size metric can be created.

### Sizing Software Defect-Removal Efficiency

The defect potential is the life-cycle total of errors that must be eliminated. The defect potential will be reduced by somewhere between 85 percent (approximate industry norms) and 99 percent (best-in-class results) prior to actual delivery of the software to clients. Thus, the number of delivered defects is only a small fraction of the overall defect potential.

---

**Rule 6: Sizing Defect-Removal Efficiency for Test Steps**

Each software test step will find and remove 30 percent of the bugs that are present.

---

An interesting set of rules of thumb can size the number of defects that might be found and can approximate the defect-removal efficiency of various reviews, inspections, and tests.

Testing has a surprisingly low efficiency in actually finding bugs. Most forms of testing will find less than one bug or defect out of every three that are present. The implication of this fact means that a series of between 6 and 12 consecutive defect-removal operations must be utilized to achieve very high-quality levels.

A typical set of test steps for medium-sized software projects in the 5,000–function point size range would include

1. Unit testing by developers
2. New function testing
3. Regression testing
4. Performance testing
5. System testing
6. Acceptance testing

If each of these six test stages removed 30 percent of the latent defects, the cumulative efficiency of the whole series would be about 88 percent. Assume you start with 1000 defects and remove 30 percent with each test step The results would be 1000, 700, 490, 343, 240, 168, and 117 defects still latent at the end.

This is why major software producers normally use a multistage series of design reviews, code inspections, and various levels of testing from unit test through system test.

The rather low defect-removal efficiency level of most common forms of testing explains why the U.S. average for defect-removal efficiency is only about 85 percent unless formal design and code inspections are utilized.

---

**Rule 7: Sizing Formal Inspection
Defect-Removal Efficiency**

Each formal design inspection will find and remove 65 percent of the bugs present.
Each formal code inspection will find and remove 60 percent of the bugs present.

---

In fact, the defect-removal efficiency of formal design and code inspections is so much higher than testing that it is useful to show a separate rule for these activities.

It is easy to see from Rule 7 why most of the software organizations that produce really high quality software with more than 95 percent cumulative defect-removal efficiency utilize formal pretest inspections at the design and code levels.

Incidentally, although formal inspections are not inexpensive, they have such a strong effect on defect removal that the increase in testing speed and reduction in testing and maintenance costs that they trigger give them one of the best returns on investment of any known software technology.

As an added benefit, if you do use formal design and code inspections before testing begins, you will find that the overall cumulative efficiency of the inspections and test steps together may well top 95 percent on

average, and achieve 99 percent defect removal efficiency levels from time to time.

---

**Rule 8: Post-Release Defect-Repair Rates**

Maintenance programmers can repair 10 bugs per staff month.

---

To complete the set of quality-related rules of thumb, Rule 8 deals with the rate at which bugs can be repaired after software applications are released.

Rule 8, or maintenance repair rates, has been around the software industry for more than 30 years and still seems to work. However, some of the state-of-the-art maintenance organizations that utilize complexity analyzers and code-restructuring tools and have sophisticated maintenance work benches available can double the rate and may even top 20 bugs per month.

## Rules of Thumb for Schedules, Resources, and Costs

After the sizes of various deliverable items and potential defects have been quantified, the next stage in an estimate is to predict schedules, resources, costs, and other useful results.

Some of the rules of thumb for dealing with schedules, resources, and costs are compound, and require joining several individual rules together. However, these combinations are simple enough to be done with a pocket calculator, spreadsheet, or even in your head if you are good with mental calculations.

### Assignment Scope and Production-Rate Logic

Software rules of thumb and both manual and automated estimating methods utilize algorithms and relationships based on two key concepts:

* The *assignment scope* (A scope) is the amount of work for which one person will be responsible on a software project.

* The *production rate* (P rate) is the amount of work that one person can perform in a standard time period, such as a work hour, work week, work month, or work year.

Both assignment scopes and production rates can be expressed using any convenient metric, such as function points, source code statements, or "natural" deliverables, such as words or pages.

For example, assume that you are responsible for estimating an application of 50,000 source code statements in size using the C programming language. If an average assignment for programmers in your organization is 10,000 source code statements, then this project will require five programmers.

If an average programmer in your organization can code at a rate of 2000 C statements each month, then the project will require 25 months of effort.

By combining the results of the assignment-scope and production-rate rules, you can derive useful estimates with a pocket calculator.

Let us look at the kinds of information that can be derived using A-scope and P-rate logic. We will also include an average monthly salary rate in order to derive a complete cost estimate.

| Monthly pay | $6,000 |
| Project size | 50,000 C statements |
| A scope | 10,000 C statements |
| P rate | 2,000 C statements per month |
| Staff | 5 programmers (50,000 divided by the A scope of 10,000) |
| Effort | 25 months (50,000 divided by the P rate of 2,000) |
| Schedule | 5 months (25 months of effort divided by 5 programmers) |
| Cost | $150,000 (25 months of effort at $6000 per month) |

This logic is not foolproof, but is often useful for creating quick and rough estimates. However, to use assignment scopes and production rates well, you need to know the averages and ranges of these factors within your own organization. This is one of the reasons why software measurements and software cost estimating are so closely aligned. Measurements supply the raw materials needed to construct accurate cost estimates.

Indeed, companies that measure software projects well can create local rules of thumb based on their own data that will be much more useful than generic rules of thumb based on overall industry experience.

### Estimating Software Schedules

Schedule estimation is usually the highest priority topic for clients, project managers, and software executives. Rule 9 calculates the approximate interval from the start of requirements until the first delivery to a client.

---

**Rule 9: Estimating Software Schedules**

Function points raised to the 0.4 power predict the approximate development schedule in calendar months.

---

**TABLE 6.11   Software Schedules in Calendar Months from Start of Requirements to Delivery**
(Assumes 1000 function points from requirements to delivery)

| Power | Schedule in calendar months | Projects within range |
|---|---|---|
| 0.32 | 9.12 | Agile projects |
| 0.33 | 9.77 | Scrum, Crystal, etc. |
| 0.34 | 10.47 | |
| 0.35 | 11.22 | |
| 0.36 | 12.02 | O-O software |
| 0.37 | 12.88 | Client/server software |
| 0.38 | 13.80 | Outsourced software |
| 0.39 | 14.79 | MIS software |
| 0.40 | 15.85 | Commercial software |
| 0.41 | 16.98 | Systems and embedded software |
| 0.42 | 18.20 | Civilian government software |
| 0.43 | 19.50 | Military software |
| 0.44 | 20.89 | |
| 0.45 | 22.39 | |

Note that Rule 9 is a generic rule that would need adjustment between civilian and military projects. Because military software usually takes more time, raising function point totals to about the 0.45 power gives a better result.

Among our clients, the range of observed schedules in calendar months varies from a low of about 0.32 to a high of more than 0.45. In general, smaller, simpler projects would match the lower power levels, while larger, more complex projects would match the higher power levels. Also, standards that add complexity and extra paperwork to software development, such DoD 2167 or ISO 9001, tend to push the schedule power level above the 0.4 average value.

Table 6.11 illustrates the kinds of projects whose schedules are typically found at various power levels, assuming a project of 1000 function points in size.

The use of function points for schedule estimation is one of the more useful by-products of function points developed in recent years. As with all rules of thumb, the results are only approximate and should not be used for serious business purposes such as contracts. However, as a sanity check these rules of thumb are fairly useful. Readers are urged to explore historical data within their own organizations and to develop schedule power tables based on their own local results, rather than on industry averages.

### Estimating Software Staffing Levels

The next rule of thumb is concerned with how many personnel will be needed to build the application. Rule 10 is based on the concept of

*assignment scope* or the amount of work for which one person will normally be responsible.

---

**Rule 10: Estimating Software
Development Staffing Levels**

Function points divided by 150 predict the approximate number of *personnel* required for the application.

---

Rule 10 includes software developers, quality assurance, testers, technical writers, database administrators, and project managers.

The rule of one technical staff member per 150 function points obviously varies widely based on the skill and experience of the team and the size and complexity of the application. This rule simply provides an approximate starting point for more detailed staffing analysis. If you are only interested in programming and not in analysis, design, technical writing, etc. then use a value of 500 function points. Thus if you are concerned with building a 10,000–function point application (1,000,000 LOC), then some 20 programmers will be needed. However, if you use pair programming, the assignment scope will be cut in half.

---

**Rule 11: Estimating Software
Maintenance Staffing Levels**

Function points divided by 750 predict the approximate number of maintenance personnel required to keep the application updated.

---

A corollary rule can estimate the number of personnel required to maintain the project during the maintenance period.

The implication of Rule 11 is that one person can perform minor updates and keep about 750 function points of software operational. (Another interesting maintenance rule of thumb is: Raising the function point total to the 0.25 power will yield the approximate number of years that the application will stay in use.)

Among our clients, the best-in-class organizations are achieving ratios of up to 3500 function points per staff member during maintenance. These larger values usually indicate a well-formed geriatric program, including the use of complexity analysis tools, code-restructuring tools, reengineering and reverse-engineering tools, and full configuration control and defect tracking of aging legacy applications.

Rule 11 will vary with programming languages. For low-level languages such as Assembler, an assignment scope of about 250 function points would be used. For higher-level languages such as JAVA, 750

would be used. For really experienced maintenance personnel, the assignment scope will be about 1500 function points.

---

**Rule 12: Estimating Software
Development Effort**

Multiply software development schedules by the number of personnel to predict the approximate number of staff months of effort.

---

**Estimating Software Development Effort**

The last development rule of thumb in this chapter is a hybrid rule that is based on the combination of Rules 9 and 10.

Since this is a hybrid rule, an example can clarify how it operates. Assume you are concerned with a project of 1000 function points in size.

- Using Rule 9, or raising 1000 function points to the 0.4 power, indicates a schedule of about 16 calendar months.

- Using Rule 10, or dividing 1000 function points by 150, indicates a staff of about 6.6 full-time personnel.

- Multiplying 16 calendar months by 6.6 personnel indicates a total of about 106 staff months to build this particular project.

(Incidentally, another common but rough rule of thumb defines a *staff month* as consisting of 22 working days with 6 productive hours each day, or 132 work hours per month.)

Hybrid rules are more complex than single rules, but at least this hybrid rule includes the two critical factors of staffing and schedules.

**Rules of Thumb Using
Activity-Based Cost Analysis**

There are manual software cost-estimating methodologies that are more accurate than simple rules of thumb, but they require work sheets and more extensive calculations in order to be used. Of these more complex manual methods, the approaches that lead to activity-based cost estimates are often the most useful and also the most accurate in the hands of experienced project managers.

It has been known for many years that military software projects have much lower productivity rates than civilian software projects. It has also been known for many years that large systems usually have much lower productivity rates than small projects. A basic question that our measurement methods should be able to answer is, "Why do these productivity differences occur?"

It is the ability to explore some of the fundamental reasons why productivity rates vary that gives activity-based measurements a strong advantage that can lead to significant process improvements.

Data measured only to the project level is inadequate for any kind of in-depth economic analysis or process comparison. This is also true for data based on rudimentary phase structures, such as "requirements, design, coding, integration, and testing."

However, when activity-based cost analysis is used, it becomes fairly easy to answer questions such as the one posed at the beginning of this section. For example, military software projects have lower productivity rates than civilian software projects because military software projects perform many more activities than do civilian projects of the same size.

SPR has analyzed many software development methodologies from around the world, and has constructed a generic checklist of 25 activities that occur with high frequency. This list of activities is used for baseline cost collection, for schedule measurement, and as the basis for exploring the effectiveness of various kinds of tools and practices.

One of the interesting by-products of exploring software projects down to the activity level is the set of *patterns* that are often associated with various sizes and kinds of software projects.

To illustrate some of the variations at the activity level, Table 6.12 gives examples of activity pattern differences noted during SPR assessment and baseline studies for various classes of software based on the checklist of 25 activities that SPR utilizes for data collection.

Table 6.12 illustrates the patterns noted for six general kinds of software: (1) end-user software, (2) management information systems (MIS), (3) outsource projects, (4) commercial software vendors, (5) systems software, and (6) military software.

It is very interesting to realize that much of the observed difference in productivity rates among various industries and kinds of software is due to the fact that they do not all build software using the same sets or patterns of activities. It takes much more work to build U.S. military software than any other kind of software in the world. This is because Department of Defense standards mandate activities such as *independent verification and validation* and *independent testing* that civilian software projects almost never use.

Over and above the average values shown, there can be other significant variations. For example, small client/server projects may only perform 8 of the 16 activities listed under the MIS domain, which simultaneously explains why client/server productivity can be high and client/server quality low, since many of the quality-related activities are conspicuously absent in the client/server domain.

From activity-based analysis such as this, it becomes easy to understand a number of otherwise ambiguous topics. For example, it can

TABLE 6.12   Typical Activity Patterns for Six Software Domains

| Activities performed | End user | MIS | Outsource | Commercial | Systems | Military |
|---|---|---|---|---|---|---|
| 01 Requirements | | X | X | X | X | X |
| 02 Prototyping | X | X | X | X | X | X |
| 03 Architecture | | X | X | X | X | X |
| 04 Project plans | | X | X | X | X | X |
| 05 Initial design | | X | X | X | X | X |
| 06 Detail design | | X | X | X | X | X |
| 07 Design reviews | | | X | X | X | X |
| 08 Coding | X | X | X | X | X | X |
| 09 Reuse acquisition | X | | X | X | X | X |
| 10 Package purchase | | X | X | | X | X |
| 11 Code inspections | | | | X | X | X |
| 12 Independent verification and validation | | | | | | X |
| 13 Configuration management | | X | X | X | X | X |
| 14 Formal integration | | X | X | X | X | X |
| 15 Documentation | X | X | X | X | X | X |
| 16 Unit testing | X | X | X | X | X | X |
| 17 Function testing | | X | X | X | X | X |
| 18 Integration testing | | X | X | X | X | X |
| 19 System testing | | X | X | X | X | X |
| 20 Field testing | | | | X | X | X |
| 21 Acceptance testing | | X | X | | X | X |
| 22 Independent testing | | | | | | X |
| 23 Quality assurance | | | X | X | X | X |
| 24 Installation and training | | X | X | | X | X |
| 25 Project management | | X | X | X | X | X |
| Activities | 5 | 18 | 21 | 20 | 23 | 25 |

easily be seen why U.S. military software projects are more expensive than any other kind of software, since they perform more activities.

Variation in activity patterns is not the only factor that causes productivity differences, of course. The experience and skill of the team, the available tools, programming languages, methods, processes, and a host of other factors are also important. However, the impact of these

other factors cannot be properly understood unless the cost and effort data for the project is accurate and is also granular down to the level of the activities performed.

If your software cost-tracking system "leaks" large but unknown amounts of effort, and if you collect data only to the level of complete projects, you will not have enough information to perform the kind of multiple regression analysis necessary to evaluate the impact of the other factors that influence software productivity and cost results.

To illustrate the approximate amount of effort and costs required for specific activities, Table 6.13 shows the average amount of work hours per function point for each of the 25 activities in the standard SPR chart of accounts for software projects, although there are, of course, large variations for each activity.

The information shown in Table 6.13 illustrates the basic concept of activity-based costing. It is not a substitute for one of the commercial software cost-estimating tools that support activity-based costs in a much more sophisticated way, such as allowing each activity to have its own unique cost structure and varying the nominal hours expended based on experience, methods, tools, and so forth.

In this table, the "Staff FP Assignment" column represents the average number of function points assigned to one staff member.

The "Monthly FP Production" column represents the typical amount of a particular activity that one person can accomplish in one month.

The "Work Hours per FP" column represents the number of hours for each function point, assuming in this case that 132 hours are worked each month. Obviously, this column will change if the number of available monthly hours changes.

To use the data in Table 6.13, you need to know at least the approximate function point size of the application in question. Then, select the set of activities that you believe will be performed for the application. After that, you can add up the work hours per function point for each activity.

You can do the same kind of selection and aggregation with costs, of course, but you should replace the default compensation level of $5000 per staff month and the default burden or overhead rate of 100 percent with the appropriate values from your own company or organization.

Note that Table 6.13 uses a generic chart of accounts that includes both civilian and military activities. For example, activity 12 is *independent verification and validation*, which is required by many military contracts but is seldom or never used for civilian projects.

Once activity-based costing is started, it can be extended to include many other activities in a similar fashion. For example, the set of activities shown here is common for development projects. If you are concerned with the maintenance of aging legacy applications, with porting software

**TABLE 6.13   Example of Activity-Based Chart of Accounts**
(Assumes new development projects)

| Assumptions | |
|---|---|
| Work hours per month | 132 |
| Unpaid overtime per month | 0 |
| Average monthly salary | $5,000 |
| Burden rate | 100% |
| Burdened monthly rate | $10,000 |
| Burdened hourly rate | $76 |

| Activities | Staff FP assignment | Monthly FP production | Work hours per FP | Burdened cost per FP | Staffing per 1000 FP |
|---|---|---|---|---|---|
| 01 Requirements | 250.00 | 175.00 | 0.75 | $57.14 | 4.00 |
| 02 Prototyping | 350.00 | 150.00 | 0.88 | 66.67 | 2.96 |
| 03 Architecture | 2000.00 | 300.00 | 0.44 | 33.33 | 0.50 |
| 04 Project plans | 1000.00 | 500.00 | 0.26 | 20.00 | 1.00 |
| 05 Initial design | 250.00 | 175.00 | 0.75 | 57.14 | 4.00 |
| 06 Detail design | 250.00 | 150.00 | 0.88 | 66.67 | 4.00 |
| 07 Design reviews | 200.00 | 225.00 | 0.59 | 44.44 | 5.00 |
| 08 Coding | 150.00 | 50.00 | 2.64 | 200.00 | 6.67 |
| 09 Reuse acquisition | 250.00 | 600.00 | 0.22 | 16.67 | 4.00 |
| 10 Package purchase | 5000.00 | 400.00 | 0.33 | 25.00 | 0.20 |
| 11 Code inspections | 150.00 | 150.00 | 0.88 | 66.67 | 6.67 |
| 12 Independent verification and validation | 2000.00 | 125.00 | 1.06 | 80.00 | 0.50 |
| 13 Configuration management | 1000.00 | 1750.00 | 0.08 | 5.71 | 1.00 |
| 14 Integration | 2000.00 | 250.00 | 0.53 | 40.00 | 0.50 |
| 15 User documentation | 750.00 | 70.00 | 1.89 | 142.86 | 1.33 |
| 16 Unit testing | 150.00 | 150.00 | 0.88 | 66.67 | 6.67 |
| 17 Function testing | 350.00 | 150.00 | 0.88 | 66.67 | 2.86 |
| 18 Integration testing | 700.00 | 175.00 | 0.75 | 57.14 | 1.43 |
| 19 System testing | 2500.00 | 200.00 | 0.66 | 50.00 | 0.40 |
| 20 Field (beta) testing | 1500.00 | 225.00 | 0.59 | 44.44 | 0.67 |
| 21 Acceptance testing | 750.00 | 350.00 | 0.38 | 28.57 | 1.33 |
| 22 Independent testing | 2500.00 | 200.00 | 0.66 | 50.00 | 0.40 |
| 23 Quality assurance | 2000.00 | 150.00 | 0.88 | 66.67 | 0.50 |
| 24 Installation and training | 5000.00 | 350.00 | 0.38 | 28.57 | 0.20 |
| 25 Project management | 750.00 | 100.00 | 1.32 | 100.00 | 1.33 |
| Cumulative results | 203.39 | 6.75 | 19.55 | 1481.03 | 4.92 |

from one platform to another, or with bringing out a new release of a commercial software package, then you will need to deal with other activities outside of those shown in the table.

Table 6.14 illustrates a similar chart of accounts as might be used for an enhancement project in the civilian software domain. While some

of the activities are identical between new projects and enhancements, enhancements often have some unique activities, such as analyzing the base system, restructuring the base system (if necessary), regression testing, and several others. These *enhancement-only* activities are shown in boldface type in the table to set them off from common activities.

Neither table should be regarded as anything more than an example to illustrate the concept of activity-based cost estimating. What are actually

**TABLE 6.14   Example of Activity-Based Chart of Accounts**
(Assumes enhancement projects)

| Assumptions | |
|---|---|
| Work hours per month | 132 |
| Unpaid overtime per month | 0 |
| Average monthly salary | $5,000 |
| Burden rate | 100% |
| Burdened monthly rate | $10,000 |
| Burdened hourly rate | $76 |

| Activities | Staff FP assignment | Monthly FP production | Work hours per FP | Burdened cost per FP | Staffing per 1000 FP |
|---|---|---|---|---|---|
| 01 Requirements | 250.00 | 175.00 | 0.75 | $57.14 | 4.00 |
| 02 Base analysis | 1000.00 | 300.00 | 0.44 | 33.33 | 1.00 |
| 03 Restructuring base | 3000.00 | 1000.00 | 0.13 | 10.00 | 0.33 |
| 04 Project plans | 1000.00 | 500.00 | 0.26 | 20.00 | 1.00 |
| 05 Initial design | 300.00 | 200.00 | 0.66 | 50.00 | 3.33 |
| 06 Detail design | 300.00 | 175.00 | 0.75 | 57.14 | 3.33 |
| 07 Design reviews | 200.00 | 225.00 | 0.59 | 44.44 | 5.00 |
| 08 Coding | 150.00 | 50.00 | 2.64 | 200.00 | 6.67 |
| 09 Reuse acquisition | 250.00 | 600.00 | 0.22 | 16.67 | 4.00 |
| 10 New inspections | 150.00 | 150.00 | 0.88 | 66.67 | 6.67 |
| 11 Base inspections | 500.00 | 150.00 | 0.88 | 66.67 | 2.00 |
| 12 Configuration management | 1000.00 | 1750.00 | 0.08 | 5.71 | 1.00 |
| 13 Integration | 2000.00 | 250.00 | 0.53 | 40.00 | 0.50 |
| 14 User documentation | 750.00 | 70.00 | 1.89 | 142.86 | 1.33 |
| 15 Unit testing | 150.00 | 150.00 | 0.88 | 66.67 | 6.67 |
| 16 New function testing | 350.00 | 150.00 | 0.88 | 66.67 | 2.86 |
| 17 Regression testing | 1000.00 | 150.00 | 0.88 | 66.67 | 1.00 |
| 18 Integration testing | 700.00 | 175.00 | 0.75 | 57.14 | 1.43 |
| 19 System testing | 2500.00 | 200.00 | 0.66 | 50.00 | 0.40 |
| 20 Repackaging | 2500.00 | 300.00 | 0.44 | 33.33 | 0.40 |
| 21 Field (beta) testing | 3000.00 | 225.00 | 0.59 | 44.44 | 0.33 |
| 22 Acceptance testing | 2500.00 | 200.00 | 0.66 | 50.00 | 0.40 |
| 23 Quality assurance | 2000.00 | 150.00 | 0.88 | 66.67 | 0.50 |
| 24 Installation and training | 5000.00 | 350.00 | 0.38 | 28.57 | 0.20 |
| 25 Project management | 750.00 | 100.00 | 1.32 | 100.00 | 1.33 |
| Cumulative results | 218.18 | 6.94 | 19.02 | 1496.48 | 4.58 |

needed are similar tables that match your organization's charts of accounts and substitute your organization's data for generic industry data.

However, both tables do illustrate the levels of granularity that are needed to really come to grips with the economic picture of software development. Data collected only to the level of projects or a few phases is too coarse to really understand software economics with enough precision to plan significant process improvements.

Tables 6.13 and 6.14 are generic in nature and do not assume any particular methodology or formal process.

However, there are also specific activity patterns associated with object-oriented (OO) development, information engineering (IE), rapid application development (RAD), and a host of methodologies and software processes. The fundamental concept of activity-based costing can still be used, even though the activities and their patterns will vary, as will the specific values for the activities in question.

## Summary and Conclusions

Simple rules of thumb are never very accurate, but continue to be very popular. The main sizing and estimating rules of thumb and the corollary rules presented here are all derived from the use of the function point metric. Although function point metrics are more versatile than the older lines-of-code-metrics, the fact remains that simple rules of thumb are not a substitute for formal estimating methods.

These rules of thumb and their corollaries have a high margin of error and are presented primarily to show examples of the kinds of new project management information that function point metrics have been able to create. At least another dozen or so rules of thumb also exist for other predicting phenomena, such as annual software enhancements, optimal enhancement sizes, software growth rates during maintenance, and many other interesting topics.

Software estimating using rules of thumb is not accurate enough for serious business purposes. Even so, rules of thumb continue to be the most widely used estimating mode for software projects. Hopefully, the limits and errors of these simplistic rules will provide a motive for readers to explore more accurate and powerful estimation methods, such as commercial estimating tools.

Manual estimating methods using work sheets that drop down to the level of activities, or even tasks, are more accurate than simple rules of thumb, but they require a lot more work to use. They also require a lot more work when assumptions change.

Replacing work sheets with automated spreadsheets eliminates some of the drudgery, but neither worksheets nor spreadsheets can deal with some of the dynamic estimating situations, such as creeping user

requirements or improvements in tools and processes during project development. This is why automated estimating tools usually outperform manual estimating methods.

Software measurement and estimation are becoming mainstream issues as software becomes a major cost element in corporations and government organizations. In order to use collected data for process improvements or industry benchmark comparisons, it is important to address and solve three problems:

- Leakage from cost-tracking systems must be minimized or eliminated.
- Accurate normalization metrics, such as function points, are needed for benchmarks to be economically valid.
- Cost and effort data needs to be collected down to the level of specific activities to understand the reasons for software cost and productivity-rate variances.

Activity-based software costing is not yet a common phenomenon in the software industry, but the need for this kind of precision is already becoming critical.

The literature on manual estimating methods is the largest of almost any project management topic, with a number of books offering algorithms, rules of thumb, or empirical results taken from historical data.

### References

Albrecht, A. J.: "Measuring Application Development Productivity," *Proceedings of the Joint IBM/SHARE/GUIDE Application Development Symposium*, October 1979, reprinted in Capers Jones, *Programming Productivity—Issues for the Eighties*, IEEE Computer Society Press, New York, 1981, pp. 34–43.

Barrow, Dean, Susan Nilson, and Dawn Timberlake: *Software Estimation Technology Report*. Air Force Software Technology Support Center, Hill Air Force Base, Utah, 1993.

Boehm, Barry: *Software Engineering Economics*, Prentice-Hall, Englewood Cliffs, N.J., 1981.

——— *Software Cost Estimation with COCOMO II*, Prentice-Hall, Englewood Cliffs, N.J, 2000

Brooks, Fred: *The Mythical Man-Month*, Addison-Wesley, Reading, Mass., 1974, rev. 1995.

Brown, Norm (ed.): *The Program Manager's Guide to Software Acquisition Best Practices*, Version 1.0, U.S. Department of Defense, Washington, D.C., July 1995.

Charette, Robert N: *Software Engineering Risk Analysis and Management*, McGraw-Hill, New York, 1989.

——— *Application Strategies for Risk Analysis*, McGraw-Hill, New York, 1990.

Cohn, Mike: *Agile Estimating and Planning* (Robert C. Martin Series), Prentice-Hall PTR, Englewood Cliffs, N.J., 2005.

Combns, Paul, *IT Project Estimation: A Practical Guide to the Costing of Software*, Cambridge University Press, Melbourne, Australia, 2003.

DeMarco, Tom: *Controlling Software Projects*, Yourdon Press, New York, 1982.

——— *Deadline*, Dorset House Press, New York, 1997.

Department of the Air Force: *Guidelines for Successful Acquisition and Management of Software Intensive Systems*, vols. 1 and 2, Software Technology Support Center, Hill Air Force Base, Utah, 1994.

Dreger, Brian: *Function Point Analysis*, Prentice-Hall, Englewood Cliffs, N.J., 1989.

Galorath, Daniel D. and Michael W. Evans: *Software Sizing, Estimation, and Risk Management*, Auerbach, Philadelphia PA, 2006.

Garmus, David, and David Herron: *Measuring the Software Process: A Practical Guide to Functional Measurement*, Prentice-Hall, Englewood Cliffs, N.J., 1995.

——— *Function Point Analysis: Measurement Practices for Successful Software Projects*, Addison-Wesley, Boston, Mass., 2001.

Grady, Robert B.: *Practical Software Metrics for Project Management and Process Improvement*, Prentice-Hall, Englewood Cliffs, N.J., 1992.

——— and Deborah L. Caswell: *Software Metrics: Establishing a Company-Wide Program*, Prentice-Hall, Englewood Cliffs, N.J., 1987.

Gulledge, Thomas R., William P. Hutzler, and Joan S. Lovelace (eds.): *Cost Estimating and Analyses—Balancing Technology with Declining Budgets*, Springer-Verlag, New York, 1992.

Howard, Alan (ed.): *Software Metrics and Project Management Tools*, Applied Computer Research (ACR), Phoenix, Ariz., 1997.

*IFPUG Counting Practices Manual, Release 4*, International Function Point Users Group, Westerville, Ohio, April 1995.

Jones, Capers: *Critical Problems in Software Measurement*, Information Systems Management Group, 1993a.

——— *Software Productivity and Quality Today—The Worldwide Perspective*, Information Systems Management Group, 1993b.

——— *Assessment and Control of Software Risks*, Prentice-Hall, Englewood Cliffs, N.J., 1994.

——— *New Directions in Software Management*, Information Systems Management Group, 1994.

——— *Patterns of Software System Failure and Success*, International Thomson Computer Press, Boston, 1995.

——— *Applied Software Measurement*, 2d ed., McGraw-Hill, New York, 1996.

——— *The Economics of Object-Oriented Software*, Software Productivity Research, Burlington, Mass., April 1997a.

——— *Software Quality—Analysis and Guidelines for Success*, International Thomson Computer Press, Boston, 1997b.

——— *The Year 2000 Software Problem—Quantifying the Costs and Assessing the Consequences*, Addison-Wesley, Reading, Mass., 1998.

——— *Software Assessments, Benchmarks, and Best Practices*, Addison-Wesley, Boston, Mass., 2000.

Kan, Stephen H.: *Metrics and Models in Software Quality Engineering*, 2nd edition, Addison-Wesley, Boston, Mass., 2003.

Kemerer, C. F.: "Reliability of Function Point Measurement—A Field Experiment," *Communications of the ACM*, 36: 85–97 (1993).

Keys, Jessica: *Software Engineering Productivity Handbook*, McGraw-Hill, New York, 1993.

Laird, Linda M. and Carol M. Brennan: *Software Measurement and Estimation: A Practical Approach*, John Wiley & Sons, New York, 2006.

Lewis, James P.: *Project Planning, Scheduling & Control*, McGraw-Hill, New York, 2005.

Marciniak, John J. (ed.): *Encyclopedia of Software Engineering*, vols. 1 and 2, John Wiley & Sons, New York, 1994.

McConnell, Steve: *Software Estimation; Demystifying the Black Art*, Microsoft Press, Redmond, Wa, 2006.

Mertes, Karen R.: *Calibration of the CHECKPOINT Model to the Space and Missile Systems Center (SMC) Software Database (SWDB)*, Thesis AFIT/GCA/LAS/96S-11, Air Force Institute of Technology (AFIT), Wright-Patterson AFB, Ohio, September 1996

130   Section 2: Preliminary Estimation Methods

Ourada, Gerald, and Daniel V. Ferens: "Software Cost Estimating Models: A Calibration, Validation, and Comparison," in *Cost Estimating and Analysis: Balancing Technology and Declining Budgets*, Springer-Verlag, New York, 1992, pp. 83–101.

Perry, William E.: *Handbook of Diagnosing and Solving Computer Problems*, TAB Books, Blue Ridge Summit, Pa., 1989.

Pressman, Roger: *Software Engineering: A Practitioner's Approach with Bonus Chapter on Agile Development*, McGraw-Hill, New York, 2003.

Putnam, Lawrence H.: *Measures for Excellence—Reliable Software on Time, Within Budget* Yourdon Press/Prentice-Hall, Englewood Cliffs, N.J., 1992.

———, and Ware Myers. *Industrial Strength Software—Effective Management Using Measurement*, IEEE Press, Los Alamitos, Calif., 1997.

Reifer, Donald (ed.): *Software Management*, 4th ed., IEEE Press, Los Alamitos, Calif., 1993.

*Rethinking the Software Process*, CD-ROM, Miller Freeman, Lawrence, Kans., 1996. (This CD-ROM is a book collection jointly produced by the book publisher, Prentice-Hall, and the journal publisher. Miller Freeman. It contains the full text and illustrations of five Prentice-Hall books: *Assessment and Control of Software Risks* by Capers Jones; *Controlling Software Projects* by Tom DeMarco; *Function Point Analysis* by Brian Dreger; *Measures for Excellence* by Larry Putnam and Ware Myers; and *Object-Oriented Software Metrics* by Mark Lorenz and Jeff Kidd.)

Roetzheim, William H., and Reyna A. Beasley: *Best Practices in Software Cost and Schedule Estimation*, Prentice-Hall PTR, Upper Saddle River, N.J., 1998.

Rubin, Howard: *Software Benchmark Studies for 1997*, Howard Rubin Associates, Pound Ridge, N.Y., 1997.

Stukes, Sherry, Jason Deshoretz, Henry Apgar, and Ilona Macias: *Air Force Cost Analysis Agency Software Estimating Model Analysis—Final Report*, TR-9545/008-2, Contract F04701-95-D-0003, Task 008, Management Consulting & Research, Inc., Thousand Oaks, Calif., September 1996.

Stutzke, Richard D.: *Estimating Software-Intensive Systems: Projects, Products, and Processes*; Addison-Wesley, Boston, Mass., 2005.

Symons, Charles R.: *Software Sizing and Estimating—Mk II FPA (Function Point Analysis)*, John Wiley & Sons, Chichester, U.K., 1991.

Wellman, Frank: *Software Costing: An Objective Approach to Estimating and Controlling the Cost of Computer Software*, Prentice-Hall, Englewood Cliffs, N.J., 1992.

Yourdon, Ed: *Death March—The Complete Software Developer's Guide to Surviving "Mission Impossible" Projects*, Prentice-Hall PTR, Upper Saddle River, N.J., 1997.

Zells, Lois: *Managing Software Projects—Selecting and Using PC-Based Project Management Systems*, QED Information Sciences, Wellesley, Mass., 1990.

Zvegintzov, Nicholas: *Software Management Technology Reference Guide*, Dorset House Press, New York, 1994.

**Chapter**

# 7

# Manual Estimating Methods Derived from Agile Projects and New Environments

In the ten years between the writing of the first and second editions of this book, a number of interesting new ideas and methods for software development have arisen or increased in usage. All of these have created new challenges for estimating team sizes, schedules, effort, costs, and quality. The most widely known of these new concepts include:

- Agile software development methods
- Clean room development
- Component-based development (CBD)
- Crystal development approach
- Dynamic system development method (DSDM)
- Enterprise resource planning (ERP)
- Extreme programming (XP)
- Feature-driven development (FDD)
- International outsourcing
- ISO 9000-9004 quality standards
- Iterative development
- Object-oriented development (OO)
- Quality function deployment (QFD)
- Pattern-based development
- Rapid Application Development (RAD)

131

# EXHIBIT 45

**From:** Sergio Giacoletto
**Sent:** Thu, 07 Jun 2001 07:57:40 GMT
**To:** mark.barrenechea@oracle.com
**CC:** Lawrence Ellison; Catz; Safra; Henley; Jeffrey; Sanderson; Edward; Roberts; George; Nussbaum; Jay; WILLIAMS; DEREK; Jarvis; Mark; Rosser; Michael
**BCC:**
**Subject:** Re: CRM Business Update - my feedback

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 162213

```
begin:vcard
n:Giacoletto;Sergio
tel;cell:+ 41 79 200 75 06
tel;fax:+ 41 22 799 99 33
tel;home:+ 41 22 757 14 26
tel;work:+ 41 22 799 99 30
x-mozilla-html:TRUE
adr:;;;;;;
version:2.1
email;internet:Sergio.Giacoletto@oracle.com
fn:Sergio Giacoletto, EVP Oracle EMEA
end:vcard
```

Mark,

I also disappointed by the results.... but... as you know, we had six-nine months of product issues which caused loss of confidence by sales, partners, analysts and customers.
Even as of today, R11.5.4 which is the first stable release is NOT AVAILABLE in local language and we will only get it between July and October 2001.
This continued delay between the American English release and the local language is hurting us.

The good news are that confidence is building back, we start getting live customers and I can see the momentun coming back.

We have dedicated CRM sales reps in UK, NL, FR and we will continue to increase the number.

I have given a target to the countries for FY02 to double our revenue from FY01, ie 100 $M target.

I  like to take the opportunity to thank you and your group for the good support provided to our critical customers and to ask for your continued involvement, particularly as we try to penetrate new accounts and new markets, with innovative approaches to catch up with Siebel ( like the Nokia opportunity, the Dendrite deal, etc.).

Best regards

Mark J Barrenechea wrote:


**BY THE NUMBERS:  License (mil)**

| | | |
|---|---|---|
| FY98 | 31 | |
| FY99 | 79 | |
| FY00 | 242 | through Q3 126mil |
| FY01 | 225 | through Q3 170mil |

**** FY01 Q4 clearly was a large issue ****

## BY AREA BREAKDOWN - YTD FY01

| AREA | Stretch | Quota | Actual | % of Quota |
|---|---|---|---|---|
| OPI | 130 | 94 | 61.3 | 65% |
| NAS | 120 | 70 | 72.2 | 103% |
| OSI | 110 | 70 | 26 | 37% |
| EMEA | 85 | 85 | 50 | 59% |
| APAC | 35 | 35 | 10.5 | 30% |
| Configuator | 50 | 50 | 25 | 50% |


## YEAR TO YEAR COMPARISON

| AREA | FY00 | FY01 | %Growth |
|---|---|---|---|
| OPI | 74 | 61.3 | -21% |
| NAS | 50 | 72.2 | 31% |
| OSI | 42 | 26 | -62% |
| EMEA | 33 | 50 | 34% |
| APAC | 8 | 10.5 | 24 |
| Configurator | 36 | 24 | -50% |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 162215

I maintain a few points:
- - We need dedicated and skilled SC teams.  NAS, UK, Rosser are excellent models for FY02.
- - Increase partner selling

**<u>There is no reason our FY01 Stretch goals are not the actuals for FY02!!!</u>**

--mark

[This email is not with standing product issues]

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 162216

# EXHIBIT 46

[Fwd: Chipotle/McDonald's 11i Issues]

X-Mozilla-Status: 0001
X-Mozilla-Status2: 00000000
Message-ID: <3A772A7F.3E625AC4@oracle.com>
Date: Tue, 30 Jan 2001 12:56:31 -0800
From: "Safra A. Catz" <Safra.Catz@oracle.com>
X-Mailer: Mozilla 4.73 [en] (Win95; U)
X-Accept-Language: en
MIME-Version: 1.0
To: "Ellison,Lawrence" <LARRY.ELLISON@ORACLE.COM>
Subject: [Fwd: Chipotle/McDonald's 11i Issues]
Content-Type: multipart/mixed;boundary="------------6867424F98A6032A7FFBA102"

Figure you may have missed this.

-------------------------------------------------------------------------

Return-Path: <joseph.king@oracle.com>
Received: from oracle.com (whq4op3u33-ppp-sfc1-130.us.oracle.com
    [144.25.200.216])by gmgw01.oraclecorp.com (8.8.8□.8.8) with ESMTP id
    LAA17549;Thu, 25 Jan 2001 11:22:44 -0800 (PST)
Message-ID: <3A707CEC.7F74B37C@oracle.com>
Date: Thu, 25 Jan 2001 14:22:20 -0500
From: Joseph King <joseph.king@oracle.com>
X-Mailer: Mozilla 4.7 [en] (Win95; I)
X-Accept-Language: en
MIME-Version: 1.0
To: George Roberts <George.Roberts@oracle.com>
CC: JB Deerin <james.deerin@oracle.com>, Jeff Hinch <jhinch@us.oracle.com>,
    "Chou,Timothy" <TIMOTHY.CHOU@oracle.com>,
    "Pantovich,Mirjana" <SALLY.PANTOVICH@oracle.com>,
    "Witnik,William" <WILLIAM.WITNIK@oracle.com>,
    "Brady,Ted" <TED.BRADY@oracle.com>,
    "Sink,Todd" <TODD.SINK@oracle.com>,
    "Erickson,Robyn" <ROBYN.ERICKSON@oracle.com>,
    "Barrios,Robert" <ROBERT.BARRIOS@oracle.com>,
    "Gillespie,Mary Anne" <MARY.ANNE.GILLESPIE@oracle.com>,
    "Wohl,Ronald" <RON.WOHL@oracle.com>,
    "Block,Keith" <KEITH.BLOCK@oracle.com>, mike.rocha@oracle.com,
    "Catz,Safra" <SAFRA.CATZ@oracle.com>
Subject: Re: Chipotle/McDonald's 11i Issues
References: <3A6F38F9.7F6D634F@oracle.com>
    <3A70737A.CCF8A65C@oracle.com>
Content-Type: multipart/alternative;boundary="------------062B8C222440605A77261685"

George, We just conducted an internal call with all the appropriate individuals to address the issues @
Chipotle. This team feels that Chipotle issues are coming from either 2 areas, 11i product problems
(support is working with development to address potential bugs & apply patches) or a network issue
(Network opps is running tests & communicating with the client to find the specific problem area).
JB has communicated our action plan to fix their short term year end close issues and we have offered
a back up plan (having their users fly to an Oracle facility to overcome the increased latency issues).

CA-ORCL 031401
ORACLE CONFIDENTIAL

[Fwd Chipotle McDonald's 11i Issues]

We will also be conducting a post mortum with their entire team over the next few weeks.

JB, Anything to add?

George Roberts wrote:

Ron,

I want to also make you aware of this one since the products they are using are part of your product line. We will need support from development if appropriate

Keith,

Can you make sure we get a top resource to lead this Funding will get covered by the appropriate organizations which will be decided later.

McDonald's may be in danger of missing their close of books for the end of the year. We obviously can't allow that to occur if at all possible.


JB Deerin wrote:

All,

This is not a call of hysteria it is a call for action.

George Roberts and Tim Chou--I am asking for your support. We will not be able to get this issue resolved without your sponsorship (and probably some internal funds)

**The facts:**
Chipotle is a marquee reference for Oracle Business Online. Chipotle has finished an upgrade to 11i that was done by OCS. The McDonald's financial organization (which performs all the accounting functions for McDs and it's subs) in Columbus uses the Chipotle 11i applications to conduct Chipotle's back office accounting functions. They are experiencing major performance problems with 11i as well as there still are some feature/function gaps. The performance problem could be network issues, DB/App tuning, 11i product issues or combinations of all three. BOL and Oracle support have been working with the customer to resolve the issues for the past week.
**The Problem:**
Chipotle and the Columbus end users are beginning to sour on BOL and the Oracle apps. Oracle is pursuing and a front runner for a global ERP initiative at McDs (Project Innovate) that could yield $10+M in Oracle license in Q4. We are getting very bad press from the Columbus accounting group based on the poor performance of 11i. In fact, the CIO of McDs and the worldwide controller called me yesterday to express their concern over our apps performance. Both of these execs are Oracle advocates and in the CIO's words "Oracle is not doing themselves any favors with our inability to quickly address these performance issues". The 11i performance issues need to be fixed at Chipotle or BOL will lose one of their strongest references and Oracle will be in a poor position to be McDonald's global application provider.
**How Oracle turns a negative into a positive:**
Oracle (Sales, BOL, Support and OCS) needs to respond and fix this performance problem

CA-ORCL 031402
ORACLE CONFIDENTIAL

2

NDCA-ORCL 034378

[Fwd: Chipotle McDonald's 11i Issues]

quickly. Right now we appear to be very reactive with no real plan for resolution. To fix this problem it will take a coordinated effort between Oracle Sales, BOL and OCS. IF we think it is a network issue we need to hold McDs/Chipotle's hand and make sure they know what needs to be done to fix the issues. IF it is a tuning issue OCS and BOL need to work together to address this. If it is an 11i issue I need guidance from BOL and OCS and Support on how we get development involved. The Oracle value proposition is that we offer an integrated and entreprise strength suite of internet based applications and when you select our applications you get a $10B company that also brings the capability to provide 24 hour global support, a world class consulting organization and a hosting service. Right now Oracle is not living up to this--some Oracle resources say it is a network issue, some say tuning, some say it's 11i-- Oracle's inability to figure out what the problem is and fix it is causing the customer (both Chipotle and McDs) great concern.

**BOL needs to dedicate a project lead to shepherd all the resources (Support, Development, Apps DBAs etc...) and develop the plan that will be required to fix this performance problem in a timely manner. In order to win the customer back we will need to keep in daily contact with the customer (bi-daily) We need this lead to pursue parallel efforts (network, DB, 11i), there is no time for linear problem solving. Funding for these resources will need to come from BOL and Sales via JE's so we can get this process moving quickly.**

I would like to have a con call at 4:30PM (or later) CST today with Robin Erickson, Robert Barrios, Jeff Hinch and whoever else has been involved with the Chipotle 11i issues so we can provide George and Tim with an idea of what we need from them.

Robyn--Please forward this e-mail to whomever you feel is appropriate.


--
Regards,

J.B. Deerin

Oracle Corporation       Office: 312.364.5688
233 South Wacker Drive    Fax: 312.559.8402
Suite 4500    Cell: 312.953.6768
Chicago, IL  60601   Email:    james.deerin@oracle.com
_____

The views expressed here are purely my own,
            and do not represent the views of Oracle Corporation.
*************************************************************************

--
Joseph M. King
Vice President
Oracle Online Sales Solutions
joseph.king@oracle.com
203-326-6624 Office
914-649-2706 Cell

CA-ORCL 031403
ORACLE CONFIDENTIAL

[Fwd: Chipotle McDonald's 11i Issues]

Cynthia Turner
Sales Support Manager
chturner@us.oracle.com
203-964-5819 Office
203-326-6612 Fax

CA-ORCL 031404
ORACLE CONFIDENTIAL

# EXHIBIT 47

**Return-Path:** <Jennifer.Minton@oracle.com>
**Received:** from oracle.com ([143.47.147.238])by rgmgw5.us.oracle.com
(Switch-2.1.3/Switch-2.1.0) with ESMTP id g2MGGDQ19440;Fri, 22 Mar
2002 09:16:13 -0700 (MST)
**Message-ID:** <3C9B5A3F.EDF3AB2C@oracle.com>
**Date:** Fri, 22 Mar 2002 08:22:23 -0800
**From:** Jennifer Minton <Jennifer.Minton@oracle.com>
**Organization:** Oracle Corporation
**X-Mailer:** Mozilla 4.79 [en] (Windows NT 5.0; U)
**X-Accept-Language:** en
**MIME-Version:** 1.0
**To:** "PLANT,WILLIAM" <WILLIAM.PLANT@oracle.com>,
"Williams,Thomas" <THOMAS.WILLIAMS@oracle.com>,
"DAVIES,Greg" <GREG.DAVIES@oracle.com>,
"Mcdowell,Cheryl" <CHERYL.MCDOWELL@oracle.com>,
"Magnusson,Annica" <ANNICA.MAGNUSSON@oracle.com>,
"Minamino,Akira" <AKIRA.MINAMINO@oracle.com>,
"Garnick,Lawrence" <LARRY.GARNICK@oracle.com>,
"dan.sharpley" <dan.sharpley@oracle.com>, loren <loren.mahon@oracle.com>,
"Gacutan-Alferez,May" <MAY.GACUTAN-ALFEREZ@oracle.com>
**Subject:** [Fwd: IT CRM]
**Content-Type:** multipart/mixed;boundary="------------F2173AF2F6128362A3EAD2A4"
**X-Mozilla-Status:** 8001
**X-Mozilla-Status2:** 00000000

---

**Return-Path:** <larry.ellison@oracle.com>
**Received:** from D53KK711 (koi-home.us.oracle.com [139.185.70.3])by
rgmgw6.us.oracle.com (Switch-2.1.3/Switch-2.1.0) with ESMTP id
g2MF7Xc28688;Fri, 22 Mar 2002 08:07:33 -0700 (MST)
**From:** "Larry Ellison" <larry.ellison@oracle.com>
**To:** "'Jeff Henley'" <Jeffrey.Henley@oracle.com>,
"'Mark Barrenechea'" <Mark.Barrenechea@oracle.com>
**CC:** "'Henley,Jeffrey'" <JEFF.HENLEY@oracle.com>,
"'Minton,Jennifer'" <JENNIFER.MINTON@oracle.com>,
"'Catz,Safra'" <SAFRA.CATZ@oracle.com>
**Subject:** RE: IT CRM
**Date:** Fri, 22 Mar 2002 07:04:05 -0800
**Message-ID:** <002101c1d1b2$d2a30f10$0346b98b@D53KK711>
**MIME-Version:** 1.0
**Content-Type:** text/plain;charset="us-ascii"
**Content-Transfer-Encoding:** 7bit
**X-Priority:** 3 (Normal)
**X-MSMail-Priority:** Normal
**X-Mailer:** Microsoft Outlook, Build 10.0.2627
**In-Reply-To:** <3C9B44A7.BE4219B1@oracle.com>
**X-MimeOLE:** Produced By Microsoft MimeOLE V6.00.2600.0000
**Importance:** Normal

**ORACLE
CONFIDENTIAL**

1

NDCA-ORCL 059745

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Our top priority is to get Oracle users are "delighted" with -the
quality and functionality our CRM products. Until that happens I doubt
we will achieve success in the market. The biggest problem is missing
features as opposed to show stopper bugs. (There are a few of those as
well but they are much easier to fix.) Every applications meeting now
centers around representatives from our user community who report back
on application quality and set priorities for development. We cannot
remain in denial if we talk with our users every day. We need to work
very hard to achieve a high degree of customer satisfaction for our
sales and marketing products as soon as possible. We will have major
improvements by June, but we are unlikely to deliver all we need until
September. Doing it by September will require unrelenting focus and a
Herculean effort. It can be done but not unless we change our
development and testing process and do a better job listening to our
user community.   Larry

-----Original Message-----
From: Jeff Henley [mailto:Jeffrey.Henley@oracle.com]
Sent: Friday, March 22, 2002 6:50 AM
To: Mark Barrenechea
Cc: Henley,Jeffrey; Minton,Jennifer; LELLISON_US; Catz,Safra
Subject: Re: IT CRM

I agree this is a good list of things to work on and that deep
interaction
the developers and the users will ultimately get the products right.
However, based on experience your dates seem too optimistic to fully
meet
our basic requirements----but I'd clearly love to be pleasantly
surprised.


Mark Barrenechea wrote:

> Jeff / Jennifer -
>
> We have begun our weekly meetings with Jennifer's team, as well, our
> weekly meeting with Larry in his CRM-Applications review every
Thursday.
>
> Our areas of focus include:
>      1.  Incentive Compensation
>      2.  Territory Management
>      3.  Data Quality
>      4.  Management reporting from OSO
>      5.  Store (we are now upto 10 countries + internal emp orders)
>            store.oracle.com
>
> Andrew Kass who works for me, has a separate weekly meeting with Ellen
> Eder and Lohen Mahn on Sales Contracts / Quoting. OE-Lite has done
well
> to focus us better on Oracle's requirements, we are finally engaged at
> the right level with the business, mutually, and we are gaining
> confidence that our next major CRM release (currently scheduled for
end
> of June), can replace OE-Lite. We will go through a series of reviews
> to gain the business's confidence on this, jointly build a rollout
> plan. The sales for contracts / quoting team is focus on meeting
> Oracle's requirements fully.
>
> We have had some false starts on this, but we are rebuilding the trust
> and confidence on this one. The only way to do this is week to week
> upto, and through the rollout.

**ORACLE**
**CONFIDENTIAL**

2

NDCA-ORCL 059746

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

[Fwd: IT CRM]

>
> *Larry's review today focused on marketing leads to TeleSales with*
> *Jarvis, Hilarie and me.  Next week, we are inviting Loren Mohn to*
> *discuss territories.*

Jennifer Minton <Jennifer.Minton@oracle.com>

**ORACLE
CONFIDENTIAL**

3

NDCA-ORCL 059747

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 48

1 | LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
2 | MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3 | VALERIE L. McLAUGHLIN (191916)
   GAVIN M. BOWIE (235532)
4 | STACEY M. KAPLAN (241989)
   655 West Broadway, Suite 1900
5 | San Diego, CA 92101
   Telephone: 619/231-1058
6 | 619/231-7423 (fax)
   marks@lerachlaw.com
7 | dougb@lerachlaw.com
   valeriem@lerachlaw.com
8 | gbowie@lerachlaw.com
   – and –
9 | SHAWN A. WILLIAMS (213113)
   WILLOW E. RADCLIFFE (200087)
10 | MONIQUE C. WINKLER (213031)
   ELI R. GREENSTEIN (217945)
11 | 100 Pine Street, Suite 2600
   San Francisco, CA 94111
12 | Telephone: 415/288-4545
   415/288-4534 (fax)
13 | shawnw@lerachlaw.com
   willowr@lerachlaw.com
14 | elig@lerachlaw.com
   jenniea@lerachlaw.com
15 | moniquew@lerachlaw.com

16 | Lead Counsel for Plaintiffs

17 | UNITED STATES DISTRICT COURT

18 | NORTHERN DISTRICT OF CALIFORNIA

19 | In re ORACLE CORPORATION          )  Master File No. C-01-0988-MJJ
   SECURITIES LITIGATION             )
20 |                                   )  CLASS ACTION
                                     )
21 | This Document Relates To:         )  STIPULATION REGARDING EXPERT
                                     )  DISCOVERY
22 |     ALL ACTIONS.                   )
                                     )
23 |
24 |
25 |
26 |
27 |
28 |

1      IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action,
2  through their undersigned counsel of record, as follows:

3      1.      The purpose of this Stipulation is to modify the provisions of Fed. R. Civ. P.
4  26(a)(2)(B) with respect to required disclosures relating to persons retained to provide expert
5  testimony ("Testifying Experts") and to limit the scope of discoverable information relating to
6  Testifying Experts and experts' opinions.

7      2.      Consistent with Fed. R. Civ. P. 26(a)(2)(B), except as modified or limited by this
8  Stipulation, the parties will serve on the dates established by the Court: (a) the report of any and each
9  Testifying Expert; (b) a list that identifies, either by Bates number, deposition exhibit number, or by
10  page of a deposition transcript, all materials relied upon by each Testifying Expert in forming his or
11  her opinions and copies of all other documents, data, or other information relied upon by each
12  Testifying Expert, including academic literature and other authorities relied upon; (c) documents
13  sufficient to show the total amount of hours, fees and expenses billed by each Testifying Expert; (d)
14  the qualifications of each Testifying Expert, including a list of all publications authored by the expert
15  witness within the preceding 10 years; and (e) a listing of any case or proceeding in which the expert
16  has testified as an expert at trial, hearing, or deposition within the preceding four years.

17      3.      To the extent that a Testifying Expert is in the possession, custody, or control of
18  copies of the Testifying Expert's reports and testimony (if any) in cases listed in response to subpart
19  2(e) above ("Prior Reports and Testimony"), such copies shall also be provided with the Testifying
20  Expert's report if the Prior Reports and Testimony are not subject to a protective order or
21  confidentiality order.

22      4.      To the extent that any Testifying Expert's report relies on, includes or is based on,
23  exhibits, information or data processed or modeled by computer at the direction of a Testifying
24  Expert, machine readable copies of those exhibits, information and data (including all input and
25  output files) along with the appropriate computer programs, instructions, and field descriptions shall
26  be produced with the expert's report. All electronic data and data compilations shall be produced in
27  the same form or format in which it was used for the expert's calculations, in working order with all
28  links to other spreadsheets and/or underlying data. No party need produce computer software

STIPULATION REGARDING EXPERT DISCOVERY - C-01-0988-MJJ                         - 1 -

1   programs that are reasonably and readily commercially available (e.g., Microsoft Word and

2   Microsoft Excel).

3       5.   The following categories of data, information, and documents need not be disclosed

4   by any party, and pursuant to this Stipulation, are outside the scope of permissible discovery

5   (including deposition questions):

6       (a)   Any notes or other writings taken or prepared by or for a Testifying Expert in

7   connection with this matter including, but not limited to, correspondence or memos to or from, and

8   notes of conversations with, the expert's assistants and/or clerical or support staff, other expert

9   witnesses, non-testifying expert consultants, or attorneys for the party offering the testimony of such

10  expert witness;

11      (b)   Draft reports, draft studies, draft affidavits, or draft work papers; preliminary

12  or intermediate calculations, computations, or data; or other preliminary, intermediate or draft

13  materials prepared by, for or at the direction of a Testifying Expert; and

14      (c)   Any oral or written communication between a Testifying Expert and the

15  Testifying Expert's assistants and/or clerical or support staff, other expert witnesses, non-testifying

16  expert consultants, or attorneys for the party offering the testimony of such expert witness.

17      6.   In addition to the limitations on discovery set forth in paragraph 5, above, the parties

18  agree that other data or information that may have been considered by a Testifying Expert but was

19  not relied on by the Testifying Expert in forming her or his opinions need not be disclosed or

20  produced. Nothing in this Stipulation, however, shall be construed to prevent deposition questions

21  relating to the substance of the Testifying Expert's opinions (including alternative theories,

22  methodologies, variables, or assumptions that the expert may or may not have considered in

23  formulating her or his opinions or in preparing her or his report).

24      7.   This Stipulation shall not be construed to preclude reasonable questions at deposition

25  concerning a Testifying Expert's compensation, hours the Testifying Expert expended in preparing

26  his or her report and testimony, and frequency and duration of meetings with counsel regarding his

27  or her report.

28

STIPULATION REGARDING EXPERT DISCOVERY - C-01-0988-MJJ                         - 2 -

1      8.  This Stipulation may be executed in counterparts, and will be effective when executed

2  by both parties.

3  DATED: February 6, 2007

        LERACH COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP

4          SHAWN A. WILLIAMS
        WILLOW E. RADCLIFFE

5          MONIQUE C. WINKLER
        ELI R. GREENSTEIN

6

7

8                SHAWN A. WILLIAMS

9          100 Pine Street, Suite 2600
        San Francisco, CA 94111

10          Telephone: 415/288-4545
        415/288-4534 (fax)

11

12          LERACH COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP
        MARK SOLOMON

13          DOUGLAS R. BRITTON
        VALERIE L. McLAUGHLIN

14          GAVIN M. BOWIE
        STACEY M. KAPLAN

15          655 West Broadway, Suite 1900
        San Diego, CA 92101

16          Telephone: 619/231-1058
        619/231-7423 (fax)

17

18  DATED: February 6, 2007     Lead Counsel for Plaintiffs

19          LATHAM & WATKINS LLP
        PATRICK E. GIBBS

20

21                PATRICK E. GIBBS

22          140 Scott Drive

23          Menlo Park, CA 94025
        Telephone: 650/328-4600

24          650/463-2600 (fax)

25

26

27

28

STIPULATION REGARDING EXPERT DISCOVERY - C-01-0988-MJJ       - 3 -



1

2          **LATHAM & WATKINS LLP**
           Peter A. Wald
3          Michele F. Kyrouz
           505 Montgomery Street, Suite 2000
4          San Francisco, CA  94111
           Telephone: 415/391-0600
5          415/395-8095 (fax)

6          **Attorneys for Defendants**

7     I:\Cases\SP\Oracle\3\S IY00\38491.doc

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXPERT DISCOVERY - C-01-0988-MJJ                          - 4 -