# EXHIBIT 14 part 2

1   Drifton Finance Corporation further objects to this interrogatory to the extent it seeks

2   information not in Drifton Finance Corporation's custody, possession or control.

3   Drifton Finance Corporation further objects to this interrogatory to the extent it

4   mischaracterizes the allegations in the RSAC.

5   Subject to and without waiving the foregoing specific and general objections, Drifton

6   Finance Corporation directs defendants to the RSAC.

7   SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 14:

8   Plaintiff's supplemental response is subject to the following facts. Oracle has still not

9   produced all documents pertaining to plaintiffs' accounting allegations which may contain facts

10  responsive to this Interrogatory. Oracle produced hundreds of thousands of pages of accounting

11  documents on January 17, 2007, and at least 200,000 pages of new accounting documents yesterday,

12  January 30, 2007. Oracle has also indicated that it will produce additional documents after the

13  Court-ordered production deadline of January 31, 2007. Facts responsive to this Interrogatory may

14  arise from those documents directly, or from the analysis of those documents in conjunction with

15  documents and facts already produced. Further, defendants only produced documents relating to 926

16  or less than 1% of the 46,880 debit memos. Much of the information produced by defendants in

17  connection with the 926 debit memos was contained on a "Script Output" which is riddled with

18  errors and inconsistencies. Subject to the foregoing, plaintiff supplements its responses as follows:

19  • Over the period of many years dating back to at least 1990, thousands of customers

20  inadvertently overpaid invoices or made duplicate payments to Oracle. Overpayments occurred for a

21  variety of reasons. In some instances, Oracle overcharged customers by issuing duplicate invoices

22  and customers paid twice. This happened, for example, when Oracle personnel created "Pro Forma

23  Invoices" or "POEFs" which were essentially sales documents that were created before the actual

24  sale occurred. Sometimes, Oracle sent these Pro Forma Invoices to customers, and also sent a

25  legitimate invoice for the same sale, causing the customer to unknowingly pay twice for the same

26  invoice.

27

28

1       •     On other occasions, overpayments were the result of a customer paying the full amount for an open invoice that was reduced or adjusted downward by use of a "credit memo," sometimes before, and sometimes after, the payment was made. This happened, for example, when Oracle issued discounts or concessions to customers because of product problems, returns, or complaints by the customer. Sometimes, customer deposits were simply not returned, or refunds would be agreed to, but Oracle failed to execute the refund. Credit memos were also issued when Oracle executed a "credit memo/rebill," to reallocate revenue between license and support. Oracle's policy was to not send copies of credit memos to its customers. Thus, customers unwittingly overpaid millions of dollars on invoices that had been double-billed or reduced due to a credit memo.

•     In many instances, Oracle's customers did not realize they overpaid or paid twice for the same invoice. Oracle simply kept the money in Account 25005 on the General Ledger entitled "Customer Overpayments." The overpayments were designated by Oracle as "unapplied cash." Oracle also held customer overpayments in Account 12018.

•     Prior to, during, and after the Class Period, Oracle's unapplied cash and customer overpayments accumulated to more than $100 million dollars. Oracle had a policy of not refunding customers for overpayments or duplicate payments unless the customer specifically requested a refund in writing. Because the customers were typically not aware of the overpayment, they rarely requested refunds or credits from Oracle and Oracle kept the money.

•     Some customers hired third party audit and recovery firms such as PRG Schultz, Inc. ("PRG") to research and recover overpayments from Oracle. PRG discovered millions of dollars in customer overpayments and duplicate payments that were never refunded to Oracle's customers. Some of the customers that learned of the overpayments from PRG eventually demanded and received cash refunds from Oracle for their overpayments. Many customer overpayments, however,

went undetected by customers.  In 2Q01 and other fiscal periods, Oracle used the overpayments for improper purposes to boost its own financial results.

- On or around November 17-19, 2000, Oracle conducted an "On Account Clean Up for U.S.A. Data."  Oracle created over 46,000 debit memo invoices for thousands of customers.  Oracle created additional debit memos in December 2000.  According to Oracle's user guide a "debit memo" is defined as:  "Debits that you assign to your customer for additional charges that you want to collect.  You may want to charge your customers for unearned discounts taken, additional freight charges, taxes and finance charges."

- For each debit memo created in November 2000, Oracle created a sales invoice with a "550" prefix.  For each debit memo, there was a "debit" to Oracle's Accounts Receivable account and a "credit" to Oracle's Revenue account.  An Accounting "credit" to the revenue account means an increase in the amount of revenue in that account.  The sales invoices created for each debit memo made it look like the debit memos resulted from legitimate sales.

- On November 18, 2000, Oracle created a cash receipt for each debit memo to make it look like a legitimate cash receipt came in on that day.  In reality, the cash receipts associated with the debit memos came in prior to November 17, 2000.  The creation of the debit memos caused the 46,000+ items of unapplied cash and customer overpayments to be hidden from Oracle's collections department so that Oracle's own staff could not see overpayments.  Thus, thousands of customers were never made aware of their overpayments.

- Prior to and during the Class Period, Oracle unlawfully transferred customer overpayments and unapplied cash from Oracle's "Customer Overpayment Account," Account 25005 to Oracle's Bad Debt Reserve account, known as "Account 12601."  These improper transfers allowed Oracle to increase their bad debt reserve on Oracle's financial statements.  Because Oracle accounted for changes in the bad debt reserve by adjusting revenue, the transfers artificially inflated

1   Oracle's revenues and earnings.  Oracle's Upside Reports for 2Q01 confirm that a "bad debt

2   adjustment" was taken which impacted revenue.  Many facts related to these bad debt transfers are

3   likely contained in hundreds of thousands of documents that Oracle is producing on January 30-31,

4   2007, pursuant to the Special Master's December 19, 2006 Order Granting Plaintiffs' Motion to

5   Enforce the Special Master's July 17, 2006 Order.

6

7        •     Of the 926 debit memos produced by defendants, at least 180 or approximately 20%

8   involved transfers to Oracle's bad debt reserve or other income-generating accounts.  Those

9   improper transfers were later reversed by Oracle after November 17, 2000, mostly during the 2002

10  Clean Up.

11

12       •     Oracle also had a practice of automatically transferring customer overpayments and

13  unapplied cash to the bad debt reserve through an "auto-adjustment" process. The auto-adjustments

14  consisted of smaller amounts of unapplied cash, sometimes as little as $0.01.  These smaller items

15  were systematically "swept" from Account 25005 to the bad debt reserve periodically to artificially

16  increase Oracle's earnings.  Because the items of unapplied cash were so small, Oracle's customers

17  rarely found out about the overpayments and they were easier to hide.

18       •     Beginning in October 2002, immediately following the filing of plaintiffs' complaint

19  on October 11, 2002, Oracle held a series of meetings to discuss how to "clean up" the unapplied

20  cash "problem" to determine the "revenue impact" of the debit memos and the unapplied cash

21  transfers, to put the unapplied cash back into the "proper" buckets, and to ensure that the problem

22  "never happened again" (the "2002 Clean Up").  The clean up was referred to as an "On Account

23  Clean Up for U.S.A. Data" which was the same terms used for the November 2000 Clean Up.

24  During the meetings, Oracle's collections staff was told about plaintiffs' lawsuit and the debit memo

25  allegations and that it was their job to help Oracle fix the problem and figure out how to resolve the

26  thousands of customer overpayments and unapplied cash items.  During the meetings it was

27

28
DRIFTON FINANCE CORPORATION'S SECOND SUPPLEMENTAL RESPONSES TO
DEFENDANTS' SECOND SET OF INTERROGATORIES TO PLAINTIFFS - C-01-0988-MJJ        - 101 -

discussed that what happened in November 2000 with respect to the debit memos caused the problem that was the focus of the 2002 Clean Up. Oracle's collectors were told that they should focus all of their time and attention to fixing the unapplied cash problem on a full time basis.

• During the 2002 Clean Up, Oracle engaged in a systematic process to reverse the November 2000 debit memos and make it look like the debit memo transactions never resulted in fictitious revenue and earnings and never were transferred to Oracle's bad debt reserve. Oracle did this by issuing at least one thousand credit memos to reverse corresponding debit memos and transfers of customer overpayments to Oracle's bad debt reserve. The creation and issuance of a credit memo has the effect of reducing revenue (as does reducing the bad debt reserve). The rate of credit memos issued during 2002 Clean Up was more than 100 times higher than the normal rate of credit memos issued by Oracle. Oracle also tried to disable the ability to move unapplied cash to the bad debt reserve via "on account."

• Further, to "clean up" the debit memos and the massive unapplied cash problem, Oracle issued hundreds of cash refunds to customers for tens of millions of dollars that had been sitting on Oracle's books for years. Oracle tried to hide the impact of some of the improper transfers of unapplied cash to the bad debt reserve by "adjusting up" invoices and applying the unapplied cash to the invoice. Oracle also applied unapplied cash from debit memos to new invoices. This made it look like the unapplied cash receipt (payment) was applied to a legitimate invoice for a legitimate sale. This also allowed Oracle to hide overpayments from its customers and avoid refunding the money. Oracle is still holding millions in customer overpayments from debit memo transactions that are more than six years old.

• The number of unapplied cash items was so large and the amount so great, that Oracle did not have the resources to resolve all of the items, especially the smaller debit memo and unapplied items. As part of the process, Oracle was forced to open and reactivate an old pro forma

database to attempt to determine which customer overpayments resulted from customers double paying due to the issuance of two invoices, one pro forma, and one legitimate invoice. In 2003, Oracle announced that it was moving its collections department to India. The unresolved items of unapplied cash and customer overpayments were ultimately transferred to India as well, ensuring that many customer overpayments were never discovered, resolved or refunded.

• On October 23, 2003, Oracle made a presentation to the SEC regarding plaintiffs' debit memo allegations. The presentation primarily focused on a few specific debit memos involving customers Eli Lilly & Co. and Household International. Oracle claimed that the unapplied cash and overpayments made by Eli Lilly and Household could not have been improperly recognized as revenue during the Class Period because those overpayments were refunded to Eli Lilly and Household years earlier. This was the basis upon which the SLC found that plaintiffs' accounting allegations had no merit. Oracle failed to disclose to the SEC that Eli Lilly and Household were both refunded for their debit memos years after Oracle said they were refunded. Oracle also failed to tell the SEC that it had improperly transferred millions in unapplied cash to its bad debt reserve to inflate revenue and earnings during the Relevant Time Period. Oracle also failed to tell the SEC that it reversed, credited and refunded hundreds of debit memos for tens of millions of dollars after plaintiffs filed their Complaint in October 2002.

• Oracle has admitted that Account 25005 entitled "Customer Overpayments" was publicly reported on Oracle's balance sheet as part of the line item "Customer Advances and Unearned Revenue." The money that Oracle kept in its customer overpayments account, however, was not unearned revenue; it was money that belonged to customers due to overpayments and duplicate payments that Oracle never returned and used for improper purposes.

• Oracle's auditor during the Class Period, Arthur Andersen, did not conduct proper audits or reviews of Oracle's financial statements and was not told that Oracle created the debit

1  memos. As a result, Andersen could not do any substantive analysis of the impact of the debit

2  memos on Oracle's financial statements. Andersen's consulting fees were more than nine times its

3  audit fees. After Andersen was replaced as auditor, Ernst & Young ("E&Y") took over and the audit

4  fees surged from $700,000 to $2.45 million, a 250% spike.

5

6    • E&Y did not conduct a reasonable or complete investigation of the debit memos and

7  the on account clean up. E&Y relied upon documentation provided by Oracle and only reviewed

8  195 debit memos, less than 1% of the total debit memos. E&Y's investigation did not look at debit

9  memo audit trails or transactions underlying the debit memos. Oracle directed E&Y to confine its

10  procedures to a single day, November 17, 2000, even though the debit memo script may have been

11  run after that date, and the transfers and purported funds occurred prior to that date. E&Y never

12  tried to determine whether Oracle's unapplied cash funds belonged to Oracle's customers, or

13  whether the 2Q01 financial statements were materially misstated as a result of Oracle's improper use

14  of customer funds. E&Y claimed it did not know about Oracle's illegal transfers from Customer

15

16  Overpayments to the bad debt reserve and its documentation confirms this. E&Y did not determine

17  whether the bad debt transfers were legitimate or whether the transfers impacted revenue on days

18  other than November 17, 2000, and whether the transfers impacted Oracle's financial statements.

19

20    • E&Y, AA and Oracle's Special Litigation Committee never analyzed the impact of

21  Oracle's bad debt transfers on Oracle's 2Q01 financial results. The Special Litigation Committee

22  only analyzed the impact on Oracle's 3Q01 financial statements. Oracle's Accounting Management

23  only analyzed the impact on Oracle's full-year (fiscal 2001) financial statements.

24    • The financial impact of Oracle's debit memo scheme has been altered, distorted and

25  possibly lost forever by Oracle's improper destruction of key data and evidence during Oracle's

26  2002 Clean Up. As part of Oracle's attempts to resolve the huge amount of unapplied cash related to

27  debit memos, Oracle collectors were told to delete, change and overwrite certain customer notes that

28

had been previously entered into the system to document the history of customer overpayments and/or debit memo transactions. During the 2002 Clean Up, lawyers for Oracle told Jennifer Minton, Oracle's controller and the primary author of Oracle's Upside Reports upon which Oracle's 3Q01 forecasts were based, that she should intentionally keep herself uninvolved in the 2002 Clean Up and investigation.

•       Further, plaintiffs believe that information responsive to this interrogatory, including highly relevant e-mails, spreadsheets and other documents were contained on the computer of Oracle collections manager Molly [Littlefield] Venkataramana. That computer was deleted and reimaged in approximately May 2003 after Oracle employees were told to preserve documents, and all information on the computer appears to have been destroyed in violation of the PSLRA. The "script output" produced by Oracle is riddled with inconsistent data.

Further, plaintiffs believe that information responsive to this interrogatory, including highly relevant e-mails, spreadsheets and other documents were contained on the computer of Oracle collections manager Molly [Littlefield] Venkataramana. That computer was deleted and reimaged in May 2003 after Oracle employees were told to preserve documents, and all information on the computer appears to have been destroyed in violation of the PSLRA. The "script output" produced by Oracle is riddled with inconsistent data.

Defendant Henley was Oracle's Chief Financial Officer ("CFO"), Executive Vice President and a Director during the Relevant Time Period. Henley signed and attested to Oracle's financial statements in 2Q01 in filings with the SEC representing that the financial statements were accurate and in conformance with GAAP. As CFO, Henley was responsible for ensuring that Oracle's accounting was in compliance with GAAP and fairly presented Oracle's financial results and true financial condition.

Henley was involved in overseeing the results of the 2002 Clean Up and the impact of the debit memos on Oracle's financial statements. As set forth above, the 2002 Clean Up was used to reverse, alter and cover up the financial impact of the debit memo transactions. Tom Williams and

1  Jennifer Minton were designated by Henley to oversee the 2002 Clean Up and investigation. The

2  problems with Oracle's unapplied cash and customer overpayments had been occurring for many

3  years and Henley testified that he was aware of the problem years before the 2002 Clean Up began.

4      Defendant Edward J. Sanderson was Oracle's Executive Vice President, Consulting and

5  Latin American Division of Oracle. He described himself as being responsible for all products, the

6  entire 13,000 member consulting organization, and all business-to-business initiatives.

7      Defendant Larry Ellison was Oracle's CEO and Chairman of the Board during the relevant

8  time period. Ellison signed off on Oracle's Form 10-K for 2001 and corresponding financial results,

9  including results for 2Q01. In June 2000, Ellison admitted that he is a hands-on manager who

10  "'love[d] getting involved in every detail of the business.'" Defendants were personally familiar

11  with Oracle's diminished revenue prospects as 3Q01 progressed, as they continually monitored

12  Oracle's sales and revenues via the Company's live global CRM database of pipeline, sales and

13  financial activity called "Oracle Sales Online." During his February 21, 2001 keynote address at the

14  AppsWorld conference in New Orleans, Louisiana, Ellison bragged about the worldwide capability

15  of the database:

16      We have one customer database. We have one way of billing a customer.
   We have one set of support processes. We have one way of filling out expense

17  reports. All of our information is on one database. We know exactly how much we
   have sold in the last hour around the world and we're paying less to know more.

18

19  On February 13, 2001, defendant Sanderson gave a presentation at the Goldman conference

20  where he admitted the defendants had a global view of the sales forecasts around the world.

21      For example, in the sales area, in the sales automation area, I can now – Larry
   can look at, for example, our forecast on a global basis, our forecast around the world

22  up to the minute at any level of detail that you want to see. . . .

23      And if we go back in five minutes later and look at what our forecast is, it's
   different. Because some rep around he world has changed the forecast.

24                            *      *      *

25      Now I can see every deal out there that my reps around the world are
   working.

26

27  On March 15, 2001, defendants held a transcribed conference call for investors, during which

Henley stated:

28

1           [T]his pipeline system is real-time. We give constant updates as we did with

Q3. But I think given that the conversion rates were much less than normal in Q3,

2           we have to assume that something like that will probably happen again . . . .

3 Insider Trading

4         Ellison sold more than 29 million shares of his Oracle stock for proceeds of almost $900

5 million between January 22-31, 2001, at artificially inflated prices of $30-32 per share, one of the

6 largest insider trading incidents in United States market history. These stock sales were dramatically

7 out of line with Ellison's prior trading history, as he had not sold any of his shares for five years

8 prior to these sales. Moreover, as reported by Ellison in his Form 4 filed with the SEC on

9 February 9, 2001, 23 million of the 29 million shares sold by Ellison during the Class Period were

10 options that he acquired for a mere $0.23 per share.

11         On January 4, 2001, Henley sold one million shares of his Oracle stock at the artificially

12 inflated price of $32 per share for proceeds of $32.3 million. 793,772 of these shares were options

13 which Henley acquired at only $1.04 per share. The other 206,228 shares were also options which

14 Henley exercised at only $1.69 per share.

15         Ellison's insider trading was suspiciously timed shortly after defendants' false statements on

16 January 5 and 8, 2001 that pushed the stock to over $30 per share. This was also only one month

17 before Oracle missed its financial forecasts on March 1, 2001 when the stock dropped to $16.88.

18 Similarly, Henley sold on January 4, 2001, only two weeks after his false forecasts on December 14-

19 15, 2000, and less than two months before Oracle missed those forecasts on March 1, 2001.

20         A summary of defendants Ellison and Henley's Class Period stock sales (adjusted for stock

21 splits) follows:

| Defendant | Date | Shares Sold | Price | Proceeds |
|-----------|------|-------------|-------|----------|
| L. Ellison | 01/22/01 | 3,100,000 | $32.010 | $99,231,000 |
| | 01/23/01 | 5,100,000 | $31.640 | $161,364,000 |
| | 01/24/01 | 4,900,000 | $30.730 | $150,577,000 |
| | 01/25/01 | 3,825,000 | $30.140 | $115,285,500 |
| | 01/26/01 | 4,225,000 | $30.090 | $127,130,250 |
| | 01/29/01 | 1,082,000 | $30.030 | $32,492,460 |

| Defendant | Date | Shares Sold | Price | Proceeds |
|-----------|------|-------------|-------|----------|
|  | 01/29/01 | 815,000 | $30.220 | $24,629,300 |
|  | 01/29/01 | 1,500,000 | $30.490 | $45,735,000 |
|  | 01/30/01 | 352,000 | $30.540 | $10,750,080 |
|  | 01/30/01 | 1,560,000 | $30.440 | $47,486,400 |
|  | 01/30/01 | 25,576 | $30.250 | $773,674 |
|  | 01/30/01 | 1,000,000 | $30.830 | $30,830,000 |
|  | 01/30/01 | 300,000 | $30.210 | $9,063,000 |
|  | 01/31/01 | 1,300,000 | $30.350 | $39,455,000 |
|  | Class Period Totals: | 29,084,576 |  | $894,802,664 |
| J. Henley | 01/04/01 | 206,228 | $32.310 | $6,663,227 |
|  | 01/04/01 | 793,772 | $32.310 | $25,646,773 |
|  | Class Period Totals: | 1,000,000 |  | $32,310,000 |

Defendants and other senior executives were regularly informed about Oracle's use of customer overpayments to increase revenue through management reports, including Upside Reports. The executive committee, which included Ellison, Henley and Sanderson received management forecast reports, including Upside Reports. Transfers from customer overpayments and unapplied cash to the bad debt reserve were reflected as increased revenue on management forecast reports, including Upside Reports.

Plaintiff incorporates by reference all facts discussed in Response to Interrogatory No. 7 relating to defendants' spoliation of evidence.

INTERROGATORY NO. 15:

For each Person identified in Plaintiffs' Initial Disclosures, Identify all facts that support Your belief that each such Person is "likely to have discoverable information" that support Plaintiffs' "claims."

RESPONSE TO INTERROGATORY NO. 15:

Drifton Finance Corporation hereby incorporates the General Objections above as if set forth herein.

1   Drifton Finance Corporation further objects to this interrogatory on the grounds that it is
2   compound, vague, ambiguous, harassing, overly broad, unduly burdensome, without reasonable
3   limitation in its scope and seeks information that is neither relevant nor reasonably calculated to lead
4   to the discovery of admissible evidence.

5   Drifton Finance Corporation further objects to this interrogatory on the basis of the attorney
6   work product and/or the attorney-client privilege.

7   Drifton Finance Corporation further objects to this interrogatory to the extent it seeks a legal
8   conclusion.

9   Drifton Finance Corporation further objects to this interrogatory as premature to the extent it
10  seeks facts and/or information that are subject to ongoing or future discovery – including
11  information to be obtained during the depositions of and document production by the Oracle
12  defendants and various third parties.   Initial Disclosures are subject to amendment and
13  supplementation during discovery.

14  Drifton Finance Corporation further objects to this interrogatory to the extent it seeks
15  information not in Drifton Finance Corporation's custody, possession or control.

16  SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 15:

17  **III.   Lead Plaintiff**

18  1.   Local 144 Nursing Home Pension Fund: As an investor plaintiff, this person is likely
19  to have discoverable information regarding its purchase and/or sale of Oracle Corporation ("Oracle"
20  or the "Company") stock between December 14, 2000 and March 1, 2001 (the "Class Period") that
21  supports plaintiffs' claims.

22  2.   Local 56 Retail Meat Pension Fund: As an investor plaintiff, this person is likely to
23  have discoverable information regarding its purchase and/or sale of Oracle stock during the Class
24  Period.

25  3.   Drifton Finance Corporation: As an investor plaintiff, this person is likely to have
26  discoverable information regarding its purchase and/or sale of Oracle stock during the Class Period.

27  4.   Robert D. Sawyer: As an investor plaintiff, this person is likely to have discoverable
28  information regarding his purchase and/or sale of Oracle stock during the Class Period.

IV.     **Named Plaintiffs**

1.      Oleg "Alex" Trepetin:   As an investor plaintiff, this person is likely to have discoverable information regarding his purchase and/or sale of Oracle stock during the Class Period.

2.      Thomas Wright:  As an investor plaintiff, this person is likely to have discoverable information regarding his purchase and/or sale of Oracle stock during the Class Period.

3.      Dzung Chu:  As an investor plaintiff, this person is likely to have discoverable information regarding his purchase and/or sale of Oracle stock during the Class Period.

4.      Ryan Kuehmichel: As an investor plaintiff, this person is likely to have discoverable information regarding his purchase and/or sale of Oracle stock during the Class Period.

5.      Misop Lessard:  As an investor plaintiff, this person is likely to have discoverable information regarding his purchase and/or sale of Oracle stock during the Class Period.

6.      Ke Wan:  As an investor plaintiff, this person is likely to have discoverable information regarding his purchase and/or sale of Oracle stock during the Class Period.

V.      **The Individual Defendants**

1.      Larry Ellison: As defendant and as an Oracle executive, this person is likely to have discoverable information regarding all allegations in the Complaint[2] and about evidence destruction that supports plaintiffs' claims except as to plaintiffs' purchases and sales;

2.      Jeffrey O. Henley: As defendant and as an Oracle executive, this person is likely to have discoverable information regarding all allegations in the Complaint and about evidence destruction that supports plaintiffs' claims except as to plaintiffs' purchases and sales;

3.      Edward J. Sanderson: As defendant and as an Oracle executive, this person is likely to have discoverable information regarding all allegations in the Complaint and about evidence destruction that supports plaintiffs' claims except as to plaintiffs' purchases and sales.

---

[2]     Plaintiffs' Revised Second Amended Complaint for Violations of the Federal Securities Laws.

1   **VI.    Current and Former Oracle Employees, Directors and Consultants**

2          As former or current Oracle employees, directors and consultants, the following persons are

3   likely to have discoverable information relating to facts alleged in the Complaint, that supports

4   plaintiffs' claims as described in greater detail below each individuals' name.

5          1.    Aas, Stephanie
                 Former Senior Director of Investor Relations
6                Debit and credit memos, unapplied cash accounts and improper revenue
                 recognition. Impact of the slowing economy on Oracle's sales and pipeline.
7                Problems with the implementation and functioning of Suite 11i and/or defects in
                 Suite 11i applications software. Oracle's actual and/or forecasted revenue and
8                earnings. Customer complaints, consultation requests and/or product cancellations
                 relating to Suite 11i. Slowdown in sales, pipeline and demand for Oracle products.
9                Information relating to the named defendants' stock sales, self-dealing and
                 evidence destruction.
10
           2.    Abbasi, Sohaib
11               Senior Vice President, Development
                 Problems with the implementation and functioning of Suite 11i and/or defects in
12               Suite 11i applications software. Information relating to the named defendants'
                 stock sales, self-dealing and evidence destruction.
13
           3.    Adams, Brian
14               Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
                 implementation and functioning of Suite 11i and/or defects in Suite 11i applications
15               software. Customer complaints, consultation requests and/or product cancellations
                 relating to Suite 11i.
16
           4.    Adams, Doug
17               Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
                 implementation and functioning of Suite 11i and/or defects in Suite 11i applications
18               software. Customer complaints, consultation requests and/or product cancellations
                 relating to Suite 11i and evidence destruction.
19
           5.    Adao, Ann Maria
20               Debit and credit memos, unapplied cash accounts and improper revenue
                 recognition and evidence destruction.
21
           6.    Agneta, Arthur
22               Debit and credit memos, unapplied cash accounts and improper revenue
                 recognition. Impact of the slowing economy on Oracle's sales and pipeline.
23               Problems with the implementation and functioning of Suite 11i and/or defects in
                 Suite 11i applications software. Oracle's actual and/or forecasted revenue and
24               earnings. Customer complaints, consultation requests and/or product cancellations
                 relating to Suite 11i. Slowdown in sales, pipeline and demand for Oracle products.
25               Information relating to the named defendants' stock sales, self-dealing and
                 evidence destruction.
26
           7.    Aldrich, Joe
27               Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
                 implementation and functioning of Suite 11i and/or defects in Suite 11i applications
28               software. Customer complaints, consultation requests and/or product cancellations

1          relating to Suite 11i and evidence destruction.

2     8.   Alesi, Paul
           Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
3          implementation and functioning of Suite 11i and/or defects in Suite 11i applications
4          software. Customer complaints, consultation requests and/or product cancellations
           relating to Suite 11i and evidence destruction.

5     9.   Allen, Doug
           Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
6          implementation and functioning of Suite 11i and/or defects in Suite 11i applications
7          software. Customer complaints, consultation requests and/or product cancellations
           relating to Suite 11i and evidence destruction.

8     10.  Ananthakrishnan, Satish
           Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
9          implementation and functioning of Suite 11i and/or defects in Suite 11i applications
           software. Customer complaints, consultation requests and/or product cancellations
10         relating to Suite 11i and evidence destruction.

11    11.  Andersen, Jesper
           Product defects and/or problems with implementation and functioning of Oracle
12         products and evidence destruction.

13    12.  Antonio, Hazel
           Debit and credit memos, unapplied cash accounts and improper revenue
14         recognition.

15    13.  Ariko, Barry
           Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
16         implementation and functioning of Suite 11i and/or defects in Suite 11i applications
           software. Customer complaints, consultation requests and/or product cancellations
17         relating to Suite 11i and evidence destruction.

18    14.  Assefa, Gera
           Oracle's actual and/or forecasted revenue and earnings. Slowdown in demand,
19         pipeline and/or sales for Oracle products. Problems with the implementation and
           functioning of Suite 11i and/or defects in Suite 11i applications software.
20         Customer complaints, consultation requests and/or product cancellations relating to
           Suite 11i and evidence destruction.
21
      15.  Baccure, Mark
22         Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
           implementation and functioning of Suite 11i and/or defects in Suite 11i applications
23         software. Customer complaints, consultation requests and/or product cancellations
           relating to Suite 11i and evidence destruction.
24
      16.  Backs, Justin
25         Debit and credit memos, unapplied cash accounts and improper revenue
           recognition and evidence destruction.
26
      17.  Bagley, Kelly Ann
27         Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
           implementation and functioning of Suite 11i and/or defects in Suite 11i applications
28         software. Customer complaints, consultation requests and/or product cancellations

1          relating to Suite 11i and evidence destruction.

2     18.    Baker, Martyn
           Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
3          implementation and functioning of Suite 11i and/or defects in Suite 11i applications
           software.  Customer complaints, consultation requests and/or product cancellations
4          relating to Suite 11i and evidence destruction.

5     19.    Baker, Randy
           Former Executive Vice President, Operations
6          Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
           implementation and functioning of Suite 11i and/or defects in Suite 11i applications
7          software.  Customer complaints, consultation requests and/or product cancellations
           relating to Suite 11i and evidence destruction.
8
9     20.    Balkenhol, Carolyn
           Assistant to the Chairman and Chief Executive Officer
           Debit and credit memos, unapplied cash accounts and improper revenue
10         recognition.  Impact of the slowing economy on Oracle's sales and pipeline.
           Problems with the implementation and functioning of Suite 11i and/or defects in
11         Suite 11i applications software.  Oracle's actual and/or forecasted revenue and
           earnings.  Customer complaints, consultation requests and/or product cancellations
12         relating to Suite 11i.  Slowdown in sales, pipeline and demand for Oracle products.
           Information relating to the named defendants' stock sales, self-dealing and
13         evidence destruction.

14    21.    Balkenhol, Chris
           Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
15         implementation and functioning of Suite 11i and/or defects in Suite 11i applications
           software.  Customer complaints, consultation requests and/or product cancellations
16         relating to Suite 11i, insider sales and evidence destruction.

17    22.    Barrenechea, Mark J.
           Debit and credit memos, unapplied cash accounts and improper revenue
18         recognition.  Impact of the slowing economy on Oracle's sales and pipeline.
           Problems with the implementation and functioning of Suite 11i and/or defects in
19         Suite 11i applications software.  Oracle's actual and/or forecasted revenue and
           earnings.  Customer complaints, consultation requests and/or product cancellations
20         relating to Suite 11i.  Slowdown in sales, pipeline and demand for Oracle products.
           Information relating to the named defendants' stock sales, self-dealing and
21         evidence destruction.

22    23.    Barta, Rick
           Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
23         implementation and functioning of Suite 11i and/or defects in Suite 11i applications
           software.  Customer complaints, consultation requests and/or product cancellations
24         relating to Suite 11i and evidence destruction.

25    24.    Becker, Gary
           Debit and credit memos, unapplied cash accounts, improper revenue recognition
26         and evidence destruction.

27    25.    Ben, Tai
           Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
28         implementation and functioning of Suite 11i and/or defects in Suite 11i applications

software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

26.  Benati, Paul
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

27.  Berg, Jeffrey
Member, Board of Directors
Debit and credit memos, unapplied cash accounts and improper revenue recognition.  Impact of the slowing economy on Oracle's sales and pipeline. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Oracle's actual and/or forecasted revenue and earnings.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i.  Slowdown in sales, pipeline and demand for Oracle products. Information relating to the named defendants' stock sales, self-dealing and evidence destruction.

28.  Berman, Ron
Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software and evidence destruction.

29.  Bhat, Krithika
Debit and credit memos, unapplied cash accounts and improper revenue recognition.  Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

30.  Bhola, Arun
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

31.  Bingham, Pat
Oracle's actual and/or forecasted revenue and earnings.  Slowdown in demand, pipeline and/or sales for Oracle products.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

32.  Bishop, Sheila
Oracle's actual and/or forecasted revenue and earnings.  Slowdown in demand, pipeline and/or sales for Oracle products.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

33.  Blake, Richard S.
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer consultations, cancellations and/or complaints regarding Oracle products and evidence destruction.

34.  Block, Keith
Executive Vice President, North America

Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Impact of the slowing economy on Oracle's sales, pipeline and evidence destruction.

35.  Bloom, Gary
     Former Executive Vice President, Operations
     Debit and credit memos, unapplied cash accounts and improper revenue recognition. Impact of the slowing economy on Oracle's sales and pipeline. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Oracle's actual and/or forecasted revenue and earnings. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Slowdown in sales, pipeline and demand for Oracle products. Information relating to the named defendants' stock sales, self-dealing and evidence destruction.

36.  Boskin, Michael J.
     Debit and credit memos, unapplied cash accounts and improper revenue recognition. Impact of the slowing economy on Oracle's sales and pipeline. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Oracle's actual and/or forecasted revenue and earnings. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Slowdown in sales, pipeline and demand for Oracle products. Information relating to the named defendants' stock sales, self-dealing and evidence destruction.

37.  Bretz, Sharon Montoya
     Executive Assistant
     Debit and credit memos, unapplied cash accounts and improper revenue recognition. Impact of the slowing economy on Oracle's sales and pipeline. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Oracle's actual and/or forecasted revenue and earnings. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Slowdown in sales, pipeline and demand for Oracle products. Information relating to the named defendants' stock sales, self-dealing and evidence destruction.

38.  Brown, Michelle
     Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

39.  Buckingham, Stephen
     Debit and credit memos, unapplied cash accounts, improper revenue recognition and evidence destruction.

40.  Burke, Lia
     Debit and credit memos, unapplied cash accounts, improper revenue recognition, and evidence destruction.

41.  Burton, Jeremy
     Oracle's actual and/or forecasted revenue and earnings. Slowdown in demand, pipeline and/or false sales for Oracle products. Problems with the implementation

1     and functioning of Suite 11i and/or defects in Suite 11i applications software.
Customer complaints, consultation requests and/or product cancellations relating to
2     Suite 11i. Debit and credit memos, unapplied cash accounts and improper revenue
recognition. Impact of the slowing economy on Oracle's sales, pipeline and
3     evidence destruction.

4     42.     Calmon, Joao
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
5     implementation and functioning of Suite 11i and/or defects in Suite 11i applications
software. Customer complaints, consultation requests and/or product cancellations
6     relating to Suite 11i and evidence destruction.

7     43.     Campos, Raul
Debit and credit memos, unapplied cash accounts and improper revenue
8     recognition. Slowdown in demand, pipeline and/or sales for Oracle products.
Problems with the implementation and functioning of Suite 11i and/or defects in
9     Suite 11i applications software. Customer complaints, consultation requests and/or
product cancellations relating to Suite 11i and evidence destruction.
10

11     44.     Cannahan, Tom
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
12     implementation and functioning of Suite 11i and/or defects in Suite 11i applications
software. Customer complaints, consultation requests and/or product cancellations
13     relating to Suite 11i and evidence destruction.

14     45.     Cappelluci, Steve
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
15     implementation and functioning of Suite 11i and/or defects in Suite 11i applications
software. Customer complaints, consultation requests and/or product cancellations
16     relating to Suite 11i and evidence destruction.

17     46.     Cappotto, David
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
18     implementation and functioning of Suite 11i and/or defects in Suite 11i applications
software. Customer complaints, consultation requests and/or product cancellations
19     relating to Suite 11i. Impact of the slowing economy on Oracle's sales, pipeline and
evidence destruction.

20     47.     Carchedi, Frank
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
21     implementation and functioning of Suite 11i and/or defects in Suite 11i applications
software. Customer complaints, consultation requests and/or product cancellations
22     relating to Suite 11i and evidence destruction.

23     48.     Catz, Safra A.
Member, Board of Directors
24     Debit and credit memos, unapplied cash accounts and improper revenue
recognition. Impact of the slowing economy on Oracle's sales and pipeline.
25     Problems with the implementation and functioning of Suite 11i and/or defects in
Suite 11i applications software. Oracle's actual and/or forecasted revenue and
26     earnings. Customer complaints, consultation requests and/or product cancellations
relating to Suite 11i. Slowdown in sales, pipeline and demand for Oracle products.
27     Information relating to the named defendants' stock sales, self-dealing and
evidence destruction.
28

49. Chan, Julie
    Debit and credit memos, unapplied cash accounts and improper revenue
    recognition. Slowdown in demand, pipeline and/or sales for Oracle products.
    Problems with the implementation and functioning of Suite 11i and/or defects in
    Suite 11i applications software. Customer complaints, consultation requests and/or
    product cancellations relating to Suite 11i and evidence destruction.

50. Chard, Jo Ann
    Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
    implementation and functioning of Suite 11i and/or defects in Suite 11i applications
    software. Customer complaints, consultation requests and/or product cancellations
    relating to Suite 11i and evidence destruction.

51. Chestnut, James
    Oracle's actual and/or forecasted revenue and earnings. Slowdown in demand,
    pipeline and/or sales for Oracle products. Problems with the implementation and
    functioning of Suite 11i and/or defects in Suite 11i applications software.
    Customer complaints, consultation requests and/or product cancellations relating to
    Suite 11i. Impact of the slowing economy on Oracle's sales, pipeline and evidence
    destruction.

52. Chieffalo, Pasquale (Pat)
    Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
    implementation and functioning of Suite 11i and/or defects in Suite 11i applications
    software. Customer complaints, consultation requests and/or product cancellations
    relating to Suite 11i and evidence destruction.

53. Chou, David
    Problems with the implementation and functioning of Suite 11i and/or defects in
    Suite 11i applications software and evidence destruction.

54. Christie, Marisa
    Debit and credit memos, unapplied cash accounts, improper revenue recognition
    and evidence destruction.

55. Cianelli, Sam
    Debit and credit memos, unapplied cash accounts, improper revenue recognition
    and evidence destruction.

56. Classik, Nick
    Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
    implementation and functioning of Suite 11i and/or defects in Suite 11i applications
    software. Customer complaints, consultation requests and/or product cancellations
    relating to Suite 11i and evidence destruction.

57. Clements, Sherrill
    Oracle's actual and/or forecasted revenue and earnings. Slowdown in demand,
    pipeline and/or sales for Oracle products. Customer complaints, consultation
    requests and/or product cancellations relating to Suite 11i. Impact of the slowing
    economy on Oracle's sales, pipeline and evidence destruction.

58. Cohron, Malcolm
    Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
    implementation and functioning of Suite 11i and/or defects in Suite 11i applications
    software. Customer complaints, consultation requests and/or product cancellations

1    relating to Suite 11i and evidence destruction.

2    59.  Connors, Matt
          Problems with the implementation and functioning of Suite 11i and/or defects in
3         Suite 11i applications software and evidence destruction.

4    60.  Cooperman, Daniel
          Senior Vice President, General Counsel and Secretary
5         Debit and credit memos, unapplied cash accounts and improper revenue
          recognition. Impact of the slowing economy on Oracle's sales and pipeline.
6         Problems with the implementation and functioning of Suite 11i and/or defects in
          Suite 11i applications software. Oracle's actual and/or forecasted revenue and
7         earnings. Customer complaints, consultation requests and/or product cancellations
          relating to Suite 11i. Slowdown in sales, pipeline and demand for Oracle products.
8         Information relating to the named defendants' stock sales, self-dealing and
          evidence destruction.
9
     61.  Corsey, Rudy
10        Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
          implementation and functioning of Suite 11i and/or defects in Suite 11i applications
11        software. Customer complaints, consultation requests and/or product cancellations
          relating to Suite 11i. Impact of the slowing economy on Oracle's sales, pipeline and
12        evidence destruction.

13   62.  Cosenza, Michael
          Slowdown in demand, pipeline and/or sales for Oracle products. Product defect
14        and/or problems with implementation and functioning of Oracle products.
          Customer consultations, cancellations and/or complaints regarding Oracle products.
15
     63.  Costell, Jim
16        Oracle's actual and/or forecasted revenue and earnings. Slowdown in demand,
          pipeline and/or sales for Oracle products. Customer complaints, consultation
17        requests and/or product cancellations relating to Suite 11i. Impact of the slowing
          economy on Oracle's sales, pipeline and evidence destruction.
18
     64.  Crenshaw, Don
19        Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
          implementation and functioning of Suite 11i and/or defects in Suite 11i applications
20        software. Customer complaints, consultation requests and/or product cancellations
          relating to Suite 11i and evidence destruction.
21
     65.  Cuneo, Ronald E.
22        Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
          implementation and functioning of Suite 11i and/or defects in Suite 11i applications
23        software. Customer complaints, consultation requests and/or product cancellations
          relating to Suite 11i. Impact of the slowing economy on Oracle's sales and
24        pipeline. Oracle's actual and/or forecasted revenue, earnings and evidence
          destruction.
25
     66.  Daltrope, Lesa
26        Oracle's actual and/or forecasted revenue and earnings. Slowdown in demand,
          pipeline and/or sales for Oracle products. Problems with the implementation and
27        functioning of Suite 11i and/or defects in Suite 11i applications software.
          Customer complaints, consultation requests and/or product cancellations relating to
28        Suite 11i and evidence destruction.

67. Damm, Emily
Debit and credit memos, unapplied cash accounts, improper revenue recognition and evidence destruction.

68. Davies, Andy
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

69. Davis, Todd
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

70. De La Cruz, Joan
Debit and credit memos, unapplied cash accounts and improper revenue recognition. Oracle's actual and/or forecasted revenue and earnings. Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Impact of the slowing economy on Oracle's sales, pipeline and evidence destruction.

71. De Souza, Jude
Slowdown in demand, pipeline and/or false sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software and evidence destruction.

72. DeCesare, Michael P.
Oracle's actual and/or forecasted revenue and earnings. Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i, fraudulent accounting and evidence destruction.

73. Derodef, Steve
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

74. Dolan, Tom
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

75. Donnelly, Peter
Oracle's actual and/or forecasted revenue and earnings. Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Impact of the slowing economy on Oracle's sales and pipeline. Defendants' stock sales, self-dealing and evidence destruction.

76. Durizo, Mike
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer consultations, cancellations and/or complaints relating to Suite 11i and evidence destruction.

77. Easton, Terrie
Oracle's actual and/or forecasted revenue and earnings. Slowdown in demand, pipeline and/or sales for Oracle products. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

78. Eaton, Cindy
Debit and credit memos, unapplied cash accounts, improper revenue recognition and evidence destruction.

79. Elam, Terry
Debit and credit memos, unapplied cash accounts, improper revenue recognition and evidence destruction.

80. Ellert, Roger T. Jr.
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

81. Elloy, Boz
Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software and evidence destruction.

82. Ellsworth, Christie
Oracle's actual and/or forecasted revenue and earnings. Slowdown in demand, pipeline and/or sales for Oracle products. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

83. Evans, Donna
Debit and credit memos, unapplied cash accounts, improper revenue recognition and evidence destruction.

84. Evert, Bobbie
Debit and credit memos, unapplied cash accounts, improper revenue recognition and evidence destruction.

85. Fahjardo, Robert
Debit and credit memos, unapplied cash accounts and improper revenue recognition. Impact of the slowing economy on Oracle's sales and pipeline. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Oracle's actual and/or forecasted revenue and

earnings. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Slowdown in sales, pipeline and demand for Oracle products. Information relating to the named defendants' stock sales, self-dealing and evidence destruction.

86. Falotti, Pier Carlo
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Impact of the slowing economy on Oracle's sales, pipeline and evidence destruction.

87. Fardanesh, Omid
Debit and credit memos, unapplied cash accounts, improper revenue recognition and evidence destruction.

88. Fetters, Dan
Slowdown in demand, pipeline and/or sales for Oracle products. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

89. Fitzgerald, Kevin J.
Senior Vice President, Government, Education of Healthcare
Impact of the slowing economy on Oracle's sales and pipeline. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Slowdown in sales, pipeline, demand for Oracle products and evidence destruction.

90. Fields, Tyce
Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software and evidence destruction.

91. Flanigan, Connie
Oracle's actual and/or forecasted revenue and earnings. Slowdown in demand, pipeline and/or sales for Oracle products. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

92. Foster, Kelly
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Impact of the slowing economy on Oracle's sales and pipeline.

93. Foster, Romen
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

94. France, Dave
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

95. Frank, Steve
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i.  Oracle's actual and/or forecasted revenue, earnings and evidence destruction.

96. Fresnia, Tony
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

97. Gage, Rick
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

98. Gaikwad, Sanjay
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

99. Garcia, Jose
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

100. Garcia-Molina, Hector
Member, Board of Directors
Debit and credit memos, unapplied cash accounts and improper revenue recognition.  Impact of the slowing economy on Oracle's sales and pipeline.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Oracle's actual and/or forecasted revenue and earnings.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i.  Slowdown in sales, pipeline and demand for Oracle products.  Information relating to the named defendants' stock sales, self-dealing and evidence destruction.

101. Garnick, Larry
Oracle's actual and/or forecasted revenue and earnings.  Debit and credit memos, unapplied cash accounts and improper revenue recognition.  Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i.  Impact of the slowing economy on Oracle's sales, pipeline and evidence destruction.

102. Garoote, Brandon
Debit and credit memos, unapplied cash accounts, improper revenue recognition and evidence destruction.

103. Gentry, Thenton
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

104. George, Shaju
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Impact of the slowing economy on Oracle's sales, pipeline and evidence destruction.

105. Gerry, Anne
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

106. Giacoletto, Sergio
Executive Vice President, Europe, Middle East and Africa
Oracle's actual and/or forecasted revenue and earnings.  Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Impact of the slowing economy on Oracle's sales, pipeline and evidence destruction.

107. Glass, Jennifer
Debit and credit memos, unapplied cash accounts and improper revenue recognition.  Impact of the slowing economy on Oracle's sales and pipeline.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Oracle's actual and/or forecasted revenue and earnings.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i.  Slowdown in sales, pipeline and demand for Oracle products.  Information relating to the named defendants' stock sales, self-dealing and evidence destruction.

108. Gozdeck, Karen
Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software and evidence destruction.

109. Grace, Lawrence
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

110. Grainan, Frances
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Impact of the slowing economy on Oracle's sales and pipeline.

1    111.   Green, Robert
            Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
2           implementation and functioning of Suite 11i and/or defects in Suite 11i applications
            software.  Customers consultations, cancellations and/or complaints regarding
3           Oracle products and evidence destruction.

4    112.   Greener, Michael
            Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
5           implementation and functioning of Suite 11i and/or defects in Suite 11i applications
            software.  Customers consultations, cancellations and/or complaints regarding
6           Oracle products and evidence destruction.

7    113.   Grundfest, Joseph
            Member, Board of Directors
8           Debit and credit memos, unapplied cash accounts and improper revenue
            recognition.  Impact of the slowing economy on Oracle's sales and pipeline.
9           Problems with the implementation and functioning of Suite 11i and/or defects in
            Suite 11i applications software.  Oracle's actual and/or forecasted revenue and
10          earnings.  Customer complaints, consultation requests and/or product cancellations
            relating to Suite 11i.  Slowdown in sales, pipeline and demand for Oracle products.
11          Information relating to the named defendants' stock sales, self-dealing and
            evidence destruction.
12
     114.   Gunner, Ivgen
13          Oracle's actual and/or forecasted revenue and earnings.  Debit and credit memos,
            unapplied cash accounts and improper revenue recognition.  Slowdown in demand,
14          pipeline and/or sales for Oracle products.  Problems with the implementation and
            functioning of Suite 11i and/or defects in Suite 11i applications software.
15          Customer complaints, consultation requests and/or product cancellations relating to
            Suite 11i.  Impact of the slowing economy on Oracle's sales, pipeline and evidence
16          destruction.

17   115.   Guthrie, Christine
            Product defects and/or problems with implementation and functioning of Oracle
18          products and evidence destruction.

19   116.   Guthrie, Jim
            Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
20          implementation and functioning of Suite 11i and/or defects in Suite 11i applications
            software.  Customer complaints, consultation requests and/or product cancellations
21          relating to Suite 11i and evidence destruction.

22   117.   Gutz, Scott
            Debit and credit memos, unapplied cash accounts and improper revenue
23          recognition.  Impact of the slowing economy on Oracle's sales and pipeline.
            Problems with the implementation and functioning of Suite 11i and/or defects in
24          Suite 11i applications software.  Oracle's actual and/or forecasted revenue and
            earnings.  Customer complaints, consultation requests and/or product cancellations
25          relating to Suite 11i.  Slowdown in sales, pipeline and demand for Oracle products.
            Information relating to the named defendants' stock sales, self-dealing and
26          evidence destruction.

27   118.   Guy, Carlos
            Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
28          implementation and functioning of Suite 11i and/or defects in Suite 11i applications

software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

119.  Hahn, Adam
Debit and credit memos, unapplied cash accounts and improper revenue recognition.  Oracle's actual and/or forecasted revenue, earnings and evidence destruction.

120.  Hanes, Jerry
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i.

121.  Hannon, Luke
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

122.  Hatada, Ian
Debit and credit memos, unapplied cash accounts, improper revenue recognition and evidence destruction.

123.  Henderson, Frank
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

124.  Henderson, Kim
Debit and credit memos, unapplied cash accounts, improper revenue recognition and evidence destruction.

125.  Hill, Dana
Oracle's actual and/or forecasted revenue and earnings.  Debit and credit memos, unapplied cash accounts and improper revenue recognition.  Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i.  Impact of the slowing economy on Oracle's sales, pipeline and evidence destruction.

126.  Hinkey, Cera E.
Debit and credit memos, unapplied cash accounts, improper revenue recognition and evidence destruction.

127.  Hodack, Brad T.
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

128.  Hoffman, Cynthia
Debit and credit memos, unapplied cash accounts, improper revenue recognition

1   and evidence destruction.

2   129.   Hooper, Charles
        Oracle's actual and/or forecasted revenue and earnings.  Slowdown in demand,
3       pipeline and/or sales for Oracle products.  Problems with the implementation and
        functioning of Suite 11i and/or defects in Suite 11i applications software.
4       Customer complaints, consultation requests and/or product cancellations relating to
        Suite 11i.  Impact of the slowing economy on Oracle's sales, pipeline and evidence
5       destruction.

6   130.   Hoover, Michael
        Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
7       implementation and functioning of Suite 11i and/or defects in Suite 11i applications
        software.  Customer complaints, consultation requests and/or product cancellations
8       relating to Suite 11i and evidence destruction.

9   131.   Humberger, Tom
        Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
10      implementation and functioning of Suite 11i and/or defects in Suite 11i applications
        software.  Customer complaints, consultation requests and/or product cancellations
11      relating to Suite 11i and evidence destruction.

12  132.   Hutchinson, John
        Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
13      implementation and functioning of Suite 11i and/or defects in Suite 11i applications
        software.  Customer complaints, consultation requests and/or product cancellations
14      relating to Suite 11i and evidence destruction.

15  133.   Hylick, Eric
        Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
16      implementation and functioning of Suite 11i and/or defects in Suite 11i applications
        software.  Customer complaints, consultation requests and/or product cancellations
17      relating to Suite 11i. Impact of the slowing economy on Oracle's sales, pipeline and
        evidence destruction.
18
    134.   Iglesias, Carlos
19      Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
        implementation and functioning of Suite 11i and/or defects in Suite 11i applications
20      software.  Customer complaints, consultation requests and/or product cancellations
        relating to Suite 11i.
21
    135.   Jarvis, Mark
22      Senior Vice President, Chief Marketing Officer
        Debit and credit memos, unapplied cash accounts and improper revenue
23      recognition.  Impact of the slowing economy on Oracle's sales and pipeline.
        Problems with the implementation and functioning of Suite 11i and/or defects in
24      Suite 11i applications software.  Oracle's actual and/or forecasted revenue and
        earnings.  Customer complaints, consultation requests and/or product cancellations
25      relating to Suite 11i.  Slowdown in sales, pipeline and demand for Oracle products.
        Information relating to the named defendants' stock sales, self-dealing and
26      evidence destruction.

27  136.   Jayamaran, Ramesh
        Product defects and/or problems with implementation, functioning of Oracle
28      products and evidence destruction.

137.  Jenkins, Jody
      Debit and credit memos, unapplied cash accounts, improper revenue recognition
      and evidence destruction.

138.  Johannes, Sam
      Debit and credit memos, unapplied cash accounts, improper revenue recognition
      and evidence destruction.

139.  Johnson, Jeffrey
      Debit and credit memos, unapplied cash accounts, improper revenue recognition
      and evidence destruction.

140.  Jones, Vince
      Debit and credit memos, unapplied cash accounts, improper revenue recognition
      and evidence destruction.

141.  Jorgensen, Janel
      Debit and credit memos, unapplied cash accounts, improper revenue recognition
      and evidence destruction.

142.  Kabcenell, Dirk A.
      Customer complaints, consultation requests and/or product cancellations relating to
      Suite 11i. Problems with the implementation and functioning of Suite 11i and/or
      defects in Suite 11i applications software. Information relating to the named
      defendants' stock sales, self-dealing and evidence destruction.

143.  Kammer, Trine
      Slowdown in demand, pipeline and/or sales for Oracle products. Products defects
      and/or problems with implementation and functioning or Oracle products.
      Customer complaints, consultation requests and/or product cancellations relating to
      Suite 11iand evidence destruction.

144.  Kee, Daryl
      Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
      implementation and functioning of Suite 11i and/or defects in Suite 11i applications
      software. Customer complaints, consultation requests and/or product cancellations
      relating to Suite 11i and evidence destruction.

145.  Keeney, Mark
      Oracle's actual and/or forecasted revenue and earnings. Slowdown in demand,
      pipeline and/or sales for Oracle products. Problems with the implementation and
      functioning of Suite 11i and/or defects in Suite 11i applications software.
      Customer complaints, consultation requests and/or product cancellations relating to
      Suite 11i and evidence destruction.

146.  Kefaliotis, Elaine
      Debit and credit memos, unapplied cash accounts and improper revenue
      recognition. Customer complaints, consultation requests and/or product
      cancellations relating to Suite 11i and evidence destruction.

147.  Keller, Dave
      Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
      implementation and functioning of Suite 11i and/or defects in Suite 11i applications
      software. Customer complaints, consultation requests and/or product cancellations

1  relating to Suite 11i and evidence destruction.

2  148.  Keller, Dilek
      Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
3      implementation and functioning of Suite 11i and/or defects in Suite 11i applications
      software. Customer complaints, consultation requests and/or product cancellations
4      relating to Suite 11i and evidence destruction.

5  149.  Kemp, Jack F.
      Member, Board of Directors
6      Debit and credit memos, unapplied cash accounts and improper revenue
      recognition. Impact of the slowing economy on Oracle's sales and pipeline.
7      Problems with the implementation and functioning of Suite 11i and/or defects in
      Suite 11i applications software. Oracle's actual and/or forecasted revenue and
8      earnings. Customer complaints, consultation requests and/or product cancellations
      relating to Suite 11i. Slowdown in sales, pipeline and demand for Oracle products.
9      Information relating to the named defendants' stock sales, self-dealing and
      evidence destruction.
10
   150.  Kerwood, Wayne
11      Debit and credit memos, unapplied cash accounts and improper revenue
      recognition. Slowdown in demand, pipeline and/or sales for Oracle products.
12      Problems with the implementation and functioning of Suite 11i and/or defects in
      Suite 11i applications software. Customer complaints, consultation requests and/or
13      product cancellations relating to Suite 11i. Oracle's actual and/or forecasted
      revenue, earnings and evidence destruction.
14
   151.  King, Harold
15      Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
      implementation and functioning of Suite 11i and/or defects in Suite 11i applications
16      software. Customer complaints, consultation requests and/or product cancellations
      relating to Suite 11i and evidence destruction.
17
   152.  Klaiss, Donald
18      Senior Vice President, Applications Development, Manufacturing/Supply Chain
      Products
19      Debit and credit memos, unapplied cash accounts and improper revenue
      recognition. Impact of the slowing economy on Oracle's sales and pipeline.
20      Problems with the implementation and functioning of Suite 11i and/or defects in
      Suite 11i applications software. Oracle's actual and/or forecasted revenue and
21      earnings. Customer complaints, consultation requests and/or product cancellations
      relating to Suite 11i. Slowdown in sales, pipeline and demand for Oracle products.
22      Information relating to the named defendants' and evidence destruction.

23  153.  Knowles, Clinton
      Oracle's actual and/or forecasted revenue and earnings. Debit and credit memos,
24      unapplied cash accounts and improper revenue recognition. Slowdown in demand,
      pipeline and/or sales for Oracle products. Problems with the implementation and
25      functioning of Suite 11i and/or defects in Suite 11i applications software.
      Customer complaints, consultation requests and/or product cancellations relating to
26      Suite 11i. Impact of the slowing economy on Oracle's sales, pipeline and evidence
      destruction.
27
   154.  Kobisher, Michael
28      Debit and credit memos, unapplied cash accounts and improper revenue

1    recognition. Oracle's actual and/or forecasted revenue, earnings and evidence
     destruction.

2

     155.   Koplovitz, Kay
3           Member, Board of Directors
            Debit and credit memos, unapplied cash accounts and improper revenue
4           recognition. Impact of the slowing economy on Oracle's sales and pipeline.
            Problems with the implementation and functioning of Suite 11i and/or defects in
5           Suite 11i applications software. Oracle's actual and/or forecasted revenue and
            earnings. Customer complaints, consultation requests and/or product cancellations
6           relating to Suite 11i. Slowdown in sales, pipeline and demand for Oracle products.
            Information relating to the named defendants' stock sales, self-dealing and
7           evidence destruction.

8    156.   Kopp, Sarah
            Oracle's actual and/or forecasted revenue and earnings. Slowdown in demand,
9           pipeline and/or sales for Oracle products. Problems with the implementation and
            functioning of Suite 11i and/or defects in Suite 11i applications software.
10          Customer complaints, consultation requests and/or product cancellations relating to
            Suite 11i. Impact of the slowing economy on Oracle's sales, pipeline and evidence
11          destruction.

12   157.   Kozikowski, Timothy J. "TJ"
            Debit and credit memos, unapplied cash accounts and improper revenue
13          recognition. Impact of the slowing economy on Oracle's sales and pipeline.
            Problems with the implementation and functioning of Suite 11i and/or defects in
14          Suite 11i applications software. Oracle's actual and/or forecasted revenue and
            earnings. Customer complaints, consultation requests and/or product cancellations
15          relating to Suite 11i. Slowdown in sales, pipeline and demand for Oracle products.
            Information relating to the named defendants' stock sales, self-dealing and
16          evidence destruction.

17   158.   Kumar, Sanjay
            Debit and credit memos, unapplied cash accounts and improper revenue
18          recognition. Slowdown in demand, pipeline and/or sales for Oracle products.
            Problems with the implementation and functioning of Suite 11i and/or defects in
19          Suite 11i applications software. Customer complaints, consultation requests and/or
            product cancellations relating to Suite 11i and evidence destruction.
20

     159.   Kurian, Thomas
21          Senior Vice President, Development, Oracle Application Server
            Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
22          implementation and functioning of Suite 11i and/or defects in Suite 11i applications
            software. Customer complaints, consultation requests and/or product cancellations
23          relating to Suite 11i. Oracle's actual and/or forecasted revenue, earnings and
            evidence destruction.
24

     160.   Kwok, Jonathan
25          Debit and credit memos, unapplied cash accounts, improper revenue recognition
            and evidence destruction.
26

     161.   Lachinsky, Dave
27          Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
            implementation and functioning of Suite 11i and/or defects in Suite 11i applications
28          software. Customer complaints, consultation requests and/or product cancellations

1    relating to Suite 11i and evidence destruction.

2    162.   Lacher Hawley, Linda
            Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
3           implementation and functioning of Suite 11i and/or defects in Suite 11i applications
            software.  Customer complaints, consultation requests and/or product cancellations
4           relating to Suite 11i and evidence destruction.

5    163.   Lai, Evonne
            Product defects and/or problems with implementation, functioning of Oracle
6           products and evidence destruction.

7    164.   Lane, Raymond
            Former President
8           Debit and credit memos, unapplied cash accounts and improper revenue
            recognition.  Impact of the slowing economy on Oracle's sales and pipeline.
9           Problems with the implementation and functioning of Suite 11i and/or defects in
            Suite 11i applications software.  Oracle's actual and/or forecasted revenue and
10          earnings.  Customer complaints, consultation requests and/or product cancellations
            relating to Suite 11i.  Slowdown in sales, pipeline and demand for Oracle products.
11          Information relating to the named defendants' stock sales, self-dealing and
            evidence destruction.
12
     165.   Lange, Bruce M.
13          Oracle's actual and/or forecasted revenue and earnings.  Debit and credit memos,
            unapplied cash accounts and improper revenue recognition.  Information relating to
14          the named defendants' stock sales, self-dealing and evidence destruction.

15   166.   Lange, Deborah A.
            Senior Vice President, Corporate Taxation
16          Oracle's actual and/or forecasted revenue and earnings.  Debit and credit memos,
            unapplied cash accounts and improper revenue recognition.  Information relating to
17          the named defendants' stock sales, self-dealing and evidence destruction.

18   167.   Lange, Frederick
            Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
19          implementation and functioning of Suite 11i and/or defects in Suite 11i applications
            software.  Customer complaints, consultation requests and/or product cancellations
20          relating to Suite 11i and evidence destruction.

21   168.   Laughlin, Walter
            Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
22          implementation and functioning of Suite 11i and/or defects in Suite 11i applications
            software.  Customer complaints, consultation requests and/or product cancellations
23          relating to Suite 11i and evidence destruction.

24   169.   Lavey, Tom
            Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
25          implementation and functioning of Suite 11i and/or defects in Suite 11i applications
            software.  Customer complaints, consultation requests and/or product cancellations
26          relating to Suite 11i and evidence destruction.

27   170.   Lawrence, Lindsay
            Problems with the implementation and functioning of Suite 11i and/or defects in
28          Suite 11i applications software and evidence destruction.

171. Lawson, Kurt
Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software and evidence destruction.

172. Lee, Brian
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

173. Lee, Deborah
Oracle's actual and/or forecasted revenue and earnings. Debit and credit memos, unapplied cash accounts, improper revenue recognition and evidence destruction.

174. Lee, Marcus
Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

175. Lermo, Cory
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

176. Lindey, David
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

177. Littlefield, Molly
Debit and credit memos, unapplied cash accounts, improper revenue recognition and evidence destruction.

178. Lucas, Donald L.
Member, Board of Directors
Debit and credit memos, unapplied cash accounts and improper revenue recognition. Impact of the slowing economy on Oracle's sales and pipeline. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Oracle's actual and/or forecasted revenue and earnings. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Slowdown in sales, pipeline and demand for Oracle products. Information relating to the named defendants' stock sales, self-dealing and evidence destruction.

179. Lyon, Richard
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

180. MacInnis, Patty

Oracle's actual and/or forecasted revenue and earnings. Debit and credit memos, unapplied cash accounts and improper revenue recognition. Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

181.  Mackey, Jeanne
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

182.  Magarro, Phil
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

183.  Mair, Graeme
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Oracle's actual and/or forecasted revenue and earnings. Debit and credit memos, unapplied cash accounts, improper revenue recognition and evidence destruction.

184.  Martin, John
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

185.  Martin, Lynn
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

186.  Mayerson, Matthew
Vice President, Manufacturing and Distribution
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

187.  Mayfield, Mike
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

188.  McCallister, Robert
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications

software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

189.  McConnell, Tracy
Oracle's actual and/or forecasted revenue and earnings.  Slowdown in demand, pipeline and/or sales for Oracle products.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

190.  McGee, Kate L.
Vice President of Corporate Affairs
Debit and credit memos, unapplied cash accounts and improper revenue recognition.  Impact of the slowing economy on Oracle's sales and pipeline. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Oracle's actual and/or forecasted revenue and earnings.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i.  Slowdown in sales, pipeline and demand for Oracle products. Information relating to the named defendants' stock sales, self-dealing and evidence destruction.

191.  McKay, Rick
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

192.  McKenna, Kevin
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

193.  McLaulin, Steve (aka McCaughlin)
Oracle's actual and/or forecasted revenue and earnings.  Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

194.  Meek, Doug
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

195.  Meister, Luiz
Senior Vice President, Oracle Latin America
Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Oracle's actual and/or forecasted revenue and earnings.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i.  Slowdown in sales, pipeline, demand for Oracle products and evidence destruction.

196.  Mendenhall, Larry
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications

software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

197.   Menio, Anthony
Impact of the slowing economy on Oracle's sales and pipeline.  Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

198.   Menon, Neal
Debit and credit memos, unapplied cash accounts, improper revenue recognition and evidence destruction.

199.   Miller, Scott
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

200.   Minton, Jennifer, L.
Senior Vice President, Finance and Operations
Corporate Controller
Debit and credit memos, unapplied cash accounts and improper revenue recognition.  Impact of the slowing economy on Oracle's sales and pipeline.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Oracle's actual and/or forecasted revenue and earnings.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i.  Slowdown in sales, pipeline and demand for Oracle products.  Information relating to the named defendants' stock sales, self-dealing and evidence destruction.

201.   Mitchell, Margaret
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

202.   Moldafsky, Neil
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

203.   Moore, Gary
Debit and credit memos, unapplied cash accounts and improper revenue recognition.  Impact of the slowing economy on Oracle's sales and pipeline.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Oracle's actual and/or forecasted revenue and earnings.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i.  Slowdown in sales, pipeline and demand for Oracle products.  Information relating to the named defendants' stock sales, self-dealing and evidence destruction.

204.   Morris, Colleen

1    Problems with the implementation and functioning of Suite 11i and/or defects in
     Suite 11i applications software and evidence destruction.

2

3    205.    Morrow, Andrew
             Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
4            implementation and functioning of Suite 11i and/or defects in Suite 11i applications
             software. Customer complaints, consultation requests and/or product cancellations
5            relating to Suite 11i. Oracle's actual and/or forecasted revenue, earnings and
             evidence destruction.

6    206.    Moses, Conrad
             Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
7            implementation and functioning of Suite 11i and/or defects in Suite 11i applications
             software. Customer complaints, consultation requests and/or product cancellations
8            relating to Suite 11i and evidence destruction.

9    207.    Munday, Vanessa Jean
             Debit and credit memos, unapplied cash accounts, improper revenue recognition
10           and evidence destruction.

11   208.    Munoz, Lucy
             Oracle's actual and/or forecasted revenue and earnings. Impact of the slowing
12           economy on Oracle's sales and pipeline. Slowdown in demand, pipeline and/or
             sales for Oracle products. Problems with the implementation and functioning of
13           Suite 11i and/or defects in Suite 11i applications software. Customer complaints,
             consultation requests and/or product cancellations relating to Suite 11i. Debit and
14           credit memos, unapplied cash accounts, improper revenue recognition and evidence
             destruction.

15

16   209.    Myers, Greg
             Debit and credit memos, unapplied cash accounts and improper revenue
17           recognition. Oracle's actual and/or forecasted revenue, earnings and evidence
             destruction.

18   210.    Nabeta, Cherie
             Debit and credit memos, unapplied cash accounts, improper revenue recognition
19           and evidence destruction.

20   211.    Naser, Ahmed
             Problems with the implementation and functioning of Suite 11i and/or defects in
21           Suite 11i applications software and evidence destruction.

22   212.    Nasser, George
             Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
23           implementation and functioning of Suite 11i and/or defects in Suite 11i applications
             software. Customer complaints, consultation requests and/or product cancellations
24           relating to Suite 11i and evidence destruction.

25   213.    Neal, Aaron
             Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
26           implementation and functioning of Suite 11i and/or defects in Suite 11i applications
             software. Customer complaints, consultation requests and/or product cancellations
27           relating to Suite 11i and evidence destruction.

28   214.    Nguyen, John

Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

215. Nugent, John
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

216. Nussbaum, Jay H.
Former Executive Vice President, Operations
Debit and credit memos, unapplied cash accounts and improper revenue recognition. Impact of the slowing economy on Oracle's sales and pipeline. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Oracle's actual and/or forecasted revenue and earnings. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Slowdown in sales, pipeline and demand for Oracle products. Information relating to the named defendants' stock sales, self-dealing and evidence destruction.

217. O'Sullivan, Deborah
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Oracle's actual and/or forecasted revenue and earnings. Impact of the slowing economy on Oracle's sales, pipeline and evidence destruction.

218. Oberg, Erik
Debit and credit memos, unapplied cash accounts and improper revenue recognition. Oracle's actual and/or forecasted revenue, earnings and evidence destruction.

219. Olgin, Jennifer
Debit and credit memos, unapplied cash accounts, improper revenue recognition and evidence destruction.

220. Oliver, Rob
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

221. Orocchi, Dave
Debit and credit memos, unapplied cash accounts and improper revenue recognition. Oracle's actual and/or forecasted revenue, earnings and evidence destruction.

222. Overstreet, Jennifer
Debit and credit memos, unapplied cash accounts and improper revenue recognition. Impact of the slowing economy on Oracle's sales and pipeline. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Oracle's actual and/or forecasted revenue and

earnings.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i.  Slowdown in sales, pipeline and demand for Oracle products.  Information relating to the named defendants' stock sales, self-dealing and evidence destruction.

223.  Parekh, Ami
Product defects and/or problems with implementation, functioning of Oracle products and evidence destruction.

224.  Pavlovich, Antonia "Toni" G.
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

225.  Perkins, R.
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

226.  Petrie, Gordon
Debit and credit memos, unapplied cash accounts and improper revenue recognition.  Oracle's actual and/or forecasted revenue and earnings.  Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Impact of the slowing economy on Oracle's sales, pipeline and evidence destruction.

227.  Pickering, Dave
Product defects and/or problems with implementation, functioning of Oracle products and evidence destruction.

228.  Pierce, William
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

229.  Plant, William
Oracle's actual and/or forecasted revenue and earnings.  Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Impact of the slowing economy on Oracle's sales, pipeline and evidence destruction.

230.  Pollock, Beth
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

231.  Price, Michael

Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

232.    Prosser, Sharon
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

233.    Quinn, Mike
Debit and credit memos, unapplied cash accounts and improper revenue recognition. Impact of the slowing economy on Oracle's sales and pipeline. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Oracle's actual and/or forecasted revenue and earnings. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Slowdown in sales, pipeline and demand for Oracle products. Information relating to the named defendants' stock sales, self-dealing and evidence destruction.

234.    Raffo, Carla
Debit and credit memos, unapplied cash accounts, improper revenue recognition and evidence destruction.

235.    Rafterie, Karen
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Oracle's actual and/or forecasted revenue, earnings and evidence destruction.

236.    Rajidid, Poorna
Product defects and/or problems with implementation, functioning of Oracle products and evidence destruction.

237.    Reed, Ellen R.
Oracle's actual and/or forecasted revenue and earnings. Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Impact of the slowing economy on Oracle's sales, pipeline and evidence destruction.

238.    Reed, Jan
Oracle's actual and/or forecasted revenue and earnings. Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Impact of the slowing economy on Oracle's sales and pipeline. Debit and credit memos, unapplied cash accounts, improper revenue recognition and evidence destruction.

239.    Rising, Edward
Oracle's actual and/or forecasted revenue and earnings. Slowdown in demand,

pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

240. Roberts, Gary
Senior Vice President, Global Technology
Oracle's actual and/or forecasted revenue and earnings.  Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Impact of the slowing economy on Oracle's sales and pipeline. Debit and credit memos, unapplied cash accounts, improper revenue recognition and evidence destruction.

241. Roberts, George J.
Debit and credit memos, unapplied cash accounts and improper revenue recognition.  Impact of the slowing economy on Oracle's sales and pipeline. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Oracle's actual and/or forecasted revenue and earnings.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i.  Slowdown in sales, pipeline and demand for Oracle products. Information relating to the named defendants' stock sales, self-dealing and evidence destruction.

242. Roberts, Ryan
Debit and credit memos, unapplied cash accounts and improper revenue recognition.  Oracle's actual and/or forecasted revenue, earnings and evidence destruction.

243. Roberts, Sherry
Oracle's actual and/or forecasted revenue and earnings.  Slowdown in demand, pipeline and/or sales for Oracle products.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

244. Robins, Elizabeth
Product defects and/or problems with implementation, functioning of Oracle products and evidence destruction.

245. Robinson, Wren
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

246. Rocha, Michael S.
Executive Vice President, Global Support Services
Debit and credit memos, unapplied cash accounts and improper revenue recognition.  Impact of the slowing economy on Oracle's sales and pipeline. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Oracle's actual and/or forecasted revenue and earnings.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i.  Slowdown in sales, pipeline and demand for Oracle products. Information relating to the named defendants' stock sales, self-dealing and evidence destruction.

247.   Roncie, Roberta
       Oracle's actual and/or forecasted revenue and earnings.  Slowdown in demand,
       pipeline and/or sales for Oracle products.  Problems with the implementation and
       functioning of Suite 11i and/or defects in Suite 11i applications software.
       Customer complaints, consultation requests and/or product cancellations relating to
       Suite 11i. Debit and credit memos, unapplied cash accounts and improper revenue
       recognition.  Impact of the slowing economy on Oracle's sales, pipeline and
       evidence destruction.

248.   Ronsse, Robert
       Oracle's actual and/or forecasted revenue, earnings and evidence destruction.

249.   Roskovenski, Ryan
       Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
       implementation and functioning of Suite 11i and/or defects in Suite 11i applications
       software.  Customer complaints, consultation requests and/or product cancellations
       relating to Suite 11i and evidence destruction.

250.   Rozwat, Charles A.
       Executive Vice President of Development, Server Technologies
       Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
       implementation and functioning of Suite 11i and/or defects in Suite 11i applications
       software.  Customer complaints, consultation requests and/or product cancellations
       relating to Suite 11i. Oracle's actual and/or forecasted revenue, earnings and
       evidence destruction.

251.   Rudden, Jeff
       Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
       implementation and functioning of Suite 11i and/or defects in Suite 11i applications
       software.  Customer complaints, consultation requests and/or product cancellations
       relating to Suite 11i and evidence destruction.

252.   Russ, Kevin
       Debit and credit memos, unapplied cash accounts and improper revenue
       recognition.  Oracle's actual and/or forecasted revenue, earnings and evidence
       destruction.

253.   Sadusky, John
       Debit and credit memos, unapplied cash accounts and improper revenue
       recognition.  Oracle's actual and/or forecasted revenue, earnings and evidence
       destruction.

254.   Salamone, John
       Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
       implementation and functioning of Suite 11i and/or defects in Suite 11i applications
       software.  Customer complaints, consultation requests and/or product cancellations
       relating to Suite 11i and evidence destruction.

255.   Sanderson, Edward J. ("Sandy")
       Former Executive Vice Presidents, Operations
       Debit and credit memos, unapplied cash accounts and improper revenue
       recognition.  Impact of the slowing economy on Oracle's sales and pipeline.
       Problems with the implementation and functioning of Suite 11i and/or defects in
       Suite 11i applications software.  Oracle's actual and/or forecasted revenue and

1   earnings.  Customer complaints, consultation requests and/or product cancellations
2   relating to Suite 11i.  Slowdown in sales, pipeline and demand for Oracle products.
    Information relating to the named defendants' stock sales, self-dealing and
3   evidence destruction.

256.   Sandmeier, Hannes
4      Product defects and/or problems with  implementation, functioning of Oracle
       products and evidence destruction.
5

257.   Sayfi, Mark
6      Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
       implementation and functioning of Suite 11i and/or defects in Suite 11i applications
7      software.  Customer complaints, consultation requests and/or product cancellations
       relating to Suite 11i and evidence destruction.
8

258.   Scheidecker, Ron
9      Oracle's actual and/or forecasted revenue and earnings.  Slowdown in demand,
       pipeline and/or sales for Oracle products.  Customer complaints, consultation
10     requests and/or product cancellations relating to Suite 11i.  Impact of the slowing
       economy on Oracle's sales, pipeline and evidence destruction.
11

259.   Schlueter, Linda
12     Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
       implementation and functioning of Suite 11i and/or defects in Suite 11i applications
13     software.  Customer complaints, consultation requests and/or product cancellations
       relating to Suite 11i.  Oracle's actual and/or forecasted revenue and earnings.
14     Impact of the slowing economy on Oracle's sales, pipeline and evidence
       destruction.
15

260.   Schreiber, Edward
16     Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
       implementation and functioning of Suite 11i and/or defects in Suite 11i applications
17     software.  Customer complaints, consultation requests and/or product cancellations
       relating to Suite 11i.  Oracle's actual and/or forecasted revenue and earnings.
18     Impact of the slowing economy on Oracle's sales, pipeline and evidence
       destruction.
19

261.   Schwermann, Kate
20     Debit and credit memos, unapplied cash accounts and improper revenue
       recognition.  Oracle's actual and/or forecasted revenue, earnings and evidence
21     destruction.

262.   Schwoerer, Peter
22     Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
23     implementation and functioning of Suite 11i and/or defects in Suite 11i applications
       software.  Customer complaints, consultation requests and/or product cancellations
24     relating to Suite 11i and evidence destruction.

263.   Scott, Brad
25     Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
26     implementation and functioning of Suite 11i and/or defects in Suite 11i applications
       software.  Customer complaints, consultation requests and/or product cancellations
27     relating to Suite 11i.  Oracle's actual and/or forecasted revenue, earnings and
       evidence destruction.
28

264. Screven, Edward L.
Chief Corporate Architect
All allegations in the Complaint except as to plaintiffs' purchases, sales and evidence destruction.

265. Sedlazek, Walter
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Oracle's actual and/or forecasted revenue, earnings and evidence destruction.

266. Seelandt, Bob
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Oracle's actual and/or forecasted revenue, earnings and evidence destruction.

267. Sellers, Dick
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Oracle's actual and/or forecasted revenue, earnings and evidence destruction.

268. Sengodan, Karthileyan
Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

269. Settelmeyer, Christopher
Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

270. Seven, Alex (Robert)
Debit and credit memos, unapplied cash accounts and improper revenue recognition. Oracle's actual and/or forecasted revenue, earnings and evidence destruction.

271. Sharron, Will
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Oracle's actual and/or forecasted revenue and earnings. Impact of the slowing economy on Oracle's sales, pipeline and evidence destruction.

272. Shaw, Raymond
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

273.  Sheridan, Nicky
      Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
      implementation and functioning of Suite 11i and/or defects in Suite 11i applications
      software.  Customer complaints, consultation requests and/or product cancellations
      relating to Suite 11i. Impact of the slowing economy on Oracle's sales, pipeline and
      evidence destruction.

274.  Shiozawa, Shumpei Ta
      Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
      implementation and functioning of Suite 11i and/or defects in Suite 11i applications
      software.  Customer complaints, consultation requests and/or product cancellations
      relating to Suite 11i. Oracle's actual and/or forecasted revenue and earnings.
      Impact of the slowing economy on Oracle's sales, pipeline and evidence
      destruction.

275.  Shortell, Paul
      Debit and credit memos, unapplied cash accounts, improper revenue recognition
      and evidence destruction.

276.  Simmler, Gary
      Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
      implementation and functioning of Suite 11i and/or defects in Suite 11i applications
      software.  Customer complaints, consultation requests and/or product cancellations
      relating to Suite 11i and evidence destruction.

277.  Simonetto, Steve
      Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
      implementation and functioning of Suite 11i and/or defects in Suite 11i applications
      software.  Customer complaints, consultation requests and/or product cancellations
      relating to Suite 11i and evidence destruction.

278.  Simons, John
      Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
      implementation and functioning of Suite 11i and/or defects in Suite 11i applications
      software.  Customer complaints, consultation requests and/or product cancellations
      relating to Suite 11i and evidence destruction.

279.  Singh, Ena
      Product defects and/or problems with  implementation, functioning of Oracle
      products and evidence destruction.

280.  Smith, Jennifer
      Debit and credit memos, unapplied cash accounts and improper revenue
      recognition.  Oracle's actual and/or forecasted revenue and earnings.  Impact of the
      slowing economy on Oracle's sales and pipeline.  Slowdown in demand, pipeline
      and/or sales for Oracle products.  Problems with the implementation and
      functioning of Suite 11i and/or defects in Suite 11i applications software.
      Customer complaints, consultation requests and/or product cancellations relating to
      Suite 11i and evidence destruction.

281.  Snyder, Allen
      Information regarding Debit and credit memos, unapplied cash accounts and
      improper revenue recognition.  Impact of the slowing economy on Oracle's sales
      and pipeline.  Problems with the implementation and functioning of Suite 11i
      and/or defects in Suite 11i applications software.  Oracle's actual and/or forecasted

1  revenue and earnings. Customer complaints, consultation requests and/or product
   cancellations relating to Suite 11i. Slowdown in sales, pipeline and demand for
2  Oracle products. Information relating to the named defendants' stock sales, self-
   dealing and evidence destruction.

3

282.  So, Wendy
4     Debit and credit memos, unapplied cash accounts, improper revenue recognition
      and evidence destruction.

5

283.  Song, Shin
6     Product defects and/or problems with implementation, functioning of Oracle
      products and evidence destruction.

7

284.  Souragar, Reza
8     Product defects and/or problems with implementation, functioning of Oracle
      products and evidence destruction.

9

285.  Sprague, Chris
10    Debit and credit memos, unapplied cash accounts, improper revenue recognition
      and evidence destruction.

11

286.  St. Ledger, Bob
12    Product defects and/or problems with implementation, functioning of Oracle
      products and evidence destruction.

13

287.  Stanley, Scott
14    Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
      implementation and functioning of Suite 11i and/or defects in Suite 11i applications
15    software. Customer complaints, consultation requests and/or product cancellations
      relating to Suite 11i. Oracle's actual and/or forecasted revenue, earnings and
16    evidence destruction.

17

288.  Steinmetz, Jeff
18    Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
      implementation and functioning of Suite 11i and/or defects in Suite 11i applications
19    software. Customer complaints, consultation requests and/or product cancellations
      relating to Suite 11i and evidence destruction.

20

289.  Stone, Tom
21    Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
      implementation and functioning of Suite 11i and/or defects in Suite 11i applications
22    software. Customer complaints, consultation requests and/or product cancellations
      relating to Suite 11i. Oracle's actual and/or forecasted revenue and earnings.
23    Impact of the slowing economy on Oracle's sales, pipeline and evidence
      destruction.

24

290.  Strang, Mike
25    Debit and credit memos, unapplied cash accounts, improper revenue recognition
      and evidence destruction.

26

291.  Sullivan, Patty
27    Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
      implementation and functioning of Suite 11i and/or defects in Suite 11i applications
28    software. Customer complaints, consultation requests and/or product cancellations
      relating to Suite 11i and evidence destruction.

292. Sultan, Juliette
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i.  Oracle's actual and/or forecasted revenue, earnings and evidence destruction.

293. Sumner, Polly
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Oracle's actual and/or forecasted revenue, earnings and evidence destruction.

294. Syed, Nadeem
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Oracle's actual and/or forecasted revenue, earnings and evidence destruction.

295. Tam, Liza
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

296. Tandy, Troy
Debit and credit memos, unapplied cash accounts and improper revenue recognition.  Oracle's actual and/or forecasted revenue, earnings and evidence destruction.

297. Thompson, Danita
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

298. Tulgan, Adam
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

299. Tuomi, Jeff
Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software.  Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

300. Van Horn, Paige
Slowdown in demand, pipeline and/or sales for Oracle products.  Impact of the economy on Oracle's sales, pipeline and evidence destruction.

301. Varasano, Frank
Former Executive Vice President, Operations
Debit and credit memos, unapplied cash accounts and improper revenue recognition. Impact of the slowing economy on Oracle's sales and pipeline. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Oracle's actual and/or forecasted revenue and earnings. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Slowdown in sales, pipeline and demand for Oracle products. Information relating to the named defendants' stock sales, self-dealing and evidence destruction.

302. Vasquez, Willie
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Debit and credit memos, unapplied cash accounts, improper revenue recognition and evidence destruction.

303. Veidemani, Ieva
Oracle's actual and/or forecasted revenue and earnings. Slowdown in demand, pipeline and/or sales for Oracle products. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

304. Vissapragada, Sudhakar
Product defects and/or problems with implementation, functioning of Oracle products and evidence destruction.

305. Voltmer, Fred
Product defects and/or problems with implementation, functioning of Oracle products and evidence destruction.

306. Vora, Anil
Vice President, Oracle Financing Division
Oracle's actual and/or forecasted revenue and earnings. Debit and credit memos, unapplied cash accounts and improper revenue recognition. Information relating to the named defendants' stock sales, self-dealing and evidence destruction.

307. Wadsworth, John V.
Corporate Counsel
Debit and credit memos, unapplied cash accounts and improper revenue recognition. Actual and/or forecasted revenue, earnings and evidence destruction.

308. Wasson, Amberly
Debit and credit memos, unapplied cash accounts, improper revenue recognition and evidence destruction.

309. Weaver, Scott
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

310. Webleski, Laura
Debit and credit memos, unapplied cash accounts and improper revenue recognition. Impact of the slowing economy on Oracle's sales and pipeline.

Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Oracle's actual and/or forecasted revenue and earnings. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Slowdown in sales, pipeline and demand for Oracle products. Information relating to the named defendants' stock sales, self-dealing and evidence destruction.

311.   Weingarter, Joel
       Slowdown in demand, pipeline and/or sales for Oracle products. Product defects and/or problems with implementation and functioning or Oracle products. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

312.   Welling, Jana
       Oracle's actual and/or forecasted revenue and earnings. Debit and credit memos, unapplied cash accounts and improper revenue recognition. Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. and evidence destruction.

313.   Whay, Andrea
       Oracle's actual and/or forecasted revenue and earnings. Slowdown in demand, pipeline and/or sales for Oracle products. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

314.   Wheeler, John
       Oracle's actual and/or forecasted revenue and earnings. Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

315.   White, Paula
       Slowdown in demand, pipeline and/or sales for Oracle products. Oracle's actual and/or forecasted revenue and earnings. Impact of the slowing economy on Oracle's sales, pipeline and evidence destruction.

316.   Williams, Derek H.
       Executive Vice-President (Asia Pacific Division)
       Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Impact of the slowing economy on Oracle's sales and pipeline. Oracle's actual and/or forecasted revenue, earnings and evidence destruction.

317.   Williams, Tom (Thomas)
       Debit and credit memos, unapplied cash accounts and improper revenue recognition. Oracle's actual and/or forecasted revenue, earnings and evidence destruction.

318.   Wilson, Anthony
       Debit and credit memos, unapplied cash accounts, improper revenue recognition and evidence destruction.

1    319.    Wilson, Billy
            Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
2            implementation and functioning of Suite 11i and/or defects in Suite 11i applications
            software.  Customer complaints, consultation requests and/or product cancellations
3            relating to Suite 11i and evidence destruction.

4    320.    Wilson, Monty.
            Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
5            implementation and functioning of Suite 11i and/or defects in Suite 11i applications
            software.  Customer complaints, consultation requests and/or product cancellations
6            relating to Suite 11i.  Oracle's actual and/or forecasted revenue, earnings and
            evidence destruction.
7
    321.    Wine, Melanie
8            Oracle's actual and/or forecasted revenue and earnings.  Slowdown in demand,
            pipeline and/or sales for Oracle products.  Customer complaints, consultation
9            requests and/or product cancellations relating to Suite 11i and evidence destruction.

10   322.    Winfelder, Scott
            Slowdown in demand, pipeline and/or sales for Oracle products.  Problems with the
11           implementation and functioning of Suite 11i and/or defects in Suite 11i applications
            software.  Customer complaints, consultation requests and/or product cancellations
12           relating to Suite 11i. Oracle's actual and/or forecasted revenue, earnings and
            evidence destruction.
13
    323.    Winton, David
14           Debit and credit memos, unapplied cash accounts and improper revenue
            recognition.  Impact of the slowing economy on Oracle's sales and pipeline.
15           Problems with the implementation and functioning of Suite 11i and/or defects in
            Suite 11i applications software.  Oracle's actual and/or forecasted revenue and
16           earnings.  Customer complaints, consultation requests and/or product cancellations
            relating to Suite 11i.  Slowdown in sales, pipeline and demand for Oracle products.
17           Information relating to the named defendants' stock sales, self-dealing and
            evidence destruction.
18
    324.    Wion, Kevin A.
19           Oracle's actual and/or forecasted revenue and earnings.  Slowdown in demand,
            pipeline and/or sales for Oracle products.  Problems with the implementation and
20           functioning of Suite 11i and/or defects in Suite 11i applications software.
            Customer complaints, consultation requests and/or product cancellations relating to
21           Suite 11i. Impact of the slowing economy on Oracle's sales and pipeline.  Debit
            and credit memos, unapplied cash accounts, improper revenue recognition and
22           evidence destruction.

23   325.    Wohl, Ronald A.
            Executive Vice President, Applications Development
24           Oracle's actual and/or forecasted revenue and earnings.  Slowdown in demand,
            pipeline and/or sales for Oracle products.  Problems with the implementation and
25           functioning of Suite 11i and/or defects in Suite 11i applications software.
            Customer complaints, consultation requests and/or product cancellations relating to
26           Suite 11i.  Impact of the slowing economy on Oracle's sales and pipeline.
            Information relating to the named defendants' stock sales, self-dealing and
27           evidence destruction.

28   326.    Wood, Kelly

Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Impact of the slowing economy on Oracle's sales, pipeline and evidence destruction.

327. Woods, Jacqueline
Vice President, Global Pricing and Licensing Strategy
Debit and credit memos, unapplied cash accounts and improper revenue recognition. Impact of the slowing economy on Oracle's sales and pipeline. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Oracle's actual and/or forecasted revenue and earnings. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Slowdown in sales, pipeline and demand for Oracle products. Information relating to the named defendants' stock sales, self-dealing and evidence destruction.

328. Woods, Joe
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i.

329. Woods, Ron
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

330. Woollacott, David
(deceased)
Slowdown in demand, pipeline and/or sales for Oracle products. Product defects and/or problems with implementation and functioning or Oracle products. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

331. Wortley, Lois
Product defects and/or problems with implementation, functioning of Oracle products and evidence destruction.

332. Yi, Julian
Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i and evidence destruction.

333. Yohannes, Sam
Oracle's actual and/or forecasted revenue and earnings. Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the implementation and functioning of Suite 11i and/or defects in Suite 11i applications software. Customer complaints, consultation requests and/or product cancellations relating to Suite 11i. Impact of the slowing economy on Oracle's sales, pipeline and evidence destruction.

334. Yoneda, John

1    Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
     implementation and functioning of Suite 11i and/or defects in Suite 11i applications
2    software. Customer complaints, consultation requests and/or product cancellations
     relating to Suite 11i and evidence destruction.

3
     335.   Zavery, Amit
4           Product defects and/or problems with implementation, functioning of Oracle
            products and evidence destruction.
5
     336.   Zefler, Marian
6           Slowdown in demand, pipeline and/or sales for Oracle products. Problems with the
            implementation and functioning of Suite 11i and/or defects in Suite 11i applications
7           software. Customer complaints, consultation requests and/or product cancellations
            relating to Suite 11i and evidence destruction.
8
     337.   Zettler, John
9           Oracle's actual and/or forecasted revenue and earnings. Slowdown in demand,
            pipeline and/or sales for Oracle products. Problems with the implementation and
10          functioning of Suite 11i and/or defects in Suite 11i applications software.
            Customer complaints, consultation requests and/or product cancellations relating to
11          Suite 11i. Debit and credit memos, unapplied cash accounts and improper revenue
            recognition. Impact of the slowing economy on Oracle's sales, pipeline and
12          evidence destruction.

13   **VII.    Analysts and News Services**

14          As analysts and financial journalist that covered or commented upon Oracle, the following

15   entities and individuals are likely to have discoverable information that supports plaintiffs' claims

16   regarding the economic downturn, customer complaints and cancellations, the defendants' false and

17   misleading statements, Oracle's revenue and earnings reports, Oracle's forecasts and projections,

18   and problems with Oracle products, including problems with implementation and functioning of 11i,

19   during the Class Period:

20       1.   A.G. Edwards, Inc.
              Mary O'Rourke
21
         2.   Banc of America Securities LLC
22            Bob Austria

23       3.   Bloomberg, Inc.

24       4.   Bluestone Capital Securities, Inc. (or Trade.com Online Securities, Inc.)

25       5.   Chase Hambrecht & Quist/JP Morgan H & Q
              Jim Pickrel
26
         6.   CIBC Oppenheimer (or CIBC World Markets)
27            Melissa Eisenstat

28

1    7.    CNET
          Wylie Wong

2
3    8.    Credit Suisse First Boston Corporation
          Wendall Laidley

4    9.    Deutsche Banc Alex. Brown, Inc.
          (Deutsche Bank Securities, Inc.)
5          Jim Moore

6    10.   FAC/Equities (First Albany Capital, Inc.)
          Mark Murphy
7
8    11.   First Union Securities, Inc.
          (or Wachovia Securities, Inc.)
          Chip Whitman
9
10   12.   Frost Securities, Inc.

11   13.   Gartner, Inc.
          Betsy Burton

12   14.   Josephthal & Co. Inc.
          Bert Hochfeld
13
14   15.   Lehman Brothers, Inc.
          Neil Herman

15   16.   Merrill Lynch & Co., Inc.
          Charles Shilakes
16
17   17.   Morgan Stanley Dean Witter & Co.
          Charles "Chuck" Phillips

18   18.   Needham & Company, Inc.
          Richard Davis
19
20   19.   PaineWebber (or UBS Financial Services, Inc.)
          Kevin Buttigieg

21   20.   Prudential Securities
          Doug Crook
22
23   21.   Phil Russom

24   22.   Rob Tholmeier

25   23.   Robertson Stephens
          Eric Upin

26   24.   Salomon Smith Barney, Inc.
          (Citigroup Global Markets Inc.)
27         Gretchen Teagarden

28

25.   SG Cowen
      Drew Brosseau

26.   The Argus Research Group, Inc.
      Bob Becker

27.   The Goldman Sachs Group, Inc.
      Rick Sherlund

28.   Thomas Weisel Partners
      Robert Schwartz

29.   William Blair & Company
      Laura Lederman

30.   Winter Corp.
      Richard Winter

31.   Wit Soundview (or Soundview Financial/Technology)
      Jim Mendelson

## VIII.   Auditors

As auditors that audited Oracle and restored technical accounting and consulting services for trade, the following companies and/or individuals are likely to have discoverable information with respect to the improper accounting practices alleged in the Complaint, including allegations that Oracle falsely reported customer overpayments and credits as 2Q01 revenue that supports plaintiffs' claims.   These auditors are also likely to have discoverable information regarding customer advances, recognition of revenue, Oracle's financial statements, earnings, reserves, internal controls, policies and procedures, customer cancellations and information relating to plaintiffs' claims of insider trading that support plaintiffs' claims.

**IX.**          1.          Arthur Andersen LLP

**X.**           2.          Ernst & Young LLP

## XI.   Customers, Resellers and Partners

As customers, resellers and/or partners of Oracle, the following individuals and entities (along with their parent companies and/or wholly owned subsidiaries that conducted business with Oracle between January 2000 to December 2001) are likely to have discoverable information plaintiffs that supports plaintiffs' claims may regarding one or more of the following categories: (A) customer advances, withholding of overpayments and credits due, and other accounting

irregularities; (B) implementation or integration of Oracle products, including, but not limited to, Suite 11i and its modules; (C) Oracle's pipeline, customer cancellations, and/or delayed or unclosed business deals; (D) the impact of the slowing economy; and (E) slowdown in demand for Oracle products. Plaintiffs have identified by letter which of the preceding categories apply to each customer, reseller and/or partner.

1. 24 Hour Fitness
   (A)

2. Abacus Technology
   (A)

3. ABT Associates, Inc.
   (A)

4. Access Graphics
   (A)

5. Acme Electric Corporation
   (A)

6. ACS Desktop Solution, Inc.
   (A)

7. Adelphia Cable Communication
   (A)

8. ADT Security Services, Inc.
   (C)

9. Advanced Telecom Group, Inc.
   (A)

10. Advent Software
    (A), (D)

11. Adventist Home Health Care/Housecall
    (C)

12. Agile Software Corporation
    (A), (D)

13. Agilent Technologies, Inc.
    (A), (B), (C)

14. Agilera, Inc.
    (B), (D)

15. Airborne Express, Inc.
    (A), (B), (C)

16.   Airtouch Cellular (Verizon Wireless)
      (C)

17.   Alcatel
      (A), (C)

18.   Alcoa, Inc.
      (B)

19.   Align360 (Appix)
      (A)

20.   Allen Maxwell & Silver
      (A)

21.   Allfirst Financial Inc.
      1209 Orange St.
      Wilmington, DE 19801
      (C)

22.   Alliance Coal, LLC
      (B), (C)

23.   Alliant Techsystems, Inc.
      (A)

24.   Altera Healthcare Corporation (Alterra Healthcare Corporation)
      (A)

25.   Ameren St. Louis (Util.)
      (C)

26.   American Axle & Manufacturing
      (A)

27.   American Civil Liberties Union
      (A)

28.   American General Corporation
      American General Insurance
      (A), (B)

29.   American Medical Response
      (A)

30.   American Red Cross
      (A)

31.   American Trans Air
      (B)

32.   AmeriCredit Corporation of California
      (A), (B), (C)

1    33.    Americredit Financial Services, Inc.
            (B), (C)
2
3    34.    Amtrak - National Railroad Passenger Corporation
            (C)

4    35.    Andersen Consulting (Accenture)
            (A)
5
6    36.    Anthem Blue Cross and Blue Shield Foundation
            (C)

7    37.    Applied Digital Solutions, Inc.
            Scott Silverman
8           (B), (D)

9    38.    Applied Materials, Inc.
            (A), (B), (D)
10
11   39.    Appx Software, Inc.
            (A), (D)

12   40.    Arch Chemicals, Inc.
            (A)
13
14   41.    ARINC Research Corporation
            (A)

15   42.    Aspect Communications
            (A)
16
17   43.    Astoria Federal Savings
            (A)

18   44.    AT&T Broadband (Comcast Corporation)
            (B), (C)
19
20   45.    AT&T Wireless
            (A), (C)

21   46.    Aultcare
            (A)
22
23   47.    Automotive Financial
            (A)

24   48.    Avaya
            (A)
25
26   49.    AVCOM
            (A), (D), (E)

27   50.    Avnet Computer, Inc. (Avnet, Inc.)
            (A), (D)
28

51.  BAE Systems
     (A)

52.  Baltimore County Public Schools Fin.
     (B)

53.  Bank of America Corporation
     (A)

54.  Bank of Montreal
     (B)

55.  Bank One/Bank One Services (now JP Morgan Chase and Co.)
     (A)

56.  Barclays UK
     (B)

57.  Bayer USA, Inc.
     (A)

58.  Bearclaw Systems
     (A)

59.  Bechtel Corporation
     (A)

60.  Belgacom, Inc.
     (B)

61.  BellSouth Corporation
     Carnella Blount
     Joe Coberly
     Lori Groves
     Judy Hudgens
     Gongling Liu
     Ed Martinez
     Bill Pipkin
     Jack Poole
     Jim Sticklin
     (A), (B), (C)

62.  Bidvantage
     3600 Via Pescador
     Camarillo, CA 93012
     (A), (D)

63.  Bloomberg, Inc.
     (C)

64.  Blue 292
     (B), (C), (D)

1

2

3     65.     Boeing Corporation
              (A), (C)

4     66.     Boise State University
              (A)

5
      67.     Bradford Exchange
6             (A)

7     68.     Breed Technologies (now Key Safety Systems, Inc.)
              (A)

8
      69.     Bridgelogix
9             (A)

10    70.     Bristol Community College
              (A)

11
      71.     Bristol Meyers Squibb Company
12            (A)

13    72.     Broadvision, Inc.
              (A)

14
      73.     Butler County
15            (A)

16    74.     Buyandhold.com
              (A), (D)

17
      75.     California Polytechnic State University
18            (C)

19    76.     Cambridge Soundworks, Inc.
              (A)

20
      77.     Canon USA, Inc.
21            (A)

22    78.     Canopy Group, Inc.
              (B), (D), (E)

23
      79.     Cap Gemini Ernst & Young U.S. LLC
24            (or CapGemini U.S. LLC)
              (A), (B)

25    80.     CareCentric National LLC
              (B)

26
      81.     Cargill, Incorporated
27            (A)

28    82.     Carleton Corporation
              (A)

83. CAT Technology
(A), (D), (E)

84. Cellmania.com
(A), (D)

85. Center 7, Inc.
Brad Angus
Robert T. Goates
David Nanney
Kelly Phillips
Chris Skillings
Ryan Tibbits
(B), (D), (E)

86. Centers for Disease Control and Prevention
1600 Clifton Road
Atlanta, GA 30333
(404) 639-3311
(A)

87. Central Carolina Bank (now Suntrust Banks, Inc.)
(A)

88. Chevron U.S.A or ChevronTexaco Corp.
(B), (C)

89. Chipotle Mexican Grill, Inc.
(A)

90. Ciena Corp.
(C)

91. Cigna International Corp.
(A)

92. Cingular
(A), (C)

93. Cisco Systems, Inc.
(B), (D)

94. Citibank, N.A.
(A), (B), (C)

95. Citibank Service Corporation (Subsidiary of Citi FSB)
(A), (B), (C)

96. CitiGroup, Inc.
(A), (C)

97. City of Chandler
(C)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

98.     City of Chicago
        (A), (B)

99.     City of Columbus
        (A)

100.    City of Houston
        (C)

101.    City of Milwaukee (Public Schools)
        (C)

102.    City of New York
        (A), (C)

103.    City of New York (Dept. of Transit) (Dept. of Envir. Protec.)
        (C)

104.    City of New York Housing Authority
        (A), (C)

105.    City of New York Metropolitan Transit Authority
        (A), (C)

106.    City of Oakland
        (A), (B)

107.    City of Palo Alto
        (C)

108.    City of Phoenix
        (A), (C)

109.    City of Portland (Police Dept.)
        (C)

110.    City of Richmond
        (A)

111.    City of San Diego
        (A)

112.    City of Seattle (Port of Seattle)
        (A), (C)

113.    City of St. Louis
        (A), (B)

114.    City of Tucson
        (C)

115.    City of Wichita (Integrated Payroll/Human Resources)
        (C)

| | | |
|---|---|---|
| 1 | 116. | ClearOrbit, Inc.<br>(B), (C), (D), (E) |
| 2 | | |
| 3 | 117. | Cleveland University Hospital<br>(C) |
| 4 | 118. | Client Business Services, Inc.<br>(A) |
| 5 | | |
| 6 | 119. | Clubcorp Financial<br>(A) |
| 7 | 120. | CoBank, ACB<br>(C) |
| 8 | | |
| 9 | 121. | Coca-Cola Company<br>(A) |
| 10 | 122. | Coca-Cola Enterprises<br>(A) |
| 11 | | |
| 12 | 123. | Cola-Cola Bottling Company<br>(A) |
| 13 | 124. | Colorado Department of Corrections<br>(C) |
| 14 | | |
| 15 | 125. | Columbia University<br>(A) |
| 16 | 126. | Columbus State Community College<br>(C) |
| 17 | | |
| 18 | 127. | Columbus State Community College<br>(C) |
| 19 | 128. | Compaq Computer Corporation (Hewlett-Packard)<br>Flint I. Enton<br>Shawn Kearney<br>(B), (C), (D) |
| 20 | | |
| 21 | | |
| 22 | 129. | Comedy Central<br>(A) |
| 23 | 130. | Conagra, Inc.<br>(A) |
| 24 | | |
| 25 | 131. | Concentra Inc.<br>Frances Morrier<br>(B), (C) |
| 26 | | |
| 27 | 132. | Concurrent Technologies<br>(A) |
| 28 | | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

133.   Connecticut Child Care
       (C)

134.   Connecticut Justice Integrated System
       State of Connecticut Office of Policy and Management
       (B)

135.   Connexus Energy
       (A)

136.   Continental
       (A)

137.   Continuum
       (A)

138.   Cornell University
       (C)

139.   County of Chesterfield
       (A), (C)

140.   County of Clark (courts)
       (A), (C)

141.   County of Dade, Miami
       (A)

142.   County of Fresno
       (A), (C)

143.   County of Jefferson
       (A), (C)

144.   County of Johnson
       (C)

145.   County of Los Angeles
       (A), (C)

146.   County of Los Angeles
       IS Advisory Board
       (C)

147.   County of Los Angeles Department of Health Services
       (A)

148.   County of Los Angeles Sheriff's Department
       (C)

149.   County of Los Angeles Superior Court Judiciary
       (C)

| | | |
|---|---|---|
| 1 | 150. | County of Marion/Salem<br>(C) |
| 2 | | |
| 3 | 151. | County of Milwaukee<br>(A) |
| 4 | 152. | County of Montgomery<br>(C) |
| 5 | | |
| 6 | 153. | County of Orange<br>7(A) |
| 7 | 154. | County of San Joaquin County (iProcurement)<br>(C) |
| 8 | | |
| 9 | 155. | County of San Mateo<br>(A) |
| 10 | 156. | County of Washoe (Sheriff's Department)<br>(C) |
| 11 | | |
| 12 | 157. | County of Waukesha<br>(C) |
| 13 | 158. | Covisint (Compuware Corporation)<br>(B) |
| 14 | | |
| 15 | 159. | Critical Path<br>(A) |
| 16 | 160. | CSC Consulting, Inc.<br>(A), (B), (D), (E) |
| 17 | | |
| 18 | 161. | Cummings Engine Company<br>Martha Walden<br>(A) |
| 19 | | |
| 20 | 162. | CyberSource Corporation<br>Lincoln Hecock<br>(A) |
| 21 | | |
| 22 | 163. | Dallas Public Schools<br>(A) |
| 23 | 164. | Danka Office Imaging<br>(B) |
| 24 | | |
| 25 | 165. | DARPA (Healthcare)<br>Defense Advanced Research Projects Agency<br>(B), (C) |
| 26 | | |
| 27 | | |
| 28 | | |

1    166.    Data Systems Worldwide
              Hank Decker
2             Andrew McDonald
              Mike Mogavero
3             Phil Mogavero
              Steve Rockey
4             (B), (D), (E)

5    167.    Davis County School District
              (A)
6
     168.    De Lage Landen Operational
7             (A)

8    169.    Defense Finance & Accouting
              (A)
9
     170.    Defense Logistics Agency
10            (A)

11   171.    Dell Computer Corporation
              (A), (D)
12
     172.    Delta Education, Inc.
13            (A)

14   173.    Detroit Medical Center
              (C)
15
     174.    Deutsche Bank AB
16            (A)

17   175.    DeVry, Inc.
              (A)
18
     176.    DHL Express USA, Inc.
19            (B)

20   177.    DHL Worldwide Network NV/SA
              Jeremy Young
21            (B)

22   178.    Deisel
              (B)
23
     179.    Detroit Medical Center
24            (C)

25   180.    Digital Island
              (A), (D)
26
     181.    Diners Club International Ltd.
27            (A), (C)

28

182. Discover Financial Services
(A)

183. District of Columbia
(A)

184. Diversified Computer Consultants, Inc.
Paul McCarthy, CEO
William L. Varney
Garth Hernandez
(A), (D)

185. DLT Solutions
(A)

186. Doral Financial Corporation
(B)

187. Dowslake Microsystems
(A), (D)

188. Dream Works SKG
Diane Waldman
(B)

189. DRS Technologies
(A)

190. Drug Enforcement Administration
(A)

191. DuPont Photomasks, Inc.
(A)

192. Dynamation (Dynamation Research, Inc.)
(B)

193. Dynamic Decisions, Inc (DDI)
(A)

194. Eastern Michigan Univ.
(C)

195. Eaton Corporation
(B)

196. EchoStar Communications
(A)

197. Efavorites, Inc.
(A), (D)

1 | 198. | Eli Lilly and Company
2 | | Joseph A. Gore
  | | (A)

3 | 199. | Emachinery.net, Inc.
4 | | (A), (D)

  | 200. | Embry-Riddle Aeronautical University, Inc.
5 | | (C)

6 | 201. | EMC Corporation
7 | | (A)

  | 202. | Empirix, Inc.
8 | | (B)

9 | 203. | Entegra Corporation
10 | | (B)

  | 204. | EOG Resources
11 | | (A)

12 | 205. | Equator Technologies, Inc.
13 | | (A)

  | 206. | Equitrac Corporation
14 | | (A)

15 | 207. | ESS Inc.
16 | | (A)

  | 208. | Excite, Inc.
17 | | (A)

18 | 209. | Exponent, Inc. (which will do business in California as Delaware Exponent, Inc.)
19 | | (B)

  | 210. | Express Scripts
20 | | (A)

21 | 211. | Exxon Corporation
22 | | (A)

  | 212. | Exodus (SAVVIS)
23 | | (B), (D), (E)

24 | 213. | Fannie Mae
25 | | (A)

  | 214. | Federal Aviation Administration
26 | | (A), (C)

27 | 215. | Federal Deposit Insurance Corp.
28 | | (C)

216. Federal Express Corporation
(A), (B), (C)

217. First Hawaiian Bank
(A)

218. Flint Ink Corporation
(A)

219. Florida A&M Univ.
(C)

220. Ford Motor Company
(B)

221. Foster's of Australia, Foster's Group Ltd.
(C)

222. Foster's USA, LLC
(C)

223. Foundation Health Company
(A)

224. Franklin Covey
(B), (C)

225. Gab Robins North American, Inc.
(A)

226. GE Access (MRA Systems, Inc.)
(A)

227. GE Aircraft Engines Receivables Corp.
(A)

228. GE Capital Financial
(A)

229. GE Capital
Brian Chin
(B)

230. GE Capital (GE Power)
Brian Chin
David Greiger
Prassanna Looganthian
David Merker
Anthony Alesi
Debbie Capan
(A), (B)

231. GE Financial (General Electric Company)
(A)

232. GE Industrial Systems Technology Management, Inc.
(B)

233. GE Medical Systems Global Technology Company, LLC
Ahmed Ali
(B)

234. GE New York
(C)

235. Gemological Institute of America
(A)

236. General American
(B)

237. General Binding Corporation
(A)

238. General Electric Aircraft Engines
(A)

239. General Electric Company
(B), (C)

240. General Jewish Hospital
(C)

241. General Motors Acceptance Corporation
(A)

242. General Motors Corporation
(A), (C)

243. Genesys Telecommunication Laboratories, Inc.
(C)

244. Georgia Department of Human Resources
(A)

245. Georgia Department of Public
(A)

246. Gers Retail Systems
(A)

247. Global Directmail Corporation
(A)

248. Global FoodExchange (Instill)
(A)

249. GMAC Residential Funding
(A)

250. Granite Systems Research (Telcordia Technology)
(A)

251. Greenbrier & Russel
(A)

252. Grumman Aerospace
(A)

253. Hallmark Cards, Inc.
(B)

254. Hartford Life, Inc.
(C)

255. Hartford Technology Services Company, L.L.C.
(C)

256. Harvard University
(A)

257. Havas Interactive
(A)

258. HCFA  (Centers for Medicare and Medicaid Services)
(C)

259. Health Net, Inc.
(A), (B), (C)

260. HealthSouth Corporation
(B), (C)

261. Heartland Information (Heartland ITS, Inc.)
(A)

262. Heller Financial, Inc.
(A)

263. Hewlett-Packard Company
William E. Bradley
Dan Demcak
Deborah Little
Mike Overly
Cindy Terry
Charlotte Yeh
(A), (B), (C), (D)

264. Hitachi Credit (Hitachi Capital UK PLC)
(A)

265. Hitachi Data Systems Corporation
     David Robinson
     Chris Worrali
     Michael Howard
     Regis H. Joly
     (B)

266. HK Systems
     (A)

267. Homeportfolio, Inc
     (A)

268. Honeywell Sensing and Control
     Joel Flemming
     (B)

269. Honeywell, Inc.
     (A), (B)

270. Hospitality Enterprises, Inc.
     (B)

271. Hostcentric
     Doug Allen
     David Brown
     Ernesto Espinoza
     Ken Garcia
     Rich Jones
     Ed Klenity
     Greg McKown
     Amy Wilson
     Mike Wunderlich
     (B), (D), (E)

272. Hostcentric
     Carl Newton
     (B)

273. Houlihan Lokey Howard and Zukin
     (A)

274. Household Finance Corporation III
     (A)

275. Howard University (Human Resource and Finance)
     (B), (C)

276. HSBC USA, Inc.
     (A), (C)

277. Humana TMEC
     (A), (B), (C)

278.    Huntsville Hospital
        (A)

279.    Hussey Corporation
        (A)

280.    Hutchinson Telecom (UK)

281.    HWT Inc
        (A)

282.    Hydrochem Industrial
        (A)

283.    I2 Inc.
        (A)

284.    IBM Corporation
        (A), (D)

285.    ICE Automation Group, Inc.
        (A)

286.    IKON Office Solutions, Inc.
        (B)

287.    Infonet Services Corporation
        James DeMin
        (B)

288.    Informatica Corporation
        (A)

289.    Information Resources, Inc.
        (A)

290.    Ingersoll-Rand
        Abraham Alemu
        Nirmala Musipala
        David Preston
        Steven Wright
        (B)

291.    Integon Corporation (GMAC Insurance)
        (A)

292.    Integraph Corporation
        (A)

293.    Intel Corporation
        (A), (D)

| | | |
|---|---|---|
| 1 | 294. | International Paper Company<br>(A) |
| 2 | | |
| | 295. | Internet Serv. Corp.(Elliance, Inc.) |
| 3 | | |
| | 296. | Iproperty.com<br>(A), (D) |
| 4 | | |
| 5 | 297. | IRS - Information System Services<br>(A) |
| 6 | | |
| 7 | 298. | JDS Uniphase Corporation<br>Steven Lybak<br>Scott Paker |
| 8 | | David Sutton<br>(A), (B), (C), (D) |
| 9 | | |
| | 299. | JM Huber Corporation<br>(A) |
| 10 | | |
| 11 | 300. | John Muir Medical Center<br>(A) |
| 12 | | |
| | 301. | JPI Partners, Inc.<br>(A) |
| 13 | | |
| 14 | 302. | Juniper Networks, Inc.<br>Robert Chappel |
| 15 | | Michael Dodd<br>Scott Kriens |
| 16 | | (B) |
| 17 | 303. | KEMET Electronics Corporation<br>(A) |
| 18 | | |
| | 304. | Kenexa Technology<br>(A) |
| 19 | | |
| 20 | 305. | Keyspan Corp.<br>(A) |
| 21 | | |
| | 306. | Keystone Foods L.L.C.<br>(A) |
| 22 | | |
| 23 | 307. | Kiamichi Technology Center Poteau<br>(A) |
| 24 | | |
| | 308. | Knowles Electric Ltd.<br>(A) |
| 25 | | |
| 26 | 309. | Koch Financial Corporation<br>(A) |
| 27 | | |
| 28 | | |

1

2

3

310.    KPMG Consulting, Inc. (BearingPoint, Inc.)
        (B), (C), (D), (E)

311.    Landmark Graphics Corp.
        (A)

4

5

312.    Lavastorm
        (A)

6

313.    Leasetec Systems Credit
        (A)

7

314.    Ledgent Inc.
        (A)

8

9

315.    Legato Systems, Inc. (EMC Corporation)
        Jim Chappel
        (B)

10

11

316.    Legerity, Inc.
        Raman Batra
        (B)

12

13

317.    Leo Burnett Limited
        (A)

14

318.    Level 3 Outsource Management System
        (A), (C)

15

16

319.    LG Electronics U.S.A., Inc.
        (B)

17

320.    Limited Brands Inc.
        (A)

18

19

321.    Linuxcare, Inc.
        (A)

20

322.    Liz Claiborne, Inc.
        (A)

21

22

323.    Lockheed Martin Aerospace (Lockheed Martin Corporation)
        (A)

23

324.    Lockheed Martin Information Systems
        (A)

24

25

325.    Logic Technology
        (A)

26

326.    Logicon, Inc.
        (A)

27

28

327.   Lord Corporation
        (A)

328.   Los Alamos National Laboratory
        (A)

329.   Los Angeles Department of Water and Power
        (C)

330.   Lucent Technologies
        Larry Kittleberger
        (A), (B), (C), (D)

331.   Lucent Technolgoies
        Martin Klein
        (B), (C)

332.   Maintenance Warehouse/America Corp.
        (A)

333.   Maricopa Community Colleges
        (B), (C)

334.   Mark III Inc.
        (A)

335.   Marriott International Inc.
        (A)

336.   Martin's Famous Pastry Shoppe, Inc.
        (A)

337.   Massachusetts Department of Water
        (A)

338.   MBNA America Bank, NA.
        (MBNA Corp.)
        (A), (B)

339.   McDonald's Corporation
        (A)

340.   McGhan Medical Corp.
        (B)

341.   McGraw-Hill Education
        (The McGraw-Hill Companies, Inc.)
        (B), (C)

342.   McHugh Software
        (A), (D)

343.   MCI Systemhouse Corporation:
        (A)

1

344. MCI WorldCom Communications, Inc.
   (A)

2

3

345. McKesson HBOC Inc.
   (A)

4

346. Medscape
   (A)

5

6

347. Merrill Lynch & Co., Inc.
   Merrill Lynch CICG Technology Global Investment Banking
   (C)

7

8

348. Metavante Corp.
   (A)

9

10

349. Micron Electronics
   (Interland Inc.)
   (A)

11

350. Mid-Atlantic Home Healthcare Network Inc.
   (A)

12

13

351. MidAmerican Energy Company
   MidAmerican Energy Holdings Company
   (C)

14

15

352. Modus Media International Ltd.
   (A)

16

353. Molecular Simulations (Accelrys)
   (A)

17

18

354. Morgan Stanley Dean Witter & Co.
   (C)

19

355. Motorola, Inc.
   (A), (B), (C)

20

21

356. Mutual of Omaha Insurance Co. (Mutual of Omaha Marketing Corp.)
   (C)

22

357. Nalco Holding Co.
   (A)

23

24

358. Nantucket Nectars
   (B), (C)

25

359. NASA
   (A), (B), (C)

26

27

360. NASA Goodard Space Flight
   (A)

28

361. NASA Jet Propulsion Laboratory
(B)

362. National Institute of Mental Health ("NIMH")
(B), (C)

363. National Oceanic and Atmospheric Administration
(A), (C)

364. Neotix
(B), (D), (E)

365. Network Equipment Technologies Inc.
(A), (D)

366. Newcourt Financial
(A)

367. New York Life
(A)

368. News America Marketing Interactive Inc.
(A)

369. Nextel Communications, Inc.
Nextel Operations, Inc.
(A), (C)

370. Nike
(B), (C)

371. North Shore Long Island Jewish Health Sys.
(C)

372. Now Foods

(B)

373. Nuforia, Inc. (Omnicom Group, Inc.)
(A)

374. OAO Corporation (Lockheed Martin Corporation)
(A)

375. Odwalla, Inc.
Gary Hensley
James Steichen
(B)

376. Old Mutual
(C)

377. Omnifax (Xerox Omnifax)
(B), (D)

378. Onsite Rx (Medvantx)
(A)

379. Open Market, Inc.
(A)

380. Oracle Applications Users Group (OAUG)
Current or Former Officers and Board Members include:
Rocky Bertz
Karen Gilbert
Todd Langille
Mark Linton
Frances Morrier
Don Payne
Donna Rosenstrater
John Schindler
Pamela Sheehan
Jeremy Young
(B), (C), (D)

381. Orcom Solutions, Inc.
(C)

382. Oregon Public Employees Retirement System
(C)

383. PacifiCare Health Systems, Inc.
(A)

384. Pac-West Telecomm, Inc.
(A), (B)

385. Paine Webber
(C)

386. Palm Computing, Inc.
(A)

387. Papa John's International, Inc.
(A)

388. Paradyne Corporation
(B)

389. Parametic Technology (aka PTC)
(A)

390. Parts Plus
(A)

391. Peer Chain Company
(A)

392. Pella Corporation
(B)

393. Peoplesoft, Inc.
Craig Conway
(B), (D), (E)

394. Pepco Holdings, Inc.
(C)

395. Pepsi-Cola North America
(A)

396. Peralta Community College
(C)

397. PETCO Animal Supplies, Inc.
(A)

398. Pfizer Corporation
(A)

399. PG&E Corporation
(C)

400. Pharmacia Corporation
(A)

401. Phillips Petroleum Company (Conoco Phillips Company)
(A)

402. Phone.com, Inc. (Openwave Systems, Inc.)
(A), (D)

403. Pioneer Standard Electronics (Agilysys, Inc.)
(A)

404. Portal Software, Inc.
(A), (D)

405. PPG Industries
(A)

406. Premier Design Systems, Inc
Tim Gotham
(B), (D), (E)

407. PRG Schultz Profit Recovery (PRG-Schultz Inc.)
(A)

1   408.   Priceline.com Incorporated
            (A), (D)
2
3   409.   The Principal Financial Group, Inc.
            (B), (C)

4   410.   Product Exchange
            (B)
5
6   411.   Purdue Pharma, L.P.
            (A)

7   412.   Qualcomm Incorporated
            (B)
8
9   413.   Qwest Communications Corporation
            Quest Internet Solutions
            Quest Consulting
10          Quest Communications Corporation
            (B), (C)
11
12  414.   Ralston Purina
            (Nestle Purina PetCare Company)
            (A)
13
14  415.   Rational Software Corporation
            (A), (D)

15  416.   Raytheon Company
            (A)
16
17  417.   Relera
            (A)

18  418.   RetailersMarketExchange, Inc.
            (B)
19
20  419.   Retek Inc.
            (A)

21  420.   Reynolds & Reynolds Corporation
            (A)
22
23  421.   Rochester Midland Corporation
            (A)

24  422.   Rotary International
            (A)
25
26  423.   Rush Presbyterian Saint Luke's Medical Center
            (A)

27  424.   Rutgers, The State University of New Jersey
            (B)
28

| 1 | 425. | Ryland Group, The<br>(A) |
| 2 | | |
| 3 | 426. | Saint John's Regional Health Center<br>(A) |
| 4 | 427. | Saint John's University<br>(A) |
| 5 | | |
| 6 | 428. | Saint Luke's Episcopal Health System Corp.<br>(C) |
| 7 | 429. | SalesLink Corporation<br>(A) |
| 8 | | |
| 9 | 430. | Salk Institute for Biological Studies<br>(A) |
| 10 | 431. | Samsung Telecommunications America LLP<br>(C) |
| 11 | | |
| 12 | 432. | San Diego Data Processing Corp.<br>(B) |
| 13 | 433. | Sanmina-SCI Corporation<br>Donna Rosenstrater |
| 14 | | (B) |
| 15 | 434. | Sanwa Bank of California<br>(A) |
| 16 | | |
| 17 | 435. | Sanwa Leasing Corporation<br>(A) |
| 18 | 436. | Sapient Corporation<br>(A) |
| 19 | | |
| 20 | 437. | Sara Lee Corporation<br>(A) |
| 21 | 438. | SBC Communications, Inc.<br>(SBC Benchmark; SBC Common Platform Telco Financial; SBC Directories) |
| 22 | | (A), (B), (C) |
| 23 | 439. | SBC Datacomm, Inc.<br>(A), (C) |
| 24 | | |
| 25 | 440. | Schering Plough Company<br>(A) |
| 26 | 441. | SCT Education Systems (now Sungard SCT)<br>(A) |
| 27 | | |
| 28 | | |

442. Seven Up
(Cadbury Schweppes Americas Beverages)
(A)

443. Shared Medical Systems (Siemens Medical Solutions Health Services Corp. )
(A)

444. Siemens Corporation/Siemens Business Services, Inc.
(A), (B), (D)

445. Silterra Sales & Marketing Sdn. Bhd.
(B)

446. Soltre Technology, Inc.
(B), (C), (D), (E)

447. Solucient, LLC
(A)

448. Sony Corporation of America
(A), (B), (C)

449. Southwest Missouri State University
(A), (C)

450. Southwestern Bell Communications
(A)

451. Southwestern Bell Corporation
(A)

452. Southwestern Bell International
(A)

453. Southwestern Bell Mobile
Cingular Wireless
(A)

454. Southwestern Bell Technology
SBC Technology Resources, Inc.
(A)

455. Southwestern Bell Telephone
SBC Southwestern Bell Telephone Company
(A)

456. Southwestern Bell Yellow Pages
(A)

457. Space Systems Loral Inc.
(A)

458.   Spectrum
       (A), (D), (E)

459.   Sprint Corporation
       Tadd O'Brian
       William T. Esrey
       George Fucin
       Carol Y. Gast
       Art Krause
       Ron LeMay
       Pat Smith
       (A), (C)

460.   Sprint
       (Sprint International; Sprint PCS Studio; Sprint Spectrum LP)
       (A), (C)

461.   Sprint United Management Company
       Mary Bain
       Pat Moase
       (A)

462.   Stanford University
       (C)

463.   Starbucks Corporation
       (B)

464.   State of Arizona
       Bureau of IT Consultant Services
       (A), (C)

465.   State of California Department of Corrections
       (C)

466.   State of California Department of Industrial Relations
       (A), (C)

467.   State of Colorado
       Department of Corrections
       (A), (C)

468.   State of Connecticut
       (C)

469.   State of Florida
       Department of Revenue (HR/payroll)
       (A), (C)

470.   State of Georgia
       Governor's Office
       (A), (C)

1   471.   State of Hawaii
            (A)

2

3   472.   State of Hawaii Department of Transportation
            (C)

4   473.   State of Kentucky
            (C)

5

6   474.   State of Maine Bureau of Motor Vehicles
            (C)

7   475.   State of Maryland
            (A), (C)

8

9   476.   State of Massachusetts
            Turkpike Authority, State Transportation Building
            (A), (C)

10

11  477.   State of Michigan Department of Information Technology (e-Michigan)
            (C)

12  478.   State of Michigan, Human Services Department
            (C)

13

14  479.   State of Minnesota
            (A)

15  480.   State of Mississippi
            Dept. of IT Services

16         (A), (C)

17  481.   State of Nebraska Information System ("NIS")
            (C)

18

19  482.   State of New Jersey
            The State House
            (A), (C)

20

21  483.   State of New Jersey Department of the Treasury "IFAAS"
            (C)

22  484.   State of North Dakota Enterprise Resource Planning System
            (C)

23

24  485.   State of North Dakota (Procurement)
            Curtis Wolf
            (C)

25

26  486.   State of New York
            Metropolitan Transportation Authority
            (A)

27

28

| | | |
|---|---|---|
| 1 | 487. | State of Ohio<br>(A), (C) |
| 2 | | |
| 3 | 488. | State of Ohio State Auditor<br>(C) |
| 4 | 489. | State of Oklahoma<br>(C) |
| 5 | | |
| 6 | 490. | State of Rhode Island<br>(A) |
| 7 | 491. | State of South Dakota<br>(A), (B) |
| 8 | | |
| 9 | 492. | State of Utah<br>(A), (C) |
| 10 | 493. | State of Wisconsin<br>(A) |
| 11 | | |
| 12 | 494. | State Street Bank & Trust (State Street Corporation)<br>(A) |
| 13 | 495. | Submitorder.com<br>(A), (D) |
| 14 | | |
| 15 | 496. | Sun Microsystems, Inc.<br>Doug Kaewert<br>(A), (C) |
| 16 | | |
| 17 | 497. | Tampa Elec. Co. (TECO)<br>(A), (C) |
| 18 | 498. | Techtronics<br>(C) |
| 19 | | |
| 20 | 499. | Telecom New Zealand USA Limited<br>(B), (C) |
| 21 | 500. | Teledyne Metalworking<br>(A) |
| 22 | | |
| 23 | 501. | Telia AB-Sweden (TeliaSonera AB)<br>-or-<br>TeliaNet (EMEA) |
| 24 | | TeliaSonera International Carrier, Inc.,<br>(C) |
| 25 | | |
| 26 | 502. | Tennessee Valley Authority "TVA" (Integrated Performance Management)<br>(A), (C) |
| 27 | 503. | Terradyne Systems, Inc.<br>(A), (B) |
| 28 | | |

| | | |
|---|---|---|
| 1 | 504. | Texas A&M University<br>(C) |
| 2 | | |
| 3 | 505. | Texas Christus Healthcare<br>(C) |
| 4 | 506. | Texas Instruments Incorporated<br>(A) |
| 5 | | |
| 6 | 507. | Timex Corporation<br>(A), (B), (C) |
| 7 | 508. | Toyota Motor Corporation<br>(A) |
| 8 | | |
| 9 | 509. | Trinity Health Corporation<br>(C) |
| 10 | 510. | Tropian, Inc.<br>Cindy Pence |
| 11 | | (B), (C) |
| 12 | 511. | Tropitone Furniture Co.<br>Michael Fancy |
| 13 | | (B) |
| 14 | 512. | Tyson Foods, Inc.<br>(A) |
| 15 | 513. | U.S. Air Force |
| 16 | | (Flexible Acquisition Sustainment Tool "FAST")<br>(A), (C) |
| 17 | 514. | U.S. Bureau of Reclamation |
| 18 | | (A) |
| 19 | 515. | U.S. Center for Disease Control (CDC)<br>(C) |
| 20 | 516. | U.S. Department of Agriculture (NCF Pay Engine) |
| 21 | | (A), (C) |
| 22 | 517. | U.S. Department of Transportation<br>(C) |
| 23 | 518. | U.S. Department of Defense |
| 24 | | (B), (C) |
| 25 | 519. | U.S. Department of Energy<br>(A), (C) |
| 26 | | |
| 27 | 520. | U.S. Department of Interior (U.S. Geological Survey)<br>(C) |
| 28 | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

521.     U.S. Department of State
         (A), (C)

522.     U.S. Department of Treasury
         (A)

523.     U.S. Marine Corps
         (A), (C)

524.     U.S. Naval Facilities Engineering
         (A)

525.     U.S. Naval Sea Systems Command ("NAVSEA")
         (A)

526.     U.S. Navy
         (C)

527.     U.S. Navy Warfare Development Command (Lessons Learned System aks "NLLS")
         (A), (B)

528.     U.S. Postal Service
         (A), (C)

529.     Unilever UK
         (A)

530.     Unisys Corporation
         (A)

531.     United Asset Coverage, Inc.
         (A)

532.     United Educators
         (A)

533.     United Parcel Service
         UPS eLogistics, Inc.
         (A), (B)

534.     University of Alabama-Birmingham
         (B)

535.     University of Illinois
         (A)

536.     University Hospitals Health System
         (C)

537.     University of Chicago—Central Procurement Services
         (A)

538.     University of Notre Dame, Directory Services
         (B), (C)

1   539.    University of Pennsylvania
             (C)
2
     540.    University of Pittsburgh
3            (A)

4   541.    University of South Alabama
             (C)
5
     542.    University of Texas
6            (A)

7   543.    USAdata, Inc.
             (A), (D)
8
     544.    USAi
9            (B), (D), (E)

10  545.    ValueVision Media, Inc. (ValueVision International)
             (A), (B)
11
     546.    Vanderlande Industries
12           (A)

13  547.    Vanguard Financial Group
             (C)
14
     548.    Vectren Corporation
15           (A)

16  549.    VERITAS Software Corp.
             (A)
17
     550.    Verizon Communications
18           (A), (C)

19  551.    Verizon Global Solutions Inc.
             (C)
20
     552.    Vingage Corp.
21           (B)

22  553.    Vodafone Group PLC (Verizon)
             (C)
23
     554.    VoiceStream Wireless (T-Mobile USA, Inc.)
24           (C)

25  555.    Volkswagon Credit
             (A)
26
     556.    Vpacket Communications, Inc.
27           (A)

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

557.   VWR Scientific Products
       (A)

558.   Wake Medical Center
       (A)

559.   Walgreen Company
       (A)

560.   Wall Street Rarities, Inc.
       (B)

561.   Warner Bros. Entertainment Inc.
       (C)

562.   Washburn University
       (C)

563.   Washington Mutual Bank
       (A)

564.   Way2bid
       (A)

565.   Webalg, Inc.
       (A)

566.   Wells Fargo Bank, N.A.
       (A)

567.   Wells Fargo Services Company
       (A)

568.   Westat, Inc.
       (A)

569.   Westinghouse Savannah River Co. LLC
       (A), (C)

570.   Westpac Associates, Inc.
       (B)

571.   William Beaumont Hospital

572.   The Wills Group, Inc.
       (A)

573.   Wilmington Trust Corporation
       (A)

574.   Woods Equipment Company
       (A)

575.   World Minerals, Inc.
       (A)

576.   WorldCom, Inc. (MCI, Inc.)
       (A)

577.   Worldcrest Group, Inc. (Direct Sourcing Solutions, Inc. "DSSI")
       (A)

578.   Wrigley Company
       (A)

579.   W.W. Grainger, Inc.
       (A)

580.   Xdrive Technologies, Inc.
       (A)

581.   Xerox Corporation
       Malar Elangovan
       Peter W. Karplen
       Gregory Kaufman
       Ann Mulcahy
       Robert M. Neil
       (A), (B), (C)

582.   Xilinx, Inc.
       Sharon Andreson
       (A)

583.   XYZ Corp.
       (A)

584.   Yolo Federal Credit Union
       (A)

585.   Yu, Gene
       (A)

586.   Zen-Noh Unico America Corporation
       (A)

## XII.   Actual or Potential Competitors

As actual or potential competitors, the following entities are likely to have have discoverable information that supports plaintiffs' claims in the Complaint, including, but not limited to, the following categories: (A) problems with Oracle products, including, but not limited to, implementation and integration of Suite 11i and related materials; (B) slowdown in demand for Oracle products; and (C) the impact of the slowing economy.  Plaintiffs have identified which categories of information each competitor or potential competitor is likely to have by letter.

1.     Accenture
   (A), (B), (C)

2.     Actuate
   (A), (B), (C)

3.     Ariba Inc.
   (A), (B), (C)

4.     Autonomy
   (A), (B), (C)

5.     BEA Systems, Inc.
   (A), (B), (C)

6.     BMC Software
   (A), (B), (C)

7.     Borland
   (A), (B), (C)

8.     Brio Technology
   (A), (B), (C)

9.     BroadVision, Inc.
   (A), (B), (C)

10.     Business Objects
    (A), (B), (C)

11.     CGEY (Cap Gemini Ernst & Young)
    (A), (B), (C)

12.     Clarify
    (A), (B), (C)

13.     Cognos
    (A), (B), (C)

14.     Commerce One Operations, Inc.
    (A), (B), (C)

15.     Crystal Decisions
    (A), (B), (C)

16. CSC (Computer Sciences Corporations)
    (A), (B), (C)

17. EDS
    (A), (B), (C)

18. Epiphany Solutions, Inc.
    (A), (B), (C)

19. Euphony Communications Ltd.
    (A), (B), (C)

20. Hyperion
    (A), (B), (C)

21. i2 Technologies, Inc.
    (A), (B), (C)

22. Informatica
    (A), (B), (C)

23. Information Builders
    (A), (B), (C)

24. International Business Machines Corporation
    (including Informix Global Services)
    (A), (B), (C)

25. Intuit
    (A), (B), (C)

26. J.D. Edwards & Company, LLC
    (A), (B), (C)

27. Lawson
    (A), (B), (C)

28. Manugistics
    (A), (B), (C)

29. Microsoft Corporation
    (A), (B), (C)

30. MicroStrategy
    (A), (B), (C)

31.  NCR (Teradata)
     (A), (B), (C)

32.  Nortel Networks
     (A), (B), (C)

33.  PeopleSoft, Inc.
     (A), (B), (C)

34.  Plumtree
     (A), (B), (C)

35.  Qwest Software
     (A), (B), (C)

36.  SAP America, Inc. (SAP AG)
     (A), (B), (C)

37.  SAS Institute
     (A), (B), (C)

38.  Siebel Systems, Inc.
     (A), (B), (C)

39.  Siemens Business Services
     (A), (B), (C)

40.  SilverStream/Novell
     (A), (B), (C)

41.  Sun Microsystems
     (A), (B), (C)

42.  Sybase
     (A), (B), (C)

43.  Unisys
     (A), (B), (C)

44.  Vignette
     (A), (B), (C)

**XIII.  Other Individuals Likely to Have Knowledge of Additional Material
Information to Support Plaintiffs' Claims**

The following individuals were identified during plaintiffs investigation as are likely to have

information plaintiffs may use in support of their claims, including, but not limited to, information

regarding one or more of the following: (A) customer advances, withholding of overpayments and credits due, and/or other improper accounting practices; (B) implementation or integration of Oracle products, including, but not limited to, Suite 11i and its related modules; (C) Oracle's pipeline, customer cancellations and/or delayed or unclosed business deals; (D) the impact of the slowing economy; and (E) information pertaining to the Special Litigation Committed (SLC) investigations regarding the Delaware derivative action against defendants. Plaintiffs have identified by letter the type of information each individual is likely to have.

1. Baily, Rudy
(A)

2. Baker, John
(A)

3. Barrios, Linda
(A)

4. Blanchfield, Tom
Merrill Lynch
(E)

5. Bunting, Ronald
(E)

6. Chatfield, John
(A)

7. Clarke, Kimberly
Merrill Lynch
(E)

8. Coll-Very, Alexis
(E)

9. Davies, Viola
(A)

10. Ellinger, Aaron
(A)

11. Emerson, Eric
(A)

12. Fischer, Sara
(A)

13. Gillespie, Mary Ann
(E)

14. Guner, Ivgen
(E)

15. Hamel, Kenneth
(E)

16. Hanlon, Mike
    Merrill Lynch
    (E)

17. Heck, Joe
    (A)

18. Kelly, David
    (A)

19. Klein, Martin
    (B), (C), (D)

20. Kreissman, James
    (E)

21. Mahon, Loren
    (E)

22. McBride, David C.
    (E)

23. Morgan, Nina
    (A)

24. Newcombe, George
    (E)

25. Olinger, Thomas
    (E)

26. Orr, Cathy
    (A)

27. Roselli, William
    (E)

28. Saito, Yoji
    (A)

29. Sheehan, L.
    (A)

30. Shelton, Julie
    (A)

31. Simon, Philip
    (E)

32. Troxell, Vicki
    (A)

33. Van Helm, Henk
    (A)

Plaintiff incorporates by reference all facts discussed in Response to Interrogatory No. 7 relating to defendants' spoliation of evidence.

1    DATED: January 31, 2007

                     LERACH COUGHLIN STOIA GELLER
2                          RUDMAN & ROBBINS LLP
                     MARK SOLOMON
3                      DOUGLAS R. BRITTON
                     VALERIE L. McLAUGHLIN
4                      GAVIN M. BOWIE
                     STACEY M. KAPLAN

5

6                      *Stacey M. Kaplan*

7                         STACEY M. KAPLAN

8                      655 West Broadway, Suite 1900
                     San Diego, CA 92101
9                      Telephone: 619/231-1058
                     619/231-7423 (fax)

10                      LERACH COUGHLIN STOIA GELLER
                       RUDMAN & ROBBINS LLP
11                      SHAWN A. WILLIAMS
                     WILLOW E. RADCLIFFE
12                      ELI R. GREENSTEIN
                     MONIQUE C. WINKLER
13                      100 Pine Street, Suite 2600
                     San Francisco, CA 94111
14                      Telephone: 415/288-4545
                     415/288-4534 (fax)

15                      Lead Counsel for Plaintiffs

16    S:\CasesSD\Oracle3\RES00038743_Drifton_2nd Supp Res.doc

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE BY MAIL AND ELECTRONIC MAIL

I, the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2.      That on January 31, 2007, declarant served the DRIFTON FINANCE CORPORATION'S SECOND SUPPLEMENTAL RESPONSES TO DEFENDANTS' SECOND SET OF INTERROGATORIES TO PLAINTIFFS by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.  Declarant also served the parties by electronic mail.

3.      That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 31st day of January, 2007, at San Diego, California.

_____
KATHLEEN R. JONES



ORACLE III (LEAD)
Service List - 1/16/2007    (201-064-1)
Page 1 of 1

### Counsel For Defendant(s)

Patrick E. Gibbs
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025
  650/328-4600
  650/463-2600(Fax)

Jamie L. Wine
Brian T. Glennon
Latham & Watkins LLP
633 West Fifth St., Suite 4000
Los Angeles, CA 90071-2007
  213/485-1234
  213/891-8763(Fax)

Peter A. Wald
Michele F. Kyrouz
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
  415/391-0600
  415/395-8095(Fax)

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA 94065
  650/506-5200
  650/506-7114(Fax)

### Counsel For Plaintiff(s)

Mark Solomon
Douglas R. Britton
Valerie L. McLaughlin
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
  619/231-1058
  619/231-7423(Fax)

Sanford Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
  415/288-4545
  415/288-4534(Fax)