# EXHIBIT 17 part 2

was just getting stupid answers, like, 'We never see Sybase,' so I hired McKinsey to do a study and collect data on our customers and business practices. How did deals get approved? How did the field actually work? How do the customers actually feel? Why do they feel so bad about us? I was hearing stories like customers would call because the product didn't work and they would get answers like 'Bummer, dude'! When I presented the McKinsey study, it was the first time anyone had presented real data. Now here it is, we've talked to hundreds of customers, and now tell me we don't lose to Sybase. Tell me Sybase is not viewed as a better company than Oracle."

If Ellison was convinced that Version 7 on its own would enable Oracle to triumph, Lane was more skeptical: "He believed that, I didn't. I think it certainly brought parity with Sybase. But Larry . . . thinks that ninety percent of the company's success is made on the product. I think 'the product is really important, but Oracle's problems were not going to be solved just because Oracle 7 came out. The McKinsey survey showed that Sybase was a beloved company. All I got was Larry telling me stuff that, you know, Oracle 7 gets introduced and your life is wonderful and it's plain sailing and all that. I would talk to the sales force and say, 'Why did we lose?' They said, 'We never lose.' They had no respect for Sybase. What came back from McKinsey was that customers hated us, and Sybase was revered as a trusted partner."

However confident Ellison might have been about the prospects for Oracle 7, he passed Lane's second test by allowing him a completely free hand in reorganizing the sales and support operation. With Lane and Henley on board, supposedly providing the "adult supervision" that Oracle had previously lacked, Ellison felt free to revert to his preferred role, directing engineering. He was no more interested in those parts of the company than he had been in the past and was just grateful that they now appeared to be in safe and steady hands. Lane says, "He was very helpful, very supportive of what I was doing—and I was changing everything, bringing in a whole new management team [many of them from Booz Allen]."

At the same time as Lane was shaking up sales, his former Booz colleague Robert Shaw, who now reported to him, was determined to yank Oracle's tiny consulting operation out of its torpor and turn it into something much bigger and more powerful on the back of the applications that Jeff Walker had begun to develop a few years earlier. Whereas databases were sold to the techies running corporate data centers, selling applications required understanding every aspect of a customer's business.

Shaw says: "I walked into a two-hundred-person consulting business and probably a hundred ninety-five of them were the wrong people. The mandate was: how do you grow this, how do we get it better integrated with the sales force? I took the job because there was a real opportunity to really drive the customer proposition from a services perspective. It went from an ugly duckling losing a lot of money doing little three-day projects, and customers complaining about consultants just out of training class who think they know more than their own people, into, by the time I left in 1998, a very profitable organization with seventeen thousand people and pushing three billion dollars in revenues."

Building a vast consulting organization was as strategically daring as it was risky. It would have enormous consequences, both good and bad, for Oracle. The danger was that if it became a direct competitor to the Big Five IT consulting companies it would risk having its immature applications business cold-shouldered by the firms who made software choices on behalf of their clients in favor of the much-better-established SAP and the promising new kid on the block, the client/server-focused PeopleSoft. On the other hand Oracle had come to recognize that developing and selling apps was very different from the database business, and having its own consulting operation was a way to gain the skills it needed to succeed.

Shaw says that in his first year the decision was revisited many times: "Larry came to me when we reached the first milestone for us, which was when we did a hundred million dollars. We were probably celebrating 'Do you think you could ever make this larger than Andersen Consulting?' I said, I doubt it, but in the back of my mind I was thinking, the next plateau is becoming a billion-dollar business and then a multibillion-dollar business. Larry was always insightful. He said, 'Look at the evolutionary state of a set of our products. Arrogantly, you can think that we don't really need to listen to the customers on the database because we know more about database technology than they do, so you can really drive the requirements internally towards the external market.' But when it came to applications, the users knew a lot more about the functionality they needed to run their business.

"And at the stage we were at, of trying to integrate the core database technology with the development tools and then adding applications on top of that, Larry said, 'This is going to be a mess to manage if I also have to integrate with a bunch of systems integrators and have them bothering my development organization. They'll slow down the implementation of

projects because they're not serving a single master; they're serving whatever they can generate services around.' So I think Larry and I and Ray basically made the decision, we're going to go for it. We'll be channel friendly as long as the channels bring the business, but if the channel is just looking for us to hand off all systems integration business without helping us influence it, we're probably not interested. Would a third party really invest the time to learn our products, or would it slow us down in terms of penetrating accounts with our applications? We had so many people questioning either their functionality or the integration of the technology that we decided to cover ourselves and build the business ourselves. So the decision was, let's go build a very successful consulting business around that."

Nine months after Ray Lane's arrival, Oracle managed to beat analysts' expectations for the traditionally tough third quarter of its fiscal year, bringing in revenues of $371 million and nearly doubling net income over the previous year to $29.2 million. Lane says, "The message was starting to get out that we were serious about serving customers. We'd shipped the product [Oracle 7], not empty boxes. International, run by Geoff Squire, was doing well—average growth numbers but with great profitability. People were saying that it looked like a turnaround was in progress, and that's all you need to move the stock. The day we announced the Q3, the stock bounced eight points, from fifteen dollars to twenty-three." The message was that Oracle had turned the corner. Lane's gamble had already paid off financially: "I was in the game; and after the first year, I thought, I can do this. It's going to be a good ride."

Lane's focus continued to be on bringing order, discipline, and a service ethic to the sales force. By the end of the 1993 fiscal year, he felt confident enough to change all the compensation plans. The two biggest changes he made were to insist that the sales organization should not be paid extra for service and to change the quotas for individual salespeople in relation to the size of their accounts. "They were saying to me, 'If you want service, Ray, if you want us to be good guys, then pay us for being good guys.' I said, 'No. That's something that comes with your DNA.'"*

"When I came in," says Lane, "I also found that all the quotas were

*LE writes: Interestingly enough, the sales force eventually wore Ray down and he started paying them for selling consulting services. It was fascinating watching Ray interact with our sales force over the years. Sometimes he changed them. Sometimes they changed him.

the same—everyone had a two-million-dollar quota. Even the guy at General Motors. The list price of all the Oracle products he could sell to GM would probably come to two hundred million or more. He could say, 'If you buy the whole book, I'll discount at ninety percent.' With a twenty-million-dollar deal and a two-million-dollar quota, he makes a lot of money and the CIO that buys the stuff is a hero. So the salesman leaves Oracle because he can't sell anything more, having sold the whole book. Meanwhile, the customer is saying 'What can I do with all this crap?' We had thousands of customers in that situation. So I customized the quotas for potential and a lot of the cowboys left. I knew I would drive them out. Now if you've got GM, you're going to get a ten-million-dollar quota, you're going to sign up to stay, and you're not going to be allowed to sell everything in the price book in one deal."

Ellison couldn't have been happier with Lane's impact on the company. He had brought in other senior managers from Booz Allen, as well as a number from EDS and IBM, who were a different species from Kennedy's pack dogs and who had precisely the effect on the field that Ellison had hoped. Jenny Overstreet says, "Larry was just totally jazzed to have Ray and Jeff Henley around to teach him about what happened in grown-up companies." In fact, Ellison was so thrilled by Lane's performance and the impression of gravitas he lent the company that when Lane began to suggest taking on more responsibility, he didn't hesitate to give it to him.

Ellison says, "Ray had done a great job in the U.S., so when he asked for more responsibility I gave it to him. The problem was I gave him too much, too fast. Ray went from running U.S. sales to running global sales in October 1993. That was mistake number one. I removed Geoff Squire from running Oracle Europe. That was mistake number two. Then I gave Ray customer support. That was mistake number three." The rapidly expanding consulting organization run by Robert Shaw also reported to Lane. When Lane had arrived at Oracle, his position, if anything, had been slightly beneath those of Jeff Henley and Geoff Squire.

Lane, however, bears no responsibility for the firing of Squire, which Ellison now so bitterly regrets. The two men got on well from the outset despite Ellison's having (typically) failed to explain clearly to either who was the other's boss. Squire, who had moved back to London after the Lane, knowing that management of global sales would at some time revert to the United States. But Ellison had other ideas. Meeting Ellison for what he expected to be a routine session over breakfast in a London

104    SOFTWAR[E]

hotel, Squire kicked off his "to do" list with some senior appointments he had been waiting for Ellison's approval on. Ellison said, "Ah yes, that's what I wanted to discuss with you, we won't be needing them. Ray is taking over International." Squire says: "I then asked him what he wanted me to do. He didn't say anything, and it was about five to ten and I had another meeting to go to. He looked uncomfortable, so I said, 'You're surely not . . . you don't want me in the company?' He nodded and I said, 'That's ridiculous,' and I left him there. After that, it got silly with lawyers."

Looking back on it now, Ellison says, "Removing Geoff Squire from Oracle Europe was the mother of all the management mistakes I made that year. Geoff was probably the most talented field executive we've ever had at Oracle. He proved just how good he was by building Veritas out of an acquired amalgam of tech company flotsam and jetsam. Geoff is an extraordinarily gifted guy—and I fired him. Ugh."

Within two years, Ray Lane was not only very clearly Ellison's number two but was in practice running far more of the business than his boss. From Ellison's point of view, it meant that he was able to spend most of his time doing what he liked best: leading the developers in the database and the tools groups. It was also good timing because Ellison's cofounder Bob Miner had quit his development role at the end of 1992. He was unsuited to managing the big teams of engineers that Oracle by now employed and was fed up with the unrelenting pressure to meet product deadlines. Things had come to a head at one of the Monday management committee meetings over the release date of Oracle 7.1, and Ray Lane had banged the table in frustration.

Ellison recalls, "In the meeting, I asked Bob to commit to a date for Oracle 7.1. He wouldn't provide a date. I kept asking. Finally Bob got angry and threw a crumpled-up piece of paper in the middle of the table and said, 'Okay, there's your fucking schedule.' The room went silent. After a long pause Bob said, 'Everyone is working their ass off. It's done when it's done.' That evening Bob called me at home and said, 'Look, I'm going to make it easy for you. I'm going to let Derry run database development.' Bob knew I would never take him out of his job—so Bob did it himself."

A year later, Miner was diagnosed with lung cancer, and a year after that, he was dead. Ellison says of him, "Oracle changed a lot of people, but not Bob Miner. He never bought a new house. He never bought a fancy car or boat. He never ever changed. He never got swept away by ambition."

GROWING UP    105

The departure and death of Miner affected Ellison personally, but without him, the little group Miner had taken off to San Francisco disbanded and returned to Oracle, mainly to the database group. One of them was Ed Screven, who had previously worked with Jeff Walker. "Bob was an incredibly smart guy with great technical intuition. We were trying to build a kind of next-generation application execution environment. We had a lot of good ideas and it was fun, but we didn't make much progress. It was just way too ambitious."

As for Ellison, despite a fair amount of turmoil in his personal life (see Chapter 20) and having survived a couple of near-death experiences of his own (between the end of 1991 and the middle of 1992, he had managed to break his neck while body surfing in Hawaii and smash one of his elbows when his front bicycle wheel stuck in a disused railway track while he was careering downhill near Napa), he was fully focused on propelling Oracle clear of the pack of other database vendors. His strategy rested on three legs. The first, and most important, was achieving real product superiority over Sybase and Informix, Oracle's main rivals in the early 1990s. With the release of Oracle 7 and, in particular, Version 7.1 in 1993, Oracle had, for the first time in several years, unambiguously the best database on the market. The second was in some ways a repeat of what had worked for Oracle in the 1980s when Ingres had been the target. Ellison was determined to exploit the strength of Oracle 7 by building market share no matter what the cost.

Ray Lane believes that Ellison's obsession with growth may have been one of the factors behind his sacking Geoff Squire. Although Europe was extremely profitable, it was not growing fast enough for Ellison. The country managers appointed by Squire to run subsidiaries, such as Michel Rocher in France, had considerable autonomy, and some of them preferred slow growth and big profits. Lane says, "Larry was constantly saying that we were losing market share to Sybase every day in France and he didn't care how profitable France was. I told him, 'Larry, if we do this, ramp up growth, we'll need to hire more salesmen, really saturate the market, but we're going to have a profitability problem.' He said, 'I don't give a shit about profits. I want to beat Sybase.' So that's what we did." *

*LE writes: It's true. I wanted to knock out Sybase while they were technically behind and vulnerable, even if it meant sacrificing profits in the near term. If we were successful, the profits would be greater in the long run.

It didn't take long to work. Lane remembers, during a trip to London in early 1994, Ellison getting him out of bed at three in the morning to deliver the news that Sybase had badly missed its quarter. "He just said, 'It's over.' He was the happiest I'd ever known him. They never, never recovered. Then it was Informix. I remember we broke Informix in about a year and half. We had more salespeople, we went for their key accounts, and we made sure that we never lost on price." Tellingly, the bonus scheme that Ellison, Lane, and Henley shared in was based on one thing: market share. If Oracle was growing at twice the rate of Sybase, the bonus would be doubled. Lane recalls, "The year Informix hit the wall the bonus got multiplied times thirty-three, but of course, the board couldn't let that happen. Larry has to have an enemy. Larry's the most focused individual I've ever seen when he has something to beat."

The third leg of the strategy was for Oracle to be increasingly seen as more than just a maker of databases. Ellison's interest in massively parallel processing (MPP), or clustering technology as it was also known, was as strong as ever. It had helped deliver the crushing benchmark performance figures that Oracle's marketing machine had blitzed the opposition with, but Ellison believed that it might have another application that could take Oracle into a very different world from the corporate computing engine rooms that had been its sole habitat up to that point.

In the early 1990s, there was growing excitement about the perceived convergence among the telecommunications, media, and computing industries. The idea was that the telephone and cable companies would build incredibly high capacity fiber-optic networks, replacing old twisted copper wire and primitive one-way broadcast cable systems; the computer firms would come up with ways to move data from one end of the network to another at high speed and convert bits of information into high-quality streamed sound and pictures; the television companies and the film studios would digitize their huge programming libraries and develop interactive and transactive content with retail and financial services partners; the killer applications, many believed, would be video-on-demand (VOD) and home shopping. The whole caboodle went by the name of the "information superhighway," and everyone, it seemed, wanted to be a part of it. Including Larry Ellison.

Ellison reckoned that he had at his disposal a number of the pieces that were needed to make the information superhighway, and VOD in particular, possible. The two assets Ellison controlled were the leading relational database management system and a majority stake in a Silicon Valley–based computer hardware company called nCUBE, which he had

acquired in 1988 for around $11 million of his own money (Bob Miner had put in about $5 million). Ellison maintained that Oracle should never go into hardware itself because it must always be seen to be platform-agnostic. nCUBE had been started five years earlier by some engineers from Intel, and it was an early leader in building massively parallel computers—relatively compact machines with multiple processors and the ability to calculate far faster than conventional mainframes.

Ellison hoped that one day an ultrareliable version of the Oracle database would run on the nCUBE boxes. It was partly his belief in MPP as the way of the future that had resulted in the rewriting of Oracle 6 with all the consequent problems of lateness and chronic unreliability. Unfortunately the nCUBE machines were very tricky and time-consuming to program, which made them unsuitable for the rough-and-tumble of corporate computing. But Ellison realized that it might be possible to use them for the much more specialized task of serving up streamed video.

What attracted Ellison to video-on-demand was not just the possibility of being able to sell more software and finally make some money from nCUBE but the opportunity to link Oracle with something that everybody was talking about and that was more glamorous and consumer-oriented than Oracle's usual business. Ellison says: "VOD had become very fashionable." The technical problem presented by VOD was moving very large amounts of data, all those bits that make up the movie images, off disks and onto the Net fast enough. The performance bottleneck was the video server computer's memory system. But if you have multiple memories, as you have with a massively parallel machine, then you have all the bandwidth you need for VOD. Problem solved. So we set off to build the software for a massively parallel video server."

In 1993, Ellison co-opted a team of some of his brightest young engineers to solve the technical problems of building a media server that could handle video, audio, and text on the nCUBE platform. Within a

*I.E writes: If you work in Silicon Valley long enough, you can't help noticing how much the technology industry resembles the women's clothing business. Both are fashion-driven. Fashionable ideas are hot, while the others are not. In the early '90s, VOD was fashionable and everyone—Oracle, Microsoft, Sun—was doing VOD. These days "Web services" are hot, so everyone is doing and talking about Web services. If you are out of step with the latest fashion in the tech industry, the tech analysts say nasty things about you and you don't get your picture on the cover of magazines.

few months, they succeeded. How much the software had to do with Oracle's database technology is debatable, but at least the shared-disk approach to architecture that had made Oracle so hard to finish finally came into its own. By January 1994, the technology was sufficiently stable to be rolled out at an event hosted by Walter Cronkite at the CBS studios in Hollywood.

Ellison was already experiencing a degree of limelight that didn't normally come with selling databases. He met entertainment moguls such as Michael Eisner of Disney, Rupert Murdoch, and Barry Diller, and also made his first appearance on the cover of *Fortune* magazine. The accompanying article by Alan Deutschman, gratifyingly entitled "Software's Other Billionaire," was in marked contrast to the kind of press that Ellison had been getting only a couple of years earlier. Best of all were the pictures showing Ellison in the Japanese garden of his home in Atherton surrounded by lots of little television sets. The message couldn't have been clearer or better for Oracle: here was the man who was making the dream of video-on-demand into reality.

Was it all a dazzling digression from Oracle's real business, a bit like the network computer that was still to come? Marc Benniof strongly disagrees: "With both the network computer and the video server, you can see a very important part of the way Larry thinks about things. He will create a strategy that elevates Oracle and also destabilizes a competitor in one movement. It's like the martial arts of business. He's very good at this. The video server strengthened Oracle because it made people much more aware of Oracle, the Oracle brand, and Larry the visionary. After the *Fortune* article there were a bunch of other pieces all saying the same kind of thing. It not only drove people to Oracle, all the competitors were going crazy saying, 'Gee, what should we do?' Microsoft had to respond and so did Silicon Graphics, which was very hot in those days, and the other database companies. They don't even know what's happening to their own psychology when Larry is out there doing his stuff."

The glitzy presentation of Oracle's all-singing, all-dancing VOD technology at CBS didn't go quite as planned, but not because of the gremlins that traditionally conspire to undermine carefully rehearsed tech demos. At 4.30 on the morning of the rollout a powerful earthquake measuring 6.7 on the Richter scale struck the Northridge area of greater Los Angeles, destroying buildings and collapsing freeways. Ellison was in his hotel. "People were pounding on my door telling me to get out of the hotel because of the earthquake. I told them to go the hell away so I could

go back to sleep. I had already been awakened by a huge crash in my room followed by what sounded like a series of gunshots coming from the bathroom. I didn't care. I wanted to be well rested for the presentation the next morning. I went back to sleep. The next morning I discovered what caused the noises in my room. The 'gunshots' were ceramic tiles exploding off the bathroom wall as the building swayed back and forth. The big crash was the armoire with the big-screen TV falling face first onto the floor."

Maybe it was also an omen. The demo had to be postponed because Cronkite was pulled out to work on the earthquake. Unlike the television in Ellison's room, VOD went out with a whimper rather than a bang. It wasn't, however, because the technology didn't work. Time Warner ran a big pilot for a couple of years down in Orlando, Florida, while Oracle partnered big telephone companies in similar pilot services on both sides of the Atlantic. One was with British Telecom, involving two thousand paying customers in Ipswich, which ran for a year, until the end of 1995. Oracle provided the software, nCUBE the servers, Apple had been persuaded by Ellison to build a set-top box based on the Macintosh computer, BT ran the high-speed network, and a group of media companies from the BBC to some of the Hollywood studios contributed content.

The findings of the experiment were pretty uniform. The technology scaled perfectly, as Oracle had promised it would, although the nCUBE boxes were expensive because of their proprietary processors. People also liked the service a lot and were prepared to buy some of their television on a program-by-program basis (in Ipswich, the most popular feature was the chance to watch favorite soaps a day before they were broadcast, thus enabling subscribers to be one up on their friends). Unfortunately, they weren't spending enough, either on entertainment or on the primitive online shopping that was also provided, to give the telcos any confidence that they would get a return if they spent billions building out the new networks and running fiber to the doors of their customers.

Ellison says, "It's really embarrassing looking back on it. We all believed this was going to happen. Bill Gates even wrote a book about it. I thought I was so smart figuring out how to use a massively parallel computer to solve the VOD technical problem. Unfortunately, the barrier turned out to be economic, not technical. Consumers were unwilling to pay very much for VOD movies, and the market for training videos and shopping services was too small to make up for it. It didn't matter how

good our video server was, it just didn't make economic sense to spend billions building a broadband network to everyone's home."

Three other developments also explained the telcos' failure to push ahead. One was an emerging technology called digital subscriber line (DSL), which offered the promise of turning standard paired copper wire into a much fatter pipe. While the bandwidth would still be much less than that of fiber, advances being made in digital compression offered the possibility of soon being able to deliver broadcast-quality video through the existing network. BT said it might mean the difference between spending $3 billion and well over $20 billion. The second was the imminent arrival of digital television with the capacity to deliver more than five hundred video streams, a good many of which could be used to offer movies with staggered start times on a pay-per-view basis. Near-video-on-demand was nothing like the real thing, but the telco bosses were worried that a lot of people would think it good enough.

Finally, there was the arrival of the Internet as a mass-market platform, thanks to the creation of the World Wide Web by Tim Berners-Lee and Marc Andreessen's point-and-click browser. While the Web still needed big bandwidth to provide video of acceptable quality, it was a fundamentally different approach to the proprietary networks that the telcos had had in mind. And while the Internet might not yet be a good way of distributing movies, it was likely to be much better at delivering most of the other online services that the telcos had hoped to earn commissions from. By the end of 1996, almost nobody was talking about the information superhighway anymore. Video-on-demand might have been only resting, but nobody could say when it would be revived.

But for Larry Ellison, the whole interactive TV thing had been a wonderful ride that had cost very little money and had fundamentally changed the public perception of Oracle. At the beginning of the 1990s, hardly anyone had heard of Oracle except for IT managers. By the middle of the decade, if it wasn't exactly a household name, it was widely recognized by technology investors and readers of the business press. Ellison had set out to stop people talking about Oracle and other database companies and get them talking about Oracle and Microsoft. "Oracle was now perceived as a software heavyweight, ranked just behind Microsoft and IBM. Customers who bought our products could trust that we were going to be around for a long time. We were a survivor. The same could not be said for Sybase and Informix. And if customers don't believe you're going to survive—you won't."

Oracle, by 1994, barely three years after so nearly self-destructing,

had conclusively triumphed in the vicious database wars, in large measure thanks to Ellison's incredible competitiveness and strategic brilliance. But the same could not be said of the applications business that was supposed to become the main driver of the company's growth as the database market matured. Applications would become Oracle's and Ellison's crucible.

# 7

# BEST-OF-BREED

When Ray Lane arrived at Oracle in the middle of 1992, the still relatively young applications business that Jeff Walker had founded six years earlier was growing fast. Its first products might have been thin on features and bug-infested, but by the early 1990s Oracle had nearly 1,500 customers, made up of mainly fairly small or midtier American companies, running their financial, human resources, and manufacturing packages without too many complaints.

Lane says, "Walker was brilliant. He created some very innovative things in those applications and he used Oracle's technology better than either SAP or PeopleSoft. The customers were happy, they liked the innovations, and they bought them because they were open systems, whereas every other application company's at the time were all closed and proprietary running on mainframes or minicomputers." What Lane meant by "open" was that Oracle's apps were built on the UNIX operating system and on the relational database—two major differentiators from the competition that, moreover, a sales force used to selling databases understood and felt comfortable talking about.

Lane believed that these qualities, combined with the rapidly expanding consulting organization that Robert Shaw now had a mandate from Ellison to build, would ensure growing success for Oracle's applications. There was a lot riding on it, given that nearly everyone at Redwood Shores, even Ellison, to some extent, believed that the database market was fast maturing. Oracle might never get back to doubling its revenues each year, and it was too big for that anyway with sales running at $1.2 billion for the 1992 fiscal year, but the combination of applications and

consulting would ensure that Oracle recovered and held on to its status (and its stock rating) as a growth company.

However, for anyone who wanted to look problems were already beginning to build up in applications. Unlike Ellison on the database side of development, Walker had not stuck to a policy of hiring only the best and brightest. Ellison says, "Jeff wanted people who were totally loyal to him and his ideas. That made it hard for him to hold on to the best people." Ed Screven, who worked with Walker, says that he was a bully who had favorites while picking others out for vilification: "I mean, the guy literally made them cry." The consequence was that when Walker was fired, he failed to leave much talent behind him. Screven says, "We had a series of very poor managers who were no good at building a competent engineering organization."

Part of Walker's legacy that stored up trouble for the future was that he implemented his own tools. Oracle's own tools operation under Sohaib Abbasi was concentrated on going after the market for building customized applications for the database. In other words, Abbasi was creating tools to leverage the database as it evolved from host-based computing to client/server, while the tools in applications were stuck without a migration path to the new platform. The consequence was that Oracle's applications were not rewritten to run in client/server mode until 1993, and even then Oracle's tools proved extremely difficult to adapt to the kind of graphical user interface (GUI) that PeopleSoft was making popular and that customers expected to find on their Windows desktop PCs.

To make matters worse, in 1992 Ellison and Abbasi had taken a fateful decision to extend Oracle's portability proposition to supporting as development platforms a wide variety of emerging graphical user interfaces. The list included Windows, Apple's Macintosh, IBM's OS/2 Presentation Manager, OSF's Motif, and Sun's Ultimate. The decision was based partly on what had worked for Oracle in the past and partly on not wanting to give too much of a helping hand to Microsoft by betting more strongly on Windows. However, as Abbasi says, "The pressure was on me to deliver technologies that would enable portable user interfaces, but it was much more difficult than we expected and original estimates were off by two or three years, but by then the market had already determined that Windows would be the dominant GUI. It ended up being a very expensive decision." *

*LE writes: It was a mistake, and it was my mistake. I didn't think that Microsoft Windows would crush IBM OS/2 and all the other desktop systems—but it did.

What both of these costly mistakes showed was that Oracle's technology development was being driven almost entirely by the requirements of the database rather than the applications business. Not surprisingly, as by his own admission Ellison was barely thinking about what was needed to help applications. He admits, "I paid no attention to the goings-on in applications. I was a disinterested bystander." The truth is that Ellison found applications and the mainly clerical functions that the software of the time was designed to automate unspeakably dull compared with the intellectual purity of the mathematics and physics that were at the heart of database development, never mind the glitz of Hollywood and interactive television.

Ellison's neglect meant that Oracle's applications were in no shape to respond effectively to what was about to hit them. It was called R/3. In 1992, the German software powerhouse, SAP, which had been founded by five former IBM systems engineers in 1972 (it stands for Systemanalyse und Programmentwicklung—Systems Analysis and Program Development), had at last announced a client/server version of its R/2 applications suite. Launched in 1979 after several years of painstaking development, R/2, which ran on mainframes, was widely recognized as the most complete and thoroughly engineered of the new breed of packaged applications. Typically, SAP hadn't skipped to the new client/server paradigm with great speed or nimbleness. But it had done so with precision and meticulous planning. At the same time as R/3 was being developed, SAP was also preparing a serious assault on the largely untapped U.S. market, with SAP America establishing a development center just a few miles from Redwood Shores in Foster City.

For Oracle's applications, R/3's arrival in 1993 was a disaster. Ray Lane says, "R/3 changed the game. Although we'd had some success in that area, we weren't really an application company. Our sales force and our consultants didn't really understand how to compete in the applications business." They had been able to sell saying 'open' and 'relational,'

*LE writes: Ray and I both agreed that our database sales force was not very good at selling applications. But we disagreed as to why and what to do about it. Ray thought the problem was they didn't understand how to sell applications due to lack of training and relevant industry experience. I agreed with those points but thought the problem was compounded by the fact that our salespeople would be foolish to spend their time competing for applications deals when they could make much more money by concentrating on selling the data-

just like when they sold databases. But when R/3 came along, it took that advantage away. We now had to fight on a different battleground, and that was business functionality. No contest. We didn't even come close. Against SAP, we were a fraction. So we went on what turned into a four-year binge to try and catch up with SAP. From 1993 through to 1997, our entire application effort was devoted to trying to build the features to compete."

Lane realized from the outset that competing against SAP would be very difficult. SAP had slowly spread from its base in Germany to one European country after another, adding localization and translation as it went. By adding the features that American companies needed, it was able, at a stroke, to double its potential market. For Oracle, it was the other way around. Lane says, "We didn't have Italian accounting, say, or German manufacturing. To double our market size, we had to go to twenty-seven different countries in Europe." Nor was it just a case of not being able to attack local markets in which SAP was entrenched; for any global business with operations across many borders, Oracle in 1993 wasn't even an option. While SAP could aim for the biggest and most profitable accounts, Oracle faced being left scrabbling for smaller customers, which were now in SAP's sights because unlike R/2, which could run only on mainframes, R/3 would work on just about any computer.

Nor did Oracle really understand just how different the applications business was from selling databases. The Oracle sales force wasn't used to dealing with senior management, nor did it have the expertise about the requirements of different industry "verticals," such as energy or financial services, how customers ran their organizations, and therefore what functionality was likely to be the most important to them. Lane says, "SAP called very high. They called at the boardroom and the CEO, and our guys are used to calling at the CIO and down—talking about technology with database administrators." Jeff Henley says, "Even today, it's hard to get some of our sales force to move beyond the CIO, because

base. No amount of training and experience could ever solve that problem, so I thought we should create a separate, dedicated applications sales force. But I could never convince Ray. He wanted Oracle to have one sales force because he insisted that customers wanted to deal with one and only one Oracle sales force. This grew to become a huge point of contention between Ray and me, and it wasn't until after Ray left that we began splitting and specializing our sales force.

the decision to go the other way from us with consulting. But you've got to remember, they were starting from a company that's twenty years old in the business of applications. I think we lost some market share and penetration to SAP because the partners didn't recommend our product but, at the same time, our product wasn't ready for the Fortune 100 world that they inhabited. It didn't have the globalization and a lot of the functionality it took, so we were probably better off losing that work. At the same time, as SAP grew and we grew, I think they came to be so dependent on the systems integrators that they were unable to compete with us when we moved to rapid implementation and single point of accountability." * *

Ellison's response to the threat from SAP was to appoint thirty-three-year-old Ron Wohl to clean up the mess inside applications and produce a package that would stand comparison with R/3 and PeopleSoft's successful HR and financial packages. He knew that it would not be easy, but he had no idea what a bed of nails he was consigning his protégé to. Ellison, however, had huge faith in Wohl's ability. He had handled the complicated negotiations with Nippon Steel with calmness and intelligence. Since then he had operated as Ellison's chief of staff, and, despite often having to play the difficult role of go-between, he was recognized as technically very smart, straight to deal with, and utterly loyal to Ellison. Ellison believed that Wohl could build the kind of applications development team Oracle needed if it were to compete effectively with SAP—one that was both disciplined and talented.*

The only problem was that Wohl knew very little about the applications business. When Ellison told the rest of the company that he was putting Wohl in charge, there was consternation and then anger. Ray

*LE writes: Robert's analysis is right on. Building our own consulting organization was a two-edged sword. There were as many pluses as minuses.

¹LE writes: The biggest problem in applications development was the mediocrity of the management team—people who were promoted because of their unquestioning loyalty to Jeff Walker. Ron's job was to analyze the organization and figure out who was good and who was smart, and put them in charge. Ron has no tolerance for muddy thinking, so I knew he would quickly find and weed out the mediocre managers. Ron also had to prioritize what features we were going to put into the applications to become more competitive. We needed someone extremely detail-oriented and very, very analytical. Ron is one of the best thinkers in the company so I gave him the job.

that's where they get their meat and potatoes—learning how to sell to a financial guy or an HR or a sales guy or whatever is a big challenge." Over the years, Oracle has struggled with this issue, with some, including Ellison, arguing that there ought to be separate sales forces for the technology and applications products

Nor was it clear whether Robert Shaw's aggressively expanding consulting empire was helping applications or not. It helped to the extent that Oracle was, as Shaw had promised, gaining a great deal of knowledge about integrating Oracle's products. Ellison believed strongly then, as he does now, that for plenty of customers the direct model, in which a single vendor takes responsibility for building a solution, is attractive. However, even by 1994 it was becoming apparent that there were significant costs to the way Oracle was going about building its consulting business.

SAP had carefully nurtured relationships within the Big Five consulting firms, especially with Andersen Consulting, the largest systems integrator in the world. When companies were deciding whether and how they were going to implement an ERP system, they rarely started off by talking directly to the software vendors. Instead, they would ask one of the consultancies, usually one with which they had an existing relationship, to evaluate their business processes and then recommend the software that would best fit their requirements.

Although SAP's suite was far from perfect—it was notoriously inflexible and hard to put in (not that that worried consultants too much, who were paid according to the length of the job)—most of the required functionality was in place and, critically, the consultants would not be pitching the software of a company that appeared intent on stealing their lunch. What's more, a recommendation in favor of Oracle's applications would run the risk of the customer then inviting Oracle Consulting to pitch for the work. It made choosing SAP a no-brainer. Jeff Henley says, "We totally screwed up partnering by building this big consulting group. We totally pissed off our partners."

Ellison, as he does so often, claims naiveté: "I wasn't aware of how important the consulting companies were in recommending applications, because they weren't very important making recommendations in the database market. I didn't understand that building a big consulting business was making it much harder for us to sell our applications, so I supported building up our consulting business while SAP was off building alliances. We made very little effort to work with consulting partners."

Robert Shaw, unsurprisingly, sees it differently: "SAP obviously made

Lane says, "When Larry put Ron in charge of applications, all of us were just shocked. He'd never run a large organization, never done any development of any consequence. He was a smart guy, but he knew nothing about applications, didn't know our products because he'd lived with Larry. He was kind of a thinking guy. Very seldom do software companies succeed when they try and build a second front, a second product, and second market. This was going to be our big play—by the year 2000 this was going to be billions of dollars of revenue. So I said, 'Ron Wohl, I don't think so.' I was probably negative from the very beginning on Ron Wohl."

From the outset, Lane seemed unwilling to understand the extent of the difficulties that Wohl was grappling with. The organization Wohl had been asked to take over was a shambles. Oracle had been late to client/server in both technology and applications, it had embarked on a disastrously flawed strategy in tools with devastating effects for applications, and much of the business functionality that had taken SAP's much larger development team many years to complete was simply absent. Yet within a year, Lane was denouncing Wohl as a failure.

It's possible that if Wohl had been a different type of personality, the relationship between himself and Lane would not have deteriorated so rapidly. Jay Nussbaum, who was running Oracle's federal government operation, says. "At school, Ron would have been the smartest guy, but he doesn't have street sense. He can outthink you and outpause you, but nothing comes back." For Ron Wohl, read Ron Wall.

Ellison says of Wohl, "The things that make him good—his analytical ability, his detail orientation, and most of all his caution before he makes a commitment—make Ron so different from Ray that it was a constant struggle for them to work together. Ray is the type of guy who believes when something needs to be done you do whatever is necessary and make it happen. Ron believes when something needs to be done you analyze it thoroughly so you understand exactly how it can be done—if it can be done at all. Ray manages by force of personality. He wills things to get done. Robert Shaw, an ex-marine, strongly shared Ray's 'can do' attitude. Ron frustrated the hell out of both Ray and Robert. They'd come to him and say, 'Okay, to get this deal done we have to promise this,' and Ron would say, 'Well, that's nice, but we can't deliver it.' They hated hearing that. Ron was killing their deals. It drove them crazy. So Ron got nicknamed 'Doctor No.' Ray never saw Ron as someone he could do business with."

The frustration of Lane and Shaw over running a features race with

SAP that Oracle could never win, and their inability to relate to Wohl, was understandable but not exactly helpful. They were in the front line, dealing with protests from the field, and were only reacting to the difficulties of delivering on the commitments made to customers. Tensions between the development and distribution organizations in software firms are almost inevitable. Sales and consulting think that developers sit in ivory towers, insulated from the real world of deals, implementations, and dissatisfied customers. They are the ones who suffer, above all in their wallets, when development is late in delivering anticipated functionality or when the products that do ship are buggy and unstable. For its part, development tends to believe that sales will say anything that customers want to hear to snag their fat commissions and then expect engineers to perform miracles to rescue them from the consequences of their overpromising. But at Oracle in the mid-1990s, the divisions and the factional warfare were beginning to get out of hand.

Robert Shaw says, "The consulting business was there first and foremost to drive product adoption and to have experts on site who knew the products and could get the stuff to work better, quicker than outside consulting firms. But what was not there from the beginning was a good interface between consulting and development to get product issues and future requirements from the field back into the development organization. The number of bugs, the number of deficiencies in the applications being uncovered by the field, was just overwhelming. It was almost catastrophic. We were always the ones that found the problems that would embarrass development. We were always on their case because we wanted relief in our budget* because we were spending so much time building around the product to make it work in a customer site."

It didn't take long for Ray Lane to lose patience with Wohl completely. "I went to Ron one day, and I said that I had finally had it and that I was

*LE writes: If consulting claimed that a product bug had cost them extra unbillable time at a customer, Ray would give the consulting team "budget relief" and the team's bonuses would not be affected. It sounds reasonable, but it created a perverse incentive to blame everything on product bugs. If consultants admitted they had made a mistake, their bonuses would go down. If consultants blamed it on development, their bonuses would be safe. Not surprisingly, just about every delayed and failed consulting project was blamed on the product. This perverse process of paying for the placement of blame poisoned the relationship between applications development and consulting.

going to go to Larry and recommend he take him out of the job. I said to him that I'd never stab him in the back, but I would stab in the chest. Ron didn't say anything except, 'Okay, fine.' It was like, 'I think you're kind of crazy for doing it because I know Larry loves me.' " If that's what Wohl was thinking, he was right. It wouldn't be the last time that Lane would try to get Wohl fired. It was the beginning of a war of attrition between the two men that would last for years.

However, it wasn't in Lane's nature to accept what he felt was an intolerable situation. If development under Wohl couldn't or wouldn't produce the weapons to make the fight with SAP more equal, Lane's side of the company would come up with an answer of its own. The idea came from Shaw's hard-charging consulting operation. Shaw says, "We'd made the first step of training the sales force on how to sell solutions. Then, at the next level, when we started competing for the major accounts with SAP, it became obvious that if, say, you're going to a major oil company you'd better have somebody who knows how an oil company works and can talk about the issues—the same with a pharmaceutical company or any of the retail process industries. So Larry and Ray gave me the task of building a sales force that could compete more successfully and aggressively by vertical markets with SAP."

Apart from manufacturing industries, where Oracle was relatively strong, the verticalization of the sales force* only rammed home the absence of business functionality in the markets that Oracle was now trying to target. Shaw says, "When we looked at the development plan and how long it would be before we would have a competing product with rich functionality on a global basis, it was measured in years, not months. So that's why we came up with the strategy of, 'Can we go out and build partnerships with other applications companies?' where we'd preintegrate suites made up of Oracle and third-party software for verticals like the CPG [consumer packaged goods] market and the energy business."

Ron Wohl acknowledges that he could nor give Lane and Shaw what they wanted: "When Ray and his team demanded a CPG solution, development didn't have any good answer because we couldn't build it in anything like the time frame that sales wanted. Sometimes, the engineering

*LE writes: Verticalizing an applications sales force by industry made sense. Verticalizing our database sales force did not. We needed to segment into separate sales forces. But Ray refused. He verticalized everything. It was a costly mistake.

answer may not be acceptable to sales. They tried to convince Larry that Oracle's strength was its sales force rather than its products—if we need to license the product from somebody else, let's go ahead and do it. Robert and Ray really wanted those markets so badly."

Faced with apparently insuperable time-to-market problems, Oracle embraced a best-of-breed approach by identifying the vendors that had products that could fill the gaps in its own package and by coming up with a methodology for gluing them together into complete suites that would be a match for SAP. Lane says, "The idea was that we would design these templates that would convince the customer we had the right foundation. We had financials and we had HR, but it had taken us four years to build global financials. To compete against SAP, who had everything, we would work with these other companies to fill the gaps. I endorsed the strategy, and Larry endorsed it." He also maintains that Ellison was as enthusiastic as he was to go down the best-of-breed road: "Larry bought it hook, line, and sinker." Ellison, however, claims that he was always "a little uncomfortable about using the Oracle sales force to sell third-party products." But he was won over both by the arguments that Shaw presented and by the need to take some of the heat off Wohl.*

In early 1995, board member Joe Costello of Cadence Design had come out in support of Lane's campaign to oust Wohl. Costello had complained to the board that a presentation that Wohl had given to the board of Oracle's applications strategy was "uninspiring, uninsightful, with no clear picture of how he was going to beat the competition." At the subsequent board meeting, he rounded on Ellison, who he believed was protecting Wohl and failed to understand how disastrous things in applications were. Ellison was shaken by the intensity of Costello's attack: "Joe jumped up and started screaming at me, 'Larry, you're fucking up, you're fucking up the company again, just like last time, you're fucking it up!' all because I wouldn't fire Ron Wohl."[1] After such an outburst, Costello

*LE writes: Frankly, I was getting tired of hearing Ray tell me over and over again how he could do a better job than Ron by having consulting build vertical industry application suites by integrating best-of-breed third-party products. I decided to let him try. If he succeeded, great; if he failed, he would better understand the complexities of application development. Expensive mistake. I never should have let Ray build and sell best-of-breed suites.

*LE writes: Joe had joined Ray in demanding that I fire Ron. But I don't think that Joe wanted to stop there. I believe he wanted me fired as well.

could not remain on the board. His parting shot was to pick SAP for his firm rather than Oracle.

Ellison had already agreed to the idea of selling some third-party content if it meant Oracle could win deals it would otherwise lose. "Selling ten million dollars' worth of Oracle applications along with two million dollars' worth of i2 [a supply-chain specialist] and a custom integration project was just fine. I had no objection to selling third-party applications so long as seventy-five percent of the deal was Oracle product. This phase one of selling third-party products and custom integration worked pretty well, and we won some deals we otherwise would have lost. Phase two was much more ambitious. We'd become the king of best-of-breed by preintegrating our applications with a number of third-party products. We'd develop a best-of-breed suite for a number of different industries. Rather than selling third-party products on an exception basis to win the occasional deal, we'd transform our entire applications business into a best-of-breed suite business. And Ray's consulting organization would run the new applications engineering and marketing teams.

"Why did I agree to this? Well, we weren't doing well in applications and there was tremendous tension in the company as a result. I didn't think that this was the time to fight Ray over applications because I wasn't sure I'd win the battle at the board level. And I didn't have any good answers on how to solve our applications problems quickly. Ray would tell me over and over again how he could do a better job at applications development than Ron. He just wore me down. So I said, 'Okay, go ahead and build your best-of-breed suites. Maybe you're right. I don't think so, but give it your best shot.'* So Oracle started buying and partnering with lots of applications software companies. We built a consumer packaged goods [CPG] suite, an energy upstream and downstream suite, a retail suite, etc. Very quickly we were in several new applications markets. Unfortunately, prepackaged reusable integrations proved very difficult to do, so every time we sold a best-of-breed suite we had to do lots of custom integration for the customer. We lost money—lots of it—on every one we sold."

Jeff Henley says, "Larry sort of said, 'This is a horse's ass thing to do, okay.' It was a moment of weakness. He felt that we were getting screwed and that the field was mad at him." It seemed sensible to

*LE writes: One of the most expensive mistakes I have ever made at Oracle. I never should have let Ray do software product development of any kind.

Ellison to adopt a twin-track strategy. Lane and Shaw would be given their head to work on best-of-breed, while Wohl would continue to slog away, trying to make Oracle's own apps more competitive.

Whatever Ellison's misgivings about allowing the establishment of engineering teams within consulting, once he had given it his blessing he had no choice other than to back it to the hilt. He says, "I wasn't going to try to undermine Ray's strategy—that would have been madness. While I didn't think it would work, I didn't know for certain it wouldn't work, and I certainly didn't think it was unreasonable for us to try. And maybe we'd win more deals if the sales force got behind a strategy they believed in."*

To demonstrate his commitment, Ellison pledged that development would help engineer the vital interfaces between Oracle's own products and those of its partners. Wohl was opposed to the strategy, believing it would divert resources away from making Oracle applications better and because he wasn't sure it could be done. Consequently, Ellison moved a young engineer called Nimish Mehta into applications to work with Shaw's industry groups and provide them with what they needed. Mehta had previously worked on getting Oracle's core technology to work with Windows, but despite his lack of applications experience and Wohl's pronounced skepticism, he was confident that he could pull it off. For Lane, Mehta was a breath of fresh air compared with the nitpicking Wohl.

If there were uncertainties about the "experiment," the 1995 annual report gave no hint of them. "With more than 4,000 consultants in 43 countries, Oracle Services can assemble a global team with the skills necessary to deliver the solutions customers require. . . . Oracle Vertical Markets offers comprehensive industry solutions for selected market segments. Under the Certified Application Partners (CAP) program, Oracle integrates data products from its partner companies to deliver 'best-of-breed,' turnkey solutions to customers in important targeted industries." Reading it, anyone might have thought that this was something that Oracle was already successfully delivering. They would have been wrong.

Nevertheless, the best-of-breed strategy got off to a flying start. Just as Lane and Shaw had hoped, they suddenly had a story that was capable of convincing multinational companies to buy an Oracle solution rather than turn to SAP. Many companies, especially in America, disliked the inflexibility of SAP's software and were happy to back a U.S. competitor

*LE writes: In fact, we did win more deals. But they weren't profitable.

Case 3:01-cv-00988-SI   Document 1549-9   Filed 11/17/08   Page 13 of 48

that promised to deliver an alternative based on gluing together the best software around. Nothing summed it up better than a landmark deal Lane negotiated with the breakfast cereal company Kellogg. In late February 1996 Oracle was committed to providing a viable "Consumer Package Goods Industry Supply Chain Management Solution" to Kellogg within three years that would "maintain a best-of-breed level of functionality, which, at minimum, meets or exceeds the functionality of its foremost competitor's product(s)."

From the suite, Oracle would provide only one component, the financials. The rest would come from other software firms: order management would come from IMI, logistics from Manugistics, maintenance management from TSW, manufacturing from Datalogix (later acquired by Oracle to prevent it from going bust), and warehouse management from McHugh Freeman. Oracle would serve as the system integrator and would market "the resulting solution." All of this would be achieved through "an Oracle CPGI defined interface technique that is based on open application transaction and database standards. The complexity of this interface technique will provide for external bolt-on interfacing, which is significantly easier than interfacing to competitors' solutions."

Naturally, Kellogg would also be expecting and getting massive discounts on both license and consulting fees. However, Oracle would be gaining valuable experience in CPG by working with Kellogg and would be able to use it as a reference account in selling to other companies in the same business. Similar deals were put together with other flagship customers to announce Oracle's arrival as a serious player in a particular sector. Typical was a deal with British Petroleum to provide a complete refinery inventory management system.

Suddenly Oracle's revenues from applications went into overdrive. In the last three months of fiscal 1995, Oracle's sales topped a billion dollars in a quarter for the first time, helped by a 115 percent surge in applications sales. The following year, applications sales showed a 73 percent gain in the final quarter, capping a tenfold rise in profits and share price over the previous four years. Ellison, now chairman of Oracle as well as chief executive officer, singled out Ray Lane for having contributed more to this "unprecedented success" than anyone. Such was Ellison's confidence in Lane that he also announced his promotion to president and chief operating officer. It was probably the high-water mark in their relationship.

In early 1997, Ellison was able to boast that Oracle was not only the number two applications company in the world but was rapidly "gaining

on number one, because our applications install more quickly, adapt to change more easily, and operate more economically." It was a nice story, but it wasn't really true.

The theory of Oracle's best-of-breed strategy to take on SAP was elegant and convincing, but the execution turned out to be almost the exact opposite, partly through the absurd commitments that Oracle was prepared to make to win business, partly because what it was trying to do was extremely difficult, if not actually impossible. Systems integration is difficult enough at the best of times, and SAP implementations became a byword for the time, money, and agony that companies would have to go through to come out with a functioning ERP system at the other end. Many of those that bought into the hype over ERP in the 1990s are still trying to figure out the return on their investment, while a good number would rather not even ask the question.

Although Oracle's applications were designed to be more flexible than SAP's, much of the flexibility was lost by trying to integrate with the applications of other vendors. But the real problem was Oracle's ambition. In most cases, best of breed can be made to work with lots of customization. But even though the same group of vendors' applications may be used in combination on many different occasions, each customer ends up with a computer system that is essentially unique to itself.

What Lane, Shaw, and another ex-Booz consultant named Charlie Schneider set out to do through their integration methodology was to make the whole process repeatable. While Oracle might not make much money on a contract like the one with Kellogg, out of it would come a preintegrated suite that could be sold profitably to other CPG companies at a competitive price. In other words, repeatability equaled leverage. That way Oracle could convince itself—and, more important, Lane could convince Ellison—that it was still a software firm and not just a distributor/integrator.

Ellison remembers, "They had all these wonderful names for the new integration technologies that they were developing: the message backbone, integration glue, and all this other stuff. I tried to get a detailed technical explanation as to how it all worked, but nobody was able to explain it to me. I just couldn't understand what they were saying. One of two possibilities here: I'm too stupid to understand, or they don't understand it either. Even though they couldn't describe how this stuff worked, they just knew it would solve all their product integration problems. Charlie Schneider is a capable guy, but he had never developed software before. I don't think he ever understood the unbelievable difficulty of

building this magical integration technology. Just because they wanted it and needed it, they believed they could build it. It was like, wouldn't it be nice to have flying cars? All we have to do is interface the wings to this Oldsmobile and it will be phenomenal. We just need really good glue. Brilliant."

One of the things that made it so difficult was having to use the proprietary tools of each application partner. Another was getting all the pieces to run on the Oracle database platform. Sohaib Abbasi says, "There were components that had never been built for our database and had to be adapted for it. From a technology point of view, we could never get those applications to fit in with any of our products." But the killer was the upgrade cycles of the third-party vendors.

Ellison says, "IMI would finish a product in June, but Manugistics wouldn't have their new version done until November. The customers were allowed to say which products they wanted, which versions of which product and in what order they wanted them implemented. The customers had so much flexibility that there was no repeatability in the systems integration at all. Each implementation turned out to be unique. The Kellogg contract was a key deal Ray was able to snatch away from SAP at the last minute by making some astoundingly open-ended commitments. The Kellogg contract basically said, 'Oracle will make its applications software do whatever Kellogg needs to run its business, and make the IMI software and all our other partners' software do whatever Kellogg needs too.' Needless to say, Kellogg's software enhancement list was long and our losses were large on that one."

Interestingly, even Robert Shaw, the main evangelist of best-of-breed, doesn't fundamentally disagree with Ellison about the practical difficulties: "At the application layer . . . it rapidly became an engineering nightmare." Ray Lane, however, is unrepentant. He accepts that repeatability was a goal that was never reached and that Oracle went through a lot of pain, especially in CPG, but he doesn't see it as the failure that Ellison does today. "It was the right decision. The only alternative was to let it all go to SAP. Take CPG: we generated a lot of CPG clients, not without a lot of pain, but there are maybe thirty-five to fifty clients in CPG alone, who are still Oracle today, including Kellogg. It generated hundreds of millions of dollars of business."

Lane argues that one of the reasons for Ellison's jaundiced view of best of breed is that he still doesn't understand the applications business. "It's not true what Larry says about Kellogg. No, it wasn't the greatest contract ever, but I think we went into it with our eyes open. Larry's not an appli-

cations guy. With the database, Larry's used to building a product where he can ignore customers. We were building a suite of products, connecting them together and trying to figure out what Kellogg wants it to be at the same time. SAP had hundreds of these projects. Look at the stories of SAP trying to install their suite at Compaq or P&G—a billion dollars, two billion dollars. They lost incredible amounts of money doing this. They had the same problems as we had except that our job was a little tougher because of integrating third-party apps.* But this is something Larry is measuring relative to the database business, which we totally owned and in which you just sell the software and don't change it.

"In many ways," says Lane, "the whole CPG thing was wildly successful. Larry would probably say the problem was it was wildly successful—it sold to too many clients, and we didn't know how to do it. Well the truth is, if Ron Wohl wasn't in charge of applications we could have done it. It can be done. IBM does it today, others do it today.† Larry started off very enthusiastic about this stuff, and then halfway along he started turning on it because Ron would go to him and say, 'IMI needs us to design this thing and that's not in my budget, I need more money.' So and Ron was the only one who had his ear. Best of breed was very difficult, hard to do, but we were doing it because our own applications sucked. He doesn't acknowledge that."

Even with the benefit of hindsight, it is difficult to know exactly where the truth lies. The only question that really matters is whether, despite all its problems, Oracle was better off doing best-of-breed. Lane believes that Oracle still has customers that it would have lost forever without his strategy, while Ellison believes that the business was so unprofitable that it was a disaster. Ellison says, "We'd sell all this stuff from Manugistics and i2 and the others and package it up with services. I'd say, 'Ray, this

*LE writes: A little tougher? Nobody has found a rapid, low-cost way to integrate a lot of applications from different vendors. Not yet, anyway. But I have to give Ray credit. He didn't give up on the idea after he left Oracle. He immediately helped start up a couple of companies to solve the application integration problem, this time using Web services. So far these companies have been unsuccessful. It's a hard problem.

†LE writes: Nonsense. IBM does software product integration with a lot of labor for a lot of money. Low-cost software integration is still beyond the state of the art.

or the customer to eat the additional cost. Consulting managers were paid on the profit margin of the engagement they were working on. The idea was to steer cost they felt was not their fault into the Max Account. Lane expected development to cooperate, putting its hands up if it had failed to produce something that had been promised. According to Ellison, a consequence of the Max Account was that the consulting group dramatically improved its profitability: "The company's profitability was deteriorating, but according to our accounting reports each of Ray's groups was controlling expenses fabulously well. I didn't understand how this could be possible. But I found out. Ray had a system where his managers could spend money and not be charged for it. For example, when Ray wanted to encourage training he told his managers they didn't have to pay for the cost of training their people. Suddenly every sales meeting became a 'training' meeting. There were lots of ways to get expense relief. It was like the goddamn tax code. It created financial incentives for people to do what you wanted them to do. Unfortunately, like the tax code it was loaded with perverse incentives and people learned how to game the system and increase their profit bonuses." *

Another side effect of the Max Account was that it increased the already dangerous amount of finger-pointing. Ellison says, "The idea of people not having to pay for things that aren't their fault sounds fine. But it meant we had to set an adjudication process to determine fault. 'Oh yes, I've spent the money, but it wasn't my fault.' How much was your fault? Are you just pretending it's not your fault? Was about seventy-three percent not your fault? The whole notion of finding, quantifying, and assigning fault within the company was perverse and poisonous."

Jeff Henley says, "Larry always felt like the Max Account was a dark hole. It's a difficult issue. Ray was right that if it was a product problem,

*LE writes: Ray's managers constantly lobbied him for expense relief, and over time he gave in to it. Once that happened, managers who wanted to increase their profit bonuses could do it one of two ways: cut real expenses or lobby Ray for more expense relief. Thus the company's profits went down while managers' profit bonuses went up. Oracle now has a very simple way to hold managers accountable for expenses: If a manager makes the decision to spend the money, then that manager pays for it out of his budget. If somebody else decides to buy something and you use it—like our global network, for example—you don't get charged back for it. I believe managers can be measured and held accountable only for expenses they control.

doesn't make any sense to me, we're not making any money.' And he'd say, 'Well, Larry, it's what customers want to buy.' But Ray, the fact that customers want to buy it is not very interesting if every time we sell it we lose money."

From a sales perspective, Jay Nussbaum says, "The real danger in doing these smart things was that they were forgetting their mission. Their mission was to sell the damned database and sell applications, sell software, not create solutions that were one of a kind. Compensation became ludicrous because you'd be paying two or three people—salespeople, applications people, solutions people—for doing the same thing. There was too much energy being spent without enough margin."

Nor surprisingly, Robert Shaw doesn't think it was all bad. He says, "I see both Ray and Larry's point of view, and I was in the middle of having to make it work. There was failure at Kellogg, but there was success in other places. I think Larry was being crowded by Jeff Henley to make money from applications. He kept saying this was a black hole; how much was it going to cost us to maintain these applications based on the contracts we were signing? We were making a ton of money on the consulting side, were also dragging database, so overall it was probably a pretty profitable business. But I think what Larry figured out was that when he started handing out the assignments to the development managers to take responsibility for integrating the suites, he kept seeing failures."

Jeff Henley had initially accepted that some margin erosion was the price to be paid for "playing the game and keeping some momentum." However, "What turned out to be horrifying to all of us was that we underestimated what we were getting into. When everybody started wanting slightly different permutations of this or that best-of-breed combination, it became clear that supporting this stuff and migrating it was just horrific. We knew we weren't going to make a lot of money reselling software—that was okay—but when we discovered the real implications, how much it was really costing us, we were horrified."

An example of how it was possible to see the same thing very differently at Oracle was something set up by Lane called the Max Account to deal with the cost overruns of implementing buggy applications or creating interfaces with partner software that hadn't been delivered in time by development. Shaw says of his consultants, "We wanted relief in our budget because we were spending so much time building around the product to make it work in a customer site."

Shaw's argument was that it was unfair for either the consulting team

why should the poor consultants have to fix it for free? Ray wanted to expose the product problems to development. But Larry was right that if you give them an account to charge they'll go crazy charging everything they can get away with."

If the best-of-breed strategy had started coming apart at the seams, Wohl's other track, to deliver homegrown products with the features needed to catch up with SAP, wasn't doing much better. Early in 1997, Wohl finally managed to push Oracle's first full-fledged client/server suite out of the door; it was called Oracle 10.7 Smart Client (it sounded better than Fat Client) because all the program logic was located within the application on the client. It turned out to be something of a misnomer. The Smart Client was both buggy and unstable.

The problem, according to Byron Miller, an analyst at Giga Information Group, was that the software absorbed too many resources of the 'desktop client, with the result that performance deteriorated and the ability to run the applications in a distributed, multisite environment suffered badly. In other words, 10.7 didn't scale and was likely to crash your PC. Oracle was not only late to client/server, it didn't seem to be very good at it.

Part of the reason for the inadequacies of 10.7 lay with the need to divert developers into the unending catalogue of problems thrown up by the effort to integrate the best-of-breed suites. But the larger reason was Ellison's growing conviction, following his September 1995 speech in Paris launching the idea of the network computer, that client/server was not the way to go. It was, as he put it, "an evolutionary dead end." Instead of defending 10.7 Smart Client's shortcomings to irate customers, Ellison agreed with them, condemning client/server as "an awkward, expensive, and slow technology." By bringing together the distributed complexity that was inherent to client/server with the attempt to achieve repeatability with a number of industry-specific, pre-engineered best-of-breed suites, Oracle, always with the best of intentions, had created a quagmire for itself. By 1997, the applications business was continuing its strong revenue growth and Oracle was a clear, albeit distant, second in the applications market. But nobody at Oracle thought that it had anything other than a continuing embarrassment on its hands.

Worse still, the rows over applications strategy were having an increasingly corrosive effect within the company. Even after the release of 10.7, which was by far Oracle's most complete suite to date, the sales and consulting organizations would frequently recommend that clients buy third-party software rather than the homegrown stuff. Ellison claims that

the sales force was equally compensated whether it sold Oracle applications or a partner's products. Lane vehemently disputes this, saying that it got paid only on the royalty that the third-party vendor handed on to Oracle for making the sale—typically 30 to 50 percent.

However, despite the weakness of Oracle's applications—perhaps partly because of it—the consulting business was continuing to grow at a tremendous clip. By 1997, Oracle Services, which wrapped up consulting with support and education, accounted for half of all Oracle's revenues. It was a success of a sort, but many within the company were becoming increasingly concerned at its side effects. Jay Nussbaum says, "We were content to grow the revenue number even if the margin was playing between sixteen and eighteen percent. As long as revenue was growing, we fed the monster. But the reality was that nearly all the margin was coming from technology licensing. We may actually have been losing money while consulting was growing at forty percent. We were taking on projects we should never have done because of their sheer size. It was alienating all the other distribution partners, but Robert was a take-no-prisoners type of guy."

Lane's dissatisfaction with Ron Wohl was also becoming an obsession. He could not restrain his criticisms even when speaking to journalists and analysts. What made him even wilder was his frustration with Ellison. Although Ellison had given Lane control over nearly all of the company, development was still a no-go area. When Lane had proposed that Nimish Mehta take over from Wohl, Ellison ignored the idea. But he still seemed to have little interest in the nitty-gritty of applications, and from Lane's point of view he seemed perfectly willing to let the drift continue. While Lane and Shaw were dealing with constant complaints from the field and from their relationships with major customers—which were far closer than Ellison's—and learning how serious the shortcomings were, Ellison seemed fired up only when he was talking about Microsoft or how the network computer was going to take over the world.

By the late summer of 1997, database license growth had slumped to little better than flat while applications had hit a wall. Growth in the previous quarters, artificially pumped up by sales of third-party products, had been respectively 60 and 95 percent. But with the wheels starting to come off the best-of-breed implementations, applications managed only a feeble 7 percent, while SAP had turned in an impressive 62 percent. If Oracle lost its second-place spot in apps to either the Dutch company Baan or PeopleSoft, which were both breathing hard down its neck, the long-term damage would be immense.

The perception within Oracle, particularly among Lane's people, was that customers had heard about all the problems with 10.7 and were sitting on their hands. To make matters worse, Ellison, who had bought his first megayacht the previous winter, the 192-foot *October Rose*, from fellow billionaire Kirk Kerkorian, had decided to spend most of the summer cruising the Mediterranean. The idea of Ellison sunning himself on his $10 million new toy for months on end (he says that he was actually away for no more than five weeks) while the company once more seemed to be imploding did nothing for employees' morale.

Gary Bloom, a fast-rising young executive vice president who had been running both the platform group and the partner programs and was about to take on management of the database team, says, "Larry had simply carved out a subset of the CEO job that he wanted to do and really disengaged, so Ray was pretty much running the company. . . . He wasn't paying any attention to the engineering teams, the applications were getting further and further behind the competition. It was driving Ray wild."

Although Lane was quite happy to allow respectful journalists to take away the impression that he was now the guy in charge at Oracle, few within the company believed that he could solve its problems. Jeff Henley says, "I'll always remember calling Larry and telling him that the company was blowing up and he had to get off his frigging boat." When Ellison returned at the end of September, Bloom confronted Larry. "I said, you've got to decide whether you're going to re-engage and run the company as CEO or not. If not, I said, he'd have to go and hire one. Oh, and by the way, Ray's not it. Ray couldn't manage the technology groups by any means, and he was frankly creating a scenario that was not effective for the company. A bit earlier I had also talked to Ray about it and said, 'Your job is not to make Ron Wohl fail. You're the president, you're the guy everybody listens to right now because Larry's not here.' The real kind of negative turning point for me was when he went public, saying in front of huge audiences and Oracle staff that our applications are a disaster. That's when it became crystal clear that Ray couldn't be CEO because you can't have a leader that's out there trying to make other leaders fail. It just doesn't work."

Bloom had an offer to become CEO of another software company. If Ellison wasn't prepared to take the reins, he had decided to leave. "The job offer meant that I had a catalyst to get him interested in the topic. I told him that I wasn't looking to leave but that I couldn't work at a place where we were going to fail. I told him that Ray couldn't run the com-

pany and that in fact many of the areas that he was running were out of control. He's busy drawing attention to other people's problems when he's got a million of his own. I think he took it pretty seriously. He asked me to come back the next day to his house. When I arrived, Don Lucas was there as well, and Larry said, 'I want you to have a private discussion with Don and to tell him your views without me there.' "

At about this same time, Oracle was forced to issue its first earnings warning since the dark days of 1990. The moment markets opened on December 9, there was a rush to unload Oracle stock. Within hours, 30 percent of the company's market value had been wiped out.

Ellison soon faced what amounted to another ultimatum, this time from Lane himself. It was about the same issue as usual. Lane says, "The subject was about how Ron had to come out of his job. The thing that provoked us into having this specific meeting was that Barry Ariko, who was in charge of all American sales, and Robert Shaw had both threatened to resign. That's actually not how they put it to me. They came to me and said, 'Ray, sign up with us. The three of us will go to Larry and tell him that if he won't replace Ron we're all leaving.' I said that I understood why they were asking me to do that but that as president of the company I couldn't do that, I couldn't give an ultimatum to the CEO like that. But I would carry their message to Larry. . . .

"They were really suffering. They were saying that they were having to sell stuff that was subpar and that if we did sell it, it was the worst of all worlds because then we had to fix it and we had to try and deal with Ron, living in sheer hell. . . . The bug counts on 10.7 were so high that it was an environment that was impossible to manage. This is the worst incrimination of Ron I can think of. At one time we had to stop development completely and put all of Ron's staff on crunching bugs."

The meeting between Lane and Ellison took place in January 1998. Lane said that the situation with Wohl had to come to an end or Shaw and Ariko would quit. "I said, 'There needs to be a Mr. Applications, somebody who can really go head to head with SAP.' I wanted Larry to throw Ron out and hire a professional. I said, 'You brought in me, you brought in Jeff Henley, why in hell can't you bring in somebody to run applications development?' " When, as usual, Ellison raised the objection that actually finding such a person might not be very easy, Lane said he even had a suggestion: Robert Shaw should become Mr. Applications. It wasn't clear who Shaw would report to. Lane said he could report to have Ellison had no doubt that Shaw would have continued to have

Lane as his boss. Shaw says, "I knew about the proposal, and I was willing to do the job. It made a tremendous amount of sense. I also knew that Larry would never agree to it . . . never, never."

Lane insists that he was interested only in finding a way out of the impasse over applications. This was not, however, the way Ellison saw it. He believed that Lane was using the threatened departure of Shaw and Ariko to grab still more power. What's more, in doing so, he had stepped over a critical line. Ellison had been willing to let Lane run just about everything else at Oracle, but development would always be his domain. Ellison says, "Ray asked me whether I thought he should run development. I said no, not really. I think he genuinely believed that he was better equipped to run development than I was. He felt the most serious problems in the company were in development. He had decided he couldn't solve them without me out of the way and without him running development." Jay Nussbaum "puts it succinctly: "Ray had stepped into the sacred burial ground.""

Ellison knew he could no longer placate or ignore Lane as he had in the past on the subject of Ron Wohl and applications. Jeff Henley says, "Things had changed with that last quarter. We'd set a record on Wall Street for the most amount of value lost in a single day, and the stock had gone on being pummeled into January. The board was pissed and Larry was embarrassed as hell by the way we'd fallen on our rear end. There were lots of things going wrong, like Ray's disastrous sales reorganization. But the real recurring issue was the product." However, Ellison was damned if he was either going to hand apps over to Shaw, whom he didn't consider to be technically qualified, or get rid of the loyal Wohl.

Ellison says, "Ray's solution was to put Robert Shaw in charge of everything. But Robert had never developed a software product in his life. Finally, out of extreme frustration and great fear of putting Robert in charge of development, I said, 'Okay, I'll be Mr. Applications. I'll do it. I can do it. I don't want to do it. I really don't want to do it.' Order management, tax tables, accounting—are you kidding me? I'm working on parallel server, man. I didn't want to go from computer science to accounting. I thought that understanding and automating all these business processes would be dull and duller. It just wasn't a book I wanted to read.'*

As for Lane, he says, "I had no choice . . . I sent an e-mail out to the en-

*LE writes: After I got started, I found engineering our business processes (it wasn't reengineering because they had never been engineered in the first place) was just as interesting as engineering the database.*

tire field saying Larry is taking over applications as head of development. I showed it to Larry before it went out. He did a few edits to protect Ron. But it was very direct." What Lane didn't realize was the speed at which he was losing Ellison's confidence and support. It wasn't long before Ellison was able to convince himself that after the thwarting of his power play to replace Wohl with Robert Shaw, Lane was now hoping that, having taken responsibility for applications, Ellison himself would fail.

Jeff Henley thinks that Ellison may well have felt threatened, but he has no time for the idea that Lane was trying to take Larry's job. George Roberts, who succeeded Barry Ariko as head of U.S. sales, is convinced that Lane never wanted Oracle to be anything other than successful and, while he might have sounded off against Ellison at times of great frustration, never thought he could replace him. Jay Nussbaum, no ally of Lane, says, "Let me make something perfectly clear. At this point, Ray had such a huge financial upside that if Larry failed, Ray also failed. There was no rooting for Larry's failure. None whatsoever." Gary Bloom, who was shocked by what he saw as Lane's undermining of Wohl in public, agrees: "I don't think Ray wanted Larry to fail. I would not put that burden on him. I think they had different views on how to fix applications and how to make it better."

The truth, I think, is that Lane was determined to make Ellison take his responsibilities for fixing applications seriously and that the best way of achieving that was to put his boss under as much public pressure to deliver as possible. When I put the question to Lane, he looked shocked and sad. "I'm going to give you a very strange response to this. Had Larry read the situation right and had he worked on the real problem, . . . then maybe we'd still have a relationship and there's no question Oracle was much better off with both Larry and me there as a team. He totally misread it. I was tired of not being competitive. I was tired of Ron producing sucky applications that we couldn't sell, and I desperately needed somebody to replace him. When Larry said, 'How about me?' I totally supported that. I went out and sold that strategy to everybody. I said, 'Larry's going to do it,' and three months later he comes up with a strategy. At first I doubted he would spend the time, but he did. I didn't want to run applications. It wasn't a power play at all."

In which case, why did Ellison, who so recently had seemed to think that Lane was close to being the perfectly complementary number two, someone he was prepared to give virtually equal billing in what was now the world's second biggest software company, turn so dramatically against his deputy?

wanted to be given a budget and left alone to run the business as they saw fit."

Lane insists that Ellison didn't have the stomach to sack him. "Larry was incapable of firing me. I said, 'I guess I have got to leave if you've taken back the president's title.' He said, 'Well, that's your choice.' I now wish I'd said, 'Okay, you've got the title. What do I call myself now?' He couldn't fire me. He doesn't know how to do it."* The two men then briefly discussed a press release, and Lane suggested that they should talk about the terms of his departure. He had $70 million worth of options due to vest in three weeks, and he proposed a termination agreement "so that I say good things about Oracle and we both have the same story about why I left—Larry said, of course, 'Let me look into it and I'll call you back.' He never called back."

The terse press release that Oracle released that evening offered no explanation for Lane's sudden departure. Attempts had been made by the PR department to dress it up with a tribute from Ellison to Lane's years of service. But Ellison admits that in the end, he couldn't bring himself to say what he didn't feel; Lane had already been more than adequately rewarded for his time at Oracle. Lane says, "The press release was in the papers the next day. My mother, my sister, my friends were all with me in Oregon, and they got the paper the next day. What's this? So I had to explain it to the family. It was totally below the belt."

Nor was there any termination agreement. Lane claims that the board tried to put together something that was "fair": a payoff of $13 million was suggested. Ellison rejected it, offering instead $1 million in cash. Ellison says, "I can't understand why a receptionist who gets laid off gets two weeks' salary and has to worry about paying the rent, when some rich senior manager who made millions gets additional millions when they get laid off."

Lane refused to sign the deal. He really didn't need the money anyway. In subsequent interviews, his version of events was that he had resigned over changes within the company that Ellison was proposing to make and with which he disagreed. For his part, Ellison insisted that Lane was leaving because, as a result of the way Oracle had recently centralized its

*LE writes: *Very interesting but not true. During our conversation Ray asked me if I wanted him to leave the company, and I said yes. Later on he sent me an e-mail stating, "Now I know why you started behaving the way you did and ended up firing your most loyal employee."*

# 8

# FALLING OUT

On June 30, 2000, Ray Lane was enjoying the last day of a family vacation when a call came through from Larry Ellison. Lane remembers, "Larry says that he didn't know I was on vacation and that he's sorry about calling me and telling me this, but he wants to take the president's title back. I said, 'Really? Why?' He said, 'What we're doing here at Oracle, the reengineering of the company, is so important that authority has to be driven from my office. The whole company needs to understand that there is one single centralized point of authority, and it will be with the CEO.' I said, 'Well, Larry, I have never really opposed that. I'm on your team.' He said, 'It's kind of like kids playing off Mom against Dad. If they get a no from Mom, they go to Dad.' He was very uncomfortable because I was asking direct questions. I said, 'Larry, let's just step back. What went wrong? Everybody in the industry would look at this team and say that this is the reason I want to do business with Oracle. You on the technology and the vision; me on the business. What went wrong?' He said, 'I don't know. It's like a marriage that went bad. I don't know.' "

Characteristically, Ellison did what he could to avoid an embarrassing confrontation. The main reason he gave to Lane for wanting him to leave was his concern about how divided the company had become with two leaders, Ellison says, "I explained that . . . there was too much ambiguity of authority at a time when we were trying to reinvent ourselves and restructure the company to make it more centralized, more automated, more of an e-business. It's very difficult to make changes when a lot of the existing managers didn't believe in the changes I wanted to make. Most of our senior people liked being autonomous general managers. They

operations around the Internet, he no longer had a big enough job to do. Only later, when he could no longer control the urge to trash his former business partner, did he admit that he had fired Lane.*

What happened was that the man who many people outside Oracle believed to have been responsible for the firm's reinvention and much of its success in the 1990s had been slowly frozen out and systematically stripped of authority. When Ellison said that he had no need to replace Lane, it was because there really wasn't much left of Lane's job by the time he left.

Within three years of his arrival at Oracle, Lane's reputation in the industry was so high that he was soon receiving a stream of job offers. With most, he never went further than the first step. However, there were a few that Lane was willing to explore further. One came from John Doerr, a senior partner at Silicon Valley's most exclusive venture capital firm, Kleiner, Perkins, Caufield & Byers, and Jim Clark, the former boss of Silicon Graphics and the founder of Netscape, the software firm that triggered the mania for investing in Internet with its pioneering Web browser. Doerr and Clark wanted Lane to come and run their latest big idea, a company called Healthocare (later Healtheon and later still WebMD) that was going to bring the Internet to medical practice. After taking a close look at what was involved, Lane said no. "I didn't see myself as a start-up guy."

Much later, Lane would be on the short list of candidates to become CEO of Hewlett-Packard, the stately computer hardware company that launched the Silicon Valley phenomenon in the 1930s. But the job he came closest to taking was with the once high flying networking firm Novell. At first he wasn't interested. Novell, once the leader in network operating system software, was being badly beaten up by the onward march of Microsoft's Windows NT, while its GroupWise collaboration software was being squeezed on both sides by Lotus Notes and Microsoft Exchange. Novell still had plenty of cash, but what it lacked was any kind of strategy to get it out of its hole.

*LE writes: It had nothing to do with an uncontrollable urge to trash Ray. I avoided talking about this subject for as long as I could. But everyone was so interested. There were numerous "Why Ray left Oracle" articles in the press. I was asked about it repeatedly. On a few occasions and only privately did I tell people that I had asked Ray to leave. I had to get permission from the board before I could ask Ray to leave. I did that. And then I asked him to leave.

What changed his mind was an unannounced visit by David Burn, one of the toughest and most persuasive headhunters in the business, and John Young, who was not only a Novell board member but a highly respected former chairman of Hewlett-Packard. "They came into my living room and put this offer in front of me that included $15 million of cash that would be put straight into my bank account and $4.5 million in options at the current price, which was an all-time low for Novell. And I'm just going 'holy mackerel!' and said, 'Give me an hour and I'll just write down some thoughts about a strategy for a turnaround, because that will help tell me whether it's possible.' So I wrote four pages that I shared with them and said, 'Here's what I'd do,' and they said, 'That's why we want you—you've just written a strategy on the back of an envelope. . . .'

"I was nervous. I was an Oracle devotee, there for life, and I was very, very nervous about this. But I was saying, CEO, turnaround, lots of money, and I agreed that I'd go and see Larry and tell him I was resigning. So I went to see Larry that afternoon in his house and I said, 'I've got an offer from Novell.' He said, 'Novell!'—just like that. Novell, that brain-dead company. I said, 'Larry, look at it my way, it's a turnaround opportunity and they're going to pay me all this money.' He said, 'You're not going. Their server isn't programmable. You have no APIs to build applications. It's dead meat, and Microsoft will take them out.'

"So he basically had scared me out of taking the job anyway, but then he said, 'How about two million options, would you stay for two million options?' I said, 'Yes, it's more than adequate—I'm not doing this because I think Novell's great, it's for the money.' I went to Young and Burn, and said, 'Sorry guys, I'm staying at Oracle.' That night I went to the fiftieth birthday party of Robert Shaw's wife and Larry called me on my cell phone. He said he'd talked to the board and he thought $2.5 million in options was the right number. You deserve it. I thought he'd gone way overboard, so of course I stayed. I didn't find out until I left Oracle that the board was pissed off about this. No one ever told me, and I certainly wasn't holding Oracle up for money.*

Ellison's recollection of what happened is a little different. He says that the figure of 2 million was Lane's price for staying at Oracle and that the main reason he increased the number to 2.5 million was that, per-

*LE writes: Not a holdup? He said he was going to Novell because of the money. I offered him more money to stay. It was a classic holdup. He stayed.

versely, by volunteering additional options he felt a little more in control of the situation, a little less responding to blackmail. He also wanted to ensure that Lane really would give Novell the brush-off. That said, the most convincing explanation for Ellison's excessive generosity to Lane is that he panicked.

His first reaction was sheer amazement that Lane actually thought that he might be able to fix Novell. "I said, Ray, Novell doesn't have a service problem, and it doesn't have a sales problem—they distribute through third parties. Those are the things you're best at. What Novell has is a very serious product problem. I don't know what I'd do if I went to Novell. I think it's too late." However, his second reaction was fear that despite his demolition job on Novell's prospects (correct, as it turned out: even Eric Schmidt, a first-class technologist, proved unable to save Novell) Lane might still go through with his resignation. "At this point in Ray's career, he thought he could do just about anything—even turn around Novell, which I thought was impossible. But I couldn't afford for him to take the Novell job. I felt terribly vulnerable because he was running such a large portion of the company. With the problems we were having in applications development, which was where I thought I should focus my time, I didn't have the bandwidth to take on anything more. Besides, I really didn't know how marketing ran or how sales ran. I just didn't feel I had the time or competence to take over those things if he left . . . so I paid him off."

Ellison was right. Oracle would have been in a jam if Lane had suddenly quit in early 1997. But there was a substantial price to be paid by both men for Ellison's bribery. If Lane was getting inflated ideas of his talents thanks to the flattering press coverage that Ellison was happy for him to receive, learning that Ellison thought him so important to Oracle that he was willing to make him fabulously wealthy was bound to puff his ego up still further.

Don Lucas says he warned Larry about the possible effects. "I'll never forget it. I very, very seldom have disagreed with Larry. . . . This was a huge stock option, like a bribe as opposed to an incentive. That's going to twist people's minds. It has all these bad effects. Ray says to himself, 'I'm worth all this money, I'm irreplaceable, I've got a lot of power, I'm like Superman.' So it reinforces all the bad things. If we'd given him regular incentives and if Ray would have stayed, I think that would have been better for everybody. If he wanted to be loyal to the company and get compensation, reasonable compensation, he stays. If he wants to go to be a big shot, be

a CEO, have all that power, that's fine, leave. It would have been better for everybody. So I think that was a critical juncture. I'm not saying I was right and Larry was wrong,* but I think you have to stand by your principles and I think to overcompensate can have deleterious effects."

From his perspective as a senior member of Lane's team, Jay Nussbaum was convinced that something had changed. "The Novell thing pissed off everybody at Oracle. Ray would always argue about loyalty, trust, and integrity. But everyone saw what he did. He put on a mask and took a gun to Larry's head. . . . It gave a signal to the world that Ray didn't respect Larry and he thought he should be CEO, he had this blind ambition. It became obvious that there was no love affair. So much so that Larry starts to wonder what life would be like without Ray."

Even though Ellison used the threat of Lane's departure to get another 1.5 million options for himself and 1 million for Jeff Henley, he felt increasingly sick about what he'd done. I don't think he really blames Lane for what had happened, but he thought that he had in some sense been manipulated, and the feeling festered. Carolyn Balkenhol, who took over from Jenny Overstreet as Ellison's close assistant in 1995, has an interesting perspective: "I think the things that always upset him most are his own issues. I think that when he seems really angry it's because he's done something that he perceived to be a mistake, particularly when he's made a decision that he thinks has set in motion a series of events which didn't have the desired result. I think most often if he's really angry it's because . . . he did something that took a wrong turn."

Ellison began to realize that not for the first time, in his eagerness to carve out just the portion of the CEO's job that he enjoyed, he had delegated too much power and responsibility. It's a characteristic of Ellison that when he thinks he has found someone who is competent and who can help him, he invests an excessive amount of faith in his or her ability. Just as when Gary Kennedy said he needed more authority to get the job done, Ellison would give it to him without much thought, the same applied to Lane, albeit on a much grander scale. Ellison says, "I've been to this movie. I'm not going to let this happen again." At some point, in Ellison's eyes, Ray Lane stopped being the solution and started to become part of the problem.

*LE writes: I'll say it. Don was right and I was wrong. I should have let Ray go to Novell.

Within a year of Lane's receiving his option grant of January 20, 1997, Ellison had begun the process of peeling away his direct reports. Strongly influenced by Gary Bloom's critique of Lane's management and his plea that Ellison should assume more of the responsibilities that normally go with being a CEO, Ellison began to shift whole departments from Lane to Bloom. Among the first were marketing and education, but inevitably, the first battleground was applications. Ellison's realization that the commitments that Oracle was entering into with customers such as Kellogg and the never-ending litany of lengthy and money-losing implementations, especially those involving the CPG best-of-breed suite, had convinced him that development must regain control of product engineering.

By this time even Lane was prepared to admit that best-of-breed had proved a great deal harder and more costly to execute than he had initially realized, but tensions increased between him and Ellison over the broad strategic direction that the applications business should take. Although Ellison had put a stake in the ground in Paris two years earlier, to mark his profound disillusionment about the unmanageable complexity that was inherent to client/server, Oracle was only now near the point of releasing software designed for the Internet. Once Oracle became committed to engineering client/server software, it was inescapably locked into that architecture for years, even if theoretically a better alternative might have existed. Ellison's public statements about the coming of Internet computing were not just about attracting media coverage and tantalizing customers, they were also a deliberate tactic to open up the debate within Oracle.

Ellison says, "You can't tell engineers, 'Just do it.' You have to persuade them that the Internet is a better architecture than client/server. You have to persuade them the Internet is going to win in the marketplace—even though Microsoft is backing client/server all the way. They have to believe in what they are doing. If you simply bark out orders, you get malicious obedience—they'll build exactly what you want and make sure it doesn't work. I had to proselytize in every meeting. It took years before we killed off our last client/server product. It wasn't fun. I'd say, 'You know that thing you've been working on for the last year and a half? Throw it all away. We don't want it.' It pissed people off. They'd say, 'I've been working hard for a year and a half, and now you want me to throw it all away?' 'Yeah, I do.' 'Are you crazy? I quit.' It was very difficult to get all the developers inside Oracle to change direction. Everything they were reading said that Microsoft and client/server would go

on forever. I got the same looks that Galileo got when he told people the earth revolved around the sun. 'Sure. Whatever you say, boss.' "

For the first year, most of Ellison's Internet evangelizing was confined to technology—the database and tools, the things that he knew and cared most about. But it began to dawn on him that the impact on Oracle's struggling applications might be even more profound. Ron Wohl took only a little convincing. He says, "In the applications business, you can never catch and pass someone who has dominant market share unless something else changes. If you do the same thing as a competitor who's ahead of you, you'll never catch up. That's the position we were in with SAP."

Ellison believed that Oracle was so far behind in client/server that the only way to win in applications was to change the game. There were two reasons why Oracle might be able to pull it off. The first was the increasing number of customers that were discovering the difficulty in making client/server systems work effectively over a wide-area network. Client/server might be all right for departmental use, but for any company that wanted to unify its operations over a number of different sites, it was a nightmare. After a decade of client/server as the dominant computing architecture, at least some disillusioned customers were ready to hear about alternatives. The second was that, quite simply, Oracle had much less to lose by betting everything on the Internet. If SAP had done the same and had failed to make the technology transition gracefully, it would have destroyed a wonderful business for no good reason; it's the dilemma of all incumbents and the reason why the short history of the software business is littered with the bones of once successful firms that failed to adapt to new paradigms in time.

It therefore made sense to Ellison to devote an increasing amount of development time to working out how to make a Web-based, server-centric version of 10.7, even if one of the consequences was to deny 10.7 Smart Client the resources needed to debug it properly before its release. Ron Wohl says, "From 1996 we started moving a small number of key technical people onto the underlying architecture, then a larger number of people, then gradually the whole division. We ran the risk that by pouring energy into the Internet version, we were not making the improvements we needed in the client/server version." For Ray Lane, it was just another example of Ellison and Wohl's failure to understand the applications business. As far as he was concerned, customers weren't interested in esoteric architectural issues: what they wanted was reasonably stable software that had all the functionality they needed to run their operations. The fact

that 10.7 Smart Client was a couple of years late to market was bad enough; the fact that it still wasn't much good was intolerable.

What's striking is that there was so little consensus between the two men running Oracle as to what the applications strategy should be. If Ellison had worked hard to convince the development organization that Internet computing offered a better way than client/server, either he failed to let Lane in on the secret or Lane wasn't listening. The idea that there was a trade-off between getting 10.7 Smart Client right and Oracle being first to the Internet is not one that Lane has much time for. He claims that when the Internet version of 10.7, known as 10.7 NCA (network computing architecture), came out in early 1998, it wasn't any better than the client/server release that had been rolled out five months earlier. He says, "NCA wasn't what it was sold as. We said it was browser-based, but you had to have Java code running on the client or it wouldn't work." The only reasonably reliable variant of 10.7, Lane maintains, was the unglamorous character mode version that ran on green-screen dumb terminals and that few customers wanted. While Ellison was busy talking up the brave new world of Internet computing that Oracle was ushering in, one that would solve all the problems with applications, Lane says that customers were still having to live with a very different reality.

In fact, although flawed, 10.7 NCA was a considerable technical achievement, given the compromises that had to be made because of Java's immaturity. Lane's suggestion that running client-side Java code meant that it wasn't really Web-based is technologically naïve. Even today, the E-Business Suite runs Java on the client for things such as expense reports. NCA was essentially a three-tiered architecture for delivering Web-based applications made up of an Oracle database engine running on a powerful UNIX server, a lightweight Java application on the client, and a midtier "forms server" to provide the gateway between the two. Among other things, users discovered that since the forms technology now ran on the server, patches to fix bugs could be delivered without having to relink and regenerate customizations. Most important of all, according to Mark Jarvis, who took over as head of marketing a month after the launch, the existence of 10.7 NCA meant that "everywhere Oracle's sale's force went, it was pushing the idea of the Internet as being about business, not just a consumery thing—we were educating customers long before the competition."

Where Lane has a point is that for any customers who had started with 10.7 SC, upgrading to NCA was a nightmare, whereas those with the

character mode release found it relatively easy. Unfortunately, communication between development and the field was so poor that customers received little worthwhile advice about which version they should buy. As Ron Wohl admits, "Development must always move ahead of the sales and consulting organizations. It means that half the time they are implementing one product while we are already building the next one."

If shifting the emphasis away from client/server to the Internet was controversial within Oracle, the issue reached boiling point with Ellison's decision to halt all further work on client/server in early 1998. Having reluctantly become "Mr. Applications," Ellison threw himself into the task. One of the problems was that Oracle was now trying to support three different versions of its application suite. Ellison says, "We were the only vendor supporting three different modes of operation: terminal, client/server, and Internet. Life isn't hard enough—we had to have three fucking versions? The client/server version worked poorly on a wide-area network and was nearly impossible to maintain because the applications code was on hundreds or thousands of desktop PCs. Our so-called Smart Client version was not smart. It was unnecessarily complex, and I wanted to dump it."

Ellison was desperate to move ahead—"I decided to get out of the client/server applications business just as fast as possible." He wanted Release 11 to ship as soon as possible to expunge the memories of 10.7, and this time he wanted only one version. If Ellison had his way, 11.0 would be engineered for the Internet only. Ellison was certain that Oracle could not succeed if it had both an offensive and a defensive strategy. The analogy he used was taken from the Six-Day War, when the Israelis had been willing to bet everything on taking out the Egyptian and Syrian air forces on the ground even if it meant leaving their own airspace unprotected. Lane strongly disagreed. It wasn't that he was against Oracle's trying to get ahead of the field by embracing the Internet, but he was opposed to leaving in the lurch customers who had signed contracts for client/server software. His fear was that if Oracle was seen as dictating to the market a lot of customers would simply walk.

Ron Wohl comments, "The idea of moving to the Internet was a no-brainer. The hard decision was cutting ourselves off client/server and committing ourselves totally. That's why 10.7 NCA was so important. It would give us references. People had to believe that the Internet version of our applications worked. That allowed us then to go to the next stage and say, 'Guess what, this Internet technology not only works, but it's so su-

perior to client/server that we're not even going to offer client/server.' We were saying that when Release 11 comes out five months after 10.7 NCA, it's one thing and one thing only: Internet."

Ellison is convinced that Lane mounted a serious challenge to his Internet-or-bust strategy. He says, "Ray didn't want to bet the farm on Internet applications. He thought it was risky to the point of being crazy. He thought that we should do client/server too. But I'd already decided that the Internet applications were our best shot at being successful, and we didn't have the resources to do both." In early 1998, soon after Ellison had taken charge of applications, he was briefing some consultants when he received a phone call from Ray Lane. Lane had called a meeting of his top 150 sales managers. He wanted Ellison to come down and answer some of their questions. Ellison remembers, "I got a call from Ray at about midday. He wanted me to come and listen to what the field had to say about giving up on client/server. And they wanted to tell me what customers were saying. When I got there I was treated to what seemed to me to be a carefully choreographed show. The message was clear: our customers wouldn't tolerate being forced away from client/server and pushed to the Internet. 'Can you guys just tell Larry that what he's doing is crazy and he's putting the entire company in danger.' I had heard it all before. Relational database will never be commercially viable. The customers want client/server. Blah blah blah. They were mistaking the present for the future. It's the worst mistake a tech company can make. Client/server was dead, and the people in the room would figure that out at the funeral. By then it would be too late for Oracle to change course. We had to change to Internet applications now—before SAP and the rest figured it out. But Ray was having none of it. I couldn't convince him or his people.

"This meeting came at a time when I was feeling a bit insecure in my position at Oracle, and if push came to shove, I wasn't sure whether the board would support Ray or me. Maybe it was paranoia on my part, but the meeting seemed like the beginning of a revolution with me playing the part of Louis XVI. At the very least, Ray was trying to split the company down the middle—his field guys versus my development guys. When that dawned on me, I realized I had to do everything I could to keep a split from happening. So I changed tacks. I carefully and patiently listened to all the field people's comments and said, 'You know, you guys are right. I promise we'll go on doing client/server if we need to.' But I knew we'd never, ever need to do a client/server version, and I never planned to build

one. But I left the meeting letting them believe they had convinced me. They hadn't. I knew I was right and they were wrong."

Ellison concluded that Lane had attempted to set him up. "I think Ray was trying to do two things: He was trying to make sure that he got a client/server version of the applications. And he was making a power play for more control within Oracle. I was astonished that Ray wouldn't support my decision to kill client/server and put all our resources on Internet applications. He was fighting a technology decision that was the key to the company's future. This wasn't simply about our applications. This was about predicting the future of computing. We needed to move everything—our tools and our database as well as our applications—to the Internet as soon as possible. What was Ray thinking? First he wants to build industry-specific best-of-breed application suites; then he wants to run application development; now he wants to set the overall technical direction of the company. What the hell is going on? That's my job."

Lane's version of the episode is at odds with Ellison's. He says that the issue of moving away from client/server had not been that important. "It was the same old story that the applications didn't work and they weren't competitive and how Ron Wohl was a joke." I had about three hours of trying to respond to this and telling them that Larry was in applications now. He is trying to fix these things, guys, give him some time. Finally, I said, 'You know, guys, you're talking to the wrong person. You need to talk to the head of engineering, and that's Larry.' So I called Larry and said, 'Come down here.' It wasn't a setup at all—how can you set up the CEO? I just wanted him to answer some questions and tell them he was working on it. That's all. I actually thought he did a great job of handling them."

"So this stuff about Internet was not even a debate. I have a feeling that Larry is trying to position himself as this Renaissance man who saw the light and saved everything. He doesn't have to. He did. That doesn't take away from the fact that our application business was a disaster. But by then Larry had come up with a strategy and everyone knew that it would take time before we had applications that did it. . . . A great strategy, Larry. We love it, we'll do it, but when we stick this stuff in our quotas, it

*LE writes: Ray calling Ron Wohl a "joke" is as unprofessional and unfair as it is factually inaccurate. The applications that Ron Wohl built run nearly fifteen thousand companies around the world, second in success only to SAP.

has to be something real. We have to ship a real product that works. Otherwise we don't get paid."*

As usual, the truth seems to lie somewhere in the middle. Ellison exaggerates the degree to which Lane was orchestrating a campaign against the strategy of getting to the Internet ahead of the competition. As a salesman, Lane was as keen as anyone to have a new story to tell. As Ellison himself frequently says, technology is a fashion business, and by 1998, the Internet was nothing if not fashionable. Lane's overriding concern was that the transition to Internet computing would not happen as quickly as Ellison hoped, leaving his sales force and consultants to carry on the struggle with a suite of client/server applications that had been effectively orphaned by the development organization. He was worried that without any prospect of Oracle's client/server software getting better, customers would desert in droves, unwilling to be guinea pigs for Oracle's first Web-based applications.

That said, Ellison was almost certainly right in thinking that Oracle couldn't afford the luxury or manage the complexity of developing radically different versions of all its application software. It's a measure of Lane's understanding of the technology that he either couldn't or wouldn't see that continuing with client/server would make it far less likely that the Internet strategy would succeed. Ellison's determination to cut off client/server entirely might have looked reckless, but in fact, it was the only option open to Oracle that gave it any chance of creating a future in applications that would be better than its troubled past. By not only questioning that decision but making it clear to the field that he disagreed with it, Lane was straying perilously close to challenging Ellison's judgment on a major technology issue, something that even he would agree he was ill equipped to do.

He was also ensuring that Oracle would become an even more divided and factionalized company. His long crusade against Ron Wohl, whether justified or not, had become morally corrosive and commercially destructive. Furthermore, while Lane constantly demanded personal loyalty of a high order from the people who worked for him, increasingly he did not appear to think it necessary for them to extend that loyalty to Ellison or the people who built Oracle's products. There is little doubt that Lane believed that he was acting with the best of intentions, but his years of frustration over applications, the flattering media coverage that he had

*LE writes: That's why I wanted to put all our resources on one version—the Internet version. He still doesn't understand.

encouraged, and the boost to his already sizable ego from the Novell episode had eroded his judgment, certainly regarding his relationship with Ellison.

As had happened with Gary Kennedy and Jeff Walker, somebody who had once been bathed in the beneficent glow of Ellison's approval and admiration was about to experience the chill of his displeasure. Ellison says that the thing that disturbed him most was not so much the feeling that Lane was invading his territory but that he had lost touch with any realistic idea of his own capacity. "When Ray first came to Oracle, he spent most of his time with customers. He built the kind of personal relationships that he could rely on when it came time to close a big deal. That made him a fantastic salesman. But now, all of a sudden, he thinks he can come up with a technology strategy that would enable Novell to compete with Microsoft in PC server operating systems. Oh my God, fight with Microsoft in the PC operating system market! Not my first choice if I'm looking for a fight. So Ray's a technology strategist now. That's why he thought he could turn around Novell. That's why he fought with me over client/server versus the Internet. Ray decided that he's good at things I didn't think he was good at. Scary. Thinking you know things you don't know leads to a lot of mistakes. But I was also vulnerable to him leaving because I wasn't yet competent to take over from him all the things he did. First I had to move his departments to other managers. And that would take time."

I put it to Ellison that there was something ruthlessly calculating about leaving Lane in post while submitting him to a kind of corporate death by a thousand cuts. Ellison replied, "I had to start repairing things piece by piece and transferring responsibility from Ray's team to the 'shadow management team' without overwhelming it. I'm not confrontational, but I am pretty calculating. This was carefully calculated."

Ironically, by pushing Ellison into deciding that he had no choice other than to take over applications, Lane had triggered the process by which his own authority would unravel. Having removed all application development from Lane's part of the company and put Ron Wohl in charge of sorting out the mess that had been created by best-of-breed and the industry vertical suites, Ellison stripped two other functions from Lane: first marketing and then education. Marketing was run by a bright, attractive, but somewhat controversial woman named Karen White who was something of a Lane protégée. Ellison says, "I had hired Karen into the company a while back. I always felt that she was exceptionally bright and one of the most determined people I had ever met. But I also felt that

she was miscast in marketing, and I suspect that she felt the same." White was pushed sideways, and Mark Jarvis, a personable Englishman with a background in engineering, was put in charge and reported not to Lane but to Gary Bloom.*

The next to go, in May 1999, was education. For most big software companies, educational programs fulfill two important functions. The first is to spread expertise to IT professionals about the use of a company's products. The second is to make money: companies and individuals are prepared to pay substantial amounts to gain useful and highly marketable skills. However, as Ellison discovered during budget review in March 1999—the first he had been fully involved in for years—Oracle's education business was becoming less and less profitable.

The executive responsible for running education was Randy Baker. Lane hired Baker from Tandem Computers to run Oracle's product support organization. Later Baker was given the additional responsibility of running education. Ellison says, "Randy proposed an education budget for the following year where margins were planned to drop from seventeen percent to thirteen percent. I thought margins should go up—not down. In fact, I thought margin should be much higher—at least thirty and as much as fifty percent. Nobody could give me a satisfactory explanation why our education margins were so low, so I moved the education business away from Ray and Randy and to Gary Bloom and John Hall."[1] Within a year, Baker had left and support was also reporting to Bloom.

Lane professes that he wasn't worried about losing either marketing or education: "I really didn't care. I wasn't interested in keeping marketing; marketing was the most hated function at Oracle. With education, I

*LE writes: When Ray was running marketing, they produced one and only Super Bowl ad. The ad was a series of scenes from a Vietnam-like war. The fighting stopped when the camera focused on a red wooden chair called "the seat of knowledge." The red wooden chair was supposed to become our new corporate symbol. I didn't like the chair, but the war scenes were amazing—bombs, flames, even a running elephant. But I'm not sure it was worth a million dollars.

[1]LE writes: It turns out our education business taught several hundred different courses, but ten of them brought in 90 percent of the revenue. It was an easy business to fix. After we got rid of the unprofitable courses, education margins increased continuously until they reached 50 percent a couple of years ago. They have recently fallen back to between 30 percent and 40 percent because of the ongoing tech slowdown.

guess it probably was the first signal that Larry was either doing something for Gary or taking something from me. But I didn't mind all that much; it was a small business that wasn't important to me."

Even now, Lane seems to have only a relatively hazy idea about what was actually going on. Ellison's immersion in the applications business and his determination to reduce his dependence on Lane had a number of consequences. Most obviously, Ellison was carefully and deliberately building up Gary Bloom at Lane's expense. Ellison wanted people both inside and outside Oracle to see Bloom as a manager who had been given "tremendous stature." Bloom says, "I became the guy who got all the broken stuff and went and fixed it. But I was also building up a following based simply on respect for delivery." What Lane didn't realize was that Bloom, whom he had generously praised and encouraged during his rise up the hierarchy, was an enemy, contemptuous of his competence and eager to bring back to Ellison any information that would cast Lane in a bad light.

Wherever Ellison looked, he seemed to find glaring examples of inefficiency, wastefulness, and intellectual sloppiness. A prime example was something called the Energy Center of Excellence. This was intended as a place to showcase Oracle's best-of-breed suite for the energy industry. In the course of the 1999 budget sessions, Ellison says that he uncovered plans to spend millions of dollars to run the center. "I asked how much energy upstream and downstream software we were planning to sell next year. The answer was about $10 million. So I said, 'Does it bother anybody here that we are forecasting sales of $10 million and we're spending $5 million to run an Energy Center of Excellence? Does that strike anyone as strange?' What struck me as strange was the fact that Ray had approved all of this.* I asked Ray to explain why we were spending so much money on the Energy Center of Excellence. He says, 'Larry, that's not what you're paying me for [managing the Energy Center of Excellence]. You pay me to bring in big deals.' I guess that's true. But while he was out selling, somebody needed to look at our sales costs and say no to things like a multimillion-dollar Energy Center of Excellence. But nobody was."

In part because of the work he had been doing in applications, Ellison was beginning to realize how chaotic many of Oracle's own processes

*LE writes: I am not certain that Ray personally approved Energy Center of Excellence expenditure. Ray had a policy of delegating even very large expenditures to his staff.

were. At the same time, he was discovering that in many of the areas that Lane was responsible for, getting hold of the basic information required for the budgeting process was disturbingly difficult. "The most basic budget-planning module we have in applications asks a few basic questions: How much did you sell last year? How much are you going to sell this year? How much did you spend last year? and How much are you going to spend this year? Simple, right? Wrong. It took many hours and multiple meetings to pry answers to these four basic questions from some of Ray's senior managers. One of Ray's people, George Kadifa [now CEO of the leading application service provider (ASP), Corio], came in with two hundred slides. I'd said, 'George, I've got four questions. Once you've answered these four questions, I'll look at however many slides you want me to.' He was quite offended. He thought it was very important for me to look at his slides *first* because they explained and justified why he would sell less [than last year] while spending more [than last year]. After a while I realized these weren't really planning sessions at all. They were compensation negotiations disguised as budgeting and planning. Everyone wanted me to approve as low a profit target for their group as possible so they could easily exceed it and get a big bonus. I learned that a key to making money in sales at Oracle was negotiating a low profit target or quota. I decided to fix that problem."

Ellison was determined to get involved in another area that had been entirely Lane's responsibility: the design of sales force compensation. Patronage is power, and, after hire and fire, there is no greater power within a company than setting the remuneration of the sales staff. By deciding that he, rather than Lane, would in future determine how the sales force was paid, Ellison was signaling in the clearest possible way that Lane's power was in terminal decline.

In any sales-driven organization, the way in which the "comp plan" is structured is a vital ingredient in determining success or failure. The objective of a good comp plan is simply stated: it should be transparent and fair and encourage the achievement of carefully worked out "stretch" targets; the salespeople who do most for the bottom line should be able to get rich themselves, while those who are hoping for a free ride should be penalized and cleared out. In other words, the best comp plans are simple to understand and work with the grain of human nature. When comp plans start delivering the opposite of what's intended, it's usually because they have become too clever by half. That was precisely what Ellison thought had happened at Oracle.

Jay Nussbaum recalls, "The 1999 budgeting sessions were a real wa-

tershed. I was telling Larry about how there was so much fucking abuse and waste in the system. And Larry's saying, 'Tell me more, tell me more, tell me more.' So I called Ray and told him that Larry was asking me a lot about compensation and do you want me to brief you about it. So I started to tell him, and he said, 'You have no fucking right to talk to him about that.' I said, 'What am I to do? He's the CEO. If he calls me and says, "Talk me through this compensation," am I supposed to tell him I'm under instruction from you not to talk to him? Let me help you and then you can tell him.' And from that moment, it was like we were on different sides of the world."

Ellison says, "Ray would experiment with different compensation ideas and sales force organizations every year. One of the worst ideas I can remember was when Ray decided we didn't do enough selling through partners. The sales force convinced him that the way to fix this was to pay more money to the sales force if the deal went through a partner than if the deal came directly to Oracle. For example, if you sold a million-dollar deal directly, Oracle would get a million dollars and you would get a $100,000 commission. But if you sold a million-dollar deal through a partner, Oracle would get $600,000 and you would get a $120,000 commission. Needless to say, our sales force pushed as many deals as they could through partners that year, so the partners were happy. The sales force got higher commission payments for going through partners, so they were happy. The only loser was Oracle Corporation. We ended up paying huge partner bonuses and larger sales commissions, so our sales margins went down. The only possible justification for this extra pay for partner deals was if the partners started bringing in large numbers of deals on their own. But they didn't.

"Our sales managers converted Ray to the fundamental belief that the best way to change the behavior of our sales force was to pay for it. So when Ray wanted to encourage better cooperation among our different sales groups, he decided to pay multiple groups on the same deal. We had industry sales teams, product sales teams, geographic sales teams, global sales managers, etc. All could get paid on the same deal. They wouldn't split a commission—no, no, no—instead we'd pay double commissions, triple commissions, and so on. But Ray told me not to worry because we could afford to pay everybody on the same deal so long as we raised everybody's quota. I said, 'Ray, paying people for things they don't sell is not a good idea. Raising quotas is not a good idea.' So one of the very first things I did when I took over the sales comp plans was eliminate most double compensation on deals. It allowed us to bring quotas down dra-

matically. And it snooked out the people who were making a living getting paid on other people's deals. But something else happened when I took control of the comp plans. When Ray lost the power to pay the salespeople, he lost most of his influence in the organizations that still reported to him."

The final nail in Lane's coffin was the unheralded arrival in April 1999 of Safra Catz, a former investment banker from Donaldson, Lufkin and Jenrette (acquired in 2000 by Credit Suisse First Boston) who had covered the software industry since 1986, the year Oracle had gone public, and who had become a close friend and admirer of Ellison. Catz, a petite, black-haired Israeli American, had come to take Ron Wohl's old job as Ellison's chief of staff. Ellison had been keen to hire her for some time but had initially thought she might run one of the companies he had recently bought in Israel. But Catz made it clear that if she was going to work for Ellison in any capacity, it would be at Oracle itself. Disillusioned by the investment hysteria over dot-com firms that had little or no proprietary technology, she was ready to quit banking. She suggested to Ellison that she could come and do corporate development—a role that was vacant following the departure of the able David Roux to run the interactive television company Liberate Technologies.

Catz had been an Oracle partisan for years: "I was already on the Oracle bandwagon. I said that if Pers.com or Ariba trade at those kinds of numbers, then Oracle's worth a hundred or a thousand times that. This is kind of the center of the universe, right, not Wall Street. You want to be in the sun, this is the sun. I thought, you know, shame on me if I don't try this. And of course I thought Larry was great, awesome, with this ability to think without walls."

Catz didn't have any operational experience, but Ellison quickly realized that she had precisely the combination of qualities that he needed to help him run Oracle. As a lawyer, she had an almost forensic approach to digging out information, while her thirteen years as an investment banker had left her with finely honed analytical skills. She says, "I came in with absolutely no agenda other than to help Larry. That actually made my job incredibly easy. If Larry wants something done, now it happens because I'm going to check that it has. That was the thing that was really missing. Larry would make a decision, and nobody would check that it had been carried out. People would hope that because he had so many things to do, he would forget."

The first thing she did on her arrival was analyze previous years' budgets in the light of those submitted for the next financial year. She says, "It

was clear we were spending a lot of money for no good reason, that there was an enormous amount of duplicative effort and overlapping objectives." Much of the inefficiency that Catz found, she laid at Lane's door. "We had any number of initiatives in place that when I got up the actual numbers it was obvious that they would lose us money. Ray would say, 'This is what the customer wants to buy. He wants lunch. You want to sell him lunch?' I was looking at this stuff and saying to Larry, 'Did you know this. As far as I can tell so far, I can find at least $100 million we've lost.' "

Ellison says, "Safra is a slave to facts. She is unwilling or at the very least extremely uncomfortable about making decisions without the facts. Not all managers are like that. Some managers rely on their 'gut' to help them with difficult decisions—especially if the facts are hard to find. The fundamental clash between Ray and Safra was that Safra dug out the correct facts while Ray relied on what people told him. In an argument when nobody has any facts—and I've seen a lot of those—the person with the strongest personality wins. But when one person has the facts and the other doesn't, the one with the facts always wins. When both people have the facts, there's no argument. Safra never tried to embarrass Ray in a meeting. He just kept saying 'This is true' or 'That is true,' and she would say, 'No, I don't think that's true and here's why.' It was painful to watch."

That, of course, is not how Lane sees it. "Safra just arrived. . . . I had no idea who she was, there was no introduction. . . . Safra and Gary started working together and appearing in every meeting, Larry would ask the questions: How much does it cost to do this or that? And she would go out and write in the headline first and then fill in the rest from Larry's perspective." All the while, Catz was going to Lane's people and pumping them for information about old contracts and sales practices that found its way quickly back to Ellison. Lane's first response was to try to ignore what was happening to his authority. "I just kind of said, 'Maybe if I just continue to do my job, this thing will pass.' "

However, that illusion didn't last very long. In February 2000, Lane received an e-mail from Catz informing him that Ellison wanted the European operation (under Pier Carlo Falotti) to report directly to the CEO.

Remarkably, for the first time, Lane decided to raise the issue of what was happening to their relationship: "I just confronted him direct. I said, 'I don't feel good about it. You have moved organizations to Gary. What's wrong?' He said, 'Nothing, nothing—you and I just have to

a partnership with Ford to build an Internet-based business-to-business exchange that would link the carmaker to the many thousands of companies in its supply chain. Over the following months, a rival exchange planned by GM and the software firm Commerce One had been folded into the Ford/Oracle scheme and other car manufacturers, such as DaimlerChrysler, were also preparing to come on board.

Under the terms of the deal that Lane had negotiated, rather than simply selling software licenses, Oracle would be a minority partner and provide some of the operational management. Lane estimated that within a few years, Covisint, as it was later named, would handle transactions worth tens of billions of dollars a year, raking off a small commission for each one. The plan was to float Covisint as an independent entity. At a time when the name-your-price airline ticket exchange Priceline.com had a market value greater than the combined worth of the airlines whose seats it sold, the idea that Oracle would be a stakeholder in B2B (as they became known) exchanges across a range of industries had an electrifying effect on its stock price.

Lane says, "All that stuff was going on in the background at the same time that the Gary/Safra show was undermining me. I personally take credit for the run-up of Oracle stock that happened then.[*] As soon as the market realized that we were a real B2B player, our stock took the run-up that we'd always been waiting for—it went from forty dollars to eighty dollars overnight." Two months later Lane received the call from Ellison that would bring his relationship with Oracle to an end. Soon after that, Safra Catz renegotiated Oracle's position within the Covisint consortium to that of pure software supplier. She and Ellison had decided that as a risk-sharing partner within an increasingly unwieldy alliance of competitor companies and at a time when the initial euphoria about the prospects of B2B exchanges was fast deflating, there was a very good chance that Oracle would never see a penny from the deal that Lane had been so proud of.

What should be the final verdict on Ray Lane's eight years at Oracle? His outstanding achievements made Oracle a company that learned to

spend more time together and get on the same page. The company is in a state of change now, we're reengineering business processes and all that. The CEO has to drive that. You and I are public figures, seen by a lot of employees, and we just have to be on the same page and spend time together.' I said, 'Okay, great.' I totally fell into the trap that everybody falls into when you have a meeting with Larry; no matter how depressed you are, you come out happy. It happens over and over again."

The next time they actually managed a one-to-one meeting was in Lane's office three months later, in May. The atmosphere could hardly have been much worse. Ellison had recently moved support from Randy Baker to Gary Bloom, and Lane had had "this awful meeting with Safra."

In her hunt for facts, Catz was occasionally finding Lane's people less than cooperative. Lane claims that when she thought she was being thwarted, she would threaten to have the individual responsible fired.[*] "After three or four people had come to me to complain about being threatened, I went to her and said, 'Safra, this has got to stop. This is no way to behave; I don't want you in my organization.' When I got done, she became totally woman. Tears. Emotional, she just blew up. She said, 'Why are you always criticizing me? Why can't you and I work together?' I said, 'I just came in here to tell you please don't threaten my people anymore.' She just came unglued, and I said, 'What is this based on? I don't know that we've actually spent two minutes together.' She said, 'I know what you are telling people around this organization about me.' I said, 'Guilty to a point. I have criticized you and the way you've worked here, but it's not something that can't be rectified.' We ended the whole thing by hugging each other and I said, 'If Larry would agree, why don't you work for both of us. Don't do the witch-hunts, but work for both of us.' I probably appeared to be the most naive person in the world to her. She was thinking, 'He doesn't understand what's going on.' I think she was clearly promoting the thought to Larry: you need to get rid of Ray, he's not good for you."

As for the subsequent meeting with Ellison, it took much the same course as the one in February, Lane says, "He gave me the same thing. We hadn't spent the time together, I was always traveling." Lane felt strongly that his absences from Redwood Shores were more than justified by the results they were producing. In November 1999, Oracle had announced

---

[*] LW writes: Absurd. I don't believe it.

*LE writes: He takes personal credit for our stock price run-up? Amazing. Oracle rode the Internet wave because our database powered virtually every major Web site on the Net. If you plot the stock price of Cisco, Oracle, and Sun, you will see that all three companies rose and fell together in perfect synchronization as sentiment about the Internet rose and fell.

care about its customers and to preside over the creation of a large, powerful consulting organization. However, even in these areas the record is not unambiguous. While he did a good job cleaning up (though by no means cleaning out) the cowboy U.S. sales force, his attempts to overhaul the culturally very different European operation added considerable cost without any obvious gains in effectiveness.

Perhaps the biggest myth about Lane, which he was happy to propagate, is that he was the disciplined, process-oriented manager who made the trains at Oracle run on time, in contrast to Ellison, the impulsive visionary. The truth is that until Ellison became interested in mastering the nuts and bolts of process, as a precondition to understanding how such things could be automated, neither of them was paying much attention to the things they should have been. Both were essentially doing what they liked best: Ellison kept Oracle at the leading/bleeding edge technologically; Lane worked corporate America and brought home "the big deals."

Many of the people I spoke to about Lane were highly critical of the negative way he has spoken about Oracle since leaving, including giving aid and succor to the enemy by appearing as a guest speaker at SAP's annual Sapphire Convention. It's undignified, they say, particularly when you consider the billion or so dollars Lane made during his time at Oracle. They have a point, but given the way Ellison treated him during his last two unhappy years and his subsequent trashing of a man whom he had once been prepared to entrust with running the greater part of the company, it's not really surprising.

What is more surprising is how little Lane seems to understand the reasons for the deterioration of his relationship with Ellison (a relationship which both men in conversation compared to a marriage, despite the fact that they were never close friends and had few shared interests). When I told Lane how Ellison had reacted to his threat to jump ship to Novell and then how he had interpreted as a kind of putsch the suggestion that Robert Shaw should take over application development and report to him, Lane seemed genuinely shocked. After one of our interviews he e-mailed Ellison thus:

Larry,

I think it's unfortunate you feel the need to continue to trash me with the press. It's irrelevant to me since your opinion of me is not relevant to my self esteem, but I assume you don't think I'm credible to criticize your abilities in leading development, the same way I don't think

---

you're qualified to criticize my abilities in sales. I guess we can both continue the war of words; the press loves it.

I almost picked up a telephone Saturday to have a conversation with you based on insight Matthew Symonds gave me about 1997. Now I know why you started behaving the way you did and ended up firing your most loyal employee. It's a shame you read it so wrong, but all that's irrelevant based on what you want to continue to tell the public, which causes me to do the same.

Seems a more typical divorce every day. . . . unfortunate.

Ray

Lane even asked me whether I would broker a meeting between him and Ellison. He suggested that I should act as a marriage guidance counselor, helping the two of them to understand what had gone wrong between them. I'm not sure that Lane was looking for a reconciliation with Ellison, but rather some kind of closure. Despite all the signals he got that he no longer had Ellison's professional respect and the fact that a full twelve months had passed since Ellison had fired him, his ego was unable to come to terms with what had happened. He also quite clearly wished he had handled Ellison differently. Lane told me, "I regret that I didn't work on a one-to-one relationship with Larry." *

I asked Ellison what he thought of the idea of meeting Lane with me. His response was that he might be more receptive if Lane weren't supporting an age discrimination lawsuit against Oracle that had been brought by Randy Baker. But even without that obstacle, I don't think it's something that Ellison would have wanted to do. Combined with his dislike of emotional confrontations, he really didn't see much point in seeing Lane again.

The last word on what passed between Lane and Ellison should go to the scrupulously fair Jeff Henley: "Larry got very excited about the idea of automating all of Oracle—this is big stuff, man, something I can get my teeth into, which was great. But it's a shame that Ray became the fall guy because I never saw Ray really try to make Larry look bad or work against him. Ray was critical of Larry at times, as I have been, perhaps more critical than me because he had to deal with all those damn cus-

*LE writes: In the beginning we actually did try to build a social relationship, but it didn't take hold. Ray's a serious duck hunter. I raise mallards every spring. We couldn't be more different in personality and pastimes.

SOFTWAR

tomers who were mad at us . . . but he was just trying to make sure the product got better—that was his whole goal. Ray's a good guy, and he did a lot for Oracle. But Larry was also absolutely right in getting involved and exposing a lot of nutty things. There were some areas like support and education that, to be honest, Ray didn't spend any time on. Ray was a little thin-skinned about that because the fact of the matter was that some of that stuff was really screwed up and I think Ray was embarrassed.

"And once Larry got so deep into Ray's pants, it was clear to everyone that this was not going to last, but it could and should have ended a little better than it did. Ray was actually willing to leave, but he just wanted to do it in his own way. . . . He was a trouper, a team player . . . for many years he and Larry were a real strong team. And then it turned. I believe it was Gary Bloom and some other people who undermined Ray to a large degree. But when Ray says he was surprised by what happened, that's just bullshit. He said to me that Larry never told him. I said, 'Ray, you've been here a long time, you know how Larry works, you're a smart guy.' He said, 'Yeah, but I just can't believe he'd do it to me.'"

# 9

# THE LABORATORY

A couple of days after the announcement of Ray Lane's departure, I spoke to Larry Ellison for a piece I was writing about Oracle in *The Economist*. When explaining why Lane's job had diminished to the point of insignificance, Ellison said, "We're going to be an e-business. We're going to use computers to run everything. Okay. I understand computers. I should be good at this. So suddenly I'm competent to be CEO." How many successful CEOs, I reflected, who had built their company from scratch over more than two decades and at the age of fifty-six would declare themselves in an on-the-record interview to be "suddenly competent"?

Although Lane may not see it like this, the pressure he put on Ellison to do something about applications may have been his greatest service to the company; from that, a great deal else would follow. Just as Ellison, by his own admission, had "never really wanted to be a CEO, never really wanted to run a company," for similar reasons he had never had any real interest in applications. As he said, "I thought understanding business processes was dull and automating them even duller."

However, with his reputation on the line as the new Mr. Applications, there was nothing halfhearted about the way he threw himself into learning about the business. When Ellison talks about the experience, he does so with something approaching religious fervor: "It really was a crisis situation. I felt my job was at stake. The company would survive, but I might not. Anyway, it was about six months before Release 11.0 was due to come out and everyone was very concerned about fixing bugs and improving product quality, so I started having regular applications quality

purchase-to-pay flow. The people who decide what software they want to use to automate the process are the people who will be using the systems. The clerks decide? What does the CEO think about this? I mean, how much you spend buying stuff is a big deal, you'd think the CEO or the CFO would be deep into this. I just can't believe they're going to spend all this money on a new purchasing process automation system without making sure that they were getting a great information system to go along with it. But they did. Because ERP vendors don't make information systems.

"So I had this radical idea: we type stuff into our applications; we should be able to get stuff out. I said it just like that. When we type stuff into our applications, it goes into our database. I know the data's in there. We should be able to get it out—in a useful form. I wanted all our process automation systems to come with tightly integrated information systems. It's so simple. What's wrong with you guys? It took a while to dawn on me just how hard the problem was. Companies have so many systems, they can't see the forest for the trees. Companies have lots of separate process automation systems, each with their own separate database. Simple example: Oracle had seventy separate HR systems, each with its own database. To find out how many people worked at Oracle, you had to look into seventy separate databases. If we had one HR database, we'd know. But we had seventy. Now, seventy HR systems cost a lot more than one HR system, so we were paying extra not to know. Why are we doing that? I felt like an idiot.

"But it was worse than that. Our HR systems kept track of all our employees. Our sales systems kept track of all our sales employees. Because the systems were separate, every salesperson had to be entered into both systems. When a salesperson moved from one group to another, both databases had to be updated. The duplicate data entry was expensive, but worse yet, it often wasn't done. The sales database might be kept up to date while the HR database wasn't. So we had conflicting and inconsistent data. If we had one database that kept track of our people, we would eliminate the duplicate data entry and the inconsistent data. With all these separate databases, we were paying extra for inconsistent data— paying extra not to know.

"We had hundreds of separate databases. You couldn't ask any questions because your information was so badly fragmented. Your purchasing information was over here. Your quality database was over there. So it wasn't easy to find out who your low-quality suppliers were. And all the problems seemed to have the same source: too many separate sys-

meetings. The meetings started about two o'clock in the afternoon and ran until to eight or nine o'clock in the evening. We quickly made progress fixing bugs, so I moved on to asking a lot of questions about what our applications actually did. I had no idea. I never used them. Wait a second, I'm the CEO. How come I've never used our applications? Can someone explain that to me, please? I never got a good answer, but I finally figured it out. Oracle, SAP, and the rest of the ERP vendors don't make applications for CEOs. CEOs just aren't important enough. ERP applications are built for clerks.*

"I'll never forget my early days in applications. This large aerospace company was doing an evaluation to decide whose applications they were going to buy. They had a huge amphitheater filled with clerks— mainly low-level purchasing people. And they were comparing our application to PeopleSoft's applications based on keystrokes. Whoever needed fewer keystrokes to enter a purchase request had the best application. It was like a time-and-motion study from the 1930s. If we required twenty-six keystrokes and they required twenty-four keystrokes, they had the better application. I thought they were joking. The most important thing in purchasing is buying things for less. You've got to identify your low-quality suppliers so you can throw their ass out and move their volume to the good suppliers. Of course, before you give the good guys the additional volume you beat the crap out of them so you get a better price. Nobody in their right mind is going to spend a fortune putting in a brand-new purchasing system just so they can get rid of a few clerks. That's fucking nuts.

"Our purchasing system has to provide the purchasing people with the information they need to weed out low-quality suppliers—guys who deliver late, that kind of stuff—and negotiate the best possible price from the good suppliers. We do that, right? Oh, no. Nobody does that. We automate the process of entering purchasing requests, approving the purchase request, sending the purchase order to the supplier—the entire

*LE writes: The term "clerks" was an intentional exaggeration in a number of internal speeches at Oracle. I was trying to make the point that ERP systems delivered very little value to senior managers because they were process automation systems, not information systems. ERP systems were pretty good' at automating a business process like issuing purchase orders, but they were terrible at providing information, such as telling you if this purchase order put you over your capital budget.

tems, too many separate databases. It really was a stunning discovery. All these separate process automation systems have to be integrated and sit on top of one database. Then and only then can we have a true information system. And we'll save a fortune by getting rid of all these separate systems."

Mark Barrenechea, a chubby, confident young programming manager who had come to Oracle in 1997 to build a CRM development team, remembers the moment when the truth about the applications business first hit Ellison. "He asked a very good business question. He said, 'How many employees at Oracle do we have?' Because, logically, as in all complex networks, everything is centralized. He just assumed HR data was centralized. So he asked how many employees there were at Oracle. Ron replied, 'Well, we'd have to put a data warehouse together. We'd have to go out and put a team together. We'd have to consolidate formats. Larry, in ninety days I'd give you an answer' and the guy went off the wall. He said, 'Why isn't all this data in one place? We have the Internet now, right. We can consolidate this into one global schema.' That was the spark."

Ellison continues, "Taking over applications at the same time we were moving our database and tools to an Internet architecture was serendipity. In a fairly short time the right application strategy became obvious. It was a horrifyingly big job; it wasn't going to be a short ride. But then neither was building real application clusters—game, set, and match in the database business. Building all our applications around a single database—building a single integrated global information system—that's game, set, and match in the applications business."

This was Ellison's epiphany. It was not just a question of suddenly understanding how Oracle needed to go about developing its applications to make them both better than and different from the competition's; it was also about how Oracle itself could become a different kind of organization and how Ellison could reinvent himself as a CEO. Ellison's other realization, as he became increasingly involved in applications development, was that in trying to consolidate systems and get business intelligence out of them, just as much effort would have to go into better processes. Ellison says it was like a yin-yang diagram that shows how one opposite produces another: "Better information allows you to improve your processes. The more complete your process, the better your information. It's a virtuous cycle." All of a sudden, the things that he had always assumed were intellectually beneath him became very interesting indeed.

Ellison shared his revelation with senior colleagues during a strategy meeting in March 1998 at the Hotel Nikko, a stone's throw from San Francisco's Union Square. Mark Jarvis, who became head of marketing a month later, remembers the occasion well. "We had the heads of sales for all the regions, the heads of consulting, Ray, Larry, the heads of development, and a few other people, including myself. The sales force started off by saying that in the database business we can beat anyone because we can differentiate ourselves, but in the apps business, whatever SAP says, we say. They didn't have features to sell that you couldn't get in SAP.

"So Larry stands up and says, 'You're all wrong. We lose because clerical administrators don't like our product. All these wonderful features you want are irrelevant because all they care about is the user interface and the number of keystrokes.' Larry's insight was to change the game by saying that instead of just talking about transactions we had to start talking about extracting business intelligence from our applications. Instead of talking about keystrokes to executives who never used the applications, we should start asking, Do you know this and do you know that about your business. The idea in marketing terms is to move up a ladder. If everybody else is on one rung of the ladder, you move to the rung above them with a different message. The next rung of the applications ladder for us was business intelligence, and we built a campaign around 'Do you know . . . ?' Then, after six months, when SAP started talking about business intelligence too, we moved up the next rung and started hammering on the Internet. It was a very big turning point. Even before we had the products, it began to change our ability to compete with SAP."

Ellison's excitement was almost unbounded. In his own mind, he'd not only worked out how to make Oracle's perennially underperforming applications business into a winner, but simultaneously it had been revealed to him how Oracle could become a dramatically more efficient company and how the CEO's job, which he had spurned, would now be worth doing. Better still, what would make it all possible would be leveraging the Internet and the thing that Oracle understood better than any other software firm in the world, the relational database. Nor was there any question of having to put reengineering the company onto a back burner because of the need to sort out applications. One would lead directly to the other. Oracle would become a giant test bed for its own software developers.

And what better way to demonstrate the coming revolution than to make the much-maligned Ron Wohl responsible for putting Ellison's idea into action? Ellison says, "I decided to make Ron our CIO. I said, 'Ron,

we're going to test our new applications inside Oracle. I'm going to turn our entire company into a laboratory. If the applications are any good, they should save us a lot of money, and for the first time I'll actually know and be able to control what's going on inside the company."

Although Ellison had been touring the benefits of centralizing data for a couple of years and had been cancelling client/server development right and left since 1996 in favor of Internet-related projects, the operational reality at Oracle was very different from the marketing message. While a few high-tech companies were seen as e-business pioneers—Dell and Cisco Systems, for example, had already gone quite a long way toward using the Internet to put key business processes online, including their customer service, sales, and supply chains—Oracle was a pretty good example of the pernicious effects of client/server computing, especially as practiced by a fast-growing global company with plenty of money to spend. Although some of the applications that Oracle was using were by now Web-based and everybody who worked at Oracle was connected to the Internet and used e-mail, on its own that wasn't making a lot of difference. Information was scattered across more than a thousand databases in different parts of the world, and every functional organization within Oracle had its own computer system, replicated, naturally enough, in every major territory.

Ellison says, "We had hundreds of large server computers managing hundreds of separate databases. For example, every major country had six customer databases—one each for marketing, Web store, telesales, field sales, accounting, and services. So we had hundreds of customer databases. We had seventy human resources databases. We had ninety-seven e-mail databases. Data, data everywhere, and not a drop of information." Oracle had no fewer than forty-three full-fledged data centers around the world, each one stuffed with computer hardware and each with its own IT staff maintaining the multiple systems.

Gary Roberts, the executive Ellison would put in charge of sorting out its IT mess, recalls, "We were actually running in excess of 140 customized applications; in some cases, we'd bought third-party products to do some things that Oracle applications couldn't do. When I told Larry about the number of servers we had around the world—two thousand in Europe alone—he almost choked. And that was just counting servers that were four CPUs or more. Part of the reason was all those customized apps. You have to have test environments and staging environments and of course the production environment itself. Larry had one question that set us all back on our heels: 'We're the second largest applications com-

pany in the world. How come we have so many custom applications? And if I need these applications to run the business, why aren't they part of the product suite?' We looked at each other: Yeah, that's a damn good question."

One of the consequences of each bit of Oracle having its own computer system was that each one of them could make up its own mind about how it wanted to do business. Ellison says, "Every country invented its own business processes for marketing, sales, service, everything, and operated the way they deemed best. Everything was nonstandard." Both Ellison and Lane had supported the principle of having strong, highly autonomous general managers in each country. But the combination of a high degree of decentralization, global scale, and the functional silos formed by client/server resulted in a structure that was very nearly unmanageable and that encouraged "appalling" duplication of effort. Ellison says, "We, like most other large corporations, had a feudal structure. We were organized like medieval Europe. I was a weak king surrounded by a bunch of strong and fiercely independent dukes. I would sit in my capital in California and make policy decisions—which the dukes promptly ignored."

Ellison's favorite example of the way this system operated was the work of the supposedly powerful pricing committee. Chairing the committee, which sets prices for all of Oracle's software, used to be a pretty thankless task. "The pricing committee was 'responsible' for deciding how much we would charge for our products—our new application server for example. So we'd do some competitive analysis—what's IBM charging, what's BEA charging, what's Microsoft charging? How does our product compare? What are the market dynamics? After that we'd make a decision, say, $10,000 per processor.

"We'd then produce an updated price list and send it across the hall to our global sales headquarters. Unfortunately, our global sales team had their own pricing people who felt they weren't doing their jobs unless they did their own analysis and—for the good of the company, of course—corrected any pricing mistakes we might have made. They'd say, 'Larry's an engineer,' what does he know about setting prices? We're salespeople, we know about pricing.' So they'd reset the price to $20,000 per processor and send out a pricing memo to our European headquarters in Geneva. Of course we had another pricing team in Geneva that redid the analysis and reset the price once more. They'd say, 'What do Americans know about selling software in Europe? We're Europeans, we live in Europe.' So a team in Geneva decides that the right price for Eu-

rope is $15,000 per processor. They then send that price out to Paris, Munich, London. The same thing happens all over again. The guys in Germany ask, 'What do French people in Geneva know about selling software in Germany? The right price in Germany is $25,000 per processor.' Every country had a different price. It was crazy.

"We had about two hundred people around the world involved in analyzing and reanalyzing, setting and resetting prices. It cost us a fortune in duplication of effort. It delayed the process and confused most of our customers—but not all of them. One day I get a call from one of our largest customers, located in the northeastern United States. He tells me, 'Larry, we've decided to buy all of our Oracle software from Oracle Brazil.' I said, 'But you're headquartered in Connecticut, Connecticut's not part of Brazil. Why are you doing that?' He said, 'They gave us the best price.' Shit. Everything is so duplicative and decentralized, the right hand doesn't know what the left hand is doing. We're competing against ourselves. This is embarrassing.

"I realized that there were two very important things we had to do, neither of them easy. First we had to move as quickly as possible toward the ideal of 'one company, one database.' Then we had to complete and integrate our applications suite. That meant building application modules we didn't have, like contract management and pricing quoting. If you have gaps in functionality, it's impossible to completely automate the flow of data through a business process. If there are manual processes left lurking around your process automation systems, it means you have big gaps in your information systems. Incomplete process automation causes cost problems, quality problems, and delays. Incomplete automation is almost as big a problem as data fragmentation.

"Take the flow of data between sales automation and order management. When the customer says he wants to buy one of our products, we send out a price quote and a contract. Creating a contract, quoting a price, sending out a contract, negotiating changes, and actually entering an order into the system were all labor-intensive manual processes. Process automation is just like a manufacturing assembly line. If you want to get the efficiencies of automated production, you have to keep the car on the assembly line and not keep pulling it off to do things to it manually. But nobody had built applications that completely automated business processes end to end, like lead-to-quote and order-to-cash. This incomplete automation problem meant that companies consistently failed to get the cost benefits they expected from the process automation they invested in.

"To remedy all this, we had to automate every fundamental business process end to end. That artificial separation between applications products—CRM and ERP—had to be bridged, because the data process flow from lead-to-quote to order-to-cash spanned marketing, sales, order management, and accounting application modules. We had to rebuild all our separate application modules into a complete and integrated E-Business Suite. And we had to rebuild them on top of a single global database."

Critically, Ron Wohl and Mark Barrenechea quickly saw that working independently of each other, one concentrating on back-office functions and the other working on the new customer relationship software with which Oracle was going to take on Siebel, made no sense. Barrenechea says, "We'd use the same data schema, the same application program interfaces, and the same standards. That's what became known as the E-Business Suite."

Not only did Ellison insist that development break out of its silos of specialization, he also demanded that development and Gary Roberts's IT organization become, in effect, a single entity. The development group became intimately involved in defining and understanding the business processes that were to be implemented at Oracle and taking the final responsibility for deploying the software and validating its operational use. Roberts says, "We took all the application support people who used to be part of internal IT and moved them into the development groups. Today, we have what we call the three-legged stool for development. There's me, Ron, and Mark. When those two develop a product, they hand it to me to implement. I also do final quality control against our entire employee base. What better way is there to see whether a product is reliable, can scale and perform to expectations?" The ratio of support staff to employee at Oracle has fallen from about 1 to 25 to as little as 1 to 75.*

Roberts admits that at first there was a certain amount of suspicion on both sides: "It wasn't exactly confrontational, but it was strained. The attitude was 'You guys just run data centers, what do you know about developing products?' But we were able to sit down with some of Oracle's

*LE writes: I thought that a major test of our new applications should be the lowering of IT expenses within months and consistently thereafter. I never bought into the notion of "investing" in Internet systems or any other kind of computer system. Internet systems should save you money very quickly, or you shouldn't put them in.

technical gurus, and they said they would have made exactly the same recommendations as us. So that legitimized our position, and from that time on it's been transformed into a collaborative effort."

As well as forcing IT and development to work together as one, Ellison began the process of globalizing Oracle with IT. He decided to move all the IT people from their country and regional headquarters to a new global organization headed by Roberts. Not surprisingly, Ellison encountered fierce resistance from the feudal barons. The idea of relying on the corporate center for their mission-critical systems was anathema to them.

Rather than just mandating the change (and then waiting for the shifting of blame every time a country manager missed a quota), the way around their resistance was a crafty mix of financial incentives and proof points that the new systems would actually work. First, the decision was made to provide the new global IT systems for "free" rather than as an allocated cost. Ellison wanted to establish the principle that managers should have to absorb only costs that they were directly responsible for incurring. Country managers who wanted to keep their IT in-house could do so, but it would be at the expense of both their operating margins and their bonuses.

Second, Ellison identified an easy-to-implement project that would provide "cheap thrills" and immediate proof that the new Internet systems actually worked: global e-mail. Instead of those ninety-seven separate e-mail systems, Oracle would run on a single Internet e-mail system running exclusively on two computers at its main data center in California (plus standby servers in the Colorado-based backup data center). Ellison says, "It was a stunning success. We used our global intranet and our database e-mail system, now called Collaboration Suite, to link everyone in the company together. The new global e-mail system cost one tenth as much as the ninety-seven local e-mail systems it replaced. And it was faster, more reliable, and more secure. Our users were happy because they could keep using the user interface they were familiar with: Microsoft Outlook." One senior executive in Tokyo, betraying a limited faith in the Internet technologies that Oracle was selling, couldn't see how an e-mail system in California could be faster than one in Japan. "Something to do with the speed of light," muttered Ellison to him. "Please don't act so surprised in front of customers."

Next up for globalization were marketing and sales. And in the case of marketing, it was not just its computer systems but the organization itself that was unified. Unlike with IT, marketing people were left in their coun-

tries, but from now on they all reported to Mark Jarvis rather than to their country managers. But it was the same deal as for IT: if you wanted to keep your own marketing organization, you paid for it. Ellison was trying to instill a new culture in which the status of senior managers was based not on the amount of money they spent but solely on how much profit they earned. But as Ellison had anticipated, there were other benefits from globalizing marketing: "The Internet made all our marketing programs visible in every country in which we did business. The programs that worked became global. The programs that didn't were killed. Duplication of effort was minimized. Prices set by our pricing committee were published on our global Web site, where our customers could see them. That made it impossible for every country to set its own prices.* We now have less than ten people working on product pricing. That's down from one hundred. So duplication of effort ended, delays eliminated, and our costs greatly reduced. The pricing bureaucracy was gone. I could always make policy, but now, for the first time, I could enforce it."

By April 1999, Ellison felt sufficiently confident of the progress he was making to start talking about Oracle's "e-business transformation," claiming to the board that he believed it was possible to take out a billion dollars of annual recurring costs in just the next year. Two months later, at a headquarters press conference, he went public with the target. He was desperately hoping that before the end of the year, Release 11i, the E-Business Suite, the most ambitious software package in the history of enterprise computing, would be ready to ship, and he wanted the world to believe that it was thanks to using its own software that Oracle was saving unimaginable amounts of money. However, to reach the billion-dollar target and get beyond it, Ellison, Gary Bloom, Gary Roberts, and the other executives leading the e-business charge were now going to have to do something much more difficult than globalizing HR or accounting.

Despite the degree of professionalism that Ray Lane had, at least initially, brought to U.S. sales after the near catastrophe of 1991, Ellison's distrust of Oracle's own sales force and the potential for trouble that stemmed from its wheeler-dealer ways was largely undiminished. Just as

*LE writes: At least a country could not set its own prices without justifying the difference to the global pricing committee. We approved different prices in India and China. Everywhere else in the world our product prices are the same.

the Internet could help restore centralized control over Oracle's Tower of Babel–like marketing operation, Ellison believed that an Internet-based sales system could not only make sales more efficient, but just as crucially, it could standardize much of it. What Ellison wanted was a uniform process that would minutely choreograph every single step of the sales process.

Ideally, an increasing number of sales would be made through the Oracle Web store without any human intervention. When sales prospects visited Oracle's Web site, the information collected would automatically steer them toward information about products or services that might interest them. Follow-up e-mails would be automatically generated to keep up interest and to discover whether a telephone call or a face-to-face visit from a salesperson was needed to close the sale. Where appropriate, some leads could be instantly shared with approved consulting and hardware distribution partners. At least in theory, the prices posted on the Web would be the standard prices that all but the very biggest customers would pay, thus avoiding the hugely time-consuming (for all concerned) ritual of protracted negotiation on every deal. A by-product of this transparent sales process would be far more accurate sales forecasting.

But Ellison wanted to go much further than that; he wanted to use the technology both to help change the entire sales culture at Oracle and to make each salesperson vastly more effective. He says, "I wanted to get the 'creativity' out of the sales process. If you want to be creative, go write a novel. I wanted to 'engineer' the sales process. I don't want the field people spending all their time wheeling and dealing on price. The primary function of our salespeople is to communicate and quantify the business benefits of our products. There should be a carefully engineered step-by-step process for most common sales situations—like selling our database against IBM's. First, identify the decision maker and enter their e-mail address into our sales automation system. Second, send them a set of key customer references—case studies showing how much customers saved by converting from IBM DB2 to Oracle—showing how they got better performance and ran on lower-cost hardware. Third, send them a proposal quantifying their cost saving in hardware, software, and labor if they pick Oracle rather than DB2. Finally, send them a standard contract and a price quote. If we have an engineered, proven sales process, we will sell more software. The purpose of new sales automation systems is to allow standard sales processes to be defined and implemented across the sales force. That's real sales automation. Most so-called sales automation systems simply automate opportunity management and sales forecasting.

If you are going to spend a lot of money on sales automation, make certain you are automating selling—not just forecasting." *

Ellison adds, "An engineered sales process can also be effortlessly updated. If the sales pitch we want to use against IBM changes, as it does from time to time because of some cool new feature we put into Oracle or because we have a great new reference, I want every salesman to change the way they sell against IBM. Press a button, and everyone's PowerPoint presentation becomes the latest version of the pitch. Press a button, and great new references are automatically sent to our sales prospects. Press a button, and the new demo is online."

==Ellison recognizes that applications can't be sold the same way as a database technology.== But instead of sending four or five people to, say, Slovakia to demonstrate those applications they know something about and think the customer might be interested in, why not use cobrowsing on the Internet to run the demos and presentations? That way, the best people are always conducting the demos, the customer is seeing the latest version of the software, and money is saved on travel expenses. It also happens to be a pretty good way of showing customers the difference between client/server applications and apps that run over the Internet and can be accessed with a browser regardless of where the computer they're sitting on happens to be.

Ellison is unrepentant about the charge by rivals, such as Tom Siebel and some of the analysts, that what was once the most feared sales force in the industry is being "dumbed down" and emasculated. Many of Oracle's top sales guys, they say, have left to join other software firms because Ellison no longer allows them the flexibility they need to do their jobs. It's typical Larry, they say; because he's an engineer, he thinks that everything in the business can be engineered. He laughs. "Yeah, the Oracle sales force certainly was feared—mainly by me! Seriously, I think some of our competitors have been hiring our old cowboys—the kind of guys who will only be happy as long as they have horses, lariats, and guns. But I've never thought that our very best salespeople were these crazy deal makers. Our best salespeople are very knowledgeable and

*LE writes: For the same reason we're trying to persuade our customers not to customize our software, because the lowest-cost way to get quality is with a standard product—a customized sales process is expensive and generally of low quality. Very few people can sell well. An engineered process is almost always—not always but almost always—better than an ad hoc process.

service-oriented. I love and respect those guys, and I want more of them. I want a sales force made up of the kind of people you'd want your son or daughter to marry."

It's understandable that Ellison should think the way he does, but I wondered whether George Roberts, the head of U.S. sales and a former protégé of Ray Lane, would feel the same way. Did he feel that Ellison was engineering the testosterone out of selling? "Oh God, I think that's a ridiculous assumption. I think that what Larry is trying to do is find a way to make every sales rep behave like an 'A'-grade sales rep. I have had this discussion with Larry many times, and what I tell him is that we will know we've arrived as an e-business when we release the product and the next day forty thousand Oracle employees can deliver the same-value proposition around the globe. Because that's when size becomes an advantage. Historically, as companies get bigger they become more inefficient, and this whole e-business effort is all designed to leverage Oracle's size and make it more effective all around the world. I have seventeen thousand people. Closing that $2 million deal isn't going to solve my problem for me, but if I can make seventeen thousand people more effective in their job every day, that has a real impact top line and bottom line. That's a huge win."

Doesn't Roberts lament the passing of the "crazy deal makers"? "Absolutely not," he says. "We want to make sure that people understand our key differentiators against the competition, what our value proposition is, and how we then match it against customer needs. That's it. A salesman shouldn't want to cut deals. Okay, at the high end, the top hundred accounts, there may be some relationships and arrangements. But as you move further downstream, the more standard the business should be. A large part of our e-business effort is aimed at optimizing our distribution model in a way that leverages all the different channels a customer can buy through. That's tremendously important in helping us get market share. As for our competitors saying that we're dumbing down, they're nuts. And you know what? They all want to do what we're doing. I've had a dozen companies through here in the last few months—one of them was BMC, a software company—and there isn't one that doesn't come away saying you guys are so far ahead of anything they've seen even if they've been doing telesales for years and years."

Chuck Phillips of Morgan Stanley Dean Witter, who is not only the doyen of Wall Street enterprise software analysts but, unusually, is held in high regard by Ellison, takes a balanced view of Oracle's attempt to change the way software is sold. He believes that some "dumbing down"

was necessary just to make things simpler for the customer. "Buying from Oracle was like trying to buy a building rather than a piece of software. I think Larry's simplifying it is something customers like . . . but I don't think he ever gets rid of those high-testosterone sales guys either. Those guys are still very important for the big deals. It's not like people wake up and decide to spend thirty million on the Web site. You need hungry guys that can sell and sell high, and I think he knows that. . . . You still want those top five hundred guys who know how to move mountains and who won't take 'no' for an answer. There is still a human element to selling software."*

Not everyone at Oracle was as enthusiastic as George Roberts about the changes, many of which were being driven through by Ellison's "shadow management team" of Gary Bloom and Safra Catz. According to Ellison, one group that felt particularly threatened—perhaps not surprisingly, given the amount of independence they had enjoyed under Lane—were the country managers in Europe. That may have been true of some who equated their power and influence within Oracle with the size of their budgets and the autonomy of their systems. But the major obstacle to changing the way things were done in Europe was the man whom Ellison had himself chosen to run EMEA (Europe, Middle East, and Africa), a polished ex-Digital and ex-AT&T executive with a background in services named Pier Carlo Falotti.

After joining Oracle in 1996, Falotti had built a substantial European headquarters in Geneva. Unfortunately, the infrastructure that Falotti had built around himself was extremely expensive to run, while contributing little to revenues. As Ellison demanded increasing cost savings, Falotti forced his managers to absorb the costs of the "services" that were being provided from Geneva. Philip Crawford, a tough salesman who ran the very profitable British business until being fired by Lane in 2000 for overaggressive customer license audits, says, "The problem with Falotti was that he said one thing and did another. I sat in meetings where blatant lies were told about costs. Blatant untruths about European and about EMEA cost structures. When Larry started to ask for lower costs, quite understandably the answer in EMEA was that the

*LE writes: Chuck, as usual, is right. The big deals will always be driven by our best and most senior people. I believe that means our best managers, best salespeople, best consultants, and best engineers. In a great company everybody sells—not just the salespeople.

countries have to eat more of the cost of services. In the United Kingdom I got almost zero in the way of services that I actually wanted."

Safra Catz recalls, "It was not pleasant dealing with the senior European management team. I think some were well intentioned but didn't know what to do. The guys had to push Ray's line that they couldn't change because they'd always done it in this way." Ellison eventually fired Falotti on the last day of May 2000 by calling him on his mobile phone. The date of his dismissal meant that Falotti lost $10 million worth of options that were soon to vest. To avoid that fate, Falotti secured a note from his doctor stating that he was "ill and unable to work as of May 30 for an indefinite amount of time." According to Swiss law, an individual can't be sacked if he is too ill to work. Suspecting a scam, Oracle promptly slapped in a lawsuit against Falotti arguing that the doctor's note "plainly misrepresented the facts." So far, the legal decisions have gone against Falotti. His consolation is that he had already made nearly $30 million from the earlier sale of shares from an option grant.

Another senior manager who left as a consequence of Ellison's e-business crusade was Ray Lane's old chum Randy Baker. Having already had education stripped from him in early 1999 because of the "dismal" 13 percent profit margin he was targeting, later in the year his leadership of Oracle's six-thousand-customer support organization was passed to Gary Bloom. Two months later, in February 2000, the fifty-five-year-old Baker was fired. Like Falotti, Baker believes the timing of his sacking was linked to the date when options were due to vest. He sued Oracle for $18.5 million on grounds of wrongful dismissal and age discrimination. He had indicated that after seven years' service he wanted to leave the company in August, by which time his options would have vested, but Ellison had other ideas.

Ellison says, "Randy and Pier Carlo both felt they needed more people to do a good job. I didn't agree. I wanted Randy to leave because his margins were dropping like a rock and he still wanted to hire more people. What's more important to me, profitability or someone's age? I'm actually slightly older than Randy. I wanted to automate, cut expenses, and improve profitability. That's what I insisted on. It proved to be a very difficult time for many of our most senior managers, who were long accustomed to operating independently," Ray Lane regards both men as "among the finest executives" he has ever worked with.

By moving all of Oracle's service information to the Web and everyone within customer support to a single Internet-based global system, Ellison

maintains, customer service and satisfaction have increased without the need to hire any additional people. He's especially proud of the fact that much of the support work is done out of Bangalore by Indian engineers, who earn a fraction of the wages expected in California or Europe. Problems can now be tracked around the clock, exploiting different time zones, and the best-qualified people can work on problems wherever in the world the customer may be based.

Remarkably, within not much more than a year of Ellison's beginning his campaign to cut costs by turning Oracle into an exemplary e-business, the targeted first billion dollars of savings—a number pretty much plucked from the air to help dramatize the project—had been secured and Oracle's profit margin had moved from a little under 20 percent to more than 30 percent. Ellison had been helped by the rapid growth in all parts of the business coming from the dot-com and telco-generated boom in technology spending, but Ellison was already talking about getting a second billion dollars in annual expense savings.

The savings gave Ellison the marketing message he needed to sell Release 11i, which had finally been released in May 2000. Selling brand-new software is always difficult until a reference base of satisfied early customers exists. Ellison decided that Oracle's own Internet-derived efficiencies would be the first reference. Soon, Oracle's $300 million marketing budget was pumping out the insistent message: "By using our own E-Business Suite, Oracle saved $1 billion in one year." The grammar might not have been precise, but the meaning could not have been clearer: Oracle's new applications suite was a cost-cutting engine that could do the same for any business with the vision to use it. It was the kind of boast that was bound to attract both attention and skepticism in equal measure. Partly because of Ellison's reputation for stretching the truth when it suited him, critics were keen to find explanations for the cost savings that didn't depend on the performance of Oracle's software.

An article in the magazine *InternetWeek* by Mitch Wagner published in March 2001 and entitled "Oracle's Savings Don't Add Up" was fairly representative. It began, "Don't buy into Oracle's claims that it's saving billions of dollars by implementing its own e-business software. Much of the savings actually have come from cost-cutting measures that could have been achieved without the Internet, according to experts and an analysis of Oracle's financial statements." One such expert, John Puricelli, an analyst with A. G. Edwards & Sons, opined that most of the savings had come from old-fashioned belt-tightening: "A lot of the cost savings that came were changes in employee behavior, and software

doesn't do that," he said. Chris Shilakes, an analyst with Merrill Lynch, said that "revenue momentum" as much as cost saving had been responsible for the margin improvement. Spurred on by such pieces, a group of shareholders, disgruntled by the fall in Oracle's stock price since the beginning of the recession, even filed suit in early 2001 alleging that the company's savings were due to head count reductions (from forty-four thousand to forty-one thousand since 1998), as opposed to Internet-driven efficiencies. Stung by these criticisms, Oracle invited the Harvard Business School to carry out one of its famous case studies and an independent management consultancy to carry out a meticulous department-by-department investigation.

A review of both investigations by the Economist Intelligence Unit concluded, "These studies provide impressive evidence of a company in the midst of dramatic changes inspired by the Internet—although as Oracle's senior executives freely concede, many of the efforts at transformation derive as much from old-fashioned sound business practices as they do from Internet-driven innovation." Pointing out the huge gains in Oracle's own IT operation—spending nearly halved since 1999 and average help desk response times down from three minutes to less than ten seconds with 44 percent fewer IT staff—the EIU summed up, "The company undertook simultaneously to transform every aspect of its operations in accordance with three key principles: standardisation, centralisation and web-enabled automation. Driven with near-fanatical zeal by the CEO, Larry Ellison, this trinity has shaken up virtually every job function within the company. There is little doubt that an Internet-based business transformation has taken place."

What the EIU and most others fail to note, however, is that while standardization and centralization may sound like "old-fashioned sound business practices," it was the Internet that made it possible to achieve the Ellisonian ideal of "one network, one database" so rapidly and so completely. The suggestion that most of the savings were simply the result of cutting head count is absurd; it was only successful automation that meant Oracle could do more with fewer people. As for the accusation that much of the margin improvement came from the revenue momentum fueled by the dot-com boom, that too appears simplistic.

The second quarter of fiscal 2002 was hard pounding for Oracle—its earnings per share of 10 cents were a cent lower than the previous year, while new software license sales were down 27 percent and services revenue was flat. Announcing the numbers, Jeff Henley said, "For Oracle, this quarter included the September eleventh tragedy and its impact on an

already weak economy. In a difficult economy, we are gratified that our business automation has allowed us to continuously take cost out of our business while expanding our engineering capacity." Ellison put it differently: "It was our toughest quarter in a decade, but we still made over $800 million in operating profit and a thirty-five percent operating margin. When the economy improves, we will earn a lot more." Ellison was pointing out two things. The first was that in extremely difficult selling conditions its margin gains had not deteriorated despite the fact that, almost alone among technology firms, Oracle had not been forced into large-scale layoffs in 2001. The second was that when business picked up there was likely to be a nearly one-for-one relationship between increasing revenue dollars and profit—Ellison believed that Oracle had effectively uncoupled expenses from revenue growth and that in an "up" economy, Oracle was capable of getting near a 50 percent margin that would beat even Microsoft's phenomenal profitability into a cocked hat.

Software was as much a catalyst as a cause of the revolution in Oracle's business practices. Ellison frequently tells prospective customers that unless they are prepared to review all their business processes in the light of the Internet and unless their top management is willing to make available the best people in the company to work out what should be done, they shouldn't buy Oracle's software because they will only be disappointed by the return on their investment. His constant message is: Don't change the software to fit the way you have always done business; use it to figure out how you want to do business for the next twenty years. Gary Bloom, who left Oracle to run the software firm VERITAS in November 2000, agrees. "I was the driving force behind the idea that the way we were spending money and making business decisions at Oracle was lunacy. But the software forces you to think about exactly how you want to do business, and that makes you do it. It gets your attention, and it's very powerful."

Ellison believes that one of the greatest benefits of Oracle's e-business transformation has been to the way people within the company now behave. "Oracle had been a company made up of many independent business groups, managed by these self-reliant generalists who valued their autonomy. Now it's a company of interdependent business groups managed by specialists who value their knowledge and excel at teamwork. As a result, it's more fun to work at Oracle these days and there's less management conflict because decisions are based on up-to-date, shared information."

As Oracle's own information systems improved, Ellison was increas-

ingly struck by how executives who had accurate data at their fingertips were able to overwhelm managers who were nominally senior to them who didn't. He had seen Safra Catz relentlessly drive home arguments with Ray Lane by virtue of better information. "She always had the facts. I was watching how people manage, how they make decisions and how they debate during meetings. When you have someone who has facts versus someone who has none, facts, not personality, rule the day. The more we know, the more rational our decisions and the less we argue. Because once you knew that certain facts were true, the argument is over. It's really quite extraordinary how different an organization becomes when decisions are based on facts rather than force of personality, rank, and opinion."

Despite his enjoyment of controversy, Ellison doesn't have a great appetite for argument, at least not in a professional context. While he's always prepared to listen to the views of developers when they differ from his and is willing to be persuaded if he's wrong, he doesn't enjoy debates about business issues that depend on hunch and feel. Ellison is a self-confessed "hyperquant" who feels fully in control only when he's processing data. Even when he's flying a plane or racing Sayonara, he prefers to be guided by the numbers coming out of the computer systems rather than to put all his trust in what he's feeling through the seat of his pants.

Another of the cultural changes that Ellison feels proud of is the attitude toward budgeting and expenses that he insists has now spread through the company—an approach, he says, he learned from close observation of one of Oracle's biggest customers, GE. He says, "A few years ago when we had a budgeting session, it used to go something like this: A bunch of people walked into the room. There was a big pot of gold sitting on the table. The team that came in felt it was their job to use all their rhetorical ability and cleverness to leave the room with as much of that gold as possible in their budget. My job, on the other hand, was to hold on to as much of the gold as possible. The fight—excuse me, budgeting sessions—would go on for days and days. It took a long time for them to explain why every department needed to spend more money than it had spent the previous year.

"I said, 'Wait a second. We all work for the same company; we're all shareholders here. Why am I the only person in the room trying to hold on to as much of the gold as possible? If we spend less gold, we'll make more money. That's a good thing.' Something I learned from working with and watching GE over the years was that GE expected its managers to come into planning sessions with budgets showing profit margins

going up. Good idea. Now every manager in Oracle is required to come to planning sessions with a first slide that says 'How we're going to do more while spending less.' The rest of the presentation goes into detail as to what you're going to do this year that you didn't do last year and how you're able to spend less while doing it. During hard times, like the last few years, this approach to planning is essential if you want to have any hope of preserving profitability. If people are looking for an outlet for their creativity, this is the place for it. We learn from each other. We no longer have a culture in which people think that the more money they spend, the more important they are. We have a culture that finally understands: expenses are bad."

The changes that Ellison has driven through at Oracle since 1999 are extraordinary—all the more so because almost nobody who knew him before would have dreamed that he could ever get so fascinated by every mundane detail concerning how Oracle operated or that he would have the determination to drive such profound cultural changes through a large and far-flung organization once the first quick wins had been realized. Nor is there any doubt that he has done it by turning Oracle into an e-business laboratory, creating a virtuous circle that greatly benefits the development of Oracle's application software. It's a measure of his success that during the last technology industry downturn at the beginning of the 1990s Oracle was nearly sunk by poor cost control and the ensuing cash crisis, whereas in the tougher business conditions of 2001, an admittedly much bigger Oracle remained formidably profitable. Nonetheless, there are some important qualifications.

The first is that Oracle was unusually ripe for an e-business transformation. By any normal standards, it had grown extremely rapidly over a twenty-year period and, as in many high-growth companies, controlling expenses was not a priority. It had also adopted a highly decentralized model, partly to enable it to establish a global presence quickly. Because it was a technology company, spending large amounts of money on the latest IT systems was lodged deep in its DNA. However, in the era of client/server, as Ellison is fond of saying today, the more you spent, the worse it got. Thus when Ellison began his campaign to standardize, centralize, and automate everything that moved at Oracle, he quickly realized that the returns had the potential to be spectacular.

The second reservation is the risk that having created systems that have turned Oracle into a disciplined machine capable of responding very quickly to inputs from the top, Ellison may be in danger of isolating himself from the influence of colleagues and depriving the company of some

of their creativity. It's one thing to curb the "creativity" of deal-crazy salesmen; it's quite another for a company full of very smart people to become obsessively rule-based. Ellison is clearly fascinated to see how far he can go in bringing the principles of engineering to the running of a complex business. There is a danger, however, that he may go too far.

Jeff Henley articulates some of those anxieties: "Larry has played a very healthy role in coming back in and cleaning everything up. But my worry would be that he has become very powerful and is not delegating very much at all. There's a danger that he's trying to control everything so tightly himself that he'll stifle the growth of the company. It's nothing immediate, because he's done much more good than harm. I'm just saying that in the longer term, he'll have to figure out a way to be a little bit more inclusive. He'll disagree with me that we can't grow and flourish, but the fact of the matter is that there will be limits because of the approach he's taking right now.

"I think a lot of it goes back to our software. To create the E-Business Suite, he's been figuring out the entire enterprise and how it can be programmed. He's obsessed with this idea of programming every aspect of the way we all work. The idea that everything can be engineered is as intellectually exciting as hell to him, so he wants to get right down to the lowest levels of detail and work through the processes. So we've been making our product much better because he's been getting so deep into it, and I'm all for that. It's just that there's a risk [that] Larry, who's a very able guy, will choke off free thought and expression in the company because he's trying to make too many of the decisions."

Jeff Henley may be overstating the dangers. Although dominating, Ellison is usually open to ideas from people who are not so overawed that they forget to express them. But as Ellison candidly puts it, he now uses Oracle as a laboratory for product development. And in any laboratory some experiments are bound to fail. He needs colleagues who are not afraid to tell him when that happens.

The final qualification about Oracle's story of transforming its efficiency by using its own E-Business Suite is that the claim is only partly true, because the first billion dollars of savings was pretty much in the bag before 11i was finished. The software that Oracle used to turn itself into an e-business was, in fact, a combination of modules from Release 11.0, which shipped in late 1998, and a number of customized prototype applications that were global, Internet-based systems. A key element of the E-Business Suite, however, was missing: the underlying information architecture, including the vital shared data schema that were the basis

for Oracle's claims about the tight integration of all the applications. Ellison says, "That's absolutely right. The software that saved Oracle a billion dollars in the first year was a combination of our standard applications products plus prototype applications that had not yet been integrated into the E-Business Suite. But all the applications, products, and prototypes were global Internet applications systems. It was these systems that became the driving force in Oracle's transformation. Once the prototype applications proved their worth, they were rewritten and integrated into what would become the E-Business Suite. As we automated every part of Oracle, just about everything went into the E-Business Suite."

So was it a stretch for Oracle to brag in its ads that it had saved a billion dollars by using its own E-Business Suite? Not from Ellison's point of view. For him, the process by which the suite had evolved and Oracle had been transformed into an e-business was utterly symbiotic. But in one sense, the marketing claims were misleading. The reassuring message to prospective customers was that Oracle had been successfully running the same E-Business Suite that they would buy for at least a year. That was very far from the case. Nor for the first time in Oracle's history, early guinea-pig customers would pay a price for taking too much on trust. Not, however, as great as Oracle and Ellison would pay.

Case 3:01-cv-00988-SI   Document 1549-9   Filed 11/17/08   Page 44 of 48

# 10

# READY OR NOT . . . .

For Larry Ellison and Oracle, it probably didn't get any better than this. The May 8, 2000, issue of *Business Week* magazine carried a portrait of Ellison on its cover wearing shades and what had become his trademark black crewneck pullover. He looked good—a little too much like a Mafia heavy, but pretty good all the same. Even more satisfactory was the unequivocal headline "Oracle Is Cool Again." The story inside by Steve Hamm wasn't bad either. After noting the quadrupling of Oracle's stock price in less than a year that had taken it past IBM in market cap and the widely reported fact that three weeks earlier the value of Ellison's stake had surpassed Bill Gates's holding in Microsoft ($52.1 billion to $51.5 billion), Hamm argued that with the shipping of the E-Business Suite, Oracle was set to be perhaps as dominant a force in the new era of Internet computing as Microsoft had been in the heyday of the PC. The piece was balanced by the attacks of rivals and the skepticism of some analysts who questioned whether Oracle could pull off its grand designs, but the implication was clear: the future was Ellison's to lose. Over the next twelve months, he came pretty close to doing exactly that.

In 1999, it had become accepted as fact that Oracle was one of four companies whose products were the foundation stones of the Internet and e-business—the others being the powerful servers made by Sun Microsystems, the massive information storage systems that came from EMC, and Cisco Systems' ubiquitous routers. No serious dot-com company would look further than these four for the essential IT infrastructure it needed to do business. Amazon, eBay, E*TRADE, and Yahoo! were all Oracle customers. And the dot-coms weren't alone: the deregu-

lating impact of the 1996 Telecommunications Act meant a massive surge in spending by spectacularly well funded "bandwidth barons" and new "challenger" telcos, such as Qwest, and an equally determined response from incumbents determined to match their technology and conquer new territories to offset the effects of the intensifying competition in their traditional markets. Fueled by the prevailing Internet fever, never before in history had there been such an appetite by businesses to buy the latest in computing technology, and Oracle was one of the leading beneficiaries. Instead of the evangelical "The Internet Changes Everything," the company's ubiquitously displayed promotional message was now the much more assertive "Oracle Software Powers the Internet."

Not only did Oracle appear to have the right products for the times, Ellison's unrelenting focus on the Internet and the e-business revolution had also turned out to be spectacularly right. The latest version of the flagship database, Oracle 8i ("i" as in "Internet," of course), had shipped in March 1999, and Oracle's first true Web-based ERP applications suite, 11.0, was actually winning market share against SAP's product because, with "Y2K" fast approaching, it was proving much quicker and easier to install. According to Dataquest, Oracle was the only leading ERP player to show significant growth in the first half of 1999. While PeopleSoft suffered a 53 percent revenue decline and SAP managed only a measly 3.8 percent year-on-year growth, Oracle's applications revenue grew by nearly 30 percent. As Ellison said, 11.0 was "really smoking" the competition. As for Oracle 8i, when announcing its forthcoming release at a New York press conference in September 1998, Ellison had declared that 8i was not just a database but a platform for Internet computing. With its built-in development tools, it was all that companies needed to deploy business applications that could be accessed using a standard Web browser.

The "first Internet database," as Ellison described it, was packed with hip-sounding new features: a built-in Java virtual machine that could execute applications written in the new Java programming language, which was taking the development community by storm; the latest messaging technology and directory services; additional Common Object Request Broker Architecture (CORBA) interfaces and better support for clusters. Most customers would initially buy it for the traditional reasons—increased speed and performance—but others raved about 8i's Java capabilities from the outset. One was Jeff Grant, the IT manager for the recording company Netwerk Productions, which represents Barenaked Ladies, Gob, and Sarah McLachlan. With sixty thousand subscribers to

its mailing lists, he described the Java Mail package as a "lifesaver": "No more using another mail server, no more screwing with building database cartridges for the server. Now you have the ability to call the Java routine straight from the database and no longer have to use a go-between." Similarly, Grant found that if he wanted to make a change to any of the applications he was running, instead of having to upgrade the software on five thousand PCs, he could now make the changes in one place. "Developing apps like this makes all the sense in the world," he said.

Jeremy Burton, then responsible for server marketing at Oracle, said, "The features that are important now are scalability and reliability. But over time customers will figure out what this Internet model can do for them." Merv Adrian, an analyst at Giga Information Group, observed, "You can't just sell a database by saying it works better. It has to have the latest thing, like new, improved XML support with JavaBeans. 8i represented a dramatic shift in focus to Internet-driven changes. People are buying it because it meets today's and tomorrow's needs."

One of the most significant 8i innovations wasn't ready until more than a year after the database came out. Called Internet File System, it allowed any Windows application file, such as Word or Excel, or any Web page or e-mail, to be dragged and dropped into a directory and integrated into the database. Among other benefits, developers would be able to build Web applications that linked both relational data and Windows files. When Ellison said that 8i was not just a database, he meant that users would no longer have to rely on Windows. The database was agnostic about which operating system it ran on! They would be "insulated" from the operating system; in other words, the OS would be merely a utility.

It was an important propaganda message to get out at the same time Microsoft was launching the supposedly much improved Version 7 of its SQL Server database. Unfortunately it lacked a reliable operating system to run on, and Microsoft was still laboring mightily to finish the long-overdue new version of Windows that it believed would finally win SQL Server 7 a ticket into the corporate data center and thus into Oracle's heartland. Ellison was saying, in effect, that for all Microsoft's efforts to become an enterprise computing player—it claimed that Windows 2000 was one of the biggest and most difficult engineering projects of all time, with armies of developers struggling to find the bugs in the 45 million lines of code—it was already out of date. To amplify the message that operating systems were not very important anymore, 8i would also run on Linux, the free operating system developed by the open-source movement. Fur-

thermore, Oracle, in partnership with hardware companies such as Sun and Hewlett-Packard, would market something Ellison called a "database appliance." Known as Raw Iron, it would run straight out of the box using a stripped-down operating system. Raw Iron didn't take off commercially, but it reinforced the idea of simplicity versus complexity.

If Ellison was happy to describe Oracle 8i as the Internet database, he had no difficulty officially christening the forthcoming application Release 11i the E-Business Suite. For Ellison, 11i would be the summation of everything he had learned about the applications business since his forced introduction to it in early 1998. Above all, it would deal conclusively with the curse of fragmented data that had begun with client/server and that best-of-breed had exacerbated regardless of whether applications were Web-enabled or not. Apart from its new Internet computing architecture, which superseded that of 10.7 NCA and 11.0, the new suite would have three unique characteristics to ensure that Ellison achieved his holy grail of "all of your information, all of the time in just one place."

For the first time, 11i would offer tight integration between traditional enterprise resource applications that managed back-office functions such as financials, HR, and manufacturing automation, with the newer customer relationship software that ran marketing, sales, and service. In addition, 11i included an advanced planning suite, enterprise asset management, and online procurement. It is axiomatic that information about any customer transactions, supplier transactions, or internal business processes can affect every part of the organization. The best example of this is the apparently simple one of orders. From sales to marketing to customer service to supply chain to production, just about everybody needs to be able to access order information to do his or her job properly. Without integration between front- and back-office software, the ideal of "order information everywhere" is unachievable.

The second claimed point of difference for 11i was its completeness. Ellison had realized that data fragmentation was not the only reason for the difficulty users of enterprise applications had in getting worthwhile information about their businesses out of their multimillion-dollar systems. Another was the problem of gaps in automation. If a business flow was interrupted by manual processes at any stage, it almost always meant that the information stored was, at best, partial. By attempting to provide all the core functionality to run most businesses from end to end, Oracle was promising seamlessness and with it the speed, efficiency, and responsiveness that were supposed to be inherent in the idea of e-business.

The key to everything was the seemingly esoteric concept of a common data model uniting every piece of the suite. Every module—and there were about 140 of them—would be written to the same shared data schema, allowing semantic consistency (for example, the definition of a customer remained the same no matter from which application the information was coming and could thus be shared by all the other applications in the suite) as well as a complete view into every transaction. The underlying simplicity of the architecture was designed not only to make the gathering of useful business intelligence much easier than with multiple component systems but also to make implementation radically easier and therefore cheaper and quicker.

The scale of Ellison's ambition with 11i was breathtaking. While Microsoft boasted about the size of the project to build Windows 2000, it was, at the end of the day, only an operating system. The E-Business Suite, by comparison, had modules designed to run nearly every aspect of even the biggest and most complex multinational company's operations. From its inception, more than four thousand developers had been working on it nonstop (and still are refining the software and adding features demanded by customers or required to match competitors). When it shipped at the end of May 2000, as well as a new architecture, at least 40 percent of the modules themselves were entirely new. When Ellison described it as the largest and richest software product ever created, for once nobody accused him of exaggerating. The question was: Could Oracle pull it off?

Although Oracle first started talking about 11i in April 1999 at the Oracle Applications Users Group's (OAUG) conference in San Diego, the official announcement of a shipping date and what customers could expect from the new suite had to wait another five months. When ten thousand Oracle users showed up at the fall OAUG conference in Orlando to see Ellison make his keynote speech in the flesh, all they got was his image beamed from Redwood Shores on four giant screens. Many of them were also disappointed by what he said.

After an almost perfunctory fifteen-minute ramble, throughout which he appeared to be wrestling with an uncomfortable earpiece, he declared that the anticipated November launch date had been put back until February 2000. The suite would be complete only when the CRM component became available sometime in the second quarter. Ellison explained that technology glitches were causing the delays: he had also decided to include a brand-new order management module that had been scheduled for a later release, rather than bolt on the old one as originally planned.

One man in the audience, apparently speaking for a good few others, groused that the constantly shifting release dates left him losing credibility with customers, who were forced to put updating their applications on permanent hold.*

Both Ellison's apparently casual remark about the decision to go with the new order management module and the pressure from customers eager to get their hands on 11i would have profound consequences. But the immediate aftermath from Orlando, where Oracle executives had been energetically briefing analysts about the wonders of the new suite, was pretty positive. Gartner Dataquest wrote bullishly that 11i, by making Oracle the first big applications vendor to "use ERP/CRM integration as a loud, primary marketing message," would only add to the superior momentum of Oracle's license revenue growth over its rivals. It noted that apart from being easier to manage and deploy, the suite approach, as defined by Oracle, would provide "richer business intelligence and decision support." It summed up: "Dataquest awards Oracle a thumbs-up for pouncing on an opportunity to present a clear message. . . . Oracle would benefit wildly if ERP/CRM integration becomes the key driver for vendor choice in the enterprise applications space."

There was, however, a word of warning—"Of course, Oracle must now deliver"—which the author had some doubts about, given "its somewhat less-than-sterling past performance" in applications. The META Group made a similarly qualified prognostication: "Oracle, somewhat hampered in the past by offerings that lacked coherence and differentiation, has recently demonstrated a consistent vision. Although it remains to be seen how smoothly its plans are carried out, Oracle is positioning itself to aggressively increase its share of the overall enterprise application market." The analysts were saying that for pretty much the first time Oracle had a potentially appealing story for customers who were sick of bearing the risks and costs of integration. Their caveat was that Ellison's "change the game" strategy required near-flawless execution. Oracle was on a roll, but if it became apparent that it had bitten off more than it could chew, the company could expect little mercy.

Many of the industry analysts regarded Oracle as an arrogant company that had never shown much interest in engaging them in dialogue.

*LE writes: We were getting a lot of pressure from our customers to deliver the 11i applications. I made a lot of them mad by delaying the release for several months. I should have delayed it even longer.

But it was more complicated than that. Oracle had spotted what it thought was a serious conflict of interest for the tech consultancies when it came to accepting the single-data-model concept behind the suite. Mark Jarvis, Oracle's head of marketing, says that he never expected an easy ride: "I thought that the Gartners and the Forresters of this world would find it hard to accept the idea of buying everything from one vendor. If they no longer have to advise clients that you need to buy this software for marketing and this software for sales, ending up with buying software from fourteen different vendors, they will be out of business. Their advice and their expertise are no longer important. You also have to bear in mind that some of those firms are in the systems integration business too, so we were threatening their revenues on two fronts. The financial analysts were likely to be more open-minded. But many of them were advising people to buy the likes of Ariba and Commerce One [which were threatened by Oracle's suite strategy], so they had some vested interest too."

However, the initially largely favorable analyst coverage, which Oracle suspected wouldn't last, added to the pressure on Ellison to ship 11i. There was pressure of a different kind from Wall Street. Because customers sit on their wallets when they know a radical new release is imminent that is more than just an upgrade from existing software, earnings can stall. With Y2K out of the way and company IT spending on e-business-enabling software expected to boom, for Ellison the cost in revenue postponed or even lost because of delays in 11i was unacceptable. If that meant putting heat on development, especially Ron Wohl and Mark Barrenechea, to declare the software customer-ready, then so be it.

As Ellison frequently says about himself, he doesn't have any difficulty in making decisions, even if they sometimes turn out to have been wrong. In this situation, he concluded that the risk was asymmetric. As well as the hit to Oracle's enviable earnings momentum, with its inevitable impact on the company's heady stock price, if Oracle were seen to be struggling, critics would be only too happy to declare Ellison a victim of his own vaunting ambition. At the same time, more delays would give rivals time to undermine, perhaps critically, the credibility of the suite concept before customers had even had a chance to try it. On the other hand, pushing 11i out of the door before it was finished ran the risk of generating a raft of unhappy customer stories for the analysts to feed on.

But maybe that wouldn't happen. The certainty of a launch date would undoubtedly concentrate minds. Maybe 11i would work perfectly out of the box. In the software industry, it was not unknown for miracles

to happen. Even if a miracle didn't happen on this occasion, Ellison was cynical enough about the development process to believe that however much work is done in-house to iron out problems, it's not until the product is in the hands of real customers that you really start to find out what's right and what's wrong. Ellison was also prepared to take the apparently sensible path of having a controlled customer release and staggering the launch, rolling out first the more mature ERP part of the suite in February and then adding the CRM modules and the brand-new order management application in May.

It sounded prudent enough, but the reality was very different. In the first place, Oracle was breaking one of the cardinal rules of the applications business: don't release software to customers until you've tried running on it yourself. While much of 11i was based on the custom-built applications that Oracle had used to turn itself into an e-business and save $1 billion, Oracle would not have time to move its own operations onto 11i before it began selling it to customers. They, rather than Oracle, would be playing the guinea pig.*

To make matters worse, the idea of a controlled release to early-adopter customers who were ready to trade some pain for the gain of getting their hands on the software before competitors wasn't strictly adhered to. Part of the problem, according to Ellison, was that customers in Europe were getting their systems ready for the introduction of the euro and had been planning on implementing 11i as part of that process. If 11i came out later, they would not only lose vital time but would incur heavy costs from extending their contracts with systems integrations firms. Ellison says, "I had already delayed the 11i release date, and that forced our customers to revise their implementation plans. There was tremendous pressure not to delay again. Our customers had their resources all lined up and were ready to install our software as soon as we released it. In a bit like the beginning of World War I: once the troop mobilizations began, there was no turning back."

Under the circumstances, a prudent general might have done everything possible to eliminate any unnecessary risk. Instead, Ellison decided

*LE writes: The biggest lesson I learned from the release of 11i was to make sure we used the applications internally before we gave them to customers. That's how we operate today, and it's made all the difference. Once we're using an application successfully at Oracle, it's much less likely that a customer will run into problems."

on the software equivalent of a blind cavalry charge. It had never been the intention to put the new order management module into the early releases of 11i. The idea had been to start off with the old one and upgrade customers later. But because the launch of the whole suite had been delayed, somebody suggested that it might be possible to sneak the new and much more capable system in at the last moment.

Ellison says, "We had just finished a complete rewrite of our order management system. It was a huge job. The new order management system was dramatically better than the old one, but it hadn't been tested yet, so we thought it was much too risky to put it into the suite. Then someone—not me this time—had this very innovative idea: let's put both the old one and the new one into the suite. That way, conservative customers could stick with the old reliable order management system while our most avant-garde customers could get the benefits of the new one. Cool idea. Unfortunately, it turned out to be technically impossible, but it was a hell of an idea, and Ron and I took our time before we gave up on it. There were five stages to the order management decision. Stage one: We have time to put the new order system into the suite; let's do it. Stage two: No, too risky; we have to go with the old order system. Stage three: Let's put them both in; absolutely fantastic idea. Stage four: Fantastic idea, but we can't make it work. Stage five: Well, then, let's put in the new one. It was my decision. It's in my nature to go for the highest-risk/highest-reward option. That's my cross to bear. We went from having an average order management product to having the premier order management product on the planet. The only problem was that it was brand new and we hadn't done enough testing."

Ellison had no illusions about how critical the order management system was: "The order management system is the heart of the sell side of our e-business suite. Order management is the funnel that captures the information about the sale. The better your order management system, the more information it captures. Our new system captures all the details about the products sold, contractual obligations, payment terms, everything. It manages marketing promotions, vendor rebates, and tracks what salespeople should be compensated on the deal. The flexible pricing engine handles complex and arbitrary rules—like buy two and get the third one free. And the automatic configurator keeps people from buying the wrong combination of products—like computer components that won't work together. It's a great system. But when it first came out, it had a lot of bugs."

Ellison was not acting on his own, however, Ron Wohl fully supported

his view that putting in the new order management system was a risk worth taking. Wohl says, "Technically, we really had to include it to fulfill the objective of the E-Business Suite. If it had the flexibility to meet modern e-business practices, you're in great shape, if it doesn't, you don't really have an E-Business Suite." What's less clear is whether Wohl was giving Ellison an accurate picture of the state the work on the order entry system was in. Mark Barrenechea complains that although Ellison had instructed both his and Wohl's teams to standardize all their outward-facing applications on a completely rewritten customer master called Trading Community Architecture (TCA), "the ERP organization had kind of missed it along the way." Critically, the new order management system wasn't using the TCA. A close colleague of Wohl told me, "With most people, Ron comes over as cautious to a fault. But not with Larry. He always wants to look good in front of Larry, and he often ends up telling him what he wants hear." When Wohl told Ellison that he believed that everything was ready for prime time, Ellison wasn't going to argue.*

Another mistake in the testing process was that a handful of chosen customers were trying a beta version of 11i under artificial conditions. Instead of the software running in their own data centers, it was running on Oracle's own computers. Consequently, the severe upgrade problems that some customers would experience after the official launch were masked. Mark Jarvis says, "We were completely in control. We were solving their problems for them. We were doing seventy to eighty percent of what the customer should have been doing himself. It was a mistake." Some good did come out of this botched testing program: it encouraged thinking about delivering software as a Web-based service, allowing the evolution of the earlier Business Online initiative, aimed at small businesses, into the current E-Business Suite Outsourcing.†

Even with Oracle's vaunted rapid implementation procedures for installing 11i, it would be at least three or four months before any signifi-

*LE writes: Not true. Ron explained the risks, and I understood the uncertainty surrounding release of the new order management system. And I made the decision to release it.

†LE writes: This accidental discovery that our customers were uniformly more successful and happier with our applications products when we were managing the software for them—upgrading to new versions, fixing bugs, tuning performance—caused us to rethink our approach to applications delivery. E-Business Suite Outsourcing is now the fastest-growing business inside Oracle.