# EXHIBIT 17 part 3

cant "go-lives"—the moment when a business switches its operations to new software. Oracle itself would be moving onto 11i only in stages, between the fall and the end of the year. When I met Ellison for lunch in mid-October at his home in Atherton, he appeared not to have a care in the world. It was the calm before the storm. Clad only in a *Sayonara* T-shirt and shorts and enjoying the sunshine, he oozed confidence about every aspect of the business. The new version of the database that was nine months away was "unbelievable," while 11i was building unstoppable momentum. Even with the clouds gathering over Silicon Valley as the dot coms imploded one by one and the hype about Internet-driven B2B faded, Ellison was sanguine. Just as in 1990, he seemed to think that any economic slowdown might pass Oracle by. His argument was that the E-Business Suite was such an extraordinary "cost-cutting engine" that customers were likely to need it all the more to preserve their profits in difficult selling conditions.

After lunch, Ellison showed me a draft of the chairman's letter to shareholders that he was writing for the annual report. "Tell me what you think when you've had a chance to read it," he said. It was a five-thousand-word account of Oracle's e-business transformation and a marvelously clear exposition of the philosophy of computing that had driven it. One passage went to the heart of what he was trying to do: "To eliminate inefficiency, we had to make information easier to find and easier to share. But how? The solution was quite simple. If we put all our information in one place—a global database on the Internet—then everyone would know where to look to find the information they needed. While conceptually simple, this single unified database approach required fundamental changes to our application software. It turned out to be a massive engineering effort involving thousands of computer programmers. But when we finished the Oracle E-Business Suite, it was the first and only set of applications to work with a single global database. We also developed several new applications, so that the E-Business Suite would be complete. Today, the suite includes every application you need to run your business—marketing, sales, supply chain, manufacturing, customer service, accounting, human resources—everything. It works in every country and in every language. The E-Business Suite is the first and only complete set of applications ever to have been built." Ellison signed off with this: "The more we know, the more rational our decisions. Oracle's getting smarter. Oh, the possibilities. . . ."

If Ellison had known what was coming, he might have restrained himself a little more. In October, the first reports from the field described

early 11i implementations afflicted with more than usual bugginess. At the Oracle Applications Users Group conference in Honolulu at the end of October, the complaints were legion. Attendees griped about a lack of reliable information concerning the status of applications, malfunctioning modules—especially CRM and order management—a constant stream of bug-fix patches, and poor support from the customer service organization, which, according to some, hadn't been properly trained on the workings of 11i. In particular, customers that were upgrading from previous versions of Oracle applications were finding that theirs was not a favorable position to be in. During the conference, word got around that Oracle had released around five thousand patches for 11i. That was an oversimplification—many of the patches were to improve functionality rather than to fix bugs and many fixed multiple bugs, but the five thousand figure stuck in the memories of journalists and analysts, who would gleefully include it in almost every piece on Oracle for the best part of a year. Mark Jarvis says, "The five thousand bugs haunted us at least until midsummer of 2001."

Over the next couple of months, customer complaints poured in. Instead of working on the planned features and functions to flesh out the suite's capabilities as planned, development was increasingly engaged in a feverish attempt to produce patches that would fix the bugs that seemed to be flying at them from all sides. It was all made much worse by the sheer number of implementations that were under way. Yet, there was little air of crisis at Redwood Shores. Ellison says, "11i was a huge new product, so I knew there would be a lot of bugs, but there was no way to know how many there were or how long it would take us to fix them. I thought we could fix most of the bugs pretty quickly, during the controlled release phase. I was way too optimistic. It just kind of got away from us, and that became a very big problem."

The software business likes to play the blame game when products don't work as billed. At about the same time that users started beating up Oracle, i2, a specialist in supply-chain planning, was involved in a fierce "debate" with one of its most high profile customers, the sports goods firm Nike. According to Nike, the malfunctioning of the i2 order entry software it had bought to power its demand and inventory management system had been the cause of an earnings shortfall. Not so, said i2; Nike had overcustomized. It was not unusual for Oracle's senior executives to assume at first that customers' problems might be the result of shoddy work by integration partners. They also had plenty of anecdotal evidence that Ellison's well-publicized arguments against excessive customization

and his pleas to put in Oracle's software as "plain vanilla" were being ignored by some customers and their integrators.

Out in the field, however, George Roberts had a rather different take on where problems lay: "Larry is very fact-based, very logical with decisions and processes. Customers saying they are having issues is one thing, but being able to track down and point directly at the issue is another thing. It's a new product. Does the customer understand it? Is there a third party implementing it who's been trained on it? The problem was that Larry really thought that his development leaders had it done. He listens to them closely, and that's what they had been telling him. You know, the baby's never ugly. We should have done two things: installed it in-house first and engaged with the early implementations at an executive development level. I think if either of those things had happened, we would have rapidly found out that it wasn't done. As it was, it took us until November to realize we had issues here and to start to mobilize."

By this time, people from Ron Wohl's and Mark Barrenechea's organizations were being parachuted into troubled implementations—"customer escalations"—and were learning about "issues" firsthand. But what rammed the message home was that Oracle itself was, at last, beginning to go live on one part of the suite after another. By December, Oracle was running financials, some HR, field sales automation, and telesales on 11i. Barrenechea says, "The next really big push was to get in contracting and order management over New Year's. What happened was one of the most dramatic moments I'd seen during my five years at Oracle. Everyone except Ron knew that we could not place an order with the new system.* And Larry, knowing we can't place an order, not knowing when we would be able to place an order, and knowing that once we turned off the old bespoke system that there was no going back, said, 'We're going live anyway. I need a forcing function, so off we go.' So we upgraded, and Oracle went down. We were down for fourteen days. For fourteen days that January, Oracle could not place a single order. It was frightening. But we got it to work. Larry was right. It was a great forcing function. At that point I became acutely aware of the customer dissatisfaction and immediately started drilling down into the implementations we were doing."

Ellison's view is less dramatic: "We knew that we were going to go

---

*LE writes: Nonsense. Of course Ron knew about the problems with our internal order management implementation. He was personally running the project to put it in and make it work. We planned to be down for a while, and we were.

down for some time, so we scheduled the installation over the Christmas/New Year's holiday. I had decided on a massive big-bang implementation: we were going to upgrade all our software at once. I never, ever recommend that to our customers. But I wanted to get all our latest application software installed, up, and running at Oracle, and I wanted to do it fast. We should have done it before we released 11i to customers, but we didn't. Okay, that was my mistake. Now I wanted to remedy that mistake as fast as possible. That meant installing 11i at Oracle the first opportunity we had. The fact that we got everything up and running in a couple of weeks was a major accomplishment. We uncovered a number of problems in our software, and we fixed a number of problems in our software. By the time we had finished the Oracle implementation, we had fixed most of the order management problems."

A revised release (11.5.3), which incorporated everything Oracle's developers had painfully learned, was rushed out to customers in early February. It was the third revision since May and by far the most reliable. Barrenechea boasted that 11i was now at least as solid as any rival enterprise software products, most of which had been around much longer. Cap Gemini Ernst & Young, one of the biggest consulting and integration houses, declared in March that "Oracle had made significant improvements and fixes." As a result, the suite was now sufficiently stable for Oracle to begin using the CRM modules in its own practice.

However, just as it took time for the problems with the E-Business Suite to surface, the fact that Oracle had now overcome many of the defects did little to stanch the flow of bad news. The technology press and the analysts were on the hunt for stories about 11i implementations that had run into trouble. Fairly typical was this story of woe in the March 12, 2001, issue of Information Week, a magazine aimed at information managers and integrators: "International courier DHL Worldwide Network NV in Brussels, Belgium, for example, was unable to complete transactions based on the euro currency using Oracle's 11i financial applications. Problems included defective currency-to-currency payment functions and slow performance. The glitches put the courier three months behind on its plans to deploy the suite in 12 European locations. DHL came within two days of a drop-dead January 31 deadline before Oracle engineers delivered software patches that fixed the flaws, says Jeremy Young, DHL's finance business-process manager. 'No software is perfect in its early release, but it took seven months to resolve these problems,' Young says."

Young also happened to be the president of the Oracle Applications

If Oracle hadn't been vulnerable to criticism because of the early 11i quality issues, the damage caused by OAUG's revolt would have been easy to limit. But with plenty of people happy to take a swipe at "arrogant" Oracle for claiming more than it had been able to deliver, the user group was the perfect stick to beat it with. Even quite early on, Oracle could have pointed analysts in the direction of many pretty successful 11i implementations if they'd been interested, but it was much more fun to get the horror stories from the OAUG. Ellison maintains that the fight was never with the users as such but with the user group management: "Some of the officers in the users' group were not customers or users of our applications at all—they were independent consultants who made their living running the Oracle Applications Users Group meetings. We were threatening their livelihood by running our own meetings. It was unfortunate that at the same time we were having the quality problems with 11i, we were also having the spat with the user group. They bashed us every chance they got."

If Oracle had gone on making its numbers, the bad blood with the user group would have been no more than a minor irritant. Even the fallout from the buggy early versions of 11i would in all probability have been containable. But on the eve of the first AppsWorld show in Paris, the moment when Oracle had planned to deliver to the world a confident message about its winning applications strategy, a series of almost uniformly gloomy reports from Wall Street analysts thudded on the mat, including one by Morgan Stanley's Chuck Phillips. He argued that Oracle's forecast in December of 15 to 20 percent year-over-year revenue growth in its core database business, along with 75 percent for applications, would be extremely hard to achieve given the fact that no fewer than thirty of Oracle's dot-com customers had gone bust and that around 12 percent of the firm's total database license revenue had come from dot coms in the previous year. A prescient report by Bank of America analysts noted, "Though management seems confident in the progress Oracle has made thus far in the quarter, we remind investors that a good amount of the quarter's business remains to be done. The next three weeks will tell the tale." As shareholders chewed over the possibility that Ellison might have exaggerated the extent of Oracle's immunity to the forces that were blighting other tech companies, Oracle's stock price plunged by 13 percent, to $23.56. In response, Oracle reiterated that it was standing by its bullish forecast.

A few days later in Paris, Ellison seemed unusually nervous and flustered. The main theme of his speech was on the folly of customizing Oracle's software and why it was better to buy a complete suite from

Users Group, which been locked in a bitter feud with Oracle about who had the right to stage conferences—the users or the company. In 1995, Oracle had taken over the conferences, which had previously been run by the database user group, launching Oracle OpenWorld later that year. OpenWorld had been a huge marketing success. The number of attendees had gone from 2,500 or so to events that regularly pulled in 40,000 people, blowing the doors off some of the biggest venues in the world. Mark Jarvis reckoned that with the E-Business Suite soon to debut, Oracle needed to do something similar with applications.

The issue was that Oracle was putting a lot of executive time and money into the OAUG's conferences but not getting enough of what it wanted out of them. Jarvis says, "The OAUG ran two events a year in the U.S., and we were highly restricted in what we could do at them. The OAUG insisted that it was very independent. For example, they didn't want Oracle logos and signage around—a bit odd. There were other peculiarities, but their primary goal was to have users talk to other users, while our goal was to get out there, market our products, and educate people on all of the new stuff. The third factor was that a lot of the guys in the user group are not always in the leading edge. They are more interested in running a version of our software from three years ago and they want to talk about that, whereas, of course, we wanted to always talk about the latest thing so that we can get people upgraded and sell them more stuff. We were at cross-purposes. In early 2000, we told the user group of our desire to run a conference and we asked them if they wanted to be part of it. They took it as a declaration of war."

The result was a stalemate. Oracle went ahead with its plans to hold its first AppsWorld conference early in the first quarter of 2001 in Paris and New Orleans. The OAUG continued to hold its conferences, albeit without the official presence of Oracle executives and no keynote speeches from Ellison. Jarvis says, "They also started a very active PR campaign against us, continually emphasizing their 'independence.'" It proved very successful. Whenever industry analysts or press wanted to find out how Oracle customers were getting on with 11i, they started going to the user group for references rather than Oracle. "OAUG board members were suddenly being quoted in the press saying negative things, knocking whatever we were claiming, and attacking the company's whole approach. They wanted to point out to everybody that they weren't on 11i yet. We'd be saying in all our messages that people are starting to use 11i, and they'd be saying, 'But we don't know anybody who's on it.' They provided a counterpoint to everything we said."

tomers wanted and maybe never would but that an "80 to 85 percent solution" that could be implemented in five months was better than the 100 percent promised by some vendors that would take three years to put in and still wouldn't work. If you customize our software, when we bring out a new version you can't use it. The chorus went up that Ellison had claimed that the suite was complete and now he was saying that it wasn't. The following week, when AppsWorld moved to New Orleans, Jarvis persuaded Ellison to ease up on the systems integrators. However, although the speech went down much better than the one in Paris, once again there were unintended consequences. Jarvis says, "A whole new thing came out, which was that he gave everyone the impression that you had to have the entire suite or nothing. I've looked at the videos many times. He didn't actually say that, but that was the impression he created."

Ten days later, on the first of March, after the markets had closed, Oracle issued a profit warning for its third quarter. It now expected to miss its earnings-per-share number by 2 cents. Although applications had continued to grow strongly thanks to the buzz that had been generated around 11i, database revenue growth was flat to negative. Ellison explained, "It's very disappointing. A bunch of deals were approved at the senior vice president level, but once they got to the CFO and CEO level, they were pushed off. We have a lot of nervous executives looking at this economy and being very cautious. They want to wait thirty to sixty days so they can get a better read on this economy." In after-hours trading, Oracle's stock fell 21 percent, to $16.88, about half the price it had been as recently as early January.

When Oracle got around to making its official earnings announcement in mid-March, the mix was different but the overall result was the same. But while database did a little better than predicted, applications revenue was slowing at a worrying speed. From the 75 percent growth projected by management on February 14 to the 50 percent expected on March 1 at the time of the profit warnings, the real figure had turned out to be only 25 percent. It didn't take a genius to see that not everything that was going on could be explained by the weakening economy and edgy CEOs waiting for "visibility" to return. For anyone who wanted to see, there was mounting evidence that it wasn't only the economy that prospective Oracle applications customers wanted to see stabilize.

To complete a miserable few weeks for Ellison, from the moment of the earnings warning legal vultures had been stirring up their clients to file class action suits against Oracle for misleading investors about its numbers and the true state of the E-Business Suite. One law firm, Milberg Weiss, alleged that Ellison was involved in the "largest case of insider

---

Oracle—in Ellison's analogy, a finished car that you knew would work—rather than a bundle of kit glued together by mechanics from IBM. He said, "We've worked hard to be the first car company. We don't want to sell you parts and labor. If you customize our software, when we bring out a new version you can't use it. You trap yourself in an old version." Ultimately, customizing the E-Business Suite was futile because Oracle itself would soon add the functionality customers were looking for. "We will bring out a new version of the software before you can finish customizing our old version." *

There was nothing wrong with the familiar argument. But without a prepared text, Ellison sometimes puts things in starker terms than he—and certainly Oracle's marketing department—intends. A significant part of the speech was a rant against system integrators—evil folk who persuaded customers to part with huge sums of money to let them mess up perfectly good software. As usual, IBM was singled out as the worst villain. "IBM has thousands of consultants who are eager to help. IBM has alliances with five hundred software partners. IBM has thousands of guys with glue guns who come and stick it all together. At least that's what I think happens. What is systems integration, anyway? What do those thousands of people do all day?" Unfortunately, most of the AppsWorld sponsors just happened to be systems integrators. Mark Jarvis says, "I was just thinking how proud we were of ourselves that we had done a great first AppsWorld, when we suddenly picked a battle with every systems integrator in town." Oracle had lined up a series of anti–systems integration ads. One said, "Just Say No to Systems Integration," while another asked, "Do You Have the Big Systems Integration Blues?" Naturally, "Blues" was written in the style of IBM's logo. After Paris, they never saw the light of day.

The other big "take-out" from the Paris speech was Ellison's frank recognition that the E-Business Suite didn't yet do everything its cus-

---

*LE writes: Worse than being overzealous in this presentation, I was ambiguous, imprecise, and easily misunderstood. The problem was that I failed to be clear as to what I meant by "customize." Of course customers can tailor our applications to their business processes, but they should never modify our software. Customers can add to our applications and connect our applications to non-Oracle applications, but they should never go in and change the application program itself. If they do that, they will create quality and support problems and find it difficult to upgrade to new versions of our applications products.

dealing in U.S. financial history." It claimed that he had dumped nearly $900 million worth of shares during the third quarter, knowing that the stock price was likely to fall soon. The suit, on behalf of a small pension fund, accused Ellison of concealing information about the cost of the "massive technical problems" of 11i. In fact, the shares that Ellison had sold, his first disposal for five years, were stock options that were due to expire in August. Oracle said that the suit was "entirely without merit and would be defended vigorously."

Adding insult to injury, the fashionable technology consultancy Forrester Research leapt on the speeding anti-Oracle bandwagon with a particularly vicious briefing note, charging Ellison with "stooping to a new low—blaming its 11i unhappy customers for doing too much customization." The note, by an analyst named Laurie Orlov, attacked the whole proposition of the integrated suite, blithely advising Oracle: "By unhinging apps like CRM from tight links to order management, the individual apps can be coupled with apps from other vendors and can then be revised or released in chunks." Only three months earlier, Forrester had enthused that its "all-integrated approach will make Oracle outperform any best-of-breed technology vendor in the long run."

As usual, Chuck Phillips brought some level-headed perspective. His view of the numbers was philosophical: "Is this the beginning of the end? We don't think so. Every time Oracle misses a quarter—which is about every five to seven quarters—there are a rash of proclamations about market saturation [database] and fatal strategy missteps [usually applications] that point to eternal doom. Even in the best of times, Oracle has not produced smooth license or product line growth from quarter to quarter. The numbers generally fall where they may without, much to our chagrin, a ton of backlog management. Billions of license revenue gets booked in the last five days of the quarter and it's difficult to smooth out that business model. Usually, investors throw in the towel on Oracle for three quarters and don't want to hear the name mentioned for a while. But then, comparisons get easier, customers eat through their licenses and need more capacity, the product footprint expands into higher growth areas, the buying cycle improves with the economy and recently released products get seasoned and get some traction in the installed base. The only cure is time."

The mood at Oracle was bloody but unbowed. There was an embarrassed realization that it had fallen down badly on execution in sending a hugely important new product out to customers in an unfit state. But at the same time, there was complete conviction both that the suite message

was right and that Oracle was well on the way to dealing with the outstanding quality issues. Talking to me nine months later, Ron Wohl said, "Fundamentally, we tried to do something that I think was much larger in scope than even we realized and was much larger than the scope of any software we had released beforehand. In retrospect, we didn't do a good enough job up front—our QA [quality assurance] procedures didn't work because they had outgrown our scale.

"I would have liked to have done two things differently: we should have changed a number of processes within development to deal with the scale of the release, which we have now done; and two . . . we would have been wiser to withhold the release a little bit. We would have been better off as a company if we had deferred the release by three or four months. The stability actually improved at a very rapid pace. You could see it in the bug numbers, you could see it in customer satisfaction by anecdote. Customers who had started on a later version [11.5.3 and above], they were extremely happy. Customers who started on one of the early versions weren't happy, and they had a right to be upset with us."

Mark Barrenechea thanks God for the recession: "We actually got a little lucky that the economy turned down. It gave us more time to deal with the problems. Of course we'd like the satisfaction of stabbing our competitors before they hang themselves. But the downstep in the economy meant that a lot of them were just dying. It couldn't have happened at a better time for us. It meant that there were fewer choices among the best-of-breed vendors and customers were more nervous about making those choices. Secondly, in a boom economy, there's a lot more IT dollars. If something isn't working the customers can say, 'Fuck you' and go to another vendor, spend some more money. So companies weren't willing to double down on their mistakes and bet the farm, they couldn't abandon us. So they forced Oracle, and we were forcing ourselves to walk through the issues and fix the problems. To quote John Milton, I was not displeased that there was a downturn in the economy."

Ellison is rueful but philosophical. There's little in the software business left to surprise him. "A little over ten years ago we undertook a massive rework of our database software. It strained our company to the limit, but it resulted in a database product that was so much better than anything offered by the competition that we became the number one database company in the world. We have to make big leaps forward in technology or sink slowly into obsolescence. The pain is worth the gain. It's very much like childbirth. It's a lot of pain followed by great joy. The joy helps you forget the pain. When Version 7 of the database came out,

customers loved it. The pain of Version 6 was largely forgotten. The applications release 11i birthing process was not nearly as painful as Version 6 of our database, and I think the 11i gain will be even greater. We'll see. People haven't forgotten the pain yet. In fact, during the worst of our bad publicity and our sinking stock price, somebody said to me, 'Oh my God, this is as bad as 1991.' Jeff Henley and I both laughed. In 1991, we were on the brink of bankruptcy. At the worst point in this recent downturn, we had $6 billion in cash and profit margins of thirty-five percent."

Ellison had previously said that the only thing that would make any difference was a quarter that beat expectations. "Most analysts try to foretell the future by understanding and explaining the recent past. If you have a bad quarter, if your sales are going down, they will attribute part of that sales decline to product problems that are creating competitive pressures. If you suddenly have a good quarter, better than the competition, they explain that it's because your product is getting better. It's as simple as that—they just look at the numbers. So the best way to improve perception of the E-Business Suite is to sell more of it. Then the analysts will say, "Good job, Oracle, it's a great product you got there.""

Despite everything, at least the idea of the integrated suite was beginning to win acceptance, not just from customers but even from rivals, like SAP and PeopleSoft. George Roberts soon began to notice that he no longer had to bang the table with suite-versus-kit arguments. "If you have a strong strategy, it forces your competition to respond. Whether the release was premature or not, every major competitor has been forced to respond to the Oracle message and the value proposition that we brought out with 11i." The initial execution might have left much to be desired, but Oracle is a company that learns from its mistakes. Oracle, and Ellison in particular, have a reputation for arrogance. But during the difficult first six months of 2001, I discovered an impressive determination to face facts and put things right combined with an iron conviction that the E-Business Suite was still destined for greatness. Establishing it would not be the early-round knockout that Ellison had predicted, but as the going got tough, his certainty of ultimate victory, if anything, seemed to increase.

# 11

# TAKING STOCK

*April 2001*

In the weeks immediately after the "lost" third quarter and the trip to China, Ellison has been trying to get a handle on how bad the financial situation really is. But immediately after what could have been a rather tricky board meeting, he shows no sign of stress. The previous day, he flew in from a two-week spring break with his children in Tahiti on the recently renamed *Ronin* (its previous name—*Izanami*—spelled "I'm a Nazi" backward, which Ellison didn't think quite right for its Jewish owner).* His only grumble is that he strained his neck and sprained his toe while trying to crash tackle eighteen-year-olds during a game of beach football.

Ellison's next appointment is a press conference to announce a shift in the marketing strategy behind 11i. To some extent, the change is being driven by the worsening economy. However, he also wants to try to correct some impressions about the E-Business Suite that may be damaging its prospects in the market and for which he feels largely responsible. Ellison has already acknowledged that he made a mistake in sounding too hostile to systems integration—some integration with legacy software is

*LE writes: Izanami and Izanagi are the names of the two Shinto deities that gave birth to the Japanese islands, so legend has it. When the local newspapers started pointing out that Izanami was "I'm a Nazi" spelled backward, I had the choice of explaining Shintoism to the reporters at the San Francisco Chronicle or changing the name of the boat.

inevitable in all but the newest businesses. It's modifying code that's the real crime. But there's another misapprehension that he thinks could be holding back sales: by spending so much time and money extolling the benefits and uniqueness of 11i as both integrated and *complete*, Oracle may have frightened off potential customers by making them think that they have to buy and install the whole suite at once—a massive undertaking that implies getting rid of any existing software no matter how recently acquired and fit for the job.

The new line is that the E-Business Suite can be broken down into bite-size chunks that automate discrete "business flows." "The idea is that you can decide which "flow" of business processes you want to automate first, get that done quickly and relatively cheaply, and then move on to automate others when the first has proven its worth. To dramatize the idea and to differentiate Oracle's offering from that of its deadly rival, Siebel, Ellison has come up with the idea of installing "global CRM" within ninety days of purchase for a fixed price—any time or cost overruns "will be on our nickel," he says.*

The press briefing is held in the ground floor executive dining room at 500 Oracle Parkway, the headquarters building. There's a good turnout of about twenty journalists, including reporters from *The Wall Street Journal*, the *Financial Times*, *BusinessWeek*, *Fortune*, and *Forbes*. Ellison starts off by saying that the software industry's preoccupation with offering separate applications for what are really continuous processes has made "the graceful flow of information" hard to achieve. For example," says Ellison, although Siebel provides sales automation, it doesn't have contract automation. By contrast, the Oracle E-Business Suite automates complete business flows that reflect the way businesses operate in the real world; the alternative is to automate functional departments in separate modules. But unless data is to stay fragmented among different applications, you need to write separate programs that attempt to move the data between each application. It's an approach that, as Ellison never tires of saying, frequently fails, meaning one group can't work with another. Even when it doesn't fail, it's still very expensive.

*LE writes: Our new sales force automation software was an Internet system that ran on top of a single global database. We were able to get it up and running very quickly and inexpensively. Guaranteeing a firm fixed price for the software and the labor to put it in seemed the best way to differentiate us from Siebel.

The example he gives of Oracle's alternative is a flow called "campaign-to-cash"—one of ten other "fast-forward flows" that are being announced with names such as "plan-to-campaign," "procure-to-pay," "click-to-order," "opportunity-to-forecast," and "call-to-resolution." Once a decision is made to initiate a sales promotion, the software filters prospects and leads from the customer database and sends thousands of targeted e-mails—all within minutes. When a prospect turns up at the Web store, his or her identity is known. If a sale isn't made, the details will go to telesales, which will follow leads that didn't transact. Once a sale is booked, every other part of the process is automated, right through to the moment when the order is fulfilled and the vendor gets the money—hence campaign-to-cash. Ellison boasts that while a Siebel implementation can take nine months to complete in just one country of operation, Oracle guarantees to "go live" globally within ninety days.* While the cost of the software license fee to the consulting charges for big CRM implementations is typically in the ratio of 1 to 7, Oracle is betting on getting nearly 1 to 1.

Ellison goes on to predict that previously high-flying Internet service firms, such as Ariba and Commerce One, which are already suffering from the sudden downturn in demand for e-business applications, will not survive. "These aren't one-product companies," he asserts. "They're one-feature companies. Ariba has a little piece of the procure-to-pay flow—Internet purchasing requests. It's just a tiny component part of a procure-to-pay system." Oracle has already drawn attention to Ariba's difficulties with a nasty piece of copy on its Web site entitled "Ariba Derci." Siebel, by comparison, has a full CRM suite, but Ellison claims that it's the product of acquiring other software companies and putting a Siebel label on their products. "It's complete, but it's not integrated. It's a lot easier writing checks than writing software."

The reporters are politely interested in the "CRM in ninety days" message; the next day there is widespread, albeit fairly muted, coverage. But it's clear that they see it more as smart marketing than as anything fundamental—although Carleen Hawn of *Forbes* asks an interesting question about the impact on Oracle's business model of switching to a high-volume, low-price approach. (Ellison's answer is that the cost has never

*LE writes: We can't do all the business flows in ninety days. Campaign-to-cash takes longer. But we can do opportunity-to-forecast—global forecast—in ninety days, even in a fairly large company.

been in the software but in the labor needed to put it in—Microsoft got it right, the enterprise guys got it wrong.) They're also pretty used to hearing Ellison banging on about Oracle's "war on complexity" and the dreadful consequences of fragmenting data, even though he's always funny and they can't help laughing at his jokes.

What they most want is to get Ellison talking about the economy and its effects on the competitive landscape. Marc Bosler of *The Industry Standard* (a tech magazine in Silicon Valley that at the height of the dot-com boom was running to more than two hundred glossy, ad-packed pages but is now in what turn out to be terminal financial difficulties) asks in what way the B2B market has changed. It's time for Ellison to start enjoying himself. "A lot of wild things were going on," he says. "People were watching the stock market more closely than they were watching their businesses. Commerce One was giving big customers stock in their company if they bought its B2B exchange software. Companies were buying Commerce One products because they expected to make a lot of money on Commerce One stock. It seemed a brilliant plan because every time one of these big deals was announced the Commerce One stock would go up. On top of that, some of these companies would then spin off their purchasing departments and call them B2B exchanges. They thought they'd get rich taking their purchasing department public. It was crazy." * *

Another question, from the *San Francisco Chronicle's* Kelly Zito, is about whether Oracle is finding itself squeezed in the database market by IBM (the following day, IBM announces that it's buying an old but much-weakened survivor from the brutal database wars of a decade ago, Informix). No problem, says Ellison. Oracle 9i with real application clusters runs SAP or Siebel five times faster than IBM's DB2 or Microsoft's SQL Server, with ten times the scalability and one hundred times the reliability. "RAC [Real Application Clusters] is the most important new technology from Oracle in the last ten years. It's game, set, and match in the database business," he crows. The briefing is already running half an hour overtime, and the Oracle PR people are trying to pull Ellison out. Appropriately, one of the last questions is about the battle between Siebel and Oracle. The previous week, Tom Siebel claimed that he

*LE writes: At the height of this madness, we lost a very big sale to Commerce One because I refused to give the prospective customer any Oracle stock as a part of the deal.*

didn't often see Oracle win big new accounts when the fight was on. Ellison is both outraged and amused. He says, "Very interesting. Possibly Tom needs an optometrist."

The meeting that Ellison is late for is the regular Monday afternoon PDMC (product development management committee) meeting attended by the heads of the key engineering teams. It starts off with fairly routine pricing and licensing issues. Among them is a proposal that Oracle's e-mail server (which, Ellison says, is faster and more reliable than Microsoft Exchange because it runs on top of a database) should cease to be sold as several separate products. Oddly, there's a feeling that telcos that license Oracle Internet Directory "product" in the millions at $5 a seat might not like the change. "It makes no sense to price every feature as a separate product," says Ellison. "But that's the way the enterprise software business has been for a very, very long time." Another mystery to Ellison is the poor reception of a proposal from Ron Wohl to stop talking about exchange software and to refer instead to "hub-and-spoke" software. Wohl convinced Ellison to make the change, and Ellison has been using the new terminology for several weeks. Unfortunately, nobody else agrees. Ellison says jokingly: "Okay, okay, I give up. I promise never to say 'hub' or 'spoke' again. I just want to get out of here before midnight. What's next?"

The next item on the agenda is rather more serious. It turns out that one of the "fast-forward flows" that Oracle is formally to launch the next day and that Ellison has just previewed with the press doesn't work as it should. It's a package called "incentives to performance" that is designed to allow members of a sales team to calculate their compensation precisely. The software has to deal with a fiendishly complicated set of variables, determining rules for who should get what as a deal is turned into an order and eventually becomes a sale. In the approved manner, Oracle has been using its own business and processes as a laboratory for developing its applications.

Ellison starts off by asking detailed questions about how the software maps and automates the set of interactions that begins with sales forecasts and ends with accounts receivable. He doesn't like what he hears. Always suspicious about the ability of sales organizations to extract more than they should by counting the same sale more than once or by spreading the commission around to too many people, he concludes that the detail isn't there. Suddenly he asks crossly, "Just what is it that we're announcing tomorrow?" The tension in the room is mounting. Is Ellison going to pull tomorrow's announcement? One of the team involved in the

"CRM in ninety days" initiative is licking his lips nervously and starting to sweat despite the air-conditioning. He agrees that the product isn't ready, Ellison says with rising incredulity, "You want to announce this, but not deliver until May . . . can anyone tell me why we're doing this? Why should we announce it now? Why shouldn't we wait until it works?"* It's a nasty moment, but Ellison is assured that the sales force compensation package are ready. The decision is made to pull the sales force compensation package until the problems are resolved and go ahead with launching the other flows on Tuesday.

• • •

When the day is over, Ellison and I drive the half mile to a canalside house he owns in Redwood Shores, where we can sit on the deck and watch the pelicans. Ellison's earlier belief (sincerely held) that Oracle alone might miraculously escape the recession sweeping through the rest of the technology industry now seems ludicrously optimistic. What really happened during those last few days in February at the end of the quarter? Was it a question of two or three big deals falling through at the last moment, as Ellison had earlier appeared to suggest, or was it something more fundamental going on?

"No. It was a lot of deals—dozens, I'd say. Sometimes a deal was delayed. Sometimes the size of the deal dropped from $6 million to $2 million. All of a sudden people stopped buying in anticipation of their needs for the next couple of years. Instead they bought exactly what they needed for the next three months. There were even cases where companies that were already using our software were trying to find ways not to pay for it. I'm not going to mention names, but a very large wireless company that was supposed to give us $15 million or $20 million this quarter, based on their own published subscriber numbers, decided to dispute the amount. It was just a negotiating tactic. If we lowered their bill, they'd pay us this quarter. We didn't. Lots of tech companies and telcos are under financial stress, so they're being much more careful with their cash these days. The dot-com die-out is getting worse. Suddenly, moving all your business processes to the Internet doesn't seem so important anymore. It seems like e-business and the Internet are going out of fashion."

*Ellison writes: It made no sense to release the compensation flow until it was working successfully at Oracle. I had made this mistake too many times in the past. Never again.

I suggested that perhaps companies were no longer worried about Web-based "stealth competitors" coming from nowhere to eat their lunch. "That's exactly right," said Ellison. "Wal-Mart is no longer worried about Amazon.com—if Wal-Mart ever was worried about Amazon. A lot of companies have realized they don't have to move quite so quickly. They can be more deliberate and automate at a more rational rate. Flying the Internet flag isn't so cool anymore." Perhaps another factor was that simply making an announcement about what you were doing on the Internet was no longer likely to have a major impact on their stock price? "Absolutely," replied Ellison. "All these B2B exchanges . . . there were lots of companies that issued a press release about a B2B exchange and saw their stock price shoot up. Commerce One dished out about three of these B2B press releases for every one that we sent out. They killed us in the press release war. But that exchange business is gone now. And it's not just the Internet business that's dried up. Companies are much more cautious about buying any kind of new technology."

It is almost as if Ellison were talking about some semi-mythical period remembered only through the mists of time. I can't help reminding him that in mid-February, only ten weeks ago, he still thought Oracle would make its number. "Absolutely," he says. "We went into that quarter, extremely confident. We got off to a great start. If you look at our quarter month by month, we had great growth in December, we were still way ahead in January, and then we hit the wall in February." When did the first know that something big had changed, and why didn't Oracle's own much-vaunted e-business systems provide any warning? "Our sales-forecasting system tells us how many deals are in the pipeline and multiplies their value by a historic close rate. If there's a change in close rate we detect that, but in our case we don't detect it until the last day or two of the quarter, because that's when we close so much of our business. I hate that. Consulting firms actually go out and train software buyers to negotiate right up until the last hour of the last day of our quarter before signing a multimillion-dollar deal. Most software companies will increase the discount on the last day just to get the deal into the quarter. It's a monster the industry has created by mapping its sales compensation plans to its fiscal reporting. I think that's a bad practice, and we've tried to put a stop to it at Oracle. But that hasn't stopped our big customers from asking—and taking us right up to the end of quarter before they sign."

I asked Ellison what he had expected the reaction to be when he issued the earnings warning. He said, "Well, the reaction had already occurred. The stock had already gone down dramatically. It was one very loud "I

told you so.' It turns out that the analysts were looking at the macroeconomic forecast and that proved to be more accurate than our internal systems sales forecast." So how bad did he think things were going to get, and how did he plan to adjust to the new circumstances? "Well, first off, I thank God that we spent the last two years reengineering our company into an efficient global e-business. If we had just started the process of moving to the Internet now, we would really be in trouble. Yeah, we were disappointed in the quarter, but it wasn't a disaster: our sales went up, our margins went up, and our profits went up. I'm not happy, but I'm not going to go out and kill myself. We're really in pretty good shape. We're making a lot of money, and our products have never been stronger. We have release 9i of the database coming out soon. We have a cool new version of the application server that's going to drive BEA nuts. Our products are competitive, and our organization is efficient. Those two things allow me to sleep at night. The last time the economy slowed down [in 1991], Oracle lost money."

Even if the product cycle was in good shape, it was clear from the "CRM in ninety days" initiative that the marketing message was changing with the times. "That's true. Without the same sense of urgency about moving to the Internet, we have to sell differently. What we're selling now are very rapid, low-cost, low-risk implementations of automated business flows. The E-Business Suite contains several separate business flows. We can automate one flow at a time—like "procure-to-pay" or "opportunity-to-global-sales-forecast" and so on. We provide the software and the labor to get it up and running for a guaranteed fixed price, so customers get a guaranteed return on their investment with a minimum of risk. That's what's selling these days—return on investment. People have lost their appetite for risk.

"Selling separate flows solved another key problem for us. By talking about the E-Business Suite as complete, people thought that you have to buy and install the entire suite all at once. It's an all-or-nothing kind of deal. No, no, no. Not true. But our competitors used it against us quite effectively. So we thought that we had better start talking about the separate E-Business Suite flows inside the suite. That also lets us sell better against the best-of-breed specialists. We'll sign a contract guaranteeing to do a CRM flow in ninety days for X number of dollars. We tell our prospects to go ask IBM and Siebel how long it will take and how much it will cost for them to do the same thing. It was the best way we could think of to drive home the point that Oracle applications install faster and are much less expensive to run than the competition. Even today

many companies make the incredibly expensive mistake of failing to ask for a guaranteed implementation cost and guaranteed annual operating cost of the applications systems they are about to buy. We'll guarantee everything. The competition won't."

Would Oracle have gone down this route if the economy hadn't gone bad? "Well, marketing the flows separately is a good idea with or without the downturn. We marketed the complete integrated E-Business Suite as a cost-cutting, productivity-enhancing engine. Now we emphasize the fact that you can install the suite a flow at a time. So we have two applications marketing messages. Now we emphasize the first message is, we have a complete integrated E-Business Suite—we saved $1 billion at Oracle using it. The second message is that you can install one business flow at a time, quickly and at a guaranteed price."

A big part of Ellison's 11i campaign has been centered on the idea that systems integration was to be avoided at all cost. Yet the assumption behind being able to install the software to manage a particular flow was that it was being integrated at some point with legacy systems. Didn't that mean that he was backtracking on something pretty fundamental? "Yeah, the 'Just say no to systems integration' slogan was poorly thought out on my part. It wasn't systems integration that had to be avoided; it was code modifying that had to be avoided. Of course, some systems integration may be necessary. So wake up! Try a little harder!"

Perhaps another reason for the flip-flop on systems integration could be the damage that was being done to Oracle's relations with the big consulting firms, which frequently recommend what software their clients should buy. Ellison said, "I don't think so. We still think it's important to minimize systems integration. It's just not always possible to eliminate it completely. 'Say no to systems integration' was right some of the time, but it wasn't right often enough for it to be our primary message. 'No code modification' is the correct message. If you've integrated our accounting application to your custom telephone-billing systems, you can easily move to the next version of our accounting system so long as you haven't modified our code. If you've modified our code, you're stuck." And the integrators, the consultants? "Now that we've cleaned up our message, the integrators that compete on price love us because we install faster and cost less to operate than the competition. The integrators that do the giant time-and-materials projects still don't like our message."

How was Oracle doing in efforts to win a massive deal with AT&T that Ellison had recently been pitching in New York? "They'll make a choice in very, very short order. I think we're ahead. We're the only one

that can do the business flows. By the way, we did a very similar business flow for their ADSL division. The business we're trying to get now is fixed-line. They're trying to decide whether they're going to do the flow with us or take a more traditional, functional piece of sales automation from Siebel. We'll know in a week or so." As is often the case with Ellison, he was being overoptimistic about the time frame. The negotiations with AT&T dragged on interminably as key executives on both sides left and the decision-making process at the troubled telecom giant stalled. Apart from the sheer size of the deal, winning it would create a vital reference point in Oracle's struggle to catch Siebel.

How was the fight against Siebel, the market leader in sales automation and CRM software, going on other fronts? What about Tom Siebel's remark, quoted earlier in the day, that he hardly ever saw Oracle competing with CRM on major accounts? It's the kind of dismissive claim that incumbents always like to make about the pretensions of challengers, but it had seemed to needle Ellison. Obviously Mark Barrenechea lived and breathed the idea of one day destroying Siebel as a serious rival, but what about Ellison? Did he get up in the morning thinking about how to take the fight to Siebel? Ellison replied, "At one point I ranked Siebel as our most important applications competitor, because they're the largest best-of-breed software company and they have a close partnership with the largest best-of-breed integrator, IBM. I thought we had to beat Siebel for the suite approach to triumph over best of breed. But even now the outcome of that war is now fairly certain. We'll end up with a couple of suite companies, and SAP will be our only major competitor."

It's true that the tech downturn isn't all bad news for Oracle. The likes of the once fashionable Ariba and Commerce One, which had been carried to extraordinary market caps by the Internet tsunami, were now in danger of being left high and dry. But Siebel Systems was a much tougher proposition. Founded and run with iron discipline by the former Oracle salesman Tom Siebel, the company was still outselling Oracle in CRM by a factor of four to one. Revenues in 2001 broke the $2 billion mark accompanied by net earnings of $255 million. Siebel also had a war chest of well over $1 billion—useful rainy-day money to ride out a prolonged tech slump. I first met Siebel in the summer of 1999 at his office, which cheekily stands just three miles north of Oracle's on the opposite side of Highway 101. A small, intense man with a harsh, gravelly voice, he lost little time in launching a bitter attack on Ellison and what he called his "pathological lying." When he heard I was having lunch with Ellison later that day, he immediately scrawled on a piece of paper "The six lies

of Larry Ellison" and said, "Give him that." Which, to Ellison's vast amusement, I did. Siebel's main point about Oracle was that however much it was prepared to throw at building a competitive CRM package, he would believe it when he saw it: "This isn't simply something you can throw a thousand software programmers at. It's something that somebody in the organization has to know something about."

In much the same way that Ellison uses Microsoft and IBM as the points to Oracle's counterpoint, Siebel uses Ellison and Oracle to define what Siebel isn't. He says, "It is critically important to me that Siebel Systems never develops yet another pathological [a favorite Siebel word] Silicon Valley corporate culture. Too many companies here have an arrogant self-image. Their attitude is 'We are geniuses and visionaries who make insanely great technology.' And there's the cult of the software CEO, where it's all about 'me, me, me' and my transitory fulfillments—my parking lot filled with Ferraris, my crushing the competitors, my money, articles with pictures of me in my fighter jet or being escorted around by PR assistants."* Who could he be talking about?

Although Ellison patronizingly refers to him as "Tommy," he has a grudging admiration for what Siebel has achieved in defining and dominating a market (much as Oracle did in its early days), but he doesn't have much respect for Siebel's technology. "Siebel Systems is all about sales automation. They defined the category and made the market. They were the first mover. They built a ruthless, big-deal-focused sales force. But they have a couple of problems. Despite what Tom says, their software's still client/server and their Internet version isn't due out until the fall. Two years ago the Siebel Web site claimed their software was architected for the Internet—but it wasn't. Now they say that their Internet version is on its way. So I guess they moved to the Internet two years ago and it was so much fun, they're going to do it again. So, who's lying? Tom and Craig Conway were both key lieutenants in Gary Kennedy's sales team. Were they hard chargers? Jesus, were they ever. They're both killer salesmen and hard-driving sales managers. That's what made them successful. But they're not choirboys. And now that they're both CEOs they'll live and die as their quarterly results rise and fall. Tommy talked a

---

*LE writes: Gee, I guess I should have named the company "Ellison Systems" and put a huge ELLISON sign on the side of our buildings so everyone could see it as they drive by. And can someone please tell me what "transitory fulfillments" means?*

lot about the 'pathology' of Oracle. And when Tommy talked people listened, because he was delivering the goods quarter after quarter. But that's all about to end. He really struggled to make his last quarter. He pumped it up with software swaps and a big deal with IBM. He can't do that two quarters in a row. Tommy's going to crash."* Siebel was indeed finding the going harder, but Ellison's predictions about Siebel hitting a wall had been wrong before. Two years earlier he had forecast that by the middle of 2000 Oracle would have knocked Siebel off its perch.

Part of Oracle's problem was that it had taken the company so long to build a product with enough features to match Siebel's even remotely. And whereas Siebel had gone out and bought companies to fill feature gaps, Ellison had insisted on making everything at home to ensure the architectural integrity of the integrated suite. As usual, Ellison put a higher priority on the benefits that derive from engineering elegance than the crude business functionality that Siebel's hotshot sales force expertly leveraged with customers. However, a new report from the Gartner Group had found that while Siebel remained well ahead in terms of customer wins, in the last year Oracle had emerged as its only significant challenger, putting distance between itself and the rest of the chasing pack.

Ellison says, "We don't have every feature that Siebel has with all their different CRM products. But our CRM front-office systems are tightly integrated with our ERP back-office systems. Our CRM systems and ERP system share a common database, so it's easy to find the information you're looking for. All our applications are architected for the Internet, so it's quick and easy to roll them out globally. We have enough advantages to win our fair share of CRM deals. Siebel built their feature-rich portfolio of CRM products by acquiring lots of different CRM companies: Scopus and about a dozen others. Then they rebranded all these separate products as the 'Siebel CRM Suite.' But it's not a true suite. The products are barely integrated, and they don't share a common database. Writing checks is easy. Writing software is hard.

"Could we have caught up with Siebel any faster? Sure. All we had to do was buy a bunch of companies like they did. But we wanted to stick to our product strategy of an integrated suite built on top of a common database. The only way to get one of those is to build it from scratch. You can't go out and buy it because it doesn't exist. We're building software

*LE writes: And crash he did.

about as fast as we can. We have nearly four thousand applications developers working on the suite, about nine hundred of them in CRM. [According to Mark Barrenechea, the true CRM figure is nearer to fifteen hundred, up from ten when he arrived at Oracle four years ago—Ellison still doesn't know how many people work for him!] They may have built the Empire State Building in nine months, but the E-Business Suite has already taken us several years, and we're still not done. Complex business software takes a long, long time to build. Sometimes you have to build it two or three times before you get it right. Mark Barrenechea still has a lot of work left to do. Mark worked for Scopus when Siebel bought them but came to work at Oracle rather than going to Siebel—something to do with having to wear a tie while programming." [Tom Siebel insists on suits and ties as a mark of 'respect' to customers and as another way to differentiate the company from the Silicon Valley norm.] As Barrenechea tells it, "I remember going over to Larry's house in Atherton. This was my first experience of Larry—he shows up in shorts and a pink tank top, holding a glass of carrot juice. And I'm thinking, this is my kind of guy."*

I ask Ellison if he sees Siebel in the same category as niche players like the Internet procurement specialists Ariba and Commerce One. "Yes, Siebel is a best-of-breed specialty player," he says, "I'd put Siebel and i2 into the same category. Why? Their stuff is too expensive to install, integrate, and operate. I'd guess that more than half the software these guys sell sits on the shelf and never gets used—shelfware. Companies still buy from Siebel because they're the CRM leader and people think it's safe to go with the leader. But i2 was the supply-chain leader, and look what's happened to them. Oracle and SAP are rapidly getting i2 out of our EPR accounts. We'll get Siebel out too. Every year Siebel and i2 will come under more and more pressure. I don't see how they can survive."

The idea of speeding up that market consolidation through acquisition doesn't much appeal to Ellison, even though the battered and reeling niche players would now go for peanuts. One possible exception was Clarify, the call center specialist acquired by telecom equipment maker Nortel a couple of years ago. He says, "We're cheap, too cheap, probably. We've never paid more than $125 million for an acquisition. Clarify's in that range these days now that SAP stopped reselling it. Selling Clarify

*LE writes: I met Mark out on my deck just as I arrived back home from the gym. I was wearing a black cotton tank top with a Sayonara logo on it. I have never owned, nor would I ever wear, a pink tank top. This is very important.

and Commerce One was SAP's brief experiment with best-of-breed integration. They weren't any better at it than we were. At a recent conference in Florence, I was on the same speakers' panel as Hasso Plattner [SAP's co-CEO]. Hasso was explaining about how hard it is to integrate with the third-party products they're reselling. Tell me about it! SAP's in the process of declaring their integration experiment a failure and going back to building and selling their own suite of applications. So will we buy Clarify? We'll look at it. We'll analyze it. We'll talk about it. But we won't buy it, because we can't integrate it."

One deal that Ellison wishes he had done was to buy PeopleSoft in 2000, when its stock was on the floor and Oracle's was riding very high. "PeopleSoft was amazingly cheap. We could have bought them for two or three percent of our [outstanding common] stock. I wanted to do it at first, but I gradually became convinced the timing wasn't right. Most of our executives thought doing our first big acquisition at that time was just too risky. We were in the midst of a massive reengineering of our own company that consumed a hundred and ten percent of our management capacity. No available management, no experience in big acquisitions—PeopleSoft pretends to be a suite company, but they're not. Sixty-five percent of their business is HR systems. They're really a best-of-breed HR specialist, and you know the fate of best-of-breed specialists. I think their HR product will gradually get replaced by Oracle HR and SAP HR. Still, PeopleSoft was so damn cheap we probably should have bought them anyway. It was close, but we probably made the wrong call." They certainly did. Although, in a predictable echo of Tom Siebel's remark about Oracle, Ellison says that he never "sees" PeopleSoft competing for big accounts, there's evidence in both the numbers and the analysts' reports that the firm from Pleasanton is making something of a comeback with its version of the E-Business Suite, PeopleSoft 8. Although still in recovery, PeopleSoft is a much-loved company.

Ellison accepts that one rival that is definitely not fading away yet is SAP. "SAP made a couple of exceptionally good decisions that resulted in them becoming the number one applications company in the world. First and foremost, they invented the applications suite business when they built the first integrated ERP system. Being first got them lots of big customers all over the world. Even when the going gets tough—it's been difficult for them to get new customers in the U.S. over the last couple of years—they can always sell into their installed base and into the hyper-loyal German market. Nobody can compete with SAP in the German mar-

ket—they own it. Second, SAP has executed its strategy pretty well because it's an engineering company at its core. In that respect Oracle and SAP have a lot in common: we're both engineering-centric companies, and we both have software engineers as CEOs. Most other application software companies are run by salesmen. The Oracle and SAP engineering teams have great respect for each other and get along together quite well. Their engineers love our database. In fact, when we launch Oracle 9i in June, they'll be there up on the platform with us* [they weren't, as it turned out], which is really pretty incredible considering the rivalry in applications. But their customers desperately need the speed and reliability of Oracle 9i Real Application Clusters [RAC]. For all the things SAP has done right, they still face one overwhelming challenge: their system is very, very inflexible, and that makes it extremely expensive to install and operate. The big consulting firms charge a fortune installing, integrating, and customizing the SAP system. The cost overruns on big SAP implementations are legendary. In this new climate of constrained IT budgets, it's going to get harder and harder for them to sell to new customers. If people start asking for a price guarantee before buying or expanding an SAP system, then they're in big trouble. SAP's best hope is that people don't ask."

• • •

Hardly a month goes by without Ellison's hosting at least one or two CEO roundtables. While he has frequent meetings with Oracle's biggest customers and increasingly makes the vital calls that help to close deals, the roundtable format allows both efficient use of Ellison's time and the opportunity to talk more widely about the issues that concern Oracle's customers. Today's roundtable is being held at his house in San Francisco. The Pacific Heights house couldn't be more different from the restrained simplicity of his Japanese-style villa at Atherton. Four stories high, the house is famous for its extraordinary panorama of the bay, sweeping from the Golden Gate Bridge to Alcatraz. It's also well known for being fitted out like a James Bond villain's hideaway with touch screens directing the industrial-strength computers that control every

---

*LE writes: SAP wasn't on the stage with us, but they did officially certify and start reselling Oracle 9i Real Application Clusters under their applications. Interestingly, SAP did not certify either IBM's or Microsoft's database-clustering technology. So our biggest applications competitor is now our best database reference. SAP loves RAC.

function inside the house. It's gorgeous but so minimalist that it's not a cozy place to live in. It is, however, a spectacular venue for corporate entertaining. A few of the twelve expected guests are relatively local, such as Dick Kovacevich, CEO of Wells Fargo (and one of Oracle's bankers), and David Lawrence, the chairman of Oakland-based Kaiser Foundation Health Plan, one of America's biggest medical insurers. But others, such as Jim Courter of IDT, a telco in Newark, New Jersey, and Ron Orr, who runs the air force's logistics operation from Washington, D.C., have flown across the country to attend. And while an invitation to lunch from Ellison is on its own probably enough to get the attention of most CEOs, the fact that the lunch is being held in a house that you will want to tell your friends about is an added lure.

After the guests have had an opportunity to admire the view from the first-floor drawing room before the fog closes in, they are led down to the dining room and seated around the huge, rectangular white table. Oddly, there seems to be no seating plan. Other top Oracle executives, including Safra Catz, Sandy Sanderson (the head of Oracle Consulting), and Mark Jarvis, just spread themselves around, while a handful of the guests politely jockey for a seat near Ellison. The meal, served by a team of several black-uniformed waiters, is elegant bur simple. Despite the opulently over-the-top surroundings, the atmosphere is serious and professional.

At least until Ellison starts talking. With this group, he's confident and ready to entertain. It's a variation on the usual theme: what he's learned from his own efforts to turn Oracle into an e-business and why it's a process in which CEOs must become directly involved; the profound impact of the Internet; the failure of IT to deliver on past promises because it is an industry founded on a model that both celebrates and distributes complexity; and, finally, the extraordinary benefits to be had, in terms of efficiency and knowing what's going on in your business, by adopting Oracle's approach of implementing a fully integrated suite of applications on top of a single consolidated database. But the anecdotes of the chaos at Oracle before he saw the light are well honed and funny. What's more, they strike an immediate chord with his guests, as he knows they will. The confessional tone is calculated to get others to tell blood-curdling horror stories of their own. And then for Ellison to point them in the direction of salvation.

There is, however, a potential danger in being funny about the night-mares that the IT industry has visited on its wretched customers. In his own imagination, Ellison had long since moved on to a simpler and more rational kind of computing that banished armies of expensive consultants

and the associated problems of tying together software packages from a multitude of vendors. Oracle, Ellison boasted, could now, uniquely, offer computing solutions that, for the first time in IT history were guaranteed—that's right, guaranteed—to provide a spectacular and speedy return on the customer's investment. However, even at Oracle, with its much-trumpeted $1 billion of savings and the boast of being able to extract as much again this year (recently slightly moderated because of "the economy"), Ellison was, according to his own CFO, Jeff Henley, running slightly ahead of reality. But for customers, including some of the ones around the table on Broadway, what might be galling was the fact that until very recently, Oracle had enthusiastically been selling the very approach, namely customized best-of-breed solutions, that Ellison was now describing as madness.

By the time Ellison stops speaking (after a good forty-five minutes), one of the guests, George Buckley, an English expat who runs the Brunswick Corporation, a medium-sized conglomerate that operates boating and leisure-focused businesses such as Mercury Marine, is seething to say something. He has written a number of points down on his pad. Looking intense and white-faced, he begins, "Larry, we've spent $250 million on systems in the last few years, and we've got jack shit. I feel like we were led down the primrose path by the IT guys. It was always jam tomorrow. We have all the best stuff in the candy store—PeopleSoft, i2, Oracle—it's a real hodgepodge of systems." Ellison has a "There you are!" kind of smirk on his face. He says, "That's the absolute archetype of what not to do." Buckley looks furiously across the table at him: "Well, I've got to tell you that it was Oracle consultants who, when pressed by my IT people on a perceived deficiency in your software, would say that maybe PeopleSoft or i2 might be better. Well, I'm not going to throw in another $200 million to fix it now." IDT's Jim Courter chips in, saying, "We were fed all kinds of promises that it will all work, and it doesn't." Buckley adds, "We're in so deep now that spending money is not the way. We're spending $100 million a year now. So how do we get out of this mess?" *

*LE writes: CEOs as a group are incredibly pissed off about how much they spent for their computer systems and how little they got in return. They have a right to be. As for our own consulting organization recommending best-of-breed, well, that happened regularly in those days. All consulting organizations, including our own, made a lot of money pushing very large, very expensive best-of-breed integration projects.

It will be interesting to see how Ellison gets out of the hole he's dug for himself. What he'd like to do is disown the advice that Oracle's own consultants were peddling only a couple of years previously, when Oracle had some major gaps in its applications suite and couldn't afford to be so dismissive about best of breed if it was to compete with the more complete product from SAP. But with Sandy Sanderson, who has run consulting since the departure of Robert Shaw in 1998, a few feet away from him, doing so might be embarrassing. Instead he tells Buckley that he should actually be cutting his IT budget. He suggests that Buckley stop the work on some of his existing systems integration projects and swap a portion of the budget out to install 11i in one part of the business. Once it has proved itself, Buckley can start rolling it out across the rest of his company. By firing some of the consultants wrestling with his existing software and starting again, Buckley will be able to save some of the money he's currently spending. Says Ellison slightly smugly, "SI is the gift that keeps on giving."*

Buckley doesn't look any happier. The expression on his face suggests that Ellison is the worst kind of snake-oil salesman. It turns out, however, that one of his firm's divisions is in the process of doing a 100 percent 11i implementation. Ellison suggests that they audit how it goes and the time it takes to get a return from the software. Sandy Sanderson will follow up and report back. If that works, maybe Buckley will be more inclined to take up Ellison's suggestion of diverting funds from other projects.[†]

The message that Ellison wants to emphasize is that his guests should spend less on their IT rather than more. By stalling some spending and taking his recommended path of putting in 11i without modification, he genuinely believes that they will save money. The key, he says, is speed. Most SAP failures happened because the projects never got finished. The

*LE writes: I wasn't feeling smug. I was feeling frustrated. Over and over again I hear about consultants' recommending overly complex systems that end up costing for more than the customer planned to spend. If customers would demand a price guarantee for the total cost of the system before they signed a contract, it would go a long way toward solving this problem. (Total system cost includes: hardware, software, installation, and annual operating costs.)

[†]LE writes: We did a complete E-Business Suite implementation at one of Brunswick's divisions. The project was delivered on time and under budget. They're a very happy customer. The integrated suite approach works.

money spent went to IBM and Andersen. Don't take a three-year flyer like that. The longer a project runs, the less likely it will be to finish. Freeze your budget, and we'll get you a return in very short order. It's the 80/20 rule: a project aiming for 100 percent of the benefits will never finish. But if you go for 80 percent, you can get it done in six to nine months. David Lawrence of Kaiser, who has the manner of a kindly M.D., asks whether there is any evidence that going for the last 20 percent of functionality ever paid back. Never, Ellison says. That last 20 percent can cost you tenfold.*

It's just the opening Ellison needs to describe the approach he used at Oracle—what he calls spending less to know more. The pitch has now been carefully honed to the new reality of shrinking IT budgets, disenchantment with the Internet, and the absolute requirement for rapid payback. "When we first started planning the replacement of all our local country systems—there were hundreds of them—with a single global e-business system, the planning team told me I needed to increase our IT budget by $250 million and not to expect to see any payback for at least three years. Sound familiar? Of course, our IT budget was already way too high; it needed to go down, not up. We had to find a way to fund our global e-business transformation out of our existing IT budget. So I reviewed every one of our internal IT projects; if a project wasn't going to pay for itself in twelve months, we killed it. That didn't mean we canceled every big project. It just meant we had to break up our big projects into multiple steps and make sure we were getting deliverables with benefits and cost savings at every stage along the way. If we couldn't break a big

*LE writes: Even if the software could be made to do 100 percent of the things customers say they need, there are still a couple of serious problems that remain. First, the customer may not fully understand each and every one of its own needs, and second, even if it does, those needs are likely to change over time. A far better approach is to buy a system that delivers 80 percent of the benefits of a "perfect" system at 20 percent of the cost. After the 80 percent solution is installed and delivering substantial benefits, you then have the option of incrementally enhancing your system's automation and information capabilities a little at a time. Going for a 100 percent solution requires a perfect understanding of your business before the project starts and a lot of customization to make the software fit. That is a very expensive and risky approach; you might end up with nothing.

project into steps, then we killed it.* Every time we killed something of questionable value, we freed up people and budget to work on the global e-business project and a couple of other cool new things I had in mind.

"Now we targeted two operational systems that were burning money like it was going out of style. We had so many e-mail systems and Windows file servers that we couldn't figure out how much we were actually spending on them—but we knew it was a lot. Replacing our local country e-mail systems with one global e-mail system saved a fortune. Replacing our two thousand Windows file servers with one global file-sharing system saved even more than global e-mail.† These two projects were the closest you get in my business to 'cheap thrills.' Both projects were quick and easy to do and had huge near-term payoffs. Everyone should do them. It only takes about ninety days to lower your e-mail and file-sharing costs by 50 to 75 percent. We actually ended up saving more than the $250 million we needed to build our global e-business system. By the time we finished putting in our global e-mail and file-sharing systems and consolidating our data centers, our IT budget had dropped by half.

"As predicted, our global e-business system did take about three years to put in, but we saved money every step of the way. Every time we folded another local country's system into our global system, our IT costs went down and the quality of our business processes and information went up. The first local systems we turned off were in Latin America. Separate off a small part of your business—a country or a division—and move that small organization to the E-Business Suite first. The 'start small' approach minimizes both risk and cost; you'll find out very quickly if the suite delivers value to your business. If it does, then you can start adding other countries or divisions into your working E-Business Suite system.

"We started in Latin America because they were the least automated part of our business and they were the most willing to move to our new standardized Internet business processes. After we got Latin America running smoothly, we started moving other countries into the global system. In our big countries—like the U.S. and Japan—there was a lot of re-

*LE writes: The longer a project runs without delivering value, the greater the likelihood it will never deliver value. Go to zero-balance budgeting for IT projects, and beware of throwing good money after bad on long-overdue projects.

†LE writes: Both our global e-mail system and our global file-sharing systems are based on what has become the Oracle Collaboration Suite.

sistance to the change, but it had very little to do with our e-business software. People didn't want to adopt our new global business processes because it meant they'd have to change the way they worked. The resistance was fierce, but we finally broke through by making the people *write down* exactly why they couldn't or wouldn't change to our new business processes. Making them write it down forced people to carefully study and think through the new process. Most of the time that resulted in them realizing that the new process was okay—98 percent of the cases—but sometimes they found real deficiencies in the software and they wrote down exactly what the engineers needed to do to fix it, which they did. Once our users and systems people were communicating in writing, we started making real progress. We added country after country to the global system in rapid succession. Every time we added another country to the global system, our information got better and our IT budget went down. The less we spent, the more we knew. It was amazing."

After Buckley, the two other voices of skepticism are from Wells Fargo's Kovacevich and from Justin Jaschke, the CEO and founder of Verio, a big Colorado-based Web-hosting specialist that was bought by Japan's NTT Communications a few months before the dot-com crash for an eye-watering $5 billion. The point that Kovacevich wants to make is that surely there's a danger of companies' losing competitive advantage and whatever is unique to them if they slavishly adopt business practices that suit the software they're putting in. It's a common misperception that has to be dealt with politely. Oracle's Steve Perkins, who handles much of Oracle's federal government business says that compared with SAP, Oracle's apps are very flexible and you have plenty of choices about the way you want to work.

Jaschke, not surprisingly, is more of a geek than the other guests. He wants to know what's wrong with the currently fashionable approach to systems integration in which applications from different vendors are made to work together using specially designed software, known as middleware, that acts as glue, and central data schema created to form a common language. It's the kind of question Ellison loves. "It just can't be done very well," he replies. "If you glue, say, E.piphany and Clarify [two popular CRM applications] together, the customer databases don't map to each other, so the systems can't pass data back and forth very easily. It's like one guy speaks French and the other guy speaks Japanese. You can get them on the phone together and they can hear each other talking, but they can't communicate. The only thing that really works is a common database schema like we have in the suite. Engineers have tried the data-

# 12

# HUNGARIAN LESSONS

*Hungary*
*May 2001*

The customer Larry Ellison refers to more than any other when selling the E-Business Suite is GE. It's a good choice: there are few more admired companies.* But the bit of GE he's improbably declared a model 11i customer is in a far-flung outpost of Jack Welch's sprawling imperium.

The road east from central Budapest toward the tiny market town of Veresegyház some forty-five minutes away is not a bad metaphor for modern Hungary. The capital itself is a job half done. There are plenty of new buildings—mainly banks and office blocks—and a concerted effort is under way to refurbish the grand government buildings, such as the absurdly Ruritanian Parliament that sits on the Buda side of the Danube and is covered in scaffolding. The road to Veresegyház, narrow, rutted, and bordered with ads for the latest in mobile phone technology, carries a mixture of modern European cars, a few wheezing Trabants, and, as the tatty suburbs give way to open countryside, increasing numbers of horse-drawn carts. On a warm afternoon in early May, the rolling landscape of neat fields is unspoiled and beautiful, until the view is interrupted by a shining new steel-and-glass factory that stretches across more

*LE writes: Working up close and personal with GE was like going to a real-world business school. What separates GE from most companies is its willingness to force change after change into its business in a relentless, never-ending pursuit of efficiency.

SOFTWAR

passing and messaging approach for twenty years without much luck." IDT's Jim Courter helpfully adds that he's trying to do something like that now and "it's a complex nightmare." "Absolutely," says Ellison. "It might work a little bit some of the time, just enough to tempt you to keep trying. You can put wings on a car, drive very fast, and it will take off . . . landing safely is another matter."

The next question turns out to be trickier. The air force's Ron Orr wants to know, reasonably enough, where Oracle has an example of 11i up and running that has stood the test of time. Ellison points out that the suite has been out for only a year but that a few customers had adopted the "no-modifications" model early on out of poverty. One such is Techtronics in Oregon—five years ago its business "fell off a cliff," so it put in global systems because that was the cheapest way to go. It's an odd example to give. Sensing it, Oracle's Mark Jarvis adds that Cisco is a well-known example using Oracle financials to achieve a daily "virtual close." Somebody points out that it didn't help Cisco from making a hash of its forecasting.*

Afterward, when the guests have gone, the Oracle execs strike a resolutely upbeat note, confident they will get solid orders out of the re-evangelized customers. But with the prospects for the economy as foggy as San Francisco Bay, the question is: For all Ellison's eloquence, how much software will they actually buy?

*LE writes: As I've said before, our forecasting system is not clairvoyant. Our forecasting does statistical extrapolations based on historic trends. If something that's outside our mathematical model of the business changes, like a war in the Middle East, our forecasting becomes inaccurate.

than 500,000 square feet and has changed forever the view of the valley. There's nothing to indicate what goes on inside—a reasonable guess might be some kind of agribusiness plant producing fertilizer or turning out farm machinery. Except that every few days a noise that blasts out of one of the huge metal containers lined up outside one end of the plant sounds oddly like a Boeing 747 taking off.

This building is a $100 million investment by the Power Systems division of America's mighty GE, put up in record time to make replacement parts for industrial gas turbines—highly sophisticated nozzles, shrouds, and combustors—and to manufacture what are known as "aeroderivative" power packages. These are $15-million-a-pop transportable gas turbines that harness the thrust of GE jet engines to produce up to 50 megawatts of electricity—enough to run a large factory or keep a small town humming. Before each of the turbines is disassembled and packed into twenty or so containers for shipping, it is given full load testing to verify its power output and heat rate. Within a year of the groundbreaking for the factory construction—even before the offices for site managers and engineers were completed—the first turbine package rolled out of the gates, on its way to a customer in Paris.

The man who makes it happen is Craig Kipp, a tall, athletic-looking forty-five-year-old who was yanked out of his job at GE's nuclear fuel business in Wilmington, North Carolina. When he arrived in April 2000, Kipp knew that he was facing the challenge of his life to get the plant up and running in the time demanded by his unrelenting bosses in Atlanta. What he didn't know was that Oracle's Larry Ellison would turn out to be staking even more on his success or failure than either GE's legendary Jack Welch or even John Rice, the hard-charging new head of the Power Systems division.

GE has been in Hungary for several years and has several major businesses in the country. The first, Tungsram Lighting, was acquired in 1990 in the first major phase of post-Communist Western investment. Since then, GE Capital has bought Budapest Bank, and GE's Medical Systems and Engine Services divisions have established outposts. Welch early on decided that Hungary would be one of the leaders in the Eastern European pack and the decision to build the turbine plant wasn't a difficult one, with the country expected to accede to European Union membership by 2005. As Kipp puts it, he can plug into an existing GE infrastructure for support services, and he has access to low-cost, well-educated local engineering talent. What's more, for American expats, Budapest is a "livable city."

However, within GE, the significance of Veresegyház would be more than just a new facility to help meet the booming demand for the firm's power generation products. Under Welch's project to digitize every aspect of GE's extraordinary spread of businesses, Veresegyház was to be given the status of a laboratory to test how far, using Internet technologies, the power systems operation could be transformed into a full-fledged e-business. There was also another consideration. The speed with which Welch and Rice's predecessor, Bob Nardelli, now boss of Home Depot, were insisting that the plant come on stream meant that a traditional approach to systems integration wouldn't work, particularly as the other outfits in GE that Veresegyház would be dealing with, such as oil and gas, based in Italy, and energy products, based in France, had a mishmash of ERP systems from different vendors.

At a strategic level, GE was already convinced that going down the integrated suite route made more sense than best of breed, and anyway, time wouldn't allow for anything else. Nor was there much doubt that Oracle would get the nod—Release 11 had already been installed elsewhere in GE, for example, in medical systems, and was doing all right. In July, a month after the bulldozers started clearing earth at Veresegyház, the big discussion was whether to take the chance of going with 11i only weeks after its release. Kipp asks, "Did we really want to take the risk? Putting up a new plant in Central Europe and having to hire a workforce from scratch is risky enough. In the end, what swung it was the superior upgrade path. Because it was all Internet, Oracle convinced us that we could seamlessly get new versions and new features as they became available. The attitude here is that everything's going to the Internet, so we just decided on making a leap of faith. The whole thing had to be installed in just a few months, and we kind of figured that Oracle couldn't afford to let us down." It was a shrewd calculation.

The contract was signed in late October with a clear understanding that if Oracle delivered at Veresegyház, GE would start rolling out 11i across its thirty or so other turbine plants. Within a month, the project was in trouble. Kipp was using a local IT consulting firm named Ejiva, which had done work for GE in Hungary before but was now struggling. Worried, Kipp told Nardelli that at this rate he would never hit his milestones. Nardelli and Rice decided to call Larry Ellison. Kipp says, "Within a week we had thirty to forty Oracle consultants. It was like a MASH unit arriving." Kipp was working from hastily converted offices on a run-down industrial estate that he christened the "the bunker." "There were lots of things going on: hiring people, riding the builders, working

with local government. Until December, I thought things were under control. On the other side of town we had all these people from GE and Oracle—there were about eighty of them in an office designed for forty. They were working through the night, mapping processes and figuring out what they wanted the software to do."

When the consultants invited Kipp over for what is known in the business as a "conference room pilot" (CRP), the first of a series of trials that the software has to be put through before it is deemed to be ready, he realized that things were far from "under control." Basically, a CRP involves running the business in a simulation mode—putting the systems that will run the manufacturing and financial operations through their paces. Within the first couple of hours, as he moved from room to room, Kipp felt increasingly uncomfortable. "It just dawned on me that a twenty-six-year-old recent graduate from Budapest Technical University and three guys from Oracle in San Jose were designing how to run my business. I realized I'd been focusing on the wrong thing. Pouring concrete may be important, but what was going to determine on a daily basis sixty to eighty percent of what my people would be doing was being written into the software. And I thought, shit, have we got the right people making the right decisions?"*

What convinced Kipp that he was in trouble was a simulation that involved picking up hypothetical parts from the stockroom to assemble on one of the turbine units. By the time they had taken all the parts out on the shop floor, they realized they were working on the wrong job. Kipp says, "The software was designed that way because people from my finance team were putting in very strict requirements for tracking costs. As I learned more about it, I said this is crazy, if this were to go live we'll just crash the whole business. So we had a meeting in the hallway that night at eleven P.M. There were people hanging off the doors. I'll never forget it. I said, 'What are you trying to do? We don't need this level of sophistication and complexity to run this business.' Because to have this very structured financial cost system means that everything has to be done differently on the manufacturing side."†

*LE writes: This was the turning point of the project. Once senior management got involved—deeply involved—we started making real progress.

†LE writes: Only senior management looks at and makes decisions for the business as a whole. Individual department managers optimize their internal departmental functions without much sympathy for or understanding of the

Kipp knew that if they continued down this track there was no way they'd meet the promised "go-live" date of March 7. His message was to make it simpler. The problem was that GE's finance and manufacturing specialists from America had believed they were expected to add value by getting Oracle to customize the software to deliver all the features Kipp might possibly want. Unfortunately, they hadn't thought to ask him, and the Oracle consultants were trained never to say no to a customer.*

Kipp says that what had happened was the key to understanding why the installation of business software systems so often goes wrong. "You decide on buying a piece of software that pretty much has what you need to run your business. But then the consultants ask, 'What would you really like it to do, because we want to optimize your business processes.' So the guy says, 'Well, what I'd really like is for it to do the following . . . ', and they have the same conversation with the finance team and the manufacturing team and the sales guys. And of course, the consultant doing his job writes down all the little other things that would be great to have. So Oracle has this great product that will do eighty percent of what you want just by throwing the right switches in the software—no special code or anything—and it all falls down because someone asks that innocent little question: 'What else would you like it to do?' "

Kipp says that if they hadn't been sucked down the path of customization, they might have gotten the software installed in three rather than five months. The key was the commitment of his own time—as much as half of each working day for at least a couple months—and that of his dozen best managers. He says that it's to good expecting junior people to make the right decisions about how the business should be run, and it's crazy to ask them to do it. He admits that the strain of it nearly killed them, but that you have to use the people "who've really got that mental expertise to configure the system right from a process standpoint."

It's exactly what Ellison's been saying all along. Just after Veresegyház

burdens they may be placing on other departments. That's why it's treacherous to automate one department at a time. You're better off taking a self-contained segment of the business, like the Hungary plant, and automating the end-to-end business flows that cross departmental boundaries.

*LE writes: Today, Oracle's consultants are trained to say "no" when it comes to customizing the code. The less a customer changes our software, the more of it they're likely to buy. We make more money selling software than consulting. When consulting is your moneymaker, it's a lot harder to say "no."

# 13

## HILL BY HILL

*May 2001*

A year after the E-Business Suite was launched with such high hopes, the world has become a very different and, for Oracle, more hostile place. It would be tempting to describe Ellison as "beleaguered," but that over-worked word doesn't really fit. He is still cracking jokes and generally enjoying life. At Oracle there's no hint of crisis. There's a good deal of grumbling about the evaporating value of stock options and the disappearance of bonuses, but at least Oracle isn't laying off swaths of workers like many companies in Silicon Valley. There's an atmosphere of sober determination. There are enough veterans around at Redwood Shores—guys who have been through far worse times than this—to steady the ship and calm the anxieties of young engineers who really did think, as Oracle's advertising insisted, that the Internet had changed everything, including the abolition of the business cycle.

We're on the road again—or, more accurately, flying at 45,000 feet in Ellison's Gulfstream—heading for more customer meetings and CEO roundtables. This time we're going to Chicago and then on to Fisher Island, an exclusive resort near Miami. It's a strange moment in the E-Business Suite campaign. Ellison is convinced that the bugginess and instability are a thing of the past. But the media and the analysts have gotten their teeth into that story and won't let go. The only way to turn it around will be increasing numbers of references from happy customers. But the bad publicity and the economy have persuaded many to delay planned installations. For Ellison, it's a waiting game.

Nonetheless, he says, "We've had some very significant E-Business Suite 'go-lives' lately. Alcoa went live at a major location in less than five

---

went live, John Rice called Kipp over to Orlando to share his experiences with some of GE's other senior managers. Kipp says, "I told them: don't let it happen to you. Just take the software, install it. If you simplify and standardize your business processes along the lines of the way the software's configured, you're going to get eighty percent of what you want. If you want to go back after the next year or three to get some special feature you need, you can still do that." By way of example, he told Oracle that if he needed improved data on quality, the chances were that most of their other customers would too. Oracle's response was that if he could wait six months they'd write it and give it to him in the next upgrade. Instead of saying that was too long and demanding a customized solution, Kipp said, "OK . . . the world's not going to fall apart in six months. Plus, I've got supported software that's in all their upgrades—not some special code that I have to take responsibility for." It's another example of what Ellison calls his "80 percent rule": take 80 percent functionality now rather than risk never finishing by holding out for a 100 percent perfect solution that exists only in the imagination.

If the lessons for GE are clear, they should also be for Oracle. When the project nearly came off the rails because the consultants were obliging requests by junior managers that were at odds with the approach laid down by John Rice, there was, in Kipp's words, "no one on the Oracle side who was going to tell the customer, 'No, you can't have that.' " Kipp says that GE's managers, culturally used to demanding "everything and now" needed to be told more clearly what's in their best interests. "If they're offered this feature, they're not going to say, 'Well, I don't need that.' But somebody with authority has to be able to say no."

---

*\*LE writes: Our five thousand applications developers put lots of new features into the E-Business Suite based on customer priorities. This close collaboration was what made it possible for most of our customers to avoid the complexity and cost of custom code.*

months, start to finish, without any modifications. Liberty Mutual went live. More and more customers are going live on 11i. That's really important. People love the idea—the concept—of a complete and integrated E-Business Suite. But the question is 'Does it really work?' And if it does, 'How do I get there from where I am today?'"

I'm curious to know how many of these customers, if any, are actually using the whole suite. In Hungary, GE Power Systems was deploying the ERP part of the package—the manufacturing and financial apps plus the hot new order management system—but they had no need yet for the fancy CRM piece of the action. What about Alcoa? "Well, when I say that some company is using the E-Business Suite I mean they're using several E-Business Suite applications, not all of them. Nobody, not even Oracle, uses all of the E-Business Suite. We don't use manufacturing because we don't manufacture anything. However, I still describe Oracle as an E-Business Suite user. If a company is using a number of the release 11i applications, I call it an E-Business Suite user. GE Power is running a lot of our applications but not all of them. The same is true of Alcoa. Both GE and Alcoa are industrial giants in the process of modernizing their businesses. They're using E-Business Suite applications to modernize their supply-chain processes, their procurement processes, their manufacturing processes, and their accounting processes. Step by step, one location at a time, they're modernizing their companies using the E-Business Suite."

Alcoa will be an enormous Oracle installation, involving all 362 of its plants worldwide. "I started participating in regular conference calls at GE Power after we ran into some problems a couple of months into the project. We quickly solved those problems and stayed on top of new ones as they arose. During every call we go through major product and implementation issues in excruciating detail. I've learned a lot in the process. I'm going to try to spend more time with Alcoa because it's a huge project that automates all the different Alcoa businesses, from making and selling boxcars of aluminum ingots to consumer-packaged aluminum foil. Another big project I'm watching closely is at POSCO, the world's largest and most profitable steel company. They're doing a big-bang go-live in July. They're switching over the entire company all at once. Not many companies take that approach because of the risks involved. But if you pull it off, it's the by far the fastest way to go.* It takes iron balls to go

*LE writes: The POSCO go-live went nearly flawlessly. It did a lot of planning and testing before moving the entire operation to the E-Business Suite.*

that route, but hey, they're a steel company so.... Anyway, I always recommend a safe, step-by-step implementation process: define a set of standard processes, then start adding more locations or more divisions. That's what we're doing at GE, that's what we're doing at Alcoa, that's what we did at Oracle. But you must automate one business at a time, not one department at a time. One-department-at-a-time automation, best-of-breed systems that don't work across departmental boundaries, that's how companies got in the mess they're in today. Companies need a road map to move from their detached departmental systems with their disconnected processes and fragmented data to a modern integrated system built on a single global database."

While the campaign for 11i continues, Ellison's main focus is about to switch back to his first love, the database, and the launch of 9i, the latest and most significant new version of Oracle's flagship product for many years. "I'm back to spending about half my time on the database. 9i is a very big deal because for the first time our database clustering works with real applications—Oracle applications, SAP applications, Siebel applications, custom applications, everything. We've been trying to do this for more than a decade. It's not an easy problem. Microsoft's and IBM's clustering technology works fine for performance benchmarks, but it's useless for real applications. They run clustering tests and then run an ad bragging about their database performance. That's good marketing, but marketing can only carry you so far. Their database clusters can't run real-world applications, so their clustering performance tests are meaningless. Eventually people will notice.

"But our clustering isn't just a marketing scam. Our clustering works with real-world applications, and *that* fundamentally changes the database business forever. But it doesn't stop there: clustering changes the entire computer industry. The computer industry is based on the principle of scale: a big application runs on a big, expensive computer. But if you can make a bunch of cheap little computers 'look' like a big computer, then you've altered the economics of the industry. And that's exactly what we've done with 9i clusters. We've been able to take a group of cheap Windows or UNIX computers, cluster them together, and run SAP applications, PeopleSoft applications, Siebel applications, and everything else. We can do it. Nobody else can. Nobody.

"Before, if you wanted to run faster, you bought a faster machine. Once you bought the fastest machine there is, you're done, you can't run any faster. With Oracle 9i clustering, those limits no longer apply. You

can have multiple database computers running your SAP application. To add performance, you add another computer; to add reliability, you add another computer. Rather than having one expensive computer, you have four inexpensive computers, you run faster, you run more reliably, and you run much more cheaply using an array of small machines. We broke the code. We made it work. That's not good news for people who build huge expensive machines. IBM says, 'Gee, our database software costs less per processor than yours.' We say, true enough, but you have to buy software for twice as many processors and then spend five times more for hardware to run IBM's database. IBM would have to pay you to run their database for it to make economic sense. Even if they gave you all the software and hardware for free, it still wouldn't be nearly as fast or reliable as an Oracle 9i cluster. So Oracle9i is the 'last database.' This is game, set, and match in the database business. Oracle 9i clusters make it very difficult for IBM and Microsoft to compete on performance, reliability, or cost. We've got to do a good job getting the clustering message out there, but I think within three to six months it will become obvious that Oracle 9i really is the last database"*

The trouble is that people think of databases as mature technology and not as sexy as applications. How will Ellison communicate his excitement? "Well, it's pretty interesting if you run eight Compaq PC servers running faster and more reliably than the largest IBM mainframe. And those PC servers could be running Linux. People say Linux isn't reliable enough for enterprise computing. Now, it doesn't have to be reliable. Not if you use lots of them. If one fails, who cares? Not fast enough? Use more of them. 9i is great computer science, not just another software product. It's, I hate the expression, a 'breakthrough.' Bill's been talking a lot about Microsoft's horizontal scalability [using a cluster of little machines to get performance rather than one big machine] strategy. But they can't make it work. We've got horizontal scalability for every application ever written; they have horizontal scalability for one and only one application—their custom version of the TPC-C benchmark [an industry standard database performance test]! It's amazing. And, it will take IBM and Microsoft a long, long time to catch up. Maybe ten years, but probably never."

*LE writes: SAP has certified and started reselling Oracle Real Application Clusters, but SAP has not certified either IBM or Microsoft clusters. That says it all.

If Ellison's claims for 9i are borne out, it's not only bad news for Microsoft's and IBM's database products; it will also have some pretty serious implications for the hardware makers. It's a point that hasn't escaped him. "It will fundamentally change the high end of the computing business. Today, our big customers, like eBay [the Internet auction site], are running big Sun 10000 servers. When one of them goes down, part of their service is down. Now they can run a cluster of four 6500s, or run six 4500s rather than one big 10000. The cluster is cheaper, faster, and a lot more reliable. Why wouldn't you run a cluster?" Ellison had just met with Scott McNealy, the combative boss of Sun Microsystems and an important Oracle ally. Does he realize that Oracle 9i is a big threat to his business? "I don't think he does right now. For the first few years people will cluster two big machines together to double their performance and get fault tolerance. But as they gradually see how well clustering works, they'll start replacing their big machines with clusters of small machines. That's not good news for anyone who builds big, fast computers. The Sun 10000, the HP Superdome, the IBM S80, all these expensive sixteen- to sixty-four-processor computers, why buy them? You want sixty-four processors of power, buy sixteen four-processor PC servers. You don't need to buy these really big machines anymore. They're expensive and they're unreliable, because a single machine is a single point of failure. If it breaks, you're down. Why would anybody spend more for something that's slower and less reliable? Big boxes are going to be replaced by arrays of small boxes. And we're the ones with the software that makes it all work."

Ellison needs 9i to be the success he's so convinced it will be. Although Oracle has maintained its overall share of the relational database business, a report from Gartner that's due out in a few days suggests that IBM is growing its share of the UNIX market a good deal more quickly than Oracle, thanks to aggressive pricing and the naturally much cozier relationships it enjoys with the other ERP and CRM vendors thanks to the fact it doesn't compete with them. Meanwhile, through its willingness to bundle SQL Server with its other BackOffice products, Microsoft has overtaken Oracle for the first time in the Windows NT/2000 segment. Clearly, 9i has the potential for Oracle to open up more blue water between itself and its database competitors, while also providing an economic case based on total ownership costs to justify its much fancier price tag. But can the strength of 9i be leveraged to the advantage of the applications business?

"Well, I do think 9i will be a huge success. This is a little bit like when Oracle 7 showed up and it just creamed everybody. I think 9i will sweep