# EXHIBIT 17 part 4

away the competition. 9i is also very important for our applications business. Clustering is so fast and so reliable, now even our largest applications customer can move to a single global database. In fact, we're thinking about repositioning our applications and focusing on the single database message. At the heart of the E-Business Suite is the one database idea: one customer database, one supplier database, all your information is in one place. We have this wonderful unified 'information architecture.' With SAP and Siebel, you have dozens of customer databases, dozens of data warehouses; it's really hard to find the information you need to do your job. Positioning our unified information architecture sitting on top of our clustered database will help us explain the benefits of the E-Business Suite. We're looking at the same picture, but we're looking at it through a different lens.

"Focusing on the database as the center of our applications strategy has another advantage: it allows us to tackle some new application areas where we're not going to write all the applications ourselves. Instead we're going to provide and publish a database schema with the necessary APIs to allow other apps vendors to write on top of our data model. We're going to start with health care. I think we need a national health records database where doctors input information, hospitals input information, laboratories input information. All your health care records are in one database. It's highly reliable, it's highly secure, it's auditable, privacy is guaranteed. And rapid access is assured in case of emergencies. We have a variety of partners like GE Medical who we're trying to get to build applications on top of our national health records database."

If Oracle were to succeed in persuading lots of independent software vendors to develop their applications using the same data model as Oracle's own applications, it would be big stuff. It would make the E-Business Suite limitlessly extensible by offering a different approach to integration that still kept all the information in one place. Paradoxically, it would even be a way of making best-of-breed work. Unfortunately for Oracle (and maybe its customers), Ellison will probably have to wait a long time for rival enterprise application vendors to allow Oracle the kind of leverage over them through its database that Microsoft exercises over the battered and submissive PC software industry through Windows. Working with niche players that target particular industries, such as health or education, with highly specialized software is a smart way for Oracle to fill out the functionality of the suite.

To try to draw a line under its early instability, Mark Jarvis, the senior VP for marketing, had told me that the E-Business Suite might soon be

given a symbolic 2.0 release. Ellison was skeptical: "Yes, I thought about that, but it's a bad idea. Instead, we're just going to try to do a better job of explaining how we approach applications from a databasecentric point of view. We don't need a relaunch. We just need to tell the market about how much specific customers have saved and how fast the software went in because they didn't modify the code. The other thing we need to do is talk more about the notion of databasecentric applications—all your applications built around a single central database. People already believe Oracle's good at database stuff, so they might also believe we're good at databasecentric applications. And you know what, it's not only believable, it's true—we are good at that."

Despite Ellison's confidence about overall strategy and the quality of Oracle's products, the impact of the slowdown in technology investments and the deteriorating economy were plenty to worry about. With one of the trickiest final quarters for years ready to close, had the "visibility" that has been so clouded a month ago improved? "It's very odd, our business in Japan is doing extremely well, and they've been in a recession for around ten years. It's hard to understand exactly what's going on now that the bubble has burst. Those who enjoyed the ride up are now having an unpleasant ride down. Those who missed some of the ride up, like IBM and Microsoft, don't have as far to fall. But it is what it is. We can't control the market. I don't think it makes much difference whether our stock is flat or down a bit; in the long run what really determines our success and our stock price is how good our products are. And our products are really, really good right now. All we need are more references. References are the key to selling software. That's what gives people the courage to buy a complex, almost incomprehensible piece of technology. Selling the architecture only works with a few early adopters. In most cases, even when they agree that our applications architecture is much better, they'll still go with the market leader. People buy Siebel because 'everyone buys Siebel.' People have an innate belief that there is safety in numbers. It's deep inside everyone's biology. So until we have a significant number of references, including people who threw Siebel out, it will be slow going. So for now we're just going to take it hill by hill, deal by deal, until we have a strong enough foothold for our sales force do what it does best, reference selling."

Something I'd been wondering about is the effect on Oracle's business of Ellison's bad-mouthing of systems integrators. Ellison had sort of apologized and recognized his error, but was he doing anything positive to rebuild bridges with the consulting and SI partners whom he has man-

aged to insult and annoy? Ellison says, "I've had meetings with all the heads of the big five consulting firms, so the answer is yes. More importantly, we've made a couple of important changes in our business that they seem to like. First, we changed our motto from 'Just say no to systems integration,' which was stupid, to 'Just say no to custom code.' That helped. Second, we've been gradually downsizing our consulting business because of our focus on rapid, low-cost implementations, so we don't compete with the big integrators very much anymore. We specialize on getting in and out very quickly."

That made sense, but there's been no letup in deriding Accenture and IBM Global Services. Were they more resistant than the others to what Oracle is trying to do? "Oracle and IBM are point, counterpoint. They say 'best of breed,' we say 'integrated suite,' they sign ten-year integration and outsourcing contracts, we want to implement in six months or less. It's unlikely that IBM will ever do much applications integration business with Oracle,* even though they do a lot of work with our database. The IBM hardware and service guys *love* our database. Accenture has been even more difficult to deal with than IBM. I really don't understand why, but they seem to think meeting with us is a waste of their time. Maybe the hard feelings date back to the Robert Shaw days, or maybe it was something I said. I really don't know. I've had a couple of conversations with George [Shaheen] before he went to Webvan [a struggling Internet grocery firm that would soon fold], but they led nowhere. We'd love to work with Accenture, but so far we've been unable to get them interested." Accenture, it's also worth pointing out, is an investor in Siebel.

Ellison and I then turned to discussing the future of the spin-off from Oracle that makes network computer devices—now known as New Internet Computers—the same ones that were meant to replace the PC. He's thinking of merging the company with a little firm called Be that's focused on developing software, particularly operating systems, for Internet appliances. Ellison relaxes, and his tone changes to that of someone talking more about a hobby than a business. "Be is a public

*LE writes: When IBM bought PWC [in July 2002], they inherited a large Oracle applications implementation business. That gave us an opportunity to try to work more cooperatively with IBM in both application implementations and outsourcing. Early on the signs are very promising. I don't agree with their best-of-breed strategy, but there is no denying the quality and professionalism of their people.

company, and they're having business problems, not good. But they've got great user interface technology and an important relationship with Sony. NIC is doing OK, $2 million last quarter, $4 million this quarter; they're tiny but growing. All NIC really is is a $200 desktop computer running Linux and a Netscape browser. If we put the Be user interface on top of Linux, the NIC would be easier to use. Maybe we should glue these two companies together."*

A potentially much more important initiative is Ellison's plan for Oracle to buy NetLedger, a start-up run by a former Oracle programmer named Evan Goldberg that has produced an award-winning suite of Web-based applications aimed at small businesses. It's a little awkward for Ellison because he has backed NetLedger with nearly $40 million of his own money and consequently owns most of the company. But now that the bursting of the Internet bubble has killed any hope of an IPO, Ellison wants to bring NetLedger and its five thousand subscribers into the Oracle fold and rebrand the software as Oracle Small Business Suite. He hopes that Intuit, the firm that makes the PC-based QuickBooks accounting application for professionals and small businesses, will make an offer for NetLedger and thus establish fair market value for an Oracle purchase. He says, "My conflict of interest prevents me from getting involved with an Oracle purchase of NetLedger. That said, if NetLedger proves to be successful, they could play an important role in Oracle's applications strategy. We're talking to a large auto company that's interested in providing an online service to all their dealers. The NetLedger system is designed as an online service for small businesses, like car dealerships. It's an ideal fit. It's also an interesting new business model. By connecting the NetLedger service to our E-Suite software we can link a bunch of small companies that are doing business with a large company. In other words, we can automate networks of companies, rather than one company at a time."

*LE writes: To Be or not to be, that may have been the question (sorry), but it didn't matter one way or the other. Microsoft killed both companies like a rogue rhinoceros trampling a couple of disoriented field mice. But the Linux-on-the-desktop idea lives on. If anything breaks Microsoft's monopoly, it will be a desktop version of Linux. The ingredient still missing is a replacement for Microsoft Office. Once the open-source version of StarOffice matures a bit, Microsoft might actually have to compete for business. Watch what's going on in India and China for early signs of cracks in Microsoft's desktop monopoly.

NetLedger/Oracle Small Business Suite could turn out to be important for other reasons. Microsoft has been dipping a toe in the small-business applications market with its bCentral Web site. In December 2000 it also spent more than $1 billion to buy Great Plains, an applications firm with a decent franchise in the small and medium-sized business sector. It's clear that Microsoft wants .NET to offer a range of services and applications to what it sees as a largely untapped market. Ellison agrees. Market research predicts that the small-business software market will be worth $47 billion by 2006, and Ellison thinks that he can use NetLedger both to get a big slice of the action and to head off Microsoft's efforts to extend its applications franchise beyond the desktop. He says, "Intuit is one of the few surviving PC software companies. They've done a terrific job. But NetLedger is an online service company, not a software company. It's a totally new business model. An online service has a much lower cost of ownership and offers a lot more features than Intuit's QuickBooks or any other small-business software, including Microsoft/Great Plains. Nobody is going to beat Intuit or Microsoft in the small-business software market. But if it's a war between service and software, then I think the service model will win." I wondered what would happen if Microsoft decided to offer $200 million for NetLedger. "I'd tell them to get fucked. I suppose Evan might take a swing at me, but I own 55 per cent of the company, and there's no way in hell Microsoft's going to get it."

• • •

When we land at Chicago's Midway Airport, there's a limo waiting to take us to an Italian steak house downtown where we're going to meet Jimmy Linn, or "the Judge," as Ellison usually refers to his nephew. Linn is the son of Doris, the much older sister he grew up with and the daughter of his adoptive father, Lou Ellison. Although there's no blood relationship, the Linns are Ellison's family and they're a very important part of his life. By the time we get to the Erie Café, a former meatpacking plant near River North, the dinner's already in full swing. There are about twelve people at the Judge's table, nearly all of them are lawyers, and most of them seem to have met Ellison before. It's a very traditional place with dark-paneled walls and bare brick, every plate groaning with bleeding slabs of meat (the twenty-four-ounce T-bone is a specialty) or mountains of steaming pasta. And the lawyers don't really look or sound like lawyers. From their appearance (loud sports jackets, open-neck shirts, and plenty of gold hanging from wrists and necks) and conversation (mostly about criminal mayhem of one kind or another), you'd think it

was a scene from The Sopranos. The Judge, who's only a few years younger than Ellison, has a dark tan, long black hair, and a Zapata moustache. It's the first time I've met him, and although he's outgoing and friendly, he's also guarded. He doesn't like the treatment Ellison has received from journalists, and he's protective of his famous uncle.

Although Ellison is, inevitably, the center of attention, he's not accorded any special treatment. There's a lot of joking and telling of mostly horrifying anecdotes about Chicago lowlifes. There's also quite a bit of grousing about the fall in Oracle's stock price. Ellison has made Jimmy wealthy by giving him shares in the company (it's the reason he could afford to follow his father onto the bench), and several of the others at the table have personally invested in Oracle. Ellison assures them that the business is in pretty good shape, but he's not prepared to say when he thinks the stock will start to recover. The only thing that fazes him is when a massive plate of lamb chops arrives for him. Ellison loves his food, but the sheer size of the portions seems to rob him of his appetite. He's been in California too long. When the dinner breaks up, Jimmy, who's picked up the tab, puts a braceleted arm around me and says that unless I'm nice about his uncle, he'll personally kill me. I think he's joking.

• • •

The next day's roundtable event turns out to be for chief information officers rather than CEOs. There's some embarrassment about this on the part of the Oracle people who've made the arrangements. According to protocol, Ellison really shouldn't be wheeled out in front of this lower-level audience. Maybe Sandy Sanderson, who heads Oracle's consulting organization, should take the meeting instead. Ellison decides that he will show up, but not until after lunch is out of the way. He's decided that from now on, even with a room full of CEOs, they should eat before he makes his grand entrance. It's difficult to make the pitch, he says, if you have already used up all your best lines on the people sitting next to you. In fact, perhaps because the audience is made of CIOs, who are more technically savvy than their bosses, it turns out to be a rather good occasion.

Most of those present are in service industries such as health, education, and the Chicago Police Department. When Ellison finishes his standard confessional riff on why information fragmentation is the reason that expensive computer systems promised much but delivered little, he's drawn into an interesting dialogue with the CIOs about what they need to do if they're to get their own organizations to follow Oracle down the path to e-business. There's near unanimity that, in the words of one,

"From an IT perspective we have islands of automation—little fiefdoms that like spending money on their own bespoke systems." The CIO of Western Digital, a maker of hard disks and storage for computers, says that he figures his firm is running on a total of thirty-eight different applications when it could be using just six—five of which are within Oracle 11i. But when he tried to change things, eight functional directors "slapped me down—the message was, you're in my penalty box."*

Without having the CEO "in their camp," Ellison admits, they'll find it tough. "New software is a great catalyst for change, but unless people are willing to change the way they work, the benefits will be elusive. New business processes are at least as important as new software. At Oracle we began with a project to put in new software. The software made us change the way we worked. Those new business processes led to a more efficient global organizational structure. The sum of all these changes was a new Oracle culture in constant pursuit of higher quality and lower costs. It was a surprise ending to what began as a software project." However, the message that Ellison most wants to leave this technical audience with is the idea that the database comes first. "Count your customer databases. Every year you should have fewer. You're not done until you get to one. Once you have a single customer database, your company has entered the information age. Technology is important. Applications are important. But chief information officers should focus on delivering better information to the business. That's what Oracle applications and Oracle technology are good at, managing and delivering information."

• • •

Next stop is Fisher Island, Miami. The private resort is reachable only by boat. The island was owned by the Vanderbilts, and the centerpiece is still William's former mansion, now converted into a hotel and surrounded by rather tacky guest bungalows that are reached by golf carts, the only

*LE writes: Functional directors, aka department managers, do a good job of optimizing business processes inside their own functional areas: marketing, sales, service, manufacturing, accounting, HR, and the rest. Functional directors have no authority to optimize processes between and across functional areas. That's why things break down between marketing and sales, manufacturing and service, manufacturing and sales, etc. Only the CEO is responsible for the business as a whole. If the CEO doesn't connect the dots, the company will never operate efficiently.

form of transport allowed on the island. The following day's roundtable is for the CEOs of eighteen of Oracle's Latin American customers. It's a sybaritic place but a boring meeting. There are language issues, and the guests are much more diffident about engaging Ellison in debate than their Yankee counterparts.

Perhaps it's just as well. As we're leaving, one of them, Paolo Basserti, the president of Exiros, a big Internet exchange spun out of the Techint Group, an Italian-Argentine industrial conglomerate, starts telling me about the problems his company is having with Oracle's procurement software. Basserti's company had opted for Oracle's Exchange Marketplace Platform because it promised a high level of scalability and the ability to integrate with most known ERP systems. But Basserti felt let down: his clients were finding it difficult to close transactions; California power outages were undermining Oracle's hosting service; and the critical functionality that had been promised in subsequent releases was several months late in arriving.* When I say that he should have mentioned some of this to Ellison during the roundtable, he says that his fellow guests would have thought him ill mannered.

On the way back to California with Ellison, I tell him about Basserti's complaints. It doesn't come as a total surprise to him and he says he'll look into it, but he looks a bit tired and fed up. I ask him if he doesn't sometimes think it's a little odd that at this time of life and with his kind of money, he's still flying all over the country trying to sell software. He smiles wryly. "It's not something I really enjoy. But right now, I have to do it."

*LE writes: At the height of Internet mania, our B2B exchange business spread around the world faster than Asian flu. I've never seen anything like it. Unfortunately, every customer wanted its Exchange Web site to operate slightly differently. As the bubble began to deflate, all our commercial Exchange customers began to alter their business plans. It was simply impossible for us to keep up with their constantly changing requirements. Then, to make matters worse, the lights in our California data center started going out on a regular basis. We moved our B2B exchange customers to our Texas data center as fast as we could because California was running out of electricity. California is a strange place. A few years back we almost ran out of water.

# 14

# THE LAST DATABASE

*June 2001*

I'm meeting Ellison by his hangar at tiny San Carlos airport, five minutes' drive from Oracle's headquarters. Ellison keeps four aircraft there: a couple of high-performance prop-driven stunt planes, one of which belongs to his son, David; an Italian Marchetti jet fighter that he acquired after the authorities told him what he could do with his plans to import a supersonic MiG-29 from Russia; and a Cessna Citation business jet, which is unquestionably the biggest and most sophisticated airplane that flies in and out of San Carlos. The Citation is more convenient than the San Jose–based Gulfstream V for trips of less than five hundred miles, and it's the Citation that we're flying to Las Vegas, a one-and-a-half-hour hop over the Sierra Nevada, for an Oracle sales conference.

Right on time at 4 P.M., we drop out of a cloudless sky over the famous strip that is home to the most incongruous set of buildings on the planet, including replicas of the Eiffel Tower and one of the Giza pyramids. As we emerge from the little white plane, a blast of heat hits us. On the taxiway are the inevitable black Lincoln limos and Ellison's bodyguards, George and Rich. On the short ride to Caesar's Palace, I ask Ellison whether he feels at all nervous. It's not only a big audience but one that's expecting to be inspired. Sales for the last two quarters of the year have been flat, and few, if any, of the 3,300 Oracle salespeople in the room will be taking home the bonuses that can bump their salaries up to more than a million dollars. Ellison says, "No, I'm not nervous. I just wish I didn't have to do this. All these guys are going to want to talk about is comp."

The Las Vegas bash is an annual event that takes place just after the close of the final quarter and costs Oracle the thick end of $10 million. It's a perpetual mystery to Ellison why the field needs this kind of thing or the ridiculous awards they love handing out to one another. He says that when he holds a modest party each year for the developers before Christmas, half of them don't turn up and those who do don't stay for long. The team that built 9i might go out for a few drinks when the software ships, but they're back at their desks the next morning, working on what will turn into the next release. When Ellison talks about the sales force, it's as if it's a strange, childlike tribe with odd customs and rituals that are impenetrable to anyone else (i.e., who's grown up). Ellison is willing to concede that Oracle's sales force is full of smart, intensely hardworking people—but the subtext is that most of them are emotionally immature and motivated only by money. It's not contempt, more a kind of fastidiousness combined with intellectual snobbery. The idea that Ellison might spend the night in town striving to be "one of the boys," as, say, Microsoft's Steve Ballmer would, is ridiculous. "If I stayed, they'd hate me for it," he says, "If I was around, they couldn't enjoy themselves."

We arrive at the rear entrance of Caesar's Palace, where Judy Sim is ready to brief Ellison. She says the audience has had a long day and has been "PowerPointed out" with one presentation after another from other Oracle executives. The message is that they're waiting impatiently for a bit of Ellison knockabout and he'd better not disappoint. As we pass one of the swimming pools on the way in, Sim points to what the hotel describes as its policy of allowing "European-style"—topless—sunbathing. The implication is clear: there are competing attractions.

The ballroom is jam-packed. It's standing room only, and people seated in the wings of the giant hall are dependent on the huge screens that fill both sides of the room. As news of Ellison's arrival ripples around the overwhelmingly male audience, all eyes swivel in our direction. On the stage, Jay Nussbaum, Oracle's vice president for service industries, has been presenting BellSouth's Lowri Groves with an award for completing a large CRM implementation at the firm's consumer broadband division. This is the same Lowri Groves whom we met three months earlier in the HealthSouth hangar, who had pleaded with Ellison to do what it took to make Ralph de la Vega, the division's nervy boss, "whole again." BellSouth appears so happy with de la Vega's restored wholeness that it's well on the way to a commitment to extend the Oracle system to its huge fixed-line residential business. Oh, and she's got a prize for Ellison. As Ellison gets up to mount the stage, I whisper to him that she's

changed her tune. He whispers back, "Software implementations are like childbirth. You go through terrible pain, but once you get through it, you have a beautiful new baby."

Nussbaum introduces Ellison—"We welcome our great leader"—who receives a hug from Groves and a piece of fragile-looking modernistic glass sculpture that stands as much chance of making it into Ellison's office as a bust of Bill Gates. The applause subsides; Ellison grabs a microphone and begins to prowl up and down the stage. It's curiously effective, giving the impression of pent-up energy, like a big cat restlessly pacing a cage that's too small to hold it.

Ellison wants to get across the message that despite a tough second half of the year, Oracle has never been in better shape to take the battle to its competitors. "Let's start with our products," he says. "The 11i suite is a revolutionary idea. All the information in one place. All the pieces fitting together. There's never been this breadth of functionality in an applications package before. After just one year we have more than four hundred customers running their businesses on it." He then starts to reel off some names. High up the list, which as usual includes the likes of Ford and Alcoa, comes the story of GE Power Systems and how GE Power in Hungary was able to complete something that might have taken two years in little more than three months by mapping its processes to the software rather than the doing it the other way round—a method of implementation that was now being rolled out in Houston and thirty-seven other sites around the world. For a little light relief and to show that not only huge companies are turning to 11i, Ellison brings up Papa John's Pizza and Pizza Hut: "We're dominating the business of configured pizzas—pineapple and anchovies, whatever you want, our software can configure the pizza. The telecoms business is also pretty important, but it's less familiar to me." The line, which is unrehearsed, gets a big laugh.

But Ellison isn't prepared to lighten up too much. He wants them to know how much more capable 11i is than the products of rival vendors: ERP and CRM combined . . . you can't do business without it . . . SAP and Siebel don't have it . . . Ariba can't automate procurement . . . we're the only ones who can automate whole business flows . . . don't take the whole E-Business Suite all at once . . . take it one integrated flow at a time. And then something close to an admission, an acceptance that the birth of 11i has been far from easy for both Oracle and its customers: "11i has been the most complex product transition in application software history—building a complete suite of applications with Java and HTML front ends. PeopleSoft says we're not as 'pure Internet' as they

are because they have no Java, just HTML, in their user interface—but ninety-nine percent of their apps are written in PeopleTools! Is People-Tools an Internet standard? It's the same with Siebel, their apps are written in SiebelTools—Tom won't sell any software that doesn't have his name on it: Siebel got into the CRM market early, and they didn't have any competitors for a long time. That time is over. The first year of selling the suite was the hardest year. It's difficult to sell without customer references. Maybe we began to doubt whether we could pull it off. They said we couldn't. But we did. We have four hundred references now, and next year there will be thousands. No one else is even trying to build what we've built."

He's brought with him the slides that will be used in two days' time at 9i's official launch. The idea is to see how the presentation goes down in Las Vegas and tweak it as necessary. At first, Ellison promises "no more PowerPoint," remembering Sim's warning on the way in. But just as suddenly he decides to use slides anyway because they'll help him show just how "amazing" a database 9i really is. "Oh, put the slides up. And then afterwards we'll talk about comp."

One of the slides compares the transaction speed of Oracle running on IBM's fastest UNIX computer compared with DB2; it's based on an ad that Oracle is about to run. It shows a tall red column for Oracle and for IBM a blue stump that doesn't extend much beyond the bottom of the chart. Ellison explains, "When IBM wanted to show how fast their fastest computer ran, they used Oracle. IBM won't even say how fast DB2 runs on the same computer. There are two possibilities. The first is that DB2 is so fast that IBM doesn't want to embarrass us. That's one possibility. The second possibility is that they run like a snail. I think we're dealing with escargot, folks." In the testosterone-charged atmosphere that Ellison has carefully stoked, it brings the roof down.

An important part of Ellison's argument is that IBM's DB2 is actually two entirely different products: an excellent database that runs on mainframes and that is capable of running real-world applications across clusters, albeit slowly and expensively, and a vastly inferior product that has a completely different architecture and can run only (briefly the TPC-C benchmark across different computers. Ellison jeers, "It's like painting the word 'Boeing' on the side of a roller skate and calling it a 747. DB2 on mainframes is a fine product with real clustering capability. DB2 on Unix and Windows is a totally different product with clustering capability that's only good for marketing. It's totally useless for running real applications. You expect this kind of thing from the boys in Seattle [Mi-

crosoft]. They're new to the database business. They might not even know their clustering is useless. But IBM should know better." Ellison then explains the different architectures: "shared disk" for DB2 on mainframes and Oracle 9i on Unix, Windows, and Linux versus "shared nothing" for the other DB2, which he describes as a piece of garbage. "Who's right?" he asks. "The mainframe DB2 guys at IBM or the UNIX DB2 guys? The products are totally different. They can't both be right. It's a difficult question for IBM to answer. So we're going to keep asking it. DB2 on UNIX is an imposter. Its shared-nothing architecture is good for nothing. It doesn't deserve the IBM logo. Oracle 9i is the last database."

With that Ellison turns to sing the praises of the newly released 9iAS application server as being now the "fastest and cheapest middleware in the world." A week earlier, Ellison made a rambunctious appearance at the Java One conference for Java developers at the Moscone Center in San Francisco. Despite the near hysterics of Sun's PR people, who had wanted Java One to be an anodyne celebration of the Java community, Ellison used his time on stage to proclaim the superior performance of 9iAS over the rival product from cosponsor BEA. Systems that currently dominates the Web application server market. Ellison had set out to demonstrate that while BEA was much better than IBM's WebSphere— according to Oracle's tests, twice as fast rather than half as fast, as IBM claimed ("It's so easy to get those metrics confused," joked Ellison), 9iAS was three times faster than the market leader. BEA's boss, Bill Coleman, as Ellison now gleefully related to his troops in Las Vegas, had not been amused. "Bill liked the first slide showing how much faster BEA was than WebSphere, but he didn't like the second slide. Major bummer. In fact, he said afterwards that 'Larry had just made the numbers up onstage.' He really hurt my feelings. A bit later, when he found out that all my numbers were based on certified performance test results, do you know what he said then? Bill Coleman said, 'Performance doesn't matter.' Performance doesn't matter? Is that right? We're going to feed those words right back to Bill in our next BEA comparison ad. Yes, folks, we *are* a kinder, gentler Oracle these days." The audience roars its approval.

It's time for questions from the floor. The first one's easy. What's Ellison's take on Microsoft? Ellison replies: "The X-Box looks fabulous. They've finally found something they're really good at. We don't compete with Microsoft. SQL Server is a joke. We don't make spreadsheets or word processors, so we don't see much of Microsoft in the market. The only time I think about them is when my Windows machine blows up."

Having spent much of the second half of the 1990s appearing to fight a holy war with Microsoft over the direction of computing, Ellison's approach now is to portray it as irrelevant to Oracle's future. While Oracle is the leader in the serious world of supplying complete business information systems to companies, Microsoft is derided as a company that is increasingly focused on consumer markets, where its main rival is AOL Time Warner.

The next question is a little trickier, although it's one that Ellison has been expecting. An intense-faced, clearly nervous young man, sitting near the back of the hall, asks Ellison about "comp." He says that they've recently been told via a conference call that there will be no money for raises in the second half of the fiscal year just ended. Is this really true? The hall is suddenly completely silent. But by the time he's through, the young man sounds more angry than frightened. And when he sits down he gets a big cheer for being bold enough to say what's on everybody's mind. Even though he's been expecting the question, Ellison still looks slightly uncomfortable. "You obviously drew the short straw," he jokes. "But the truth is that we've had a really crappy year, especially the last two quarters. We share the success, and we share the pain. When things are going well, we pay out huge raises and bonuses. When things aren't going so well, we don't give out raises and bonuses because there's no money for them. The stock's down to fifteen dollars. I'm sorry about that. But it's a fact of life. We're all suffering together. But because we're watching every penny we spend, we've been able to avoid layoffs—Cisco laid off thousands. We're watching every penny we spend so we can preserve our team intact—so you're all here to fight again this year. We have a long tradition of paying people well at Oracle. You can make it all back and more this year, it just depends on how much you sell." I wonder how the stuff about shared pain will go down. Most of the people in the ballroom know that Ellison cashed in $900 million worth of stock at the beginning of the year. Either they're too polite/scared to mention it, or the juxtaposition doesn't trouble them.

One of the more senior salesmen gets up to say that the current situation reminds him of 1990, when Ellison sent all employees an e-mail describing the crisis and the steps that he was taking to resolve it. What was he doing to help Oracle through its present crisis? Ellison is a little shocked at the comparison and starts to talk about some of the things that he's doing to lower costs, such as using the Internet to move customer support from high-price markets such as Britain and the United States to India. But, he says, this has nothing to do with the economy, it's

what Oracle would be doing anyway, "automating away jobs, saving head count, and improving service." The whole point of the E-Business Suite is to do more with less: "That's what we sell it for." Then he starts to waffle about adding people in development and maybe in sales too but says that Oracle is a tough place to be if you're a mediocre sales performer. Realizing he's losing his audience, Ellison stops himself and says what he ought to have earlier: "This is nothing like 1990. We were on the verge of going out of business then. Our performance this Q3 may have been disappointing for us, but it would have been glorious success for almost anyone else."

A couple of questions later Ellison is asked what Oracle's greatest challenge is. His answer is interesting: "The biggest challenge was this year's applications technology transition. In put huge stress on the entire organization. It was like the move from Oracle 6 to Oracle 7. It was Oracle 7 that saved Oracle. The E-Business Suite has been a difficult transition, but we've crossed the chasm. 11i wasn't perfect when it came out, how could it have been? It's five times more complex than the product it replaced. But we were right to be ambitious. There's nothing else like it. First we have to persuade ourselves; only then can we convince the rest of the world."

With that Ellison is done. He leaves the ballroom with the audience still standing and clapping. The effect is clearly calculated. While other Oracle senior executives are accessible and will stay overnight to get drunk and party, the charismatic leader maintains some distance between himself and his troops.

• • •

A couple of days later, it's time for the official launch of Oracle 9i. After the troubled infancy of the E-Business Suite, Oracle could do with some good publicity, and Ellison is convinced that the advanced technology of 9i, especially Real Application Clusters, will blow the minds of the journalists and analysts who have been invited to Redwood Shores. The main theater in the Oracle conference center is decked out with huge red banners, boldly proclaiming the extraordinary qualities of the new database. A spotlight sweeps over the banners, rock music pulsates, and a giant video screen projects swirling images of speed and power. The audience has been carefully segregated: the press occupies tables to the left and near the front; the analysts are behind them; and to the right are the Oracle employees: some from marketing, but mainly the middle-aged, rather academic-looking guys from the database development group, who are on hand to do one-to-one briefings when the main show is over.

When Ellison sweeps in, he moves quickly into the pitch for 9i that went down well in Las Vegas. He's trying to get across an idea that he fears cynical journalists and analysts will be naturally resistant to—that 9i is not just an incremental improvement over its predecessor but a break-through product with the potential both to transform the economics of corporate computing and to render the rival databases from IBM and Microsoft terminally obsolete. To Ellison, this is not just marketing bombast. He is convinced it's true. He can hardly contain his excitement. Oracle 9i is the superweapon that will not only win the war but convince the enemy that further resistance is futile. That's why Ellison calls the database team "the boys from Los Alamos" and why he talks of 9i as "the last database."

Although 9i has, according to Ellison, at least four hundred "incredibly cool new features," the one he wants even people who know nothing about databases to understand is RAC. Oracle's top computer scientists, led by a prickly genius named Roger Bamford, have been working on the technology for more than a decade. Although clustering, in which several computers are linked together to work as one, has been around for some time, there has always been a trade-off between scalability and reliability. As corporate IT departments have tried to add computing power to their applications, they have had to spend months reconfiguring data if their applications were to run at all. Even then, the applications were limited to highly specialized activities such as data warehousing, in which groups of machines laboriously look for patterns in their stock of information. The packaged applications made by the likes of SAP, Oracle, and Siebel do not run on clusters because they are unable to cope with the speed at which data changes with applications of this kind.

The only exception to this rule is clusters of IBM's ponderous and costly mainframe computers. Customers who needed both speed and scale to run their applications had no choice other than to buy very-high-end sixty-four-processor UNIX computers such as those made by Sun Microsystems, Hewlett-Packard, and IBM. However, not only do these complicated pieces of hardware typically cost upward of $2.5 million, but to get the reliability required for mission-critical applications or to support an e-business platform able to withstand the onslaught of millions of users, you have to buy twice as many machines as you really want—the one you actually need and one to act as a "hot standby" in case the other crashed. And once you fork out for the biggest, fastest, most powerful computer that money could buy, if you want even more performance, tough. You just have to wait for Sun or HP to get around to building something even bigger and more expensive.

Oracle's RAC is designed to get customers out of this bind by allowing groups of machines to share the same short-term memory or "cache," allowing them effectively to operate as one computer. With RAC, IT departments can start with just one low-cost computer, if that's all they need, and then add more boxes without making any configuration changes or rewriting the code in any of their applications, as demand increases. Nor only can they scale their operations remarkably cheaply—thirty-two Compaq four-processor boxes cost less than a fifth of a couple of giant Sun E10000s—but with every server added, they increase redundancy and therefore reliability. Oracle's claim for RAC is that it delivers virtually limitless scalability, absolute fault tolerance, and dramatically lower hardware and operating costs. No wonder Ellison has convinced himself that it is the firm's most important step forward in database technology since it came up with the world's first commercial SQL relational database management system a quarter century ago.

Ellison begins the show with a slide outlining Oracle's original design target for 9i: to improve performance by a factor of five while halving the cost. A further goal was to achieve ten times the reliability. There are, he says, just two ways to get better database performance: use either faster software or faster hardware. Making Oracle 9i the fastest database on a single computer wasn't the problem. On the TPC-C standard benchmarks it could comfortably handle four times the number of transactions a minute as Microsoft's SQL Server, while IBM was not prepared to publish any benchmarks for the UNIX/NT version of DB2. Interestingly, Ellison says, when IBM wanted to show how fast its most powerful UNIX computer was, the benchmark was run using Oracle rather than DB2. Ellison jeers, "IBM couldn't even persuade its own hardware guys across the hall to use DB2, even though it was free!" But hitting the ten-times-improved cost/performance target simply wasn't possible on a single computer. "Really fast computers are not only very expensive," says Ellison, "but one high-end computer is also a single point of failure." So the aim of getting ten times better reliability was also not possible. Why had nobody used clusters? Because the only database that would run real applications was DB2 on mainframes. Pretty much the only application that would run on clusters in a UNIX/NT environment was the benchmarking software used to measure TPC-C performance. So unless you happened to run your business on a benchmarking application, clustering wasn't likely to be a whole lot of use to you.

The problem, Ellison explains, was one of architecture. The architecture of the DB2 clusters on mainframes is called "shared disk," which

means that any computer in the cluster can get at 100 percent of the data. But the clustering architecture used by "the other" DB2 and SQL Server is known as "shared nothing." Apart from the benchmarking software, the problem with "shared nothing" is that the only applications it will run are customized "one-offs." It won't run the packaged apps that are used in the real world. And, Ellison says, it gets worse. First of all, shared-nothing clusters are very hard to manage. If you need to add computers, all your data has to be repartitioned, a job that might take months. Worst of all, as you add computers, the whole system becomes increasingly unstable. With four computers, each holding 25 percent of your data, the failure of just one will bring down the others. In other words, from a reliability point of view there is not just one single point of failure that might bring down one application but multiple single points of failure.*

Oracle's achievement, according to Ellison, is to have taken the same shared-disk architecture that works within the tightly controlled, hermetically sealed environment of an IBM mainframe and make it work using clusters of the cheap computing boxes churned out by Compaq or Dell in their millions. It is, he says, true fault tolerance with commodity hardware—one of the holy grails of computing. The result, says Ellison, is not just ten times greater reliability than before but one thousand times, with no need for redundant "hot-standby" computers and no need for expensive twenty-four-hour-a-day human monitoring of the data center. If one computer, or "node," goes down, it doesn't matter. The system may slow down a little, but otherwise it carries on as normal.

What comes next is that staple of software presentations: the live demo. Onto the stage comes Mark Jarvis. His job is to run the demo while Ellison plays the role, rather unconvincingly, of the guy who asks the dumb questions. The aim of the demo is to show what happens to two clustered four-node computer systems when one node is brought down. One, represented by a thick blue bar that fluctuates in size according to the number of transactions being processed, is running DB2 with the "shared-nothing" partitioning architecture, while the other, in red, is on Oracle 9i with its "shared-disk" approach. Jarvis claims that the demo is live and hooked up via the Internet to an Oracle data center. At first, both systems chug along at pretty much the same rate. Then Jarvis

*LE writes: Simply stated, shared-nothing clusters get less reliable as you add computers to the cluster. An eight-machine shared-nothing cluster is one fourth as reliable as a two-machine shared-nothing cluster. Hard to believe, but true.

takes out one of the nodes of the Oracle system. The speed of transaction processing falls by about 20 percent, the red bar reducing slightly in size, but otherwise the system remains stable. He then applies the same treatment to the IBM cluster, which predictably, but nonetheless quite dramatically, can't take it. Within a minute, because only part of the data is now available to the application, thus rendering both the offline and the online data worthless, the blue bar collapses, indicating that the entire cluster has failed. The press and analysts are trained not to react to this kind of thing, but it's impressive. They know that the software business has an inglorious history of rigging demonstrations when products are late or can't do what they're meant to.

After the demo, Ellison turns to the issue of how Oracle 9i will be priced. Over the last year, Oracle has been pricing its database licenses according to a formula known as "power units," which measure the overall power of a customer's computer system and price it accordingly. It's been unpopular because some customers, upgrading their hardware, have resented paying Oracle more money for the same software and because both DB2 and SQL Server licenses are sold according to the number of processors the database will be running on. By using a different metric from its rivals, Oracle has left itself vulnerable to accusations that it is overcharging. It's a stick that several of the market research analysts, principally Gartner's Betsy Burton, have been using to beat Oracle with while claiming, somewhat against the evidence of their own surveys, that it's been costing Oracle market share. Ellison has decided to return to the processor-licensing model used by IBM and Microsoft. He's incensed by the suggestion that DB2 works out cheaper than Oracle.

Under the new formula, the price of the enterprise edition of 9i is to be $40,000 per processor against the $20,000 charged by IBM. But whereas Oracle includes "essential" features such as queuing, work flow, and files in the basic price, DB2 customers must pay extra for them. Quoting IBM's own price list, Ellison says that DB2 turns out to cost 65 percent more than Oracle 9i before you even start to add in the advantages of running on cheaper hardware and lower running costs. And if you want data mining, Ellison claims, IBM will charge you $60,000 per processor compared with Oracle's $20,000. Although this seems like another well-aimed shot at IBM, it has the unfortunate consequence of turning the main story of the day away from 9i's fancy technology and into one about pricing policy, one with a pretty negative spin. The headlines next day are predictable: "Oracle Backs Down on Pricing" and "Oracle Cuts Prices to Stem Market Share Slide." It's a mystery how a company that

spends as much time and money on marketing could have made such an elementary mistake."

But it gets worse. When Ellison finishes speaking, a local newspaper reporter named Tom McEwen wants a quote from Ellison—or "Captain Midnight," as he calls him—about a court ruling a few days earlier on whether he could fly his Gulfstream into San Jose Airport late at night. Ellison had claimed that the airport authority was unfairly discriminating against him on account of the weight of his plane rather than its noisiness, and the ruling, by federal judge Jeremy Fogel, was a big win. Still, he's shocked to be asked about it now. "Oh my God," he groans, raising his hand to his forehead in a gesture of exasperation.†

Most of the questions that follow are about pricing. Is this a disguised price cut because of the pressure from IBM, and if so, what impact will it have on revenues? The answers are "no" and "none"—it's just a question of using a comparable metric, and anyway, Oracle is always making its software cheaper and selling more of it as a consequence. An analyst says that in interviews he's conducted with DBAs (database administrators) about half of them are saying that Microsoft and DB2 are "good enough" and what's the point of paying extra for Oracle? Ellison responds almost wearily, "With Oracle, you use less hardware and less labor. The economics of the database industry actually have very little to do with the price of the software."

Only a few questions are about the radical clustering technology, but a couple of them raise interesting issues. Ellison has been keen to get endorsements from rival application vendors for 9i and has succeeded in getting a glowing reference from even SAP. So has Oracle been working with application partners? Ellison seizes on the opportunity to amplify a key point: "Our clusters don't require us to work with them. They don't

*LE writes: Right. We should have held the pricing change until the following week. It was really dumb to mix it with the RAC announcement.

†LE writes: San Jose Airport had a bizarre noise abatement program based on the weight of an airplane rather than the noise it made. My quiet plane was banned from landing after 11 P.M. because it was too "heavy." Noisier planes were allowed to land anytime because they were "lighter" than my airplane. Call me crazy, but I thought that noise ordinances had to do with restricting noisy airplanes, not heavy airplanes. The judge agreed. But in the meantime the press wrote lots of nasty articles about my not obeying the rules. It was quite the little controversy.

have to change a single line of code. It just works—it's transparent to the app. The app doesn't even know it's running on multiple machines." One perceptive questioner wants to know what RAC means for Oracle's close relationship with Sun in terms of the latter's do-or-die battle with Intel.

The answer is up there on the stage in the form of a rack of Compaq four-processor boxes and in some of the slides that Ellison has shown indicating the price difference between getting sixty-four processors with sixteen Compaq boxes and a sixty-four-processor Sun E10000. Ellison equivocates, "We have a good relationship with both Sun and Intel. But we've always hesitated to recommend Intel for mission-critical applications because their server hardware is relatively small and the Microsoft operating system is so fragile. But with RAC none of that matters anymore. You get the performance you need from clustering lots of small servers together, and if a few should fail, no problem, the system keeps running. So RAC makes low-cost Intel servers viable in the data center.* But Sun has very competitively priced small servers, and they have a great operating system. It's really about small machines versus big, high-end machines, not Sun versus Intel." The truth is that Sun is pretty competitive at the low end because it has to be—but it's not where it makes its money. If big, fast computers can be replaced with groups of little ones, it's seriously bad news for Oracle's old hardware partner, and Ellison knows it.

What Ellison isn't letting on is that he has decided to throw Oracle's weight behind Intel's sixty-four-bit McKinley processor when (and if) it finally debuts next year. Ellison isn't about to say anything disparaging about Sun in public, but what he's planning, not to mention what Oracle has already done with RAC, could turn out to be far more damaging to his feisty Valley neighbor than anything so far achieved by their mutual enemy Microsoft.

• • •

A week later, at Oracle's OpenWorld event in Berlin's huge and hideous ICC conference center, Ellison does a repeat of his 9i launch presentation.

*LE writes: The Linux operating system running on Intel servers is rapidly on its way to becoming the most popular hardware/software combination in large data centers. This presents a great opportunity for Oracle because our unique clustering technology lets us deliver our high-performance, fault-tolerant database on low-cost Intel servers running Linux. We can't continue to let Microsoft be the only software company to exploit low-cost Intel hardware.*

This time, however, the seven-thousand-strong audience is largely made up of enthusiastic Oracle partners and database administrators. The professionally skeptical analysts and reporters have their chance to question Ellison in a side room, but it's a fairly tame affair despite the presence of one or two known Oracle scourges, including Gartner's Betsy Burton.

Burton has suggested in recent interviews that Oracle's database is losing ground because of intense pricing pressure from IBM and Microsoft, even though the evidence, and even the market research data—itself of questionable quality—is ambiguous. While it's taking flak over the early bugginess of 11i, the last thing Oracle needs is for the biggest technology research and consulting house to be suggesting that there are chinks in the armor of its core database product. In fact, in the course of Oracle's fourth-quarter earnings call earlier that week, Ellison had to admit to a 5 percent falloff in database revenues. While the financial analysts took comfort from the fact that Oracle's earnings had held firm, industry watchers such as Burton took it as further evidence that Oracle's database business was coming under pressure.*

The next day we're in London at his favorite hotel, the Lanesborough. After yet another CEO roundtable, Ellison is going to meet with a group of industry analysts from different firms, among them the dreaded Betsy Burton and two or three of her colleagues from Gartner. Although Mark Jarvis has been trying to mend fences with Burton, Ellison is more inclined to be confrontational. "Like a lot of these analysts," he says, "all she does is predict the past."†

About fifteen analysts from firms such as IDC, Forrester, AMR, and, of course, Gartner, are seated around a long table. Their demeanor is

*LE writes: Every survey that asked customers what database they were using or planning on using showed Oracle gaining share against IBM. A Morgan Stanley survey had Oracle six times more popular than IBM's DB2 under enterprise applications like SAP and Siebel.*

†LE writes: The most respected analyst in our industry is Chuck Phillips. When Chuck publishes his survey results, he includes all of his supporting data and his methodology. Anyone can independently verify the data and double-check his calculations and conclusions. Chuck is completely devoted to the scientific method, invented by Sir Francis Bacon more than four hundred years ago. Betsy Burton uses a more modern approach: she publishes her results without any supporting data or details about her methodology. You can't check a damn thing. You just have to take her word for it.

mostly earnest and respectful, although one, Paul Mason, a senior analyst from IDC, soon starts to rub Ellison the wrong way with a fatal mix of overfamiliarity and sarcasm. Ellison starts off by ramming home his message about data fragmentation: "It's *the* issue. It's that simple." What's unique about Oracle, he argues, is its combination of a datacentric information architecture and the ease with which the E-Business Suite can be extended because Oracle uses Java rather than the proprietary tools of its rival applications vendors. The key difference between Oracle and the others—its counterpoint—is information management. Ellison says that he doesn't believe in separating data warehouses from transaction processing because too much time is lost. The combination of RAC and another feature on 9i that automatically maintains both old and new versions of the same data would make warehousing irrelevant. Burton volunteers that one of the benefits of this is that it "reduces conflicts between two separate instances." "Absolutely," purrs Ellison.

Ellison feels strongly that the analysts haven't yet given Oracle enough credit for RAC because they are hostile to real innovation. "It's like Galileo and the pope. Every time he had a new idea, the pope threatened to kill him." Instead of talking up IBM's DB2, why not point out that with its shared-nothing architecture all it can do is share nothing really fast? "Drill down into this," he demands. "Write this down. Ask IBM why its UNIX database takes a different architectural approach from its mainframe versions. Please write this down. Why won't IBM demonstrate the speed of their hardware with their own database? You guys always say we're more expensive than IBM. But it's the cost of ownership that matters—the networking, the hardware, the labor. The software is always a tiny proportion of that. I'm almost done. This is a scam, and you guys have all fallen for it."

Having let off steam, Ellison answers questions on everything from peer-to-peer computing (which he dismisses as a "cute little technology that's good for exchanging music" but not something for the enterprise) and software as a service. Ellison says that in a very few years, the bulk of Oracle's business "will be on servers we manage." But the conventional ASPs (application service providers) were all wrong. Where the computers were located was irrelevant; what mattered was who provided the skilled labor. "It doesn't matter where the computer is. As long as it's running in a standard certified configuration, you can put hardware wherever you want and we'll run it for you. And another thing: everyone focuses on our new license revenue, but the real value in our business is recurring revenues from license updates and support." IDC's Mason sug-

gests that this is typical Ellisonian arrogance. Everyone's wrong except him. Ellison responds, "Sure. If you're the first to say something or do something that conflicts with popular conventional wisdom, then what you're saying is, in effect, 'I'm right and everyone else is wrong.' That's what innovation means—being first. People never forgive you for being right too early.*

Ellison had been forceful, funny, and brilliantly controversial, but I didn't think he had necessarily won them over. He was more than capable of charming them; but it was as if he was too fastidious to try. Eight weeks later, Betsy Burton produced a report for Gartner entitled "Oracle Under Fire," which began with this broadside: "During the past 12 months, Oracle has been under increasing scrutiny from many of its customers, the business and technology press, investment firms, and Gartner. Some of the press attention is because of Oracle's sheer size, its impact on U.S. financial market indicators, and its 60 percent and larger stock price slippage in the past twelve months. Some is because of Oracle's flamboyant and contrarian CEO, Larry Ellison. Much of the attention, however, is because of real product, marketing and business issues."

The report itself was a mixture of the obvious and the out of date. Oracle, Burton said, would have to: provide "proof points" for 9i's "clustering scalability" and ability to "support very large databases"; regain "customer trust" after a U-turn on power unit pricing; "continue a sustained level of commitment to its application server"; resolve the quality issues with some of its ERP components, such as order management; deliver CRM product parity with Siebel; make sure that Oracle consulting

*LE writes: If you speak out in support of small, unimportant innovations that fly in the face of widely held beliefs—I do it all the time—you are likely to be dismissed as stupid or arrogant, and that's pretty much the end of it. However, if you defend a really big idea that challenges widely held beliefs, you're likely to generate a mass of hatred, and you just might pay for it with your life. When Galileo defended Copernicus, he was ridiculed, imprisoned, and then threatened with death unless he recanted. Charles Darwin cautiously postponed publishing On the Origin of Species and The Descent of Man for more than twenty years, but that judicious delay did not save him from vicious personal attacks coming from all ranks of contemporary society, from the dons at Oxford to the man in the street. In pleasant contrast, big discoveries that don't come into conflict with popularly held beliefs are quickly embraced and the discoverers are rewarded with love and fame. Such was the good fortune of Jonas Salk.

and Oracle.com (its ASP offering) complemented its other channel relationships. Burton pointed out that she was far from suggesting that "Oracle, as a company was failing—quite the opposite," but the overall impression the report gave was highly negative, thanks in part to its last line: "We believe that recent actions and events will leave an indelible scar on customers' views of Oracle."*

Around the time that Burton's report came out, Oracle hired one of her Gartner colleagues, Peggy O'Neill, to take charge of analyst relations. I asked O'Neill what Oracle needed to do to get on better with such an influential constituency. She was in no doubt: "We fundamentally need to change the relationship with the analysts. We must talk to them more. . . . Don't broadcast to them. Listen to their advice and, if at all possible, incorporate it in your planning, marketing, and development. Historically, Oracle has never had that kind of interaction." I told her that I found it hard to imagine Ellison, whom she had yet to meet, taking that advice to heart. "The analysts are prepared to give Larry a bit more room because he's Larry," she said. "But the folks underneath Larry who copy that style won't get away with it. I've seen them with customers: they know how to be charming. They should try treating analysts like customers."

O'Neill was almost certainly right. But I found it hard to imagine Oracle schmoozing analysts and journalists with the polish and attention of, say, an IBM or a Cisco Systems. Technology companies that are run by engineers, such as Sun Microsystems, Microsoft, SAP, and Oracle are characterized by a particular kind of intellectual competitiveness that is highly unreceptive to the opinions of outsiders, who they think (usually correctly) are not as smart as they are. As long as they execute flawlessly, it's not a problem. But when something goes wrong, they can't expect any slack. O'Neill made another point: analysts, she said, "are a jaded lot." She might as well have said that analysts and technology journalists are professional cynics and that someone like Larry Ellison, who is relentlessly optimistic, calculatedly contrarian, and shamelessly devoted to hyperbole, brings out the absolute worst in them.

*LE writes: What most analysts say about your company has more to do with the financial results of your last couple of quarters than anything else. If you're growing revenue and earnings, they usually say nice things about your products and management. As Tevye says in Fiddler on the Roof, "When you got the money, they think you know." But our previous two quarters had not been good, so we got hammered.

# 15
# ENEMIES

A subject that's close to Ellison's heart is Oracle's enemies. He strongly believes that Oracle is always at its best when it has an identifiable enemy to go after: "We pick our enemies very carefully. It helps us focus. We can't explain what we do unless we compare it to someone else who does it differently. We don't know if we're gaining or losing unless we constantly compare ourselves to the competition." When Oracle was fighting its relational database rivals for market supremacy in the late 1980s and early 1990s, it was famous for the in-your-face aggression of its "attack" advertising.

The aggression hasn't altered, but the size and power of the firms with which Ellison wants Oracle to be compared have. These days, none other than IBM finds itself the regular target of Oracle's ads and Ellison's combative speeches, while not a little of Ellison's own fame has come directly from his highly public assaults on Microsoft and his obsession with one day overtaking the colossus of Redmond to make Oracle the number one software company in the world. When people think of Ellison, it's all too often as a kind of alter ego to Bill Gates, software's other billionaire.*

An odd effect of this was to diminish Oracle's own extraordinary suc-

*LE writes: If you're a fighter, the only way up is through the top fighters in your division. So we picked fights with IBM and Microsoft because they're the ones we had to beat to reach the top. By constantly measuring ourselves against the two top heavyweights, we constantly improve the competitiveness of our products and services.

cess. Surely it was better to be known as the world's biggest enterprise software firm than to be seen as Microsoft's perennial challenger. As for Ellison's attacks on Gates, they could make him seem "chippy" and resentful, both of which were far from the truth. What made it even stranger was the fact that Microsoft and Oracle compete only at the margins. To be sure, Microsoft has a database product, originally licensed from Oracle's old rival, Sybase, more than a decade ago. But despite attempts by Microsoft to present the latest versions of its SQL Server as being sufficiently capable for data center duty, its deployment is still mostly departmental. Although Microsoft would like nothing better than to destroy Oracle's profitability by commoditizing the database business, the demands of Internet computing have so far thwarted that ambition. SQL Server remains essentially a "good enough" database that's bundled into Microsoft's BackOffice server suite to put some price pressure on Oracle at the low end of the market. As for applications, Microsoft has remained content to dominate the desktop with Office, preferring to partner with Oracle's competitors, such as SAP, than to compete with Oracle head-on.

However, from Ellison's perspective, the assault on Microsoft and all its works, which he initiated in September 1995 when deriding the PC as "a ridiculous device," had not only evolved into the much broader war on complexity, but created an awareness both of Oracle and of its vision of computing that nothing else could have achieved. Since then, although Microsoft's wealth had grown almost exponentially thanks to its near-monopoly profits from Windows and Office, it no longer had quite the aura of invincibility it had previously enjoyed. Thanks to the Internet, computing had moved decisively toward a model that played much more to Oracle's strengths than to Microsoft's. As for the antitrust case against Microsoft that had arisen from its brutal suppression of Netscape, it had not only hugely distracted its senior management but done great damage to the company's reputation. A few days after, I discussed these issues with Ellison. The Washington, D.C., Court of Appeals found Microsoft guilty of serially abusing its monopoly power while rejecting the controversial remedy of District Court Judge Thomas Penfield Jackson that it should be broken into two companies.

Ellison's antipathy toward Microsoft seemed to go much further than simply seeing it as a dangerous business adversary. He once said to me that what he really didn't like about Microsoft was that it didn't have any taste. What did he mean? "Well, actually I was quoting Steve Jobs. He said that the thing that really bothers him most about Microsoft is not

how successful they are or how much money they have; it's the tasteless mediocrity of their software.*

"I totally agree with Steve, Microsoft's software is rarely first rate. They never, ever innovate, but they're pretty good copiers. All those bright people up in Redmond remind me of the guys you see sitting in museums making beautiful copies of great art. Their pictures are beautiful, but they're copies—forgeries. Ever since the guilty verdict in the antitrust case, Bill began chanting Microsoft's new mantra: 'Please, please don't take away our right to innovate.' Microsoft innovate! Give me a fucking break. The innovation for the Internet came from Netscape. All Microsoft did was copy Netscape's browser and bundle a 'free' copy of the browser with Windows. But it wasn't really 'free' at all. Microsoft got paid for its 'free' browser by raising the price of Windows. But Netscape couldn't charge for its browser because Microsoft included a 'free' browser as a part of Windows. It was a brilliant business strategy. It killed Netscape. But it's illegal. Now Microsoft is trying to do the exact same thing to RealNetworks [the innovators of Internet streamed video and audio] by bundling a 'free' media player with Windows. They'll just keep doing it over and over again until somebody penalizes them for doing it. You're got to give them credit for balls, but not for innovation. Bill's business strategy is just a copy of Standard Oil's strategy back in the 1870s. But when Rockefeller used his monopoly to crush his competitors, it wasn't illegal. There were no antitrust laws back then.

"So what's Microsoft's single greatest innovation? Take your time. It's a trick question. There aren't any. All that money Microsoft spends on research; what have they got to show for it? Nothing! Compare that to IBM's research results. IBM invented the disk drive, they invented core memory, they invented the scanning tunneling microscope, they invented fractal geometry. The list of IBM inventions goes on and on. IBM researchers have won Nobel Prizes. IBM, at the height of their greatness, was a national treasure, an institution that anyone would be proud to be a part of. They don't do software very well anymore, but their old mainframe stuff was great. I make fun of a lot of other databases—all other

*LE writes: What bothers me most about Microsoft is the fact that they've been found guilty of repeatedly violating our antitrust laws but they've escaped all punishment—so far, anyway. Those guys are lucky as well as smart. I hate that.

databases, in fact, except the mainframe version of DB2. It's a first-rate piece of technology. Microsoft may have more money than IBM ever did, but they don't have more ideas. It's the difference between a great fashion designer in Paris and someone who just does knockoffs in Brooklyn. Except that Microsoft would bundle the dresses with Windows and give them away for 'free.' "*

There are few things that Ellison loathes more than hypocrisy. It's one of the reasons that people often find him objectionable—he almost never says the politically correct thing, whether the subject is dating Oracle employees or how he spends his money. If he thinks he's in danger of sounding sanctimonious, he'll suddenly shut up in the middle of a conversation. More than anything, it was Gates's hypocrisy about the "right to innovate" that infuriated Ellison: "I didn't despise Bill for destroying Netscape, which wasn't very nice—or legal, for that matter. Bill just calculated he could smash his competitors by breaking the law and get away it. Who knows? Maybe he can. But when Bill defended Microsoft's murderous behavior by saying, 'All I ask is the right to innovate,' that kind of pushed me over the edge. Netscape did the innovation, Bill—that's why you killed them! All you did was copy the innovation and destroy the innovator. To kill the innovator in the name of innovation was such an incredible lie, such a cynical piece of deception, such hyperhypocrisy, I just couldn't stand it. If Bill had said, 'We killed Netscape because they were in our way; they weren't tough enough to survive, so fuck 'em. Hey, Andreessen [Marc Andreessen founded Netscape when he was twenty-one], welcome to the software industry, punk. I've got a little present for you; it's a pine box and a bullet with your name on it. That'll teach little kids

*LE writes: Recently, in a Wall Street Journal article, I predicted "the end of Silicon Valley as we know it." "I believe that a thousand Silicon Valley companies are in the process of going out of business and that the computer industry will consolidate around a few giant technology survivors. These large companies will dominate the industry and be the source of innovation in the years to come. Marc Andreessen, Netscape's founder, responded in both horror and disbelief. He said that large companies are incapable of innovation; that innovation is done in small companies by nineteen-year-olds. Of course that's what Marc believes. Marc is in his thirties. All he's seen is the complete absence of innovation at Microsoft. He never witnessed the cornucopia of inventions that poured forth from IBM in the 1960s and '70s.

to stay the fuck out of my neighborhood. Mess with Microsoft, you die.' Okay, cool. That's still not very nice, but at least it's honest."*

For a couple of years—between 1990, when Microsoft did its deal with Sybase, and 1992, when Oracle 7 arrived to save his bacon—Ellison regarded Gates as a direct competitor. But for most of the time, at least until Ellison launched his attack on the PC in the wake of the release of Windows 95, these were profound differences between Oracle and Microsoft—one was a desktop company, the other was server-based; one was Windows, the other largely UNIX; one believed in the proprietary software route, the other was committed to standards—actually made it easier for the two men to get along. Ellison says, "Bill and I used to be friends, insofar as Bill has friends. Back in the eighties and early nineties, all the people in the PC software industry hated Bill because they feared Bill.† But Oracle didn't compete with Microsoft very much back then, so we got on pretty well. As I got to know Bill, I developed a great respect for the thoroughness of his thinking and his relentless, remorseless pursuit of industry domination. I found spending time with Bill intellectually interesting but emotionally exhausting; he has absolutely no sense of humor. I think he finds humor an utter waste of time—an unnecessary distraction from the business at hand. Scary stuff. I don't have anything like that kind of focus or single-mindedness."

One telephone conversation with Gates in 1993 sticks in Ellison's mind. "It was the most interesting conversation I've ever had with Bill, and the most revealing. It was around eleven o'clock in the morning, and we were on the phone discussing some technical issue, I don't remember what it was. Anyway, I didn't agree with him on some point, and I explained my reasoning. Bill says, 'I'll have to think about that, I'll call you back.' Then I get this call at four in the afternoon and it's Bill continuing

*LE writes: During Netscape's heyday, John Doerr, Silicon Valley's top venture capitalist and a big investor in Netscape, told me that Marc Andreessen liked to say, "Microsoft just didn't get it." That's a saying in Silicon Valley. It means you're technically behind the times, you can't feel the change of seasons, you're a dinosaur just waiting to die. But in Microsoft's case, they were a dinosaur waiting to eat. Netscape was just getting fat before they were served up for lunch.

†LE writes: They had reason to be afraid. They're all dead now. There is no PC software industry anymore. There's just Microsoft.

the conversation with "Yeah, I think you're right about that, but what about A and B and C?' I said, 'Bill, have you been thinking about this for the last five hours?' He said, yes, he had, it was an important issue and he wanted to get it right. Now Bill wanted to continue the discussion and analyze the implications of it all. I was just stunned. He had taken the time and effort to think it all through and had decided I was right and he was wrong. Now, most people hate to admit they're wrong, but it didn't bother Bill one bit. All he cared about was *what* was right, not *who* was right. That's what makes Bill very, very dangerous.

"Most people are so in love with their own ideas that it confines their thinking—creates boundaries and limits their ability to solve problems. Bill, however, has this Asian-like ability to manage his intellectual vanity and take ideas, regardless of where they come from, and put them to work for Microsoft.* The terrifying thing about Bill is that he's smart enough to understand what ideas are good—what's worth replicating— and he has the discipline and resources to get on with it and make it just a little bit better. That's very Japanese. That's very scary. Add that to Bill's ruthless perseverance and the fact that Microsoft has more money than God, and you get a most formidable foe—the ultimate foe, the perfect enemy. We pick our enemies very carefully. We decided to pick a fight with the biggest, most dangerous bully in the schoolyard. There's no way to avoid this fight, so let's start it."

Ellison's decision to start attacking Microsoft in 1995 was based on the same reasoning as today's attacks by Oracle on IBM: "If I want to make a point, I have to compare it to a counterpoint. I can't explain hot without comparing it to cold. In fact, there's no such thing as hot without

*LE writes: Bill Gates, like most of the other very smart programmers I know, loves to prove his brilliance during arguments with other smart programmers. But if Bill has to choose, he'd rather win the war than win the argument. He doesn't really care where the ideas come from as long as he's the one who gets paid for them. The very last time I ever spoke with Bill was in 1999, when he called and invited me to visit Microsoft and debate the future directions of technology with their top technical people. When I declined, he asked me to reconsider, arguing that I would find it interesting "because there are a lot of very smart people at Microsoft." I told him that was exactly why I didn't want to go. He had expected me to show up and show off by explaining how clever Oracle's ideas and plans were. Many of Microsoft's competitors fell into that intellectual vanity trap. Not us. We want to get paid for our ideas.

cold. Everything's relative. So I attacked Microsoft: this is what they think, this is what we think. Constant comparison between our Internet-centric server technology and their Windows-centric desktop technology provided increasing clarity. The battle lines were now clearly drawn. It was Microsoft versus the Internet—the common heritage of all mankind. We were part of Team Mankind, the last, best hope to prevent total world domination by the evil empire in Redmond. Very colorful stuff. Anyway, it made it interesting for journalists, analysts, and customers. We got a lot of press. It was supposed to be a battle between two rival computing architectures. It wasn't supposed to be a battle between a me-versus-Bill thing, but people are more interested in personalities than technologies, so that's what it became: Billionaire A versus Billionaire B. I got onto the cover of *Fortune* magazine as 'software's other billionaire.' Oracle's technical ideas and products went along for the ride. The 'battle of the billionaires' was good brand building for Oracle. At that time the company we wanted to be compared to was Microsoft."

To what extent had Ellison really believed that his network computer was going to take over the world, or had it always been more of a stick to beat Microsoft with and a way to dramatize philosophical differences about computing architecture? "When I introduced our new Internet computing architecture, I emphasized what was new about it; how it was different from the client/server architecture that came before. What was different was that we stored the application software on the server, not the desktop client PC. One implication of running the application on a server is that you no longer need a desktop PC to access the application; all you need is a simple device running a standard Internet browser. Now, we make our money selling server software, so I wanted to talk about the server aspects of our new architecture. But the press wasn't interested in our architecture or any other difficult-to-photograph concept. They wanted to see the new, simple device—the Network Computer. The NC story just exploded beyond any-thing I imagined. It took on a life of its own. Some hardware companies even started manufacturing network computers. Then people started ask-ing me how we were going to make money with the network computer. We're not, I told them. We make money selling server software. As long as the application is on the server, I don't care what's on the desktop.*

*LE writes: Actually, I do care a little. It sure would be nice if desktop Linux took off. I'd love to see Microsoft's desktop monopoly broken and their revenue stream reduced.

Almost everyone now sees this Network Computer episode as an example of Ellison's shooting his mouth off and getting it embarrassingly wrong. When I asked him whether he'd put much real thought into it, he just laughed and made a zero sign. I pointed out that I'd never seen him using a network computer (or, for that matter, a Mac). "Well, my desktop PC has this big, beautiful screen. That plus the speed of my network connection is about all I care about. Ninety percent of the time I'm either in e-mail or on the Internet. In other words, I use my PC as if it were a network computer about ninety percent of the time. And when this book is done, that will go to ninety-nine percent of the time. Right now I'm spending more time in Word than I'd like, plus I still read the occasional PowerPoint file or Excel spreadsheet. That's a complete list of what I do on my PC. As for the network computer, I don't care about it at all. Why should I? It makes no difference to me what computer people have on their desk: a network computer, a Mac, or a PC, just so long as their shared applications are on Oracle's application server and all their data is in Oracle's database. The only applications that belong on your PC are personal productivity tools [e.g., Office], an e-mail and calendar interface [e.g., Outlook], an Internet browser [e.g., Explorer], and games, if you play games. All shared applications and all your data, all of it, belongs on a database server. You should never have any data stored on your desktop PC that isn't also stored in a database, unless you don't mind losing it.* Everyone's adopting the Internet server architecture or at least says they are. Look at PeopleSoft's new Version 8—one hundred percent of the user interface is via an Internet browser, and all the applications are on a server. Siebel's not there yet, but they say they are, which means that they know they should be, they just haven't gotten the programming done yet. But Tom knows what's hot, so that's what he sells. Anyway, the debate's over. The Internet computing architecture has won; the client/server architecture is dead."

I put it to Ellison that although the war had unquestionably been largely on the architectural front, he had been wrong about two things: the ability of the PC industry, through its extraordinary volume efficiencies, to turn out full-featured boxes for little more than the price of a

*LE writes: We created our Collaboration Suite [about which more later] to make it easy for users to replace Microsoft's Exchange e-mail servers and Microsoft's file servers with an Oracle database. Data, all data, belong in a database.

stripped-down network computer and the reluctance of people to give up having their personal productivity software running on their local hard drive. Ellison's response was that he hadn't been alone in underestimating how the price of PCs would fall. He recalled a conversation with Intel's Andy Grove in 1996.*

"My idea for a $500 Network Computer had been heavily ridiculed in Intel's internal magazine. They ran a mock ad showing 'Larry Ellison's magic $500 box.' It was an orange crate containing two tin cans connected by a string. Andy Grove, Intel's CEO, carefully explained to me that people wanted more powerful PCs and they were willing to pay for them. He said that PCs would keep getting more powerful and their selling price would stay about the same, around $2,500 for the foreseeable future; PCs would keep getting better but not cheaper. He compared my cheap NC to an inexpensive but unpopular car called the Yugo. I can still see Andy disdainfully spitting the word 'Yugo' at me as I responded back with my most adolescent smirk. Fine, I thought. A $500 NC will compete quite well with a $2,500 PC."

Unfortunately for both Grove and Ellison, the foreseeable future didn't last very long. A variety of competitive pressures forced PC prices to drop to around $700. Ellison says, "That $700 PC surprised the hell out of Intel, killed the NC, and made me look stupid. But it didn't cost me any money. Oracle's server software business was unaffected. However, for the PC hardware companies it was an extinction-level event. Most of them saw their margins drop, their profits disappear, and their life expectancy shorten to that of a fruit fly."

The implication was that if even Andy Grove, one of the founders of the PC industry, hadn't foreseen $700 machines with ten times the performance of high-end PCs of only a few years ago, why should Ellison, an enterprise software guy, have read it any better? As for Microsoft's Office, Ellison concedes, "Microsoft's real stranglehold monopoly has turned out to be Office, not Windows. Like everyone else, I could easily move to desktop Linux if Microsoft Office ran on Linux. But it doesn't. Microsoft maintains their desktop monopoly with Office; Windows isn't nearly as important."

*LE writes: Andy's the only guy whom both Steve Jobs and I agree we'd be willing to work for. Andy's absolutely brilliant and brutally honest. I've always loved him, but I fear my love has gone unrequited. I'm afraid Andy thinks I'm a bit of a flake. That's what he told me, anyway.

One of the things that made Bill Gates so livid about the government's antitrust case was the active support it received from powerful commercial rivals, such as Oracle and Sun, which he considered to be no less ruthless in the way they competed than Microsoft. In June 2000, it emerged in the press that Oracle was employing private detectives to root through Microsoft's garbage for evidence that apparently independent, but pro-Microsoft, institutes with names such as Americans for Technology Leadership and Association for Competitive Technology were, just front organizations, set up and entirely funded by Microsoft. Ellison's so-called Dumpster diving hit the headlines when Oracle passed the information it had gathered to the newspapers. Later the same week, Ray Lane's departure from Oracle was tersely announced. According to the rumor mill, Lane had left after fighting with Ellison over his "inappropriate" behavior. Far from being embarrassed or chastened, a grinning Ellison had appeared before the cameras dressed in a blue suit, red tie, and white shirt (intentionally invoking the flag) and had spoken proudly of having done nothing more than his patriotic duty in helping to expose Microsoft's wrongdoing.

He still feels pretty good about it: "I'm an American. I think it's important that America's technology is competitive. Absolutely. But I don't think we stay competitive by killing off innovative companies like Netscape and RealNetworks, which was Microsoft's modus operandi. So why were they warning all patriotic citizens that anything that hurt Microsoft would hurt America? It was all part of Bill's Big Lie. Whatever's good for Microsoft is good for America? Microsoft's freedom to innovate must be protected? What? I think Bill must be some kind of reincarnation of Milo Minderbinder from Catch-22.* Microsoft was bankrolling all these bogus operations, such as the Independent Institute,

*LE writes: Joseph Heller's novel Catch-22 is set in Europe during World War II. One of Heller's characters is Milo Minderbinder, a budding entrepreneur serving in the U.S. Army Air Corps. To supplement his army pay, Milo forms M & M Enterprises with the grandiose marketing tag line "Whatever is good for M & M Enterprises is good for the world." Milo gets into a bit of trouble when M & M Enterprises signs a contract with the Germans to bomb American forces. But Milo strongly defends his actions by explaining that the war was being fought to "preserve the free enterprise system." Any restrictions on the behavior of M & M Enterprises would conflict with the goals of the war and be bad for the world.

which was neither 'independent' nor an 'institute.' But we had to find proof that Microsoft was paying them off to parrot the Microsoft party line. So we found a bunch of invoices and canceled checks in the garbage proving Microsoft was paying all these phony front organizations. Why should I be embarrassed about that? We didn't break the law. They did."

Back in late 1997, when Netscape, the target of Microsoft's aggression, was already on the ropes and the Department of Justice had begun to take action against Microsoft, I had asked Ellison whether Oracle might buy Netscape. If Netscape was so important, surely it was in Oracle's or Sun's interest to offer it protection. Ellison's answer then had been that Netscape didn't have any technology that Oracle wanted, his "cat could write a browser," that it was terribly overvalued, and that, anyway, Microsoft was going to kill it. I came away with the impression that perhaps Netscape was more valuable to Oracle as a very public victim than as a going concern. Even now, it's hard to gauge Ellison's real feelings about Netscape. "Netscape was the most innovative Silicon Valley start-up during the nineties. Netscape's Navigator browser ushered in the Internet age. They single-handedly changed the Valley. eBay, Yahoo!, and all the other Internet companies exist because of Netscape. But Netscape had a big problem. It's just not very hard to write a browser. Andreessen wrote Mosaic [the Mosaic browser was the precursor of Navigator] in his spare time when he was in college. So there was no technical barrier preventing Microsoft from writing a competing browser. To emphasize that point, I said that my cat, the one that recently died, could write a browser. For some reason that made Jim Barksdale [Netscape's CEO] and Marc very angry at me. I don't know why. She was a very smart cat. The two cats I have left, incidentally, can't program worth a damn.

"Okay, I accept that most people don't believe that a cat, even a smart one, can write a browser—all by herself, anyway. Reasonable people can disagree. But there's no question that a team of competent programmers can build a pretty darned good browser in about a year. And that's exactly what Microsoft did. When they bundled it with Windows for 'free,' Netscape's days were numbered. They were just this little itty-bitty company—just a few kids and Jim Barksdale—in a fight to the death with Microsoft, for God's sake. They had no chance at all. Bill liked to say, and I quote, 'If Microsoft gives away all of its Internet software and Netscape gives away all of its Internet software, I like Microsoft's chances of survival better than Netscape's.' Yeah, no kidding. The most powerful company on Earth had decided to kill off a little newborn company called

Netscape. No holds barred. It was Godzilla versus Bambi—and Godzilla didn't bother to play by the rules."

On the question of whether Oracle should have bought Netscape, Ellison repeated that under the circumstances, the company had been horribly overvalued. "There was this big Netscape acquisition meeting at Oracle shortly before they sold out to AOL. John Doerr, Jim Barksdale, and Marc Andreessen represented Netscape. The gap between what they thought Netscape was worth and what I thought Netscape was worth was gigantic. They thought they were the heartbeat of Silicon Valley; I thought they were a corpse on the dark side of the moon. They wanted five to ten billion for the company. I thought that Netscape was near worthless. They were a money-losing proposition, and I couldn't figure out what we could have done to save them. If we had immediately open-sourced the Navigator browser, then browser revenue would have gone to zero. What's the point of that? We would have paid billions for nothing. Some people at Oracle didn't agree, They thought that we should buy Netscape just to make certain that Microsoft wouldn't have the only browser in the market. But I really didn't feel like paying a $5 billion entry fee into a one-sided browser war. It's a colossal mistake for us to battle with Microsoft over desktop software for one very simple reason: desktop software will not determine the ultimate winner of the software wars. It's not a desktop browser war, it's a server software war. I don't think that we can beat Microsoft on the desktop, and I don't care. We're a server software company. The Internet is all about network server software. Oracle is CBS, and Microsoft is Sony. We run the network, they make television sets. We make much better server software than Microsoft. Server software is a battlefield where we can fight them and beat them. We do it every day. Let them have the desktop. They can build all the television sets they want."*

Ellison thinks that the sheer distraction of destroying Netscape and dealing with legal consequences damaged Microsoft more than is generally realized. He's fond of saying that Microsoft "robbed the wrong bank." He says, "Microsoft wasted a tremendous amount of moral capital, credibility, and time destroying Netscape. At Oracle we used to call Netscape the 'heat shield.' Microsoft was so busy burning Netscape to a crisp that they fell further and further behind in database technology. We

*LE writes: I suppose they could build televisions that receive only MSNBC and give them away for free. I'm sure they're thinking about it.

have a big lead in server software, and I don't think that they can catch us. Unlike Netscape, we're protected by a huge, almost insurmountable technology barrier."

I couldn't help feeling that there was at least a whiff of the hypocrisy that Ellison detests in the tear-jerking way that he talked about the crushing of poor little Netscape, while he seemed quite happy to try to snuff the life out of smaller competitors such as Ariba and Commerce One, which he derided as "features rather than software companies." It's a charge that nettles Ellison: "We've never seen anyone compete like Microsoft. Nobody. Microsoft very effectively and illegally threatened and bullied PC companies that dared to distribute Netscape's browser. All the PC companies stopped distributing Netscape because they were afraid of Microsoft's reprisals. Microsoft will go on breaking the law until someone stops them. They're going after Real, using the same exact bundling techniques they used against Netscape. They're bundling instant messaging to go after AOL. That's how they compete: bundle, bundle, bundle. Why not? From their point of view, they're getting away with it. I've never seen anything like this degree of abuse of monopoly power. IBM used to have a monopoly. But they never engaged in the kind of behavior that's business as usual at Microsoft."

Okay, but if Oracle bundles its application server with its database, which is pretty much the case, and goes to war with BEA, which a lot of people see as an innovative company that has created a new market, what's the difference between what Oracle's doing and Microsoft? "First, we don't bundle our application server with our database; we charge separately for our application server. Second, even if we did bundle our application server with the database we wouldn't be breaking the law because we don't have a monopoly in database. Under the provisions of the Sherman Anti-Trust Act, standards of behavior are different if you have a monopoly versus not having a monopoly. The law says you can't use one monopoly to obtain another monopoly. Microsoft has a monopoly in desktop operating systems. Microsoft bundled its browser in their desktop operating system, and they succeeded in getting a monopoly in browsers. That's express violation of our antitrust laws. Now Microsoft is bundling a media player in its desktop operating systems to get a monopoly in those. Microsoft is bundling instant messaging. See any pattern here? We have no monopolies; we don't bundle; we don't break the law."

I wondered whether Oracle, if it ever did get monopoly power, would behave more like Intel than Microsoft. When Andy Grove first realized

Intel was on its way to having a dominant market share in PC processors, he made certain that everybody at Intel who dealt with the world outside understood exactly what the limits on their behavior should be. It didn't stop Intel acting, at times, in a fairly brutal way toward competitors, but it had always accepted that the law was there and that it applied to Intel. Ellison laughs. "I think that obeying the law's a really good idea. IBM and Intel managed their monopolies and competed aggressively without ever operating outside the law. But Microsoft is different. They understood the law. They had lawyers advising them. They're smart guys. They're not naive. But Bill's an ideologue. I think he believes that the antitrust laws are wrong, so he doesn't need to obey them."*

I had often thought that one of the reasons for Gates's apparent willingness to flout the antitrust laws time and again was simply the arrogance and sense of inviolability that comes from unimaginable wealth. If anyone had a take on that, it should be Ellison. His answer was complicated. "Bill's hyperrational side is in a losing battle with his emotionally fragile side. Bill goes out and methodically searches for good ideas to steal. That's perfectly rational behavior. That's made him very successful. But then, one by one, Bill starts to claim credit for the stolen ideas. He actually starts believing that they really were his ideas in the first place. He's pretending to be someone else. He wants to be someone else. He can't bear to see himself as Rockefeller; he sees himself as Edison. And he can get very childish and upset when other people don't see him as the great inventor." He tells a story of a dinner party at Andy Grove's house during which Grove was asked whom he admired most in the PC industry. Grove replied that it had to be Steve Jobs: he had either invented or popularized everything to do with the PC industry. News of this eventually reached Gates, who called Grove and asked him to dinner. When the meal was nearly over, Gates finally let it all out: His feelings have been terribly hurt. Doesn't Andy admire Bill?

Ellison says: "Here's this guy who built the most successful company

*LE writes: More likely Bill simply calculated the risk-reward ratio in breaking the law to break Netscape and acted accordingly. Getting rid of Netscape benefited Microsoft approximately $25 billion to $50 billion in market cap. The punishment for breaking Netscape and the law seems to have been a few harshly worded editorials in The New York Times and The Economist. So for Bill's calculations seem to be correct; for Microsoft the benefits of breaking the law have been great and the financial cost near zero.

on earth, but he's still very unhappy with himself. He's unhappy with how he's perceived, not just by the public but by the people who are close to him: his primary partner, the guy who ran Intel. His behavior during the antitrust trial wasn't so much recklessness coming from extreme wealth as self-destructiveness because he felt persecuted and unappreciated. Bill just wants to be loved. Who doesn't? But historically America has never offered great love to people who accumulate vast fortunes. Just the opposite. If you're rich, the best you can hope for is to make the transition from robber baron to philanthropist with a great deal of humility and a lot of check writing. Fair enough. That's a perfectly reasonable and time-honored bargain. What else can you do with all that money, anyway? You can't spend it, so you have to give it away."

America hasn't yet "offered great love" to Bill Gates, at least inasmuch as he is now seen by most people as a latter-day Rockefeller, a ruthless bully, rather than the benignly grinning and blinking supergeek who built America's most admired company. The government had been successful beyond all expectation in making its case against Microsoft, thanks to the courage of many witnesses, the courtroom skills of David Boies, and Microsoft's own almost cavalier self-incrimination through both the testimony of its executives and the damning trail of e-mails.

One consequence of the trial, I reckoned, was that the hardware makers had become braver about not being used as Microsoft's pawns, and there were greater opportunities for Oracle to forge strategic partnerships with the likes of Compaq (before it was absorbed by HP) and Intel, as it was now doing. Ellison agreed up to a point. "Do you remember when Microsoft invited all those people to New York to get up onstage with Bill and say how much they liked him and how much they like working with Microsoft? It reminded me of Al Capone doing a similar thing in Chicago back in the thirties. It's the 'Be nice to the alligator and maybe he'll eat you last' theory of survival. Well, I've got a better idea. Let's kill the fucking alligator before he kills us! If we fight back, maybe we'll survive. Maybe we won't kill the alligator, it's a huge fucking alligator, but trying to kill it will improve our chances for survival. Being nice to this alligator will never work. If you think Microsoft's competitors dislike them, you should talk to their 'partners.' Microsoft has bullied Intel and Compaq so many times they've lost count. Everyone in the industry is looking for an alternative supplier of software for Intel's mass-market computers. Everyone's thrilled about Linux. And I believe they're looking to Oracle to provide some balance against Microsoft. IBM's really not a big player in the software business except on mainframes, so it's up

to us. We're the last, best hope for mankind in the battle against Microsoft and its plans for world domination."

To that end, Ellison was devising a strategy for Oracle to go into the operating system business. He believed that despite the hype over Linux and IBM's enthusiasm for the open-source operating system, it would still be years before it was sufficiently hardened to do service in the corporate data center. For that reason, he was in discussions with Compaq's boss, Michael Capellas, an ex–Oracle hand, to rework, and eventually take over, the immensely fast and robust Tru64 operating system, which had been developed over more than two decades by the best engineers at Digital, so that it would run on Intel's new 64-bit processors.

Ellison eventually wanted to see all the Intel-based computer makers selling certified servers preinstalled with Tru64 and Oracle's database software. It would mean that Oracle would have preintegrated every part of the software "stack" from the applications at the top of the stack through the applications server to the database and, finally, the operating system at the bottom. "We're going to build our next generation of database clusters out of a bunch of low-cost Intel computers. Our Intel clusters will be highly secure, totally fault-tolerant, and much faster and cheaper than anything else on the block. As for the operating system—don't ask, don't tell. You don't ask what operating system a Cisco router is running. Why should anyone care what operating system our database cluster is running?" *

It seemed that regardless of the final outcome of the Microsoft case,

*LE writes: Perhaps people shouldn't care, but they do. So we had to adapt our operating system strategy from "Don't ask, don't tell" to the very latest, hippest fashion—namely, Linux. The Linux movement was gaining tremendous momentum, so we decided that we'd better jump on the train, not in front of it. But we had to add a number of critical features to Linux to enable it to run our fault-tolerant database clusters. We had to assign a number of our engineers to work with Red Hat [a Linux distributor] and the open-source community to build the features we needed into the Linux operating system. We even took our distributed file system and donated it to the open-source community so that it could become a standard part of Linux. After a lot of time and effort, Linux has now developed into the prime-time, mission-critical operating system that we need to compete head-to-head with Microsoft Windows. Today, Linux on Intel beats Windows on Intel in every important area: performance, reliability, security, and cost.

Oracle had already benefited from it. Even if Microsoft emerged constrained by only mild conduct remedies, Ellison seemed to think that Oracle could withstand any vengeance that Gates might want to exact. Rather than Oracle being on the firing line, Ellison believed that the companies that had most to fear were in the consumer and entertainment businesses. In particular, he thought that AOL Time Warner and Sony were about to feel the full effects of competing with Microsoft.

Ellison frowned. "I think AOL is in deep trouble, but what do I know? I really don't understand AOL's business at all. To me it seems like a simple online service for people who don't like computers. Whenever I prowl around their system, all I can find are a bunch of twelve- to fourteen-year-olds in chat rooms. Chat rooms are closely related to instant messaging. Both have been critical to AOL holding on to their customers. AOL chat and instant messaging is a closed network; they only allow you to communicate with other AOL members. That strategy works fine for a while, but it will fall apart over time. Imagine an e-mail system that only lets you e-mail other AOL members. No one would use it. As instant messaging matures into a standard service, AOL must open their system up or be isolated from all the other instant messaging users in the world. AOL has no good choices here. Either way they lose. Microsoft is bundling instant messaging with the next version of Windows. Instant messaging will soon become a standard service in business. There will be more instant messaging users outside AOL than inside AOL. It's not a pretty picture. To make matters worse, Microsoft can underprice AOL whenever they feel the government heat is off. What if Microsoft priced MSN at half the cost of AOL for the next ten years or so? Then there's the small issue of the upcoming competition from the broadband carriers—the phone and cable companies. Maybe they'll squeeze out both AOL and MSN. Who knows? All you really need is a fast line from a carrier and Yahoo! Why should the broadband carriers share any money with Microsoft or AOL? AOL has a very uncertain future. Steve Case pulled off the deal of the century by buying Time Warner. AOL shareholders should give him a medal. On the other hand, Time Warner shareholders have a right to be very, very upset. And I think they'll get more upset over time. What was Gerry Levin thinking?

"X-Box [Microsoft's game console] is likely to get killed by Sony's Playstation 2 for the next couple of Christmases. However, Microsoft has great patience and endurance. They'll be around year after year. Microsoft's monopolies generate so much cash that they can blow billions in the game business and keep coming at you. That's what Sony faces. Per-

haps Microsoft won't kill Sony's game machine business, but they'll be Sony's number one competitor. And as games go online with broadband, Microsoft is likely to start building games that work with both PCs and the X-Box. The online game business is brand new, and that presents opportunities to a newcomer like Microsoft. Sony's a great company, but Microsoft has unlimited financial resources. It's no fun competing with a company that has an infinite amount of monopoly money—real monopoly, real money. So I think AOL and Sony are both vulnerable to competition from Microsoft. The barriers to entry into their businesses are primarily financial, not technical. Fortunately, the opposite is true for us. The reason we're able to compete with Microsoft is because our technology is so hard to replicate. It took us more than twenty years to build our database. And our guys are every bit as smart as theirs. Sometimes I think that we'll be their last competitor. The last one standing."

Hating and baiting Microsoft, software's evil empire, is one thing, but I wondered whether Ellison could really get himself so worked up about IBM, a company he had admired all his life and was even now ready to call a "national treasure." "Well there are two different IBMs—the IBM of Christmas past and the IBM of Christmas present. The old IBM, the real IBM, was created by Thomas Watson, Jr. That IBM was the greatest company in the history of the earth. When I grew up in this industry, IBM wasn't someone against whom you competed; IBM was the environment in which you competed. But that was then and this is now. IBM never really recovered from the loss of Tom Watson. He was followed by a string of anonymous sales executives who just kept doing what IBM had always done: develop and sell mainframe hardware and software. As the center of gravity of the computer industry moved away from mainframes, IBM failed to adapt. The world changed, the industry changed, but IBM didn't. Eventually IBM was forced to hire an outsider, Lou Gerstner, to come in and change the company. He abandoned IBM's technology-centric past for a service-centric future.

"IBM hasn't developed any interesting software since the mainframe version of DB2 nearly twenty years ago. That's a long dry spell. All of their great software is their old mainframe stuff: OS/390, VM, the mainframe version of DB2—all first-rate pieces of technology. The new IBM no longer develops much software; instead they go out and buy it. They bought Lotus, Tivoli, Informix, Rational, and so on. IBM's products on UNIX and Windows are not close to being competitive. Their database on UNIX and Windows used to be called UDB [Universal Database] but they changed the name to DB2 to try to fool people into thinking it was

the same database product that they had on mainframes. Now, DB2 on mainframes is a great product. DB2 on UNIX and Windows is a totally different product with a totally different architecture, and it's a very distant third in the modern database business behind Oracle and Microsoft's SQL Server.

"Lou Gerstner turned IBM into a giant service organization. You have money; we have people. Want to trade? There is very little leverage in that. It's really just a bigger version of EDS [a big systems integrator and hosting firm founded by Ross Perot]. But I don't think building lots of oil and lube places to service your car is a very good idea. What if someone builds a car that only requires the oil to be changed every 100,000 miles? IBM's service business model depends on computer technology remaining very complex and labor-intensive. IBM ran this series of ads showing a roomful of business executives saying: 'Good grief, if this merger goes through we'll have seven different platforms, fifteen different databases, fourteen different operating systems, a wireless project, and so on.' Then you hear this woman's voice speaking to the roomful of desperate execs, and the voice says, 'And that's when you know it's time for IBM.' In other words, computing is so enormously complicated that a normal business can't hope to understand or cope with it, so you should call in IBM. I have a different idea. Use better technology that's easier to understand.

"Our strategy is to simplify our software so you need less labor to install and run it. You don't need a big systems integrator if you don't do much systems integration. IBM recommends that you buy lots of different applications from lots of different vendors. In fact IBM resells applications from SAP, Siebel, i2, Ariba, pretty much everyone I can think of except Oracle. Then IBM makes a bundle by selling you guys with glue guns to stick it all together. The old IBM's strategy was creating value by creating intellectual property. The new IBM's strategy is based on servicing complex systems; the more complex the system, the better it is for IBM. But if I'm right and the industry turns away from these labor-intensive, highly customized best-of-breed software systems, then IBM's service business will slowly melt away, like a glacier."

The essence of Ellison's hostility toward IBM is a form of intellectual snobbery. A company that was made great by its technology and applied engineering skills had lost its way and sold out. It was now run by sales and marketing guys who were cynically selling out the greatest name in American business. For the pragmatic Gerstner, remaking IBM as "the solutions provider with the deepest bench," as his successor, Sam Palmisano, once described it to me, has been a triumphant success. But