# EXHIBIT 17 part 5

it's easy to understand why Ellison sees the shift not only as an exploitable point of difference with Oracle's main competitor in the database market and the aggressive reseller of its rivals' applications, but also as a kind of betrayal. What most riles him, however, is the cavalier approach to facts that Big Blue routinely adopts in its marketing: "IBM went on the attack about six months ago. They sent out a bunch of letters to CIOs claiming that they were number one in database market share and number one in mainframe database performance. Well, they are number one in mainframe database market share, but on UNIX, Linux, and Windows we have five times the market share they have. Tons of surveys—Morgan Stanley, Goldman Sachs—support that. As for being number one in performance, well, I'm stunned that IBM would make such a completely indefensible and easily disprovable claim. The old IBM would never, ever have done that."

Although Oracle's big philosophical battle with IBM is about complexity—the integrated Oracle suite versus the best-of-breed applications recommended by IBM and expensively glued together by Big Blue's army of integrators—Ellison has decided that the first stage of the campaign against IBM will be "to go after their software technology products because their software technology isn't what it used to be." And it's not just IBM's database that's in the firing line, but also its application server: "IBM's got this thing called WebSphere. WebSphere is not a product; it's many products: around a hundred separate products, I believe. It's a bit confusing. IBM has gotten into this odd habit of using the same name for totally different things. DB2 is one name, but IBM applies it to two totally different products. The confusion is intentional. The WebSphere name takes the confusion to a new level. WebSphere includes a hundred different products. It's the same naming scheme that George Foreman uses to name his kids: they're all named George. Anyway, one of the products that falls under the umbrella name of WebSphere is IBM's Java system. In a fit of creative license IBM put a statement on their Web site claiming that IBM's applications server—WebSphere—runs Java twice as fast as BEA's applications server. They didn't publish their benchmark results, but they did put a copy of the benchmark program on their Web site. Now, we were ready to take IBM at their word because, after all, they're IBM. They wouldn't just make this stuff up. We had already tested BEA's applications server and found that our Java was twice as fast as BEA's Java, so we figured that we must be around the same speed as IBM's Java. That was a little disappointing, but those seemed to be the facts.

"But the night before we were scheduled to make our big Java announcement, I asked Richard Sarwal, the guy in charge of our server performance group, to download the performance test on IBM's Web site and test IBM's Java. Richard looked extremely depressed: it took him twelve hours to download everything he needed. But he finally got the test running. When I came in the following day, I found out that IBM was not twice as fast as BEA; BEA was twice as fast as IBM. IBM just confused the subject with the predicate. That's a pretty serious typo. After we completed all our testing, our Java ended up running twice as fast as BEA and four times as fast as IBM. I don't know how IBM gets away with making claims that are so easily disprovable. I guess because they're IBM."*

The ads that Oracle had started running against IBM were as aggressive as anything it had done during the 1980s, when it was just a scrappy upstart. I wondered whether a self-confident, mature company should feel it necessary to define itself by trashing its competitors. Wasn't there something undignified about it? Ellison grins. "I know it's bad manners to publicly point to your competitors and say, 'Nyah, nyah, nyah, we're better than you.' I know this style makes people think I'm a rude jerk. So be it. But I don't know any other way to prove the superiority of our technology without directly comparing it to our competitors' technology. We urgently need to make our points. There's no polite way to point out that what IBM's saying is not true. We present verifiable facts as clearly as we can, and then we ask the market to decide. Here's us; here's them; here's the proof. You decide."

Another part of the logic in going for IBM, as Ellison sees it, is that many of Oracle's other rivals march under Big Blue's banner, companies Ellison describes as IBM's vassals. He says, "A lot of Siebel's success is due to the fact that IBM recommends Siebel. It costs you $2 million for Siebel and another $20 million for IBM to put it in for you. IBM says, 'We've looked at Oracle, we've looked at Siebel, and we really think you

*LE writes: IBM continues to make numerous incredible claims about its software. Perhaps the strangest was the claim that DB2 was the only database that ran on UNIX, Linux, and Windows. After we called them up and pointed out that we ran on UNIX, Linux, and Windows, they quickly took the claim off their Web site. I don't think IBM is lying when it makes these claims; I just don't think it knows the facts. This is not the IBM I so admired when I first started working in the computer industry. This is not your father's IBM.

should buy Siebel.' IBM is the supermarket for all of our competitors. They do two things. First they provide the skilled labor to install the stuff. Fair enough. The problem comes with IBM's pretense of objectivity when they recommend application software: 'We're IBM. We're an independent agent. We've done a careful and detailed analysis, and we honestly think SAP or Siebel or PeopleSoft or i2 or anyone is always a much better choice than Oracle.' Of course they're going to recommend SAP or Siebel because it costs five or ten times more to install and run that stuff. That's how IBM makes their money: installing and running the software. IBM brings Siebel, i2, Ariba, Commerce One, and other economically fragile software companies brand credibility. Without IBM they'd all die. Even with IBM they'll all die, just more slowly.

"We compete with IBM directly in the database and application server business and indirectly in the applications business. We're beating IBM in the database business and the application server business. The only place they do well is on mainframes, and mainframes matter less and less every year. Time is on our side. In the applications business, it's not IBM's to win or lose. That battle is between best of breed and the integrated suite. If the integrated suite wins, then IBM loses. We'll win the database and applications server war. I'm confident of that. And the integrated suite will kill best of breed. I'm confident of that too. But we need to beat SAP in the integrated applications suite war. That's the hard one, but it's doable. If we win all three battles—and that's a big if—then we'll replace Microsoft as the most important company on earth. But I don't dream of an Oracle that's like Bill's Microsoft or Lou Gerstner's IBM version 2. Our role model is Tom Watson's magnificent creation, the technically brilliant and innovative IBM of old. That's who we want to be like when we grow up."

# 16

# CHAINED TO THE JOB

Early on I had wondered just how committed Ellison really was to making Oracle as great as IBM in its heyday. I thought that given his age, the range of his interests, his unimaginable wealth, and his own self-confessed dislike of much of the routine drudgery that's involved in running any business, it was almost inconceivable that he would have the necessary stamina and the hunger. Two things made me realize that I had underestimated him. The first was Ellison's evident willingness to put in fourteen-hour days while on the road. The second was sitting in on the meetings in Oracle's eleventh-floor boardroom, from which he drives and directs the company. This was not a "big-picture" chief executive who passively absorbed sanitized briefings at ten thousand feet from nominal subordinates who were actually running the business.

Whether he was suggesting a solution to some obscure engineering issue concerning the database, deconstructing some back-office process at Oracle to understand what was needed from applications to automate a business flow seamlessly, tweaking a sales compensation plan to eliminate perverse incentives, designing a "portlet" for Oracle's executive dashboard, penning the latest ad, or sharpening an online sales presentation, Ellison was everywhere. Nor did it strike me that he was interfering with the work of others for the sake of it. Although most of the people who work at Oracle are formidably intelligent, Ellison's constant probing and refining seemed both to put them on their mettle and genuinely to add value. Ellison also constantly monitored every shift in his competitors' business tactics or product strategies, ensuring that Oracle could rapidly exploit any emerging weakness or block off any new threat.

Ellison had told me that he was unable to strike a balance between an extreme form of laissez-faire delegation and an equally extreme obsession with influencing every aspect of the business. He could either be semidetached from the day-to-day management of Oracle, as he had been during the mid-1990s, or furiously involved, as he was now. Although Ellison's energy and commitment were hugely impressive and there was hardly anyone at Oracle who preferred the hands-off Ellison to the hands-on version, I could not help remembering Jeff Henley's anxiety that perhaps Ellison was now being too controlling and that the creativity of some very smart people might fail to flower as a consequence.

Overdependence on Ellison carried other risks: according to some people who knew him, there had been a cycle in the past in which Ellison's appetite for running Oracle would wax and wane depending on the challenges facing the business. Henley actually believed that in some ways the pounding that Oracle was taking in 2001 was a stroke of luck because it meant that Ellison had no option but to tie himself to the job. If success with 11i came too quickly, there was a danger that Ellison might relax. Henley and other Oracle executives were also worried about the commitment Ellison was making to winning the America's Cup. When I inadvertently mentioned to Henley, in July 2001, that a successful America's Cup campaign might mean Oracle's losing its CEO for the best part of five months, he had been horrified. At the very least, he said, it would mean that some important deals, which only Ellison could close, would be lost, maybe forever. He was so upset that he called Ellison, who was cruising the Mediterranean on board *Katana*, and threatened to resign if it was true. Ed Screven, Oracle's chief software architect and the man whose job it is to make sure that the various development groups are working synergistically, had an additional concern: "Larry casts a pretty long shadow, so he can be gone for an extended period of time and his shadow is still there. But what will happen is that some disputes that only Larry can settle will remain unresolved." I asked Ellison how seriously he took their misgivings. No matter how much he wanted to win the cup, he said, if Oracle needed him, Oracle would come first.

• • •

A typical day for Ellison starts when he gets up at about seven o'clock and checks his overnight e-mails. Unlike many CEOs, Ellison has only one e-mail address. He gets more than a hundred e-mails a day, most of which he answers himself or forwards to the appropriate person. He prefers short e-mails that deal with one specific issue rather than essays

because it makes collaborative working easier. After dealing with e-mails he heads for the spacious deck that overlooks the exquisite Japanese garden. There he usually breakfasts on scrambled eggs and bacon (Ellison's Judaism is of the lapsed variety) or fish, rice, and miso soup while reading the newspapers (the *Financial Times* and *The Wall Street Journal*; *The Economist* on weekends). Even if it's raining and cool, he likes to sit out of doors as much as possible.

At about nine, he heads back inside to continue work on e-mails, writing memos, checking through ads, and working on larger "think pieces" both to clear his mind and to outline strategic issues and forthcoming challenges for colleagues. Some of the papers that Ellison writes will go straight onto Oracle's intranet, especially those aimed at sharpening the message of the company or that prompt him to a visit to Oracle Sales Online, which might prompt him to leave a message questioning the status of a particular sales opportunity. During the morning, he also takes telephone calls, patched through to him by either Carolyn Balkenhol at Redwood Shores or by Joyce Higashi, the highly efficient Japanese American who works from his home and meshes together the personal and professional sides of Ellison's life. Some of these are regular conference calls with major customers in the middle of implementations. Every fortnight for a year, for example, Ellison talked to the senior management at GE Power during its rollout of the E-Business Suite.* Another part of the routine is to check out the Web sites of rivals' software companies tend to tell the world about what they are intending to do long before they actually have the products ready to ship. Thanks to the Internet, there's no excuse for ever being taken by surprise.

At about eleven o'clock, Ellison usually jumps into one of his cars—his current favorite for everyday use is a Mercedes SL55—and drives a couple of miles to his gym for a workout until lunchtime. Although he has a well-equipped gym in his house, he prefers to exercise with other people rather than at home with a personal trainer. He says, "I can't work unless I work out. I can't push myself mentally unless I push myself physically."

Sometimes, usually on a Friday, Ellison will host a business lunch at home in Atherton. For instance, in July 2001, Ellison's entertaining the top management team at The Gap to celebrate a deal to install the

*LE writes: For a time I had regularly scheduled conference calls with POSCO (the world's largest steel company) during the final phases of its implementation of the E-Business Suite. The calls started at 4 A.M. Pacific time.

E-Business Suite to run the retailer's financial and purchasing systems and various other modules to cut costs in its core business functions, including a nifty piece of Internet software called Oracle Product Development Exchange. On hand to greet the khaki-clad Gap executives as they roll up in their black Lincoln limos are Jeff Henley and Sandy Sanderson, the head of consulting. As usual, Ellison waits to make his appearance until all the guests have arrived (he can be heard playing classical guitar in an adjacent room) and are being seated at the immaculately laid table outside on the deck—he is conscious of his celebrity CEO status and knows how to nurture it. With its new clothing lines failing to find favor with its traditional customers, The Gap is having, if anything, an even more bruising time in the market than Oracle. So, while much of Ellison's conversation is aimed at encouraging his guests to buy into Oracle's philosophy of redesigning processes to get the best out of the software, he and The Gap's CEO, Mickey Drexler, also want to compare notes about the economy. It's an interesting contrast: Drexler, who along with Ellison serves on the Apple board, sees everything through a consumer lens, whereas Ellison is more concerned about the confidence of business customers to invest in an uncertain climate. Naturally, both are far too polite to suggest that any internal factors could be contributing to their current problems. When the guests eventually tear themselves away from their beautiful surroundings, Ellison expresses his frustration that despite the Oracle sales pitch, The Gap seems determined to go down a partial best-of-breed route, mixing custom software with the E-Business Suite. "They're going to have a hard time with Retek [a retail software package]. It's not an easy package to implement or integrate. They need to understand that," he tells Sanderson.

When he doesn't have lunch at home, Ellison usually heads to the office at around 1 P.M., driving himself the ten miles along the congested Highway 101 to Oracle's headquarters at Redwood Shores. When she knows he's on his way, Balkenhol will phone around, telling everyone who's scheduled to attend Ellison's meeting to gather. She then uses his travel time to update him on anything he needs to know, run through the afternoon's schedule, get approvals on spending and hiring decisions, and find out whether he wants his lunch of chicken nuggets and ice cream.

Until Ellison's arrival, Safra Catz will push things along in the eleventh-floor boardroom. But it's slightly awkward for her, a fact reflected by her unwillingness to sit center stage. An important part of the way she sells herself within Oracle is that she doesn't give the impression of running

the show in his absence, in the way that Ray Lane and, to some extent, Gary Bloom might have done. When Ellison does stride in, the atmosphere becomes highly charged. It's not that Ellison's presence exactly makes anyone nervous (although a relatively junior executive waiting to make some careful PowerPoint presentation might disagree), nor do people become overtly respectful. There's still plenty of tinkering with PalmPilots and frequent visits to the fridge in the hall to get drinks. If Ed Screven is there, he'll be sprawled in his chair, his feet in decaying running shoes planted on the expensive table top. It's more that there's an air of expectation. Ellison is always in performance mode, cracking jokes, telling stories, and generally dominating every part of the discussion. It's almost as if he feels the need to relegitimize his leadership each day by demonstrating the completeness of his grasp.

What's noticeable in these meetings, which typically continue until six or seven in the evening, is how differently Ellison relates to the programmers compared with other workers at Oracle. They know that they are the elite, and a good few of the old hands are confident enough of their standing with Ellison to argue with him if they think he's wrong and they have the facts on their side.* From that point of view, the concern that an excessively controlling Ellison may be squeezing the creativity out of colleagues seems overdone. Although I have been present in a few meetings when there's been an air of tension, usually when it turns out that somebody has fallen down on the job, Ellison no longer goes in for public executions. By his own admission, it's quite a change from the way he used to operate, and, as always with Ellison, it's the reputation he earned in a different era that stays with him now.

*LE writes: Our senior engineers don't hesitate to argue with me when they think I'm wrong. And if I'm way wrong, they'll cut me off midsentence. Ed Screven will blurt out, "No, that's not right," and rapid-fire the reasons why. Ron Wohl will let me finish my sentence and say in a considered tone, "Larry, I don't agree with you." Then he'll carefully, point by point, explain where I've gone wrong. Andy Mendelsohn will let me finish what I'm saying, and then he'll just stare at me for a while. Gradually, this pained look takes over his face and he'll say, "I really just don't understand what you're saying." That's a bad one. I must have been totally wrong or completely incoherent. (Fortunately it's not possible to be both.) But the worst is when Roger Bamford catches me saying something stupid. He just giggles. It makes him so happy.

• • •

When Ellison was fourteen, he had an argument with his sister Doris, then in her early thirties: "She asked me the question 'What's more important to you? To be loved or admired?' I said I'd like to be admired. She just said, 'No,' gave me her 'You're just a stupid adolescent' look, and left the room. It took me a long time to understand that we *all* want to be loved. Even me. Imagine that. Anyway, I used to have a management style that earned neither love nor admiration. Rather than using conventional MBO [management-by-objectives] techniques, I invented my own style of management called MBR. MBR stands for 'management by ridicule.' MBR is perfectly suited to a young smart-ass programmer who just started his own company. A popular book at the time, *The One Minute Manager*, recommended that managers spend a minute a day praising their employees. MBR takes more time. You need to spend hours "every day in meetings with your key senior people where you point out at length exactly why this person or that person's ideas are utterly ridiculous. Not everyone can do it. You've got to be good at intellectual intimidation and rhetorical bullying. According to MBR theory, your brilliant arguments establish a clear intellectual dominance that gives people the confidence to accept you and follow you—their leader. Interesting theory, isn't it? I was pretty brutal in attacking ideas and embarrassing people. I'd excuse my behavior by telling myself I was just having 'an open and honest debate.' The fact is, I just didn't know any better. All my experience in business had been as a programmer. Programmers routinely play a game called 'Who's the smartest person in the room?' It's still a popular game at Oracle. I see it played all the time. When playing WTSPINR—pronounced 'wet spinner'—you get points by showing how irrational or suboptimal other people's ideas are. It happens in all disciplines to some extent, but programming is similar to mathematics in that there are clear right and wrong answers, so there are clear winners and losers. It's classic primate behavior, figuring out where you are in the monkey troupe."

I thought that maybe Ellison's use of "MBR" was fairly typical of an insecure CEO trying to establish his leadership; he disagrees: "No.* In fact, CEO is a title that's looked down upon by most programmers. Remember, the name of the game is who's the smartest in the room, not who's got the most stars on their shoulder. There's very little respect for

*LE writes: *Actually, in retrospect, I do agree. I was an inexperienced and insecure CEO trying to establish my leadership. Very embarrassing.*

rank among programmers. Programmers have tremendous intellectual integrity, and you have to be able to clearly explain why something is right or wrong if you expect to win an argument. What is unnecessary and unacceptable is to humiliate people in public while you're explaining something. People didn't sign up for that. You know: 'Oh great, between ten and twelve I get to go to a meeting and be publicly humiliated. I can't wait.' "

What was it that convinced Ellison that beating people up was not always the way of getting the best out of them? "I was in a big meeting between Oracle and another company. The other company's CEO, an absolutely brilliant guy, started attacking ideas and people in a frighteningly brutal and destructive way. I was an MBR amateur compared to this guy. The overall dynamic in the room instantly changed. Everybody became afraid to talk because they didn't want to be intellectually embarrassed. But it was worse than that. People started to line up against this guy, not because he was wrong—he wasn't—but because he was inhumane. They grudgingly accepted that he was smart, but that didn't keep them from wanting him to fail. From then on I was very careful about using MBR. Maybe it's okay for programmers, but it's certainly not okay for CEOs. It's hard enough to run a company; you don't want everyone rooting against you. Ninety-nine percent of the time MBR is degrading to the practitioner and damaging to the business."

Although Ellison has learned from past mistakes, there are still aspects of the way he runs the company through these quite large meetings that can have some negative consequences. Ellison feels he has to perform to demonstrate his leadership and his prowess. Is it possible to be in both performance mode and listening mode? It makes picking up the nuances of a meeting more difficult and makes him all the more dependent on a few trusted people, Safra Catz above all, to tell him what he may be missing. And some very bright people, who might have important contributions to make, simply freeze in that kind of environment. And although Ellison no longer practices "MBR" and now tries hard to encourage debate, there probably still isn't enough of it at Oracle.

Gary Bloom says, "The way Larry uses these meetings, they're a fine environment for communicating strategy and decisions he's already made, but it's not a fine environment for debating those decisions once he's made them. It's an issue I raised with Larry, and I think he's been working on trying to get people to be more open if they disagree with him. I once said to him, not long after I became a member of the PDMC (Product Development Management Committee), that I didn't get what

the meetings were for. Is it for you to articulate what you want or is it for people to tell you what you need to hear? He said, 'It's for people to discuss and tell me what I need to hear.' I told him, 'That's not what happens.' I said, 'Larry, we have separate discussions from you, and we might sometimes all be in agreement that you're wrong about something. ... But as soon as you violently disagree or get emotional, everybody folds their cards. ... The debate's over—they're unwilling to take you on.' The very next day in the meeting, he took up a deliberately controversial position on an issue against me. I kept debating him, and eventually he turned to everybody and said, 'You must all agree with my position because none of you are jumping in on Gary's side.' And they all went, 'Oh, actually, we do agree with Gary.' But even if he's got better about this, a group meeting is still not a substitute for a one-to-one interaction between a CEO and key leader within the company."*

This is an issue about which Bloom feels especially strongly. From the end of 1997, for at least two years, during the period when Ellison was slowly wresting power back from Ray Lane, Bloom was Ellison's right hand. Whenever Bloom wanted to speak to Ellison in private, his boss made the time, especially if Bloom had uncovered yet more evidence of what they both at the time regarded as Lane's incompetence.† When the Oracle board insisted in 1999 that there should be a formal plan of suc-

*LE writes: Gary's right. I should do more one-on-ones. That said, I feel my time is more efficiently spent in larger meetings, where I can do a better job of gathering facts, debating, and communicating decisions. Harold Genin (the man who built ITT) defined management as "gathering facts and making decision." He also said that the hardest thing for a manager to do is to "distinguish facts from true facts." I can get at the true facts much more easily when a couple of layers of management are present at a meeting. The senior guys sometimes don't know the facts, and occasionally they don't want you to know the facts. Oracle's current management team has a much better grasp of the facts than any previously, and they never try to hide things. That makes my job much easier these days.

†LE writes: I don't think it's fair to describe Ray as an incompetent manager. It just seemed to me that Ray wasn't very interested in the daily details of management, especially on the expense side of the business, so he delegated that responsibility to others. Ray thought that his time was better spent doing deals, so that's what he did. Unfortunately, some of the people whom Ray relied on to manage expenses let them get way out of control.

cession in place, the only internal candidate whom Ellison was ready to endorse was Bloom (the top choice outside Oracle was Sun Microsystems' Scott McNealy).

However, within twelve months Bloom was finding it difficult to get the kind of access to Ellison that he had come to expect. In part, it was because Ellison was beginning to think he might have promoted Bloom a little too fast and as a consequence, like Lane before him, his ego was starting to outstrip his ability (although Ellison denies it, I think he was riled by Bloom's claim in Fortune magazine's "Why Oracle's Cool Again" cover story that he was perfectly capable of running Oracle). But it was also because of Ellison's growing reliance on and trust in Safra Catz. Although Bloom and Catz got on well, respected each other, and were united in their contempt for Lane, it became increasingly clear to Bloom that he was losing out to Catz in terms of influence with Ellison. Bloom says, "This isn't a slam on Safra. I like her. She's very smart, and she really does understand what needs to be done. But what happened is that Larry, out of convenience, started using her as a path of communication. He felt it was easier to tell something to Safra and then have her go and communicate it to everyone else, including me. She became the filter and the funnel through which everything from Larry came. If I had to communicate something to my organization, which was about sixteen thousand people, I needed to get that little bit of background or color directly from Larry to provide the context for a decision. I never wanted to be in the position of a leader saying, 'We're doing this because Larry says so.' It was so damaging to our culture. All I would need was thirty seconds of discussion direct with Larry. But when things started coming through Safra and I couldn't get that, I couldn't effectively do my job. I'm not criticizing Safra. I told Larry this and he said, 'Okay, I see your point; I'll try to change.' But there was never any change. It got to a point where I was responsible for the vast majority of the company, yet I had no contact with the guy who actually ran the company."

Carolyn Balkenhol confirms that Ellison became increasingly reluctant to see Bloom. As well as being frustrated and personally wounded, Bloom also calculated that Ellison's new appetite for running the company meant that his own role, let alone his chances of one day becoming CEO of Oracle, would diminish. When, in November 2000, Veritas, then the fifth biggest software company in the world (thanks in no small measure to the efforts of Geoff Squire, the man Ellison most regrets firing), offered forty-year-old Bloom the top job, it wasn't a difficult decision.

Although Ellison was annoyed about Bloom's departure, partly be-

cause of the bad impression it gave to investors, coming so soon after Ray Lane's "resignation," that he couldn't keep his senior executives happy, he has some sympathy with him. "I understand Gary's frustration. Safra and I share a high-bandwidth communications link. We finish each other's sentences. We come to the same conclusion in the same amount of time. We rarely disagree, but when we do, she's not shy about expressing her opinions. If she thinks I'm wrong, she freezes me with one of her piercing stares and tells me I'm wrong. She's not afraid of me or any other human. Anyway, I can count on her telling me the truth as she sees it. I respect her and rely on her as my chief confidante and counselor. In that respect she did replace Gary. That was very hard for Gary to take. Actually, come to think of it, he didn't take it. He left."

Although Ellison accepts that its key "directs" should have a right to one-on-one time with him, it's still something that he feels ambivalent about. "It's true. I don't like doing a lot of it. If it's something personal, then you have to do it one-on-one, but if you're trying to decide a business policy issue like pricing, then I'd much rather have the whole team there so that everyone can weigh in. That way everyone will understand how we arrived at a particular decision rather than having to guess. Meeting with the senior management team as a group forces us to focus on the goals of the company as a whole rather than one department at a time. Looking at the gestalt of the business has resulted in less infighting between departments and a more open and collegial work environment."

• • •

What's very clear is how much these days Ellison leans on the slight, black-haired, black-clad figure of Safra Catz. He says, "She makes up for one of my biggest areas of weakness. She's disciplined and thorough. I'm not. I'm pretty good at separating the good ideas from the bad ideas, and I'm pretty good at drilling into detail and solving problems. But once a problem is understood, once a plan is in place, I usually move on to the next thing rather than following up and making sure that the agreed-upon plan is actually implemented. It's called execution, and Safra is brilliant at it. Safra is so exceptionally bright that she keeps all the whys and wherefores of all our policies and plans in her head. That enables her to make interpretations, modifications, and improvements during the execution phase of the plans without any intervention from me. Now when we decide on something, it actually gets done."

Catz has always downplayed the extent of her power and influence, insisting that she has no agenda of her own (unlike, by implication, Ray

Lane) and is there only to make sure that the things that Ellison wants to happen get done. She says, "I'm not interested in building power and I don't have any individual power here. People will send me things for my approval and my response will always be okay, if it's within the scope of a decision I already know Larry has approved. I say that as a reminder that I don't have any power of my own."

It's an impressive (and genuine) demonstration of loyalty as well as being clever—it puts her out of the firing line when she's doing something that ruffles feathers or bruises the egos of senior executives, especially on the sales side, who resent the degree of oversight and supervision she represents. But one of the criticisms that I sometimes hear about Catz both within Oracle and outside is that, unlike other managers, she is not really accountable—an impression that's strengthened by her reluctance to become a public face in the way that Ray Lane and, to a lesser extent, Gary Bloom did. To-gether with Jeff Henley, we're collectively accountable for the performance of the company. If we're not doing a good job, it will show up in the numbers. I understand her desire to stay in the background, but that's going to be very hard to do over the long term. She's gradually becoming more visible. Joining the board of directors was a big step in that direction." Given that Ellison had sometimes referred to Catz as a possible successor, how did he want her role to evolve over the next few years? "I'm not sure it needs to evolve much. We work extremely well together. Sometimes we're too aggressive about pushing new systems and procedures into the company, but we keep on improving our margins, so it must be working. We're trying to define how a modern business operates. We're continuously improving Oracle and our applications software suite at the same time."

From Ellison's point of view, Safra Catz is the answer to his prayers. She makes him much more effective within Oracle than he could be without her, he can trust her completely, and he can communicate what he wants through her almost intuitively. But I think there are potential dangers in the relationship for both of them. Ellison must be careful not to do what he did in the past with favorite subordinates, which is to load more and more responsibility on them until something snaps. In Catz's case, there's little chance that it will go to her head; as happened with Ray Lane, she is a remarkably grounded person. I once asked how she felt when Ellison said in interviews that she could run Oracle. She said, "I don't want it, and why would I? My parents used to say to me that I could do anything I wanted to and that gave me confidence in life. But

equally, I never felt I *had* to do something, I didn't feel that I had to prove anything, I don't have an individual agenda, so don't make me one."

She's also smart enough to know when she doesn't know something. But there is a risk of Ellison's trying to turn her into something that she's not. Some people feel more comfortable and are more effective working behind the scenes. If Catz doesn't want the limelight, Ellison shouldn't push her into it. He must also guard against making her the main channel through which he deals with other senior executives. Amazingly, Catz hasn't yet become an object of envy and mistrust in spite of her unique degree of access to Ellison, because people don't see her manipulating the situation to her own advantage. But she's nonetheless highly vulnerable to the backbiting and jealousy that exist in all organizations. She says, "People have been really nice to me. A number of folks appreciate that decisions can be made faster because I've done my homework. But you never really know what they think."

• • •

One of the most frequent criticisms of Ellison is that even in an industry that lives on hype, he takes boasting and overpromising to new levels. It's not only Tom Siebel who talks about "the lies of Larry Ellison," it's an article of faith for half the journalists who cover the software business that Ellison is an incorrigible liar who deliberately distorts the truth about both his professional and personal life. I frequently observed him stretching the truth to create a better impression, while his ebullient optimism routinely put him in the embarrassing situation of having to explain why something he had seemed certain of hadn't happened.

Ellison says, "I piss people off because I'm quite willing to say what I think and I'm reckless enough to make public my predictions about the future—about Oracle and about the industry. As an old Chinese proverb says, 'Predictions are very dangerous, especially when they pertain to the future.' Sometimes I'm right, sometimes I'm wrong. I was right about relational database technology. I was wrong about the network computer. I was right about Internet architecture replacing client/server architecture. You don't have to be right all the time to make a good living. When I was wrong, I was not lying, I was, just wrong. When I say Oracle clusters can run real applications and DB2 clusters can't, some people think I'm lying. I'm not. It's a fact. When I say Oracle Java is faster than BEA Java, some people think I am lying, I'm not. It's a fact. When I predict one of our products is going to come out on a certain date and it doesn't, some people think I lied. I didn't. I was just wrong. Give me a specific example of a

lie I've told in business. There's only one. In my early twenties, when I first came to California, I lied about having a college degree so I could get a job. Big fucking deal. That's it.

"Being optimistic and exaggerating is another matter altogether. The entire history of the IT industry has been one of overpromising and underdelivering. Software executives routinely say that a product is going to be ready on a certain date, and then it turns out to be literally years late. It's happened at Microsoft. It's happened at Oracle. Software development is notoriously unpredictable. Maybe the only honest schedule is the one Michelangelo gave the pope when he was painting the Sistine Chapel: 'It will be done when it's done.' Anything else is a guess, and sometimes we guess wrong. Most senior software executives don't tell out-and-out lies about their products or their businesses.* But optimism and exaggeration, those are the standard rules of engagement for combat in this industry."

I suggest that maybe Ellison had done as much as anybody in the software industry to establish those rules of engagement and had both lived and thrived by them. He grins as if to say that's all in the past. "Since I've got this notorious reputation for exaggeration, the press denies Oracle any leeway to exaggerate at all. I know that, so we make sure that all our advertising is one hundred percent fact-based and provable. Our current campaign is called 'Just the Facts.' We're absolutely rigorous about making claims about our products. Any claim we make must be independently verifiable and provable. I believe in ads that list the cold, hard facts about your products and your competitors' products—a side-by-side comparison of irrefutable facts.

"Unfortunately, just sticking to the facts doesn't necessarily mean you'll avoid criticism. When I said that GE Power runs the Oracle E-Business Suite, a front-page article in *The Wall Street Journal* took me to task for being intentionally misleading. They thought that I should have listed the names of the specific GE Power locations that were currently running the suite and identify exactly which parts of the suite each location was running. Give me a break. I never said that GE Power runs the E-Business Suite everywhere for everything. I never said that GE Power

*LE writes: Every once in a while there's even a kernel of truth in some of the things Tommy Siebel says. I don't like Tommy very much. He says nasty things about me all the time. I hope he will have run his company out of business by the time this book is published. He appears to be working hard at it.

has no other software except Oracle software. I said that GE Power runs the E-Business Suite. Period. I suppose I could say that GE Power runs lots of parts of the E-Business Suite at lots of locations. That's true too, and it's a bit more specific, but it sounds strange. So I'll just keep saying that GE Power runs the E-Business Suite and leave it at that. That may not be precise for some, but it's the truth."

What about Ellison's claim when the E-Business Suite came out that it was complete, wasn't that an example of deliberate overclaiming that came close to lying? Ellison laughs. "Well, words like 'complete' and 'unbreakable' are relative, not absolute. Our E-Business Suite is much more complete than any other suite of applications. In the high-tech manufacturing industry the E-Business Suite is close enough to being complete to be called complete. In the insurance industry it's less complete. Our database is so much more reliable and secure than any other database system that it's okay for us to call it unbreakable. Tandem [the fault-tolerant computer company] called their computers 'nonstop' because they stopped much less frequently than other computers, not because Tandem computers never, ever stopped. I read that some analysts say that our claim that the 9i database is unbreakable is outrageous because everyone knows that nothing is truly unbreakable. Fine. If the earth falls into the sun, our database will break—that's true, so I'm a liar. Whatever." Ellison does, however, accept that he can sometimes push an argument or an idea just that little bit further than it can stand. "Once I believe in a new, important idea I get very enthusiastic and I couldn't say anything nice about believing in Internet architecture, I couldn't say anything nice about client/server. Once I started believing in integrated applications suites, I had a hard time admitting that there was any value at all in any best-of-breed product. Once I've thought something through, there's no intellectual uncertainty remaining. Once I enter a crusade, I cease being objective and I become a zealot."

Another aspect of Ellison's bravura style is equally calculated: leadership. "You cannot lead if you're filled with uncertainty. Imagine two officers each leading a company of marines up a hill. The first one says, 'Men, we're going up this hill and we're going to kill every fucking enemy solder on our way to the top. I'm going first, and you're all going to make it to the top with me. I haven't lost one of you yet. Follow me, men.' Cool, competent, and confident. I'm ready to follow that guy. The second guy says, 'Men, we're going to try to take this hill. I have to admit that I don't know how many enemy solders are on this hill. And I've never really done anything like this before. But I'm willing to go first if you're willing to follow

me. We might make it; we might not. There's no way to know for certain. Even if we make it to the top, it's highly likely that some of us will be killed. Follow me, men.' Well, the second guy is impressively honest about his fears and uncertainties. Maybe he should become a psychotherapist. But there's no way anyone is following that guy anywhere."

• • •

Like a lot of people, I still find it hard to understand how someone with as many choices as Ellison, who for most of the last fifteen years has had more money than he could spend and who clearly has a low boredom threshold, can bring himself to keep on doing the same thing. He says, "My sister told me that whenever I got too close to a goal I'd raise the bar for fear of actually clearing it. We're endlessly curious about our own limits. The process of self-discovery is one of testing and retesting yourself. I won the Sydney-to-Hobart. Can I win the America's Cup? I'll find out. The software business is a more difficult test; it's a much higher stakes game; there are more people playing this game; it's a lot more interesting game; and it's a lot more exciting. If I wasn't doing this, I'm not sure what else I would be doing with my life." * It seemed like a far cry from Ellison's original motivation of founding Oracle—to have enough control over his own life not to have to spend time with people he didn't like or doing things he didn't like. "We change as our circumstances change. Financial independence means you no longer need to trade time for money. But once you've been liberated, the freedom that comes afterwards can be difficult to manage. The good news is that suddenly you have all these choices; the bad news is that suddenly you have all these choices. So you've got to figure out what it is you really love to do, because there's no other justification for doing it. And if you can't find anything you love, you have to settle for doing something that's merely important."

Did Ellison still love his job when Oracle came close to self-destruction in 1991? He says simply, "It's not like I had a choice then. I had to save Oracle to save myself." What if he had been forced out? What if Don Lucas had denied him that chance? "I'd have done what Steve [Jobs] did [after being booted out of Apple]. I'd have started another company to

*LE writes: I'm chairman of the board of Quark Biotech, a molecular biology research and drug company. If for any reason I left Oracle, I'd probably go to work for Quark full time. That prospect should scare the hell out of the guys at Quark.

try and prove it all over again, first and foremost to myself." So he would have put at risk his entire fortune, at that stage around $150 million?

"Without question. Oh, yes! It was my life that was at risk, not my money. It has nothing to do with courage; I just can't accept defeat until I've been carried dead from the field. I'm one of those chess players who will stare at the board for as long as it takes to find a winning line of play. I have a lot of endurance: intellectual, emotional, physical. The clock in the software game is measured in years, not minutes. It took twelve years to make our bloody database-clustering technology work. But we knew if we could make it work we'd win. If we can make the E-Business Suite work, and I think we can, we'll win again. I'm optimistic, but not irrationally so. We're pretty good at coming up with winning strategies; the problem is, our strategies are technically very, very hard to implement. But difficult strategies, well executed, can lead to great victories. Hannibal crossed the Alps with elephants to beat the Romans at Cannae. Napoleon crossed the Alps without elephants to beat the Austrians at Marengo. Database clustering was really hard—it required elephants. The E-Business Suite is just a march over the mountains. It's a long way to the top, but we'll make it."

If the prospect of beating IBM or Microsoft is one of the things that gets Ellison up in the morning, there are other satisfactions. One is the straightforward pleasure that comes from solving a problem or making a piece of technology work. "Watching a cluster of eight Compaq PCs running faster and more reliably than a big-ass IBM mainframe is just so incredibly cool. It's the same kind of thrill as when the Wright boys took off on *Kitty Hawk*. It's off the ground! Oh my God, it actually flies! This changes everything. Database clustering is cold fusion that works—it works." *

What Ellison hasn't said is that he gets satisfaction from making the businesses of Oracle's customers run better. It's the kind of thing that politically correct CEOs are supposed to say. "GE is a wonderful company, but it's not my company; it's not the team I play on. I'm happy if General Electric is happy with our software because that means our software's good and we'll probably sell a lot of it. We work very hard to make our customers successful, because that's how we make Oracle successful. When the Lakers win a basketball championship, they may say they did

*LE writes: Okay. Maybe database clustering is not as cool as flight. But it's close.

it for the fans, but I don't really believe them. I think they did it for themselves. As a fan that doesn't bother me at all. I'm just glad they won.

"I get a lot of satisfaction from my job. There's the intellectual satisfaction that comes from solving a really hard problem. There's the satisfaction of seeing our software help our customers, especially in health care and government, where good information can actually save lives. But it's not altruism, and it's certainly not the money. Maybe it's just vanity that motivates me. You can never really be certain of anyone's motives, including your own. You are better off measuring people on what they do rather than the unknowable 'why?' I don't know why the Lakers played well, I'm just glad they did. I don't know, can't know, and don't care what motivated Jonas Salk to try to make a polio vaccine, I'm just glad he did. If you want to understand why people do things, then take a course in evolutionary psychology. What we want to do with our lives is the most important question we all have to answer. So if I could do anything at all with my life, what would I do? I'd cure cancer.* I'd much rather cure cancer than become the richest guy in the world. Why? Because I'd be a much happier person if I cured cancer. Why? Because I'd be loved. Why? Because people don't want to suffer painful death. Why? You know why."

Although Ellison talks about a life after Oracle in which, among other things, he would spend time working on his new passion, molecular biology, the level of success that he says that Oracle must achieve before he can leave is so daunting that he may never be able to escape. "I'm stuck here for the duration; there's no way I can stop until I know how this story ends. I think even if I found out I was dying and I had a year to live, I wouldn't change my life very much."

*LE writes: Yes, I know that cancer is a collection of diseases and it is very unlikely that there will ever be a single cure. Still, my mother died of cancer and I want to cure cancer. That's where most of my money and all of my time after Oracle are likely to go.

# 17

# ALTERNATIVE STRESS

*May 2001*

Approaching Ventura Harbor by road from the little airport where Ellison has just landed his Citation, we can see the strange gunmetal gray sails from a mile or two away. The flat, featureless countryside and the low-rise buildings that straddle the slightly run-down little port offer no visual competition to the two tightly sculpted, towering airfoils that move balletically together as if directed by some hidden choreographer. The sails belong to the two boats that Ellison's Oracle Racing team is using to train for the 2003 America's Cup. Previously, they belonged to AmericaOne, the top-placing U.S. challenger in the 1999 series, and were purchased in August 2000 as part of a deal in which Oracle Racing beat rival Craig McCaw's Seattle team to acquire AmericaOne's physical assets and many of its key people—an invaluable foundation for a team that had not collectively competed for yachting's most prestigious trophy before.

Since April, most of Oracle Racing's nearly 100-strong team and their families have been quartered in and around Ventura, California. The spring and summer breezes at Ventura are a good match for the conditions the team can expect to meet in New Zealand in twenty months. Oracle Racing contributed $75,000 to have the harbor dredged to a depth of sixteen feet to accommodate the team's giant eighty-foot yachts after Ventura Mayor Sandy Smith convinced Oracle that its closely guarded design secrets would be safer from prying eyes there than at the more populous Long Beach harbor. It's a boost for the port because the team will spend several million dollars, and their presence will encourage visits from other sailing enthusiasts.

We've been met at the airport by Bill Erkelens, who has managed Team Sayonara, Ellison's world championship–winning maxi-yacht team, for the last six years and is now chief operating officer of Oracle Racing. Every evening, all the information on the day's sailing is downloaded onto an Oracle database (which is running on a Digital supercomputer donated by Compaq). From there, it's e-mailed to Bruce Farr and Mickey Ickert in Annapolis, Maryland, the designer of the new boats that will contest the cup and the team's sail designer, respectively. There has been no word from the trophy holder, Team New Zealand, about a meeting with the challengers to agree on the ground rules for the 2003 competition, and Erkelens wants to know the dates for the qualification races, called the Louis Vuitton Trophy, and where exactly off New Zealand the races will be run. One of the reasons why holders of the trophy are traditionally so difficult to unseat is that they keep challengers in a permanent state of uncertainty. While Team New Zealand will want to avoid being accused of deliberately unsportsmanlike behavior, it's not about to surrender any of the incumbent's advantage if it can help it.

After inspecting the team's headquarters—a series of portable offices and a dry dock big enough for both boats when they are hauled out of the water each night to have their hulls scrubbed and be reconfigured with the latest ideas from Annapolis—we board one of the chase boats, a high-powered thirty-six-foot whaler. Once clear of the harbor, the chase boat closes in on the two racers out in the bay. Even though the team owner is about to come on board, there's no question of interrupting the racing. The whaler expertly comes up alongside *USA 61*, and Ellison, Erkelens, and I jump aboard, allowing the chase boat to careen smoothly away without hampering *USA 61*'s chances of overtaking *USA 49*, slightly ahead. At first, Ellison seems content to crouch out of harm's way near the stern of the boat. But not for long. As *USA 61* goes about, Ellison signals that he wants to drive. Without any fuss, John Cutler, the team's number three driver, hands over to Ellison. The trimmers and grinders go about their work with the same intensity, the numbers are called from instruments that provide telemetric data on the other boat's speed and position, and the race tactician continues to feed his thoughts to the driver.

And how does Ellison do? It takes him a few minutes to adjust his balance to the boat's progress through the water, but after that, he's sailing pretty well, taking in the mass of data being hurled at him and losing no ground to the other boat, which is being driven by Peter Holmberg. Thanks to a lucky guess about where the wind might be blowing more strongly, we actually overhaul and beat *USA 49*. Did the other boat let

SOFTWAR

Ellison win? It's not very likely. Ellison is treated by the crew with respect but no hint of deference.*

No sooner has that race ended than we're maneuvering to begin another. Erkelens, who says this is about the first time he's been out on the water since the team arrived at Ventura, describes the crews' time out in the bay as being like "groundhog days"—a continuous loop in which one race follows relentlessly and repetitiously after another. Thoroughly pleased at his earlier success, Ellison decides he will drive at the start of the next race. Despite the fact that these are essentially sparring sessions, any advantage at the start, which, as in Formula One racing, is frequently decisive, must be fought for. It's not uncommon for the boats to make contact and even sustain quite significant damage. Before the start, which is closely overseen by the two chase boats and an umpire's boat, USA 49 and 61 circle each other aggressively. The boats are now making nearly ten knots—fast enough to have a fairly big accident.

Suddenly the race is on, and immediately Ellison is muscled out of position. USA 49 makes it past the starting buoy a few meters ahead and with the right of way on the starboard tack. This time Ellison doesn't get any breaks, and the distance between the boats becomes unbridgeable. The concentration required to maneuver these highly strung machines under the critical gaze of some of the world's best sailors is draining, and he has been at the wheel for the best part of two hours. The boats are now running downwind, something that Ellison finds less entertaining than sailing close-hauled, and he seems happy to hand over the helm.

• • •

Bill Erkelens met Ellison late in 1994 through an Atherton neighbor of Ellison, a New Zealander named David Thompson. Erkelens has sailed all his life. During summer vacations from university, he would earn money delivering boats for wealthy owners to and from Hawaii and

*LE writes: Passing another boat in America's Cup match racing is both difficult and rare. But I was able to maneuver USA 61 into a nice position and capitalize on a favorable wind shift. I was very pleased when we tacked and found ourselves clear in front by a boat length. There is no way Peter would willingly let me pass him. He was trying to become the number one driver on our team, and you don't get that job by losing races to anyone, especially me. He was pissed when he got passed. He was looking to get even in the next race, and he did.

ALTERNATIVE STRESS

prepare boats for sailors in the annual Trans-Pac (San Francisco to Honolulu) race. One of these was Thompson, whose boat won his division and came in second overall. About the same time, Thompson had begun encouraging Ellison to take up sailing. Ellison recalls the day that he was working out on the StairMaster at the public gym. "The guy next to me was David Thompson. David just casually asks me if I sail. I said, 'Yeah, I used to sail. I used to sail a lot.' Then he asked if I've ever raced, and again I said yes. So he goes on to ask me if I'd be interested in racing a maxi—the biggest, fastest class of racing sailboats. I'd always loved sailing, but I had to give it up in my late twenties because it was too expensive. I couldn't afford it then—but I could afford it now. So we started doing some research, and we signed up the best designer, Bruce Farr in Annapolis, and the best builder, Mick Cookson in New Zealand, the best spar maker, Steve Wilson in New Zealand, the best sail maker, the best this, the best that. We found the right people to design and build the fastest maxi in the world. Shortly after David put the idea into my head, the Sayonara was being designed as an all-out race boat whose only purpose was winning."

Thompson had promised Ellison to find someone who would help to oversee the project and run the boat. Since one of the first races that Ellison wanted to enter was the Trans-Pac, Thompson had no hesitation in recommending Erkelens. He went out to Atherton to meet Ellison and go through the first set of drawings of Sayonara. Erkelens was hired on the understanding that he would go and live in New Zealand for the six months that it would take to build Sayonara. He says, "I was keen to do it, so we signed on. But it was a big decision for us. My wife, Melinda, was an attorney, and leaving her career a couple of years from making partner and going to work on boats meant that I was not very popular with her family."

For the first year of the "campaign," Erkelens took his orders from Thompson. But when Thompson's businesses began to suffer due to the time he was spending on Sayonara, he withdrew and Erkelens was left in charge of running the program. Ellison was clear that his objective was to win races. But Erkelens says that it soon became something more than that. "Initially, it was a results-oriented thing. But then we sailed a nine-day race to Hawaii, and he just absorbed it all. He was up all night staring at the stars, sailing along in the middle of the night with the dolphins and the whales—he just loved it. It was a beautiful place to be, and he was proud of the boat. . . . One thing that struck me was how important the people were to him. He got a group of people he was comfortable

with and enjoyed their company. That became a really important part of the whole campaign.

"The one thing that strikes everyone about Larry is that he has confidence in the crew. He does not second-guess them or question them or want to show that he can do a better job. He is quite happy to be part of the team, working with the team and doing his part. I don't want to demean other owners, but he does not seem to stick his finger into the pie just for the sake of doing it. He knows what he wants done, but he does not tell people how to do their job. I guess he gets people who can do their job well, and he respects them for that. I think that is why the people are so comfortable about it." What about when Ellison is driving the boat? Is he willing to be influenced in terms of tactics and other inputs from the rest of the team about what he does? Erkelens says, "Yes, he works really well with our trimmers, who really have a direct line to the feel of the boat through the sail. Then there are the numbers from the onboard computers—it's a very technical game. Quite a few people on the boat stay on the numbers, and there is also the feel of the rudder. He has the force on the rudder, which he needs to react to, so it's a very dynamic job. He has to work with those people; otherwise he will not be able to do it."

Although I'd now seen Ellison sailing for myself, I found it hard to believe that, never having sailed at this level, Ellison could so quickly contribute something other than money to the team. Erkelens insists, "The first two races *Sayonara* did were down the coast of California. He did a lot of driving in the Cavalier race, which we won, and he did a phenomenal job. A lot of it is about numbers and concentration. He has a mind for numbers, it seems, and he concentrates, so he did really well at it. But I must admit these were ocean races, so he was not right next to another boat. It's harder to judge. . . . After that we took the boat to New Zealand and did a little refit to adjust to the new handicap. We got it prepared because for the first time we were going to race alongside other boats in Hawaii. But when we got there, he did an excellent job and we won the regatta. We did not win every race—I think we might have a few seconds—but we won most of our races. Then we thought, 'Well, this is all good for us,' because what was shaping up was that the Owners Association decided they were going to enforce the owner-driver rule. The owner has to drive at the start and the first lead and then two thirds of the race after that. What happened in San Francisco, in 1996, was that there was a bit of a standoff where the other boats were going to withdraw from the regatta before it started if Larry did not commit to their rules of driving the boat. I think he was a little reluctant at first, but he

agreed to do it. He started the boat and did the first upwind leg, and we won every race by a long shot. All of a sudden we overcame this confidence hurdle. He was better than all those other owners."

Nevertheless, Ellison had been frank (or modest) enough to admit to me that with the best boat and the best crew, he could be 10 percent less good than the next guy driving and still stand every chance of winning. Erkelens says, "We always had, in my opinion, a little bit better crew, a little bit better sails. But I still think Larry was better than the other maxi yacht owner-drivers."

Chris Dickson, *Sayonara's* skipper for most of the last four years, is now on a retainer of nearly $1 million a year, fulfilling the same role for Oracle Racing. Dickson is notorious for his willingness to scream criticism at some of the world's best sailors, and the yachting press has been running stories about a bust-up in the Oracle Racing compound a few days before in which fists flew. He says of the approach he brought to Team Sayonara, "We have an uncompromising commitment to winning. We don't accept excuses for anything. We have an absolutely ruthless approach to doing the best we can." What is also not in doubt is his genius. Few who have sailed with him, including those who have endured his volcanic temper, dispute that there is anybody better at skippering a racing yacht.

Ellison recalls the arrival of the Kiwis: "We made some key crew changes, and we immediately started sailing better. Chris Dickson and Brad Butterworth were both great to get on board. If there are better sailors in the world than those guys, I haven't met them. The Kiwis are the world's best sailors, no question about that. But what I really enjoyed was the greatly improved chemistry on the team. The Kiwis we had on board were older than their American counterparts, and they came from more diverse backgrounds. A lot of the American sailors are privileged yacht club kids. Not all of them. Mike Howard, one of our American grinders, is as regular as a guy can be. Anyway, the Kiwis are more blue-collar types. You know, 'My dad is an auto mechanic, and he taught me how to sail.' 'My dad is a postman, and he taught me how to sail.' 'My dad is a farmer.' 'We raise red-tail deer—and sail.' Everyone in New Zealand sails, young and old, boys and girls. Everyone. So New Zealand's best sailors are a true cross section of the community.

"The America's Cup really should be renamed the New Zealand Big Boat Championship. New Zealanders are the key sailors on Alinghi [Switzerland], Oracle [USA], and Prada [Italy]. And of course Team Zealand is made up of mainly Kiwi sailors. That's not to say that there

aren't some pretty good American sailors; there are. But the Kiwis are better—much better."

Ellison says that Dickson reminds him of his friend Steve Jobs, the founder and once-again boss of Apple Computer. "Dickson wants everyone to do everything perfectly all the time. He's so brilliant at what he does and so unforgiving of himself that he becomes unforgiving of others." Erkelens adds, "The parts of Chris's personality that rub some people up the wrong way don't really seem to get to Larry. He's getting all the benefits without the negative impacts of Chris's methods, which isn't to say that Chris doesn't qualify his behavior around Larry a little bit . . . even though I'm pretty sure that Chris has had a little shout at Larry here and there under extreme stress."* But while Dickson may be willing to yell at Ellison just like any other member of the crew, he doesn't forget that it's Ellison who's paying the bills. When Ellison made it clear that he wanted to sail the start of the 1998 Hobart, despite the risk of an accident because of the hundreds of yachts jockeying for position in Sydney Harbor, Dickson had no objections. On the eve of the race, he told the other Sayonara helmsmen, "He'll have the helm for the start, and he'll keep it until he gets sick of it. I'll be there to give him guidance. He's the boss, and that's it."

The 1998 Sydney-to-Hobart, which Sayonara won, has gone down in yachting history as one of the most lethal ocean races ever: only 43 of the 115 boats that started made it to Hobart. When the fleet hit hurricane-force winds in the Bass Strait, which separates Australia from Tasmania, seven boats were abandoned at sea, five sank, and six sailors lost their lives despite the heroism of the air-sea rescue services. Ellison has said he was traumatized by the experience, and he has sworn never to enter the race again.†

Erkelens had a close-up view of how Ellison responded to the stress and the physical danger: "Well, I think he and the rest of the crew were in

*LE writes: Once, right after the start of a race, Chris wanted me to sail the boat between 10.4 and 10.5 knots. He had good tactical reasons for having me do that. If the boat ever dropped to 10.3 knots or got up to 10.6 knots, I heard about it. I like that about Chris. His job is to win races, and he expects everyone to perform, me included.

†LE writes: I wasn't "traumatized" by the race, but I sure didn't enjoy it. I'd have to be an idiot to spend any more of my Christmas holidays throwing up on a sailboat. (The Sydney-to-Hobart race starts on December 26.)

awe of the size of the seas, the conditions of the ocean, not just the wind. There was wind, sixty-eight knots or whatever, but the sea state was much bigger than that wind would normally kick up. Even people on our boat that had done three or four Whitbreads (the around-the-world yacht race) were amazed at the size of the waves. It was difficult for everyone, it was physically stressful . . . you could not sleep, you were being bruised by the waves smashing you. Larry told me that he was comfortable in the situation as long as we—the rest of the crew—were comfortable. The point is, I think, that he had confidence in us, confidence that we would get through it. He could have been in a safer place, that's for sure. But if you were going to do it, you could not have been with a better group of people. I think that helped him deal with the situation."*

For Erkelens, Ellison's finest hour as owner-driver of Sayonara was not the 1998 Hobart but a long-distance race to Bermuda that was part of the 1997 Maxi World Championships. The race was worth 1.5 times the normal number of points to the winner, but it didn't go well for Sayonara. Erkelens says, "It was a real light-air race, and on the evening before we finished, we saw boats several miles ahead of us on the horizon jibing to make Bermuda on starboard. We were losing the regatta at that stage." The leading boat was Alexia. If Alexia won the race and Sayonara failed to finish higher than fourth, Alexia would win the World Championship by half a point. The race tacticians thought they had come up with a way to use the wind angles to bring Sayonara back into contention. But if they guessed wrong and the winds became lighter again, Sayonara would not be able to take advantage of her superior size. In fact, the wind did begin to lighten. Erkelens says, "I remember Larry saying, 'You guys . . . I think we need to jibe.' So we jibed back and he made a strong call, some people were rumbling a little bit, we jibed back into the cloud and got another six knots' breeze or so and sailed for another hour and a half. It turned out we had sailed around them all except Alexia. At that stage Alexia was fifty miles ahead, but by the finish we had shaved that down to about six. It took another ten hours for the rest of the boats to even finish. That really impressed me. It was the biggest single gain we ever made in a race."

*LE writes: The crew was simply amazing. The boat was leaping off these huge waves, but somehow they managed to put up the storm sails. Think about a rodeo cowboy trying to change shirts while riding a bull. I've never seen anything like it.

• • •

Ellison first learned to sail when he came to California in the mid-1960s. He took a sailing course at the University of California and got started on "a little plastic boat called a Lido 14." He says, "I should tell people I attended the University of California and majored in sailing." He enjoyed it so much that a year or so later, when he was twenty-five, he bought first a twenty-four-foot boat and then something quite substantial: a thirty-four-foot racing sloop. "I was passionate about sailing and the idea of sailing . . . the idyllic independence . . . traveling with the wind . . . that kind of stuff. I guess a lot of people have dreams of sailing around the world. I was one of them. I remember reading Robin Lee Graham's story of sailing his twenty-four-foot sloop, the *Dove*, around the world. It was published in *National Geographic*. I'm pretty sure it was the most popular story they ever ran." But if Ellison, like most other leisure sailors, fantasized about circumnavigation, the reality was more prosaic: "I was just racing around the bay, sailing out to the Farallons [islands 27 miles west of San Francisco] and back. I was having a good time. The trouble was, I really couldn't afford it." The point was driven home to him when racing *Galilee Hitchhiker*, the thirty-four-footer he had bought by borrowing $25,000. During a slight storm at the start of a light-ship race, the jib halyard broke and Ellison's first wife, Adda, nearly fell overboard trying to bring the expensive sail back on board. Soon afterward he sold the boat. "I finally had to accept that eating came before sailing in Maslow's hierarchy of needs." Adda had become so worried about how much money the boat was eating that she was driven to seek counseling.

It was years before he got back on the water. He was a wealthy man from the day that Oracle went public in 1985. Surely, when he looked at other people's boats, he must have thought, "Why don't I go and get one like that?" "It just never really occurred to me. When I wanted to go on holiday, I'd always go to warm places near the water, like Kona Village in Hawaii, but I never went on boats. I read, rode my bike, surfed a bit, but no boats. As my son, David, got older, he rekindled my interest in a lot of things. He got me back into flying. He got me back into playing guitar. Another David [Thompson] got me back into sailing. Then my ex-girlfriend Kristine convinced me to buy my first motor yacht. It was the summer of 1996, and we were in Sardinia for the maxi sailing world championships. Kristine was standing at the dock and staring at this huge, white 200-foot luxury motor yacht. Suddenly she pointed at *Say-onara* and said, 'That's not a yacht.' She then pointed at the 200-footer and said, 'That's a yacht.' To my credit, I immediately recognized that she

was right, so I went right out and bought *October Rose* [renamed *Satura* by Ellison and subsequently the center of a legal dispute with the yacht broker], a 192-footer, from Kirk Kerkorian for around $10 million. I'd never even been on a big motor yacht until I bought one."

What Ellison seemed to be saying was that it had taken him a while to realize he was rich enough to indulge whatever desire he might have. "It's true," he says. "My life had been focused on work, work, and more work. Oracle had crashed in 1991, and I couldn't rest until it was healthy again. I didn't have any time to spend money or think about spending money. I bought a house [in Atherton] in 1992, but that was my only house, and I only had one car. The car was a Mazda RX7. Don Lucas told me I had to get rid of the RX7 and buy a more appropriate car for business. I loved my old rotary-engine RX7, but Don was right, so I sold the RX7 and bought a big silver Mercedes. A few years back Mike Seashols [Oracle's then head of sales] had looked at my cheap Seiko watch and said, 'Come on, Larry, you shouldn't wear a watch like that. You should have a Rolex.' He then handed me his solid gold Rolex President so I could feel how heavy it was. I went out a bought a Rolex, but in stainless. I just couldn't deal with the gold. Anyway, it took a while and a lot of help from my friends, but I'm now world class at buying things. I moved from Rolex to Patek Philippe. I still have a Mercedes, a couple of them actually, plus the new BMW Z8, a McLaren F1, and a Bentley. It took me a while to learn how to spend money, but once I got started"—Ellison laughs—"I discovered that I have a real talent for it."*

So when David Thompson put the idea into Ellison's head that he might like to get himself a maxi yacht, he was pushing on an open door. But why did he want a pure racing machine instead of just a really nice, big sailing boat? "I talked with Rupert Murdoch about the big luxury sailing yacht that he and his family enjoy spending time on. But I never thought of sailing as a form of relaxation. To me, sailing is about adventure and competition. Sailing is completely unpredictable. If Mother Nature decides to make things difficult for you, it can get pretty intense, pretty fast. You always have to be prepared for that. If I want to relax, I'll read a book." I'd mentioned to Ellison a few days earlier a theory I had that people who had very intense work lives often found relaxing diffi-

*I.E. writes: While I enjoy spending my own money, I still hate spending Oracle's money. I'm very cheap at the office. We have no company planes, no company cars, no company art, etc.

cult and that the best that they could do was to find some alternative stress that so fully engaged their attention that it drove everything else out of their mind. Ellison said, "That's certainly true for me. I'd never heard the expression 'alternative stress' until you said it, but it immediately struck me as a perfect explanation for all my hobbies. Sailing and flying are definitely alternative stress activities. Driving the boat or the plane demands total concentration. Playing classical guitar is not stressful, exactly, unless I do it in public, but it requires one hundred percent of my attention."

So the idea of racing at the very highest level just seemed like an obvious thing to do if you were going to do it at all? "Why not? I could afford a big maxi boat—they're slightly larger than the America's Cup boats and maybe slightly faster—and the idea of racing one seemed very exciting to me. My nephew, Judge Jimmy, wanted me to buy a basketball team. But if I bought an NBA team, league rules would prevent me from playing point guard—that plus a strong aversion to public humiliation. Anyway, the point is, I don't want to watch; I want to play. I want to be a part of the team. I want to be taught by, coached by, and sail with the best people in the business. I like feeling a part of the team at Oracle. I enjoy the people I work with very, very much; otherwise I couldn't spend so much of my time with them. Sailing is similar in one way, because I love working with the Sayonara crew, but it's totally different in another, because I'm not the star. I'm just a pretty good amateur driver. The rest of the Sayonara crew are the best professional sailors on the planet. Chris Dickson, Brad Butterworth—these guys are unbelievably good at what they do. They're the best. When we won our four maxi world championships, I usually raced against other amateur drivers, but some of the time I got a chance to drive against the best professional drivers in the world. I've even been at the wheel of Sayonara when Russell Coutts was driving Morning Glory. Imagine going head-to-head with Russell Coutts! How cool is that?" *

From 1996, Sayonara competed in all the maxi-yacht series and nearly all the major ocean races. Ellison says that he missed only one, when his daughter, Megan, was graduating from grammar school. Sailing for several weeks every year, he also thinks his driving skills became better than

*LE writes: I drove our America's Cup boat quite a bit during the Louis Vuitton Cup leading up to the 2003 America's Cup, but I never got a chance to drive against Russell. I sure would have liked to have driven my America's Cup boat against Russell, just to be able to say I did.

respectable: "I'm very focused. I put the time in, and my driving got better and better. I did most of the driving during all four of our maxi world championships. Sayonara won every buoy regatta she ever entered. The second-best maxi team, Morning Glory [owned by SAP CEO Hasso Plattner and skippered by Russell Coutts], never beat us, not even in one race. We came second in a couple of ocean races, like Bermuda, but we won every buoy regatta. I'm very proud of that. One of the reasons I did the 1998 Hobart was to find out how much I had improved as a driver since 1995, the first time I did the Hobart. I thought I had improved a lot. I wanted to test myself." The time Ellison spent sailing—the alternative stress—coincided with accusations from within the company that his new interest and his new toys were taking him away from Oracle.

Naturally, he doesn't agree. "Winning is a habit. So is losing. Competing and winning at sailing has made me more confident, intense, and determined to win at Oracle. Winning breeds winning. The more you win, the more you want to win. The more you win, the more you think you can win. The four of our four world championships were very close. I won a key start against Morning Glory. I drove past Boomerang during the first windward beat after she got our ahead of us at the start; and I made the critical tactical call on the Bermuda race. Had I screwed those three things up, we would have won only one world championship. But I didn't screw up, and we won four. I did my job, and so did everyone else on the crew. So we ended up winning them all—even one that seemed utterly hopeless.

"One year, the final race of the maxi world championships was the ocean race to Bermuda. We were comfortably in first place after the buoy racing finished, but we still had to finish at least fourth in the Bermuda race to take the championship. Now, ocean races are rarely included in world championship regattas because they are much more subject to chance than racing around the buoys. You can have the fastest boat and the best crew and still lose an ocean race. In an ocean race the boats are often tens of miles apart, some in much more favorable wind than others. Well, the wind gods really had it in for Brad [Butterworth] on this race. The first two nights, the moment Brad came on watch the wind just died. [During ocean races Sayonara races with twenty-four people, who are divided into three groups of eight. Two of the groups are on watch up on deck while the third group sleeps below.] We were becalmed for two nights in a row. We just went nowhere for hours and hours. After the second day's position report, we knew we were in tenth place, behind some boats we had never even heard of. Desperate times call for desperate measures. I looked at the latest weather charts on the computer and de-

cided our best chance would be to head as far to the left side of the race-course as possible, where we might pick up more breeze and a better wind angle. This was a very risky bet. Conventional wisdom says that on a long race you stay near the middle of the racecourse and keep your tactical options open. Anyway, I overruled the tactical team and sent the boat to the far left-hand side of the racecourse. We were so far behind I thought that the only chance we had was sailing in a part of the ocean where there were no other race boats. If we got lucky, we'd get a favorable breeze all to ourselves. That's exactly what happened. The further left we sailed, the more breeze we got. Then we got a favorable shift in the wind direction. Everything came good. We rocketed on by all the boats that were in front of us except *Alexia*. It was a high-risk call, and I got lucky, okay, I know that. It was a lucky call. But it was my call at a critical time, and it gave us the championship. I'll never forget it.

"Another thing I'll never forget is the start of one of the buoy races during the world championships in Newport, Rhode Island. It was just before the gun, and *Morning Glory* was well set up near the downwind end of the starting line. I had *Sayonara* to the right of *Morning Glory*, and it looked like there was no room between them and the buoy. We were both on starboard tack, and *Morning Glory* had right-of-way because she was the leeward boat. If I couldn't squeeze between *Morning Glory* and that right-hand buoy, I was going to have a very bad start. So we eased the sails a bit and headed directly for *Morning Glory* at about twelve knots. As we closed to about half a boat length of *Morning Glory*, the guys on *Sayonara* started screaming, 'No room, no room, turn the boat.' Anyway, at the last second I turned up hard. I was going to get a penalty if I touched either *Morning Glory* or the buoy. But I made it. We started two feet to the right of *Morning Glory* and two feet to the left of the buoy. It was very close to a massive high-speed collison. We had lots of speed at the start, so we quickly got over the top of *Morning Glory*, and Chris had me tack onto port and head out to protect the favored right-hand side of the course. I said, 'Chris, Chris, did you hear those guys screaming, "Turn the boat, no room, turn the boat"?' He stares intensely right at me with those blue laser eyes and asks, 'Did you hear me screaming?' I said, 'No.' Then Chris smiles slightly and says, 'Nice start.' I think, 'Wow, Chris never smiles.' It was my best start ever."

• • •

Ellison knew that the 1998 Sydney-to-Hobart race was likely to be tough. The wave conditions in the Bass Strait usually guarantee that.

"The Southern Ocean, the ocean that circles Antarctica, is unique because there's no landmass interrupting a wave's journey around the world. The waves just continuously travel around and around, getting bigger and bigger. The world's biggest waves, sometimes more than a hundred feet high, form in the Southern Ocean. The shallowest part of the Southern Ocean is a ninety-five-mile stretch of water between southeastern Australia and the island of Tasmania. It's called Bass Strait. When big waves pass over a shallow sea floor, they become very steep. The friction of the sea floor slows the bottom of the wave and causes the face of the wave to become a vertical wall of water [he makes a gesture with his hands]. Under severe conditions the waves can break. The shallows trip the wave and topple it over forward, just like a wave approaching a beach. In Bass Strait the waves always have steep vertical faces, and they come very close together. They hit your boat in rapid succession—bang, bang, bang—very unpleasant. But they almost never break. In an ocean storm it's not the speed of the winds or the height of the waves that threatens your survival, it's the steepness and the frequency of the waves. The constant battering of steep, high-frequency waves can break critical gear and cause crew injuries. A single breaking wave can cause severe structural damage and send a boat to the bottom in a couple of minutes."

Ellison had wanted to do the race again because he thought he was now good enough to be the primary driver and it it was a way of proving himself both as a sailor and as a man. Compared to the big-wave body surfing in Hawaii a couple of years earlier, where he had broken his neck and nearly been left a paraplegic, sailing the Hobart seemed perfectly sensible—macho, but not potentially deadly. It made you more impressive in the eyes of others and gave you a collection of exhilarating memories. He says, "The Sydney-to-Hobart is one of those events that everyone thinks of as cool because it's dangerous. But it's not really a dangerous race, I mean, it's not life-threatening, it's just a hard, demanding race. You have to be reasonably fit to cope with the pounding in Bass Strait, but it's pretty unlikely that you'll get hurt. In 1995, we hit winds of about forty-five knots, got banged around a bit, and won the race. It was just your typical Sydney-to-Hobart. The 1998 Sydney-to-Hobart was not typical. I don't know how, but somehow I managed to pick the one year out of a hundred when the risk wasn't an illusion. We sailed into a hurricane.

"During the morning weather briefing, we were warned that there was going to be a storm—forty-plus knots—in the Bass Strait. What a surprise. Predicting a storm in the Sydney-to-Hobart is like predicting a cool summer night in San Francisco. Summer nights are always cool in San

Francisco. So wear a sweater. No one was concerned about the storm forecast. No boats pulled out of the race. The weather in Sydney was absolutely perfect. It was warm and sunny, and nearly a hundred and fifty boats were tacking and jibing around the most beautiful harbor in the world, trying to get into a good position for the start of the race. During our pretace maneuvering we managed to break a carbon fiber gear in one of our brand-new winches. Dickson got really pissed off: 'How the hell can we break one of our main winches in light air before the goddamned race has even started?' It was a good question. We only had about ten knots of breeze, and you're not supposed to break stuff in light air. I was driving the boat, and I was glad he didn't blame me for the damage. Anyway, we didn't have time to fix the winch before the start of the race, so I had to tack the boat very slowly and very carefully. That made starting more difficult.

"Chris was standing right behind me, barking our tactical instructions. I was at the wheel, doing what I was told. Chris had me stay away from *Nokia*, the biggest boat in the fleet, because they had a nasty habit of banging into nearby boats. We were looking for a safe start. We got *Sayonara* into a good position for the beginning of the race, the gun went off, and we got up to speed. We did our tacks slowly and precisely. It was a good start. We rounded the first mark ahead of the rest of the fleet. *Sayonara* was the first boat to sail out of the harbor, through Sydney Heads, and turn to the south. Hobart is due south of Sydney; you set a course of exactly 180 degrees. As we made our right turn to the south, we dropped the jib and set the spinnaker. The breeze was out of the northeast and increasing. We were going through the water at about fifteen or sixteen knots. It was just about as perfect as sailing conditions could get. We had no idea what was going to happen to us over the next three days. If we had, we would have turned left and gone up north to the Great Barrier Reef. That's where all the sensible people having sensible Christmas holidays go. Instead we turned right and raced down the Australian coast toward the island of Tasmania.

"The wind was very puffy and heavy with moisture. These big puffs would hit the chute (spinnaker), and the boat would suddenly lift up and accelerate through the water. We were absolutely flying down the coast. It was very exciting. Then this really big puff hits the chute, and it just explodes—gone—ripped to pieces. We had a nice lead on *Brindabella*, the number two boat, but they caught up to us before we were able to set another spinnaker, a smaller one this time. I blamed myself for blowing the chute. If at the beginning of the puff I had come down fast enough—

turned the boat five or ten degrees to the right—maybe I could have saved the chute. I had been driving the boat for a couple of hours, and maybe I was getting tired. I thought I must have been sailing the boat at too high an angle. That's what put too much pressure on the spinnaker. Maybe I should get off the wheel. So I asked Brad [Butterworth] if he wants to drive. The wind is getting stronger, and it's very puffy, very heavy. It feels different from anything I'd ever experienced. We're now doing eighteen or nineteen knots, and I'm looking back, checking our lead on *Brindabella*. Then bang, we blew a second chute. The wind was twenty-five, gusting thirty. And the wind was continuing to build. After blowing two chutes we decided to be safe and set the mini—our smallest, strongest spinnaker. The mini is an unbreakable sail. The mast will rip off the boat before the mini blows up. Brad and I were taking turns driving, and the wind just kept on building. *Sayonara* was surfing through the water at amazing speeds: twenty-two knots, twenty-four knots, twenty-six knots. It was amazing. Maxi racing sailboats don't go twenty-six knots. But we were going twenty-six knots. Twelve hours into the race, *Sayonara* had gone twice as far—twice as fast—as the Sydney-to-Hobart race record holder. Wow, that's incredible. But what the hell is happening here? Why the fuck are we going twenty-six knots?

"Then this monster puff hits the boat. And the minispinnaker is gone. That's impossible. The mini can't break. Then I realize the mini didn't break, the spinnaker pole lost its fitting. The spinnaker pole is no longer attached to the mast, it's swinging wildly through the air. That metal alloy fitting is threaded into the spinnaker pole for about a meter. A meter's worth of three-quarter-inch metal alloy thread had just been extruded through our carbon-fiber spinnaker pole. What kind of force would that take? A hundred thousand pounds, something like that. That can't happen, can it? But I had seen it. We're talking about bringing up our other spinnaker pole, but the wind is rapidly clocking right—from the northeast to the east—so we set a jib instead. Soon the wind will be coming from the southeast. We're almost to Bass Strait.

"At the beginning of the race, just after you leave Sydney Harbor, you get prevailing winds out of the northeast. As you make your way south, the wind starts to shift around to the right. This clockwise shift is called the 'southerly buster,' and it rapidly takes the wind around from the northeast to southeast to the southwest. We were now well into the southerly buster, and the new wind was coming from the southeast. We had been carrying a jib for some time, and now we were hard on the wind, pointing the bow of the boat as close as possible to the direction

the wind is coming from. The sun was setting, the sky was covered with black clouds, and it had started to rain. The wind was blowing over forty knots and still building. As we entered Bass Strait, the sea state got dramatically worse. The steep waves started pounding against the bow of the boat, making it difficult for me to hold my course. We ease the sheets a bit to reduce the stress on the boat, the driver, and the rest of the crew. The winds pick up to over fifty knots, and it starts raining harder. Rain and salt spray at fifty knots feels like someone is repeatedly stabbing you in the face with an ice pick. Everyone except the driver and the trimmers are facing away from the wind. The sea state is getting worse and worse. The twenty- to twenty-five-foot waves are straight up and down—they look like row after row of three-story bubbling glass office buildings. I think to myself, 'It's a lot worse than last time, but I can do it.'

"The winds hit sixty knots, and the seas continued to build. The sky is black. The ocean is black. There's no horizon. The waves I could see were huge, but I couldn't see most of them behind the rain and spray. As we rode up a wave, the wind would increase and I'd have to compensate for the change in apparent wind angle by turning the bow toward the wind. Then the boat would fall and slide into the trough. The wind speed in the troughs was half the wind speed on the crests. I had to constantly adjust the angle of the boat. But I couldn't see a thing, and the instruments were reacting too slowly to be of any help. I had to drive by feel. The roar of the wind and the waves made it impossible to be heard unless you screamed. Brad was trying to help me through it. He screamed, 'Larry, head up, head up now, now!' I screamed back, 'I'm trying, I'm trying!' But then, 'I can't do it, Brad. Take it, take it, you take it.' I let go, and Brad Butterworth grabbed the wheel. I couldn't drive in those conditions; I just couldn't do it. But Brad could. Brad Butterworth is a sailing god.

"The 1998 Sydney-to-Hobart wasn't even a day old, and I had already been overwhelmed and beaten by the Southern Ocean. I wanted to find my limits, and I found them in Bass Strait. I couldn't imagine conditions getting any worse, and for a while, they seemed to be getting better. I was on deck when the wind suddenly started dropping. Brad was driving, and the winds had come down to around ten knots. It was eerie. The waves were still big, but the sky was clear and you could see the stars and the horizon. I thought, 'If I can see, I can drive.' It seemed as if we had passed through this enormous weather front and we were now safe on the other side. We had our small storm sails up, and we weren't making much progress in the light breeze. We were just wallowing up and down in the big waves. After about ten minutes or so of this I thought that we should set our heavy number one

jib. Brad thought that we should wait a while longer, but I was impatient so I said, 'Brad, let's set the heavy and get going.' Brad was still hesitant, he thought that we should leave the storm sails set, but he agreed to put up the larger jib while I headed down below to the nav station to check the satellite weather charts that were due to come in shortly.

"*Sayonara's* navigation station is located belowdecks in the aft portion of the boat right below the boat's two steering wheels. It consists of a forward-facing bench with enough room for two, three if you really squeeze. In front of the bench are some radios and two laptop computers. I sat down next to Mark Rudiger [the boat's navigator] as the satellite images were being slowly painted on the computer screens. This image starts to appear on the top of the screen, we can see the Australian coast, and it works its way down to where we are in Bass Strait. I just can't believe my eyes. I keep staring at the screen. It's displaying a circular weather formation with our boat positioned right in the middle of it. Still staring at the screen, I ask Rudiger, 'Mark, have you ever seen anything like this before?' He doesn't say anything, so I turn and see him staring at the screen and slowly shaking his head. I say, 'Well, I have. It was on the Weather Channel. It was called fucking Hurricane Helen. We're in the eye of a fucking hurricane.' Then all of a sudden I hear Brad up on deck; he's screaming, 'The wind's coming, the wind's coming fast, get that fucking jib down, get it down on deck now.' The wind went from ten to over fifty [knots] in less than a minute. Unbelievable. We had sailed into the eye of a hurricane. I thought we had sailed through a front."

Along with everyone else, he was shocked by the ferocity of the weather conditions and physically drained by the battering and the sickness, but he was still able to come up with a steady supply of quips that Ellison himself admits sound rather smart-alecky in retrospect. But how had he coped with what must have been real terror?*

"Fear is interesting. Everyone on the crew was loaded up on adrenaline, the fight-or-flight thing. But we were all stuck in fight mode for one simple reason: there was no place to run. When you're busy in fight mode, you don't have time to think about being scared. The worst time for me was when I was in my bunk trying to get a little sleep. I hadn't

---

*\*LE writes: I remember very few quips and a lot of throwing up. I threw up so many times I lost count. I was very surprised because I never get motion sickness, not flying aerobatics, not sailing in heavy seas. But this was different. The entire crew was sick, even the guys who never get sick.*

slept or eaten for a couple of days. I had thrown up so often that I was de-hydrated. Throwing up over and over again with nothing in your stom-ach feels like your guts are being ripped out. I was totally exhausted. So I wedged myself into my bunk and tried to sleep. It was hopeless. After two days of seventy- to eighty-knot hurricane-force winds the seas were mas-sive. The waves I saw were forty or fifty feet high, but some guys on the crew saw waves higher than the top of our mast [the top of Sayonara's mast is 105 feet above the deck].

"The waves were so steep that we didn't get the normal ride up the front of the wave and down and back. Instead, Sayonara would bury her bow deep into the wall of water coming at us, then the buoyancy of the boat would lift us up to the crest of the wave. It was like going up in an el-evator. Then Sayonara would exit the wave and free-fall into the trough. It felt like she was being pushed off a five-story office building and land-ing on asphalt every twenty seconds. If guys didn't hang on when we started falling, they would float up off the foredeck. I saw one guy up at the first spreader [more than forty feet above the deck]. Several guys on deck broke bones, one severely enough that he had to be put in an inflat-able leg cast, pumped full of morphine, and strapped to his bunk.

"Riding out the storm in your bunk was no picnic, either. Every time Sayonara would go airborne—start falling off these huge, steep waves—you'd go weightless in your bunk, then the boat would crash down into the water, crunching you back into your bunk. The impact of the boat hitting the trough sounded like an explosion. The noise below was amaz-ing. The hull acts like a huge bass amplifier. It sounded and felt like we were being hit by explosive shells fired from the Bismarck. The bow hits the wave, we take the elevator up, we go weightless, then BOOM. Over and over, again and again. BOOM—BOOM—BOOM. Then I see Tug-boat [Mark Turner], our chief engineer, with a red Magic Marker, and he's drawing these red circles on the inside of the hull where the bow sec-tion meets the forward bulkhead. I say, 'Tugsy, what are you doing?' He says, 'I'm marking the spots where the bow is delaminating.' I say, 'What? The bow is delaminating? You mean the bow is coming apart? This is fucking ridiculous!'

"I push myself out of my bunk and head back to the navigation sta-tion, and I ask Mark Rudiger to pull out a chart and show me where we are. We're about seventy nautical miles off the northeast coast of Tasma-nia. The winds are out of the southwest, and we're banging our way south on starboard tack. I want to tack the boat onto port and head west toward Tasmania. I figure if we can get close enough to the lee of the is-

land we should get some relief from these big waves that are trying to kill us. I tell Rudiger to tack the boat. He tells me that he thinks that tacking the boat will hurt our chances of winning the race. I say, 'We won't win the race if we sink. Tack the fucking boat.' Mark says, 'Okay, I'll go up and talk it over with Chris.' As soon as we tack over onto port, we get im-mediate relief. The new angle the boat is hitting the waves is less punish-ing. After a few hours we start to get close to the lee shore of Tasmania, and the wind and the waves begin to diminish. We had made it through the storm. The worst was over. Then we pick up this favorable wind shift. Tacking the boat turned out to be the right thing to do for the race, too. God was smiling on us. We won the race by quite a bit. But no one really cared. We were all just glad to be alive."

When Sayonara arrived first across the line in Hobart, after the in-evitable "What was it like?" questions, Ellison was asked if he would be coming back to defend his title. "I remember saying, 'No, not if I live to be a thousand.' Then I thought about it for a moment and said, 'Hold it, wait a second, if I live to be a thousand, I'll come back. Chris, do you want to come back with me? Mark this down, a thousand years from now, we'll be back.'"

But for now, Ellison is going America's Cup sailing. He says, "The best thing about the America's Cup is that they don't sail it in Bass Strait dur-ing a hurricane. In the America's Cup you never race in more than twenty-five knots of breeze. You just go out for a few hours, race around the buoys, and come back in for a nice seafood-and-pasta dinner. Every-one dresses up, very civilized, perfect for my old age."

# 18

# SAYONARA SWAN SONG

*July 2001*

Although Ellison will spend most of his seven-week summer vacation aboard *Katana* in the Mediterranean, he's starting his holiday by flying the Citation to his hometown for the annual "Chicago Mac" sailing race. With a fuel stop at Grand Junction, Colorado, it's a six-hour flight into Midway Airport. Despite the rigors of the weekend ahead, Ellison insists on flying the plane with Jeff as copilot. It's a gorgeous, clear night, and the burning lights of Chicago are clearly visible an hour before we begin our descent. Although tired, Ellison exults in the view of his hometown. One of his more endearing qualities is that he never loses his capacity for excitement. Although the technical demands of flying a plane appeal to him, like many pilots he is in love with the sheer beauty of what he sees from the cockpit.

The next morning, some fifteen Ellison family and friends have gathered in the dining room at the Ritz-Carlton, where he has stayed overnight. His sister, Doris, is there with her son Judge Jimmy Linn. Jimmy is coming on the race, and he's already in the Team Sayonara gear: logoed caps, T-shirts, and shorts. Jimmy is an unlikely sailor, but it's his third Chicago Mac. It's a race that Ellison enjoys, partly for the opportunity it gives him to turn it into a family event and also because it allows him to cut a dash in front of people who knew him as a kid.

The running joke over brunch is how appalling the food is on *Sayonara*, and Ellison claims to be furious with himself for having failed to take personal charge of provisioning, leaving it to the boat's engineer/ cook, Tugboat.* On the previous year's Chicago Mac, the food was so dreadful that it almost caused a fight. Ellison says, "It wasn't just disgusting, it was actually dangerous. I don't know how Tugsy managed it, but the chicken was burnt on the outside and still raw and frozen on the inside. I really thought Robbie Naismith was going to kill him, and Robbie's a pretty easygoing guy. But first Robbie burned his mouth, then almost broke a tooth biting into the frozen part. He was convinced that Tugsy was trying to murder us. Robbie said we were going to lose the race because the whole crew was going to die of salmonella." Ellison thinks it can't be so bad again. But just to be on the safe side, he decides to stop off at a deli on the way to the boat and stock up on cans of sardines. It turns out to be a smart move.

By the time we arrive at the marina, *Sayonara* and most of the other three hundred or so boats that will contest the 333-mile race—the world's longest on fresh water, up Lake Michigan to tiny Mackinac Island—are a mile or two offshore, jockeying for position and making last-minute inspections before the 2 P.M. start. Even amid such an armada, *Sayonara* is easily identifiable. Not only is her mast taller than anyone else's, it is made out of jet black carbon fiber. Whereas for the others, this is perhaps their most important race of the season, *Sayonara* is more used to competing and winning in the world maxi-yacht championships against the fastest and most expensive sailing boats ever built. In fact, after winning four out of four world championships, *Sayonara* has more or less killed off the class—the owners of the other boats, such as Hasso Plattner, chairman of Oracle rival SAP, are fed up spending their millions and routinely losing.

And despite the warm sunshine, the gentle breeze, and the sheer beauty of Chicago's skyscrapers shimmering on the shoreline, there is a quiet intensity about Ellison's crew—it's as if you had put down the McLaren Formula One team amid some weekend club racers. The most striking thing about the crew, almost all of whom have sailed together on *Sayonara* for all six of the years it has campaigned and are now part of

*LE writes: I was more apprehensive than "furious." "Years of experience had taught me to fear the food on Sayonara. Tugsy wasn't solely responsible for our history of bad food. Jeff Stag would bring only freeze-dried stuff because he wanted to save weight. T. A. McCann was a vegetarian who thought the crew could live on PowerBars and nuts. I think we sailed faster than other boats because the crew wanted to finish, get off, and get a good meal.

Ellison's Oracle Racing America's Cup team, is that they are not young guys but grizzled veterans with lined faces and graying hair. *Sayonara* has won this race for the last two years, and the Chicago Yacht Club has handicapped her harshly. To win outright, she must cross the line seventy-five minutes ahead of the next most potent yacht in the race, a big turbosled named *Decision* that beat *Sayonara* once before in the Trans-Pac from Los Angeles to Hawaii.* If we get a following wind for any length of time during the race, the sleds, with their flat sterns, are quite likely to outrun us, whereas *Sayonara* is unbeatable upwind. Ellison claims that she is still the fastest upwind boat ever built. The forecast is for the wind to turn all the way around the clock in the next thirty-six hours.

I'm already hoping that it's not going to be a long race. As Ellison promised, *Sayonara* is an uncompromising racing machine with almost nothing in the way of creature comforts. When Bill Erkelens takes the guests below, he warns us to try to avoid using the solitary toilet—the message is to piss over the side and shit only if you really have to. To comply with local environmental regulations, *Sayonara* has been fitted with a holding tank, but to keep weight down it's relatively tiny—certainly too small to deal with the digestions of twenty-four men if it's a slow race. The second shock is the realization that there are only eight berths to share among us. The idea is that there will be alternating watches of three hours off, six hours on. To call them berths is an exaggeration; they are more like narrow hammocks placed one on top of the other. As for the cooking, there's a solitary gimbaled burner.

Ellison informs me that other maxi yachts have owner's staterooms that provide their skippers with a bit of comfort and privacy. "Nobody told me about owner's staterooms when we were building *Sayonara*. Then I found out that Hasso had one on *Morning Glory*, and I said, 'I'd like to have one of those.' But it was too late." He's actually quite proud of the fact that he doesn't get any special treatment on *Sayonara*, and maybe it's one of the things he enjoys about the whole experience. Although he owns the boat, he says he regards himself as a junior crew member in terms of status and ability. And while that's not quite the way

*LE writes: Decision beat us both in 1995. Back then she was called Cheval, and she beat us to Hawaii by forty minutes. It was a long race—nine days—and we came in second. It was Sayonara's first and only loss in our first, few years of racing.*

the others treat him, it's also true that there's no standing on ceremony. Being one of the guys at Oracle ceased to be an option nearly twenty years ago, but it's not something that worries him greatly. He does seem more relaxed in this environment, perhaps because the burden of performance is much more shared with others.

After the excitement of the start, there's the fun of overtaking all the slower boats that began the race in front of us. What's impressive is the constant searching for tiny improvements in performance by changing sails whenever there is the slightest shift in wind speed or direction to justify it. It helps having Robbie Naismith and Joey Allen aboard, both Kiwis and respectively the best sail trimmer and bowman in the world. As night falls, *Sayonara* appears to be in the lead and putting ever more distance between it and its nearest rival—as predicted, *Decision*. The mood onboard is relaxed, and nobody questions skipper Chris Dickson's strategy of heading as close to the mark as possible and not to go searching for better wind. We're making about ten knots with a gentle breeze on our port beam. Ellison drives for a while, but with Dickson trying to get some rest, he hands over to Mike "Moose" Sanderson, another New Zealander, content just to chat and enjoy the night.

The conversation is exclusively about sailing. With the collapse of the world maxi series, the richest and most competitive owners are building ever-bigger and more extreme boats. It seems that the years of *Sayonara's* domination are coming to an end. Ranged against *Sayonara* in open-class racing now are likely to be monsters such as Gianni Agnelli's ninety-foot *Stealth* and Hasso Plattner's new 140-foot *Morning Glory*. But although they are very fast, especially downwind thanks to their huge sail areas, Moose reckons they have a flaw. Their vastness means that the tried-and-tested America's Cup-class equipment that could be used for the old maxi class is simply not up to the job, but the custom-built winches and the towering masts are inherently less robust. Ellison thinks that the answer may be to build a 150-foot two-masted ketch that could fly the same amount of sail without having to size everything up by more than 50 percent. The idea grows on him as we sail through the night. Racing in something a little more comfortable and less stripped down than *Sayonara* has a lot going for it. But only if a new boat can be as successful. The idea of racing and not regularly winning has no appeal to Ellison.

Meanwhile, it has become clear that *Sayonara* is going to have to fight to win this race. Through the night, a light on a boat sailing on the other side of the lake has been steadily making ground on us. At first nobody is concerned. It may not even be another racer, and if it is, it is sailing well

away from the more or less direct route to Mackinac that Dickson has opted for. But as the light draws level and then overtakes us, the complacency evaporates. In the light airs in the middle of the lake, *Sayonara's* speed has dropped to about eight knots, while the other boat seems to be making at least twelve knots. It's Dickson's turn to drive, and he asks Erkelens to give us accurate readings of how much ground we're losing each fifteen minutes or so. After half an hour, Dickson decides to bear off toward the rival boat in search of the extra wind that's pushed him past us. Suddenly, the idea that we might actually lose has entered everybody's head. Ellison is below, trying to get some sleep. Although nobody says anything, they don't want him to emerge at dawn to find us a distant second.

With hindsight, we should have moved to cover the other boat much sooner. As we move across the lake, the wind kicks up from little more than ten knots to nearly twenty, and *Sayonara* slowly starts to close the gap. By 4 A.M. we're close enough to see that *Sayonara's* old nemesis *Decision* has managed to get the jump on us. Dickson has decided to close right in on *Decision* and then take her wind. It's a brilliant and ruthless piece of sailing. As we come within what seems like touching distance, *Decision* suddenly heads up to try cut us off. Immediately Dickson shouts, "No luffing, no luffing!" warning that what they're doing is illegal and that if they persist we'll flag them—issue a protest that will certainly lead to penalties. For a moment *Decision* seems anything but decisive. But by then *Sayonara* is level, and it's as if *Decision* has stopped dead in the water. Within twenty minutes *Sayonara* has opened up a gap of nearly a mile. By the time Ellison surfaces, unaware of the drama, *Decision* is a couple of miles distant but managing to match *Sayonara's* pace.

For the rest of the morning, as we crawl northward to the Manitou Islands, the two boats cover each other, neither making ground on the other. If it carries on like this, *Decision* will finish ahead of *Sayonara* on corrected time because we carry a handicap of about an hour and a quarter. But as soon as we draw near the Manitous, the wind veers round to the north and picks up speed. By 2 P.M. it's raining hard, the breeze is blowing at a steady twenty-five knots down the channel, and *Sayonara* is doing what she does best—sailing close-hauled at fifteen knots into a mounting sea, the water creaming over her decks. It's also the kind of sailing that Ellison loves, and it's not long before he grabs the helm. If the conditions are now perfect for *Sayonara*, they're miserable for *Decision*, whose lack of stability means she is constantly being blown sideways. As

*Decision* falls ever farther behind until she becomes little more than a distant speck, Ellison exults, "Boy, we're really smoking 'em. They're not having any fun back there. They can kiss that corrected-time trophy good-bye."

But before dusk, the speck of *Decision's* sail becomes just visible on the horizon some ten miles away. Despite Ellison's braggadocio, with only another two or three hours to Mackinac it's still touch and go whether *Sayonara* will have enough of a lead to overcome her handicap. I ask Ellison what matters more to him, winning on corrected time or being first to cross the finishing line. "That's easy," he says. "Being first to finish is what it's all about. This corrected-time stuff is totally arbitrary. A fully tricked-out turbosled like *Decision* should beat us in the Mac—actually finish in front of us—under some conditions. If the sailing is mainly upwind, we'll win. If the sailing is mainly downwind, they'll win. Some years the Mac's an upwind race. Some years the Mac's a downwind race. So how do they figure we owe her seventy-five minutes? Why not fifty minutes? Why not a hundred fifty minutes? The handicap is just a wild-ass guess." The other thing that would make Ellison happy would be to beat the record for the race, something he might have achieved when *Sayonara* sailed her first Chicago Mac if a piece of equipment had not failed a couple of miles from home. That's not going to happen now.[*]

Just then an appalling smell of burning comes drifting up from below. After a succession of cold meals, Tugboat has decided that what the crew needs to warm up is a steaming bowl of spaghetti bolognese. Unfortunately, the distinction between cooked and burned has once again eluded him. As the bowls of pasta are passed up on deck and the very brave or very hungry begin eating, the sheer nastiness of Tugboat's cooking becomes apparent. Some eat from necessity but immediately regret it. Others simply tip the muck into the water. Tugboat is furious and hurt by the ingratitude and is not even mollified when one of the grinders innocently asks him how he managed to introduce such an interesting "smokiness" to the flavor. Thank heaven for the sardines.

Ellison suddenly asks whether *Sayonara* should enter the Fastnet Race in a month's time. It's a notoriously rough course from the Isle of Wight to the Fastnet Rock off the southwest coast of Ireland and back again. The first thing to establish is whether it's possible even to get *Sayonara*

----

[*]*LE writes: We broke the ram on our backstay a few minutes before finishing our first Mac. We missed the record by about a minute. Very disappointing.*

there on such short notice. Unfazed, Bill Erkelens gets on the satellite phone to see if he can get a giant Russian Antonov transport plane to fly *Sayonara* to England. But Ellison's concern is whether *Sayonara* has a reasonable chance of winning against the new breed of supermaxis, *Stealth* and *Mari Cha*. Moose, who's sailed on both boats, is doubtful. The problem is that they won't be giving much away to *Sayonara* upwind, and downwind they're likely to give her a beating. Surely, Ellison persists, if much of the race is upwind, which it often can be, *Sayonara* has a chance. A chance, agrees Dickson, but a fairly slim one. Ellison decides to call Bruce Farr, *Sayonara*'s designer and the man responsible for coming up with the design that's meant to deliver Ellison the America's Cup, and get him to do some computer simulations. If *Sayonara*'s chances of winning are less than 50 percent, he doesn't want to do it. Besides, he has the excuse of not wanting to disrupt the training of the America's Cup team any more than it has been already. By the time Erkelens, looking very pleased with himself, announces that he has an Antonov on standby, Ellison's enthusiasm has significantly cooled.

It appears he also has other problems to deal with. Speaking low enough so that others can't hear, Chris Dickson tells Ellison that he's having problems in his relationship with Paul Cayard, the distinguished American sailor with whom he shares Oracle Racing's "afterguard." When Ellison bought the two boats from the AmericaOne syndicate that challenged for the cup in 1999, he bought with them a large part of the team and its infrastructure, including Cayard as the leader of the team and skipper. Although he and Ellison had never much liked each other after they had sailed together on *Sayonara* in her first year of competition, Cayard saw that Ellison's millions might bring him the cup after his own effort failed for want of funding. For his part, Ellison was prepared to go along with Cayard's involvement as long as he didn't try to take over Oracle Racing. But according to Dickson, that's exactly what's happening, and, even more dangerous, the AmericaOne veterans had become a team within a team, leaving some of the *Sayonara* boys isolated.

Suddenly, the rumors in the sailing press of a quayside fight a couple of months ago at Ventura Harbor, where the team is based, seem more solidly based. Ellison asks a couple of the guys closest to us how they feel about Cayard but gets back only cautiously noncommittal answers. The truth is that Cayard is not unpopular, while Dickson's edgy perfectionism and intensity can put a strain even on colleagues who are in awe of his abilities. While Cayard is happy to go drinking with the lads after work, Dickson unwinds only when he is back with his family. But for Ellison, a

choice between Cayard and Dickson is a no-brainer. He had always expected that sooner or later he would have to sack Cayard from the team and even suggests that he might fly down to Ventura to see Cayard before leaving for Europe in three days' time. "Decisions like this are better made sooner than later," he says.*

When we eventually arrive first across the line at Mackinac and moor, the only welcoming committee is the wives and girlfriends of Team Sayonara. It's not entirely surprising. Not only is it 10:30 and a miserable, rainy night, but Ellison managed to offend the local yacht club after the near-record-breaking run a couple of years back. Asked by the beaming and beblazered commodore what the club can possibly do to make his stay on the island a happy one, a frustrated Ellison suggests a taxi to the airport. I'm worried about whether Ellison is in a fit state to fly the seven or eight hours back to San Carlos without sleep, but he's as keen to get away as before. We decide to go, leaving the crew, after midnight, downing drinks in the bar at the Lilac Tree and repelling the advances (or not) of local girls.

There are no cars allowed on the island, so we hail one of the horse-drawn taxis that ply for hire along Main Street, while Ellison rushes to the grocery (everything is open to greet the arriving fleet) to stock up with ice cream bars. We tell the young driver that we want to go to the airport (airstrip, more accurately) and load our bags onto the cart. It's only then that he delivers the bombshell that his horses have been working for six hours and local regulations demand that the change his team on the way to the airport. Dickson and the Judge, who has been seasick and looks shattered, implore the young man to take us to the airport directly. When he refuses, they get angry, telling him how important the passenger buying the ices is. Finally Dickson tries bribery, which is grudgingly accepted. When Ellison returns, the youth informs him that he's doing this only because he's been told that Ellison will "look after him."

And off we go at what seems like little more than walking speed. At the top of a hill, the driver suddenly halts his horses, to the consternation of Dickson and the judge. "The horses need a rest," he says stubbornly. "The horses shouldn't be doing this anyway, I look after my horses." Although as tired and desperate to get to the plane as the others, Ellison

*LE writes: Unfortunately, I didn't go to Ventura and I didn't make a sailing team leadership change at that time. My delay seriously hurt our chances of winning the America's Cup.

SOFTWAR

talks gently and approvingly to the young man, praising him for putting the welfare of his animals before the requirements of impatient passengers. From then until we get to the tiny airport fifteen minutes and several more stops later, Ellison and the driver chat about the horses and how they need to be cared for. When Ellison gives him a hundred-dollar bill at the end of the journey, a strange thing has happened. It no longer seems like a tip for bending the rules but a reward for standing up for his horses.*

*LE writes: When I was a kid, I used to like animals more than people.

# 19

# FAMILY VALUES

Until his twelfth birthday, it had never occurred to Larry Ellison that he was adopted. "I can remember exactly where I was. I was standing in the doorway between the dining room and the kitchen, and my father tells me I'm adopted. That was it. They didn't give me any details. It was like 'Tonight we're having meat loaf, and, by the way, you're adopted.' It was many years down the road before I found out that my biological mother was my mother's niece."

Ellison's reaction to the news was in character: "I don't think I told anybody for a long time. I'm not sure I even thought about it that much. I just went straight into repression mode." Ellison once jokingly described himself as a "repressions-'R'-us kind of guy." He said, "If something's really unpleasant, I just don't think about it. I'm very good at doing the Scarlett O'Hara thing: 'I can't think about that today, I'll think about that tomorrow.' Repression has been a very useful tool for me to manage things that are painful or delay a confrontation until I'm better able to deal with it. Something made me put off dealing with the adoption until I was much older and more mature. So I just put it into cold storage and didn't deal with it at all. I'm sure that there are consequences to repression—knowing something like that and not dealing with it—but I have no idea what the consequences are. Anyway, repression makes the pain go away; I just freeze it and go live my life as best I can. When I'm a little bit stronger, a little bit smarter, I'll deal with it then."

In fact, it was thirty-four years before Ellison felt strong enough to deal with the emotional issues raised by his adoption. It was probably no coincidence that his resolve to confront his past was finally summoned

up in 1992. In resolving the events that had come close to destroying the company, Ellison had come through eighteen months of fear, embarrassment, and public vilification. In doing so, he had learned something about his own resilience and ability to deal with intense pressure. He was also more confident than ever that Oracle had the strength to survive and prosper. Not only did he now have seasoned managers, such as Jeff Henley and Ray Lane, to keep the show on the road, but, with the release of Oracle 7, he knew that he now had a product that would sweep away the competition. In turning Oracle around, Ellison had been forced to ask questions about himself and to fight both inner demons and external threats. He decided that the moment had come to try to discover something about who he really was.

Ellison says, "I'd always been curious about my biological parents, but don't ask questions unless you want answers. After Oracle's crisis, looking into the abyss and surviving, I felt emotionally strong enough to take a more realistic look at myself. I was tired of striving to be the person I thought I should be. If I was to have any chance at happiness, I had to understand and accept who I really was. That required me to ask some questions about my past and live with the answers, regardless of what they turned out to be."

• • •

The facts of Ellison's early life are these. He was born on August 17, 1944, on the Lower East Side of Manhattan. His nineteen-year-old mother, Florence Spellman, had fallen in love with a handsome, broad-shouldered third-generation Italian who was a pilot in the air force. By the time Florence knew she was pregnant, her lover had been posted abroad. What happened to him, despite Ellison's efforts in later life to find out, remains a mystery. At the age of nine months, Florence's baby contracted pneumonia and nearly died. Reluctantly, she concluded that it was impossible for her to work to support the two of them while giving her son the care he needed. And in those days the only solution was to have the baby adopted. Fortunately, Florence had an aunt living in Chicago who was prepared to bring Larry up as her own son.

Lillian Ellison was the second wife of the considerably older Louis Ellison. A Russian Jew, Louis had come to the United States in 1905 aboard a Black Sea steamer. He is said to have escaped the Crimea's grinding poverty on the back of a hay cart, carrying his only possessions: a brass samovar and a gold locket. Louis was a model immigrant. He changed

his unpronounceable Russian name to Ellison (after Ellis Island), worked hard, married, had two children, and, during the 1920s, prospered in the Chicago real estate business, buying up properties for rental with borrowed money. Intensely patriotic toward the country that had given him his chance in life, he even had political ambitions.

However, as happened to many others, when the Depression struck, the modest fortune he had made was largely wiped out—his tenants could no longer pay the rent, which meant that the highly leveraged Ellison defaulted on his interest payments. Under the strain, in 1929, his wife left both him and the two children, Jack and Doris. Lou Ellison managed to put his life back together, remarrying and finding respectable, if relatively poorly paid, work as an auditor for the Federal Housing Authority. His second wife, Lillian, who was childless herself, persuaded him to take Larry in.

It seems likely that Lou, old enough to be Larry's grandfather, was not exactly enthusiastic about the arrangement. For one thing, it would have been an additional financial burden. The family wasn't poor, but money was sufficiently tight that they needed the additional income Lillian made as a bookkeeper. In any event, he and Larry never became close, Lou finding it difficult to display much affection to his adopted son. Looking back, Ellison has some sympathy with Lou's predicament, but he is still resentful about being denied the paternal love and approval that he "promiscuously" showers on his own children.

Part of the problem was that Larry and Lou had very different attitudes toward authority. Ellison says, "His worldview went way beyond Nathan Hale's, 'My country right or wrong.' He believed that our country's officials, and authority figures in general, were always right and should be obeyed without question. The governor, the mayor, the police are in their jobs for a reason, he'd say; 'They know things you don't,' I thought, 'Sure, they're brilliant, just like my teachers.' I understood his gratitude toward the United States, but I couldn't accept his blind faith in authority figures. In fact, I had the opposite point of view. I questioned everything. It's like Mark Twain says, 'What is an expert anyway? Just some guy from out of town.' This lack of respect for authority made it just about impossible for me to get along with my father."

A consequence of Ellison's insistent questioning of authority was that his grades at school were usually poor. "I didn't respect or like most of my teachers. I didn't think they were very smart, and half the time they didn't seem to know what they were talking about. They constantly

334    SOFTWAR

made mistakes, and I enjoyed pointing them out. They didn't like that at all, but I did." Although he was good at mathematics and enjoyed reading, he was never prepared to submit to the rigors of uncongenial course work or accept the fact that progress at school depends on jumping through the hoops that teachers specify. When somebody told him that he would look back on his school days as being the best years of his life, he replied, "If that's true, I'm going to kill myself right now." He says that he never felt as if he fitted in but denies believing that he was in any sense "special." "I was a quick-witted and aggressively glib teenager. As I got older, humor became as important an emotional defense mechanism as repression. Humor was also my primary social skill, equally useful for charming friends and attacking enemies. Because I was so quick and glib, I thought I must be reasonably smart. But underneath the bravado there was a lot of doubt and insecurity."

He still bitterly remembers a confrontation with his biology teacher at South Shore High School. She happened to be the mother of his best friend, Dennis Coleman, and the wife of Harold Coleman, a chemistry professor at the University of Chicago whom Ellison admired for his intellect and commitment to reason. "I was having dinner over at the Colemans', and she says to me, 'Ellison'—she never called me Larry—'I'm going to flunk you in biology because you don't attend the labs.' True, I was cutting lab to play basketball, but what's attendance got to do with anything? I was getting As and Bs on the exams. I knew more biology than most of the people in the class. So I said, 'What if I get the highest grade in the final, would you still flunk me?' She said, 'Yes.' I said, 'Let me get this straight: even if I clearly prove I know more about biology than anyone else in the class, I will be the only one in the class that flunks. Is that correct?' She said, 'Yes.' I said, 'Okay, I understand completely. That makes a lot of sense.'

"It was yet more proof to me that school was just a bad joke—not that I needed any additional evidence. Anyway, her husband, Dr. Coleman, noticed the absurdity of it all and suggested that if I did indeed get the highest grade on the final that I should get a 'C.' She eventually agreed. I was sure that I could get everything right on the final. All I had to do was study for a change. The only thing left that could go wrong was a tie. So as I left, I told her to make sure that the exam was hard; I didn't want there to be a lot of people getting everything right. She was really pissed, and she gave us a very difficult final. I ended up earning my C by getting a 96 on the final while the second highest grade was around 60. I always thought it interesting how teachers, coaches, and other authority figures

FAMILY VALUES    335

value obedience more than knowledge or skill, and effort more than results. They just love being the boss.'*

The frustrations that Ellison experienced because of his inability to establish good relationships with people in authority would stay with him until he discovered the liberation of computer programming, a discipline in which you are judged only on your ability to solve a problem. "I was working at this Silicon Valley company as a computer programmer. The CEO called me into his office to complain about me coming to work late all the time. So I asked him, 'Are any of my programming projects late?' No. 'Are anyone else's projects on time?' No. 'Would you rather me come in on time and deliver late or come in late and deliver on time? Maybe you should ask the other programmers to get a little more sleep and come in later. They might be more productive.' I couldn't believe it. Why should the CEO care what time I come to work? He's measuring the wrong thing. The only thing that matters is results. Shortly thereafter the board fired him, and the new CEO promoted me to VP of development. Silicon Valley usually values function over form, results over effort. I finally found my place in the world.'"

Not surprisingly, Lou Ellison concluded early on that Larry's failure to comply with authority would be his undoing. Sadly, he could never resist any opportunity to remind his son that he would amount to nothing. Yet it would be wrong to say that as a boy Ellison was unloved. Lillian never gave him less than unconditional affection, and Doris, nineteen years older, was full of tough, wisecracking love for her wayward baby brother. Soon after Ellison learned of his adoption, his family moved to Clyde Avenue on Chicago's South Shore to set up home in a second-floor two-bedroom apartment next to the bungalow where Doris now lived with her lawyer husband, David Linn, their nine-year-old son, Jimmy, and

*LE writes: *People regularly mistake obedience for intelligence. That's why we think that dogs are more intelligent than cats. We measure intelligence as the speed at which animals learn to do what we want them to do. A dog will fetch a stick every time you throw it. A cat will look at you and wonder, If you wanted the stick, why did you throw it in the first place? Get it yourself, idiot. In reality, cats and dogs have similar intelligence levels but different survival strategies. The dog is dependent and must please to get regular meals. The cat will mooch off his human roommates, but if the food runs out the cat can survive on its own. I love golden retrievers, but I don't want to be one. I'd much rather be a cat.*

their daughter, Leslie, Jimmy Linn, now, like his father before him a judge in Chicago, says that he and Ellison were like brothers: "It appeared to me that he looked on my mother and father as quasi parents because of the limitations of the relationship with his own parents, especially his father. He saw my father as a role model, and he always felt very comfortable at our house. My father was very generous with his affection because Larry was there and he could see that he needed it. I think he felt a little sorry for him because he didn't have that much encouragement in his own home."

For all their support, the Linns didn't see anything in Ellison to mark him out as exceptional, just a little odd. Jimmy Linn says, "My father liked Larry but didn't perceive him as anything particularly special. Although it's not a word I would have used at the time, I remember feeling that he was eccentric, a little bit unbridled but very bright. He was very witty, constantly wisecracking, and he would always talk in superlative terms about everything, always exaggerating about the best of this and the best of that. I used to think that Larry was kind of blowing hot air, he was full of baloney—his sense of humor was built on gross exaggeration. Now, with hindsight, I see that he was visionary at a young age. But at the time that wasn't clear. Mainly we just played sports. He would never, ever let me win unless it was on merit. I will attribute this to him: he helped me become a better athlete, and he taught me all about competitiveness."

Ellison might have been competitive, but he was incapable of channeling it into anything useful. After graduating from South Shore High School, he enrolled at the University of Illinois in Urbana-Champaign as a premed student. He found the lectures tedious and had the same problems with authority that had contributed to his poor grades at South Shore. He says, "It was unbearable. In comparative anatomy we had to memorize the names of all the bones, muscles, nerves, etc., of a dogfish shark and a cat. Why? They weren't teaching us about the fundamental mechanisms of the evolutionary process. That would have been interesting. That's important. That's essential to understanding how the world works. But no. Instead, we spent all our time memorizing a bunch of Latin names of animal body parts. That's not learning. It's some form of medieval torture. I thought it was a total waste of time, and I couldn't do it."

Ellison never got around to taking his finals at the University of Illinois. Whether he would have even if Lillian Ellison hadn't fallen sick and died of pancreatic cancer is doubtful, but the death of his mother further destabilized him and he just upped and left. Oddly, however, he wasn't

quite ready to give up on academic study, later enrolling as a physics and math major at the University of Chicago. Despite his evident unsuitability for university life, he maintained a fantasy that one day he might be a professor like Harold Coleman. The University of Chicago was a marginally more positive experience than Illinois, but he still lasted only a couple of quarters.

The one positive thing that came out of it was that he learned enough about computer programming to earn rather more money than in his previous job as a beach lifeguard. It gave him the confidence to quit university for a second time and, at the age of twenty, to make a break with his old life. He bought himself an almost new 1964 turquoise Ford Thunderbird and headed west. He says, "I just packed all my stuff into the car and headed for Berkeley. It seemed like a good idea." If it occurred to him that the Linns might feel abandoned, it didn't seem to bother him. It was as if the death of Lillian had finally jolted him into reacting to his adoption and he did so by getting as far away from his adopted family as possible. Part of the Linns' disappointment was that Larry seemed to be proving that Lou Ellison had been right all along. Jimmy says, "There was some anger. My father thought it was another example of Larry being immature and not focused. I felt a sense of being abandoned by my big brother. I felt a sense of loss because he didn't make any effort to stay in touch."

The separation from the Linns proved to be temporary. While at college, Jimmy ran into a personal jam: "I needed some help, and it was something I couldn't go to my parents with. I hadn't talked to Larry in a few years, but I wrote him a letter and he immediately responded, providing the help and support I needed without question. I was very relieved—both to get the help and to start up the relationship again." David and Doris were also relieved to have Larry back in their lives, although they were still worried about the lack of direction in both his personal and professional life: he seemed to be drifting, never staying long in a job, and his marriage to Adda Quinn was falling apart. When, on the verge of his second marriage, Ellison seemed to be in need of their help, they were determined to do what they could for him.

Jimmy says, "I've talked this over with Larry several times, and there's a big difference of perception about this. I was at home with my parents when we got a call from Larry. My father had a long talk with him over the phone, and when he hung up, he said: 'Larry's in trouble. He wants to start a company, and he needs money.' At that time, he'd just become a judge and his salary had dropped dramatically from what he'd been making as a lawyer, but he said, 'I'm not going to say no to the kid.' He went

into my sister's savings account and sent him $6,000. The feeling was, he's calling us for help and we'll do all we can for him." Ellison's version is indeed a little different: "I told them that Oracle would go public in about a year or so and that anything they invested in the stock now would increase by a factor of ten. Of course, at the time they honestly believed that they would never see any of their money ever again. In spite of that, they gave me the money. It was an act of kindness. It was a pretty good investment too." *

• • •

Ellison's relationship with the Linns grew in importance to him, and, gratifyingly, it was no longer a one-way street in which they did most of the giving and Ellison most of the taking. As Oracle established itself and Ellison grew rich and (moderately) famous, he made sure that the Linns benefited. Before Oracle went public, he gave Jimmy and Leslie stock that would make them financially secure for life. Among other things, he also provided David with a chauffeur-driven limo to take him to court each day. Crucially, the money that Jimmy made from his Oracle shares meant that he could afford to give up his lucrative work as a defense attorney to become a judge without making the kind of financial sacrifice his father had accepted as the price that you paid for entering public service. But there was still something missing. Jimmy says, "He was successful. He was a very wealthy man, but I think he was still trying to figure out who I am in this world, where do I come from? He would have long talks with my mother, telling her that he didn't understand his wealth and whether or not it was all a dream that he would one day wake up from. But above all, for the first time he had this curiosity about who he really was."

David Linn was able to help. By pulling some strings, he was able to track down the original adoption papers and other records that made it relatively easy for the ex-FBI agent they hired to find Florence Spellman. For the Linns, there was the anxiety that another family would replace them in Ellison's affections, but for Ellison it was a risk that he could no longer avoid. Forty years earlier, Lillian had taken Larry on a trip to New York to meet his "cousins'"—Florence and her young family. "I did all the things you do when you're a kid visiting New York. I remember going to the top of the Empire State Building and going up the Statue of Liberty. I

*LE writes: I was wrong about Oracle stock's increasing in value by a factor of ten; it increased by a factor of ten thousand.

had a great time, but my mother didn't. She never took me back." Jimmy Linn confirms that Lillian feared she might lose Larry if it were repeated.

After Ellison had located Florence Spellman in New Haven, Connecticut, he decided one day just to call her out of the blue. Ellison says, "I felt a little apprehensive, but calling on the phone seemed like a better idea than just knocking on the door."

When he made the call, he had almost no idea what he was going to say, not even what he was going to call her. "I didn't call her anything. I said, 'Hi. My name is Larry Ellison, and, uh, this is a bit awkward but, uh, you and I are related.' Florence's reaction was predictable surprise: "Oh my God! The son I gave up for adoption!" Ellison says that he tried to describe himself very slowly, "like a telemarketer giving a detailed description of a product unfamiliar to the person on the other end of the line." When Florence asked her son what he did, Ellison just replied that he worked in the computer industry on the West Coast as a software executive. Suddenly the questions and answers started pouring out on both sides—"it was tense and exciting," Ellison admits. "She kept on saying 'Oh my God, oh my God.'" Ellison learned that she had married, had two children (both grown up), and was now divorced. He told her that she would soon be in New York and suggested that he fly up to nearby New Haven and just "drop by to meet and talk." Ellison recalls, "She was agitated, crying a bit, but happy. She told me that she had often wondered about me—how I was getting on. She was most interested to know if Lou and Lillian had treated me well. And she asked me to forgive her for giving me up for adoption."

He found her living in a house he describes as "modest but not poor." His half brother, Steve, was in his early forties and was a helicopter pilot who had recently left the army, while his half sister Anne, several years younger, was at loose ends after a spell in the air force. There was some slightly forced hugging and lots of looking at old photographs as Florence explained to Larry why she had had to give him up to her aunt for adoption. Ellison says, "She felt guilty and wanted my forgiveness, but I didn't think there was anything to forgive—she had tried her best and had done what she thought was the best thing for me. In fact, I'm quite certain it was the best thing for me."

But if Ellison had been expecting an emotionally cathartic experience on his side, he didn't find it. "It just didn't feel like she was my mother or even a part of my family. There was no emotional attachment, no bond, no connection. But in that meeting I did finally discover the identity of my real family; it was now clear to me that the family that had raised me, the

family that I had known all along, that was my real family." For all that, he felt in some way responsible for these people he couldn't bring himself to accept as family. He found that all three were eager to move to California, and he bought a house for Florence and Anne in Redwood Shores, a stone's throw away from Oracle. He put Anne through college, where she earned a teaching degree. Steve, having been in one too many helicopter crashes in the army, wanted to work in the computing industry. Without ever revealing the identity of his brother, Steve Janicki went to work at Oracle, married, had children, and rose on his own merits to be second in command of Oracle's data center. Ellison says, "Steve's been very careful never to take advantage of our relationship. I've hardly helped him at all. He worked his way up the organization entirely on his own. He has done an extraordinarily good job for Oracle. I'm thrilled to be related to such a hardworking, wonderful guy."

Things have been more difficult for Anne. Ellison describes her as "bright and talented," but he thinks that she's not found it easy adjusting to the reality of her half-brother's extraordinary wealth. "Anne and Steve are quite different. I supported Anne through school and I've given her money when she's needed it. That's very easy for me to do because I have lots of money, but sometimes I've wondered whether it was the right thing for her. Happiness and self-reliance have a funny way of going together. She's just got her teaching credential, so she's chosen a very difficult, poorly paid but otherwise rewarding profession. I admire anyone who tries walking down that road."

As for Florence, she lived on for eight more years in the comfortable new waterside home with Anne before getting terminal cancer. If the relationship with Ellison deepened at all, it's not something he's willing to admit. He visited her two or three times a year and at least a couple of times when she was near the end in the hospital. He never wanted his two children to meet her. If he had trouble showing her much warmth, the same seems to have been true of her. Although, according to Ellison, she liked to boast about her son the multibillionaire, she never expressed much in the way of pride in his accomplishments to him. To that extent, it was like Lou Ellison all over again.

Ellison confesses to feeling some anger about what he rather harshly describes as her willingness to "trade" on his success: "I thought it was undignified for her to brag about 'her son's' money. I wasn't really her son—she had given that up a long time ago." Ellison saw Florence on the night she died, and again he felt that she was still asking forgiveness. "I

told her she had been very, very young and in an impossible situation. She had no choice, really. She had to give me up. I said everything I could think of to try to help her cope with her emotional pain, but there was nothing I or anyone else could do about the cancer pain. It's a hideous, sadistic disease. In its late stages, the only effective painkiller is death.''

Finding and coming to terms with his blood relations meant that, for the first time, Ellison had no doubt who his real family was. He says, "Anyone who's been adopted has an uncertain sense of belonging. There's this ambiguity about which family is your 'real' family. Meeting my birth mother resolved all that for me. The family that raised me is my family. They're stuck with me. I'm very attached to my sister and the Judge!" Jimmy Linn remembers the moment well: "He looked in my mother's eyes and said, 'As soon as I met her, I knew who my real family was. I know who I am now.' ''

The relationship with the Linns continues to be of huge importance to Ellison, and he sees them as often as possible. Usually Doris and Jimmy with his wife, Elyse, and two daughters join Ellison for holidays on his boats several times a year. Whenever possible, Ellison sends his plane to Chicago to fly them to wherever *Katana* or *Ronin* is cruising. Whenever a car in Ellison's automobile fleet is up for renewal (a pretty regular event), it's more likely to be shipped to Jimmy's garage in Chicago than traded in. With the Linns he's probably more relaxed and happy than at any other time in his life. With Jimmy in particular, the affection seems almost physical, with much hugging and kissing. There may be an element of overcompensation in Ellison's emotional outpouring toward his adopted family; it's as if he's making up for the time when he was confused and uncertain about his identity. But there is something touching about his urgent need to both give and receive unconditional love; the kind of love he felt he didn't get from Lou. The scars of adoption never quite heal.

. . .

Ellison's need to demonstrate unconditional love is, naturally enough, at its strongest with his two children, David and Megan. It would have been easy—and not exactly unusual—if Ellison had lost contact with his children, given that they were both still very young (David was three, Megan still in diapers) when he and their mother, Barbara, were divorced. But, to the surprise of many, Ellison, from the outset, worked hard on his relationship with them. Part of that meant staying on reasonable terms with

Barbara. Ellison says, "I was determined to remain friends with Barbara and provide as much emotional and financial support as I could. It's impossible to raise healthy, happy children if their parents are at war."

It's often underestimated how much fatherhood changes even men who are not paragons of monogamy. Ellison says, "It was amazing. My personality fundamentally changed as a result of me becoming a father. I had expected a change when I got married, but I woke up the next morning feeling exactly as I did the day before. But being a father made me sensitive to the needs and feelings of my kids, and then that gradually seeped over into my other relationships. I became a more considerate friend and partner. I grew up." Barbara and the children continued to live in Woodside, while Ellison moved to nearby Atherton. Most weekends, they would go and stay with him. He even claims to have gotten pretty good at dealing with Megan's diaper changes and enjoying the experience: "A primal bond is formed between a primary caregiver and a small child. Biology takes over. Your brain is flooded with oxytocin, and this little person becomes a part of you." Imagining Ellison, the "new man," mystically in touch with his female side while taping up Megan's diapers in the lonely small hours is a stretch, but he insists it's true.*

The weekend routine was interrupted only by occasional crises at Oracle. Ellison admits, "When the company was in trouble, I was a less attentive father. Barbara knew that as long as I was seeing the kids regularly, everything at work was okay, even if the stock was down. But if I disappeared from the kids' lives for a while, like in 1991, something bad must be happening. During those times I became so focused on work and survival that I locked everything else out—even the kids." The children were also kept away from casual girlfriends, getting to know only the two women with whom Ellison has had serious long-term relationships, Kathleen O'Rourke and Melanie Craft. As always, Ellison is ultrasensitive to any taint of hypocrisy or political correctness. "I don't claim to be a dutiful father. I just get so much pleasure from my kids. I suspect I need them a lot more than they need me."

Ellison makes no attempt to pretend that his children will have to

---

*LE writes: Okay. I don't think I'm ever very likely to "get in touch with my female side." But I did get pretty good at wiping and powdering bottoms and then taping on Huggies without ever being fully awake. Changing your kids' diapers while you're still asleep is an essential survival skill for parents of young children.

make their own way in the world or to shield them from the potentially corrosive knowledge that they can have whatever material thing they want whenever they want it. David has a BMW M3 at college and a Honda NSX at home to drive, while Megan's first car was a Lexus 430SC convertible. With the best coaching and equipment, both excel at their (expensive) chosen sports—competitive aerobatics for David, equestrian events for Megan. Although two of David's best friends are relatively poor (Ellison has helped finance their education through both school and university), most of their circle is made up of rich kids who seem to think nothing of being transported by private jet for a week's holiday on "Camp Ronin" in Tahiti. Does Ellison not worry about the effects that exposure to enormous wealth and privilege might have on them?

One evening, sitting with Ellison aboard *Katana* at anchor outside the picture-perfect Italian resort of Portofino, I asked him what it is that he wants for his children. He says simply that he hopes they will be happy. And what does he think will constitute happiness for them? Twenty-four hours earlier, Megan had been racing speedboats across the bay of Saint-Tropez with the son of the Saudi billionaire investor Prince Alwaleed. She certainly seemed to be having a good time. Was that enough? Ellison says that he has come to believe that an essential precondition of happiness is self-esteem—maybe because it's something he's found only fairly late in life. "It takes a good deal of confidence and self-esteem before you're able to look at yourself and the world honestly. I do my best not to deceive myself, and I think I see the world pretty realistically. I wasn't able to do any of that until I became reasonably successful at the two things Freud says are important in life: love and work. When my family and friends and Oracle are doing well, I'm happy." Ellison is convinced that growing up with unlimited money shouldn't be an obstacle to success in either of those things—love or work—for his children. "I think it's wonderful that my kids don't have to worry about money. For them, earning money isn't necessary for survival, so they can move on to the other challenges in life."

He recognizes that it may be difficult for his children to emulate his business success, which, he says, "was largely responsible for initially building up my self-esteem." But he believes there are plenty of other things they can do and things they can achieve other than amassing money. It will be up to them to decide what it is that they want to be good at. The second component of self-respect, according to Ellison, is the simple matter of treating other people decently. Some would say that this is, for Ellison, a pretty recent discovery, but I know that he means it. He

I'm curious about why Ellison has encouraged David to take up the seriously dangerous sport of stunt flying. It seems it all comes back to self-esteem. Early on, Ellison realized how difficult David might find it growing up in the shadow of such a famous and successful father. He wouldn't have been the first child in such circumstances to damage himself, either through a vain attempt to compete or by retreating into a form of personal nihilism. Ellison says, "It's incredibly important for teenage boys to be cool. The danger lies in trying to be cool the wrong way—drinking and driving fast, taking drugs, and all that other self-destructive stuff. Even if they don't die in a traffic accident, they can still sustain a lot of emotional damage." So Ellison thought about what was the best way he could guarantee his son a really cool self-image and hit on flying. From the age of thirteen, David has had his own plane and has regularly flown both Ellison's Citation jet and his Marchetti jet fighter.

Did Ellison not worry at all when David was flying? His answer is no, because worrying doesn't make it any safer." He argues, "The statistics are on our side. We have wonderful airplanes that are perfectly maintained, and David has the best aerobatics instructors on the planet." I point out that despite all that, just the other day David could have gotten into trouble when he lost his canopy. "He managed the emergency quite well and landed the airplane without incident. David has developed into a very calm and mature kid. Putting him into an airplane early had that effect on him. One serious mistake, and it's over. He became responsible for his own life the first time he went up in an airplane by himself."

Ellison is close to both his children, but it's clear that this relationship with David is currently a good deal easier than the one with Megan. While David gives every impression of being relaxed and at ease with himself, Megan is suffering from all the angst and rebelliousness of adolescence. But I suspect she is naturally wilder and more headstrong than

*LE writes: I seriously object to sports that are truly odds-on dangerous. David's skydiving and sky-surfing days are over. After more than a hundred jumps he had an equipment failure that caused part of his primary parachute to wrap itself around his neck. He was able to cut away the failed primary chute and his air board and then deploy his reserve chute just in time. It was a very close call. He was going fast when he hit the ground, and he was seriously banged up. If I had understood how dangerous sky surfing was, I never would have let him do it in the first place. After his accident I learned that the two top-ranked sky surfers in the world had both recently died in accidents.

---

insists, "Being insensitive, rude, or mean to someone close to you, or to a perfect stranger for that matter, is self-destructive and self-degrading behavior. You'll think less of yourself for doing it. Being nice is an essential strategy for pursuing happiness. That plus excelling at your life's work are the only avenues leading to happiness that I've found so far. I don't think that masses of money increase or decrease your chances for finding happiness in this life."*

I think he's being a little glib. Both of his means of achieving happiness are more difficult to find if you have a lot of money: if your choices are unlimited, it's too easy to be a dilettante, and the rich are doomed to wonder whether they are loved for themselves or for their wealth. Ellison strongly disagrees. "It takes about five seconds for me to detect that someone is interested in me solely because I'm rich. It's really very easy to tell." As for work, he says, "If you have to work to eat, you have to choose a profession fairly early in life. Search too long, and you'll starve. You may get lucky and pick something you're good at and enjoy doing. That's what happened to me. But if you have money, you can keep searching forever. Seemingly there's no need to choose. But it just seems that way. You must find a meaningful life's work, or you'll starve emotionally. It's your work that defines you. Rich kids start a couple of rungs up on Maslow's hierarchy of needs, that's all. They don't have to earn money, so they have more options. They can go into politics, play in the orchestra, or run a charitable foundation. But unless they work and succeed at something, they'll never be happy and they'll never know who they are."

Ellison has always given his children access to a lot of money. "You can't create artificial poverty to teach your kids what it's like to be poor. It's like sending a kid to bed without dinner to teach them about hunger. It's phony, and kids see right through it. The sooner my kids get experience dealing with the pluses and minuses of having a lot of money, the better." He hopes they will get used to making the decisions that go with extreme wealth while they are still young enough to accept some parental guidance. He says it's like taking a drink. He'd prefer his children to learn to drink at home rather than discover alcohol for the first time when they pass some arbitrary age qualification.

*LE writes: I don't, however, believe in being nice to my enemies. My enemies are trying to deprive me of the success that led to my happiness. I want to beat my enemies, and it's hard to be nice to them at the same time.

# 20

## THREE STRIKES, YOU'RE OUT

Larry Ellison thinks he's pretty good at most things. He's forgotten more about programming than some of the kids working for Oracle will ever know. If he has a fast boat for the America's Cup, he'll drive it and still expect to win. He's even quietly pleased about how he's turned out as a father. But there's one important life skill that has so far eluded him: holding a marriage together. His third and most recent marriage, to Barbara Boothe, ended when she filed for divorce in April 1986, less than three months after the birth of his second child, Megan, and a month after Oracle's initial public offering. The marriage had lasted less than three years. He says, "After that, I decided I just wasn't any good at marriage. There's a criminal law in California called three strikes and you're out. . . . Maybe after three marriages, you shouldn't be allowed a fourth."

It's a reasonable, and in many ways convenient, conclusion. It's meant that ever since breaking up with Barbara, Ellison has had a wonderful excuse for not entering into the kind of commitment that many of the women he has dated were hoping for. It's also one of the main reasons for the playboy image that he has encouraged and resented in equal measure. By the time his third marriage ended, Ellison was already worth the best part of $200 million. Apart from the dog days of 1991, when he came close to losing nearly everything, since his early forties Larry Ellison has been in the enviable position of being one of the most eligible bachelors in California. It's a status that he's enjoyed, but it has also come close to destroying him.

Ellison was married for the first time in early 1967, about a year after

---

SOFTWAR

David. In other words, she is more like her father. One question that Ellison hasn't discussed with his children is how they would feel if he were to start a new family with Melanie. They both seem very fond of her, but who knows?* My guess is that if the idea of it made either of them unhappy, Ellison would back off. From an unpromising start, he's worked hard and consistently to keep his children close to him. Many of his friends regard it as both his greatest and most unlikely achievement.

---

*LE writes: Melanie and the kids have spent a lot of time together. They're nice kids, and she's quite attached to them. They're also both quite fond of her. Anyway, my kids get to pick who they marry, not who I marry.

arriving in Berkeley in his turquoise T-bird. He was twenty-two, and Adda Quinn was about five months younger. She was a graduate of San Jose State University, and they met when he rolled up at an employment agency where she was working. He felt comfortable with her because she came from a similar lower-middle-class background. While the marriage lasted seven years, most of that time they didn't live together. It was clear from the beginning that while Adda took the relationship very seriously, Ellison was a long way from being ready for the sort of commitment that he had entered in to.

Ellison says of her, "Adda was very bright and exceptionally pretty. Our problems stemmed from the fact that, unlike me, she took life seriously and worked hard at it. She'd get home from her full-time job, make a gourmet dinner, clean up, and then start to wallpaper one of the bedrooms in our house. She wanted me to help her. Perfectly reasonable request, but I didn't want to wallpaper the bedroom. I wanted to go for a bike ride. I didn't want a full-time job either, so I did just enough contract programming to pay my part of the monthly bills. Most of my time was spent backpacking in Yosemite and kayaking in the Sierras."

To bring in money, Ellison frequently worked nights and weekends doing routine software maintenance on IBM mainframes in data centers. While he thought the money he earned was best spent on having fun, Adda wanted to use it for home building. Whereas he never had the slightest idea how much money they had, she kept all their accounts in neat notebooks—"It was like the early days at Oracle. I never looked at the numbers!" He says, "We responded differently to not having any money while growing up. I was irresponsible and careless about money, while she was cautious and disciplined to the point of being obsessive." While Adda would save up for cheap pieces of furniture and would even change the oil in Ellison's car as an economy measure, Ellison was perfectly happy to go and make a down payment on a thirty-four-foot yacht even before selling his smaller boat. He confesses, "I was awful. She said that buying that boat put her into therapy. Here she was carefully managing our finances while I was spending money we didn't have on a sailboat."

Another strain on the marriage was that in an effort to establish some sort of "detente" with Lou Ellison, Larry and Adda asked his now-widowed father to come and live with them. Not surprisingly, most of the burden fell on Adda, and Larry started finding excuses not to come home. Although Ellison was unfaithful to Adda, the main reason she eventually decided to leave him was her conviction that unless she es-

caped, he would drive her mad. She had found him extraordinarily stimulating and never dull, but the combination of constantly worrying about money and their entirely separate agendas for the relationship was literally making her ill. Luckily, there were no children ("I certainly wasn't ready for that!") and precious few assets to complicate the divorce.

Ellison felt liberated from a relationship that he clearly wasn't ready for. But the fact that Adda, whom he remained very fond of, had taken the step of leaving him was hard to come to terms with. The rejection revived all the feelings of emotional insecurity stemming from his adoption that he normally repressed. It seemed to support Lou's contention that he would never amount to anything. He says, "I thought I was reasonably smart, but I was going nowhere. I was a very good programmer, but I didn't have the discipline to work on problems that couldn't be solved in a few days. I had no endurance. I doubted I ever would." Ellison was thirty, and his father's jaundiced prediction seemed to be coming true. He maintains now that it was a turning point in his life.

However, after Adda left, he carried on pretty much as he had been: hiking in Yosemite whenever possible, dating a succession of girls, and earning reasonable money as a quick and skilled programmer who could usually be relied upon to solve problems. But something had changed. Slowly Ellison began to have a growing conviction that he was at least as capable as most of the people who were running the businesses that employed him. He also eventually wearied of the sexual freedom that the return to bachelorhood had brought—a pattern that was to repeat itself over the years. He says, "I doubt that anybody really enjoys a steady diet of dating different people. Nobody in their right mind trades in a working long-term relationship for an endless series of fantasies and adventures." Whether it was the shock of Adda's departure or something else, Ellison was beginning to realize two things about himself: the first was that he was ready in his professional life to be more than the equivalent of a hired gun; the second was that he needed the support of a stable relationship more than he thought.

That said, Ellison met his second wife, Nancy Wheeler, when he was looking for a car, not a partner. "I'm writing a check for this classic Mercedes convertible, and out of the blue the woman who's selling the car says, 'I've got just the perfect girl for you.' Yeah, right. I just kind of ignored her and tried to change the subject." What got his attention was when she described Nancy as the best-looking girl she'd seen in her life and her husband agreed. "It was a brief but compelling description." Armed with her telephone number, it didn't take him long to find her.

More than a decade younger than Ellison and from a well-to-do Louisville, Kentucky, family, Nancy Wheeler had recently transferred to Stanford University.

Ellison doted on her, and they were married soon after meeting in late 1976. Nancy could not have been more different from the practical, responsible Adda. "Nancy was gorgeous. She had this sexy southern accent and a wicked sense of humor. She had a rare combination of athletic grace and feminine charm. My male friends simply adored her. My female friends thought she was a self-centered, superficial, materialistic vamp. What's wrong with that? She did have a couple of quirks, though." Ellison recalls that the first time they spent a night together he was disconcerted by her complete stillness while sleeping. "She slept on her back with her arms at her sides—kind of like a vampire in a coffin. She didn't move all night.* Her explanation was that she had taught herself to do it since coming to Stanford: she hated getting up early, but this way she could put on all her makeup and fix her hair the night before and leap out of an undisturbed bed at the last moment and go straight in to class.*

While Adda had counted every penny, Ellison noticed that Nancy never bothered filling in the stubs in her checkbook. She couldn't see the point of it. "I said, 'Nancy, what if you write a check for more money than we have in the account?' She asked, 'Is that possible?' I answered, 'It is now.'" Ellison claims that Nancy had been inside a grocery store only once before they met, let alone learned to cook.

On another occasion, the couple had decided to go backpacking in Yosemite. Ellison recalls, "I was wearing normal hiking clothes: khaki shorts, tan army surplus shirt, old leather boots with wool socks. Nancy's dressed for a game of tennis at the country club: white hot pants, white tennis shoes, and a skintight red-orange tank top that's perfectly color-coordinated with her lip gloss. I'm carrying this huge fifty-pound pack with all our stuff in it. All she's carrying is extra lip gloss. Anyway, we begin hiking from the valley floor to our campsite, about eight thousand feet up. An hour and a half into the climb, I ask her if she wants to stop and rest. She says she's not tired and wants to keep going. I notice there is not a single bead of sweat on her. She's standing there looking like a cover girl from Seventeen magazine. Very annoying. I'm sweating so much I look like I've been hiking under a waterfall. It's a hot summer day and I

---

*LE writes: Nancy was always willing to go the extra mile to look good.*

need a break, so I say, 'Hey, I'm the one carrying the pack. I want to stop for a minute, okay?' She just smirks at me for a moment, and then she offers to carry the pack for a while. I'm thinking, no way can she carry this pack up this mountain. But I'd dearly love to see her try. So I say, 'Fine, honey, you carry the fucking pack.' I adjust the pack's shoulder straps and belt and latch this huge thing onto her. The pack begins below her butt and ends a foot over her head. I figure she won't last a hundred yards before she falls on her face, but off we go. We'd taken no more than ten steps before we see these three guys descending the trail. Then they see us. And what they see is this cover girl in hot pants and a tank top carrying this huge backpack up a very steep trail. Not a bead of sweat on her. They see me soaked with sweat—carrying nothing all. They just stared at us mouths agape. They didn't say a word, but as they passed us they turned around and stumbled backward still staring. I thought they were going to fall over the trailside cliff. When they disappeared around the bend, I took the pack back and carried it the rest of the way."

When Nancy walked out on him after little more than eighteen months of marriage, returning to a former boyfriend just back from Harvard Business School whom she subsequently married, Ellison was devastated. This time, it wasn't Ellison's lack of seriousness or infidelities that ended the marriage. More likely, it was the stresses and financial problems associated with founding Software Development Laboratories (SDL). Without money coming in from late-paying customers, Ellison was not only failing to meet the bills of the contractor who was building the couple's new home in Orinda, he was also being threatened with foreclosure on the couple's house in Woodside. Ellison says, "Starting a company and a marriage at the same time is a very bad idea. I was working insanely long hours and getting home around ten o'clock every night. Nancy was going to graduate school at Stanford. We had different schedules, different friends, different priorities, and different lives."

The divorce was friendly. Ellison agreed to pay a small amount of maintenance and got to keep the houses. Nancy also gave him the truck they owned and agreed to sell him her stock in SDL for $500. Ellison remarks, "She didn't care about the stock at all, but she was pretty upset about losing the truck. Years later she called me to joke about the value of 'her half' of the stock—then worth about half a billion dollars."

Ellison used work as an escape from his feelings of emotional emptiness and failure after Nancy's departure. "I started working sixteen-hour days. That helped, but I remember some long nights and longer weekends fighting with feelings of despair." It wasn't very long, however, before he

found someone new to take Nancy's place. Ellison says: "I know I have this reputation as a playboy. But the truth is, I find dating lots of women very confusing. My memories become blurred together. I'll be talking about a movie and suddenly I'll realize I saw it with somebody else. Life is a series of shared experiences and memories. If you can't remember something, it's like you never lived it. You've lost part of yourself. If you date too many people, your life gets broken into little tiny pieces—disconnected bits of experience and memory that are easily lost. It's like you're dividing yourself up into all the people you spend time with."

• • • •

Barbara Boothe was a twenty-three-year-old Stanford graduate who came to work as a receptionist at Oracle in early 1981, when it was still called RSI: she was the company's tenth employee. Ellison had a policy of hiring bright, overqualified young women for administrative roles because he didn't want a two-tier company of highly educated male engineers and lesser females. As the company was growing fast, it wouldn't be long before they could be promoted to a job that would better suit their abilities. Besides, Ellison had a weakness for good-looking grads fresh out of Stanford.*

Barbara broke up with her boyfriend soon after joining RSI and needed to find a place where she and her two Irish setters could live. It didn't take Ellison long to offer her accommodation in the guest house at his new home in Woodside. It was a short step from there to suggesting that she move into the main house with him. Ellison was getting enthusiastic at the idea of having children. Having grown up with a father who was already old, Ellison didn't want to have a similarly distant relationship with his own children. "I was getting to the age [midthirties] where I wanted children. I didn't want to wait until I was too old to shoot baskets and go hiking with them." Although much younger, Barbara was ready to have children too, and a few months after moving in with Ellison she was pregnant. Engagement followed, but plans to get married were shelved after Barbara miscarried: an indication that becoming a father was more important to Ellison than the relationship itself.

Barbara became pregnant again and gave birth to David (named after

*LE writes: Bob Miner once said that as long as Stanford keeps turning out good-looking twenty-two-year-olds, I'll keep marrying them. I don't think this is true, but I do think it's funny.

Ellison's brother-in-law, David Linn) in January 1983, but it was another eleven months before the couple married, and from the beginning, the prospects for the marriage were dim. After David's birth, Barbara gave Ellison the ultimatum that if they were not wed by the end of the year, she would go home to Oregon, taking David with her. Ellison says, "We had a number of problems in our relationship. Barb thought the problems were caused by the fact that we weren't married. I didn't think so. But despite my doubts I decided to get married—again. I had one really good reason: a baby boy I didn't want to lose."

However, Ellison admits that he was far from certain that he wanted to go through with the marriage: "It was the most traumatic period in my life." Ellison thought that he had to get married in order to establish legal rights of access to David if things didn't work out with Barbara, but he was terrified that by getting married to someone with whom he had a failing relationship, he would be risking losing control of Oracle if it ended in divorce. With the company's growing success and the prospect of a lucrative initial public offering only a couple of years away, he calculated that he wouldn't get off as lightly this time as he had when Nancy had left him.

His answer to the dilemma pretty much destroyed whatever small chances of success the marriage might have had. A few hours before the wedding at Ellison's home in December 1983, he presented Barbara with a prenuptial agreement that she would have to sign if the wedding was to go ahead. It detailed Ellison's assets and included an optimistic (though as it turned, not unrealistic) valuation of his 2.2 million Oracle shares (about 40 percent of the company) in the event of either a trade sale or an IPO—up to $16.5 million if the former were to occur but as much as $44 million in the event of the latter. It then set out the terms of any divorce settlement: 25,000 Oracle shares would be used to establish a trust fund for David, while Barbara would get $100,000 for each year the couple had been married and a $250,000 home in Portland. Any additional support payments mandated by court order would be based on her needs rather than Ellison's ability to pay.

To Barbara, it was a bolt from the blue. Ellison may or may not have mentioned the possibility of a prenuptial some weeks earlier, but he certainly hadn't pursued it. "As the wedding date got closer, I panicked. I had visions of Barbara leaving and me losing my family and my company on the same day. So I had this prenuptial prepared—several weeks before the wedding, actually. But I chickened out of showing it to Barbara until the very last moment. What a disaster." As usual, Ellison's desire to avoid emotional confrontation was just a way of storing up future trouble.

Ellison knows that springing the prenuptial on Barbara (as the flowers and food for the wedding were being brought into the house) was not his finest hour, but he explains it as an act of desperation. Given the hurt and damage caused by the document, it's ironic that it was of almost no legal value to Ellison. The final drafting of the agreement was left to the two lawyers who happened to be staying at the Woodside house for the wedding: Barbara's father and David Linn. Ellison says, "It was my idea; my worst ever probably." Ellison now says that according to California law, you can't spring a prenuptial agreement on someone at such a late stage that they're almost forced to sign: "It was legally useless, and the emotional damage it caused was irreversible."

Even more ironic was Ellison's discovery later on that under California law his rights as a father were little altered by marriage. The only legal advice Ellison had sought on the prenuptial was from his corporate lawyers. He says, "They didn't have a clue about this area of the law. They never should have advised me. The prenuptial thing was completely unnecessary. If they hadn't been so ignorant—or I hadn't been so insecure—the whole terrible experience could have been avoided." Ellison also maintains that he didn't even need the prenuptial to hold on to his stock. He claims that because he had owned the stock before his marriage, Barbara could have no claim on it.

When the marriage inevitably ended in divorce a little over two years later and after the birth of a daughter, Megan, Barbara's lawyer took a different view, arguing that most of the value in the shares had been created during the period of the marriage and that Barbara was therefore due half of Ellison's estate. After months of wrangling, they settled out of court on terms far more generous than those laid out in the ill-fated prenuptial. Ellison says, "I offered more than what's required under California law for the simple reason that I wanted her and the kids to be able to afford to live in Woodside and have all the things they wanted. Barb was pretty happy with the settlement. She once described her divorce as better than most of her friends' marriages."

Once relieved of the burden of living with each other, Ellison and his former wife became good and dependable friends. Barbara has never remarried, preferring a life devoted to her children and horses. Ellison claims that she was determined to provide "unqualified" emotional and financial support for his family and that he worked hard to rebuild the relationship. Ellison's closest friend, Steve Jobs, gives him high marks for his handling of the situation once the marriage was over. Jobs says, "Larry's my best friend, and I have a lot of feelings for him. But I'm

proudest of him for the way that he has worked at the relationship with his children. I know that situation from my own life; it's really easy not to have a relationship with the child when you're not close to the mother or don't want to be. But Larry has put a lot of energy into being a father, and he's done a really good job."

• • •

While Ellison didn't lose his taste for dating young, pretty Stanford graduates who were doing a stint on Oracle's reception desk, the idea of trying his hand at marriage again had lost all attraction. Although Ellison preferred serial monogamy (or something like it) to multiple casual relationships, he thought he knew enough about himself by now to know that he would always find fidelity a struggle over the long term. "I was never happy with what I had. If I had a stable family life, I'd miss the adventure of dating. If I was dating, I'd miss the love and comfort of a family. I was always afraid I was missing something."

By the time Ellison started seeing Kathleen O'Rourke in 1989, he was in his midforties, Oracle was riding high, and he was well on his way to his first billion dollars. He remembers, "I was walking into our new headquarters building and there behind the reception desk was the most angelically beautiful smiling face I'd ever seen. I walked up to her and said, 'Hi, I'm Larry Ellison.' She said, 'Hi, Larry Ellison, I'm Kathleen O'Rourke, and this is my first day at work.' . . . About five minutes later, John Luongo, the head of our international sales organization, came bursting into my office and blurted out, 'Who the hell is that girl at the—' Before he could finish his sentence, I answered, 'Kathleen O'Rourke.' Kathleen was hard to miss."

Ellison quickly found out that Kathleen had recently graduated from Stanford and rode her bicycle to work from her home in Palo Alto. An avid cyclist himself, Ellison suggested that if he brought his bike in the next day, they could ride home together. Just two days after starting at Oracle, Kathleen was leaving work with the guy who ran the company. Catching sight of them about to ride off together, John Luongo drove up to them, lowered his car window, looked first at Kathleen, then at Ellison, and observed amicably, "You'll burn in Hell for this." To which Ellison replied, "I think that's a fair trade."

Kathleen had only a hazy idea about how rich her new boyfriend was. "Soon after we started dating, Kathleen became very concerned about how much money I was spending. When she found out how much the new house in Atherton cost, she got upset and told me I was crazy for

spending so much of my money on a house. So I asked her, 'Kathleen, how much money do you think I have?' She said, 'Well, I looked in the annual report, and it says you have twenty million dollars.' I said, 'No, I've got twenty million *shares*, not twenty million dollars.' Her eyes got wide as she did the multiplication in her head, 'Oh my God, you're really rich.' Kathleen majored in biology, not economics."

Although Ellison had strong feelings about Kathleen, they were not so overwhelming that he thought they should get married or that he should stop seeing other women. Ellison says, "I was madly in love with Kathleen, more in love than I had ever been up to that point in my life. She wanted to get married. I loved her dearly, but marriage scared the hell out of me. And our relationship was not one hundred percent perfect. Kathleen had this incendiary Irish temperament. When she couldn't make her point by yelling, she started swinging. She looked like an angel, but she 'punched like Tommy 'The Hitman' Hearns. Kathleen just loved to fight." It was her favorite sport. She found it cathartic. Not me. I can't sleep after a fight. I hate confrontations. All the fighting eventually caused me to start dating other people—which led to still more fighting."

What made things even more difficult for Kathleen was Ellison's propensity to find most of his girlfriends at Oracle. While some companies (usually with little success) try to maintain strict rules designed to discourage sexual relationships between employees, unsurprisingly, that was never part of the culture at Oracle. Ellison explains, "Oracle was filled with bright, good-looking, single young men and women spending most of their waking hours at work. It never occurred to me to have a policy restricting dating among our employees. Meeting interesting, eligi-

*LE writes: Kathleen was slam dancing at the Hookers' Ball—a big charity event in San Francisco—when she accidentally bumped into a six-foot-tall lady of the night. Kathleen said excuse me, but the lady was unforgiving. She retaliated by intentionally slamming right back into Kathleen. Big mistake. Kathleen bangs into her again, this time really hard. The lady goes nuts. She spins around, opens both of her hands like claws, and starts screaming wildly while charging right at Kathleen. Bigger mistake. Kathleen instantly adopts the perfect boxer's stance, knees slightly bent, both fists raised on either side of her face, and then she fires off a beautiful right hand at the charging six-footer. It was a devastating one-punch knockout, quite similar to the punch Lennox Lewis threw at a charging Michael Grant in the first round of their recent championship fight. I have other great Kathleen stories, but I'm afraid to tell them.

ble people was one of the benefits of working at Oracle. We had dozens of Oracle marriages and Oracle babies every year."

By now Ellison was beginning to get the playboy reputation that has stuck with him ever since. He's honest enough to recognize that he did nothing to discourage it. "I admit, at first I kind of liked it. It's a guy thing—an immature guy thing, to be precise. But it got way out of control. Journalists started reporting on rumors that I was dating this woman or that woman—women I had never even met. But the stories got repeated over and over again anyway. The press operates like an echo chamber. The story doesn't need to be true, necessarily; it just needs to be interesting. It didn't take long for my public image to get morphed from outrageously outspoken CEO to frivolous playboy." The freewheeling culture at Oracle and the sheer amount of opportunity it offered as CEO was to land Ellison in very serious trouble—trouble bad enough to almost finish him.

Having emerged in 1992 from the long struggle to put Oracle back together again after it was near death, and tiring of the fights with Kathleen, Ellison was on the lookout for sexual adventure. He soon found rather more than he'd bargained for. His relationship with Adelyn Lee, a twenty-something Chinese American who was a marketing coordinator, began in an elevator at Oracle. Ellison had ridden up in the elevator with her a few times before, but this time, she brashly asked him if he would take her for a spin in his new Ferrari. It seemed like a joke, but she quickly followed it up with an e-mail, apologizing for her forwardness. Ellison knew that he was being pursued—unattached, enormously rich, and looking younger than his forty-eight years, he was becoming relatively accustomed to predatory females—but Adelyn Lee interested him. "A lot of women approached me, but most of the time I wasn't interested. But there was something different about Adelyn, something incredibly intriguing. I just couldn't figure out what it was that made her so different."*

After taking Lee for a ride in his Honda NSX (Ellison had owned two Ferraris, but both had managed to catch fire without any outside help), they started dating a couple of times a month—all that Ellison could fit into a complicated private life that still included O'Rourke and another Oracle employee, an Argentinean named Andrea Zeman. In an effort to

*LE writes: It took me a while, but I finally figured out what it was: the woman was pure evil.

try to work things through with O'Rourke, Ellison called time on his relationship with Lee, a decision she seemed to accept with good grace and an apparent desire to stay in touch "on a platonic level." The good intentions didn't last long, however, and fairly soon things were going on much as before.

But there was one difference: Lee seemed to be increasingly intent on tapping Ellison for money and expensive gifts, sending a series of e-mails to him from early 1993 asking him respectively for a $150,000 loan; inside information about the timing of a possible floatation of nCUBE (the massively parallel computing business that Ellison had bought to further his video-on-demand vision); a ritzy watch and ultimately a Honda NSX just like Ellison's. Faced with such a barrage of demands, some people might question what it was that was driving the relationship. But while Ellison largely ignored Lee's badgering, he was quite happy to go on seeing her.

It turned out that Lee was exploiting the relationship in other ways as well. Ellison says, "Craig Ramsey, our VP of sales, was Lee's boss. He called Jenny [Overstreet, Ellison's assistant] and said that he wanted to fire Lee, but he was concerned about how I'd react because of my relationship with Lee." Lee was unpunctual, rude, and generally gave herself airs, said Ramsey. Overstreet discreetly checked with Ellison. Ellison says, "I told Jenny that Craig could do whatever he wanted. The fact that she's going out with me shouldn't influence him at all. That Friday, Adelyn and I went to a movie. The following Monday, she was fired. Shortly thereafter, she sued Oracle for wrongful termination."

Ellison had thought that he could somehow manage to stay out of the whole business, punctiliously not only maintaining the "separation of church and state" but, just as important from his point of view, avoiding any confrontation with Lee. "I wouldn't have anything to do with her job. I wanted to stay out of that entirely. I guess I was stupid and naive enough to think I could keep the two things separate. I refused to accept that two consenting adults were not free to date if they wanted to. I couldn't imagine that she'd just make up a crazy series of stories about what happened on that Friday night." That Friday in April 1993, Lee had gone to Ellison's home in Atherton. After spending some time there together, they had gone out to a movie. When Lee's case came to court six months later, that was about all they did agree on.

A day after Lee's dismissal—she had to be escorted from the Oracle building by security guards after locking herself in a room and trying to phone her lover—Ellison had a nasty surprise while going through his

e-mail. "I get this e-mail from Craig Ramsey saying: 'Larry, I've terminated Adelyn per your request. cdr.' I'm stunned and furious. I start pounding the keyboard: 'Craig, you fucking idiot, what the hell are you talking about? I never told you to fire Adelyn. Are you out of your fucking mind?' Then I freeze. . . . I realize. . . . Oh my God, it's a setup. . . . Oh shit, here we go. So I erase what I had typed and send Craig a very carefully worded reply."

Ellison's reply, which was copied to Oracle's legal counsel Ray Ocampo and Jenny Overstreet, read, "craig, are you out of your mind! I did not 'request' that you terminate adelyn. I decided not to veto your decision. I did not want to get involved in the decision for obvious reasons. this is the most amazing note. wait a second. . . . craig, did you send this note? larry."

Although Ellison had been smart enough to guess what was going on and how anything he said or wrote from that point on was likely to be used in evidence, things would soon get worse than he could possibly have imagined. "Lee's lawsuit claimed that I dragged her into my bedroom and forced her to have sex with me, after which we went out to see a movie, Benny & Joon. That's the story that appeared in the press—except they left out the part about the movie. The day the story broke, I was riding the elevator to my office with this woman I'd never seen before. She gave me this look, like I'd slithered out from underneath a rock. It was a really bad day."

Not surprisingly, it was a media circus as first Lee's allegations and then Oracle's counterallegations were splattered all over the local press. With Ellison's fame as a businessman also rising thanks to his first appearance on the cover of Fortune magazine, The Wall Street Journal and The New York Times also covered the story. Apart from demolishing Lee's account of events, Oracle was determined to show that Lee had forged the e-mail purportedly from Ramsey (which Lee, suspiciously, had a printout of). It had technical evidence that the e-mail had been sent by modem near where Lee lived, but the clincher was that Ramsey had been talking on his car cell phone at precisely the time the e-mail had been sent. Oracle could also show that the procedures to sack Lee had been well under way before Ellison and Lee's last date. The police also thought Lee's story was a little flaky—rape followed by a trip to the movies was something they hadn't encountered before. Under pressure, Lee now claimed that she had refused to have sex with Ellison, suggesting instead that she had reluctantly masturbated him after he had threatened her. Ellison says, "Lee completely changed her story during her deposition—her pretrial testimony

given under oath. Her new story was that she refused to have sex with me that Friday and that's why she was fired. The fact that her story had changed totally didn't seem to bother the press at all. While the district attorney and the police were interested in the credibility of her claims, the press focused their reporting on the lurid details of the sex. It was a good story, and they ran with it."

Just before the case was due to come to court, on St. Valentine's Day 1995, the two sides settled. Oracle agreed to pay Lee $100,000 (somewhat less than the $1 billion she was after) "as consideration for particular elements in the law suit" and all parties agreed to drop any intention of suing each other again. It's easy to see that Lee's lawyer, Lawrence Viola, had concluded that it wasn't in his client's interests to go to court, but why were Ellison and Oracle willing to settle when doing so would leave a stain on his reputation?

Part of the answer is that in the aftermath of the O. J. Simpson case, Ellison was ready to believe that courts come up with spectacularly perverse verdicts. It would not be difficult to present him to a jury as a sexually predatory billionaire who was known for ruthless business practices and a determination to get his way. In the climate of the times, who knew what might happen? Ellison also heard from his nephew, Jimmy Linn, now a Chicago judge, just how bad the experience could be. Ellison says, "The judge told me that trials like this were totally unpredictable. It's one great big scary roll of the dice. If it came down to a matter of 'He said, she said,' juries don't always get it right. The downside was too great. Losing the case would ruin my life. He urged me to settle."*

Despite that, Ellison claims that he was still inclined to press ahead—"Risky or not, I felt I had to go to trial. Lee was a con artist. It was unbearable to think she was going to get away with this." Until he realized that maybe there was a better way after all. He says, "Then I got this interesting idea: What if we settled the civil case—Lee's wrongful termination lawsuit—and then we provided the district attorney with all the evidence we had about Lee's criminal behavior. I thought that the D.A.

---

*LE writes: It is no longer considered an acceptable legal risk for a male doctor to examine a female patient without a female nurse being present. If the doctor gets accused of inappropriate behavior, it's the nurse's testimony that keeps it from being a case of his word against hers. That's what Judge Linn was most afraid of—that this case was going to come down to my word against Lee's. Fortunately, we had hard evidence that Lee was lying.

would have no choice but to file a criminal complaint against Lee. We were the defendant in Lee v. Oracle. Now it was her turn to be the defendant in the State of California v. Lee. She had violated several criminal statutes in her little billion-dollar shakedown scheme. And we could prove it."

It turned out to be uphill work. When Oracle's lawyers went to see the district attorney of San Mateo County, James Fox, he told them that he had no interest in pursuing the case. Finally Ellison himself saw Fox. "I was not happy. Fox seemed to be unwilling to even look at the case? He's the D.A. It's his job to look at the evidence and then decide whether or not to prosecute. After a rather heated discussion, he finally agreed to have an assistant D.A. review the case. A couple of days later, into my office walks Paul Wasserman, San Mateo County's smartest, toughest assistant district attorney. Wasserman immediately starts asking me a series of prepared questions carefully designed to trip me up if I was lying. As I answer question after question, I watch the expression on Wasserman's face slowly change from disdainful skepticism to mild amusement. Then he gets this big grin on his face, he starts shaking his head from side to side, and then he start laughing. I'm just staring at him, unable to figure out what the hell is going on. He stops laughing for a moment and says, 'I didn't expect this, but I believe what you're telling me. Boy, did you get fucked. God, are you stupid. Why did you go out with her?' Then he starts laughing again. He just thinks it's hilarious. Then I tell him that I wasn't a defendant, I was really just a witness. 'Witness?' he says, 'man, you're not a witness, you're the victim. Who would believe it? Larry Ellison the victim? This is funny? I didn't think it was funny, but I was glad he believed me.""

Not only was Wasserman prepared to take the case, another powerful piece of evidence came to light that further undermined Lee. Andrea Zeman, the Argentinean woman Ellison had been going out with at the same time as he was seeing Lee, had read about the case in the newspapers. After several fruitless attempts to call Ellison, she finally got through with some very interesting information. It turned out that Lee had once telephoned her and had said, "I understand we're both dating Larry Ellison. You know, if we play our cards right, we can each get a million dollars out of this." Zeman replied, "Really? I was just hoping for dinner." Ellison asked her if she was willing to testify to that in court. "That's why I called," she said. Zeman had broken off with Ellison a couple of years earlier and had left Oracle. Before doing so she had written Ellison a letter explaining her reasons. Ellison says, "It was one of the

most thought-provoking letters I've ever received. It was a brilliantly written explanation of my unwillingness to take emotional risks. It was so insightful that it made me want to date her again. But she was too smart to fall into that trap a second time." But luckily for Ellison, the sincere and serious Zeman was a perfect witness.

Ellison also turned out to be a pretty good witness when the case eventually came to court almost four years after Lee's departure from Oracle and the technical evidence relating to Lee's forgery was conclusive. She was convicted of two counts of perjury and one of creating false evidence. She was sentenced to spend a year in jail without parole and to give back the $100,000 she had earlier received in settlement from Oracle. To make matters worse for Lee, she was also sentenced to an additional three years in prison for a bizarre incident in which she had burst into a next-door neighbors' home brandishing a gun and told them that if they didn't turn off the music that was disturbing her, she would blow them away. Lee claimed she had been holding a comb rather than a gun. But nobody believed her.

Ellison still feels bitter about the effect of the Lee case on his reputation. He complains that her allegations received infinitely more media coverage than the fact that they were eventually disproved in court. A *Washington Post* writer, putting together a big profile on Ellison in late 2000, assured him that he wouldn't be writing about the Lee affair, as if it were something that Ellison should be ashamed of. "The article was a hatchet job," says Ellison. "And me being a victim just didn't fit with the rest of his story."*

*   *   *

In the years after the break-up with Kathleen O'Rourke, Ellison's life was quite lonely. Steve Jobs could see that his friend's personal life was less than satisfactory: "Larry had been married a few times, and he was working really hard, and he just ended up doing some of the things in his forties that most people do in their twenties, except that Larry had more

*LE writes: The accusation of my wrongdoing was a sensational story, so it got front-page coverage. Me being proven innocent was a much less interesting story, so it got a lot less coverage. Besides, it contradicted all the earlier stories. That's just how the news business works: the sensational stuff goes on page one. To be fair, one publication, Elle magazine, did run a cover story called "Sex, Lies and Email in Silicon Valley" after the trial was over.

resources than most people in their twenties; so he did it on a rather grander scale. After breaking up with Kathleen, he went out with a lot of people, but I think that after a certain amount of time he realized that it wasn't very fulfilling." Another friend, the Nobel Prize-winning scientist Dr. Joshua Lederberg, recalls, "At that time, he had almost no one staffing the house, maybe just a housekeeper and one other. There was no one else there. I would sometimes have to enrich his pantry. I thought he was leading a very lonely life."*

Whether or not Ellison was searching for a more serious relationship when he met Melanie Craft while departing a crowded San Francisco restaurant in 1996, it's hard to argue with him when he claims that it was love at first sight. "I took one look at her, and I was finished." There was something about the striking twenty-six-year-old with the high cheekbones and flowing dark blond hair that made him go over and start talking to her. Craft, who was at Bix with a girlfriend, says, "He just sauntered up and introduced himself. He told me who he was in the first few minutes, but I'd never heard of Oracle. I guess he sort of chatted me up—I don't know what else you could call it.'"

When Craft told him that she was a writer working on a romantic novel, Ellison bragged that he knew people whom she might find interesting and told her that he might be able to find her an agent. Pushing his luck, he suggested that maybe they should get together sometime. Politely, but firmly, Craft informed him that she was engaged and very definitely not on the market.

Unabashed, Ellison's next move was to send his driver, Carl Olsen, back to the restaurant with a note. The letter said a little more about himself, including the information that he too was in a serious relationship, by coincidence, with another writer. Craft says, "He was trying to defuse the tension in the situation. I thought, well, this is interesting. He knows that I'm not available for dating, but he's not going away. He's smart and funny, and there's no reason why I can't get to know him. To be honest, I thought he'd be great material for me. I was writing romance novels with larger-than-life heroes. But how often does someone like me meet someone like that?" In fact, the relationship that Ellison alluded to and that put Craft at her ease wasn't quite as serious as he'd made out: "I'd been

*LE writes: Josh would usually stay at my house when he was in town. I always looked forward to these visits. We'd spend the late evenings eating oatmeal cookies and discussing politics, molecular biology, and the Internet.

out with this other writer a few times—but I was stretching it a bit to call it a 'relationship.'"

Craft was engaged to and living with a young man she had met seven years earlier at Oberlin College, who was her first and, until then, her only boyfriend. After college, they had spent time together in Kenya and then had moved to San Francisco when Palmer had begun a Ph.D. at the University of California. The couple were broke: he was doing a little teaching while Craft did odd jobs—cleaning houses, working as a bartender, making pastries at a bakery—to support her writing. Ellison decided that the best approach was patience. "Whenever I was going to a particularly great event, I'd invite Melanie." One such was the premiere of the movie *Toy Story*, made by Steve Jobs's "other company," the computer animation firm Pixar Animation Studios. If meeting Jobs at a film premiere wasn't enough to impress Craft, Ellison was soon able to top that.

Invited to a dinner in honor of President Bill Clinton by California senator Dianne Feinstein, Ellison insisted that Craft go with him. Ellison says, "We're in this room with the senator and about forty other people. Suddenly, without any announcement, the president appears in the entryway. All heads turn toward 'the man,' and everyone stops talking. Then, in this dead silent room, the president looks right at me and says, 'Hi, Larry.' Melanie's eyes widen as the president walks over and starts talking to us. It was perfect. Thank you, Mr. President. So, here I am, pulling out all the stops, introducing her to the most fascinating people I know—Steve Jobs, Josh Lederberg, the president—desperately trying to make some progress with this woman. But it's not working. I mean, she's having a good time when we get together. She thinks my friends are interesting. She thinks I'm interesting. But she didn't want to date me."

Inexperienced though Craft was, it didn't take a genius to realize that Ellison's interest in her went further than having someone cute on his arm to accompany him to glitzy events. But she enjoyed his company and reckoned that if she didn't respond, he would get over it. She was also well aware that his persistent courtship didn't mean that he wasn't seeing other women. She says: "I looked him up on the Internet, and there was all of this awful, tabloid-style press about him. It was obvious that he wasn't living as a monk, but he never made a move on me. I think he knew that it would be the surest way to make me disappear. I liked him, liked spending time with him, and I was trying hard to keep us out of the kind of confrontational situation that would force an end to the friendship. It's funny, in retrospect. Knowing him now, I'd guess that my un-

availability was part of what kept him interested in me. It's just like they tell you to behave in *The Rules*, but I meant it."

Not only did Ellison continue to ask Craft out, he would even ask her fiancé as well, on one occasion inviting both Melanie and her fiancé to his annual garden party at Atherton to celebrate the cherry blossoms. At the party, Ellison introduced him to Steve Jobs. Afterwards Jobs asked, "Larry, did you say that guy was Melanie's fiancé? What's going on? What do you think you're doing?" "It's all part of the strategy," explained Ellison. "Strategy?" said Jobs. "You call this a strategy?" Ellison says, "It became sort of a long-running joke. Every time Steve saw me, he'd ask, 'How's the Melanie strategy going?' Then he'd laugh at me. He never missed an opportunity to tell someone we both knew all about it. One day I heard this raucous laughter coming from Ray Lane's office. It sounded like there was a fraternity party going on in there. So I walk in, and there's Steve with Ray. They take one look at me, and they both start laughing again. They had been discussing the 'Melanie strategy.' Steve thought it was one of the stupidest things he'd ever seen, me having a mad crush on this young girl."

In fact, even without Ellison's genteel pursuit, Craft's relationship was already breaking down. When the couple broke up, Ellison was there to pick up the pieces. Ellison says, "A year and a half after I met Melanie, I kissed her for the first time. We were both sitting on the couch in my living room. Right after I kissed her I told her, 'Don't move, I've got to do something.'" Ellison picked up the phone and Melanie watched him dial. "Steve, you know the Melanie strategy? Yeah, well—it worked." Then he hung up.*

Not long after, Craft moved into Ellison's house on Isabella Avenue. Craft says, "When I first met him, I thought he was 'suit.' In my value system at the time, a businessman was a big step down from an academic or an artistic type. But Larry surprised me. He's the smartest guy I've ever known. The suit, I learned, is his way of giving the finger to that conformist casual dress code in Silicon Valley. Larry isn't one for following the crowd." One of the things about Ellison that most impressed Craft, which may surprise some people, was his honesty. "He's very truthful. He says the things that other people are afraid to say. As a woman, I've

*LE writes: I can't believe I immediately called Steve. But I did. I felt like I had been drafted in the first round by the Lakers, and I wanted to tell my best friend.*

learned to dissemble, but I get pretty damn tired of it sometimes. In him, I saw the personification of that quote from Shakespeare: "While you live, tell truth and shame the Devil.'"

Six years later, the relationship is still going strong, which means that it has already outlasted all previous ones other than his first marriage. It seems to work mainly because each has found a way of allowing the other space. Ellison says of Craft, "She writes, and writing is an all-consuming, solitary task. If she's not writing, she's not happy. So she spends a lot of her time alone. She does, however, come out of her room for meals." She says of him, "He needs freedom within a stable framework, but I haven't always been able to offer him—or anyone else—either of those things. I was really young when we met, and Larry has had to push me toward adulthood at times. I didn't always go willingly, but the end result is that our relationship has gotten stronger as I've gotten older and become more focused on doing a good job with my own life. It took a lot of hard work on both of our parts. It could easily have gone the other way."

During what she sees as that period of dependency, Craft was desperate for Ellison to marry her. She says now, "I pushed much harder than I should have. I mean, I hardly even knew Larry when I was demanding that I become his wife. It was childish of me, and quite rightly, it scared the hell out of him. At the time, I didn't understand his history with this issue, and I was angry with him for being so cautious. He had to do a careful balancing act with me. He never said, 'No, I don't want to marry you.' He'd say, 'Yes, let's do it in the spring, when the cherry trees are blooming.' And then spring would come closer and closer, and I'd feel his reluctance. It was painful, because I read it as a lack of love, rather than a lack of confidence."

"I don't feel that reluctance in him anymore, but I know things now that I didn't know then. I learned—the hard way—that outside of our friends and family, the world doesn't give a fig about me, other than as Larry's partner. When I was working lousy jobs, dreaming of someday hitting The New York Times's best-seller list, I sure didn't foresee that the first mention of my name in print would be in Vanity Fair as Larry Ellison's latest girlfriend, a 'blond twenty-something in tight jeans.' But that's the way things work. My second book comes out in the fall, and I want to have accomplished at least that much before Larry and I go on to the next stage. I know now how easy it is to get subsumed. I don't think that it would happen again, but I'm not as sure as I'd like to be."

Craft's writing may be the savior of their relationship. Now finishing

her third book, Craft rarely goes anywhere without her Apple laptop, frequently tapping away in the back of a limo or on the plane when accompanying Ellison on business. Hunched over her Mac, she seems to be proclaiming that although she's with Ellison, she has a life and identity that are separate and distinct from his. Ellison says, "She once read to me from a book about the temperament of writers. It said that writers should never get married because they are so obsessive, self-possessed, and narcissistic. I thought, 'Really? Me too. This just might work.'" Ellison dreads the kind of relationship in which two people almost merge into one: "The happier you are with your separate and independent life, the better your relationship is likely to be. Our relationship is best when her writing is going well and things are good at Oracle."

For all that and the age difference—of which Ellison is more aware than Craft—they are comfortable with each other. Returning with Ellison from a business trip to Washington, D.C., on board the GV, Ellison suddenly said to me, "A child is irreplaceable. You'd never trade your child for a smarter, more beautiful child. Your child is part of your family. Melanie's part of my family now. Maybe there's a woman out there who's smarter or better-looking or whatever, but it doesn't matter. I'm not looking for something better. I'm happy with what I have." He went on to say that he had even been thinking of having children with Melanie, if that was something that she also wanted to do. "I'd love to have more children, but it's completely her call." Although the pressures at Oracle were building, he seemed very happy.

Those closest to Ellison, such as Jimmy Linn and Steve Jobs, agree that Craft has been good for him, bringing a stability and constancy to his life that was alarmingly lacking before. Jobs says, "Guys can get an illness in which they believe there can always be a better girl around the next corner. Nick Hornby, in the book High Fidelity, calls it 'death by small increments.' It's a disease that can get worse if you're very successful and you have a great many options. But time takes options away. I remember chatting with Larry when he was in his dating phase and saying, 'You're fifty now, imagine yourself when you're sixty doing this. Imagine yourself when you're seventy doing this; it's going to get really fucking weird.' I think he gets that now, and the relationship with Melanie is what's finally got him there."

But positive though friends are about Ellison's relationship with Craft, there's a lurking fear that marriage and children could alter something that works on its own terms. One said, "He loves Melanie, but Larry's a very fluid guy." Others expressed skepticism about Craft's apparent un-

certainty about whether to go to "the next stage," as she puts it, suggesting that she might "only want to have children to solidify her standing with Larry."* Others, less uncharitably, are just worried about the damage that failing to sustain a fourth marriage might do to their friend.

Ellison and Craft both know that children would change the dynamics of a successful relationship fundamentally—and that's always scary. They wouldn't be the first couple to decide that the risk is simply too great. That they love each other is not in doubt. But most crucially, and despite everything they both say about the need to give each other space, I think they have come to depend upon each other. There is much about the relationship that is difficult for Craft: the age difference alone is a challenge; Ellison dominates even when he doesn't intend to, and he comes with quite a lot of personal baggage. The main reason, however, why this relationship is more likely to endure than the others is the change that has taken place within Ellison himself. As he says, "I can divide my life into two phases: the first, where I was desperately trying to be the person I thought I should be, and the second, where I finally accepted the person that I really am. The second phase has been much happier than the first." In other words, to be capable of accepting the love of others, you first have to love yourself.

---

*LE writes: Clearly this anonymous critic has Melanie confused with a character in a Tom Wolfe novel.

# 21
# LARRYLAND

"Hey, Ellison! You're out of fucking control!" The familiar voice of Scott McNealy, the feisty, faux-blue-collar boss of Sun Microsystems, rang out across the lake. It was April 13, 2002, and Larry Ellison was holding his annual cherry blossom party for about fifty of his closest friends. Although the parties were famous in Silicon Valley for the exclusiveness of the guest list and their restrained elegance, this year's was something special. Instead of holding it in the pretty grounds of his house in Atherton, Ellison had decided to throw open Sanbashi (Three Bridges), his lakeside Japanese village inspired by the houses and gardens of imperial Kyoto, to his friends for the first time. He had been building this home, at first in his imagination and then in the Woodside hills, for more than ten years.

I was the first to arrive because Ellison had promised me a tour of the six houses, based on originals built between the fifteenth and eighteenth centuries. I'd been over the place several times in the previous eighteen months, but this was the first time I'd been there since the water had gone into the five-acre lake that lay at the heart of the forty-acre site. As Ellison had promised, the water didn't just provide a focal point, it seemed almost magically to shrink the houses. When I had first seen them, protected by scaffolding and cladding, standing proud above the twelve-foot-deep concrete lakebed, they had seemed substantial, even imposing, structures. But now they withdrew into the artfully designed landscape scenery, dwarfed by the giant redwoods behind them.

From a distance, they seemed so polite and unassuming that it was difficult to comprehend either the ambition or the expense—at well over $100 million, probably the costliest American home built for a private in-

dividual since William Randolph Hearst's grandiloquent San Simeon. Although far more human in scale than San Simeon or Cornelius Vanderbilt's great house at Newport, Rhode Island, The Breakers, it was just as fantastic.

Yet McNealy's idea that Ellison was out of control was precisely wrong. Just as Ellison at times appeared determined to use the centralizing power of Oracle's computer technology to control every lever of a giant company, it seemed that the beautiful park he had created was all about control, too. Ellison had spent years learning about the Japanese aesthetic and thinking about the kind of environment that would most soothe his senses and calm his soul. Nothing was more controlling than the Japanese approach to landscape design in which nature was distilled to its sublime essence. At its heart was a supreme paradox: heightened naturalness is the result of hugely disciplined contrivance.

• • •

As the party guests arrived, their cars were valet-parked in a concealed compound and they were ushered toward the elegantly curving boathouse, where an electrically powered replica of a traditional Japanese lake boat was waiting to transport them silently past the large waterfall (courtesy of the giant engineering firm Bechtel) to the landing stage of the main house. From there they wandered from house to house, stopping to take in the vistas and to marvel at the craftsmanship of the little wooden buildings. People would stroke the satin-smooth surface—achieved by planing and neither painted nor varnished—of the cedar wood and pine.

With the exception of McNealy, whom Ellison had once identified as a possible successor at Oracle, there were relatively few Silicon Valley movers and shakers on the invitation list and only two from Oracle—Sohaib Abbasi and Safra Catz—apart from board members such as Don Lucas, Jeff Berg the Hollywood über-agent), and Michael Boskin (a professor of economics at nearby Stanford). Among those present were admired friends such as Tom Lantos, the distinguished California congressman and campaigner for human rights, and Joshua Lederberg, the Nobel Prize-winning geneticist.

But for the most part, the guests were people Ellison had known for a long time. If there was a dress code, it spanned from woolly sweaters and jeans to one or two full-length ball gowns. He had even sent his plane to Chicago to make sure that his family would be there. Despite the grandeur of the setting, a Japanese banquet of considerable sophistica-

tion, and after-dinner music courtesy of one of the world's greatest classical guitarists, Pepe Romero, it wasn't a show-off's party. In some ways, it felt more like a christening or a wedding. Ellison, with Melanie affectionately at his side, radiated pride and happiness. For a time, Oracle's problems seemed a long way away.

• • •

Ellison's preoccupation with the Japanese aesthetic had been triggered during a business trip to Japan in his late twenties, when he had been working for Amdahl, a junior rival of IBM. While there, he managed to squeeze in what turned out to be a life-changing excursion to Kyoto, where he visited the Heian shrine. "By Japanese standards it's not a spectacular garden, but it was the first authentic Japanese garden I'd ever seen, and it had a profound effect on me. I spent five hours there, sitting on a bench, taking it all in.

"I like all gardens, but Japanese gardens seem to have been painted by God. The controlling hand of man is hidden from view. It's as if you were wandering through a forest and just happened upon a beautiful mountain meadow and lake. The sights, sounds, and scents of a Japanese garden trigger something deep inside of us. There's this primal connection to the sound of the water, the moisture in the air, the rich smell of pine needles, and the damp soil. Early man would always build his villages near water. Japanese gardens re-create our evolutionary environment. When we visit a Japanese garden, we recall our ancient home. The memory fills us with a reassuring sense of safety and peace. It's a sublime experience."

Other qualities of the Japanese aesthetic also appealed to Ellison. The relatively small scale of even the houses built for princes was another aspect of its determination to achieve a harmonious relationship with nature—very different from great European palaces and the imitations erected by bombastic American tycoons that were designed to dominate the landscape and encourage a feeling of awe. Ellison also liked the way the minimal interiors reflected the simplicity of the gardens outside; he's fond of saying, "Your garden is not complete until there is nothing more you can take out of it." Above all, he prizes the deliberate ambiguity between outdoors and indoors. "Japanese houses," he says, "are so low to the ground that when you open the shoji [paper wall], you can put your hand out and touch the ground."

Further inspiration came from Kona Village, an exclusive resort in Hawaii made up of grass huts strung around a lake, where Ellison had spent family holidays with Steve Jobs. He says, "Gradually the design

took shape. I wanted to have a lake surrounded by a village of small wooden buildings. An upper pond was to be connected to the lower lake by a pair of streams, so that the garden would be filled with the sound of running water."

Ellison began to make sketches and build a series of scale models. His collaborators were Ron Herman, who had landscaped the Japanese-style garden at Atherton; Paul Discoe, an eccentric perfectionist who, in his zeal to become a Zen priest, had wandered around Japan, often barefoot in the snow; and Isuke Shigeru, who spoke almost no English but knew all about the placing of rocks and boulders.* Discoe was a largely self-taught architect who had no engineering background, but what Ellison liked about him was his passionate dedication to authenticity. After he constructed a perfect small teahouse in the grounds of Ellison's home in Atherton, Ellison had no hesitation in entrusting the project to him.

At times, even Ellison has been startled by Discoe's intensity. He says, "I learned to be a little wary of Paul's zealous quest for authenticity. Authenticity has its limits. Paul wanted little itty-bitty lavatories—holes in the ground, basically. I prefer toilets with running water." More recently, Discoe refused to sink lighting into the cedar ceiling of the houses. After nearly a year of pressure from Ellison—"Hey, guys, gimme a break, I gotta live here. It gets dark at night. I want lights"—Discoe relented, but not until he and the carpenters held a small ceremony during which they begged the forgiveness of the wood gods for the brutalities that Ellison had ordered to be inflicted upon them. Ellison says, "It was quite traumatic for them."

After Ellison had bought the land, removed several existing houses in the process, and satisfied the local planning authorities that the lake and the houses would comply with stringent earthquake regulations, the work could finally begin. Ellison went to Japan to recruit master carpenters and plasterers. "The best craftsmen in Japan are considered national treasures. That's who we hired." The rest of the team included an army of aging hippie craftsmen, most of whom came over from Berkeley each day, and hard-hatted civil engineers from the likes of Bechtel.

The first projects were the landscaping and the lake. To ensure that in an earthquake the water wouldn't carry half of Woodside down to Highway 280, the lake had to be built with three layers of concrete with a

*LE writes: Shigeru is a genius. He's the master sculptor who turned the garden into art.

water membrane between each two layers—a major feat of engineering over such a large area. In all, seven houses ring the lake: the bridge house, the two parts of the main house, the Katsura house, the waterfall house, the guest house, and the boathouse. Each of them is different in size and character, the architectural styles spanning from the fifteenth to the eighteenth centuries. The idea, says Ellison, is that it should look like a village that has grown up over time. Beneath the houses, hidden from view, are mighty concrete foundations, the filtration system that drives the waterfall and replenishes the lake with drinking-quality water, a cinema, offices for staff, and parking for cars.

Although the overall effect is startlingly beautiful and the houses look, smell, and feel gorgeous, I still find myself wondering whether Ellison and Craft will enjoy living here. Will the carefully contrived perfection of the place turn out to be stifling? Will those "human-scale" houses actually seem too small once they are occupied? Will the rigorous asceticism of Discoe deny them too many creature comforts and technological conveniences? Ellison says simply that if he doesn't like it he won't live there, but he can't imagine that happening.

• • •

If Sanbashi seems like an extravagant fantasy, Ellison's other "grand project" is just as ambitious: nothing less than one of the biggest and most beautiful private yachts in the world.

Ellison's first "proper" yacht was October Rose, which he had bought in 1996 from Kirk Kerkorian for $10 million. The 192-foot October Rose was a gorgeous boat but a little too slow and staid for Ellison's tastes. A couple of years later, he paid the widow of the Mexican media tycoon Emilio Azcárraga $25 million for one of the fastest megayachts ever built, the 244-foot Francis design Eco. With two 5,000-horsepower diesels flanking an 18,500-horsepower GE turbine like the ones that power an F-18 fighter jet, Eco could do more than thirty-five knots.

But for Ellison, that was only the starting point. He renamed her Katana and poured another $35 million into her. He stripped out her garish interior and replaced it with the light woods and cream-colored furnishings he loves. Out went the seaplane that hogged the afterdeck and in went a basketball court, a giant plasma-screen viewing system, a two-tier owner's "apartment" complete with wing station–mounted outdoor hot tub, six spacious guest staterooms, and more than twenty full-time crew to sail the boat and cosset Ellison and his friends.

Along with the 192-foot Norman Foster–designed Ronin (picked up

for a bargain $15 million and "fixed up" for a mere $20 million) based at Sausalito and ready to cruise anywhere in the Pacific with its crew of fifteen, most people might have thought that Ellison had as much boat as any human being could reasonably want. But just as living in the pastiche Japanese villa at Atherton had driven Ellison to attempt a more perfect realization of the Japanese aesthetic, so the almost perfect *Katana* drove him to contemplate what the perfect boat would be like.

Ellison had a clear idea of what he wanted. He and Craft had decided that the new boat would be their second home—a place where they would spend an increasing amount of time, eventually as much as three or four months each year. For several reasons, a much bigger boat than *Katana* was dictated. The first was that Ellison wanted to have space and privacy in which to live and work even when he had guests aboard, yet he insisted on a shape that was low and sleek. She had to be beautiful and ultramodern, but she must look like a proper ship, not some ghastly floating palace. He says, "This project will result in the creation of a wonderful piece of kinetic sculpture. Modern yachts pack as much structure as possible on top of the hull. I wanted just the opposite. Our design wastes space, but it has the long, low, graceful lines of those beautiful old Atlantic steamers."

Second, he demanded both enormous cruising range and high speed. *Katana* achieved her speed thanks to her thirsty turbine, whereas *Ronin* had a semiplaning hull. As a consequence, both were compromised. The only way to get what he wanted was by conventional diesel propulsion and sheer length along the waterline.

But who would be the equivalent of Discoe and Shigeru, a driven obsessive who would share and articulate Ellison's vision? Ellison interviewed just about every major boat designer in the world. Finally, in late 1999, he called on Jon Bannenberg, an Englishman in his early seventies who worked from a studio just off London's Kings Road. More than thirty years earlier, he had designed one of the most elegant yachts ever built, the sublime *Carinthia VI*. Coincidentally, like Discoe (or maybe not), Bannenberg had no formal training. He was known for being head-strong and difficult to deal with. Ellison recalls, "Everyone told me it was a waste of time to talk to Jon. They said he never designs what the client wants, just what he wants. Well, I wasn't happy with any of the other designers, and I tried them all, so Jon was my last resort. Within five minutes I knew I had found the right guy."

Bannenberg was just what Ellison had been looking for: another crazy perfectionist to work with. He says, "People who set incredibly high

standards for their work find it difficult to collaborate with people who don't understand and appreciate their reckless pursuit of perfection. But I love working with these brilliant people with their compulsive personalities. I find them interesting, and I think I understand what drives them. I was very lucky to find Jon. Without him I never would have gone ahead with the project."

Bannenberg, at an age when most men are well into retirement, had found the perfect client: somebody who shared his aesthetic sense and who had the wealth and ambition to inspire him to do his very best work, to create a masterpiece that might surpass even *Carinthia*. Right from the beginning, Bannenberg realized that Ellison would be an exceptional client. "I had an instant connection with Larry through all kinds of philosophical things and interests . . . : his interest in architecture, the combination of being a radical thinker yet a disciplined one, his willingness to take on establishment ideas and win. He was fascinating, amusing, opinionated, and very attractive."

Bannenberg, on principle, had earlier refused to pitch for Ellison's business by taking part in a beauty contest with rival designers. But immediately after the meeting in London, he contacted Ellison's yacht broker, Mel Wood, and told him that he would do a drawing and make a model because he was absolutely sure that he could make Ellison what he wanted. "I didn't see it as a beauty contest anymore. He had been inundated by designs from all these people who thought that because Larry was so rich he must want something very elaborate, whereas what he wanted was a no-nonsense, stripped-down, shipshape, powerful vessel. I knew that I could do it and that nobody else could. Arrogance. So that's what I did, and of course he went crazy over it. It was what he had in his mind, but no one else had been able to release it."

Once news got out that the great boat was going to be built, there was the inevitable feeding frenzy among the major shipyards and the committees of consultants who make a fat living from appearing to manage such projects. Right from the outset, Bannenberg and Ellison agreed that they would work differently. Bannenberg believed there was only one yard capable of the work—Lürssens in Bremen, Germany, which had built *Carinthia*—and that consultants would only get in the way. Bannenberg pointed out that Lussens had been going for 125 years. He said, "This business is crazy enough as it is: it's as if we're building one-off, hand-made 747s with no R and D. It helps that Larry and I have a hugely simple and powerful association. Larry doesn't demand endless work reports as long as you're doing the job and you don't fuck it up. . . ."

"One of the greatest pleasures in my life is that through this work I have met Larry. As for where this yacht stands in my life, it's not only the greatest yacht that I have ever built but *the* greatest that has ever been built in the tradition of great yachts going back to 1810 because of its absolute purity of purpose. There is no question about that."

Although *Sayonara*, as she is likely to be called in honor of Ellison's world championship–winning maxi,* would not be radical for the sake of it, the design still called for considerable innovation. The deck was being built completely flush, like a sailboat's, with all the fittings hidden to ensure that nothing extraneous interfered with the elegant silhouette. The swept-back funnel would be constructed from titanium and carbon fiber. But perhaps the most eye-catching and technically demanding feature would be the glass walls around the top two decks. With the yacht likely to tip the scales at around 70,000 tons, the glass alone will weigh more than 40 tons. Inside, Bannenberg has included a glassed-in walkway across the engine room from which to observe the massive diesels hard at work.

I asked Bannenberg what he would say to people who might well regard a 450-foot yacht for personal enjoyment as an obscene self-indulgence. "If you start on that road, where does it lead? Nobody needs a yacht, nobody needs a racehorse, nobody needs art or music or opera houses. You don't have to have any of these things—so what's left? People aren't motivated, thank God, just by need. If humans didn't create things they didn't need, there'd be no art of any sort. Larry is often portrayed by ignorant philistines as just a rich git who likes showing off. There are people building big yachts who just want to show off, but Larry's not one of them. I encourage Larry to think about the worth of what he's doing."

If a fine building could be considered art, why not a boat? It was clear that Bannenberg thought of Ellison as a brave and enlightened patron. And part of Ellison saw himself as an impresario creating the conditions in which gifted and driven people could do their very best work. After all, he had often said that he thought it quite likely that he would be remembered as the man who built Sanbashi rather than as the founder of Oracle. But that's not why he did it. He built it because he wanted it. Just as with the Woodside project, it seemed far more important to make the

*LE writes: I've finally decided to call the new motor yacht Rising Sun. Sayonara will be reserved for a racing sailboat—if I ever build another one.*

boat perfect than to make the boat fit within a specific budget. Is it a form of madness? Probably. No wonder Bannenberg was such a happy man.

• • •

A few months after I met Jon Bannenberg, he was diagnosed with a brain tumor. He died in May 2002. Although he never saw his creation become a physical reality, his work was largely complete, and, as Ellison said, he saw it as clearly in his mind as if she had been floating at anchor outside his cramped studio.

When he received the news of Bannenberg's death, Ellison e-mailed me: "Jon was one of a handful of people I liked and admired so much that I made him a role model along with Tom Lantos and Josh Lederberg. He was more fit and vital in his seventies than most people are at thirty. Age failed to slow him down until it conspired with cancer. Even then Jon worked on the project right until the end. He never accepted there was a problem he could not solve or a fight he could not win. I'll miss our dinner conversations about history and human nature. I'll miss listening to him play the piano. I'll miss watching him charm Melanie. What do you think the creator had in mind when he let this happen?"

• • •

In Paul Discoe and Jon Bannenberg, Ellison had found uncompromising, driven perfectionists who shared his appetite to create something extraordinary. But the person he depended upon to make it all work was a San Francisco–based designer, Laura Seccombe. He had first used Seccombe in 1985 for corporate work. Even on that first project some things were already apparent about Ellison. One was that green was his favorite color and "he wanted a lot of green in the building." The second was that he had a strong sense of visualization. Seccombe says, "A lot of clients can't see three-dimensionally, but Larry can. It means that when you're explaining something to him that you want to do, he gets it and remembers it."

After that came a helter-skelter of both corporate and personal commissions. Although Seccombe had never worked on a private house, she was intrigued enough by what Ellison wanted to achieve with his newly purchased Japanese-style villa in Atherton to leave her architectural practice and set up her own firm. When Oracle moved from Davis Drive to Redwood Shores in 1988, it was Seccombe and Ellison who between them created the look of the new campus whose gleaming cylindrical towers today dominate the flat Bay Area landscape, and as she says,

"make a very powerful and sophisticated statement." Of the interior she says, "Larry wanted an environment that would boost morale, so he was adamant that everything had to be done to a certain level of quality." During Oracle's crisis in the early 1990s, the extravagance of the campus, with its 35,000-square-foot gym, manicured gardens, and ornamental lake was used as a stick to beat Ellison with, but Seccombe believes that his commitment to quality has contributed to Oracle's subsequent success. She says, "He's unique in the industry both for his involvement and concern for aesthetics."*

A very different domestic project from Ellison's home at Atherton was the house he bought in 1991 in San Francisco's Pacific Heights. Designed by the celebrated architect Bill Wurster toward the end of his life for heirs of the Spreckels sugar dynasty, the house occupies a spectacular position on Broadway, looking out across the bay toward Sausalito with the Golden Gate Bridge to the left, Alcatraz to the right.

After much negotiation with the city authorities, who considered it a historic building, Ellison won permission to open up the whole of the back facade, essentially creating a single glass wall extending over four floors. Inside, Ellison wanted a highly modern, ultraminimalist look. Although conceptually far removed from his home in Atherton, according to Seccombe the houses have one thing in common: in both, what lay outside was what mattered most—in one the garden, in the other, the extraordinary views.

Seccombe has also redesigned the interiors of both *Ronin* and *Katana*, so it was natural for her to work with Jon Bannenberg from the outset, visualizing and designing interior spaces that would match the drama of Bannenberg's naval architecture. However, Ellison deliberately kept her away from Paul Discoe and Sanbashi until the project was nearing completion. But with about eighteen months to go before he was due to move in, he asked her to get involved: any earlier, and she would inevitably have clashed with Discoe, demanding compromises that would have diluted the purity of his approach; any later, and it might have been impossible to make the compromises required for Ellison actually to be able to live there.

I sensed that Seccombe was troubled by Sanbashi, although that may just have been the understandable tension that existed between her and

*LE writes: Steve Jobs cares just as much about aesthetics as I do—maybe more.

Discoe and the fact that she felt she had been brought in to "fix something" that was not her creation. She was much more enthusiastic about the collaboration with Bannenberg. "When Larry first talked to me about it, he said he wanted it to be like a floating Broadway. It will have the same discipline as Broadway. Things will only be there because they are functional or beautiful and absolutely correct. It's what you take away that makes it perfect."

•  •  •

In June 2002, Ellison flew to London from Bremen in his brand-new Bombardier Global Express (a $35 million replacement for the narrower-bodied GV). Because of work pressures and Bannenberg's death, it was his first visit to the Lurssen yard since work on the new yacht had begun. The hull had recently been launched, but problems with cutting-edge glass-bonding technology had delayed the project, and delivery was now unlikely until 2004. What's she like? I asked him. "Big," said Ellison. "She's very big." It seemed like a curiously flat answer, and I said so.

Ellison sighed and said, "Yes. The boat is very beautiful—a kinetic sculpture made of metal and glass. But in a post–September eleventh world it seems excessive. Now everything that's not essential seems excessive. Building beautiful gardens and beautiful boats have lost their place in the dangerous new world we live in. They no longer promise an escape from the world. There is no escape anymore."

Ellison, in common with more than a few other high-profile CEOs, was also feeling the kickback against corporate greed following the Enron and Global Crossing scandals (WorldCom was still to come). While nobody suggested that there had been any cooking of the books at Oracle or that the company was anything other than immensely profitable, its stock was still bumping along the bottom and Ellison had been through a torrid couple of months during a pitched political battle in California over an Oracle software-licensing deal. He said, "Everyone's so angry about all the money they lost. People feel they were cheated, and some were. But we need to be careful about separating the guilty from the innocent before we start marching people off to the guillotine."

In other words, the great projects that Ellison had embarked upon with such confidence and optimism during tech's "roaring nineties" now struck him as excessive and out of time. Ellison had been through a rough couple months, but somehow I didn't think his gloom would last too long. It was more worrying that for the first time he seemed to be bending his knee to political correctness. That probably wouldn't last, either.

# 22

# A LIFE BEYOND ORACLE

When Joshua Lederberg addressed a Stanford University symposium in 1990, he didn't notice Larry Ellison; nor is it likely that he would have known who he was.

The molecular biologist had left Stanford in 1978 after running the genetics department for some nineteen years but often returned to see old friends and engage in seminars and workshops. He had also had a fruitful collaboration with the university's renowned computer science department, pioneering the development of artificial intelligence. Lederberg had long been interested in the ways in which computers could help in the planning of experiments. After giving his talk, Lederberg received a note from Ellison, explaining who he was and suggesting that they meet up sometime, as they had some shared interests.*

In the event, it was nearly two years before they got together, Lederberg lived in New York, where he was president of Rockefeller University, and Ellison had been fighting for his business life. When finally they met, at Ellison's home on Isabella Avenue, the friendship that developed

*LE writes: I was attending a weekend seminar on the Human Genome Project at Stanford. When it was Josh's turn to talk, he used his first five or ten minutes to summarize and integrate the ideas of the speakers who had preceded him. The crystalline clarity and lyric eloquence of his speech were mesmerizing. I had never experienced anything like it. I wasn't alone. Paul Berg (Nobel laureate and father of molecular engineering) told me the same thing happened to him when he talked to Josh.

changed the lives of both men—the Nobel Prize–winning scientist and the brash Silicon Valley entrepreneur.

Today, approaching eighty, Lederberg conforms perfectly to the popular idea of the distinguished polymath. Sartorially disheveled, with a great grizzled head, he speaks softly but with great precision and deliberation. You sense not just intellectual power but considerable moral force. There is something almost prophetic about him.

What were Lederberg's first impressions of Ellison? "I knew nothing about the difficulties that Oracle had been through. He just seemed to me to be one of the smartest people I'd ever met," someone who was really fired up about what I considered to be a revolution in human communications as important as the printing press." After a couple of meetings, Ellison said to Lederberg, "Here's the key to my house. If you stay anywhere else when you're out here, I'll be very annoyed." Though taking him up on his offer, Lederberg was struck by the contrast between Ellison's beautiful house and the relatively frugal and even rather lonely life he seemed to live there. And while Ellison would frequently return late in the evening, ostensibly from Oracle, their wide-ranging discussions almost never touched on anything that was going on at Redwood Shores. Oracle and girlfriends had compartments in Ellison's life, and so did Nobel Prize winners.

As far as Lederberg could see, Ellison's interest in molecular biology was purely intellectual. He says, "I didn't see him investing or getting practically involved. I had any number of connections with biotech companies, and I thought I'd be doing him a favor to mention some, but he didn't seem to bite on any of those suggestions." Lederberg and Ellison didn't talk only about computers and genes. Lederberg was deeply involved in foreign and domestic policy, and he found some of Ellison's views about the ability of technology and military force to solve problems "somewhat simplistic." Gently he would suggest that maybe things were a little more complicated than Ellison had assumed: force some-

*LE writes: Josh is the very smartest person I know. Josh invented computer artificial intelligence just because he needed a tool to solve the structure of large organic molecules. He just dropped by the computer science department and invented AI. Unbelievable. Who else does stuff like that? Of course, Isaac Newton invented the calculus because he needed a tool to solve a few physics problems he was working on. But Newton did most of his work in England, so I never met him.