**EXHIBIT 17 part 6**

times had to be used sparingly, and technology would not automatically benefit the poor unless capitalism were tempered with some humanity.* Lederberg observes dryly, "Larry is usually ready for some modulation when we get into the detail."

Ellison's willingness to learn from Lederberg wasn't just confined to late-night intellectual schmoozing. In the summer of 1994, Ellison spent a fortnight's "vacation" in Lederberg's lab working as a humble technician. "He got his hands dirty and enjoyed it very much. He participated in our day-to-day discussions about how the experiments were being planned and the significance of the information we were getting from them. Within two or three days, he'd caught up enough to be able to play a real part—he has a very avid, quick mind. I think the experience helped to confirm his interest in this field, and I began to hear more and more from him about what was going on in other areas."†

Soon afterward, Lederberg felt confident enough of Ellison's seriousness and his friendship to ask him what he wanted to do with his money from a philanthropic point of view. He had just retired from Rockefeller University, so there was no question of putting the bite on Ellison for his own institution. He was convinced, however, that Ellison was ready to listen to some ideas. Lederberg says, "I knew something about philanthropic investment: what works and what doesn't; what can really produce some serious returns; and how to organize it."

Lederberg was careful not to put Ellison under any pressure. But after a series of conversations, the idea formed for Ellison to endow a medical research foundation. For years Ellison had been preoccupied with gaining a better understanding of cancer, the disease that had claimed the lives of his "two mothers" and his Oracle cofounder, Bob Miner. Given the speed at which medical science had been moving in other areas, Ellison thought that real progress in combating cancer had been "pretty dismal."

Lederberg's prompting could not have come at a better time. Having survived Oracle's recent trauma and crushed most of its database competition with Oracle 7, Ellison was convinced that his company would now

*LE writes: When capitalism is tempered by democracy there is the hope of combining prosperity with humanity.

†LE writes: I learned a lot by working in Josh's lab. And I had a great time. During lunch breaks a bunch of the postdocs and I would go out and play basketball in the park. It was the perfect way to spend my fiftieth birthday.

be able to handle whatever commercial rivals or the economy threw at it. For Ellison personally, there were two consequences. The first was that he was starting to get accustomed to the idea that he was not only extremely wealthy but highly likely to stay that way. The second was that he was ready for new challenges. Ellison says, "I'd always been curious about the fundamental mechanisms of molecular biology; and now I had this big lever—lots of money—that enabled me to influence the direction the research was going."

For Ellison, simply writing checks to good causes was never an attractive option. Always distrustful of conventional altruism, Ellison needed to develop a version of philanthropy that would work for him. He says, "I really can't distinguish my approach to philanthropy from my approach to anything else I take seriously. It's about discovering my own limits and learning about what it means to be alive. I set goals and live my life in hot pursuit of them: I want to win the America's Cup; I want Oracle to be number one in software; I want to help find cures for cancers. The America's Cup is just a silly game; nevertheless, I work at it. Oracle's an important business, so I work much harder at that. But you know, pursuing cures for cancer is incomparably more interesting and much more important than any of my other goals. So maybe that's what I should focus the rest of my life on. As far as I can tell, 'living large' means working on the most interesting and important problems." And there was another thing: Ellison's lack of religious belief contributed strongly to his sense of waste when a life was cut short by premature death or debilitating illness. "Fundamentally," he says, "life is the only miracle, and understanding how life works is the most interesting mystery remaining to be solved."

It's typically quixotic of Ellison to characterize his philanthropy as a dramatic personal quest to discover a cure for cancer. In an interview with *Fortune* magazine published in August 2001 (the first in which he drew public attention to his philanthropic activities), Ellison was careful to distinguish between the work of his medical foundation, which is primarily concerned with diseases related to aging, and his investment in the privately held Quark Biotech, a commercial company whose research may revolutionize the treatment of various cancers. But Ellison went on, "Someone asked me once how much I would pay to cure cancer if I could. And I replied, 'Everything I've got.' What do you think is cooler: being the richest guy on earth or helping find the cure for cancer? What would you want to do? That's a pretty easy question. Let me nail the Big

C." It left the reader with the rather misleading impression that cancer research was the primary recipient of his philanthropy.

Ellison adds another rider to his definition of philanthropy that he suggests differentiates it from—not coincidentally—the work of the Bill & Melinda Gates Foundation. He argues that the only thing that matters is results—whether any lives are saved. Until you can say that a certain proven lifesaving drug exists only because of research that would not have been funded without your money, it's best not to say anything at all. Ellison says, "We measure philanthropy and philanthropists with the wrong yardstick. It's not the size of the investment as measured in dollars contributed; it's the size of the return as measured in lives saved. That's what we should measure. What good it is to write a check for $100 million if the money is wasted? It may make you feel good, but you didn't help anybody. Money and motives grab a lot of attention, but I don't think you can climb into a person's soul and understand their motives. The correct measure is how much good you did for how many people: how many lives did you save; how many children did you educate; how many jobs did you provide?"

It's hard to say how much of this Joshua Lederberg (or deep down, Ellison himself) agrees with. It does, however, provide Ellison with a kind of shield against questions of motive and comparisons between him and Gates, who has undoubtedly committed greater sums of money to medical research than Ellison. For the record, Ellison has committed $250 million to his own foundation since it began in 1998, and he's made it clear to Lederberg that as the number of sponsored research projects grows, the funding will expand to meet the demand. But it goes deeper than the slightly absurd rivalry with Gates. Ellison can't bear the idea of being categorized as simply a rich man with a simple desire to do some good in the world. Even his philanthropy has to be judged by rules that don't apply to others. It also comes back to his suspicion of altruism and the baggage of political correctness that, these days, often accompanies it. "God won't grant you absolution just because you wrote a few checks," he says.

Whatever Ellison's eccentricities as a philanthropist, Lederberg's influence as chairman of the Ellison Medical Foundation has been powerfully present in setting its goals. Lederberg has a strong sense of how philanthropic funds should be used, in contrast to investment, which expects an economic return, or the aid that governments should give on behalf of taxpayers. For example, if the only concern is a straightforward cost/ben-

efit analysis of the best way to save lives, there's not much doubt that putting money into better sanitation and clean drinking water in the Third World would be the way to go. But both Lederberg and Ellison believe that such uncontroversial projects, which simply require money and management, are the role of governments and aid agencies rather than individuals, however wealthy. Ellison, who unlike many rich men has no objection to paying higher taxes, says, "Higher taxes don't bother me at all so long as governments spend the money efficiently on projects that make the world a better, safer place. Unfortunately most government agencies are quite inefficient, so an awful lot of the money they spend is wasted."

From the outset, Lederberg counseled Ellison against seeing the EMF as a vehicle for waging a personal war against the Big C. He says, "Finding a cure to cancer is not going to happen in any one step. Cancer is a lot of diseases, although there may be conceptual approaches that are shared in a number of areas. I think there will be incremental successes from time to time; however, in twenty years' time there will still be a lot of cancers, albeit not the same ones that we see today. But the main thing is that cancer is probably the most heavily invested area in biomedicine—it's actually very hard to find new niches for an investment in cancer. Which isn't to say that if an idea was presented to us that we were convinced was hot and for some reason wasn't acceptable to other funding sources, we wouldn't support it. But we decided against actively soliciting in cancer." The same was true of AIDS, another illness that doesn't lack for private sector funds.

The decision was made to focus the EMF on diseases that were related to aging—an oddly unfashionable area of research despite the fact that we are all living longer and increasingly susceptible to such illnesses. Our golden years may turn out to be more of a curse than a blessing, and the cost of caring for the sick elderly is in danger of bankrupting social security systems.

Ellison says, "The longer you live, the more likely it is that you'll get one of the common diseases of aging: Alzheimer's, osteoporosis, Parkinson's, and so on. But because health care has improved, these diseases no longer kill you right away. That's the good news. But a longer life span comes at a very high price: higher health care costs and extended periods of human suffering. The only way to avoid paying this price is to find cures for these diseases. Cures are vastly more humane and much more economical than care. Caring for a family member with Alzheimer's, os-

teoporosis, or Parkinson's can be financially and emotionally exhausting. Unless we cure these diseases, they'll devastate our families and destroy our health care system."*

One of the things that has riled Ellison is the perception, stimulated by speculative newspaper articles, that the real purpose of the EMF is to give its benefactor early access to treatments that will extend his own life. A typical example appeared recently in the San Jose Mercury News. It suggested that because Ellison was known for reacting badly to the death of loved ones, appeared in good shape for his age, and was an active sportsman, it followed that he was pouring his billions into seeking the "fountain of youth." The piece even managed to chuck in a reference to the age discrimination case brought against Oracle by Randy Baker as further evidence that Ellison had a horror of old age.

Ellison says, "Our medical foundation has marshaled so many magnificent minds and committed hundreds of millions of dollars in an attempt to better understand the fundamental biology underlying the diseases of aging, and somehow the San Jose Mercury found a way to write a negative story about it. I think that says a lot more about the Mercury than my medical foundation." He does, however, agree that humanitarian issues as well as economic ones are at stake and that his own experiences have affected him: "Diseases of aging—and I consider many cancers to be diseases of aging—hit hard at most of our families. My mother died of leukemia. My brother-in-law got Parkinson's. It was awful to watch his body tremble and the personality I knew so well just slowly disappear." Lederberg simply observes that the time scale involved in bringing primary research from the lab even to the product-testing stage is unlikely to be of much personal benefit to someone of Ellison's age.

If there is a criticism, it is that the diseases that the EMF is focused on are predominantly those of the rich. In poor countries with lower life expectancy, they are simply far less prevalent than other killers. Lederberg

*LE writes: Several years ago, I gave a commencement address at Carnegie Mellon University called "Care Less and Cure More." It was my attempt to highlight the high cost of caring for, rather than curing, society's most pressing problems. Diseases of aging affect one segment of our population, while illiteracy affects another. Caring for people who are illiterate is much more expensive than teaching them to read and write. Curing our problems upstream is always better than caring for them downstream.

and Ellison answer the question in different ways. Lederberg argues that once people in the Third World have surmounted the perils of early childhood, and assuming they don't fall victim to violence or AIDS, life expectancy is not as different as the statistics suggest: "This is something that's shared by the whole of mankind, not just the rich." Ellison points out that one of the results of lavishing expensive care on an aging population that votes is that there's less money available for programs for the poor. In the intensifying competition for resources, the education of inner-city children drops to the bottom of the list.

That said, the Ellison Medical Foundation has now added research into infectious diseases of the Third World to its dossier. One of Lederberg's preoccupations is that too many treatments for many diseases, above all AIDS, are simply too expensive for people in poor countries and that drug companies are unwilling to invest in those markets. "Because the people are too poor to buy the medicine, you have to find another approach—it's not intrinsically necessary that a treatment for HIV has to cost $10,000 a year. We should be making long-term gambles in the direction of producing treatments for tuberculosis and malaria and so on that are, above all, affordable."

One thing that may have held the EMF back a little is the relative lack of publicity it has received because of Ellison's uncharacteristic decision not to brag about the work it is funding until something concrete has been achieved—an approach that contrasts with the publicity machine that broadcasts the beneficence of the Gates foundation. But as word has gotten out, so has the number of research projects, now running into hundreds each year, being submitted for sponsorship to Lederberg, Richard Sprott (the former director of the Biology of Aging program at the National Institute of Aging, who was hired to run the foundation), and its superdistinguished Science Advisory Board (SAB). For Lederberg, the only disappointment has been the difficulty of getting Ellison involved in a more hands-on role. Lederberg says, "I've tried very hard to get Larry to engage in SAB meetings, but his time commitments have made it impossible."* Although Ellison has talked about making up to $2 billion available over time, you sense that Lederberg would be more confident

*LE writes: At this point in my career, I think I should spend most of my time making money, while the foundation figures out how best to spend it. When I leave Oracle, I'll be able to devote much more of my time to working with the foundation. I'm looking forward to it.

about the future if Ellison were just a little more engaged. "We'll have other options to present to him [to add to aging and infectious diseases] in a couple of years. But these are all open questions. If I could count on his interest in doubling the foundation every three or four years, Larry will become the country's major philanthropist in the biomedical area." Ellison says simply that if Lederberg believes that there are projects that should be funded, they will be.

Two other schemes may compete with the medical foundation for resources. The first is a $100 million project to found a school to study the impact of technology on politics and economics. Ellison would like to see the PET (Politics, Economics, Technology) school investigate the interactions between technologically extended life expectancy, social security spending, and the competition between social groups for scarce public-sector resources. Ellison has approached Stanford, Harvard, and MIT, but he has discovered that trying to do anything genuinely interdisciplinary is hellishly difficult at institutions that aren't set up to run that way. One possibility is to make it a freestanding institution, but it currently seems more likely that if the PET school happens at all, it will be on a much more modest scale than originally contemplated.*

The second idea, a research university focused on biology, which has Lederberg's fingerprints all over it, reflects some of Ellison's suspicion of conventional academic institutions. Ellison believes that one of the major problems in getting potentially lifesaving ideas to market is the squabbling between researchers and their sponsoring universities when there is money to be made from the exploitation of a patent.

Ellison says, "Within a traditional university there's a lot of ambiguity about the ownership of intellectual property. Who owns the patent: the researcher or the university? Who gets the royalties? So I'm thinking of starting a research university that enables scientists to pursue their ideas, patent them, and even create companies on the outside to commercialize their ideas, if that's what they want to do. I want to break down the remaining walls between university research departments and commercial biotechnology companies. Hopefully that will allow new drugs to come to market more quickly. Lives will be saved, and fortunes will be made. Patients will get healthy, and professors will get rich. A perfect marriage of humanitarian ideals and market incentives: human nature at its very best."

*LE writes: I've pretty much given up on this idea. Interdepartmental co-operation within a university is near-impossible.

What Ellison is now thinking of is something like a "Rockefeller West"—something akin to the university in New York that Lederberg used to run but based in or around San Francisco and dedicated to biotech research. Combining a standard 80/20 "no-haggle" split of royalties* between researchers and the school with Silicon Valley's genius for encouraging entrepreneurs and its established infrastructure for bringing new businesses into existence seems to him the best way to ensure that the crossover from lab to market would happen faster there than anywhere else. Ellison quips, "The medical foundation and the research university will get ninety-five percent of what I earn in my lifetime. I don't think they'll have any problems spending it, either." They'll also get most of his time. He says, "Once I've completed the earning portion of my life, I'll have the time to get deeply involved in the operation of both of these institutions. That should begin to happen three to five years from now as I start to disengage from Oracle."

His impatience with academia and his own ambivalence toward the philanthropic ethic may also help explain why Ellison talks about Quark Biotech Inc. (QBI) with greater excitement than he does about his medical foundation despite "the dazzling work" being done there. Although it is incorporated in California, QBI is an Israeli company, and Ellison, although not a practicing Jew, has something of a love affair with Israel, admiring its steely pragmatism, respect for intellect, and ingrained entrepreneurialism. Having owned 70 percent of the company since 1996, representing an investment of about $100 million, he feels even more responsible for it than for the medical foundation. Finally, the fact that QBI is working on drugs that have the potential to produce dramatic improvements in cancer treatment provides a different order of excitement for Ellison.

And while Quark's long-term projections are daunting for ordinary investors and the odds against hitting the jackpot are long, the possibility that Quark could win big only adds spice to the game. Ellison doesn't disagree but adds, "The time frame is pretty long at QBI [because the whole drug approval process is such a drawn-out business], but they'll deliver lifesaving drugs sooner than the research being done by the medical foundation. That's why I'm so excited about QBI. If I judge myself on the number of lives saved, most likely they'll be the first to deliver. I guess it's just another example of my own impatience and immaturity."

*LE writes: I've now decided to give one hundred percent of the patent property to the researcher. It's much simpler that way.

"QBI is developing both therapeutic drugs and diagnostic tests. One test screens a patient's DNA to see if that person is especially sensitive to radiation. There's a small percentage of the population that should not be exposed to radiation of any type—not even dental X rays. Unfortunately, there's no simple test to identify these people. So QBI is developing one. Well, if you can identify people who should avoid radiation, you should also be able to identify people who should avoid taking a particular drug that would be harmful to them. It turns out that there are numerous drugs that have been proven to be very effective at treating a disease, but the drug fails the clinical trial because it's toxic to some people. Now, by looking at the DNA and the clinical outcomes of everyone who took the drug—it cured you, it killed you, it did nothing—we should be able to identify the people this drug is likely help and screen out the people the drug is likely to hurt. It's called drug personalization. It's sort of like how Amazon.com can look at all the books you've previously read to recommend a new one for you—except we look at your genes and recommend the right drug for you. It's a monumental breakthrough because it enables not just one new treatment but thousands of new treatments that previously failed their clinical trials."

Another technology, known as the PFT (Pfifrin) Compound, being pioneered by QBI, is designed to make existing cancer treatments exponentially more effective while reducing their damaging side effects. Ellison says, "The most common forms of cancer therapy are radiation and chemotherapy. Unfortunately, when you use either one of these to kill cancer cells, there is a tremendous amount of collateral damage to healthy cells. That is, large numbers of healthy cells die along with the targeted cancer cells. It's the death of these healthy cells that causes the terrible 'side effects' that accompany most forms of cancer therapy. The healthy cells die because the radiation or chemotherapy damages their DNA, which in turn causes the cell to 'commit suicide' through a process called apoptosis, or programmed cell death. When healthy cells detect that they have DNA damage, they increase the production of their p53 gene. The p53 gene is the primary molecular mechanism that induces programmed cell death in normal, healthy cells. Interestingly, the p53 gene is 'broken' in most cancer cells, so cancer cells will not commit suicide. That makes cancer therapy very difficult. Cancer cells are much harder to kill than healthy cells, because healthy cells have a working suicide mechanism and cancer cells don't."

"QBI solved this problem by developing a drug that turns off the p53 gene in all cells for a few hours during and after radiation or chemother-

apy. That eliminates most of the collateral damage to healthy cells, thus eliminating most of the side effects. Even better, this enables the physician to go after the cancer more aggressively by increasing the dosage of radiation and chemotherapy without damaging too many healthy cells. We've tested up to ten times the lethal dosage of radiation with minimum ill effects on healthy cells. So the Quark compound flips off the p53 gene for a couple of hours and death takes a holiday. It's a very big deal."

A big deal indeed, but unfortunately Quark has itself fallen foul of the Food and Drug Administration's (FDA's) approval process with PFT. Ellison admits that QBI wasn't sufficiently rigorous in its preclinical trials, with the result that almost two years may have been lost, but he's perplexed by an approval process that is so ultracautious that it can allow many people to die by denying them a new wonder drug because a handful of patients may suffer an adverse reaction. "The FDA and our legal system work hand-in-hand to virtually eliminate errors of commission; unfortunately, this leads to a dramatic increase in errors of omission. Here's why: If a drug saves a thousand lives for every one person it kills, the drug is not likely to be approved. You can't get sued for not releasing a drug that would have saved a thousand people; you can and will get sued for releasing a drug that killed one person. It's pretty bad math and worse ethics, if you ask me."

Quark may have fewer than 300 people on its payroll, but about 130 of its employees have a Ph.D. in molecular and cell biology, gene discovery, signal transduction, pathology, chemistry, or medicinal chemistry. In addition, it employs more than 50 specialists in DNA and protein analysis, algorithm development, programming, and statistics in what it calls its Bioinformatics Group. Lederberg, who sits on the board, says, "They're brilliant. That's the only word to describe them. Whether QBI will add up to a single coherent business is a little less obvious to me. But some of the things they're working on could turn out to be real blockbusters."

Ellison has constantly reiterated that biomedicine will be his second career. It's consistent with his belief that the computer industry is maturing and consolidating; that the great platform shifts that required technology visionaries are now, thanks to the Internet, a thing of the past; that the few surviving computer companies (including Oracle) will increasingly take on the character of business utilities. In short, Ellison thinks that biotech not only is the area that will best leverage his money for the good of mankind—although he'd never put it quite so portentously—but is also where he's likely to get the most intellectual stimulation and the most fun.

Don Lucas, who knows as well as anyone what makes Ellison tick, hopes more than anything that he won't leave it too late. Until his philanthropic interests absorb more of his time, he says, Ellison will never understand just how much pleasure and sense of worth they can give him. Jobs says something similar, albeit from the perspective of a younger man. He says, "My sense of it is that he's not quite ready for the next stage of his life. I don't think Oracle allows him enough time for much of anything but his family and a little bit for himself. This is a hobby now, but it's not yet a passion. However, I think it will become a passion in coming years that will be both fun and tremendously fulfilling for him."

• • •

Besides biotech and finding interesting ways to apply his wealth for the public good, Ellison is dabbling with the idea of going into politics. At a time when high-profile CEOs are not exactly topping the "Who do you most admire?" polls and when the memory of Oracle's wounding spat with the State of California is only just beginning to fade, it seems like a pretty crazy notion. And with the possible exception of Michael Bloomberg in New York—though the jury is still out on him—successful businessmen rarely make good politicians. They tend to share an autocratic style, a dislike of compromise, and a desire to quantify and analyze problems and set goals that they expect to be met. Most CEOs are also pretty useless when it comes to the arts of schmoozing and small talk that lubricate political wheels and flatter voters. Given that most of the above applies to Ellison in spades and is compounded by his hatred of pompous authority and determination never to do anything he doesn't want to, one might ask if he's taken leave of his senses.

It's partly Ellison's curiosity and constant challenge seeking, partly vanity—he has to believe that he would do a better job than some of the office-clinging nonentities with whom he is forced to do business—and partly idealism. He is genuinely passionate about improving the low standards in America's public schools and applying information technology to solve some of their problems (Oracle has given away thousands of network computers, and Ellison is thinking of using his own money to put expensive textbooks online).

His close friend Tom Lantos, the human-rights-campaigning California congressman, has urged him to make a run for the Senate. But Ellison admits, "I think I'd be a terrible freshman senator. I'm too impatient and uncompromising."

What does appeal to him is taking a pop at becoming governor of Cal-

ifornia. Since his bruising encounter with Governor Gray Davis—"the master of expediency"—over the alleged misselling of database licenses (see Chapter 25), the idea of running in 2006 as an independent has become even more interesting; one thing that Ellison would not have to worry about is money to fight an effective campaign. And it's probably as much the idea of the campaign that attracts him as the possibility of winning. As Joshua Lederberg said to him, "So you win. It's the day after that your problems begin."

So what exactly are Ellison's politics? He says that politics were always talked about at home. His adopted father, Lou, once ran unsuccessfully for the state legislature (Ellison thinks, but doesn't seem totally sure), while his brother-in-law, David Linn, was politically active and served on the Illinois Constitutional Convention. Ellison says, "In my family, you were either a liberal Democrat or a very liberal Democrat. Those were the only two political ideologies represented around our dinner table." In what he describes as the "Jewish ghetto" in Chicago where he was raised, the politics of the Ellisons and Linns were fairly typical. The big issue during Ellison's teen years was civil rights, which, naturally enough, everyone he knew was passionate about.

Perhaps as a result, Ellison's first foray into political activism was working for Robert Kennedy's presidential campaign. Ellison's political heroes are all of the "man of destiny" type—Winston Churchill, Napoleon, Douglas MacArthur—and, like them, Kennedy was a contradictory character, tough but complex. Ellison says of Churchill and MacArthur, "They had great intellectual and moral integrity. They had the courage to do what they believed to be right rather than what was popular or politically expedient at the time. I admire people with the strength to take a stand against the majority, when they believe the majority is wrong. Churchill took a strong stand against Hitler in the mid-1930s, and he was ridiculed and ostracized from his own party for doing so. But he did it anyway. That's courage. That's integrity. I admire risk takers. I like leaders: people who do things before they become fashionable or popular. I find that kind of integrity is inspirational." *

---

*LE writes: There are inspirational leaders in all walks of life. Johnny Cash, for example, wrote songs and did concerts supporting Native American causes long before it became fashionable or popular to do so. He was way out in front of everybody else. These days most artists will do concerts to raise money for good causes. I think that's great, but it's not the same.

After Robert Kennedy's assassination in June 1968, Ellison's interest in politics waned—"I kind of gave up after they shot Bobby. I just didn't care anymore. There was nobody left that I liked."* It was Ellison's growing business success in the late 1980s that helped to reengage him. As a wealthy individual who was making his money in the glamorous world of high tech, Ellison was a perfect target for fund-raisers. However, few of the politicians who approached him for money made any impact on him.

Al Gore, with his carefully cultivated contacts in the tech business and high-profile support for the Internet, might have seemed a natural home for some of Ellison's money. But Ellison despised Gore. After buying the parallel processing computer firm nCUBE, Ellison went to see then Senator Gore to complain about the preferential treatment that a rival, Thinking Machines, seemed to be getting. Not only was Thinking Machines winning government contracts at nCUBE's expense, but it was also being directly supported with tax dollars that Gore had been instrumental in steering its way. Ellison says that when he complained to Gore about this double whammy, the future vice president smiled and said to him, "What you've got to understand, Larry, is that Thinking Machines has been very good to me." Ellison exploded. "What do you mean, they've been good to you? Just how good have they been, Senator? What units of goodness are we talking about here?" Ellison says simply, "I guess he just wanted me to offer him a campaign contribution similar to the one he was getting from Thinking Machines, but back then I didn't know how the game was played, so I just kind of lost it."†

Ellison met plenty of other pols but says, "I was profoundly unimpressed by nearly all of them." Until Bill Clinton. "I met him when he was governor of Arkansas. We spent a few hours together discussing a variety of issues. He's incredibly smart and just plain interesting. I ended up being the second largest contributor to his first presidential campaign

*LE writes: I didn't really re-engage in politics until I met Tom Lantos, the only Holocaust survivor who is a member of Congress. Tom and his brilliant wife, Annette, restored my hope in the potential of human beings to govern themselves.

†LE writes: Now I know how the game is played, but I don't want to play it. We need some kind of campaign finance reform that doesn't clash with the Constitution. Not an easy problem to solve, though.

in 1992. I gave him about half a million dollars. That was before he picked Gore as his vice president. After that I didn't contribute a dime."*

It's curious that he was so drawn to someone whom many people would consider the very antithesis of Ellison's heroes—an infinitely flexible political pragmatist rather than a man of unbending principle and conviction. Nor did Clinton when in office pursue the kind of agenda that Ellison particularly supported: his halfhearted use of American military power; his tedious political correctness on issues such as recruiting homosexuals to the military; his being in thrall to his ideological wife over her disastrous attempt to reform health care; and his lack of conviction on the subject closest to Ellison's heart—the appalling state of the nation's secondary schools—because of his timidity in the face of the teachers' unions.†

The most probable explanation is that Ellison, like many other people, was bowled over by Clinton's extraordinary charisma and his intellectual quickness. Ellison doesn't demur: "I just like the guy. He is so interesting: brilliant, complex, ambitious, troubled, talented. I've never met anyone quite like him. Nobody loves being alive more than Bill Clinton. And you can't help feeling the same passion for life when you're with him. Melanie and I had an unforgettable time jazz-clubbing with him in New Orleans. The man heightens your senses and teaches you what it means to be alive."

Roughly the same age, both illegitimate, both extremely successful, both risk takers in their professional and personal lives, and both a little bit in love with their own wit and intelligence, it's not surprising that the two men hit it off and have remained good friends. Nonetheless, Clinton in office was a disappointment to Ellison.

Ellison's anger about the quality of secondary education may have been influenced by his own experience at school. As an employer of some forty thousand people, a good many of them not only superbright but also the products of the education systems of much poorer countries, Ellison knows something about American secondary education. As he puts it, whatever the failings of America's health care system (mainly that it costs

*LE writes: Needless to say, I didn't support Gore for president. Thank God for the butterfly ballot.

†LE writes: All true, but you have to give President Clinton credit for NAFTA. He stood against his own party and the unions to create a more prosperous Mexico on our border. That's Bill Clinton's profile in courage in my book.

a lot and is socially divisive), people still get on planes to come and get treated in America, but it's a long time since he's heard of anybody coming because of the excellence of America's publicly funded high schools.

He's most incensed by the nexus between the teaching unions and the Democratic Party—"The teachers' union is one of the anchor tenants of the party," he grumbles—and the obstacle that places in the path of worthwhile reform. He's particularly fond of the idea of education vouchers to give some economic clout to poor families. He says, "The California public schools are a disgrace. Too many poor minority children are condemned to go to schools that fail to teach. African-American and Hispanic children should have a choice of schools. Any mechanism that gives them that choice—magnet schools, open enrollment, vouchers—I'm for. I'm prochoice on schools."*

If he ran for the governorship, he would concentrate on introducing vouchers, improving health care, and "keeping the lights on." He says, "California is a huge economy, and there's plenty of money available to solve our educational and health care problems if we can get rid of some of the unconscionable waste. Apart from that, I'd concentrate on not doing anything monumentally stupid like losing billions speculating in the energy market. I'm a pretty good problem solver, so I might be a good governor." Another thing he points out as being in his favor is that no special-interest group could buy him.†

How serious is he? He's definitely drawn to the idea of running and the opportunity it would give him to put issues that he cares about on the agenda. And compared with the well-named Gray Davis or his equally drab Republican rival in 2002, Bill Simon, Ellison would have made him too many enemies in business to survive a tough campaign against embattled party machines. And there's no escaping the fact that he has enough personal history to give a prurient press a field day. Is that what he really needs?

Ellison says that it all depends on how fed up people are with the traditional politicians by the time he's ready to run—fed up with their in-

*LE writes: I do not favor giving school vouchers to the rich. Only poor families need vouchers, and then only when their local school is failing.

†LE writes: My family has threatened to stop talking to me if I run for office. If I don't run I'll probably support Arnie [Schwarzenegger], but only if he invites me to the opening of Terminator 3.

competence, their pandering to special-interest groups, their "newsspeak," and their dreary political correctness. If Jesse Ventura can make it, he says, why not Larry Ellison? But Ventura could more easily present himself as being on the side of the little guy than California's wealthiest citizen can. The only thing that can be said with certainty is that if Ellison does decide to run, it won't be dull.

• • •

What's also certain is that Ellison wants to stay busy. One thing that he is acutely conscious of, despite rumors to the contrary, is his own mortality. "Life is the only miracle," he often says. With sixty fast approaching, he thinks increasingly about how to extract the most from what is left to him: "I don't waste a lot of time. I work intensely on things I care about, and I spend my time with people that I care about. I do what I want to with my time, because I know there's not much of it left."

Some of this urgency may be the consequence of Ellison's lack of any religious belief. Although he was brought up in Reform Judaism, his family was not particularly religious and the teachings at Hebrew school never stuck. The closest that Ellison is prepared to get to God or anything that might be termed spiritual is nature: a sunrise in Yosemite Valley or the cherry blossoms blowing in the wind at sunset in Kyoto. "That is where I find God," he says, "in this glorious accident of being alive."

What may also have concentrated Ellison's mind on the fragile glory of life are his still recent brushes with death. Although he has never had any serious illness, he nearly killed himself twice in 1992—when he broke his neck while bodysurfing in Hawaii and, soon after, smashed himself up in a serious bicycle accident. Careering down a mountain in Napa, he managed to stick the front wheel of his bike into a section of disused railroad track. The impact as he hit the ground was traumatic, smashing his arm in twenty-eight places and blowing the bone through the skin. It took four operations to rebuild the arm, using bone from Ellison's hip, and more than two years of rehab in the gym, where he trained with Joe Montana, before he regained his strength. Typically, Ellison boasts that at the end of this period he managed to beat a champion triathlete at dips (although he does admit that the lighter triathlete was handicapped by wearing a thirty-five-pound weight vest).*

*LE writes: When I told Joe that my elbow injury was worse than his, he said, "True, but you don't earn your living with your arm."

If the feelings of power and well-being that come from physical fitness are a critical part of "the glory of being alive" for Ellison, so too is constant mental stimulation. He says, "As long as you're learning, as long as you're solving problems, as long as you are working with your mind, then you're alive. Problems intrigue, excite, and energize me."

Although Ellison jokes about his dislike of drinking alcohol, saying that it makes him even more unbearably over the top than he already is, the real reason is that he has what amounts almost to a terror of anything that might interfere with the working of his brain. He says, "I can't stand anything that clouds my mind. I couldn't take the painkiller they prescribed for me when I was in the hospital with my arm broken in twenty-eight places. I took Tylenol instead. I'd rather deal with the pain than lose my mind to the medication. I have no problem with people drinking; I have no problem with other people smoking dope. If that's what they want to do, God bless them, that's their business. But I can't do those things."

Ellison, I think, will find coping with the debilities of old age even more difficult than most of us will. What would he prefer, I wondered, a relatively shorter life and going out with a bang or dealing with the feebleness of advanced age? "Would I rather die at eighty or be feeble between eighty and ninety? I'll take feeble if it's okay with you. I'd never accept being feeble, though. I'd work out by competing in walker races against the seventy-year-olds." He admitted that much of what the medical foundation was working on are ways to help people live the last years of their life "in a healthy and robust fashion."

In the absence of any near-term breakthroughs from the EMF, I couldn't help asking Ellison whether he was taking anything to help him stay youthful. The answer was disappointingly prosaic: just a few over-the-counter dietary supplements available for a few dollars, such as DHEA (a steroidal precursor that encourages the production of testosterone in older men) and melatonin (a natural sleep enhancer that compensates for the declining efficiency of the pituitary gland). So no fountain of youth and (hand on heart) no cosmetic surgery since his broken nose was fixed nearly thirty years ago.

If Ellison was so certain that there was no life after death, was he, like many rich men, trying to secure a kind of immortality with his money? "Well," he said, "I hope my children will be proud of me after I've gone. But I think it's a big mistake for people to die very wealthy and leave it to their spouse or their children to give their money away. Why should they

have all the fun? I want to give it away myself and see some of the results before I die."

Surprisingly, perhaps, Steve Jobs believes that for all his emotional difficulties in dealing with the deaths of others, Ellison has succeeded in coming to terms with his own mortality. Jobs says, "What makes some people very effective in the way they use the time left to them is that they frequently remember that they're going to die soon. A lot of people get to the end of their lives and only then realize that they're going to die and that they should have made a lot of decisions differently. Larry thinks about death often, and I think a person like that has a much better chance of growing old gracefully."

I think that one day Ellison will be able to disengage from Oracle, but as long as he thinks Oracle needs him, it will continue to have a prior claim over anything else. However, assuming he does create a few degrees of separation between himself and Oracle, he will plunge more deeply into those other areas of interest. He probably won't find the cure for cancer—as Josh Lederberg says, that's going to be a long haul—but through his medical foundation, Quark, and his proposed "Rockefeller West" research university, he has a wonderful opportunity to have fun and do a lot of good at the same time. But he should forget about the politics. Even in winning he would be bound to fail. If you're Larry Ellison, why choose to be unhappy?

# 23

# "A SCRAP OF INFORMATION"

On the morning of September 11, 2001, Larry Ellison was up before dawn, getting ready to do some work on his e-mails, when one of his household staff burst into his study. "Mr. Ellison, turn on the TV right away. An airplane just hit the World Trade Center in New York." He was just in time to see United Airlines Flight 175 smash into the South Tower. As he watched the unfolding horror, two thoughts crowded his mind: how to keep the businesses running for the many Oracle customers based in the Twin Towers, and whether there had been any Oracle people in the buildings.

That morning Oracle lost eight employees. Six were consultants working with clients in the Towers, and two were among the many heroes created on that awful day. One who had some emergency medical training had gone inside one of the towers to see if he could help the injured. He was never seen again. Finally, there was Todd Beamer, a thirty-two-year-old account executive on his way home to San Francisco on United Airlines Flight 93 from Newark. It is Beamer who appears to have led the fight against the terrorists on the doomed plane that crashed near Shanksville, Pennsylvania.

Ellison says that making the calls to the families of the Oracle men who died on September 11 was the hardest thing he's ever done. Two days later, he sent out an emotional e-mail to the victims' colleagues at Oracle:

Everyone,

It is with indescribable sadness that I inform you that several of our people lost their lives in the terrorist attack on the United States. Todd

---

Beamer lost his life when United Flight 93 crashed in Western Pennsylvania. Seven more are missing in the rubble that was the World Trade Center. We pray that some may be found alive.

We know that Todd Beamer is dead. We believe he died when he and other passengers aboard Flight 93 tried to recover the hijacked airplane from the terrorists. In the struggle, the plane crashed. Todd's courageous actions may not have saved the lives of his fellow passengers, but he helped prevent the airplane reaching its target—our nation's Capitol. Considering the devastation wrought by the other aircraft, it is unquestionable that Todd's brave actions, and that of his fellow passengers, saved countless lives on the ground. We are very proud of Todd. We will miss him. Our heart goes out to Todd's wife, and his two young children.

Seven other Oracle people are missing. Six of them are consultants that were working on the 97th floor of the South Tower of the World Trade Center. We have not given up hope. Rescue workers are still searching, so we will not reveal their names at this time. I will tell you that two of the missing consultants were from the United States, three were from India, and one from the United Kingdom. This terror and tragedy is reaching families around the globe. The entire civilized world is in mourning.

The last Oracle person missing was trained as an emergency medical technician. He was near the World Trade Center when the first airplane hit. When everyone else was running out of the building, he ran in. Like the police and fire fighters, he risked his own life trying to save others. We will never know how many people he helped, or if he was able to save any lives. We do know he ran into the building and tried. In trying, he risked—and perhaps lost—his own life. Nothing is more heroic than giving your own life in an attempt to save another.

Several Oracle people are lost. Some we knew. Some we didn't. Some were heroes. All were family.

Larry

I talked to Ellison on September 12. He was deeply distressed, but he was clear that Oracle had to go on working. Oracle's first-quarter earnings call was due later in the week, and he didn't want to postpone it unless the markets remained closed. "Our people were in a state of shock. It was really hard to focus on work. But there was no time for a break. Most emergency services—police, fire departments, hospitals—depend on our systems working twenty-four hours a day, every day." What effect

the atrocity would have on the economy or Oracle's fortunes, he had no idea. "I really can't think about the stock market at a time like this—except to say that eventually it will recover. And our economy will recover. We always recover. The American people are very resilient. We'll recover from this attack. We'll learn from it, and we'll be stronger because of it."

Apart from anything else, all the government agencies and departments that dealt with the aftermath of the attacks and hunted for the terrorists depended on Oracle databases. He had already made arrangements with the army for more than two hundred technical staff from the damaged Pentagon to be accommodated in Oracle's Washington offices. A secure Special Response Center had been quickly established to provide support for government agencies needing security-cleared communications channels. Ellison said that in New York a similar effort was under way, including the creation of an "emergency office locator" to help identify the temporary office locations of thousands of displaced workers.

As the provider of the software that powered nearly all their databases, Ellison knew better than almost anyone that the U.S. security agencies were technologically ill prepared to protect the United States from further terrorist outrages. There were two major deficiencies. The first was the ease with which potential terrorists could enter the United States and disappear, thanks to a combination of lax rules for the issuing of visas and the lack of a standardized ID card system. Most of the hijackers had multiple stolen identities. The second was the difficulty of creating an effective and cross-checkable watch list, without which monitoring suspicious behavior was impossible. And just as the root cause of poor information management in the private sector almost always turned out to be fragmented data caused by information being dumped into too many small databases that couldn't easily communicate with one another, the same was true in spades of government in general and the security services in particular. Making the problem even worse were long-standing interagency rivalries, especially between the FBI and the CIA, which reinforced the chronic data fragmentation with a cultural bias against sharing intelligence.

Ellison's remedy was the introduction of a national standard for government ID cards using biometric authorization technology linked to a single, consolidated national security database. He knew that while what he was proposing was technically not difficult for Oracle to do, both ideas would be deeply controversial on both civil libertarian and political grounds. But he had been impressed when the secretary of defense, Don-

ald Rumsfeld,[*] had remarked that the difference between the war against terrorism and more conventional conflicts was that this was a war that would be won not by cruise missiles or bombers but by some scrap of vital information. Within a few days of the terror attacks, Ellison decided that it was his public duty to campaign for both national standards for government ID cards and a national security database and that Oracle would donate the software to make it possible.

The first stage of the campaign was to start talking and writing about it. Ellison spent several days sweating over an op-ed piece that he hoped to place in *The New York Times*. The *Times* declined to take the article,[†] but *The Wall Street Journal* offered it a home, albeit in greatly shortened form. This is what Ellison wrote:

## DIGITAL IDS CAN HELP PREVENT TERRORISM
### by Larry Ellison
### 10/08/2001

Since the September 11 attacks, our country has been thrust into a debate over how to root out terrorists while also maintaining our civil liberties. One of the suggestions proposed, though not yet fully debated, is that of national identification cards.

Many Americans instinctively fear that a national ID card would sacrifice basic freedoms and compromise personal privacy. They suspect our government would build Big Brother databases that would be better at snooping on law-abiding citizens than catching terrorists. They rightly agree that if we lose our liberty, the terrorists will have won.

On the face of it, issuing ID cards does seem a significant step. Trust-

[*] *LE writes: I like Donald Rumsfeld, but not as much as Melanie does. She has a Donald Rumsfeld screen saver on her Macintosh laptop.*

[†] *LE writes: I submitted my op-ed piece to The New York Times, but they rejected it. I suppose they thought my position on ID cards was a bit too far to the right. However, shortly after my article appeared in the Journal, the Times ran a piece by the Harvard constitutional law professor Alan Dershowitz that called for a mandatory national ID card. All I wanted was a national standard for our existing voluntary government ID cards. So for the first time, I found myself standing slightly to the left of Alan Dershowitz on a civil liberties issue. Things had changed. September 11 convinced Alan and a lot of other people that we live in a very dangerous world.*

ing government to maintain a database with our names, addresses, places of work, amounts and sources of income, assets, purchases, travel destinations, and more, seems a huge leap of faith. But we should remember that these databases already exist, and that we willingly helped in their creation. For years, companies like American Express and Visa have been issuing cards and building up information on millions of Americans. The databases they maintain are searched and sold on a daily basis.

We should remember, too, that the government already tracks things—lots of things. Federal, state and local agencies issue Social Security cards, driver's licenses, pilot's licenses, passports and visas. They maintain thousands of databases to keep track of everyone from taxpayers and voters to suspected terrorists.

And so the question is not whether the government should issue ID cards and maintain databases; they already do. The question is whether the ones we have can be made more effective, especially when it comes to finding criminals.

Do we need one national ID card? No. But the IDs that the government issues—such as Social Security cards—should use modern credit card technology. Do we need more databases? No, just the opposite. The biggest problem today is that we have too many. The single thing we could do to make life tougher for terrorists would be to ensure that all the information in myriad government databases was integrated into a single, comprehensive national security file.

Today, every federal intelligence and law enforcement agency—the Central Intelligence Agency, the Federal Bureau of Investigation, the Immigration and Naturalization Service, the National Security Agency—and all manner of state and local bodies maintain their own separate databases on suspected criminals. All these separate databases make it difficult for one agency to know about and apprehend someone wanted by another agency.

That's why one of the September 11 hijackers made it through U.S. passport control, even though he had an outstanding arrest warrant in Broward County, Florida. The FBI was searching for several other of the terrorists, because CIA intelligence revealed they had ties to Osama bin Laden. Four more were sought by the Immigration and Naturalization Service because they were in the country illegally.

Such a national database, though a large undertaking, is possible. My company, for example, has already offered to provide the necessary

software for free, and I'm sure other companies would pitch in with hardware and support. It's important these donations be made with no strings attached. The database would be maintained and run by the government alone, with no question of corporations benefiting.

The uses of such a database would be significant. Airlines, for example, could cross-check the names of passengers with names on a watch list. If this had been done, many of the September 11 terrorists would have been caught before they boarded their flights. Mandatory checks could be supplemented with voluntary checks. Companies, for example, might elect to submit the names of [job] applicants as a part of their reference-checking process. If the submitted name were on the watch list, the FBI (not the company) would be notified.

Another challenge is tracking people with multiple or stolen identities. The good news is that a national database combined with biometrics, thumb prints, hand prints, iris scans, or other new technology could detect false identities. Gaining entry to an airport or other secure location would require people to present a photo ID, put their thumb on a fingerprint scanner and tell the guard their Social Security number. This information would be cross-checked with the database.

The government could phase in digital ID cards to replace existing Social Security cards and driver's licenses. These new IDs should be based on a uniform standard such as credit card technology, which is harder to counterfeit than existing government IDs, or on smart-card technology, which is better but more expensive.

There is no need to compel any American to have a digital ID. Some Americans may choose to apply for a digital ID card to speed the airport security check-in process. Some states might use digital IDs for their next generation of driver's licenses. Companies might want to replace their current hodgepodge of IDs with the new system. In fact, a voluntary system of standardized IDs issued by government agencies and private companies could prove more effective than a mandatory system.

We don't need to trade our liberties for our lives. By law, Fourth Amendment protections against unreasonable search and seizure would govern access to the national security database. The "probable cause" standard will have to be met.

Two hundred years ago, Thomas Jefferson warned us that our liberties were at risk unless we exercised "eternal vigilance." Jefferson lived in an age of aristocrats and monarchs. We live with the threat of terror-

ists getting their hands on weapons with the capacity to destroy entire cities. Only by giving our intelligence and law enforcement agencies better tools can we expect to save life and liberty together.

As well as writing the article, Ellison was preparing for a visit to Washington, D.C. Meetings had been scheduled with the heads of the NSA, the CIA, and the FBI. He was also hoping to see the attorney general, John Ashcroft, and Vice President Dick Cheney. While finding out what the law-and-order agencies needed in order to do a better job of analyzing the huge quantities of information they were now feverishly gathering on the bin Laden global terrorist network, it would be an opportunity to evangelize the proposals in his article to the people who could actually make it happen. Afterward, he would fly to New York for TV interviews to publicize his ideas and, more prosaically, a CEO roundtable to sell software.

Arriving late in the evening of October 9 at the Ritz-Carlton in Tysons Corner, Virginia (an unattractive hotel catering for conferences some twelve miles from Washington, supposedly chosen by Jay Nussbaum because of its closeness to the CIA) Ellison's first meeting the following day is one that he would rather not have been having at such a time. The "digital hospital" project that had been launched with such fanfare at HealthSouth's Birmingham campus some six months earlier is in trouble, and HealthSouth's CEO, Richard Scrushy, is determined to grab Ellison while he's relatively nearby.

HealthSouth personnel have turned up in force, but so have Oracle's, with key members from Nussbaum's team (known within Oracle as "Jay Inc.") and John Wookey, a high-ranking developer who built large parts of the services version of Oracle's ERP suite. Although Ellison is more than half an hour late, he and Scrushy seem quite happy to waste the first five minutes chatting about airplanes. But when Scrushy gets going, it's clear he's livid, accusing Oracle of falling down on the undertakings it made when the project was announced. Ellison starts off by recapping what his understanding of Oracle's commitment is. Oracle, he says, is responsible for creating an architecture, an "information heart," for the hospital's clinical and administrative systems—a central repository for applications to place and retrieve information. The idea is for Oracle to establish a common data model that all the other vendors involved in the project can easily write to. "We want to make the integration trivial," says Ellison. "Has anything changed?" He implies that if there is a problem, it must be because other vendors are not cooperating.

After protracted attempts at negotiating the HealthSouth contract, Ellison decides he's had enough of the whole sorry mess.* The health care initiative that means so much to Oracle now has its own momentum thanks to the relationships that John Wookey has built with other partners. And Ellison will be very happy not to spend any more time with his fellow flying enthusiast Richard Scrushy. Even when the digital hospital project was in its promising infancy, there was something about Scrushy that troubled him, but now he can't stand the sight of the man.

• • •

The postmaster general's large office faces south with views across the Potomac and to the Pentagon beyond. From where we're sitting, it's not difficult to see where the American Airlines Boeing 757 plowed into Washington's most formidable building. Although Ellison, Jay Nussbaum, and Kevin Fitzgerald (the sales executive Oracle recently poached from archrival Siebel) have come to sell software, everyone seems uncomfortable about raising the subject. Ellison asks Jack Potter, a large, rather shambling veteran of the postal service who has been in the top job for five months, how September 11 has affected his business. Potter reckons that he's already suffered a $500 million loss of revenue, but he's relieved that, miraculously, given the number of postal workers in lower Manhattan, he didn't lose any people. Now he's worried about the envelopes containing anthrax powder that have turned up in Washington, D.C., and New York. (He could not know that the next fatality in the terror campaign would be a worker in a Washington, D.C., sorting office.)

Ellison's pitch is the best and simplest there is: Your biggest commercial rival is UPS, and we've transformed its business with software called Advanced Planning and Scheduling. UPS, says Ellison, has achieved huge cost savings. With more than 250,000 vehicles to manage and dispatch, making the postal service the biggest logistics business in the United States, the potential for efficiencies is staggering, but only as long as there

*LE writes: During a long negotiation with HealthSouth, we became more and more uncomfortable with their senior management team. In the end, we decided that they were not people we wanted to work with, so we walked away from the deal. Eighteen months later, when Richard Scrushy was charged by the SEC with what it described as "massive accounting fraud," John Wookey sent me an e-mail saying how thankful he was that we were watching this from the sidelines.

is enough flexibility within the organization to allow the new systems to work. Although the issues facing Potter are very different from those of the security agencies, Potter says that because of the crisis the time for doing something ambitious is right. It's not the only time we'll hear that sentiment while we're in Washington.

In a recent interview in *Catalyst* magazine, Health and Human Services Secretary Tommy Thompson painted a picture of IT chaos within the department with the biggest budget—$436 billion—in the federal government: "We have over 3,000 different servers and 2,900 IT staff. We have 1,200 different computer systems with different e-mail capabilities, some of which do not communicate with each other. We have 63,000 employees but 83,000 workstations. We have 12 operating divisions, all of which set their own IT systems, their own budget, their own ways on human resources, grants management, acquisitions, and logistics. We have 2,000 Web sites with 800,000 pages and 981 toll-free numbers. In one division, I found we had 5 financial systems, 13 grant management systems, 6 acquisition systems, 6 personnel systems, and 13 separate e-mail systems. Now, how do you run a department like that?" It will be interesting to see whether Thompson's appetite for radical reform has survived the journey from the governor's mansion in Madison, Wisconsin, to HHS's vast neo-Stalinist fortress at 200 Independence Avenue. It's also Ellison's chance to float his Other Big Idea, the one about a single national medical records database.

Jack Kemp, onetime Republican vice presidential candidate and an Oracle board member, has helped to fix the meeting with Thompson and is there to meet us under a bust of Hubert Humphrey, a politician of a very different stripe. Kemp is an affable man with a disconcertingly loud voice and a mop of carefully sculpted white hair.

When we arrive in Thompson's office, he seems genuinely thrilled to meet Ellison and insists on going through a rather ridiculous performance, seating a slightly embarrassed Ellison at his desk and having him pose for a photographer as "acting secretary." With these jollities out of the way, Thompson, a small man with rather florid features, opens the conversation with a statistic that could have come straight from Ellison's own mouth: "As many as ninety-eight thousand individuals allegedly died last year from medical mistakes. Most of those deaths were caused by the administration of drugs and drug interactions." The cause, says Thompson, is the antiquated way in which prescriptions are made out

and drugs distributed. "The lack of technology in our hospitals," he says, "is an absolute disgrace."

Ellison can hardly contain himself. With an almost beatific smile he embarks on a well-practiced riff: "A single national medical records database would save thousands of lives every year by preventing dangerous combinations of drugs from being prescribed. And a national health records database would save billions of dollars because it is so much cheaper to run than all those separate medical records systems we currently use. You have to be willing to save money if you want to save lives." For example, Walgreen and Rite Aid, two of the biggest pharmacy chains, have built database systems to record patients' prescriptions and to issue alerts about possibly dangerous drug interactions. But they're entirely separate systems that can't communicate with each other, so if you don't always buy your medicine from the same chain, they won't be able to help you. Ellison asks, "How much are we spending on medical record keeping out of the $1.3 trillion we spend on health care each year? I've heard estimates as high as thirty cents on the dollar, or nearly $400 billion. We'd save half of that—$200 billion—if we had a national medical records database. And with one medical records database we'd get better privacy and better accuracy. But most important, we'd save lives. The opportunity is extraordinary." Thompson thinks that record keeping may be costing "only" eighteen cents on the dollar, but he gets the point. "It's so shameful," he says, "but how do we do it?"

As Ellison absorbs his thoughts, explaining how it would be possible for all parties to keep their existing databases if they wanted to, as long as they agreed to copy everything that went into them into one central database, Thompson again asks, "How do I accomplish this?" Thompson's problem is that, understandably, he feels overwhelmed by the scale of the task before him. He's already encountering bureaucratic inertia and special-interest-group pushback of a kind that fourteen years as governor of Wisconsin haven't prepared him for. It's even possible that he's beginning to fear that in the three and a half years left to him in the job, he may end up achieving little of what he wants to do. And here comes Ellison, not just singing from the same hymn sheet, not just telling him what the problems are, but offering solutions.

Ellison has two suggestions. The first is that Thompson, who says he wants to introduce "paperless" hospitals and self-service check-in for patients, should meet with the Oracle/HealthSouth team. The second is that Thompson should follow the same path as Ellison when he started turn-

ing Oracle into an e-business—start with some "cheap thrills" that will demonstrate to skeptics what's possible and use the cost savings they generate to fund more ambitious projects. "Start with e-mail," says Ellison. "We could replace all your e-mail systems with just one unified system in ninety days. If we don't eliminate seventy-five percent of your e-mail costs, I'll personally pay for it." Thompson is so impressed that he wants to know from his advisers whether he can start on it right away without putting out a Request for Proposal (RFP) to allow other vendors to bid. Ellison's story about how Oracle succeeded in halving its IT budget and getting "dramatically better information" in the process has gotten him hooked.

On the way out, Ellison asks me, "Could we have had a meeting like that before September eleventh? I don't think so." Nussbaum adds, "You're not kidding. Something really changed in this town. People want to do things they would never have dared before." Next stop for Ellison is a helicopter ride to the National Security Agency at Fort Meade in Maryland to have dinner with its director, Lieutenant General Michael Hayden. On September 13, the NSA asked Oracle for assistance at the "premier technical level" and Oracle offered to give any help that was needed. Oracle's chief corporate architect, a very bright, very laid back young engineer named Ed Screven who oversees all the company's development work, is taking a polygraph test this week to get full security clearance. The following morning Ellison will be seeing the directors of both the FBI (Robert Mueller) and the CIA (George Tenet) who, in a sign of the times, will be together with their respective senior teams at the CIA's headquarters in Langley, Virginia. Lunch is scheduled to be with Attorney General John Ashcroft.

For security reasons, I'm not able to be present at any of these meetings, but Ellison has promised to tell me as much as he prudently can when we fly to New York on Thursday evening. Late on Wednesday, when Ellison returns from the NSA, I meet him for a drink in his suite at the Ritz-Carlton. He says, "The good news is that we're making real progress on gathering information about the bad guys. The bad news is that the bad guys are very bad—pure evil. There is no limit on what they're willing to do to harm us. If they could kill us all, they would."

The next day I meet Ellison outside the Department of Justice on Pennsylvania Avenue after his lunch with Attorney General Ashcroft. Our next appointment is at the Pentagon with the Comptroller at the Defense Department, and after that we're going to the Hill to see an old friend of Ellison, the former mayor of San Francisco and now the senior California

senator, Dianne Feinstein. Senator Feinstein has asked to see Ellison after reading his article in The Wall Street Journal, as she will be chairing a hearing of the terrorism subcommittee on Friday. But I'm eager for news of the morning. The time spent at Langley was impressively productive, but although Ellison is slightly reluctant to admit it, his encounter with Ashcroft was something of a disappointment. He says that Ashcroft seemed to be rather remote and unwilling to talk about anything substantive. His main preoccupation was privacy legislation, which makes the job of law enforcement more difficult—how can we be expected to catch terrorists when the law forbids a parent to have access to her own child's exam results?

On the way to the Pentagon, Kevin Fitzgerald explains that the Defense Department has put out an RFP for a commercial financial system that would be used servicewide. It's likely to be a bake-off between SAP and Oracle. Fitzgerald says it could be one of the biggest financial applications deals ever, with the opportunity to sell other E-Business Suite applications that need to be integrated into the financials package. Although Oracle is not heavy-handedly making the point that it would be odd for the Pentagon to buy German, Fitzgerald wants to hire the lobbying company of the previous defense secretary, William Cohen.

We then head back across town to the Hart Senate Office Building for a meeting with Senator Feinstein. When Feinstein joins us in her conference room, she embraces Ellison tenderly and starts pumping him for views and information she can use at the next day's hearing. She's particularly exercised about the lax oversight of the 30 million or so temporary visitors to the United States each year. Without an adequate tracking system, she says, our country has become a sieve, creating ample opportunities for terrorists to enter and establish their operations without detection. Ellison talks about his national ID plan and how he would make it mandatory for anyone entering the country to have a visa and a card with biometric information on it.* Whipping out his wallet, he asks her to compare the sophistication of his credit card—a black Centurion American Express card—with the shoddy and easily forgeable little piece of cardboard that is his commercial pilot's license. Feinstein is so ap-

---

*LE writes: I don't believe that American citizens should be required to carry digital ID cards; I do believe that all foreign visitors should be issued a digital ID card before they can get into our country.

palled that she immediately gets an aide to fire off a letter to the secretary of transportation.

For much of her legislative career, Feinstein has been promoting, precisely the kind of privacy measures that are now making the job of the security agencies so difficult. She rather limply suggests that Ellison's plan would provoke a huge uproar, but she doesn't protest much when Ellison points out that we've already lost our privacy thanks to the easily available information on nearly all of us that the credit card firms are prepared to hawk. He says, "I'm for privacy; I'm against secrecy. The Constitution doesn't give anyone the right to have multiple stolen identities." Feinstein is even prepared to admit that the existing privacy laws have gone too far. "We'll pay the piper for it," she says. Feinstein also wants to hear more about Ellison's offer to donate the software for the national security database. Ellison confirms it while explaining that he's talking about just the software, not the labor or network or hardware. Whether Feinstein understands exactly what he is proposing is uncertain, but she calls it "the best offer we've had all day" and asks Ellison if he'll put his offer in a letter that she can brandish at her committee's hearing next day.

Descending the steps of Congress into the warm autumn sunshine, Ellison seems suddenly overwhelmed by emotion. "I can't help thinking about how close we came to losing this building . . . how the Capitol dome could have come crashing down on top of all those people we picked to represent us. I look at that dome now, and I see something quite fragile, something that needs to be protected."

Jay Nussbaum is there to meet us at the Dulles Jet Center, where the G5 is waiting to take us up to New York. Bustling toward us, he can't wait to tell Ellison that not only has Tommy Thompson's office been in touch to get things moving on Ellison's e-mail offer (though there's some nervousness about their boss's determination to cut through red tape and give Oracle "sole vendor" status without an RFP), but the FBI has been on the phone seven times in the course of the afternoon. "Jeez," says Nussbaum, "I've never known anything like it. This is something completely different. I'm just stunned."

• • •

On the plane, Ellison and I settle down to discuss the last forty-eight hours and the way that Oracle is finding itself in the front line of the administration's war against terrorism. Ellison reflects, "Our first customer was the Central Intelligence Agency, our second customer was the Defense Intelli-

gence Agency, and our third customer was the National Security Agency. At the very beginning of my career, I was building information systems for these intelligence agencies, and here I am, at the end of my career, building information systems for the same intelligence agencies. What's different is their sense of urgency. Since the attack of September eleventh, this town's been on a war footing. The last time things moved this fast was World War II."

Since his *Wall Street Journal* article, Ellison has noted how ironic it is that credit databases for managing financial risk do a much better job of tracking people around the world than the intelligence databases do. What sort of conversation was Oracle having with the intelligence agencies to improve the situation? "The intelligence that's gathered has to be analyzed efficiently and shared appropriately among the different agencies. We need to provide the analysts with the appropriate data-mining and analysis tools so they're not overwhelmed by the sheer amount of data that's being gathered. That's what we focused on today."

I knew that Ellison had been pretty appalled by the neglected state of the FBI's systems after the chronic underinvestment during the Clinton years—the agency wasn't even using the Internet to connect its people. How bad was it? "They're like most large companies: they have lots of separate automation systems, which means their data is badly fragmented. Their procedures are inconsistent from department to department: some of their procedures are automated, others are still manual. Their internal network needs to be upgraded. The FBI has tremendous human resources—great people—but their computer systems are in desperate need of modernization.

"The question is, how quickly can the FBI's information management and communication systems be upgraded? That depends on who does the work. I think we can do it fast. We can install a secure e-mail and document-sharing system within ninety days, guaranteed. That's easy. We can also get version one of the national security database up and running in ninety days. That's much harder. We'd have to use the Oracle database development team to do the work. And we'd have to work in shifts, seven days a week, twenty-four hours a day. But it could be done."

How much could Ellison tell me about the meeting at the CIA? "Just like at the NSA last night, the primary focus was on the analyst. We have to get better at filtering out the irrelevant information. It really is the needle-in-the-haystack problem, except it's a really big haystack called the planet earth. We're very good at collecting information using satellites

and computers, but you have to organize the information properly, and you have to provide the right tools so the analysts can do their jobs. You've got to store vast amounts of data very efficiently, or your data-mining, pattern-matching and predictive modeling software will run too slowly to be of any use. And there has to be a single standard for ex-changing information between intelligence agencies. When the CIA pro-vides information to the FBI about a bad guy, both agencies' computer systems need to be speaking the same language. The data model for tracking people in both agencies must be the same." *

Given the traditional degree of interagency rivalry and distrust, are the CIA and FBI really prepared to go down the shared-data-model path that Ellison is advocating? "I think so. We talked about it at length in the meeting at Langley. Everyone agreed, and I expect the FBI to move very quickly now. The FBI has a greatly expanded mission, so they need new systems. I think Bob Mueller understands the size of the job in front of him. Before September eleventh, you couldn't get the first draft of a Re-quest for Proposal out in ninety days. Now the FBI is talking about build-ing a complete new computer system in ninety days. I've been working with these agencies the whole of my professional life, and I've never seen anything like it. These days, everyone in Washington is extremely focused and working hard. They have a new sense of urgency, motivated by a great and deep concern about the security of our country. They want to make sure that the events of September eleventh aren't repeated. We're at war—you can feel it."

•  •  •

Ellison's first appointment in New York is to record an interview about his ID card proposals for the *CBS Evening News*. However, when we ar-rive at the studios on West Fifty-seventh Street, the place is in an uproar. The news has just broken that an employee across the way at NBC has contracted anthrax poisoning from a letter sent to the studio. There's

*LE writes: *Of course there is some information in certain intelligence data-bases that is so sensitive that there should be no automated sharing system. These databases are on computers located in underground vaults, with two ma-rine guards stationed outside the vault door. If you're trying to log on to one of these databases and you don't "remember" your password, the marine guards shoot you.*

great anxiety, subsequently confirmed, that Dan Rather, the CBS News star anchorman, and an assistant may have come into contact with a sim-ilarly booby-trapped letter. Ellison's interview with Anthony Mason has to take place in what looks like a storeroom because the studio we have been sitting in has to be swept for possible contamination.

Despite all the turmoil, the planned CEO roundtable is scheduled to go ahead. Among the guests are the home goddess Martha Stewart and the CEOs of ADP (a big provider of payroll services), UBS PaineWebber, and 1-800-Flowers.com. Also present are Ross Perot, Jr., the son of the former presidential candidate and now the CEO of Perot Systems, and Lex Fenwick, an Englishman who is running the financial news agency Bloomberg while his boss is campaigning to succeed Rudy Giuliani as mayor of New York. But the person who is likely to get Ellison's closest personal attention is Andrew Benton, the president of Pepperdine Uni-versity in Malibu, where Ellison's son, David, has just started his fresh-man year.

Inevitably, they all want Ellison to talk about his ID card plan and the national security database that goes with it, and what sort of reception Ellison's ideas received in Washington. He's happy to oblige, and, of course, it all neatly segues into the perennial theme of the urgent need to consolidate data if you want to know what's going on, whether you're running a federal agency or a business. But when Ellison gets on to telling them about the E-Business Suite and how it can help them both save money and get better information, he senses that he's lost their full atten-tion. Maybe some of them have heard the pitch, while others find the idea of spending a lot of money to upgrade their systems with fancy new soft-ware just plain inappropriate for the times. He decides to try something new, even though Jay Nussbaum has advised him against it because it hasn't yet been fully thought through.

The night before, in Washington, during a meeting with Diebold, a systems integrator specializing in security and servicing ATMs, Ellison came up with a new customer offer. Diebold's boss, Wally O'Dell, told El-lison that while he didn't need convincing about 11i conceptually, he wasn't in a mood to take any risks when it came to uncertain returns from investing in new software. If Ellison really believed what he was saying about the suite, what about shifting some of the risk to Oracle? El-lison told O'Dell that if he gave him his existing IT budget, he'd reduce it by 5 percent each year for the next five years and provide him with com-pletely new systems, everything that Diebold needs to run its business. As

a company in the IT business, Diebold might be expected to have little enthusiasm for such an innovative outsourcing deal. But the opposite is true: O'Dell is very interested indeed.

And so are the CEOs in New York. Ellison says, "We'll give you all our E-Business Suite software for free; we'll give you the computer hardware for free; we'll give you the network for free. Our consultants will upgrade your entire company to the E-Business Suite for free. We'll pay for everything. In return, you pay us your existing IT budget, and we'll guarantee to reduce it by five percent per year for the next five years. We'll sign a contract and guarantee it. And we have $7 billion in cash in the bank to back it up. You'll get a single global customer database. You'll get secure e-mail. You'll get the whole E-Business Suite. And you'll get it all for a lot less than you're spending now. There's no up-front cost. Your IT expenses go down immediately. We make the investment, we take the risk—you get a fixed, predictable bill."

The reaction in the room is silence. Surely it is too good to be true. The devil would be in the details. James McCann of 1-800-Flowers nervously asks whether this is "a new pricing paradigm." "Totally," says Ellison, and just before he has to start explaining what he meant, Art Weinbach, the tech-savvy CEO of ADP, comes to the rescue: "This concept works. It's a strategy that would work over a long period of time. The pricing is fascinating."

Ellison relaxes. "It just kind of slowly dawned on me. I have complete confidence in the suite approach. I know it saves money. I know it provides better information. But how do I convince people? Simple: move the risk from the customer to us, guarantee the price, and guarantee the savings. IBM can't do that. IBM's telling them to go best-of-breed, because IBM makes a bundle gluing it all together. But the IBM approach costs a fortune. They can never compete with us on price. Everything they do is one-off custom. So with our new E-Business Suite outsourcing offer, we take the risk and we share in the reward. I'm very confident that we'll make plenty of money, because we can lower IT costs at a much faster rate than five percent per year. We cut our own IT costs by more than half when we put in the E-Business Suite."

Martha Stewart, whose fast-growing company, Martha Stewart Living Omnimedia, is upgrading from a Microsoft to an Oracle technology platform, is impressed. She says to Ellison flirtatiously, "Do I call you? Can I have your home phone number?" The innuendo, however, seems to pass Ellison by. "Sure," he says. "Find out how much you're paying for IT, and then think about five percent savings each year and no

capital costs. If twenty percent less after five years is interesting—let's talk."

Elsewhere in New York, Mayor Giuliani is speaking to a packed news conference about the anthrax attacks on the television companies and calming panicky New Yorkers. Selling software doesn't seem quite as important as it once did.

# 24

# THE GOLDEN NUGGET

*Amsterdam*
*January 2002*

About fifteen thousand of the Oracle faithful have gathered at the RAI Center in Amsterdam for the European leg of AppsWorld, the annual jamboree to evangelize Oracle's application products to its customers, its partners, and the technology media. Although Europe is SAP's backyard, Oracle is the strong number two in most of the major European markets other than Germany, where the firm from Walldorf has things pretty well locked up.

The big announcement in product terms at the RAI is something that Ellison calls Daily Business Intelligence. His big complaint with business applications is that although they have become quite good at automating key processes, it's still extremely difficult to get any useful information about your business out of them. As a result, on top of the huge sums of money big companies spend on applications, they also have to shell out for separate data-mining tools and data warehousing. Unfortunately, these so-called business intelligence products have some serious flaws: not only are they expensive, but they're difficult to use and the information they throw up is a snapshot of the past, not of the present. That's okay if you want to know everything about your sales of, say, driveshafts in Brazil over the last three years. But it's next to useless if you want important metrics at your fingertips about how every aspect of the business is operating in real time.

Ellison has believed for a while that one of the overwhelming advantages of a complete and integrated suite of applications sharing one set of

data schema and running on top of a single database is that it would make it possible to create an "executive dashboard" that constantly updates every key performance indicator. But what in theory should be perfectly doable, has turned out to be very hard. Nonetheless, Ellison still wants to demonstrate a working product here in Amsterdam that, he's assured me, "will blow your mind."

There are a couple of other themes at Amsterdam of at least equal importance, both aimed at repairing some of the largely self-inflicted damage of the previous eighteen months. The first is to stress that although "completeness" is still a unique selling point of the E-Business Suite, what's really vital is the underlying information architecture. Markedly changing its tune from the ill-tempered AppsWorld in Paris a year ago, Oracle is now making a point of saying that legacy applications can successfully be integrated with its suite as long as they can be hooked into the shared architecture. The same goes for "extension" applications made by specialist third-party software vendors, such as those in the health care business. By publishing its data schema and application program interfaces, Oracle is trying to show that it has created an open, flexible platform. Ellison says, "We've always been able to connect the E-Business Suite to your existing legacy applications or to other vendors' applications. Now we use the very latest technologies to make systems integration as rapid and painless as possible. But understand, even though the tools have improved, integrating several separate software systems remains a complex and expensive process."

The second message—and maybe the most vital one—is that the suite, whatever users may have heard before, is now fully stable and delivering real-world efficiency gains and huge cost savings to an ever-increasing number of customers. The trouble is that for the best part of a year, Oracle has been saying with each new 11i release (and there's been one just about every three months) that pretty much all the issues have been dealt with. Even if what's being said is now completely true, there's a big credibility problem, one that Oracle itself tacitly acknowledges. Since the summer, Ellison has been saying that the only way to sell the suite going forward will be with a wide range of customer references. But Oracle has been hit by the double whammy of still sluggish corporate technology spending and the "wait-and-see"* approach within much of the installed

*LE writes: They waited, and they liked what they saw. Today, most of our fifteen thousand applications customers have very happily upgraded to the

420  SOFTWAR

base, which the press reports about the difficulties encountered by enthusiastic early adopters have contributed to.

This means that those references that Oracle does have—and there are now well over a thousand mostly satisfied E-Business Suite users—are being milked in Amsterdam for all their worth. For several months, the reference poster child has been POSCO, the Korean steel firm that is also the world's biggest and most efficient. Although the "go-live" on 11i was back in July, it's still one of the biggest "big-bang" installations to date. But what's really making the Oracle execs purr is that just in time for Amsterdam, POSCO's CIO has told them that the efficiency gains have been so spectacular that his team is doubling its already aggressive forecast of $4 billion savings over ten years—in other words, about $600 million in savings a year directly attributable to the E-Business Suite. You might never have heard of POSCO, but Oracle is doing its damnedest to rectify that.*

Much of Ron Wohl's presentation is devoted to the superiority of Oracle's information architecture, and as the point man on the POSCO implementation, he also has plenty to say about that. It's a confident and convincing performance from somebody who lacks a natural stage presence. Backstage after his presentation, I ask Wohl about the twelve-month struggle to bring 11i to maturity after it became clear that Oracle had launched a product that, though conceptually brilliant, just wasn't ready for prime time. He sucks in his breath and begins, "Looking back at the release, you always have the wisdom of hindsight. Fundamentally, we tried to do something that I think was much larger in scope than even we realized and was much larger than the scope of any software we had released beforehand. In retrospect, we didn't do a good

---

E-Business Suite. It wasn't easy, and it wasn't on time, but for our customers 11i was worth the wait.

*LE writes: POSCO is the best-run—most profitable—steel company in the world. When they told us they were getting $600 million a year in savings because of our E-Business Suite software, we got very excited. Many companies spend a fortune on enterprise software and get no measurable return on their investment. Now we had a large and respected company saying that huge savings were possible if you used an integrated suite. We saved a billion dollars a year at Oracle using our applications, and now we had a key customer confirming that the savings were real."

---

THE GOLDEN NUGGET  421

enough job up front—our QA [quality assurance] procedures didn't work because they had outgrown our scale. In retrospect, I would have liked to have done two things differently: we should have changed a number of processes within development to deal with the scale of the release, which we have now done; and two, knowing what we know now, we would have been wiser to withhold the release a little bit. We would have been better off as a company if we had deferred the release by three or four months."

Wohl was ready to concede that the heart of the problem was the gamble he and Ellison had taken with the order management system. "It was one of the last parts of the 11i software to be completed, and as a result we had more stability issues in order management than in other parts of the ERP code. But the stability improved at a very rapid pace. You could see it in the bug numbers, and you could see it in the customer satisfaction levels. Customers who had started on a later version—11.5.3 and above—were extremely happy. If you talked to customers who started on one of the early versions, they weren't happy, and they had a right to be upset with us. But we made it up to them by really going out of our way to help them through their difficulties.

"Take a look at where we are now, about a year and a half after the release of 11i. We have more than one thousand customers live, achieving billions of dollars of benefit. You have to compare the problems to the accomplishments, and the accomplishments, by any measure, have been profound. In this business, there's always a three- to six-month lag between perception and reality. We benefited from that in the beginning, but now it's hurting us. If we talk in three or four months, the reputation of our E-Business Suite will be much improved. Reputations change very quickly in our business. Right now, the reality is that our software is extraordinarily good, our references are extraordinarily good, and the demos are fabulous. Coming out of this, nobody will be able to stop us, I honestly believe that. No one can match our software. Before, there was a lot of doubt, and frankly some of the ongoing skepticism is because we didn't do a good enough job initially. But now we've got it right, and we've proved it works. No one can argue with our live-customer stories; those are real."

Wohl's other point was the same one that George Roberts, Oracle's top salesman, had made to me some months earlier: the suite concept was winning acceptance in the market. Wohl says, "Some people thought we were crazy; they said that no one company can do all that. But look at

what's happened to all the best-of-breed vendors, except maybe Siebel, they've dived and hit the dust." They'll stick around for a while, but they are just not going to grow, they are not going to evolve and succeed, because the integration costs are too high. Also, notice that SAP is now calling itself an integrated business suite company, and so is PeopleSoft. They've both copied our marketing message, but they can't copy our software. The integrated application suite marketing message is what the applications vendors with a future have in common. But we're the only suite with an information architecture based on this single-data model in one database, and our competitors know it. The value of the simplicity . . . can't be overestimated. This is what will allow us to beat SAP and put PeopleSoft to bed."

Although in his quiet way, Wohl is as intellectually arrogant as anyone I've ever met, he is not normally given to making such bombastic statements. He has the air of somebody who has been through a great deal and now feels vindicated. It isn't just the experience of the previous torrid twelve months that has created this battle-hardened certainty, but the last decade, when Wohl was held up for ridicule within Oracle (especially by Ray Lane) and time and time again depended on Ellison's (to many people, quite baffling) faith in his ability, for his survival. He has the air of a man whose moment has come.†

If Ron Wohl had the scent of ultimate victory in his nostrils, I expected more of the same from the naturally cocky Mark Barrenechea. But he turns out to be far from happy. He starts by saying that in the last year and a half "we've done some brand damage." He puts the blame squarely on the order management system (and by implication on Ron Wohl): "We've been in order management for fifteen years, and we still didn't get it right. We've had quality issues with many of the underlying ERP components [Wohl's side of the suite], and in many cases we didn't even do damage limitation well." He even expresses some doubts as to whether the latest release to ship—11i 5.5—has dealt with all the problems. "Some of the

*LE writes: Now Siebel's "hit the dust" too. Best-of-breed is dead—except for dog shows.

†LE writes: Most people don't realize just how hard it is to build software as complex as the E-Business Suite. But I know. I'd been through it before with Version 6 of our database. Software megaprojects are very late—or they never finish. Ron and his team can be proud of finishing what they started. It was a major feat of engineering.

early indicators suggest that many of the issues are behind us, but if history repeats itself it's still going to take a lot to flush them out."

When I ask Barrenechea how the CRM modules, the part of the suite that he's responsible for, are performing, he vents his frustration. He claims that because most of Oracle's fourteen thousand existing applications customers inevitably begin their 11i implementation by upgrading their ERP systems, the quality problems they've hit have often meant that the money runs out before they even get to installing "his" CRM software. "By no means has our CRM execution faltered, not at all. But in many cases we don't even get to the starting gate because all the implementation dollars have already been used up. It may take three years now before they get to try them. It makes me very impatient."*

Barrenechea accuses Wohl's team not only of mishandling the major rewrite of the crucial order management module, but also of not writing all its software to conform to the new Trading Community Architecture (TCA), or "customer master," that is meant to be the basis of the 11i platform. He says, "We've all been told to standardize on TCA, and yet we find the other organization somehow missed it along the way. So we had quite a bit of cobbling to do to get the new customer master and the new order management working across CRM. It kind of comes down to bad management in the other organization."

This is a pretty serious accusation from one of Oracle's most senior executives. I point out to Barrenechea that Ellison argues that the most important single contribution he has made since becoming involved in apps development in 1998 is to get the various parts of the development organization working together cooperatively. Barrenechea laughs and nearly chokes on the cake he's eating. "Oh, sure—it's a *lot* better than it used to be. At least we're not spitting at each other anymore. . . . Look, Larry has a brilliance, and he's certainly a virtuoso when it comes to understanding organizational structures. But he likes seeing two organizations compete so facts arise. Part of the difficulty for me in understanding this is that it translates into nonconsolidation of responsibility. Most companies would consolidate responsibility onto one sales guy, one consulting guy, one chief product developer. Right? This is either one of the most wonderful characteristics of Oracle, or it's one of the greatest flaws. And I can't work it out yet. It's so Larry."

*LE writes: Maybe I'm mistaken, but I think Mark was frustrated because the ERP products were outselling the CRM products.

I can see where this is leading, and sure enough Barrenechea says, "We need one applications organization." And we need one product development organization that, over time, does not consolidate to Larry. And we have to envisage an Oracle, someday, without Larry. And be working toward that."

As if realizing that he may be overdoing the criticism, Barrenechea returns to his usual optimism. Despite all the problems, which come from doing something that is intrinsically very hard, he is convinced that Oracle's approach is "absolutely right" and that no one else can match what's been achieved. He says that the release that's about to ship—11i5.6—is working really well within Oracle, smoothly integrating both the ERP and CRM sides of the suite, an indication that it's now ready for very wide scale deployment.

He takes particular heart from what looks like a major win over Siebel with AT&T's business services division. The deal has had to withstand a raft of executive departures at the crisis-torn telco as well as the departure of Jay Nussbaum on the Oracle sales side. What has won the deal for Oracle, says Barrenechea, is its ability to automate an entire business flow (from lead to opportunity to configured quote to order to contract to billing) involving twenty thousand sales representatives, thus reducing the process cycle from five months to thirty days. Coming on top of the BellSouth deal, it will make Oracle's CRM product very hard to beat in the telco market. He's also excited about winning business from Dell Computer, which has decided to standardize all its applications—a mix of bespoke apps and Oracle's products—on Oracle's information architecture. Given that Dell has few peers as a business process innovator, it's a major validation of Oracle's approach.

Mark Jarvis, the Englishman who spears Oracle's always aggressive marketing effort, readily admitted that after "eighteen months of Hell" he hoped Amsterdam would mark a turning point. He said, "I'd never previously thought that I might be fired. But in the last six months I have thought about it several times. I'm used to getting occasional notes from Larry, but I'd never had one like the one I got from him a few months ago, saying that the marketing is the worst it has ever been and our press cov-

erage the worst it has been in the history of the company." (I asked Ellison later whether Jarvis was in danger of getting the sack. He said, far from it. He'd "weep" if Jarvis ever left, but Jarvis needed better-quality managers at the level just below him, especially for dealing with the media.)*

In talking about turning points, was Jarvis just whistling to keep his courage up? He honestly seemed to believe otherwise. In the course of the last few months, Oracle had made its peace with the systems integrators, with the possible exception of the usually hostile Accenture. In particular, both Ernst & Young and PricewaterhouseCoopers agreed that they should be making most of their money from business process re-engineering rather than customizing other people's software.† (In fact, I'd recently attended a very positive meeting between Oracle and PWC's top team in Washington, D.C., and PWC had been the lead consultant on the POSCO implementation. And in Amsterdam, I'd talked to a senior partner from Cap Gemini who was also singing from the same song sheet.) Just as important, Jarvis claimed that most of the financial analysts, if not yet the software industry analysts, had now come out in favor of the suite as the right approach over best-of-breed.

The Daily Business Intelligence, which Jarvis and Ellison were demonstrating in Amsterdam, was a dramatic illustration of what became possible with a single data model. It was one thing to show slides illustrating how SAP's applications ran across five separate databases linked by clunky messaging compared with the Oracle suite's tight integration with a single database. It was rather more impressive to be able to offer something that was both spectacularly useful and beyond SAP's capabilities because of the inferiority of its information architecture. The same could also be said of business flows, but Daily Business Intelligence was a much easier concept for most people to grasp and thus to sell to them.

Jarvis admitted that while his people used Oracle's CRM software to gather information on customers and target marketing campaigns, like

*LE writes: After we hired Jim Finn, our media relations improved markedly.

†LE writes: This was a huge philosophical victory for us. When I first started telling customers and consultants not to change our code, it was considered a radical idea. Now everyone was beginning to understand the risks and costs associated with too much customization. Plain vanilla was becoming the favorite flavor for applications software. Suites were literally killing best-of-breed. We had gotten a few things right after all.

*LE writes: I agree. We have in fact moved to a more conventional consolidated management structure in development. We now have one person responsible for all of applications development and another person responsible for all of technology development.

most senior executives, he'd never used it personally: "I had never used any of this stuff until about two weeks ago. I'm a total convert. That . . . made me realize that it was all worth it. We'd been through hell, but wow! Look at this—a golden nugget. We've been searching for a long time, but we finally found the gold mine."

Later the same day, Ellison used his keynote to explain why the Daily Business Intelligence was not just another nice feature but was pretty close to being the Holy Grail of business IT. As usual, he blamed most of the problems afflicting business computing on the fatal combination of fragmented information and incomplete automation: "Most business processes are not completely automated; they're a combination of online and offline activity. For example, in the sales process called 'opportunity to order' each line of the sales order is always entered into the application system, but the price quote and sales contract might be stored separately in an Excel file or a document image file. If you store your price quotes in Excel files, that means your applications database is incomplete, so you can't ask the system questions like 'What is the total value of all my outstanding quotes?' Similarly, if you use a document image file to store contracts, you cannot ask the system, 'How many of my contracts have nonstandard limitation-of-liability clauses?,' because that information is not stored in the applications database. In other words, if your process automation system is incomplete—and most are—then your applications database will be incomplete as a consequence. And an incomplete database makes building a business intelligence system virtually impossible."

It's the "completeness" of the E-Business Suite's process automation and the single-data model, which allows you to keep all your information in one database, that makes Daily Business Intelligence possible. "Every day, Oracle sales managers see updated sales figures and sales forecasts. Every day, salespeople see how much they sold and how much they spent so far this month, this quarter, this year. They see exactly where they rank among their peers in sales and expenses. If they're in the lower ten percent in sales and the upper ten percent in expenses, that fact greets them every day on their home page. If you're an Oracle engineering manager, you see how well your product is selling, and you see how many service requests your product is generating. If your product is in the bottom ten percent in sales and the top ten percent in service requests, you know you have a serious quality problem that needs to be fixed. The Daily Business Intelligence system not only provides managers with up-to-date data to make better decisions, it provides every individual in

Oracle with better information—so they know what to do and how well they're doing it."

As well as providing detailed, almost instantaneous information about every aspect of Oracle's business, it also has a dramatic impact on the behavior of individuals: "Perhaps the most interesting aspect of Daily Business Intelligence is the comparison of your job performance with that of your peers. The reaction to these rankings is fascinating. People not only work harder to move up in the rankings, they work smarter. They study the people with the best performance and learn from them. And everyone gets daily feedback that lets them know if their job performance is improving. This makes a manager's job much easier. The manager doesn't have to constantly tell people that they're doing a good job or a bad job; the system does that. When Sally arrives at work and logs on to the system, her home page pops us and says: 'Hi, Sally, you rank in the top twenty-five percent in sales, congratulations, but you're in the top five percent in entertainment expenses—knock it off; stop eating at all those fancy French restaurants.' But you know what, the second that Sally realizes we can see how much she's spending on expensive dinners, her behavior changes . . . she stops ordering the expensive wine with dinner. Constant feedback, whether it's from a boss, a parent, a teacher, or the E-Business Suite's Daily Business Intelligence system, encourages people to improve their behavior. Hard facts about how well you're doing your job in comparison with other people in your company takes most of the human bias out of performance assessment. It doesn't matter much if your boss likes you or dislikes you, it's all about your numbers." *

• • • •

Backed up by an onstage demonstration of how the "executive dashboard" works and how easy the user interface makes it to drill down for extraordinarily fine grained data, Ellison's presentation makes a power-

*LE writes: Of course Daily Business Intelligence cannot take the place of good management judgment; it simply provides better data so managers can base their decisions on hard facts rather than gut feelings. Those "hard facts" are very difficult to come by in most companies, because current computer systems are a bunch of loosely connected process automation systems that are terrible at providing useful information about the business to management. A single, unified process automation database with integrated Daily Business Intelligence moves a company out of the dark and into the information age.

ful impact on the packed hall. But maybe because this is Europe rather than America, I detect a slight uneasiness in the nervous laughter that greets some of Ellison's jokes. Impressive proof though Daily Business Intelligence is of the computing philosophy behind the E-Business Suite, how many people would really welcome the introduction of such brutal transparency into their working lives? If Ellison has his way, it's something they'll just have to get over.*

Before going onstage, Sergio Giacoletto, Oracle's Italian head of European sales, has asked Ellison not to mention two things that are in the pipeline. The first is the "outsourcing with a twist" offer, which first broke cover at the New York CEO roundtable back in October. This is the deal in which Oracle proposes to take over a customer's entire IT budget and provide all the software (suite, apps server, database), hardware, and networking gear that's needed for a state-of-the-art computer system. Each year for the five-year term of the contract, Ellison commits to reducing that IT budget by 5 percent. Giacoletto reckons that it will give Oracle a formidable weapon to fight SAP in the European midmarket, which neither of the two rivals has penetrated much. But he wants to announce it when he's good and ready. However, when someone asks about Oracle's ASP (application service provider) strategy, Ellison can't resist the opportunity to pitch his new deal.

The second thing that the Oracle execs want kept under wraps is a radical new pricing plan for the E-Business Suite, which has barely been signed off on back at Redwood Shores. But at the press conference after his keynote speech, once again, Ellison can't help himself. From now on, he declares, the E-Business Suite will be sold to every customer in its entirety, and there will be just two license prices: $4,000 a year for power users and $400 for occasional users. What it means for the customer is that it will no longer be necessary to work out minutely in advance what modules in the suite are likely to be needed and how many licenses should be purchased, say, for financial users or sales-force users. As Ellison says, "Our pricing didn't match our product. Our product was an integrated suite, but our pricing was component by component. That meant when you were buying the suite you had to decide in advance how many users to buy for each application component: marketing, sales, service, financial, manufacturing, and so on. If you guessed wrong, you had

*LE writes: Your best people want management to know how well they're doing their job. Keeping relative performance a secret is not fair to them.

to come back and negotiate a new license." In other words, customers had to predict their future business needs and processes in a way that was inherently spurious. From now on, they would be able to turn on whatever parts of the suite their evolving requirements justified, and users would be allowed access to any applications they wanted to work with.

From Oracle's perspective, the new pricing model made even better sense. The bundling of features into the database and the apps server that customers could either use or not use was a neat way of locking competitors out of profitable niche markets—as Microsoft had proved over and over again (the legal difference was that, sadly for Ellison, Oracle was not a monopoly). If an ERP customer had already installed the whole suite and was thinking about deploying CRM, why not just switch on the Oracle stuff it already had rather than go to all the bother of buying and implementing a system from Siebel? The new pricing model leveraged the completeness of the suite without imposing it.

There were two further advantages from Ellison's point of view: first, it would no longer be a stretch to claim every 11i customer as a suite customer;* second, it might help to diminish some of the internal sniping between the Wohl and Barrenechea teams. Ellison told me later, "We'll now be measuring Suite sales in total, rather than ERP and CRM sales separately. That should take some of the edge off the intramural competition that's been going on between the different applications development groups. When a customer buys the entire suite, our sales system will record it as a Suite sale, but our support system will tell us exactly which applications in the Suite are actually being used."

Ellison's premature announcement at the press conference had two effects, one predictable, the other less so. The first was to send Oracle's marketing machine into a spin. When Ellison started to reveal the new pricing plan, Mark Jarvis exclaimed, "Oh my God. He said he wasn't going to do it. He always does this. This will be running on the wires, and the press will start calling Safra in a couple of hours [it was still 7 A.M. in California], and she won't know what the hell's going on." Jarvis had to prepare a detailed press statement in a couple of hours. The second, more positive, was that for the first time in a large gathering of skeptical journalists, not a single question about the value of the suite versus best-of-breed had been asked. A corner turned.

*LE writes: Not quite. Customers still have the option of buying the applications à la carte, which they do about half the time.

On the plane from Amsterdam to London, I discussed the last few days with Ellison, including an edited version of Barrenechea's attack on Ron Wohl. As to the latter, his reply is terse: "You know, Mark Barrenechea is a very smart guy, and he has some interesting theories that explain our CRM sales results. Indeed, our CRM sales are influenced by lots of things beyond Mark's control: the quality of our ERP software, the size and experience of our CRM sales force, the state of the economy, and the relative strength of the CRM competition." I asked him whether he agreed with Jarvis that Oracle had suffered real brand damage during the last twelve months.

He sighed, the expression "brand damage" had come from him a few months earlier, when he had wanted to draw attention to the fact that the quality issues affecting some 111 customers were the overriding priority for development. "We were all very pleased with the progress being made on our applications product quality issues, but I didn't want to let up. I wanted our developers to stay intensely focused on quality, quality, quality. So I casually said that the early versions of 11i had done some 'brand damage' to Oracle, and to repair that damage we'd have to constantly improve quality. I'm sorry I ever used the expression 'brand damage.' The phrase 'brand damage' caught on, and everyone started using it. A negative article in the press caused 'brand damage.' A sale didn't close because of the expression 'brand damage.' I've been plagued by the expression 'brand damage' ever since I first used it. Never use catchy phrases to describe something negative about your own company. Aim the dark marketing at the competition, not yourself." Interestingly, Ellison added that the rollout of Daily Business Intelligence within Oracle had made it much easier to dig down into finding where the problems were and who should be responsible for fixing them: the transparency ended what had been a blame game between support and development.*

For all that, I suggested that from what I had seen over the last few

*LE writes: As we started to put in Daily Business Intelligence, I realized that Oracle had the wrong product-quality metrics; we had been measuring the wrong things for years. Oracle had held engineering accountable for product defects—bugs—rather than service requests. A product can be bug-free and still generate too many service requests because it's difficult to install or difficult to use. We decided that our primary measure of product quality would be the number of service requests, not the number of defects or bugs. Once we got the metrics right, the squabbling between support and development ended, the number of service requests started trending downward, and customer satisfaction went

days of Oracle's customers and integration partners, the technology press, and even some of the analysts, the idea that a corner had been turned in Amsterdam didn't seem far-fetched. Ellison wants to agree, but he also wants to put things into context: "A big technology transition—a massive rewrite of one of our major products—happens infrequently, once every ten or fifteen years. When it does happen, it puts a huge strain on us and our customers. It's a little bit like childbirth. It's painful for what seems like a very long time, but the pain is suddenly forgotten when you see the beautiful baby. When Oracle 7 came out, nobody remembered the pain of Oracle 6. Rewriting the applications was a much easier transition than rewriting the database. But nobody remembers the extent of the problems we had with Version 6 of the database. Everyone's repressed it. It's just fascinating. Somebody said to Jeff Henley, 'Oh my God, this is as bad as the database rewrite back in 1991.' Jeff and I had to laugh. During the database rewrite we almost went bankrupt. Today we have $6 billion in cash and profit margins of around thirty-five percent. But more important, we now have the only suite of applications integrated around a single applications database. We have the only applications database with built-in business intelligence. In other words, we have the smartest, best-looking baby in town."

Maybe the only thing that mattered was a return to sales growth? Ellison had said to me more than once that the one thing that would make a difference was a quarter that beat expectations. "Analysts don't try to foretell the future; they try to explain the recent past. If you have a series of bad quarters, they explain that it must be because you have product problems. If you then have a series of good quarters, they explain that it's because you've overcome your product problems. They'll conclude that our E-Business Suite product problems are over when we start growing faster than our applications competitors. It's that simple—they just look at the numbers."*

•   •   •

The tension in Amsterdam between Ron Wohl and Mark Barrenechea would soon be resolved. Getting Daily Business Intelligence to perform

up dramatically. Daily Business Intelligence is a powerful tool for changing behavior, but be careful of what you measure. If you measure the wrong things, behavior will change the wrong way.

*LE writes: Not all the analysts. A few good ones actually survey customers.