# EXHIBIT 17 part 7

all its tricks proved to be difficult, and as a consequence, soon after returning to Redwood Shores, Ellison, threw himself into the effort to get the product finished: "We were getting most of the data we wanted out of Daily Business Intelligence, but not everything. There was some data that I considered very important that we were unable to track for some reason. I wanted to understand why." As usual when an engineering problem struck, he insisted on embarking on a process of highly detailed reviews of every product element to try to identify the issues.

The urgent need to make Daily Business Intelligence a reality had an unforeseen effect: it exposed weaknesses in the integration between the ERP and CRM sides of the suite that neither Ellison nor anyone else had been fully aware of. The more Ellison drilled down into the code, the more alarmed he became: "By March, I had found a couple of database schema errors that seemed to be the source of the Daily Business Intelligence problems I was working on. But schema errors were only a symptom of the real underlying problem: the ERP and CRM components of the suite were not as tightly integrated as they should have been, because our two development teams were not working as closely together as I thought they were. I discovered I had a serious organizational problem in applications engineering. I should have seen it and fixed it a while ago. I totally screwed up."

It may have taken Ellison longer than it should have to discover the defects in his applications development organization, but once he did, he acted decisively. Ellison says, "Once it's clear to me that I've made a mistake, I move pretty quickly to fix it." He determined that CRM would, in effect, be merged into Wohl's side of the house, with John Wookey, the senior development manager who had delivered Oracle's financials application and was currently working on health care, becoming responsible for the CRM sales and marketing modules; Don Klaiss, who was responsible for Oracle manufacturing products, would take over the CRM service modules. If there ever had been an argument for nurturing a "creative tension" between the two sides of Oracle's applications business, by now there was none. While CRM was newer and sexier than ERP, Ellison reckoned that it was nonetheless a lot easier to do: "I believe that CRM is a layer or feature set on top of your ERP customer database. CRM is pretty easy to build if and only if you have a unified customer database, but near-impossible to build if you don't. Once again, a single database and integration is the key. CRM applications should not be separated from the ERP applications, and we got ourselves into trouble when we tried to build them separately. The organizational structure I set up was wrong; it was my fault, my mistake—*mea culpa.*"

# 25

# A PERFECT STORM

For Larry Ellison, Thursday, May 2, 2002, was meant to be a routine working day. Through the morning he had worked on the deck of his home in Atherton, taking the usual mix of calls from his senior executives, business partners, and customers. Much of the rest of the day, as had been the pattern for several months, was scheduled to be spent in the eleventh-floor boardroom at 500 Oracle Parkway hammering our problems with the newly unified applications development team. But by late afternoon, Ellison found himself engulfed in what soon became known within Oracle as the "perfect storm"—a vicious combination of political feuding driven by large egos and the impending gubernatorial election, a fashionable post-Enron obsession with "corporate wrongdoing," and a hyperaggressive media that had worked itself into a feeding frenzy. It was the worst crisis the company had faced in more than a decade.

The telephone call announcing the storm's arrival was from Ken Glueck, Oracle's Washington-based senior political operative. Glueck is a big, unflappable man whose calm and geniality were never threatened even at the height of the "Dumpster diving" brouhaha (when Glueck had helped to expose Microsoft's secret bankrolling of purportedly independent industry lobbying groups that just happened to take the software giant's side during the epic antitrust case). But now Glueck was agitated.

Alerted by an Oracle lobbyist in Sacramento, Glueck had been watching live TV coverage of the California Highway Patrol raiding the state's own Department of Information Technology (DOIT) "to secure all shredders and trash." The news bulletins were also carrying reports that DOIT's director, Elias Cortez, had been suspended by Governor Gray

Davis pending a criminal investigation and that the governor's-government adviser, a longtime political aide named Arun Baheti, had been fired. Baheti had accepted a $25,000 campaign check from an Oracle lobbyist just as the state was completing a big software contract (worth between $95 million and $122 million depending on whether it ran for five or ten years) with Oracle. Although there was nothing wrong with Oracle's making a political contribution, Davis had issued orders to his administration staffers not to accept money personally. It was clear to Glueck, Ellison, and Safra Catz that Oracle was now embroiled in a major political scandal. Ellison told me later, "I could see a headline with words like 'police raid' and 'shredders and trash' with 'Oracle' right in between. I didn't look forward to being served up as the tasty part of that media sandwich."

Increasingly ominous looking clouds had been gathering for some time, but Ellison hadn't noticed them—it had never occurred to him that Oracle had done anything wrong.* The origins of the crisis had been more than a year earlier. California's DOIT had hired Logicon, a consultancy and systems integrator that was a subsidiary of Northrop Grumman, to look into the state's future IT requirements and propose a cost-effective solution. Logicon had recommended a six-year so-called enterprise license agreement (ELA: a kind of heavily discounted "all-you-can-eat" licensing arrangement sometimes favored by big corporate and public sector customers, in which they pay a lump sum for an unlimited number of database seats combined with long-term maintenance and support) with Oracle, with a further four years' option. The state and its 104 agencies were already big Oracle users, and Logicon reckoned that it could leverage their combined buying power to get a very good deal out of Oracle for both California and itself. Which is exactly what Logicon and the DOIT believed they had gotten. If the deal was allowed to run its full ten-year term, they calculated that the savings compared with buying Oracle database licenses on a piecemeal basis were likely to be around $110 million. It also meant that agencies could bring as many users on-line as they wanted, when they wanted—a big incentive to developing innovative and cost-saving e-government initiatives.

*LE writes: It never occurred to me that Oracle had done anything wrong, for the simple reason that Oracle hadn't done anything wrong. Unfortunately, it took a while for that fact to come out. In the meantime, the media simply presumed us guilty of something—without ever saying exactly what.

Why Oracle was willing to do the deal is another matter. It was getting paid only $30 million to allow up to 270,000 people to use its software for ten years, while support and maintenance, which included free upgrades to the latest versions of Oracle's technology, were pegged to a flat rate that worked out at $5.2 million a year for the life of the contract. Unknown to Oracle, there was an escalator clause in the maintenance part of the contract that would give Logicon $12 million for doing little more than a help desk. Logicon was also doing well out of the transaction: from the $52 million the State of California was paying for licenses, Logicon was getting a $10.7 million sales commission, while the remainder was accounted for by sales tax and the charges of the leasing firm that had been brought in by Logicon to finance the deal. But from Oracle's point of view it made little financial sense. Ellison later complained to me, "It was a spectacular deal for Logicon and a good deal for the state, but it was not a good deal for Oracle."

Even at the time, plenty of people at Oracle, including Ellison, thought the contract was far too generous and an example of precisely the kind of "scorched earth" deal in which future earnings were sacrificed for the sake of making a quick buck in the present, which Ellison and Catz had actively campaigned against. If Oracle itself had negotiated the contract, the terms would have been very different. However, Jay Nussbaum, still the head of Oracle Service Industries, reasoned that although the State of California had been give very substantial discounts on Oracle products, there was something to be said for an arrangement that would help lock in a big customer for the foreseeable future.

But if the deal was controversial at Redwood Shores, it was rapidly becoming political dynamite a hundred miles away in Sacramento. The DOIT had a good many enemies among Sacramento legislators and, facing a reauthorization that many thought it would fail to get, Cortez was desperate for a big IT win to prove its worth; Barry Keene, the director of General Services, whose department was responsible for negotiating the contract, was eager to get the publicity that a deal of this size would bring. Sure enough, Cortez, Keene, and Arun Baheti had all appeared, grinning from ear to ear, on the pages of InfoWeek. Predictably, the pictures, and others like it in a host of publications that exist to massage the egos of senior government employees, were, to the DOIT's many critics, like a red rag to a bull. At the same time, issues began surfacing that were troubling to even neutral observers.

The Department of Finance suggested that neither it nor the other offices involved had exercised proper diligence in determining whether the

cost savings that the ELA was meant to bring were probable or were based on spurious estimates provided by Logicon after it had been hired as a consultant. The accusation was supported by the haste with which the deal had been put to bed and the ambiguity of Logicon's status, which stemmed from changes in its commercial relationship with the state. Logicon was now receiving all its remuneration from commission both as a distributor for Oracle and for arranging financing with a leasing firm. Consequently, there were legitimate doubts about how disinterested its advice had been while in its original consulting role.*

And that wasn't all. Suspicions were further raised because the contract had not been put out to tender. At the last moment, Cortez, determined to wrap things up as quickly as possible, had insisted that Oracle, rather than Logicon, be the prime contractor. Oracle was one of a select group of companies on a General Services Administration list that qualified it as a sole-source vendor. Ellison says, "The best place to buy Oracle software is from Oracle Corporation." Up to a point. The problem was the suddenness of the switch from Logicon to Oracle and, once again, uncertainty about what Logicon was bringing to the table and how much it was being paid. Finally, there was the nasty little kicker of the $25,000 check that Ravi Mehta, a political consultant on Oracle's books, had handed over to Arun Baheti while the two men were having a drink in a Sacramento restaurant. At the very least, the timing of the payment, the details of which had only just emerged, was unfortunate.

For Dean Florez, the Democratic chairman of the state Joint Legislative Audit Committee (JLAC), the target was too big and too tempting to ignore. Florez, a political maverick who saw himself as California's answer to John McCain, had a burning desire to make life as unpleasant as possible for Governor Davis and his administration. What Florez wanted and what Florez got was a full review "of the State's contracting practices in entering into an enterprise licensing agreement with the Oracle Corporation." The surprising thing is that nobody at Oracle seemed to realize that this was a portent of serious trouble.†

It was months later, toward the end of 2001, before even muffled

---

*LE writes: Logicon, not Oracle, recommended the deal to the state; Logicon, not Oracle, negotiated the terms of the deal with the state; Oracle, not Logicon, got all the headlines.

†LE writes: We naively believed that because we hadn't done anything wrong we had nothing to worry about.

---

alarm bells at Redwood Shores started ringing. State Auditor Elaine Howle was a long way from completing her report, but Oracle executives were beginning to worry about the kind of questions they were being asked. Belatedly, it occurred to them that Howle might be set on reaching a hostile conclusion. In January, fearing the worst but still convinced that the state had no grounds for complaint, Oracle took the precaution of asking Howle's vastly experienced predecessor, Kurt Sjoberg, who was now in private practice, to carry out his own "independent" report on the deal to see if, in his view, California would, as Logicon had claimed, save a lot of money. On April 10, Sjoberg Evashenk Consulting reported that over the full ten-year life of the contract the state stood to save between $110 and $163 million. In other words, Logicon's estimate of the contract's value had been respectably at the low end of the range. Surely even a skeptical Elaine Howle would have to admit that California was getting a pretty good deal after all.

Just six days later, Howle reached a very different conclusion. In a stinging report, the bureau argued that over six years the state would *lose* $40.6 million (although it admitted that this would be reduced to $5.6 million if the contract ran the full ten years). The state auditor made no mention of the campaign check from Oracle, but in just about every other respect, it was as bad as it could be. She accused DOIT of ignoring the results of its own survey of 127 state departments, undertaken prior to signing the contract, which had provided evidence that "few state workers might need or want any new Oracle Corporation products." All three departments responsible for overseeing large IT projects were lambasted for failing to assess the state's actual need for the contract. She further inveighed against "General Services' unprepared and inexperienced negotiating team" for agreeing to a contract "that left the state unprotected against numerous risks." "'Lacking an in-depth understanding of whether the ELA might fill a legitimate need for state departments, and without knowing the true costs and benefits of the contract, the state committed millions of taxpayer dollars to a questionable technology purchase.'"

It got worse. Howle argued that because of Logicon's "undisclosed role, actions and compensation," questions had been raised about the validity of the contract. Howle calculated that Logicon stood to make no less than $28 million out of the $95 million the state would be paying for the first six years of the contract. Legal advice to the audit bureau suggested that despite Oracle's status as a vendor that could be exempted from competitive bidding requirements, the same didn't apply to Logi-

con. Given that it was taking 30 percent of the contract's value, a court might judge the contract to be void. But for Oracle, it was the second half of Howle's report that was most damaging; it read like a sustained attack on the software firm's business practices. The report claimed that Oracle was well known for:

- Aggressively selling to the highest levels of an organization by basing its arguments on the "positive impact on the customer's business" rather than the technical details of the database and the competition;

- Using high-pressure sales tactics to close long-term, high-value deals quickly—saying, for example, "If you buy databases for ten computers this year and promise to buy databases for fifty computers over the next five years, we'll give them to you at the special rate we have now. Prices are going up; it's the fourth quarter, and we're ready to deal."

- Practicing the Oracle maxim, "Lock customers in, lock competitors out," by getting from customers a long-term commitment that encourages migration to Oracle products and helps establish Oracle as an organizational standard. The high cost of future transition away from Oracle products to those of competitors discourages future competition.

- Changing the way it licenses its products, making long-term commitments problematic. For example, the most recent version of the Oracle enterprise database software, Version 9i—released two weeks after the state executed the ELA—has certain features that are separately licensed. If the state wanted to upgrade from 8i to the 9i version and also wanted these special features, it would have to pay a separate license and maintenance fee for them.

The analysis continued, "According to our technical consultant [who had also provided the insights above], other Oracle business developments that were occurring shortly before the contract was finalized included pricing pressure from its customers. In 2000 and the first half of 2001, Oracle's users and prospective clients were putting tremendous pressure on the company to lower prices. Oracle's database market share was being threatened at the high-end (large, complex systems) by IBM and at the low-end (small, departmental systems) by Microsoft." The findings of Howle's "technical consultant," it emerged, were being assisted by none other than Ellison's old enemy—the Gartner Group, prob-

ably the technology consulting firm most consistently hostile to Oracle. Not surprisingly, Gartner "questioned the wisdom of establishing Oracle as a standard for the entire state."

The auditor's report was a nasty shock to Oracle. Ken Glueck said to me later, "The section of the report about our business practices simply couldn't be reconciled with what had happened. Our salespeople were not engaged at all in the negotiation of the deal, and the four guys from our side who were involved in it, you would instantly realize if you saw them, are just not capable of aggressive tactics. And besides, Kevin Fitzgerald, who had succeeded Nussbaum, kept telling us that the terms of the contract were the most favorable he'd seen during the twenty years he'd worked with the public sector. But the way Howle's report was written provided a lens for looking at the contract that was intended to make us look bad."

From that moment on, no reporting piece on the contract wrangle—and there was a never-ending stream of them—was complete without the words "Critics of the contract have noted that Oracle has long been known for sales tactics considered aggressive even in the high-stakes, high-pressure world of corporate software sales." According to Ellison, Oracle's sales team "simply agreed to take over a contract that had been fully negotiated and agreed to by both Logicon and the state. The state asked us to take over the contract, and that's what we did. I don't think that our sales team met with the state for more than a couple of hours. Yet they were accused of using such 'aggressive, high-pressure tactics' that they had 'forced the state to buy more software than the state needed.' Just how did they manage to do that in a couple of hours?"

Horrified by the likely impact of Howle's report, Ellison claims that he immediately told General Services' Barry Keene that he was prepared to scrap the deal. "I said we'd be happy to undo the deal if they want to undo it. But they said, 'No, we love the deal. We don't want to undo it. We'll stick by it.'" That is consistent with Keene's official response to the auditor. While agreeing that there were some steps that needed to be taken to ensure that the state received full value, he continued to maintain that the savings would be very substantial.*

The auditor's report was all Florez needed for his committee to em-

---

*LE writes: The state was saying it was a very bad deal, and at the same time, the state was refusing to undo the deal. It was a bit hard to understand—like the conversation between Alice and the Red Queen.*

bark upon lengthy and politically charged hearings that would last more than two months. Of course, Oracle wasn't the primary target; that was Governor Davis. Florez made no bones about his belief that Davis ran an incompetent and greedy administration. The fact that he was handing ammunition to Davis's Republican rival, Bill Simon, in an election year troubled him not at all. If he could use Oracle to damage and embarrass Davis, he would be happy to do so. Ellison said, "It was like a drive-by shooting. Florez was aiming at Davis, but he hit us. We were in the wrong place at the wrong time." The first casualty, however, was Keene. One of the committee's early witnesses, he was forced to concede that his decision to proceed with the deal had been "an error of judgment." A few days later, Davis pushed Keene, a sixty-two-year-old former State Senate majority leader, out of his job.

From the governor's point of view, one of the most dangerous developments was the connection Florez was making between Oracle's $25,000 campaign check and what was now officially a profligate misuse of taxpayers' money. While trying to push through a $2 billion tax hike during the state's energy crisis, Davis had also managed to accumulate a $40 million reelection war chest. Davis now felt highly exposed. Ellison said, "Bill Simon accused Governor Davis of running a coin-operated government. The Republicans and some Democrats in Sacramento were jumping up and down saying the governor was selling contracts for campaign contributions. First the governor wastes the taxpayers' money on energy, now on software. We found ourselves in the middle of a no-holds-barred political battle. I couldn't believe it. How the hell did we get to be a part of the campaign to defeat Governor Davis in the upcoming election?"

Davis had to show that he was just as mad as anybody about what had happened and that he was going to make things right. By firing or suspending underlings, demanding that the state should get its money back from the rapacious Oracle, raiding the offices of DOIT, and endorsing an investigation by the state attorney general, Bill Lockyer, Davis was able to present himself as being both valiant for truth and the victim of his subordinates' wrongdoing. When Oracle's press spokesman, Jim Finn, said that not only was his company ready to rescind the contract but it had made the offer several weeks earlier, nobody in Davis's office could recollect such an offer being made.

Another interpretation of Davis's actions is that he panicked. From Oracle's point of view, Davis had helped stir in a further dash of toxicity to the already seething cauldron by lending his weight to the idea that

some kind of crime had been committed. By talking about "shredding" because of the "need to preserve evidence in our investigation" at the doomed DOIT, Barry Goode, the governor's chief counsel, was throwing fuel on the flames.

As far as the $25,000 check from Oracle was concerned, although it was made to look bad, it's doubtful whether anyone really believed that there was a connection between it and the ELA. In the first place, compared with the size of the contract, not to mention Oracle's size and profitability, it was a piddling amount. Second, the check had been promised at a fund-raising dinner organized by EDS, the big systems integrator. It was neither the biggest nor the smallest amount pledged that night by thirty tech firms. Ken Glueck points out that as well as being a rather small scale political contributor, the only states where Oracle made any contributions at all were California and Virginia, where, in both cases, it was a substantial employer. If Oracle was in the business of buying contracts, surely it would be politically active everywhere it sold software?

But for a number of reasons, the check still didn't look good. Although it had been issued in March, the fact that it had been handed over just as a major deal was closing was enough to raise suspicions. Glueck says, "Ravi Mehta did nothing illegal, but he showed bad judgment: first, by holding on to the check when he shouldn't have; second, by giving it to Babetti in a restaurant—which of course became a bar in the newspaper reports."

Meanwhile, the circus in Sacramento, with Dean Florez as ringmaster, dragged on, working its way through a mass of evidence and witnesses, all calculated to denigrate the Davis administration and to add further to Oracle's misery. Not all of it went Florez's way: he had boasted that Ohio, North Dakota, and Montana, as well as the city of Toronto, would testify damningly about their experiences of working with Oracle. But having seen what was going on in Sacramento, those states elected to put their relationship with Oracle ahead of participating in the JLAC inquisition. Ben Piscitelli, a spokesman for the Ohio Department of Administrative Services, said, "We continue to have a normal business relationship with Oracle. This really is a California-versus-Oracle issue, and we're leaving it at that."

But Florez was winning some rounds. Committee investigators dug up some incriminating e-mails from the unfortunate Mehta. Dated January 5, Mehta's e-mail to Robert Hoffman, Oracle's director of legislative affairs, listed nine state politicians who, in Mehta's view, were important to Oracle and should be given money. Oracle's response was to say that

Mehta's suggestions had, at the time, been ignored. But when Mehta, appearing under subpoena, took the Fifth Amendment, it made it clear as if there had been some kind of cover-up. Glueck suspected that Mehta refused to testify because of irregularities in his reporting of invoices. Glueck reckoned that he must have been ripping off Oracle by claiming expenses that he hadn't incurred, or that he had failed to report them and was guilty of noncompliance. Glueck didn't think (and certainly hoped) that Mehta's reticence had anything to do with the ELA contract. On May 31, Glueck terminated Mehta's contract with Oracle. He said, "In hindsight, Ravi working for us was probably a mistake."

If Mehta was an embarrassment, everyone at Oracle was furious that the committee attacked their company mercilessly but gave it no opportunity to defend itself. There were two particular bones of contention. The first was Florez's intention to call only five relatively junior Oracle salesmen who had been involved in the deal to testify and his refusal to allow them to make any opening statement. Oracle insisted that a senior sales executive, Kevin Fitzgerald, accompany them and be allowed at least fifteen minutes to state Oracle's position. Oracle was also adamant that information that Florez was demanding about the salesmen's personal remuneration on the deal was a breach of confidentiality that would leave it open to legal action by its own employees. The second spat was over Florez's lack of interest in hearing former state auditor Kurt Sjoberg's very different analysis of the deal to the state. At the end of May, the usually mild-mannered Jeff Henley fired off a splenetic letter to Florez.

Dear Chairman Florez and Members of the Committee:

This letter is a formal complaint regarding the manner in which the Joint Legislative Audit Committee ("JLAC" or "Committee") has conducted its inquiry into the May 31, 2001 Enterprise License Agreement between Oracle Corporation and the State of California ("ELA") and the Bureau of State Audits Report regarding the ELA ("BSA Report").

For nearly six weeks, the JLAC has conducted numerous hearings that have been severely critical of Oracle and the ELA. Despite repeated attempts by Oracle to be heard by the JLAC, the Committee has yet to hear directly from Oracle, and Oracle has not been given a single opportunity to defend itself against the baseless allegations in the BSA Report relating to the value of the ELA.

For the reasons listed below, we respectfully request that the Committee immediately give Oracle an opportunity to have a senior com-

pany executive, Mr. Kevin Fitzgerald, Senior Vice President, Oracle Government, Education and Healthcare Sales, testify before the JLAC as to why the ELA is an extraordinary value for the State of California.

- As the Committee is aware, Oracle has *voluntarily* produced thousands of pages of documents pursuant to the Committee's requests, *voluntarily* agreed to have five Oracle employees testify at the previously scheduled hearings on June 4th and 5th, and *voluntarily* agreed to make these five individuals available for interviews with Committee staff prior to the hearings. Oracle's cooperation with this Committee cannot be placed in question. Despite that cooperation, we have been told repeatedly by members of the media that you, as Chairman of the JLAC, have characterized Oracle as uncooperative. Nothing could be further from the truth.

- On April 18, 2002, just two days after the BSA Report was released, Oracle wrote to the State Auditor and the JLAC pointing out a specific material error in the BSA Report. *This single error changes the value of the ELA* from the State Auditor's estimate of a net loss for California taxpayers to a net benefit. The Auditor has not answered our letter, has refused to meet with Oracle, and has referred us to the ELA. We have asked the JLAC for the opportunity to discuss this material error in public at the Committee's hearings, and we have been told by your staff that the Committee has no interest in having that discussion. Moreover, we have requested numerous meetings with the JLAC and have been told that you, as Chairman, will not meet with Oracle. It is unheard of—perhaps unprecedented—that the subject of an audit report is not given a single opportunity to engage in a thoughtful discussion about the report. We believe that the material error identified in our letter of April 18th is only one of many such issues that deserve serious and thoughtful attention from the JLAC.

- During the process of these hearings, you, as Chairman, have unjustly accused Oracle of many things and have permitted the hearing record to be filled with reams of undocumented innuendo and speculation. Oracle has repeatedly asked you, as Chairman, for the opportunity to have a senior Oracle executive address the Committee. It is inconceivable to Oracle that after nearly 75 hours of Committee

SOFTWAR

hearings in six weeks, the Committee cannot find the time to give the subject of those hearings a single opportunity to present its views. We believe that as a historical matter of legislative investigations—in Sacramento and nationally—this position is unprecedented. Your refusal to schedule this hearing reflects poorly on the entire legislature and calls directly into question your motives for holding these hearings.

- Oracle has been informed by the Committee that when Oracle's sales staff do testify, they will not be allowed to address the Committee with even a brief opening statement. Again, this is unprecedented. Even the most notoriously unfair legislative investigations in the history of our country, such as the House Un-American Activities Committee or its Senate counterparts, allowed its witnesses to make opening statements. A fifteen minute opening statement by the witness would permit Oracle to at least frame those issues it believes the Committee should review in any search for the truth about the ELA.

- Oracle has formally asked you, as Chairman, if Oracle's sales staff will be permitted to address the value proposition of the ELA during the hearings, as this is *the central issue* in the BSA Report. As we have sought to explain to the Committee, Oracle firmly believes that the ELA will save California taxpayers in excess of $100 million. This request was rejected by your staff.

- Oracle asked former State Auditor, Mr. Kurt Sjoburg, to perform an independent analysis of the ELA. That analysis *confirms the value proposition* presented to the Department of Information Technology, the Department of General Services, and the Department of Finance last year. Again, we have asked you, as Chairman, for the opportunity to address this report, and that request was also rejected.

- On May 20, 2002, Oracle sent you, as Chairman, and JLAC a very clear letter requesting that Oracle's Senior Vice President, Mr. Kevin Fitzgerald, be permitted to testify at the June 4th hearing. In addition, we were very clear in that letter that Oracle was not *refusing to provide other witnesses* that the Committee was requesting. Rather than work with us to come to a mutually acceptable resolution, you, as Chairman of the JLAC, mistated and misrepresented Oracle's po-

A PERFECT STORM

sition before the Joint Rules Committee. As a result, in our view, you, as Chairman, sought to seek subpoenas for no substantive cause; other than to create a media opportunity for the Chair.

Last, let me turn to the Committee's most recent document request dated May 23, 2002, which continues the pattern of trying to create issues rather than address facts. The JLAC letter requests:

". . . communications and documents related to the retained services by Oracle through Manatt, Phelps & Phillips or the consulting firm of Sjoberg Evanshank. The requested documents include, but are not limited to, requests for proposals, letters of engagement, contracts for services, and all analyses prepared by Sjoberg Evanshank in relation to the Oracle ELA and State Audit Report #2001-128."

As you know, the Sjoberg firm was retained by Oracle's outside counsel to provide expert advice to Oracle. Oracle has delivered to the JLAC copies of the report prepared by that firm, which confirms that the State's savings from the ELA are $110–163 million, and a further $33 million in savings to local governments. In addition, Oracle has provided you with a copy of Mr. Sjoberg's letter of April 29, 2002, confirming his analysis of the savings despite the contrary findings of the BSA Report.

As we indicated above, you, as Chairman, have told us that you will not permit any discussion of Mr. Sjoberg's report or his analysis of the savings to the State to be achieved under the ELA. However, you are well aware that you are seeking to invade the attorney/client privilege and attorney work product doctrine to obtain attorney communications and other materials that are plainly protected by the law. By making this request for information, which is clearly beyond the limits of permissible legal discovery, it is clear to us that you, as Chairman, are *seeking a subpoena confrontation* with Oracle (and its more than 10,000 California-based employees).

You, as Chairman, also requested:

"records of all commissions recorded, promised or paid to any individuals related to the Enterprise License Agreement entered into on May 31, 2001, between the State of California and the Oracle Corporation."

This material pertains to intensely private personal financial information of four individual salesmen of the company that the company is not free to disclose without the employees' consent. In fact, a private attorney representing one of those individuals has advised Oracle that he wishes to invoke the salesman's right under the California Constitution's right to privacy not to have his client's personal financial records produced by the corporation. Your request and the employees' rights cannot both be met.

There is a significant body of California case law that specifically prohibits employers from violating the privacy rights of their employees. In addition, Oracle Corporation's sales commissions structure and compensation programs are proprietary trade secrets of Oracle.

Again, you, as Chairman, are well aware of these rights and privileges. As there is clearly no reasonable basis for the request, we can only view this as a punitive attempt to seek an unnecessary confrontation with Oracle in order to further the Chair's media strategy. It appears that no amount of cooperation, including voluntarily producing documents, witnesses for interviews, or witnesses for hearings will satisfy the ever increasing demands placed upon Oracle in this matter.

It is now very clear to Oracle that the merits of the ELA do not matter to the JLAC. For the reasons stated above, Oracle formally requests the right to be heard immediately, before the Committee continues its punitive abuse of one of California's most successful companies and employers.

Very truly yours,
Jeffrey O. Henley
Executive Vice President and Chief Financial Officer
cc: Senator Alarcon, Vice Chair, Joint Legislative Audit Committee
Members, Joint Legislative Audit Committee
Members, Joint Rules Committee

Although Florez described Henley's charge (in a letter to Ellison) that Oracle had not received a fair shake from his committee as "utter nonsense" and said that the overall tone of his complaint was one of "harsh and inaccurate criticism" of both him and the JLAC, for the first time he admitted on the record that it was state officials who were in the dock, not Oracle. And, albeit very late in the day, Oracle did get a hearing for its side of the story. On June 5, after Elaine Howle had testified that she

was standing by her numbers, her former boss, Kurt Sjoberg, finally took the stand for Oracle. Sjoberg walked the committee through his rigorously conducted twenty-five-page audit on the deal, patiently trying to explain the difference between his conclusions and Howle's. He pointed out that Howle had not actually attempted to analyze the value of the contract but instead had simply tried to check the accuracy of the projections originally made at the time the state first considered the contract. Nor only did the audit bureau have far less complete information than his team had been able to extract from Oracle, but its whole methodology had been fundamentally different and, in his view, consequently flawed.

In an article for the San Francisco Chronicle three weeks earlier, Sjoberg had spelled out those differences and why Howle's calculations made little sense. Among Howle's mistakes, she had chosen fiscal 2000 as the baseline year—a period covering nine months of calendar 1999, a time when public sector IT budgets had been almost wholly dedicated to preventing millennium bug meltdown. Ellison says, "The two audit reports came to diametrically opposite conclusions; therefore, one of the two auditors must have been wildly mistaken in their analysis and calculation of savings. Sjoberg had about twenty years' experience as state auditor, while Howle was brand new to the job. It was obvious to anyone who bothered to read both reports which one was right." Sjoberg's report was casually and rather disgracefully dismissed by Florez ("After sitting through nine hours of testimony, my conclusion is that we stand by the state auditor's report. You get the numbers you pay for, and Oracle got those numbers."), and he was equally unimpressed by the evidence from Kevin Fitzgerald about Oracle's minimal involvement in drawing up the contract. Other members of the committee, however, had the decency to look a little uncomfortable. Ellison observed, "When the facts finally came out, Florez found it hard to completely ignore them—but he tried."

When Dean Florez finally called it a day on June 17 after two months, thirty witnesses, and more than 2,500 pages of documents, there was still no smoking gun. Most critically, nobody had been able to make any connection between the contract and "the buying of lawmaker influence," as one headline had optimistically put it. Florez concluded, "I think we got taken to the cleaners. If we have accomplished anything, I hope it is to warn state officials that the next time a smelly deal crosses your desk at the eleventh hour, you'd better do what's right instead of what's politically convenient." But he tacitly admitted failure when he decided to close the investigation without producing a report. John Borland of

CNET, the San Francisco–based technology news Web site, wrote: "Contradictory testimony throughout the trial has failed to provide an accurate picture of how the deal was finalized or structured. It's also unclear whether Oracle or Logicon is to blame for the convoluted contract—or whether state officials were too trusting of the promised cost savings and license estimates in the first place." Or if Elaine Howle had simply gotten her sums wrong, he could also have added.

In the aftermath, there was a conspicuous attempt to mend fences. On July 23, Oracle's offer to rescind the contract was gratefully accepted by the state's attorney general, Bill Lockyer: "Today's agreement serves California taxpayers and successfully meets the state's objectives by rescinding a $95 million contract that had become controversial. Oracle and Northrop Grumman [the parent company of Logicon] were under no obligation to help California by rescinding this contract, and we appreciate their cooperation and willingness to rescind the ELA."

Three weeks after the closure of his committee's hearings, Dean Florez was stripped of his chairmanship. It was, of course, an act of vengeance by supporters of Governor Davis, but Florez had won few admirers by his relentlessly egotistical behavior. The *Sacramento News and Review* editorialized, "Let's talk about what a legislator ought not to be: more about self-interest than public interest, arrogant, grandstanding, difficult for both friends and enemies to deal with. This describes Dean Florez to a T. There are few people in the Capitol with anything nice to say about the Democrat from Shafter, except maybe for Republicans who cheered his over-the-top investigation of the Oracle scandal, and even they grumbled about his autocratic tendencies during the hearings."

• • •

How much real damage had the whole messy business done to Oracle? It wasn't as if its "perfect storm" had come out of a cloudless sky. The company was only just beginning to recover from the damage caused by the birth pangs of the E-Business Suite and was continuing to suffer slack demand for enterprise software. Also, more or less coincident with the California imbroglio, the market research arm of Gartner delivered what looked like another hammer-blow: survey numbers suggesting that IBM's DB2 had pushed Oracle into second place in the high-end database market for the first time in years—a finding gleefully leapt upon by the tech press and a good many analysts who ought to have known better.

Morgan Stanley's Chuck Phillips was pretty much a lone voice in putting the apparently sensational news into context. He wrote, "Gartner

Dataquest's numbers largely reflect whatever Microsoft and IBM provide to the market analysts as revenue for the past year's performance. There is no way to verify the numbers since they aren't audited and aren't provided to financial analysts. IBM allocates database revenue out of deals that include services, hardware, and even mainframe maintenance. We don't think IBM gained in the last year although they did in the previous year when Oracle was too focused on dotcoms and raised prices too aggressively but even then it was a small gain. We tend to look to actual usage since that's a more realistic measure of what customers believe they are buying in; by that measure Oracle is still around 50% share, Microsoft 23%, and IBM 34%. [The numbers total more than 100 percent because some companies use more than one database.] This is a numbers and marketing game between Microsoft, IBM, and Oracle that has gone on for years. Oracle has no flexibility since its numbers must be reported externally and audited. It has two large competitors that can allocate from other product areas. The game helps Microsoft and IBM, which is why they keep playing it and there is no downside for them since journalists and market analysts pretty much print the numbers they are provided."*

However, just as more analytical reporting of the "Oracle scandal" in California would have "spoiled the story," so would listening to the punctilious and experienced Phillips. But for all the media's pleasure in using these misfortunes to paint a picture of a company in deep trouble, apart from the flagging stock price, the actual harm to the business was probably far less than met the eye. Real-world customers were largely uninfluenced by dubious market-share figures—most of the growth in Oracle's database business is founded on selling more licenses to its installed base. For the same reason, although some analysts speculated that the adverse publicity in California would hurt Oracle's vital public-sector sales, there was subsequently no evidence of it. Ellison said, "Several large deals in the quarter got slowed down; they were delayed, but they didn't disappear. In the end, if you need the software, you buy the software." That would also apply to California: Ellison had no doubt at all that the state would end up paying more for less software because of canceling the ELA. In principle, he never wanted to do another deal like that

*LE writes: To this day, Gartner calculates market share numbers using unaudited sales figures provided by IBM and Microsoft, rather than taking the trouble to survey customers.*

one: "These big up-front all-you-can-eat deals are just not as profitable for us as selling software on an as-needed basis."

The whole episode, however, made Ellison deeply miserable. For somebody not temperamentally given to depression, he came close to it. Above all, the sheer capriciousness of events combined with the mounting hostility toward big business had shaken him. When we met in London late in June, I was struck by how gloomy he seemed. He told me, "I'm not depressed, exactly. I'm just tired, and I feel vulnerable—like a zebra on the savanna at night. There are a lot of hungry animals out there hunting. They'd like to eat me and my family. I have to be alert, and I have to stay alert all night. And this is going to be a very, very long night. When the sun rises, a lot of zebras are going to be gone."

• • •

The California brouhaha had upset Ellison deeply. Oracle had finished its fiscal year quite strongly, beating analysts' expectations with fourth-quarter revenues of $2.774 billion combined with profits and margins exceeded in the software industry only by Microsoft. But the solid showing was rather undermined by Jeff Henley's downbeat forecast. The market took fright at this view that first-quarter license revenue could be anything between 15 and 25 percent down, sending the company's already sagging stock price to little more than $8. Even prompting Ellison to talk about his prospects in the America's Cup—just three months away—didn't seem to lighten his mood.

Yet only a few weeks later Ellison gave what Carolyn Balkenhol, among others, thought was one of his feistiest and most compelling performances at Oracle's Analyst Day. Nearly three hundred analysts and reporters had shown up at Oracle's conference center expecting to put Ellison on the rack. Typically, he came out fighting with plenty of jokes and a major product announcement. The big news was the launch of what Oracle was calling its Collaboration Suite—a software package that combined e-mail, voice mail, calendaring, scheduling, file sharing, and an enterprisewide search engine—all accessible by wireless. But this wasn't just any old product announcement. What really juiced it up was that the Collaboration Suite was targeted at a major Microsoft business. For all the rivalry between the world's two biggest software firms over architectural issues (the Internet versus client/server and, more recently, .NET versus the J2EE Java standard) and Microsoft's persistent harrying of the low end of Oracle's business with its SQL Server database, this was the first time that Oracle had gone directly after a big chunk of Redmond's revenues.

Since the previous summer, Ellison had been touting the advantages of running e-mail on top of Oracle's database rather than employing the hundreds of Microsoft Exchange servers that were common in most big companies. Keep Microsoft's Outlook as your desktop e-mail interface, he'd been saying, but replace Microsoft Exchange with Oracle's e-mail server and get the virus protection, security, reliability, and ease of administration that come with our database. In addition to e-mail, Collaboration Suite included a new technology called the Database File System: an extensible file system for storing, sharing, and searching all your PC files regardless of format. In other words, Oracle's Collaboration Suite wasn't just a replacement for Microsoft's Exchange servers; it was a replacement for Microsoft's file servers as well.

A year earlier I'd been with Ellison in a meeting with Ned Johnson, the chairman of America's biggest mutual fund, Fidelity Investments. Ellison had dubbed Microsoft's e-mail server software the "Virus Exchange" and had asked Johnson if he knew how much he was paying for this truly terrible system. Johnson's CIO had figured maybe as much as $300 million a year.* Ellison had immediately offered to write Johnson out a personal check for that amount if he couldn't save him at least 85 percent of the cost while replacing it with something much better. It was the same pitch he'd made a few months later to Tommy Thompson in Washington, D.C. It was a pretty good way of getting the customer's attention.

Unfortunately, at that stage Oracle didn't have a complete product. Although it had the e-mail and the file system, it lacked a calendar—critical for coordinating meetings, travel, and appointments. Oracle's developers had discovered that although Microsoft's Outlook e-mail interface supported e-mail servers using either the standard IMAP4 Internet messaging protocol or Microsoft's proprietary MAPI protocol, the moment you put an IMAP4 e-mail server such as Oracle's underneath Outlook, Microsoft's Calendar server automatically turns off. The result was that Oracle's e-mail server and Microsoft's calendar server wouldn't work together. Ellison observed, "Microsoft is incapable of competing fairly."

*LE writes: Microsoft's e-mail and file servers are astonishingly expensive to run. Most companies can't even calculate their total cost of ownership, which includes hardware, software, network, and labor costs. Then there are the huge additional costs related to e-mail viruses and lost files. Microsoft Exchange has probably lost business more money than any product in the history of the software industry.

First they bundle their Outlook e-mail interface with Windows so everyone gets Outlook for 'free.' Then, if you use the 'free' Outlook as your e-mail interface, Microsoft makes it as difficult as possible to use any e-mail server other than theirs. Microsoft may claim that Outlook works with industry-standard IMAP4 e-mail servers like Oracle, but if actually you try to use one, everything else breaks. This isn't bundling 101; this is graduate-level bundling. They're the world's experts. They should host a symposium on bundling theory. They have loads of land mines buried in their software to blow up the competition. It's illegal, but they'd gotten away with it for years, so we had to figure out a way around the problem." The solution, in June 2002, was to buy a little Canadian company named Steltor that claimed to make "the best open-system time management communication solution on the market" and had a formidable customer base that included BMW, Verizon, Texas Instruments, and Kellogg. Best of all, Steltor's software fully supported every one of Outlook's features. It was Oracle's key to Microsoft's door. Suddenly, all the pieces worked together.

The Collaboration Suite wasn't just a welcome stick to beat Microsoft with. For years, Ellison had been arguing that Microsoft's low-price, high-volume model wasn't all it seemed because it brought with it so much complexity that had to be expensively managed. But now he was explicitly trying to beat Microsoft at its own game, and he was determined to enjoy himself in front of the assembled analysts. "Okay, here's where we have some fun. Just for the heck of it, we decided to price Collaboration Suite, with all its features, at one third of what Microsoft charges just for its e-mail server alone. Bill says that Microsoft's the place to go for low-priced software. Really? Not anymore. Collaboration Suite includes a secure, reliable database e-mail server, plus the best calendar/scheduler in the world, integrated voice mail, and a powerful database file-sharing system. Microsoft Exchange includes an e-mail server, plus a never-ending plague of viruses. Keep using Outlook; say good-bye to viruses with Oracle Collaboration Suite." To cap even that, Ellison had a further offer: for $10 a user per month, Oracle would supply a completely outsourced service.

Launching the Collaboration Suite had allowed Ellison to do one of the things that in front of an audience he was great at: making jokes about Gates. But it also helped him make a much more serious point: Oracle might think that it didn't need lessons from Microsoft about building software, but it could learn a great deal from the business strategies that had made Gates's firm one of the world's most fearsome competi-

tors. From now on, Ellison was saying, Microsoft would be the model for the way Oracle would do business. It had started with the E-Business Suite, but now in everything that Oracle did it would emphasize the same tight integration that Microsoft understood so well, the same determination to throw in a bewildering array of features that smaller rivals had to charge for, the same aggressive pricing and ruthless pursuit of volume.

Ellison told the analysts, "Our strategy in enterprise software is integrated suites with a low total cost of ownership. The only software company we worry about, watch, and try to learn from is Microsoft. We think their basic model—integrated suites, low price, high volume—is the winner. Nothing else works, and that's where we're going. In the end, there will be just three software infrastructure companies: Microsoft and their proprietary Windows and .NET stuff; and IBM and Oracle supporting Linux, Java, and open systems. That's it. Nobody else."

If anyone in the audience disagreed, they weren't saying so. The toughest question Ellison faced was about the impact on Oracle of competing in the America's Cup. After "getting a pass" on winning four world maxi-yacht titles in recent years, Ellison said he'd been hoping for the same on the America's Cup, "but it's just much more visible." However, he didn't think it would be that bad: "eight weeks of driving and racing max over this year and next year—and that's only if we win." Most years, Ellison said, he took five weeks out of the office on vacation. As he'd be working through August, he didn't think he'd have more time away from the office than usual. However, if Oracle BMW Racing went all the way, Ellison would be in Auckland for around eight weeks in 2002 and another four weeks in 2003. Luckily, none of the analysts seemed to have consulted the official race calendar.

And the dog that didn't bark? Throughout the entire day there was just one question about the effect on Oracle's business of the state of California contract "scandal". Would Oracle find itself in the "penalty box" with some states and agencies? Not at all, replied Kevin Fitzgerald smoothly. Even in California itself, he expected to see new revenues in the current quarter. As for other public-sector customers, Fitzgerald said, "Most agencies and government entities recognize it for what it was. They ask you what lessons you learned. You say, don't get in the way of an ambitious politician, and don't become an issue in a gubernatorial election year."

# 26

## "THE FIRST LOSER"

*Hauraki Gulf, Auckland*
*December 2003*

I've flown in with Ellison from San Jose for the semifinals of the Louis Vuitton Cup, the winner of which will go on to challenge Team New Zealand for the America's Cup in February. When we arrive, we find that *Katana*, which has been Ellison's base in New Zealand for the past year, has been moved out of Auckland's pretty, but crowded, inner harbor to a pier just outside that both affords more privacy and allows the big boat to make a quicker getaway each morning before the day's racing begins. At the landward end of the pier is sailing's equivalent of gasoline alley, known as Syndicate Row, along which are lined the high-tech boat garages of the nine teams that arrived here many months ago in their quest for the "auld mug." There's a constant sound of banging, grinding, and drilling, signaling the unremitting effort to hone and fettle the boats.

After a patchy start during the first round-robin races in October (when every team races every other team), Ellison is buoyantly confident. Since he brought his favorite sailor, Chris Dickson, back from exile on his farm near Auckland to skipper the team, Oracle BMW has been literally unbeatable, scoring eleven victories in succession—a run of wins that has now taken it through to the semifinals. Most satisfyingly, in the quarter final, Dickson trounced OneWorld, the team from Seattle that's owned by the cell phone pioneer, Craig McCaw, and backed by Microsoft co-founder Paul Allen. Quite apart from the Microsoft connection, there's not much love lost between them and Oracle. OneWorld has been dogged by accusations that it had stolen design secrets from Team New

Zealand, and Ellison refers to them in private as the "cheaters from Seat-tle." A little too cheerfully, on the morning of arrival, he tells reporters in the regatta press center how distressed he is "as an American" that this team, financed by billionaires, might have stolen from the impecunious Kiwis, who would have had to raise money by public subscription. "If it can be proved that OneWorld is guilty," he intones solemnly, "they should be thrown out of the regatta." He might almost be talking about Microsoft during the antitrust case.*

Ellison is also openly scornful of McCaw and Allen's sentimental envi-ronmentalism: "OneWorld issued this press release saying that they were racing in the America's Cup for a 'higher purpose'; they said they were racing 'in the name of the health of the oceans.' Can you believe those guys? I mean, how does spending tens of millions of dollars on a sailboat race improve the health of the oceans? They travel to New Zealand in private jets and drive around the gulf in a boat that's twice as big mine [Allen's 302-foot *Tatoosh*, purchased from McCaw, is moored on the op-posite shore]. You can't be a world-record consumer of fossil fuels and still claim to be a conservationist. Their crew was planting trees for the benefit of the TV cameras, not the environment." The stunt that Ellison is referring to was indeed pretty nauseating. Somebody from OneWorld calculated the amount of emissions caused by the team's armada of chase boats and further worked out that the precise remedy would be to plant ten thousand trees on the slopes of a nearby island volcano. Just how many trees you'd need to stick in the ground to clean up the atmosphere every time Allen fires up the twin 4,500-horsepower engines of his megayacht, nobody's saying.

One half of the draw will be contested between the two most success-ful boats so far, Oracle's USA-76 and Alinghi's (the Swiss challenger) SUI-64, while the bottom half is between the winners of the "repechage" quarterfinals, Prada from Italy (the winner of the Louis Vuitton three years ago) and OneWorld—if it's not chucked out. Under the compli-cated rules, the winner between Oracle and Alinghi, owned by billionaire biotech tycoon Ernesto Bertarelli, will progress directly to the finals, while the loser will have a second chance to qualify by racing against the winner of the best-of-seven series between Prada and OneWorld.

---

*LE writes: OneWorld eventually confessed to having design data from Team New Zealand in its possession. It was penalized one point for violating the rules, but it was allowed to go on racing.*

With racing due to start on Monday if the unpredictable Hauraki Gulf winds are not too strong—Alinghi has just had a narrow escape, losing the top of its mast during its Sunday-morning practice session—everyone's expecting a close and hard-fought battle between the two favorites. After the press conference, at which Ellison unassumingly sits in the audience, Dickson comes over to *Katana* to brief his boss on how things have gone in Ellison's absence during the fortnight's lull in the racing. Although Dickson never loses his intensity, by his standards he seems pretty relaxed and brimming with confidence. He says that the team has been working well together and has extracted some useful extra speed from the boat. Although he has a huge amount of respect for Alinghi (the Swiss boat is actually dominated by the Kiwis, who won the last America's Cup, in particular through the partnership of skipper Russell Coutts and tactician Brad Butterworth, controversially lured by Bertarelli with a check for $5 million), his body language suggests that he expects to win.

In terms of sheer boat speed, all the evidence suggests that unless one or the other side has hit on an especially effective "tweak," Alinghi and Oracle BMW should be pretty evenly matched. Bruce Farr has delivered a more than competitive design, but USA-76 is not quite, as Ellison earlier bragged, a "take-your-blazer-to-the-cleaners" boat, meaning one that is so far out ahead that all you have to worry about is looking your best when receiving the cup. Both are optimized for sailing upwind to try to grab crucial advantage between the start and rounding the first mark, where races are frequently won and lost. But after Oracle lost four out of five races between the end of the first round-robin and the beginning of the second, its sails have gotten bigger and the massive bulb on its keel lighter in a bid to improve its light-air and downwind performance.*

But the real worries are more to do with the crew than the boat. Ellison summed it up: "Alinghi runs like a fine Swiss watch; we're more like an American daytime TV soap opera." The problems had been there since the very beginning. The decision to buy the two boats from the AmericaOne syndicate, which had lost in 2000, had turned out to be a double-edged sword. It meant that Ellison's team had gotten onto the water early, giving them a head start in training and development, but the

*LE writes: After a disappointing round-robin one, we increased the size of our mainsail from 188 square meters to 200 square meters. Our results in round-robin two were much improved, but that had more to do with crew changes than the increased sail area.

boats had brought with them their skipper, Paul Cayard, and most of his losing crew. Right from the get-go, Cayard's Americans and the New Zealanders who had come from *Sayonara* didn't get along. But the biggest point of friction was between Dickson and Cayard, whose different styles and rivalries proved an impossible combination. Even Ellison's removal of Cayard, a man he'd never much liked, by locking him in "golden handcuffs" and pushing him off the team, had failed to bring harmony.*

Ellison told me, "There was a lot of infighting between the AmericaOne guys and the *Sayonara* guys. In hindsight, it should have been a very easy problem to solve; all we had to do was pick the right people and get on with it. But that's not what we did, because we couldn't agree on who the right people were. I wanted Chris. Others wanted Paul. So I made the worst decision possible: no decision. I just didn't have the time to gather the facts and figure out what was really going on down in New Zealand. Silicon Valley was in the middle of a severe recession, and I was 110 percent consumed by my job at Oracle. But I couldn't delay forever, so I made the second worst decision possible: I delegated the decision to being too hard on the crew, he had been 'voted off the team.' I was told that Chris had a 'dark side.' Well, I'd never seen this 'dark side' of Chris's

*LE writes: Paul Cayard is a formidable competitor. I found out just how formidable when he was skippering Boomerang in the maxi world championships in Sardinia. I thought that Sayonara would easily defend her title that year, but Paul had other ideas. The racing had turned out to be very close, and the championship was decided on the very last race on the very last day of the regatta. If Boomerang beat us in that race, it would take the title. The start was critical, and I lost it. Boomerang got out ahead early. We were both on starboard tack, with Sayonara to weather a couple of boat lengths behind. It looked pretty grim. But very gradually, I was able to creep up and close the gap—meter by meter—until Sayonara got to the point where Boomerang couldn't tack and safely cross in front of us. If she tried, she might be penalized or have to tack on our lee bow to avoid us. She didn't tack, so from that point on, it became a drag race out toward the port lay line. We got there first, tacked in front, and led them to the weather mark. We rounded the buoy more than three boat lengths ahead and held on the rest of the way home. Boomerang had never come close to beating Sayonara in a regatta. But somehow Paul Cayard found a way to make her competitive. He is America's best big-boat sailor.

personality that people were telling me about. All I saw was a guy who pushes himself and others because he wants to win. I'd been sailing with Chris for years. I couldn't imagine being on the boat without him. He's incredibly smart, organized, disciplined, hardworking, and intense. From what I can tell, he's the best sailor in the world. How can we fire the best sailor in the world?*

"It was a monumentally stupid mistake! When I finally got to New Zealand and started practicing with the sailing team, I discovered that the guys were pretty evenly divided between the pro- and anti-Chris factions. Several of the people I had sailed with on *Sayonara* told me that they were absolutely furious about how badly Chris had been treated. I felt terrible. How could I have let this happen? Chris is my friend. He trusted me. How could I let him down like that? Some of the key guys on the race boat didn't like Chris and didn't think we needed him; they were wrong. I was on the boat for all the races of the first round-robin of the Louis Vuitton Cup. It was painfully obvious that we were lacking leadership on the water.

"We had started our America's Cup campaign with three top-rated America's Cup drivers: Chris Dickson, Paul Cayard, and Gavin Brady. But somehow we managed to lose all three of them. We lost Gavin Brady early on, because he thought Chris and Paul would be driving our two boats and he wouldn't get a chance to drive at all. As it turns out, if he had stayed, he would have driven our race boat, but instead he went to Prada to drive their warm-up boat. That meant that Peter Holmberg, who started as our number four driver, was now our number one driver and skipper. Peter was ranked number one in the world in small-boat match racing, but he had done very little big-boat racing and had virtually no America's Cup experience. As the Cup racing began and the pressure built, the team started making mistakes. We hit a stretch where we lost four out of five races."

*LE writes: The Apple board replaced Steve Jobs with John Scully, didn't it? How stupid was that? Brilliant, disciplined, intensely goal-oriented leaders routinely alienate the people they work with because they push too hard. They make the mistake of thinking everyone else on the team wants to win as much as they do. Michael Jordan was not popular with many of his teammates because he'd get in their face for not playing hard enough. Vince Lombardi "Winning is everything" types have a hard time coexisting with Rodney King "Why can't we all just get along?" types.

---

What made it possible to bring Dickson back was that losing streak. Although Oracle BMW's skipper, Peter Holmberg, had proved a fiercely competitive starter, according to Ellison, he was prone to errors while driving the rest of the race, which, in turn, was putting pressure on lead tactician John Cutler that he couldn't handle.* The result was that twice USA-76 lost the lead and the race against clearly weaker opposition. After losing one race against the unimpressive GBR from Britain, Ellison told me that, riding back to base in the tender, he had been closer to losing his temper than he could remember for a very long time.

Demoting Holmberg and restoring Dickson provoked a near mutiny, with four crew members threatening to quit (although only one, Stuart Argo, a headsail trimmer, actually did). It also put Bill Erkelens, Ellison's inexperienced team manager, in an awkward position, having had his earlier judgment so comprehensively overruled. Ellison is unimpressed: "This time I didn't have to rely on someone telling me what was going on. I was on the boat for every race. I saw firsthand how people performed under pressure. I had all the facts I needed. During the GBR race the British boat jibed and our tactician, John Cutler, said, 'GBR, jibes, do we go with him?' You can't do that. It's too slow to take a vote *after* the other boat jibes; you have to decide in advance what you'll do if they jibe. The tactical situation needs to be evaluated in advance, the decision has to be made in advance, and then the decision has to be clearly communicated to everyone in the crew so we all know what we are going to do well in advance of actually doing it. It takes several seconds to get set up for a jibe on an America's Cup boat; those seconds can be the difference between winning and losing the race. The command should have been 'If GBR jibes, we go with them' or 'If GBR jibes we let them go.' We were in desperate need of an experienced, decisive leader, so I asked Chris to come back.

"I held a team meeting to announce and explain my decision. It got

*LE writes: It's not fair to blame Peter for the mistakes. Everyone in our after guard, including our tactician, strategist, and navigator, contributed. We made so many errors during the GBR race that it's hard for me to remember them all: we called the wind shift wrong on the first two beats; we did a bear-away set when we should have done a jibe set at the second weather mark and got passed as a result; we set the wrong spinnaker on the second run; and so on and so on. It was a fiasco. Before the race I had told Melanie that the only way we could lose to GBR was if we sank. It would have been less embarrassing if we had.

ugly. Some of the crew complained bitterly, saying they didn't like Chris and they didn't want him to come back. I said they didn't have to like him—I wasn't asking them to date him, I was asking them to sail for him. Some threatened to quit. They said they voted him off the team twice. Interesting. I'm voting him back on the team. They said Chris being on the boat put too much pressure on the crew to perform. What? If the crew can't take the pressure of Chris being on our boat, how are they going to handle the pressure of racing against Russell and Brad on the Swiss boat? One of the guys said, 'I thought we were here to have fun.' Do you think losing is fun? I don't. This is professional sports, not high school. We're here for one and only one reason—we're here to win. You're paid to win. But we're not winning, so you've got a new boss. I said it as clearly as I could: 'Chris Dickson is skipper of Oracle BMW Racing until we win the cup, or we're beaten on the water.' By the end of the meeting I had achieved two things: the best sailor in the world was back on board, and he was no longer the most hated guy on our sailing team—I was."

Dickson's resurrection had another consequence. After driving and winning his first race out, the intensely self-critical New Zealander had concluded that he couldn't make up for the months of practice lost while kicking his heels on land; he also knew he had to do something to try to bind the feuding team together. He therefore made it a priority to persuade Holmberg to continue to start the boat and do most of the driving, while he made the tactical calls. But that meant there was no longer room for Ellison on board—no team could afford to race with three drivers. It was a tough call for Ellison, as he had been pleased with his performance against the world's best professionals. "Every time I drove, we increased our lead over the other boat. I'm proud of that. But, at the same time, I know I wasn't making the difference between winning and losing because I was only driving when we were already in front. And I wasn't enjoying myself. I hadn't had much time to practice with the team, and I hardly knew most of them. The only enjoyable race for me during the entire Louis Vuitton Cup was Chris's first day back on the race boat. Several members of our sailing team went on strike to protest Chris's return, so we had to replace them with a bunch of our old *Sayonara* guys. It was great to be with the guys I had sailed with for years. It was just like the old days, except we were in USA-76 racing our way toward the America's Cup. Chris easily won the start, drove for a while, and then I took over. It was a clear sunny day on the gulf with the wind out of the northeast at fourteen knots. We led from start to finish. That was my last turn at the wheel. Once it became clear to everyone that Chris was here to stay and we'd race with or

without the striking crew members, the strike was broken. All but one of the sailing team members returned and agreed to sail under Chris's leadership. Their return meant there was no room for me on the race boat. Being on the boat hadn't been great for me, but still, I really hated getting off." He also knew that if he had insisted on staying, Dickson's job would have been even harder than it was already: "The same people who didn't want Chris on the boat didn't want me there either."

The transformation of the team's performance since Dickson's return had triumphantly vindicated Ellison's decision. But winning races had, suppressed rather than ended the grumbling and the personal animosities in the camp. The chances were that any reversal of fortune would quickly bring them bubbling to the surface again.

•   •   •

The first scheduled semifinal race day is canceled because the wind is averaging about twenty-four knots—according to the rules, too much for the highly tuned boats to sail in safely. The following day, however, is set fair, although the wind is expected to get up later. This should suit Oracle BMW, which is thought to have an advantage in strong breezes. Soon after 9 A.M. the teams begin the exodus from the harbor. They leave in pairs, towed by the powerful launches that carry spare parts, additional sails, and nonsailing team members. It takes about an hour and a half to reach the course, which is well out in the gulf. When they get there, the first- and second-string boats from each of the four teams still in the regatta will sail against each other for a couple of hours of warmup and shakedown. Soon after the racing boats set off, the rest of the flotilla, bearing officials and spectators, starts streaming out of Auckland. Among them are Bertarelli's 150-foot *Vava* and *Katana*.

To get closer to the action than I can on *Katana*, I decide to watch the race from one of the Oracle BMW chase boats—forty-foot RIBs (rigid inflatable boats) with powerful diesel engines. The previous day, I'd been on board a boat crewed by a couple of New Zealanders. They had been friendly and open, but it hadn't been long before they had started telling me about how fed up they were with the feuding in the camp. Supporters of Dickson, they said that too many of the crew on the race boat were there for political rather than sailing reasons. The atmospherics aboard the boat I'm on today are very different. There's almost no banter among the seven or eight team members on board, and while that may be due to tension, I get the distinct impression that because I'm associated with Ellison, I'm not a welcome presence.

The race itself goes badly. Although the weather conditions are poor—it's overcast and squally with quite heavy seas—they should suit USA-76. Holmberg is driving, while Dickson is calling the tactical shots. But despite what looks like a slight advantage at the start line, it quickly becomes clear that Alinghi has found more breeze by going out to the right-hand side of the course. By the time the boats reach the first mark, SUI-64 has opened out a lead of nearly fifteen seconds. Thereafter, Coutts and Butterworth continue to stay in phase with the wind shifts, finally crossing the line more than a minute ahead of a well-beaten USA-76. On the chase boat, there's no display of emotion. The truth is that the race was over within the first ten minutes and that Alinghi has given Oracle BMW a lesson in match sailing. After those eleven wins on the bounce, it's desperately disappointing, but Ellison doesn't seem too down when I find him back on Katana. "They won the right side, got the first shift, and it was over," he says.*

But the next day, things don't go any better. Although Holmberg manages to get to the far right of the course where the wind is once again, Coutts somehow manages not only to stay in contention but to get to the first weather mark a little ahead. It's enough to lock Oracle BMW out for the rest of the race. This time, Ellison is not inclined to make excuses for the team. He says, "We had a pretty even start with Alinghi, so it became a drag race to the lay line. When both boats are side-by-side racing in a straight line like that, you have to drive very smoothly inside a narrow performance envelope of wind angles and boat speed. It's a combination of driving by feel and driving by the instruments. Most of Peter's experience is in small boats, so he relies more on what he feels than what the instruments are telling him. I don't think you can beat Russell Coutts in a

*LE writes: Alinghi won the first race because Russell Coutts won the start. The start is critical in match racing. Winning the start does not necessarily mean that they started in front of us: it means that they got the side of the race course that they wanted. Five minutes before the race begins, both boats decide which side of the race course has the better wind conditions: more wind and/or a favorable wind shift up the course. If both boats pick the same side of the course, they fight for it by executing a complex set of maneuvers with each boat trying to gain a right-of-way advantage against the other. This five-minute maneuvering period before the start is called the prestart. It's the most exciting part of match racing. Peter's good at starting, but not as good as Russell Coutts. Russell won the start ten of the twelve times we raced Alinghi.

drag race if you drive that way." Consequently, Ellison decides to make another throw of the dice, taking Holmberg off the boat and persuading Dickson—"the best straight-line driver I've ever seen"—to replace him at the helm.

It really is a gamble. Dickson has been able to get some practice in since he came back on the water, but not enough to make up for the eight months spent on gardening leave. But that's not the only problem: it's impossible to drive and plot race tactics at the same time—you don't see the whole picture when you're at the wheel. Even if Dickson matches Coutts, he doesn't have anyone of the caliber of Brad Butterworth to help him. He also knows that some of the guys on the boat who are close to Holmberg may even be hoping he fails.

I ask Ellison whether, for the sake of harmony, this might be the moment to sling some of the troublemakers out of the team and bring some of the talented sailors from USA-71 on board the race boat. The following day, Ellison does decide to fire a couple of the worst agitators from the shore-based team, but tempting though it is to root out the factionalism, he thinks it's too late to make wholesale changes. Even if the first semi-final goes to Alinghi, Ellison is confident that Oracle can reach the Louis Vuitton final by again beating OneWorld (the likely winner against Prada). With some speed tweaks to the boat, he still thinks there's a chance of going on to the America's Cup itself. "To take the team apart and reassemble it at this stage might be emotionally satisfying, but it's not the way to maximize our chances of winning."

When the local press realizes that the next day the two biggest names in New Zealand's yachting history are going head-to-head, there's a frenzy of excitement. Sailing journalist Ivor Wilkins writes, "Fire and Ice might be the putative title of this drama, with Dickson representing fire and Coutts ice. Dickson, mercurial, solitary, unpredictable is willing to make the high risk plays—using cunning, a lawyer's instinct for loopholes in the law, and a fabulous intuitive talent. In the nature of high risk moves, some don't succeed, but when they do, the results are usually spectacular. Iceman Coutts is more methodical and analytical. In the great match-racing chess game, he always plays the percentages, making his moves with patience and planning his strategies long in advance."

After the frostiness on the chase boat the day before, I decide to watch the race from Katana after a short spell as the seventeenth man on the warmup boat. On board Katana there's live satellite television coverage from the circling helicopters and a neat software package known as Virtual Spectator that shows not only the exact position of the boats in real

time but also the strength and direction of the wind in different areas of the racecourse. As usual, Ellison has holed up in his stateroom for the duration. He gets so sick with the tension that he literally finds it hard to speak until the race is over.*

At the start, it's Coutts who uses all his experience to get the upper hand over Dickson, Alinghi managing to sail right over the face of USA-76, "locking out" the American boat to windward. But Dickson responds brilliantly. Tacking twice, he succeeds in wriggling clear of the Swiss team's close cover and finding a nice little puff of wind out on the right-hand side of the course that's enough for him to pass ahead when the boats converge on the next tack. From that point on, Dickson, his face screwed up in what looks like concentration but is actually a searing migraine, seems to have control of the race, keeping Coutts comfortably at bay for well over an hour until the final beat. Then disaster strikes. Inexplicably, instead of covering Coutts when he strikes out to pick up a small wind shift on the left side of the course, Dickson holds course. The result is that with the finish line in sight, Oracle BMW suddenly finds itself three boat lengths behind. Instead of gaining a morale-boosting win to go 2-1, USA-76 now trails SUI-64 3-0—it's a crushing blow. Emerging from his cabin, a downcast Ellison says, "The problem with having Chris on the wheel is that it means we don't have Chris as tactician. Nobody can do both jobs at once. He drove the drag race brilliantly and beat Coutts to the lay line. We had the race won until we made that tactical blunder."

Although Alinghi still needs to win one more race to reach the final, realistically, the chances of pegging back Coutts and Butterworth are now slim, and while Dickson has promised to make a fight of it, the focus of attention is already shifting beyond the next race. Ellison and Dickson have decided to move things around again. Holmberg is to return as the starting helmsman but will immediately hand over to Dickson once the balletic duel of the start gives way to the race proper. When and if Dickson establishes a decent fifty- to seventy-five-meter lead, the plan is for them to switch places again, allowing Dickson to "have his head out of the boat," fully focused on keeping race-losing tactical errors down to a minimum. Ellison says that whatever happens, this will be the final configuration. Holmberg, he says, has been "very professional about all the

*LE writes: I spoke, but it's a good thing that nobody was around to hear what I said.

different things we tried," but Ellison knows that compared with the solidity and consistency of the Coutts/Butterworth partnership, they are making it up as they go along.

The next day, the racing is close, but Alinghi books itself into the Louis Vuitton final with another impressively error-free performance. If Oracle BMW is to have another shot at the Swiss team, OneWorld, which has knocked out Prada, will have to be beaten again in the repechage (second-chance) semifinal. Unfortunately for me, before the racing starts again, I have to leave New Zealand. When I arrived, Oracle BMW had won eleven races in succession, but while I've been there the team has lost four in a row. Inescapably, I've come to identify with Ellison's black boat and it's bitterly disappointing: I feel like some kind of Jonah.

Before I head back to London, I ask Ellison how he rates his chances now. Despite Alinghi's apparent superiority, he's typically optimistic: "I know we can beat them. We have several engineering changes scheduled that should speed the boat up before we have to race them again. We'll put some of them on for the repechage. The new keel bulb we used this week actually made us a second a mile slower. We'll replace that right away. But I'm not concerned about beating OneWorld, so we'll hold back most of the changes for the final." Ellison is hopeful because he thinks that SUI-64 is further up its development curve than is the newer USA-76, and for most of America's Cup history it has been the quicker boat rather than the best sailing team that has usually won. It's similar to Formula One car racing: put a middling driver into the fastest car, and nine times out of ten, he'll beat the fastest driver in a middling car.

· · ·

Ellison is right about one thing. Once again, Oracle BMW turns out to be too powerful for the team from Seattle, USA-76 claiming its place in the finals against Alinghi with a 4-0 walkover concluded inside a week. With OneWorld safely disposed of, the sailing team will have a short break over Christmas while major changes are made to the boat that Ellison is gambling will provide an edge against Alinghi. He has more or less conceded that preventing Coutts from dominating the starts and the first upwind leg is unrealistic. But to even the score, the plan he's come up with requires standing America's Cup racing conventional wisdom on its head: "The first boat to the first weather mark wins the race eighty-five percent of the time. That's why most America's Cup boats have an upwind design bias; that is, the boats trade away a lot of downwind speed for a little more upwind speed. But to take advantage of your upwind

SOFTWAR

speed, you have to win your fair share of the starts so you can get onto the favored side of the racecourse. That's not happening for us. Russell's killing us in the starts, so Alinghi is beating us to the first weather mark almost every time. I don't think that's going to change. So the question is: How do we win the race even though they beat us to the first weather mark?"

Ellison had decided to transform the boat from being heavily biased for sailing upwind to being biased for sailing downwind. Because USA-76 is very narrow, the theory is that with the bigger sail area [the mainsail had gone from 188 to 214 square meters] that's allowed if you lighten the keel bulb, it should be a downwind flyer, making it possible for Oracle BMW to roll past Alinghi on a downwind leg and then sail defensively for the rest of the race. What makes Ellison hopeful is that with the other tweaks, USA-76 appears to have lost very little of its upwind pace.*

The first race of the best-of-nine series goes Alinghi's way. But in the second race, USA-76's speed on the run is confirmed, a lead of twenty-six-seconds at the first mark for Alinghi being cut to little more than a boat's length by the leeward mark. However, when Oracle BMW runs over its spinnaker and breaks its spinnaker pole, the chance to peg Alinghi back is lost. If that's frustrating, there's worse to come. In the third race, although SUI-64 once again takes the lead, on the second downwind leg, the two boats engage in a furious duel in which Alinghi could have been penalized but in fact Oracle BMW is, for ramming its rival's stern scoop. Although the American boat manages to stretch out a twenty-eight-second lead at the final weather mark, in the end it's not quite enough to unwind the penalty (a mandatory 360-degree turn) and still beat SUI-64 to the line: both psychologically and practically, 3–0 is very different from 2–1.†

---

*LE writes: With the larger sail area, USA-76 was faster downwind in all wind conditions and faster upwind in wind speeds of less than ten knots. We had gone from being a heavy-air upwind boat to being a light-air downwind boat. If the weather cooperated and we sailed well, we had a good chance of beating Alinghi in the finals.

†LE writes: The engineering changes worked perfectly. As expected, Coutts kept winning all the starts and getting to the weather mark ahead of us, but we had enough boat speed to catch up on the downwind leg. Unfortunately, we kept making mistake after mistake out on the water. A bad approach to the first leeward mark caused a cascading series of disasters that took us out of the

"THE FIRST LOSER"

467

The next race provides conclusive proof that if only Ellison's team can avoid mistakes, beating Alinghi is possible. Even though it's the Swiss boat that again takes the early lead, this time the combination of a good weather call and the sheer downwind velocity of USA-76 proves decisive, resulting in a winning delta of more than two minutes. Race five is tantalizingly close, the two boats swapping the lead several times and matching each other for both sailing skill and speed through the water. Unfortunately for Ellison, it's the nerve of Coutts and Butterworth that holds the steadier to deliver a fourth win, but by a little more than a boat's length at the line after more than two hours of the most intense racing. With Oracle BMW faced with elimination if it loses the next race, it's not surprising that the heat is on Holmberg to gain an advantage at the start. Perhaps he's trying too hard, but the upshot is that he's penalized at the start. Knowing that USA-76 will have to complete a penalty turn at some point in the race allows SUI-64 to sail a conservative race. Despite Oracle BMW's taking the lead on the final run, the outcome is never much in doubt.

It's a sad ending to the campaign, but the 5–1 margin of defeat doesn't do Ellison's still bickering team justice. Two-time America's Cup winner Peter Isler concluded, "It was a close series. Look at the number of lead changes compared with other rounds—that's an indication of the closeness." In fact, there were eight lead changes in the last four races, including two in the last half mile of the final race alone. However, Isler also pointed a finger at where he thought the weakness was: after going 2–0, Dickson had handed the helm back to Holmberg, but they had never managed to work together in the manner of Coutts and Butterworth. Isler, who used to navigate for the legendary Dennis Connor, commented, "Dickson calling the shots for Holmberg created a micromanaging afterguard structure that maybe wasn't a good way to play it. In a match race, the helmsman has to be able to take control. In some ways it would have been better to have Chris driving." *

The truth was that there was no ideal way for Holmberg and Dickson to work together. The penalties told a story of mistakes being made under

---

second race. In the third race we actually crossed the finish line well ahead of Alinghi, but we lost because of a penalty. We had no one to blame but ourselves. We just sailed badly.

*LE writes: When we tried that, we missed Chris as tactician. We needed a second Chris.

pressure. But how much of that pressure came from within the team? And, as Ellison summed it up in an e-mail to me, "The two penalties just killed us. Without the penalties the score would have been 3 to 3 and the racing would have continued. But you have to give Alinghi credit. Brad and Russell sailed brilliantly. We gave them a lot and they gave us absolutely nothing in return. It was a brutal experience."*

For Ellison, defeat was hard to take on many counts. It was bad enough realizing that they could have beaten Alinghi. A sympathetic e-mail from Dennis Connor provided scant comfort: "I am sure you have had better days but you did a terrific job and have every reason to be proud of your effort. I thought the boat was very good and the guys just let you down, nothing you could control. I hope you enjoyed the experience and will continue to be involved. All the best!! warm regards dennis" Unintentionally, Connor rubbed salt in the wound when he e-mailed again a couple of days later: "I thought you would like to know that last night Russell said your boat was definitely faster in the last three races. My feeling was that when the boats sailed straight for any length of time you were quicker but may have suffered in the tacking duels. Cheers! dc." But when the Swiss team went on to trounce Team New Zealand 5–0, Ellison also knew just how close he had come to the greatest prize in yachting.

When asked if he would make another attempt to win the cup, Ellison's answer was "Absolutely." But until Alinghi's triumph against the holders—something he, along with most people, had thought highly unlikely because of Team New Zealand's innovation-packed boat—Ellison was far from certain that he would carry on. He told me, "Yeah, I said 'absolutely,' but the answer that kept flashing through my mind was 'On Monday I start tennis lessons.' Tennis is much less expensive than America's Cup racing, and it's a lot more fun." Almost needless to say, it was the latter that mattered more than the former. When I was with him in New Zealand, it had seemed as though he hadn't been getting much

*LE writes: The finality of the defeat is hard to describe. All the time and effort you spent wasn't enough. You weren't smart enough. You weren't good enough. You lost. It's over. Go home. It's a vacant, numb feeling. You congratulate the winners and slip away as quickly and as quietly as you can. As you leave you can hear the cheering—but they're not cheering for you. You just don't matter anymore. Your race is over. I hate that feeling. I hate being beaten. Especially when I know it was because of mistakes I made.

fun out of it. Ellison had said, "Fun? Fuck no, it wasn't fun. I got kicked off my own boat, and then we lost. All I wanted to do was come down here and drive a sailboat. What I ended up doing was running a screwed-up sailing team. It wasn't fun. It was just another job, a job I didn't want. I didn't do the job very well either, because we lost. Yeah, I know we came in second. Big deal. Second place is just the first loser."

To mount another challenge, Ellison said that he would need two things: a united team composed not only of very good sailors but of people he liked and trusted; and a radically different format for America's Cup racing. "The whole idea of practicing for three years, then sailing for three months, is idiotic." The first part is relatively easy: "This time we'll build the sailing team around Chris Dickson. There are plenty of talented guys who would love the chance to sail on an America's Cup boat with Chris." Practically the first signing Ellison intends to make is the young New Zealander Gavin Brady, who sat out most of this Louis Vuitton after falling out with his Prada team. Brady has a reputation for being a tad hotheaded, but he may be the best racing helmsman in New Zealand. He reminds Dickson a little of himself when he was younger.*

The second part was dependent on Alinghi's winning the America's Cup. The winners, in concert with the team they accept as "challenger of record" (usually the next most successful competitor) have a huge power to decide the rules for the next series. During their time in Auckland, Bertarelli and Ellison had developed a mutual liking and respect. Ellison says, "One of the good things that's come out of all this is that Ernesto and I have become friends. It was a historic moment in sailing when he and Brad and Russell won the Cup and took it to Europe for the first time since 1861. They're a great team. They certainly kicked our butts. They deserved to win." Between them, the two men have hit upon the idea of turning America's Cup racing into something much more like the Formula One car-racing circus. With Alinghi installed as holder and Oracle BMW Racing as challenger of record, Bertarelli and Ellison can drive through the rule changes they want. Of these, the most important is that there will now be at least four International America's Cup Class regattas a year. They will be held in different parts of the world and will count as qualifying rounds for the next Louis Vuitton Cup challenger series. The

*LE writes: If we hadn't lost Gavin Brady to Prada, we just might have won the Cup. It was that close. We were just one person away from giving Brad and Russell a real race for it.

holders will also race, and some races will be specifically for "owner-drivers." It means not only plenty of sailing for the likes of Bertarelli and Ellison but a much more attractive and consistent package for television and sponsors.

The first regatta, in recognition of Ellison's official challenger status, is to take place in September 2003 in—where else?—San Francisco Bay. This time, naturally, Ellison is quite certain that his Oracle BMW team will beat the Swiss. And this time, he really will get to drive.

# 27

# THE BIGGEST WATER BOTTLE

In the weeks after his return to California from New Zealand, as well as reimmersing himself in Oracle's affairs Ellison worked on his "dialogue" with this book—the commentary that runs through these pages. We had agreed to meet up in California in early April to review and complete the work; partly because of the emotional roller coaster of the America's Cup, an earlier deadline had already been missed. For me, it would also be a chance to talk not only to Ellison, which I had continued to do regularly, but also to some of the other Oracle executives I had come to know during the two years or so I had been involved in the life of their company. As well as catching up, it would help to put all that had happened, into some kind of rough perspective.

Neither of the two Ellison campaigns I had intended to chronicle had exactly gone smoothly. The E-Business Suite was still some way from realizing Ellison's prediction that it would become the default choice for any firm wanting to use the Internet to change its way of doing business, while the America's Cup was sitting proudly in the trophy room of the Société Nautique de Genève rather than that of the Golden Gate Yacht Club. In fact, there were similarities between the two. Ellison's USA-76 was almost certainly the fastest boat in the regatta and could have won had it not been for some silly mistakes on the water. So too, the extraordinary technical ambition of the E-Business Suite had been temporarily set back by what, with hindsight, seemed frustratingly avoidable execution errors. The difference was that the failure to win the America's Cup was brutal and definitive, while it is clear that the campaign to establish the dominance of the E-Business Suite is only now getting into its stride.

The E-Business Suite challenges conventional software industry thinking on so many different levels that the arguments have to be won one at a time. It's a process of attrition: a war, not a battle.

The inescapable background to the writing of this book has been the aftermath of the "tech smash." Oracle's stock had defied gravity longer than just about anybody else's save those of Microsoft and IBM, neither of which had enjoyed the same run-up during the years of Internet fever. But coincidentally, the crack had come just weeks before I started work, when Jeff Henley issued his first earnings warning since 1997. Like other big Internet infrastructure players, such as Cisco and Sun, Oracle had been unable to escape the fallout from disappearing dot coms and the imploding telecom sector. The vision of Oracle's coming world domination (at least in terms of the software business) that Ellison had sketched out in his garden at Atherton with such certainty only a few months earlier suddenly seemed a long way off.

Some of the damage done to Oracle's prospects was undeniably self-inflicted. As Ellison subsequently acknowledged, the supposedly all-conquering E-Business Suite had been hit by lapses in quality control, an overaggressive rollout, and a marketing message that rivals and analysts found all too easy to hijack and distort. Oracle had also managed to make enemies unnecessarily: by initially attempting to impose pricing models that only confused the market; by allowing a minor spat with the application users' group to escalate into full-scale hostilities; and by appearing to declare war on the systems integrators. But while a little application market share was temporarily lost as the bugs infecting 11i's stability were being hunted down, the overwhelming cause of Oracle's slowing license revenues was the collapse in IT spending by companies that had gorged themselves on new technology during the Internet boom years and were now sitting on more hardware and software than they knew what to do with. For much of the E-Business Suite's installed base, waiting a year or two for the E-Business Suite to overcome its well-publicized teething problems was just common sense.

That said, the extent of Oracle's difficulties during the IT spending slump needs some context. Unlike both Cisco and Sun, far from plunging into big losses and write-offs, Oracle has remained steadfastly profitable, with its operating margins staying in the mid-thirties—a level barely contemplated, let alone seen, in the previous decade. As it has kept up the momentum of its internal e-business revolution, it has shed vast pockets of labor, but Oracle has completely avoided the large-scale layoffs that

have scarred the rest of Silicon Valley. And while others have pared research and development to the bone, Oracle continues to spend more than a billion dollars a year. Meanwhile, its cash mountain of nearly $6 billion has remained untouched and unchanged.*

Although Oracle's market cap was "only" about $60 billion in April 2003 thanks to one of the lowest multiples in its history, it is still worth nearly two and a half times as much as the third biggest software firm in the world, SAP. Microsoft, it is true, has weathered the storm still better. But Microsoft is not as dependent on corporate spending and, crucially, has been able to exploit its monopoly by raising its prices as sales have slowed. Ellison says, "What do you do when there's a recession? Raise prices, of course. Bill's a genius. Why didn't I think of that?"

As for the specialized business application vendors that achieved spectacular valuations during the B2B phase of Internet hysteria, e-procurement specialists Ariba and Commerce One have almost disappeared beneath the waves, while the onetime supply-chain leader, i2, whose shares once reached $110, is now almost worthless, its stock having been delisted from the Nasdaq in May 2003 because of "accounting irregularities."

In a way, even more dramatic is Siebel's fall from grace. Two years ago, Siebel, the sales automation pioneer, had a claim to being the hottest software company on the planet. But in 2002 it plunged into loss as software sales evaporated, and a huge restructuring charge took an additional toll. Siebel was further tarnished as a result of doing too many of the now-discredited swap transactions that created such accounting havoc in the telecom sector. Siebel earned $30.7 million in the three months before June 2002 from deals in which the company had purchased goods or services from vendors within six months of having licensed software to them. Strip out Siebel's cash pile of $1.6 billion, and the firm that Tom built is these days worth only a bit more than Oracle will spend on R and D this year. Unlike most of the others, it's too early to write Siebel out of the game. But analysts for whom Siebel could previously do no wrong are predicting that it will find it hard to survive as an independent entity—SAP, Oracle, and even little PeopleSoft, once worth only a fraction of Siebel's towering market cap, have all been touted as potential preda-

*LE writes: We could have accumulated a lot more cash, but we bought back $16 billion of our stock.

tors/suitors. Ellison, who bitterly regrets not buying PeopleSoft a few years ago, admits to having been tempted—not because he wants Siebel's software but because he wouldn't mind buying its installed base.

But Siebel's problems go much deeper than some sloppy accounting and a nasty downturn in the economy. As Ron Wohl puts it, "Siebel had a near monopoly in CRM, but it turned out that Tom's business model was flawed. It is now clear to nearly everyone that CRM is not the integration point. In a sense, there is no such thing as CRM, only sales and service automation that has to integrate with all the other ERP modules." Many of Siebel's customers had found, to their cost, that implementing the software they had bought was expensive and difficult. Nucleus Research, an East Coast consultancy, issued a damning report on Siebel during the summer of 2002. Based on interviews with sixty-six reference customers that Siebel had profiled on its Web site, Nucleus found that 61 percent believed they had achieved no positive return on investment (ROI) from their deployment and that nearly 80 percent claimed a major reason was because the software was much too difficult to use. Ellison's charge a year earlier that Siebel often ended up as "shelfware" seemed proven.

But the main threat to Siebel is the growing credibility of the main suite vendors' CRM offerings. It had taken Oracle and SAP a long time even to create "good-enough" CRM. And Ellison still wasn't convinced that the CRM components in the E-Business Suite were capable of the sophisticated sales "choreography" that he was looking for.* But in a "down" market that was risk-averse toward both complex implementations and software companies that might not be around long enough to maintain and upgrade their products, integrated suites from mature vendors with both a history and a future had become mighty attractive. Ellison says: "Best-of-breed products are just transitional technologies;

*LE writes: CRM systems automate only a part of the lead-to-order sales process: opportunity management, forecasting, and proposals. CRM systems don't automate contracting, quoting, and ordering. It is a classic example of incomplete automation. In contrast, the E-Business Suite automates the entire selling process end to end because it's complete. That makes it possible to engineer, implement, and enforce standard sales processes within your company. The days of the ad hoc, make-it-up-as-you-go-along sales force are coming to an end. It won't be long before all processes within a company will be carefully engineered—even selling.

suites always win in the end. Every six months Oracle and SAP come out with improved CRM products, and we eat another slice of Tom's pie. I don't see how he can survive. Siebel is the largest best-of-breed vendor and the last one standing. The second largest, i2, is dead and buried. Best-of-breed is too complex, too labor-intensive, too expensive to survive the stress of a long-lasting technology recession." Ellison is more convinced than ever about the pace of consolidation in the application business: PeopleSoft had a chance of hanging in as a viable midmarket competitor in the United States, but the future belonged to the big battalions from SAP and Oracle.

Before he was replaced as head of North American sales by Keith Block, George Roberts had said to me, "There are three street rules if you're going to survive in technology. First of all, don't screw up so bad you knock yourself out of the market. Second, it's a marathon, not a sprint. Lastly, when you get up in the morning you better be running. This is like the world championship of poker. Every year you've got to ante up more and more just to stay in the game. I don't see any way that these smaller software companies can continue the level of investment they need, based on their profitability level versus the profitability and assets of companies like Oracle. I think you're going to see them one by one all drop by the wayside. We're all in the middle of the desert. We'll see who gets out the other side." It was similar to a metaphor coined by Mark Jarvis: in the world of business software, Oracle had the largest water bottle.

As for screwups, Oracle had certainly made a few with the E-Business Suite, but none had been bad enough to take it out of the race, a race made longer still by the downturn. It seemed to me this was Ellison's single biggest mistake. Despite his almost matchless experience of the software business, he had expected success for the E-Business Suite to come much more quickly and more easily than it could ever realistically have done—even without the screwups.*

But although Ellison had been hopelessly wrong about timing and crazily overconfident about the true state of the E-Business Suite in the

*LE writes: Megasoftware projects, those scheduled to take two to three years or longer, are almost always late. The longer the project, the more likely it is that new ideas and technologies will emerge that you want to incorporate into your new product so it isn't obsolete the day you deliver it. It's hard to resist the temptation to make it better, even when making it better also makes it later.

months immediately after its launch, about the really big things he'd been vindicated; the superiority of suites over best-of-breed; the importance of reengineering business practices to fit the software instead of rewriting code to produce customized systems that were unreliable and impossible to upgrade; the need for the automation of whole business flows to be complete and seamless; the understanding that the key to getting useful information out of complex computer systems was for applications to share consistent database schemata.

But despite the rightness of Ellison's architectural vision, there were still many doubters. In April 2003, Ron Wohl said to me, "At the outset, people said that it was impossible for the E-Business Suite to do just about everything. Then they said, maybe it was possible after all, but you messed up the execution. Next they said, okay, it works, but it's not for us. How do we persuade people finally to accept the superiority of the E-Business Suite? References and proven cost reduction. If you save time and dollars, nobody can debate it."*

Within Oracle, there continued to be worries, as Mark Jarvis put it, that "Larry was too much the visionary purist—to some people he seems to be describing a perfect enterprise that in reality doesn't exist." Jeff Henley adds, "Larry still hurts himself by being too pure. Large companies get confused by the message—we have to do more to show that we live in a complicated world." Keith Block had a slightly different perspective. He says, "CEOs like the architectural sell, and they really get the idea of the single data model. But the truth is that procurement tends to be driven further down the organization. If a CIO has invested $100 million in an SAP implementation, he's not going to want to admit that he's made a mistake."

Although Oracle had taken major steps nearly two years earlier to ensure that integrating the E-Business Suite with legacy systems was perfectly feasible, you would not have gotten that impression from the firm's advertising. Whereas SAP was forever banging the drum for its NetWeaver integration platform and talking up how its Web services and messaging software could make all kinds of applications work together without the pain of customization, Ellison was steadfastly dismissive of that approach: "Web services makes it easy for one application program

*LE writes: Today, we have thousands of E-Business Suite references attesting to savings of up to $600 million per year and reduced IT costs of more than 60 percent.

to connect and pass data to another application—even if the applications are running on different computers. That's great. But the data passed by one application has to be structured in a way that's understandable by the other applications. Web services are analogous to the global telephone network, which makes it easy to call and connect to any telephone in the world. But if the guy you call only speaks French and you only speak English, you still can't communicate even though you're connected. Web services give us easy connectivity but not a common language. Web services on their own don't enable Siebel applications to talk to SAP applications." Both SAP and Ellison were exaggerating. Web services were by no means the silver bullet that the German firm claimed, but they could help deliver some functionality across a heterodox collection of applications, more anyway than Ellison was prepared to admit.*

The irony of this was twofold: Oracle was itself a big player in Web services, and the company's entire tradition was based on working with open standards. Nothing had changed, but it sounded as if Oracle had gone "proprietary." While SAP was delivering a message of comfort for customers who feared being locked into a single vendor, Oracle seemed to be saying, "it's all or nothing." It was a real dilemma for Oracle's marketing. On the one hand, Ellison didn't want to muddy the differences between what he believed was the hopelessly compromised SAP philosophy and the much more elegant Oracle way of doing things. On the other, Mark Jarvis had a point in saying, "Oracle needs to bend a bit with the market. We have all the interfaces to link to other systems, but what we don't have is a strong integration marketing message."

The "purity" of Ellison's vision was, however, unambiguously an advantage when it came to delivering what he and others were increasingly

*LE writes: I was just trying to keep our applications marketing message simple. We have a complete and integrated suite of applications built on top of a single database. They don't. A single database is the key to providing everyone with the information they need to do their job better—aka Daily Business Intelligence. End of message. I hate complex technobabble marketing messages. It so happens that we use Java and Web services in our applications much more than SAP, but the only people who really understand how Java Web services work are programmers. I find it all very strange. Almost no one understands it, but everybody wants it. Okay, I give up. It's futile to fight fashion. We now chant "Web services, Web services" in supplication to the marketing gods. We hope our prayers will be heard and rewarded with sales.

calling the "utility model" of delivering IT services. In Ellison's view, the "information utility" was something much more than a fancy new name for the old-style outsourcing of data center management, practiced very profitably by the likes of IBM and EDS. If the utility concept meant anything, it had to deliver a quality service at very low cost and with complete reliability. That meant using only software that was preintegrated and designed to work out of the box on certified hardware. Ellison's point was that computer systems didn't need to be different. The "Oracle guarantee," in which Oracle promised to fulfill all a firm's computing needs for a guaranteed, fixed price—something quite revolutionary in an industry that has trained its customers to write blank checks—was rapidly winning converts, and not just in the midmarket, as had been expected. Big firms, such as the networking giant JDS Uniphase, were going down that road, and even the federal government was showing signs of interest.*

The future prospects of the E-Business Suite are good, but how good? As even Gartner has acknowledged, it is stable, mature, and comprehensive. Over time, Oracle should be able to prove that architectural purity brings with it a host of real-world benefits—the promise of being able to do more with less. As customers turn on more and more of the modules in the suite, they should increasingly leverage its power. The Daily Business Intelligence will also be a proof point for Ellison's approach: the "golden nugget," as Mark Jarvis described it. But as with almost everything to do with the E-Business Suite, that has proved much harder than expected to do. It is now expected to debut at the end of 2003, almost two years since the product announcement in Amsterdam.

A more unambiguous and, in some ways, unexpected triumph has come in the shape of Linux. When Oracle 9i was launched just after the E-Business Suite's problems had started to surface in the press, Ellison had been certain that it would be "the last database"—RAC [Real Application Clusters] was even capable of making Windows unbreakable. But if it could do that for Microsoft, it could also do it for the free opensource operating system. Thanks in good measure to the campaigning of IBM and the cooperation between Intel and the PC server makers such as Dell and Hewlett-Packard, determined to reduce their dependence on Microsoft, Linux had acquired credibility as an operating system for the

*LE writes: Our low-cost outsourcing service has attracted some very large clients, including Merrill Lynch, J. P. Morgan, Qantas, JDS Uniphase, and Agilent.

enterprise. With Oracle's RAC, Linux could make a huge additional step. Corporate data centers could now be filled with racks of cheap two-processor Intel boxes. What's more, they could provide availability and speed superior to those of million-dollar multiprocessor computers or giant mainframes.

The next version of the Oracle database—10g (the "g" stands for "grid")—which is likely to be released toward the end of 2003, will have an extension of clustering that will make it the computing equivalent of the electricity grid, automatically balancing loads, allocating resources, and scheduling jobs. Ellison says, "Oracle 10g is designed to run on a grid of 8 to 128 cheap Linux computers. Any application that runs on the Oracle database—SAP, PeopleSoft, Siebel—will run much faster and more reliably on the grid. The grid is Oracle's answer to high-performance, low-cost, fault-tolerant computing. Our Linux grid approach is the opposite of the 'one big computer' approach to high-performance computing invented by IBM a long time ago. Since neither IBM nor Microsoft can run a standard application like SAP on more than one database server computer, their only approach to high performance is to make that single database computer as big as possible. IBM is very good at building software for big computers because they've been doing it since they invented the mainframe way back in 1964. What's mind-boggling is that Microsoft has just introduced software for their first mainframe—a very expensive thirty-two-processor Windows mainframe. Can you believe it? Microsoft reinvents the mainframe forty years after IBM. Bill is the king of 'innovation,' but this is something truly special. The master copiers are copying the wrong stuff. I think they meant to break into the IBM research lab, but they broke into the IBM museum by mistake."*

And from Oracle's point of view, Linux provided something else. For years, its nightmare had been that Windows would eventually be strong enough to inflict a slow death on UNIX. Although UNIX would continue, new database business would depend on running Oracle on top of the operating system of its most hated and dangerous rival. While Linux may never displace Windows from the desktop, there is now every chance it will stymie its assault on the corporate server market, considered crucial by Microsoft for both growth and computing influence.

*LE writes: Oracle is promoting grids of small, low-cost Linux servers while Microsoft is pushing expensive Windows mainframes. What a turn of events. It's like the plot in the Eddie Murphy movie Trading Places.

Chuck Rowzat, who runs Oracle's platform business, says that Microsoft has no good arguments to range against the cost and flexibility of Linux, and what's more, it is trying to argue against fashion, which, as Ellison concedes, is a very hard thing to do. "Linux," he says, "is the first thing that customers always ask about. They love it." Mark Jarvis says that Microsoft has no idea what to do because it has been caught up in a form of asymmetric warfare: "When they felt threatened by Netscape, it was just another company with a known HQ they could go out and bomb. But that won't work with Linux, just as it didn't work with Apache [the open-source Web server]. Apache creamed them, and so will Linux. Microsoft has lost the server war."

When Ellison announced RAC, there was widespread skepticism about his claims for it. But now it has impressive traction—in less than nine months to March 2003, the number of RAC users went from 210 to 1,864. Jeff Henley expects that very soon, more than half of the installed base will be running the clustering software. Henley says that customers now believe that even compared with Microsoft's SQL Server database, Oracle on Linux is now the low-cost option, as well as working much better. The Collaboration Suite has done something similar, giving Oracle a direct play against Microsoft with something that is not only far more capable but also a great deal cheaper. Keith Block says that more than twenty Fortune 500 companies are piloting the Collaboration Suite and that some large installations, such as 100,000 seats at Credit Suisse First Boston, are under way. Partly as a result of new regulatory requirements, firms are beginning to realize that their e-mails are as important a source of data as their accounts and that the right place to keep and manage them is inside the database.

If Oracle's strategy for taking on Microsoft is increasingly to win market share by imitating its rival's volume pricing model, it is also taking a leaf out of IBM's book with its outsourcing strategy. Ellison doesn't think much of Big Blue's software, but he has been forced to admit the power of its services organization: "I want us to imitate the one brilliant thing IBM has done over the last decade. They got more money from their huge installed base of mainframe customers by selling them a much broader range of services, including taking over and running their customers' data centers. We would like to sell outsourcing services to our fourteen thousand applications customers. We have hundreds of applications customers who are saving money using our outsourcing. We need to grow to thousands of outsourcing customers. It's a great new business for us, and

the customer saves a lot of money. We buy the computers, back up their data, run their applications, and upgrade their software much more cheaply than they could ever do it themselves. It is simply a matter of finally applying specialization of labor and economies of scale to the running of computer systems." In other words: the information utility, Oracle style.

What excited Ellison was his conviction that the utility model played to all of Oracle's strengths. Although IBM was spending a fortune on a typically well crafted advertising campaign to popularize and get people thinking about the information utility, Ellison argued that IBM could never achieve the same-scale economies as Oracle because its model meant never building exactly the same data center twice. "IBM's approach to outsourcing is highly customized on a customer by customer basis. In comparison, our outsourcing has little to no software customization. We have a true low-cost, high-volume utility model. So once again, IBM has a great marketing campaign around something they don't do."

SAP would also be at a disadvantage: its software was less flexible than Oracle's; it was present in only one part of the "stack," whereas Oracle had all the pieces; and, compared with Oracle, it had only a tiny service organization. Both Oracle and SAP had targeted the relatively unpenetrated midmarket as the main driver of applications sales growth in coming years, but Ellison was now convinced that 99 percent of that market would opt for the utility approach that Oracle was best placed to deliver. With the "Oracle guarantee," Oracle would provide all a firm's computing needs for a fixed price. Keith Block reckoned that already 25 percent of new applications business was based around the "software as service" model. And what was Ellison's answer to the worried CIO who feared being put out of a job? "CIO stands for Chief *Information* Officer. CIOs should focus on providing people in their companies with the *information* they need to do their jobs better. Currently CIOs spend most of their time evaluating, buying, and assembling cool little technology components into expensive computer systems that don't work very well and provide precious little useful information to the people running the business."

So did Ellison believe that the race to be the dominant software firm of the twenty-first century was still Oracle's to lose? "Yes. We've had some significant screwups, but we've still managed to move far ahead of our competition in both database and applications. You don't have to be perfect, you just have to be better than the other guy. We're now far enough ahead to win. The Internet model of computing has given birth to the

utility model of computing and software as a service. We couldn't be better positioned. Our fault-tolerant grids of Linux database servers provide the ideal low-cost, high-performance infrastructure for utility computing. Our applications outsourcing is one of the largest examples of software as a service in the industry. I know it won't be easy to catch Microsoft. They're more than three times bigger than we are, but they make their money on desktop computing—Windows and Office. They're nowhere in utility computing. SAP is nowhere in utility computing. IBM is advertising utility computing but delivering labor-intensive custom systems. So if utility computing is the future, then the future is ours. It took longer than I thought: Real Application Clusters and Database Grids; the E-Business Suite and Daily Business Intelligence. It always does. But it was worth the wait. Much longer road, much bigger payoff." In other words: victory not lost but postponed.

· · ·

One consequence of stretching time horizons was that Ellison's idea that he might start to disengage himself little by little, devoting himself to biotech research, was very definitely on ice. Although he liked to think that he could do whatever in the world he wanted, the one thing he knew he couldn't do was walk away from Oracle until the last battle had been won or he no longer had anything left to contribute. Like most people who knew the company and the man, I found it almost impossible to imagine Oracle without Ellison or Ellison without Oracle.

Which was just as well, given that any arrangements for an orderly succession seemed to be as far in the future as ever. I agreed with Ellison that the "strong number two" and heir apparent whom everyone outside Oracle appeared to think so vital was irrelevant. Ellison was also right in saying that there was no shortage of management talent at Oracle. The ten or twelve most senior managers who made the place work would have had far less opportunity to develop if a "strong number two" had constantly been pressing down on them. And Ellison was lucky in having both Jeff Henley and Safra Catz to complement him in the leading "outside" and "inside" roles at Oracle. Catz, like some other fiercely intelligent women I have known, and quite unlike most men, had a degree of loyalty to her boss that transcended any personal agenda of her own. Henley was a straight arrow who was rich enough, old enough, and wise enough to tell Ellison the truth when he needed to hear it. He was also responsible for Oracle's having, without a doubt, the cleanest books in the

high-technology business*—something Oracle gets insufficient credit for among the financial analyst community. He and Ellison were among the first corporate executives in America in the wake of the Enron scandal to file sworn statements with the Securities and Exchange Commission about the accuracy of their company accounts.

Ellison was very specific about the qualities his "dream candidate" would need to lead Oracle after him: "That person must be an engineering manager who's not only very good at building products; he or she must be very good at marketing and selling the products as well. But first and foremost, the person must be a good engineer. At its core, Oracle is a software engineering company, and we need to be run by a software engineer." What would be less important in the future was "visionary" leadership. Ellison continued to be certain that there would be no more major platform shifts in software that you either called right or died. "It's mainly going to be about execution—there aren't any more life-threatening technology revolutions ahead."

When pressed, Ellison was prepared to talk about only two of his managers who might turn out to have the necessary qualities. One was Thomas Kurian, an Indian in his mid-thirties who had arrived at Oracle in 1996 via Princeton, McKinsey, and Stanford. Kurian was intense and serious—a little dour, even, although Ellison assured me that he'd managed to make him laugh at least once. But Kurian, in only a few years, had achieved something remarkable and of incalculable strategic importance to Oracle: after its successive failures in building a competitive application server and the departure of those who had been responsible, Kurian had made Oracle, according to its own numbers, second only to the incumbent BEA in the application server market. As well as being a fast-growing and, in time, juicy new revenue earner, the application server was critical to Oracle's ambition to be the dominant enterprise software infrastructure provider committed to using open standards. Kurian had created a strong engineering team, driven it with a combination of discipline and pragmatism, produced a quality product, and then sold it with passion and energy to the outside world. When Ellison mentions Kurian, he can't help beaming. "Thomas has done a brilliant job, absolutely extraordinary," he says.

_____

*LE writes: No question about it. Jeff Henley is the best CFO in the computer industry. The shareholders can rely on him, and so can I.