The other was forty-three-year-old John Wookey. Although Wookey had joined Oracle only in 1995, he had written much of Oracle's highly rated financial application. For the last three years he had been in charge of extending the capability of the E-Business Suite into a complete "solution" for the higher education and health care industries. After Ellison's welding of the two applications division into one organization, it was Wookey who had been given the tasks of fixing the defects in CRM and pushing the Daily Business Intelligence toward release (it is finally due to make its debut in November 2003 as part of 11i8). There was a lot riding on Wookey. Ellison said, "John was already managing all our medical applications and our student records systems, but Ron thought that we should give him the marketing and sales automation systems as well. That's quite a load, but John jumped right in and the progress has been amazing. John's an excellent engineering manager and leader; he's well respected throughout the company."

If either Kurian or Wookey turns out to have what it takes to do the top job at Oracle—and for all their ability, I'm not sure that either has a large enough personality even to begin to fill Ellison's boots—the second in command could well be Keith Block. In October 2002, Ellison promoted Block to be head of all of Oracle's sales and consulting operations in North America. Block came to Oracle in 1986 from Booz Allen Hamilton, Ray Lane's old firm. That is not something that Ellison holds against him. Block is now charged with finally delivering what Ellison hopes will be the death blow to the infamous cowboy sales culture that he has for so long despised. That was the job Lane was himself brought in to do more than a decade ago. But as Ellison put it to me, "I've thought a lot about what happened to Ray while he was at Oracle. I know he set out to change the Oracle sales force, but in the end, the Oracle sales force changed him. He began as their leader, but with the passage of time, he became their spokesman, their advocate, and their defender." Block is hiring naturally service-oriented people from what used to be the Big Five consultancies to help drive cultural change through the sales organization. Ellison says, "All we need are highly intelligent people who have a deep understanding of how our products can solve our customers' automation and information management problems. That's it. The 'Go for the gold' culture of greed is distant history."

As ever, when it comes to sales, Ellison tends to oversimplification. The truth is that Oracle lost a lot of sales talent during the dot-com boom years, and it is only now being replaced. And while the days of the cowboy deal makers and their scorched-earth approach to selling have gone,

Oracle still needs more of the kind of salespeople who can call high in organizations and be listened to with respect. One reform that Block has introduced is to divide the sales force into technology and applications specialists. The spread of Oracle's technology offerings and the sweep of the E-Business Suite made it impossible for anyone to sell both with credibility. Block also points out that while technology requires what he calls a "transactional culture"—selling on features and performance—applications require a "consultative culture" in which, over time, you learn to match your products against a customer's business needs. The amazing thing is that it has taken Oracle so long to work this out.*

• • •

And what of Larry Ellison the man? Although much of my time with him coincided with a period of adversity for Oracle, other than during Oracle's two months of purgatory in Sacramento, I never once saw Ellison downcast. His unquenchable optimism and almost messianic self-belief never faltered, even when events occasionally conspired to make a fool of him. It is, of course, this aspect of Ellison that many people who either don't know him or know him only a little find most objectionable. For them, he is at best a bombastic showman; at worst, a false prophet and even a self-serving liar. Yet I am more convinced than I was at the beginning of my journey with him that Ellison is an extraordinary person, quite different from and infinitely more interesting than the caricature beloved of the media and even much of the analyst community. He's funny and entertaining but also highly serious, always interested in ideas and eager for new ones. Above all, Ellison is intense. Even when he's meant to be relaxing on one of his huge boats, there's a restlessness about him.

Much about Ellison is paradoxical, even contradictory. He's enormously vain, intellectually dominating, and irrepressibly extrovert. But he's also shy, has relatively few close friends, and is in constant need of the emotional reassurance that for much of his life has been lacking. He is determinedly youthful. But he is never far from thoughts of mortality. He detests vulgarity and yearns for simplicity and naturalness. But he also derives straightforward pleasure from owning hugely expensive ma-

---

*LE writes: For years I've pushed for separate specialized applications and technology sales forces. But until Keith, I couldn't convince a single one of our field sales executives to give it a try. My biggest mistakes don't result from pushing too hard; they result from not pushing hard enough.*

terial status symbols. He desperately wants his wealth to do some good in the world. But such is his terror of being found a hypocrite that he recoils at the very idea of altruism. He lavishes praise on sometimes overpromoted subordinates in whom he places huge—at times excessive—trust. But he acts with ruthless dispatch toward anyone he feels has let him down professionally. He combines great sensitivity and empathy to the feelings of those around him with a capacity for sometimes childlike selfishness. He is ultraconfrontational in business. But he goes to almost any lengths to avoid confrontation at a personal level. He either delegates to the point of detachment or is obsessively controlling down to the last detail. He prides himself on never losing his temper. But he is manifestly driven by overwhelming passions. Ellison is nothing if not complicated.

About one thing, however, Ellison is relentlessly consistent: he sees life as a constant series of tests through which he can discover his limits. And when it fails to throw up enough of them, he goes looking for more.

# EPILOGUE

Just before the hardcover edition of this book went to press, Larry Ellison proved that even as he approached his sixtieth birthday, he was still more than happy to live up to his past reputation as the bad boy of the software industry. In his personal life and his treatment of colleagues, Ellison had mellowed. But nothing had tamed the aggression with which he competed in business, while his ambition still burned with undimmed intensity. And, as ever, there was nothing Ellison liked more than shocking people.

On June 2, 2003, Ellison had awoken to the news that PeopleSoft, the number three player in the business applications market, was buying J. D. Edwards, a smaller rival, for $1.7 billion. It wasn't entirely a surprise. Oracle had itself been toying with the idea of buying J. D. Edwards for some time, and after declaring a loss in the previous quarter, the Denver-based company was now going cheap. Keen to get talks moving again, Safra Catz had left a long voice mail the previous week for J. D. Edwards's CFO, Rick Allen. But Allen hadn't returned her call. Ellison and Catz had always thought that PeopleSoft might try and snatch J. D. Edwards from Oracle and they had already "gamed out" their response. At 7:40 A.M., Catz e-mailed her boss: "Time to move on psft." A minute later, Ellison replied: "Just what I was thinking."

Within forty-eight hours, Oracle had held two board meetings and hired Credit Suisse First Boston both to advise it and provide a $5 billion revolving credit facility. Two days later, Craig Conway, PeopleSoft's chief executive and a former Oracle salesman, was in Paris meeting customers when the news came through from New York that Larry Ellison had just an-

nounced a $5.1 billion all-cash bid for his company. Playing on the tradition that hostile bids in the software industry are almost unknown, an appalled Conway condemned the move as "atrociously bad behavior." According to Conway, his first thought—influenced by the stingy 6 percent premium Ellison was offering over the previous day's close—had been that it was a ploy to wreck his deal with J. D. Edwards. But as Ellison was later to prove, he wasn't just playing the spoilsport. He couldn't have been more serious.

Ellison's tactics may have been brutal, but his logic was nothing if not consistent. Since the collapse of the tech boom, Ellison had been talking about the need for consolidation in a maturing industry that had been left with an overhang of excess capacity. During those first conversations at the beginning of my journey with him in early 2001, he had forecast the eventual demise of the best-of-breed firms. The future, he had argued repeatedly, would belong to the suite vendors, and only Oracle and SAP were big and rich enough to survive in the harsh new climate for software. PeopleSoft claimed to be a suite player too, but, according to Ellison, it didn't have the scale or the development resources needed to match Oracle or SAP. What residual strength it had lay in the installed base of loyal customers using its market-leading human resources application. But with or without J. D. Edwards, which had more than enough problems of its own, according to Ellison, PeopleSoft's prospects were poor. According to Ellison, they were both companies "in distress." By hastening an end to their misery, Ellison was simply putting his money where his always energetic mouth had been for quite some time.

Crucially, Ellison's bid for PeopleSoft didn't rely on winning over the firm's management or trying to integrate its product line with Oracle's. With characteristic disdain for the normal conventions, Ellison made it clear that what he had in mind for the well-liked Pleasanton-based company and its staff of 13,000 was the corporate equivalent of euthanasia. Oracle, he promised, would provide enhanced maintenance to PeopleSoft's 11,000 customers, even keeping going older software that Conway had declared he would no longer support. If customers wanted to move from their client/server systems, they could choose between the Web-based PeopleSoft 8 or Oracle's E-Business Suite. Whichever they opted for, Ellison promised that the upgrade would be both "free" and "graceful." Over time, he expected that most PeopleSoft customers would either switch to Oracle or, if they were running SAP's financial application, to the German firm's suite. There would be jobs at Oracle for PeopleSoft's best developers, service engineers, and salespeople. A few years ago the

talent would unquestionably have walked, but Ellison reckoned that in Silicon Valley's still-depressed labor market few would turn down the offer to work for Oracle. Over time, PeopleSoft as a brand and an entity would wither away. Ellison observed: "I guess you could say I've become a corporate raider."

From Oracle's point of view, if the deal could be done at the right price, it made a lot of financial sense. Just taking over PeopleSoft's maintenance contracts would bring in additional revenues of $800 million a year. It was more difficult to calculate the value of migrating PeopleSoft's customers (most of whom already used Oracle's database) to the E-Business Suite, but there was no doubting the size of the opportunity. Ellison told me: "It's so fabulously accretive from the outset that I'm almost embarrassed to say." The same thought also occurred to most Wall Street analysts, who were quick to pronounce that Ellison would have to raise his "low-ball" offer by at least 25 percent to win over PeopleSoft's mainly institutional stockholders.

They were right. At the time of this writing, Oracle is offering $9.4 billion for PeopleSoft, nearly twice its opening bid, even though Ellison had been proved correct in predicting that Oracle would not have to contend with competing bidders. He had argued: "SAP benefits by doing nothing. IBM is like Switzerland—its business model is based on strict neutrality between applications vendors. Microsoft's strategy is to come into this market from the bottom up. There's nobody else. PeopleSoft's shareholders have got to decide whether they prefer our cash or Conway's very risky strategy of trying to put together two failing companies."

He had also reckoned that time would be on Oracle's side. While Ellison had been confident of announcing a great quarter later in June, PeopleSoft, having already seen software license sales fall by 39 percent in the previous three months, would be weakened further just because it was in play. Who would buy software from a company that probably wouldn't exist in a few months time? Ellison e-mailed me: "We carefully thought this through and they didn't. Conway made a series of mistakes and now finds himself in an impossible position. Checkmate!"

That was a little premature. Conway's position was not nearly as weak as Ellison had forecast. In the first place, his company was well protected against a hostile takeover attempt by a poison pill (a defense that prohibitively raises the cost of acquisition by allowing the target company to issue shares to existing stockholders at a bargain price) and a staggered board (in which only part of the board can be replaced by shareholders in any one year). Although these devices defy current trends toward higher

standards of corporate governance, at least until its latest bid, Oracle had failed to put enough money on the table to spark a shareholder revolt.

What further helped Conway to get away with keeping these barriers intact was PeopleSoft's image as a kinder, gentler company than the supposedly rampaging Oracle. Much of the media seemed to side with PeopleSoft (*The Wall Street Journal* was a notable exception), which few commentators regarded as the basket case depicted by Ellison. There was also sympathy for the Pleasanton firm's staff, most of whom would be out of a job if Oracle gained control. Many of PeopleSoft's customers also expressed alarm. They were not reassured by Ellison's commitment to maintain support for the software they had expensively installed. They feared that if Oracle won, they would be at the mercy of a company whose past sins had left it with a reputation, albeit no longer deserved, for putting its own interests before those of its customers. When Conway called on them to support his company in its hour of need, with the sweetener of massive discounts and a money-back guarantee should Oracle succeed (in effect another form of poison pill), they went on a buying spree. Conway may have been mortgaging PeopleSoft's future, but in doing so he was denying Ellison the sharp downturn in sales that might panic shareholders into accepting Oracle's money.

With patience, persuasion, and money, Ellison could still expect to win the day. But it quickly materialized that there was an even bigger obstacle he would have to overcome: the federal government. With Conway cheering it on, the Department of Justice's antitrust division began an investigation into the implications for competition in the enterprise software market if Oracle was allowed to buy its rival. At first, Ellison was convinced that this was nothing more than a formality. Combined with PeopleSoft, Oracle's applications business would still be smaller than that of Germany's SAP. And even mighty SAP didn't have a dominant share of a market in which there are still hundreds of specialized vendors. Oracle also argued that although Microsoft had so far sold business applications only to smaller companies, it was determined to move up the food chain and was, by its own account, spending more on development than Oracle, PeopleSoft, and SAP put together. Given the Bush administration's avowed free market beliefs (although in truth there was plenty of evidence to the contrary) and the leniency with which it had dealt with Bill Gates's company after it had been convicted for abusing its monopoly, Ellison was certain any deal would quickly win approval.

No such luck. On February 26, eight months after its investigation first began, the Department of Justice (DoJ), backed by seven states, de-

clared that the deal would violate federal antitrust laws, reduce competition, and lead to higher prices for consumers. The DoJ's antitrust warriors had happily bought PeopleSoft's argument that the "relevant market" was not the whole business applications market, but the market for integrated suites sold to large companies. By defining the market in such a bizarrely narrow way, the DoJ was almost certain to find against Oracle, as it would mean three competitors being reduced to two. There was a further controversial twist to the DoJ's thinking. In effect, it was saying each customer was its own software market. If a company decided that only three firms could fulfill its business application software needs, then the combination of any two of those suppliers would amount to an antitrust violation. The implications were extraordinary. If this piece of theory became accepted, it would allow the government to block almost any merger it wanted to.

When I spoke to Ellison a few weeks before the DoJ announced its conclusions, he was already seething with frustration: "I just don't understand. Maybe the DoJ wants to prevent us or anybody else from getting big enough to actually pose a threat to Microsoft's increasing dominance of the software market. Maybe the DoJ isn't interested in the competitive dynamics of the $100 billion software market because they don't believe that there is a 'software market,' or even an 'applications software market.' The market the DoJ seems determined to define and protect is the 'market for suites of applications sold to the world's largest companies and government agencies.' What the hell is that? Nobody ever heard of that market before. It seems the DoJ is trying to protect the world's hundred largest and most powerful companies—General Motors, General Electric, and the other giants that don't need protecting. At the same time they seem willing to ignore the damage to competition their intervention would cause in the overall software and applications software markets.

"The DoJ did not come to this narrow market definition on their own. The day we made our offer [to buy PeopleSoft] Conway said that he 'would not sell at any price,' and now, through months of intensive lobbying, he's convinced the DoJ to be a part of PeopleSoft's anti-takeover defense. What's truly incredible is that the idea to combine the Oracle and PeopleSoft applications businesses came from Conway in the first place. So long as he was going to run the combined business, he saw no antitrust problems whatsoever. However, with me running the combined business, he saw insurmountable antitrust problems. Explain that.

"They must be breaking out the champagne up in Redmond. The DoJ

is trying to prevent us from getting big enough to compete more effectively with Microsoft. Several years ago the DoJ blocked a Borland and WordPerfect merger. That move helped Microsoft get its MS Office monopoly. Now the DoJ has defined the business applications market so narrowly that Microsoft isn't a competitor. Amazing. At the same time the DoJ is trying to figure out why the remedies in their antitrust case against Microsoft aren't working. See a pattern here? They don't understand our industry."

Despite the massive setback of the DoJ's decision, Ellison was determined not to give up the fight. At the time of this writing, Oracle is preparing to take legal action to prevent the DoJ blocking the deal. A district court in San Francisco under Judge Vaughn Walker was set to hear the case on June 7, 2004. Antitrust experts were divided about its chances of success, although many thought the DoJ had made a mistake. A case in November 2001 involving the takeover of Comdisco, a disaster recovery firm, by its rival SunGard, gave Oracle reasonable grounds for hope. On that occasion, DoJ lawyers had also defined the market very narrowly, claiming that only SunGard, Comdisco, and IBM served it. However, a federal judge, Ellen Huvelle, denied the government injunctive action, ruling that in reality the market consisted of a wider range of competitors.

In most ways, Oracle could afford to play it long, particularly as the continued uncertainty was bound to have some chilling effect on PeopleSoft's business. There were, however, dangers in battling on: in the eyes of some, PeopleSoft was becoming a Moby Dick–like obsession for Ellison; others suggested that it must say something about the prospects of Oracle's applications business on its own. Ellison would also have to weigh the opportunity cost in terms of management attention and the potential difficulty of carrying out other acquisitions simultaneously. But for Ellison, retreat when victory was still a possibility, however remote, was not an option.

And what if, for all its efforts, Oracle still failed to get its hands on PeopleSoft? A few days before the DoJ's verdict was expected, I asked Ellison if he had a plan B: "Absolutely. Because PeopleSoft has dragged on for so long, it forced us to think about other targets. You'll see us make a number of acquisitions. But we're a bit old-fashioned in our thinking. Increasing profits and cash flow is important to us. Our acquisitions must be accretive." Although Oracle was returning to respectable organic growth as tech spending slowly began to recover—in the second quarter of fiscal 2004, new license sales had been up 13 percent overall, with ap-

plications leaping by 27 percent—Ellison was looking for something more dramatic. He said: "We're beginning another growth period at Oracle. The intention is to double the size of the company over the next several years. We have to get bigger if we're going to compete effectively with Microsoft and IBM as the software business matures. At the same time we have to hit our 40 percent operating margin target—and we're getting very close to that now. To achieve these goals we need to make some acquisitions to go with organic growth."

I reminded Ellison that he used to be skeptical about acquisitions because of the problems of integrating the software products of different vendors. He had also doubted whether Oracle had the depth of management to make big acquisitions a success without taking too much focus away from the core business. What had changed? "No change from an engineering point of view. We're not going to try to combine the PeopleSoft apps with the E-Business Suite. Instead, we'll come out with a successor product that has virtually all the best features from current PeopleSoft and Oracle applications. That should make PeopleSoft and Oracle customers very happy. Acquiring PeopleSoft's customers and experienced engineering team makes sense. The more customers we have, the more we can invest in engineering. The more we invest in engineering, the happier our customers. The happier the customers, the more they spend. The more they spend, the better currency we have to make additional acquisitions. It's a virtuous cycle, and GE is our sensei."

From Ellison's perspective, what had changed to underpin a more aggressive acquisition strategy was Oracle's own strength. The E-Business Suite was mature and at last starting to win back market share from SAP. Apart from its stability and ever-expanding features, Oracle's marketing was now emphasizing a less all-or-nothing approach to buying its applications. The latest version of the suite, release 11i.10, was described as "integration enabled," meaning that it came with a greatly extended range of integration services to make it easier to hook up with legacy apps. Although it sounded suspiciously like SAP's NetWeaver, which Ellison had derided, he insisted that the big difference was that Oracle's integration path preserved the integrity of its uniquely datacentric information architecture. Going with the whole E-Business Suite was still the best option for customers who were in a position to take it, but Oracle had learned that the purity of its message could frighten others off. Going one step further, Oracle had also announced a product called the Data Hub that came with tools to translate data schema from heterodox

applications. The Data Hub was a result of Ellison's thinking about centralized medical records and the defects in homeland security exposed by 9/11. It was not a data warehouse, but a data repository where information could be deposited or extracted in near real time.

Oracle 10g, the latest version of the firm's database, had taken the revolutionary "real application clusters" technology and developed it for the computing grid. This idea, also known as the computing utility or, in IBM-speak, computing on-demand, meant using computer processing power the same way as electricity or gas—what you want, when you want. Ellison argued that two concepts were central to grid computing—implement one from many, manage many as one—and only Oracle knew how to make it a reality. The software had to create the illusion that clusters of machines were a single entity, thus allowing users to add or subtract capacity incrementally as their requirements altered. Because 10g also included much more automation in allocating disk drive space, Ellison could also claim that it dramatically cut the labor needed to tune and run the database, something that was crucial when competing with Microsoft in the midmarket. I asked Ellison what the difference was between Oracle's grid and IBM's computing on-demand. He said: "IBM is brilliant at selling concepts. They've sold most everyone on the idea and benefits of 'on-demand' computing. The problem is that IBM doesn't have the software necessary to deliver on-demand computing. We do. With Oracle technology you simply plug another five-thousand-dollar PC server into the database grid when you need more capacity. With IBM you have to install a million-dollar mainframe right from the beginning, but you only pay for the processors that you actually use. Oracle's plug-in-a-server on-demand system is based on a software technology called real applications clusters [RAC]. IBM's on-demand system is based on changes to the payment terms of their lease agreement. Sam Palmisano [IBM's CEO] recently commented that he's having trouble explaining IBM's on-demand technology to both IBM employees and customers. No kidding. That's because they don't have any."

Ellison was confident that although companies would be slow to exploit grid computing in their own data centers, it would be the thing finally to establish software as a service. He had long believed in a subscription model that could adapt to shifting customer requirements and that forced vendors to take responsibility for getting their software to work. "I know that I can get a bit ahead of myself at times, but I'm totally convinced that software as a service will grow quite rapidly during the remainder of this decade, and become the most popular form of computing during the next." Oracle's

outsourcing service, recently renamed Oracle Applications On Demand, is now the fastest-growing part of its business, chalking up an 82 percent sales increase in the second quarter of fiscal 2004.

The other thing that gave Ellison confidence to go down the acquisition trail was that he felt, probably for the first time in Oracle's history, that he had a strong enough management team to pull it off. Veteran CFO Jeff Henley had become Oracle's chairman, allowing him to spend more time with customers, but the biggest change was the appointment of Chuck (or Charles, as he prefers) Phillips from Morgan Stanley, where for nine years he had been Wall Street's most rigorous enterprise software analyst. Phillips's initial role was to run business development and corporate strategy, working closely with Ellison. Although it would be hard to imagine anyone straighter than Phillips, his arrival, just three weeks before Oracle's bid for PeopleSoft, was controversial. Inevitably, there were suspicions that he might have used knowledge gained in his previous job to help Ellison ensnare PeopleSoft. Ellison was dismissive: "Here's one of the best-respected, most honorable guys in the entire industry, and they immediately sue him. Welcome to Oracle, Charles."

Ellison was so impressed with Phillips that he quickly promoted him to president and loaded him with additional responsibilities. Within a short time, Phillips had been put in charge of all field operations and "customer-facing activities," including consulting, marketing, partner relationships, and sales. As Phillips's star ascended, two old Oracle hands departed: Mark Jarvis, the head of marketing, and George Roberts, who had run North American sales. Phillips and Safra Catz (co-president in charge of operations) now form a powerful duumvirate reporting directly to Ellison. I wondered whether Ellison wasn't loading Phillips up with too much responsibility, too quickly, something he had done in the past with other favorites. Ellison thought not: "Charles is very thoughtful and unusually well grounded emotionally. The president's title won't go to his head. He's very knowledgeable about our industry and he makes decisions based on facts. Like Jeff and Safra, he puts the company first. Except for marketing, he doesn't have a rebuilding job to do. He has five strong executives running our field operations reporting to him. Because of their experience, I don't think there's any problem with his inexperience. I believe that Charles will prove himself to be the best leader our sales organization has ever had."

If Ellison was happy with the people he now had around him at Oracle, the same was true of his America's Cup sailing team. Ever since sailing errors

had lost him the chance to lift the cup at the first attempt in Auckland, Ellison had been strengthening his crew. The world's best sailors were in short supply and only he and Ernesto Bertarelli, the Swiss billionaire owner of the winning Alinghi syndicate, had the resources to snap them up on long-term contracts that would run through until the next America's Cup in 2007. With Chris Dickson at last pulling all the strings, Oracle BMW Racing had recruited three world-class racers to the cause: Gavin Brady, a young but highly talented helmsman; John Kostecki, an experienced tactician; and Ross "Rosco" Halcrow, a renowned sail trimmer.

Thankfully, under a new format devised by Bertarelli and Ellison, in his role of challenger of record, the expensively maintained teams would not have to wait for four years before racing in anger. A series of International America's Cup Class events were to be held at different sailing venues around the world to maintain public interest, satisfy sponsors, and allow the team owners to get some fun from their massive investment. Kicking off the new series in September 2003, Ellison and Bertarelli met in San Francisco Bay to contest the Moët Cup. Ellison had tried to convince me that this time, his team would have the beating of Alinghi—Oracle had always been marginally the faster boat, he argued, and now it had the crew it deserved. Having spent a shattering week in New Zealand watching Ellison's USA-76 lose four races in a row against SUI-64, I was skeptical, but, as usual, infected by his optimism. I also wanted to see how Ellison would get on against Bertarelli in the owner-driver series that both men had been careful to insert into the event.

After the dull seascape of New Zealand's Hauraki Gulf, San Francisco Bay in hazy late-summer sunshine with its picture-perfect backdrops of the Golden Gate, the city's gleaming towers, and the grim outcrop of Alcatraz could hardly have provided a more gorgeous setting. The outcome of the racing was also pretty satisfactory from Ellison's point of view. Despite a series of mishaps from broken spinnaker poles to being blocked while in the lead by a huge and apparently oblivious freighter, USA-76 finally demonstrated its superiority over the America's Cup holder. Helped by the local knowledge of John Kostecki, Gavin Brady delivered a 4–3 win in the pro-driver series, while Ellison vanquished his friend Bertarelli in the owner-driver contest by a margin of 3–2.

Winning against the champions in his own backyard had been a blast, but what had given Ellison most satisfaction had been driving against the experienced German helmsman Jochen Schumann in the prematch races and beating him on every occasion. Everyone knew that Ellison was fast sailing in a straight line, but out in the bay he also proved he was not a bad

match racer. The only disappointment was the nonappearance of Alinghi's first-choice helmsman, the legendary Russell Coutts. Ellison said: "Even without Russell driving, Alinghi was still expected to win. Gavin and I had been out match racing against each other every day for weeks in preparation for the Alinghi rematch. I just couldn't bear the idea of losing to these guys again. But winning wasn't going to be easy. Jochen Schumann has more Olympic sailing gold medals than anyone else in the world. And he had Brad Butterworth and the rest of the superb Alinghi team to back him up. The first time I raced against them in San Francisco Bay was in the sailing events preceding the Moët Cup. I got to drive four races—start to finish—against Schumann and Alinghi. I never expected to beat him four times in a row, but that's what happened. It gave me and the rest of the team a lot of confidence going into the Moët. The racing was very close, too close. Gavin and I were both tied in our series and faced with a last and deciding race. It could have easily gone the other way. But we won those last two races, and we beat Alinghi in the Moët Cup. Our new crew had been great. They made the difference. I was over the moon happy, but something was missing—Russell. To really beat Alinghi you have to beat Alinghi with Russell Coutts driving. Until you beat Russell you don't get any bragging rights, and you don't get the America's Cup."

The opportunity of racing against Coutts would come round soon enough, with the next regatta scheduled for Newport, Rhode Island, in June 2004. What was less certain was whether any of the other teams who had competed in Auckland would show up. Ellison's hopes of creating yachting's version of the peripatetic Formula One circus depended on more than just two super-teams racing each other in different oceans. Armed with the best boats, the best crews, and the most money, would anyone else think it worth competing with Ellison and Bertarelli? Ellison was certain that as the next America's Cup drew nearer, other teams would come out to play, but he was frank in his assessment of the outcome: "Barring a freak technological breakthrough, the next America's Cup will be between us and Alinghi."

And one last thing. On a chilly afternoon, a week before Christmas 2003, Larry Ellison and the writer Melanie Craft were married. Ellison told me: "As usual, we planned to spend the holidays with the family and friends on our boat in the Caribbean. The week before we left for the trip, we set a date, and then got married a few days later. It was time. We'd been together for seven years and there was no itch. I'm very happy she said yes—again." The ceremony took place at the Waterfall House by the lake

EPILOGUE

on Ellison's almost completed Japanese-style estate in the Woodside hills. Ellison's old friend Congressman Tom Lantos presided. His two children from his previous marriage, David and Megan, were there, as was Melanie's sister, Kira. So too were Steve Jobs and his wife, Laurene. Jobs, putting the latest in digital technology to good use, was the official photographer. He also lent Ellison his wedding band. In one of the pictures he took you can see it stuck halfway down Ellison's finger. It wasn't a bad metaphor for two sides of Ellison's complex personality: part impulsive, part patient, and very persistent.

Matthew Symonds, March 15, 2004

# INDEX

Abbasi, Sohaib, 67, 113, 126, 370
Accenture, 6, 46, 240, 425, 490
ADP, 415–17
Adrian, Merv, 186
A. G. Edwards & Sons, 177–78
Air Force, U.S., 63, 220, 226
airline reservation systems, 37
Akamai, 95
Alcoa, 31, 33–35
  E-Business Suite and, 34–35, 233–35, 248
Alexia, 309, 314
Alinghi, 455–56, 460, 462–69
Allen, Paul, 454–55
Allen, Rick, 487
Alwaleed, Prince, 343
Amazon.com, 3, 14, 55, 184, 211, 390
Amdahl, 57, 371
American Express, 404, 411
American National Standards Institute (ANSI), 72
AmericaOne, 302, 328, 456–57
America's Cup, xii, 8–9, 286, 299, 302–3, 304n, 307, 312, 321, 324–25, 328, 347, 383, 450, 453–55, 458–60, 463, 465, 467–69, 471
Ampex, 57–59, 62
Analyst Day, 450–53
Andersen Consulting, 101, 116, 223
Andreessen, Marc, xii, 110, 266–67, 273–74
AOL, 274–75
AOL Time Warner, 251, 279–80
Apache, 480
Apple Computer, 109, 113, 288, 299, 308, 367, 458n
applications, see software, software industry
application (app) servers, 23–24, 212, 250, 275, 282–83, 429, 483
Apps World, 51–52, 198–201, 418–28
Argonne National Laboratory, 56
Ariba, 217, 473

E-Business Suite and, 190, 207
  finances of, 154, 214
  Oracle's competition with, 248, 275
  and Oracle's competition with IBM, 281, 284
Ariko, Barry, 133–35
Ashcroft, John, 406, 410–11
AT&T, 175, 213–14, 424
Azcarraga, Emilio, 373

Baan, 131
Bacon, Sir Francis, 259n
Baheti, Arun, 434–36, 441
Baker, Randy, 133, 150, 156, 159, 176, 386
Balkenhol, Carolyn, 141, 287–88, 293, 450
Bamford, Roger, 70, 253, 289n
Bank of America, 199
Bannenberg, Jon, 8, 374–79
Barksdale, Jim, 273–74
Barrenechea, Mark:
  E-Business Suite and, 190, 193, 196–97, 203, 422–24, 429–30
  Oracle's applications business and, 45, 164, 169, 214, 217, 422–24, 429–31
Basserti, Paolo, 245
BBC, 109
Be, 240–41
Beamer, Todd, 400–401
BEA Systems, 167, 296
  app server of, 24, 212, 250, 275, 282–83, 483
Bechtel, 370, 372
Belda, Alan, 34
BellSouth, 28–30, 247, 424
Benniof, Marc, 90, 108
Benton, Andrew, 415
Berg, Paul, 380n
Berners-Lee, Tim, 110
Bertarelli, Ernesto, 455–56, 461, 469–70

best-of-breed firms, best-of-breed software, 187, 202–3, 217–18, 221, 235, 474–76, 488–89
  and databases, 49, 126, 238
  integration of, 6, 37, 43, 46–47, 49, 121–26, 127n, 128, 130, 202, 214, 217, 221n, 229, 240, 282, 298, 422
  and Oracle's competition with IBM, 6, 46, 212, 214, 240, 281–82, 284, 416
  and suite applications, 51, 121–28, 130–31, 142, 147, 149, 151, 240, 298, 422, 425, 476, 488
Bill & Melinda Gates Foundation, 384, 387
bin Laden, Osama, 404, 406
biotechnology, 8, 299n, 381, 383, 388–91, 399, 482
Block, Keith, 475–76, 480–81, 484–85
Bloom, Gary, 132–33, 291–95
  departure from Oracle of, 293–94
  Ellison's management style and, 291–93
  on Ellison's relationship with Lane, 135
  Lane's relationship with, 151, 155, 157, 160
  management responsibilities assumed by, 150–51, 155–56, 176
  management style of, 142, 289, 293–95
  Oracle's applications business and, 179
  and Oracle's transformation to e-business, 171
Bloomberg, Michael, 392, 415
BMC, 174
Boies, David, 277
Boomerang, 313, 457n
Booz Allen Hamilton, 95–98, 100, 103, 125, 484
Borland, John, 447–48
Boskin, Michael, 370
Bosler, Marc, 208
Brady, Gavin, 458, 469
Brady, Greg, 68
Breakers, The, 370
Brindabella, 316–17
British Petroleum, 124
British Telecom (BT), 109–10
Britton-Lee, 73
BroadVision, 46
Brunswick Corporation, 221, 222n
Buckley, George, 221–22, 225
Burn, David, 139
Burton, Betsy, 256, 259–62
Burton, Jeremy, 186
business-to-business (B2B) exchanges, 14–15, 208, 211, 473
  Internet and, 157, 194
  Oracle's Exchange Marketplace Platform and, 245
Business Week, 184, 206
Butterworth, Brad, 307, 312–13, 317–19, 321, 456, 460, 462–65, 467, 469

C, 65–66, 71
cable companies, 106, 279
CACI, 67–68
Cadence Design, 121
California, University of, 69, 310, 364
CalTech, 53, 69
Capellas, Michael, 278
Cap Gemini, 425
Cap Gemini Ernst & Young, 197
"Care Less and Cure More" (Ellison), 386n
Carinthia VI, 374–75
Carnegie Mellon University, 386n
Case, Steve, 279
Cash, Johnny, 393n
Cassidy, Brian, 67–68
Catalyst, 408
Catch-22 (Heller), 272
Catz, Safra, 24, 82n, 220, 370
  and acquisition of PeopleSoft, 487
  background of, 154
  Covisint and, 157
  E-Business Suite and, 429
  Ellison's management style and, 291, 293–96
  and globalization of Oracle, 175–76
  in Lane's demise, 154–57
  management style of, 154–55, 180, 288–89, 295–96, 482
  perfect storm and, 434–35
Cavalier, 306
Cayard, Paul, 328–29, 457–58
CBS, 108
CBS Evening News, 414–15
CCTV, 20
Central Intelligence Agency (CIA), 28, 58–59, 61–63, 410
  RSI financed by, 62–63
  terrorism and, 402, 404, 406, 412–14
Certified Application Partners (CAP) program, 123
Chamberlain, Don, 60
Cheney, Dick, 406
Chicago, University of, 56, 334, 337
Chicago Mac race, 322–27, 329
China Mobile, 12
China Resources, 15–16
Churchill, Winston, 393
Cisco Systems, 166, 184, 262, 278
  finances of, 4, 157n, 226, 251, 472
Clarify, 46, 217–18, 225
Clark, Jim, 138
Clark, John, 66
client/server model:
  applications and, 4, 98, 101, 113–14, 118, 130, 142–49, 166, 173, 187, 215, 450, 488
  computing architectures based on, 2, 4–5, 13, 17–20, 36–39, 41, 43, 45, 73, 142–43, 166–67, 181, 269–70, 296, 298
  databases and, 37–39, 45, 73, 98, 113
Clinton, Bill, 364, 394–95, 413
Clinton, Hillary, 395
CNET, 448
CODASYL databases, 59–60, 62, 71
Codd, Edgar "Ted," 59–62
Coleman, Bill, 250
Coleman, Dennis, 334
Coleman, Harold, 334, 337
Commerce Business Daily, 64

Commerce One, 207–8, 217–18
  B2B and, 157, 208, 211, 473
  E-Business Suite and, 190, 207
  finances of, 214, 284
  Oracle's competition with, 275
Compaq, 127, 254–55
  databases and, 236, 255, 258, 300, 303
  Oracle's partnership with, 277–78
  client/server model and, 2–4, 5, 13, 17–20, 36–39, 41, 43, 45, 73, 142–43, 166–67, 181, 269–70, 296, 298
  enterprise, 37, 76
  Internet-based, 2–4, 17–20, 23–24, 39–45, 50–52, 142–46, 148, 164, 184, 187, 193, 269–70, 274, 296, 298, 481
  utility model of, 478, 481–82
  see also mainframes; minicomputers; PCs; software, software industry
Connor, Dennis, 467–68
Conrades, George, 95, 97
Conway, Craig, 68, 99, 215, 487–89
Copernicus, Nicolaus, 261n
Cortez, Elias, 433, 435–36
Costello, Joe, 121–22
Courter, Jim, 220–21, 226
Courts, Russell, 312–13, 456, 460, 462–69
Covisint, 14–15, 157
Craft, Melanie, 9, 12, 342, 346, 363–68, 371, 373–74, 377, 395, 403n, 459n, 497–98
Crawford, Philip, 175
Credit Suisse First Boston, 154, 480, 487
Cronkite, Walter, 108–9
Culliner, 59, 61, 73
Cutler, John, 303, 459

DaimlerChrysler, 157
Darwin, Charles, 261n
databases, database market, 3–7, 36–40, 42–50, 244, 283n, 434–52
  alleged missale of licenses for, 393, 434–49, 451
  Ampex and, 58–59
  applications and, 48, 144, 147, 163–64, 166, 173, 194, 206n, 207, 216, 219–20, 225, 235–39, 249, 254–58, 261, 419, 422, 425–26, 429, 431–32, 476, 477n, 479
  and best-of-breed software, 49, 126, 238
  client/server model and, 37–39, 45, 73, 98, 113
  clusters and, 98, 208, 212, 219, 235–38, 247, 249–50, 252–61, 278, 296, 298, 300, 438, 478–80, 482
  competition in, 40, 69, 71–76, 86, 88, 98–100, 105–6, 110–11, 203, 208, 219n, 235–38, 249–50, 253–57, 259–60, 263–67, 274–75, 280–82, 284, 296, 298, 382–83, 438, 448–49, 478–81
  enterprise computing and, 76
  grid approach to, 479, 482
  in health care industry, 26, 28, 238, 408–9
  in higher education, 32, 238
  Information Management Systems (IMS), 61–62
  Internet and, 3, 5, 42–43, 45, 157n, 185–87, 194, 237, 255, 264
  Java and, 185–86
  maturing of, 76–77, 112, 131, 202
  minicomputers and, 59–62, 65, 71
  multitasking of, 76
  for national security, 402–5, 412–13, 415
  of Oracle, 1, 3–6, 24–25, 28, 32, 36, 40, 44, 47–50, 55, 59–63, 65–67, 69–77, 84, 88, 91, 95–102, 104–8, 110–16, 120n, 124, 126–28, 131–32, 134n, 143–44, 146–47, 157n, 163–66, 168–69, 172–73, 178, 185–87, 194, 198–99, 201–4, 208–9, 212, 216, 219–20, 235–40, 247, 249–50, 252–61, 263–67, 270, 275, 278, 280–82, 284–85, 296, 298, 300, 303, 332, 382–83, 393, 402–5, 412–13, 416, 422n, 425, 428, 431, 434–49, 451–52, 478–82, 489
  Oracle Racing and, 303
  read consistency of, 70, 72
  referential integrity of, 73, 98
  relational, 36, 60–63, 66–67, 69, 72, 106–7, 112, 114–15, 146, 165, 237, 254, 263
  row-level locking of, 76
  two-phase commit of, 73, 98
Datalogix, 124
Dataquest, 185
Davis, Gray, 393, 396, 434, 436, 440–41, 448
"Decentralization White Paper, The" (Hashemi), 78
Decision, 324–27
Defense Department, U.S., 410–11
Defense Intelligence Agency, 412–13
de la Vega, Ralph, 29–30, 247
Dell Computer, 166, 255, 424, 478
Dershowitz, Alan, 403n
Descent of Man, The (Darwin), 261n
Deutschman, Alan, 108
DHL Worldwide Network NV, 197
Dickson, Chris, 9, 307–8, 312, 314, 316, 325–26, 328–29, 454, 456–64, 467, 469
Diebold, 415–16
Digital Equipment Corporation, 41n, 62, 65, 175, 278, 303
"Digital IDs Can Help Prevent Terrorism" (Ellison), 403–6, 411, 413
digital television, 110
Diller, Barry, 108
Discoe, Paul, 372–74, 377–79
Disney, 108
DJL, 82n
Doerr, John, 138, 267n, 274
Donaldson, Lufkin and Jenrette, 154
Dove, 310
Drexler, Mickey, 288

eBay, 3, 14, 184, 237, 273
e-business, xi, 47–49, 166, 181–85, 210–13, 252–53
  databases and, 4, 206n, 207, 238
  Ellison's salesmanship and, 13–17, 20, 22
  health care industry and, 26–27
  in higher education market, 14, 18, 23, 34–35
  in manufacturing market, 14, 18, 23, 34–35

502 INDEX

e-business (cont.)
 Oracle's transformation to, 136, 161, 171–79, 181–83, 191, 194, 211–12, 220, 223–25, 243, 410, 472–73
 software for, 6–7, 9, 11, 14, 16–18, 20, 25–27, 30–37, 45, 47–48, 51–52, 60n, 74n, 144, 169, 171, 177, 182–83, 184, 187–207, 212–13, 217–18, 222, 224–27, 229–35, 238–39, 241, 244, 248, 252, 259–60, 286–88, 297–98, 300, 411, 415–16, 419–32, 448, 453, 471–72, 474–76, 478, 482, 484–85, 488–89
 in telecommunications industry, 30
Eco, 373
Economist, The, xi, 1, 24, 161, 287
Economist Intelligence Unit (EIU), 178
Edison, Thomas, 276
EDS, 103, 281, 441, 478
Eisner, Michael, 108
Ejiva, 229
Elle, 362n
Ellison, Adda Quinn (first wife), 57, 64, 310, 337, 348–50
Ellison, Barbara Boothe (third wife), 65, 84, 341–42, 347, 352–54
Ellison, David (son), 9, 246, 310, 340–46, 352–55, 415
Ellison, Jack (adopted brother), 333
Ellison, Larry:
 adoption of, 331–33, 335, 337–41
 airplanes and flying of, 246, 312, 319n, 322, 345, 379
 alleged lies of, 214–15, 296–98
 ambitions of, 5–7, 59, 64, 188, 190, 285, 299–300, 383
 in Asia, 11–22
 authority questioned by, 333–36, 392
 author's relationship with, xi–xiii, 1
 awards and honors of, 28, 247–48
 backpacking of, 350–51
 bicycling of, 105, 397
 birth of, 332
 business philosophy of, 36, 288
 cars of, 22, 57, 287, 311, 337, 348–49, 357–58
 celebrity of, 12, 40, 108, 184, 263, 269, 288, 338, 345, 359
 cherry blossom party of, 369–71
 childhood of, 290, 331–35, 338–40, 348, 352, 393, 397
 competitiveness of, xii, 42, 75–76, 87–88, 90, 93, 105–6, 111, 117, 248, 263–69, 272–73, 276–77, 279, 282–84, 300, 313, 327, 336, 347, 384, 452–53
 on completeness, 50–53, 63n, 206
 dating of, 342, 346–49, 352, 355–66, 381
 demeanor of, 2, 5, 7–9, 11–12, 15, 18, 22, 27–29, 31, 51, 92, 97, 245, 248, 251–52, 261–62, 450
 education of, 31, 56–57, 297, 310, 333–34, 336–37
 employees recruited by, 69–71, 92–97
 evangelism of, 35, 50, 66, 143, 406
 family life of, 9, 12, 57, 64–65, 84, 205, 242–43, 246, 310, 322, 331–33, 335–55, 365–68, 370–71, 373–74, 377, 415
 finances of, 4–5, 7–9, 11, 21, 29, 54, 56–59, 64, 75–76, 84, 91, 107–8, 132, 184, 241–42, 245, 251, 263, 266, 269, 285, 299–300, 301n, 305, 308, 310–12, 330, 337–38, 340, 343, 347–51, 353–58, 360–61, 373–76, 379, 382–84, 386–89, 391–92, 394–95, 398–99, 486
 Five in Five plan of, 80, 85
 guitar playing of, 288, 310, 312
 heritage of, 205, 287, 389, 393, 397
 homes of, xi, 7–8, 27, 108, 210, 217, 219–20, 287, 304–5, 311, 342, 351–56, 358, 363, 365, 369–74, 376–81, 433, 472
 illnesses and injuries of, 105, 315, 319n, 320, 397–98
 on Japanese aesthetics, 371
 on leadership, 298–99
 litigations of, 201–2, 257, 359–62
 management style of, 7, 22–25, 42, 47, 55, 58–60, 63–64, 66–71, 75–82, 84–86, 88–105, 113–14, 116–24, 126–56, 158–62, 164, 166–67, 171, 175–76, 178, 180–82, 190–92, 196–97, 285–96, 423–24, 432, 457, 459–61, 463, 476, 486
 on mortality, 12, 397–99
 motor yachts of, 8, 18, 132, 205, 286, 322, 341, 343, 373–76, 378–79, 454, 456, 461–64
 optimism of, 9, 30, 35, 195, 210, 214, 243, 253, 262, 296–97, 300, 379, 465, 485
 passion and industry of, 7, 10
 in perfect storm, 433–36, 439–40, 446–47, 449–50
 personal security of, 11, 27, 246
 philanthropy of, 8, 12, 382–89, 391–92, 398–99
 physical appearance of, 184, 194, 217
 politics of, 392–97
 press and, 27–28, 40, 95, 108, 137, 138n, 140, 142, 148–49, 158–59, 161, 171, 184–85, 205–8, 243, 252–53, 256–57, 259, 266n, 269, 272, 296–97, 357, 359–62, 364, 383, 386, 403–6, 411, 413, 428–29, 450, 455–56, 483
 programming skills of, 56–57, 64
 public speaking of, 2, 13–15, 19–20, 31, 33–35, 38–40, 51–52, 66, 130, 188–89, 199–201, 218, 248–59, 263, 386n, 426–28
 sailing and, xii, 7–9, 18, 97n, 205, 286, 299, 302–29, 347–48, 383, 450, 453–71
 on sales comp, 251
 salesmanship of, 9–10, 12–25, 28–37, 40–41, 44, 63–69, 71–72, 75, 233, 243–45, 253, 287–88, 300, 406–10, 412–20, 426–29, 451–53, 476
 selecting successor to, 482–84
 self-confidence of, 194, 220, 239, 454
 sense of humor of, 29, 33, 93, 208–9, 233, 248, 289, 311, 331, 334, 336, 353, 398, 428, 450, 483

INDEX 503

 spiritualism of, 397
 technical knowledge of, 70, 93, 95, 136, 143, 148, 161, 165
 television appearances of, 20–22, 414–15
 typical day of, 286–89
 vacations of, xii, 18, 132, 205, 310, 322, 341, 343, 371, 382
 vision of, xii, 3, 5–7, 9–10, 14, 41–43, 51, 53–55, 65, 67, 70, 73, 75, 78, 80–81, 85–86, 88, 96, 101, 108, 136, 142–43, 146–47, 158, 164–65, 185, 260–61, 266n, 270–71, 296, 374, 471–72, 476–78, 481–82, 485
 war against complexity of, 17, 36–39, 43, 45–50, 208, 220, 264
Ellison, Lillian (adopted mother), 301n, 332–33, 335–39, 382, 386
Ellison, Louis (father), 57, 84, 242, 331–33, 335, 337, 339–40, 348–49, 352, 393
Ellison, Megan (daughter), 9, 312, 340–47, 354–55
Ellison, Nancy Wheeler (second wife), 64, 349–53
Ellison Medical Foundation (EMF), 8, 384–89, 398
EMC, 30, 184
energy industry, Oracle's best-of-breed suite for, 151
Enron scandal, 379, 433, 483
E.piphany, 46, 225
Erkelens, Bill, 303–9, 328, 459
 Chicago Mac race and, 324, 326
 in Sydney-to-Hobart race, 308–9
Ernst & Young, 425
E*TRADE, 3, 184
European Information Technology Forum, 38–40
Exiros, 245

Falotti, Pier Carlo, 155, 175–76
Farr, Bruce, 303, 305, 328, 456
Fastnet Race, 327–28
Federal Bureau of Investigation (FBI), 28, 410
 terrorism and, 402, 404–6, 412–14
Federal Housing Authority, 333
Feinstein, Dianne, 364, 411–12
Fenwick, Lex, 415
fiber-optic networks, 106, 110
Fiddler on the Roof, 262n
Fidelity Investments, 451
Fields, Mike, 94–95, 99
Finance Department, Calif., 435–36, 444
Financial Times (FT), 24–25, 206, 287
Finn, Jim, 425n, 440
Fitzgerald, Kevin, 31, 407, 411
 perfect storm and, 439, 442–44, 447, 453
Florez, Dean, 436, 439–48
Fogel, Jeremy, 257
Food and Drug Administration (FDA), 391
Forbes, 206–7
Ford, S, 54
 E-Business Suite and, 248
 Oracle's partnership with, 15, 157
Foreman, George, 282
Forrester Research, 25, 51, 190, 202, 259
Fortune, 108, 206, 269, 293, 359, 383
Foster, Norman, 373–74
Fox, James, 361
Freud, Sigmund, 343

Galilee Hitchhiker, 310
Galileo, 143, 260, 261n
Gap, The, 287–88
Gartner Dataquest, 189–90
Gartner Group, 216, 237, 256, 259, 261–62, 448–49, 478
 perfect storm and, 438–39
Gates, Bill, 1–2, 236, 452–53, 479
 antitrust litigation and, 1, 265, 272, 277, 279
 celebrity of, 38, 40
 Ellison's competition with, xii, 42, 248, 263–64, 266–69, 272–73, 276–77, 279, 284, 384
 finances of, 4, 21, 40, 184, 263, 269, 276–77
 passion and industry of, 7
 philanthropy of, 384, 387
 physical appearance of, 5
 salesmanship of, 452
 VOD and, 109
GBR, 459
General Electric (GE), 300, 373
 databases and, 238
 E-Business Suite and, 14, 18, 23, 227, 229–32, 234–35, 248, 287, 297–98
 finances of, 180–81
 in Hungary, 23, 35, 227–32, 234, 248
 Medical Systems division of, 27, 228–29, 238
 Power Systems division of, 14, 18, 23, 33, 35, 228–32, 234, 248, 287, 297–98
General Motors (GM), 54, 103, 157
Genin, Harold, 292n
Gerstner, Lou, 47, 280–81, 284
Giacoletto, Sergio, 428
Giga Information Group, 130, 186
Giuliani, Rudy, 415, 417
Glass, Geoff, 19, 22
globalization, globalism, xi, 18n, 48, 55, 96, 103, 153, 166–67, 174–77, 181–83
 of applications market, 115, 117, 120–21, 182–83
 client/server computing and, 45
 of consulting operations, 123
 Internet computing architecture and, 42–43, 45, 50–51
 of Oracle's IT systems, 170–71, 224–25
 Oracle's management and, 175–76
 of Oracle's marketing and sales, 170–72, 174, 176–77
 and Oracle's transformation to e-business, 174, 212, 223–25
 of SAP, 114–15
Glueck, Ken, 433–34, 439, 441–42
Goldberg, Evan, 241–42
Golden Gate Yacht Club, 471
Goldman Sachs, 282
Goode, Barry, 441

Gore, Al, 394–95
Graham, Robin Lee, 310
Grand Mets, 38
Grant, Jeff, 185–86
Grant, Michael, 356n
Great Plains, 242
Grove, Andy, 271, 275–77
Groves, Lowri, 29–30, 247–48

Hale, Nathan, 333
Hall, John, 150
Hamm, Steve, 184
Hannibal, 300
Harvard Business School, 178, 351
Harvard University, 53, 388, 403n
Hashemi, Noosheen, 78–80, 93–94
Hawn, Carleen, 207
Hayden, Michael, 410
Health and Human Services (HHS) Department, U.S., 408–10
health care, health care industry, 25–28, 395–96, 406–10
  applications and, 26–28, 32, 301, 406–7, 419, 432, 484
  databases in, 26, 28, 238, 408–9
  Ellison's philanthropy and, 8, 382, 384–89, 398
  Internet and, 25–26
Healthscape, 138
HealthSouth, 18, 25–30, 247, 406–7, 409
Hearns, Tommy "The Hitman," 356
Hearst, William Randolph, 370
Heidrick & Struggles, 95
Heller, Joseph, 272n
Henley, Jeffrey O., 178–79, 204, 221, 288, 450, 472
  changes introduced by, 93–94
  databases and, 100, 431, 480
  Ellison's management style and, 132–33, 182, 286, 476
  on Ellison's relationship with Lane, 135, 159–60
  finances of, 97, 141
  management style of, 92–94, 103, 106, 295, 332, 482–83
  Max Account and, 129
  Oracle's applications business and, 115–16, 122, 128, 134–35
  perfect storm and, 442–46
Herman, Ron, 372
Hewlett-Packard (HP), 23, 41n, 86, 138–39, 187, 237, 253, 277, 478
Higashi, Joyce, 287
higher education:
  applications for, 31–33, 484
  databases in, 32, 238
  Ellison's philanthropy and, 388–89
High Fidelity (Hornby), 367
Hitler, Adolf, 393
Hoffman, Robert, 441
Holmberg, Peter, 303, 304n, 458–60, 462–65, 467
Home Depot, 229
home shopping, 106, 109

Hong Kong Hospital Authority, 17
Hornby, Nick, 367
Howard, Mike, 307
Howie, Elaine, 437–39, 446–48
HTML, 248–49
Hu, Andrew, 21
Human Genome Project, 380n
Humphrey, Hubert, 408
Hurricane Helen, 319–21

IBM, 5–6, 46–47, 53, 55–57, 86, 103, 114, 214–16, 262–63, 275, 280–85, 371, 453, 478–82
  app server of, 24, 250, 282
  and best-of-breed systems, 6, 46, 127, 212, 214, 240, 281–82, 284, 416
  consulting business of, 200
  databases and, 46, 59–62, 67, 72, 172, 208, 219n, 235–37, 240, 249–50, 253–57, 259–60, 265–66, 280–82, 283n, 284, 296, 300, 438, 448–49, 478–79
  Ellison's employment with, 57, 348
  finances of, 184, 239, 266, 449, 472, 480
  Global Services division of, 240
  innovations of, 265, 266n, 284
  marketing and sales of, 95, 256–57, 259–60, 281–83, 481
  mergers and acquisitions of, 240n, 280
  monopoly power of, 275–76
  and Oracle's bid for PeopleSoft, 489
  Oracle's competition with, 3, 6, 20, 25, 46, 55, 167, 212, 214, 223, 240, 263, 265–66, 268, 280–84, 300, 416, 438, 448–49, 481–82
  Oracle's sales automation and, 172–73
  outsourcing business of, 240, 480–81
  partnerships of, 214, 216
IBM, software products of:
  DB2, 72, 172, 208, 249–50, 254–57, 259n, 260, 266, 280–82, 283n, 296, 448–49
  OS/2 Presentation Manager, 113
  OS/390, 280
  VM, 280
  Web-Sphere, 24, 250, 282
Ickert, Mickey, 303
IDC, 24–25, 259–61
IDMS mainframe databases, 59
IDT, 220–21, 226
Illinois, University of, 56, 336
Imbler, Steve, 80
IMI, 124, 126–27
Independent Institute, 272–73
Industry Standard, The, 208
information superhighway, 106, 110
Information Systems Group, 95
Information Technology Department (DOIT), Calif., 433–35, 437, 440–41, 444
Information Week, 197
Informix, 110, 280
  databases and, 40, 72, 88, 98–99, 105–6, 208
Info Week, 435
Ingres, 61, 69, 71–72, 86, 88, 105
Intel, 107, 275–78
  databases and, 258, 478–79

McKinley processor of, 258
monopoly power of, 275–76
NCs and, 271
Oracle's partnership with, 277–78
International Oracle User Week, 81–82
Internet, 1–6, 39–46, 49–52, 138, 169n, 184–87, 210–12, 223–24, 233, 240–42, 245, 248–51, 282–83, 287–88, 363n, 364, 391, 394, 408, 450–51, 471–73
  applications and, 3n, 4, 6, 39–40, 42–44, 51–52, 127n, 142–49, 164–66, 170, 173, 177, 179, 182, 184, 187, 193, 206n, 207, 215–16, 270, 450
  B2B and, 157, 194
  computing architectures based on, 2–4, 17–20, 23–24, 37, 39–45, 50–52, 142–46, 148, 164, 184, 187, 193, 269–70, 274, 296, 298, 481
  databases and, 3, 5, 42–43, 45, 157n, 185–87, 194, 237, 255, 264
  as efficiency tool, 15–16
  Ellison's salesmanship and, 13–16, 19
  and GE in Hungary, 229
  and globalization of Oracle, 170–71, 176, 224
  health care industry and, 25–26
  in higher education, 32
  high-speed connections to, 29–30
  Microsoft and, 40–41, 264–65, 269, 273–74
  Oracle's competitiveness and, 264, 269
  and Oracle's mergers and acquisitions, 241–42
  and Oracle's transformation to e-business, 172–73, 175, 177–78, 212, 220, 224
  in Shanghai, 21–22
  telecommunications industry and, 29–30
  VOD and, 107, 110
  Web services and, 476–77
  see also e-business; network computers
Internet Week, 177
Intuit, QuickBooks of, 241–42
Isler, Peter, 467
Israeli Aircraft Industries, 79
i2, 53, 68, 122, 127, 221, 475
  finances of, 473
Nike's problems with, 195
and Oracle's competition with IBM, 281, 284
Izanami, 205

Jackson, Thomas Penfield, 87n, 264
Jacobs, Ken, 65–67
Janicki, Anne (half-sister), 339–40
Janicki, Florence Spellman (biological mother), 331–32, 338–41, 382
Janicki, Steve (half-brother), 339–40
Jardine Matheson, 15
Jarvis, Mark, 150, 220, 475–78, 480
  E-Business Suite and, 190, 193, 195, 198, 238–39, 478
  and globalization of Oracle, 171
  Internet computer architecture and, 40–42
  Oracle's applications business and, 165, 226, 424–26, 429–30

Oracle's databases and, 144, 255–56, 259
on system integrators, 200–201
Jaschke, Justin, 225
Java, 248–49, 296, 450, 453
  app servers and, 24, 282–83
  databases and, 185–86
  E-Business Suite, 248, 260
Oracle's applications business and, 144, 477n
Java One conference, 250
J. D. Edwards, 487–89
JDS Uniphase, 18n, 478
Jefferson, Thomas, 405
Jiang Zemin, 21
Jobs, Steve, 264–65, 271n, 276, 299, 308, 354–55, 362–65, 367, 371, 378n, 392, 399, 458n
Johnson, Ned, 451
Johnson Electric, 14
Jordan, Michael, 458n
Justice Department, U.S., 1, 273, 410, 414

Kabcenell, Derry, 69–72
Kadifa, George, 152
Kaiser Foundation Health Plan, 220, 223
Katana, 8, 286, 322, 341, 343, 373–74, 454, 456, 461–64
Keene, Barry, 435, 439–40
Kellogg, 124–28, 142, 452
Kemp, Jack, 408
Kennedy, Gary, 67–68, 78–82, 215
  Ellison's relationship with, 141, 149
  firing of, 81–82, 87, 94
  management style of, 74, 78–81, 103
  Oracle's crash and, 81–82, 84–87
Kennedy, Robert, 393–94
Kerkorian, Kirk, 132, 311, 373
King, Rodney, 458n
Kipp, Craig, 228–32
Klaiss, Don, 432
Kleiner, Perkins, Caufield & Byers, 138
Kovacevich, Dick, 220, 225
KPMG, 34
Kurian, Thomas, 24, 483–84

Lane, Ray, 95–100, 171, 174–76, 365
  ambitions of, 141
  Carr's relationship with, 154–57
  Covisint and, 15, 157
  databases and, 97–98, 100, 102
  demise of, 154–57, 484
  Ellison's relationship with, 97, 115n, 131, 134–42, 144, 146–49, 151–52, 155–60, 272, 292–93, 295, 422
  finances of, 97, 137, 139–42, 158
  firing of, 137–38, 157, 159–61, 272, 294
  and firing of Squire, 103–5
  and globalization of Oracle, 175–76
  international operations and, 103–6
  legacy of, 157–58
  management style of, 7, 97–100, 102–6, 118, 128–29, 131–34, 136–38, 140–42, 146–61, 167, 175, 180, 289, 292–93, 295, 332
Max Account and, 128–30

Lane, Ray (cont.)
  Novell's recruitment of, 138–41, 149, 158
  Oracle's applications business and, 112, 114–15, 117–28, 131–35, 142–49, 152, 158, 161, 165
  on Oracle's competition, 99–100
  Oracle's recruitment of, 95–97
  press and, 137, 138n, 140, 158–59
  public speaking of, 158
  sales force compensation and, 153–54
  on sales quotas, 102–3
  technical knowledge of, 148–49
  Wohl's relationship with, 118–22, 131–35, 147–48, 422
Lantos, Annette, 394n
Lantos, Tom, 370, 377, 392, 394n
Las Vegas, New, Oracle's annual sales conferences in, 246–53
Lawrence, David, 220, 223
Lederberg, Joshua, 363–64, 370, 377
  demeanor of, 381
"Ellison's philanthropy and, 382, 384–89, 399
Ellison's politics and, 393
Ellison's relationship with, 380–82
  QBI and, 391
Lee, Adelyn, 357–62
Levin, Gerry, 279
Lewis, Lennox, 356n
Li, Richard, 13
Liberate Technologies, 154
Liberty Mutual, 234
Linn, David (brother-in-law), 335–38, 353–54, 386, 393
Linn, Doris Ellison (adopted sister), 242, 290, 299, 322, 333, 335–38, 341
Linn, Elyse, 341
Linn, Jimmy "the Judge" (nephew), 242–43, 312, 329, 335–39, 341, 360, 367
Linn, Leslie (niece), 336–38
Linux, 186, 241, 258n, 271, 277–78, 433
  databases and, 236, 250, 282, 283n, 478–80, 482
local-area networks (LANs), 37–38
Lockyer, Bill, 440, 448
Logicon, 434–39, 448
Lombardi, Vince, 458n
Los Angeles Lakers, 300–301
Lotus, 138, 280
Louis Vuitton Cup, 312n, 454, 458, 460, 463, 465, 469
Lucas, Don, 64–66, 77–78, 92, 133, 299, 311, 370
  Ellison's philanthropy and, 392
  on Novell's recruitment of Lane, 140–41
  Oracle's crash and, 84, 87, 89
Luongo, John, 355
Lürssens, 375, 379

MacArthur, Douglas, 393
McCain, John, 436
McCann, James, 416
McCann, T. A., 323n
McCaw, Craig, 302, 454–55
McEwen, Tom, 257
McHugh Freeman, 124
McKinsey, 100, 483
McLaughlin, Steve, 33
McNealy, Scott, 237, 293, 369–70
Maggie (cat), 12, 15
mainframes, 5, 37, 39–40, 56–57, 65–66, 107, 253–55, 265–66, 277–78, 280, 284, 300, 348, 449, 479–80
  applications software and, 112, 114–15
  databases and, 59–61, 63, 66, 72, 236, 249–50, 254–55, 260, 266, 280–82
Ellison's early employment and, 57
management-by-objectives (MBO), 290
management by ridicule (MBR), 290–91
Manatt, Phelps & Phillips, 445
Manugistics, 124, 126–27
Mari Cha, 328
Martha Stewart Living Omnimedia, 416
Maslow's hierarchy of needs, 310, 344
Mason, Anthony, 415
Mason, Paul, 260–61
Massachusetts Institute of Technology (MIT), 53, 57, 69–71, 388
Maxi World Championships, 309, 313–14
Mehta, Nimish, 123, 131
Mehta, Ravi, 436, 441–42
Memorex, 92
Mendelsohn, Andy, 70
Merrill Lynch, 178, 478n
META Group, 189
Mhyrvold, Nathan, 38
Michelangelo, 297
Michelin, 47
Microsoft, 1–7, 107n, 138–39, 184, 208, 247, 249–51, 297, 449–55
  antitrust case against, xiii, 1, 4, 87n, 264–65, 272–74, 277–79, 455
  bCentral Web site of, 242
  client/server model and, 13, 142–43
  databases and, 66, 186, 235–37, 249–50, 253–59, 264, 267, 274, 280–82, 283n, 438, 449–50, 478–80
  finances of, 4–5, 76, 179, 239, 242, 264–66, 268, 269n, 279–80, 450, 472–73, 482
  Internet and, 40–41, 264–65, 269, 273–74
  management of, 262, 264
  marketing and sales of, 51, 259, 264, 452–53, 473
  mergers and acquisitions of, 242
  monopoly power of, 41n, 275–76, 279–80, 429, 473
  and Novell's recruitment of Lane, 149
  and Oracle's bid for PeopleSoft, 489
  Oracle's competition with, 20–21, 55, 108, 110, 131, 167, 215, 251, 263–69, 271–80, 284, 300, 416, 433, 438, 449–53, 478–80, 482
  partnerships of, 264, 277
  small-business software market and, 242
  X-Box of, 250, 279–80
Microsoft, software products of:
  BackOffice, 264

Excel, 186, 270, 426
Exchange, 138, 209, 270, 270n, 451–52
Explorer, 270
GroupWise, 138
Office, 6, 51, 241n, 264, 271, 482
Outlook, 170, 270, 451–52
SQL Server, 4, 7, 186, 250, 254–56, 265, 281, 450, 480
Windows, 2, 38–39, 66, 113, 123, 138, 186, 188, 224, 235, 237–38, 249–50, 254, 264–67, 269, 271, 273, 278n, 279–82, 283n, 452–53, 478–79, 482
Word, 186, 270
Milberg Weiss, 201–2
Miller, Byron, 130
Milton, John, 203
Miner, Bob, 84, 352n, 382
  at Ampex, 58, 62
  databases and, 59–60, 62
  demeanor of, 71
  Ellison's relationship with, 65
  finances of, 107
  in founding Oracle, 56, 58–60, 62–65
  illness and death of, 104–5
  management style of, 63, 71, 88, 94, 104
minicomputers:
  applications market and, 112
  databases and, 59–62, 65, 71
molecular biology, 299n, 301, 363n, 380–81, 383
Montana, Joe, 397
Moore's Law, 43
Morgan Stanley, 199, 259n, 282, 448–49
Morgan Stanley Dean Witter, 174
Morning Glory, 312–14, 324–25
MSN, 279
MTR, 13
Mueller, Robert, 410, 414
multinational corporations, 46
  E-Business Suite and, 188
  Oracle's applications business and, 123–24
Multiple Virtual Storage (MVS), 66
Murdoch, Rupert, 108, 311
Murdock, David, 92–93

Naismith, Robbie, 323, 325
Napoleon I, Emperor of France, 300, 393
Nardelli, Bob, 229
Nasdaq, 20, 473
National Geographic, 310
National Institute on Aging, 387
National Security Agency (NSA), 63, 404, 406, 410, 413
Nazem, Farzad "Zod," 42
NBC, 414
nCUBE, 106–7, 358, 394
  VOD and, 107, 109
NetLedger, 241–42
Netscape, 241, 267n
  browser war and, xii, 41n, 264–66, 273–75, 480
  Oracle's interest in acquiring, 273–74
Netwerk Productions, 185
Network Computer, Inc. (NCI), 41
network computers (NCs), 2–3, 39–41, 108, 130–31, 269–71, 296, 392
  NIC and, 41, 240
  and Oracle's competition with Microsoft, 269
New Internet Computers (NIC), 41, 240–41
Newton, Isaac, 381n
New York Stock Exchange, 22
New York Times, The, 359, 366, 403
Nike, 195
Ning, Frank, 15–16
Nippon Steel, 91–92, 117
Nokia, 316
Nortel, 217
North American Free Trade Agreement (NAFTA), 395n
Northrop Grumman, 434, 448
Novell, Lane recruited by, 138–41, 149, 158
NTT Communications, 225
Nucleus Research, 474
Nussbaum, Jay, 118, 424, 439
  BellSouth difficulties and, 29–30
  databases and, 98
  on Ellison's relationship with Lane, 135
  HealthSouth deal and, 27–28, 406
  higher education market and, 31, 33
  on Novell's recruitment of Lane, 141
  Oracle's applications business and, 128, 131, 134, 415
  Oracle's Las Vegas conference and, 247–48
  perfect storm and, 435
  on sales force compensation, 152–53
  Washington meetings and, 406–7, 410, 412

Oates, Ed, 56, 58–59
Oberlin College, 364
Ocampo, Ray, 339
October Rose, 132, 311, 373
O'Dell, Wally, 415–16
Olsen, Carl, 22, 363
Omex, 58–59, 61
1-800-Flowers.com, 415–16
O'Neill, Peggy, 262
OneWorld, 454–55, 463, 465
On the Origin of Species (Darwin), 261n
Oprah, 20–21
Oracle (CIA-funded project), 58
Oracle.com, 262
Oracle Applications Users Group (OAUG), 188–89, 195, 197–99
Oracle BMW Racing, 453–54, 456, 459–70
Oracle Corporation:
  annual reports of, 123, 194, 356
  applications business of, 36–37, 45, 47–48, 51–52, 74n, 76–79, 100–102, 111–28, 130–35, 140, 142–49, 151–52, 158, 161–75, 177, 179, 181–85, 187–206, 209–10, 212–14, 216–18, 222, 224–27, 229–35, 238–39, 240n, 241, 244–45, 248, 252–53, 257–61, 264, 269–70, 278, 286–88, 295, 297–98, 300, 406–7, 411, 415–16, 418–33, 448, 450–53, 471–72, 474–75, 477n, 478, 480–82, 484–85, 488–89

INDEX

Oracle Corporation (cont.)
  author's access to, xi–xii
  bureaucracy of, 167–68, 171
  Business Online initiative of, 193
  change in public perception of, 110
  commitment culture at, 80
  company jamborees of, 99
  competition of, 3–6, 10, 20–21, 24–25, 31, 34, 37, 40, 46, 51, 55, 69, 71–76, 83, 86–88, 90, 98–101, 105–6, 108, 110–27, 130–33, 143–46, 147n, 148, 162, 164–65, 167, 169, 172–74, 185, 188–91, 203–4, 206–8, 211–19, 221–22, 225, 235–40, 241n, 242, 248–51, 253–57, 259–61, 263–84, 287, 297, 300, 323, 332, 411, 416, 418, 422, 424–25, 428–31, 433, 438, 448–53, 478–82, 489
  competition within, 93, 119, 429
  on completeness, 63n
  consulting business of, 97n, 100–103, 112–13, 116–17, 119–20, 121n, 122–24, 128–31, 148, 158, 165, 220–22, 229–32, 240, 243, 261–62, 400–401, 416, 484
  corporate symbol of, 150n
  crash of, 81–90, 93, 95, 110–11, 299–300, 311, 332, 357, 378
  dating among employees of, 356–59
  education business of, 142, 149–51, 160, 176
  employees recruited by, 31, 33, 69–71, 79, 87–88, 92–97
  ethical standards at, 83, 87
  executives departing from, 83–84
  finances of, 1, 4–5, 7, 11, 13, 18, 24–25, 31–34, 41, 48–49, 54, 56, 59, 62–65, 67–69, 73–87, 89–94, 96–97, 101–2, 105, 112–13, 115, 118–19, 122, 123n, 124–31, 133–34, 137, 139–42, 150–55, 157–58, 163, 166–68, 169n, 170–71, 173–85, 189–91, 199, 201–2, 204–5, 210–13, 218, 220–21, 223–25, 233, 239, 243–44, 247, 251–52, 259–61, 262n, 264, 269, 294–95, 310, 311n, 338, 347–48, 351, 353, 379, 401–2, 410, 416, 431, 434–35, 441, 449–50, 472–75, 483–84, 488–89
  fines paid by, 87
  founding of, 56, 58–66, 299
  future of, 472, 481–82
  growth of, 16, 66–70, 75, 77, 82, 88, 94, 102, 105–6, 111–12, 182, 431
  human resources (HR) systems of, 47, 49
  initial public offering (IPO) of, 67–68, 73, 76, 80, 154, 310, 347, 353
  international presence of, 55, 67–68, 76n, 81, 91–92, 102–6, 115, 123, 153, 155, 157, 166–68, 170–71, 175–77, 181, 191, 197, 223–25, 227, 229–31, 239, 245, 355, 418–29, 431
  kernel group of, 70–71
  litigations of, 159, 176, 178, 201–2, 358–62, 386
  management of, 7, 11, 15, 21, 55, 63–64, 66–69, 71, 74, 76–86, 88–105, 112–24, 126–71, 175–76, 178–82, 199, 205,
  218–20, 226, 247, 252, 262, 285–96, 332, 358–59, 370, 423–25, 428, 432, 444, 471, 482–84
  marketing and sales of, 9–10, 12–25, 28–37, 40–41, 44, 47, 49–50, 55, 63–88, 90, 94–96, 98–106, 112, 114–17, 120–24, 127–31, 133–35, 140, 142, 144–55, 158–60, 162–63, 165–68, 170–78, 183, 185–86, 189–91, 198, 200, 205–6, 208, 210–13, 215, 219–22, 226, 233, 246–53, 256–57, 259–64, 269, 283, 285, 287–88, 295, 297, 300, 355, 357–58, 406–10, 412–21, 424, 426–32, 438–39, 442, 444, 446, 449–50, 452–53, 472, 475, 477–78, 480–81, 483–85
  mergers and acquisitions of, 67, 106–7, 122, 124, 217–18, 241–42, 273–74, 487–89
  mottos of, 240
  in operating system business, 278
  outsourcing business of, 193, 240, 478, 480–82
  partnerships of, 14–15, 25–29, 120–23, 126–28, 131–32, 153, 157, 172, 187, 195, 221, 239–40, 257–59, 277–78, 431
  in perfect storm, 433–49, 453
  philanthropy of, 41
  potential of, xii, 3, 5–7, 9–10, 41, 54–55, 63, 67, 70, 73, 75, 80, 85–86, 96, 285, 296
  press and, 137, 138n, 140, 171, 177, 184, 195, 197–98, 209, 252–53, 256–57, 259, 261–62, 269, 272, 297, 420, 424–25, 429–30, 434, 436n, 440–41, 443, 446–49
  process automation of, 168–69
  research and development (R and D) of, 21, 69–71, 74–75, 78n, 83, 85, 88, 101, 104, 113, 119–21, 123, 128–29, 131, 133–35, 140, 142–46, 148, 158, 165, 169–70, 180, 209–10, 216, 262, 291–92, 423–24, 430–31n, 432–33, 451, 473
  restructuring of, 81–82
  spin-offs of, 240–41
  succession at, 482–84
  tools business of, 67, 104, 113, 143, 147, 164, 185
  win-at-all-costs culture of, 86
Oracle Corporation, software products of:
  1, 62
  2, 62, 71–72
  3, 65–67, 69, 71–72, 74n
  4, 69, 72
  5, 73
  5.1, 73–76
  6, 73–76, 84, 88, 91, 97–99, 107–8, 204, 252, 422n, 431
  7, 88, 95–98, 100, 102, 105, 203–4, 237, 252, 267, 332, 382–83, 431
  7.1, 104–5
  8, 185–87, 438
  9iAS, 250
  9i RAC (Real Application Clusters), 98, 208, 212, 219, 235–38, 247, 249–50, 252–61, 298, 438, 478–80, 482
  10.7, 40

INDEX

  10.7 NCA (network computing architecture), 40, 144–46, 187
  10.7 SC (Smart Client), 130, 132–33, 143–45
  10g, 479
  11.0, 145–46, 161–62, 182, 185, 187
  11.5.3, 197, 203, 421–22
  11i (E-Business Suite), 6, 9, 11, 14, 17–18, 20, 23, 25–27, 30–37, 45, 47–48, 51–52, 60n, 74n, 144, 169, 171, 177, 182–84, 187–207, 212–13, 217–18, 222, 224–27, 229–35, 238–39, 241, 244, 248, 252, 259–60, 286–88, 297–98, 300, 411, 415–16, 419–32, 448, 453, 471–72, 474–76, 478, 482, 484–85, 488–89
  11i 5.5, 422–23
  11i 5.6, 424
  11i 8, 484
  Advanced Planning and Scheduling, 407
  Collaboration Suite, 170, 270n, 450–53, 480
  Daily Business Intelligence, 418, 425–28, 430–32, 477n, 478, 482, 484
  Exchange Marketplace Platform, 245
  Product Development Exchange, 288
  Raw Iron, 187
  Small Business Suite, 241–42
  World Wide Web Interface Kit, 42
Oracle Open World, 41, 55, 198, 258–59
Oracle Racing, 9, 302–4, 307, 324, 328
"Oracle's Savings Don't Add Up" (Wagner), 177
"Oracle Under Fire" (Burton), 261–62
Orion, 24
Orlov, Laurie, 202
O'Rourke, Kathleen, 342, 355–58, 362–63
Orr, Ron, 220, 226
OSF, 113
Overstreet, Jenny, 66, 90, 103, 141, 358–59

Pacific Century CyberWorks, 13
Pacific Holdings Company, 92
Palmer, Bob, 41n
Palmisano, Sam, 281
Papa John's Pizza, 248
PCs, 113, 145, 149, 236–38, 240, 242, 269–71, 275–76, 280, 478
  databases and, 236–37
  Ellison's criticisms of, 2–3, 36–40, 43, 264, 267, 270–71
  Internet computing architecture and, 41, 43 and Oracle's competition with Microsoft, 267, 269
PDP-II minicomputers, 59, 62, 65, 71
Pearson, 25
Peat Marwick, 93–94
Pedersen, Tom, 67–68
PeopleSoft, 53, 68, 99, 473–75
  databases and, 235, 479
  E-Business Suite and, 204
  finances of, 185, 473–74, 489
  human resources (HR) product of, 218
  J. D. Edwards acquired by, 487, 489
  Oracle's attempted acquisition of, 487–89
  Oracle's competition with, 4, 101, 112–13, 117, 131, 162, 221, 248–49, 284, 422
  tools business of, 249
  Version 8 of, 218, 270, 488
Pepperdine University, 415
Perkins, Steve, 225
Perot, Ross, Jr., 415
Perot, Ross, Sr., 281, 415
Pets.com, 154
Phillips, Chuck, 174–75, 199, 202, 448–49
Pifithrin (PFT) Compound, 390–91
Piscitelli, Ben, 441
Pixar Animation Studios, 364
Pizza Hut, 248
Plattner, Hasso, 218, 313, 323–25
PL/SQL, 98
Police Department, Chicago, 243
POSCO, E-Business Suite and, 234–35, 287n, 420, 425
Postal Service, U.S., 407–8
Porter, Jack, 407–8
Prada, 455, 463, 465, 469
Precision Instruments, 58
Preger, Bob, 63, 66
Priceline.com, 157
PricewaterhouseCoopers (PWC), 425
Puricelli, John, 177–78
PWC, 240n

Quark Biotech Inc. (QBI), 8, 299n, 383, 389–91, 399
QUEL, 69, 72
Qwest, 185

Ramsey, Craig, 358–59
Rather, Dan, 415
RealNetworks, 265, 272, 275
Red Hat, 278n
Relational Software, Inc. (RSI), 61–66, 352
Relational Technology, Inc. (RTI), 69
Retek, 288
Rice, John, 23, 33, 228–29, 232
Rising Sun, 376n
RJR Nabisco, 29
Road Ahead, The (Gates), 38
Roberts, Dave, 62
Roberts, Gary, 166, 169–71
Roberts, George, 135, 475
  E-Business Suite and, 196, 204, 421
  and Oracle's transformation to e-business, 174–75
Rocher, Michel, 105
Rockefeller, John D., 265, 276–77
Rockefeller University, 380, 382, 389, 399
Romero, Pepe, 371
Ronald McDonald House, 12, 15
Ronin, 8, 18, 205, 341, 373–74, 378
Roux, David, 154
Rowzat, Chuck, 480
Rudiger, Mark, 319–21
Rumsfeld, Donald, 403
Ryden, Bo, 67–68

Sacramento News and Review, 448
Sakura, 311
Salk, Jonas, 261n, 301

INDEX

Sanbashi, 369–73, 376–79
Sanderson, Mike "Moose," 325, 328
Sanderson, Sandy, 220, 222, 243, 288
*San Francisco Chronicle*, 205n, 208, 447
*San Jose Mercury News*, 386
San Jose State University, 348
San Simeon, 370
SAP, 44, 53, 217–19, 253, 313, 473–77
 consulting business alliances of, 116–17, 219
 databases and, 46, 208, 235–36, 238, 257, 259n, 479
 E-Business Suite and, 204
 finances of, 127, 185, 219, 473–74, 488
 human resources (HR) product of, 218
 international presence of, 114–15
 Kellogg contract and, 126
 management of, 219, 262
 marketing and sales of, 476–77, 481
 NetWeaver of, 476
 and Oracle's bid for PeopleSoft, 488–89
 Oracle's competition with, 4, 20, 34, 101, 112, 114–27, 130–31, 133, 143, 146, 147n, 162, 165, 214, 217–18, 222, 225, 248, 284, 323, 411, 418, 422, 425, 428, 481, 489
 and Oracle's competition with IBM, 281, 284
 R/2 of, 114–15
 R/3 of, 51, 77, 114–15, 117
 Sapphire Convention of, 158
Sarwal, Richard, 283
*Sayonara*, 8–9, 180, 194, 217n, 305–29, 376, 457–58, 460
 in Chicago Mac race, 322–27, 329
 Fastnet Race and, 327–28
 in Sydney-to-Hobart race, 308–9, 312, 314–21.
Scardino, Marjorie, 25
Schmidt, Eric, 140
Schneider, Charlie, 125–26
Schwarzenegger, Arnold, 396n
Science Advisory Board (SAB), 387
Scopus, 216–17
Scott, Bruce, 59
Screven, Ed, 105, 113, 286, 289, 410
Scrushy, Richard, 27–29, 406–7
Scully, John, 458n
Seashols, Mike, 68–69, 311
Seccombe, Laura, 377–79
secondary education, 395–96
Securities and Exchange Commission (SEC), 87, 407n, 483
Shaheen, George, 240
Shakespeare, William, 366
Shaw, Robert, 96–97, 112, 116–21, 131, 139, 222, 240
 and best-of-breed approach, 121, 123, 125–26, 128
 management style of, 100–103, 118
 Max Account and, 128–29
 Oracle's applications development and, 119, 133–35, 158
 on SAP, 116–17, 119–20
 threatened resignation of, 133–34
Sherman Anti-Trust Act, 275

Shigeru, Isuke, 372, 374
Shilakes, Chris, 178
Siebel, Tom, 31, 67–68, 90, 94, 173, 208–9, 214–18, 249, 270, 473–75, 489
 on Ellison's lies, 214–15, 296, 297n
 on Oracle's ethical standards, 83, 87
Siebel Systems, 67, 214–17, 270, 407, 477, 489
 AT&T deal and, 214
 CRM suite of, 50–53
 databases and, 46, 208, 235, 238, 259n, 479
 E-Business Suite and, 206–7
 finances of, 214, 216, 473–74
 hiring former employees of, 31, 33
 management of, 215–17
 Oracle's competition with, 20, 169, 212, 214, 217, 239, 248, 253, 261, 422, 424, 429
 and Oracle's competition with IBM, 281, 283–84
 partnerships of, 214, 216
 tools business of, 249
Siegelman, Don, 28
Silicon Graphics, 108, 138
Sim, Judy, 11–12, 247, 249
Simon, Bill, 396, 440
Simpson, O. J., 360
Six-Day War, 145
Sjoberg, Kurt, 437, 442, 444–45, 447
Sjoberg Evashenk Consulting, 437, 445
small and medium-sized enterprises (SMEs), 16–17
small-business software market, 241–42
Smith, Sandy, 302
So, Jack, 13
Société Nautique de Genève, 471
software, software industry, 22–23, 39–53, 55, 252–53, 285–88
 and acquisition of PeopleSoft, 487
 back-office, 169, 187, 216
 best-of-breed, *see* best-of-breed firms, best-of-breed software
 business intelligence, 418, 425–28, 430–32, 477n, 478, 482, 484
 client/server model and, 4, 98, 101, 113–14, 118, 130, 142–49, 166, 173, 187, 215, 450, 488
 competition in, 77, 101, 112–27, 130–33, 143–46, 147n, 148, 162, 164–65, 169, 172–73, 189–91, 203–4, 206–7, 212–19, 221–22, 225, 241n, 242, 248–49, 260, 264, 411, 416, 418, 422, 424–25, 428–31, 473–77, 481, 488–89
 components vs. complete systems in, 44–45
 consumer packaged goods (CPG) solution in, 120, 122, 124–27, 142
 customer relationship management (CRM), 6, 16, 23, 26, 29–31, 45, 49–53, 83, 164, 169, 187–89, 191, 195, 197, 202, 206–7, 210, 212, 214–17, 225, 234, 237, 247–49, 261, 423–26, 429–30, 432, 474–75, 484
 distribution, 16
 e-business, 6–7, 9, 11, 14, 16–18, 20, 25–27, 30–37, 45, 47–48, 51–52, 60n, 74n, 144, 169, 171, 177, 182–84, 187–207, 212–13, 217–18, 222, 224–27, 229–35, 238–39,

241, 244, 248, 252, 259–60, 286–88, 297–98, 300, 411, 415–16, 419–32, 448, 453, 471–72, 474–76, 478, 482, 484–85, 488–89
 enterprise, 44–45, 49, 52–53, 86, 171, 186–87, 189, 197, 208, 236, 238, 256, 259n, 260, 265, 420n, 438, 448, 453
 enterprise resource planning (ERP), 3n, 4, 6, 10, 45, 49–52, 68, 76, 116, 125, 162–63, 169, 185, 189, 191, 193, 216–18, 229, 234, 237, 245, 248, 261, 406, 421–24, 429–30, 432, 474
 extension, 419
 financial, 44, 79, 86, 112, 117, 121, 124, 213, 226, 234, 241, 411, 432, 488
 globalization of, 115, 117, 120–21, 182–83
 in health care industry, 26–28, 32, 301, 406–7, 419, 432, 484
 in higher education market, 31–33, 484
 human resources (HR), 112, 117, 121, 163–64, 218
 of IBM, *see* IBM, software products of
 implemented at Oracle, 191, 196–97, 213, 234–35
 Internet-based, 3n, 4, 6, 39–40, 42–44, 51–52, 127n, 142–49, 164–66, 170, 173, 177, 179, 182, 184, 187, 193, 206n, 207, 215–16, 270, 450
 legacy, 205–6, 213, 419
 manufacturing, 14, 18, 23, 34–35, 44, 112, 124, 234
 of Microsoft, *see* Microsoft, software products of
 of Oracle, *see* Oracle Corporation, software products of
 and Oracle's competition with IBM, 281–82, 284
 and Oracle's transformation to e-business, 171–75, 177, 181–83
 order management, 191–93, 195–97, 202, 234, 261, 421–23
 partnerships in, 120–23, 126–28, 131–32
 personal productivity, 51
 resource planning, 26
 for senior managers, 162–63, 165
 for small businesses, 241–42
 systems integration and, *see* systems integration, system integrators
 in telecommunications, 28–30
 testing it inside Oracle, 165–66, 169, 177, 182
 *see also* databases, database market
Software AG, 63
Software Development Laboratories (SDL), 56, 58–61, 351
"Software's Other Billionaire" (Deutschman), 108
Sony, 15–16, 241
 Playstation 2 of, 279–80
Spoor, Tony, 62–63
Sprott, Richard, 387
Squire, Geoff, 92, 102–5, 293
 Ellison's relationship with, 103–4

 firing of, 103–5
 on Lane's hiring, 97
 management style of, 105
 Oracle's crash and, 81–85
Standard Oil, 265
Stanford University, 53, 64, 69, 86, 350–52, 355, 370, 380, 388, 483
*Stealth*, 325, 328
Steltor, 452
Stewart, Martha, 415–16
Stonebraker, Mike, 61, 69, 72
Structured Query Language (SQL), 60–62, 69–70, 72, 98, 208, 237, 250
 databases and, 186, 254–56, 264, 281, 450, 480
*SUJ*, 64, 455, 462, 464–67, 496
Sun Microsystems, 2–4, 107n, 184, 250, 253–54, 262, 293, 369
 competition between Microsoft and, 272–73
 databases and, 187, 237, 258
 finances of, 4, 157n, 472
 slogan of, 2, 40
 Ultimate of, 113
Sybase, 110
 databases and, 40, 72–74, 76, 88, 98–100, 105–6, 264, 267
 international presence of, 105–6
symmetrical multiprocessor (SMP) computers, 76
System R, 60, 62
systems integration, system integrators, 415, 419, 425, 431, 472
 applications and, 48n–49n, 213–14, 218, 221n, 222, 225, 229
 for best-of-breed systems, 6, 37, 43, 46–47, 49, 121–26, 127n, 128, 130, 202, 214, 217, 221n, 229, 240, 282, 298, 422
 E-Business Suite and, 190–91, 196
 Ellison's attacks on, 200–201, 205–6, 239–40
 and Oracle's competition with IBM, 281–82
 perfect storm and, 434, 441

Tandem Computers, 150, 298
*Tatoosh*, 455
Team New Zealand, 303, 454–55, 468
Team Sayonara, 303, 307, 322, 329
Techint Group, 245
Techtronics, 226
telecommunications, telecommunications industry, 106, 177, 185, 209–10, 217, 247, 279, 424, 472–73
 applications in, 28–30
 VOD and, 109–10
Telecommunications Act, 185
Tenet, George, 410
TenFold, 77, 87
terrorism, 400–407
 casualties due to, 400–401
 prevention of, 402–6, 410–14
 on September 11, 2001, 400–401, 410, 413–14
Thinking Machines, 394
Thompson, David, 304–5, 310–11
Thompson, Tommy, 408–10, 412, 451

INDEX

Thomson, John, 95
Time Warner, 109, 279
Tom Peddersen Associates, 67
Torman, Stacey, 24–25
*Toy Story*, 364
Trading Community Architecture (TCA), 193, 423
Trans-Pac, 305, 324
Tru64 operating system, 278
Tse, Nancy, 13, 17–18
TSW, 124
Tung, C. H., 16
Tungsram Lighting, 228
Turner, Mark "Tugboat," 320, 323, 327
Twain, Mark, 333

UBS PaineWebber, 415
UNIX, 39, 66, 253–54, 479
   applications market and, 112, 144
   databases and, 72, 98, 235, 237, 249–50, 254, 260, 280–82, 283n
   and Oracle's competition with Microsoft, 267
UPS, 407
*Upside*, 95
*USA* 49, 303-4
*USA* 61, 303-4
*USA*-71, 463
*USA*-76, 455–56, 459–60, 462–67, 496
*USA Today*, 27–28

Vanderbilt, Cornelius, 370
Vanderbilt, William, 244
*Vanity Fair*, 366
*Vava*, 461
Ventura, Jesse, 397
Verio, 225
Veritas, 104, 179, 293
video-on-demand (VOD), 106–10, 358
Viola, Lawrence, 360
Virtual Address Extension (VAX), 65
Visa, 404, 411

Wagner, Mitch, 177
Walker, Jeff, 76–82, 91, 93–94, 100, 105, 112–13
   Ellison's relationship with, 149
   firing of, 113
   management style of, 113, 117n
   Oracle's applications business and, 112, 117n
   Oracle's crash and, 81–82, 84–85, 89
Walker Interactive, 77

*Wall Street Journal, The*, 24, 38, 206, 266n, 287, 297, 359
   Ellison's op-ed piece in, 403–6, 411, 413
Wang, Patrick, 14–15
Wang, Xiao-Chu, 12
*Washington Post*, 362
Wasserman, Paul, 361
Watson, Thomas, Jr., 55, 280, 284
Webvan, 240
Weinbach, Art, 416
Wei Zhang, 20
Welch, Jack, 227–29
Wells Fargo, 220, 225
Western Digital, 244
Wharf Group, 16–17
Whitbread races, 309
White, Karen, 149–50
Wilkins, Ivor, 463
Williams, Derek, 13–14, 17, 19, 22
Wilson, Steve, 305
Wohl, Ron, 23, 154, 164–66, 484
   E-Business Suite and, 190, 192–93, 196, 203, 420–23, 429, 476
   Ellison's relationship with, 193
   Lane's relationship with, 118–22, 131–35, 147–48, 422
   management style of, 117n, 118, 143, 145–46
   Nippon Steel negotiations and, 91, 117
   Oracle's applications business and, 117–23, 127, 131, 133–35, 143, 145–49, 165–66, 169, 209, 420–23, 429–32
   on Siebel, 474
Wolfe, Tom, 368n
Wood, Mel, 375
Wookey, John, 406–7, 432, 484
World Trade Organization (WTO), 16, 20
World Wide Web, *see* Internet
Wu, Peter, 16–17
Wurster, Bill, 378
Wylie, Andrew, xi–xii

Xerox, 29, 69, 98
Xu Kuang Di, 21–22

Yahoo!, 14, 42, 55, 184, 273
Young, Jeremy, 197–98
Young, John, 139

Zeman, Andrea, 357, 361–62
Zhu Rongji, 21
Zito, Kelly, 208

# ABOUT THE AUTHOR

Matthew Symonds is currently political editor of *The Economist* and writer of the "Bagehot" column, but before that he was the magazine's technology and communications editor for nearly four years. He was also a founding editorial director of *The Independent* and has been strategy director of BBC Worldwide Television. Symonds lives in London with his wife and three children.