# EXHIBIT 28 part 3

MEREDITH

EDU/ UNKNOWN/ARI - DO NOT
EMPLOYEE LOCKER DEPOSIT -
EMPLOYEE LOCKER DEPOSIT OF
LOCKER DEPOSIT - EMPLOYEE
LOCKER DEPOSIT - EMPLOYEE
NO REMIT INFO - REFERENCES -
No remit info, student name
LIC/J09 Invoice 1135042 for
NO FURTHER REMIT INFO - NEW
NO FURTHER REMIT INFO -
PAI/JAY/C45 Commercial
EDU/ 895/REMAIN BAL IS Cust
NO FURTHER REMIT INFO -
NO FURTHER REMIT INFO - SAN
NO VALID REMIT INFO -
SUP/ DUP PAY - INV 40057724
No remit info on wire report
No remit info on wire report
SUP/ DUP PAY OF INV 40055274
NO REMIT INFO - HOUSTON, TX
NRI - UNION, NJ
SUP/ 1135289 overpayment
NO REMIT INFO - NORCROSS, GA;
NO FURTHER REMIT INFO -
NO FURTHER REMIT INFO -
LIC/OGV OVERPAYMENT ON INV'S
SUP/ FROM-DFAS PENSACOLA-NO
SUP DUP PAY-INV51241031 HAS
EDU/ PAYMENT FOR STUDENT:
SUP/REMAIN BAL IS DUP PAY
NO FURTHER REMIT INFO -
NRI - WILMETTE, IL
EDU/ OVERPAY E1422842-1 NO
NO FURTHER REMIT INFO -
NO FURTHER REMIT INFO -
NRI - ENGLEWOOD CLIFFS, NJ;

10/09/2000

Confidential - Pursuant to Protective Order

NDCA-ORCL 3041967

MEREDITH

| | Date | Reference / Payee | | | Name |
|---|---|---|---|---|---|
| WF | 11-Jul-00 | 314772 WILSON INDUSTRIES INC | 289735 | 600 | 83 BGRASSEL |
| HB | 19-Jun-00 | 1210261 UNITED PARCEL SERVICE | 8433 | 2,748.24 | 82 SGARBER |
| HB | 12-Jul-00 | 194746 WHITE & CASE | 434643 | 2,160.00 | 82 JBUCHER |
| WF | 14-Jul-00 | ACH 0714/00 SEMICONDUCTOR 300 | 680431 | 2,000.00 | 80 KEDWARDS |
| HB | 17-Jul-00 | 59965883 TEXAS COMPTROLLER PUB | 363969 | 600 | 77 KDOMENEY |
| | 17-Jul-00 | 206 | 636 | 600 | 77 PJANAKES |
| HB | 18-Jul-00 | 1318914 TRW SPACE & DEFENSE SECTOR | 1019362 | 600 | 76 KDOMENEY |
| WF | 12-Jul-00 | ACH 0711/00 UNISYS CORPORATION | 5006 | 598.4 | 75 CEHINKEY |
| WF | 19-Jun-00 | 40092 VALENCIA COMMUNITY COLLEGE | 1019987 | 2,207.00 | 75 KDOMENEY |
| WF | 22-May-00 | 910406 UNISYS CORPORATION | 5006 | 180 | 74 SYOHANNE |
| WF | 20-Jul-00 | ACH 0720/00 US TREASURY DEPT | 244125 | 588 | 74 OFARDANE |
| WF | 20-Jul-00 | ACH 0720/00 US TREASURY DEPT | 244125 | 1,295.00 | 74 OFARDANE |
| | 20-Jul-00 | 1200292 | | 122.1 | 74 PJANAKES |
| WF | 21-Jul-00 | 1120 WATCHWATER BIBLE & TRACK | 66528 | 481.9 | 73 KDOMENEY |
| | 21-Jul-00 | 36565 | | 1,462.00 | 73 PJANAKES |
| HB | 24-Jul-00 | 159489 TRUE NORTH COMMUNICATIONS | 382747 | 880 | 70 KDOMENEY |
| WF | 24-Jul-00 | 845309 UNIV OF AKRON | 45198 | 345 | 70 KDOMENEY |
| WF | 24-Jul-00 | ACH 0724/00 US TREASURY DEPT | 244126 | 1,590.00 | 70 OFARDANE |
| HB | 24-Jul-00 | 335718 VISTEON | 546038 | 350 | 70 KDOMENEY |
| HB | 24-Jul-00 | 31048 VTL LINK | 685393 | 276.93 | 70 KDOMENEY |
| HB | 26-Jul-00 | 52898 VINTON POLICE DEPT | 758524 | 1,536.00 | 68 SGARBER |
| WF | 4-Aug-99 | WIRE 0804/99 SHELL SERVICES COMPANY | 228378 | 659.08 | 67 MAANDERS |
| WF | 27-Jul-00 | 1702562 STATE OF OKLAHOMA | 54807 | 1,920.00 | 67 KDOMENEY |
| WF | 27-Jul-00 | ACH 0727/00 US GEOLOGICAL SURVEY | 1011 | 242.5 | 67 BGRASSEL |
| | 27-Jul-00 | 1849 | | 687.88 | 67 PJANAKES |
| WF | 24-Jul-00 | 2214884 UNIV OF ALASKA | 28771 | 566.71 | 66 PFARDANE |
| WF | 31-Jul-00 | 2761631 UNITED PARCEL SERVICE | 8433 | 115.45 | 63 PJANAKES |
| HB | 31-Jul-00 | 66818 WAUSAU FINANCIAL SYSTEMS INC | 219093 | 972.42 | 63 RKLOTZ |
| HB | 14-Apr-00 | 70417 UNIV OF ILLINOIS CHICAGO | 6464 | 970 | 62 KDOMENEY |
| WF | 10-Apr-00 | ACH 0410/00 US DEPT OF THE INTERIOR | 5931 | 931.84 | 62 KEDWARDS |
| HB | 1-Aug-00 | 259091 WORKFORCE DEVELOPMENT BOARD | 531386 | 1,888.00 | 62 JEBRADFO |
| WF | 2-Aug-00 | 6646 WILD FILE | 590901 | 1,171.50 | 61 PJANAKES |
| WF | 2-Aug-00 | 9311703 | | 100 | 61 PJANAKES |
| WF | 24-Jul-00 | 680141 UNIV OF CONNECTICUT | 8236 | 535 | 60 JBUCHER |

10/06/2000

Confidential - Pursuant to Protective Order

NDCA-ORCL 3041968

MEREDITH

EDU/ REFUND REQUESTED BY
NO REMIT INFO - ROSWELL, GA
SUP/ FOR GSR 486603 - SENT FAX
NO INVOICE LISTED
NRI - AUSTIN, TX
NRI - REDONDO BEACH, CA
LIC/GEM B68
NRI - ORLANDO, FL
NO REMIT INFO - PHONE (701)
NRI - UPS/GLENLAKE INSURANCE
LIC/NHJ CM INV #1254793
EDU, Inv Ref E1425414-1 and
NRI - REF JAY SHIVELEY - PH
SUP/ REF INV#--LEASE
NRI - OKLAHOMA CITY, OK
NO REMIT INFO/ AP#
LIC/410 INV 1305782 - CUST RET
NRI - BLACKSBURG, VA
NRI - DEARBORN, MI
SUP/ WIRE FROM DCD--NO INVOICE
NO FURTHER REMIT INFO - AKRON,
NRI - (402) 965-1605, REF
NRI - DENVER, CO; IS QUOTE,
SUP/ WIRE FROM DJ02 TREAS
EDU/ WIRE FROM FMS TREAS--REF
NO REMIT INFO - PHONE (217)
LIC/ OGT OSI overpayment
PA/UBK7117/30003B203 REMAIN
NRI - PH: (612) 551-0881
GL 01045215
NO FURTHER REMIT INFO -

Page 95

10/06/2000

Confidential - Pursuant to Protective Order

10/06/2000

| Date | Company | | | |
|---|---|---|---|---|
| 23-May-00 | | 228293 | 1,296.00 | 98 DDEROSS |
| 11-Jul-00 | | 729523 | 1,239.00 | 83 KROEPER |
| | 102402 ACXIOM | | | |
| | 202310 AGILENT TECHNOLOGIES | | | |
| 8-May-00 | 3046 AMERICAN NATIONAL CAN | 54067 | 205.92 | 147 PJANKES |
| 7-May-00 | ORACLE CORPORATION INTERNAL | 617450 | 1,490.00 | 208 SYOHANNE |
| 7-Mar-00 | 669 PEPSICO INC | 8347 | 126.1 | 130 MJGRAHAM |
| 8-May-00 | 77804 AMGEN INC | 233084 | 480 | 82 JBUCHER |
| 7-Jun-00 | 4002755 PEPSICO INC | | | |
| 6-Feb-00 | 1285 ANISOFT CORE | 253846 | 784.81 | 236 KYHOANG |
| 20-Jun-00 | 157494 ARINC INC | 314772 | 400 | 98 PJANKES |
| 18-May-00 | 18358 ATMEL CORPORATION | 19267 | 719.53 | 80 JBUCHER |
| 5-Jul-00 | 341446 AUTOLIV | 237713 | 573.75 | 88 KDOMENEY |
| 22-May-00 | 16653 BANK OF AMERICA | 8487 | 1,835.77 | 215 SYOHANNE |
| 10-May-00 | | | | |
| 9-Feb-00 | 688884 BARNES & NOBLE | 40465 | 1,931.61 | 236 CEHINKEY |
| 1-Mar-00 | 12465 BHC SECURITIES INC | 210981 | 2,612.40 | 105 SSPEARS |
| | 288559 BERNARD HODES ADVERTISING | 281334 | 2,003.94 | 133 SSPEARS |
| 5-Jun-00 | 266356 BOEING INFORMATION & SUPPORT | 147 | 2,463.00 | 116 PJANKES |
| 15-Dec-99 | 49458 BORN INFORMATION SERVICES | 217482 | 870.32 | 227 KEDWARDS |
| 23-Jun-00 | 10624 BOSTON MEDICAL TECHNOLOGIES | 694126 | 1,382.00 | 101 VVAZQUEZ |
| 10-Mar-00 | 146640 BP OIL | 46504 | 440.38 | 206 DLANDSAW |
| 27-Apr-00 | 8452 CALLIDUS SOFTWARE INC | 695722 | 202.2 | 145 LPJETZ |
| 10-May-00 | 300373 CAMBRIDGE TECHNOLOGY | 210797 | 340.2 | 145 LPJETZ |

Confidential - Pursuant to Protective Order

NDCA-ORCL 3041970

Sheet6

10/06/2000

NO FURTHER REMIT INFO - LONG
REF-MEMBERSHIP
PA/CNX/38893-36953 -REMAIN
PA/CNU/73443-11910 -
SUP/-ES-REMAINING-BALANCE
SUP/312-CM #7101253 FOR INV

SUP/ REMAINING BAL IS OVER-
UBU/OB65 apply to open

NO REMIT INFO-3233 PARK CENTER

NO FURTHER REMIT INFO - OGDEN
LIC/DEI/TAX-ADJ-INV#123374
NO FURTHER REMIT INFO-
SUPPORT//RESERV/ENO-REMITTANCE
EDU/ OVER PAYMENT INV
no remittance info provided
NO REMIT INFO-CUST INFO ON
NO REMIT INFO---SILICON

ROY/ROYALTY REPORT- FAX TO
EDU/

Confidential - Pursuant to Protective Order

NDCA-ORCL 3041971

Sheet6

Confidential - Pursuant to Protective Order

NDCA-ORCL 3041972

NO REMIT INFO - PHONE (915)
EDU/ CM-7#00786- INVOICE
SUB-CM-INV #122552 AND
LIC/GBX CM INV #1252350
NO REMIT INFO-(619)576-5813
NO REMIT INFO - 801 PLUM ST.
NRI- HOUSTON, TX

NO FURTHER REMIT INFO -
NO INV LISTED
NRI- PARK RIDGE, NJ - INVALID
NRI- REF-0467-HOUSTON-TX

NO REMIT INFO - 29 SAWYER RD.
NO REMIT INFO - FOSTER CITY
NO REMIT INFO - HOUSTON-TX
EDU/ CM INV#139325-1

SUP/
NO FURTHER REMIT INFO -
PAGED/
NO FURTHER REMIT INFO - PHONE
LIC/GET CM FOR CUST RET - INV
EDU/ CM-INV#619/00574

Confidential - Pursuant to Protective Order

NDCA-ORCL 3041973

Sheet6

| Date | Account/Reference | Value | Amount | Code |
|---|---|---|---|---|
| 26-May-00 | 161272 CIS-BROWN HOLDINGS INC. | 688296 | 1,376.00 | 129 VALDRING |
| 7-Feb-00 | 1602562S EASTMAN KODAK COMPANY | 10041 | 826.44 | 131 MIMORALE |
| 25-Apr-00 | 17166 EDEN SYSTEMS CORPORATION | 219016 | 787.35 | 131 MEBERHAR |
| 30-May-00 | 103128 EG&G DEFENSE MATERIALS INC | 58540 | 2,081.25 | 125 PJANKKES |
| 19-Jul-00 | 43689 ELANTEC SEMICONDUCTOR INC | 265736 | 2,136.70 | 75 ATEMS |
| 5-May-00 | 13038 EXXON COMPANY USA | 8231 | 2,200.00 | 150 PJANKKES |
| 11-Jul-00 | 2009368 FILENET CORPORATION | | | 83 PJANKKES |
| 24-Jul-00 | 41098 FISERV | 591028 | 1,664.71 | 91 JBUCHER |
| 24-Apr-00 | ACH04/24/00 FLEET & INDUSTRIAL SUPPLY | 216975 | 2,091.04 | 158 MIMORALE |
| 25-May-00 | ACH05/25/00 FLEET & INDUSTRIAL SUPPLY | 216975 | 220.01 | 129 MIMORALE |
| 20-Mar-00 | 18695 FREEDOM NATION | 730007 | 506.20 | 180 CGETTELM |
| 3-Jun-00 | 17267 GATEWAY | 521182 | 2,000.00 | 273 ECLSON |
| 10-Jul-00 | 177450 GE CAPITAL INFORMATION | 265218 | 2,584.76 | 82 JERRADFO |
| 8-Jul-00 | 207388 GE ENERGY PRODUCTS | 653908 | 2,252.23 | 116 KDOMENEY |
| 4-May-00 | 1028415 GE-MARQUETTE MEDICAL SYSTEMS | 658718 | 625 | 150 JESALVAT |
| 11-Feb-00 | 1495547 GENERAL ELECTRIC | 259552 | 1,579.14 | 234 GSMYERS |
| 24-Aug-99 | 1457027 GENERAL ELECTRIC | 259552 | 103.77 | 180 PJANKKES |
| 3-Jan-00 | 1496567 GENERAL ELECTRIC | 259582 | 735.2 | 180 PJANKKES |
| 6-May-00 | 3044737 GENERAL ELECTRIC AIRCRAFT | 20803 | 299.13 | 146 PJANKKES |
| 5-Jun-00 | 2856983 GENERAL ELECTRIC FINANCIAL | 576361 | 1,028.00 | 116 PJANKKES |
| 26-Apr-00 | ACH04/26/00 GENERAL SERVICES | 48759 | 55.94 | 84 VAZQUEZ |
| 19-May-00 | ACH05/19/00 GENERAL SERVICES | 48759 | 127.85 | 61 VAZQUEZ |
| 16-Jun-00 | 51938 GREENGRIER & RUSSEL | 213419 | 1,450.00 | 75 KDOMENEY |
| 16-Jun-00 | 58938 GREENVILLE TECHNOLOGY INC | 484806 | 100.5 | 105 KDOMENEY |
| 28-Jul-00 | ACH07/28/00 GTE GOVERNMENT SYSTEMS | 223 | 734 | 63 JBUCHER |
| 28-Feb-00 | 10964 GUARANTY NATIONAL INSURANCE | 25073 | 550.98 | 217 RKEMFER |
| 28-Jun-00 | 20143 HARMONIC INC | 734637 | 2,262.02 | 96 EDANDREW |
| 1-May-00 | 13137 HARRIS CORPORATION | 205 | 124.99 | 108 KDOMENEY |
| 2-May-00 | 6411 HEALTH CARE RESOURCES | 752532 | 2,670.22 | 153 PJANKKES |
| 27-Mar-00 | 3039542 HEWLETT PACKARD COMPANY | 6057 | 2,841.26 | 143 JMORISWA |
| 19-Mar-99 | 954416 HITACHI DATA SYSTEMS | 90991 | 395.49 | 404 OSETTELM |
| 24-Feb-00 | 47163040000048BGZ IBM CORPORATION | 5016 | 956.5 | 115 SGARBER |
| 18-May-00 | 3721 IEX SYSTEMS INC | 209070 | 1,740.85 | 137 PJANKKES |
| 24-Jul-00 | 5195 INDEPENDENT | 257727 | 700 | 66 KDOMENEY |
| 19-Jul-00 | 11143 INFO SPHERE | 259689 | 125.55 | 62 DELOROUV |
| 30-Jun-99 | 3029 DLT SOLUTIONS | 207738 | 11,877.28 | 452 MAANDERS |
| 2-Jun-99 | WIRE 06/02/99 HEWLETT PACKARD COMPANY | 6057 | 4,987.50 | 475 NMENON |
| 8-Feb-00 | 3018978 HEWLETT PACKARD COMPANY | 6057 | 44,925.00 | 237 JBUCHER |
| 25-Feb-00 | WIRE 02/25/00 HEWLETT PACKARD COMPANY | 6057 | 139,644.00 | 220 JBUCHER |

10/06/2000

Confidential - Pursuant to Protective Order

NDCA-ORCL 3041974

- PAYMEN/REMAINING BAL IS
- PAY/EEG/
- NO REMIT INFO-(800)43 3827
- NO REMIT INFO - PHONE (435)
- ED/ NO FURTHER REMIT INFO-
- NO REMIT INFO - PHONE (800)
- PROCECSING INFO ON CHEK
- NO FURTHER REMIT INFO - PHONE
- ROY/ ROYALTY REPORT - FAX TO
- SUP/
- SUP/
- SUP/
- NO REMIT INFO-6462-CITY-WEST
- No permit to info.
- PA/UBK/F-49/3-407/2REMAIN BAL
- NO REMIT INFO - HOUSTON, TX
- PA/EEG/92/0/3-41/059
- No remittance advice
- PA/NBU/9083-29111
- PA/NBU/9083 27313 CM 683384?
- NO REMIT INFO ON REMAIN
- NO FURTHER REMIT INFO-
- PA/UBC/H18/3-25552  Federal
- PA/UBC/H18/3-25552  Federal
- HR/- (947) 706-4060- AMOUNT
- NO FURTHER REMIT INFO- (937)
- SUP/ INV 4003/6131 CM
- SUP/ / overpayment
- 6UP/-REMAIN BAL IG-CM (SUP-
- PA/UFE/C35/30002048 CM
- NO REMIT INFO - 2755 E. DESERT
- PA/UAY/980/3-18909 DUP PAY INV
- PA/EEG/41/5/3-11497-4 /RES+PA-
- LIC/GEM/
- NO FURTHER REMIT INFO -
- NO FURTHER REMIT INFO - (719)
- LIC/NHL/
- VAR/ cm #1135971, 1135972,
- LIC/321 cm nv#1114882/(per
- ROY/ ROYALTIES FAXED TO GIGI
- ROY/ INVLD INVC 2000001

Confidential - Pursuant to Protective Order

NDCA-ORCL 3041975

Sheet6

| Date | Description | Ref | Amount | ID Name |
|---|---|---|---|---|
| 18-Feb-00 | ACH 02/18/00 OCC LEASETEC SYSTEMS CREDIT | 223608 | 451,981.00 | 220 SYCHANNE |
| 8-Dec-97 | 2750084 NETWORK EQUIPMENT | 6610 | 12,318.75 | 161 JSSILVA |
| 28-Jan-00 | 18351 PHYSICIAN COMPUTER NETWORK | 34986 | 14,900.00 | 248 MAANDERS |
| 16-Jul-99 | 579371 PIONEER STANDARD ELECTRONICS | 210415 | 95,663.74 | 263 JBUCHER |
| 7-Feb-00 | 606254 PIONEER STANDARD ELECTRONICS | 210415 | 16,845.20 | 223 JBUCHER |
| 3-Mar-99 | WIRE 03/03/99 OCC SANWA BANK | 227703 | 35,459.36 | 221 MALBRIGH |
| 28-Dec-99 | 367449 ACCESS GRAPHICS | 211191 | 7,351.32 | 161 MAANDERS |
| 27-Dec-99 | 367622 ACCESS GRAPHICS | 211191 | 27,742.16 | 62 MAANDERS |
| 27-Dec-99 | 367625 ACCESS GRAPHICS | 211191 | 565.62 | 35 WSEKIGAH |
| 16-Jul-99 | 358894 ACCESS GRAPHICS | 211191 | 6,119.28 | 73 MAANDERS |
| 12-Nov-99 | 5002899 AVNET INC | 64728 | 38,143.41 | 67 JBUCHER |
| 2-Apr-99 | 5002248 AVNET INC | 64728 | 12,672.00 | 88 JBUCHER |
| 13-Sep-99 | 125652 BOEING INFORMATION & SUPPORT | 147 | 38,071.01 | 186 JBUCHER |
| 13-Aug-99 | 124880 BOEING INFORMATION & SUPPORT | 147 | 15,167.98 | 109 JBUCHER |
| 12-Nov-99 | 31463 DLT SOLUTIONS | 207730 | 13,337.48 | 110 JBUCHER |
| 13-Jan-99 | 17550 DLT SOLUTIONS | 207738 | 4,600.99 | 116 MAANDERS |
| 30-Oct-98 | 17267 DLT SOLUTIONS | 207738 | 179.15 | 55 SYCHANNE |
| 25-May-99 | WIRE 05/25/99 OCC FLEET CREDIT CORPORATION | 227948 | 8,008.00 | 67 GSMYERS |
| 30-Aug-99 | WIRE 08/30/99 OCC GENERAL ELECTRIC CAPITAL | 38238 | 101,250.00 | 124 LHAO |

Page 103

10/06/2000

Confidential - Pursuant to Protective Order

NDCA-ORCL 3041976

Sheet6

| | |
|---|---|
| OCC// CM INV/#4040134/NEW | |
| SUP/0P28 | |
| LIT/ Cust in egal do not | |
| VAD/ CM INV #1225204 | |
| VAD/ inv's 1228588, 1228589, | |
| OCC 1489.00 TO C80/3507/PER | |
| VAD/11822989/9 cm | |
| VAD/ LISTED AS INV | |
| VAD/ CM-INV/#1219335 VAD invs | |
| VAD/ DO NOT APPLY CASH TO INV | |
| VAD/CM-INV/#1199292 CM 1196562 | |
| VAD/ appld to 1100925 PD-cm cm | |
| DEFERRED/ PA/NBL/476/3.24271 | |
| DEFERRED/PA/NBL/476/3.26529 | |
| VAR/ CM INV/#1197223, 1185008, | |
| VAR/ cm #1075224, 1075230 | |
| partial cm | |
| OCC | |
| OCC | |

10/06/2000

Confidential – Pursuant to Protective Order

NDCA-ORCL 3041977

Sheet6

| Date | Reference / Entity | Number | Amount | Name |
|---|---|---|---|---|
| 26-Aug-99 | WIRE 08/26/99 OCC INTERNATIONAL PAPER COMPANY | 26656 | 33,081.21 | 63 CEHINKEY |
| 24-Nov-98 | 1289 INTERNATIONAL TELCOM LTD | 259328 | 4,052.95 | 101 JCORN |
| 29-Oct-98 | WIRE 10/29/98 OCC LEASETEC SYSTEMS CREDIT | 223608 | 10,208.94 | 67 MSTORBEC |
| | NORTH POINT COLLEGE | | | |
| 31-Dec-99 | 556877000011154291-9 NAVAL SURFACE WARFARE CENTER | 48556 | 13,641.00 | 63 SYCHANNE |
| 7-Oct-98 | 2999788 NAVAL SURFACE WARFARE CENTER | 48556 | 242.49 | 11 JBUCHER |
| 29-Nov-99 | 83479 NAVAL UNDERSEA WARFARE | 204843 | 7,280.00 | 133 QHAYCEN |
| 29-Oct-97 | 2755605 NETWORK EQUIPMENT | 8610 | 1,131.14 | 20 JBUCHER |
| 18-Feb-99 | WIRE 02/18/99 OCC NEWCOURT | 571180 | 4,033.83 | 68 MSTORBEC |
| 17-Nov-99 | 6430 NORTH POINT COMMUNICATIONS | 572679 | 114.25 | 57 JDELLZUR |
| 30-Aug-99 | 255026 PARAMETRIC TECHNOLOGY | 16557 | 362,350.00 | 59 JBUCHER |
| 28-Dec-98 | 409853 PEROT SYSTEMS CORPORATION | 33594 | 65,358.56 | 11 JBUCHER |
| 4-Dec-98 | 23152 PERSONIC INC | 729354 | 33,430.06 | 11 JBUCHER |
| 5-Oct-99 | 16974 PHYSICIAN COMPUTER NETWORK | 34956 | 32,750.00 | 59 JBUCHER |
| 28-Dec-99 | 601051 PIONEER STANDARD ELECTRONICS | 210415 | 8,528.60 | 91 JBUCHER |
| 4-Aug-99 | WIRE 08/04/99 OCC SANWA BANK | 227703 | 54,573.60 | 49 KEDWARDS |
| 14-Dec-99 | 3447638 STATE OF OHIO | 29063 | 14,264.08 | 53 MFMORALE |
| 10-Jul-98 | 563738 STATE OF UTAH | 33204 | 10,880.60 | 33 JBUCHER |
| 27-Jan-98 | 83479 US NAVY | 6094 | 12,600.00 | 132 SGARBER |
| 15-Sep-99 | ACH 09/15/99 US TREASURY DEPT | 244125 | 39,370.94 | 35 RROBERTS |
| 23-Apr-98 | 5074? VANGUARD INDUSTRIES | 554138 | 4,932.44 | 10 SYCHANNE |
| 3-Apr-98 | 87003 WC BRADLEY COMPANY | 294050 | 2,998.39 | 11 KDOMENEY |
| 28-Mar-00 | 262038 INGERSOLL RAND COMPANY | 15991 | 1,896.70 | 185 JEBRADFO |
| 2-Nov-00 | 218339 IOWA STATE UNIV | 16050 | 1,210.00 | 700 BGRASSEL |
| 5-Jun-00 | 440122 ITHACA COLLEGE | 7083 | 2,900.00 | 119 NNENDNJ |
| 12-Jun-00 | 73965 JOHNS HOPKINS UNIV | 5919 | 210 | 112 JDSPENCE |
| 6-Dec-99 | 734712 JOHNS MANVILLE INTERNATIONAL | 315582 | 779 | 152 GFARDANE |
| 5-Jun-00 | 83540 JOHNS MANVILLE INTERNATIONAL | 315522 | 380 | 119 JDSPENCE |
| 5-Oct-99 | 76215 JOHNSON CONTROLS INC | 29827 | 615.82 | 82 VVAZQUEZ |
| 24-Jul-00 | 143473 JOHNSON CORPORATION | 978385 | 980 | 68 KDOMENEY |
| 20-Jul-00 | 5035869 JPL | 54421 | 1,200.00 | 70 KDOMENEY |
| 23-Feb-00 | 1979 KERR MCGEE CORPORATION | 34289 | 1,551.20 | 217 JBUCHER |
| 6-Mar-00 | 22242 KERR MCGEE CORPORATION | 34289 | 1,106.00 | 210 JBUCHER |

10/06/2000

Confidential - Pursuant to Protective Order

NDCA-ORCL 3041978

Sheet6

OCC

LIC/ EA/LLEGAL-1227

OCC    tax adjmts on inv

SUP/I

SUP/OG25 CM INV #1014364 no

SUP/I

SUP/OP28 CC 0869/ OVERPAYMENT

OCC

EDU/ BAL IS FOR E1 239971

ROY/ WILL INVOICE NEXT

SUP/customer researching where

ROY/ Q2 REVENUE--EMAIL CATHY

ROY/ ROYALTY PAYMENT--COPIES

VAD/ INVS

OCC// trans 3631 86 to

PA/JBKH16/3-31657

SUP/ -11/11

WIRE AS DFAS/NO INVC INFO ON

CM ON INV#S 945191 AND 945190

SUP/ Chanda and she

PA/NBL/9292-34980_CREDIT_MEMO

EDU/ CM ON INV#105-3583

SUP/FOR QSR1406806 - SENT

SUP/DUP PAY/ INV -4002432

SUP/emailed SSR.JHouston and

SUP/ CM - INV1236-08

PA/SEG/72/3-31555 CON.

NO FURTHER REMIT INFO--THREE

DEFERRED/PA/CNU/7343-29906//

DEFERRED/PA/CNU/7343-27103-9/

10/06/2000

Confidential - Pursuant to Protective Order

NDCA-ORCL 3041979

Sheet6

| Date | ID | Company | Value 1 | Value 2 | Code |
|---|---|---|---|---|---|
| 29-Feb-00 | 33919799 | KINETICS CORPORATION | 886170 | 696.86 | 180 KYHOANG |
| 14-Jul-00 | 5129 | LAKELAND COMMUNITY COLLEGE | 329936 | 290.96 | 80 KDOMENEY |
| 9-May-00 | 2200497 | LAWRENCE LIVERMORE NATIONAL | 1076 | 133.52 | 148 JDSPENCE |
| 10-Jul-00 | 2200503 | LSWRENCE LIVERMORE NATIONAL | 1076 | 133.54 | 84 JBUCHER |
| 26-Jul-00 | 2200504 | LAWRENCE LIVERMORE NATIONAL | 1478 | 540.14 | 84 PFARDANE |
| 3-Jan-00 | 189142 | LAWSON ASSOCIATES INC. | 7478 | 2,385.32 | 66 PFARDANE |
| 28-Mar-00 | 26181 | LEARNING TREE UNIV. | 596644 | 500 | 152 JBUCHER |
| 28-Mar-00 | 612083 | LOCKHEED MARTIN | 248915 | 828.94 | 152 PJANKKES |
| 29-Oct-99 | 20037077 | LOCKHEED MARTIN | 248915 | 979.06 | 207 DGROVES |
| 29-Nov-99 | 2181852 | LOCKHEED MARTIN | 248915 | 194 | 227 DGROVES |
| 2-Jun-00 | 308055 | LOCKHEED MARTIN ASTRONAUTICS | 24791 | 532.49 | 60 OFARDANE |
| 25-Apr-00 | 2191385 | LOCKHEED MARTIN ASTRONAUTICS | 242791 | 315 | 159 OFARDANE |
| 3-Jul-00 | 2171235 | LOCKHEED MARTIN SHARED | 671265 | 491.44 | 169 JDBPRINCE |
| 24-Apr-00 | 2190302 | LOCKHEED MARTIN SHARED | 671265 | 105.93 | 94 KDOMENEY |
| 29-Jun-00 | 192989 | LOGICA INC | 225651 | 523.11 | 94 OFARDANE |
| 19-Jan-99 | 2385 | LOGICTIER | 78894 | 187 | 198 JBUCHER |
| 20-Mar-00 | 2089280 | LOS ANGELES TIMES | 197746 | 395.36 | 140 PJANKKES |
| 3-Mar-00 | 2089280 | LOS ANGELES TIMES | 197746 | 600 | 83 PJANKKES |
| 11-Jul-00 | 5836294 | M&I DATA SERVICES | 222885 | 600 | 95 KDOMENEY |
| 29-Jun-00 | 34727 | MACMILLAN DIGITAL PUBLISHING | 734945 | 216 | 88 JBUCHER |
| 5-Jun-00 | 342765 | MACMILLAN DIGITAL PUBLISHING | 734945 | 2,899.20 | 119 KDOMENEY |
| 1-Aug-00 | 3105045 | MARICOPA COUNTY ASSESSORS | 681353 | 281.12 | 62 CEHINKEY |
| 21-Apr-00 | 12410 | MARION COUNTY | 231143 | 470 | 164 PJANKKES |
| 28-May-00 | 2046558 | MASSACHUSETTS DEPT OF | 15756 | 1,735.06 | 129 PJANKKES |
| 24-Mar-00 | 43596 | MASTERCARD INTERNATIONAL | 1021367 | 771.94 | 192 PJANKKES |
| 29-Oct-99 | 4428 | MATCOM | 558546 | 1,627.40 | 143 MEMORALE |
| 15-May-00 | 900049 | MCGRAW HILL COMPANIES INC | 7460 | 2,500.00 | 338 RKLOTZ |
| 26-Jan-99 | 305132 | MCGRAW HILL COMPANIES INC | 7460 | 2,851.40 | 140 JBUCHER |
| 23-Jun-00 | 111576 | MCHUGH SOFTWARE | 308942 | 4,969.20 | 242 NGAFZMAN |
| 4-Apr-00 | 278005 | MCJUNKIN CORPORATION | 388452 | 649.62 | 101 KDOMENEY |
| 8-Feb-00 | 689229 | MCKESSON HBOC | 682213 | 114 | 124 RKEMPER |
| 6-Jun-00 | 16204 | MEDPLUS | 216846 | 395 | 206 JBUCHER |
| 28-Jul-00 | 1265500 | MND SERVICE INC | 43924 | 639 | 115 PJANKKES |
| 30-Jun-00 | 28604 | MOLECULAR SIMULATIONS | 227497 | 1,780.00 | 55 RKLOTZ |
| 27-Mar-00 | 3018 | MONGOOSE SERVICES | 249966 | 341.87 | 69 JBUCHER |
| 26-Jun-00 | 70587992 | MOTEL 6 | 49944 | 1,596.89 | 189 PJANKKES |
| 20-Jun-00 | 416976 | MOTOROLA COMPUTER GROUP | 72030 | 911.91 | 98 DABAUER |
| 19-Jun-00 | 44195 | NATIONAL ASSOCIATION HOME | 404932 | 1,220.00 | 97 PJANKKES |
| 7-Jul-00 | 42572B | NATIONAL DATA CORPORATION | 1733 | 2,220.00 | 105 KDOMENEY |
| 6-Apr-00 | 48999 | NATIONAL GEOGRAPHIC SOCIETY | 219601 | 2,500.00 | 68 DABAUER |
| 13-Apr-00 | ACH 04/06/00 | NAVAL AIR WARFARE CENTER | 202589 | 595.68 | 70 JSSILVA |
| 25-Apr-00 | ACH 04/13/00 | NAVAL AVIATION DEPOT | 53875 | 108.75 | 73 QHAYDEN |
| 17-Jul-00 | ACH 04/25/00 | NAVAL COMPUTER & | 202062 | 1,454.12 | 76 RROBERTS |
|  | ACH 07/17/00 | NAVAL COMPUTER & | 202062 | 2,060.90 | 75 JSSILVA |

Page 107

10/06/2000

Confidential - Pursuant to Protective Order

NDCA-ORCL 3041980

Sheet6

Page 103

10/06/2000

| PA/VA/W70/3.32546 |
| NRI: CUST JAMES J. CLOONAN |
| SUP/ CM - INV # 40011399 |
| SUP/ CM INV #40011398 |
| No remit info- # 925-424-0046 |
| LIC/NZR.CM.11/6139.117/5637 |
| NO REMIT INFO-(818)882-5598 |
| ED-PAYMENT FOR CLASS |
| INV'S E+20006-1 AND... |
| NO FURTHER REMIT INFO, REF INV. |
| SUP/ |
| NO FURTHER REMIT INFO - |
| SUP/-CM-INV#1296652 |
| NO FURTHER REMIT INFO - |
| LIC/GEL |
| LIC/INH \$167.00 from |
| PA/VA/VH-393-34862 / DUP PAY |
| NO FURTHER REMIT INFO - LOS |
| NO REMIT INFO - MILWAUKEE, WI |
| NO REMIT INFO - INDIANAPOLIS, |
| ROY/ ROYALTY REPORT - FAX TO |
| SUP/0410.S&L Overall Rollup |
| NO REMIT INFO - TOWNSHIP OF |
| NO REMIT INFO |
| NO REMIT INFO - 2009 PURCHASE |
| EDU/ should not be applied to |
| LIC/575 REF ON CHECK -DDTVG |
| LIC/NZR CM INV #1267095 |
| LIC/ |
| NO REMIT INFO - CHARLESTON, WV |
| NO REMIT INFO - 301 PERIMETER |
| LIC/NDX Invoice 1216374 closed |
| NO FURTHER REMIT INFO - |
| LIC/J09.NO.FURTHER.REMIT.INFO |
| SUP/ QUOTE # 498238-- RBEGIN |
| NO REMIT INFO - DALLAS, TX |
| LIC/GEL-OP! |
| NO FURTHER REMIT INFO... |
| NO REMIT INFO - ATLANTA, GA |
| EDU/O-Heb.Inv.Ref E141/9170-1 |
| SUP/-0489-CM/INV'S 1042736-1&2 |
| SUP/INV 4000819 1.CLOSED |
| PA/VBC/-C84/3.35922 |
| SUP/0F17 |

Confidential - Pursuant to Protective Order

NDCA-ORCL 3041981

Sheet6

| Date | Reference / Company | Col A | Col B | Code |
|---|---|---|---|---|
| 28-Feb-00 | ACH/02/26/00 NAVAL SURFACE WARFARE CENTER | 48656 | 1,686.12 | 216 JESSALVAT |
| 5-Apr-00 | ACH/04/05/00 NAVAL SURFACE WARFARE CENTER | 48556 | 1,485.55 | 174 JESSALVAT |
| 8-Feb-00 | ACH/02/08/00 NAVAL SURFACE WARFARE CENTER | 48556 | 1,498.98 | 133 JESSALVAT |
| 15-May-00 | 85228 NAVAL SURFACE WARFARE CENTER | 48556 | 1,578.25 | 133 JBUCHER |
| 1-May-00 | 85228 NAVAL SURFACE WARFARE CENTER | 48556 | 1,578.25 | 133 JBUGHER |
| 17-Apr-00 | 85439 NAVAL SURFACE WARFARE CENTER | 48556 | 1,578.25 | 133 JBUCHER |
| 23-Apr-98 | 4716300001 25773-1 NAVAL SURFACE WARFARE CENTER | 48556 | 876 | 25 JSSILVA |
| 17-Jul-00 | 85228 NAVAL SURFACE WARFARE CENTER | 48556 | 393.52 | 60 QHAYCEN |
| 9-Dec-99 | 5588770000117466-8 NAVAL SURFACE WARFARE CENTER | 48556 | 701.77 | 60 QHAYCEN |
| 22-Oct-99 | 5588770000129941-1 "NAVAL SURFACE WARFARE ASSESSMENT" | 207723 | 2,420.00 | 133 QHAYCEN |
| 5-Jun-00 | ACH/06/05/00 NAVAL WEAPONS STATION | 7471 | 396.88 | 119 NMENDN |
| 25-Jan-99 | 24785 NAVY EXCHANGE SERVICE | 2203149 | 135 | 137 HATADA |
| 23-May-00 | 666869 NAVY EXCHANGE SERVICE | 203949 | 249.75 | 182 NMENDN |
| 27-Dec-99 | 426528 NAVY EXCHANGE SERVICE | 203949 | 249.75 | 84 JSSILVA |
| 14-Feb-00 | 3949 NAXON | 67058 | 1,817.40 | 222 JMORISWA |
| 6-Mar-00 | 1504258 NBC | 37910 | 915.99 | 89 VVAZQUEZ |
| 7-Jun-00 | 3521? NCUBE CORPORATION | 1017284 | 550 | 109 JBUCHER |
| 24-Jul-00 | 34285 NCUBE CORPORATION | 1017284 | 1,120.00 | 67 JBUCHER |
| 6-Dec-99 | 2182 NETVENDOR INC | 720244 | 2,397.85 | 258 QHAYDEN |
| 31-Jan-00 | 45378 NETWORK MCI CONFERENCING | 227843 | 300 | 245 JBALMER |
| 8-Jun-00 | 12864 NEW YORK INSTITUTE OF | 201045 | 2,400.00 | 116 KDOMENEY |
| 17-Jul-00 | 13300 NEW YORK INSTITUTE OF | 201045 | 2,400.00 | 77 KDOMENEY |
| 7-Jun-00 | 7950158 NEW YORK/STATE DEPT OF LAW | 37365 | 958.81 | 70 KDOMENEY |
| 16-Jun-00 | 585580 NEXCOM | 287813 | 2,250.00 | 104 KDOMENEY |
| 30-Jun-00 | 5407320560352402-6 NORSTAN CONSULTING | 648214 | 2,200.00 | 94 SYOHANNE |
| 17-Apr-00 | 28966 NORTHERN TELECOM | 6882 | 314.86 | 124 KDOMENEY |
| 6-Jun-00 | 39303 NORTHROP GRUMMAN CORPORATION | 216022 | 948 | 118 PJANAKES |
| 2-Aug-00 | 10080 GM TECHNOLOGY | 716556 | 1,495.00 | 61 PJANAKES |
| 4-May-00 | W/RE 05/04/00 ORACLE CORPORATION | 10016 | 1,232.80 | 151 DDROCCHI |
| 17-Feb-00 | 2588098 OREGON HEALTH & SCIENCES | 20990 | 307.39 | 188 MFMORALE |
| 29-Oct-99 | 299861 PARAMETRIC TECHNOLOGY | 15667 | 366.77 | 179 PJANAKES |
| 30-Jun-00 | 2009359 PARAMETRIC TECHNOLOGY | 15657 | 2,209.59 | 09 JBUCHER |
| 26-Jun-00 | 41368 PARSONS BRINCKERHOFF INC | 220808 | 2,270.00 | 38 KDOMENEY |
| 30-Jun-00 | 419352 PARTNERS HEALTHCARE SYSTEMS | 23484 | 122 | 94 KDOMENEY |
| 7-Jul-00 | 98700 PARTY CITY | 286099 | 400 | 88 RKLOTZ |
| 3-Feb-00 | ACH/02/03/00 PCWARE | 209940 | 1,230.25 | 207 DLANDSAW |
| 27-Apr-00 | 6383 PENGUIN COMPUTING LLC | 695190 | 245.22 | 154 MFMORALE |
| 8-May-00 | 100000 PENGUIN COMPUTING LLC | 695150 | 156.31 | 147 PJANAKES |
| 18-Feb-00 | 218806 PENNSYLVANIA STATE UNIV | 9848 | 697.52 | 227 JBUCHER |
| 1-May-00 | 104007 PERKIN ELMER CORPORATION | 5972 | 1,650.00 | 154 JBALMER |
| 21-Jun-00 | 5489 PERKIN ELMER CORPORATION | 5972 | 163.8 | 103 DLANDSAW |
| 30-Jun-00 | 735035 PORT AUTHORITY OF NEW YORK & | 16430 | 1,450.00 | 94 KDOMENEY |
| 14-Feb-00 | 117414 PORTA SYSTEMS CORPORATION | 280218 | 225.82 | 186 MFMORALE |

Confidential - Pursuant to Protective Order

NDCA-ORCL 3041982

PA/UB0/C80/3-36971
PA/UB0/C80/3-35971
PA/UB0/C80/3-2770
SUP/
SUP/
SUP/
SUP/0G25 INV#9813902(875)- DO
SUP/ DUP PAY - INV'S 40036957
SUP/
Supl/
SUP/INV 4003302 CM-
PA/0/FE/C56/3-18980 CM 6065753
B4P/0DUP-PAY - INV-4 4003665
SUP/0F17
PA/GED/M70/3-30469/CM 6094888
PA/C/NX/88/5/3-10559 CREDT
ROY/ ROYALTY REPORT - FAX TO
ROY/ ROYALTY REPORT - FAX TO
SUP/ CM 121084950
SUP/ OVERPAYMENT/INV 40043879
NO REMIT INFO - OLD WESTBURY.
NRI - OLD WESTBURY, NY, REF PO
PA/0/BK/C80/3-31716 per MEURCH
NO REMIT INFO - NORFOLK,VA
CM ON INV#140-635-1
SUP/ OVERPAYMENT/INV
NO FURTHER REMIT INFO - PHONE
NRI - NEW YORK, NY
BAN CARD DEPOSIT/NEED CC AND
LIC/NZR-DMD CM INV 1240503
PA/C/NX/M59/3-29456 'cm
ROY/ FAX TO GIGI
NO REMIT INFO - NEW YORK, NY
NRI - SOUTH PORTLAND, ME, REF
EDU/ Rockaway, NJ, inv ref
PA/GEO/G59
LIC/NZR-DMD. CM INV 1257462
NO FURTHER REMIT INFO - PHONE
DEFERRED/ PAYM'HE26 9/17/00
NO REMIT TO INFO
PA/C/NY/C27 CM ON INV#6100466
NRI - NEW YORK, NY
LIC/I/09/OVERPAY

10/06/2000

Confidential - Pursuant to Protective Order

NDCA-ORCL 3041983

Sheet6

| Date | Number | Company | No. | Amount | Code |
|---|---|---|---|---|---|
| 12-Apr-00 | 18262 | PORTA SYSTEMS CORPORATION | 280218 | 700.95 | 473 MFMORALE |
| 20-May-00 | 15491 | PRAXAIR INC. | 210903 | 2,931.92 | 111 OFARDANE |
| 19-May-99 | | PRAXAIR INC. | 253034 | 250 | 186 MFMORALE |
| 6-Apr-00 | 4799284021270963-2 | PRAXAIR SURFACE TECHNOLOGIES | 1074 | 1,840.00 | 125 JESALVAT |
| 6-Apr-00 | 024495 | PRC INC | | 630 | 97 PJANAKES |
| 20-Jun-00 | 36875 | PRECISION RESPONSE | 202966 | 1,420.43 | 217 JBUCHER |
| 8-Dec-99 | 107,1832 | PRICEWATERHOUSE COOPERS | 609909 | 1,778.42 | 61 JATEWS |
| 16-Jun-00 | 12204 | PRIVASEEK | 695947 | 297.43 | 111 NNENON |
| 30-May-00 | 3787330050731009-12 | PROCTER & GAMBLE | 15634 | 2,628.00 | 199 RROBERTS |
| 23-Jun-00 | 3088968 | PROCTER & GAMBLE | 45624 | 2,001.70 | 401 RROBERTS |
| 27-Mar-00 | 599837 | RAYTHEON COMPANY | 59 | 104.05 | 199 PJANAKES |
| 3-Apr-00 | 49330 | REMSTAR INTERNATIONAL | 249819 | 433.15 | 179 PJANAKES |
| 12-Jul-00 | 2276172 | RESEARCH FOUNDATION OF STATE | 219225 | | 112 KDOMENEY |
| 5-Jun-00 | 4848 | REVERE GROUP | 225127 | 500 | 119 PJANAKES |
| 1-May-99 | 10046 | RHINEHART ENGINEERING | 581270 | 283 | 529 JSSILVA |
| 10-Jul-00 | 521 | RIO SYSTEMS INTERNATIONAL | 326512 | 245 | 84 JBUCHER |
| 5-Jun-00 | 1435005 | RIVERSIDE HEALTH SYSTEMS INC | 385379 | 158.75 | 103 KEDWARDS |
| 28-Sep-99 | 3197882 | ROCKWELL COLLINS INC | 279761 | 2,717.90 | 158 JBUCHER |
| 25-Jan-00 | 6105407 | ROCKY MOUNTAIN | 289738 | 611.51 | 251 MAANDERS |
| 22-Dec-99 | 72300 | ROSS SYSTEMS INC | 5354 | 2,733.50 | 168 MAANDERS |
| 22-May-00 | 94675 | ROSS SYSTEMS INC | 5354 | 1,488.96 | 168 JSSILVA |
| 2-May-00 | 3020367 | ROYAL & SUNALLIANCE | 575441 | 912.98 | 61 JBUCHER |
| 31-Jul-00 | 28216 | SALANT CORPORATION | 340881 | 2,000.00 | 63 KDOMENEY |
| 7-Feb-00 | 460 | | | 692.52 | 238 JBUCHER |
| 17-Feb-00 | WIRE 02/17/00 | | | 442.95 | 228 JBUCHER |
| 18-Feb-00 | ACH 02/18/00 | | | 1,382.24 | 227 KEDWARDS |

10/06/2000

Confidential - Pursuant to Protective Order

NDCA-ORCL 3041984

Sheet6



10/06/2000

Confidential - Pursuant to Protective Order

NDCA-ORCL 3041985

Sheet6

| Code | Date | Reference | Description | Inv # | Amount | ID |
|---|---|---|---|---|---|---|
| | 25-Apr-00 | 2096 | | | 209.3 | 160 JBUCHER |
| | 15-May-00 | 21702730 | | | 940.8 | 140 PJANKES |
| | 19-May-00 | ACH 05/19/00 | | | 650.25 | 136 JBUCHER |
| | 13-Jun-00 | 278 | | | 100 | 111 PJANKES |
| | 13-Jun-00 | 802 | | | 100 | 111 PJANKES |
| | 13-Jun-00 | 147 | | | 100 | 111 PJANKES |
| | 13-Jun-00 | 7201 | | | 100 | 111 PJANKES |
| | 15-Jun-00 | 129335 | | | 1,481.00 | 109 PJANKES |
| | 17-Jul-00 | 206 | | | 636 | 77 PJANKES |
| | 20-Jul-00 | 1200292 | | | 122.1 | 74 PJANKES |
| | 21-Jul-00 | 36965 | | | 1,462.00 | 73 PJANKES |
| | 27-Jul-00 | 1649 | | | 687.88 | 67 PJANKES |
| WF | 2-Aug-00 | 9311703 | | 21228 | 100 | 61 PJANKES |
| WF | 6-Dec-99 | 378350276981001-17 FPL | | 610884 | 1,320.00 | 38 CDELGADI |
| WF | 7-Jun-99 | 4487932020008302-1 JAMAICA PUBLIC SERVICE | | 249915 | 1,320.00 | 38 CDELGADI |
| WF | 1-May-00 | 3782931113341076-25 INTEGRATED DESIGN INC | | 753106 | 100.7 | 69 LPUETZ |
| WF | 18-May-00 | 5437000289310976-1 JOE PETER | | 20989 | 750.75 | 137 JBUCHER |
| WF | 28-Dec-99 | 4716300007550075-2 US AIR FORCE ACADEMY | | 211607 | 1,908.00 | 256 JBUCHER |
| WF | 28-Feb-00 | 412800320426881-23 SELF | | 26680 | 752.5 | 216 JBUCHER |
| LEGAL | 1-Mar-99 | 37773 MCKESSON CORPORATION | | | 2,000.00 | 404 AFRYER |
| WF | 15-May-00 | 619200 PIONEER STANDARD ELECTRONICS | | 210415 | 600.96 | 140 SYOHANNE |
| WF | 15-Mar-00 | 61648 PIONEER STANDARD ELECTRONICS | | 210415 | 2,112.00 | 101 JBUCHER |

Confidential - Pursuant to Protective Order

NDCA-ORCL 3041986

10/06/2000

Sheet6

| | |
|---|---|
| RESERVE/NO REMIT INFO - MEDIA | |
| | |
| RESERVE/WIRE IS FROM--NW ACCT | |
| | |
| LOCKER DEPOSIT - EMPLOYEE | |
| LOCKER DEPOSIT - EMPLOYEE | |
| EMPLOYEE LOCKER DEPOSIT OF | |
| EMPLOYEE LOCKER DEPOSIT - | |
| | |
| NRI - REF. JAY SHIVELEY - PH | |
| GL 0104/52*5 | |
| EDU/ | |
| EDU/ RES/REFUND INVC | |
| LIC/UAG/CM-INV#1280220 | |
| EDU/ CM INV 1290428 | |
| EDU/ cm i#1229385, reap to | |
| EDU/ | |
| DEFERRED LEGAL **DO NOT | |
| cm on inv#1268662 | |
| VAD/ cm i# 1241297 | |

Page 114

10/06/2000

Confidential - Pursuant to Protective Order

NDCA-ORCL 3041987