# EXHIBIT 41

Releas

Oracle Receivables™ User's Guide Volume 1

NDCA-ORCL 048135

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



# Glossary

**2-way matching** The process of verifying that purchase order and invoice information matches within accepted tolerance levels. Receivables uses the following criteria to verify two-way matching:

Invoice price <= Order price
Quantity billed <= Quantity ordered

**3-way matching** The process of verifying that purchase order, invoice, and receiving information matches within accepted tolerance levels. Receivables uses the following criteria to verify three-way matching:

Invoice price <= Purchase Order price
Quantity billed <= Quantity ordered
Quantity billed <= Quantity received

**4-way matching** The process of verifying that purchase order, invoice, and receiving information matches within accepted tolerance levels. Receivables uses the following criteria to verify four-way matching:

Invoice price <= Order price
Quantity billed <= Quantity ordered
Quantity billed <= Quantity received
Quantity billed <= Quantity accepted

**Account segment** One of up to 30 different sections of your Accounting Flexfield, which together make up your general ledger account code. Each segment is separated from the other segments by a symbol you choose (such as –, /, or \). Each segment typically represents an element of your business structure, such as Company, Cost Center or Account.

**Account segment value** A series of characters and a description that define a unique value for a particular value set.

**Accounting Flexfield** The code you use to identify a general ledger account in an Oracle Financials application. Each Accounting Flexfield segment value corresponds to a summary or rollup account within your chart of accounts.

**Accounting Flexfield structure** The account structure you define to fit the specific needs of your organization. You choose the number of segments, as well as the length, name, and order of each segment in your Accounting Flexfield structure.

NDCA-ORCL 048657

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

**Accounting Flexfield value set** A group of values and attributes of the values. For example, the value length and value type that you assign to your account segment to identify a particular element of your business, such as Company, Division, Region, or Product.

**accounting rule start date** The date Oracle Receivables uses for the first accounting entry it creates when you use an accounting rule to recognize revenue. If you choose a variable accounting rule you need to specify a rule duration to let Oracle Receivables know how many accounting periods to use this accounting rule.

**accounting rules** Rules that Receivables AutoInvoice uses to specify revenue recognition schedules for your transactions. You can define an accounting rule where revenue is recognized over a fixed or variable period of time. For example, you can define a fixed duration accounting rule with monthly revenue recognition for a period of 12 months.

**accrual accounting** An accounting method you use to recognize revenue when you create invoices.

**address validation** The type of validation you want the system to use for your address, if you are not using a flexible address format for validation. You can implement address validation at three levels: Error, No Validation, or Warning. 'Error' ensures that all locations exist for your address before it can be saved. 'Warning' displays a warning message if a tax rate does not exist for this address (allows you to save the record). 'No Validation' does not validate the address.

**adjustment** A Receivables feature that allows you to increase or decrease the amount due of your invoice, debit memo, chargeback, deposit or guarantee. Receivables lets you create manual or automatic adjustments.

**aging buckets** Time periods you define to age your debit items. Aging buckets are used in Aged Trial Balance reports to see both current and outstanding debit items. For example, you can define an aging bucket that includes all debit items that are 1 to 30 days past due.

**applied** Payment in which you record the entire amount as settlement for one or more debit items.

**approval limits** Limits you assign to users for adjustment entry. Receivables enforces the limits that you define here as your users enter receivables adjustments. When users enter adjustments that are within their approval limit, Receivables automatically approves the adjustment. When users enter adjustments outside their approval limit, Receivables assigns a status of pending to the adjustment.

**archive** To store historical transaction data outside your database.

NDCA-ORCL 048658

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

**assignment** A rule governing how FlexBuilder fills in your key flexfield segments. Oracle Applications usually provides default assignments, and you can define additional assignments or modify the default, depending on the application. You assign parameters to key flexfield segments. You can assign one parameter to an entire key flexfield structure, or several different parameters to individual segments of a key flexfield structure. You can also assign a constant value to a key flexfield segment. Assignments can be conditional on parameter values. See also *derived parameter, function, parameter (FlexBuilder), raw parameter.*

**AutoAccounting** A Receivables feature that lets you determine how the Accounting Flexfields for your revenue, receivable, freight, tax, unbilled receivable and unearned revenue account types are created.

**AutoAdjustment** A Receivables feature used to automatically adjust the remaining balances of your invoices, debit memos, and chargebacks that meet the criteria that you define.

**AutoAssociate** An option that allows you to specify whether you want Receivables to determine the customer using invoice numbers if the customer cannot be identified from either the MICR number or the customer number. Receivables checks the invoice numbers until they find a unique invoice number for a customer. Receivables then uses this invoice number to identify the customer. You can only use this feature if your bank transmits invoice numbers, and if the AutoLockbox Validation program can identify a unique customer for a payment using an invoice number. Otherwise, Receivables treats the payment as unidentified.

**AutoCash Rule** A Receivables feature that automatically applies receipts to a customer's open items according to the AutoCash rule set that you define. AutoCash Rules include: Apply to the Oldest Invoice First, Clear the Account, Clear Past Due Invoices, Clear Past Due Invoices Grouped by Payment Term, and Match Payment with Invoice.

**AutoCash Rule Set** A Receivables feature used to determine the order of the AutoCash Rules that you want Receivables to use. You also have the option to include discounts, finance charges, and in dispute items in your customer's open balance.

**AutoInvoice** A program that imports invoices, credit memos, and on account credits from other systems to Receivables.

Glossary - 3

NDCA-ORCL 048659

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

**automatic receipt** In addition to standard check processing, you can use the automatic receipt feature to automatically generate receipts for customers with whom you have predefined agreements. These agreements you transfer funds from the customer's bank account to yours on the receipt maturity date.

**AutoReduction** A feature in the list window that allows you to shorten a list so that you must scan only a subset of values before choosing a final value. Just as AutoReduction incrementally reduces a list of values as you enter additional character(s), pressing [Backspace] incrementally expands a list.

**AutoSelection** A feature in the list window that allows you to choose a valid value from the list with a single keystroke. When you display the list window, you can type the first character of the choice you want in the window. If only one choice begins with the character you enter, AutoSelection selects the choice, closes the list window, and enters the value in the appropriate field.

**BAI** An acronym for the Banking Administration Institute. This organization has recommended a common format that is widely accepted for sending lockbox data. See also *bank statement*

**balancing segment** An Accounting Flexfield segment that you define so that General Ledger automatically balances all journal entries for each value of this segment. For example, if your company segment is a balancing segment, General Ledger ensures that, within every journal entry, the total debits to company 01 equal the total credits to company 01.

**bank file** The bank file is the data file you receive from the bank which contains all of the payment information that the bank has deposited in your bank account.

**bank statement** A report sent from a bank to a customer showing all transaction activity for a bank account for a specific period of time. Bank statements report beginning balance, deposits made, checks cleared, bank charges, credits, and ending balance. Enclosed with the bank statement are cancelled checks, debit memos, and credit memos. Large institutional banking customers usually receive electronic bank statements as well as the paper versions.

**base amount** The amount that represents the denominator for the ratio used to determine the amount due. You specify your base amount when you define your payment terms.

Amount Due = Relative Amount/Base Amount * Invoice Amount

**batch sources** A source you define in Oracle Receivables to identify where your invoicing activity originates. The batch source also controls invoice defaults and invoice numbering. Also known as **invoice batch sources.**

**beginning balance** The beginning balance is the balance of the transaction item as of the beginning GL Date that you have specified. This amount should be the same as the Outstanding Balance amount of the Aged Trial Balance – 7 Buckets Report where the As Of Date is the same as the beginning GL Date.

NDCA-ORCL 048660

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

bill in advance  An invoicing rule that enables you to recognize your receivable immediately for invoices that span more than one accounting period.

bill in arrears  An invoicing rule that enables you to recognize the receivable at the end of the revenue recognition schedule for invoices that span more than one accounting period.

Bill of Exchange  An agreement made with your customer promising to pay you a specified amount on a specific date (called the maturity date).  This process involves the transfer of funds from your customer's bank account to your bank account.

Bill To Address  The address of the customer who is to receive the invoice.  Equivalent to Invoice To Address in Oracle Order Entry.

Bill To Site  A customer location to which you have assigned a Bill–To business purpose. You can define your customer's bill–to sites in the Customers windows.

business purpose  The business reason you have for communicating with a customer's address.  For example, you would assign the business purpose of 'Ship To' to an address if you ship to that address.  If you also send invoices to that address, you could also assign the business purpose Bill To.

call actions  Actions that you record and plan to take as a result of a call with a customer. Examples of actions that you might note for future reference include creating a credit memo, excluding a customer from dunning, or alerting another member of your staff of an escalated issue.

call topics  Each call may have many points or topics of discussion.  Examples include invoice, debit memo, invoice lines, and customer problems.

cash basis  An accounting method you use to recognize revenue at the time you receive payment for an invoice.

cash basis of accounting  An accounting method in which you only recognize an expense when you incur the expense.  With the Cash Basis of Accounting, Receivables only creates journal entries for invoice payments.

chargebacks  A new debit item that you assign to your customer when you close an existing, outstanding debit item.

child segment value  A detail–level segment value that is part of a parent segment value. See also parent segment value

chart of accounts structure  A classification of account segment values that assigns a particular range of values a common characteristic.  For example, 1000 to 1999 might be the range of segment values for assets in the account segment of your accounting flexfield.

columns  Oracle7 Tables consist of columns. Each column contains one type of information.  The format to indicate tables and columns is: (TABLE_NAME.COLUMN_NAME).

NDCA-ORCL 048661

CONFIDENTIAL–SUBJECT
TO PROTECTIVE ORDER

commitment  A contractual guarantee with a customer for future purchases; usually with deposits or prepayments. You can then create invoices against the commitment to absorb the deposit or prepayment. Receivables automatically records all necessary accounting entries for your commitments. Oracle Order Entry allows you to enter order lines against commitments.

complete invoice  An invoice whose status is Complete. In order for an invoice to have a status of Complete, the invoice total must be greater than or equal to zero, have at least one invoice line, revenue records must exist for each line, revenue records for each line must add up to the line amount, and a tax and sales credit record must exist for each line. It is only after you complete the invoice that your customer's balance will be updated.

compound tax  A method of calculating tax on top of other tax charges. You can create compound taxes in the Transaction window or with AutoInvoice.

concurrent manager  A unique facility that manages many time-consuming, non-interactive tasks within Oracle Applications for you, so you do not have to wait for their completion. When you submit a request in Oracle Applications that does not require your interaction, such as releasing shipments or running a report, the Concurrent Manager does the work for you, enabling you to complete multiple tasks simultaneously.

concurrent process  A non-interactive task that you request Oracle Applications to complete. Each time you submit a non-interactive task, you create a new concurrent process. A concurrent process runs simultaneously with other concurrent processes (and other interactive activities on your computer) to help you complete multiple tasks at once.

concurrent processing  Allows a single processor to switch back and forth between different programs.

concurrent queue  A list of concurrent requests awaiting completion by a concurrent manager. Each concurrent manager has a queue of requests waiting to be run. If your system administrator sets up your Oracle Application to have simultaneous queuing, your request can wait to run in more than one queue.

concurrent request  A request to Oracle Applications to complete a non-interactive task for you. You issue a request whenever you submit a non-interactive task, such as releasing a shipment, posting a journal entry, or running a report. Once you submit a request, Oracle Applications automatically takes over for you, completing your request without further involvement from you or interruption of your work.

NDCA-ORCL 048662

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

contact  A representative who is responsible for communication between you and a specific part of your customer's company. For example, your customer may have a shipping contact person who handles all questions regarding orders shipped to that address. Receivables lets you enter contacts for your customers, addresses and business purposes.

contact role  A responsibility that you associate to a specific contact. Receivables provides 'Bill To', 'Ship To', and 'Statements,' but you can enter additional responsibilities.

context field value  A response to your context field prompt. Your response is composed of a series of characters and a description. The response and description together provide a unique value for your context prompt, such as 1500, Journal Batch ID, or 2000, Budget Formula Batch ID. The context field value determines which additional descriptive flexfield segments appear.

context response  See context field value.

context segment value  A response to your context-sensitive segment. The response is composed of a series of characters and a description. The response and description together provide a unique value for your context-sensitive segment, such as Redwood Shores, Oracle Corporation Headquarters, or Minneapolis, Merrill Aviation's Hub.

context-sensitive segment  A descriptive flexfield segment that appears in a second pop-up window when you enter a response to your context field prompt. For each context response, you can define multiple context segments, and you control the sequence of the context segments in the second pop-up window. Each context-sensitive segment typically prompts you for one item of information related to your context response.

control file  A file used by SQL*Loader to map the data in your bank file to tables and columns in the Oracle7 database. You must create one control file for each different bank file you receive, unless some or all of your banks use the exact same format.

conversion  Converts foreign currency transactions to your functional currency.

corporate exchange rate  An exchange rate you can optionally use to perform foreign currency conversion. The corporate exchange rate is usually a standard market rate determined by senior financial management for use throughout the organization.

credit items  Any item you can apply to an open debit item to reduce the balance due for a customer. Receivables includes credit memos, on account credits, and unapplied and on account cash as credit items. Credit items remain open until you apply the full amount to debit items.

credit memo  A document which partially or fully reverses an original invoice. You can create credit memos through the Receivables Enter Credit Memos form or through AutoInvoice.

credit memo reasons  Standard explanations as to why you credit your customers. (Receivables QuickCode) See also return reason.

NDCA-ORCL 048663

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

cross site and cross customer receipts
Receipts that you apply across customers and sites and are fully applied. Each of these receipts appears on the statements of the customer site that owns the receipt. The invoice(s) to which you have applied a cross receipt appear on the statement of the customer or site that owns the invoice.

customer address  A location where your customer can be reached. A customer may have many addresses. You can also associate business purposes with addresses.

customer bank  A bank account you define when entering customer information to allow funds to be transferred from these accounts to your remittance bank accounts as payment for goods or services provided. See also *remittance bank*

customer business purpose  See *business purpose*

customer contact  A specific customer employee with whom you communicate. Receivables lets you define as many contacts as you wish for each customer. You can also define contacts for an address and assign previously defined contacts to each business purpose.

customer interface  A program that transfers customer data from foreign systems into Receivables.

customer interface tables  A series of two Oracle Receivables tables from which Customer Interface inserts and updates valid customer data into your customer database.

customer merge  A program that merges business purposes and all transactions associated to that business purpose for different sites of the same customer or for unrelated customers.

customer number  A number you assign to your customers to uniquely identify them. A customer number can be assigned manually or automatically, depending on how you setup your system.

customer phone  A phone number that is associated with a customer. You can also assign phone numbers to your contacts.

customer profile  A method used to categorize your customers based on credit information. Receivables uses credit profiles to assign statement cycles, dunning letter cycles, salespersons, and collectors to your customers. You can also decide whether you want to charge your customers interest. Oracle Order Entry uses the order and total order limits when performing credit checking.

customer profile class  A category for your customers based on credit information, payment terms, currency limits and correspondence types.

customer relationship  An association that exists between customers which allows you to apply payments to related customers, apply invoices to related customer's commitments, and create invoices for related customers.

NDCA-ORCL 048664

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

customer response  Explanations, comments, or claims customers make during conversation with the collector regarding the call reason.

customer site  A site where a customer is located. Each customer may have more than one site. A site name can more easily identify a customer address, making invoice and order entry quicker. See also *location*.

customer status  The Active/Inactive flag you use to inactivate customers with whom you no longer do business. If you are using Oracle Order Entry, you can only enter orders, agreements, and returns for active customers, but you can continue to process returns for inactive customers. If you are using Receivables, you can only create invoices for active customers, but you can continue collections activities for inactive customers.

cutoff day  The day that is used to determine when an invoice with proxima payment terms is due. For example, if it is January and the cutoff day is the 10th, invoices dated before January 10 are due in February and invoices dated after January 10 are due in March.

database table  A basic data storage structure in a relational database management system. A table consists of one or more units of information (rows), each of which contains the same kind of values (columns). Your application's programs and windows access the information in the tables for you. See also *customer interface tables*

debit items  Any item that increases your customer's balance. Receivables includes invoices, debit memos, and chargebacks as debit items. Debit items remain open until the balance due is 0.

debit memo reversal  A reversal of a payment which generates a new debit memo, instead of reopening old invoices and debit memos.

debit memos  Debits that you assign to your customer for additional charges that you want to collect. You may want to charge your customers for unearned discounts taken, additional freight charges, taxes, and finance charges.

demand class  A category you can use to segregate scheduled demand and supply into groups, so that you can track and consume the groups independently. You can define a demand class for a very important customer or a group of customers, such as distributor. (Manufacturing QuickCode)

deposit  A type of commitment whereby a customer agrees to deposit or prepay a sum of money to be used for the future purchase of goods and services.

derived parameter  A parameter that FlexBuilder uses that is determined from raw or other derived parameters, from key flexfield segments, qualifiers, or value sets, or from a constant. Derived parameters can be dependent on the value of another parameter (raw or derived). Oracle Applications provides some derived parameters and you can define additional derived parameters. See also *assignment, function, parameter (FlexBuilder), raw parameter.*

NDCA-ORCL 048665

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

**Descriptive Flexfield** A field that your organization can extend to capture extra information that is otherwise not tracked by Oracle Applications. A Descriptive Flexfield appears on your form as a single character, unnamed field. Your organization can customize this field to capture additional information that is necessary and unique to your business.

**direct debit** An agreement made with your customer to allow the transfer of funds from it's bank account to your bank account. The transfer of funds occurs when the bank receives a document or tape containing the invoices to be paid.

**discount** (Order Entry) A reduction of the list price of an item. In Oracle Order Entry, you can associate discounts with price lists and apply them either automatically or manually to an order or order line.

**distribution set** A predefined group of general ledger accounting codes that would determine the debit accounts for other receipt payments. Receivables lets you relate distribution sets to receivables activities to speed data entry.

**document category** A document category is used to split transactions into logical groups. You can assign a different sequence to each category and by doing so separately number each logical group. Each category is associated with a table. When you assign a sequence to a category, the sequence numbers the transactions in that table. Receivables lets you set up categories for each type of transaction, receipt and adjustment.

**document sequence** Used to uniquely number documents created by Receivables. A Document Sequence has a sequence name, initial value and a type of automatic or manual.

**domestic transaction** Transactions between registered traders in the same EU (European Union) country. Domestic transactions have VAT charged on goods and services with different countries applying different VAT rates to specific goods and services. See also *external transaction, EU*

**document sequence number** A number that is manually or automatically assigned to your documents to provide an audit trail. For example, you can choose to sequentially number invoices in Receivables or journal entries in General Ledger.

**dunning letter set** A group of dunning letters which you can assign to your customer's credit profile.

**dunning letters** A letter that you send to your customers to inform them of past due debit items. Receivables lets you specify the text and format of each letter. You can choose to include unapplied and on-account payments.

**dynamic insertion** An Oracle Applications feature that lets you automatically create new key flexfield combinations when you enter transactions or customers. If you do not use dynamic insertion, you can only create new key flexfield combinations using the various flexfield setup forms.

**NDCA-ORCL 048666**

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**

**earned discounts**  Discounts your customers are allowed to take if they pay for their invoices on or before the discount date. Receivables takes into account any discount grace days you assign to this customer's credit profile. For example, if the discount due date is the 15th of each month, but discount grace days is 5, your customer must pay on or before the 20th to receive the earned discount. Discounts are determined by the terms you assign to an invoice during invoice entry. Receivables differentiates between earned and unearned discounts. An earned discount is a discount you give to a customer who pays on or before the discount date or within the discount grace period. For example, a customer may earn a 2% discount off the original invoice if payment is received within 10 days. Receivables lets you decide whether to allow unearned discounts. If you allow unearned discounts, Receivables lets you give a customer the unearned discount if the customer pays after the discount date or after the discount grace day period. Receivables defaults the discount taken to zero if the discount is unearned. If the discount is earned, Receivables defaults discount taken to the amount of the earned discount. Receivables lets you override the discount taken amount during payment entry and warns you if you are taking an unearned discount.

**ending balance**  The ending balance represents the balance of the transaction item as of the ending GL Date that you have specified. This column should be the same as the Outstanding Balance of the Aged Trial Balance – 7 Buckets Report for this transaction item.

**EU**  European Union, is a single European market where customs and tariff barriers between member states have been removed.

**exchange rate**  A rate that represents the amount in one currency that you can exchange for another at a particular point in time. You can enter and maintain daily exchange rates for Receivables to use to perform foreign currency conversion. Receivables multiplies the exchange rate times the foreign currency to calculate the functional currency.

**exchange rate type**  A specification of the source of an exchange rate. For example, a user exchange rate or a corporate exchange rate. See also *corporate exchange rate, spot exchange rate*.

**export**  To move archive data to a different storage device.

**external transaction**  Transactions between an EU (European Union) trader and a vendor or customer located in a non–EU country. Customers and sites in Non–EU countries are tax exempt and should have a zero tax code assigned to all invoices. See also *domestic transaction, EU*

**factoring**  The process by which you sell your accounts receivable to a financial institution in return for cash. The financial institution charges a fee for factoring.

**feeder program**  A custom program you write to transfer your transaction information from an original system into Oracle Application interface tables. The type of feeder program you write depends on the environment from which you are importing data.

Glossary – 11

NDCA-ORCL 048667

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

field type  Each record you import is divided into regions, and each region holds a different piece of information. Receivables calls these regions "fields", and provides you with a list of the types of fields that can be interfaced through AutoLockbox.

finance charges  Additional charges that you assign to your customers for past due items. You specify whether you want to charge your customers finance charges through their customer profiles. Finance charges can be included on your customer's statements and dunning letters.

fiscal year  Any yearly accounting period without regard to its relationship to a calendar year.

flat file  A file where the data is unformatted for a specific application.

flat tax  A specific amount of tax, regardless of the amount of the item. There is no rate associated with flat taxes. Flat taxes are charged on items such as cigarettes, gasoline and insurance.

FlexBuilder  A feature that provides Oracle Applications with the ability to construct Accounting Flexfield combinations automatically using customized construction criteria.

flexfield segment  One of the sections of your key flexfield, separated from the other sections by a symbol you define (such as -./, or \). Each segment typically represents an element of your business, such as cost center, product, or account.

flexible address format  Oracle Applications allows you to enter an address in the format most relevant for the country of your customer, supplier, bank or remit-to site. This is done by using descriptive flexfields to enter and display address information in the appropriate formats. The descriptive flexfield opens if the country you enter has a flexible address style assigned to it, allowing you to enter an address in the layout associated with that country.

FOB (Free On Board)  The point or location where the ownership title of goods is transferred from the seller to the buyer. (Receivables QuickCode)

folder  A flexible entry and display window in which you can choose the fields you want to see and where each appears in the window.

follow up date  The date when you plan to perform a subsequent action. Examples include a date that you specify for verifying that you have received payment or a date that you note for calling the customer again.

foreign currency  A currency that you define for your set of books for recording and conducting accounting transactions in a currency other than your functional currency. See also *exchange rate, functional currency.*

NDCA-ORCL 048668

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

foreign currency conversion  A conversion of a foreign currency transaction, such as an invoice or a payment, into your functional currency. Receivables automatically performs this conversion whenever you enter an invoice or make a payment in a currency other than your functional currency.

Free On Board (FOB)  See *FOB*.

freight carrier  A commercial company used to send product shipments to your customers.

function  An AOL feature which uses parameters and assignments to build a key flexfield combination (identified by a CCID) for a particular key flexfield structure. Function names are always predefined. See also *assignment, derived parameter, parameter (FlexBuilder), raw parameter*.

functional currency  The principal currency you use to record transactions and maintain your accounting data for your set of books. You define the functional currency for each set of books within your organization. When you enter and pay an invoice in a foreign currency, Receivables automatically converts the foreign currency into your functional currency based on the exchange rate you define. Receivables creates journal entries for your multiple currency invoices and payments in both your foreign and functional currencies.

funds available  The difference between the amount you are authorized to spend and the amount of your expenditures plus commitments. You can track funds availability at different authority levels using the online funds available inquiry form.

general ledger date  The date used to determine the correct accounting period for your transactions. The Receivables posting program uses this date when interfacing revenue accounting transactions to your general ledger.

GL Date  The date used to determine the correct accounting period for your invoice and payment transactions. You assign a GL Date to your invoices during invoice entry and your payments during payment creation.

GL Date range  An accounting cycle which is defined by a beginning and ending GL Date.

guarantee  A contractual obligation to purchase a specified amount of goods or services over a predefined period of time.

hold  A feature that prevents an order or order line from progressing through the order cycle. You can place a hold on any order or order line.

import program  A program that imports your bank file from an external system into Receivables. Receivables is set up to work with SQL*Loader as the import program. Two sample SQL*Loader control files are included with Receivables to assist you in writing your own custom control file.

imported invoice  An invoice that is imported into Receivables through the AutoInvoice program.

incomplete invoice  An invoice whose status has not been changed to Complete or has failed validation.

NDCA-ORCL 048669

CONFIDENTIAL–SUBJECT
TO PROTECTIVE ORDER



input VAT The tax charge on the receipt of taxable goods and services (i.e. Tax on supplier invoices).

installment One of many successive payments of a debt. You specify how you want payments made when you define your payment terms.

installment number A number that identifies the installment for a specific transaction.

intraEU, taxed transaction Transactions between non-registered traders in different EU (European Union) countries. VAT must be charged to customers within the EU, if you do not know their VAT registration number. The Destination country and inventory item controls which VAT rate to use.

intraEU, zero rated transaction Transactions between registered traders in different EU (European Union) countries. An Intra–EU transaction is zero rated if and only if you know the customer's VAT registration number; otherwise, VAT must be charged on the invoice.

invoice A document that you create in Oracle Receivables that lists amounts owed for the purchases of goods or services. This document also lists any tax and freight charges.

invoice batch A group of invoices you enter together to ensure accurate invoice entry. Invoices within the same batch share the same batch source and batch name. Receivables displays any differences between the control and actual counts and amounts. An invoice batch can contain invoices in different currencies.

invoice date The date Receivables prints on an invoice. Receivables also use this date to determine the payment due date based on the payment terms you specify on the invoice. Receivables ensures that your invoice date always matches your general ledger date.

invoice number A number or combination of numbers and characters that uniquely identifies an invoice within your system. Usually generated automatically by your receivables system to avoid assigning duplicate numbers.

invoice split amount An amount that you determine which represents a breaking point in most your invoice amounts. For example, if your company generates invoices that are either $200 or over $400, then you choose a number between, like $300. When you run your Collection Effectiveness Indicators report you use this information to review how much of your outstanding receivables are over or under your invoice split amount. Receivables calculates counts, amounts, and averages above and below your split term amount.

invoicing rules Rules that Receivables uses to determine when you bill your invoices. You can bill In Advance or In Arrears.

Item Flexfield See *System Items Flexfield*.

Item Validation Organization The organization that contains your master list of items. You define it by setting the OE: Item Validation Organization profile option. See also *organization*.

job title How your contacts are known in their companies.

NDCA-ORCL 048670

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

**Journal Import** An General Ledger program that creates journal entries from transaction data stored in the General Ledger GL_INTERFACE table. Journal entries are created and stored in GL_BATCHES, GL_HEADERS and GL_LINES.

**jurisdiction code** An abbreviated address that is specific to a Tax Supplier and more accurate than a simple five digit zip code.

**key flexfield** An Oracle Applications feature you use to build custom fields used for entering and displaying information relating to your business. Receivables uses the following key flexfields:
    Accounting Flexfield
    Sales Tax Location Flexfield
    System Items Flexfield
    Territory Flexfield

**key indicators** A report that lists statistical receivables and collections information that lets you review trends and projections. Also an Oracle Applications feature you use to gather and retain information about your productivity, such as the number of invoices paid. You define key indicators periods, and Receivables provides a report which shows productivity indicators for your current and prior period activity.

**lamp** A one-word message that Oracle Applications displays in the message line of any window to notify you that a particular feature is available for a particular field.

**line ordering rules** You define line ordering rules for invoice lines that you import into Receivables using AutoInvoice. AutoInvoice uses these rules to order invoice lines when it groups the transactions it creates into invoices, debit memos, and credit memos.

**location** A shorthand name for an address. Location appears in address QuickPicks to let you select the correct address based on an intuitive name. For example, you may want to give the location name of 'Receiving Dock' to the Ship To business purpose of 100 Main Street.

**manual invoice** An invoice that is entered through the Transaction or Transactions Summary window.

**maturity date** A specific date that determines when funds for an automatic receipt can be transferred from your customer's bank account to your bank account.

**memo pad** Area where you write as many notes as you need regarding your conversation with the customer.

**message distribution** A line on the bottom of your form that displays helpful hints, warning message, and basic entry errors.

**message line** A line on the bottom of your form that displays helpful hints or warning messages when you encounter an error.

**MICR number** An MICR (Magnetic Ink Character Recognition) number identifies your customer to a bank. This number consists of two segments. The first segment is the Transit Routing number, which identifies the bank from which your customer draws their check. The second segment identifies your customer's account at that bank.

NDCA-ORCL 048671

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

minimum accountable unit  The smallest meaningful denomination of a currency (this might not correspond to the standard precision). While a currency may require a precision of three places to the right of the decimal point, .001 (one thousandth), the lowest denomination of the currency may represent 0.025 (twenty-five thousandths). Under this example, the Minimum Accountable Unit would be .025. Calculations in this currency would be rounded to .025 (the Minimum Accountable Unit), not .001 (the precision).

model invoice  An invoice that is used as a template to create your recurring invoices.

Natural Application Only  A Transaction Type parameter that, if enabled, does not let you apply a transaction to a debit item if the application will reverse the sign of the debit item (for example, from a positive to a negative item). Natural Application does not apply to chargebacks and adjustments. See *Overapplication*.

non-revenue sales credit  Sales credit you assign to your salespeople that is not associated to your invoice lines. This is sales credit given in excess of your revenue sales credit. See also *revenue sales credit*.

offset account  An offset account is used to balance journal entries in your General Ledger. For example, offsetting accounts for a guarantee are the Unbilled Receivables and the Unbilled Revenue accounts.

on account  Payments where you intentionally apply all or part of the payment amount to a customer without reference to a debit item. On account examples include prepayments and deposits.

on account credits  Credits that you assign to your customer's account that are not related to a specific invoice. You can create on account credits in the Transaction window or through AutoInvoice.

on account payment  The status of a payment of which you apply all or part of its amount to a customer without reference to a specific debit item. Examples of these are prepayments and deposits.

online processing  When, during the processing of a single process, no further input is allowed until the process is complete.

open batch  Status of a batch that is in balance, but contains unapplied or unidentified payments.

open items  Any item such as an invoice, debit memo, credit memo, chargeback, on account credit, on account payment, or unapplied payment whose balance due is not yet zero.

NDCA-ORCL 048672

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

Oracle7 tables  A table is a two–dimensional graphic representation of data consisting of columns and rows.  Categories of information are listed across the top of each table, while individual listings of information are listed down the left side.  In this format, you can readily visualize, understand, and use the information. Oracle Financials products use Oracle7 tables to store the information you need to run your business.

order date  The date upon which an order for goods or services is entered.

organization  A business unit such as a plant, warehouse, division, department, and so on.  Oracle Order Entry refers to organizations as warehouses on all Order Entry forms and reports.A business unit such as a company, division, or department.  Organization can refer to a complete company, or to divisions within a company.  Typically, you define an organization or a similar term as part of your account when you implement Oracle Financials.  See also *Item Validation Organization.*

original system  The external system from which you are transferring data into Receivables tables.

other receipts  A Receivables feature to record payments that you do not apply to debit items, such as refunds and interest income.

out of balance batch  Status of a batch when the control count or amount does not equal the actual count or amount.

output VAT  The tax charge on the supply of taxable goods and services (i.e. Tax on customer invoices).

Overapplication  A Transaction Type parameter that, if enabled, lets you apply a transaction to a debit item if it will reverse the sign of the debit item (for example, from a positive to a negative balance). Overapplication applies to debit items such as debit memos, deposits, guarantees, credit memos, and on–account credits.  See *Natural Application Only*

overflow record  An Overflow record is a type of bank file record that stores additional payment information that could not fit on the payment record.  Each Overflow record must have a payment record as a parent. Typically, an Overflow record will store additional invoice numbers and the amount of the payment to apply to each invoice.

parallel processing  Parallel processing allows segments of a program to be processed by different processors at the same time to reduce the overall time to complete the program.

parameter (FlexBuilder)  A parameter is a source of values that you can assign, directly or indirectly, to key flexfield segments using FlexBuilder in Oracle Applications.  See also *assignment, derived parameter, function.*

parameter (report)  See *report parameter.*

NDCA-ORCL 048673

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

**parent segment value** An Accounting Flexfield segment value that references a number of other segment values, referred to as children segment values. Receivables uses parent segment values for creating Accounting Flexfields that summarize others and for creating summary reports. An Accounting Flexfield segment value that references a number of other segment values, referred to as children segment values. Receivables uses parent segment values for creating Accounting Flexfields that summarize others and for creating summary reports. See also *child segment value*

**payment** Any form of remittance including checks, cash, money orders, credit cards, and Electronic Funds Transfer.

**payment application** This column represents the payments that were applied to the item within the GL Date range that you specified. If the transaction number corresponds to the item the payment was applied to, then the amount should be positive. If the transaction number is the payment itself, then the amount should be negative. The amount in this column should match the sum of the amounts in the Applied Amount, Earned Discount, and Unearned Discount columns of the Applied Payments Register Report.

**payment batch** A group of payments you enter together to help you ensure accurate payment entry. Payments within the same batch share the same batch source and batch name. Receivables displays any differences between the control and actual counts and amounts. A payment batch must contain payments in the same currency.

**payment format** An Oracle Receivables feature that allows you to make invoice payments using a variety of methods. You can disburse funds using checks, electronic funds transfers, and wire transfers. Receivables updates your scheduled payments the same way, regardless of which payment method you use. You can assign a payment method to suppliers, supplier sites; invoice scheduled payment lines, and payment formats. You can then assign one or more payment formats to a bank account. You can have multiple payment formats for each payment method. Receivables associates receipt class, remittance bank, and receipt account information with your receipt entries. You can define payment methods for both manual and automatic receipts.

**payment method** Associates receipt class, remittance bank and receipt account information with your receipt entries. You can define payment methods for both manual and automatic receipts.

**payment schedules** See *scheduled payment, and payment terms*. The due date and discount date for payment of an invoice. For example, the payment term '2% 10, Net 30' lets a customer take a two percent discount if payment is received within 10 days or pay the full invoice amount within 30 days of the invoice date.

**payment terms** The due date and discount date for payment of an invoice. For example, the payment term '2% 10, Net 30' lets a customer take a two percent discount if payment is received within 10 days, with the balance due within 30 days of the invoice date.

NDCA-ORCL 048674

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

precedence numbers  Precedence Numbers are used to determine how Receivables will compound taxes. The tax line with the highest precedence number will calculate tax on all tax lines with a lower precedence number.

primary customer information  Address and contact information for your customer's headquarters or principal place of business. Primary addresses and contacts can provide defaults during order entry.

primary role  Your customer contact's principle business function according to your company's terminology. For example, people in your company may refer to accounting responsibilities such as Controller or Receivables Supervisor.

primary salesperson  The salesperson that receives 100% of the sales credits when you first enter your order invoice or commitment.

print lead days  The number of days you subtract from the payment due date to determine the invoice date for each installment. You can only specify Print Lead Days when you are defining split payment terms.

profile option  A set of changeable options that affect the way your applications run. In general, profile options can be set at one or more of the following levels: site, application, responsibility, and user. Refer to the Receivables Profile Option appendix for more information.

promise date  Date on which the customer promises to pay.

proprietary account  An account segment value (such as 3500) assigned one of the five proprietary account types. The five types are Asset, Liability, Owner's Equity, Revenue, and Expense.

Proprietary account  An account that contains a proprietary account.

proprietary account type  Any of the five account types: Asset, Liability, Owner's Equity, Revenue, and Expense.

proprietary funds  A fund type that uses accounting and reporting techniques similar to commercial enterprises. Examples of proprietary funds include internal service funds, such as a central motor pool or central public works facility, and enterprise funds.

proxima payment terms  A payment term you define for invoices due on the same day each period, such as your credit card or telephone bills.

purge  A process where you identify a group of records for Receivables to delete from the database. Receivables purges each record and its related records. Receivables maintains summary data for each record it purges.

QuickCash  A Receivables feature that enables you to enter receipts quickly. After you use QuickCash to enter your receipts, you post your payment batches to your customer accounts with PostQuickCash.

NDCA-ORCL 048675

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

**QuickCodes**  Codes that you define for the activities and terminology you use in your business. For example, you can define QuickCodes for personal titles, so you can refer to people using titles you define.

**quota sales credits**  See *revenue sales credit, non-revenue sales credit.*

**raw parameter**  A parameter that FlexBuilder gets directly from a form or program in Oracle Applications. Some raw parameters you can assign directly to key flexfield segments; others you can use to derive other parameters. You cannot define raw parameters; Oracle Applications provides them for you. See also *assignment, derived parameter, function, parameter (FlexBuilder).*

**realized gain or loss**  For foreign currency entries, the realized gain or loss is the difference in your functional currency between the invoiced amount and the payment amount. The difference is caused by fluctuations in exchange rates between the invoice date and payment date. A realized gain exists if the payment in your functional currency is less than the invoiced amount. A realized loss exists if the invoiced amount in your functional currency is less than the amount of the payment.

**reasons**  Standard definitions that you can customize to clarify your adjustment entries, debit memos, customer responses, invoices, credit memos, payment reversals and on account credits from Invoice Interface. Use reasons to improve the quality of your reporting.

**receipt batch source**  A name that you use to refer to how your company accounts for receipts. Receipt batch sources relate your receipt batches to both the bank and the accounting information required for recording and posting your receipts.

**receipt class**  Automatic receipt processing steps that you relate to your payment methods. You can choose whether to confirm, remit and clear automatic receipts.

**receipt grace days**  A number of grace days that you assign to your customers and sites to effectively extend the due dates for their outstanding debit items.

**receipt source**  Your name for a source from which your company receives cash. Your receipt sources determine the accounting for payments that are associated with them. Receipts that you deposit in different banks belong in different payment sources.

**receipts**  These include applied and unapplied receipts entered within the GL date range that you specified. If the receipt is applied within the GL date range that you specified, it will appear in the Applied Receipts register, otherwise it will appear in the Unapplied Receipt Register. See *Cross Site and Cross Customer Receipts.*

**receivable activities**  Predefined Receivables activities used to define the general ledger accounts with which you associate your receivables activities

NDCA-ORCL 048676

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

receivables activity name  A name that you use to refer to a receivables activity. You use your receivables activities during the setup process to create accounting distributions for payments, other receipt payments, receivables adjustments, discounts, receivables accounts, and finance charges.

reciprocal customer relationship  An equal relationship shared between two customers. Both customers can enter invoices against each others commitments as well as pay off each others debit items.

reconciliation  Reconciliation is an analysis which explains the difference between two balances. If you are using the Reconcile Receipts form, reconciled payments have an associated cleared date and amount. If you are using Cash Management to reconcile receipts, payments are reconciled when they are matched to a bank statement line. The rollforward formula is the following: beginning balance + sale and payment (invoices, credit memos, debit memos, deposits, guarantees, payments and reversed payments entered with GL Dates within the specified GL Date range)+ adjustments (entered with GL Dates within the specified GL Date range – credit memo application (CM applications entered with GL Dates within the specified GL Date range) – payment application (CASH applications entered with GL Dates within the specified GL Date range) = Ending Balance

recurring invoice  A Receivables feature you use to create invoices for an expense which occurs regularly and is not usually invoiced. Monthly rents and lease payments are examples of typical recurring payments. You define recurring invoice templates, and Receivables lets you define recurring invoices using these templates. See also *recurring rule.*

recurring rule  A rule that is applied to the model invoice to determine the invoice dates of the recurring invoices. You can choose Annually, Bi-Monthly, Days, Monthly, Quarterly, Semi-Annually, Single Copy, and Weekly.

recurring schedule  A schedule used to determine the number of recurring invoices created. You specify the recurring rule and number of recurring invoices you want to create.

relationship  An association you can create between two or more customers in Receivables to make payment applications easier. See also *reciprocal customer relationship.*

relative amount  The amount that represents the numerator for the ratio used to determine the amount due. You specify your relative amount when you define your payment terms.

Amount Due = Relative Amount/Base Amount * Invoice Amount

remit to addresses  The address to which your customers remit their payments.

remittance bank  The bank in which you deposit your receipts.

report  An organized display of Oracle Applications information. A report can be viewed online or sent to a printer. The content of information in a report can range from a summary to a complete listing of values.

report headings  A descriptive section found at the top of each report giving general information about the contents of the report.

report option  See *report parameter.*

NDCA-ORCL 048677

CONFIDENTIAL–SUBJECT
TO PROTECTIVE ORDER

report parameter Most Receivables reports offer options for sorting, formatting, selecting, and summarizing the information in your report.

report set A group of reports that you submit at the same time to run as one transaction. A report set allows you to submit the same set of reports regularly without having to specify each report individually. For example, you can define a report set that prints all of your regular month-end management reports.

Reserve for Encumbrance A portion of fund balance you use to record anticipated expenditures. In Oracle Financials, you define your Reserve for Encumbrance account when you define your set of books. Oracle Financials uses your Reserve for Encumbrance account to create offsets for unbalanced encumbrance entries you create in Purchasing, Payables, and General Ledger.

return reason Justification for a return of product. Many companies have standard reasons that are assigned to returns to be used to analyze the quantity and types of returns. See also *credit memo reasons.*

revaluation Restatement of assets of liabilities denominated in a foreign currency using exchange rates that you enter. Fluctuations in exchange rates between the transaction and revaluation dates result in revaluation gains or losses.

revenue credit See *revenue sales credit*

revenue recognition The schedule for which revenue for a particular transaction is recorded in your general ledger.

revenue sales credit Sales credit you assign to your salespeople that is based on your invoice lines. The total percentage of all revenue sales credit must be equal to 100% of your invoice lines amount. Also known as quota sales credits. See also *non-revenue sales credit, sales credit.*

rollforward The process of taking the beginning balance of a period, and then accounting for the transactions within a period by attempting to equate this beginning balance with the ending balance of a period.

sales credit Credits that you assign to your salespeople when you enter orders, invoices and commitments. Credits can be either quota or non-quota and can be used in determining commissions. See also *non-revenue sales credit, revenue sales credit.*

sales tax A tax collected by a tax authority on purchases of goods and services. The supplier of the good or service collects sales taxes from its customers (tax is usually included in the invoice amount), and remits them to a tax authority. Tax is usually charged as a percentage of the price of the good or service. The percentage rate usually varies by authority and sometimes by category of product. Sales taxes are expenses to the buyer of goods and services.

NDCA-ORCL 048678

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

sales tax structure  The collection of taxing bodies that you will use to determine your tax authority. 'State.County.City' is an example of a Sales Tax Structure. Receivables adds together the tax rates for all of these components to determine a customer's total tax liability for a transaction.

salesperson  A person who is responsible for the sale of products or services. Salespeople are associated with orders, returns, invoices, commitments, and customers. You can also assign sales credits to your salespeople.

scheduled payment  A schedule used to determine the amount and date of payment due. You use payment terms to determine your scheduled payment as well as any discounts offered.

selection options  For each report, Receivables provides you with parameters you can choose to make your report as brief as possible. For example, on the Aged Trial Balance – 4 Buckets report, you specify that you want to review the report for a range of customers, or you can specify that you want to review only the aging information for one customer. This feature saves you needless time shuffling through large reports and allows you to retrieve your data in many different ways.

senior tax authority  The first tax location in your sales tax structure. This segment does not have a parent location. For example, if your sales tax structure is 'State.County.City', then State is the senior tax authority.

sequence type  Automatic numbering sequentially assigns a unique number to each transaction as it is created.  Manual numbering requires a user to manually assign a unique number to each transaction as it is created.  You can skip or omit numbers if desired.

sequencing  A parameter you can set when defining your dunning letter sets to ensure that your customers and sites receive proper notification of past due debit items. Sequencing ensures that a customer receives each of the dunning letters in their dunning letter set in the proper order.

set of books  A financial reporting entity that uses a particular chart of accounts, functional currency and accounting calendar. You must define at least one set of books for each business location.

ship date  The date upon which a shipable item is shipped.

Ship To Address  The address of the customer who is to receive products or services listed on the invoice or order.

ship via  See *freight carrier.*

shorthand flexfield entry  A quick way to enter key flexfield data using shorthand aliases (names) that represent valid flexfield combinations or patterns of valid segment values. Your organization can specify flexfields that will use shorthand flexfield entry and define shorthand aliases for these flexfields that represent complete or partial sets of key flexfield segment values.

NDCA-ORCL 048679

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



SIC code (Standard Industry Classification Code) A standard classification created by the government used to categorize your customers.

site use See *business purpose*.

split amount A dollar amount that determines the number of invoices over and under this amount, as well as the total amounts remaining. For example, your company generates invoices that are either $300 or $500. You choose $400 as your split amount so that you can review how much of your open receivables are comprised of your $300 business and how much corresponds to your $500 business. The split amount appears in the Collection Effectiveness Indicators Report.

split payment terms A Receivables feature used to automatically schedule multiple payments for an invoice. You can split payments using either a flat amount or a percentage of the total due.

spot exchange rate A daily exchange rate you use to perform foreign currency conversion. The spot exchange rate is usually a quoted market rate that applies to the immediate delivery of one currency for another.

standard memo lines An invoice item you predefine to speed invoice entry.

standard reversal A payment reversal where Receivables automatically updates your general ledger and reopens the debit items you closed by reversing the original payment.

statements Printed documents you send to your customers to communicate their invoice, debit memo, chargeback, deposit, payment, on-account credit, credit memo, and adjustment activity.

status See *customer status*.

status line A status line appearing below the message line of a root window that displays status information about the current window or field. A status line can contain the following: ^ or v symbols indicate previous records before or additional records following the current record in the current block; Enter Query indicates that the current block is in Enter Query mode, so you can specify search criteria for a query; Count indicates how many records were retrieved or displayed by a query (this number increases with each new record you access but does not decrease when you return to a prior record); the <Insert> indicator or lamp informs you that the current window is in insert character mode; and the <List> lamp appears when a list of values is available for the current field.

System Items Flexfield A flexfield that allows you to define the structure of your item identifier according to your business requirements. You can choose the number and order of segments (such as product and product line), the length of each segment, and much more. You can define up to twenty segments for your item. Also known as Item Flexfield.

NDCA-ORCL 048680

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

tablespace  The area in which an Oracle7 database is divided to hold tables.

tax authority  A governmental entity which collects taxes on goods and services purchased by a customer from a supplier. In some countries, there are many authorities (e.g. state, local and federal governments in the U.S.), while in others there may be only one. Each authority may charge a different tax rate. Within Receivables tax authority consists of all components of your tax structure. For example: (California.San Mateo.Redwood Shores) for (State.County.City)  Receivables adds together the tax rates for all of these locations to determine a customer's total tax liabilityinvoice.

tax codes  Codes to which you assign sales tax or value-added tax rates. Oracle Receivables lets you choose state codes as the tax code when you define sales tax rates for the United States. (Receivables QuickCode)

tax engine  A collection of programs, user defined system parameters, and hierarchical flows used by Receivables to calculate tax.

tax exempt  A customer, business purpose, or item free from tax charges.

Tax Identification Number  In the United States, the number used to identify 1099 suppliers. If a 1099 supplier is an individual, the Tax Identification Number is the supplier's social security number. If a 1099 supplier is a corporation, the Tax Identification Number is also known as the Federal Identification Number.

tax location  A specific tax location within your tax authority. For example 'Redwood Shores' is a tax location in the Tax Authority (California.San Mateo.Redwood Shores).

tax type  A Receivables feature you use to indicate the type of tax charged by a tax authority when you define tax name. Receivables uses the tax type during invoice entry to determine the financial impact of the tax. When you enter a tax of type Sales, Receivables creates a separate invoice distribution line for the tax amount. When you enter a tax of type Use, Receivables does not create the invoice distribution line.

territory  A feature that lets you categorize your customers or salespeople. For example, you can categorize your customers by geographic region or industry type.

Territory Flexfield  A key flexfield you can use to categorize customers and salespersons.

tolerance percentage  The percentage amount by which customers are allowed to exceed their credit limit and still pass the credit check.

transaction type  An invoice control feature that lets you specify default values for invoice printing, posting, to the general ledger, and updating of open receivable balances.

NDCA-ORCL 048681

CONFIDENTIAL–SUBJECT
TO PROTECTIVE ORDER

**transactions** These include invoices, debit memos, credit memos, deposits, guarantees and chargebacks entered with a GL date that is between the beginning and ending GL dates. The transactions are displayed in the Transaction Register in the Functional Currency column.

**translation** See *revaluation*.

**transmission format** A transmission format defines what data your bank is sending in the bank file, and how that data is organized. In Receivables, you define a transmission format that identifies what types of records you want to import, what data is in each type of record, and the position in which that data is located on the record.

**unapplied payment** The status of a payment for which you can identify the customer, but you have not applied or placed on account all or part of the payment. For example, you receive a check for $1200.00 and you pay an open debit item for $1000.00. The remaining $200.00 is unapplied until you either apply the payment to a debit item or place the amount On Account.

**unearned discounts** Discounts your customers are allowed to take if they pay for their invoices after the discount date. You specify at the system level whether you want to allow your customer to take unearned discounts.

**unidentified payment** The status of a payment for which the customer is unknown. Receivables retains unidentified payments for you to process further.

**user procedures** Receivables provides you with a report set so that you can run through your concurrent manager to generate the reports from the rollforward process. You must specify the report parameters as you are prompted. You must also specify the same GL Date range for all of the reports in the set except for the two aged trial balances. The two aged trial balances reports require that you declare an As Of Date. The As Of Date represents the date that Receivables uses to determine the balance of the transaction. Receivables determines the balance by taking the current balance of an item, and then reversing any transactions against this item that occurred after the As Of Date. You must enter the beginning GL Date of your GL Date range to determine your beginning balance. You must enter the ending GL Date of your GL Date range to determine the ending balance. When the process completes, you should verify the amounts on the reports.

**value** Data you enter in a parameter. A value can be a date, a name, or a code, depending on the parameter.

**value set** A group of values and related attributes you assign to an account segment or to a descriptive flexfield segment. Values in each value set have the same maximum length, validation type, alphanumeric option, and so on.

NDCA-ORCL 048682

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

value-added tax (VAT)  A tax on the supply of
   goods and services paid for by the
   consumer, but collected at each stage of the
   production and distribution chain. The
   collection and payment of value-added tax
   amounts is usually reported to tax
   authorities on a quarterly basis and is not
   included in the revenue or expense of a
   company.  With Receivables you control the
   tax names on which you report and the
   reference information you want to record.
   You can also request period-to-date
   value-added tax reports.

**NDCA-ORCL 048683**

**CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER**

Glossary - 28    Oracle Receivables User's Guide

NDCA-ORCL 048684

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# Index

## A

Access, restrict using function security, C − 3

Account
account status report, 10 − 7
autoinvoice account assignments, 5 − 141
define chart of accounts, iv
reconcile account balances, 8 − 15
reviewing customers, 6 − 2
tax account qualifier, 7 − 172
view account activity, 6 − 5
view by aging bucket, 6 − 7

Accounting
accrual and cash basis, 8 − 19
autoaccounting structure, 5 − 96
create distribution sets, 2 − 112
define calendar, 2 − 154
define flexfield combination, 2 − 167
define period rates, 2 − 165
define receivables activity, 2 − 110
define rules, 2 − 95
define set of books, 2 − 158
for adjustments, 8 − 31
for commitments, 8 − 27
for credit memos, 5 − 216, 8 − 27
for debit memos, 8 − 32
for deposits, 8 − 27
for guarantees, 8 − 28
for invoices, 8 − 26
for on account credits, 8 − 32
for receipts, 8 − 29

for remittances, 8 − 30
for transactions, 8 − 26
how to use autoaccounting, 5 − 99
journal entries, 8 − 23
open and close periods, 8 − 7
recognizing revenue, 5 − 24
review credit memo information, 5 − 54
reviewing transaction information, 5 − 10
rules, overview, 5 − 85
setup autoaccounting, 2 − 103
system options, 2 − 51
using autoaccounting, 5 − 95
using cash basis method, 8 − 18
using rules, 5 − 88
window field reference, 5 − 11

Accounting Rules Listing Report, 10 − 8

Accrue
accrual accounting method, 8 − 19
finance charges, 6 − 61
preparing receivables, 6 − 64

Action
allow actions profile option, B − 9
complete call actions, 6 − 20
complete collection actions, 6 − 33
record call actions, 6 − 18
review collector actions, 6 − 32

Activity
adjustment activities, 5 − 75
define receivables, 2 − 110
override adjustment profile option, B − 15
view customer account, 6 − 5

NDCA-ORCL 048685

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

view open transactions, 6 – 13

Ad Hoc, tax profile option, 7 – 158

Address
about flexible addresses, 3 – 42
adding new style to quickcode, 3 – 59
address style mappings, 3 – 43
assign a style to a country, 3 – 55
assign business purpose to customer, 3 – 18
choosing database columns, 3 – 57
custom address styles, 3 – 56
define flexible address validation, 3 – 67
define remit to, 2 – 135
entering customer addresses, 3 – 13
entering flexible addresses, 3 – 61
japanese address style, 3 – 44
mapping styles to database columns, 3 – 58
northern european style, 3 – 45
sales tax location flexfield structure, 3 – 64
setting up flexible addresses, 3 – 53
south american, 3 – 48
southern european style, 3 – 47
uk/africa/australasia style, 3 – 50
using flexible addresses, 3 – 61
validation, 3 – 63
validation level, 3 – 65
window field reference, 3 – 16

Adjustment
about adjustments, 5 – 75
accounting entries, 8 – 31
adjustment register, 10 – 10
approve adjustments, 5 – 83
autoadjustment reports, 5 – 83
create, 4 – 16
creating adjustments, 4 – 14
creating automatic adjustments, 5 – 80
define approval limits, 2 – 113
entering manual adjustments, 5 – 78
numbering, 5 – 76
override activity profile option, B – 15
tables used, 8 – 72
types of adjustments, 5 – 75
window field reference, 5 – 79

Aged Trial Balance
4 and 7 Bucket Reports, 10 – 11

By Amount Report, 10 – 14

Aging
define buckets, 2 – 67
view account balances, 6 – 7
view past due items, 6 – 14
window field reference, 6 – 9

Alternate
customer name profile option, B – 12
delete records from alternate names table, 4 – 78
enter alternate customer name, 3 – 3
enter customer address, 3 – 13
name search profile option, B – 8

Amount, past due, 6 – 57

Application
object library profile options, B – 21
other information sources, iv

Applied Payments, Applied Payments Register, 10 – 16

Applied Receipt, tables used, 8 – 62

Apply
applications field reference, 4 – 12
applying receipts, 4 – 7
autocash rules, 4 – 100
default amount applied profile option, B – 10
how lockbox applies receipts, 4 – 41
manually applying receipts, 4 – 9
on account credits, 5 – 66
review receipt applications, 4 – 28

Approve
adjustments, 5 – 83
automatic receipts, 4 – 132
define adjustment limits, 2 – 113
remittance batches, 4 – 156

Archive
archive and purge cycle, 9 – 7
archive levels, 9 – 20
archive summary report, 9 – 63
choose archive/purge user, 9 – 59
data not archived, 9 – 26
enable archive and purge, 9 – 58
enable responsibility, 9 – 59
implementing archive and purge, 9 – 57

NDCA-ORCL 048686

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



monitoring archive and purge, 9 – 27
prepare to run archive purge, 9 – 4
purge parameters, 9 – 12
run archive and purge, 9 – 61
status and error messages, 9 – 28
tables, 9 – 35
using archive and purge, 9 – 2

Archive tables
AR_ARCHIVE_CONTROL, 9 – 36
AR_ARCHIVE_CONTROL_DETAIL, 9 – 37
AR_ARCHIVE_DETAIL table, 9 – 48
AR_ARCHIVE_HEADER, 9 – 39
AR_ARCHIVE_PURGE_INTERIM, 9 – 36
AR_ARCHIVE_PURGE_LOG, 9 – 35
AR_PURGE_OE_EXCEPTIONS, 9 – 36
AR_PURGE_REC_AUX, 9 – 35
AR_PURGE_TRX_AUX, 9 – 35

Assess, finance charges, 6 – 55

Authorities, define tax authorities, 2 – 177

AutoAccounting
autoinvoice, account assignments, 5 – 141
how to use, 5 – 99
reviewing accounting information, 5 – 54
setup, 2 – 103
structure, 5 – 96
using, 5 – 95

AutoAssociate, definition, 4 – 38

AutoCash
automatic matching rules, 4 – 100
define rule sets, 2 – 115
overview, 4 – 100
rules, 4 – 102

AutoInvoice
account assignments, 5 – 141
adjusting general ledger dates, 5 – 159
customer bank accounts, 5 – 130
define grouping rules, 2 – 93
deriving dates, 5 – 154
finance charges, 5 – 140
grouping rules, 5 – 149
import tax lines, 5 – 133
importing credit memos, 5 – 139

importing freight lines, 5 – 132
importing invoices with rules, 5 – 137
invoice line ordering rules, 2 – 91
line ordering rules, 5 – 152
overview, 5 – 115
payment methods, 5 – 130
preparing receivables, 5 – 117
purge program, 5 – 125
RA_INTERFACE_DIST table, 5 – 210
RA_INTERFACE_LINES table, 5 – 161
RA_INTERFACE_SALESCREDITS table, 5 – 206
receivables tables, 5 – 160
reports, 5 – 73
submitting, 5 – 71
system options, 2 – 58
table and column descriptions, 5 – 161
tables used, 8 – 42
transaction flexfields, 5 – 143
transfer bank account information, 5 – 130
transfer data from feeder system, 5 – 122
transferring payment methods, 5 – 130
using, 5 – 125
validating dates, 5 – 158
validation, 5 – 124

AutoLockbox
applying receipts, 4 – 41
AR_PAYMENTS_INTERFACE table, 4 – 48
commonly asked questions, 4 – 67
define lockboxes, 2 – 136
define transmission formats, 2 – 139
execution report, 4 – 83
identify customers for receipts, 4 – 37
import zengin format data, 4 – 74
interface table and column descriptions, 4 – 47
maintain transmission data, 4 – 86
MICR numbers, 4 – 37
running, 4 – 70
tables and column descriptions, 4 – 47
using, 4 – 34
using autoassociate, 4 – 38
validation, 4 – 43
view transmission history, 4 – 88
window field reference, 4 – 80

Automatic
about remittances, 4 – 145

NDCA-ORCL 048687

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

assign payment methods to customers, 3 − 10
clearing execution report, 4 − 162
clearing for receipts, 4 − 160
contact numbering profile option, B − 9
create automatic adjustments, 5 − 80
define receipt programs, 2 − 129
document numbering, 2 − 41
format remittances report, 4 − 159
matching rules, 4 − 100
receipt creation profile option, B − 9
receipt profile option, B − 14
receipt submission options, 2 − 61
remittance profile option, B − 9
use cash management to clear receipts, 4 − 163
using autolockbox, 4 − 34

Automatic Receipt, assign payment methods, 3 − 10

Automatic Receipts
accounting for, 4 − 120
approving, 4 − 132
confirming, 4 − 137
creating, 4 − 127
execution report, 4 − 131
flagging transactions, 4 − 125
format report, 4 − 136
formatting, 4 − 135
manually entering, 4 − 140
overview, 4 − 118
reporting on, 4 − 142
troubleshooting, 4 − 121
unconfirming, 4 − 138

# B

Bad Debit Provision Report, 10 − 23

Balance
commitment balance report, 10 − 36
gl transfer balance test option, B − 13
reconcile account balances, 8 − 15
reconcile outstanding, 8 − 11
reconcile receivables, 8 − 9
view customer balances, 6 − 10

view transaction balances, 6 − 14

Bank
assign customer banks, 3 − 9
assign remittance banks, 2 − 126
create bank charges profile option, B − 12
define banks in Oracle Payables, v

Batch
approve automatic receipts, 4 − 132
approving remittance, 4 − 156
batch sources listing, 10 − 63
batching credit memos, 5 − 62
batching transactions, 5 − 31
create remittance batches, 4 − 151
define invoice sources, 2 − 86
factor remittances, 4 − 149
format automatic receipts, 4 − 135
manually creating a remittance batch, 4 − 154
overview of quickcash, 4 − 90
receipt source profile option, B − 15
receipts, 4 − 31
transaction batch source option, B − 16
window field reference, 5 − 33

Bill
billing and payment history report, 10 − 25
billing history report, 10 − 26
overview of consolidated billing, 6 − 71
show billing number option, B − 15

Books, define set of books, 2 − 158

Bucket
define aging, 2 − 67
view account balances by aging, 6 − 7

Business
assign business purpose to customer address, 3 − 18
assign dunning business purpose, 6 − 42
business purpose field reference, 3 − 21

# C

Calculate
commitment balance, 5 − 112
day sales outstanding, 2 − 61
discounts, 4 − 113

NDCA-ORCL 048688

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

finance charges, 6 – 55
open balance, 4 – 100
tax, 7 – 151

Calendar
   define accounting, 2 – 154
   define period types, 2 – 157
   open and close accounting period, 8 – 7

Call
   complete action, 6 – 20
   record actions, 6 – 18
   record customer calls, 6 – 16

Canada
   canadian tax reconciliation report, 7 – 145
   implement canadian tax, 7 – 124
   tax setup checklist, 7 – 128

Cancel, voiding transactions, 5 – 37

Carrier, define freight, 2 – 72

Cash
   cash basis accounting method, 8 – 18
   default amount applied profile option, B – 10
   unapply when crediting transactions, 5 – 60

Cash Management, using to clear receipts, 4 –
   163

Chargeback
   adjustment activity, 5 – 75
   chargeback reversals, 2 – 42
   creating chargebacks, 4 – 14
   define adjustment activity, 2 – 110
   tables used by, 8 – 69

Charges
   calculate finance charges, 6 – 55
   create bank charges profile option, B – 12
   entering freight, 5 – 13
   set up finance charges, 6 – 35

Check, credit check option, 3 – 33

Class
   assign profile class to customer, 3 – 38
   define customer profile classes, 3 – 32
   define receipt classes, 2 – 122
   profile classes field reference, 3 – 36
   update profile class, 3 – 39

Clearing
   automatic clearing for receipts, 4 – 160
   using cash management, 4 – 163

Close
   accounting period, 8 – 7
   close periods profile option, B – 12

Code
   allow tax code override, 7 – 159
   define tax codes and rates, 2 – 169
   tax code listing report, 7 – 33

Collection
   collections by collector report, 10 – 32
   collections quickcodes, 2 – 36
   collector call history report, 10 – 34
   collector's follow up report, 10 – 35
   completing an action, 6 – 33
   compound finance charges, 6 – 62
   customer calls, 6 – 16
   customer correspondence, 6 – 24
   define aging buckets, 2 – 67
   define collectors, 2 – 131
   define dunning profile, 6 – 41
   effectiveness indicators report, 10 – 28
   entering customer contacts, 3 – 23
   key indicators report, 10 – 31
   overview of dunning letters, 6 – 39
   place account on credit hold, 6 – 30
   print consolidated billing invoices, 6 – 77
   print dunning letters, 6 – 27
   print report, 6 – 38
   receipt forecast report, 10 – 33
   record call action, 6 – 18
   review collector actions, 6 – 32
   review customer accounts, 6 – 2
   using staged dunning, 6 – 45
   view account activity, 6 – 5
   view customer transactions, 6 – 10
   view items in dispute, 6 – 22
   view past due items, 6 – 14

Column
   autolockbox columns and tables, 4 – 47
   lockbox interface tables and columns, 4 – 47

Combine, customer merge, 3 – 73

Commitment
   accounting entries, 8 – 27

NDCA-ORCL 048689

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

commitment balance report, 10 − 36
define batch sources, 2 − 86
entering, 5 − 28
overdrawing commitments, 5 − 112
tables used, 8 − 45
transaction types, 5 − 109
using, 5 − 108

Complete
call action, 6 − 20
transactions, 5 − 34

Compound
compounding tax, 7 − 151
finance charges, 6 − 62
prepare receivables, 6 − 64

Confirm, automatic receipts, 4 − 137

Consolidated
overview of consolidated billing, 6 − 71
set up consolidated billing, 6 − 73

Contact
automatic numbering profile option, B − 9
defining roles, 3 − 25
entering customer contacts, 3 − 23
window field reference, 3 − 27

Conversion
define daily rate types, 2 − 163
define daily rates, 2 − 164
foreign currency transactions, 4 − 21

Copy
concurrent report copies option, B − 22
invoices, 5 − 38
recurring invoice report, 5 − 42

Correspondence
create dunning letter sets, 2 − 149
customer, 6 − 24
customer calls, 6 − 16
define dunning letters, 2 − 145
print dunning letters, 6 − 27
print statements, 6 − 25
using dunning letters, 6 − 39
using statements, 6 − 65

Countries, maintain, 2 − 14, 2 − 66

Country
country specific vat reporting, 7 − 4
define default country, 2 − 61
define home country, 2 − 61

Create
automatic receipts, 4 − 127
commitments, 5 − 28
customer, 3 − 3
customer relationships, 3 − 30
invoice, 5 − 2
manual adjustment, 4 − 16
on account credit, 5 − 65
remittance batches, 4 − 151

Credit
accounting for credit memos, 5 − 216
apply on account, 5 − 66
batching credit memos, 5 − 62
calculate tax on credit memos, 7 − 159
create on account, 5 − 65
credit hold report, 10 − 37
credit memo accounting entries, 8 − 27
credit memos field reference, 5 − 52
customer credit snapshot report, 10 − 38
define customer credit limit, 3 − 32
entering sales credit, 5 − 18
importing credit memos, 5 − 139
invoice accounting profile option, B − 17
place account on hold, 6 − 30
place customer on credit hold, credit check
    option, 3 − 33
query credit memos, query on account credits,
    5 − 64
review tax information, 5 − 58
reviewing sales credit, 5 − 55
tables used, 8 − 53
transaction lines, 5 − 50
transactions, 5 − 46
unapply cash, 5 − 60
update credit memos, update on account
    credits, 5 − 69
updating installments, 5 − 61

Cross, cross site and customer receipts, 6 − 68

Currency
define, 2 − 161
define conversion rate types, 2 − 163

NDCA-ORCL 048690

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

define daily conversion rates, 2 − 164
without rates, 6 − 59

Customer
account status report, 10 − 7
assign business purpose to address, 3 − 18
assign customer banks, 3 − 9
assign payment method, 3 − 10
assign profile classes, 3 − 38
calls, 6 − 16
change name profile option, B − 11
control window display, C − 8
correspondence, 6 − 24
creating relationships, 3 − 30
creating unique references, 3 − 95
cross site receipts, 6 − 68
customer account field reference, 6 − 4
customer credit snapshot report, 10 − 38
customer listing reports, 10 − 43
data for customer interface, 3 − 86
define customer banks, v
define discount information, 2 − 78
define statement site, 6 − 66
defining profile classes, 3 − 32
discounts, 4 − 111
duplicate customer report, 10 − 57
enter alternate name option, B − 12
entering contact roles, 3 − 25
entering contacts, 3 − 23
entering customer addresses, 3 − 13
entering customers, 3 − 3
entering customers in Oracle sales and
    marketing, 3 − 12
entering telephone numbers, 3 − 28
follow up history report, 10 − 42
import information, 3 − 97
merge, 3 − 73
merge commit size option, B − 12
merge different customers, 3 − 78
merge execution report, 3 − 82
merge sites for same customer, 3 − 75
profile classes field reference, 3 − 36
profile quickcodes, 2 − 35
quickcodes, 2 − 34
reviewing accounts, 6 − 2
reviewing merged customers, 3 − 83

sample statement, 6 − 69
submit customer merge, 3 − 81
tax exempt customer report, 7 − 62
tax exemptions, 7 − 169
using statements, 6 − 65
view account activity, 6 − 5
view by aging bucket, 6 − 7
view transactions, 6 − 10
window field reference, 3 − 6

Customer Calls
Collections Payment Forecast Report, 10 − 33
Collector Call History Report, 10 − 34
Collector's Follow Up Report, 10 − 35
Customer Follow Up History Report, 10 − 42
Payment Promises Report, 10 − 93

Customer Credit Snapshot, 10 − 41

Customer Interface
create unique customer references, 3 − 95
overview, 3 − 84
RA_CONTACT_PHONES_INTERFACE
    table, 3 − 120
RA_CUST_PAY_METHOD_INTERFACE
    table, 3 − 130
RA_CUSTOMER_BANKS_INTERFACE
    table, 3 − 124
RA_CUSTOMER_PROFILES_INTERFACE
    table, 3 − 109
RA_CUSTOMERS_INTERFACE table, 3 −
    102
required data, 3 − 86
sample import, 3 − 92
system tables updated, 3 − 91
table descriptions and validation, 3 − 102
transfer report, 3 − 99

Cycle, define statement cycles, 2 − 132

# D

Data
export using EDI, 5 − 71
importing from feeder system, 5 − 122
maintain lockbox transmission, 4 − 86
not archived during archive/purge, 9 − 26

Date
determining gl dates using autoinvoice, 5 −
    154

NDCA-ORCL 048691

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

tax rate interface adjustments, 7 – 87
validating, using autoinvoice, 5 – 158

Debit Memo
accounting entries, 8 – 32
enter debit memos, 5 – 2
Reversed Payments Report, 10 – 104

Debug, debug level for postbatch, B – 13

Default
default amount applied profile option, B – 10
exchange rate type option, B – 13

Define
accounting calendar, 2 – 154
accounting flexfield, 2 – 167
accounting rules, 2 – 95
accounting system options, 2 – 51
adjustment approval limits, 2 – 113
aging buckets, 2 – 67
autoaccounting, 2 – 103
autocash rule sets, 2 – 115
automatic receipt programs, 2 – 129
collectors, 2 – 131
conversion rate types, 2 – 163
currencies, 2 – 161
customer addresses, 3 – 13
customer contact roles, 3 – 25
customer contacts, 3 – 23
customer profile classes, 3 – 32
customer relationships, 3 – 30
daily conversion rates, 2 – 164
defining customers, 3 – 3
demand classes, 2 – 39
distribution sets, 2 – 112
DSO calculation, 2 – 61
dunning letter sets, 2 – 149
dunning letters, 2 – 145, 2 – 148
freight carriers, 2 – 72
grouping rules, 2 – 93
invoice and customer system options, 2 – 58
invoice batch sources, 2 – 86
invoice line ordering rules, 2 – 91
item status, 2 – 106
line items, 2 – 108
lockbox transmission formats, 2 – 139
organization, 2 – 73

overview of tax setup, 7 – 157
payment methods, 2 – 124
payment terms, 2 – 75
period rates, 2 – 165
period types, 2 – 157
quickcodes, 2 – 31
receipt sources, 2 – 120
receivables activity, 2 – 110
remit to addresses, 2 – 135
sales tax location flexfield, 7 – 174
salespersons, 2 – 98
set of books, 2 – 158
split amount, 2 – 61
standard memo lines, 2 – 100
standard messages, 2 – 134
statement cycles, 2 – 132
system options, 2 – 50
tax authorities, 2 – 177
tax codes and rates, 2 – 169
tax exemptions, 2 – 179
tax group, 2 – 184
tax locations and rates, 2 – 171
tax rounding options, 2 – 56
tax system options, 2 – 53
territories, 2 – 64
territory flexfield, 2 – 65
transaction types, 2 – 80
unit of measure classes, 2 – 70
units of measure, 2 – 71

Delete
invoices, 5 – 101
items, 2 – 109

Demand, define demand class, 2 – 39

Deposit
accounting entries, 8 – 27
define transaction type, 2 – 80
enter commitments, 5 – 28
using commitments, 5 – 108

Deposited Cash Report–Applied Detail, 10 – 48

Discount
defaulting amounts, 4 – 114
define terms, 2 – 78
determine discount amount, 4 – 112
formulas used to calculate, 4 – 113

NDCA-ORCL 048692

CONFIDENTIAL–SUBJECT
TO PROTECTIVE ORDER

grace days, 4 − 112
in Post QuickCash, 4 − 116
overview, 4 − 111
tiered discounts, 4 − 111

Dispute
calculate finance charges on items, 6 − 37
place/remove item in dispute, 6 − 21
view items in dispute, 6 − 22

Distribution
define sets, 2 − 112
recognizing revenue, 5 − 24

Document Sequences
implementing, 2 − 41
overview, 2 − 42
preparing receivables, 2 − 44
sample implementation, 2 − 47

Draft Invoice Print, 10 − 107

DSO, define calculation of, 2 − 61

Due
determine past due amount, 6 − 57
update due date option, B − 16

Dunning
assign dunning business purpose, 6 − 42
calculating finance charges, 2 − 153
create dunning letters, 2 − 148
create letter sets, 2 − 149
define letters, 2 − 145
defining profiles, 6 − 41
dunning history report, 10 − 56
Dunning Letter − Preliminary Report, 10 − 52
dunning letter print, 10 − 54
format files, 2 − 147
overview of letters, 6 − 39
print letters, 6 − 27
remit to label size, B − 13
selecting items, 6 − 43
specify days past due range, 6 − 39
tables and columns, 6 − 52
using staged dunning, 6 − 45

Duplicate, duplicate customer report, 10 − 57

## E

EDI, exporting invoices using EDI, 5 − 71

Enable
archive and purge, 9 − 58
archive/purge responsibility, 9 − 59

Enter
commitments, 5 − 28
customer addresses, 3 − 13
customers, 3 − 3
debit memo, 5 − 2
manually enter automatic receipts, 4 − 140
receipts, 4 − 2
transactions, 5 − 2

Entry, accounting for transactions, 8 − 26

Exception
define tax exception, 2 − 182
item exceptions, 7 − 168
tax listing, 7 − 64
vat tax report, 7 − 28

Exchange, default rate type option, B − 13

Execution, posting execution report, 8 − 4

Exempt
product report, 7 − 64
tax exempt customer report, 7 − 62

Exemption
allow override profile option, 7 − 158
define tax exemptions, 2 − 179
item and customer exemptions, 7 − 169

Extension
implement tax vendor extension, 7 − 97
install tax extension, 7 − 106
smart client architecture of tax vendor, 7 − 116

## F

Factor, remittances, 4 − 149

Finance
accrue charges, 6 − 61
calculate finance charges, 6 − 55

NDCA-ORCL 048693

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

compound finance charges, 6 – 62
determine past due amount, 6 – 57
finance charges in dunning letters, 2 – 153
importing finance charges, 5 – 140
prepare receivables for charges, 6 – 64
set up finance charges, 6 – 35

Flexbuilder, setup, 2 – 8

Flexfield
    address validation level, 3 – 65
    autoskip profile option, B – 26
    customize sales tax, 7 – 172
    define accounting combinations, 2 – 167
    define sales tax location, 2 – 10, 7 – 174
    define territory, 2 – 10
    define territory flexfield, 2 – 65
    define transaction structure, 2 – 15
    general information, v
    item mode profile option, B – 14
    overview of flexible addresses, 3 – 42
    quickpick attribute option, B – 16
    sales tax location structure, 3 – 64
    setup items flexfield structure, 2 – 9
    Shorthand Entry profile option, B – 26
    show full value profile option, B – 27

Flexible
    address style mappings, 3 – 43
    create custom address styles, 3 – 56
    defining address validation, 3 – 67
    japanese address style, 3 – 44
    mapping address styles, 3 – 58
    northern european address style, 3 – 45
    overview of flexible addresses, 3 – 42
    setup address formats, 2 – 14
    south american address style, 3 – 48
    southern european address style, 3 – 47
    uk, africa, australasia address styles, 3 – 50

Flexible Address
    entering, 3 – 61
    implement with sales tax location flexfield, 3
        – 52
    setting up, 3 – 53
    using, 3 – 61
    with phonetic fields, 3 – 55

Foreign Currency Revaluation Report, 10 – 89

Format
    automatic receipt report, 4 – 136
    automatic receipts, 4 – 135
    dunning letter format files, 2 – 147
    remittance batches, 4 – 158
    remittance layouts, 4 – 146
    remittance report, 4 – 159

Freight
    define carriers, 2 – 72
    entering for transactions, 5 – 13
    import freight lines using autoinvoice, 5 – 132
    inventory item for freight, 7 – 159
    invoice freight as revenue, 7 – 159
    review transaction information, 5 – 57
    window field reference, 5 – 14

Function
    limiting access to receivables, C – 3
    overview of function security, C – 2

### G

General Ledger
    account assignments, autoinvoice, 5 – 141
    adjusting dates, autoinvoice, 5 – 159
    deriving dates using autoinvoice, 5 – 154
    posting execution report, 8 – 4
    profile options, B – 19
    running gl interface, 8 – 2

General Ledger Post, Receivables Journal Entry
    Detail Report, 10 – 70

Grace, define receipt grace days, 6 – 41

Group
    batching credit memos, 5 – 62 ·
    batching transactions, 5 – 31
    define grouping rules, 2 – 93
    define tax group, 2 – 184
    grouping rules, autoinvoice, 5 – 149
    merging customers, 5 – 73

Guarantee
    accounting entries, 8 – 28
    enter commitments, 5 – 28
    using commitments, 5 – 108

### H

History, billing history report, 10 – 26

NDCA-ORCL 048694

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

Hold
    credit hold report, 10 − 37
    place account on hold, 6 − 30
    place customer on credit hold, 3 − 33


# I

Implement
    archive and purge, 9 − 57
    vat, 7 − 6

Import
    credit memos, 5 − 139
    customer interface transfer report, 3 − 99
    customers, 3 − 97
    deriving dates, autoinvoice, 5 − 154
    finance charges, 5 − 140
    freight lines using autoinvoice, 5 − 132
    invoices with rules, 5 − 137
    overview of customer interface, 3 − 84
    receivables tables and columns, 5 − 161
    receivables tables, autoinvoice, 5 − 160
    sales tax rates, 7 − 76
    tax lines, 5 − 133
    transactions using AutoInvoice, 5 − 71
    transfer data from feeder system, 5 − 122
    using autoinvoice, 5 − 125

Information, other information sources, iv

Install
    archive and purge, 9 − 57
    receivables, 2 − 2
    setup steps, 2 − 8
    tax extension, 7 − 106

Installment
    invoices with split terms, 5 − 27
    updating for credit memos, 5 − 61

Intercompany Invoice Report, 10 − 61

Interest
    accrue finance charges, 6 − 61
    calculate finance charges, 6 − 55
    calculate in dunning letters, 2 − 153
    compound finance charges, 6 − 62

prepare receivables, 6 − 64
Interface
    action codes of sales tax rate, 7 − 90
    overview of customer interface, 3 − 84
    prepare to load sales tax rates, 7 − 74
    report termination, 7 − 86
    run gl interface, 8 − 2
    run sales tax rate interface, 7 − 82
    sales tax rate interface, 7 − 71
    tax interface report, 7 − 84
    tax rate date adjustments, 7 − 87
    truncated city names, 7 − 77
    using sales tax rate, 7 − 80

Interface tables
    AR_PAYMENTS_INTERFACE, 4 − 48
    RA_CONTACT_PHONES_INTERFACE, 3
        − 120
    RA_CUST_PAY_METHOD_INTERFACE, 3
        − 130
    RA_CUSTOMER_BANKS_INTERFACE, 3
        − 124
    RA_CUSTOMER_PROFILES_INTERFACE
        , 3 − 109
    RA_CUSTOMERS_INTERFACE, 3 − 102
    RA_INTERFACE_DIST, 5 − 210
    RA_INTERFACE_LINES, 5 − 161
    RA_INTERFACE_SALESCREDITS, 5 − 206

Introduction
    features of manual, ii
    other information sources, iv

Invalid, voiding transactions, 5 − 37

Invoice
    accounting entries, 8 − 26
    batch sources field reference, 2 − 90
    copying, 5 − 38
    define batch sources, 2 − 86
    define line ordering rule, 2 − 91
    define transaction types, 2 − 80
    delete, 5 − 101
    enter invoices, 5 − 2
    entering freight charges, 5 − 13
    entering invoices with rules, 5 − 22
    entering tax information, 5 − 15
    exporting using EDI, 5 − 71
    importing finance charges, 5 − 140

NDCA-ORCL 048695

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

importing transactions, 5 – 71
importing using AutoInvoice. *See* AutoInvoice
invoice rules, overview, 5 – 85
open invoices report, 7 – 69
overview of autoinvoice, 5 – 115
overview of consolidated billing, 6 – 71
preparing to run autoinvoice, 5 – 117
print, 5 – 44
print consolidated billing invoices, 6 – 77
recurring invoice report, 5 – 42
review freight information, 5 – 57
reviewing accounting information, 5 – 54
set up consolidated billing, 6 – 73
tables, 8 – 42
understanding your printed transactions, 5 – 237
update, 5 – 101
using autoinvoice, 5 – 125
using installments, 5 – 27
using rules, 5 – 88

Invoice Exception Report, 10 – 64

Invoice Register, 5 – 83

Invoices Posted to Suspense Report, 10 – 69

Item
define, 2 – 108
define standard memo lines, 2 – 100
define status, 2 – 106
defining in Oracle Inventory, iv
deleting, 2 – 109
exemptions, 7 – 169
flexfield mode profile option, B – 14
item exceptions, 7 – 168

## J

Japanese
import zengin format data, 4 – 74
match customers with receipts, 4 – 38

Journal, accounting entries, 8 – 23

Jurisdiction, implement tax, 7 – 103

## K

Key Indicators
Collection Key Indicators Report, 10 – 31
Collections by Collector Report, 10 – 32
Collections Effectiveness Indicators Report, 10 – 28
daily summary report, 10 – 72
Receivables Key Indicators–Daily Report, 10 – 100
Receivables Key Indicators–Summary Report, 10 – 72

## L

Letter
create dunning letters, 2 – 148
define dunning letters, 2 – 145
define dunning profile, 6 – 41
define dunning sets, 2 – 149
dunning letter format files, 2 – 147
overview of dunning, 6 – 39
print dunning, 6 – 27
specify days past due range, 6 – 39
using staged dunning, 6 – 45

Limit
define adjustment approval, 2 – 113
define customer credit limit, 3 – 32

Line
allow manual tax lines, 7 – 158
credit transaction lines, 5 – 50
define line ordering rule, 2 – 91
define standard memo, 2 – 100
enter invoice lines, 5 – 2
entering tax information, 5 – 15
line ordering rules, autoinvoice, 5 – 152
lines window field reference, 5 – 8

List
sales tax listing report, 7 – 63
tax exceptions, 7 – 64
tax exempt product listing, 7 – 64
u.s. sales tax listing, 7 – 64

List of values, define quickcodes, 2 – 31

Location
customize sales tax flexfield, 7 – 172

NDCA-ORCL 048696

CONFIDENTIAL–SUBJECT
TO PROTECTIVE ORDER

define sales tax flexfield, 7 − 174
define tax rates, 2 − 171
location based tax, 7 − 168

Lockbox
applying receipts, 4 − 41
commonly asked questions, 4 − 67
define, 2 − 136
define transmission formats, 2 − 139
delete records from the alternate names table, 4 − 78
execution report, 4 − 83
identify customers for receipts, 4 − 37
import zengin format data, 4 − 74
interface table and column descriptions, 4 − 47
maintain transmission data, 4 − 86
maintain zengin lockbox data, 4 − 75
running, 4 − 70
tables and column descriptions, 4 − 47
using autoassociate, 4 − 38
using autolockbox, 4 − 34
validation, 4 − 43
view transmission history, 4 − 86
window field reference, 4 − 80

**M**

Maintain
countries and territories, 2 − 66
lockbox transmission data, 4 − 86
transactions, 5 − 43, 5 − 101

Manual
allow manual tax lines, 7 − 158
enter automatic receipts, 4 − 140
manually applying receipts, 4 − 9

Mapping, address styles to database columns, 3 − 58

Match, automatic matching rules, 4 − 100

Measure
define unit of measure, 2 − 71
define unit of measure classes, 2 − 70

Memo
accounting for credit memos, 5 − 216
batching credit memos, 5 − 62
create on account credit, 5 − 65
credit memo window reference, 5 − 52
crediting transactions, 5 − 46
define standard lines, 2 − 100
importing credit memos, 5 − 139

Menu
changes, A − 8
menu style profile option, B − 27
receivables menu paths, A − 2

Merge
commit size profile option, B − 12
customers, 3 − 73
duplicate customer report, 10 − 57
execution report, 3 − 82
reviewing merged customers, 3 − 83
sites for different customers, 3 − 78
sites for same customer, 3 − 75
submit customer merge, 3 − 81

Message, define standard messages, 2 − 134

MICR, definition, 4 − 37

Miscellaneous
enter miscellaneous transactions, 4 − 18
miscellaneous transactions report, 10 − 74

Miscellaneous Receipt, tables used, 8 − 67

Modify
credit memos, on account credits, 5 − 69
customer profile class, 3 − 39
transactions, 5 − 43

**N**

Name, alternate customer option, B − 12

Navigation
character mode forms and GUI windows, A − 8
receivables menu paths, A − 2

Number, show billing number option, B − 15

**O**

OE: Customer Relationships, 3 − 30

NDCA-ORCL 048697

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

OE: Item Flexfield, B − 18

OE: Item Validation Organization, 2 − 73, B − 18

On Account Credit
   accounting entries, 8 − 32
   apply credits, 5 − 66
   create credits, 5 − 65
   tables used, 8 − 57

On Account/Unapplied Payment Activity Report, 10 − 116

Open
   accounting period, 8 − 7
   open balance calculation, 4 − 100
   view transaction activities, 6 − 13

Oracle
   aol profile options, B − 21
   other information sources, iv

Oracle Government Receivables, setting up, 2 − 5

Oracle Receivables, setting up, 2 − 5

Order
   define order credit limit, 3 − 32
   line ordering rules, autoinvoice, 5 − 152
   order entry profile options, B − 18

Organization, define, 2 − 9, 2 − 73

Other Applications Report, 10 − 77

Other Receipts Report, 10 − 74

Overflow, autolockbox records, 4 − 64

Override, tax profile option, 7 − 158

## P

Parameters, archive and purge, 9 − 12

Past, determine past due amount, 6 − 57

Past Due Invoice Report, 10 − 78

Payment
   applying receipts, 4 − 7
   assign remittance banks, 2 − 126

define automatic receipt programs, 2 − 129
   define payment methods, 2 − 124
   define terms, 2 − 75
   distribution sets, 2 − 112
   entering receipts, 4 − 2
   payment terms field reference, 2 − 79

Payment Method, assign to customers, 3 − 10

Payment Promises Report, 10 − 93

Payment Register, 10 − 94

Payment Terms Listing, 10 − 79

Period
   define accounting calendar, 2 − 154
   define period rates, 2 − 165
   define period types, 2 − 157
   open and close accounting, 8 − 7

Phone, enter customer numbers, 3 − 28

Phonetic
   enter alternate customer address, 3 − 13
   enter alternate customer name, 3 − 3
   with flexible addresses, 3 − 55

Post
   debug level for postbatch, B − 13
   execution report, 8 − 4
   running gl interface, 8 − 2

Post QuickCash
   applying receipts, 4 − 95
   autocash rule sets, 2 − 115
   autocash rules, 4 − 100
   execution report, 4 − 98
   overview, 4 − 94
   running, 4 − 96

Print
   collection report, 6 − 38
   consolidated billing invoices, 6 − 77
   dunning letters, 6 − 27
   invoices, 5 − 44
   listing, 10 − 2
   reports, 10 − 2
   request set, 10 − 2
   statements, 6 − 25
   transactions, 5 − 44
   transactions, overview, 5 − 237
   using statements, 6 − 65

NDCA-ORCL 048698

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

Product
    other information sources, iv
    tax exempt listing, 7 − 64

Profile
    allow manual tax lines, 7 − 158
    allow override of tax code, 7 − 159
    aol profile options, B − 21
    assign profile class to a customer, 3 − 38
    define customer profile classes, 3 − 32
    define statement cycles, 2 − 132
    general ledger profile options, B − 19
    options affecting tax, 7 − 158
    order entry profile options, B − 18
    profile classes field reference, 3 − 36
    update profile class, 3 − 39
    user profile options, B − 2

Profile options
    allow ad hoc tax changes, B − 6
    allow manual tax lines, B − 6
    allow override of customer exemptions, B − 6
    allow override of tax code, B − 7
    allow transaction batching, B − 8
    allow update of sales credits, B − 8
    alternate name search, B − 8
    automatic contact numbering, B − 9
    automatic receipt creation authority, B − 9
    automatic remittance creation authority, B − 9
    calculate tax on credit memos, B − 7
    cash allow actions, B − 9
    cash default amount applied, B − 10
    change customer name, B − 12
    change customer on transaction, B − 11
    customer merge commit size, B − 12
    debug level for postbatch, B − 13
    default exchange rate type, B − 13
    Dual Currency, B − 19
    Dual Currency Default Rate Type, B − 19
    enter alternate fields, B − 12
    flexfield quickpick attribute, B − 16
    gl transfer balance test, B − 13
    inventory item for freight, B − 7
    invoice accounting for credit memos, B − 17

invoice freight as revenue, B − 7
invoices with unconfirmed receipts, B − 14
item flexfield mode, B − 14
Journals: Display Inverse Rate, B − 20
override adjustment activity account, B − 15
overview of receivable options, B − 4
receipt batch source, B − 15
remit to address label size, B − 13
run collections effectiveness report, B − 12
show billing number, B − 15
sort reports by alternate fields, B − 15
transaction batch source, B − 16
update debit item due date, B − 16
use tax vendor, B − 8
zengin character set, B − 17

Programs
    archive and purge, 9 − 8
    archive detail report, 9 − 8
    archive preview, 9 − 7
    archive restart, 9 − 8
    archive summary report, 9 − 8
    archive to file, 9 − 8
    define automatic payment program, 2 − 129

Purge
    archive and purge cycle, 9 − 7
    archive level, 9 − 20
    archive parameters, 9 − 12
    autoinvoice purge program, 5 − 125
    choose archive/purge user, 9 − 59
    data not archived, 9 − 26
    enable archive and purge, 9 − 58
    enable responsibility, 9 − 59
    implementing archive and purge, 9 − 57
    monitoring archive and purge, 9 − 27
    preparing to run, 9 − 4
    run archive and purge, 9 − 61
    selection criteria, 9 − 15
    status and error messages, 9 − 28
    tables purged, 9 − 18
    using archive and purge, 9 − 2

Purpose
    assign business purpose to address, 3 − 18
    business purpose field reference, 3 − 21

Index − 15

NDCA-ORCL 048699

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# Q

Query, credit memos, on account credit memos,
5 – 64

QuickCash
applying receipts, 4 – 93
execution report, 4 – 98
overview, 4 – 90
overview of post quickcash, 4 – 94
running post quickcash, 4 – 96
tables, 4 – 47

QuickCodes
address style, 3 – 59
collections, 2 – 36
customer, 2 – 34
customer profile, 2 – 35
defining, 2 – 31
receipt, 2 – 38
reviewing and updating, 2 – 32
transaction, 2 – 36

QuickPick
AutoReduction profile option, B – 28
AutoSelect profile option, B – 29

# R

Rate
action codes of sales tax interface, 7 – 90
currencies without rates, 6 – 59
default exchange rate option, B – 13
define conversion types, 2 – 163
define period rates, 2 – 165
define tax codes, 2 – 169
prepare to load sales tax, 7 – 74
review sales tax rates, 2 – 174
run sales tax rate interface, 7 – 82
sales tax rate validation, 7 – 78
tax rate exceptions, 2 – 182
using sales tax rate interface, 7 – 80

Receipt
about remittances, 4 – 145
accounting entries, 8 – 29
accounting for automatic receipts, 4 – 120

applying a quickcash receipt, 4 – 93
applying receipts, 4 – 7
approve remittance batch, 4 – 156
approving automatic receipts, 4 – 132
autocash rules, 4 – 100
automatic profile option, B – 14
automatic receipt execution report, 4 – 131
automatic receipts, 4 –.118
batch source profile option, B – 15
batching, 4 – 31
clearing execution report, 4 – 162
clearing receipts, 4 – 160
confirm automatic receipts, 4 – 137
create remittance batches, 4 – 151
creating automatic, 4 – 127
cross site and cross customer, 6 – 68
define automatic receipt programs, 2 – 129
define lockboxes, 2 – 136
define payment methods, 2 – 124
define receipt classes, 2 – 122
enter miscellaneous transactions, 4 – 18
entering quick receipts, 4 – 91
entering receipts, 4 – 2
factor remittances, 4 – 149
format automatic receipt report, 4 – 136
formatting automatic receipts, 4 – 135
grace days, 6 – 41
how lockbox applies, 4 – 41
how post quickcash applies, 4 – 95
lockbox validation, 4 – 43
manually applying receipts, 4 – 9
manually create a remittance batch, 4 – 154
manually entering automatic receipts, 4 – 140
miscellaneous, tables used, 8 – 67
overview of post quickcash, 4 – 94
overview of quickcash, 4 – 90
quickcash tables, 4 – 47
quickcodes, 2 – 38
reapply, 4 – 27
receipt history report, 10 – 90
receipt register, 10 – 94
reconcile, 8 – 14
reporting on automatic receipts, 4 – 142
reverse, 4 – 24
reverse receipt tables, 8 – 65
review applications, 4 – 28
run autolockbox, 4 – 70

NDCA-ORCL 048700

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

run automatic clearing, 4 – 160
run post quickcash, 4 – 96
sources, 2 – 120
tables used, 8 – 62
troubleshooting autoreceipts, 4 – 121
unapplied receipt tables, 8 – 60
unconfirm automatic receipts, 4 – 138
using autoassociate, 4 – 38
using autolockbox, 4 – 34
using cash management to clear, 4 – 163
window field reference, 4 – 5

Receivables
    define activity, 2 – 110
    define system options, 2 – 50
    journal entries detail report, 10 – 70
    menu paths, A – 2
    overview of tax setup, 7 – 157
    quickcodes, 2 – 32
    reconcile transactions, 8 – 13
    reconciling, 8 – 9
    restrict access using function security, C – 3
    sales tax rate interface, 7 – 71
    tables and columns, 8 – 33
    user profile options, B – 2

Receivables Key Indicators
    Daily Report, 10 – 100
    Summary Report, 10 – 72

Reconcile
    account balances, 8 – 15
    canadian tax reconciliation report, 7 – 145
    outstanding balances, 8 – 11
    overview of tax reconciliation, 7 – 52
    receipts, 8 – 14
    receivables, 8 – 9
    sales tax, 7 – 50, 7 – 174
    sales tax returns, 7 – 54
    tax reconciliation report, 7 – 19
    transactions, 8 – 13

Reconciliation
    bank, 10 – 48
    general ledger, 10 – 70

Record, customer calls, 6 – 16

Record a Call
    Collections Payment Forecast Report, 10 – 33
    Collector Call History, 10 – 34
    Collector's Follow Up Report, 10 – 35
    Customer Follow Up History Report, 10 – 42
    Payment Promises Report, 10 – 93

Register, vat tax report, 7 – 31

Relationship, creating customer relationships, 3
    – 30

Remit
    address label size option, B – 13
    define remit to addresses, 2 – 135

Remittance
    accounting entries, 8 – 30
    accounting for remittances, 4 – 120
    approving a batch, 4 – 156
    assign banks, 2 – 126
    batch management report, 10 – 102
    create batches, 4 – 151
    creation profile option, B – 9
    define banks, v
    execution report, 4 – 131
    factoring remittances, 4 – 149
    format report, 4 – 159
    formatting batches, 4 – 158
    formatting layouts, 4 – 146
    manually creating a batch, 4 – 154
    overview, 4 – 145
    reporting on automatic remittances, 4 – 142

Report
    account status, 10 – 7
    accounting rules listing, 10 – 8
    adjustment approval, 10 – 9
    adjustment register, 10 – 10
    aged trial balance, 10 – 14
    aged trial balance 4 and 7 bucket, 10 – 11
    alternate customer name matching report, 4 –
        79
    applied receipts register, 10 – 16
    archive detail report, 9 – 8
    archive summary report, 9 – 8, 9 – 63
    audit by document, 10 – 17
    auto receipt batch management, 10 – 21
    autoadjustment reports, 5 – 83
    autocash rules, 10 – 19

NDCA-ORCL 048701

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

autoinvoice reports, 5 – 73
automatic clearing for receipts, 4 – 162
automatic receipts awaiting confirmation, 10 – 20
automatic receipts execution, 4 – 131
bad debt provision, 10 – 23
bank risk, 10 – 24
billing and receipt history, 10 – 25
billing history, 10 – 26
call actions, 10 – 27
canadian tax reconciliation report, 7 – 145
collection effectiveness indicators, 10 – 28
collection key indicators, 10 – 31
collections by collector, 10 – 32
collections receipt forecast, 10 – 33
collector call history, 10 – 34
collector's follow up, 10 – 35
commitment balance, 10 – 36
credit hold, 10 – 37
customer credit snapshot, 10 – 38
customer follow up history, 10 – 42
customer interface transfer, 3 – 99
customer listing, 10 – 43
customer merge execution, 3 – 82
customer profiles, 10 – 41
customer relationships, 10 – 47
deposited cash, 10 – 48
discount projection, 10 – 50
disputed invoice, 10 – 51
dunning history report, 10 – 56
dunning letter generate, 10 – 54
dunning letters preliminary, 10 – 52
duplicate customer, 10 – 57
european sales listing, 10 – 58
format automatic receipts, 4 – 136
format automatic remittances, 4 – 159
incomplete invoices, 10 – 60
intercompany invoice, 10 – 61
intercompany receipts, 10 – 62
invoice batch sources, 10 – 63
invoice exception, 10 – 64
invoice print preview, 10 – 65
invoices awaiting automatic receipt, 10 – 67
invoices posted to suspense, 10 – 69
journal entries, 10 – 70
key indicators – daily and summary, 10 – 72

lockbox execution report, 4 – 83
miscellaneous transactions, 10 – 74
ordering and grouping rules, 10 – 75
other applications, 10 – 77
overview of tax reports, 7 – 60
past due invoices, 10 – 78
payment terms listing, 10 – 79
post quickcash execution, 4 – 98
posting execution report, 8 – 4
print collection report, 6 – 38
print invoice, 10 – 80
projected gains and losses, 10 – 89
receipt history, 10 – 90
receipt promises, 10 – 93
receipts awaiting bank clearance, 10 – 95
receipts awaiting remittance, 10 – 96
receipts journal, 10 – 91
receipts register, 10 – 94
receipts too small for remittance, 10 – 98
receipts without sites, 10 – 99
receivables key indicators, 10 – 100
remittance batch management, 10 – 102
revenue recognition execution, 5 – 26
reversed receipts, 10 – 104
sales journal by customer, 10 – 105
sales journal by gl account, 10 – 106
sales tax listing, 7 – 63
sample dunning letter print, 10 – 107
sort customer reports option, B – 15
standard memo lines listing, 10 – 108
supplier customer netting, 10 – 111
tax code listing, 7 – 33
tax exceptions listing, 7 – 64
tax exempt customer, 7 – 62
tax interface report, 7 – 84
tax received report, 7 – 67
tax reconciliation, 7 – 19
tax: open invoices report, 7 – 69
transaction detail, 10 – 113
transaction register, 10 – 114
transaction types listing, 10 – 115
u.s. sales tax listing, 7 – 64
unapplied receipts register, 10 – 116
unposted items, 10 – 117
update customer profiles, 10 – 118
vat, 7 – 27
vat exception, 7 – 28

NDCA-ORCL 048702

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

vat register, 7 − 31

Responsibility, enable archive/purge
    responsibility, 9 − 59

Revenue
    define accounting rules, 2 − 95
    enter invoices with rules, 5 − 22
    recognizing, 5 − 24
    revenue recognition program, 5 − 24
    revenue recognition report, 5 − 26
    reviewing accounting information, 5 − 10

Reverse, Reversed Payments Report, 10 − 104

Reverse Receipt, tables used, 8 − 65

Rounding, tax system options, 2 − 56

Rule, automatic matching rules, 4 − 100

Rules
    autocash, 4 − 102
    autocash sets, 2 − 115
    define accounting, 2 − 95
    define grouping rules, 2 − 93
    entering invoices with rules, 5 − 22
    importing invoices with rules, 5 − 137
    invoice rules, overview, 5 − 85
    overview of autocash, 4 − 100
    using invoice and accounting rules, 5 − 88

Run
    archive and purge, 9 − 61
    autolockbox, 4 − 70
    automatic clearing program, 4 − 160
    automatic receipt program, 4 − 127
    before running archive purge, 9 − 4
    customer interface, 3 − 97
    customer merge, 3 − 81
    general ledger interface, 8 − 2
    post quickcash, 4 − 96
    reports and listings, 10 − 2
    sales tax rate interface, 7 − 82

## S

Sales
    allow update profile option, B − 8

customize location flexfield, 7 − 172
define location flexfield, 7 − 174
define salespersons, 2 − 98
entering sales credits, 5 − 18
implement sales tax, 7 − 34
interface program updates, 7 − 93
interface validation, 7 − 78
prepare to load rates, 7 − 74
reconcile sales tax, 7 − 50, 7 − 174
reconcile sales tax returns, 7 − 54
review tax rates, 2 − 174
reviewing sales credits, 5 − 55
tax interface date adjustments, 7 − 87
tax listing report, 7 − 63
tax rate interface, 7 − 71
tax setup checklist, 7 − 35
transfer data from feeder system, 7 − 76
u.s. sales tax listing, 7 − 64

Sales interface, SQL Loader script, 7 − 93

Sales Journal by GL Account Report, 10 − 105,
    10 − 106

Sales Tax, overview, 7 − 2

Sales tax, define location flexfield structure, 2 −
    10

Sales Tax Location Flexfield, using flexible
    addresses, 3 − 52

Salesperson, define, 2 − 98

Scheduler, review collector actions, 6 − 32

Security, overview of function security, C − 2

Sequencing, overview, 2 − 42

Sequential, document numbering profile option,
    B − 29

Set
    define distribution sets, 2 − 112
    define set of books, 2 − 158
    zengin character set option, B − 17

Set of books
    define accounting calendar, 2 − 154
    setup, 2 − 8

Setup
    accounting rules, 2 − 95
    accounting system options, 2 − 51

NDCA-ORCL 048703

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

address validation, 3 − 63
adjustment approval limits, 2 − 113
aging buckets, 2 − 67
autocash rule sets, 2 − 115
automatic receipt programs, 2 − 129
canadian tax, 7 − 128
collector, 2 − 131
currencies, 2 − 161
customer addresses, 3 − 13
customer contact roles, 3 − 25
customer discount information, 2 − 78
customer phone numbers, 3 − 28
customer profile classes, 3 − 32
customer relationships, 3 − 30
customers, 3 − 3
define lockboxes, 2 − 136
define statement cycles, 2 − 132
define transmission formats, 2 − 139
demand classes, 2 − 39
document numbering, 2 − 41
dunning letter format files, 2 − 147
dunning letters, 2 − 145
enter customer contacts, 3 − 23
flexbuilder, 2 − 8
flexible address formats, 2 − 14
flexible addresses, 3 − 53
freight carriers, 2 − 72
grouping rules, 2 − 93
implement sales tax, 7 − 34
invoice batch sources, 2 − 86
invoice line ordering rules, 2 − 91
invoices and customers, 2 − 58
items, 2 − 108
items flexfield structure, 2 − 9
organization, 2 − 9, 2 − 73
overview of tax, 7 − 157
payment methods, 2 − 124
payment terms, 2 − 75
receipt classes, 2 − 122
receipt sources, 2 − 120
receivables, 2 − 2
recommended setup, 2 − 2
remit to addresses, 2 − 135
sales tax, 7 − 35
sales tax location flexfield, 7 − 174
salespersons, 2 − 98

set of books, 2 − 8, 2 − 158
standard memo lines, 2 − 100
steps, 2 − 8
system options, 2 − 50
tax codes and rates, 2 − 169
tax extension, 7 − 106
tax locations and rates, 2 − 171
tax rate exceptions, 2 − 182
tax system options, 2 − 53
territories, 2 − 64
territory flexfield, 2 − 65
transaction types, 2 − 80
unit of measure, 2 − 71
vat, 7 − 6
vat checklist, 7 − 7
vat setup steps, 7 − 8
verify sales tax setup, 7 − 48, 7 − 144
verify vat setup, 7 − 19
Site
    assign business purpose, 3 − 18
    define statement sites, 6 − 66
Sort, sort report profile option, B − 15
Source
    define invoice batch sources, 2 − 86
    receipt, 2 − 120
    receipt batch source option, B − 15
    transaction batch option, B − 16
Split
    define split amount, 2 − 61
    invoices with installments, 5 − 27
Staged, using staged dunning, 6 − 45
Standard
    define standard messages, 2 − 134
    standard memo lines listing, 10 − 108
Statement
    assign to customer site, 3 − 18
    cross site receipts, 6 − 68
    define standard messages, 2 − 134
    define statement cycles, 2 − 132
    define statement site, 6 − 66
    printing, 6 − 25
    sample statement, 6 − 69, 10 − 109
    using statements, 6 − 65
Status
    define item status, 2 − 106

NDCA-ORCL 048704

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

transaction status, 5 − 6
valid adjustment statuses, 5 -- 75
valid receipt statuses, 4 − 2

Style, address style mappings, 3 − 43

System
    define options, 2 − 50
    invoices and customers options, 2 − 58
    overview of tax setup, 7 − 157
    tax options, 2 − 53


# T

Table
    adjustments, 8 − 72
    ar_archive_control_detail, 9 − 37
    ar_archive_detail, 9 − 48
    ar_archive_header, 9 − 39
    ar_tax_interface, 7 − 93
    archive and purge, 9 − 18
    archive tables, 9 − 35
    autolockbox tables and columns, 4 − 47
    chargebacks, 8 − 69
    customer interface, 3 − 102
    delete records from alternate names table, 4 −
        78
    dunning tables and columns, 6 − 52
    invoice against a deposit, 8 -- 47
    invoice against a guarantee, 8 − 50
    invoice tables, used by autoinvoice, 8 − 42
    lockbox interface table and columns, 4 − 47
    on account credits, 8 − 57
    receipt and quickcash tables, 4 − 47
    transaction tables and columns, 8 − 33
    updated by customer interface, 3 − 91
    used by commitments, 8 − 45

Tax
    account qualifier, 7 − 172
    allow ad hoc changes, 7 − 158
    allow manual tax lines, 7 − 158
    allow override profile option, 7 − 158
    allow tax code override, 7 − 159
    calculate tax on credit memos, 7 − 159
    calculating tax, 7 − 151

canadian tax reconciliation report, 7 − 145
canadian tax setup checklist, 7 − 128
code listing report, 7 − 33
country specific vat reporting, 7 − 4
customize location flexfield, 7 − 172
define authorities, 2 − 177
define codes and rates, 2 − 169
define exemptions, 2 − 179
define location flexfield, 7 − 174
define locations and rates, 2 − 171
define rate exceptions, 2 − 182
define tax groups, 2 − 184
entering for transactions, 5 − 15
exceptions listing, 7 − 64
exempt customer report, 7 − 62
exempt product report, 7 − 64
how receivables calculates, 7 − 153
implement canadian tax, 7 − 124
implement jurisdiction, 7 − 103
implement sales tax, 7 − 34
implementing vat, 7 − 6
import sales tax rates, 7 − 76
import tax lines using autoinvoice, 5 − 133
install tax extension, 7 − 106
install tax vendor extension, 7 − 97
interface updates of tables, 7 − 93
inventory item for freight, 7 − 159
invoice freight as revenue, 7 − 159
open invoices report, 7 − 69
overview of reports, 7 − 60
overview of setup, 7 − 157
overview of tax reconciliation, 7 − 52
processing, 7 − 162
profile options, 7 − 158
reconcile sales tax, 7 − 50, 7 − 174
reconcile sales tax returns, 7 − 54
reconciliation report, 7 − 19
review sales tax rates, 2 − 174
review transaction information, 5 − 58
rounding options, 2 − 56
run sales tax rate interface, 7 − 82
sales tax listing report, 7 − 63
sales tax location flexfield structure, 3 − 64
sales tax rate interface. See sales interface
sales tax rate validation, 7 − 78
sales tax setup checklist, 7 − 35

NDCA-ORCL 048705

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

smart client architecture of tax vendor, 7 – 116
system level tax code, 7 – 158
system options, 2 – 53
tax interface report, 7 – 84
tax received report, 7 – 67
tax vendor profile option, B – 8
transaction types, 7 – 160
u.s. sales tax listing, 7 – 64
use tax vendor profile option, 7 – 160
using sales tax rate interface, 7 – 80
vat register report, 7 – 31
vat setup checklist, 7 – 7
vat setup steps, 7 – 8
verify sales tax setup, 7 – 48, 7 – 144
verify vat setup, 7 – 19
window field reference, 5 – 17

Telephone, enter customer phone numbers, 3 – 28

Term
   define payment terms, 2 – 75
   payment terms field reference, 2 – 79

Territories, maintain, 2 – 14

Territory
   define flexfield, 2 – 10
   define territories, 2 – 64
   define territory flexfield, 2 – 65
   maintain territories, 2 – 66

Transaction
   accounting for, 8 – 26
   autoinvoice, 5 – 114
   automatic document sequencing, 2 – 41
   batch source profile option, B – 16
   batch source field reference, 5 – 33
   completing transactions, 5 – 34
   copying invoices, 5 – 38
   creating batches, 5 – 31
   crediting, 5 – 46
   crediting lines, 5 – 50
   define batch sources, 2 – 86
   define flexfield structure, 2 – 15
   define transaction types, 2 – 80
   enter invoices with rules, 5 – 22
   enter miscellaneous transactions, 4 – 18

enter transactions, 5 – 2
entering quick transactions, 5 – 20
entering sales credits, 5 – 18
entering tax information, 5 – 15
flagging for automatic receipts, 4 – 125
flexfields used by autoinvoice, 5 – 143
how types affect tax, 7 – 160
importing using AutoInvoice, 5 – 71
line ordering rules, 2 – 91
maintaining, 5 – 43, 5 – 101
overview of autoinvoice, 5 – 115
place/remove item in dispute, 6 – 21
prepare to run autoinvoice, 5 – 117
printing, 5 – 44
quickcodes, 2 – 36
reconcile, 8 – 13
review accounting information, 5 – 54
review freight, 5 – 57
review sales credits, 5 – 55
review tax information, 5 – 58
tables and columns, 8 – 33
types, 5 – 2
understanding your printed transactions, 5 – 237
using grouping rules, autoinvoice, 5 – 149
view balances, 6 – 14
view customer, 6 – 10
view items in dispute, 6 – 22
view open activities, 6 – 13
view past due items, 6 – 14
voiding transactions, 5 – 37
window field reference, 5 – 6

Transaction Register, 10 – 114

Transaction Types Listing, 10 – 115

Transfer
   run customer interface, 3 – 97
   run gl interface, 8 – 2

Transmission
   define lockbox formats, 2 – 139
   maintain lockbox data, 4 – 86

Type
   define period types, 2 – 157
   define transaction types, 2 – 80
   transaction types, 5 – 2
   types of adjustments, 5 – 75

NDCA-ORCL 048706

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



# U

U.S., implement sales tax, 7 − 34

Unapplied Receipt, tables used, 8 − 60

Unapply, crediting transactions, 5 − 60

Unconfirm, automatic receipts, 4 − 138

Unit
define unit of measure, 2 − 71
define unit of measure classes, 2 − 70
defining in Oracle Inventory, iv

Update
credit memo installments, 5 − 61
credit memos, on account credits, 5 − 69
customer profile class, 3 − 39
invoices, 5 − 101
transactions, 5 − 43, 5 − 101

User, profile options, B − 2

# V

Validation
address, 3 − 63
address validation level, 3 − 65
AutoInvoice, 5 − 124
autolockbox, 4 − 43
defining flexible address, 3 − 67

VAT
country specific reporting, 7 − 4
define tax rounding, 2 − 56
implementation, 7 − 6
overview, 7 − 2
register report, 7 − 31
setup checklist, 7 − 7
setup steps, 7 − 8
tax exception report, 7 − 28
tax reports, 7 − 27
verify tax setup, 7 − 19

# Vendor
implement tax extension, 7 − 97
install tax extension, 7 − 106
smart client architecture of tax vendor, 7 −
116
use tax vendor profile option, 7 − 160, B − 8

Void, voiding transactions, 5 − 37

# W

Window
accounting, field reference, 5 − 11
adjustment field reference, 5 − 79
aging field reference, 6 − 9
application field reference, 4 − 12
batches field reference, 5 − 33
business purpose field reference, 3 − 21
character mode forms and GUI windows, A −
8
contact and roles field reference, 3 − 27
controlling display, C − 8
credit memos field reference, 5 − 52
customer account field reference, 6 − 4
customers field reference, 3 − 6
freight field reference, 5 − 14
invoice sources field reference, 2 − 90
payment terms field reference, 2 − 79
profile classes field reference, 3 − 36
receipts field reference, 4 − 5
submit lockbox field reference, 4 − 80
tax field reference, 5 − 17
transactions field reference, 5 − 6

# Z

Zengin
import lockbox data, 4 − 74
maintain lockbox data, 4 − 75
matching customers with receipts, 4 − 38
use character set option, B − 17

NDCA-ORCL 048707

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# EXHIBIT 42

**From:** Molly Littlefield
**Sent:** Fri, 15 Oct 2004 17:23:20 GMT
**To:** Deborah Miller
**CC:** Molly littlefield
**BCC:**
**Subject:** Escheatment of Unapplied Cash

Hi Debbie,
We are doing an escheatment program for unapplied cash. What is
happening is that we are giving them the population from May 31st, 2003
and prior and below $20,000.00. Then based on a random sampling we will
escheat and/or create revenue for the whole population. The small
problem we have with this is on items that we are already working on.
We are trying to back out those items that we already are in the process
of refunding or resolution is in progress. This being said we have
items that Legal is working on. For example Bayer Diagnostic, Mortgage
Flex, Kraft Foods, and Calico Commerce we would like to leave these
items in the population that we send to PWC however we wanted to get
your viewpoint. If you feel like you are already well underway in
resolving these then we would not want to mess up your progress.
Please let me know your thoughts
Thanks
Molly

Confidential - Pursuant to Protective Order

**From:** Molly Littlefield
**Sent:** Fri, 15 Oct 2004 17:59:19 GMT
**To:** Deborah Miller
**CC:** John Wadsworth
**BCC:**
**Subject:** Re: Escheatment of Unapplied Cash

Yeah all unapplied cash that is older then May 2003 but less then 20k is
being included in the project.
If you want to keep it out of the sample that should be fine.
Thanks
Molly


Deborah Miller wrote:

>Molly, by "population" do you mean "all unapplied cash receipts?" Calico
>Commerce is done; I sent an email to Krupesh the other day on this. I still
>need to work on Kraft Foods. Bayer Diagnostic and Mortgage Flex are being
>worked on by John Wadsworth. Also, Home Health Corp. is a weird one that I
>am working on. Otherwise I think I'm pretty caught up. John, could you
>kindly let Molly know whether you think the two you have should be part of
>this escheat program or not? Thanks.
>
>Molly Littlefield wrote:
>
>
>
>>Hi Debbie,
>>We are doing an escheatment program for unapplied cash. What is
>>happening is that we are giving them the population from May 31st, 2003
>>and prior and below $20,000.00. Then based on a random sampling we will
>>escheat and/or create revenue for the whole population. The small
>>problem we have with this is on items that we are already working on.
>>We are trying to back out those items that we already are in the process
>>of refunding or resolution is in progress. This being said we have
>>items that Legal is working on. For example Bayer Diagnostic, Mortgage
>>Flex, Kraft Foods, and Calico Commerce we would like to leave these
>>items in the population that we send to PWC however we wanted to get
>>your viewpoint. If you feel like you are already well underway in
>>resolving these then we would not want to mess up your progress.
>>Please let me know your thoughts
>>Thanks
>>Molly
>>
>>

Confidential - Pursuant to Protective Order

# EXHIBIT 43

**From:** greg.myers
**Sent:** Thu, 07 Nov 2002 07:55:28 GMT
**To:** Terry Elam; SanJuan; Alex
**CC:**
**BCC:**
**Subject:** 12601 Clean Up

Confidential - Pursuant To Protective Order

NDCA-ORCL 1727749

Terry/Alex-

I have attached the spreadsheet that shows what is in 12601 from a Misc receipt perspective and above $3K. It drastically reduced the amount of work you will need to do (2212 down to 727) Please let me know if you have any questions. I would give the large dollar items to Sam and Kim, and then give the lower dollar values to the rest of the team. Just a suggestion though.

I have also attached the step by step process for you.

Greg

Confidential - Pursuant To Protective Order

# EXHIBIT 44

**Step-by-Step Guide to Removing Misc Receipts from 12601**

**Step 1-** Open the form "Receipts" in the responsibility US GSI Receivables User.

**Step 2–** Query the Receipt Number that is said to be in 12601.

    **Step 2.1-** There maybe more than one receipt with that receipt number. Arrow down until you find a negative misc. receipt that is for the same amount that is said to be in 12601. Generally, the receipt will have a "Paid From" with the name "reserve", and have the comment, "Per collections move to reserve".

    **Step 2.2–** Hit the "Reverse…1" button at the bottom of the form. Change the GL Date to 24-Nov-02. Choose the category "Reverse Payment" and the reason "Resubmit Check". Then complete the process by hitting the "Reverse" button.

    **Step 2.3 –** After reversing the negative receipt, you should be back at the Receipts form. Arrow down until you find a positive receipt for the same amount that you just reversed.  Click on Distributions. The GL Account should be 001.0000.12601.0000.959.070.999.999. If so, this is the correct receipt. Close the Distributions form and follow the same steps outlined in Step 2.2 .

**Step 3-** After reversing the two Misc receipts look for a Cash receipt that could have enough money to support the move. For example, if there is a Cash receipt for $1,000 and the Misc receipts were for $5,000 then this is not the receipt.

    **Step 3.1-** There may be more than one receipt with that receipt number that is able to support the move. To determine if the first receipt you pulled up is correct, click on "applications". If this is the correct receipt, there should be a Debit Memo applied to it that begins with "550…." And should be in the amount of the amount in the "total" column. If there is not a Debit Memo applied to this receipt that begins with a "550….", then close the "applications" window and hit the arrow down button to look at the next receipt. Repeat the Step 3.1 until the correct "cash" receipt is found. Alert Terry if you cannot find the Cash receipt.

**Step 4-** Unapply the Debit Memo (only if it begins with 550) and save your work. The amount previously applied to the Debit Memo should now be sitting in Unapplied Cash.

**Step 5-** Open the form "Credit Transactions"

**Step 6-** Query on the Debit Memo unapplied in Step 3.

**Step 7-** Choose the "reason code" of "Debit Memo" from the LOV, and then click "Credit Balance" button and choose "yes" when it asked if you want to credit the total amount of the invoice. Save your work (Ctrl + S). Once it saves, hit the "Complete" button.

To ensure that you have made the correct entries the following should be true, the positive Misc receipt, the negative Misc receipt, and the credit memo that was processed

NDCA-ORCL 1727952

against the debit memo should all be for the same amount. In addition, the positive Misc receipt should have the distributions in 12601.

Confidential - Pursuant To Protective Order

NDCA-ORCL 1727953

# EXHIBIT 45

Please refer to NDCA-ORCL 1085909 for this Exhibit