# EXHIBIT 67

 Oracle Adds Order to the Internet
http://www.oracle.com/corporate/press/211516.html



# Oracle Press Release

Contact(s):

Stephanie Baker
Oracle Corp.
(650) 633 8927
sdbaker@us.oracle.com

Aimee Brainard
Applied Communications
(415) 365 0222
abrainard@appliedcom.com

### Oracle Adds Order to the Internet
Oracle(R) Order Management 11i Offers Industry?s First Linkage
Between Front and Back Office Applications to Deliver the Only
Completely Integrated E-Business Suite

REDWOOD SHORES, Calif., Jun. 5, 2000 -
(http://www.oracle.com/tellmemore/?211516) Oracle Corp., the largest
provider of software for e-business, today announced that Oracle(R) Order
Management 11i, shipped with the E-Business Suite in May, brings an
unprecedented degree of integration to the order management function and
will help major corporations modernize their order entry, tracking and
fulfillment processes for the Internet. With Order Management 11i, Oracle
now provides out-of-the-box integration of front and back office
applications for the next generation in order fulfillment solutions. Early
adopters of the solution include American Power Conversion Corp. and
Millipore Corporation.

In the past, traditional order entry systems did not link front office
customer interactions and back-office transactions. The lack of integration
between these two critical business functions forced companies to cobble
together heavily customized solutions in order to achieve a solution that
captured orders, fulfilled demand and provided an accurate view to all
order-related activities. By capturing and processing demand from all
channels and providing critical information to customers, trading partners,
and the extended supply chain, Oracle's Order Management 11i solution
provides the key linkage between Customer Relationship Management
(CRM) and Enterprise Resource Planning (ERP), enabling Oracle to offer
the industry's only end-to-end integrated e-business suite.

Out-of-the-Box Integration

Oracle Order Management is the critical component that enables orders to
seamlessly flow from customer-facing operations through the supply
chain. Oracle Telesales, Oracle iStore, Oracle Marketing, and Oracle
Service, Oracle Field Sales and Oracle Trade Promotion all fully integrate
and inter-operate with Oracle Order Management to support specialized
sales environments such as web stores and telemarketing, and enable
companies to manage pricing and order fulfillment accurately and
efficiently in one uniform application. Additionally, Order Management
includes integration with the Oracle iPayment Server to provide credit
card validation and authorization, and with Oracle Receivables for capture
of funds. Order Management 11i provides complete configuration
functionality to support guided selling and configuration capabilities
which enable companies to offer personalized products and services.

**CA-ORCL 007957**

NDCA-ORCL 011859

Oracle Configurator brings the best practices from sales and marketing processes to point of sale, increasing sales effectiveness and customer service in all selling channels: direct, inside, distributors and e-commerce.

Oracle Order Management 11i links the customer with the supply chain by matching customer requirements to current and future product and resource availability across the global supply chain. It also integrates order and shipping information to help reduce fulfillment cost and time; captures demand from all customer interaction points including the Web, field sales, services and partners and provides a flexible pricing and promotions strategy to win market share in specific markets and regions.

Finally, Shipping Execution within Order Management 11i tracks orders and shipments throughout the entire transportation and delivery cycle. Shipping Execution offers increased control and visibility of transportation networks, by enabling companies to plan trips, stops and deliveries. Oracle?s integrated order and shipping solutions enable companies to achieve on time delivery at lowest cost through integrated delivery planning and coordination with logistics partners.

"Oracle Order Management 11i will allow Millipore to operate more efficiently, share more information, and in turn satisfy our customers better," said Bridget Reiss, director, Business Systems Integration, Millipore Corporation. "The intuitive user interface gives employees the ability to personalize screens for their needs thereby reducing training costs and time. In addition, built-in workflow capabilities will allow us to streamline a number of manual processes."

"With Order Management 11i, Oracle brings to market the next generation of order fulfillment solutions. Order Management 11i, was specifically designed for e-businesses and extends traditional order entry and shipping capabilities to offer flexibility in order pricing and promotions, integration with logistics partners and unmatched self-service capabilities," said Don Klaiss, senior vice president, Oracle Manufacturing Applications. "Customers now have increased participation and visibility into the order fulfillment process and can track their orders from dock to door."

Availability

Oracle Order Management 11i is available immediately as a fully integrated component of the Oracle E-Business Suite.

About Oracle

Oracle Corporation provides the software that powers the Internet.

For more information about Oracle, please call 650/506-7000.

CA-ORCL 007958

# # #

Trademarks

Oracle is a registered trademark of Oracle Corporation.

Copyright © 2001 Oracle Corporation. All Rights Reserved.       Contact Us | Legal Notices and Terms of Use | Privacy Statement

# EXHIBIT 68

HQAPP:
Please approve for Q1 (previously approved for Q4)

Approval from George Roberts is below.

Thanks,
Kieran Cunniffe
NAS Business Practices
610-722-2132

george roberts wrote:

> approved providing the deal does not shrink.
>
> NASINFO wrote:
>
>
> > George,
> > Please approve for Q1 02 (previously approved for Q4)
> >
> > Requested:
> > 1.  60% discount (76.5% Discount after JE to support)
> > 2.  Flat line support 5 years. (previously approved provided the deal
> > size remained the same at $4.1M in net license at a 45% discount -
> > please approve based on the revised deal size)
> > 3.  Support paid quarterly in arrears.
> > 4.  Discount hold on entire price list - 45% discount for 2 years
> > (previously approved for deal
> > size of $4.1M in net license)
> >
> > Deal Summary:
> > Programs:  Oracle Database Enterprise Edition, Parallel  Server, Internet
> Application Server
> > Enterprise Edition, Internet Developer Suite, Discoverer Desktop Edition,
> iStore, iPayment,
> > Order Management, Advanced Pricing, Purchasing, Discrete Manufacturing,
> Project Costing, Project
> > Billing, Financials, Internet Expenses, iReceivables, Human Resources, Self-
> Service Human Resources, EDI
> > Gateway, Application Read-Only User
> > Discount 60%/76.5% for license after REVREC JE
> > List License $7,754,415
> > List Support $1,705,971.30
> > Net License  $3,101,766 at a 60% discount / After JE $1,822,287.60
> > (76.5% off of net license)
> > Net Support - $682,388.52
> >
> > Justification:
> > We are migrating Imation to R11i applications while accommodating a dramatic
> reduction in the
> > number of users as a result of divestitures and a slow down in their
> business.
> >
> > Rather than migrating their existing licenses, the customer will be
> terminating existing
> > licenses and support and purchasing new licenses.  Use of standard migration
> rules will result in higher support costs going forward for this customer.
> Therefore, the customer would prefer the cancel and

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 248097

```
> > replace.
> >
> > In the event of a "cancel and replace" such as this where the discount
> > offered to the customer (60%) exceeds the discounts that they could have
received had they
> > purchased the licenses over the store (45%), REVREC policy is to JE from
license to support the amount equal to the
> > percentage difference between the discount the customer would have received
had they purchased the licenses over
> > the store (45%) and the discount offered (60%) list support for the new
configuration.  After the JE, the net
> > license fee will be reduced from $3,101,766 to $1,822,287.60 which would
effectively be a 76.5% discount.
> >
> > DISCOUNT 60%
> > List License $7,754,415
> > List Support $1,705,971
> > Net License  $3,101,766
> > Net Support $682,388.52
> >
> > (List Support) $1,705,971 x  (difference in store discount and discount
offered) .15
> > = $255,895.69 x 5 (each year of support under the 5 year flatline)  =
$1,279,478.40
> >
> > Net License $3,101,766 - $1,279,478.40 = $1,822,287.60 (76.5% off of net
> > license) Imation has spent roughly $10M on license and $70M on OCS over the
last
> > 5 years.  Imation is on the bleeding edge of a world wide R11i upgrade and
we are selling them
> > some new R11i products and users to accommodate changes in their business.
> >
> > We are pushing them to do the current license deal in Q4 and request
> > these provisions to help drive the timing of the deal (Q4).  They currently
pay support in
> > arrears, they are looking at CRM but will not formulate a solution until
after Q4 (hence discount hold on
> > entire price list) and the flat line of support is what they need to justify
the project in the Q4 time
> > frame.
> >
> > Thanks,
> > Kieran Cunniffe
> > NAS Business Practices
> > 610-722-2132
> >
> > MAGAPPS wrote:
> >
> > > Approved  (please reattach the exec summary and forward to nasinfo,
> > > thanks).
> > >
> > > AB for MAGs
> > >
> > >  ------------------------------------------------------------------------
> > >
> > > Subject: [Fwd: [Fwd: [Fwd: [Fwd: Approval - Imation]]]]
> > > Date: Fri, 01 Jun 2001 15:54:23 -0400
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 248098

```
> > > From: Ted Brady <ted.brady@oracle.com>
> > > Organization: Oracle Corporation
> > > To: "mary.anne.gillespie_appr@oracle.com"
> > >     <mary.anne.gillespie_appr@oracle.com>
> > > CC: "Sherry,Steven" <STEVEN.SHERRY@oracle.com>
> > >
> > > Approved
> > >
> > > Magapps,
> > > Please re-approve as per MAGS commitment to CFO.  Thanks,
> > >
> > >   ------------------------------------------------------------------------
> > > . .
> > > Subject: [Fwd: [Fwd: [Fwd: Approval - Imation]]]
> > > Date: Fri, 01 Jun 2001 09:05:03 -0500
> > > From: Steve Sherry <Steven.Sherry@oracle.com>
> > > Organization: Oracle Corporation
> > > To: "Brady,Ted" <TED.BRADY@oracle.com>, DFCINFO_US
<DFCINFO.US@oracle.com>,
> > >     "Leonidas,John" <JOHN.LEONIDAS@oracle.com>
> > >
> > > Ted, we need to get the Imation deal re-approved for Q1. Mary Anne had a
> > > call with the CFO of Imation, and committed that Oracle would keep this
> > > deal open while Goldman Sachs completes the study. Please approve and
> > > forward.
> > > --
> > > Sincerely,
> > >
> > > Steve Sherry
> > >
> > > *****************************************
> > > Steven Sherry
> > > Regional Manager
> > > Mid-America Majors
> > > 952/897-8421
> > > Steven.Sherry@oracle.com
> > >
> > > Karla Emil
> > > Administrative Assistant
> > > 952/857-4342
> > > Karla.Emil@oracle.com
> > >
> > > 8500 Normandale Lake Blvd
> > > Suite 300
> > > Bloomington, MN  55437
> > > Fax: 612/835-9223
> > >
> > >   ------------------------------------------------------------------------
> > >
> > > Subject: [Fwd: [Fwd: Approval - Imation]]
> > > Date: Fri, 01 Jun 2001 08:46:52 -0500
> > > From: John Leonidas <john.leonidas@oracle.com>
> > > Organization: Oracle Corporation
> > > To: "Sherry,Steven" <STEVEN.SHERRY@oracle.com>
> > >
> > > Steve,
> > >
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 248099

> > > Please reapprove this deal for Q1.
> > >
> > > As you know Imation could not do this deal in Q4 because their business
> > > is being examined by Goldman Sachs for potential restructuring.  As
> > > stated by their CFO, a  possible outcome is the company continues it's
> > > business as it is structured today.  Depending on the outcome of the
> > > Goldman Sachs study, Imation wants to do this deal in Q1 and we want to
> > > strike while their interest is high to get this deal done.
> > >
> > > ------------------------------------------------------------------------
> > >
> > > Subject: [Fwd: Approval - Imation]
> > > Date:.Thu, 17 May 2001 17:39:10 -0700
> > > From: HQAPP <hqapp@oracle.com>
> > > To: "Sherry,Steven" <STEVEN.SHERRY@oracle.com>
> > > CC: "Leonidas,John" <JOHN.LEONIDAS@oracle.com>,
> > >     NASINFO <nasinfo_us@oracle.com>, grapps
> <george.roberts_appr@oracle.com>,
> > >     George Roberts <george.roberts@oracle.com>,
> > >     "Brady,Ted" <TED.BRADY@oracle.com>,
> > >     MARY_ANNE_GILLESPIE_APPR <MARY.ANNE.GILLESPIE.APPR@oracle.com>,
> > >     REVREC_US <REVREC.US@oracle.com>
> > >
> > > Thanks for the additional information.  Given the circumstances outlined
> > > below, Safra has approved this request.
> > >
> > > Monica
> > >
> > > ------------------------------------------------------------------------
> > >
> > > Subject: Re: Approval - Imation
> > > Date: Thu, 17 May 2001 11:31:55 -0500
> > > From: Steve Sherry <Steven.Sherry@oracle.com>
> > > Organization: Oracle Corporation
> > > To: HQAPP <hqapp@oracle.com>
> > > CC: "Leonidas,John" <JOHN.LEONIDAS@oracle.com>,
> > >     NASINFO <nasinfo_us@oracle.com>,
> > >     MARY_ANNE_GILLESPIE_APPR <MARY.ANNE.GILLESPIE.APPR@oracle.com>,
> > >     "Brady,Ted" <TED.BRADY@oracle.com>,
> > >     George Roberts <george.roberts@oracle.com>,
> > >     "Sherry,Steven" <STEVEN.SHERRY@oracle.com>
> > > References: <3B02F9F4.1210592A@oracle.com>
> > >
> > > Here's the hit list of issues with the R11i upgrade;
> > >
> > > 1) they've spent over $90M with Oracle in the last 5 years
> > > 2) the R11i software as released didn't work
> > > 3) they have compromised there reputation with the SEC associated with a
> > > write-off for the upgrade to R11i that couldn't happen due to product
> > > quality issues
> > > 4) their CEO is regularly attending conference calls with support
> > > 5) they will shut down their $1.2B business for 5 days for the cut over
> > > to R11i
> > > 6) Imation's cost to upgrade is $6.5M which the CEO states the majority
> > > of cost is to fix a product that should not have been released
> > >
> > > OCS and premium support have been involved with the upgrade and the

> > > customer has fairly good access to development, but poor product quality
> > > (many products didn't work, 1000's of patches) and an outage for 5
> > > business days for the cut over is unacceptable per the Imation CEO.
> > >
> > > The following is a list of calls with the CEO and issues that have come
out of these meetings:
> > >
> > > April 10th
> > >
> > > Here's Mike Mayfield's summary of the executive conference call with
Imation on April 10th.
> > >
> > > To recap our call with Imation's CEO and record agreed action items.
> > >
> > > Attendees:
> > >
> > > Bill Monahan - Imation CEO
> > > Steve Ladwig - Imation President Data Storage (70% of Imation's business)
> > > Robert Edwards - Imation CFO (Bob Hibbard's boss)
> > > Bob Hibbard
> > >
> > > Dick Sellers
> > > Mark Ludtke
> > > Bill Bounds
> > > Mike Mayfield
> > >
> > > Key Concerns:
> > >
> > > Imation laid out their two key concerns:
> > >
> > > 1) Projected downtime for upgrade puts Steve Ladwig's business at risk (9-
11 days)
> > >
> > > 2) New discovery of showstoppers
> > >
> > > 11.5.3 Alternative
> > >
> > > We laid out the 11.5.3 alternative and expressed our views on the key
benefits to Imation & potential impacts to both of the key concerns.
> > >
> > > Next Steps:
> > >
> > > 1) We agreed to have the Oracle assessment of the 11.5.3 approach done by
COB, Thursday.  The focus should be on examing the entire upgrade plan with the
objective of shrinking ALL components of the time (not just the patching
component).
> > >
> > > Mgt Drivers:
> > >
> > > Mike McCray - Oracle Support
> > > Mark Ludtke - Oracle Consulting
> > > Bob Kennedy - Imation
> > >
> > > Technical Drivers:
> > >
> > > Larry Klein - Oracle Consulting
> > > Karl Daday - Oracle Support

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 248101

```
> > > Bill Bounds - Oracle Development
> > >
> > > 2) Follow-up Executive Call
> > >
> > > We agreed to hold a follow-on CEO call (same attendees) for this Friday,
4/13, to review results
> > >
> > > April 17th Update:
> > >
> > > To update everyone:
> > >  Imation will start building a test 11.5.3 production system on Thursday.
The process is expected to take about 13 days.
> > >
> > > The US 11.5.3 go live date is August 1.  This date assumes that: a) the
blackout period can be reduced to 5 days or less and b) there are no
showstoppers.
> > >
> > > April 27th Update:
> > >
> > > Imation Attendess:
> > >
> > > Bill Monahan - CEO
> > > Steve Ladwig - President, Data Storage
> > > Robert Edwards, CFO
> > > Bob Hibbard, CIO
> > >
> > > Oracle Attendess:
> > >
> > > Mark Ludtke
> > > Bill Bounds
> > > Mike Mayfield
> > > Nolan Collins
> > >
> > > 1) Status on 11.5.3 upgrade
> > >
> > > CAT I, II, III - have gone through update Just starting patching process
now
> > >
> > > 2) Blackout Window
> > >
> > > Active work to consider all 5 ideas presented to Imation to improve their
upgrade plan and bring downtime window to under 5 days
> > >
> > > Team needs approx 1 1/2 more weeks to get to the point that they will be
able to commit to a specific blackout window.  This commitment is crucial for
Imation to properly plan for business impacts, etc.
> > >
> > > 3) 11i Reference
> > >
> > > Bill Bounds has identified Odwella as a possible reference; Imation needs
to provide workload type data so that Bill can validate it is a suitable client.
Nolan Collins &  to work with Bill on finalizing this determination.   If it is
relevant, the team will set up a
> > > dialog between Odwella and Imation to share learnings and tips for the
upcoming upgrade.
> > >
> > > 4) Expenses
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 248102

> > >
> > > Mark Ludtke and Bob Hibbard have met to re-assess the requirements for the
current resource deployment.
> > >
> > > Mark is also assessing an approach to infuse extra resources, during the
August upgrade, to assure a success upgrade and the achievement of the Aug 1 go
live date.  He will continue working with Bob Hibbard to refine this approach.
> > >
> > > 5) Go Live
> > >
> > > Go Live is still confirmed for 1 August.
> > >
> > > 6) Next CEO Call
> > >
> > > Bi-Weekly Executive Conference Call Agenda
> > >
> > > We will hold another CEO call in two weeks, on May 11th, to assure a firm
commitment is achieved on item #2, Blackout Window.
> > >
> > > Our tentative agenda will be as follows:
> > >
> > > 1. Review status of agreed upon supplemental actions
> > >    a. Confirm that the Oracle Italy 10.7 Libro reports have been
successfully forward ported to R11i (Mark Arps and Steve Heidukewitsch)
> > >    b. Identify/ prioritize and deliver fixes for Imation North America's
go live "showstopper" TARs/Bugs (Cindy Falde and Ron Becker)
> > >    c. Investigate R11.5.3 upgrade "blackout" period time differences
between Imation's actuals and Oracle's estimates (Chris Sarjent and John Honsa)
> > >    d. Escalate Oracle Development evaluation of Imation mission critical
enhancement requests #1662314 and #1682651 (Bill Bounds)
> > >    e. Provide Oracle Consulting assistance to Imation US for performance
tuning issues: Order Management and North America upgrade/ timeline (Chris
Sarjent)
> > >    f. Provide Oracle Support assistance to Oracle Consulting and Imation
US for performance tuning issues (Eileen McMillan)
> > >    g. Escalate Imation's North America Order Management/ Pricing bugs and
measure/ graph backlog trends (Ron Becker)
> > >    h. Provide recommendation for synchronization of Imation's Europe and
North America instances (Nolan Collins with John Honsa)
> > >    i. Provide written procedures for identifying language patches (Nolan
Collins with John Honsa)
> > >    j. Provide recommendation for implementing AX for Imation Europe
(Andrew Sparks)
> > >    k. Provide recommendation for fully implementing UTF8 multi-language
support for Imation Europe and Asia Pacific (Andrew Sparks)
> > >
> > > 2. Identify, discuss, and assign action owners to any new
bottlenecks/issues.
> > >
> > > HQAPP wrote:
> > >
> > > > Safra would like the details on the problems with the 11i upgrade, and
> > > > where the fault has been.
> > > >
> > > > Monica
> > > >

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 248103

```
> > > >   ----------------------------------------------------------------------
--
> > > >
> > > > Subject: Re: Approval - Imation
> > > > Date: Wed, 16 May 2001 08:50:03 -0500
> > > > From: Steve Sherry <Steven.Sherry@oracle.com>
> > > > Organization: Oracle Corporation
> > > > To: HQAPP <hqapp@oracle.com>
> > > > CC: "Leonidas,John" <JOHN.LEONIDAS@oracle.com>,NASINFO_US
<NASINFO.US@oracle.com>,MARY ANNE GILLESPIE APPR
<MARY.ANNE.GILLESPIE.APPR@oracle.com>,"Brady,Ted" <TED.BRADY@oracle.com>
> > > > References: <3B01ACB6.74FE28B9@oracle.com>
> > > >
> > > > The support for the 1228 concurrent users they previously purchased is
$1.8M.  Due to a down turn in their business (from $2.0B to $1.2B) they are
reducing the number of users by 2/3.
> > > >
> > > > The customer would rather repurchase with a predictable cost of
ownership for 5 years while at the same time changing to the new Rlli metrics.
If they don't repurchase, they'll reduce users by 2/3 effectively setting their
support bill at $670K.
> > > >
> > > > HQAPP wrote:
> > > >
> > > > > Can someone please let me know what the customer is currently paying
for
> > > > > support on the licenses they are looking to cancel and replace.
> > > > >
> > > > > Monica
> > > > >
> > > > >   ----------------------------------------------------------------------
----
> > > > >
> > > > > Subject: Approval - Imation]]
> > > > > Date: Tue, 15 May 2001 17:44:44 -0400
> > > > > From: "George.Roberts_appr" <george.roberts_appr@oracle.com>
> > > > > To: HQAPP <HQAPP@oracle.com>
> > > > > CC: NASINFO_US <NASINFO.US@oracle.com>,"Roberts,George"
<GEORGE.ROBERTS@oracle.com>,MARY_ANNE_GILLESPIE_APPR
<MARY.ANNE.GILLESPIE.APPR@oracle.com>,"Brady,Ted"
<TED.BRADY@oracle.com>,"Sherry,Steven"
<STEVEN.SHERRY@oracle.com>,"Leonidas,John" <JOHN.LEONIDAS@oracle.com>
> > > > >
> > > > > approved
> > > > >
> > > > >   ----------------------------------------------------------------------
----
> > > > >
> > > > > Subject: [Fwd: Approval - Imation]
> > > > > Date: Tue, 15 May 2001 16:39:11 -0400
> > > > > From: NASINFO <nasinfo_us@oracle.com>
> > > > > To: george.roberts_appr@oracle.com, george.roberts@oracle.com
> > > > > CC: mary.anne.gillespie_appr@oracle.com,
ted.brady@oracle.com,steven.sherry@oracle.com, john.leonidas@oracle.com
> > > > >
> > > > > George,
> > > > > Please approve and forward for HQAPP approval.
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 248104

```
> > > > >
> > > > > Requested:
> > > > > 1.  60% discount (76.5% Discount after JE to support)
> > > > > 2.  Flat line support 5 years. {previously approved provided the deal
> > > > > size remained the same at $4.1M in net license at a 45% discount -
> > > > > please approve based on the revised deal size)
> > > > > 3.  Support paid quarterly in arrears.
> > > > > 4.  Discount hold on entire price list - 45% discount for 2 years
> > > > > (previously approved for deal
> > > > > size of $4.1M in net license)
> > > > >
> > > > > Deal Summary:
> > > > > Programs:  Oracle Database Enterprise Edition, Parallel  Server,
> > > > > Internet Application Server
> > > > > Enterprise Edition, Internet Developer Suite, Discoverer Desktop
> > > > > Edition, iStore, iPayment,
> > > > > Order Management, Advanced Pricing, Purchasing, Discrete
Manufacturing,
> > > > > Project Costing, Project
> > > > > Billing, Financials, Internet Expenses, iReceivables, Human Resources,
> > > > > Self-Service Human Resources, EDI
> > > > > Gateway, Application Read-Only User
> > > > > Discount 60%/76.5% for license after REVREC JE
> > > > > List License $7,754,415
> > > > > List Support $1,705,971.30
> > > > > Net License  $3,101,766 at a 60% discount / After JE $1,822,287.60
> > > > > (76.5% off of net license)
> > > > > Net Support - $682,388.52
> > > > >
> > > > > Justification:
> > > > > We are migrating Imation to R11i applications while accommodating a
> > > > > dramatic reduction in the
> > > > > number of users as a result of divestitures and a slow down in their
> > > > > business.
> > > > >
> > > > > Rather than migrating their existing licenses, the customer will be
> > > > > terminating existing
> > > > > licenses and support and purchasing new licenses.  Use of standard
> > > > > migration rules will result in higher support costs going forward for
> > > > > this customer.  Therefore, the customer would prefer the cancel and
> > > > > replace.
> > > > >
> > > > > In the event of a "cancel and replace" such as this where the discount
> > > > > offered to the customer
> > > > > (60%) exceeds the discounts that they could have received had they
> > > > > purchased the licenses over the store (45%),
> > > > > REVREC policy is to JE from license to support the amount equal to the
> > > > > percentage difference between the discount
> > > > > the customer would have received had they purchased the licenses over
> > > > > the store (45%) and the discount offered
> > > > > (60%) list support for the new configuration.  After the JE, the net
> > > > > license fee will be reduced from $3,101,766 to
> > > > > $1,822,287.60 which would effectively be a 76.5% discount.
> > > > >
> > > > > DISCOUNT 60%
> > > > > List License $7,754,415
> > > > > List Support $1,705,971
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 248105

```
> > > > > Net License  $3,101,766
> > > > > Net Support $682,388.52
> > > > >
> > > > > (List Support) $1,705,971 x  (difference in store discount and
discount
> > > > > offered) .15
> > > > > = $255,895.69 x 5 (each year of support under the 5 year flatline)  =
> > > > > $1,279,478.40
> > > > >
> > > > > Net License $3,101,766 - $1,279,478.40 = $1,822,287.60 (76.5% off of
net
> > > > > license)
> > > > > .
> > > > > Imation has spent roughly $10M on license and $70M on OCS over the
last
> > > > > 5 years.  Imation is on
> > > > > the bleeding edge of a world wide R11i upgrade and we are selling them
> > > > > some new R11i products and
> > > > > users to accommodate changes in their business.
> > > > >
> > > > > We are pushing them to do the current license deal in Q4 and request
> > > > > these provisions to help
> > > > > drive the timing of the deal (Q4).  They currently pay support in
> > > > > arrears, they are looking at CRM
> > > > > but will not formulate a solution until after Q4 (hence discount hold
on
> > > > > entire price list) and the flat
> > > > > line of support is what they need to justify the project in the Q4
time
> > > > > frame.
> > > > >
> > > > > Thanks,
> > > > > Kieran Cunniffe
> > > > > NAS Business Practices
> > > > > 610-722-2132
> > > > >  -------------------------------------------------------------------
----
> > > > >
> > > > > Subject: |Fwd: [Fwd: [Fwd: Approval - Imation]]]
> > > > > Date: Mon, 07 May 2001 20:03:19 -0400
> > > > > From: MAGAPPS <mary.anne.gillespie_appr@oracle.com>
> > > > > Organization: Oracle Corporation
> > > > > To: nasinfo_us@oracle.com
> > > > > CC: ssherry@oracle.com, ted.brady@oracle.com
> > > > >
> > > > > Approved
> > > > >
> > > > > AB for MAGs
> > > > >
> > > > >  -------------------------------------------------------------------
----
> > > > >
> > > > > Subject: [Fwd: [Fwd: Approval - Imation]]
> > > > > Date: Mon, 07 May 2001 16:02:19 -0400
> > > > > From: Ted Brady <ted.brady@oracle.com>
> > > > > Organization: Oracle Corporation
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER       NDCA-ORCL 248106

```
> > > > > To: "mary.anne.gillespie_appr@oracle.com"
<mary.anne.gillespie_appr@oracle.com>
> > > > > CC: "Sherry,Steven" <SSHERRY@US.ORACLE.COM>
> > > > >
> > > > > Approved
> > > > >
> > > > > Magapps,
> > > > > Please approve and fwd an addtl 17% (77%) to cover the revrec issues
> > > > > outstanding re: apps licenses at this existing unhappy account.  We
are
> > > > > showing the customer the approved 60%.  Thanks,
> > > > >
> > > > >   ---------------------------------------------------------------------
----
> > > > >
> > > > > Subject: [Fwd: Approval - Imation]
> > > > > Date: Mon, 07 May 2001 10:00:11 -0500
> > > > > From: Steve Sherry <Steve.Sherry@oracle.com>
> > > > > Organization: Oracle Corporation
> > > > > To: "Brady,Ted" <TED.BRADY@oracle.com>
> > > > > CC: "Leonidas,John" <JOHN.LEONIDAS@oracle.com>
> > > > >
> > > > > Ted, with the recent news from revrec we need to increase the discount
> > > > > for the Imation deal.I will continue to discuss the issue with revrec,
> > > > > but we need to get Imation paper. The customer will see a discount of
> > > > > 60%, we need approval at 77% to cover the revrec issue. Please approve
> > > > > and forward.
> > > > >
> > > > > --
> > > > > Sincerely,
> > > > >
> > > > > Steve Sherry
> > > > >
> > > > > ****************************************
> > > > > Steven Sherry
> > > > > Regional Manager
> > > > > Mid-America Majors
> > > > > 952/897-8421
> > > > > Steven.Sherry@oracle.com
> > > > >
> > > > > Karla Emil
> > > > > Administrative Assistant
> > > > > 952/857-4342
> > > > > Karla.Emil@oracle.com
> > > > >
> > > > > 8500 Normandale Lake Blvd
> > > > > Suite 300
> > > > > Bloomington, MN  55437
> > > > > Fax: 612/835-9223
> > > > >
> > > > >   ---------------------------------------------------------------------
----
> > > > >
> > > > > Subject: Approval - Imation
> > > > > Date: Mon, 07 May 2001 07:54:33 -0500
> > > > > From: John Leonidas <john.leonidas@oracle.com>
> > > > > Organization: Oracle Corporation
```

```
> > > > > To: "Sherry,Steven" <STEVEN.SHERRY@oracle.com>
> > > > >
> > > > > Steve,
> > > > >
> > > > > Please approve.
> > > > >
> > > > > We are migrating Imation to R11i applications while accommodating a
> > > > > dramatic reduction in the number of users as a result of divestitures
> > > > > and a slow down in their business.
> > > > >
> > > > > We are requesting a 77% worse case discount with intent to present 60%
> > > > > to the customer.  The difference will be used to accommodate a JE as
> > > > > advised by REVREC to compensate for lower revenue to support as a
result
> > > > > of repurchasing their software.  Although the amounts in the executive
> > > > > summary are represented at 77%, the real amount bookable to Oracle
after
> > > > > JE's are as below and advised by REVREC;
> > > > >
> > > > > List License = $7,754,415
> > > > > Net License = $1,822,291 ***
> > > > > Net Support = $682,389
> > > > > Total Q4 Deal = $2,504,680
> > > > >
> > > > > *** (Net License @ 60%)  - (List Supp $1,705,971 * .15 (diff between
> > > > > e-bus and 60%) * 5 Years)
> > > > >
> > > > > We are requesting to present a 60% discount to overcome 2 issues at
the
> > > > > account. Furthermore, we are requesting that we continue to offer the
> > > > > flatline support for 5 years even though the deal size is smaller.
> > > > >
> > > > > 1)  Imation has been struggling with an R11i upgrade which in their
> > > > > words has cost them $6.5M to overcome product quality issues with
R11i.
> > > > >
> > > > > 2)  For Imation to justify this transaction we need this concession to
> > > > > offset a $1.3M capital expense write-off they are carrying on their
> > > > > books from their previous purchase of software.
> > > > >
> > > > > Updated Executive Summary enclosed.
> > > > >
> > > > >  ------------------------------------------------------------------
----
> > > > >
> > > > > Subject: [Fwd: Imation]
> > > > > Date: Thu, 15 Mar 2001 13:16:10 -0600
> > > > > From: Steve Sherry <Steven.Sherry@oracle.com>
> > > > > Organization: Oracle Corporation
> > > > > To: "Leonidas,John" <JOHN.LEONIDAS@oracle.com>
> > > > >
> > > > > --
> > > > > Sincerely,
> > > > >
> > > > > Steve Sherry
> > > > >
> > > > > ****************************************
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        NDCA-ORCL 248108

```
> > > > > Steven Sherry
> > > > > Regional Manager
> > > > > Mid-America Majors
> > > > > 952/897-8421
> > > > > Steven.Sherry@oracle.com
> > > > >
> > > > > Karla Emil
> > > > > Administrative Assistant
> > > > > 952/857-4342
> > > > > Karla.Emil@oracle.com
> > > > >
> > > > > 8500 Normandale Lake Blvd
> > > > > Suite 300
> > > > > Bloomington, MN  55437
> > > > > Fax: 612/635-9223
> > > > >
> > > > >   ---------------------------------------------------------------------
----
> > > > >
> > > > > Subject: Imation
> > > > > Date: Thu, 08 Mar 2001 12:20:47 -0800
> > > > > From: HQAFP <hqapp@oracle.com>
> > > > > To: grapps <george.roberts_appr@oracle.com>
> > > > > CC: "mary.anne.gillespie_appr@oracle.com"
<mary.anne.gillespie_appr@oracle.com>,"Brady,Ted"
<TED.BRADY@oracle.com>,"Sherry,Steven" <STEVEN.SHERRY@oracle.com>,
john.leoid@oracle.com,George Roberts <george.roberts@oracle.com>,NASINFO
<nasinfo_us@oracle.com>
> > > > >
> > > > > This request has been approved by LJE.
> > > > >
> > > > > Monica
> > > > >
> > > > >   ---------------------------------------------------------------------
----
> > > > >
> > > > > Subject: Fwd: Approval - Imation
> > > > > Date: Thu, 08 Mar 2001 11:49:19 -0800
> > > > > From: "George.Roberts_appr" <george.roberts_appr@oracle.com>
> > > > > To: hqapp@oracle.com
> > > > > CC: mary.anne.gillespie_appr@oracle.com,
ted.brady@oracle.com,steven.sherry@oracle.com,
john.leonidas@oracle.com,george.roberts_appr@oracle.com,
george.roberts@oracle.com,NASINFO <nasinfo_us@oracle.com>
> > > > >
> > > > > approved. however, if deal size decreases, flatline support goes to 3
> > > > > years.
> > > > >
> > > > >   ---------------------------------------------------------------------
----
> > > > >
> > > > > Subject: [Fwd: [Fwd: [Fwd: [Fwd: Approval - Imation]]]]
> > > > > Date: Thu, 08 Mar 2001 13:15:33 -0500
> > > > > From: NASINFO <nasinfo_us@oracle.com>
> > > > > To: george.roberts_appr@oracle.com, george.roberts@oracle.com
> > > > > CC: mary.anne.gillespie_appr@oracle.com,
ted.brady@oracle.com,steven.sherry@oracle.com, john.leonidas@oracle.com
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 248109

```
> > > > >
> > > > > George,
> > > > > Please approve and forward for HQAPP approval.
> > > > >
> > > > > Requested:
> > > > > 1. Flat line support 5 years.
> > > > > 2. Price Hold on entire price list discounted 45% for 2 years.
> > > > >
> > > > > Product Mix: Oracle Database Enterprise Edition, Parallel  Server,
> > > > > Internet Application Server Enterprise Edition, Internet Developer
> > > > > Suite, Discoverer Desktop Edition, iStore, iPayment, Order Management,
> > > > > Advanced Pricing, Purchasing, Discrete Manufacturing, Project Costing,
> > > > > Project Billing, Financials, Internet Expenses, iReceivables, Human
> > > > > Resources, Self-Service Human Resources, EDI Gateway, Application
> > > > > Read-Only User
> > > > > Discount 45%
> > > > > List License $7,514,415
> > > > > List Support $1,653,171
> > > > > Net License $4,132,928
> > > > > Net Support $909,244
> > > > > Net Price $5,042,172
> > > > >
> > > > > Justification as provided:
> > > > > Imation has spent roughly $10M on license and $70M on OCS over the
last
> > > > > 5 years.  Imation is on the bleeding edge of a world wide R11i upgrade
> > > > > and we are selling them some new R11i products and users to
accommodate
> > > > > changes in their business.
> > > > >
> > > > > We are pushing them to do a $4M net license deal in Q4 and request
these
> > > > > provisions to help drive the timing of the deal (Q4).  They currently
> > > > > pay support in arrears, they are looking at CRM but will not formulate
a
> > > > > solution until after Q4 (hence discount hold on entire price list) and
> > > > > the flat line of support is what they need to justify the project in
the
> > > > > Q4 time frame.
> > > > >
> > > > > Thanks,
> > > > > Kieran Cunniffe
> > > > > NAS Business Practices
> > > > > 610-722-2132
> > > > >
> > > > >  --------------------------------------------------------------------
----
> > > > >
> > > > > Subject: [Fwd: [Fwd: [Fwd: Approval - Imation]]]
> > > > > Date: Wed, 07 Mar 2001 21:08:09 -0500
> > > > > From: MAGAPPS <mary.anne.gillespie_appr@oracle.com>
> > > > > Organization: Oracle Corporation
> > > > > To: nasinfo_us@oracle.com
> > > > > CC: ssherry@oracle.com, tbrady@oracle.com
> > > > >
> > > > > Approved.   Nasinfo, ebusiness discount is fantastic, but they want 5
> > > > > year flatline support.  Please offer suggestions.  Do we need to
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 248110

```
> > > > > increase discount, so that support is flatlined for a short period, or
> > > > > can we process the 5 year flatline.
> > > > >
> > > > > Thanks
> > > > >
> > > > >   ----------------------------------------------------------------------
----
> > > > >
> > > > > Subject: [Fwd: [Fwd: Approval - Imation]]
> > > > > Date: Wed, 07 Mar 2001 13:53:36 -0500
> > > > > From: Ted Brady <ted.brady@oracle.com>
> > > > > Organization: Oracle Corporation
> > > > > To: "mary.anne.gillespie_appr@oracle.com"
<mary.anne.gillespie_appr@oracle.com>
> > > > > CC: "Sherry,Steven" <SSHERRY@US.ORACLE.COM>
> > > > >
> > > > > Approved
> > > > >
> > > > > Magapps,
> > > > > Please approve and fwd these business issues (support quarterly,
> > > > > flatline support, price hold) for an account that has stayed loyal to
> > > > > Oracle through a very difficult and emotional 11i upgrade.  This is
for
> > > > > a q4 $4M add-on license opportunity.  Thanks,
> > > > >
> > > > >   ----------------------------------------------------------------------
----
> > > > >
> > > > > Subject: [Fwd: Approval - Imation]
> > > > > Date: Wed, 07 Mar 2001 09:21:11 -0600
> > > > > From: Steve Sherry <Steven.Sherry@oracle.com>
> > > > > Organization: Oracle Corporation
> > > > > To: "Brady,Ted" <TED.BRADY@oracle.com>
> > > > > CC: DFCINFO_US <DFCINFO.US@oracle.com>,"Leonidas,John"
<JOHN.LEONIDAS@oracle.com>,REVREC_US <REVREC.US@oracle.com>, CREDIT_US
<CREDIT.US@oracle.com>
> > > > >
> > > > > Ted, please approve the attached for Imation. The discounts are all
> > > > > ebusiness. Three business issues will require hqapp approval.Please
> > > > > approve and forward.
> > > > >
> > > > > --
> > > > > Sincerely,
> > > > >
> > > > > Steve Sherry
> > > > >
> > > > > ****************************************
> > > > > Steven Sherry
> > > > > Regional Manager
> > > > > Mid-America Majors
> > > > > 952/897-8421
> > > > > Steven.Sherry@oracle.com
> > > > >
> > > > > Karla Emil
> > > > > Administrative Assistant
> > > > > 952/857-4342
> > > > > Karla.Emil@oracle.com
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 248111

```
> > > > >
> > > > > 8500 Normandale Lake Blvd
> > > > > Suite 300
> > > > > Bloomington, MN  55437
> > > > > Fax: 612/835-9223
> > > > >
> > > > >  -------------------------------------------------------------------
----
> > > > >
> > > > > Subject: Approval - Imation
> > > > > Date: Tue, 06 Mar 2001 13:40:54 -0600
> > > > > From: John Leonidas <john.leonidas@oracle.com>
> > > > > Organization: Oracle Corporation     .  .
> > > > > To: "Sherry,Steven" <STEVEN.SHERRY@oracle.com>
> > > > >
> > > > > Steve,
> > > > >
> > > > > Please approve this $4M license deal for Imation.
> > > > >
> > > > > We are pushing them to do the deal in Q4 well ahead of their need for
> > > > > the software.  As a consequence, we are asking for flat line support,
> > > > > support quarterly in arrears and a price hold in the entire price
list.
> > > > >
> > > > > The items requested in this approval is what the customer needs to get
> > > > > it approved by their board and to make the commitment in our time
frame
> > > > > .... Q4.
> > > > >
> > > > >  -------------------------------------------------------------------
----
> > > > >                                          Name: exec summary 8_04 -
Imation.doc
> > > > >    exec summary 8_04 - Imation.doc        Type: Microsoft Word
Document (application/msword)
> > > > >                                      Encoding: base64
> > > > >                             Download Status: Not downloaded with
message
> > > > >
> > > > >                                          Name: Approval Form -
Imation FY01Q4.doc
> > > > >    Approval Form - Imation FY01Q4.doc     Type: Microsoft Word
Document (application/msword)
> > > > >                                      Encoding: base64
> > > > >                             Download Status: Not downloaded
with message
> > > > >
> > > > >    John Leonidas <john.leonidas@oracle.com>
> > > > >
> > > > >    John Leonidas
> > > > >     <john.leonidas@oracle.com>
> > > > >    Additional Information:
> > > > >    First Name     John
> > > > >    Version        2.1
> > > > >
> > > > >  -------------------------------------------------------------------
----
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 248112

```
> > > > >
> > > > >   Ted Brady <ted.brady@oracle.com>
> > > > >   Vice President - Central Area
> > > > >   Visit us at http://www.oracle.com
> > > > >
> > > > >   Ted Brady
> > > > >   Vice President - Central Area      <ted.brady@oracle.com>
> > > > >   Visit us at http://www.oracle.com
> > > > >   4 Summit Park Dr. Suite 350        Fax: (216) - 328 - 9160
> > > > >   Independence                       Work: (216) - 328 - 8812
> > > > >   OH
> > > > >   44131
> > > > >   USA
> > > > >   Additional Information:
> > > > >   Last Name       Brady
> > > > >   First Name      Ted
> > > > >   Version         2.1
> > > > >
> > > > >   ------------------------------------------------------------------
----
> > > > >                                    Name: Imation_Exec.Summ.doc
> > > > >   Imation_Exec.Summ.doc            Type: Microsoft Word Document
(application/msword)
> > > > >                                  Encoding: base64
> > > > >                          Download Status: Not downloaded with message
> > > > >
> > > > >   ------------------------------------------------------------------
----
> > > > >                                    Name: exec summary 8_04 -
Imation.doc
> > > > >   exec summary 8_04 - Imation.doc     Type: Microsoft Word
Document (application/msword)
> > > > >                                  Encoding: base64
> > > > >                          Download Status: Not downloaded with
message
> > > > >
> > > > >   John Leonidas <john.leonidas@oracle.com>
> > > > >
> > > > >   John Leonidas
> > > > >    <john.leonidas@oracle.com>
> > > > >    Fax: 952/835-9223
> > > > >    Work: 952/897-8464
> > > > >   Additional Information:
> > > > >   Last Name       Leonidas
> > > > >   First Name      John
> > > > >   Version         2.1
> > > > >
> > > > >   ------------------------------------------------------------------
----
> > > > >
> > > > >   Ted Brady <ted.brady@oracle.com>
> > > > >
> > > > >   Ted Brady
> > > > >    <ted.brady@oracle.com>
> > > > >   Additional Information:
> > > > >   First Name      Ted
> > > > >   Version         2.1
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 248113

```
> > > >
> > > > --
> > > > Sincerely,
> > > >
> > > > Steve Sherry
> > > >
> > > > ******************************************
> > > > Steven Sherry
> > > > Regional Manager
> > > > Mid-America Majors
> > > > 952/897-8421
> > > > Steven.Sherry@oracle.com
> > > >
> > > > Karla Emil
> > > > Administrative Assistant
> > > > 952/857-4342
> > > > Karla.Emil@oracle.com
> > > >
> > > > 8500 Normandale Lake Blvd
> > > > Suite 300
> > > > Bloomington, MN  55437
> > > > Fax: 612/835-9223
> > >
> > > --
> > > Sincerely,
> > >
> > > Steve Sherry
> > >
> > > ******************************************
> > > Steven Sherry
> > > Regional Manager
> > > Mid-America Majors
> > > 952/897-8421
> > > Steven.Sherry@oracle.com
> > >
> > > Karla Emil
> > > Administrative Assistant
> > > 952/857-4342
> > > Karla.Emil@oracle.com
> > >
> > > 8500 Normandale Lake Blvd
> > > Suite 300
> > > Bloomington, MN  55437
> > > Fax: 612/835-9223
> > >
> > >   -------------------------------------------------------------------
> > >
> > >   Ted Brady <ted.brady@oracle.com>
> > >
> > >   Ted Brady
> > >     <ted.brady@oracle.com>
> > >   Additional Information:
> > >   First Name          Ted
> > >   Version             2.1
> >
> >   -------------------------------------------------------------------
> >                              Name: Imation_Exec.SummV2.doc
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 248114

```
> >     Imation_Exec.SummV2.doc     Type: Microsoft Word Document
(application/msword)
> >                                 Encoding: base64
```

# EXHIBIT 69

Re: Further message of clarification to POSCO

**Subject: Re: Further message of clarification to POSCO**
**Date:** Mon, 04 Jun 2001 17:40:27 +0900
**From:** BongShik Jang <BongShik.Jang@oracle.com>
**Organization:** Oracle Corporation
**To:** Vincent Bodsworth <Vincent.Bodsworth@oracle.com>
**CC:** "Wohl,Ronald" <RWOHL@US.ORACLE.COM>,
Bill Bounds <bill.bounds@oracle.com>,
"bsjang@kr.oracle.com" <bsjang@kr.oracle.com>

POSCO just sent me 70 more Oracle literal sql(attached) they want Oracle to
fix.  Another message to Mr. Ryoo will be helpful to make  POSCO prioritize
the works correctly  .

Thanks,
BongShik

Vincent Bodsworth wrote:

> Ron
>
> I think you need to send a further message of clarification to POSCO
> management. They have mis-interpreted your recent message, so they are
> now waiting on things like modplsql and further literal SQL reductions
> as dependencies before closing the DB hang problem which was logged as a
> sev. 1.
>
> In fact the DB hang problem was solved with a specific Java VM patch,
> backported from 9i, where it had already been found. There has been no
> recurrence since this patch was applied. (and lots of other reasons why
> it was the root cause)
>
> But POSCO management don't understand that and are still spinning over
> this issue, and confusing it with the overall performance and control
> issues identified by development.
>
> I would be happy to draft something, and/or discuss this with you, but
> something should go out tomorrow.
>
> I will be on Bill Bounds number tomorrow.
>
> Vincent

| | |
|---|---|
| literal sql(5.30~6.1).ppt | **Name:** literal sql(5.30~6.1).ppt<br>**Type:** Microsoft PowerPoint Show (application/vnd.ms-powerpoint)<br>**Encoding:** base64 |

| | |
|---|---|
| Standard Literal SQL List(5.30-6.1).xls | **Name:** Standard Literal SQL List(5.30-6.1).xls<br>**Type:** Microsoft Excel Worksheet<br>(application/vnd.ms-excel)<br>**Encoding:** base64 |

BongShik Jang <BongShik.Jang@oracle.com>
Director
Oracle Korea

I

ORACLE
CONFIDENTIAL

NDCA-ORCL 054986

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# [Attachment #2]  Impact Analysis following Patch Application

- **Patch Application Cases**

| 2000.6 ~ To Date | 6/12/2000 ~12/2000 | 1/4/2001 ~  4/5 | 4/6/2001~ To Date |
|---|---|---|---|
| ERP 11.5.3 | ERP 11.5.1 | ERP 11.5.2 | ERP 11.5.3 |
| 674 in total applied | 293 patches | 227 patches | 154 patches |

- **Patches break-down by module**

| Module Group | # of patches Applied | # of problems | No.-hit ratio(%) | Details |
|---|---|---|---|---|
| Financial Suite | 121 | 1 | 1 | 1 AR patches |
| Manufacturing Suite | 148 | 2 | 1 | 2 MFG patches |
| Order Management Suite | 107 | 42 | 39 | 42 ONT patches |
| Customer Service Suite | 184 | 8 | 4 | 8 CS patches |
| COMMON Modules | 59 | 13 | 22 | |
| Human Resource Suite | 45 | | | |
| SEM Suite | 10 | | | |
| Total | 674 | 66 | 10 | |

ORACLE
CONFIDENTIAL

NDCA-ORCL 054997

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

**[Attachment 1] SoftWare version**

System Software Status and Version

| Server Name | Category | Software Name | Version | Remarks |
|---|---|---|---|---|
| Application server | | O/S version | HPUX 11.00 | |
| | | MirrorDisk/UX | B.11.00 | |
| | O/S related | Online JFS | B.11.00 | |
| | S/W | C/C++ Compliler & Manual | B.11.01.07 | |
| | | Auto Port Aggregation | B.11.00.08 | |
| | | Oracle Forms Server | 6i | |
| (N-Class) | other | Apache 1.3.9 with JServ1.1 | | |
| | S/W | Oracle Jinitiator | 1.1.7.27 | |
| | | JRE(Java Runtime Environment) | 1.1.8 | |
| DB server | | O/S version | HPUX 11i | |
| | | Online JFS | B.11.11 | |
| | O/S related | C/C++ Compliler & Manual | B.11.11.01/C.03.26 | |
| | S/W | Auto Port Aggregation | B.11.11.00 | |
| | | Process Resource Manager S/W & License | C.01.08.2 | |
| | | MC/Service Guard S/W for tier 3 & Manual | A.11.09 | |
| (Superdome) | | | | |
| | Other | Oracle 8I Enterprise Edition | 8.1.6.1.0 | |
| | S/W | Oracle 8 Enterprise Edition | 8.0.6.1.0 | |
| | | Oracle 8I Enterprise Edition | 8.1.6.64 | |
| | | Apache 1.3.9 with JServ1.1 | | |
| | | Oracle Jinitiator | 1.1.7.27 | |
| | | JRE(Java Runtime Environment) | 1.1.8 | |
| | | Oracle Reports Server | 6i | |
| Concurrent server | | O/S version | HPUX 11.00 | |
| | | MirrorDisk/UX | B.11.00 | |
| | O/S related | Online JFS | B.11.00 | |
| | S/W | C/C++ Compliler & Manual | B.11.01.20/C.03.25 | |
| | | Auto Port Aggregation | B.11.00.07 | |
| (N-Class) | | Oracle Forms Server | 6i | |
| | other | Apache 1.3.9 with JServ1.1 | | |
| | S/W | Oracle Jinitiator | 1.1.7.27 | |
| | | JRE(Java Runtime Environment) | 1.1.8 | |
| | | Oracle Reports Server | 6i | |

ORACLE
CONFIDENTIAL

NDCA-ORCL 054999

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 70

POSCO update and Agenda for Conference call

**Subject: POSCO update and Agenda for Conference call**
**Date:** Wed, 20 Jun 2001 23:08:31 +0900
**From:** Vincent Bodsworth <Vincent.Bodsworth@oracle.com>
**To:** "Wohl,Ronald" <RWOHL@US.ORACLE.COM>, Bill Bounds <bill.bounds@oracle.com>,
Derek Williams <Derek.Williams@oracle.com>
**CC:** "bsjang@kr.oracle.com" <bsjang@kr.oracle.com>

```
Details for conference call

Date/Time: Wednesday, June 20th 5:00PM Pacific/
           Thursday, June 21st 9:00AM Korea
Number:    650-607-2259
Passcode:  99754

Update and status.

POSCO is now D-11 for go-live.

Last code-freeze is June 24, and thereafter final data migration and cutover
processes will proceed for go-live 3 July.

There are 11 outstanding issues, 10 TARs and 8 bugs. 2 TAR/bugs are critical
showstoppers.

The two critical items are one WIP problem bug #1839485 , and one (filed today only)
CRM problem, bug # 1841415 . The OM pricing issue they have decided too try to
improve the position with a custom solution (but see agenda)

POSCO have applied the majority of the recommended OM patches (stuck in shipping
problems) but they have decided not to upgrade the DB to 8.1.7.1, but rather to stick
with 8.1.6.3 for go-live.


Agenda.

The agenda POSCO have prepared is in an attached Powerpoint file, zipped. the main
items are also recorded below, together with actions already taken or recommendations
(in blue).

1. Pricing Module Performance

POSCO are appreciative of the efforts that have been made to improve the pricing
performance but the current resting point (112 seconds for 99 lines) still falls far
below their target (15 seconds for 99 lines)

Development estimate they could take another 10 seconds off this which is still short
by a long way.

These specific requests are copied from the agenda slide

Requirements
```

ORACLE
CONFIDENTIAL

NDCA-ORCL 055029

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER



POSCO update and Agenda for Conference call

- POSCO will deploy temporary measures until go-live date.
- However, fundamental improvement is required on the other side. POSCO requests Oracle improve the pricing engine performance to below 15 seconds of response time for 99 lines by the end of Sept.
- Either

  - A developer performs development on site. (Enhances his understanding in POSCO's business processes. )
  - Or
  - POSCO person goes to Oracle development for joint development.

**I do not believe that POSCO timing can be met by the product in it's present structure. A different approach would be needed, and September would be a tall order to achieve this.**

2. Emergency Support after Go-Live

Why?

- An issue after go-live could disrupt POSCO's around-the-clock operation. Immediate resolution is required.
- Need to find a way to overcome time & region difference b/w POSCO and Oracle development.

How? (POSCO Opinion: Short-term)

- Secure a 24 hr support structure.: 6.28 ~ 7.31
  - Core module experts must be available at any time.
  - DB experts directly access the POSCO system for the first week to monitor situation and provide feedback.
  - Oracle developers need to have better connectivity to the POSCO system (To be done by POSCO)
  - At present, 2 concurrent users are allowed to log in.  Increase to 4 or up.
- Establish a hot line b/w Oracle development and POSCO
  - Bill Bounds works on-site. (June 28~ July 14)
  - Beef up co-operation b/w Australia and UK GSCs.
  - Form a POSCO-dedicated window in UK GSC and assign manager-level responsibility.

(June 2~End of Sept)                                                    •

Requirements

- Oracle's feedback on POSCO draft plan.
- Oracle's idea on support mechanism during the stabilization phase (July 1~ End of Sept.)

**Managers in APAC and EMEA in GSC are nominated already (Elio Sarpi and, as of Monday Jeff Budd in EMEA). Bill Bounds already covers the development and US timezone. It makes no sense to have someone like Bill in Korea. This role is already covered by the onsite GSC presence.**

ORACLE
CONFIDENTIAL

2

NDCA-ORCL 055030

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

POSCO update and Agenda for Conference call

3. Quality of Patches for POSCO

POSCO are asking for additional testing for all patches to be applied on their instance. They are citing, as reasons for this, the low level of first time fix in OM in particular.

Taken at face value it would seem that they have a point about OM patch hit rate. But all patches MUST always be tested by POSCO on tier data before application. So if this is done effectively then the 24 hour operation need not be put in jeopardy.

| conf.620.eng.zip | **Name:** conf.620.eng.zip<br>**Type:** Zip Compressed Data (application/x-zip-compressed)<br>**Encoding:** base64 |
|---|---|

Vincent Bodsworth <Vincent.Bodsworth>

ORACLE
CONFIDENTIAL

NDCA-ORCL 055031

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 71



[Fwd: FW: San Diego County ... [Fwd: Projects Bug]]]

**Return-Path:** <charles.kendig@oracle.com>
**Received:** from oracle.com (dhcp-reston-gen-1-west-113-95.us.oracle.com
[138.1.113.95])by gmgw01.us.oracle.com (Switch-2.1.1/Switch-2.1.0) with
ESMTP id f4THAeX21052;Tue, 29 May 2001 10:10:40 -0700 (PDT)
**Message-ID:** <3B13DDD8.1F57A80E@oracle.com>
**Date:** Tue, 29 May 2001 13:35:20 -0400
**From:** Charlie Kendig <charles.kendig@oracle.com>
**Organization:** Oracle Corporation
**X-Mailer:** Mozilla 4.7 [en] (Win95; I)
**X-Accept-Language:** en
**MIME-Version:** 1.0
**To:** "Sellers,Richard" <DICK.SELLERS@oracle.com>,
"ROCHA,MICHAEL" <MICHAEL.ROCHA@oracle.com>,
"Natelson,David" <DAVID.NATELSON@oracle.com>,
"Larsen,Swen" <SWEN.LARSEN@oracle.com>,
"Perkins,Steven" <SRPERKIN@US.ORACLE.COM>,
"Bishop,Frank" <FRANK.BISHOP@oracle.com>
**Subject:** [Fwd: FW: San Diego County ... [Fwd: Projects Bug]]]
**Content-Type:** multipart/mixed;boundary="-----------8F59F7C81FBE6960408676F6"
**X-Mozilla-Status:** 8001
**X-Mozilla-Status2:** 00000000

Mike, Dick, and Frank

Please see the attached email stream involving on of our most important
state/local accounts--San Diego County.  As you read through the email
documents, you'll get a sense of what is occurring with the project
implementer, CSC, as well as the time and energy being expended by many
Oracle people to help this customer.

The TAR backlog for 11i continues to grow, as we see through the
reporting provided by Mary Anne Anthony,  and as more customers
implement 11i, the more demand there will be on the Support organization
as more and more TARs/BUGs are identified.

As David Natelson mentions in his note, failed implementations are
putting our state/local vertical out of business.  These accounts cannot
be left on their own to survive dealing with internal Oracle.  There are
just too many problems with the software.  We are working on an
executive involvement strategy with our important clients to hand hold
them through the process and give them some priority within the system.
Once this strategy is approved, we will share it with you.

We'd appreciate your discussion of this topic at the upcoming sales
kickoff meetings, and how the Oracle management team plans to deal with
this.  I know we discount the Lippert report, but much of it is true.
Thanks for your consideration of this request.

CPKendig
Oracle Service Industries

ORACLE
CONFIDENTIAL

**EXHIBIT**
*10*

**NDCA-ORCL 121280**

**CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER**

[Fwd: FW: San Diego County ... [Fwd: Projects Bug]]]

**Return-Path:** <david.natelson@oracle.com>
**Received:** from dnatelsous (whq4op3u33-ppp-sfc1-130.us.oracle.com
　　　　[144.25.200.216])by gmgw02.us.oracle.com (Switch-2.1.1/Switch-2.1.0)
　　　　with SMTP id f4F3pZ518600for
　　　　<CHARLES.KENDIG@ORACLE.COM>; Mon, 14 May 2001 20:51:35
　　　　-0700 (PDT)
**Reply-To:** <david.natelson@oracle.com>
**From:** "David Natelson" <david.natelson@oracle.com>
**To:** "Kendig Jr.,Charles" <CHARLES.KENDIG@oracle.com>
**Subject:** FW: San Diego County ... [Fwd: Projects Bug]]
**Date:** Mon, 14 May 2001 23:48:53 -0400
**Message-ID:** <ALELLJFKLGFDJBCMGAMIOECECEAA.david.natelson@oracle.co
**MIME-Version:** 1.0
**Content-Type:** text/plain;charset="UTF-8"
**Content-Transfer-Encoding:** quoted-printable
**X-Priority:** 3 (Normal)
**X-MSMail-Priority:** Normal
**X-Mailer:** Microsoft Outlook IMO, Build 9.0.2416 (9.0.2910.0)
**X-MimeOLE:** Produced By Microsoft MimeOLE V5.50.4522.1200
**Importance:** Normal

Charlie, I believe that Oracle Consulting has a multi-million dollar
subcontract under CSC and Consulting has been onsite since last June.

We had (not sure if he is still there) a great Oracle Consulting
DBA named Percy who kept things moving during Q1/Q2 this year.

My SCs stop by and visit the CSC and Oracle project team
every two weeks to review how things are going + answer questions
on 11i and the latest functionality.

The reason we show up so often is that my team uses San Diego
as the location to meet up and develop the Vision demo system,
so I have them visit the customer one afternoon every few weeks.

The customer upgraded from 11.0 to 11i when 11i shipped and we
have been fighting 11i fires all year.  Kumaresh's
team (Q1-Q3) was very responsive to fixing Public Sector
glitches as San Diego County was one of our first customers
to install 11i.  The client never saw what we discovered and
fixed onsite via developers dialing in.

I tried to get Jay Polack involved with their steering
committee + Dave Stoermon (local SC in San Diego) has
frequent interaction with the client.

My Committment to the customer and the sales team (Scott M.) included
allowing San Diego County to get refreshed copies of our demosystem
because this was the only system that people could actually get to
work.  We faced some serious pressure from CSC in Q1 because our
software didn't work and they had certain conference room pilot
milestones to meet.

At some point, too many bugs just cannot be overcome.

We are not at the point where the customer is exercising the real system.

According to Swen, as we enter Q1FY02, more and more customers are going to

**ORACLE**
2  **CONFIDENTIAL**

**NDCA-ORCL 121281**

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



[Fwd: FW: San Diego County ... [Fwd: Projects Bug]])

reach this point of their implementation = big time stress on the support
organization as more and more bugs are hit.  Q1 will be very challenging.

Bottom Line - Support needs to be more aggressive with
core Apps development on bugs.  I believe that proper expectations
were set + Sarah is an ex-Oracle employee who really wants this
to succeed.  CSC Executive Management needs a better appreciation of what
Oracle has been doing for San Diego County.

Our Risk - failed implementations are putting us out of business in this
vertical.  You can only hide them so long...  Just today, in Milwaukee,
the customer somehow asked about a screwed up PSB install in Burbank, CA
and how little value Chicago Public Schools has gotten for their money.
New Orleans Public Schools nearly killed my Q4 5M CISD deal last week.

If we leave these accounts to survive on their own dealing with Support
and Product challenges, they will fail and further ruin our name in the
industry.  That's why people like Sarah know to call me when they hit
the wall.

-----Original Message-----
From: Cynthia Creek-Watson [mailto:Cynthia.Watson@oracle.com]
Sent: Monday, May 14, 2001 9:30 PM
To: Charlie Kendig
Cc: David,Natelson; Perkins,Steven; Mendenhall,Larry; Larsen,Swen;
Polack,Jay; McCormick,Timothy; Sebree,Bruce; Bishop,Frank;
Gillies,Justin
Subject: FW: San Diego County ... [Fwd: Projects Bug]]


All -

It appears Sara may have fallen on some Bugs
which at initial glance are non-MultiOrg Set Up issues.
She will not be able to see ALL the pertinent text
Oracle employees are able to see (for whatever reason).
The documentation doesn't seem to be clear from their vantage point.

Deb Pegram has made some suggestions for correction on the 10th.

Justin -
Perhaps we should put our heads together?
I'm in the office tomorrow in the morning.
Afternoon will be at University of San Diego.

Cheers!
Cynthia

Charlie Kendig wrote:

> There is something in this message for everyone on the distribution list.  Larry
Mendenhall  and I were discussing situations like this one earlier today, where it
appears that we get in over our heads when it comes to ongoing help/relationships
with the client or the implementator they have selected to do the work.
>
> First, it appears that CSC is the integrator.  What commitments did we make with
CSC and San Diego County--note the COMBINED PROMISE TO THE COUNTY OF SAN DIEGO from
Sarah Pope.
>
> What is Oracle's role in this initiative?  It seems that we are the software
supplier only.  If so, issues should be routed through Support as they would for any
normal situation.
>
> What is the client's expectation when it comes to TAR resolution?  Did Support

**ORACLE**
3    **CONFIDENTIAL**


NDCA-ORCL 121282

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

[Fwd: FW. San Diego County ... [Fwd: Projects Bug]]]

agree to any special services? If not, it seems to me that the client signed up for
normal Support and the expectations need to be set properly. Otherwise, on site
Support is available for a fee.
>
> Client believes "it appears that we are a beta site for Projects/Grants for 11i
Public Sector." Frank Bishop needs to be aware of this perception.
>
> The Support manager involvement/assignment to the account is a good idea. Here
again, was this agreed to by the Support team? Are we prepared to do this for 4/5
months--weekly conference calls with the client, which is an ad hoc process?
>
> Telephone calls not being returned--implementator says she called Natelson,
Polack, McCormick, and Sebree. Only Natelson returned the calls. Do we have the
proper sense of urgency?
>
> New patches are causing problems--some of what once worked no longer works.
>
> Note comments about bug #1694215--customer is begging for help. Swen, perhaps you
could help this client.
>
> Regards,
>
> CPKendig
>
> ------------------------------------------------------------------------
>
> Subject: FW: FW: San Diego County ... [Fwd: Projects Bug]
> Date: Fri, 11 May 2001 20:16:38 -0400
> From: "David Natelson" <david.natelson@oracle.com>
> To: "Mendenhall,Larry" <LARRY.MENDENHALL@oracle.com>,"Kendig Jr.,Charles"
<CHARLES.KENDIG@oracle.com>
>
> More info about why SD County needs extra special care.
>
> -----Original Message-----
> From: spope@csc.com [mailto:spope@csc.com]
> Sent: Friday, May 11, 2001 11:24 AM
> To: david.natelson@oracle.com
> Cc: cshay@csc.com; ebevan.@csc.com; clovett2@csc.com;
> justin.gillies@oracle.com; david.stormoen@oracle.com
> Subject: Re: FW: San Diego County ... [Fwd: Projects Bug]
>
> Dave,
>
> Thanks for your message and your words of support. I need those at this
> time!!!!  We did get resolution of the show stopper that had us dead in
> the water.  It took involvement by a developer in the Prod Dev group for
> Projects.  It took elevating it to highest priority.  We have had other
> problems (significant) with AR but I believe we have some workarounds that
> are permitting progress...
>
> We would appreciate getting a Support Manager assigned to our account.
> This is an excellent idea on your part.  We are needing critical assistance
> as we move through a series of labs over the next 4 5 months.  This is due
> to the fact that it appears we are a beta site for Projects/Grants for 11i
> Public Sector.  We understand the situation with this, but we also need to
> know that when we have show stoppers, we will have the tech assistance from
> Oracle development that we will need to resolve quickly.  When we run these
> labs, we are burning $800K a week and tying up as many as 60-70 individuals
> when we have a stop in the effort due to an unresolved bug.  Again, we
> understand that we are going through this as a first time for Oracle, which
> is not as we would wish, but this is the reality.  All we are asking is to
> be positioned as a CRITICAL and PRIORITY client so that we can get

**ORACLE**
**CONFIDENTIAL**

NDCA-ORCL 121283

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

[Fwd: FW: San Diego County ... [Fwd: Projects Bug]]

> resolution ASAP and get our 60 people back on line.
>
> You are aware of course of the visibility of the County of San Diego
> project.  This is being watched by every County Govt in the US (maybe free
> world!) and we need to put forth (CSC and Oracle) the best efforts
> possible.  This means that we need to have a technical resource assigned to
> us to resolve these Proj/Grants problems when they arise.  Another area of
> problem for us has been AR and I Procurement.  Again we are running through
> integration scenarios with 35 client participants and 35 consultants on a
> full time basis and we can't afford to have these show stoppers and be
> asked to wait 5 days for them to be resolved.
>
> I am having a conversation with Justin Gillies and Dave Stormoen in one
> hour about this topic and I will let them know I received a note of support
> from you.  If you can do anything to get us the assistance we need to
> resolve these bugs quickly over the next 4-5 months, IT WILL PAY OFF IN
> SPADES FOR ORACLE BECAUSE WE WILL HAVE DELIVERED ON OUR COMBINED PROMISE TO
> THE COUNTY OF SAN DIEGO....  Unless we can deliver the tech support to the
> team to resolve these problems quickly, WE WILL NEVER deliver on this
> system.  That is a basic fact.
>
> Thanks for your time and I appreciate your involvement!
>
> Sara
>
>                         "David Natelson"
>                         <david.natelson@o          To:      Sara K Pope/CSI/CSC@CSC
>                         racle.com>                 cc:
>                                                    Subject:    FW: San Diego
> County ... [Fwd: Projects Bug]
>                         05/11/01 07:10 AM
>                         Please respond to
>                         david.natelson
>
> Sarah, I will try and get a Support Manager assigned to the account who can
> hold
> weekly conference calls.
>
> Please let me know when you are getting into situations where tars or bugs
> are
> not being resolved in a timeframe acceptable by the project schedule.
>
> Is this the only show stopper going on right now?
>
> Regards,
>
> Dave
>
> David Natelson
> Vice President
> State and Local eBusiness Applications
> david.natelson@oracle.com
> 813-287-3384 (work)
> 813-765-3225 (cell)
> _____
> The statements and opinions expressed here are my own and
> do not necessarily represent those of Oracle Corporation.
>
> -----Original Message-----
> From: David Stormoen [mailto:David.Stormoen@oracle.com]
> Sent: Thursday, May 10, 2001 12:19 PM
> To: David Natelson; Jay Polack; Tim McCormick; Bruce Sebree
> Cc: Justin Gillies

**ORACLE
CONFIDENTIAL**

5

NDCA-ORCL 121284

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

[Fwd: FW: San Diego County ... [Fwd: Projects Bug]]]

```
> Subject: San Diego County ... [Fwd: Projects Bug]
>
> All,
>
> I played phone tag with Sarah (CSC Financials Project Mgr) yesterday and
> spoke briefly with her this morning.
> The specific problem she was calling about yesterday has been fixed.
>
> I am scheduled to speak with her tomorrow morning to discuss the problems
> they have been having and the best
> way for CSC/Oracle to work together.
>
> Any thoughts on what additional assistance we can offer them? At a minimum
> I will be offering to meet with
> them in person weekly as my schedule permits.
>
> Dave
>
> spope@csc.com wrote:
>
> > Dave and Justin,
> >
> > Could we possibly speak tomorrow, Friday? I am totally booked this
> morning
> > and fly all afternoon, not arriving home until midnight. I know we have
> > all played phone tag this week. I am available at 770-846-7999 all day
> > tomorrow. The only time I could not talk is between 2pm and 4pm Eastern
> > because I have a doctor's appt.
> >
> > Dave, please see the email below. This is why I called you yesterday (I
> > also called 3 other Oracle managers on my phone contact list -- Jay
> Polack,
> > Bruce Sebree, Tim McCormack - but no one returned my call but you). We
> > really need your help in working through the Projects bugs we are
> > encountering with regular frequency. We have been attempting to kick off
> > our SDL2 (internal integration) labs since last week and have had 60
> people
> > dead in the water all week due to the bug below. We have high priority
> > attention from Oracle Prod Devel at this point but still no resolution.
> I
> > am going to need more priority support going forward to get through our
> > labs and sessions with the clients. We bring clients in to train  and do
> > demos, as well as work through scenarios we have built earlier and which
> > worked earlier before a series of patches was added some time back. This
> > County Program burns $800,000 a week and we can't be held up indefinitely
> > by code that won't work and that hasn't worked for other of your clients
> > since March. We need to talk about our options.
> >
> > Thanks and looking forward to speaking with you,
> >
> > Sara
> >
> > ----- Forwarded by Sara K Pope/CSI/CSC on 05/10/01 02:26 AM -----
> >
> >                     Elizabeth E
> >                     Bevan/CSI/CSC          To:      Colin H
> > Lovett/CSI/CSC@CSC, AnnaMaria Alvarez/CSI/CSC@CSC,
> >                                            Christine Shay/CSI/CSC@CSC, Sara
> > K Pope/CSI/CSC@CSC, Arif
> >                     05/10/01               Islam/CSI/CSC@CSC, Sanjay
> > Mehta/CSI/CSC@CSC
> >                     04:10 AM               cc:
> >                                            Subject:    More bugs
```

ORACLE
CONFIDENTIAL

6

NDCA-ORCL 121285

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

[Fwd: FW: San Diego County ... [Fwd: Projects Bug]]]

```
> >
> >
> > I'm attaching a Word document on this fascinating scenario. On 2/13 some
> > poor guy in Suadia Arabia opened a PA bug report. it was closed on
> 3/13/01
> > as no bug found, but the Tar refers you to Bug 1674878 which gives you:
> >
> > Bug 1674878.cannot be displayed. Possible reasons are:
> >     The bug is not classified as publicly accessible ("non-public").
> >     The bug is filed under a product for which you have no license. To
> > view your product licenses go in your User profile and select the Show
> > License option.
> >     The bug was filed before June 1996. Only bugs that were opened after
> > this date are accessible on this server.
> > The bug number does not exist (it was referenced incorrectly).
> >
> > Then on 3/19 the same guy with the non bug bug listed above for which we
> > assume he received a secret patch, opens another bug report #1694215
> which
> > is practically identical to ours and he's still waiting for an answer.
> > About once a week he begs for help since they're impacting his go live
> > date.
> >
> > Read it and weep.
> >
> > (See attached file: history.doc)
> >
> >
> > ------------------------------------------------------------------------
> >                         Name: history.doc
> >                         Type: WINWORD File (application/msword)
> >     history.doc     Encoding: base64
> >                  Description: Microsoft Word 4
> >              Download Status: Not downloaded with message
> >
> << Attachment Removed : David.Stormoen.vcf >>
>
> ------------------------------------------------------------------------
>
>    Charlie Kendig <charles.kendig@oracle.com>
>
>    Charlie Kendig
>      <charles.kendig@oracle.com>
>    Additional Information:
>    First Name    Charlie
>    Version       2.1
--
Cheers!

Cynthia CREEK-WATSON
Customer Advocacy
Higher Education / Health Care - West

858.509.8027    direct
858.509.8300    fax
760.212.3315    cellular
760.603.0252    home office
877.663.7203    alpha-pager
  or http://arch.com/message
      6637203   PIN
```

**ORACLE
CONFIDENTIAL**

7

NDCA-ORCL 121286

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

[Fwd: FW: San Diego County . . [Fwd: Projects Bug]]]

Charlie Kendig <charles.kendig@oracle.com>

ORACLE
CONFIDENTIAL

8

NDCA-ORCL 121287

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# EXHIBIT 72

 

Received 02/25/2004 07:21PM in 25:48 on line [0] for S2K * Pg 74/82
FEB. 25. 2004   7:51PM    MOFO FAX CENTER 4152687522                    NO. 6484   P. 74/82

* [Fwd: [Fwd: Ingersoll-Rand CRITICAL SITUATION]]

Return-Path: <sandy.sanderson@oracle.com>
Received: from oracle.com (dhcp-datacenter-isdn-east-144-25-123-94.us.oracle.com
            [144.25.123.94])by gmgw02.oraclecorp.com (8.8.8D.8.8) with ESMTP id
            HAA25606;Thu. 12 Oct 2000 07:42;10 -0700 (PDT)
Message-ID: <39E5B4FE.80647C5F@oracle.com>
        Date: Thu. 12 Oct 2000 05:56:30 -0700
        From: sandy sanderson <sandy.sanderson@oracle.com>
Organization: Oracle Corporation
   X-Mailer: Mozilla 4.75 [en] (Win95; U)
X-Accept-Language: en
   MIME-Version: 1.0
            To: Larry Ellison <larry.ellison@oracle.com>
            CC: Safra Catz <Safra.Catz@oracle.com>
       Subject: [Fwd: [Fwd: Ingersoll-Rand CRITICAL SITUATION]]
   Content-Type: multipart/mixed;boundary="-----------57F041CD28574A3CCA125567"
X-Mozilla-Status: 8001
X-Mozilla-Status2: 00000000

larry,
pls see the email below from our account team and the client. ingersol rand has been a big supporter
of oracle. this should have been an easy sale. we have $2.5M in forecast with $5M in upside for IR.
the $2.5M is for db, upside is apps.. they are now serously considering holding off on the db this
quarter because of the apps issues.

the war room idea is a good one. ron and mark should form a single war room for key apps deals this
quarter. we need a coordinated effort at the top of apps development to make sure wedeliver for
some key clients/prospects. this should include a single development contact person for this deal.
otherwise, our account teams get shuffled back and forth between erp and crm developers.

let me know what you think.
sandy

CA-ORCL 037373
ORACLE CONFIDENTIAL

Received 02/25/2004 07:21PM in 25:48 on line [0] for S2K * Pg 75/82
FEB. 25. 2004   7:51PM   MOFO FAX CENTER 4152687522                        NO. 6464   P. 75/82

[Fwd: [Fwd: Ingersoll-Rand CRITICAL SITUATION]]

Return-Path: <Frank.Varasano@oracle.com>
Received: from oracle.com (cmeiers-vt.us.oracle.com [130.35.104.207])by
          gmgw02.oraclecorp.com (8.8.8U.8.8) with ESMTP id JAA15333;Wed, 11
          Oct 2000 09:56:09 -0700 (PDT)
Message-ID: <39E49C7D.B85BD847@oracle.com>
      Date: Wed, 11 Oct 2000 09:59:41 -0700
      From: Frank Varasano <Frank.Varasano@oracle.com>
  X-Mailer: Mozilla 4.73 [en] (Win95; U)
X-Accept-Language: en,pdf
MIME-Version: 1.0
        To: ron.wohl@oracle.com, mark.barrenechea@oracle.com
        CC: sandy <edward.sanderson@oracle.com>
   Subject: [Fwd: Ingersoll-Rand CRITICAL SITUATION]
Content-Type: multipart/mixed;boundary="-----------SF49S0D4F54259EA99AF1A6D"

I believe your personal involvement in fixing this would be time well
spent.  This could be a critical reference for us, but the management
team is very frustrated.  We are about to lose the CRM opportunity and a
lot of additional ERP business because of the situation that Dan
summarized in his e-mail.

Return-Path: <dan.ackley@oracle.com>
Received: from mailsun2.us.oracle.com (mailsun2.us.oracle.com [130.35.61.114])by
          gmgw02.oraclecorp.com (8.8.8U.8.8) with ESMTP id RAA04443;Tue, 10
          Oct 2000 17:45:29 -0700 (PDT)
Received: from gmgw01.us.oracle.com (gmgw01.us.oracle.com [130.35.61.190])by
          mailsun2.us.oracle.com (8.9.3/8.9.3) with ESMTP id RAA18464;Tue, 10
          Oct 2000 17:45:29 -0700 (PDT)
Received: from oracle.com (whq4op3u33-ppp-sfc2-119.us.oracle.com
          [130.35.36.205])by gmgw01.us.oracle.com (8.8.8U.8.8) with ESMTP id
          RAA13378;Tue, 10 Oct 2000 17:45:22 -0700 (PDT)
Message-ID: <39E3B5D8.A655BC20@oracle.com>
      Date: Tue, 10 Oct 2000 20:35:36 -0400
      From: Dan Ackley <dan.ackley@oracle.com>
Organization: Oracle Corporation
  X-Mailer: Mozilla 4.75 [en] (Win95; U)
X-Accept-Language: en
MIME-Version: 1.0
        To: "Barrenechea,Mark" <MBARRENE@US.ORACLE.COM>,
            "Wohl,Ronald" <RWOHL@US.ORACLE.COM>
        CC: "Varasano,Frank" <FVARASAN@US.ORACLE.COM>,
            "McLaughlin,Stephen" <SMCLAUGH@US.ORACLE.COM>,
            "Linn,Charles" <CJLINN@US.ORACLE.COM>,
            "DiFilippo,Dennis" <DDIFILIP@US.ORACLE.COM>,
            "Akram,Nadeem" <NAKRAM@US.ORACLE.COM>,
            "Adams,Dan" <NADAMS@US.ORACLE.COM>,
            "Bagli,Francis" <FBAGLI@US.ORACLE.COM>,
            "Moose,Steven" <SMOOSE@US.ORACLE.COM>,
            "jschreib@us.oracle.com" <jschreib@US.ORACLE.COM>,
            "Sanderson,Edward" <ESANDERS@US.ORACLE.COM>

                                 2

                                              CA-ORCL 037374
                                         ORACLE CONFIDENTIAL

[Fwd: [Fwd: Ingersoll-Rand CRITICAL SITUATION]]

Subject: Ingersoll-Rand CRITICAL SITUATION
Content-Type: multipart/mixed;boundary="------------707SE8A74904EFE53960EFEE"

Mark and Ron,

I am the account manager for Ingersoll-Rand.

Frank Varasano and I met today with Marv Walrath, CIO for Ingersoll-Rand. It was not a pleasant meeting. Given the urgency of the situation, Frank asked that I generate this email to you both.

As indicated in Steve McLaughlin's email of 9/28 we are failing with our attempts to install 11i CRM and OM applications in a Conference Room Pilot (CRP) at IR's G2 sector. As a result, we are missing a related opportunity for $10-20 million+ in CRM, OM and Manufacturing incremental revenue. We are trying to offer a deal 2 times as larger but can't get the customer to listen until we get existing applications up and running. This account is eager to become a reference but we are not giving them a chance to do so.

SITUATION
- We are in a crisis situation
- IR believes 11i CRM and OM are not ready for deployment
- They are considering replacement strategies for Oracle at the G2 implementation that includes Siebel (see email below)
- There appears to be little 11i documentation
- There appears to be little 11i training
- Since we are trying to bring the CRP up together with the IR project team they are seeing first hand our daily failures and shortcomings
- We will lose to Siebel and place the reminder of our installed base in jeopardy if we don't act aggressively on the G2 CRP

WHAT'S NEEDED
- A WAR ROOM mentality
- I am aware that senior management is helping with this need but it must continue, accelerate and be sustained if we are to keep what we have and win more
- Continue direct contact with development on a daily basis with a single point of contact
- Develop alternative approaches to training if none exists (i.e. SWAT teams doing training on site)
- Add additional resources on site for an extended period of time given the lack of maturity in the applications
        (1) Inventory technical applications expert
        (1) Service technical applications expert
        (1) OM/Configurator applications expert
        (1) Applications technical expert

PLEASE REVIEW THE EMAIL BELOW FROM ONE OF OUR STRONGEST SUPPORTERS AT IR. THIS WAS SHARED WITH US DURING THE MEETING TODAY. IT DOES A GOOD JOB OF POSITIONING OUR CRITICAL SITUATION.

IT TIME TO FOR US TO SURPRISE THIS DISAPPOINTED CUSTOMER WITH OUR ABILITY TO MAKE THIS IMPLEMENTATION HAPPEN FASTER THAN THEY THINK IT CAN BE DONE. THIS MAY TURN THIS SITUATION AROUND. WE NEED YOUR CONTINUED

3

CA-ORCL 037375
ORACLE CONFIDENTIAL

Received 02/25/2004 07:21PM in 25:48 on line [0] for S2K *, Pg. 77/82
FEB. 25. 2004   7:51PM      MOFC FAX CENTER 4152687522                        NO. 6484    P. 77/82

[Fwd: [Fwd: Ingersoll-Rand CRITICAL SITUATION]]

HELP, IDEAS AND RESOURCES.

Dan

Dan Ackley
Oracle
Account Manager

336-723-0074   Office
336-918-0009   Cell
336-631-9226   Fax
336-631-9244   Home

2671 Reynolds Drive
Winston-Salem, North Carolina 27104

Return-Path: <Steve_Carrington@ingersoll-rand.com>
Received: from mailsun2.us.oracle.com (mailsun2.us.oracle.com [130.35.61.114])by
    gmgw01.us.oracle.com (8.8.8O.8.8) with ESMTP id NAA08859for
    <dan.ackley@oracle.com>; Tue, 10 Oct 2000 13:02:32 -0700 (PDT)
From: Steve_Carrington@ingersoll-rand.com
Received: from inet-smtp1.oracle.com (inet-smtp1.us.oracle.com [209.246.15.57])by
    mailsun2.us.oracle.com (8.9.3/8.9.3) with ESMTP id NAA23290for
    <dackley@us.oracle.com>: Tue, 10 Oct 2000 13:02:31 -0700 (PDT)
Received: from usgate02.e-mail.com (usgate02.e-mail.com [204.146.55.142])by
    inet-smtp1.oracle.com (8.9.3/8.9.3) with ESMTP id NAA17523for
    <dackley@us.oracle.com>: Tue, 10 Oct 2000 13:08:08 -0700 (PDT)
Received: Received: by usgate.e-mail.com with ESMTP id TAA115440for
    <dackley@us.oracle.com>: Tue, 10 Oct 2000 19:59:41 GMT
Subject: Oracle Presentation
To: "Dan R. Ackley" <dackley@us.oracle.com>
X-Mailer: Lotus Notes Release 5.0.3 (Intl) 21 March 2000
Message-ID: <OF53AAAFFF.8FF7A9CB-ON85256974.006BE2BA@ingerrand.com>
Date: Tue, 10 Oct 2000 15:39:12 -0400
X-MIMETrack: Serialize by Router on davirusntsh5/Servers/IRCorp(Release 5.0.4 [June 8, 2000)
    at10/10/2000 03:59:41 PM
MIME-Version: 1.0
Content-type: text/plain; charset=us-ascii

Dan,

As requested.

Steve Carrington
Director, Program Management Office
Information Technology
Ingersoll-Rand Company
704-947-1414 Phone
704-947-1417 Fax
----- Forwarded by Steve Carrington/corporate/IRCorp on 10/10/00 03:28 PM

CA-ORCL 037376
ORACLE CONFIDENTIAL

[Fwd: [Fwd: Ingersoll-Rand CRITICAL SITUATION]]

-----

Walrath/corporate/IRCorp@IRCorp

Johnson/acg/IRCorp@IRCorp

Presentation

Steve
Carrington                    To:      Mary

                              cc:      JamesL

10/10/00 01:27                Subject:  Oracle
PM

Topics for discussion

1. We made the decision to move to 11i for the G2 project for two reasons:

a. The functionality in 11i was needed. The 11.0.3 version did not give us what we needed to get beyond status quo.
b. We were ensured that this version was of a quality level that we would have no major issues related to the new release.

2. We purposely engaged the Oracle Enterprise Solution Center to host our G2 11i environment to ensure that we could quickly get an 11i instance up    and running to support our project timeline and in reality accelerate our timeline if possible.

3. The System is running in an Oracle center, managed by Oracle DBA's and Oracle Unix people, and supported by on-site Oracle consultants. Yet we cannot get the software to function. We have little confidence in Oracle's ability to provide us a stable working environment in a timeframe we          need. Our on-site consultants are spending valuable time debugging the software instead of working on the project activities

4. We are in fact a full month delayed on the CRP and we expect the CRP could not begin until the week after next at the earliest. This assumes all the          issues are resolved. We have little confidence in any dates given to us at this point. While we feel the on-site people are good, we feel that Oracle          as an organization has let us down.

5. We need the same level of guarantee that Larry gave GE when SSP would not work. While all these issues are happening, we are faced with the          challenge of dealing with a Siebel assault that looks quite appealing to our business leaders. They have installed sites that are referencable.          They have stated that they can have our Air Centers implemented during the first quarter of 2001. The issues we are facing makes it difficult to          support  our Oracle position.

Steve Carrington
Director, Program Management Office
Information Technology
Ingersoll-Rand Company
704-947-1414 Phone
704-947-1417 Fax

CA-ORCL 037377
ORACLE CONFIDENTIAL

Received 02/25/2004 07:21PM in 25:48 on line [0] for S2K.* Pg 79/82
FEB. 25. 2004  7:52PM    MOFO FAX CENTER 4152687522                    NO. 6484   P.  79/82

[Fwd: [Fwd: Ingersoll-Rand CRITICAL SITUATION]]

Dan Ackley <dackley@us.oracle.com>

sandy sanderson <sandy.sanderson@oracle.com>

6

CA-ORCL 037378
ORACLE CONFIDENTIAL

# EXHIBIT 73

03/20/2006 05:14 PM

Supporting Documentation for ValueVisoin

**Subject: Supporting Documentation for ValueVisoin**
**Date:** Mon. 14 May 2001 00:13:31 -0500
**From:** "Meena Patel" <mpatel@vvtv.com>
**To:** <george.roberts@oracle.com>
**CC:** <larry.ellison@oracle.com>, "Mark Billitteri" <mbillitt@vvtv.com>,
"Dick Barnes" <dbarnes@vvtv.com>, <mark.barrenechea@oracle.com>,
<ron.wohl@oracle.com>, <ted.bereswill@oracle.com>

George,

I have attached the following documentation in support of the numerous
discussions around the functionality that has been either removed or is
lacking based on what was demonstrated to ValueVision during the sales
process. Mark and I appreciate all your help.

ValueVision International
Meena Patel -Director of Business Systems Development
Direct: 952-943-6416
Cell:   952-839-6602
mpatel@vvtv.com <mailto:mpatel@vvtv.com>

| | |
|---|---|
| Functionality Documentation for Oracle.doc | **Name:** Functionality Documentation for Oracle.doc <br> **Type:** WINWORD File (application/msword) <br> **Encoding:** base64 <br> **Description:** Functionality Documentation for Oracle.doc |

ORACLE
CONFIDENTIAL



NDCA-ORCL 094128

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

03/20/2006 05:14 PM

George,

I have attached the following documentation in support of the numerous discussions around functionality that has been either removed or is lacking based on what was demonstrated to ValueVision during the sales process.

The following business functionality has been demonstrated to ValueVision and/or is part of the 11.5.3 or prior release documentations (11.5.1, 11.5.2).

- Installment Payment
- Split Payments
- More that one form of Payment (Credit Card, Checks, Gift Certificate or Gift Card, Coupons, Online Credit or Store Credit)
- Entering Customers and allowing a different Ship to Location at one data entry point (Order Capture)
- Pricing by date and time (Hour, Minute, Second)
- Item Master (ability to handle style, size, color – was demonstrated to ValueVision at Oracle headquarters by the Order Capture development team on March 13, 2000.
- BIS for Financials – Discover will not be released for the AIX Platform.  AIX is consider tier two Platform.

> **Installment Payments/Split Payments/More than on form of Payment:** This was demonstrated to ValueVision on March 13, 2000 and is part of the 11.5.3 documentation.

> **Status:** We have learned that this functionality has been removed from Order Capture due to Order Management not being able to handle it.  We have been in discussion with development from both CRM and ERP to resolve this issue for three months.  We still do not have a resolution as of May 11, 2001.

> **From page 8 of the January 2001 Order Capture implementation guide**

ASO: Default Payment Option Defaults the payment option. Choices are:

single, installment, and split.

ORACLE
CONFIDENTIAL

NDCA-ORCL 094129

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

03/20/2006 05:14 PM

From online help 11.5.3 Order Capture

# How a Customer Can Pay for an Order

This topic discusses:

- o  Payment for an Order
- o  About Paying for Individual Items Separately
     <@asol1511025244>

## Payment for an Order

Customers can pay for an order by:

- o  Cash
- o  Check
- o  Credit card
- o  Purchase order

Payment can be of three types:

- **Single**: if your customer is making a single payment using any payment method: cash, check, credit card, or purchase order.
- **Installment**: if your customer is paying in installments using any payment method.
- **Split**: if your customer is paying for the order using multiple credit cards. You cannot split payment made by cash, check, or purchase order.

You enter payment information for the order in the Payment region of the Order Capture window. You must select **Payment** from the View Order drop-down list to view this region.

## About Paying for Individual Items Separately

Your customer can choose to pay for some or all of the individual items that make up an order separately. For example, a customer may purchase office equipment intended for the home office using a business credit card and gifts for family members using a personal credit card.

ORACLE
CONFIDENTIAL

**NDCA-ORCL 094130**

**CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER**

03/20/2006 05:14 PM

If your customer chooses to pay for an individual item separately, then you enter payment information for that item in the Ship/Payment Detail window which is available by selecting Ship/Payment from the Action menu. The amount corresponding to the individual item is automatically deducted from the payment amount of the order as a whole.

For example, Joan Smith wants to purchase three items: a laptop computer for $1,500 and two $100 cellular phones. The total order price is $1,700.

She wishes to pay for the order using her corporate credit card. But, as one of the cellular phones is for personal use, she wishes to pay for it on a personal credit card.

In this case, you enter the business credit card information in the Payment region and the personal credit card in the Ship/Payment Detail window. The personal credit card is charged $100 for the single cell phone and that amount is automatically deducted from the total amount charged to the business credit card.

## ➢ Entering Customers and allowing a different Ship to Location at one data entry point (Order Capture)

Status: Currently the functionality below does not work as it is stated in the documentation in Order Capture. Also the Customer Model is inconsistent with Order Capture, Order Management, AR, iStore, and Telesales. Currently you are not able to enter a customer or modify a customer the same way in all five of the modules. This has been part of the discussion with CRM and ERP for the past three months. The development teams agree that the Customer Model is inconsistent and they are trying to fix it by 11.5.6. Release of 11.5.6 is June of 2002. ValueVision cannot wait another year to obtain this core functionality.

**From Page 12 of the January 2001 OC user guide**

# Customers You Can Sell To: Consumers and Businesses

You can sell to two types of customers:

ORACLE
CONFIDENTIAL

Consumers

Businesses

Consumers are individuals who are not purchasing on behalf of an organization. A consumer can have multiple addresses and phone numbers. For example, a

**CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER**

consumer can have a home address and multiple shipping addresses for vacation homes, friends, and relatives.

A business customer represents an organization. Any individual at an organization can be your business customer. An organization can have multiple contacts and addresses. See About Organizations.

**Note:** You cannot create consumers or businesses within Oracle iStore 11i. To create a customer, use Oracle TeleSales 11i, Oracle Customer Care 11i, or Oracle Accounts Receivable 11i.

**From page 52 of the January 2001 User guide**

**This process does not work.  Only the bill to customer is available to ship to.**

# Shipping an Item to Alternate Destinations

Use this procedure to ship an item to one or more addresses that are different from the shipping address for the order as a whole.

### Prerequisites

You must create a quote before carrying out this procedure.

### Steps

1. Display the item you wish to ship to an alternate destination in the Item View tab.

2. Place the cursor in one of the fields in the Item View tab.

3. From the Action menu, choose **Shipment/Payment Detail.**

The Shipment/Payment window appears.

4. From the View drop-down list, choose **Shipping.**

ORACLE
CONFIDENTIAL

NDCA-ORCL 094132

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

03/20/2006 05:14 PM

From online help Order Capture 11.5.3

# Creating a New Customer in Order Capture

Use this procedure to add a new consumer customer or a new business
customer at an existing organization.

**Prerequisites**

If you are using this procedure to enter a business customer, then the
customer's organization must already be entered in the database. You
cannot create a new organization here.

**Steps**

> In the Order Capture window, click New.

>> The Contact Information window appears.

> In the Profile region, use the Type drop-down list to select a
> business or consumer, depending on the type of customer you are
> creating.

> If you are entering a consumer, then you can enter the optional
> date of birth and income.

> If you are entering a business customer, then enter the title, name,
> and optional nickname and job title.

> If you are entering a business customer, then use the Organization
> LOV to select the customer's organization.

> Enter a phone number:

>> Select the phone type.

>> Enter the area code in the first field.

>> Enter the phone number in the second field.

>> Enter the extension in the third field.

>> If you wish to enter more than three phone numbers
>> for this person, then follow the procedure outlined
>> in Adding Phone Numbers, Addresses, and Other
>> Customer Information. <@aso11511020281>

ORACLE
CONFIDENTIAL

**NDCA-ORCL 094133**

**CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER**

03/20/2006 05:14 PM





☐ The above screen prints from Order Management shows line level pricing date and time stamp.

ORACLE
CONFIDENTIAL

NDCA-ORCL 094135

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

…

03/20/2006 05:14 PM



- ☐ The screen print above from Pricing shows Seeded Qualifier Attribute = Pricing Date
- ☐ ValueVision has Enhancement Request logged to add a time stamp to the Pricing Date Qualifier Attribute

➢ **Item Master (ability to handle style, size, color – was demonstrated to ValueVision at Oracle headquarters by the Order Capture development team on March 13, 2000.**

> Status: After many discussions with the development team from Order Management, Inventory, and Purchasing, no resolution was established. ValueVision was notified that sometime in the future the above modules might be able to handle style, size, and color for retail clients. Currently ValueVision has no documentation other than the meeting minutes with development. ValueVision trusted Oracle and had no reason to question the demonstration.

**ORACLE CONFIDENTIAL**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

03/20/2006 05:14 PM

&#10157; BIS for Financials – Discover will not be released for the
AIX Platform.  AIX is considered tier two Platform.

> Status:  ValueVision went live with Oracle Financials 11i on August 1,
> 2000.  ValueVision has been working with development for the past 11
> months (June 2000 – May 2001) to resolve all the issues around Financial
> BIS.  ValueVision was told by development that Discover will not be
> released on the AIX Platform.  AIX is considered tier two platform. All
> during the sales cycle ValueVision was assured the AIX is tier one
> platform and there are no issues with AIX.  ValueVision has TARs,
> BUGs, and meeting minutes from discussion with development to support
> these comments.

ORACLE
CONFIDENTIAL

NDCA-ORCL 094137

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# EXHIBIT 74

ValueVision follow-up

**Subject: ValueVision follow-up**
  **Date:** Thu, 17 May 2001 16:18:17 -0500
  **From:** "Mark Billitteri" <mbillitt@vvtv.com>
  **To:** <george.roberts@oracle.com>
  **CC:** "Dick Barnes" <dbarnes@vvtv.com>, "Nathan Fagre" <nfagre@vvtv.com>,
    "Meena Patel" <mpatel@vvtv.com>

George,

Thank you for your time this week. Your efforts on ValueVision's behalf are appreciated. The initial members of the consulting team Oracle agreed to deliver landed Tuesday. They are working with our team and had a very productive day. We are looking forward to making great progress on resolving the application issues we are facing.

As a follow-up to our call this morning I wanted to reiterate a few of the points we discussed. ValueVision has been working with the Oracle 11i release since May 2000 when the product was initially released. We were one of the first companies to go live on the financials implementation in August. Where we have been struggling and continue to struggle is with the stability of the CRM and ERP applications, the level of integration between CRM and ERP and the level of support offered for IBM RS/6000 AIX platform. Since June of last year, we have applied no fewer than 2,000 patches to the system and the pace continues unabated. We have documented our costs for patching alone at nearly $1.3 million. Of course, the ancillary impacts are the delays introduced into the project as patches are applied, tested and rolled into our development instances time and time again.

Additionally, we have found that as patch releases have become available, specific functionality has been removed, further delaying our project. ValueVision's requirements were clearly documented in the RFP presented to the Oracle sales team. Our decision to purchase and implement this solution was based on Oracle's written responses to our RFP and the demonstration of the software. We have had to work diligently to provide additional documentation of our requirements for Oracle's support and development organizations to validate the need for the specific functions in question. To our disappointment, the response from Oracle has been that these requirements are now considered enhancement requests. This has compounded the impact on our ability to deliver the Oracle solution within our established timeframes and budget. We have provided documentation under separate cover indicating where specifically this functionality has been removed.

It appears evident that there has been a gross lack of coordination between the CRM and ERP development organizations. We have identified significant gaps in the integration of the applications throughout our project again delaying our progress. Our meetings with the development teams from both the CRM and ERP groups has also made clear that the coordination between the groups is lacking particularly as it relates to the overall application architecture strategy.

Due to these issues, ValueVision's project has been impacted significantly both from a timeline perspective and a cost perspective. I have been asked to provide supporting documentation to my management and our legal counsel to detail these assertions and to prepare for a board level review of this project. The board, which includes senior corporate members from GE and NBC among other outside directors, has expressed particular interest in our resolution plans.

Despite the significant difficulties ValueVision has encountered with the Oracle product, we are currently in favor of continuing this project. The elements of time management and continued funding

ORACLE
CONFIDENTIAL

NDCA-ORCL 094138

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ValueVision follow-up

throughout the remainder of this implementation are ValueVision's contribution. However, we are looking to Oracle to alleviate some of ValueVision's financial concerns.

As discussed in our teleconference call, we are asking for financial support from Oracle in addition to the Oracle consulting support currently being delivered. We estimate the financial impact to ValueVision to be $5 million. To share the funding of this unanticipated expense, we are asking Oracle to bear some of this cost as follows:

* Refund 1st year maintenance fee of $432,323
* Provide continued maintenance through year 2004 at no cost
* Refund 50% of the software license fee, $982,553

It is imperative that we reach a reasonable solution with Oracle, deliver the end solution for ValueVision and create value for both companies.

As you understand, time is of the essence. I look forward to your response no later than Friday May 18, 2001.

Sincerely,

Mark Billitteri
Senior Vice President - Chief Information Officer

ValueVision International
6740 Shady Oak Road
Eden Prairie, MN 55344
(952) 943-6000 Main
(952) 943-6412 Direct
(952) 943-6411 Fax
mbillitteri@vvtv.com Email
http://www.vvtv.com
Nasdaq Ticker: VVTV

ORACLE
CONFIDENTIAL

2

NDCA-ORCL 094139

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# EXHIBIT 75



**From:** Gayle Fitzpatrick
**Sent:** Mon, 02 Apr 2001 00:30:59 GMT
**To:** Stephen Wellen
**CC:** stephen.c.johnson; Mary Anne Gillespie
**BCC:**
**Subject:** Re: [Fwd: [Fwd: Major 11i Escalated Customers]]

Steve,

I will forward to you the note regarding Oracle.Com (BOL) which George
R. is looking for a point of contact from Majors for a weekly call.
This is not related to the 11i escalated accounts.

Thanks,

/Gayle

Stephen Wellen wrote:

> Gayle:
> See note below from Steve Johnson to Tim Chou. I am happy to be the
> contact however I have no staff to manage the process. I assume that
> Sandra Duerr is still in the barrell until I get the green light to
> get
> the implementation QA person. There is going to be a con call on Wed
> 4/4 at 10am pacific with Tim. Can you and Sandra join?
>
> ----------------------------------------------------------------
>
> Subject: [Fwd: Major 11i Escalated Customers]
> Date: Wed, 28 Mar 2001 16:24:16 -0600
> From: Steve Johnson <stephen.c.johnson@oracle.com>
> Organization: Oracle Corporation
> To: tim.chou@oracle.com
>
> CC: "Roberts,George" <GEORGE.ROBERTS@oracle.com>,"Gillespie,Mary Anne"
> <MARY.ANNE.GILLESPIE@oracle.com>,"Wellen,Stephen"
> <STEPHEN.WELLEN@oracle.com>,"Fitzpatrick,Gayle" <GAYLE.FITZPATRICK@oracle.com>
>
> Based upon our understanding of what is being asked, I would suggest
> that Steve Wellen be the Majors point of contact with your team, Tim.
>
> Steve, I think this makes sense for Majors.
>
> Thanks,
>
> Steve
> /ec
>
> --
> Steve Johnson (stephen.c.johnson@oracle.com)
> AVP, Southern Area, US Major Accounts
> PH: 972-868-3437
> Fax: 972-409-3179

EXHIBIT
Fitzpatrick
11
2-24-06  41~

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER   **NDCA-ORCL 617269**

> Admin: Elaine Crumpton, 972-401-5804
>
>
> -------------------------------------------------------------
>
> Subject: Major 11i Escalated Customers
> Date: Tue, 27 Mar 2001 19:54:56 -0500
> From: Gayle Fitzpatrick <gayle.fitzpatrick@oracle.com>
> Organization: Oracle Corporation
> To: "Roberts,George" <GEORGE.ROBERTS@oracle.com>
>
> CC: xjohnson <xjohnson@us.oracle.com>,"Gillespie,Mary Anne"
<MARY.ANNE.GILLESPIE@oracle.com>
>
> George,
>
> Here is the list of the 8 current 11i escalated customers in Majors.
> The ERP customers are: TMP, Paxar, A&P, Boral Bricks, and SAS. The
> CRM customers are: Papa John's, UBS Warburg, and Kyocera Mita
> America. These customers are in a crisis mode of getting 11i either
> installed, or working properly to meet "go-live" production dates.
>
> TMP Worldwide
> TMP Worldwide is implementing Oracle Financials, Project, and HR in
> English, German, Dutch, French, Spanish and Italian on a global single
> instance.
>
> Status:Steve Miranda from development is actively engaged in helping
> resolve the outstanding TARs for TMP. There are currently 10
> outstanding TARs. User Acceptance testing is scheduled to begin on
> 4/9/01. This has slipped two weeks due the length of time it has
> taken to patch the UAT system. There are significant performance
> issues with using ADPATCH on the TMP system. There are six large
> patches being applied (one for each language), and the forms
> compilation has taken much longer than planned, thus the push back of
> the start of UAT. The customer is not happy with this development.
> Oracle (the COE) is working with Sun, and TMP to find the problem.
> Go-live is still scheduled for 5/1.
>
> Paxar
> Paxar is implementing OM, APS and configurator with OCS. Manufacturing
> suite and iStore on hold.
>
> Status: Implementation of 11.5.1 (OM especially) has been problematic
> due to large number of patches (330+) and they are 7 months behind
> schedule. No integration testing has even been done yet so all
> problems have not yet been uncovered. The number of critical TARs is
> increasing, not decreasing. Based on press, customer input, and advice
> from Oracle Paxar will move to 11.5.3 even though it will delay
> production another 4 - 5 months. The project plan is being completed
> so can start this week. Paxar has asked for a commitment from Oracle
> that OM will work in 11.5.3.
>
> A&P

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER          NDCA-ORCL 617270

> A&P bought the e-Business suite and so far has implemented Financials,
> and HR. This is a very intensive HR application due to Union and
> high turnover of temporary employees. Therefore HR is very visible
> part of application. The length of time it is taking to address/fix HR
> bugs is excessive.
>
> Status: A&P has currently 11 TARs (9 Sev 2) outstanding. The current
> issues are keeping them from testing basic functionality and thus
> moving forward in their implementation plans.
>
> Boral Bricks
> Boral Bricks is implementing Finapps 11.5.3: AP,AR,GL,FA
>
> Status: Boral was supposed to go live this week, but missed date for
> second time due to AR performance issues which are now fixed. There
> are still 5 Sev 2 issues outstanding, but hopefully they can still go
> live on April 24th. Next week is heavy user testing. Customer Care
> will continue to hold daily calls with Boral in order to insure
> successful go-live. Boral has filed a $541K Damages Claim and have
> outstanding OCS bills.
>
> Papa Johns
> Papa Johns is implementing iStore and Call Center (11.5.3) Papa Johns
> is judging our solution based on: 1) stability (a system that doesn't
> crash), 2) peak load (current performance at busy times), and 3)
> ability to meet projected load (90 pizza orders/min--John Schnatter's
> (CEO) break even point for profitability).
>
> Status  The issues with Papa John's are threefold: 1) iStore, 2) call
> center, and 3) ability to show that we can meet their overall
> objective of 90 pizza orders/min.
> Max Shireson (CRM Development) is actively involved with addressing
> Papa John's problems.
>
> 1. iStore has been more stable since the 11.5.3 patches have been
> installed. There have been no iStore stability problems since last
> Wednesday, and that the order confirmation process at peak times has
> been reduced to :07
> seconds from a high of 1:14. However, the peak load at the busiest
> time (Saturday night) has only been 35 orders/min, prompting the need
> to scale this in a
> benchmark environment (see #3 below).
>
> 2. Call Center is still giving Papa John's problems. It has not yet
> been updated to the latest patchset, but that is in progress. One
> problem aggravated by a problem with the web callback function, which
> finds problem orders processed into OM by iStore [e.g. orders for
> out-of-stock product, etc--these account for 5% of all orders]. As a
> stopgap measure, a custom procedure scans through all OM orders
> looking for these problem orders and creating call-back requests in
> the Call Center module. This procedure is creating an undue burden on
> the system that causes poor performance at peak times. Work is
> ongoing to patch the system to current levels.
>

> 3. Papa Johns has only been able to drive enough demand for the
> website to create 35 pizza orders/min at peak times. However, to
> reach profitability, Papa
> Johns needs to fulfill 90 pizza orders/minute. They are looking for
> benchmark results that show that our system can indeed scale past 90
> pizza orders/min.
>
> Kyocera Mita America
> Mita is implementing Order Management, Purchasing/Procurement, and
> Service (tele-service, service online, spares management, contracts),
> and Financials.
>
> Status: Mita has been trying to install software since March 3rd and
> they do not yet have a stable environment. The issue is the large
> number of patches, prerequisite patches, and minimal instructions. The
> implementation is a plain vanilla implementation. They have a
> scheduled go live date of 4/1 which is in jeopardy. Mita was
> escalated to the triage group yesterday. The CIO is back on Thursday
> and will meet with the account team to discuss the difficulties they
> have experienced in implementing our solution.
>
> SAS
> SAS is implementing the full ERP suite on 11.5.2. They are on a very
> aggressive implementation schedule and they have engaged PWC as their
> implementation partner.
>
> Status: Payroll has been installed and SAS cannot post payroll. They
> cannot implement a stable 11.5.2 instance of the applications because
> of insufficient patch information. The SAS/PWC implementation team
> was trying to determine and manage patches using Metalink. The
> information obtained from Metalink was extremely confusing with regard
> to which patches should be applied to the current version of the
> applications for HP/11i OS. The SAS implementation team believes
> that if they can understand and manage patches they can succeed in
> installing a stable version.
>
> UBS Warburg
> UBS Warburg is implementing 11.5.3 CRM (OSO and marketing are the
> first pieces) and they also have outstanding issues with 9iAS (single
> sign-on not available in the current release of 9iAS.
>
> Status: UBS has not yet successfully installed 11i (11.5.3). It takes
> them approximately 5 days to get thorough the install process due to
> the 60+ patches required. They have attempted the install several
> times over the past month with no success  They were advised to
> install the Platinum release only to find out it only
> supports a single server node and a US ASCII character set. Since
> their project is a global, multi server implementation. Platinum will
> not work. There have been many other minor issues to date with the
> installation from storage requirements to installer issues.
>
> Thanks,
>
> /Gayle

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER          NDCA-ORCL 617272

>

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**       **NDCA-ORCL 617273**

# EXHIBIT 76

**From:** George.Roberts@oracle.com
**Sent:** Mon, 26 Mar 2001 14:23:00 GMT
**To:** Gayle Fitzpatrick; Kenneth Hamel; John Nugent; Keith Block; Mary Anne Gillespie; Johnson Stephen; Ronald Bunting
**CC:**
**BCC:**
**Subject:** [Fwd: [Fwd: [Fwd: [Fwd: Papa Johns Information]]]]

OK. The ball is now rolling on this. Do not waste developments time on minor issues in accounts. Only the top problem accounts should be escalated to Mark and Ron. i.e. TMP, Papa Johns, UBS etc.

Steve you will have to manage this since MAGs is out with Gayle.

John,

You and Ken need to build the GB list.

I want to review and then forward the lists. Please indicate whether the issues are ERP, CRM or both and a paragraph of detail on each account.



**From:** mark.barrenechea@oracle.com
**Sent:** Sun, 25 Mar 2001 17:52:30 GMT
**To:** Steve Cox
**CC:** Max Schireson; David Williamson; Carl Theobald; George Roberts; Steven Johnston; Mary Anne Gillespie; Timothy Fay; Craig Tate; Keith Block
**BCC:**
**Subject:** Re: [Fwd: [Fwd: [Fwd: Papa Johns Information]]]


Steve J -

How should we proceed. I suggest a call tonight to understand next
steps... ** David, has that been arranged.

The open tars and defects are rather minimal.

--mark


Steve Cox wrote:

> Mark,
>
> At the moment, no issues have been escalated to the MGL team since the
> end of January. We will do some more discovery on this and get you a
> full report but in the mean time, this is the info I have from
> Support's ITS system.
>
> 6 TARS. 3 bugs
>
LAST BUG LAST
TAR# SEV TAR AGE UPDATED BUG# BUG UPDATED ABSTRACT PRODUCT COMMENT FROM
STATUS # DAYS STATUS # DAYS BUG DB
AGO AGO

INTERNAL BUG
RAISED BY AITG,
1117117.996 2 CUS 156 3 1274254 80 139 1488518 UNABLE TO ORACLE BUG TEXT
UPDATE ITEM DEC INVENTORY
SUGGESTS FIXED
IN 11.5.2

FROM CUSTOMER
3/20 << I
tested on a
couple of
items
and it looks ok
in our dev
CUS 156 3 1488518 30 4 1488518 UNABLE TO ORACLE environment. I
UPDATE ITEM DEC INVENTORY am going
to discuss with
Franklin and
test further

 NDCA-ORCL 618516

before
migrating to
the next
environment.>>

BASE BUG
1555658
WEBFORMS.
APPS6: BEANAREA
EVENTS
TO NON-CUR FORM
CAN INTERRUPT
CT CNTER DISPLAY TRIGGERS IN CUR
ORACLE
13250005.6 2 DEV 104 3 1530455 40 56 BLANK SCN POPS CUSTOMER FORM <<CRM
INTERMITTENTLY IN should continue
IB/CALL BACK MODE CARE to review the
patch 1
prototype fix
they have and
provide
feedback to
Jeff Falk and
Chris Lowes.>>

ORA-04068: EXISTING
STATE OF PACKAGE
1293436.996 2 WCP 8 4 HAS BEEN DISCARDED ORACLE
ORA-04063: PACKAGE SERVICE
BOD

ASG> NEED TO TUNE
1295685.996 2 ICB 6 3 TAX_EXEMPTIONS_V ORACLE
VIEW IN ISTORE 1 II RECEIVABLES

ASG> NEED TO TUNE
1295712.996 2 ICB 6 3 RA_ADDRESSES_MORG ORACLE
VIEW IN ISTORE 1 II RECEIVABLES

>
> -- Steve
>
>
>> What are the issues at Papa John's ?
>>
>> --mark
>>
>> -----------------------------------------------------------------
>>
>> Subject: Re: [Fwd: [Fwd: Papa Johns Information]]
>> Date: Fri, 23 Mar 2001 20:42:47 -0800
>> From: "Lawrence J. Ellison" <Larry.Ellison@oracle.com>
>> Organization: Oracle Corporation
>> To: George Roberts <George.Roberts@oracle.com>

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

>>
>> C: mark.barrenechea@oracle.com. ron.wohl@oracle.com,"Catz,Safra"
<SAFRA.CATZ@oracle.com>,"Sanderson,Edward" <SANDY.SANDERSON@oracle.com>,"Nussbaum,Jay"
<JAY.NUSSBAUM@oracle.com>,"Gillespie,Mary Anne"
<MARY.ANNE.GILLESPIE@oracle.com>,"Jarvis,Mark" <MARK.JARVIS@oracle.com>,"Henley,Jeffrey"
<JEFF.HENLEY@oracle.com>,"Nugent,John" <JOHN.NUGENT@oracle.com>,"ROCHA,MICHAEL"
<MICHAEL.ROCHA@oracle.com>
>>
>> References: <3AB6BDAB.70637C72@oracle.com>
>>
>> OK. I want all escalated customers to belong to development
>> managers. Mark B. will own Papa John. Mark, I need daily reports
>> until the customer is happy.
>>
>> I need a list of the other escalated customers and I need it now.
>> And I need support to resurrect the reports grading whether products
>> are within the agreed quality parameters. Mike R. is responsible
>> for delivering the reports.
>>
>> We will meet on this on Wednesday to review every escalated
>> customers and every product quality rating. Until further notice
>> every Thursday applications meeting will begin with a review of all
>> escalated customers and application product quality. The only
>> allowed topics will be demo status and internal implementation
>> requirements.
>>
>> larry
>>
>> George Roberts wrote:
>>
>> > I know we did not have an EC today and we don't have one next week.
>> > However this situation can no longer wait. I have 3-4 clients where
>> > we
>> > are about to lose control. Over the last several years we have all
>> > enjoyed a chuckle or two as we read the headlines on our
>> > competitions
>> > clients and their inability to implement the software they
>> > bought(Hersheys, Nike, ETC) from them.
>> >
>> > We have avoided all of this ink in the press but that may be about
>> > to
>> > come to an end. I have 6 situations like this or more depending on
>> > the
>> > day of the week. I don't have all the answers for this but it is
>> > time to
>> > get more focused and organized on this situation as well as the
>> > rest of
>> > them from NAS, OPI and OSI. I know we canceled next Monday but
>> > maybe we
>> > should have just a meeting on the topic of client projects that are
>> > on
>> > the edge before we read about it in the paper.
>> >
>> > Inquiring minds want to know and the rags of our industry would

\>> > love to
\>> > nail us if they can.
\>> >
\>> > ------------------------------------------------------------
\>> >
\>> > Subject: [Fwd: Papa Johns Information]
\>> > Date: Mon, 19 Mar 2001 16:08:04 -0600
\>> > From: Steve Johnson <stephen.c.johnson@oracle.com>
\>> > Organization: Oracle Corporation
\>> > To: Mary.Anne.Gillespie@oracle.com, George.Roberts@oracle.com
\>> > CC: Tim.Fay@oracle.com, "Tate,Craig" <CRAIG.TATE@oracle.com>
\>> >
\>> > On Wednesday, March14 we met with the Papa Johns management team,
\>> > including John Schnatter, Chairman and CEO of Papajohns, Julie
\>> > Larner, CAO, John Black, CIO, and their Chief Counsel.
\>> >
\>> > I will summarize and synthesize John Schnatter's comments...
\>> >
\>> > 1."The lawyers and the press would love to see us butt heads over
\>> > this problem. However, it is not our desire to get to this point.
\>> > We would like to see the system do what we bought it to do. "
\>> >
\>> > 2." From my point of view, I have spent $6m to be able to conduct
\>> > 5% of my business over the web. To date, we are only able to get 1%
\>> > before the system bogs down and I am losing orders."
\>> >
\>> > 3. " I am not a technical person and am somewhat spooked by all of
\>> > this. I have committed to my franchisees that we will get to 5% on
\>> > the web with this system and they believe me and they have paid for
\>> > it. I don't want to have to write this off."
\>> >
\>> > History:
\>> >
\>> > In May of 2000 we sold Papa Johns a number of CRM components (see
\>> > attached). The Call center products were attempted but soon thrown
\>> > out because of difficulty in getting anything to work. The iStore
\>> > product was implemented to address on-line, web based orders for
\>> > pizzas. The customer's business goal in buying this system was to
\>> > be able to take 5% of their orders on the web (90 pizzas per minute
\>> > during peak times). From their financial analysis 4% of orders
\>> > would be break even with their costs. Our software cost for this
\>> > was about $900k for iStore and the estimate for Consulting was $3m.
\>> >
\>> > Current Situation:
\>> >
\>> > 5 months from initiation of the project the customer was taking
\>> > orders on the iStore.
\>> > We have been able to achieve a peak order rate of about 27 pizzas
\>> > per minute vs. the 90 goal. The customer has spent $3.1m in
\>> > consulting fees. They have bought hardware and software. Oracle
\>> > consulting has not charged the customer for $1.1m in time
\>> > associated with analyzing and fixing product problems, though the
\>> > customer somewhat feels as though they have paid for some amount of
\>> > "fixing bad software". The customer is very concerned about

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

>> > incurring the additional costs to get the system from 27 pizzas per
>> > minute to the 90 ppm objective which justifies this system. Papa
>> > John's believes this is Oracle's responsibility primarily, along
>> > with their support. As with most of these situations, a lot of
>> > issues reside with the customer. They have neglected a few of our
>> > recommendations, not implemented everything they needed to do and
>> > are not probably well staffed to manage an endeavor of this scope.
>> > The customer has witheld payment of about $650k in OCS fees which
>> > they agree we have earned. I believe they are simply holding on to
>> > this as leverage.
>> >
>> > Action Plan:
>> >
>> > We (largely Oracle Consulting) has agreed to remain on-site to
>> > install version 11.5.3 and detail all compnents and their
>> > corresponding dependencies by March 30.
>> >
>> > Oracle Consulting has agreed to assist the customer in conducting a
>> > series of 6 benchmark tests designed to identify bottlenecks in the
>> > performance of the system and improve upon same.
>> >
>> > This activity is presumed to be not chargeable to Papa Johns. The
>> > current estimate of OCS time is 8 man weeks for the 11.5.3
>> > installation and approximately 6 man/months for the
>> > benchmarking/performance tuning.
>> >
>> > Last weekend, based upon a subset of 11.5.3 patchset being
>> > installed. Papa Johns was able to run orders during peak without
>> > having to go down. About 1000 additional orders were achieved
>> > during this period as compared to prior weekend nights. OCS is
>> > fairly confident that, with proper benchmarking, test and design
>> > review we will get fairly close to the goal of 90ppm.
>> >
>> > We are proceeding with the assumption that Oracle needs to see this
>> > matter thru to a successful outcome. Not at all costs, perhaps, but
>> > responsibly. I invite Tim Fay to make any comments in addition to
>> > my own, especially since OCS is delivering the talent to help
>> > resolve this customer sat issue.
>> >
>> >
>> > steve
>> > ---------------------------------------------------------------
>> >
>> > Subject: Papa Johns Information
>> > Date: Sun, 18 Mar 2001 14:00:50 -0500
>> > From: Douglas Semple <Doug.Semple@oracle.com>
>> > Organization: Oracle Corporation
>> > To: stephen.c.johnson@oracle.com, Tim Fay <tim.fay@oracle.com>
>> > CC: Craig Tate <craig.tate@oracle.com>,
>> > Shahrad Shaheedian <shahrad.shaheedian@oracle.com>
>> >
>> > Steve/Tim,
>> >
>> > Please review and add your comments. Thanks.



```
>> >
>
>
>
>
>_____
> Steve Cox
> Snr. Director, CRM Products Division
> (Office) +1 650-607-5453
> (Mobile) +44 7785 738704
> (SMS/Pager) +447785738704@mmail.co.uk
>
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                     NDCA-ORCL 618521