# EXHIBIT 77

 **Ingersoll-Rand**

Technology @ IR
9920 Kincey Ave. – Suite 200
Huntersville, NC 28078



**INTERNAL CORRESPONDENCE**

| | |
|---|---|
| To: | Barry Libenson, e-Business Team |
| From: | Michael Macrie |
| Date: | September 27, 2001 |
| Subject: | G2 |

This memo serves as an internal update and understanding of the G2 Project as of the date above. This document is based upon discussions with Tim Heiks, the current Oracle project manager, Paul Paleo, the current project manager, and Ken Melanson, role unknown.

**Goal**

The initial goal of the G2 Project was to be able to provide an end to end solution from order entry, to configuration, to BOM, to financials, and then would hand off to the MFG floor systems. Since then, the configurator, and web portions have been removed from the current project. It is also unknown as to how much of the BOM will really be implemented.

**Issues to Date**

There have been several key issues to date:

- The Oracle Product 11i was not mature when implementation began.
- The IR Processes being implemented in Oracle that are being customized are extremely difficult to implement
- Oracle has oversold its product and its developers

**Current Status**

The current status is that the General Ledger and Accounts Payable modules have been implemented in both ASG and CMG. CMG's goal is to move off of the GBS system immediately. ASG, even though the system is ready, is not moving until 1Q '02.

The project is slated to implement the following modules: General Ledger, Accounts Payable, Accounts Recievable, Order Management, Pricing, Shipping, Inventory, and Purchasing (Direct Materials Only). A very small amount of BOM and WIP will also be implemented, but would not be classified as a full module.

Furthermore, the Service, Field Service, and Contracts module will also be implemented on the CRM side.

G2 Memo 9-27-2001.doc
Page 1 of 2

CONFIDENTIAL

IR 0199

**Timetable**

| Oracle Modules | Business Unit | Timing |
|---|---|---|
| GL / AP | CMG | 3Q '01 |
| GL / AP | ASG | 1Q '02 |
| Service / Contracts | ASG – Nashville | 4Q '01 |
| Service / Contracts | ASG – Air Centers | 1Q '02 |
| Purchasing / Order Mgmt. / AR / Pricing | CMG – 19 Stores | 2Q '02 |
| Interface to MFGPro w/ Crossworlds | CMG | 2Q '02 |
| Purchasing / Order Mgmt. / AR / Pricing | ASG – 39 Air Centers | 2Q '02 |

**CRM Relationships**

ASG is planning a Nov. 14th Pilot for the Service Mgmt, Contracts, Call Center, Knowledge Base, and Field Service Applications. In Feb, they plan to extend this functionality to the Dealers.

**Online Order Management**

Currently, there is no solution selected for Order Management, despite iStore being purchased. Talk about Tavant, iStore, Siebel and others have left the online portion undecided and out of the scope of the current project.

**Customizations and Interfaces**

There are 15 specific customizations that are significant to the system.

- 2 in Accounting
- 4 in Inventory
- 6 in ERP
- 9 in Service & Contracts

One major note is the change in pricing. Currently, oracle only supports two tiered pricing. Buy cost (or retail price) and sell price. One of the requirements is to be able to track retail price, sell price, and end user price throughout the system. This may have been able to be tracked a different way, and I'm unsure as to whether modifying Oracle GL/AP was the best method.

Another note is that they are developing 150-200 different interfaces into different systems. Many of these will be eliminated as the project progresses and are being used as a temporary solution. Another factor is that there was no definition of a "system of record" in many areas. Many of the systems are "peer" in nature where the data has to be stored in both systems simultaneously and the data has to be constantly updated between the systems.

**CDS Replacement Note**

The G2 project serves to replace the CDS system, but will still require EC Central for the foreseeable future.

CONFIDENTIAL

IR 0200

# EXHIBIT 78



LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
      michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

LATHAM & WATKINS LLP
  Patrick E. Gibbs  (SBN 183174)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
| This Document Relates To: | <u>CLASS ACTION</u><br>**DECLARATION OF MARY ANN ANTHONY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| ALL ACTIONS. | Date: N/A<br>Time: N/A<br>Judge: Hon. Martin J. Jenkins |

**FILED UNDER SEAL**

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF MARY ANN ANTHONY IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ




1    I, Mary Ann Anthony, declare as follows:

2        1.    I submit this declaration in support of Defendants' Motion for Summary

3    Judgment, or in the Alternative, Summary Adjudication. I have personal knowledge of the facts

4    set forth below and, if called upon, I could and would competently testify thereto.

5        2.    I was employed by Oracle Corporation ("Oracle") from 1996 to 2002.

6    During the time period I am informed is relevant to this litigation (the June 2000 through June

7    2001 time frame) I served as a director in Oracle's Enterprise Resource Planning ("ERP")

8    development group, and in that capacity as the coordinator of the ERP group's Product Release

9    Process ("PRP") group.

10       3.    During the relevant time period, in my capacity as the coordinator of

11   Oracle's ERP PRP group, I was responsible for, among other things, gathering and recording

12   information on a regular basis regarding customers who were "live" on Oracle's Suite 11i

13   software, as well as regarding customers who had agreed to serve as references for Suite 11i.

14       4.    Throughout my entire employment at Oracle, including that period of my

15   employment that preceded the commercial release of Suite 11i in May of 2000, the term "live"

16   was used at Oracle to refer to a customer that was running some aspect of its business on one or

17   more Oracle application modules. Thus, for instance, if a customer was running its business on

18   any one of the several modules within Oracle's iProcurement 11i application family (*e.g.*,

19   Purchasing, Self-Service, or Supplier Scheduling), that customer would be considered live on

20   Suite 11i. Oracle used this definition in the context of Suite 11i, as well as Oracle's previous

21   applications releases because it reflected the reality of the way customers of business enterprise

22   software purchase and install it. While some customers purchased all of the applications offered

23   by Releases 10.7, 11.0 and 11i and implemented them all at once, others purchased only one of

24   the applications, or purchased only a few of the applications and implemented them over time,

25   across business units or geographic lines.

26       5.    Throughout my employment at Oracle, a customer was considered a

27   reference customer if the customer had agreed to allow Oracle to make public reference to the

28   fact that the customer was a user or purchaser of Oracle products or services. Reference

LATHAM·WATKINS··
ATTORNEYS AT LAW
SAN FRANCISCO

1

DECLARATION OF MARY ANN ANTHONY IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ



1  customers also often agreed to speak with potential Oracle customers or members of the press or

2  analyst community regarding their experience with Oracle's products and services. Typically,

3  customers who agreed to be references were running their businesses on one or more modules of

4  Oracle's software applications. However, it was not uncommon for customers to serve as a

5  reference prior to going live if the customer was familiar with the software from pilot testing or

6  other pre-installation use, and willing to discuss their experience with the software.

7       6.    During 2000 and 2001, it was my regular practice to gather information

8  regarding customers that were live on Suite 11i by speaking with personnel in Oracle's

9  development, support and consulting divisions who, through their ordinary duties, were in

10  contact with these customers and were familiar with their implementations. When I learned that

11  a customer was live on Suite 11i, I would on a regular basis record that information on

12  spreadsheets, along with other information regarding the customer's implementation I was able

13  to gather, including what applications the customer was running, whether the implementation

14  was an upgrade from a prior version of Oracle's enterprise applications, the source from which I

15  derived the information, and any future implementation plans of which I became aware. I also

16  dated the spreadsheets to indicate when I last updated them.

17       7.    Because I was charged with tracking the number of customers live on

18  Suite 11i, I gathered information regarding as many live customers as I could, but it is possible

19  that there were customers that were live on Suite 11i during the time period relevant to this

20  litigation of which I was not aware. In addition, when in the course of gathering information

21  regarding live customers I learned that a customer would soon be going live on Suite 11i, I

22  would make a note of that on my spreadsheet. However, I was not charged with, nor did I

23  endeavor to record every customer that was implementing Suite 11i during the time period

24  relevant to his suit. In fact, the currently-implementing customers listed on my spreadsheets of

25  live Suite 11i customers would only have represented a small percentage of the customers that

26  were implementing Suite 11i at that time.

27       8.    Attached hereto as Exhibits 44 -50 are several of the spreadsheets that I

28  created to track live Suite 11i customers during the time period relevant to this suit.

LATHAM·WATKINS
Attorneys At Law
San Francisco

2

DECLARATION OF MARY ANN ANTHONY IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ



9.      As I said, I was responsible for keeping track of the number of live customers for the company and this information was used for a number of purposes, including for public statements and press releases. For example, attached hereto as Exhibit 51 is a February 20, 2001 press release from Oracle indicating that at that time there were more than 180 customers live on Suite 11i. Though I do not specifically remember when or to whom I would have provided that number. I am confident that the information in this press release regarding the number of live Suite 11i customers was provided by me at some point to someone in Oracle's marketing division, and that it would have been the regular practice of those who created public pronouncements referencing the number of live Suite 11i customers to get that information from me, as the custodian of that information. I maintained the information on the live customer spreadsheets I referenced above.

10.      During the relevant time period, it was also my responsibility to gather information regarding customers who had agreed to act as references for Suite 11i from personnel in Oracle's development and marketing divisions who, through their ordinary duties, were in contact with those customers and familiar with their experience with the product and their willingness to act as references for it. It was my regular practice to summarize the live customer and reference information I had received and send that information via email to members of the Oracle Applications Management Committee ("AMC") for discussion at the Applications Management Committee Meeting ("AMCM"), which was a periodic meeting of Oracle Vice Presidents in the development organization who reported to Senior Vice President Ron Wohl.

11.      Attached hereto as group Exhibit 52 are several examples of the emails that I sent to the AMC summarizing (among other things) live customer and reference information for discussion at the AMCM.

12.      In addition, my contacts in the development organization would, as part of their ordinary duties, draft short summaries regarding customer experiences with Suite 11i, including the products those customers were using and other relevant information about those

LATHAM•WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

3

DECLARATION OF MARY ANN ANTHONY IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ




07/20/2007 16:41 FAX 6506911ᵗ      ANTHONY FOWKES      ☑001/001

1    customers.  As part of my regular duties, I would periodically synthesize that information into a

2    report regarding Suite 11i references.

3             13.    Attached hereto as Exhibit 53 is a report that I put together regarding

4    customers that had agreed to serve as references for Oracle's Suite 11i.

5        I declare under penalty of perjury under the laws of the State of California that the

6    foregoing is true and correct.  Executed this 20th day of July, 2007, at Mountain View

7    California.

8

9                                                      Mary Ann Anthony

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MARY ANN ANTHONY IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

# EXHIBIT 79

Return-Path: <gary.roberts@oracle.com>
Received: from oracle.com (dhcp-4op5-4op6-west-144-25-174-137.us.oracle.com
  [144.25.174.137])by grngw02.oraclecorp.com (8.8.8□.8.8) with ESMTP id
  OAA27825;Wed, 31 Jan 2001 14:32:27 -0800 (PST)
Message-ID: <3A789280.42AB11EA@oracle.com>
Date: Wed, 31 Jan 2001 14:32:32 -0800
From: Gary Roberts <gary.roberts@oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.76 [en] (Win95; U)
X-Accept-Language: en
MIME-Version: 1.0
To: "Wohl,Ronald" <RON.WOHL@oracle.com>,
  "ROCHA,MICHAEL" <MICHAEL.ROCHA@oracle.com>
CC: "Warren,Leigh" <LEIGH.WARREN@oracle.com>
Subject: 11i Implementation at New Zealand Dairy Group
X-Priority: 1 (Highest)
Content-Type: multipart/mixed;boundary="-----------1992CC69533852161C0CB7F2"
X-Mozilla-Status: c005
X-Mozilla-Status2: 00000000

Ron & Mike,
I was in NZ last week and had occasion to meet Wayne O'Halloran of the
NZ Dairy Group (about a $6.5B USD business).  He voice loud concern over
the poor quality of his 11i implementation and the poor support he was
receiving from OSS.  He in fact brought this up in the middle of a
presentation I was doing for about 30 NZ customers.

To complicate matters, NZ Dairy Group is about to merge with another
large dairy concern in APAC.  Together they will form a $14B USD
business.  Wayne would like his implementation to get moving again so
his solution (process manufacturing) will be in place before the merger
(expected within the next 4-6 months).  Although he is an Oracle fan,
he's discouraged with the ability to move forward, particularly since it
seems to hinge on getting the "1 right guy" that will resolve their
issues.  I promised Wayne to drop a note to both of you in the hope
you'd investigate and assist if possible.  Thanks,
Gary

--------------------------------------------------

Gary Roberts <gary.roberts@oracle.com>
Sr. Vice President
Global Information Technologies

**ORACLE
CONFIDENTIAL**

1

NDCA-ORCL 063961

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 80

**Subject: RE: [Fwd: McDonald's/Chipotle 11i issues]**
  **Date:** Wed, 28 Mar 2001 14:28:57 -0500
  **From:** "Karl-Heinz Daday" <Karl.Daday@Oracle.Com>
    **To:** "Larry Klein" <larry.klein@Oracle.Com>, "JB Deerin" <james.deerin@Oracle.Com>
    **CC:** "William WItnik" <william.witnik@Oracle.Com>, <jhubbard@us.oracle.com>,
        <jhinch@us.oracle.com>, <mludkte@us.oracle.com>, <anthony.cioletti@Oracle.Com>,
        <ted.brady@Oracle.Com>, <george.roberts@Oracle.Com>, <willis.ranney@Oracle.Com>,
        "Rao Mohan" <mohan.rao@Oracle.Com>, "Thakur Anil" <Anil.Thakur@Oracle.Com>,
        "Schott,Peter" <PETER.SCHOTT@Oracle.Com>, "Dick Sellers" <dsellers@us.oracle.com>,
        "Ron Wohl" <ron.wohl@Oracle.Com>, <timothy.chou@Oracle.Com>

All,

I'd like to share the current issue's, plan and actions.

Our plan is to simultaneously capture stats on the o/s, db, and network
while tracing the specific apps transactions that are of concern to
Chipotle.  Yesterday we loaded STATSPACK and began monitoring the database
yesterday evening.

We have captured data on the 'bad' sql and are verifying whether the latest
patchsets have performance patches that address these issues.   They are
not on the latest FND, AP,GL or FA patchset's...

| ap | 11i.AP.C | 1476751 | 01/01/05 | 16:30:56 | Patchset Current |
| ap | 11i.AP.D | 1571201 | 01/03/27 | 17:17:13 | Patchset Released |
| gl | 11i.GL.A | 1339658 | 00/09/05 | 14:53:10 | Patchset Current |
| gl | 11i.GL.C | 1561690 | 01/02/01 | 14:43:46 | Patchset Released |
| fa | 11i.FA.B | 1405177 | 00/10/15 | 19:20:02 | Patchset Current |
| fa | 11i.FA.E | 1584277 | 01/02/02 | 15:59:08 | Patchset Released |
| per | 11i.PER.C | 1566759 | 01/02/05 | 14:41:59 | Patchset Current |
| per | 11i.PER.C | 1566759 | 01/02/05 | 14:41:59 | Patchset Released |

fnd does not report but the latest is C.  We also have found that form
server patchset 1 has not been applied and is a critical stability patch.
We are studying this further.  BOL uses other tools for patching and this
data may not be accurate.

We have:

1.   captured all the init.ora parameters and have discovered several are
not set per Oracle recommendations and are evaluating the implication's.

2.   asked the customer to identify all the transactions that are 'running
slow'.  Our plan is to trace these while capturing all stack related
statistic's.  This test is scheduled for Thursday during the 'worst time'
for performance.

3.   noted several instances running on this machine and will expand the
study to see if they are 'stealing' resources from production.

We expect to have a snapshot of all pertinent data by COB Friday and have
committed to Chipotle a report of our initial findings and corrections by
Tuesday next week.

On another thread - Chipotle also has a problem with session crashing and
identified that as of equal importance.  They have noted that this occurs
during navigation to a LOV.  Our study of other customer's have discovered

ORACLE
CONFIDENTIAL

4/26/2002 5:25 PM

NDCA-ORCL 054231

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

RE: [Fwd: McDonald's/Chipotle 11i issues]

that this may be a common failure for many customers.   We have reproduced
the error internally but not consistently.   This work continues.

Larry's suggestion of reviewing how they use the application may be
appropriate and a needed action for next week.


Karl


-----Original Message-----
From: Larry Klein [mailto:larry.klein@oracle.com]
Sent: Wednesday, March 28, 2001 11:10 AM
To: JB Deerin
Cc: William WItnik; jhubbard@us.oracle.com; jhinch@us.oracle.com;
iklein@us.oracle.com; mludkte@us.oracle.com; anthony.cio.etti@oracle.com;
ted.brady@oracle.com; george.roberts@oracle.com; willis.ranney@oracle.com;
karl.daday@oracle.com
Subject: Re: [Fwd: McDonald's/Chipotle 11i issues]


Hi JB, again no one has asked me to participate, and I don't have funding
for this.  How do you want me to proceed?  Also, it would actually be
advantageous to have some of the tuning work done at the client site.  That
way somebody (C38 or other) could be dialed into the BOL server (as I was
during the A/P situation) to help BOL with the backend issues, yet at the
same time

. have visibility to the client's interactions with the Apps

. help isolate and diagnose performance issues especially tied to forms

. help determine if the performance issues are true technical issues or
"human factors" issues which could be fixed with a little custom menu,
responsibility, and navigation work (this actually turned out to be huge
oppty to "fix" many online issues with the original Imation go-live in UK)

. help construct the best "end to end" picture of the problems help be the
onsite eyes and hands qualified to quickly help Karl and the BOL team,
capturing whatever followup info those guys might request help manage thru
daily problem status, focus, and prioritize

What do  you think?

Thanks,
Larry

JB Deerin wrote:

Larry,
I agree with your comments. However, the fact that the apps are hosted at
BOL means the performance tuning would be done at BOL not at the client's
site. I have had Anil Thakur (Director, Premium Support) engaged. They now
have Karl Daday from Oracle Support Performance tuning group engaged. Can
you contact Anil and Karl and see how we can be more proactive? Thanks.


Larry Klein wrote:
Hi JB, I'm concerned that I'm only finding out about this stuff way after
the fact of the escalation.  What can we do now about Chipotle?  It sounds
as if it would be warranted to have a fulltime C38 apps performance tuner
person out there for awhile...

After we helped to stabilize the A/P situation for Chipotle about two months
ago, nobody told me that these other phases were soon to follow on the

ORACLE
CONFIDENTIAL

4/26/2002 5:25 PM


NDCA-ORCL 054232

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

heels...  There's a lot my group can bring to the table to help, but it
would be great to do so proactively as these rollouts evolve, rather than
reactively.  In the meantime how can we help with this immediate situation?
Then what can we do to anticipate and preplan at least some, rather than no,
C38 involvement during the lifecycle of these projects?

Thoughts?

Thanks,
Larry
William Witnik wrote:
What ever happened ot the CHIP project
Chipolte infr improvement project


Subject: McDonald's/Chipotle 11i issues
Date: Mon, 26 Mar 2001 17:56:42 -0600
From: JB Deerin <james.deerin@oracle.com>
Organization: Oracle Corporation
To: "Roberts,George" <GEORGE.ROBERTS@oracle.com>
CC: "Hornberger,Elizabeth" <ELIZABETH.HORNBERGER@oracle.com>,
    "Brady,Ted" <TED.BRADY@oracle.com>,
    "Gillespie,Mary Anne" <MARY.ANNE.GILLESPIE@oracle.com>,
    "Sink,Todd" <TODD.SINK@oracle.com>,
    "Cioletti,Anthony" <ANTHONY.CIOLETTI@oracle.com>,
    "Moynihan,Kala" <KALA.MOYNIHAN@oracle.com>,
    "Fitzpatrick,Gayle" <GAYLE.FITZPATRICK@oracle.com>,
    Joseph Morrissey <joseph.morrissey@oracle.com>,
    "Hart,Angela" <ANGELA.HART@oracle.com>,
    "Kender,Anthony" <TONY.KENDER@oracle.com>, patricia.hammer@oracle.com,
    "Witnik,William" <WILLIAM.WITNIK@oracle.com>,
    Jeff Hinch <jhinch@us.oracle.com>
George,
As you requested, I am making you aware of a major "opportunity" at an
account where you are the executive sponsor.

Background:
In January Chipotle was having major 11i A/P performance issues. Based on
your involvement Oracle Support, Development and OCS worked together to
resolve the performance issues. Now G/L, F/A and HR are all suffering from
poor performance (when compared to 11.03). Support has engaged a full time
escalation manager and Support has also engaged their performance tuning
group.

Tactical Problem:
Although the 11i performance does not stop them from conducting business it
is serious enough that Chipotle has removed themselves from the reference
program until the "reality meets the hype" (Chipotle PR director quote). I
have a meeting this Friday with Chipotle's CFO, Jerry Schaeffer, to explain
how we plan to address the performance issues. I think we will have a solid
plan to present to him. The accountants who use the Chipotle 11i system are
McDonald's employees who operate out of the McDs accounting shared service
center in Columbus, OH.

Strategic Problem:
The more grave news (and what I have been trying to prevent) is that the
continual poor performance of 11i at Chipotle has caught the attention of
the McDonald's global ERP evaluation team. Oracle is leading the evaluation
but the 11i issues have put PeopleSoft back in the running.

Action Plan:
The senior managers of the global ERP evaluation team would like to meet to
allow Oracle to explain how we plan to insure that McDs does not go through
the same pain that their subsidiary has experienced with 11i. They would

ORACLE
                                     CONFIDENTIAL                    4/26/2002 5:25 PM

NDCA-ORCL 054233

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

RE. [Fwd: McDonald's/Chipotle UI issues]

like this meeting to take place in early April because they are trying to choose a global ERP vendor by the end of April. The tentative meeting attendees would be Jerry Calabrese-VP Corporate Accounting, Jerry Schaeffer-CFO of Chipotle, Rick Rieger-VP and Project Innovate lead, Paul Nicolaisen-VP and Project Innovate Lead and Dave Weick-CIO. I think this meeting will require Oracle senior management representation from Sales, Development and BOL.
I will work with Liz to try and schedule this critical meeting. Thank you.

ORACLE
CONFIDENTIAL

4/26/2002 5:25 PM

NDCA-ORCL 054234

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 81

Re: [Fwd: ORCL: How Suite It Is]]]

Return-Path: <Safra.Catz@oracle.com>
Received: from mailsun2.us.oracle.com (mailsun2.us.oracle.com {130.35.61.114]) by
         gmgw01.oraclecorp.com (8.8.8+Sun/8.8.8) with ESMTP id NAA06908; Fri, 15
         Dec 2000 13:01:41 -0800 (PST)
Received: from gmgw01.oraclecorp.com (gmgw01.us.oracle.com {130.35.61.190]) by
         mailsun2.us.oracle.com (8.9.3/8.9.3) with ESMTP id NAA16628; Fri, 15 Dec
         2000 13:01:41 -0800 (PST)
Received: from oracle.com (dhcp-5op11-exec-ste-east-114-130.us.oracle.com
         {139.185.114.130]) by gmgw01.oraclecorp.com (8.8.8+Sun/8.8.8) with ESMTP id
         NAA06868; Fri, 15 Dec 2000 13:01:40 -0800 (PST)
Message-ID: <3A3A86BA.B7BBDD52@oracle.com>
      Date: Fri, 15 Dec 2000 13:01:46 -0800
      From: "Safra A. Catz" <Safra.Catz@oracle.com>
   X-Mailer: Mozilla 4.73 [en] (Win95; U)
X-Accept-Language: en
MIME-Version: 1.0
        To: Charles Phillips <charles.phillips@msdw.com>
   Subject: Re: [Fwd: ORCL: How Suite It Is]]]
References: <3A3A69A7.88B30E61@oracle.com>
         <016d01c066d7$84cc09a0$95b630e90@ms.com>
Content-Type: multipart/alternative; boundary="------------DE6812E5D6762F6D35F063F8"
X-Mozilla-Status: 8013
X-Mozilla-Status2: 00000000

We're pretty excited.
I would say they handed us the baton last night.  We're not planning on dropping it ...-Safra

Charles Phillips wrote:

Why thanx and congratulations to you and the rest of the team for delivering an early chirstmas present for me.
You don't know how many years I've waited to write a note about Oracle beating nums on the same day Microsoft
is going in the opposite direction.  I'm still pinching myself.  cp

       ----- Original Message -----
       From: Safra A. Catz
       To: charles.phillips@msdw.com
       Sent: Friday, December 15, 2000 1:57 PM
       Subject: [Fwd: [Fwd: ORCL: How Suite It Is]]]
       Excellent note. Really great. Thanks. -Safra


# Oracle: How Suite It Is

                                                            ORACLE
Summary and Investment Conclusion                        CONFIDENTIAL

After an incredibly rumor filled and media intense 90 days, it turns
out Jeff Henley is still there, Larry Ellison is still breathing, and
the quarter was just fine.  All that will be forgotten.

                                            CA-ORCL 010538

NDCA-ORCL 014100



Re: |Fwd: ORCL: How Suite It Is|||

With 73% growth in application license revenue and 26% database license
growth (both constant currency), Oracle is delivering on its promises
in its own unconventional way. The quarter was clean - no hanging chads
or pregnant dimples.  All major product lines and geographies posted
solid results.

Given the Microsoft pre-announcement and generally bad news in the PC
sector, the market may have trouble assessing whether Oracle's results
are an aberration or a changing of the guard.  At this point, Oracle
has to feel a bit like Kip Keino did in the 1968 Olympics.  The famous
Olympic runner was so far ahead of heavily favored Jim Ryun in the
final leg, he thought he had taken a wrong turn.  Well it turns out Mr.
Keino was just that good and was well on his way to making history.

Financial Results
EPS - Oracle reported fiscal year Q2 2001 earnings per share of $0.11
vs. $0.06 last year and $0.10 consensus number.  The above consensus
earnings result was driven by higher operating margins as total revenue
was in line.   Oracle produced the upside with a whopping 5.9 billion
shares outstanding post the stock split - its hard to move such a big
needle.

License Revenue - License revenue beat our estimate of $1,075 million
by $43 million and increased 25% year over year versus our 19% growth
estimate.  On a constant currency basis, license revenue grew 32%.
This was the first time in 3 1/2 years that Oracle was able to produce
back-to-back 30% plus license revenue growth

Margins - Operating margins were 36% this quarter, 5 percentage points
better than our estimate.  In each of the last four quarters, Oracle
has managed to improve year over year operating margins by more than 10
percentage points.  Few multibillion dollar companies in the world have
ever expanded margins so rapidly which is why CEOs are interested in
meeting with Oracle.

Total Revenue - Total revenue in the quarter was $2.7 billion and grew
15% year over year which was inline with our estimate.  Services
continues to lag, but license revenue made up the difference this
quarter.

Product Line Revenues - Applications growth beat our estimate of $252
million (50% year over year growth).  Oracle produced nice upside at
$279 million in applications license revenue or 66% year over year

ORACLE
CONFIDENTIAL

2

CA-ORCL 010539



growth. The number was actually stronger given the 7% currency hit.
Since currency helps SAP, the company's largest applications
competitor, we should adjust Oracle's applications growth number to 73%

to at least neutralize the negative currency hit.

Live customers reference sites for 11i climbed up to 83 which compares
to our estimate of 50 for the quarter. The company expects 100
implementations to go live by January and over 1,000 implementations
are now underway. The first version of 11i had the bugs that all new
releases of this size usually have, but 11.03 was released in November
to resolve those issues.

Database license revenue came in at $775 million, compared to our
estimate of $767 million. While the reported growth rate of database
was 19%, after adjusting for currency, database growth was 26%.
Application server revenues were reclassified into database sales from
tools sales in Q1 since Oracle has positioned the product as a
performance-enhancing cache around the database. The reclassification
contributed two percentage points of growth to the 1H01 database growth

of 24%.

Service Revenue - Services revenue grew 9% year over year this quarter,

which compares to 10% in the same quarter last year. Sequentially,
services increased 6%. Support revenue grew 21% year over year and
consulting and training was down 4% year over year, but still much
better than last quarter which was down 10% year over year. The
company is starting to make the turn in the consulting line and the
book to bill is positive. By design, consulting revenues won't return
to the glory days since the new Oracle applications need less
consulting and implementation resources. Additionally, third party
integrators are taking on more of the implementation projects as Oracle

continues to build its ecosystem.

Geographic Segments - The US contributed 57% to total revenue in the
quarter, while EMEA and Asia Pacific added 29% and 15% respectively.
Europe was only up 1% in the quarter but adjusted for currency, would
have increased 11% while the US and Asia Pacific grew 20% and 28%
respectively. Database servers in Europe were down 3% in dollars but
up 13% in local currency versus a tough compare. Local currency growth

for applications in Europe was an impressive 92% (66% in dollars).
Database and applications comparisons get easier in Europe in Q3.

Management highlight normalized growth this quarter given the effect a
strong dollar impact to each of the product lines. Although divots and
wind are all part of the playing field, if the game was played in a
dome on astro turf, Oracle would have been sporting touchdown dances



Re: [Fwd: ORCL: How Suite It Is]]]

all over the conference call last night.

Balance Sheet - Total cash at the end of the period was $4.4 billion,
which compares to $5.1 billion at the end of last quarter. Oracle was
able to purchase shares at an attractive level during the quarter as
the NASDAQ took its down turn and rumors beat the stock down.  The
company executed on its share buy-back program and saw a decrease in
other income as a result.  DSOs were 66 days, in-line with previous
quarters.  Deferred revenue was down sequentially from $1.2 billion to
$1.1 billion which is in line with the seasonal trend.

Exhibit 1
See pdf below

Headcount - Total headcount grew 2% sequentially to 42 million
employees with close to a 50/50 split between international and
domestic employees.  The company plans to modestly hire new employees
over the course of the year, but will focus its attention on
productivity gains from existing employees.  On 11i, the company is
armed and ready with 3,000 hungry quota-carrying reps and a swat team
of more than 400 specialists.

Exhibit 3
Oracle's $2 Billion Savings Target

| ($mm) | Previous Goal | New Goal |
|---|---|---|
| Consolidated IT | $200 | $250 |
| Sell Side | $550 | $1,450 |
| Buy Side | $150 | $200 |
| Inside | $100 | $100 |
| Total | $1,000 | $2,000 |

Source: Company Data.

Covisint Selects the eBusiness Suite
Oracle will support and manage Covisint's infrastructure.  Oracle will
also receive an equity position in Covisint for which the details are
not being disclosed, but it is expected to be similar to the 2% stake
that Commerce One received for its software and services.  The revenue
from this agreement will be recognized in the third quarter of Oracle's

fiscal year which gives management some visibility going into the
quarter.  Covisint licensed more than 50 applications from Oracle.
Some of the products included are server warehousing, data mining, and
other infrastructure services. They will implement the Oracle E-
Business Suite (HR, marketing, sales, and service functionality);
Oracle Exchange Marketplace (to provide security, registration, single
sign-on capabilities, and pricing), Oracle technology platform
(database and application server) and the Oracle Internet Developer
Suite.

**ORACLE
CONFIDENTIAL**          **CA-ORCL 010541**

4

Re: [Fwd: ORCL: How Sure It Is]]

**Large Deals Stemming from the Application Business**
Deal sizes in the applications business have been increasing.  For
deals that were larger than $1.5 million. the company reported a 45%
increase year over year which compares to 36% growth during the same
period last year.  The company points out that there are always 1 or 2
large deals in the $10 -$30 million range. As Oracle reports more
success in the applications business we expect deal sizes will continue
to grow and there may be an opportunity to reel in more mega deals.

**Customer Wins**
Major customers wins in the quarter with customers who purchased the
majority of the 11i eBusiness Suite included JDS Uniphase who is
rapidly undergoing acquisitions and implemented ERP, supply chain and
CRM; a global implementation across 14 countries which should be
completed in 11 months.  American General is an insurance company that
had purchased a set of point solutions, but has replaced much of their
architecture with 11i and is now discussing estimate improvements with
Wall Street.  Compaq and Hewlett Packard (adopted CRM using the
sales online module) were also significant wins in the quarter for 11i.

Management pointed out three competitive customer wins in supply chain
against i2: Qualcomm. Hayward and Terradine.  In CRM, Oracle management
stated that several Siebel replacements have been completed, but did
not state the names of these customers.

Oracle announced several live customers and gave indication of a robust
pipeline dominated by Fortune 500 clients.  The company can now share a
laundry list of customers that are live on 11i.  Some of the live 11i
customers are Barclays UK, Hallmark Cards, Hutchinson Telecom (UK),
Doral Financial Corp (LAD), American Trans Air, Pac-West Telecomm.
Royal Air Force, Silterra (APAC), TeliaNet (EMEA), American Linen,
Inventec (APAC), Net pliance, Odwalla, Retek, Vingage, Chipotle.
Agilera, Chevron/Retailers MarketExchange, MetalMaker, Red Herring,
Papa Johns, CyberSource, ZapMedia, and Hostcentric Management Company.
A sample set of the customers which are currently in the pipeline
includes BellSouth. Citigroup, MBNA, Bank of Montreal, Xerox, JDS
Uniphase. GE Medical. GE Capital. GE Industrial. Ingersoll-Rand, HP,
and Ralston Purina.  GE was expected to be up and running in 18 months
and they are on target.

**ORACLE
CONFIDENTIAL**

**Pricing Doesn't Hold Them Back**
The company reported 25% license revenue growth on a more conservative
licensing policy.  As we pointed out last quarter, Oracle's pricing has

CA-ORCL 010542

NDCA-ORCL 014104

Re: [Fwd: ORCL: How Suite It Is]]]

shifted toward more conservative deals that generate revenue over time from a customer instead of maximizing up front revenue. Three quarters of the database deals completed in the quarter were on a power unit basis, which is a significant shift from last quarter where half of the deals were complete on the new pricing methodology.

Exhibit 4
Oracle 11i eBusiness Suite Products
See pdf below

Source: Company data
Exhibit 5
Oracle 11i eBusiness Suite Products
See pdf below

Technology Migration
Oracle continues to gain mindshare against Microsoft with its developers network - OTN. Over 1 million developers have subscribed total the network. On the database side, customers feedback suggests a

generational shift is taking hold and sending traditional IBM customers over to Oracle. Many of the prior generation CIOs were IBM loyalists, however, more recent evaluations reveal the functionality advantage of Oracle's technology which only gets better with the release of 9i in March 2001. In terms of customer retention in the database business, Oracle ranks significantly higher than each of its key competitors according to AMR's recent survey.

Exhibit 6
Oracle Technology Customer Satisfaction
        Customer RetentionCustomer Attrition

| | | |
|---|---|---|
| Oracle | 85% | 5% |
| IBM DB2 | 66% | 11% |
| SQL Server | 66% | 14% |
| DB2 AS/400 | 68% | 27% |

Source: AMR, October 2000.

**ORACLE
CONFIDENTIAL**

Outlook
Oracle has always said the PC wasn't that relevant to their business and they'll be especially adamant given the slowdown in that sector. Given a soft landing in the economy, Oracle management feels that the demand environment for enterprise software will remain in tact. In a tough market environment, both customers and investors might gravitate toward stable companies with less risk. A suite implies less implementation risk which might be the right message in the current environment.

6

CA-ORCL 010543



Re: [Fwd: ORCL. How Suite It IS]!]

Management refined its product line guidance on the call.  Including
the effect of foreign exchange, management expects database growth for
next quarter to fall in the range of 15% - 20% and applications are
expected to grow at 75% or better.  Total license revenue growth,
including currency effects is expect to return 24% year over year
growth, while consulting and support grow at 5% and 23% respectively.
Overall the company is forecasting a 5% and 3% hit across all segments
of the business for Q3 and Q4 of 2001, respectively.  In Q3 2001, we
have modeled other income at $45 million and EPS remains at 12 cents
which is in line with company guidance.  In 2002, we EPS for the full
year went up 1 cent on a slight increase to total revenue in the second

quarter.

Whether Oracle can stay unscathed in slowing macro environment is the
open question and we suspect most investors will need to see another
quarter of performance to be convinced.  The only recent example is the

slowing spending environment around Y2K - a period in which Oracle
gained market share and expanded margins.


-----------------------------------------------------------------------

The information and opinions in this report were prepared by Morgan
Stanley & Co. Incorporated ("Morgan Stanley Dean Witter").  Morgan
Stanley Dean Witter does not undertake to advise you of changes in its
opinion or information.  Morgan Stanley Dean Witter and others
associated with it may make markets or specialize in, have positions in

and effect transactions in securities of companies mentioned and may
also perform or seek to perform investment banking services for those
companies.  This memorandum is based on information available to the
public.  No representation is made that it is accurate or complete.
This memorandum is not an offer to buy or sell or a solicitation of an
offer to buy or sell the securities mentioned.
Within the last three years, Morgan Stanley & Co. Incorporated, Dean
Witter Reynolds Inc. and/or their affiliates managed or co-managed a
public offering of the securities of i2 Technologies.
Morgan Stanley & Co. Incorporated, Dean Witter Reynolds Inc. and/or
their affiliates make a market in the securities of Oracle.
Morgan Stanley & Co. Incorporated, Dean Witter Reynolds Inc. and/or
their affiliates or their employees have or may have a long or short
position or holding in the securities, options on securities, or other
related investments of issuers mentioned herein.
The investments discussed or recommended in this report may not be
suitable for all investors.  Investors must make their own investment
decisions based on their specific investment objectives and financial
position and using such independent advisors as they believe necessary.

**ORACLE
CONFIDENTIAL**    CA-ORCL 010544

7

NDCA-ORCL 014106



Re: [Fwd: ORCL, How Suite It Is]]j

Where an investment is denominated in a currency other than the
investor's currency, changes in rates of exchange may have an adverse
effect on the value, price of, or income derived from the investment.
Past performance is not necessarily a guide to future performance.
Income from investments may fluctuate. The price or value of the
investments to which this report relates, either directly or
indirectly, may fall or rise against the interest of investors.
To our readers in the United Kingdom: This publication has been issued
by Morgan Stanley Dean Witter and approved by Morgan Stanley & Co.
International Limited, regulated by the Securities and Futures
Authority Limited.  Morgan Stanley & Co. International Limited and/or
its affiliates may be providing or may have provided significant advice

or investment services, including investment banking services, for any
company mentioned in this report.  Private investors should obtain the
advice of their Morgan Stanley & Co. International Limited
representative about the investments concerned.
This publication is disseminated in Japan by Morgan Stanley Dean Witter

Japan Limited and in Singapore by Morgan Stanley Dean Witter Asia
(Singapore) Pte.
To our readers in the United States:  While Morgan Stanley Dean Witter
has prepared this report, Morgan Stanley & Co. Incorporated and Dean
Witter Reynolds Inc. are distributing the report in the US and accept
responsibility for it contents.  Any person receiving this report and
wishing to effect transactions in any security discussed herein should
do so only with a representative of Morgan Stanley & Co. Incorporated
or Dean Witter Reynolds Inc.
To our readers in Spain: AB Asesores Morgan Stanley Dean Witter, SV,
SA, a Morgan Stanley Dean Witter group company, supervised by the
Spanish Securities Markets Commission (CNMV), hereby states that this
document has been written and distributed in accordance with the rules
of conduct applicable to financial research as established under
Spanish regulations.
To our readers in Australia: This publication has been issued by Morgan

Stanley Dean Witter but is being distributed in Australia by Morgan
Stanley Dean Witter Australia Limited A.C.N. 003 734 576, a licensed
dealer, which accepts responsibility for its contents.  Any person
receiving this report and wishing to effect transactions in any
security discussed in it may wish to do so with an authorized
representative of Morgan Stanley Dean Witter Australia Limited.
To our readers in Canada:  This publication has been prepared by Morgan

Stanley Dean Witter and is being made available in certain provinces of

Canada by Morgan Stanley Canada Limited.  Morgan Stanley Canada Limited

has approved of, and has agreed to take responsibility for, the
contents of this information in Canada.
Additional information on recommended securities is available on

**ORACLE**
8   **CONFIDENTIAL**      CA-ORCL 010545

NDCA-ORCL 014107

Re: [Fwd: ORCL. How Suite It Is]]]

> request.
>
> c Copyright 2000 Morgan Stanley Dean Witter & Co.

ORACLE
CONFIDENTIAL

CA-ORCL 010546

NDCA-ORCL 014108

# EXHIBIT 82

**From:** lee.paulino@oracle.com
**Sent:** Mon, 07 May 2001 15:59:17 GMT
**To:** Gayle Fitzpatrick
**CC:**
**BCC:**
**Subject:** Re: [Fwd: [Fwd: [Fwd: UPS Con call 5/4/01 update]]URGENT]

Gayle,

Yes, I was on the calls, along with George Casas, Valerie Milligan and
her escalation team along with many people from Development and UPS were
also on the calls. Here is the latest update from this weekend. On
Friday 5/4/01 Development created the data fix script on the UPS
machine. Development requested the customer run the script first then
apply the following patches in the following order - 1728791, 1649595 &
1695463. The customer would test after putting on the suggested
patches.

Development warned the customer to carefully review the readme for patch
1728791, since this patch could break their
custom code, which is around Shipping Interface process. This patch
produces concurrent processes to Interface
Shipping records to Inventory and OM in deferred mode.

At first review it appears the data script did fix the closed orders at
UPS, but after installing the patches it was discovered
that several invalid objects existed. Development requested the invalid
object files from the customer for review. Once
reviewed, UPS was asked to reinstall the patches, test and update
Support & Development with results. Oracle is waiting on the test
results from UPS and they have request a follow-up con call on Monday
afternoon, 5/7/01.

I will let you know the status after that call this afternoon.


Gayle Fitzpatrick wrote:

> Lee,
>
> I know that you were involved in the UPS conference call on Friday
> night, and over the weekend. Can you give us a current status of the
> progress, and the next steps? If we need to further escalate this
> today, please let me know.
>
> Let's make sure that we are in sync with who we are communicating with
> at UPS. Are all parties (Oracle - sales, support, development and
> consulting, and UPS) on the call each day?
>
> Thanks,
>
> /Gayle
>
> -----------------------------------------------------------------



CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 619380

>
> Subject: [Fwd: [Fwd: UPS Con call 5/4/01 update]]URGENT
> Date: Mon, 07 May 2001 11:26:34 -0400
> From: Anthony Perrigan <Tony.Perrigan@oracle.com>
> Organization: Oracle Corporation
> To: "Stephen,Johnson" <STEPHEN.C.JOHNSON@oracle.com>,
> "Fitzpatrick, Gayle" <GAYLE.FITZPATRICK@oracle.com>,
> "Gillespie, Mary Anne" <MARY.ANNE.GILLESPIE@oracle.com>
>
> This customer is continuing to have major problems with Oracle Order
> Management release 11i. The customer is considering shutting the
> project down. Support has been escalated for 6 months. Customer is in
> customer care program with weekly calls with development.
>
> Anything you would suggest to help this situation will be appreciated.
> If the project gets shut down due to reliablity/stability/bugs we
> should expect very negative press. Which we do not need right now.
>
> Please advise of your thoughts and advice.
> ----------------------------------------------------------------
>
> Subject: [Fwd: UPS Con call 5/4/01 update]
> Date: Mon, 07 May 2001 08:07:17 -0400
> From: Mike Peterson <Mike.Peterson@oracle.com>
> Organization: Oracle Corporation
> To: "Perrigan, Tony" <Tony.Perrigan@oracle.com>
>
> FYI.
>
> Mike
> ----------------------------------------------------------------
>
> Subject: UPS Con call 5/4/01 update
> Date: Fri, 04 May 2001 18:58:49 -0400
> From: Valerie Milligan <valerie.milligan@oracle.com>
> Organization: Oracle Corporation
> To: "Klaiss,Donald" <DKLAISS@US.ORACLE.COM>, kshaw@oracle.com,
> "Gould,Joshua" <JGOULD@US.ORACLE.COM>,
>
> "Rijhsinghani.Sumeet" <SRIJHSIN@US.ORACLE.COM>, harold.campbell@oracle.com,
>
> Saverio.Ferme@oracle.com, Jon.Chorley@oracle.com, jeff.harvey@oracle.com,
>
> nadeem.syed@oracle.com, George.Casas@oracle.com
> CC: Lee.Paulino@oracle.com, mike.peterson@oracle.com,
> Mary.Williamson@oracle.com, mike.carter@oracle.com,
>
> "McCall,Timothy" <TMCCALL@US.ORACLE.COM>, RIJAMES <RIJAMES@US.ORACLE.COM>,
>
> ARANGASW <ARANGASW@US.ORACLE.COM>, aromanil@oracle.com, psctate@oracle.com,
>
> Lauri Williams <Lauri.Williams@oracle.com>
>
> All,

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL 619381

>
> Our next con call is Friday, at 9:00 ET. Dial in
> information is as follow.
>
> When: May 04, 2001, 02:00 PM America/New_York
>
> HQ, Rocklin, SF Dial-In: x72257
> Toll Free Dial-In: 888-767-225
> International Dial-In: 650-607-2257
>
> Meeting ID: 7123456
>
> Thanks.
>
> Valerie
>
>
> --------------------------------------------------------------
> UPS e-logisitcs
> Escalation Status Report for: 5/04/01
> Prepared By: Valerie Milligan
> --------------------------------------------------------------------
>
> Distribution List: dklaiss, kshaw, jgould, srijhsin, mike.peterson,
> Mary.Williamson, mike.carter, tmccall, rijames, arangasw, aromanil,
> psctate, Lauri.Williams, harold.campbell, Saverio.Ferme, Jon.Chorley,
> jeff.harvey, nadeem.syed, George.Casas, Lee.Paulino
> --------------------------------------------------------------------
>
>
>
> System
Customer Contact: Information:
Platform and O/S
Clay Early Version:
Applications HP 9000 Series Critical Dates:
Service Mgr. HP-UX Post go live
678-358-1255 Oracle Product(s) Tempterature: Hot
Jay Ross and Version: Go Live 4/9/01
IS Manager Oracle Order
Management
Dan Hartman RDBMS:
8.1.6.3
>
> Business Problem:
> UPS is in a post go live status seeking the help of Oracle to get
> their OM system up and running. Currently, the customer is placing
> orders to their external customers and these orders are not being
> shipped or prices correctly. On 4/26/01 Clay Early, UPS Applications
> Services Manager informed that one of their customer's (Colorjet)
> generally gets 200 services call a day. Due to the large number of
> mistakes with their orders, they received 1,700 service calls. UPS
> e-logistics is an up-start and they are trying to build their
> business, however, the customer feels that if these types of problems

                        NDCA-ORCL 619382

> continue their whole operation is in jeopardy. UPS is requesting
> resources from Oracle support, consulting and sales to rectify this
> situation.
>
> Current Status:
> Development had a chance to dial in to the UPS development (test)
> system and they saw only 9 rows of irregularities. UPS has
> subsequently cleaned up 200 orders that were incomplete, but they
> still have undelivered orders that are not complete. Development has
> agreed to help clean up the undelivered orders by writing a script.
> They will dial into customer development system to gather data for
> script. Support is to assist development by reproducing the problem
> and making sure that UPS is on the most current patch level.
>
> 4:00 p.m. - UPS sent a trace of their development system to for review
> by
> support, but no evidence of undelivered orders was apparent.
> Therefore, a new action plan was implemented to keep all involved
> working on the UPS system. UPS will give Development "READ" access
> only to their production system so that they can see what is happening
> with the data corruption issues (undelivered orders). Once development
> reviews their system a they will start writing a script for test in
> UPS development instance. UPS is in the process of refreshing their
> development system with production data. This will allow UPS to test
> the script in the development instance.
>
> Valerie
>
> NEXT
RANK PRODUCT TAR BUG SEV DESCRIPTION STATUS
ACTION
CRITICAL ERP ISSUE(S)
Tar in sleep
waiting on
customer to
open a new
1 Order 1356077.996 1728791 2 PROBLEMS RELEASING TAR for CUSTOMER
Management BACKORDERED LINES
possible
data
corruption
issues.
Customer
applied
2 Order 13371407.600 1644541 2 SHIP SETS SPLITTING patches CLOSED
Management AT PICK RELEASE 1728791and
the1644541.
Issues Fixed
We will
provide
access to
Production
to view the
data and

NDCA-ORCL 619383



begin
writing
Orders are stuck with scripts
3 Order 1365000.996 2 a closed (CL) to repair CUSTOMER
Management
delivery status the data.
Due to the
production
schedule we
will not be
able to
refresh dev
until later
tonight
RELEASED_STATUS = S Waiting on
IN customer to
3 Order 13364360.600 NA 2 WSH_DELIVERY_DETAILS can upload CUSTOMER
Management
AFTER PICK RELEASE log files t
FAILED metalink.
>
--
Regards,


Lee Paulino
Senior Director, Sales Consulting
ORACLE Corporation
South Majors
Voice: 972-401-5671
Fax: 972-409-3040
Mobile: 972-672-6681
E-Mail: lee.paulino@oracle.com

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL 619384

# EXHIBIT 83

**First Name:** Gayle
**Last Name:** Fitzpatrick
**Company:** US Majors/Canada
**Address:**
**E-mail:** gayle.fitzpatrick@oracle.com
**Job Title:** Vice President, Sales Consulting
**Full Name:** Gayle Fitzpatrick





**From:** Gayle Fitzpatrick
**Sent:** Thu, 07 Jun 2001 17:44:34 GMT
**To:** Lee Paulino
**CC:**
**BCC:**
**Subject:** [Fwd: [Fwd: [Fwd: UPS Severe Situation...]]]]

Lee,

Are you aware of the severity of this?? This should be going to Ron
Wohl not Mark Barrenchea for OM. Your status last week had no new
issues.

Thanks,

/Gayle

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER



**From:** mary.anne.gillespie@oracle.com
**Sent:** Thu, 07 Jun 2001 17:35:06 GMT
**To:** Gayle Fitzpatrick
**CC:**
**BCC:**
**Subject:** [Fwd: [Fwd: UPS Severe Situation...]]]

--
Mary Anne Gillespie, Senior Vice President, US Major/Canada Accounts
(650) 506-6684 Office
(650) 633-1658 Fax
mary.anne.gillespie@.oracle.com

Corinne Pignatelli, Executive Assistant
(650) 506-3152 Office
(650) 633-1658 Fax
corinne.pignatelli@oracle.com

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**First Name:** Mary Anne
**Last Name:** Gillespie
**Address:**
**E-mail:** mary.anne.gillespie@oracle.com
**Full Name:** Mary Anne Gillespie

**From:** stephen.c.johnson@oracle.com
**Sent:** Thu, 07 Jun 2001 16:15:11 GMT
**To:** MARK BARRENECHEA
**CC:** Mary Anne Gillespie; George Roberts; Anthony Perrigan
**BCC:**
**Subject:** [Fwd: UPS Severe Situation...]]

Mark,

The OM 11i installation at UPS is at the point of meltdown. Can you
please address with development the action plan to correct the problem?

Thanks,

Steve
/ec

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 84

## oracle jeff henley

| | |
|---|---|
| **From:** | Safra A. Catz [Safra.Catz@oracle.com] |
| **Sent:** | Tuesday, February 27, 2001 6:32 PM |
| **To:** | Jeff Henley |
| **Subject:** | Re: [Fwd: Morgan Stanley's Coverage of Apps World] |

I agree with you.

Jeff Henley wrote:

> As we discussed today I think Chuck could be very helpful with product
> direction since he's more externally oriented and wouldn't have all the
> inward, not invented thinking that we many times have.  He could help to
> get us into hot new markets quicker.
>
> Another important thing I didn't mention is as a salesman much like I
> and others do.  He has tremendous stature with clients and so I think
> would be terrific a CVC visits, etc.  More and more people listen to him
> as much or more than they do industry analysts like Gartner, etc  After
> a couple of years he probably would lose some of the value and be seen
> as too long at Oracle (but maybe not).  We don't have enough high level
> execs that can pitch to customers so Chuck would help fill a real
> gap--we're really thin which is why I spend too much of my life
> traveling these days and attending CVC visits.
>
> -------------------------------------------------------------
>
> Subject: Morgan Stanley's Coverage of Apps World
> Date: Tue, 27 Feb 2001 17:27:37 -0800
> From: Stephanie Aas <stephanie.aas@oracle.com>
> Organization: Oracle Corporation
>
> Great coverage from Chuck Phillips on Apps World.  See full report below
> and attached.
>
> Stephanie Aas
>
> MORGAN STANLEY DEAN WITTER
> Charles E. Phillips
> +1 (1)212 761 4450
> Charles.Phillips@msdw.com
>
> -Pipeline in Tact
> After meetings with dozens of integrators, Oracle partners,
> and Oracle sales and finance executives, we walked away
> thinking business still sounds pretty solid.
>
> -The Margin Story Continues...
> Despite the major margin swing over the last year,
> the company thinks there's more left this year and
> into next year.
>
> -Applications Business Gaining Traction
> Oracle's eBusiness Suite now has 180 customers live,
> 2,500 implementations underway and 11,000 total
> applications customers.
>
> Oracle Apps World Feedback
>
> Summary and Investment Conclusion

1

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 092885

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

> We dropped in on the Big Easy to check out the Oracle Applications user
> conference this past week. After meetings with dozens of integrators,
> Oracle partners, and Oracle sales and finance executives, we walked
> away thinking business still sounds pretty solid. Despite the carnage
> in many technology bellwethers, Oracle's pipeline of deals continues to
> grow nicely from what we can tell and the close rate sounded a bit
> better than we anticipated. Recognizing the back end skew to every
> quarter, we expected to hear more hedging on the quarter until things
> closed.
>
> By all accounts Oracle did a good job using the conference as a
> catalyst for prospects to make decisions. Oracle has never held its
> own user conference for the applications products. Instead, Oracle
> applications users formed an independent organization, which conducts
> two conferences a year. We've attended these conferences for years and
> they've been strictly how-to and fix-it sessions for current
> application administrators with no keynote speakers or big picture
> sessions on industry trends.
>
> In contrast, most application companies orchestrate elaborate user
> events which are 75% marketing (long term product direction, emerging
> themes, and new product announcements) and 25% how-to sessions. The
> idea is to paint the vision for existing users to keep them in the fold
> and allow them to plan ahead of architectural shifts. As importantly,
> prospects can take in the full breadth of the application community
> they are considering joining and see where the product line is headed
> over the long term.
> ˙
> In the database business, Oracle conducts the first half of the user
> meeting and provides the vision, industry trends, and product
> announcements and the user group does the second half of the meeting
> with the detailed administrative content. Oracle couldn't work out a
> similar arrangement with the independent applications user group and
> decided to hold its own event.
>
> So despite the independent user meeting three months ago, Oracle's
> event drew 11,000 people with key note speakers like the 42nd President
> of the United States Bill Clinton, CEO of Cisco John Chambers, and
> senior executives from Compaq, KPMG, and Hewlett Packard. Hearing John
> Chambers on stage championing server consolidation was a new twist but
> as we thought of it, more centralized servers being accessed by a wide
> range of constituents over a network is probably as good for Cisco as
> it is for Oracle.
>
> In the early days for an application company, early adopter customers
> get together to try to figure out how to make the product work, whether
> they bought a lemon, or to collectively influence the direction of the
> product. Once the application companies reach critical mass and can
> attract the right speakers and attendees, they begin migrating toward a
> more star-filled event to attract prospects and a higher level
> executive than would come out for a how-to session. The companies
> control the themes and agenda at their own conferences and can
> reinforce messages the salesforce has been delivering to prospects.
> Sales reps have great close rates on prospects they can get to the
> conference. Some customers buy ahead of the conference to get the full
> benefit of the how to sessions prior to implementation.
>
> The timing of major user conferences is also a key tactical decision
> within the quarter and within the year. From our view, it looks like
> Oracle made a good call putting the conference near the end of Q3.
> There's always a risk of putting a major conference near the end of a
> quarter because it might distract the salesforce or cause customers to
> delay purchases. Some companies have figured out how to turn these
> conferences into major sales events and accelerate business via the

**ORACLE
CONFIDENTIAL**

2

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

> conference - but it requires a well thought out plan and organization.
>
> Oracle Applications Release 11i Status Summary
> Management provided an update of the key performance metrics for 11i:
> -180 customers live on Oracle applications 11i
> -2500 implementations underway on 11i
> -11,000 total Oracle application customers - all releases
> cumulative
> -69% worldwide applications growth in first half FY01
> -96% EMEA applications growth in first half FY01
> -2,500+ implementations underway
> -Version 11i release 3 shipped in January
> -45% of the products that make up Oracle Applications 11i is
> comprised of new modules
>
> Customer Feedback
> -British Telecom - using Oracle ERP apps, Siebel CRM, and
> PeopleSoft HR.  Considering using more Oracle.
> -Compaq - going global with Oracle CRM (SFA, contact centers, and
> marketing automation) connecting to SAP ERP on the backend.  Live with
> Oracle iProcurement in December with 3,800 line items.
> -Hewlett Packard - in production on Oracle CRM against SAP backend.
> -Citigroup - Oracle exchange for a portal for their customers;
> rolling out iProcurement.
> -UPS - order management live; early adopter helping define the
> direction of the product.
> -Boeing - iProcurement live globally.
> -APAC - general ledger live.
> -GE Aircraft - advanced planning and scheduling live; connecting to
> a non-Oracle backend; standalone win over major supply chain vendors.
> -Bellsouth - biggest CRM customer; live on financials; looking at
> advanced scheduling
> -JDS Uniphase - licensed full suite and live on ERP.
> -Xilinx - moving from 10.7 to 11i financials, order management, and
> advanced planning.
>
> Consultant and Integrators Feedback
> -Pricewaterhousecoopers - Oracle practice remains strong; mostly
> ERP and some early supply chain deals; little CRM to date.
> -KPMG - total scm and erp pipeline up 2x from last year; lots of
> activity; hasn't seen economic impact in his backlog or pipeline;
> hadn't done anything in CRM.
> -Answerthink - business is good; mostly Oracle ERP but one CRM
> implementation underway.
> -Mercury Technology - seeing a slowdown; deferral or cancellations
> of projects.  One customer holding off on upgrade because of economic
> slowdown.  Seeing lots of cheap used hardware from dot coms hit the
> market and bring down hardware prices.
> -Deloitte & Touche - no change in activity on high end of the
> market where they operate; projects moving forward.
>
> Momentum by Product Segment
> -Core ERP (primarily financials) - doing well but partially from easy
> comparisons and post Y2K buying.
> -Supply Chain - gaining significant momentum and stacks us surprisingly
> well against best of breed SCM vendors.  Many stand alone supply chains
> wins in addition to bundled ERP-SCM deals.
> -CRM - still needs one more release to be ready for prime time but that
> updated release is on tap for the April-May timeframe.
>
> Oracle's Internal Implementation Go Live Dates
> Oracle's use of its own products has been a critical element of the
> applications marketing plan.  Oracle regularly ties its eye-popping
> margin improvement over the last ten quarters directly to the company's

3

ORACLE
CONFIDENTIAL

NDCA-ORCL 092887

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

> use of its own applications. The simple message is to the customer is "
> wouldn't you like to help your company deliver this kind of margin
> improvement with Oracle technology?"
>
> By migrating to a centralized server model with thin clients, Oracle
> has reduced the number of regional data centers to one from three and
> consolidated many other applications such as human resources systems
> (from 60 country specific versions to one consolidated versions).
> Similarly, the company moved from 97 e-mail servers to one and from
> multiple implementations of customer relationship management
> applications to a single instance by this spring.
>
> By making the development managers responsible for rolling out and
> supporting Oracle applications internally, Oracle is paying more
> attentions to upgrade and migration tools than ever before which should
> benefit the broader customer base. The company had some upgrade script
> bugs in earlier releases but from what we hear the stability of the code
> has improved significantly and upgrade process is getting easier. The
> remaining rollout schedule for Oracle applications within Oracle is as
> follows:
> -11i Marketing Online - Oct 2000
> -11i Sales Compensation - Oct 2000
> -11i Contracts - Nov 2000
> -11i Sales Online - Jan 2001
> -11i Financials - Jan 2001
> -11i Telesales - Jan 2001
> -11i iStore - Spring 2001
> -11i iSupport - Spring 2001(not out yet)
>
> Vertical Application Strategy - Stepping Back
> Notably absent from the conference was any discussion of vertical
> application efforts. Oracle had bought an energy product for upstream
> and had been working on a telecom-billing product. Management stated
> they are getting out of the energy application business in response to a
> question asked by one of the attendees in the audience. The company
> believes there is a larger market in dominating horizontal enterprise
> applications that diverting resources to smaller markets.
>
> Application Server Momentum
> Oracle's new application server sounded as if it's off to a solid
> start. Oracle includes application server sales in the database
> numbers and we estimate that application servers represented 5% of
> reported database sales last quarter.
>
> Based on the momentum in the market for Oracle Application Server 9i,
> mostly as a database-caching platform, we expect the product to
> represent 6-9% of database sales for the third quarter.
>
> Therefore, the strength in application servers may offset the tough
> comparison in the database business. Database revenue increased 32% in
> the year ago quarter which included an estimated 10% contribution from
> dot com customers.
>
> Consulting and Services
> Consulting services remains a drag on total services and total revenue.
> The company has shifted more projects to third parties and also
> implemented fast implementation methodologies to reduce consulting
> dollars per license sale. The strategic shift away from consulting has
> helped margins and improved important relationships with systems
> integrators.
>
> Consulting is at an inflection point and should start to turn more
> positive. Consulting had declined year to year for five consecutive
> quarters. There is some chance it turns positive this quarter, as the

**ORACLE
CONFIDENTIAL**

4

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

> negative comparisons have been shrinking in size.  Consulting should
> still be down sequentially because of the holiday season as is customary
> for this business.
>
> Margin Outlook
> Management was upbeat about margin prospects in the analyst session.
> Despite the major margin swing over the last year, the company thinks
> there's more left this year and into next year.  We can see the path to
> 40% operating margins by next year but would expect things to start to
> level off after that.
>
> Currency
> Currency should swing positive this quarter compared to a year ago when
> it was a negative. We estimate it could add 2 percentage points of
> growth to the quarter.
>
> --------------------------------------------------------------
>                     Name: orcl022701.pdf
>     orcl022701.pdf        Type: Acrobat (application/pdf)
>                     Encoding: base64
>             Download Status: Not downloaded with message
>
> Stephanie Aas <stephanie.aas@oracle.com>
> Senior Director
> Oracle
> Investor Relations
>
> Stephanie Aas
> Senior Director       <stephanie.aas@oracle.com>
> Oracle
> Investor Relations
>                 Fax: 650-633-1269
>                 Work: 650-506-3648
> Additional Information:
> Last Name   Aas
> First Name  Stephanie
> Version     2.1

ORACLE
CONFIDENTIAL

NDCA-ORCL 092889

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# EXHIBIT 85

[Fwd: [Fwd: December Rollout of 11.5.2]]

**Subject:** [Fwd: [Fwd: December Rollout of 11.5.2]]
**Date:** Thu, 16 Nov 2000 06:56:10 -0800
**From:** Jennifer Minton <jennifer.minton@oracle.com>
**Organization:** Oracle Corporation
**To:** "Williams,Thomas" <THOMAS.WILLIAMS@oracle.com>

fyi. do not forward

**Subject:** [Fwd: December Rollout of 11.5.2]
**Date:** Thu, 16 Nov 2000 07:17:55 -0800
**From:** Jeff Henley <Jeffrey.Henley@oracle.com>
**Organization:** Oracle Corporation
**To:** "Minton,Jennifer" <JENNIFER.MINTON@oracle.com>

fyi. I actually like this exchange with copies to Larry. It escalates
the pressure to get to the bottom of what is really happening here. I
took my shot at ec on Monday so this is supplemental ammo.

**Subject:** Re: December Rollout of 11.5.2
**Date:** Wed, 15 Nov 2000 14:31:00 -0800
**From:** Mark Barrenechea <mbarrene@us.oracle.com>
**Organization:** Oracle Corporation
**To:** Ron Wohl <ron.wohl@oracle.com>
**CC:** "Wohl,Ronald" <RWOHL@us.oracle.com>, "Catz,Safra" <SCATZ@us.oracle.com>,
"Henley,Jeffrey" <JHENLEY@us.oracle.com>,
"Ellison,Lawrence" <LARRY.ELLISON@oracle.com>

We significantly disagree on the status:

1. P1s and P2s need to be closed. Look at the P2 list, there are hugh issues there. I have instructed my
team to close all P1s and P2s. You need to do the same.
2. IT.ERP is de-prioritizing CRM patching given the level of ERP patching. It has happened repeatedly,
there has been no change in behavior here. It is crippling.
3. The bug counts are at an 11 week high;
4. We have NO build list for the go-live activities. NONE.
5. We can change the definition of Nov 23. We were mutually to be complete on all code, setup,
customizations, etc. All teams were driving to that. We are at least 30 days past that. One approach is to
change the definition and not the plan.

### RON, I NEED:
  - ERP to not deprioritze CRM patches. My 4th request.
  - I need a complete list of the 1000 items that need to happen and in their sequence for go-live. My 5th
request.
  - The 20 OM P1s and 30 P2s are crippling Contracts progress.

### I RECOMMEND:
  - All P2s to be fixed

ORACLE CONFIDENTIAL

CA-ORCL 021872

1

[Fwd: [Fwd: December Rollout of 11.5.2]]

- A new schedule.  We are arbitrarily changing definition of milestones and the end users and my teams now think what we continue to communicate is simply ridiculous.

--mark

Ron Wohl wrote:

> Mark, we are still shooting for December, and believe we have a reasonable, although by no means guaranteed, shot of making it.  The way your team can help the most is by fixing your 2 products' bugs with as few remaining patches as possible.  Thanks in advance for your support in doing so.

As for some specifics:

We do not need to resolve all issues by Nov 23 -- we will clearly be patching up much closer to the go live date.  Customizations are all scheduled within scope of the dates and should not be the problem at this point.  Bugs are the now the bottleneck -- and all teams are racing to resolve.
Please be aware that the way we have categorized the bugs for this upgrade is that all things needed for December are labelled p1.  Those issues labelled p2 are by definition (in agreement with the business) not needed for December.  Formal performance testing began last week.  A number of issues have been found and are being fixed.  The next performance test is scheduled next week.  A growing percent of the p1 bugs filed now are performance bugs rather than functional bugs -- this is a good sign and is what you would expect in the process at this point.  All issues found in the 11.i.2 upgrade process have been incorporated into the family upgrade fixes, allowing Ganesh to proceed with the next trial upgrade with a much simpler build process than the last one, and a vastly simpler one than the prior 11.i.1 trial upgrade.  As for patch application, the basic order is a first-in, first applied order.  Ann only gets involved if a team requests escalation over the normal FIFO approach.

Mark J Barrenechea wrote:

> Ron -
>
> It is time to have the hard discussion on the upgrade for December 15th:
>
> 1. I am being told all issues, all, must be resolved by Nov 23rd.
> Final environments.
> 2. The bug counts are at an 11 week high:
>     18 OM P1s, 40 P2s
>     3 of the 80 OM priority OM flows in progress, none complete
>     205 customizations not complete
>     186 still under review
>     Over 100 P1 & P2 issues that must be resolved in 10 days
>     Find/Fix ratios have not declined in 2 weeks
> 3. No real performance testing

ORACLE CONFIDENTIAL

CA-ORCL 021873

2

NDCA-ORCL 024863

[Fwd: [Fwd: December Rollout of 11.5.2]]

> 4.  I still cannot get a build list for production cut over
> activities. Still cannot get it. No one can tell me the 1000 items, in
> what order, and their duration's, or estimate duration's, or place
> holder for items, that have to happen the moment we decide to begin the
> process. Major Red Flag in the 30 window.  Have can we make a single
> trade-off that makes any sense.
> 5.  The 11.5.2 upgrade CD has been broken until this week.  Yup, the
> 11.5.2. CD does not work out of the box for upgrades.
> 6.  As of Friday, Ann D has to approve all CRM patches going into
> GSIAD.  This is bullshit and causing 2-3 day delays in getting CRM
> patches into the ERP environment.
>
> The environments are not productive for CRM, the process your team has
> put in place is directly negatively affecting CRM's ability to execute.
> At this point, we are burning out teams unncesscarily.  I am getting
> hate mail from my end users and developers.
>
> From my seat, Dec 15th or December in general is not going to happen.
> Can any of you tell me otherwise.
>
> --mark

Jennifer Minton <jennifer.minton@oracle.com>

ORACLE CONFIDENTIAL

CA-ORCL 021874

NDCA-ORCL 024864

3

# EXHIBIT 86

**From:** John Fikany
**Sent:** Thu, 19 Oct 2000 17:26:37 GMT
**To:** tom; Frank Varasano; Sandy Sanderson; Linn; Charles; Nadeem Syed; Rhim Fleischman; Fichtner; John; Bernard; Raymond; Costakis; Andrew; shauck@us.oracle.com; Martha Sabelhaus; Talley; Michael; mtbishop@us.oracle.com bishop; Fikany; John
**CC:**
**BCC:**
**Subject:** Ford Supply Chain Status

I received an escalation today from Steve and Sandy reference Xerox.

1. There are no P1 defects logged;
2. There are 3 P2 defects logged, only, and they were logged yesterday;
3. The Xerox team is not part of Mark Keever's early implementor call;
4. I, Sukumar, Guthrie, Brad were not aware of any logged product issues ?

There are clearly product issues, but also, significant process issues here.

Brad and I discussed the following items today, we need to review with Chuck:

1. Join Keever's call;
2. Log all issues and communicate by business scenario;
3. Steve Cox is now appointed as the CRM escalation manager ... equivalent to Kirsten Shaw;
4. We are requesting an onsite support rep. to ensure a rapid resolution from tar to defect;
5. Once we receive the scenario's, we will prioritize inhouse testing to get ahead of the implementation.

Yosh, please organize an Oracle internal only call for saturday morning so we can get organized.

I cannot help until we have the scenarios and issues logged.

--mark

Todd Allen wrote:

> Mike,
>
> We have been on the calls we have expressed our concerns during the calls. The
> problem we are dealing with is that we are getting inconsistent information on a
> daily basis regarding 11.5.2 release and patches. At this time we have put in
> every available patch for CRM up to 10/17 ( this is over 100 CRM patches in the
> last 21/2 weeks!)We still can't get contracts to work! We have no idea what
> awaits us as we implement the rest of CRM' The products do not integrate to the
> back office, they don't work period. The customer knows what we have been going
> through and is wondering as we are when will the system be stable?
>
> The CRM organization needs to step up and provide us development resources on site
> in Webster NY. We know that Mark's organization has done this for Ingersol Rand
> and Bell South, we need the same attention! Xerox is threatening to write a
> letter to Larry, and will be asking for their money back. They have also used

NDCA-ORCL 169718

> words like " your company is two steps away from fraudulent". If that can't get
> us some help I don't what can.
>
> I look forward to your organizations reply.
>
> Todd
>
> Mike Rosser wrote:
>
>> I am not sure where you got the idea that my organization provided onsite
>> resource for implementation assistance. It is also not clear what specific
>> resources may be required from development. Have you asked Brad Scott's group
>> to help out? Talked with the OPI team at HP that is also implementing the 11i
>> sales products?
>>
>> I would suggest that the consultant raise this issue on the early implementers
>> call the Brad/Mark and Support sponsor on a weekly basis so we get the right
>> resources involved.
>>
>> Thanks,
>>
>> Mike
>>
>> Todd Allen wrote:
>>
>>> Mike,
>>>
>>> Do I need to take this to Mark? We have a "Bell South" situation at
>>> Xerox and I need you guys to step up!
>>>
>>> Todd
>>>
>>> ------------------------------------------------------------------------
>>>
>>> Subject: Triage Help for 11.5.2
>>> Date: Wed, 04 Oct 2000 11:50:57 -0400
>>> From: Todd Allen
>>> Organization: Oracle Corporation
>>> To: bacheson@us.oracle.com
>>> CC: "Rosser,Michael" ,
>>> dani , "Fleck,Michael" ,
>>> paresh , "Tate,Louis" ,
>>> "Stephen J. McLaughlin"
>>>
>>> Bruce,
>>>
>>> You might recall that when we were in the final stages of the Xerox OTC
>>> contract we discussed the occasional need for development triage
>>> support. With the 11.5.2 release our consultants are requesting this
>>> resource based on significant customer escalation's due to the code
>>> quality of the current release of 11i. We have struggled with both
>>> code quality and patch issues and we are reaching a critical point with
>>> Xerox.
>>>

NDCA-ORCL 169719

>>> Can we count on your organization to provide onsite assistance during
>>> the first two weeks of November? This is when the next major release of
>>> 11i is scheduled to be released and implemented.
>>>
>>> Todd
>>>
>>> ------------------------------------------------------------------------
>>>
>>> Todd Allen
>>>
>>> Todd Allen
>>>
>>> Additional Information:
>>> First Name Todd
>>> Version 2.1
>>>
>>> ------------------------------------------------------------------------
>>>
>>> Todd Allen
>>>
>>> Todd Allen
>>>
>>> Additional Information:
>>> First Name Todd
>>> Version 2.1

NDCA-ORCL 169720

# EXHIBIT 87

Re: $1 billion saving

**Subject: Re: $1 billion saving**
**Date:** Thu, 15 Jun 2000 22:01:08 -0700
**From:** Larry Garnick <lawrence.garnick@oracle.com>
**Organization:** Oracle Corporation
**To:** Andrew Ashton <aashton@au.oracle.com>
**CC:** Tom Williams <tawillia@us.oracle.com>

Nope.  We substantiate the savings by pointing to our increased corporate
margin percentage increase and calculating the implied cost savings.

Andrew Ashton wrote:

> Larry,
>
> We are about to run a series of ads out here that publicly claim the $1
> billion savings made by Oracle over the past year.  Due to the nature of
> our trade practices laws, our legal department needs verification that
> this is claim can be backed by audited accounts, etc.
>
> Can you please confirm that we have some objective evidence available if
> necessary to support our claim?  Thanks.
>
> regards
> Andrew

Larry Garnick <lawrence.garnick@oracle.com>
Assistant Corporate Controller
Corporate Finance

ORACLE CONFIDENTIAL

CA-ORCL 021955

NDCA-ORCL 024945

# EXHIBIT 88

**From:** George Roberts
**Sent:** Wed, 17 Jan 2001 18:00:52 GMT
**To:** Jeff Henley
**CC:** no_auto_reply@oracle.com; larry.ellison@oracle.com; safra.catz@oracle.com; joe.lockhart@oracle.com; mark.jarvis@oracle.com; paul.burrin@oracle.com; mmosman@oracle.com; edward.sanderson@oracle.com; jnussbau@oracle.com; gary.roberts@oracle.com; daniel.cooperman@oracle.com; crozwat@oracle.com; rwohl@oracle.com; mark.barrenechea@oracle.com; jeremy.burton@oracle.com; alfonso.diianni@oracle.com; sabbasi@oracle.com; mrocha@oracle.com; jminton@oracle.com; Chikara.Sano@oracle.com; derek.williams@oracle.com; Sergio.Giacoletto@oracle.com; john.l.hall@oracle.com; Shari.Simon@oracle.com; lori.dalton@oracle.com; kenneth.glueck@oracle.com; kate.mcgee@oracle.com; carolyn.balkenhol@oracle.com; sue.bachman@oracle.com; joyce.higashi@oracle.com; wwpr_us@oracle.com
**BCC:**
**Subject:** Re: Ray's comments in Business 2.0

My comment to customers is that all of the $2 billion of savings we expect to have by the end of this fiscal year are not ebusiness but the majority will be (so Ray's partially right that it's it's not all ebusiness but he takes it too an incorrect extreme particularly when it says it higher sales alone). Data center consolidation, belt tightening, and shared services are not ebusiness. However, in addition to the consolidation we are modernizing out IT by replacing legacy customer stuff with CRM and upgrading everything to 11i which has a lot more self service so it lays the foundation for the huge ebusiness savings that we are achieving with customers, suppliers and employees thru self service.

Also, a bigger portion of the second billion relates to ebusiness than the first because CRM is backend loaded.

Since margins are wildly higher than when Ray was here I think objective people can figure out Ray's agenda. Everybody I speak to realizes that you don't take $2 billion out of a $7 billion cost base without dramatic transformation.

Jennifer Glass wrote:

> All -
>
> Just wanted you to be aware of the next issue of Business 2.0, in which
> Ray Lane is interviewed about his time and experiences at Oracle.
> http://www.business2.com/content/magazine/ebusiness/2001/01/15/24713
>
> The interview is generally fairly innocuous except for one part where
> Ray says that our claims of saving a billion dollars by using our own
> software are not true. He indicates instead that the bulk of the
> billion dollars came from increased sales.



PLAINTIFF'S EXHIBIT
Glass 2
8-22-06

>
> If I get any press inquiries on this I will say it sounds like sour
> grapes and refer people to the Harvard case study. I believe people
> will see this for what it is: a former executive trying to inflate the
> impact he had at one of the world's most successful software companies
> and seeking personal publicity by talking about where he used to work.
> We don't plan to give this any further credibility by issuing a public
> disclaimer.
>
> Jennifer
>
>
> ****************************************************************************
> *******
>
> Jennifer Glass
> Vice President, Corporate Public Relations
> Oracle Worldwide Marketing
> jennifer.glass@oracle.com
> 650/633-6192 - direct
> 650/506-4176 - PR Hotline
>
> Assistant: Angela Haasch, angela.haasch@oracle.com, 650/506-2967

NDCA-ORCL 378822

Increased sales come from increased productivity when you are also getting expanded
margins. We got all of this from eating our own dog food! All you need to do is look at
the revenue per head numbers.

Jeff Henley wrote:

> My comment to customers is that all of the $2 billion of savings we expect to have
> by the end of this fiscal year are not ebusiness but the majority will be (so Ray's
> partially right that it's it's not all ebusiness but he takes it too an incorrect
> extreme particularly when it says it higher sales alone).  Data center
> consolidation, belt tightening, and shared services are not ebusiness.  However, in
> addition to the consolidation we are modernizing out IT by replacing legacy
> customer stuff with CRM and upgrading everything to 11i which has a lot more self
> service so it lays the foundation for the huge ebusiness savings that we are
> achieving with customers, suppliers and employees thru self service.
>
> Also, a bigger portion of the second billion relates to ebusiness than the first
> because CRM is backend loaded.
>
> Since margins are wildly higher than when Ray was here I think objective people can
> figure out Ray's agenda.  Everybody I speak to realizes that you don't take $2
> billion out of a $7 billion cost base without dramatic transformation.
>
> Jennifer Glass wrote:
>
> > All -
> >
> > Just wanted you to be aware of the next issue of Business 2.0, in which
> > Ray Lane is interviewed about his time and experiences at Oracle.
> > http://www.business2.com/content/magazine/ebusiness/2001/01/15/24713
> >
> > The interview is generally fairly innocuous except for one part where
> > Ray says that our claims of saving a billion dollars by using our own
> > software are not true.  He indicates instead that the bulk of the
> > billion dollars came from increased sales.
> >
> > If I get any press inquiries on this I will say it sounds like sour
> > grapes and refer people to the Harvard case study.  I believe people
> > will see this for what it is: a former executive trying to inflate the
> > impact he had at one of the world's most successful software companies
> > and seeking personal publicity by talking about where he used to work.
> > We don't plan to give this any further credibility by issuing a public
> > disclaimer.
> >
> > Jennifer
> >
> >
> ***********************************************************************
**
> >

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 378823

```
> > Jennifer Glass
> > Vice President, Corporate Public Relations
> > Oracle Worldwide Marketing
> > jennifer.glass@oracle.com
> > 650/633-6192 - direct
> > 650/506-4176 - PR Hotline
> >
> > Assistant:  Angela Haasch, angela.haasch@oracle.com, 650/506-2967
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 378824

# EXHIBIT 89

Subject:
   Date: Fri, 19 Jan 2001 11:29:34 -0800
   From: Raymond Lane <RLane@kpcb.com>
   To: larry.ellison@oracle.com, jeff.henley@oracle.com, safra.catz@oracle.com,
       mark.jarvis@oracle.com, edward.sanderson@oracle.com, jnussbau@oracle.com,
       george.roberts@oracle.com, daniel.cooperman@oracle.com, crozwat@oracle.com,
       rwohl@oracle.com, mark.barrenchea@oracle.com, jennifer.glass@oracle.com,
       joe.lockhart@oracle.com, gary.roberts@oracle.com.

I've seen the comments made in emails by Jennifer Glass and Jeff Henley regarding the interview I gave to Business 2.0. Particularly, Jeff's comments "that I have an agenda" and Jennifer's comments that "although innocuous, Ray's comments should be seen as one executive inflating his impact on Oracle's success".

I think it's important you understand that Oracle is not at the center of my universe any longer and I really don't think about Oracle much, other than hoping that you put up good numbers because I own the same amount of stock in Oracle as the day I left. I don't have an "agenda", I'm happy with my life and having fun professionally and personally. I granted one interview out of dozens of requests because the reporter wanted to know how companies should think about eBusiness transformation, which I think is a worthy topic. I don't do interviews about Oracle's future or my speculation on such. The reporter asked about the billion dollars and I told him the truth, which I think Jeff agrees with if I'm reading his comments correctly. In fact, Gary Bloom used to present it to analysts broken down by what savings came from expense reduction, and what came from productivity gains. My point was that a lot of the savings came from growing sales faster than sales headcount, and that was a management directive that came right form Larry. No question eBusiness software will allow this to go further (the second billion), but it was only a portion of the first billion. This was a dispassionate statement that he decided to turn into a headline. We've all had our experience with the press in the past. I'm surprised that this publication would twist the story into a cheap shot headline. I was disappointed in the headline and the sensationalism, but they did report accurately what I said.

Jennifer, there is no reason to inflate my contributions, and Jeff, I have no agenda. You don't need to spin things for Oracle employees, they are grown-ups. I have a new life, and I'm happier than I've ever been. I enjoyed the 8 years at Oracle, and I love my life now, working with great professionals and for the first time in twenty years not traveling..... but my association with Oracle is no longer relevant. I have no regrets, no agenda, no spin......

Regards,

Ray

CA-ORCL 009348

ORACLE
CONFIDENTIAL



PLAINTIFF'S
EXHIBIT
GLASS 3
8-22-06