**EXHIBIT 90**

Subject:
    Internet Week cover story - $1 billion savings
Date:
    Fri, 09 Mar 2001 12:30:32 -0800
From:
    Jennifer Glass <jennifer.glass@oracle.com>
Reply-To:
    no_auto_reply@oracle.com
Organization:
    Oracle Corporation
To:
    larry.ellison@oracle.com, safra.catz@oracle.com, joe.lockhart@oracle.com, mark.jarvis@oracle.com,
    paul.burrin@oracle.com, jeff.henley@oracle.com, edward.sanderson@oracle.com, jnussbau@oracle.com, george.roberts@oracle.com, gary.roberts@oracle.com, daniel.cooperman@oracle.com, crozwat@oracle.com, rwohl@oracle.com, mark.barrenechea@oracle.com, ken.jacobs@oracle.com, jeremy.burton@oracle.com, alfonso.diianni@oracle.com, sabbasi@oracle.com, mrocha@oracle.com, jminton@oracle.com, Chikara.Sano@oracle.com, derek.williams@oracle.com, Sergio.Giacoletto@oracle.com, john.l.hall@oracle.com, Shari.Simon@oracle.com, lori.dalton@oracle.com, kenneth.glueck@oracle.com, kate.mcgee@oracle.com, carolyn.balkenhol@oracle.com, sue.bachman@oracle.com, joyce.higashi@oracle.com, jenni.engebretsen@oracle.com, sharon.montoya@oracle.com, julia.sowers@oracle.com, raquel.giampolo@oracle.com, susan.marks@oracle.com, pbeck@oracle.com, marquesa.lloyd@oracle.com, elizabeth.hornberger@oracle.com, theresa.prasad@oracle.com, shari.williams@oracle.com, diana.cruz@oracle.com, wwpr1_us@oracle.com

Next week's issue of Internet Week features Oracle on the cover, but you can see the article now at
http://www.internetweek.com/newslead01/lead030801.htm

Although the headline reads, "Oracle's Savings Don't Add Up", the reporter acknowledges that "Oracle has achieved impressive savings--hundreds of millions of dollars, in fact--by re-engineering business processes around the Internet."

==The reporter took a close look at our $1 billion savings claim and goes into extensive detail on some of our "old-fashioned cost-cutting techniques".== While he determined that not all of the $ billion came from implementing our own software, he says the savings are substantial and "the key to its Web-based cost-cutting... is the integration inherent in the company's E-Business Suite."

Special thanks to Jeff Henley and Gary Roberts for making themselves so available for interviews.

Jennifer

    March 8, 2001



PLAINTIFF'S EXHIBIT
Glass 6
8-22-06

NDCA-ORCL 396666

### Oracle's Savings Don't Add Up

By MITCH WAGNER

Don't buy into Oracle's claims that it's saving billions of dollars by implementing its own e-business software. Much of the savings actually have come from cost-cutting measures that could have been achieved without the Internet, according to experts and an analysis of Oracle's financial statements.

Oracle has achieved impressive savings--hundreds of millions of dollars, in fact--by re-engineering business processes around the Internet. But it looks like Oracle isn't going to slide in safely this year or next on the many more billions it has promised to save.

In an advertising blitz, Oracle claims it saved $1 billion in fiscal 2000 by implementing its own e-business software. Oracle estimates those savings will rise an additional $1 billion this fiscal year, which ends in May, and yet another $1 billion next year.

An examination of Oracle's financial statements shows that the company's operating expenses were virtually flat in fiscal 2000, at $7.05 billion compared with $6.95 billion a year earlier. But revenue grew to $10.1 billion from $8.8 billion, meaning Oracle boosted its operating margin to 30 percent from 21 percent. Had the margin remained at 21 percent, operating expenses would have been $930 million higher--or $1 billion, to round off in terms that fit nicely in an ad. That rounded $1 billion figure represents Oracle's legitimate "savings" in fiscal 2000.

Oracle achieved the savings by centralizing operations. The way Oracle was organized in the 1990s, business units operating in some 70 countries were treated almost as independent companies. Each outpost had its own IT, sales and marketing staffs, and its own Web site. In many cases, these units even had their own corporate logos.

"In the old Oracle, as long as you turned in your 20 percent margin, everyone was fat, dumb and happy," said Gary Roberts, Oracle's senior vice president for IT. "In most cases, we were incredibly inefficient. We had lots of duplication."

Oracle has brought control of all operations into company headquarters in Redwood Shores, Calif. The reorganization was achieved in part by using Oracle's E-Business Suite applications to coordinate business processes worldwide over the Internet.

So will Oracle hit this year's goal of saving another $1 billion? Not likely. To accomplish this year's goal, according to company executives and financial analysts, Oracle would need to grow its profit margin to about 40 percent. Its margin was running much lower in the first half, at 33 percent.

That margin would translate into fiscal 2001 savings of $300 million year over year rather than $1 billion, assuming that a third of Oracle's 2001 revenue comes in the fourth quarter, as in past years.

Perhaps the economic slowdown is getting in the way. Oracle issued a warning on March 1 for its fiscal third quarter ended Feb. 28, saying that sales would grow about 9 percent compared with the same quarter last year, to $2.67 billion, falling short of forecasts. Oracle blamed the slowing economy, saying its customers were putting software purchases on hold at the last minute. The growth slowdown will make it even harder for Oracle to achieve the margins it needs to show a $1 billion cost savings in

NDCA-ORCL 396667

2001.

"They relied on revenue momentum as much as cost savings," said Merrill Lynch analyst Christopher Shilakes. "With the lack of revenue growth, it's going to be difficult for them to get that kind of savings."

Oracle will announce third-quarter earnings next week.

Not Just Software
Wall Street analysts say most of Oracle's savings are coming not from the Internet but from old-fashioned cost-cutting techniques that have nothing to do with the Internet.

For one thing, Oracle has outsourced much of its lower-margin business to systems integrators, Shilakes said.

"A lot of the cost savings were changes in employee behavior, and software doesn't do that," said John Puricelli, an analyst with A.G. Edwards & Sons. Most of the savings come from old-fashioned belt-tightening, such as limiting travel expenses, he said.

Still, that does leave hundreds of millions of dollars of savings attributable to e-business applications. Some examples of how Oracle did it:

> Oracle says new efficiencies from customer relationship management account for the largest share of the savings--55 percent in 2000 and 73 percent this year. Oracle has moved its seminar programs for customers--which used to be held in expensive hotel and banquet facilities--to the Web. Customers also file their bug reports online, and complete their own orders for products.

> Reorganizing IT, procurement and human resources generated 45 percent of the savings in 2000 and will account for 28 percent of the savings this year. The company cut IT staff by 250, or 17 percent, and eliminated 2,000 servers, which will be auctioned off using Oracle's own e-business exchange software. The company achieved an 80 percent reduction in the cost of leased computer space by consolidating 43 data centers worldwide into two--one in Redwood Shores and a backup in Colorado. Oracle's annual IT budget is $306 million.

Oracle reduced its overall head count to 41,000 from 43,000. "When you move to this model, you simply don't need as many people," said Oracle CFO Jeff Henley.

Front And Center
E-mail was one of the first apps to be centralized, saving $17 million in 2000. E-mail now runs on two servers, with four databases, supporting 60,000 accounts on Oracle E-Mail Server, a part of the E-Business Suite. That's down from 97 servers and 120 e-mail databases using an old Oracle client-server e-mail package.

Oracle provided financial incentives to overseas managers to fall in line with the reorganization. Oracle now offers incentives based on profit margin; previously, they were based on a formula that included revenue growth and profit margin. Those managers were presented with a choice: E-mail offered by headquarters would be free, but using their own e-mail servers or third-party e-mail services would come at their expense, directly impacting margins and therefore their own pay.

Oracle also consolidated ERP applications. The company used to run 16 different human resources databases. Most European offices had no HR applications at all; they

NDCA-ORCL 396668

performed HR functions on paper. Now, the company has three financial and HR applications: one running for U.S. and Asian offices, the second in Western Europe and the third in Eastern Europe. Oracle plans to convert to a single financial and HR database in June. At the same time, Oracle has centralized the staff for financial and HR applications into Redwood Shores.

Expense reporting has been moved online, with automatic approval routing. The old way was to submit hard-copy expense reports. Average turnaround to reimburse employees has been reduced to three to seven days from three to eight weeks.

The cost of completing expense reports has been cut from $25 per report to $6, saving $11 million, Oracle said.

But the biggest savings have come from new methods of servicing customers. Oracle had 60 different sales applications worldwide, all of them implementations of Oracle Sales, with multiple sales forecasting systems. The company had 60 different Web sites, roughly one for each of the nations it did business in, each with a different design. Now, the company has one Web site that can be localized for 23 different languages. If a remote office in another country wants to post its own content, it must be approved by worldwide headquarters.

"We shut down 60 servers around the world, with all the marketing and staff," Roberts said.

The company also has mandated uniform pricing for its products. Formerly, there was a pricing committee, chaired by chairman and CEO Larry Ellison, that set pricing, but it was largely ignored by regional managers. Now, prices are posted in an online store and are more strictly enforced. Oracle used to have 250 people who reviewed requests for discounts; now there are four.

Oracle salespeople can now demo their products online rather than have to conduct as many in-person sales calls.

Classroom activities have also been moved online. Oracle used to spend $325 per person to bring customers into hotels and conference centers for training and sales pitches. The company ran the sessions only in areas where there were enough customers to make the expense worthwhile. Now, the company runs the seminars over the Web, at a cost of $2 per head, and anyone in the world can participate.

The training and sales transition from classroom to Web, started in fiscal 1999, has generated $25 million in savings, Oracle said.

Oracle has also moved to a self-service model for customer support. It costs an average of $350 per call when the primary mode of tech support is over the phone, compared with $20 to support a customer on the Web. And the Web service is twice as likely to resolve a problem without follow-up.

About half of U.S. support calls have moved online, and 30 percent in Europe, the Middle East and Africa.

The key to its Web-based cost-cutting, Oracle says, is the integration inherent in the company's E-Business Suite.

"I don't have to spend the extra money to get the people to integrate Oracle applications

to other applications," Roberts said. "The pieces talk to each other: self-service support, the CRM product. If the customer logs into support, there's a customer history that we know about already. With other vendors, it has to be imported from sales. The only way they can handle the problem is to gather a data warehouse or repository."

While there's plenty of hype in Oracle's multibillion-dollar claims, there's no denying that the savings are substantial by any measure. Don't believe everything you read in Oracle's ads, but don't dismiss them out of hand, either.

# EXHIBIT 91

| | | |
|---|---|---|
| 1 | LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705) | LATHAM & WATKINS LLP<br>  Patrick E. Gibbs (SBN 183174) |
| 2 |   Michele F. Kyrouz (SBN 168004)<br>505 Montgomery Street, Suite 2000 | 140 Scott Drive<br>Menlo Park, CA 94025 |
| 3 | San Francisco, CA 94111-2562<br>Telephone: (415) 391-0600 | Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600 |
| 4 | Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com | E-mail: patrick.gibbs@lw.com |
| 5 |          michele.kyrouz@lw.com | |
| 6 | LATHAM & WATKINS LLP | |
| 7 |   Jamie L. Wine (SBN 181373)<br>633 West Fifth Street, Suite 4000 | |
| 8 | Los Angeles, CA 90071-2007<br>Telephone: (213) 485-1234 | |
| 9 | Facsimile: (213) 891-8763<br>E-mail: jamie.wine@lw.com | |
| 10 | Attorneys for Defendants ORACLE CORPORATION, LAWRENCE | |
| 11 | J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON | |
| 12 | ORACLE CORPORATION<br>  Dorian Daley (SBN 129049) | |
| 13 |   James C. Maroulis (SBN 208316)<br>500 Oracle Parkway | |
| 14 | Mailstop 5OP7<br>Redwood Shores, California 94065 | |
| 15 | Telephone: (650) 506-5200<br>Facsimile: (650) 506-7114 | |
| 16 | E-mail: jim.maroulis@oracle.com | |
| 17 | Attorneys for Defendant ORACLE CORPORATION | |
| 18 | **UNITED STATES DISTRICT COURT** | |
| 19 | **NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION** | |

| | | |
|---|---|---|
| 21 | In re ORACLE CORPORATION<br>SECURITIES LITIGATION | Master File No. C-01-0988-MJJ<br>(Consolidated) |
| 22 | | <u>CLASS ACTION</u> |
| 23 | | **DECLARATION OF GREGORY SEIDEN IN SUPPORT OF DEFENDANTS'** |
| 24 | This Document Relates To: | **MOTION FOR SUMMARY JUDGMENT** |
| 25 | ALL ACTIONS. | Date: N/A<br>Time: N/A |
| 26 | | Judge: Hon. Martin J. Jenkins |
| 27 | | |
| 28 | **FILED UNDER SEAL** | |

LATHAM&WATKINS<sup>LLP</sup><br>
ATTORNEYS AT LAW<br>
SAN FRANCISCO

DECLARATION OF GREGORY SEIDEN IN SUPPORT OF<br>
MOTION FOR SUMMARY JUDGMENT<br>
Master File No. C-01-0988-MJJ

I, Gregory Seiden, declare as follows:

1. I submit this declaration in support of Defendants' Motion for Summary Judgment, or in the Alternative, Summary Adjudication. I have personal knowledge of the facts set forth below and, if called upon, I could and would competently testify thereto.

2. I am the Vice President of Operations for Applications Technology for Oracle Corporation ("Oracle"). I have been employed in Oracle's Product Development organization since 1990. From 1999 through 2002, I served as Oracle's Vice President of Applications Integration.

3. In my capacity as Oracle's Vice President of Applications Integration during the time period relevant to this litigation, I was responsible for, among other things, supervising a team that managed product release coordination, developed the installation technology for Oracle's Suite 11i, packaged Suite 11i language translations when they became available, and ran high level integration testing for the Suite 11i applications. I have been involved in one form or another in developing standards for and executing integration and regression testing for Oracle's enterprise business applications since I started as Manager of Integration Testing in 1990.

### High-Level Integration Audit Testing for Suite 11i

4. As I noted above, during the relevant time period, my team performed high-level quality assurance, or "QA," audits to test the integration of Oracle's Suite 11i software prior to its various releases. We performed these audits before the initial release of Suite 11i in May 2000 (11i.1) and before each point release iteration thereafter during this time period (*i.e.*, 11i.2 and 11i.3). This high-level "sanity check" of integrated flows across numerous modules was not a substitute for the integration testing performed by programmers and QA teams within each development group for each product family. It was, instead, a kind of audit-level review to ensure the overall ability of the various applications to function together in an integrated fashion (as they were designed to do). This audit was a cross-check on the testing done by the development groups, which were principally responsible for many kinds of testing, including integration testing.

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

1

DECLARATION OF GREGORY SEIDEN IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

5. As part of our process, my team and I developed testing procedures designed to test, at a high-level, the overall integration of the Suite 11i applications before they were released. To accomplish this, and to ensure that data was able to flow among and across the Suite 11i applications as designed before the product was shipped, my team and I developed approximately 18-20 crucial business flows, which Oracle considered typical of transactions that users would execute and that would require data to pass through multiple applications. To test these business flows, my team installed the complete Suite 11i software (including each module for the particular release being tested) and attempted to execute the business flows we had developed for the release.

6. For example, my team would test transactions that required data to flow from a user's acquisition of a quote for a particular order, to the entry of the order, to the reduction of inventory based on that order, to the creation of a bill for the order, and to the a general ledger to account for the order. At present, I do not recall precisely all of the business flows that were used to test the integration of Oracle's Suite 11i versions 1 through 3, but each such release was tested using (among others) multiple flows that required data to pass as designed between various applications, including from Suite 11i's CRM applications through to Suite 11i's ERP applications.

7. As part of this auditing process, my team also performed regression testing, or testing to ensure that code changes had not rendered previously executed business flows unexecutable. Initially, my team used an Oracle proprietary system to conduct regression testing on Suite 11i. Later, Oracle switched to third party vendor Mercury's automated testing system. While, in hindsight, we felt that the automated testing system was more effective for Suite 11i, it did not mean – nor did we believe – that Oracle's previous testing methods were insufficient.

8. If during the course of either an integration audit or regression testing my team determined that a particular business flow could not be successfully executed, we would notify the development organization so that the appropriate development team or teams could address whatever issue or issues caused the inability to execute the flow. Prior to Suite 11i's

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECLARATION OF GREGORY SEIDEN IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

initial May 2000 release and prior to each of its point releases during the time period relevant to this litigation, my team was able to execute as designed each of the audit business flows within Suite 11i that we had developed to test the product's overall integration.

9. In addition to this formal standards-based audit and regression testing, my team would perform numerous one-off transaction-based tests of Suite 11i prior to each release. This testing consisted of members of my team running Suite 11i and "keying" various transactions into the suite of applications to ensure they could be executed to further ensure the ability of the various Suite 11i applications to share data among each other as designed. If during the course of this one-off testing any software bugs or other issues affecting the software's ability to execute a transaction were detected, these were reported to the appropriate development team or teams so they could work on a solution.

### Language Patching for Suite 11i

10. As noted above, during the time period relevant to this suit, my team was responsible for packaging translations of Oracle's Suite 11i software into languages other than English once they were completed.

11. During the first several releases of Suite 11i, including release versions 1 through 3, the product was first released in English, and then subsequently translated into various other languages. The translated versions of Suite 11i were delivered to customers through patches, which is a term Oracle uses for any release of code (other than the product itself) to a customer. For version 11i.1, the product was released in English in May of 2000, with 16 additional languages released in the middle of August of 2000 (Canadian French, Japanese, Korean, Brazilian Portuguese, Dutch, Latin American Spanish, Simplified Chinese, Danish, German, Thai, Finnish, French, Italian, Arabic, Norwegian, and Spanish), six additional languages released in September of 2000 (Swedish, Greek, Hungarian, Turkish, Czech, and Polish) and five additional languages released in early October of 2000 (Traditional Chinese, Slovak, Russian, Hebrew, and Portuguese).

12. Version 11i.2 was released in English in late October of 2000, with 11 additional languages released in the middle of November of 2000 (Greek, Japanese, Finnish,

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

3

DECLARATION OF GREGORY SEIDEN IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

Canadian French, Latin American Spanish, Dutch, Norwegian, Polish, Arabic, Simplified Chinese, and Danish), 13 additional languages released at the beginning of December of 2000 (Brazilian Portuguese, German, Thai, French, Italian, Spanish, Traditional Chinese, Hungarian, Slovak, Czech, Russian, Hebrew, and Portuguese), three additional languages released later in December (Turkish, Swedish, and Korean), and Romanian released in March of 2001.

13. Version 11i.3 was released in English in early February 2001, with nine additional languages released in March 2001 (Greek, Japanese, Canadian French, Latin American Spanish, Norwegian, Arabic, Simplified Chinese, German, and Brazilian Portuguese), nine additional languages in a subsequent March of 2001 release (Dutch, Thai, Finnish, Polish, Czech, Hebrew, Danish, French, and Spanish), six additional languages in the middle of April of 2001 (Italian, Turkish, Slovak, Russian, Swedish, and Korean), and four additional languages in early June of 2001 (Hungarian, Portuguese, Romanian, and Traditional Chinese).

14. When I refer to translations of Oracle's Suite 11i software, I am referring to the translation, generally, of those things that a Suite 11i user would see when operating the software. Oracle's Suite 11i development architecture was such that the software was able to run an enormous number of languages in a single data instance through the use of UNICODE, which allowed the software to accept inputs from the characters found in the world's major languages. However, those things the user sees while operating the software still had to be translated into the non-English languages used by Oracle's various customers.

15. Language translation is a time-consuming process. In packaging the translations for the Suite 11i software, my team would extract the English version of the text strings displayed to the software's users and package those to be sent by Oracle's support organization to third-party translation vendors who would then translate the strings into various non-English languages. After the vendor finished the translations, they would send them back to my team, and we would package them for upgrade installation, generally via a software patch.

### Separate Releases for Oracle's Suite 11i Software

16. It is my understanding that the Plaintiffs in this case have alleged that the first two versions of Oracle's Suite 11i were released with the CRM and ERP applications on a

LATHAM•WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

4

DECLARATION OF GREGORY SEIDEN IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1 separate schedule and that this contributed to an inability of the various 11i applications to work
2 together. As the person with overarching responsibility for developing the installation
3 technology for the full Oracle 11i suite of applications, and for testing those applications together
4 prior to their release, I am familiar with the release schedule of the 11i applications during the
5 time frame relevant to this litigation, and with any issues that developed as a result of separate
6 application releases for Oracle 11i.

7   17.   While the Oracle Suite 11i ERP and CRM application families were at
8 times released on separate schedules during this time period (and including at least one release of
9 Oracle 11i – 11i.6 – which postdates the time period at issue here), this fact had absolutely no
10 effect on the ability of the Suite 11i applications to work together when installed by customers.
11 In this vein, the fact that the third version of Suite 11i (11i.3) was the first version for which ERP
12 and CRM were released simultaneously on the same schedule did not indicate that this was the
13 first integrated suite of 11i applications. The Suite 11i applications were designed around a
14 single common data schema that allowed them to share information as designed without having
15 to write custom code to get them to do so (known as "systems integration"). This was true for
16 the first two versions of Suite 11i (11i.1 and 11i.2), just as it was for the third. Indeed, my group
17 performed the same suite-wide integration audit testing using the full compliment of ERP and
18 CRM applications for the first two versions of Suite 11i as we did for the third.

19   I declare under penalty of perjury under the laws of the State of California that the
20 foregoing is true and correct. Executed this 26th day of July, 2007, at Redwood City, California.

*Gregory Seiden*

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

5

DECLARATION OF GREGORY SEIDEN IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ