# EXHIBIT 92

LORRIE L. MARCHANT
RPR, CSR No. 10523
FOR IDENTIFICATION
Exhibit: 11
Date: 4-6-2005
Witness: Fletcher
No. of Pages: 34

# SOFTWARE POWERS THE INTERNET

ORACLE
CONFIDENTIAL          CA-ORCL 025645

NDCA-ORCL 028625



ORACLE
CONFIDENTIAL

CA-ORCL 025646

NDCA-ORCL 028626



ORACLE
CONFIDENTIAL

CA-ORCL 025647



ORACLE
CONFIDENTIAL
CA-ORCL 025648



ORACLE
CONFIDENTIAL

CA-ORCL 025649

NDCA-ORCL 028629



ORACLE
CONFIDENTIAL

CA-ORCL 025650

NDCA-ORCL 028630



ORACLE
CONFIDENTIAL



ORACLE
CONFIDENTIAL

CA-ORCL 025652

NDCA-ORCL 028632



## FY Q2 Financial Results

|  | Q2 Revenues | Y-Y Growth% |
|---|---|---|
| ERP | $ 201M | 86% |
| CRM | 78M | 60% |
| 3rd Party Resale | 0M | (99%) |
| Reported Total | $ 279M | 66% |

ORACLE

ORACLE
CONFIDENTIAL

CA-ORCL 025653

NDCA-ORCL 028633



# FY Q2 Financial Results — ERP Detail

| | Q2 Revenues | Y-Y Growth |
|---|---|---|
| Financials/Projects | $ 64M | 42% |
| Manufacturing | 47 | 87% |
| Procurement/Exchange | 37 | 145% |
| Human Resources | 27 | 124% |
| Advanced Planning | 15 | NM |
| Other | 12 | 0% |
| Total "ERP" | $201M | 86% |

ORACLE

ORACLE
CONFIDENTIAL          CA-ORCL 025654

NDCA-ORCL 028634



11i Customer Adoption

120 Live Customers

*Both New Installs and Upgrades*

ORACLE

ORACLE
CONFIDENTIAL

CA-ORCL 025655

NDCA-ORCL 028635



ORACLE
CONFIDENTIAL

CA-ORCL 025656



## Oracle is Live

### Oracle's $2 Billion Dollar Savings Target

| | Previous Goal $ Mil | New Goal $ Mil |
|---|---|---|
| Consolidate Operations | $200 | $250 |
| Customer Side | $550 | $1450 |
| Supplier Side | $150 | |
| Inside | $200 | $100 |
| | $100 | |
| Total | $1,000 | $2,000 |

ORACLE

ORACLE
CONFIDENTIAL

CA-ORCL 025657

NDCA-ORCL 028637



## 11i Product Releases

| | | |
|---|---|---|
| 11i.1 | May 2000 | First shipped release |
| 11i.2 | Oct 2000 | Major quality improvement |
| 11i.3 | Jan 2001 | First integrated ERP/CRM release |
| 11i.4 | Mar 2001 | Approaching rock solid quality |

ORACLE

ORACLE
CONFIDENTIAL

CA-ORCL 025658

NDCA-ORCL 028638





ORACLE

# E-Business Suite Plans

## Full Stabilization & Accumulation of References

## Make Suite More Valuable:
"Complete" the Suite by Industry

## Reduce Cost, Shorten Implementations:
"Simplify" — Automate Software Operation

*Make it a Clear Choice to Replace Current Systems in Favor of the Suite*

ORACLE
CONFIDENTIAL          CA-ORCL 025660

NDCA-ORCL 028640

# "Complete" the Suite By Industry

| Industry | Current Fit | Features Needed |
|---|---|---|
| Most Manufacturing | Excellent | |
| CPG Manufacturing | Good | Just Released |
| Distribution | Good | Warehouse – May |
| Service Industries: | | |
| – Software | Excellent | |
| – Professional | Good | Resource Mgmt – Mar |
| – Financial | Core | |
| – Retail | Core | Start this year |
| – Healthcare | Core/ | Effort underway |
| | Benefits | |

ORACLE

ORACLE
CONFIDENTIAL

CA-ORCL 025661

NDCA-ORCL 028641



ORACLE
CONFIDENTIAL

CA-ORCL 025662

NDCA ORCL 028642



ORACLE
CONFIDENTIAL

CA-ORCL 025663



"Simplify" –
Automate Software Operations

*On a Scale of:*

1 ................. For an Individual Customer

Or 10,0000 ...... For Hosting

ORACLE
CONFIDENTIAL

CA-ORCL 025664

NDCA-ORCL 028644



## "Simplify" – Automate Software Operations

*An Example:*

The "Black Box" Project: an E-business Suite Configuration for use with Exchanges

Offer hosted, pre-installed, pre-configured, XML enabled software

So that End Customer Price is suitable for very small company market

ORACLE
CONFIDENTIAL

CA-ORCL 025665



ORACLE
CONFIDENTIAL



ORACLE
CONFIDENTIAL

CA-ORCL 025667

NDCA-ORCL 028647



ORACLE
CONFIDENTIAL

CA-ORCL 025668

NDCA-ORCL 028648



ORACLE
CONFIDENTIAL

CA-ORCL 025669

NDCA-ORCL 028649



Exchange -- Global Customer Basis

# of Exchanges

| Latin America | U.S./Canada | EMEA | Asia Pacific | TOTALS |
|---|---|---|---|---|
| 7 | 16 | 19 | 19 | 61 |

ORACLE

ORACLE
CONFIDENTIAL

CA-ORCL 025670

NDCA-ORCL 028650



...Representing A Range of Industries

Airline
Automotive (2)
Chemicals (2)
Consumer Products (5)
Engineering (2)
Forest and Paper (2)
Financial Services (6)
Healthcare (3)
High Tech (2)

Industrial Equipment (2)
Metals/Mining (6)
Petroleum (2)
Public Sector (4)
Retail (2)
Real Estate
Telecom (8)
Transportation (5)
Startups / Other (6)

ORACLE

ORACLE
CONFIDENTIAL

CA-ORCL 025671

NDCA-ORCL 028651



# Key Industry Exchange Customers

| Exchange | Industry | Key Sponsors |
|---|---|---|
| AeroXchange | Airlines | FedEx, Lufthansa, Northwest Airlines, Singapore Air |
| Chemround | Chemicals | Hyundai, SK Global, LG Int'l |
| Covisint | Automotive | Ford, GM, Daimler-Chrysler |
| Global Net Xchange | Retail | Sears, Carrefour, Kroger, Metro |
| LINE (formerly GTX) | Transportation | Hutchison Whampoa |
| RetailersMarketXchange | Retail | Chevron, McLane |
| Worldsol.com | Chemicals | Borden Chemical, Nylex, Sumitomo |

ORACLE

ORACLE
CONFIDENTIAL

CA-ORCL 025672

NDCA-ORCL 028652



ORACLE
CONFIDENTIAL     CA-ORCL 025673

NDCA-ORCL 028653



# E-Hub -- Likely Direction Change

Key customers will be the strong individual companies seeking to optimize their full supply chain

ORACLE

ORACLE
CONFIDENTIAL

CA-ORCL 025674



E-Hub: The Network Effect

The more customers that use our product,
the more others benefit from using it as well

ORACLE

ORACLE
CONFIDENTIAL          CA-ORCL 025675

NDCA-ORCL 028655



ORACLE
CONFIDENTIAL

CA-ORCL 025676

NDCA-ORCL 028656



ORACLE
CONFIDENTIAL

CA-ORCL 025677



ORACLE
CONFIDENTIAL

CA-ORCL 025678

# EXHIBIT 93

 

[Fwd: Sierra Health--10.7 Upgrade to 11i Issues]

**Message-ID:** <3ACDEB46.1691C06D@oracle.com>
**Date:** Fri, 06 Apr 2001 09:13:58 -0700
**From:** Michael Rocha <Michael.Rocha@oracle.com>
**Organization:** Oracle Corporation
**X-Mailer:** Mozilla 4.7 [en] (Win98; I)
**X-Accept-Language:** en
**MIME-Version:** 1.0
**To:** "Wohl,Ronald" <RON.WOHL@ORACLE.COM>
**Subject:** [Fwd: Sierra Health--10.7 Upgrade to 11i Issues]
**Content-Type:** multipart/mixed;boundary="------------6F3816012860923AC9607252"
**X-Mozilla-Status:** 8001
**X-Mozilla-Status2:** 00000000

```
I have a couple emails like this.  Are you still comfortable with the
de-support date? Mike
```

**Return-Path:** <charles.kendig@oracle.com>
**Received:** from oracle.com (dhcp-reston-gen-1-west-113-95.us.oracle.com
    [138.1.113.95])by gmgw01.oraclecorp.com (Switch-2.1.1/Switch-2.1.0) with
    ESMTP id f35GoTN28040;Thu, 5 Apr 2001 09:50:29 -0700 (PDT)
**Message-ID:** <3ACCA7A1.5FF02731@oracle.com>
**Date:** Thu, 05 Apr 2001 13:13:05 -0400
**From:** charles kendig <charles.kendig@oracle.com>
**Organization:** Oracle Corporation
**X-Mailer:** Mozilla 4.7 [en] (Win95; I)
**X-Accept-Language:** en
**MIME-Version:** 1.0
**To:** "Sellers,Richard" <DICK.SELLERS@oracle.com>,
    "ROCHA,MICHAEL" <MICHAEL.ROCHA@oracle.com>,
    "Duffy,Joseph" <JDUFFY@US.ORACLE.COM>,
    "Garcia,Jose" <JXGARCIA@US.ORACLE.COM>,
    "Nussbaum,Jay" <JNUSSBAU@US.ORACLE.COM>
**Subject:** Sierra Health--10.7 Upgrade to 11i Issues
**X-Priority:** 1 (Highest)
**Content-Type:** multipart/mixed;boundary="------------2FB996777C4F089A3476EF32"

```
Dick, this note is an update to what I sent to you yesterday regarding
Sierra Health.  The attachment is an anonymous internal email that I
received today in response to the feedback from the client.

Our customers are in the middle--they are being told to upgrade from
10.7 by June, 2002 (Support extended from December, 2001) which impacts
our ability to support them versus waiting for a later version of 11i
that resolves many of the identified issues via product enhancement. Too
many customers think we're treating them as "early adapters".  We're out
trying to get our state/local and higher education accounts (high
concentration of 10.7) to upgrade, but in the back of our minds, we're
uncertain of our ability to support them when implementation issues
arise.  Have we thought of possibly extending the desupport date for
10.7 to give ourselves and our customers some breathing room?  I know
that this is not the popular approach, but it just might help.
```

**ORACLE
CONFIDENTIAL**

EXHIBIT
6

NDCA-ORCL 121624

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



[Fwd: Sierra Health—10.7 Upgrade to 11i Issues]

I'm a messenger with this so please don't shoot me.  We're just becoming
more and more concerned that our customers are having such difficulty
with the upgrades and are looking for some alternatives to help them.
The time extension will allow us to improve the initial release.

Thanks for your consideration of our request and for moving it up the
food chain.

Regards,

Charles P. Kendig
Vice President, Quality/Customer Satisfaction
Oracle Service Industries
703-364-2904

--------------------------------------------------------------------------------

Anonymous Feedback:

Product Quality is THE primary issue, not Product Support. Has been ever
since 11i (or 10.7SC, pick a release) was pushed out the door
prematurely. New Product Introduction (NPI) or lack of it is the
secondary issue.  Anyone want to list the documentation, education,
collaterals, demonstrations, support, beta results that were available
at release date? We're expending resources solving the wrong problem.

I could forward more than one proof of that simple, but elusive fact,
Forrester Report notwithstanding. You said it yourself.  "For example,
they recently were given an HR global patch that did not work.".
Development creates those patches, the visibility falls back to PSF.

I would simply ask that some brave soul, with more leverage than I,
(yourself or Tony) moves it up their food chain. There is an extensive
list of customers and facts to support the correct problem issue;
Sierra, Sandi Labs, Wells Fargo, Disney, Ingram-Micro, Beckman-Coulter,
in the hundreds. The time has come to admit that in Oracle Applications
the "king has no clothes" There are in excess of 500 customers on 11i.
Can we name one, five, fifty five hundred that has successfully
implemented ERP and/or CRM in production?

Does this ring true or am I smoking again? Who would tell the king of
his wardrobe?

Regards,
Would like to remain a Stake Holder

Matt Francis wrote:

  Tony,

  Per our conversation this morning, below is a recap of the Sierra
situation.

I spent the day out at the customer on 3/16 after our Detroit meeting.
The main purpose of my trip there was to meet with the Oracle Steering
Committee which consists of the following people;

        Larry Howard, Senior VP, IT  & Program Office
        Bob Schaich, VP/IS, CIO
        Dan Kruger, VP/HR Administration
        Paul Palmer, CFO
        Mark Weinberg, Director, Comp and Benefits
        Jamie Jackson, AVP/Corporate Tax and Payroll
        Luis Diaz, Manager, HRIS
        Chuck Silva, Director Corporate Apps (Project Director)

**ORACLE
CONFIDENTIAL**

2

**NDCA-ORCL 121625**

**CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER**



[Fwd: Sierra Health--10.7 Upgrade to 11i Issues]

Frank Kucera, AVP Applications Services
John Okita, AVP Corporate Controller
Michael Schramm, Finance Director
Chris Wendell, Manager, Information Architecture
Michael Scott, KBACE consultant

This meeting was very insightful, but very painful.  It became VERY
clear that everyone at Sierra is watching us closely to see how we
handle their upgrade issues that are currently causing great pain within
their organization.

As we discussed after your interaction with Chuck Silva during Leaders
Circle, Sierra is an excellent chance for us to develop a much needed
healthcare reference for 11i.  Chuck Silva is really leading the charge
with these folks on supporting Oracle and will be able to help us drive
future revenue in the account.

It is important to sum up the current perspective of the customer:
     They currently feel that they are paying a great deal of money (c.
$500k) for Silver Support from which they are getting very little value.

     Additionally, they are feeling that they have been forced on the
'bleeding edge' of migration from 10.7 to 11i  based on Oracle's initial
direction that 10.7 would be desupported (since that time it has been
extended).
     They are feeling that there is very little capable technical
assistance with respect to upgrades from 10.7 to11i, and that it doesn't
seem, from their experience, that Oracle is ready for the upgrade to
occur.
     Paul Palmer continues to reiterate that one of the reasons they
continued to go forward with the upgrade as planned, as opposed to
outsourcing to ADP or delaying the upgrade,  is that Tony committed to
him that  they would have appropriate level of support to insure a
smooth upgrade.
     They continue to experience problems and delays in accessing support
to help keep them on time and on budget for their upgrade.  For example,
they recently were given an HR global patch that did not work.  After
almost two weeks of trying to sort it out, they were finally told to
roll back which ended up costing
them two weeks off of their schedule and $10K in labor.  Last week, they
had another support setback which caused them to seriously consider
delaying their roll out by a month.

These issues are extensions of the issues that were brought up by Chuck
at Leaders Circle.  We need to demonstrate that we are taking an active
role and addressing these issues if we want to have a referenceable
customer and an opportunity to grow revenue in the account.

Bob Schaich, CIO had the following requests coming out of the Steering
Committee meeting;

     Oracle provide compensation for the time and dollars lost due the
bad information around the patch issue above.
     Implement performance standards with $ attached for Oracle's lack
of performance on support
     Oracle test against SHS's environment when issuing patches for 11i
upgrade

While I realize that the above is not achievable, it is critical that we
put skin in the game to demonstrate our ongoing commitment and help them
remedy this situation immediately.  As a result, the following actions
have taken place:

**ORACLE
CONFIDENTIAL**

     •     Assigned Cynthia Watson as their Customer Advocate

**NDCA-ORCL 121626**

**CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER**




[Fwd: Sierra Health--10 7 Upgrade to 11i Issues]

- Put them in the Customer Care Program for their 11i upgrade
- Through Laura Scott, offered 25 to 30 days onsite support at no cost to to the customer. I presented them with a proposal for 30 and 60 day premium support ($60 and $120k, respectively), which they felt was unacceptable as they were already paying a great deal for support that they are not receiving.
- The onsite representative is scheduled to be at the customer site tomorrow morning (4/3). This will hopefully have a big impact. The next two weeks are key as the customer has tabled, for two weeks, the decision of moving the go live date back a month to see what progress is made in getting the project back on schedule.

If we can accomplish the task of giving the customer the assistance they require in achieving their goals, we will have opportunities next FY and beyond for the following revenue opportunities:

    iprocurement
    data base consolidation for current Facets applications being run on Sybase.
    Commission system (possibly other CRM).

We will continue to have opportunity here, but we need to resolve the support issue in a satisfactory manner as we will continue to be judged against this performance the future when considering additional Oracle solutions.

I will look forward to our conference call tomorrow morning in order to address the issues at hand and get suggestions for other methods of resolution that those involved with the situation may not have considered.

Thank you


--
Matthew Francis
Account Manager
Oracle Service Industries

600 Anton Blvd, Suite 1400
Costa Mesa, CA 92626
Office:   714-445-4660
Cell:     949-439-0980
Fax:      714-444-8339




Matt Francis


**ORACLE
CONFIDENTIAL**

**CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER**

[Fwd: Sierra Health—10.7 Upgrade to Hi Issues]

charles kendig <charles.kendig@oracle.com>

Michael Rocha <Michael.Rocha@oracle.com>

**ORACLE
CONFIDENTIAL**

5

**NDCA-ORCL 121628**

**CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER**