# EXHIBIT 94

Re (no subject)

**Subject: Re: (no subject)**
**Date:** Wed, 08 Nov 2000 18:47:21 -0800
**From:** Joel Summers <joel.summers@oracle.com>
**Organization:** Oracle Corporation
**To:** Ron Wohl <ron.wohl@oracle.com>

Ron,

Agreed.  This was/is on my list for our 1 on 1 at noon.

Joel

Ron Wohl wrote:

> Joel, let's review this tomorrow
>
> "Lawrence J. Ellison" wrote:
>
> > Ron, comments please.  larry
> >
> > -------- Original Message --------
> > Return-Path: <Helen.Sayles@LibertyMutual.com>
> > Received: from mailsun2.us.oracle.com (mailsun2.us.oracle.com
> > [130.35.61.114])by gmpw03.us.oracle.com (8.8.8+Sun/8.8.8) with ESMTP id
> > OAA27154for <larry.ellison@oracle.com>; Wed, 8 Nov 2000 14:35:15 -0800
> > (PST)
> > From: Helen.Sayles@LibertyMutual.com
> > Received: from inet-smtp1.oracle.com (inet-smtp1.us.oracle.com
> > [209.246.15.57])by mailsun2.us.oracle.com (8.9.3/8.9.3) with ESMTP id
> > OAA17452for <lellison@us.oracle.com>; Wed, 8 Nov 2000 14:35:15 -0800
> > (PST)
> > Received: from lmig-ims-01.lmig.com ([147.179.129.23])by
> > inet-smtp1.oracle.com (8.9.3/8.9.3) with ESMTP id OAA02423for
> > <lellison@us.oracle.com>; Wed, 8 Nov 2000 14:35:31 -0800 (PST)
> > Received: by lmig-ims-01.lmig.com with Internet Mail Service
> > (5.5.2650.21)id <W3S6CS2B>; Wed, 8 Nov 2000 17:34:43 -0500
> > Message-ID: <E11465E67304D2118CFD0008C7288F1806509100@LMIG-MSG-18>
> > To: lellison@us.oracle.com
> > Date: Wed, 8 Nov 2000 17:34:41 -0500
> > MIME-Version: 1.0
> > X-Mailer: Internet Mail Service (5.5.2650.21)
> > Content-Type: text/plain;charset="ISO-8859-1"
> >
> > Liberty Mutual Group,
> > November  7, 2000
> >
> > Oracle Corporation,
> > Lawrence J. Ellison
> >
> > Dear Larry
> >
> > We are the Senior IT and Human Resource Executives for Liberty Mutual
> > Group,
> > a diversified international financial services group of companies with
> > $13.6
> > billion in consolidated revenue, more than $54 billion in consolidated
> > assets and more than $67 billion in assets under management, and
> > employing
> > 37,000 people in more than 900 offices throughout the world.
> >
> > We are writing this to bring to your attention what we consider a major

ORACLE
CONFIDENTIAL

CA-ORCL 015512

NDCA-ORCL 018733

> > breach of promise from Oracle, and in the hope that we can yet recover
> > to a
> > mutually acceptable outcome.
> >
> > Having gone through extensive review of alternatives, we purchased the
> > Oracle 11i Human Resource Management System in late 1999.  Our decision
> > was
> > based on your team's explicit commitment to delivery of a product that
> > would
> > perform as intended in a time frame that would allow for smooth
> > implementation - including all of the essential testing required.
> >
> > We believed that purchase of the HRMS would not only allow us to fulfil
> > a
> > critical internal need, but would also allow us to evaluate the
> > technology
> > platform, technical capabilities, service delivery and support as we
> > look to
> > the future technology platform required to support our multiple business
> > units.
> >
> > Unfortunately, based on our most recent project review with our team
> > today,
> > our confidence in both the quality of the product, and in Oracle's
> > ability
> > to support us in meeting those objectives, is so low that we feel that
> > without a major change on your part,  the project has very little chance
> > of
> > success.
> >
> > To put it bluntly, we have encountered multiple software quality
> > problems
> > and we have struggled to get appropriate support and response to our
> > issues.
> > The situation is dire, and absent a concerted effort on your part, we
> > now
> > stand in great jeopardy on this implementation.
> >
> > The success of this project is crucial to Liberty Mutual's business
> > plans
> > for 2001, and represents a significant investment with Oracle.  As our
> > first
> > enterprise-wide endeavor with Oracle, we entered this relationship with
> > excitement, high hopes and expectations about a new working relationship
> > with you.  It has been represented by Oracle as a path to significant
> > productivity gains, and to improved access to information for employees
> > and
> > external suppliers of benefits.  We have made a substantial investment
> > and
> > commitment to its success, both personally and for the company, and have
> > been deeply disappointed in the results.  In summary:
> >
> > *       the base system was promised by 3/31/00 - it was delivered on
> > 6/2/00.
> > *       we were unable to run a first test payroll until 7/26/00
> > *       we have continually faced serious issues with your technical
> > assistance request process, with multiple TAR's remaining dormant while
> > our
> > people have tried to escalate the issues within your organization.
> > *       when escalated, the issues appear to get a flurry of action, but the
> > number of issues do not appear to diminish, and your customer support
> > process has not been effective in resolving flaws in what would appear
> > to be

**ORACLE
CONFIDENTIAL**

**CA-ORCL** 015513

2

**NDCA-ORCL 018734**

Re: (no subject)

```
> > basic functionality.
> > *      we have been working with people over 9 different time zones -
> > testing multiple potential solutions suggested by Oracle, only to find
> > the
> > solutions do not work.
> > *      The patch set that was planned to fix multiple outstanding issues on
> > system functionality was promised by 10/15/00, then 11/1/00 - it was
> > delivered on 11/3, only after we complained mightily about a further
> > indicated delay.  It has taken 5 days to complete the installation
> > because
> > of problems with the install package.
> > *      We are now burning our resources and time in every effort to resolve
> > base functionality problems, when we should be directing those resources
> > to
> > building critical interfaces, testing, and bringing this project to a
> > successful conclusion.
> >
> > We are at a critical juncture.  We need to make a 'go - no go' decision
> > by
> > the end of November, and we have not yet, in our opinion, been delivered
> > a
> > system with enough functionality to even test adequately.  We have
> > approximately 25 TAR's still unresolved and we do not get a sense from
> > your
> > people of the appropriate urgency around resolving ALL of these
> > outstanding
> > issues.  We MUST resolve and remove these if we are to move forward.
> >
> > As with any new major product implementation, our people had had many
> > of
> > the usual problems caused by lack of product specific knowledge.
> > Nevertheless, the bottom line is that we have a product that does not
> > work
> > and it will take a great deal of joint effort to bring us to the outcome
> > that was intended - one of the first successful installations of a
> > product
> > which we believe to be in a targeted growth area for Oracle .
> >
> > We have worked within the process and support channels provided by
> > Oracle,
> > but the work remaining, and the issues which will certainly still
> > surface,
> > paint a bleak picture of our chances of success.  We simply cannot
> > continue
> > along this path.
> >
> > Your company has a superior reputation for delivering web-enabled,
> > business
> > focused products to support e-business and the technology platform of
> > the
> > future.  It is a serious disappointment to us that our first Oracle
> > delivery
> > does not match the vision we believe you have for your organization.
> > Like
> > us and other successful companies, we believe your company's future
> > success
> > lies in excellent execution of your strategic goals and developing a
> > reputation for delivery which matches the promise.
> >
> > Again, we write to you in the hope that you will bring your  influence
> > to
> > bear on this situation and work with us to ensure a successful outcome.
> > Neither of us wants the alternative:
```

ORACLE
CONFIDENTIAL

3

CA-ORCL 015514

NDCA-ORCL 018735

Re: (no subject)

```
> >
> > *       We need a system that works - the one we had envisioned.
> > *       We presume you want this new, visible web-enabled application to be
> > a demonstration of success - not failure.
> >
> > At this juncture, we are requesting that this project be made the
> > highest
> > level of priority possible in order to turn this situation around.  We
> > are
> > committed to working on this in the same manner, and have dedicated
> > teams
> > working in a virtual 7 x 24 mode to insure that we do not fail.  We have
> > no
> > plans to back off on our commitment to our company.  We need your
> > commitment
> > at the same level.  Anything short of that at this point virtually
> > assures
> > that we will fail, with both Oracle and Liberty suffering as a result.
> >
> > What we are formally requesting, at a minimum, is the assignment of a
> > key
> > Oracle executive to this project, with both the wherewithal and the
> > commitment to make all necessary assets of your company available to
> > bring
> > this to fruition, on plan and on schedule.  We also believe that we need
> > Oracle assets on the ground that can cut through your processes to deal
> > decisively with our issues, and rapidly deliver answers and solutions to
> > problems.  We can still do this, but only if Oracle rises to the
> > occasion.
> >
> > We await your immediate response.
> >
> > Sincerely,
> >
> > Terry L. Conner                            Helen E.R. Sayles
> > Senior Vice President and CIO              Senior Vice
> > President
> > Information Systems                         Human Resources and
> > Administration
```

Joel Summers <joel.summers@oracle.com>
VP, Global HRMS Development
Oracle Applications
HRMS Development

ORACLE
CONFIDENTIAL

CA-ORCL 015515

4

NDCA-ORCL 018736

Liberty Mutual[Fwd: (no subject)]

**Subject: Liberty Mutual[Fwd: (no subject)]**
**Date:** Wed, 08 Nov 2000 19:46:52 -0800
**From:** Joel Summers <joel.summers@oracle.com>
**Organization:** Oracle Corporation
**To:** "Larsen,Kurt" <KURT.LARSEN@ORACLE.COM>,
Robin Weiss <robin.weiss@oracle.com>, jcafolla@uk.oracle.com,
cswan@uk.oracle.com, aroussel@uk.oracle.com
**CC:** "Murphy,Michael" <MICHAEL.MURPHY@ORACLE.COM>,
"Kender,Anthony" <TKENDER@US.ORACLE.COM>,
"Summers,Joel" <JSUMMERS@US.ORACLE.COM>

All,

As you can see from the attached, Liberty Mutual has escalated their significant dissatisfaction with Oracle HRMS to Larry. This will be a topic of discussion tomorrow.

The letter raises two major current issues that must be addressed:

1) 11i product issues and resolution, and
2) Support responsiveness

I believe that if Patchset B had gone in well this weekend, we would not have received this letter. There were 4 or 5 product issues in Patchset B, and Liberty felt that Support responsiveness was lacking; thus, we instituted a direct development contact to Liberty to resolve our issues in our Patchset. I believe that direct Development involvement is, at least, part of the answer, and the Liberty team with whom I spoke indicated that our service level was good. To my knowledge, there are no outstanding PSB issues currently.

Vis-a-vis Patchset B, Alvin / Clive, please drop me an email outlining all of the issues in psB, root cause and resolution.

Robin, we have a call on Friday to discuss Support. I have no open time tomorrow, but I'll call you from my car on the way in to work. Your opinion much appreciated. I know this can be a difficult customer and we have seen the extreme lack of information they provide in their TARs causing frequent successive iterations to identify their actual issues.

Beth / John please give me the latest on their current TARs. From our discussion this evening, Beth, and your analysis, as of yesterday they had 16 open TARs (I don't believe that it increased to 25 today as the letter suggests?):

6 - P2s (5 HRMS 1 AOL) Of these 1 is an enhancement, 2 are open to HRD, 1 to AOL)
8 - P3s (all HRMS) 2 of these are taxation issues. (Robin, please be aware that in my conversation with Tim Guilvert today, he stated that he attempted to raise the tax issues to PIs and could not do so through Support.) The tax issues are the hottest to Liberty. Beth, Clive - we need answers on these. One of the tax issues neither we nor Support have been able to recreate.
2 - P4s

Other factors:

**ORACLE CONFIDENTIAL**

Liberty is using a third party consultancy organization: What have we seen there? They are seemingly doing a decent job. Beth, Clive, in our biweekly calls since project inception, have we seen any major issues caused by implementation mistakes?

CA-ORCL 015516

1

Liberty Mutual|Fwd: (no subject)|

The letter makes no mention of the March delivery we made on the loaned Sun box. Why? I thought they actually ran pilot payrolls on that box before 11i delivery proper.

Mike, what is their issue with multiple time zone support?

The issue that I take exception with in their letter is the statement that "we have not yet, in our opinion, been delivered a system with enough functionality to even test adequately". This is not supported by their TARs or the capabilities of 11i. However, I have serious questions about their level of testing to-date. John / Mike, have they completed data migration? Have they run parallel payrolls? Has the user community been trained?

Altogether, I believe the only thing this customer wants at this time is a successful implementation. If that fails, I am certain that they will want far more than that. We can not let that happen - nor should it. HR Development, as I have indicated, all out efforts in all HRMS areas.

Regards,

Joel

---

**Subject: Re: (no subject)**
**Date:** Wed, 08 Nov 2000 17:40:19 -0800
**From:** Ron Wohl <ron.wohl@oracle.com>
**Organization:** Oracle Corporation
**To:** "Lawrence J. Ellison" <Larry.Ellison@oracle.com>,
    "Summers,Joel" <JSUMMERS@US.ORACLE.COM>
**CC:** Safra Catz <safra.catz@oracle.com>

Joel, let's review this tomorrow

"Lawrence J. Ellison" wrote:

> Ron, comments please.   larry
>
> -------- Original Message --------
> Return-Path: <Helen.Sayles@LibertyMutual.com>
> Received: from mailsun2.us.oracle.com (mailsun2.us.oracle.com
> [130.35.61.114])by gmgw03.us.oracle.com (8.8.8+Sun/8.8.8) with ESMTP id
> OAA27154for <larry.ellison@oracle.com>; Wed, 8 Nov 2000 14:35:15 -0800
> (PST)
> From: Helen.Sayles@LibertyMutual.com
> Received: from inet-smtp1.oracle.com (inet-smtp1.us.oracle.com
> [209.246.15.57])by mailsun2.us.oracle.com (8.9.3/8.9.3) with ESMTP id
> OAA17452for <lellison@us.oracle.com>; Wed, 8 Nov 2000 14:35:15 -0800
> (PST)
> Received: from lmig-ims-01.lmig.com ([147.179.129.23])by
> inet-smtp1.us.oracle.com (8.9.3/8.9.3) with ESMTP id OAA02423for
> <lellison@us.oracle.com>; Wed, 8 Nov 2000 14:35:31 -0800 (PST)
> Received: by lmig-ims-01.lmig.com with Internet Mail Service
> (5.5.2650.21)id <WJS6CS2B>; Wed, 8 Nov 2000 17:34:43 -0500
> Message ID: <E11465E67304D2118CFD0008C7288F1806509100@LMIG-MSG-18>
> To: lellison@us.oracle.com
> Date: Wed, 8 Nov 2000 17:34:41 -0500
> MIME-Version: 1.0

**ORACLE
CONFIDENTIAL**

**CA-ORCL 015517**

**NDCA-ORCL 018738**

Liberty Mutual[Fwd: (no subject)]

> X-Mailer: Internet Mail Service (5.5.2650.21)
> Content-Type: text/plain;charset="ISO-8859-1"
>
> Liberty Mutual Group,
> November 7, 2000
>
> Oracle Corporation,
> Lawrence J. Ellison
>
> Dear Larry
>
> We are the Senior IT and Human Resource Executives for Liberty Mutual
> Group,
> a diversified international financial services group of companies with
> $13.6
> billion in consolidated revenue, more than $54 billion in consolidated
> assets and more than $67 billion in assets under management, and
> employing
> 37,000 people in more than 900 offices throughout the world.
>
> We are writing this to bring to your attention what we consider a major
> breach of promise from Oracle, and in the hope that we can yet recover
> to a
> mutually acceptable outcome.
>
> Having gone through extensive review of alternatives, we purchased the
> Oracle 11i Human Resource Management System in late 1999.  Our decision
> was
> based on your team's explicit commitment to delivery of a product that
> would
> perform as intended in a time frame that would allow for smooth
> implementation - including all of the essential testing required.
>
> We believed that purchase of the HRMS would not only allow us to fulfil
> a
> critical internal need, but would also allow us to evaluate the
> technology
> platform, technical capabilities, service delivery and support as we
> look to
> the future technology platform required to support our multiple business
> units.
>
> Unfortunately, based on our most recent project review with our team
> today,
> our confidence in both the quality of the product, and in Oracle's
> ability
> to support us in meeting those objectives, is so low that we feel that
> without a major change on your part,  the project has very little chance
> of
> success.
>
> To put it bluntly, we have encountered multiple software quality
> problems
> and we have struggled to get appropriate support and response to our
> issues.
> The situation is dire, and absent a concerted effort on your part, we
> now
> stand in great jeopardy on this implementation.
>
> The success of this project is crucial to Liberty Mutual's business
> plans
> for 2001, and represents a significant investment with Oracle.  As our
> first

**ORACLE CONFIDENTIAL**

**CA-ORCL 015518**

3

Liberty Mutual[Fwd: (no subject)]

> enterprise-wide endeavor with Oracle, we entered this relationship with
> excitement, high hopes and expectations about a new working relationship
> with you.  It has been represented by Oracle as a path to significant
> productivity gains, and to improved access to information for employees
> and
> external suppliers of benefits.  We have made a substantial investment
> and
> commitment to its success, both personally and for the company, and have
> been deeply disappointed in the results.  In summary:
>
> *       the base system was promised by 3/31/00 - it was delivered on
> 6/2/00.
> *       we were unable to run a first test payroll until 7/26/00
> *       we have continually faced serious issues with your technical
> assistance request process, with multiple TAR's remaining dormant while
> our
> people have tried to escalate the issues within your organization.
> *       when escalated, the issues appear to get a flurry of action, but the
> number of issues do not appear to diminish, and your customer support
> process has not been effective in resolving flaws in what should appear
> to be
> basic functionality.
> *       we have been working with people over 9 different time zones -
> testing multiple potential solutions suggested by Oracle, only to find
> the
> solutions do not work.
> *       The patch set that was planned to fix multiple outstanding issues on
> system functionality was promised by 10/15/00, then 11/1/00 - it was
> delivered on 11/3, only after we complained mightily about a further
> indicated delay.  It has taken 5 days to complete the installation
> because
> of problems with the install package.
> *       We are now burning our resources and time in every effort to resolve
> base functionality problems, when we should be directing those resources
> to
> building critical interfaces, testing, and bringing this project to a
> successful conclusion.
>
> We are at a critical juncture.  We need to make a  'go - no go' decision
> by
> the end of November, and we have not yet, in our opinion, been delivered
> a
> system with enough functionality to even test adequately.  We have
> approximately 25 TAR's still unresolved and we do not get a sense from
> your
> people of the appropriate urgency around resolving ALL of these
> outstanding
> issues.  We MUST resolve and remove these if we are to move forward.
>
> As with any new major product implementation,  our people have had many
> of
> the usual problems caused by lack of product specific knowledge.
> Nevertheless, the bottom line is that we have a product that does not
> work
> and it will take a great deal of joint effort to bring us to the outcome
> that was intended - one of the first successful installations of a
> product
> which we believe to be in a targeted growth area for Oracle .
>
> We have worked within the process and support channels provided by
> Oracle,
> but the work remaining, and the issues which will certainly still
> surface,

ORACLE
CONFIDENTIAL

CA-ORCL 015519

4

Liberty Mutual[Fwd: (no subject)]

> paint a bleak picture of our chances of success.  We simply cannot
> continue
> along this path.
>
> Your company has a superior reputation for delivering web-enabled,
> business
> focused products to support e-business and the technology platform of
> the
> future.  It is a serious disappointment to us that our first Oracle
> delivery
> does not match the vision we believe you have for your organization.
> Like
> us and other successful companies, we believe your company's future
> success
> lies in excellent execution of your strategic goals and developing a
> reputation for delivery which matches the promise.
>
> Again, we write to you in the hope that you will bring your  influence
> to
> bear on this situation and work with us to ensure a successful outcome.
> Neither of us wants the alternative:
>
> *       We need a system that works - the one we had envisioned.
> *       We presume you want this new, visible web-enabled application to be
> a demonstration of success - not failure.
>
> At this juncture, we are requesting that this project be made the
> highest
> level of priority possible in order to turn this situation around.  We
> are
> committed to working on this in the same manner, and have dedicated
> teams
> working in a virtual 7 x 24 mode to insure that we do not fail.  We have
> no
> plans to back off on our commitment to our company.  We need your
> commitment
> at the same level.  Anything short of that at this point virtually
> assures
> that we will fail, with both Oracle and Liberty suffering as a result.
>
> What we are formally requesting, at a minimum, is the assignment of a
> key
> Oracle executive to this project, with both the wherewithal and the
> commitment to make all necessary assets of your company available to
> bring
> this to fruition, on plan and on schedule.  We also believe that we need
> Oracle assets on the ground that can cut through your processes to deal
> decisively with our issues, and rapidly deliver answers and solutions to
> problems.  We can still do this, but only if Oracle rises to the
> occasion.
>
> We await your immediate response.
>
> Sincerely,
>
> Terry L. Conner                          Helen E.R. Sayles
> Senior Vice President and CIO            Senior Vice
> President
> Information Systems                      Human Resources and
> Administration

**ORACLE
CONFIDENTIAL**

5

CA-ORCL 015520

NDCA-ORCL 018741

Liberty Mutual[Fwd: (no subject)]

Ron Wohl <ron.wohl@oracle.com>

Joel Summers <joel.summers@oracle.com>
VP, Global HRMS Development
Oracle Applications
HRMS Development

**ORACLE**
**CONFIDENTIAL**

**CA-ORCL 015521**

6

**NDCA-ORCL 018742**

Liberty Mutual Action Plan: Proposal

**Subject: Liberty Mutual Action Plan: Proposal**
Date: Thu, 09 Nov 2000 20:48:26 -0800
From: Joel Summers <joel.summers@oracle.com>
Organization: Oracle Corporation
To: "Ellison,Lawrence" <LARRY.ELLISON@oracle.com>,
"Catz,Safra" <SAFRA.CATZ@oracle.com>,
"Wohl,Ronald" <RON.WOHL@oracle.com>,
"Santimauro,Robert" <ROBERT.SANTIMAURO@oracle.com>,
"Fernicola,Anthony" <ANTHONY.FERNICOLA@oracle.com>,
"Kender,Anthony" <TONY.KENDER@oracle.com>,
"Snyder,Allen" <ALLEN.SNYDER@oracle.com>,
"Murphy,Michael" <MICHAEL.MURPHY@oracle.com>,
"Larsen,Kurt" <KURT.LARSEN@oracle.com>,
"Romanillos,Arden" <ARDEN.ROMANILLOS@oracle.com>,
"CAFOLLA,JOHN" <JOHN.CAFOLLA@oracle.com>
CC: "Summers,Joel" <JOEL.SUMMERS@oracle.com>,
"Correa,Beth" <BETH.CORREA@oracle.com>,
"SWAN,CLIVE" <CLIVE.SWAN@oracle.com>,
"Chhabra,Deepjot" <DEEPJOT.CHHABRA@oracle.com>,
"ROUSSEL,ALVIN" <ALVIN.ROUSSEL@oracle.com>,
"Thompson,Lewis" <LEWIS.THOMPSON@oracle.com>,
Robin Weiss <robin.weiss@oracle.com>,
"Shaw,Kirsten" <KIRSTEN.SHAW@oracle.com>

All,

Following is the action plan that we discussed this morning as a basis for our conversation with Liberty
Mutual tomorrow. I have highlighted issues that still need to be coordinated.

## I. Product Issue Resolution / Responsiveness

### A. TAR Analysis
- In addition to Support, HR Development has initiated a daily TAR review to ensure soonest
possible turnaround on issue diagnosis and resolution. (in progress, all TARS currently have Development
owners. Support is on highest response status.)
- Development and Support / Customer Care to conduct mutual daily TAR reviews
(Assign designees and establish call time: at least Joel Summers, John Cafolla and Beth Correa
from Development; at least Phil Tate from Customer Care)
- Development to offer onsite support (hot desk for direct issue analysis and product issue
communication), upon client's agreement, starting as early as this Saturday and extending 2 to 3 weeks as
appropriate up to 'go / no go' decision.

### B. Customer Education on proper interaction with Support
The customer requires education on logging properly formed iTARs, (which will reduce excessive
pinging for problem determination), on Support escalation procedures, and on being responsive to issues
that are designated as theirs for retest or confirmation.
- Mike Murphy to initiate dialog with Liberty on the importance of their responsiveness. (done)
- Kurt Larsen and Arden Romanillos to offer onsite Customer Care education
(discuss tomorrow with customer and establish date)

**ORACLE
CONFIDENTIAL**

**CA-ORCL 015522**

1



Liberty Mutual Action Plan: Proposal

### C. Issues Status Communication and Prioritization
- Establish frequency (daily / every two days) for issues status calls. Designate Oracle and customer attendees. Discuss new issues and priorities. Discuss resolution progress and availability.
- Identify implementation hot spots.
- Establish proposed date for inclusion of Larry on call early next week. To include recommendation on use of additional Oracle resources as appropriate.

### D. Resolution Delivery Mechanism
- To discuss and resolve with Liberty desired resolution delivery mechanisms. Recommend: a) Instruction / Answer Delivery; Support and Development to provide answers / instructions to Liberty designee(s) as soon as available. (Some of Liberty's tax issues result from lack of clarity on obscure tax law or system operation.) Establish customer contacts. b) Critical fixes: Deliver as one-off patches as available. c) Low priority fixes (e.g., bad message text, etc.): deliver as consolidated patches on agreed dates.

## II. Determine Customer Implementation Status
Our largest single concern is the status of their implementation (e.g., setup, data conversion / migration, parallel test runs) and internal rollout (e.g., professional user community training / readiness, self-service deployment readiness). An unknown third party consulting organization, Oxford International, is implementing the product under Liberty management. (Liberty rejected OCS). While we have not seen flagrant implementation issues, we have no insight into their implementation status.
- Gain a thorough understanding of Liberty's implementation status / milestones / timeline. Determine whether OCS must be insinuated.

## III. Account Management / Executive Communications
- Mike Murphy and Tony Kender to continue to provide ongoing customer communications / relations.
- Development and Support to enhance contact as described above and as agreed with Liberty.
- John Cafolla to continue as Development Customer Service contact.
- Larry to participate in appropriate call next week as offered. Establish date / time.
- Joel Summers to establish dialog with customer designee. Hardat Ramkhelawan (Ram).
- Ron Wohl to contact Terry Conner and Helen Sayles?

Regards,

Joel Summers

---

Joel Summers <joel.summers@oracle.com>
VP, Global HRMS Development
Oracle Applications
HRMS Development

---

**ORACLE
CONFIDENTIAL**

**CA-ORCL 015523**

**NDCA-ORCL 018744**

Re:

**Subject: Re:**
**Date:** Thu, 09 Nov 2000 20:59:24 -0800
**From:** Joel Summers <joel.summers@oracle.com>
**Organization:** Oracle Corporation
**To:** Hardat.Ramkhelawan@LibertyMutual.com
**CC:** Ron Wohl <ron.wohl@oracle.com>

Ram,

I look forward to a conversation tomorrow.   I hope to speak with you on our
status call at 11:30 and thereafter one-on-one.  I would like to establish ongoing
dialog throughout the duration of your current implementation.

Regards,

Joel Summers

Ron Wohl wrote:

> Thank you.  Joel Summers, our Senior VP of HR Development, is taking personal
> responsibility for working with you to insure the success of your
> implementation.
>
> Hardat.Ramkhelawan@LibertyMutual.com wrote:
>
> > Ron, I have a better number than the one Helen enclosed below. It is (603)
> > 245-3300. If you cannot find me, please be sure to contact Tim Guilbert at
> > (603) 245-0035. Thanks and looking forward to hearing from you.
> >
> > Ram
> >
> >            -----Original Message-----
> >      From:    Sayles, Helen E R
> >      Sent:    Thursday, November 09, 2000 12:44 PM
> >      To:      'Lawrence J. Ellison'
> >      Cc:      Ron Wohl; Safra Catz; Ramkhelawan, Hardat
> >      Subject:      RE:
> >
> >      Thank you so much for your speedy response.
> >
> >      We have assigned Hardat Ramkhelawan (known as Ram) as our principal
> > contact for Ron Wohl.  Ram can be reached at (603) 431-8400, extension
> > 52473.
> >
> >      We look forward to working with your people to a successful outcome.
> >
> >      Helen Sayles
> >
> >            -----Original Message-----
> >      From:    Lawrence J. Ellison [SMTP:Larry.Ellison@oracle.com]
> >      Sent:    Thursday, November 09, 2000 11:02 AM
> >      To:      Helen.Sayles@LibertyMutual.com
> >      Cc:      Ron Wohl; Safra Catz
> >      Subject:      Re:                                      **ORACLE**
> >                                                            **CONFIDENTIAL**
> >            I have asked Ron Wohl to assign the head of our HR
> > development organization to
> >            take charge of this project personally.  I think that we
> > should schedule a call
> >            every two days to review issues and monitor progress at
> > Liberty Mutual.  I will

**CA-ORCL 015524**

1

Re:

```
> >                personally attend the second call to assess the level of
> > resources that will be
> >                necessary to successfully meet the November go live date.
> > This is now our top
> >                priority in HR.   larry
> >
> >                Helen.Sayles@LibertyMutual.com wrote:
> >
> >                > Liberty Mutual Group,
> >                > November  7, 2000
> >                >
> >                > Oracle Corporation,
> >                > Lawrence J. Ellison
> >                >
> >                > Dear Larry
> >                >
> >                > We are the Senior IT and Human Resource Executives for
> > Liberty Mutual Group.
> >                > a diversified international financial services group of
> > companies with $13.6
> >                > billion in consolidated revenue, more than $54 billion in
> > consolidated
> >                > assets and more than $67 billion in assets under
> > management, and employing
> >                > 37,000 people in more than 900 offices throughout the
> > world.
> >                >
> >                > We are writing this to bring to your attention what we
> > consider a major
> >                > breach of promise from Oracle, and in the hope that we can
> > yet recover to a
> >                > mutually acceptable outcome.
> >                >
> >                > Having gone through extensive review of alternatives, we
> > purchased the
> >                > Oracle 11i Human Resource Management System in late 1999.
> > Our decision was
> >                > based on your team's explicit commitment to delivery of a
> > product that would
> >                > perform as intended in a time frame that would allow for
> > smooth
> >                > implementation - including all of the essential testing
> > required.
> >                >
> >                > We believed that purchase of the HRMS would not only allow
> > us to fulfil a
> >                > critical internal need, but would also allow us to
> > evaluate the technology
> >                > platform, technical capabilities, service delivery and
> > support as we look to
> >                > the future technology platform required to support our
> > multiple business
> >                > units.                               ORACLE
> >                >                               CONFIDENTIAL
> >                > Unfortunately, based on our most recent project review
> > with our team today,
> >                > our confidence in both the quality of the product, and in
> > Oracle's ability
> >                > to support us in meeting those objectives, is so low that
> > we feel that
> >                > without a major change on your part,  the project has very
> > little chance of
> >                > success.
```

2

CA-ORCL 015525

```
> >                    >
> >                    > To put it bluntly, we have encountered multiple software
> > quality problems
> >                    > and we have struggled to get appropriate support and
> > response to our issues.
> >                    > The situation is dire, and absent a concerted effort on
> > your part, we now
> >                    > stand in great jeopardy on this implementation.
> >                    >
> >                    > The success of this project is crucial to Liberty Mutual's
> > business plans
> >                    > for 2001, and represents a significant investment with
> > Oracle.  As our first
> >                    > enterprise-wide endeavor with Oracle, we entered this
> > relationship with
> >                    > excitement, high hopes and expectations about a new
> > working relationship
> >                    > with you.  It has been represented by Oracle as a path to
> > significant
> >                    > productivity gains, and to improved access to information
> > for employees and
> >                    > external suppliers of benefits.  We have made a
> > substantial investment and
> >                    > commitment to its success, both personally and for the
> > company, and have
> >                    > been deeply disappointed in the results.  In summary:
> >                    >
> >                    > *     the base system was promised by 3/31/00 - it was
> > delivered on
> >                    > 6/2/00.
> >                    > *     we were unable to run a first test payroll until
> > 7/26/00
> >                    > *     we have continually faced serious issues with your
> > technical
> >                    > assistance request process, with multiple TAR's remaining
> > dormant while our
> >                    > people have tried to escalate the issues within your
> > organization.
> >                    > *     when escalated, the issues appear to get a flurry
> > of action, but the
> >                    > number of issues do not appear to diminish, and your
> > customer support
> >                    > process has not been effective in resolving flaws in what
> > would appear to be
> >                    > basic functionality.
> >                    > *     we have been working with people over 9 different
> > time zones -
> >                    > testing multiple potential solutions suggested by Oracle,
> > only to find the
> >                    > solutions do not work.
> >                    > *     The patch set that was planned to fix multiple
> > outstanding issues on
> >                    > system functionality was promised by 10/15/00, then
> > 11/1/00 - it was
> >                    > delivered on 11/3, only after we complained mightily about
> > a further
> >                    > indicated delay.  It has taken 5 days to complete the
> > installation because
> >                    > of problems with the install package.
> >                    > *     We are now burning our resources and time in every
> > effort to resolve
> >                    > base functionality problems, when we should be directing
> > those resources to
```

ORACLE
CONFIDENTIAL

3

CA-ORCL 015526

NDCA-ORCL 018747

Re:

> >                    > building critical interfaces, testing, and bringing this
> > project to a
> >                    > successful conclusion.
> >                    >
> >                    > We are at a critical juncture.  We need to make a  'go -
> > no go' decision by
> >                    > the end of November, and we have not yet, in our opinion,
> > been delivered a
> >                    > system with enough functionality to even test adequately.
> > We have
> >                    > approximately 25 TAR's still unresolved and we do not get
> > a sense from your
> >                    > people of the appropriate urgency around resolving ALL of
> > these outstanding
> >                    > issues.  We MUST resolve and remove these if we are to
> > move forward.
> >                    >
> >                    > As with any new major product implementation,  our people
> > have had many of
> >                    > the usual problems caused by lack of product specific
> > knowledge.
> >                    > Nevertheless, the bottom line is that we have a product
> > that does not work
> >                    > and it will take a great deal of joint effort to bring us
> > to the outcome
> >                    > that was intended - one of the first successful
> > installations of a product
> >                    > which we believe to be in a targeted growth area for
> > Oracle .
> >                    >
> >                    > We have worked within the process and support channels
> > provided by Oracle,
> >                    > but the work remaining, and the issues which will
> > certainly still surface,
> >                    > paint a bleak picture of our chances of success.  We
> > simply cannot continue
> >                    > along this path.
> >                    >
> >                    > Your company has a superior reputation for delivering
> > web-enabled, business
> >                    > focused products to support e-business and the technology
> > platform of the
> >                    > future.  It is a serious disappointment to us that our
> > first Oracle delivery
> >                    > does not match the vision we believe you have for your
> > organization.  Like
> >                    > us and other successful companies, we believe your
> > company's future success
> >                    > lies in excellent execution of your strategic goals and
> > developing a
> >                    > reputation for delivery which matches the promise.
> >                    >
> >                    > Again, we write to you in the hope that you will bring
> > your  influence to
> >                    > bear on this situation and work with us to ensure a
> > successful outcome.
> >                    > Neither of us wants the alternative:           **ORACLE**
> >                    >                                               **CONFIDENTIAL**
> >                    > *      We need a system that works - the one we had
> > envisioned.
> >                    > *      We presume you want this new, visible web-enabled
> > application to be
> >                    > a demonstration of success - not failure.

CA-ORCL 015527

4

Re:

```
> >                       >
> >                       > At this juncture, we are requesting that this project be
> > made the highest
> >                       > level of priority possible in order to turn this situation
> > around.  We are
> >                       > committed to working on this in the same manner, and have
> > dedicated teams
> >                       > working in a virtual 7 x 24 mode to insure that we do not
> > fail.  We have no
> >                       > plans to back off on our commitment to our company.  We
> > need your commitment
> >                       > at the same level.  Anything short of that at this point
> > virtually assures
> >                       > that we will fail, with both Oracle and Liberty suffering
> > as a result.
> >                       >
> >                       > What we are formally requesting, at a minimum, is the
> > assignment of a key
> >                       > Oracle executive to this project, with both the
> > wherewithal and the
> >                       > commitment to make all necessary assets of your company
> > available to bring
> >                       > this to fruition, on plan and on schedule.  We also
> > believe that we need
> >                       > Oracle assets on the ground that can cut through your
> > processes to deal
> >                       > decisively with our issues, and rapidly deliver answers
> > and solutions to
> >                       > problems.  We can still do this, but only if Oracle rises
> > to the occasion.
> >                       >
> >                       > We await your immediate response.
> >                       >
> >                       > Sincerely,
> >                       >
> >                       > Terry L. Conner
> > Helen E.R. Sayles
> >                       > Senior Vice President and CIO
> > Senior Vice
> >                       > President
> >                       > Information Systems
> > Human Resources and
> >                       > Administration << File: Card for Lawrence J. Ellison >>
```

Joel Summers <joel.summers@oracle.com>
VP, Global HRMS Development
Oracle Applications
HRMS Development

**ORACLE
CONFIDENTIAL**

**CA-ORCL 015528**

5

NDCA-ORCL 018749

Liberty Mutual Status Update

**Subject: Liberty Mutual Status Update**
**Date:** Mon, 13 Nov 2000 19:17:59 -0800
**From:** Joel Summers <joel.summers@oracle.com>
**Organization:** Oracle Corporation
**To:** "Ellison,Lawrence" <LARRY.ELLISON@oracle.com>,
"Catz,Safra" <SAFRA.CATZ@oracle.com>,
"Wohl,Ronald" <RON.WOHL@oracle.com>,
"Santimauro,Robert" <ROBERT.SANTIMAURO@oracle.com>,
"Fernicola,Anthony" <ANTHONY.FERNICOLA@oracle.com>,
"Kender,Anthony" <TONY.KENDER@oracle.com>,
"Snyder,Allen" <ALLEN.SNYDER@oracle.com>,
"Murphy,Michael" <MICHAEL.MURPHY@oracle.com>,
"Larsen,Kurt" <KURT.LARSEN@oracle.com>,
"Romanillos,Arden" <AROMANIL@US.ORACLE.COM>,
"Smith,David" <DAVID.R.SMITH@oracle.com>,
"CAFOLLA,JOHN" <JOHN.CAFOLLA@oracle.com>,
"Hayden,Susan" <SJHAYDEN@US.ORACLE.COM>
**CC:** "Correa,Beth" <BETH.CORREA@oracle.com>,
"SWAN,CLIVE" <CLIVE.SWAN@oracle.com>,
"Chhabra,Deepjot" <DEEPJOT.CHHABRA@oracle.com>,
"Thompson,Lewis" <LEWIS.THOMPSON@oracle.com>,
Robin Weiss <robin.weiss@oracle.com>,
"Shaw,Kirsten" <KIRSTEN.SHAW@oracle.com>,
"Summers,Joel" <JOEL.SUMMERS@oracle.com>

All,

Liberty Mutual 11i HR/Pay Product Issues:

The customer does not have critical 11i product issues (defined as issues which prevent ongoing implementation activities) - nor did they have last week.

The customer recognizes and has stated that they currently have no issues preventing ongoing implementation activities. Liberty's executive sponsor, Hardat Ramekhelawan, stated today that great progress has been made, and recommended on Friday that Liberty must appropriately identify and prioritize product issues.

Details:

Of the 25 issues raised in the letter to Larry (23 actual issues), three were serious (defined as no fix or workaround, needed for Jan 1 production), and one of those is an enhancement. (Had OCS been engaged, they would have handled the enhancement. Development is providing a recommended workaround.) Several issues were important (Arizona taxation issue), minor, or trivial (e.g., bad self-service error message, missing 'college and university' table to populate self-service list-of-values). Fixes, workarounds, or clarifications have been provided for 20 of the 23 issues. Three of the five taxation issues that the customer described as critical showstoppers were resolved as customer misunderstandings resulting from erroneous system setup / operation or incorrect tax treatment in their legacy system.

**ORACLE**
**CONFIDENTIAL**

Current Status:

**CA-ORCL 015529**

1



Liberty Mutual Status Update

Of the original 23 issues, the customer currently still has 7 identified as essential for go-live. Three of these are with Development (including the enhancement that I mentioned above). Four are in the customer's hands for confirmation - either fixes applied or proper operation identified.

The customer raised 7 new issues today. None are <u>critical</u> as defined above. Preliminary analysis suggests the following disposition. Two additional customer misunderstandings on taxation. One new enhancement request. Three bugs: two with fixes into QA; one is an old issue that needs an up-port to 11i. One new issue requires research.

<u>Implementation Status / Readiness for Jan1 Go-live:</u>

Preliminary indications are that Liberty Mutual's implementation is well behind where it should be for a Jan 1 go-live. ( By comparison, they are significantly behind Oracle's internal US implementation. Oracle has tested a full employee data migration and has run a limited parallel payroll.) Liberty is still concentrating on its initial test of 300 complex employees (out of 30,000 to be paid). 35% to 45% of their employees from that run do not reconcile with their current payroll. The majority of issues result from incorrect conversion data mapping. On Wednesday, Liberty will decide whether to progress with their 3,000 employee migration and test runs. The payroll issues they are finding do indicate a deep and thorough test of payroll.

To get a better sense of true implementation status and whether they can make Jan. 1, we have prepared and submitted to Liberty a ten page implementation status questionnaire. They intend to have that completed and returned by Wednesday.

This could well turn into a red flag.

<u>Phil Tate (Oracle Customer Care) summarizes Liberty's status as follows:</u>

"Liberty Mutual is our fifth largest HR/Payroll customer and this 11i implementation represents Liberty's first enterprise-wide project with Oracle Applications. A third-party consulting company is responsible for the implementation. At first glance, it seemed that the project was jeopardized by technical issues, some of which are defect related. However, after further investigation, via TAR reviews and an Oracle Developer on-site, we find that they are still early in the implementation cycle and they are not exactly sure how they are positioned. This <u>could</u> be a direct result of using an implementation team that is inexperienced with Oracle Applications and not having a documented project plan. We currently do not have any open technical issues that are blocking their go-live."

<u>Actions Taken per Friday's Action Plan:</u>

I. Product Issue Resolution / Responsiveness

   A. TAR Analysis
     - Development, Support / Customer Care and the Account team conduct a daily TAR review. All TARs are assigned designated owners. Development maintains a daily TAR status.
     - Development, as of Saturday, placed a seasoned Developer, Ian Sterling, on site. Customer has expressed strong satisfaction with Ian.

   B. Customer Education on proper interaction with Support
     - Customer requests such education after the implementation cools down somewhat.

**ORACLE
CONFIDENTIAL**

2

**CA-ORCL 015530**

**NDCA-ORCL 018751**



Liberty Mutual Status Update

     C. Issues Status Communication and Prioritization
       - Customer, Development, Support / Customer care, and Account Management conduct a daily
status call.

     D. Resolution Delivery Mechanism
       - Fixes to be delivered as one-off patches as available.

   II. Determine Customer Implementation Status
      - Ian Sterling conducted a preliminary implementation status review on Saturday.
      - Implementation status questionnaire delivered and to be returned by Wednesday.

Regards,

Joel Summers

Joel Summers <joel.summers@oracle.com>
VP. Global HRMS Development
Oracle Applications
HRMS Development

**ORACLE
CONFIDENTIAL**

**CA-ORCL 015531**

3

NDCA-ORCL 018752

Liberty Mutual Status Update

**Subject: Liberty Mutual Status Update**
**Date:** Mon, 13 Nov 2000 19:17:59 -0800
**From:** Joel Summers <joel.summers@oracle.com>
**Organization:** Oracle Corporation
**To:** "Ellison,Lawrence" <LARRY.ELLISON@ORACLE.COM>,
"Catz,Safra" <SAFRA.CATZ@ORACLE.COM>,
"Wohl,Ronald" <RON.WOHL@ORACLE.COM>,
"Santimauro,Robert" <ROBERT.SANTIMAURO@ORACLE.COM>,
"Fernicola,Anthony" <ANTHONY.FERNICOLA@ORACLE.COM>,
"Kender,Anthony" <TONY.KENDER@ORACLE.COM>,
"Snyder,Allen" <ALLEN.SNYDER@ORACLE.COM>,
"Murphy,Michael" <MICHAEL.MURPHY@ORACLE.COM>,
"Larsen,Kurt" <KURT.LARSEN@ORACLE.COM>,
"Romanillos,Arden" <AROMANIL@US.ORACLE.COM>,
"Smith,David" <DAVID.R.SMITH@ORACLE.COM>,
"CAFOLLA,JOHN" <JOHN.CAFOLLA@ORACLE.COM>,
"Hayden,Susan" <SJHAYDEN@US.ORACLE.COM>
**CC:** "Correa,Beth" <BETH.CORREA@ORACLE.COM>,
"SWAN,CLIVE" <CLIVE.SWAN@ORACLE.COM>,
"Chhabra,Deepjot" <DEEPJOT.CHHABRA@ORACLE.COM>,
"Thompson,Lewis" <LEWIS.THOMPSON@ORACLE.COM>,
Robin Weiss <robin.weiss@oracle.com>,
"Shaw,Kirsten" <KIRSTEN.SHAW@ORACLE.COM>,
"Summers,Joel" <JOEL.SUMMERS@ORACLE.COM>

All,

Liberty Mutual 11i HR/Pay Product Issues:

The customer does not have <u>critical</u> 11i product issues (defined as issues which prevent ongoing implementation activities) - nor did they have last week.

The customer recognizes and has stated that they currently have no issues preventing ongoing implementation activities. Liberty's executive sponsor, Hardat Ramekhelawan, stated today that great progress has been made, and recommended on Friday that Liberty must appropriately identify and prioritize product issues.

Details:

Of the 25 issues raised in the letter to Larry (23 actual issues), three were <u>serious</u> (defined as no fix or workaround, needed for Jan 1 production), and one of those is an enhancement. (Had OCS been engaged, they would have handled the enhancement. Development is providing a recommended workaround.) Several issues were important (Arizona taxation issue), minor, or trivial (e.g., bad self-service error message, missing 'college and university' table to populate self-service list-of-values). Fixes, workarounds, or clarifications have been provided for 20 of the 23 issues. Three of the five taxation issues that the customer described as critical showstoppers were resolved as customer misunderstandings resulting from erroneous system setup / operation or incorrect tax treatment in their legacy system.

**ORACLE
CONFIDENTIAL**

Current Status:

1

**CA-ORCL 015532**



Liberty Mutual Status Update

Of the original 23 issues, the customer currently still has 7 identified as essential for go-live. Three of these are with Development (including the enhancement that I mentioned above). Four are in the customer's hands for confirmation - either fixes applied or proper operation identified.

The customer raised 7 new issues today. None are critical as defined above. Preliminary analysis suggests the following disposition. Two additional customer misunderstandings on taxation. One new enhancement request. Three bugs: two with fixes into QA; one is an old issue that needs an up-port to 11i. One new issue requires research.

<u>Implementation Status / Readiness for Jan 1 Go-live:</u>

Preliminary indications are that Liberty Mutual's implementation is well behind where it should be for a Jan 1 go-live. ( By comparison, they are significantly behind Oracle's internal US implementation. Oracle has tested a full employee data migration and has run a limited parallel payroll.) Liberty is still concentrating on its initial test of 300 complex employees (out of 30,000 to be paid). 35% to 45% of their employees from that run do not reconcile with their current payroll. The majority of issues result from incorrect conversion data mapping. On Wednesday, Liberty will decide whether to progress with their 3,000 employee migration and test runs. The payroll issues they are finding do indicate a deep and thorough test of payroll.

To get a better sense of true implementation status and whether they can make Jan. 1, we have prepared and submitted to Liberty a ten page implementation status questionnaire. They intend to have that completed and returned by Wednesday.

This could well turn into a red flag.

<u>Phil Tate (Oracle Customer Care) summarizes Liberty's status as follows:</u>

"Liberty Mutual is our fifth largest HR/Payroll customer and this 11i implementation represents Liberty's first enterprise-wide project with Oracle Applications. A third-party consulting company is responsible for the implementation. At first glance, it seemed that the project was jeopardized by technical issues, some of which are defect related. However, after further investigation, via TAR reviews and an Oracle Developer on-site, we find that they are still early in the implementation cycle and they are not exactly sure how they are positioned. This could be a direct result of using an implementation team that is inexperienced with Oracle Applications and not having a documented project plan. We currently do not have any open technical issues that are blocking their go-live."

<u>Actions Taken per Friday's Action Plan:</u>

I. Product Issue Resolution / Responsiveness

   A. TAR Analysis
      - Development, Support / Customer Care and the Account team conduct a daily TAR review. All TARs are assigned designated owners. Development maintains a daily TAR status.
      - Development, as of Saturday, placed a seasoned Developer, Ian Sterling, on site. Customer has expressed strong satisfaction with Ian.

<b>ORACLE<br/>CONFIDENTIAL</b>

   B. Customer Education on proper interaction with Support
      - Customer requests such education after the implementation cools down somewhat.

<b>CA-ORCL 015533</b>

<b>NDCA-ORCL 018754</b>



Liberty Mutual Status Update

     C. Issues Status Communication and Prioritization
       - Customer, Development, Support / Customer care, and Account Management conduct a daily status call.

     D. Resolution Delivery Mechanism
       - Fixes to be delivered as one-off patches as available.

II. Determine Customer Implementation Status
     - Ian Sterling conducted a preliminary implementation status review on Saturday.
     - Implementation status questionnaire delivered and to be returned by Wednesday.

Regards,

Joel Summers

Joel Summers <joel.summers@oracle.com>
VP, Global HRMS Development
Oracle Applications
HRMS Development

**ORACLE
CONFIDENTIAL**

**CA-ORCL 015534**

NDCA-ORCL 018755

# EXHIBIT 95

[Fwd: FWD: Liberty Mutual Escalation]

**Subject:** [Fwd: FWD: Liberty Mutual Escalation]
**Date:** Wed, 10 Jan 2001 11:54:38 -0800
**From:** Cliff Godwin <Cliff.Godwin@oracle.com>
**Organization:** Oracle Corporation
**To:** "HUDA,ANDREW" <ANDREW.HUDA@ORACLE.COM>

fyi
Cliff

---

**Subject:** FWD: Liberty Mutual Escalation
**Date:** Wed, 10 Jan 2001 12:06:17 -0800
**From:** Phil Tate <phillip.tate@oracle.com>
**To:** eburshti@us.oracle.com
**CC:** prando@us.oracle.com, mmayfield@us.oracle.com, klarsen@us.oracle.com,
aromanil@us.oracle.com, Cliff.Godwin@oracle.com, joel.summers@oracle.com

Einat,

I need you help with getting an on-site to assist with Liberty Mutual.
Liberty Mutual is our fifth largest HR/Payroll customer and went live
early this January. Prior to going live they escalated their situation
with 11i to Larry Ellison.  Even though they are now live, they have
considerable performance problems and will not be satisfied until they
are resolved due to the negative impact to their business.

Joel Summers (VP Global HR Development) and his team have been engaged
for a few months now and have daily conferences with Liberty. Ian
Sterling (Developer) has been on-site for several weeks assisting with
the HR/Payroll issues. Now that those issues have been resolved
attention is focused on the performance problems. Ian Sterling will be
departing shortly and an Apps performance team, including Andy Tremayne
from the UK has been engaged.

Cliff Godwin is requesting on-site help to make the process move faster
and prevent continued impact on their business which includes payroll.
We also do not want customer satisfaction to deteriorate.

I think the best person would be someone experienced with the 11i
Applications technology stack. A given would be knowing how to work with
Support and the possession of good customer interaction skills.

Please let me know how you can help as soon as possible. Thank you.

-------- Original Message --------
Return-Path: <joel.summers@oracle.com>
Received: from oracle.com
(dhcp-3op2-3op3-west-144-25-102-10.us.oracle.com [144.25.102.10])by
gmgw01.oraclecorp.com (8.8.8+Sun/8.8.8) with ESMTP id TAA17279;Tue, 9
Jan 2001 19:56:43 -0800 (PST)
Message-ID: <3A5BDDDA.4B045162@oracle.com>
Date: Tue, 09 Jan 2001 19:58:18 -0800
From: Joel Summers <joel.summers@oracle.com>
Organization: Oracle Corporation

CA-ORCL 025741

ORACLE
CONFIDENTIAL

NDCA-ORCL 028718

[Fwd: FWD: Liberty Mutual Escalation]

X-Mailer: Mozilla 4.73 [en] (Win95; I)
X-Accept-Language: en
MIME-Version: 1.0
To: mike.murphy@oracle.com, "Tate,Phillip" <PHILLIP.TATE@oracle.com>
CC: "Kender,Anthony" <TONY.KENDER@oracle.com>,"Godwin,Clifford"
<CLIFF.GODWIN@oracle.com>,"Chhabra,Deepjot" <DEEPJOT.CHHABRA@oracle.com>
Subject: [Fwd: [Fwd: Liberty]]
Content-Type:
multipart/mixed;boundary="-----------084696F3C8D1658215F7550C"

Mike, Phil,

As you are aware, the issues at Liberty have shifted from HRMS
functionality and implementation to issues with online performance and
the tech stack. My team is clearly not optimized for issues of this
nature. After many weeks of onsite support, Ian Sterling is, at last,
leaving Liberty tomorrow. Nevertheless, Liberty is not satisfied that
the implementation is complete until the performance issues are
resolved. Cliff Godwin's performance experts from the UK (Andy Tremayne
and Roger Sanders) are actively engaged with the customer on a daily
basis but believe, rightly so, that an onsite Oracle technical resource
is required to facilitate their analysis and resolution process. Phil,
can you recommend an appropriate resource from Customer Care to engage
in this activity? This is the last major hurdle, at least for now, with
Liberty's implementation.

Regards,

Joel Summers

---

Subject: [Fwd: Liberty]
   Date: Tue, 09 Jan 2001 14:45:10 -0800
   From: Cliff Godwin <Cliff.Godwin@oracle.com>
Organization: Oracle Corporation
      To: "Summers,Joel" <JOEL.SUMMERS@oracle.com>

Joel,
There needs to be some onsite Oracle presence we can interact with at
Liberty. It's going to be very inefficient to have Roger Sanders and
Andy Tremayne dealing directly with customer staff trying to get the
information they need to analyze the issue. Any chance we can get
someone from WWS, Consulting, or Development to be an on-site focal
point after Ian leaves?
Cliff

---

Subject: Liberty
   Date: Tue, 09 Jan 2001 22:41:36 +0000
   From: Andy Huda <Andrew.Huda@oracle.com>
Organization: Oracle Corporation
      To: cliff.godwin@oracle.com

Cliff,

CA-ORCL 025742

ORACLE
CONFIDENTIAL

[Fwd: FWD: Liberty Mutual Escalation]

I've just spoken to Andy who confirmed that Ian Sterling will be leaving site today with no replacement.  This is going to slow things down.

Cheers

Andy

Andy Huda <ahuda@uk.oracle.com>

Cliff Godwin <Cliff.Godwin@oracle.com>

Cliff Godwin <Cliff.Godwin@oracle.com>

**CA-ORCL 025743**

**ORACLE
CONFIDENTIAL**

**NDCA-ORCL 028720**

# EXHIBIT 96

[Fwd: R11i HRMS Online performance Issues at Liberty Mutual]

Subject: [Fwd: R11i HRMS Online performance Issues at Liberty Mutual]
Date: Wed, 03 Jan 2001 23:28:06 -0800
From: Cliff Godwin <Cliff.Godwin@oracle.com>
Organization: Oracle Corporation
To: "SANDERS,ROGER" <ROGER.SANDERS@ORACLE.COM>,
    "HUDA,ANDREW" <ANDREW.HUDA@ORACLE.COM>,
    "TREMAYNE,ANDY" <ANDY.TREMAYNE@ORACLE.COM>,
    "Alomari,Ahmed" <AHMED.ALOMARI@ORACLE.COM>
CC: "Summers,Joel" <JOEL.SUMMERS@ORACLE.COM>,
    "Shaw,Kirsten" <KIRSTEN.SHAW@ORACLE.COM>

Andy, Andy, & Roger, please help with this situation during the US
business day Friday.
Ahmed, fyi in case this comes your way later on Friday.
Thanks,
Cliff

Subject: R11i HRMS Online performance Issues at Liberty Mutual
Date: Wed, 03 Jan 2001 21:13:13 -0800
From: Joel Summers <joel.summers@oracle.com>
Organization: Oracle Corporation
To: "Godwin,Clifford" <CLIFF.GODWIN@oracle.com>,
    "HUDA,ANDREW" <ANDREW.HUDA@oracle.com>,
    "SANDERS,ROGER" <ROGER.SANDERS@oracle.com>
CC: "Wohl,Ronald" <RON.WOHL@oracle.com>,
    "Chhabra,Deepjot" <DEEPJOT.CHHABRA@oracle.com>,
    "Sterling,Ian" <IAN.STERLING@oracle.com>,
    "CAFOLLA,JOHN" <JOHN.CAFOLLA@oracle.com>,
    "Thompson,Lewis" <LEWIS.THOMPSON@oracle.com>,
    "Summers,Joel" <JOEL.SUMMERS@oracle.com>

Cliff,

Per our conversation, we are working with a critical R11i HR/Payroll
customer in the US, Liberty Mutual, who received a commitment from Larry
that Development would ensure their ability to go live on Jan. 1. They
did, in fact, make that date; however, in our daily call today they
indicated that both forms and self-service performance is 'atrocious' -
degrading over the course of the day as the number of concurrent users
increase. (Performance is good under limited load conditions.)

I am asking for assistance in analyzing the issues and proposing
resolution.  We suspect middle tier configuration issues and are not
familiar enough ourselves with that to diagnose or recommend appropriate
configuration.  Because of time zone considerations (Liberty is US East

**ORACLE
CONFIDENTIAL**

6/25/2002 4:46 PM

NDCA-ORCL 058291

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

[Fwd: R11i HRMS Online performance Issues at Liberty Mutual]

coast) you suggested that Roger might be the best situated to assist. We have a developer, Ian Sterling (321 432 4288 (Mobile Phone)), who will arrive at the Liberty site no later than 9:00am EST tomorrow and should be considered the primary contact. Ian has full system access and is very familiar with their operational environment. Dial in access is available. As usual, this is a critical issue and we are asking for this to be worked on an escalated basis.

We have opened a tracking bug (#1568097) which contains the limited details we know plus contact information and dial-in details. (I have attached the bug text to this note.)

I thank you and your team for assistance in helping to resolve these issues.

Regards,

Joel Summers

| | |
|---|---|
| 📄1568097.doc | **Name:** 1568097.doc<br>**Type:** WINWORD File (application/msword)<br>**Encoding:** base64 |

Joel Summers <joel.summers@oracle.com>
VP, Global HRMS Development
Oracle Applications
HRMS Development

Cliff Godwin <Cliff.Godwin@oracle.com>

**ORACLE**
**CONFIDENTIAL**

6/25/2002 4:46 PM

NDCA-ORCL 058292

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

[Fwd: RE: HRMS Online performance Issues at Liberty Mutual]

**ORACLE**
**CONFIDENTIAL**

6/25/2002 4:46 PM

NDCA-ORCL 058293

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 97

Fwd: FW: Frustration]

**Subject:** [Fwd: FW: Frustration]
**Date:** Sat, 16 Dec 2000 18:53:07 -0800
**From:** Ron Wohl <ron.wohl@oracle.com>
**Organization:** Oracle Corporation
**To:** kshaw@oracle.com, bcadogan@oracle.com, courtney.shaw@oracle.com
**CC:** john.bourke@intl.pepsi.com

Thank you for resending it John.

Courtney, Bill, can you review the situation below, figure out what
action is needed, and close the loop with John.  Please update me on
status regularly until resolved.

-------- Original Message --------
Subject: FW: Frustration
Date: Fri, 15 Dec 2000 17:47:00 -0000
From: John.Bourke@intl.pepsi.com
To: ron.wohl@oracle.com

Ron
This e-mail does not appear to have got through to you.
John

-----Original Message-----
From: Bourke, John
Sent: 15 December 2000 17:29
To: 'Lawrence J. Ellison'
Cc: Murphy, Lorraine; ':ron.wohl@oracle.com'
Subject: RE: Frustration


Thank you for showing an interest.
Our intention is go as much as possible with the "vanilla" oracle
software
and to avoid modifications. As we cannot load 11i no modifications have
been
made.
Version is 11.5.2 on an RS6000 box.
John

-----Original Message-----
From: Lawrence J. Ellison [mailto:Larry.Ellison@oracle.com]
Sent: 15 December 2000 17:09
To: John.Bourke@intl.pepsi.com; Ron Wohl
Subject: Re: Frustration


Well will look into this immediately.  Have you modified the 11i
software?
What
version are you using?  Ron, please follow up.    larry

John.Bourke@intl.pepsi.com wrote:

> Mr Ellison
>
> I am director of finance at the Pepsi Cola concentrate plant in Cork,
> Ireland.
> I have been an admirer of yours for a number of years and have noted with
> interest. although not necessarily agreeing with, some of your
> pronouncements on technology developments.

CA-ORCL 025821

ORACLE
CONFIDENTIAL

i

NDCA-ORCL 028798

Fwd: FW: Frustration]

> This e-mail to you is in some respects an appeal for help as well as a way
> of venting my frustration which is caused by one of your products. By the
> way, I have been around long enough to know my appeal will almost certainly
> be ignored.
>
> J D Edwards financials have performed very well for us for a number of years
> but the Pepsico corporation decided that Oracle was to be the standard
> software for the future. So rather than go with a necessary upgrade of JDE
> we decided to transfer to Oracle because we were sold on the increased
> functionality of Oracle 11i.
>
> Our oracle project has been an unmitigated disaster for us from both a cost,
> employee and relationship perspective.
>
> We have spent a fortune (to us) on consultants trying merely to get your
> product to work and months later we still do not have even have a system to
> test. How you can release software that does not work is simply beyond my
> comprehension. Is it only businesses that buy totally defective products ?
> If you were selling mere groceries your organisation would have been out of
> business a long time ago.
>
> We have had a small number of employees fully focused on the project and
> they are totally demoralised. They are some of our most dedicated and best
> individuals and it annoys me to witness their frustration. One of our goals
> is to make Cork an outstanding place to work, visit and do business with.
> The team are having a bad time putting in very long hours trying to play
> catch up. They are viewing the failure of the project to date as a
> reflection on themselves - they are all young professionals trying to forge
> their own careers. No matter how often I repeat the delay in the project is
> due to faulty software they still feel personally at fault.
>
> For many years now we have put a lot of very hard work into providing a
> professional service to our customers, both bottlers and Pepsi field staff
> in over 100 countries. As a result of our efforts much of the European and
> Middle East back office finance work is done through a shared services
> centre we set up 3 years ago. Our reputation will now be tarnished as we
> will have to announce shortly the delay and worse still we have to admit we
> do not know how long this delay will be. A number of world-wide best
> practice initiatives e.g. marketing effectiveness, T&E etc. are on hold
> pending implementation of oracle. I am not looking forward to the reaction
> to our announcement.
>
> I thought I would feel better after writing down my thoughts ----
> unfortunately I think I feel worse. I also did not think I would write so
> much.
>
> Anyway, I would really appreciate anything you or your organisation might do
> for us.
>
> John

CA-ORCL 025822

ORACLE
CONFIDENTIAL

NDCA-ORCL 028799

2



nternal upgrade progress this weekend

**Subject: internal upgrade progress this weekend**
**Date: Tue, 02 Jan 2001 07:59:00 -0800**
**From: Ron Wohl <ron.wohl@oracle.com>**
**Organization: Oracle Corporation**
**To: "Ellison,Lawrence" <LELLISON@US.ORACLE.COM>**
**CC: "Fuller,Bret" <BRET.FULLER@ORACLE.COM>,**
**"Catz,Safra" <SCATZ@US.ORACLE.COM>**

Good progress on the 11i upgrade issues this weekend:

1.   Upgrade passed the stages of 11.i.0 and 11.i.2.  Now in the stage of
applying the consolidated post-11.i.2 patches.  After this is done we
have some setup to do of the new functions that we are using.  Turnover
to users is expected late tomorrow.  Only hitch in the upgrade so far
was a misset init.ora parameter for temp space extent size that caused
some of the upgrade to fail.  We lost several hours before the cause of
the problem was identified and fixed.

2.   Functional bug fixing continued to make great progress, with key
bugs reduced from 24 to 7.

3.   Good progress at both identifying and fixing performance bugs.  We
should be starting up with a noticeably better system than we had for
the performance test on Friday.

Ron Wohl <ron.wohl@oracle.com>
Executive Vice President
Applications Development

**CA-ORCL 025823**

**ORACLE**
**CONFIDENTIAL**

1

NDCA-ORCL 028800

# EXHIBIT 98

[Fwd: RE: The cost of Partnering with Oracle]

**Subject:** [Fwd: RE: The cost of Partnering with Oracle]
**Date:** Tue, 09 Jan 2001 14:15:12 -0800
**From:** Ron Wohl <ron.wohl@oracle.com>
**Organization:** Oracle Corporation
**To:** "Shaw,Kirsten" <KIRSTEN.SHAW@ORACLE.COM>

what happened with this?

-------- Original Message --------
**Subject:** RE: The cost of Partnering with Oracle
**Date:** Tue, 9 Jan 2001 22:22:25 -0100
**From:** "Rebecca Enonchong" <renonchong@appstech.com>
**To:** "Renee Knee" <renee.knee@oracle.com>, "Ron Wohl" <ron.wohl@oracle.com>
**CC:** <larry.ellison@oracle.com>, "Drew Campbell" <harold.campbell@oracle.com>

Ron / Renee,I am at a loss as to why I can't get Oracle to reply to a single one of of my e-mails. I am trying to work with Oracle on this and feel like I have hit a brick wall. I hear that you finally called Bill Grebe from Brock on Friday but offered him nothing in terms of a refund or credits as I had begged of you.I will be making the decision tomorrow as to whether or not to continue the project at Brock. My only reluctance at this point is the commitment we made to Brock. However, we understand from our legal counsel that they would have a better chance at a full refund from Oracle if we stopped the implementation. On another note, as a company, we ordered R11i Financials for our internal use. Again, since Oracle offers no discounts to its partners, we were billed full price. We had hoped that using the software internally would serve to reinforce our relationship with Oracle. We have never been able to implement it and have decided to return it. Please let us know what the procedure is. I have a prescheduled interview with the Industry Standard (London) on Friday. The topic was supposed to be on my writing of the Oracle Book, our growing European practice and our creation of the Africa Technology Forum, a non-profit to promote technology in Africa. I would really like to get some kind of response from Oracle before then so I doesn't turn into a "Oracle is a monster" session.Thanks for your time. I am still in Europe and can best be reached by e-mail. My cell phone is active here 1.301.728.8854.Rebecca-----Original Message-----
**From:** Rebecca Enonchong [mailto:renonchong@appstech.com]
**Sent:** Wednesday, December 20, 2000 5:37 AM
**To:** Renee Knee; Ron Wohl
**Cc:** larry.ellison@oracle.com; Kurt Larsen; Drew Campbell
**Subject:** FW: The cost of Partnering with Oracle

Renee and Ron,I still have not received any reply to this mail from more than a week ago. Since then, more TARs have been added, and we continue to receive more requests for documentation and business cases from your support group. Our Order Management team is immersed in paperwork and bug testing for Oracle. I am becoming more and more frustrated at the lack of response and responsiveness from Oracle. We have lost close to $200K so far on our implementation of 11i for Brock Tool and we cannot even get anyone at Oracle to reply to our e-mails!The client has now heard from these other Oracle customers in the same industry that choosing Oracle almost cost them their business:- American Saw & Mfg- GB electrical- Thomas & BeltsOne of these had more than $3 million in orders get "lost" in the system. Bill Grebe, the CEO of Brock Tool, our client, is ready to ship the software back to you. The only reason he hasn't is that we have talked him out of it (many times) and have kept to our fixed price deal so that they do not bear the rising costs for our services. If we do not see any improvement in the quality of service from Oracle and more involvement from top level management at Oracle very soon we will reluctantly have to throw in the towel and stop the implementation of the Order Management software for Brock Tool. I can tell you without hesitation that the customer will cancel this project and request a refund of all software and support fees.I have spent this last year trying to build up a successful e-business solutions firm. At the crucial time when we are looking for financing, we are now having to explain how a company that was profitable from day one is losing money a year later. We have asked nothing of Oracle other than to fix its own software and to provide some credits to the customer. Is the courtesy of a reply to my e-mail too much to ask for?By the way, it might be nice if someone at the executive level called or wrote to Brock Tool (CSI 3070171)

ORACLE CONFIDENTIAL      **CA-ORCL 008527**

**NDCA-ORCL 012414**



 

[Fwd: RE: The cost of Partnering with Oracle]

in response to his letter to Larry Ellison. Barry Stephens from Orlando support has been very nice but this problem has definitely escalated beyond him. I am leaving for Europe tomorrow for about one month. I can be reached by e-mail or at our Paris office 011.33.1.47.96.46.97. Ironically, I am going off to concentrate on writing Oracle Financials 101 for Oracle Press. I guess it will be very short... "It doesn't work yet. check back in a year for a patched version of this book."Rebecca Enonchong

-----Original Message-----
**From:** Rebecca Enonchong [mailto:renonchong@appstech.com]
**Sent:** Monday, December 11, 2000 11:34 PM
**To:** Renee Knee; Ron Wohl
**Cc:** Jean-Michel Texier
**Subject:** The cost of Partnering with Oracle

Hi,

My name is Rebecca Enonchong and I am the CEO of Application Technologies, better known as AppsTech. We are a small IT firm (about 50 people) delivering Oracle Apps solutions worldwide.

I am writing to the two of you to share my frustrations with Oracle, especially as related to our 11i implementation of Order Management for Brock Tool and Supply. To make a long story short, had it not been for revenues from other clients, and smart financial management, AppsTech would be bankrupt today because of Oracle

I have been in touch with the two of you a couple of times since OAUG Philadelphia and with Ron again since Hawaii. I know that our client, Brock Tool, has also been in touch with Ron and Larry Ellison

As a company, we have devoted ourselves to being the best Oracle Apps consultants on the market. In addition to rigorous in-house training, not a week goes by without one or more of our consultants attending (or teaching) an Oracle Education class. All of our consultants are required to become OCPs within 6 months of hire. Even McGraw-Hill has recognized our expertise with the signing of a contract for the next Oracle Press book on Financials (Oracle Financials 101). On numerous occasions, we have been the ones to sell Oracle solutions to our clients, recommending Oracle over its competitors. It is bad enough that Oracle offers us neither compensation nor credit of any kind for our contributions to its bottom line. Even worse, however, is the fact that making the recommendations have cost us financially, and have put our reputation, crucial for our business, in jeopardy.

In April of this year, I raised the issue of the Oracle Partner program for Apps with Larry Ellison at the Philadelphia OAUG. Despite a couple of e-mails back and forth with Renee, nothing has come of it. In the meantime, I see press releases on Oracle partnering with firms on hosting and implementation services. Not one to give up, I at least try to join the OSP program since I see Oracle has recently added some new names to it. The e-mails I send to Sherry Frandle, the OSP contact listed for our area, do not even receive the courtesy of a reply.

All the while AppsTech is still out there selling Oracle Apps and services. In May of this year, armed with the confidence in R11i we had garnered at OAUG, we convinced two customers to purchase the product. They had heard horror stories about Oracle from a number of sources but they trusted our judgment and went along with our recommendations. To assure them that we believed in Oracle Apps, we offered them fixed price implementations so that we would bear the consequences if we were wrong about the software.

The first customer, Brock Tool and Supply, ordered the software right away. I'll get to the second customer later. Given our experience and expertise and the size of Brock (fewer than 100 employees), we were confident that we would complete the implementation in about two months. It has now been six months with no end in sight. While the financial modules were relatively stable and were set-up with few problems, Order Management has been disastrous. Over 100 TARs have been logged, and most of them OM related. Since the CEO of Brock Tool wrote a letter to Larry Ellison a couple weeks ago, development has been working on patches for those issues. So basically, since July, I have had an

ORACLE CONFIDENTIAL    CA-ORCL 008528

4/25/2002 6:11 PM

NDCA-ORCL 012415



[Fwd: RE: The cost of Partnering with Oracle]

entire implementation team creating TARs and beta testing OM for Oracle. To add insult to injury, one of the Oracle's early responses to Brock Tool was questioning their choice of an implementer! By now, all the on-site training we did for the end-users at Brock has long been forgotten and we will have to do it over (at our cost). We can't pull the team members off of Brock and onto other projects because as soon as OM is ready they will have to be pulled back onto Brock. To retain what remains of our reputation, we have not reneged on our fixed price arrangement. So basically, we have the cost of the team staying on the project and the opportunity cost of not being able to assign them to another project. Opportunity cost brings me to the other customer, Mervis Diamonds. After working with them for two months, negotiating prices, doing multiple demos, Mervis was finally convinced that Oracle was the way to go. In the meantime, we started experiencing the "effect" of 11i Order Management. Because this was also the core of Mervis' business, we initially tried to stall them, believing that OM would be stable soon and we would be able to implement it for them. Seeing the Thanksgiving go five date drawing closer and closer, we eventually backed out and told Mervis we would not be able to implement the software for them. We lost the account and the revenues that go along with it. The revenues for the implementation were low but Mervis had also wanted us to host and maintain the Apps so the account was very attractive from that standpoint. Of course, we could have misled the customer, had them sign a contract that we knew we could not uphold, and then let it drag on. We don't operate that way. Another firm actually picked up the account and, of course, has not met the deadline. Obviously, the Order Management modules were not ready for release to the public in June. Oracle Consulting knew this which is why they would only implement for Brock if they agreed to do 11.03. Why weren't we told? Are partners valued at Oracle? Despite the lack of support from Oracle, we have always been faithful to you. Could you at least be respectful to us? Jon Simmons, who is responsible for your ASP program, threatened to have any Oracle sales rep who referred customers to us fired if we did not pay a $1 million ransom (AKA the "fee" for the ASP program). This conference call was attended by others I am not making this up. Had it not been for OM, we would have had one of the first live 11i implementations. Our PR firm has been ready to make an announcement but it is now to late to be amongst the first. Our most important client recently wanted to implement an expense management system. They had already spent a year and a half and $200K on a non Oracle solution. Based on our recommendation alone, they dropped that project and chose Oracle iExpense for 2000 of their employees. Again, we put our reputation on the line based on our belief that Oracle will deliver. Will you? If this product fails, we lose this customer and we could lose our business. When Oracle puts products out on the market that they know are not ready for production, it hurts Oracle, but more seriously, it could destroy a small business like our client's or like ours. We live by deliverables and SLAs. What standards is Oracle judged by? We still have to pay our partner fees, our software licenses and our support agreements. We still have to run our businesses, pay our salaries and our rent. We are still interested and waiting for an Applications specific partner program and hope that Oracle will not overlook us once more. More importantly, I ask that Oracle take small businesses seriously; this includes small customers and small partners. We all believe that with Oracle we will one day become big. We will continue to work with Oracle but Oracle has to work with us. If we are to be partners then it must be a relationship based on honesty and trust. We have to trust that when Oracle says it's ready, it really is. And if it's not, Oracle should have some SLA or other means of financial penalty for non-delivery or substandard delivery. Since you have no existing policy of the sort, we will ask that Oracle consider giving the following to our customer, Brock Tool:

- Refund for two years of support, including the current year
- Refund on iStore (which they overpaid for anyway)
- Education credits
- Marketing support (joint releases, etc).

CA-ORCL 008529

ORACLE
CONFIDENTIAL

If you do any of these things we will only ask that you let the customer know that this was based on our suggestions. I think this will go a long way to easing relations between Oracle and the customer and between the customer and ourselves. For both our sakes, Brock must be a referenceable customer. Brock's CEO is still at the point of wanting to ship the software back and going to the press to tell them Oracle software is worthless. If this happens, our six months of effort will have been for naught. The weekly calls with Oracle Support are a help but only reinforce the notion that the OM modules are not ready. I believe that Oracle can and should do more for Brock. If you don't do it for their sake, do it for ours. After all, we are your partner... or are trying to be. Rebecca Enonchong P.S. I am attaching the letter from Brock's CEO to Larry Ellison and one of the recent documents prepared by

4/25/2002 6:14 PM

NDCA-ORCL 012416

 

[Fwd: RE: The cost of Partnering with Oracle]

our OM Lead for Oracle support and development. _____

Rebecca Enonchong
Application Technologies, Inc.
www.appstech.com
3, Bethesda Metro Center Suite 700
Bethesda, MD 20814 USA
1(301) 961-1951 Fax 1(301) 657-9776

CA-ORCL 008530

ORACLE
CONFIDENTIAL

4/25/2002 6:11 PM

NDCA-ORCL 012417

# EXHIBIT 99

[Fwd: [Fwd: FW: The cost of Partnering with Oracle]]

        X-Mozilla-Status: 8001
       X-Mozilla-Status2: 00000000
            Message-ID: <3A526144.BD789AC0@oracle.com>
                   Date: Tue, 02 Jan 2001 15:16:21 -0800
                   From: "Safra A. Catz" <Safra.Catz@oracle.com>
               X-Mailer: Mozilla 4.73 [en] (Win95; U)
      X-Accept-Language: en
           MIME-Version: 1.0
                     To: "Wohl,Ronald" <RON.WOHL@ORACLE.COM>,
                         "Klaiss,Donald" <DON.KLAISS@ORACLE.COM>
                Subject: [Fwd: [Fwd: FW: The cost of Partnering with Oracle]]
           Content-Type: multipart/mixed;boundary="------------E12E39F2B69812134E5171A1"

Any update on this?

        ─────────────────────────────────────────────────────────

            Return-Path: <renee.knee@oracle.com>
               Received: from oracle.com (dhcp-datacenter-isdn-west-144-25-122-105.us.oracle.com
                         [144.25.122.105])by gmgw02.oraclecorp.com (8.8.8□.8.8) with ESMTP id
                         VAA11010;Tue, 19 Dec 2000 21:19:49 -0800 (PST)
            Message-ID: <3A404087.B66F95C7@oracle.com>
                   Date: Tue, 19 Dec 2000 21:15:51 -0800
                   From: Renee Knee <renee.knee@oracle.com>
           Organization: Oracle Worldwide Alliances
               X-Mailer: Mozilla 4.75 [en] (Win95; U)
      X-Accept-Language: en
           MIME-Version: 1 0
                     To: Ron Wohl <Ron.Wohl@oracle.com>,
                         "Klaiss,Donald" <DON.KLAISS@oracle.com>
                     CC: Ian Thacker <ian.thacker@oracle.com>,
                         Safra Catz <Safra.Catz@oracle.com>,
                         Mike Rocha <michael.rocha@oracle.com>
                Subject: [Fwd: FW: The cost of Partnering with Oracle]
           Content-Type: multipart/mixed;boundary="------------8CDF1D99172790913DE6D1C7"

Ron, Don & Drew -

I cannot answer these questions for this partner and as you can see it is a very poor reflection on the
partner program and Oracle overall when we are not able top address the quality issues we are facing
with 11i OM right now across all of our partners.

Rebecca represents a small implementation firm, but one whose business is only successful when we
support her with our products.  She is a squeaky wheel and I have had many conversations with her
over the last several months on her views of our product quality, support and partner program -
however, her views are the same as all of our partners implementing 11i OM.

They all have significant backlogs of implementation service they are trying to deliver and cannot
either install our products successfully in a reasonable amount of time, manage their customer's order
processing with our OM due to outstanding and answered Tars/Bugs, nor stabilize their customer's

                                          1

                                    CA-ORCL 032267
                                    ORACLE CONFIDENTIAL

[Fwd: [Fwd: FW: The cost of Partnering with Oracle]]

environments with our patches.

I need to know what we in Alliances can do to help you set the partner's expectations about OM and the 11i product quality.

If you cannot give me honest and accurate information as to when 11i product quality will improve, I am not going to be able to keep the partners from stopping their implementations in the marketplace.

Renee

---

**Return-Path:** <renonchong@appstech.com>
**Received:** from inet-smtp1.oracle.com (ns2.oracle.com [209.246.15.57] (may be forged))by gmgw03.oraclecorp.com (8.8.8□.8.8) with ESMTP id UAA03915;Tue, 19 Dec 2000 20.37.23 -0800 (PST)
**Received:** from mail.anidc.com (mail.anidc.com [216.73.128.162])by inet-smtp1.oracle.com (8.9.3/8.9.3) with ESMTP id UAA21832;Tue, 19 Dec 2000 20:38:05 -0800 (PST)
**Received:** from renonchong ([12.17.21.129]) by mail.anidc.com(Post.Office MTA v3.5.3 release 223 ID# 0-65406U500L100S0V35)with ESMTP id com; Tue, 19 Dec 2000 23:14:27 -0500
**From:** "Rebecca Enonchong" <renonchong@appstech.com>
**To:** "Renee Knee" <renee.knee@oracle.com>,
   "Ron Wohl" <ron.wohl@oracle.com>
**CC:** <larry.ellison@oracle.com>, "Kurt Larsen" <kurt.larsen@oracle.com>,
   "Drew Campbell" <harold.campbell@oracle.com>
**Subject:** FW: The cost of Partnering with Oracle
**Date:** Tue, 19 Dec 2000 23:37:23 -0500
**Message-ID:** <NDBBLOJMILNAKIBIMCCHIEJLEEAA.renonchong@appstech.com>
**MIME-Version:** 1.0
**Content-Type:** multipart/mixed;boundary="----=_NextPart_000_00EC_01C06A14.A34879A0
**X-Priority:** 3 (Normal)
**X-MSMail-Priority:** Normal
**X-Mailer:** Microsoft Outlook IMO, Build 9.0.2416 (9.0.2910.0)
**Importance:** Normal
**X-MimeOLE:** Produced By Microsoft MimeOLE V5.00.2314.1300

Renee and Ron,

I still have not received any reply to this mail from more than a week ago. Since then, more TARs have been added, and we continue to receive more requests for documentation and business cases from your support group. Our Order Management team is immersed in paperwork and bug testing for Oracle. I am becoming more and more frustrated at the lack of response and responsiveness from Oracle. We have lost close to $200K so far on our implementation of 11i for Brock Tool and we cannot even get anyone at Oracle to reply to our e-mails!

The client has now heard from these other Oracle customers in the same industry that choosing Oracle almost cost them their business:
- American Saw & Mfg
- GB electrical
- Thomas & Belts

2

CA-ORCL 032268
ORACLE CONFIDENTIAL

NDCA-ORCL 035244



[Fwd: [Fwd: FW: The cost of Partnering with Oracle]]

One of these had more than $3 million in orders get "lost" in the system. Bill Grebe, the CEO of Brock Tool, our client, is ready to ship the software back to you. The only reason he hasn't is that we have talked him out of it (many times) and have kept to our fixed price deal so that they do not bear the rising costs for our services.

If we do not see any improvement in the quality of service from Oracle and more involvement from top level management at Oracle very soon we will reluctantly have to throw in the towel and stop the implementation of the Order Management software for Brock Tool. I can tell you without hesitation that the customer will cancel this project and request a refund of all software and support fees.

I have spent this last year trying to build up a successful e-business solutions firm. At the crucial time when we are looking for financing, we are now having to explain how a company that was profitable from day one is losing money a year later. We have asked *nothing* of Oracle other than to fix its own software and to provide some credits to the customer. Is the courtesy of a reply to my e-mail too much to ask for?

By the way, it might be nice if someone at the executive level called or wrote to Brock Tool (CSI 3070171) in response to his letter to Larry Ellison. Barry Stephens from Orlando support has been very nice but this problem has definitely escalated beyond him.

I am leaving for Europe tomorrow for about one month. I can be reached by e-mail or at our Paris office 011.33.1.47.96.46.97. Ironically, I am going off to concentrate on writing Oracle Financials 101 for Oracle Press. I guess it will be very short... "It doesn't work yet. check back in a year for a patched version of this book."

Rebecca Enonchong

-----Original Message-----
**From:** Rebecca Enonchong [mailto:renonchong@appstech.com]
**Sent:** Monday, December 11, 2000 11:34 PM
**To:** Renee Knee; Ron Wohl
**Cc:** Jean-Michel Texier
**Subject:** The cost of Partnering with Oracle

Hi,

My name is Rebecca Enonchong and I am the CEO of Application Technologies, better known as AppsTech. We are a small IT firm (about 50 people) delivering Oracle Apps solutions worldwide.

I am writing to the two of you to share my frustrations with Oracle, especially as related to our 11i implementation of Order Management for Brock Tool and Supply. To make a long story short, had it not been for revenues from other clients, and smart financial management, AppsTech would be bankrupt today because of Oracle.

I have been in touch with the two of you a couple of times since OAUG Philadelphia and with Ron again since Hawaii. I know that our client, Brock Tool, has also been in touch with Ron and Larry Ellison

As a company, we have devoted ourselves to being the best Oracle Apps consultants on the market. In addition to rigorous in-house training, not a week goes by without one or more of our consultants attending (or teaching) an Oracle Education class. All of our consultants are required to become OCPs within 6 months of hire. Even McGraw-Hill has recognized our expertise with the signing of a contract for the next Oracle Press book on Financials (Oracle Financials 101). On numerous occasions, we have been the ones to sell Oracle solutions to our clients, recommending Oracle over its competitors. It is bad enough that Oracle offers us neither compensation nor credit of any kind for our contributions to its bottom line. Even worse, however, is the fact that making the recommendations have cost us financially, and have put our reputation, crucial for our business, in jeopardy.

In April of this year, I raised the issue of the Oracle Partner program for Apps with Larry Ellison at the Philadelphia OAUG. Despite a couple of e-mails back and forth with Renee, nothing has come of it. In the

3

CA-ORCL 032269-
ORACLE CONFIDENTIAL

NDCA-ORCL 035245



[Fwd: [Fwd: FW: The cost of Partnering with Oracle]]

meantime, I see press releases on Oracle partnering with firms on hosting and implementation services. Not one to give up, I at least try to join the OSP program since I see Oracle has recently added some new names to it. The e-mails I send to Sherry Frandle, the OSP contact listed for our area, do not even receive the courtesy of a reply.

All the while AppsTech is still out there selling Oracle Apps and services. In May of this year, armed with the confidence in R11i we had garnered at OAUG, we convinced two customers to purchase the product. They had heard horror stories about Oracle from a number of sources but they trusted our judgment and went along with our recommendations. To assure them that we believed in Oracle Apps, we offered them fixed price implementations so that we would bear the consequences if we were wrong about the software.

The first customer, Brock Tool and Supply, ordered the software right away. I'll get to the second customer later. Given our experience and expertise and the size of Brock (fewer than 100 employees), we were confident that we would complete the implementation in about two months. It has now been six months with no end in sight. While the financial modules were relatively stable and were set-up with few problems, Order Management has been disastrous. Over 100 TARs have been logged, and most of them OM related. Since the CEO of Brock Tool wrote a letter to Larry Ellison a couple weeks ago, development has been working on patches for those issues. So basically, since July, I have had an entire implementation team creating TARs and beta testing OM for Oracle. To add insult to injury, one of the Oracle's early responses to Brock Tool was questioning their choice of an implementer! By now, all the on-site training we did for the end -users at Brock has long been forgotten and we will have to do it over (at our cost). We can't pull the team members off of Brock and onto other projects because as soon as OM is ready they will have to be pulled back onto Brock. To retain what remains of our reputation, we have not reneged on our fixed price arrangement. So basically, we have the cost of the team staying on the project and the opportunity cost of not being able to assign them to another project.

Opportunity cost brings me to the other customer, Mervis Diamonds. After working with them for two months, negotiating prices, doing multiple demos, Mervis was finally convinced that Oracle was the way to go. In the meantime, we started experiencing the "effect" of 11i Order Management. Because this was also the core of Mervis' business, we initially tried to stall them, believing that OM would be stable soon and we would be able to implement it for them. Seeing the Thanksgiving go live date drawing closer and closer, we eventually backed out and told Mervis we would not be able to implement the software for them. We lost the account and the revenues that go along with it. The revenues for the implementation were low but Mervis had also wanted us to host and maintain the Apps so the account was very attractive from that standpoint. Of course, we could have misled the customer, had them sign a contract that we knew we could not uphold, and then let it drag on. We don't operate that way. Another firm actually picked up the account and, of course, has not met the deadline.

Obviously, the Order Management modules were not ready for release to the public in June. Oracle Consulting knew this which is why they would only implement for Brock if they agreed to do 11.03. Why weren't we told? Are partners valued at Oracle? Despite the lack of support from Oracle, we have always been faithful to you. Could you at least be respectful to us? Jon Simmons, who is responsible for your ASP program, threatened to have any Oracle sales rep who referred customers to us fired if we did not pay a $1 million ransom (AKA the "fee" for the ASP program). This conference call was attended by others I am not making this up.

Had it not been for OM, we would have had one of the first five 11i implementations. Our PR firm has been ready to make an announcement but it is now to late to be amongst the first.

Our most important client recently wanted to implement an expense management system. They had already spent a year and a half and $200K on a non Oracle solution. Based on our recommendation alone, they dropped that project and chose Oracle iExpense for 2000 of their employees. Again, we put our reputation on the line based on our belief that Oracle will deliver. Will you? If this product fails, we lose this customer and we could lose our business.

When Oracle puts products out on the market that they know are not ready for production, it hurts Oracle, but more seriously, it could destroy a small business like our client's or like ours. We live by deliverables and SLAs. What standards is Oracle judged by? We still have to pay our partner fees, our software licenses and our support agreements. We still have to run our businesses, pay our salaries and our rent.

We are still interested and waiting for an Applications specific partner program and hope that Oracle will not overlook us once more. More importantly, I ask that Oracle take small businesses seriously; this includes small

CA-ORCL 032270
ORACLE CONFIDENTIAL

NDCA-ORCL 035246




[Fwd: [Fwd: FW: The cost of Partnering with Oracle]]

customers and small partners. We all believe that with Oracle we will one day become big. We will continue to work with Oracle but Oracle has to work with us. If we are to be partners then it must be a relationship based on honesty and trust. We have to trust that when Oracle says it's ready, it really is. And if it's not, Oracle should have some SLA or other means of financial penalty for non-delivery or substandard delivery.

Since you have no existing policy of the sort, we will ask that Oracle consider giving the following to our customer, Brock Tool:

- Refund for two years of support, including the current year
- Refund on iStore (which they overpaid for anyway)
- Education credits
- Marketing support (joint releases, etc).

If you do any of these things we will only ask that you let the customer know that this was based on our suggestions. I think this will go a long way to easing relations between Oracle and the customer and between the customer and ourselves. For both our sakes, Brock must be a referenceable customer. Brock's CEO is still at the point of wanting to ship the software back and going to the press to tell them Oracle software is worthless. If this happens, our six months of effort will have been for naught. The weekly calls with Oracle Support are a help but only reinforce the notion that the OM modules are not ready. I believe that Oracle can and should do more for Brock. If you don't do it for their sake, do it for ours. After all, we are your partner... or are trying to be.

Rebecca Enonchong

P.S. I am attaching the letter from Brock's CEO to Larry Ellison and one of the recent documents prepared by our OM Lead for Oracle support and development.

---

Rebecca Enonchong
Application Technologies, Inc.
www.appstech.com
3, Bethesda Metro Center Suite 700
Bethesda, MD 20814 USA
1(301) 961-1951 Fax 1(301) 657-9776

| | |
|---|---|
| orcl_OM.htm | **Content-Type:** text/html;name="orcl_OM.htm" **Content-Transfer-Encoding:** quoted-printable **Content-Disposition:** attachment;filename="orcl_OM.htm" |

| | |
|---|---|
| BrockTARSummary111900.doc | **Content-Type:** application/msword;name="Broc **Content-Transfer-Encoding:** base64 **Content-Disposition:** attachment;filename="BrockTAF |

Renee Knee <renee.knee@oracle.com>
Senior Vice President
Worldwide Alliances
(img src=http://alliance.oracle.com/images/newopplogo.jpg>

CA-ORCL 032271
ORACLE CONFIDENTIAL

NDCA-ORCL 035247

Application Technologies, Inc.

Implementation of Oracle Distribution Management r11i for Brock Tools, Inc. (CSI 3070171)

Issues Impeding Go-Live

20 November 2000

CA-ORCL 032272
ORACLE CONFIDENTIAL

Application Technologies, Inc.
Implementation of Oracle Distribution Management r11i for Brock Tools, Inc. (CSI 3070171) – Issues Impeding Go-Live
20-Nov-2000

## Contents

Overview ... 3
Key Implementation Objectives ... 3
Implementation and Test Approach ... 3
Present Challenges ... 3
Anticipated Challenges / Acceptance Testing Yet to be Performed ... 3
Open iTARs ... 4
Appendix A. Test Order Configuration ... 7
Document B. Backorder Detail Report ... 13
Document C. Pack Slip Report ... 14
Document D. Commercial Invoice ... 15

CA-ORCL 032273
ORACLE CONFIDENTIAL

NDCA-ORCL 035249

Application Technologies, Inc.
Implementation of Oracle Distribution Management r11i for Brock Tools, Inc. (CSI 3070171) – Issues Impeding Go-Live
20-Nov-2000

## Overview

Implement Inventory and Order Management operations at three Warehouse locations (MD, VA, and DC). For each site, implement separate subinventories for Showroom and Main Storage, and implement separate order fulfillment operations for counter sale, route sale, common carrier, drop ship, rental, and repair operations. Implement four standard price lists – with preferred item lists cascading to default lists for items lacking preferred pricing. Implement transaction interface with Inventory to manage valuation on a Standard Cost basis. Implement transaction interfaces with Accounts Receivable to achieve daily invoicing, credit, accounting, and receipt objectives. Implement Distribution Management applications to facilitate compatibility with Fax Commander software and Oracle I-Store implementation.

### Key Implementation Objectives

## Implementation and Test Approach

Configure application to support objectives described above. Implement and execute standard battery of acceptance test scripts. Tune setups and day-to-day procedures to accommodate effective mix of Oracle Application automation and manual procedures/controls. Accept configuration upon demonstration of consistently reliable operation which effectively meets client objectives.

Present testing focuses upon achieving successful and repeatable fulfillment / backordering of the Standard Order Configuration depicted in Appendix A. This taxable order pre-specifies a price list; includes automatically qualified discounts; includes two products with available stock quantities, and one product with unavailable stock; auto-schedules demand against pre-specified Subinventories upon line commitment; and auto-applies Attachments at Order and Line levels. The fulfillment cycle specifies Auto Pick Confirmation, but successfully runs without.

Inability to demonstrate consistent operation of basic Order Fulfillment Cycle has limited the scope of testing to the following objectives:

- Product Registration and Stocking
- Customer Entry
- Order Entry, Scheduling, and Booking
- Pick Release

- Ship Confirmation and Backorder
- Inventory Interface, Move Order Transacting, and Costing
- Autoinvoice

## Present Challenges

Present challenges are logged as 22 individual ITARs (listed in the following section). Twelve of these ITARs must be resolved for go-live. (The remainder are important to resolve, and subject to client requirement for go-live resolution.) Go-live challenges focus upon:

- Inability of the Order Pad
- Inability to obtain accurate business documents (Documents A through D)
- Inability to backorder released items via Ship Confirmation form
- Inability of the Pick Selection List Generation
- Inability to identify Deliveries and Ship-to/Deliver-to Locations by name in ship transactions form
- Inability to specify printing of documents by Delivery name (rather than sequence id)
- Inability to update ship confirmed items as eligible for AR Autoinvoice
- Inability to view line level workflow for Autoinvoiced transactions
- Inability to obtain Windows-level help for various Pricing forms

## Anticipated Challenges / Acceptance Testing Yet to be Performed

1. Pricing. We have found no means of defining manageable pricing which would:
   - Eliminate the need to pre-specify the Price within the Sales Order
   - Enable automatic cascading to default lists when requested line item is not found in the identified/higher precedence price list.
2. Functions not yet tested include:
   - Drop Shipment
   - Generation of Internal / Replenishment Orders
   - Cycle Counting
   - Credit Generation and Receipt Application
   - Prepayments/Deposits and Recurring Invoices

CA-ORCL 032274
ORACLE CONFIDENTIAL

Page 3 of 15

Application Technologies, Inc.
Implementation of Oracle Distribution Management r11i for Brock Tools, Inc. (CSI 3070171) – Issues Impeding Go-Live
20-Nov-2000

## Open iTARs

### Severity = 2

| # | TAR: Issue | Opened / Last Oracle Contact | Awaiting Action From | Reference | Business Process Impact |
|---|---|---|---|---|---|
| 1 | 1159253.999: Order Pad Find Criteria and Folder Features Are Not Working | 31-Aug-00<br>13-Nov-00 | Development<br>(Bug 1498203, and 1498158) | | This problem precludes Brock order takers and expediters from automatically retrieving and prioritizing orders of interest to their individual operations. |
| 2 | 1296730.999: Sales Order Entry Form Reissues Line 1.1 and Generates Errors on Commit | 19-Nov-00<br>n/a | Support | | This problem renders an order unusable. It seems to occur if user employs Mouse navigation in lieu of <Tab> navigation. |
| 3 | 1018753.997: Sales Order Acknowledgement Not Formatted for Evergreen Forms | 01-Nov-00<br>14-Nov-00 | Support | Doc A | This problem precludes Brock from faxing sales order acknowledgements via FAX Commander. |
| 4 | 1316038.6: Incorrect Data on the Backorder Detail Report | 19-Sep-00<br>07-Nov-00 | Development<br>(Bug 1458060) | Doc B | The Backorder Detail report totally misrepresents what products and amounts should be on backorder. This problem precludes Brock from determining their Backorder position. |
| 5 | 1316074.600? Unable to Place Items on Backorder When Ship Confirming | 19-Sep-00<br>17-Nov-00 | Support | | This problem precludes Brock from returning Pick Released items to the Backorder pool in the event that they decide not to ship orders which have been released. |
| 6 | 1219849.999: Pack Slip Report is Unusable | 2-Sep-00<br>17-Nov-00 | Support<br>(To open bug) | Doc C | Document does not identify customer. This problem prevents Brock from providing the Pack Slip to the customer – unless it manually looks up the pack slip and transcribes the customer name onto the Pack Slip. |
| 7 | 1316043.6: Commercial Invoice is Unusable | 19-Sep-00<br>17-Nov-00 | Support<br>(To open bug) | Doc D | Document does not identify customer bill-to address, or sales tax amounts. Document also includes export declaration for domestic shipments. These problems prevent Brock from using this document for detailed invoicing purposes. |
| 8 | 1295800.999: Ship Confirmation Not Updating Line Level Workflow Status | 17-Nov-00<br>n/a | Support | | This problem precludes Brock from Autoinvoicing confirmed shipments and from issuing RMAs. |
| 9 | 1276121.999: Unable to Display Line Level Workflow Status for Sales Orders Interfaced to AR | 17-Nov-00<br>n/a | Support | | This problem precludes display of workflow status / critical fulfillment dates for sales order items which have been Autoinvoiced |
| 10 | 1044991.996 Unable to Obtain Windows-level help for Various Pricing Forms | 10-Aug-00<br>10-Nov-00 | Development<br>(Bug 1357838) | | This problem (coupled with the lack of practical user documentation) severely hinders Brock's ability to effectively utilize Advanced Pricing capability. |

CA-ORCL 032275
ORACLE CONFIDENTIAL

Page 4 of 15

Application Technologies, Inc.
Implementation of Oracle Distribution Management r11i for Brock Tools, Inc. (CSI 3070171) – Issues Impeding Go-Live
20-Nov-2000

| # | TAR - Issue | Opened / Last Oracle Contact | Awaiting Action From | Reference | Business Process Impact |
|---|---|---|---|---|---|
| 11 | 1073648.996. Shipping Transactions Form Displays Sequence Ids in Lieu of Ship-to / Deliver-to Location Names<br>• Support/Dev have self-closed this and opened an unscheduled Bug. | 10-Sep-00<br><br>17-Oct-00 | Development*<br>(Bug 1339715)<br><br>*Not committing to fix. | | This problem prevents Brock from displaying intelligible Customer Ship-to and Deliver-to Locations (by Name) within the Shipping Transactions form.  (Sequence Ids are meaningless.) |
| 12 | 1315534.6. Pick Release Form Does Not Permit Entry of Batch Name // Shipping Transactions Form No Means for Retrieval by Pick Release Batch or Pre-defined DeliveryTrip NAME<br>• Support provided unintelligible response and hard closed TAR. | 14-Sep-00<br><br>24-Oct-00 | Support | | Inability to query Release Batches or Pre-defined Deliveries/Trips by Name (not sequence id) hinders Brock's ability to focus upon and verify deliveries of interest to a particular decentralized order fulfillment operation. |

Severity = 3

| # | TAR - Issue | Opened / Last Oracle Contact | Awaiting Action From | Reference | Business Process Impact |
|---|---|---|---|---|---|
| 13 | 1296735.999. Sales Order Attachments Window Does Not Display Template Attachment after Update | 19-Nov-00<br>n/a | Support | | This problem precludes Brock OE staff from verifying / viewing template order notes. |
| 14 | 1151368.996. Sales Order Acknowledgement not Properly Printing Qualifying Attachments | 19-Nov-00<br>n/a | Support | | This problem precludes Brock from automatically alerting customer to special conditions regarding its confirmed order. |
| 15 | 1296738.999. Pick Selection List Generation Completes with Error in Concurrent Request Log | 19-Nov-00<br>n/a | Support | | This problem occurs in 1 out of 20 cases (where all 20 test cases are equivalent in data content).  Concurrent Request Log reflects "Error occurred in INV_Pick_Wave_Pick_Confirm_PUB.Pick_Confirm" WSH_DOCS_SUBMITTED (SUBMITTED_DOCS=2) (TOTAL_DOCS=2) (REQ_IDS=)". |
| 16 | 1151371.996. Pick Slip Not Printing Qualifying Attachments | 19-Nov-00<br>n/a | Support | | This problem precludes Brock from automatically alerting pickers to special conditions required for product selection and shipping (i.e., hazmat handling, dated material check, etc.). |
| 17 | 1151438.996. Transact Move Orders Form Not Writing Sales Order Key Combination in Multi-Select Processing Mode | 19-Nov-00<br>n/a | Support | | This problem precludes use of Multi-select processing mode in Transact Move Orders form. |
| 18 | 1151377.996. Pick Slip Not Printing Qualifying Attachments | 19-Nov-00 | Support | | This problem precludes Brock from automatically alerting customer receivers to special conditions regarding shipment content (i.e., hazmat handling, dated material, etc.). |

CA-ORCL 032276
ORACLE CONFIDENTIAL

Page 5 of 15

Application Technologies, Inc.
Implementation of Oracle Distribution Management r11i for Brock Tools, Inc. (CSI 3070171) – Issues Impeding Go-Live
20-Nov-2000

| # | TAR Issue | Opened / Last Oracle Contact | Awaiting Action From | Rejected | Received | Business Project Impact |
|---|---|---|---|---|---|---|
| 19 | 11513B1.996: Commercial Invoice Not Printing Qualifying Attachments | 19-Nov-00 / n/a | Support | | | This problem precludes Brock from automatically alerting customer A/P personnel to special conditions regarding order delivery, prepayment, or balance payment. |
| 20 | 1257045.599: Unable to Print Mailing Labels for Confirming Shipments | 22-Oct-00 / 18-Nov-00 | Support | | | This problem prevents Brock from printing mailing labels for any shipments. This is of key concern for shipments which must be sent via USPS or various other Common Carriers. |
| 21 | 1256663.599: Unable to Enter RMA Receipt Inspection/Location Data | 27-Oct-00 / 15-Nov-00 | Support | | | This problem prevents Brock from processing RMA Receipt Inspections and from entering stock locations for return receipts. |
| 22 | 1316032.6: Unable to Display Customer Contact Name in Shipping Transaction Form | 19-Sep-00 / 15-Nov-00 | Support (Bug 1357281 for 11/20 OM Concall) | | | This problem prevents Brock order fulfillment personnel from quickly contacting customer personnel responsible for placement of the order. |

Page 6 of 15

CA-ORCL 032277
ORACLE CONFIDENTIAL

Application Technologies, Inc.
Implementation of Oracle Distribution Management r11i for Brock Tools, Inc. (CSI 3070171) – Issues Impeding Go-Live
20-Nov-2000

*Appendix A: Test Order Configuration*

| Objective / Navigation Path | Data | Expected Result | Result Acceptable |
|---|---|---|---|
| | | | |

Page 7 of 15

CA-ORCL 032278
ORACLE CONFIDENTIAL

Application Technologies, Inc.
Implementation of Oracle Distribution Management r11i for Brock Tools, Inc. (CSI 3970171) – Issues Impeding Go-Live
20-Nov-2000

| Objective / Navigation Path | Data | Expected Result | Result Acceptable |
|---|---|---|---|
| **Enter and Book Order** | **Order Header Data (Main)** | a) Form accepts order header and assigns sequential sales order number. | a) Yes ___ |
| OM: Orders, Returns | Order Organizer <New Order> | • Customer = Baltimore Rigging<br>• Order Type = BAL Counter Sale<br>• Customer PO = 40069 | b) Form automatically prices order lines per Standard price list. | b) Yes ___ |
| 1: Enter Order Header Data – Main and Others Tabs | • Price List = Standard (auto)<br>• Ship To = Baltimore ST | c) Form immediately schedules Demand for Item quantity – even prior to Booking. | c) Yes ___ |
| 2: While Cursor in Order Header, click on Attachment <PaperClip> icon and enter attachment per *Order Header Attachment Criteria*. | • Salesperson = House Account - Baltimore<br>• Bill To = Baltimore AP | d) Form reflects accurate Quantities Available and On-hand within Ordering inventory organization. | d) Yes * ___ |
| 3: Enter Order Line Data – Lines 1 through 3<br>1) Auto Price (default);<br>2) Verify On-Hand <Availability> | **Order Header Data (Others)**<br>• Terms = 2/10, NET 30<br>• Warehouse = BAL | e) Form provides sales tax estimate.<br>f) Form books order. | e) Yes ___<br>f) Yes ___ |
| 4: While Cursor in Order Line 3.1, click on Attachment <PaperClip> icon and update attachment template per *Order Line Attachment Criteria*. | • Shipping Method = Customer's Truck<br>• Shipment Priority = Counter Sale<br>**Order Header Attachment Criteria** | g) After booking, Workflow Activities and Diagrams display:<br> • Header – Eligible for Complet'n<br> • Lines – (Ready to) Ship | g) Yes ___ |
| 5: <Book Order> | • In Attachment Tab, <Down Arrow> to new row, click <Document Catalog>.<br>• In Document Catalog, select 'Scheduled Release' from Description LOV, click <Find>, click <Attach>. | h) After booking, the following attachments automatically apply:<br> • At Header Level, the 'Brock WEB Address' attachment automatically applies. | h) Yes ___ |
| 6: While Cursor in Order Header, select Tools | Workflow Status:<br> • <Filter (Header) WF Activities> – *per WF Activities Filter Criteria*<br> • <View (Header) WF Diagram> | • Close Attachment window.<br>**Order Line Data – Line 1:**<br>• Item = TST M142380030<br>• Qty = 2<br>• UOM = Ea (automatic) | • For Line 1.1, the 'Hazmat Alert' attachment automatically applies.<br> • For Line 2.1, the 'Dated Material' attachment automatically applies. | i) Yes ___ |
| 7: While Cursor on Order Line, select Tools | Workflow Status:<br> • <Filter (Line) WF Activities> – *per WF Activities Filter Criteria*<br> • <View (Line) WF Diagram> | • Unit Price = 40 (automatic)<br>• Subinventory = Showroom<br>**Order Line Data – Line 2:**<br>• Item = TST M128900190<br>• Qty = 1<br>• UOM = Ea (automatic)<br>• Unit Price = 52 (automatic)<br>• Subinventory = Showroom | • For Line 3.1, the 'Drop Ship Alert/Vendor Template' attachment automatically applies.<br>i) Form accepts manual entry of the 'Scheduled Release' attachment at the Order Header Level.<br>j) Form accepts manual update to the 'Drop Ship Alert/Vendor Template' attachment automatically applied at the Order Line Level for Line 3.1. | j) Yes ___ (Err1)<br><br>* * Available quantity = ordered quantity.<br><br>Err1: Template notes are not displayed in order after insertion of one-time text. |

CA-ORCL 032279
ORACLE CONFIDENTIAL

Application Technologies, Inc.
Implementation of Oracle Distribution Management r11i for Brock Tools, Inc. (CSI 3070171) – Issues Impeding Go-Live
20-Nov-2000

| Objective/ Navigation Path | Data | Expected Result | Result Acceptable |
|---|---|---|---|
| | Order Line Data – Line 3:<br>• Item = TST.M145690010<br>• Qty = 4<br>• UOM = Ea (automatic)<br>• Unit Price = 110 (automatic)<br>• Subinventory = Showroom<br>Order Line Attachment Criteria:<br>• In Attachment Tab, click in Text Box and enter Vendor Name 'B F Goodrich' after the Text ."This product is being drop shipped from vendor".<br>• Click on <Save> icon.<br>• Close Attachment window.<br>Workflow Activities Filter Criteria:<br>• Statuses=Active+Error+Suspend<br>• Types=RespNotify+Function+SubWF | | |

Page 9 of 15

CA-ORCL 032280
ORACLE CONFIDENTIAL

Application Technologies, Inc.
Implementation of Oracle Distribution Management rIii for Brock Tools, Inc. (CSI 307H71) – Issues Impeding Go-Live
20-Nov-2000

**Document A: Sales Order Acknowledgement**

| Bill To: | Baltimore Rigging | Ship To: | Baltimore Rigging | Report Date: | 18-NOV-2000 09:04 |
| | Attn: Accounts Payable | | 9209 Philadelphia Road | | Page: 1 |
| | 9209 Philadelphia Road | | Baltimore, Maryland 21037- | | |
| | Baltimore, Maryland 21037-0000 | | 0000 | Order Number: | 1000137 |
| | United States | | United States | | |
| | Attn: Betty Billpayor | | Attn: John Taylor | Order Date: | 18-NOV-00 |

Customer PO: PO 123456

| Deliver To: | | Salesperson: Bondroff, Mr. Stephen |
| | | Payment Terms: 2/10 NET 30 |
| | | FOB: |
| | | Currency: USD |
| | | Order Type: BAL Counter Sales Order |

| -----Number----- | | | ----------Date---------- | | | | | |
| Line Number | Item | Request | Promise | Schedule | Qty Ord Unit | Selling Price | Extended Price |
| ---------- | ---- | ------- | ------- | -------- | ------------ | ------------- | -------------- |
| 1.1 | TST.M142380030 STEEL BUMPER FOR STAN | 18-NOV-00 | 18-NOV-00 | 18-NOV-00 | 2 Each | 36.00 | 72.00 |
| | Line Type | | | | | | |
| | ---------- | | | | | | |
| | Regular Line | | | | | | |
| | Tax on Line | | | | | | |
| | ----------- | | | | | | |
| | 3.96 | | | | | | |

| -----Number----- | | | ----------Date---------- | | | | | |
| Line Number | Item | Request | Promise | Schedule | Qty Ord Unit | Selling Price | Extended Price |
| ---------- | ---- | ------- | ------- | -------- | ------------ | ------------- | -------------- |
| 2.1 | TST.M128900190 PULEY SUPPORT | 18-NOV-00 | 18-NOV-00 | 18-NOV-00 | 1 Each | 23.00 | 23.00 |
| | Line Type | | | | | | |
| | ---------- | | | | | | |
| | Regular Line | | | | | | |
| | Tax on Line | | | | | | |
| | ----------- | | | | | | |
| | 1.26 | | | | | | |

| -----Number----- | | | ----------Date---------- | | | | | |
| Line Number | Item | Request | Promise | Schedule | Qty Ord Unit | Selling Price | Extended Price |
| ---------- | ---- | ------- | ------- | -------- | ------------ | ------------- | -------------- |
| 3.1 | TST.M145690010 BAND SAW TIRE | 18-NOV-00 | 18-NOV-00 | 18-NOV-00 | 4 Each | 52.00 | 208.00 |

Page 40 of 15

CA-ORCL 032281
ORACLE CONFIDENTIAL

NDCA-ORCL 035257

Application Technologies, Inc.
Implementation of Oracle Distribution Management r11i for Brock Tools, Inc. (CSI J070171) -- Issues Impeding Go-Live
20-Nov-2000

Report Date: 18-NOV-2000 09:04
Page: 2

Bill To:   Baltimore Rigging
           Attn: Accounts Payable
           9209 Philadelphia Road
           Baltimore, Maryland 21037-0000
           United States
           Attn:  Betty Billpayer

Ship To:   Baltimore Rigging
           9209 Philadelphia Road
           Baltimore, Maryland 21037-
           0000
           United States
           Attn:   John Taylor

Order Number: 1000137

Order Date: 18-NOV-00

Customer PO: PO 123456

Salesperson: Bondroff, Mr. Stephen.

Payment Terms: 2/10 NET 30

FOB:

Currency: USD
Order Type: BAL Counter Sales Order

Deliver
To:

Line Type
---------
Regular Line

Tax on Line
-----------
11.44

CA-ORCL 032282
ORACLE CONFIDENTIAL

Page 11 of 15

NDCA-ORCL 035258

Application Technologies, Inc.
Implementation of Oracle Distribution Management r11i for Brock Tools, Inc. (CSI 3070171) – Issues Impeding Go-Live
20-Nov-2000

```
Tax Total        16.66
----------
Order Total      303.00
----------
```

Page 12 of 15

CA-ORCL 032283
ORACLE CONFIDENTIAL

Application Technologies, Inc.
Implementation of Oracle Distribution Management r11i for Brock Tools, Inc. (CSI 3070171) – Issues Impeding Go-Live
20-Nov-2000

*Document B: Backorder Detail Report*

Backorder Detail Report

Report Date: 18-NOV-2000 09:23
Page:         14  of   20

Warehouse:        Brock Baltimore Warehouse

Move Order
-----------
1130

| Move Order Line No | Item | Backordered Quantity | UOM | Source Code | Source Header Number | Source Line Number | Source Request Date | Schedule Date | Days Late |
|---|---|---|---|---|---|---|---|---|---|
| 3 | STEEL BUMPER FOR STANDARD SAW | 4 | EA | OE | 1000127 | 1 | 16-NOV-00 | 16-NOV-00 | 2 |
| 3 | PULLEY SUPPORT | 4 | EA | OE | 1000127 | 2 | 16-NOV-00 | 16-NOV-00 | 2 |
| 3 | BAND SAW TIRE | 4 | EA | OE | 1000127 | 3 | 16-NOV-00 | 16-NOV-00 | 2 |

Page 13 of 15

CA-ORCL 032284
ORACLE CONFIDENTIAL

Application Technologies, Inc.
Implementation of Oracle Distribution Management r11i for Brock Tools, Inc. (CSI 3070171) – Issues Impeding Go-Live
20-Nov-2000

## Document C: Pack Slip Report

Brock Baltimore Warehouse
Draft

Packing Slip
BAL-1000018-PAX

Date:  18-NOV-00
Page:       1 of  1

Ship From:
Brock Baltimore Headquarters
1200 66th Street

Ship To:

9209 Philadelphia Road

Bill To:

Baltimore, MD 21237
Tax Name: MD-Sales Tax

Baltimore, Maryland 21037-0000

Tax Number:

Delivery Name: 1107
FOB:
Freight Terms:
Reason of Transport:

Pick Up Date: 18-NOV-00
Ship Method: Customer's Truck
Way Bill: MG-1107
Service Contract:

| Item Number | Description | | | | PO Number | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| TST.M142380030 | STEEL BUMPER FOR STANDARD SAW | | | | PO 123456 | | |
| | | UOM | Qty Requested | | | Qty Shipped | Qty Backordered |
| | | --- | | | | | |
| | | EA | 2.00 | | | 2.00 | 0.00 |
| | Secondary Qty: | | 0.00 | | | 0.00 | 0.00 |
| TST.M128900190 | PULLEY SUPPORT | | | | PO 123456 | | |
| | | UOM | Qty Requested | | | Qty Shipped | Qty Backordered |
| | | --- | | | | | |
| | | EA | 1.00 | | | 1.00 | 0.00 |
| | Secondary Qty: | | 0.00 | | | 0.00 | 0.00 |

Gross Weight:                    LBS        Net Weight:                LBS          Volume:                        FT3
External Aspect:
Additional Information:

Page 14 of 15

CA-ORCL 032285
ORACLE CONFIDENTIAL

Application Technologies, Inc.
Implementation of Oracle Distribution Management r11i for Brock Tools, Inc. (CSI 3070171) – Issues Impeding Go-Live
20-Nov-2000

## Document D: Commercial Invoice

| | COMMERCIAL INVOICE ID: 1107 | US |

SHIP DATE:  18-NOV-00

SHIP FROM:
Brock Baltimore Warehouse
1200 65th Street
Baltimore, MD 21237
US

SHIP TO:
9209 Philadelphia Road
Baltimore, Maryland 21037-0000
US

FREIGHT CARRIERS: OWN TRUCK
E:N NUMBER:

| QUANTITY | ITEM | UOM | CUSTOMER PO | ORDER NUMBER | SHIP TO CONTACT | UNIT VALUE | EXTENDED VALUE |
|---|---|---|---|---|---|---|---|
| 1 | PULLEY SUPPORT | EA | PO 123456 | 1000137 | John Taylor | 23.00 | 23.00 |
| 2 | STEEL BUMPER FOR STANDARD SAW | EA | PO 123456 | 1000137 | John Taylor | 36.00 | 72.00 |
| | | | | | TOTAL: | 59.00 | 55.00 |
| | | | | | | | USD |

Total Packages:        0          Total Weight:        LBS        Total Value:        95.00

THESE COMMODITIES WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATION.
DIVERSION CONTRARY TO THE UNITED STATES LAW IS PROHIBITED.

I DECLARE THAT ALL INFORMATION CONTAINED IN THIS INVOICE IS TRUE AND CORRECT.
SIGNATURE OF SHIPPER/EXPORTER _____   DATE _____

**CA-ORCL 032286**
ORACLE CONFIDENTIAL

Page 15 of 15

Mr

Mr. Lawrence J. Ellison
Chairman and CEO
Oracle Corporation
500 Oracle Parkway
Redwood Shores, CA 94065

15 November 2000

RE: Oracle Applications 11i, CSI 3070171

Dear Mr. Ellison:

I am the owner of a small business that purchased your e-business suite, 11i. We purchased your products and support in May of 2000, soon after it's release date.

We purchased Oracle because we are a leader in our industry and wanted a world-class database and applications that spoke to your internet application vision. Obviously, your leadership in e-commerce was a positive influence. In short, we believed Oracle's applications would assist us in further separating us from our competitors and would be worth the significant cost for a company of our size. Our entire company was excited about choosing Oracle.

Since mid June, the implementers have been configuring the applications. The financial applications were finished in a month or so, and Inventory and Purchasing were finished to the extent possible. They couldn't be finished because of the respective application links to Order Management.

The implementation of Oracle Order Management has been a difficult undertaking. The huge quantity of T.A.R.s (117), followed by huge patches has pushed our project back significantly. Many of the patches seem specifically designed for the T.A.R.'s we logged to Metalink. The documentation provided to implement Order management is incomplete and setup steps are out of order. The experience we have had with Oracle Order Management has caused us to cast doubt on the entire implementation because Order Management would be the cornerstone of our business. The speed of simple order entry is unacceptably slow and it seems the application is unable to process simple backorders.

I understand that we are one of your smallest customers and our internal resources may inhibit our success with your products. I can assure you that we took what we felt were necessary steps to ensure a successful implementation. We chose an implementation house that has extensive experience with Oracle Applications as well as the hiring of a DBA who has vast experience with Oracle, is an ex-Oracle employee and an Oracle evangelist.

We made the decision to use a local implementation house, rather than Oracle Consulting for the following reasons:
- Oracle Consulting did not want to implement release 11i. They would install 11.03 only.
- Oracle Consulting's quote specifically excluded integration of iStore with 11.03 applications.

I guess you could say they (OC) were speaking, but I wasn't listening.

Mr. Ellison, I believe we made a good faith purchase of your product and made a good faith effort to implement the product. The endless T.A.R.s and patches have us in a holding pattern that I dearly want to escape from. I also find it frustrating to spend money on support to assist Oracle in fixing the product.

I need to resolve this situation and move on with my business. Hopefully a solution can be reached. Although I want to use Oracle products, I realize that this may not be possible. Can you assist in providing a solution to this problem?

Thank you.

CA-ORCL 032287
ORACLE CONFIDENTIAL

i

NDCA-ORCL 035263

Mr

Very Truly Yours,

William M. Grebe
President
Brock Tool & Supply, Inc.

2

CA-ORCL 032288
ORACLE CONFIDENTIAL

NDCA-ORCL 035264

# EXHIBIT 100



[Fwd: Fwd: Critical Account Concession Request for Paxar Corporation]]]

Message-ID: <3A56738E.937B2145@oracle.com>
Date: Fri, 05 Jan 2001 17:23:26 -0800
From: Anil Vora <anil.vora@oracle.com>
X-Mailer: Mozilla 4.7 [en] (Win95; I)
X-Accept-Language: en
MIME-Version: 1.0
To: lowry fenton <lfenton@oracle.com>
Subject: [Fwd: Fwd: Critical Account Concession Request for Paxar
Corporation]]]
Content-Type: multipart/mixed;boundary="------------8F616AD86F51A957AD541305"
X-Mozilla-Status: 8001
X-Mozilla-Status2: 00000000

lets try to close on Monday

--
Anil Vora
Vice-President - Oracle Financing Division
650-506-5246
650-506-7392 (Fax)

Susie Marshall
650-506-1847
samarsha@us.oracle.com
500 Oracle Parkway, Lgn-1, Ste 120
Redwood Shore, CA 94065

---

Any proposed payment structure is subject to credit and documentation
approval and shall expire at the end of Oracle's current fiscal quarter.
Any extension requires additional OFD approval. Until contract
execution, payment amounts are subject to change due to changes in
credit and economic conditions.

---

Return-Path: <michael.cochran@oracle.com>
Received: from oracle.com (whq4op3u33-ppp-sfc2-54.us.oracle.com
[130.35.36.140])by gmgw02.oraclecorp.com (8.8.8□.8.8) with ESMTP id
OAA09240for <ANIL.VORA@ORACLE.COM>; Fri, 5 Jan 2001 14:00:34
-0800 (PST)
Message-ID: <3A564304.CE738F00@oracle.com>
Date: Fri, 05 Jan 2001 16:56:21 -0500
From: Michael Cochran <michael.cochran@oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.7 [en] (Win95; I)
X-Accept-Language: en
MIME-Version: 1.0
To: "ANIL.VORA" <ANIL.VORA@oracle.com>
Subject: Fwd: Critical Account Concession Request for Paxar Corporation]]
Content-Type: multipart/mixed;boundary="------------BCCB76E37D3CD4662620CB6C"

Anil, have you made any progress on this?  The late payment date you
mentioned is fast approaching... also, we need to get back to Paxar.

ORACLE
CONFIDENTIAL   CA-ORCL 037142

1

Tks -- Mike

--
Mike Cochran
Area Vice President
NE Majors
Phone: (201) 553-7036
Fax: (201) 617-2726
Email: michael.cochran@oracle.com

Sandy Scara
Administrative Assistant
Phone: (201) 553-7035
Email: sandra.scaramuzzo@oracle.com

---

Return-Path: <George.Roberts@oracle.com>
    Received: from oracle.com (whq4op3x38-rtr-opo0-17.us.oracle.com
        [130.35.31.109])by grngw01.oraclecorp.com (8.8.8D.8.8) with ESMTP id
        JAA23883;Wed, 27 Dec 2000 09:07:15 -0800 (PST)
Message-ID: <3A4A0ADE.C5DEBD23@oracle.com>
       Date: Wed, 27 Dec 2000 09:29:34 -0600
      From: George Roberts <George.Roberts@oracle.com>
Organization: Oracle Corporation
   X-Mailer: Mozilla 4.74 [en] (Win95; U)
X-Accept-Language: en
MIME-Version: 1.0
        To: larry.ellison@oracle.com, ron.wohl@oracle.com, safra.catz@oracle.com,
        jeff.henley@oracle.com, mary.anne.gillespie@oracle.com,
        michael.cochran@oracle.com, sandy.sanderson@oracle.com,
        carolyn.balkenhol@oracle.com
   Subject: [Fwd: Critical Account Concession Request for Paxar Corporation]
   X-Priority: 2 (High)
Content-Type: multipart/mixed;boundary="-----------D132CB11D97F744E9E907B2A"

Larry,

You should be aware of this one in case it continues to escalate. It may
make sense to discuss this one and any additional critical situations at
the next EC. As you know some of our earliest 11i clients (especially
CRM and Order Management) are exhausted from the effort of implementing
the products.

---

ORACLE
CONFIDENTIAL

CA-ORCL 037143

2



[Fwd: Fwd: Critical Account Concession Request for Paxar Corporation]]]

Return-Path: <michael.cochran@oracle.com>
Received: from oracle.com (whq4op3u33-ppp-sfc2-66.us.oracle.com
        [130.35.36.152])by gmgw02.oraclecorp.com (8.8.8☐.8.8) with ESMTP id
        KAA27955.Tue, 26 Dec 2000 10:07:54 -0800 (PST)
Message-ID: <3A48DD7D.1B0A0687@oracle.com>
        Date: Tue, 26 Dec 2000 13:03:41 -0500
        From: Michael Cochran <michael.cochran@oracle.com>
Organization: Oracle Corporation
    X-Mailer: Mozilla 4.7 [en] (Win95, I)
X-Accept-Language: en
MIME-Version: 1.0
            To: "GEORGE.ROBERTS" <GEORGE.ROBERTS@oracle.com>,
                "Henley.Jeffrey" <JEFF.HENLEY@oracle.com>,
                "Wohl.Ronald" <RON.WOHL@oracle.com>,
                "Vora.Anil" <ANIL.VORA@oracle.com>,
                Mary Anne Gillespie <mgillesp@us.oracle.com>,
                "Snyder,Allen" <ALLEN.SNYDER@oracle.com>
            CC: "Meehan,Timothy" <TIMOTHY.MEEHAN@oracle.com>,
                E.SANDERS <SANDY.SANDERSON@oracle.com>,
                "Block,Keith" <KEITH.BLOCK@oracle.com>,
                "Seminara,Paul" <PAUL.SEMINARA@oracle.com>,
                "Rodriguez,Andrew" <ANDY.RODRIGUEZ@oracle.com>
    Subject: Critical Account Concession Request for Paxar Corporation
    Content-Type: multipart/mixed;boundary="------------DDE95D6AFF80354CC64AF96A"

Victor Heschaft, Paxar's Vice Chairman, has been dealing with an
extremely critical 11i implementation.  By all accounts from those
involved, this has been very ugly.... and we've put the customer through
extreme hardship.

Here is an Executive Summary of Paxar's Experience with 11i as well as
recommendations for resolving the situation.

Paxar Corporation Background - Paxar is a $700M publicly traded
worldwide enterprise that manufactures  identification and tracking
products, systems and services to manufacturers and retailers.  Their
products are primarily labeling and tagging products for the apparel
market.  Their HQ is in White Plains, NY.

Paxar's Oracle History - Paxar's Monarch Marking Systems Division in
Ohio had implemented 10.7 in the 1997 timeframe.The implementation was
painful, late and over budget but Paxar decided that they needed one
global system for all their businesses and that since Oracle was already
implemented at one of their divisions it made sense to implement Oracle
Apps globally within their Apparel Division.

Paxar's 11i Product History - After a 6 month sales cycle and
reassurances from Drew Campbell and Ron Wohl that 11i (specifically
Order Management) would be a tested and stable release they decided to
go forward with Oracle.  Paxar signed a $1.8M license contract on
2/28/00 for the complete 11i E-Business suite including FIN, Order Mgt.,
Discrete Mfg., APS, Configurator, iStore and HR.  The $1.8M was financed
by OFC at 0% interest to the customer as one lump sum payment due 1/1/01
to offset the fact that 11i was not yet in production status.  Paxar
would be given early access to 11i code in beta form.  Paxar was one of
the EARLIEST customer to commit to a large scale, single instance
implementation of 11i.  Release 11 was not an option because of required

                                    3        **ORACLE**        **CA-ORCL 037144**
                                             **CONFIDENTIAL**

[Fwd: Fwd: Critical Account Concession Request for Paxar Corporation]]]

Order Mgt functionality only in 11i.

Paxar's Implementation History
Paxar selected Oracle Consulting after a competitive bidding process
with IBM and CSC. The Agreement was a $2M fixed bid for
implementation of the pilot plant. The original go live date for the
pilot plant was 11/1/00. Paxar procured the appropriate hardware,
infrastructure and data center to be available for the November launch.
The 11/2000 date was moved out to 12/2000 then 1/2001 and
is now projected for 5/15/01 because of the necessity for more
significant parallel testing due to the lack of confidence in the
integrity
of the 11i release.

In the late summer timeframe Paxar's Vice Chairman first expressed his
dissatisfaction with the 11i quality and stability. A
conference call with Ron Wohl was arranged and Bill Bounds from the
development triage team was assigned to assist. The situation
has been improving slowly but after hundreds of patches and a
significant number of severity 1 bugs which prevented conference
room pilots and user acceptance testing. OCS has logged over 1,700
hours of non-billable time on such issues. The APS
development Swat team has been dispatched to Paxar to assist in
resolution also. Andria Auerbach from Oracle Support has been
engaged as the critical care specialist escalating issues as necessary.
All indications are that the customer has done all they could do to
ensure that implementation dates were met.

Paxar's Contentions
Paxar is refusing to pay the $1.8M license fee that was financed through
OFC but later assigned to an outside financing source
(Leastec) until such time as they go live on the software which is now
projected for March 2001.

They are also looking for relief in the area of support payments of
$30K/month which they have been paying since 2/28/00. Although support
has been responsive, Paxar claims they are "beta testing" the software
and beta sites don't pay for support.

Paxar has also asked for financial relief associated with the idle data
center built and managed by IBM -- I believe this figure is around $50K
a month.

Paxar has been contacting other 11i customer to assess their experience
with 11i. They have also made some veiled threats about public
disclosure of their challenges so we need to act quickly.

Recommendations and Responsibilities for Resolution

Sales - I will continue to be responsible for discussions around relief
on license and support payments. Paul
Seminara will assist on these issues. Sales has agreed to fund some
support relief for Paxar.

OFC - Andy Rodriguez and Anil Vora need to define ways to adjust/delay
the current payment stream of the finance
agreement.

OCS - Tim Meehan and Nick Mastro have primary responsibility for
defining a viable project plan which Support and Development
will agree to. OCS has already funded over 1,700 hours of non-billable
time on a fixed price contract which has not been profitable.

Support - Al Snyder has agreed to fund some support relief to be

ORACLE
CONFIDENTIAL

CA-ORCL 037145



[Fwd: Fwd: Critical Account Concession Request for Pixar Corporation]]]

shared with Sales.  Al , Dick Sellers, Arden and Andria need to
continue to assess the project plan identified by OCS and validated by
Development to ensure their ability to support these timeframes.

Development - Ron Wohl's development team (particularly Order Management
and APS) needs to validate the OCS project plan and
provide escalated support and counsel for critical Pixar issues and
milestones.

--
Mike Cochran
Area Vice President
NE Majors
Phone: (201) 553-7036
Fax: (201) 617-2726
Email: michael.cochran@oracle.com

Sandy Scara
Administrative Assistant
Phone: (201) 553-7035
Email: sandra.scaramuzzo@oracle.com

Area Vice President
NE Majors

George Roberts <George.Roberts@oracle.com>

Area Vice President
NE Majors

ORACLE
CONFIDENTIAL

CA-ORCL 037146

5

# EXHIBIT 101

## News America Marketing

**HISTORY**
NAM had no significant investment in Oracle prior to the CRM deal.  In Q1 FY01 NAM
purchased OSO, OM, Fin, Configurator, Discrete Manufacturing and Sales Comp.  The
installation is progressing with a go live date of July 2001.  Right now, we just want to get their
pilot up and running and fend off Seibel.

**PROBLEM SUMMARY**
Major issue is that CRM and Order Management are not integrated as we told them.  The
calendar functionality that we promised them is also not ready yet.  Client is also disappointed that
there is no documentation and no user manuals (these two will be corrected in January).

**THE PLAYERS**
Stacie Heimbach and Paul Seminar are the Sales contacts.  Lisa Beringer and Leon Kanopka are
the OCS contacts.  Stacie is the coordiator and Paul is the squeaky wheel with development.
Leon is the contact into development (Sukamar).

**GET WELL PLAN**
"Getting NAM well" is in the hands of development.  Sukumar gave us expected release dates of
patches that will address some if the issues but integration is still an issue.

As of 1/8/200:
The following items occurred today after our meeting this morning:

-Sukimar approved the NAM Core Requirements list (latest copy attached for your review).
-Mark Barreneche is doing a final review of the document and has stated that he will be complete
by Monday.
-Mark Barreneche has comitted to a meeting with News America for Thursday 1/11/01 at 11am
EST to review the post 11.5.4 items and to work towards developing a  plan with Consulting to
support NAM's requirements.
-We met with Dave Benson (NAM CTO) and his core team and provided an update on all of the
above.  The meeting went relatively well.  Dave remains cautiously optimistic on the outcome of
this implementation.

Action items for next week:

-Provide final approval on NAM OSO requirements from Mark Barreneche.
-Demonstrate the current functionality of 11.5.3 OSO to NAM project team. (OCS planning to do
demo)
-Meeting for Thursday at 11AM EST with NAM, Consulting and Mark Barreneche.

Will attempt to get Kathy Morrison involved because of her existing relationship with the
account.  Kathy will treat NAM as one of her Customer Care accounts.



CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER       **NDCA-ORCL 615551**



**PROGNOSIS**
Customer is really upset mostly about the lack of integration; this could really jeopardize the Q3
Service deal. Folks inside NAM are already revisiting the Seibel solution.

**PROPOSED INVOLVEMENT OF SC MANAGEMENT**
OCS is working directly with development and Barrenechea is well aware of the issues. Seminara
and Stacie are working the customer management end, and they don't see any opportunity for SC
or SC Management to help right now without getting in the way. We do plan to engage Kathy
Morrison as our eyes and ears into the account, as one of her CARE assignments. Also, we plan
to intervene and get involved in the 11.5.3 demo.

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**          **NDCA-ORCL 615552**

# EXHIBIT 102

Fwd: Oracle 11i Go Live for TMP Worldwide]

**Subject: [Fwd: Oracle 11i Go Live for TMP Worldwide]**
**Date: Fri. 12 Jan 2001 08:01:29 -0500**
**From: Michael Cochran <michael.cochran@oracle.com>**
**Organization: Oracle Corporation**
  **To: Mary Anne Gillespie <mgillesp@us.oracle.com>**
  **CC: "Fitzpatrick,Gayle" <GAYLE.FITZPATRICK@oracle.com>,**
    **"Roberts,George" <GEORGE.ROBERTS@oracle.com>**

Bart is the CFO and Jane is the CIO of this S2B company (they own
Monster.com as well as many other recruiting companies and executive
search companies). They have been struggling big time with their 11i
implementation. The biggest issues are the the global roll out and the
over 300 tars associated with language and localization issues.

This email is an FYI for your purpose... we are very involved with them
and it may cost us a few bucks -- familiar story to the other 3 big 11i
implementations I have going on.

Mike

--
Mike Cochran
Area Vice President
NE Majors
Phone: (201) 553-7036
Fax: (201) 617-2726
Email: michael.cochran@oracle.com

Sandy Scara
Administrative Assistant
Phone: (201) 553-7035
Email: sandra.scaramuzzo@oracle.com

---

**Subject: Re: Oracle 11i Go Live for TMP Worldwide**
**Date: Thu, 11 Jan 2001 08:08:37 -0500**
**From: Michael Cochran <michael.cochran@oracle.com>**
**Organization: Oracle Corporation**
  **To: "Catalane, Bart" <Bart.Catalane@tmp.com>**
  **CC: mcochran@us.oracle.com, nhundt@us.oracle.com, pseminar@us.oracle.com,**
    **"Aboyoun, Jane" <Jane.Aboyoun@tmp.com>,**
    **Grant Franjione <grant.franjione@oracle.com>,**
    **"Grutzmacher,Mark" <MARK.GRUTZMACHER@oracle.com>**

Bart and Jane.

I talked to several members of the team last night to get a current assessment
and to keep the focus on getting the issues resolved quickly.

Bart, I have a few ideas on how we can help financially which I need to flush
out... I am out of town until late next week... in the meantime I will stay in
contact with the team to ensure we are doing everything possible to get you live

Mike                                    **CA-ORCL 009235**          ORACLE
                                                                CONFIDENTIAL
"Catalane, Bart" wrote:

EXHIBIT NO.
IGNACIO HOWARD CSR, RPR

**NDCA-ORCL 013048**

[Fwd: Oracle 11i Go Live for TMP Worldwide]

> Mike:
>
> We really have taken quite a large "credibility hit" at corporate because of
> this situation (our first big enterprise application implementation) and
> Jane and I find ourselves in a more than awkward and uncomfortable position
> explaining when this will get fixed once and for all.  Obviously, we've also
> been confronted with the typical cost/benefit and ROI disappointment from
> our customers -- who've paid the freight and were counting on (and budgeting
> for) the efficiencies of this system.
>
> I really need your help here and hope you can get us some immediate answers
> about when we will be able to go live -- and what you may also be able to do
> to get us some relief on the expense side (i.e., eliminated or reduced
> license or maintenance costs, additional free training, etc.).
>
> We appreciate your help and continue to highly value our relationship with
> Oracle -- particularly because we believe you value our relationship as the
> long-term partnership it is.
>
> Thanks again.
>
> -Bart-
>
> >  -----Original Message-----
> > From:        Jane.Aboyoun@tmp.com [mailto:Jane.Aboyoun@tmp.com]
> > Sent: Wednesday, January 10, 2001 12:35 PM
> > To:   mcochran@us.oracle.com
> > Cc:   bcatalan@tmp.com; nhundt@us.oracle.com; pseminar@us.oracle.com
> > Subject:     Oracl 11i Go Live for TMP Worldwide
> >
> > Mike,
> > We appreciate all the help Oracle has given us to resolve the many TAR's
> > we have open on the 11i financials implementation for Europe.  I think
> > we've made some progress since our meeting a while ago, but truthfully,
> > not enough.
> >
> > As you know, our corporate goal was to be live on the financials suite
> > January 1, 2001.  We missed that date because Oracle's software is still
> > not ready for production.  The TAR list continues to be extensive, and
> > many of those TARs are listed as severity 1 or 2.  Since there are no
> > workarounds for the issues, we are prevented from going live.  TMP spent
> > $1,780,000 on the financials software and another $719,520 for the HR
> > system, which is also unusable at this time.   The delay in our "go live"
> > costs us approximately $75,000 per week in consulting fees alone.  I
> > haven't even projected what the TMP resource and business costs are but I
> > can assure you, it is also large.  We continue to employ the consulting
> > team to test patches as they come in, to ensure that the rest of the
> > software is not adversely affected by the installation of the patch.
> >
> > In addition to the cost problem, and perhaps more important, is our
> > credibility.  I've made commitments to our businesses which continue to be
> > delayed as we wait for Oracle patches.  At this point, I can not even
> > project a live date.  The excuse that we're waiting for Oracle development
> > is getting tiresome.  What I can predict is that the costs will continue
> > to escalate and our credibility will continue to erode.  Where is the end?
> >
> > This is an unacceptable position.  I'd like to discuss what Oracle
> > Corporation will do for TMP to address the issues I've outlined.
> >
> > Regards,
> > Jane Aboyoun                          ORACLE
> > Vice President, Chief Information Officer      CONFIDENTIAL
> > TMP Worldwide

CA-ORCL 009236

2

NDCA-ORCL 013049

[Fwd: Oracle 11i Go Live for TMP Worldwide]

--
Mike Cochran
Area Vice President
NE Majors
Phone: (201) 553-7036
Fax: (201) 617-2726
Email: michael.cochran@oracle.com

Sandy Scara
Administrative Assistant
Phone: (201) 553-7035
Email: sandra.scaramuzzo@oracle.com

Area Vice President
NE Majors

Area Vice President
NE Majors

CA-ORCL 009237

ORACLE
CONFIDENTIAL

3