# EXHIBIT 103

**From:** Gayle Fitzpatrick
**Sent:** Fri, 23 Mar 2001 16:42:02 GMT
**To:** Anthony Cioletti; Ted Brady
**CC:**
**BCC:**
**Subject:** [Fwd: [Fwd: Need approval for Chipotle Profile]]

Tony,

There seems to be problem at Chiplote. Ed should get on this ASAP. If you need coverage out in Denver we can get Marilyn Witt involved. Please let me know.

Thanks,

/Gayle



EXHIBIT
Fitzpatrick
25
2·24·06

**First Name:** Gayle
**Last Name:** Fitzpatrick
**Company:** US Majors
**Address:**
**E-mail:** gayle.fitzpatrick@oracle.com
**Job Title:** Vice President, Sales Consulting
**Full Name:** Gayle Fitzpatrick

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER          NDCA-ORCL 618434

**From:** Grant.Franjione@oracle.com
**Sent:** Fri, 23 Mar 2001 15:11:22 GMT
**To:** Gayle Fitzpatrick
**CC:**
**BCC:**
**Subject:** [Fwd: Need approval for Chipotle Profile]

Does Chipotle belong to West Majors? Manette (who works for Meghan
Ware in GB) through this over to us, so I am assuming so.

If so, can you get Marilyn on this right away? As you know, Chipotle is
featured in our eLeaders program and we have reference vidoes on them;
but right now here's what their Public Relations Director had to say to
Oracle Marketing:

We have decided to suspend any participation in Oracle PR initiatives,
including the one you asked me to edit. The hype doesn't meet reality is
the
short version explanation. There is a tremendous amount of
dissatisfaction
with Oracle and the implementation of your programs here at Chipotle.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL 618435

| | |
|---|---|
| **First Name:** | Grant |
| **Last Name:** | Franjione |
| **Mobile:** | (412) 916-0248 |
| **Fax:** | (412) 262-5311 |
| **Business:** | (412) 269-3512 |
| **Company:** | Major Accounts |
| **Department:** | Northeast Area |
| **E-mail:** | Grant.Franjione@oracle.com |
| **Job Title:** | Director of Sales Consulting |
| **Address:** | |
| | 500 Cherrington Parkway |
| | Suite 400 |
| | Coraopolis |
| | PA |
| | 15108 |
| | USA |
| **Full Name:** | Grant Franjione |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER  NDCA-ORCL **618436**

**From:** lauren.smith@oracle.com
**Sent:** Thu, 22 Mar 2001 23:56:34 GMT
**To:** Manette Steele
**CC:** Grant Franjione; Christine Englund
**BCC:**
**Subject:** Re: Need approval for Chipotle Profile

Thank you Manette.

Grant,
Please let me know if you are the right person to assist Chipotle. Chipotle has
been singing Oracle's praises through the E-Leaders Program and we do not want them
to be unhappy. For example...they are featured on the front page of Oracle.com
today. I would hate to have to pull them from these types of engagements that are
extremely beneficial to Oracle. Any help you can provide would be great.

Manette Steele wrote:

> Grant:
>
> I've heard that you are managing the Install Base Sales Consultants/Customer
> Advocacy Managers for the Majors. Is that so??? If so, Lauren Smith has
> requested assistance on the Chipole account.
>
> Please let us know.
>
> Thx!
>
> Regards,
>
> Manette Steele
> Sr. Customer Advocacy Manager/
> Install Base Sales Consultant
> NW Territory
>
> Lauren Smith wrote:
>
> > Manette,
> > Please contact David Chamberlain from Chipotle? I think they would really
> > appreciate the help you can offer through the 11i monitoring program.
> >
> > David Chamberlain <dchamberlain@chipotle.com>
> >
> > Jim Adams wrote:
> >
> > > Lauren-
> > >
> > > I'm not involved in the 11i monitoring program. As I understand it, the
> > > issues are ongoing and very complicated. Manette should probably talk to
> > > David Chamberlain.
> > >
> > > I appreciate all the help and PR you've offered. Hopefully, this can get
> > > back on the right track.
> > >

>>> -Jim
>>>
>>> -----Original Message-----
>>> From: Lauren Smith [mailto:lauren.smith@oracle.com]
>>> Sent: Thursday, March 22, 2001 12:26 PM
>>> To: Jim Adams
>>> Cc: 'Carlen Sabagquit'; David Chamberlain; Kevin Reddy;
>>> manette.steele@oracle.com; rosan.primeau
>>> Subject: Re: Need approval for Chipotle Profile
>>>
>>> Jim,
>>> I am very sorry to hear that Chipotle is not satisfied. Are you involved in
>>> the 11i Monitoring Program through Manette Steele? Manette may be a great
>>> contact to help resolve your issues.
>>>
>>> Manette,
>>> Please contact Chipotle regarding the 11i monitoring program is they are not
>>> yet involved. I think the program may be very helpful in their time of
>>> need.
>>>
>>> Jim Adams wrote:
>>>
>>>> Carlen-
>>>>
>>>> Well, this wasn't the email I expected to send you.
>>>>
>>>> We have decided to suspend any participation in Oracle PR initiatives,
>>>> including the one you asked me to edit.
>>>>
>>>> The hype doesn't meet reality is the short version explanation. There is a
>>>> tremendous amount of dissatisfaction with Oracle and the implementation of
>>>> your programs here at Chipotle.
>>>>
>>>> Until we feel that Oracle is delivering what they promise - on time and on
>>>> budget - we'll pass on the PR.
>>>>
>>>> Please contact me with any questions.
>>>>
>>>> Thanks.
>>>>
>>>> -Jim Adams
>>>> Chipotle Public Relations Director
>>>> 303 222-2517

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 618438

**First Name:** Lauren
**Last Name:** Smith
**Fax:** 720.489.6150
**Business:** 720.330.2341
**Company:** ☒
**E-mail:** lauren.smith@oracle.com
**Job Title:** Lauren Smith, Marketing Manager
**Address:**

6501 E. Belleview
Englewood
Colorado
80111
**Full Name:** Lauren Smith

# EXHIBIT 104

[Fwd: Chipotle/McDonald's 11i Issues]

X-Mozilla-Status: 0001
X-Mozilla-Status2: 00000000
Message-ID: <3A772A7F.3E625AC4@oracle.com>
Date: Tue, 30 Jan 2001 12:56:31 -0800
From: "Safra A. Catz" <Safra.Catz@oracle.com>
X-Mailer: Mozilla 4.73 [en] (Win95; U)
X-Accept-Language: en
MIME-Version: 1.0
To: "Ellison,Lawrence" <LARRY.ELLISON@ORACLE.COM>
Subject: [Fwd: Chipotle/McDonald's 11i Issues]
Content-Type: multipart/mixed;boundary="-----------6867424F98A6032A7FFBA102"

Figure you may have missed this.

Return-Path: <joseph.king@oracle.com>
Received: from oracle.com (whq4op3u33-ppp-sfc1-130.us.oracle.com
[144.25.200.216])by gmgw01.oraclecorp.com (8.8.8□/8.8) with ESMTP id
LAA17549;Thu, 25 Jan 2001 11:22:44 -0800 (PST)
Message-ID: <3A707CEC.7F74B37C@oracle.com>
Date: Thu, 25 Jan 2001 14:22:20 -0500
From: Joseph King <joseph.king@oracle.com>
X-Mailer: Mozilla 4.7 [en] (Win95; I)
X-Accept-Language: en
MIME-Version: 1.0
To: George Roberts <George.Roberts@oracle.com>
CC: JB Deerin <james.deerin@oracle.com>, Jeff Hinch <jhinch@us.oracle.com>,
"Chou,Timothy" <TIMOTHY.CHOU@oracle.com>,
"Pantovich,Mirjana" <SALLY.PANTOVICH@oracle.com>,
"Witnik,William" <WILLIAM.WITNIK@oracle.com>,
"Brady,Ted" <TED.BRADY@oracle.com>,
"Sink,Todd" <TODD.SINK@oracle.com>,
"Erickson,Robyn" <ROBYN.ERICKSON@oracle.com>,
"Barrios,Robert" <ROBERT.BARRIOS@oracle.com>,
"Gillespie,Mary Anne" <MARY.ANNE.GILLESPIE@oracle.com>,
"Wohl,Ronald" <RON.WOHL@oracle.com>,
"Block,Keith" <KEITH.BLOCK@oracle.com>, mike.rocha@oracle.com,
"Catz,Safra" <SAFRA.CATZ@oracle.com>
Subject: Re: Chipotle/McDonald's 11i Issues
References: <3A6F38F9.7F6D634F@oracle.com>
<3A70737A.CCF8A65C@oracle.com>
Content-Type: multipart/alternative;boundary="-----------062B8C222440605A77261685"

George, We just conducted an internal call with all the appropriate individuals to address the issues @ Chipotle. This team feels that Chipotle issues are coming from either 2 areas, 11i product problems (support is working with development to address potential bugs & apply patches) or a network issue (Network opps is running tests & communicating with the client to find the specific problem area). JB has communicated our action plan to fix their short term year end close issues and we have offered a back up plan (having their users fly to an Oracle facility to overcome the increased latency issues).

CA-ORCL 031401
ORACLE CONFIDENTIAL



EXHIBIT
Rocha
35
4.7.06   RW

NDCA-ORCL 034377

[Fwd: Chipotle McDonald's 11i Issues]

We will also be conducting a post mortum with their entire team over the next few weeks.

JB, Anything to add?

George Roberts wrote:

Ron,

I want to also make you aware of this one since the products they are using are part of your product line. We will need support from development if appropriate

Keith,

Can you make sure we get a top resource to lead this  Funding will get covered  by the appropriate organizations which will be decided later

McDonald's may be in  danger of missing their close of books for the end of the year  We obviously can't allow that to occur if at all possible

JB Deerin wrote:

All,

This is not a call of hysteria it is a call for action.

George Roberts and Tim Chou--I am asking for your support. We will not be able to get this issue resolved without your sponsorship (and probably some internal funds)

**The facts:**
Chipotle is a marquee reference for Oracle Business Online. Chipotle has finished an upgrade to 11i  that was done by OCS. The McDonald's financial organization (which performs all the accounting functions for McDs and it's subs) in Columbus uses the Chipotle 11i applications to conduct Chipotle's back office accounting functions  They are experiencing major performance problems with 11i as well as there still are some feature/function gaps. The performance problem could be network issues, DB/App tuning, 11i product issues or combinations of all three. BOL and Oracle support have been working with the customer to resolve the issues for the past week
**The Problem:**
Chipotle and the Columbus end users are beginning to sour on BOL and the Oracle apps  Oracle is pursuing and a front runner for a global ERP initiative at McDs (Project Innovate) that could yield $10+M in Oracle license in Q4. We are getting very bad press from the Columbus accounting group based on the poor performance of 11i. In fact, the CIO of McDs and the worldwide controller called me yesterday to express their concern over our apps performance. Both of these execs are Oracle advocates and in the CIO's words "Oracle is not doing themselves any favors with our inability to quickly address these performance issues". The 11i performance issues need to be fixed at Chipotle or BOL will lose one of their strongest references and Oracle will be in a poor position to be McDonald's global application provider.
**How Oracle turns a negative into a positive:**
Oracle (Sales, BOL, Support and OCS) needs to respond  and fix this performance problem

CA-ORCL 031402
ORACLE CONFIDENTIAL

NDCA-ORCL 034378

[Fwd: Chipotle McDonald's Hi Issues]

quickly. Right now we appear to be very reactive with no real plan for resolution. To fix this problem it will take a coordinated effort between Oracle Sales, BOL and OCS. IF we think it is a network issue we need to hold McDs/Chipotle's hand and make sure they know what needs to be *done to fix the issues.* IF it is a tuning issue OCS and BOL need to work together to address this. If it is an 11i issue I need guidance from BOL and OCS and Support on how we get development involved. The Oracle value proposition is that we offer an integrated and entrepise strength suite of internet based applications and when you select our applications you get a $10B company that also brings the capability to provide 24 hour global support, a world class consulting organization and a hosting service. Right now Oracle is not living up to this—some Oracle resources say it is a network issue, some say tuning, some say it's 11i-- Oracle's inability to figure out what the problem is and fix it is causing the customer (both Chipotle and McDs) great concern.

**BOL needs to dedicate a project lead to shepherd all the resources (Support, Development, Apps DBAs etc...) and develop the plan that will be required to fix this performance problem in a timely manner. In order to win the customer back we will need to keep in daily contact with the customer (bi-daily) We need this lead to pursue parallel efforts (network, DB, 11i), there is no time for linear problem solving. Funding for these resources will need to come from BOL and Sales via JE's so we can get this process moving quickly.**

I would like to have a con call at 4:30PM (or later) CST today with Robin Erickson, Robert Barrios, Jeff Hinch and whoever else has been involved with the Chipotle 11i issues so we can provide George and Tim with an idea of what we need from them.

Robyn--Please forward this e-mail to whomever you feel is appropriate.

--
Regards,

J.B. Deerin

Oracle Corporation      Office: 312.364.5688
233 South Wacker Drive   Fax: 312.559.8402
Suite 4500   Cell: 312.953.6768
Chicago, IL 60601   Email:   james.deerin@oracle.com
_____

The views expressed here are purely my own,
            and do not represent the views of Oracle Corporation.
****************************************************************

--
Joseph M. King
Vice President
Oracle Online Sales Solutions
joseph.king@oracle.com
203-326-6624 Office
914-649-2706 Cell

CA-ORCL 031403
ORACLE CONFIDENTIAL

3

NDCA-ORCL 034379

[Fwd: Chipotle-McDonald's ilx Issues]

Cynthia Turner
Sales Support Manager
chturner@us.oracle.com
203-964-5819 Office
203-326-6612 Fax

CA-ORCL 031404
ORACLE CONFIDENTIAL

4

NDCA-ORCL 034380

# EXHIBIT 105

**ORACLE**

*News Release*

Oracle Corporation    phone   650.506.7000
500 Oracle Parkway    fax   650.506.7200
Redwood Shores
California 94065

Contact:   Stephanie Aas
Investor Relations
Oracle Corporation
(650) 506-4073

## ORACLE NET INCOME UP 62%, EARNINGS PER SHARE $0.11 APPLICATION SALES UP 66%, DATABASE SALES UP 19%

*Operating Margin increases 11 points to 36%*

Redwood Shores, Calif., December 14, 2000 [http://www.oracle.com/tellmemore/?505455]

Today, Oracle Corporation announced that second quarter net income increased 62% to $623 million, or $0.11 per share, while revenue grew to $2.7 billion. This compares to $2.3 billion in revenue, $384 million in net income, and $0.06 per share in Q2 last year. Applications software sales increased 66% to $279 million, while database software sales grew 19% to $775 million. Total software license revenue was up 25% to $1.1 billion, while total service revenue increased 9% to $1.5 billion for the quarter.

"Our applications business is strong and getting stronger," said Oracle CEO, Larry Ellison. "Oracle's new e-business suite puts every aspect of a business – marketing, sales, service, procurement, supply chain, manufacturing, accounting, human resources – everything, on the Internet. All the applications in our suite are designed and engineered to work together, so customers buying the entire suite don't need to do any systems integration."

"Customers buying a part of the suite are doing systems integration to connect our applications with applications from other vendors," Ellison continued. "This quarter's results prove that we're winning more and more of these best-of-breed battles against Ariba, I2, Seibel and other niche specialists. And once a customer uses one of our applications, it's just a matter of time before they move to the entire suite. Systems integration is so complex and expensive that nobody really wants to do it."

-more -

**CA-ORCL 016543**

**ORACLE NET INCOME UP 62%, EARNINGS PER SHARE $0.11**     Page 2

"This quarter's numbers are even more impressive when you factor out currency fluctuations," said Oracle Chief Financial Officer, Jeff Henley . "The proper way to measure our growth year over year is in constant dollars. Using that measure, quarterly applications software sales were up 73% while database software sales were up 26%. Total license growth increased 32%. That's stellar growth for a company our size. Add the fact that it took us just two years to double operating margins and more than double profits, and you have a measure of the strength of our business."

Oracle Corporation is the world's second largest software company. With annual sales of more than $10 billion, Oracle provides the software that powers the Internet. For more information about Oracle, please call Investor Relations at (650) 506-4073 or visit Oracle on the web at www.oracle.com.

"Safe Harbor" Statement Under the Private Securities Litigation Reform Act of 1995: Information in this release relating to Oracle's future prospects which are "forward-looking statements" are subject to certain risks and uncertainties that could cause actual results to differ materially, including, but not necessarily limited to, the following: (1) Management's ability to manage growth, continuously hire and retain significant numbers of qualified employees, forecast revenues and control expenses, especially on a quarterly basis, continues to be a challenge. An unexpected decline in the growth rate of revenues without a corresponding and timely slowdown in expense growth could have a material adverse effect on results of operations. (2) Oracle is introducing new products, such as internet procurement and supply chain management software, customer relationship management applications and application hosting services, as well as assisting its customers in forming exchanges for a number of business procurement needs; the market acceptance and contribution to Oracle's revenues of these products and exchanges cannot be assured. (3) Delays in product delivery or closing of sales can cause quarterly revenues and income to fall significantly short of anticipated levels. (4) Oracle has recently made changes to its pricing model which could lead to a decline or delay in sales as its sales force and customers adjust to the new pricing policies. Intense competition in the various markets in which Oracle competes may also put pressure on Oracle to reduce prices on certain products. (5) A weakening of the economy may affect the overall demand for computer software and services which could result in decreased revenues or lower revenue growth rates. (6) The market for Oracle's products is intensely competitive and is characterized by rapid technological advances and frequent new product introductions. There can be no assurances that Oracle will continue to introduce new products and new versions of existing products that keep pace with technological developments, satisfy increasingly sophisticated customer requirements and achieve market acceptance. Oracle undertakes no obligation to update information contained in this release. For further information regarding risks and uncertainties associated with Oracle's business, please refer to the "Risk Factors" section of Oracle Corporation's SEC filings, including, but not limited to, its annual report on Form 10-K and quarterly reports on Form 10-Q, copies of which may be obtained by contacting Oracle Corporation's Investor Relations Department at (650) 506-4073 or Oracle's Investor Relations website at http://www.oracle.com/

# # #

**CA-ORCL 016544**

# ORACLE CORPORATION

## CONSOLIDATED STATEMENTS OF OPERATIONS
### (amounts in thousands, except per share data)
### (unaudited)

| | Three Months Ended November 30, | | Six Months Ended November 30, | |
|---|---|---|---|---|
| | 2000 | 1999 | 2000 | 1999 |
| **REVENUES** | | | | |
| Licenses and other | $ 1,118,238 | $ 902,632 | $ 1,925,476 | $ 1,534,813 |
| Services | 1,541,308 | 1,419,251 | 2,995,945 | 2,771,587 |
| Total revenues | 2,659,546 | 2,321,883 | 4,921,421 | 4,306,400 |
| **OPERATING EXPENSES** | | | | |
| Sales and marketing | 640,865 | 631,433 | 1,233,829 | 1,169,859 |
| Cost of services | 694,998 | 753,170 | 1,368,876 | 1,509,920 |
| Research and development | 266,280 | 248,160 | 517,307 | 484,101 |
| General and administrative | 111,402 | 113,055 | 217,367 | 220,592 |
| Total operating expenses | 1,713,545 | 1,745,818 | 3,317,379 | 3,384,472 |
| **OPERATING INCOME** | 946,001 | 576,065 | 1,604,042 | 921,928 |
| Net investment gains (losses) related to marketable securities (1) | (12,468) | (5,083) | 1,965 | (8,423) |
| Other income, net | 32,348 | 20,533 | 136,117 | 42,220 |
| **INCOME BEFORE TAXES** | 965,881 | 591,515 | 1,742,124 | 955,725 |
| Provision for income taxes | 343,069 | 207,031 | 618,635 | 334,505 |
| **NET INCOME** | $ 622,812 | $ 384,484 | $ 1,123,489 | $ 621,220 |
| **EARNINGS PER SHARE (2)** | | | | |
| Basic | $ 0.11 | $ 0.07 | $ 0.20 | $ 0.11 |
| Diluted | $ 0.11 | $ 0.06 | $ 0.19 | $ 0.10 |
| **WEIGHTED SHARES OUTSTANDING (2)** | | | | |
| Basic | 5,584,425 | 5,543,780 | 5,594,243 | 5,519,312 |
| Diluted | 5,874,987 | 6,012,660 | 5,902,929 | 5,983,794 |

(1) Net investment gains (losses) related to marketable securities relate to actual sales of marketable securities, and the Company's equity share in the results of non-consolidated subsidiaries.

(2) All earnings per share and weighted shares outstanding amounts have been adjusted to reflect a 2:1 stock split during the quarter ended November 30, 2000.

CA-ORCL 016545

# ORACLE CORPORATION

## CONSOLIDATED STATEMENTS OF OPERATIONS
### (unaudited)

| | Percentage of Revenues | | | | Percentage Change | |
|---|---|---|---|---|---|---|
| | Three Months Ended November 30, | | Six Months Ended November 30, | | Q2 FY01 vs. Q2 FY00 | 1st Half FY01 vs. 1st Half FY00 |
| | 2000 | 1999 | 2000 | 1999 | | |
| **REVENUES** | | | | | | |
| Licenses and other | 42.0% | 38.9% | 39.1% | 35.6% | 23.9% | 25.5% |
| Services | 58.0% | 61.1% | 60.9% | 64.4% | 8.6% | 3.1% |
| Total revenues | 100.0% | 100.0% | 100.0% | 100.0% | 14.5% | 14.3% |
| **OPERATING EXPENSES** | | | | | | |
| Sales and marketing | 23.1% | 27.2% | 24.7% | 27.2% | 1.5% | 3.9% |
| Cost of services | 25.1% | 32.4% | 27.8% | 33.1% | (7.7%) | (9.3%) |
| Research and development | 10.0% | 10.7% | 10.5% | 11.2% | 7.3% | 6.9% |
| General and administrative | 4.2% | 4.9% | 4.4% | 5.1% | (1.5%) | (1.3%) |
| Total operating expenses | 64.4% | 75.2% | 67.4% | 78.6% | (1.8%) | (2.0%) |
| **OPERATING INCOME** | 35.6% | 24.8% | 32.6% | 21.4% | 64.2% | 74.0% |
| Net investment gains (losses) related to marketable securities | (0.3%) | (0.2%) | 0.0% | (0.2%) | 165.0% | 123.3% |
| Other income, net | 1.2% | 0.9% | 2.8% | 1.0% | 62.4% | 222.4% |
| **INCOME BEFORE TAXES** | 36.1% | 25.5% | 35.4% | 22.2% | 63.3% | 82.3% |
| Provision for income taxes | 12.9% | 8.9% | 12.6% | 7.8% | 63.7% | 84.0% |
| **NET INCOME** | 23.4% | 16.6% | 22.8% | 14.4% | 62.0% | 80.9% |

CA-ORCL 016546

# ORACLE CORPORATION

## CONDENSED CONSOLIDATED BALANCE SHEETS
### ($ in thousands)

| | November 30, 2000 (unaudited) | May 31, 2000 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| Cash and short term investments | $ 4,556,165 | $ 7,561,998 |
| Trade receivables, net | 1,935,767 | 2,533,964 |
| Prepaid and refundable income taxes | 223,837 | 212,829 |
| Other current assets | 307,695 | 374,543 |
| Total Current Assets | 6,823,464 | 10,883,334 |
| Long-term cash investments | 30,000 | 110,000 |
| Property and equipment, net | 943,793 | 934,455 |
| Prepaid taxes – long term | 289,624 | 322,379 |
| Other assets | 838,886 | 826,611 |
| TOTAL ASSETS | $ 8,923,767 | $ 13,076,779 |
| | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| **Current Liabilities** | | |
| Notes payable, including current maturities | $ 2,596 | $ 2,691 |
| Accounts payable | 282,738 | 287,495 |
| Income taxes | 526,492 | 2,821,776 |
| Customer advances and unearned revenues | 1,053,809 | 1,133,482 |
| Other current liabilities | 1,301,990 | 1,616,794 |
| Total Current Liabilities | 3,167,625 | 5,862,238 |
| Long-term debt | 300,802 | 300,770 |
| Long-term liabilities | 191,257 | 186,178 |
| Deferred income taxes | 337,620 | 266,130 |
| Stockholders' equity | 4,926,463 | 6,461,463 |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY | $ 8,923,767 | $ 13,076,779 |

CA-ORCL 016547



# ORACLE CORPORATION
## Q2 FISCAL 2001 RESULTS
### SUPPLEMENTAL ANALYSIS OF OPERATIONS, GEOGRAPHIC REVENUE AND HEADCOUNT
(unaudited, amounts in thousands, except per share & headcount data)

| | Fiscal 2000 | | | | | Fiscal 2001 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **OPERATIONS** | Q1 | Q2 | Q3 | Q4 | TOTAL | Q1 | Q2 | Q3 | Q4 | TOTAL |
| **REVENUES** | | | | | | | | | | |
| License | $ 602,646 | $ 873,371 | $1,043,266 | $1,792,006 | $ 4,313,029 | $ 771,243 | $1,093,193 | | | $ 1,864,438 |
| Support | 667,413 | 720,342 | 334,413 | 836,203 | 2,973,873 | 819,907 | 872,367 | | | 1,731,774 |
| Total Product Revenues (1) | 1,270,061 | 1,593,613 | 1,393,619 | 2,628,309 | 7,293,902 | 1,640,333 | 1,965,860 | | | 3,776,212 |
| Consulting & education | 684,921 | 698,909 | 623,637 | 696,998 | 2,704,460 | 613,530 | 668,341 | | | 9,281,871 |
| Other (2) | 29,535 | 29,461 | 28,167 | 48,603 | 131,766 | 33,992 | 23,045 | | | 61,038 |
| Total Revenues | 1,984,517 | 2,721,883 | 2,449,413 | 3,374,310 | 10,130,128 | 2,261,875 | 2,659,346 | | | 4,921,621 |
| | | | | | | | | | | |
| **OPERATING EXPENSES** | | | | | | | | | | |
| Sales and marketing | 338,425 | 631,433 | 564,606 | 822,194 | 2,616,749 | 572,984 | 640,965 | | | 1,212,829 |
| Cost of services (3) | 556,239 | 723,370 | 587,241 | 725,498 | 2,942,679 | 673,876 | 694,998 | | | 1,368,876 |
| Research and development | 233,944 | 248,166 | 232,552 | 270,229 | 1,609,882 | 231,027 | 286,780 | | | 517,807 |
| General and administrative | 107,397 | 113,005 | 122,188 | 137,878 | 480,658 | 102,963 | 111,402 | | | 215,367 |
| Total Operating Expenses | 1,638,905 | 1,715,818 | 1,679,693 | 1,985,799 | 7,049,968 | 1,601,834 | 1,735,343 | | | 5,317,339 |
| **OPERATING INCOME** | 345,361 | 376,065 | 769,721 | 1,318,211 | 3,080,160 | 658,041 | 944,001 | | | 1,604,042 |
| | | | | | | | | | | |
| Net investment gains related to marketable | | | | | | | | | | |
| securities (4) | 43,341 | 12,087 | 42,382 | 6,721,496 | 6,929,952 | 15,433 | (13,468) | | | 1,967 |
| Other income, net | 21,682 | 29,531 | 41,725 | 44,072 | 106,319 | 102,769 | 33,348 | | | 136,117 |
| **INCOME BEFORE TAXES** | 364,230 | 391,741 | 1,299,330 | 7,918,279 | 10,323,464 | 776,243 | 965,181 | | | 1,741,324 |
| | | | | | | | | | | |
| Provision for income taxes | 127,974 | 157,033 | 446,154 | 3,043,072 | 3,826,033 | 273,366 | 343,669 | | | 611,033 |
| **NET INCOME** | $ 236,256 | $ 384,484 | $ 753,176 | $4,932,407 | $ 6,294,103 | $ 509,677 | $ 627,932 | | | $ 1,123,489 |
| | | | | | | | | | | |
| **EARNINGS PER SHARE** | | | | | | | | | | |
| Basic | $ 0.04 | $ 0.67 | $ 0.46 | $ 0.37 | $ 1.11 | $ 0.09 | $ 0.11 | | | $ 0.20 |
| Diluted | $ 0.04 | $ 0.06 | $ 0.13 | $ 0.92 | $ 1.05 | $ 0.08 | $ 0.11 | | | $ 0.19 |
| | | | | | | | | | | |
| **WEIGHTED SHARES OUTSTANDING** | | | | | | | | | | |
| Basic | 5,721,849 | 5,741,979 | 5,651,979 | 5,652,836 | 5,678,879 | 5,904,038 | 5,384,428 | | | 7,294,233 |
| Diluted | 5,964,956 | 6,012,606 | 5,990,278 | 6,009,286 | 5,992,842 | 5,932,870 | 5,874,607 | | | 5,903,909 |
| | | | | | | | | | | |
| **GEOGRAPHIC REVENUES** | | | | | | | | | | |
| **REVENUES** | | | | | | | | | | |
| Americas | $1,124,220 | $1,268,836 | $1,400,092 | $2,057,212 | $ 5,913,419 | $1,291,311 | $ 1,210,523 | | | $ 2,801,894 |
| Europe Middle East Africa | 617,735 | 752,514 | 797,341 | 907,338 | 2,983,118 | 643,150 | 790,807 | | | 1,402,957 |
| Asia Pacific | 242,332 | 704,291 | 231,967 | 394,740 | 1,233,559 | 327,414 | 388,186 | | | 715,600 |
| Total Revenues | $1,984,357 | $2,721,883 | $2,449,418 | $3,374,310 | $10,130,128 | $2,261,875 | $ 2,659,346 | | | $ 4,921,621 |
| | | | | | | | | | | |
| **HEADCOUNT** | | | | | | | | | | |
| **GEOGRAPHIC AREA** | | | | | | | | | | |
| International | 21,793 | 21,393 | 21,668 | 21,549 | | 21,263 | 21,342 | | | |
| Domestic | 21,300 | 20,699 | 20,249 | 19,733 | | 19,905 | 20,660 | | | |
| Total Company | 43,093 | 42,092 | 41,937 | 41,220 | | 41,170 | 42,002 | | | |

(1) Product Revenues consist of new license revenues, license renewals, and product support

(2) Includes systems integration, documentation and miscellaneous other revenues

(3) Cost of services includes support, consulting and education related expenses

(4) Net investment gains related to marketable securities relate to actual sales of marketable securities, and the Company's equity share in the results of non-consolidated subsidiaries

CA-ORCL 016548

# ORACLE CORPORATION
## Q2 FISCAL 2001 RESULTS
### SUPPLEMENTAL REVENUE ANALYSES
#### (unaudited, $ in thousands)



|  | Fiscal 2000 | | | | | Fiscal 2001 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Q1 | Q2 | Q3 | Q4 | Total | Q1 | Q2 | Q3 | Q4 | Total |
| **APPLICATIONS BUSINESS** | | | | | | | | | | |
| **REVENUES** | | | | | | | | | | |
| License | $ 109,743 | $ 107,818 | $ 188,870 | $ 437,343 | $ 923,204 | $ 151,326 | $ 279,273 | | | $ 430,740 |
| Applications Related Services (1) | 438,350 | 499,976 | 349,528 | 472,672 | 1,769,036 | 377,523 | 497,103 | | | 874,626 |
| Total Revenues | $ 547,993 | $ 627,344 | $ 398,268 | $ 920,085 | $ 2,692,240 | $ 527,049 | $ 776,372 | | | $ 1,309,421 |
| **AS REPORTED REVENUE GROWTH RATES** | | | | | | | | | | |
| License | 11% | 31% | 35% | 61% | 42% | 42% | 60% | | | 51% |
| Applications Related Services | 11% | 2% | (10%) | (3%) | 0% | (14%) | 8% | | | (7%) |
| Total As Reported Revenue Growth | 11% | 6% | 2% | 20% | 11% | (3%) | 24% | | | 13% |
| **DATABASE BUSINESS** | | | | | | | | | | |
| **REVENUES** | | | | | | | | | | |
| License | $ 497,703 | $ 709,123 | $ 844,376 | $1,344,593 | $ 3,391,822 | $ 615,739 | $ 833,922 | | | $ 1,429,043 |
| Server and Tools Related Services (1) | 943,021 | 984,736 | 1,008,634 | 1,109,633 | 4,046,053 | 1,113,109 | 1,069,222 | | | 2,182,330 |
| Total Database Revenues | $1,436,724 | $1,694,089 | $1,853,070 | $2,459,223 | $ 7,437,888 | $1,728,826 | $1,903,174 | | | $ 3,612,000 |
| **AS REPORTED REVENUE GROWTH RATES** | | | | | | | | | | |
| License | 7% | 17% | 28% | 14% | 19% | 27% | 15% | | | 20% |
| Server and Tools Related Services | 19% | 14% | 15% | 11% | 13% | 15% | 9% | | | 12% |
| Total As Reported Revenue Growth | 17% | 15% | 24% | 13% | 16% | 20% | 11% | | | 15% |
| **TOTAL PRODUCT REVENUE** | | | | | | | | | | |
| **REVENUES** | | | | | | | | | | |
| License | $ 607,446 | $ 817,121 | $1,043,206 | $1,792,006 | $ 4,315,029 | $ 771,245 | $1,093,393 | | | $ 1,864,638 |
| Support | 867,475 | 720,147 | 738,443 | 834,703 | 2,998,873 | 839,203 | 872,667 | | | 1,711,774 |
| Total Product Revenues (2) | 1,270,061 | 1,295,913 | 1,967,619 | 2,628,709 | 7,243,902 | 1,610,552 | 1,963,860 | | | 3,576,732 |
| Consulting & Education | 684,971 | 698,909 | 623,622 | 696,998 | 2,704,960 | 615,330 | 668,641 | | | 1,283,671 |
| Other (3) | 29,333 | 28,669 | 28,387 | 43,803 | 131,336 | 15,993 | 22,043 | | | 41,018 |
| Total Revenues | $1,984,537 | $2,323,583 | $2,610,419 | $3,324,210 | $10,130,928 | $2,261,873 | $2,659,546 | | | $ 4,921,421 |
| **AS REPORTED REVENUE GROWTH RATES** | | | | | | | | | | |
| License | 8% | 18% | 30% | 21% | 20% | 18% | 23% | | | 26% |
| Support | 27% | 15% | 20% | 23% | 22% | 26% | 21% | | | 27% |
| Total As Reported Product Revenue Growth | 15% | 15% | 25% | 22% | 19% | 19% | 23% | | | 21% |
| Consulting & Education | 2% | (1%) | (1%) | (0%) | (3%) | (10%) | (4%) | | | (7%) |
| Total As Reported Revenue Growth | 13% | 11% | 18% | 15% | 17% | 14% | 17% | | | 15% |
| **LOCAL CURRENCY GROWTH RATES** | | | | | | | | | | |
| License | 3% | 10% | 22% | 23% | 22% | 11% | 17% | | | 15% |
| Support | 20% | 10% | 12% | (3%) | 10% | 20% | 18% | | | 16% |
| Total Local Currency Product Revenue Growth | 17% | 14% | 32% | 24% | 23% | 23% | 10% | | | 21% |
| Consulting & Education | 8% | 0% | (4%) | 4% | 1% | (7%) | (9%) | | | (13%) |
| Total Local Currency Growth | 14% | 13% | 20% | 17% | 17% | 17% | 25% | | | 18% |

(1) Services revenue analyses represents the Company's estimate of support, consulting and education revenues related to its product revenue categories. The amounts do not include the pull-through of Server or Tools license revenues in Applications sales transactions.

(2) Product Revenues consist of new license revenues, license renewals and product support.

(3) Includes systems integration, documentation and miscellaneous other revenues.

CA-ORCL 016549

# ORACLE CORPORATION

Q1 FISCAL 2001 RESULTS
SUPPLEMENTAL GEOGRAPHIC LICENSE REVENUE ANALYSIS
(unaudited, $ in thousands)

| | Fiscal 2000 | | | | | Fiscal 2001 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Total | Q1 | Q2 | Q3 | Q4 | Total |
| **AMERICAS** | | | | | | | | | | |
| **LICENSE REVENUES** | | | | | | | | | | |
| Servers | $ 198,013 | $ 293,083 | $ 438,339 | $ 722,739 | $ 1,652,212 | $ 268,428 | $ 376,986 | | | $ 645,414 |
| Tools | 24,649 | 27,265 | 35,340 | 375,062 | 162,416 | 11,898 | 18,229 | | | 20,120 |
| Applications | 76,982 | 132,616 | 148,648 | 245,038 | 681,284 | 100,322 | 183,287 | | | 283,839 |
| Total License Revenues | $ 299,642 | $ 427,064 | $ 630,367 | $ 1,342,839 | $ 2,495,922 | $ 400,894 | $ 580,302 | | | $ 981,573 |
| **AS REPORTED REVENUE GROWTH RATES** | | | | | | | | | | |
| Servers | 5% | 13% | 48% | 37% | 19% | 40% | 29% | | | 35% |
| Tools | 8% | (27%) | 13% | 8% | 3% | (33%) | (33%) | | | (42%) |
| Applications | 40% | 24% | 46% | 71% | 47% | 35% | 69% | | | 23% |
| Total As Reported Growth | 5% | 13% | 49% | 22% | 22% | 34% | 32% | | | 34% |
| **LOCAL CURRENCY GROWTH RATES** | | | | | | | | | | |
| Servers | 5% | 15% | 49% | 13% | 20% | 40% | 29% | | | 38% |
| Tools | 11% | 0% | 16% | 9% | 9% | (22%) | (33%) | | | (42%) |
| Applications | 11% | 25% | 46% | 72% | 48% | 21% | 65% | | | 51% |
| Total Local Currency Growth | 5% | 17% | 46% | 22% | 24% | 34% | 32% | | | 34% |
| **EUROPE/MIDDLE EAST/AFRICA** | | | | | | | | | | |
| **LICENSE REVENUES** | | | | | | | | | | |
| Servers | $ 146,884 | $ 223,724 | $ 208,646 | $ 322,466 | $ 901,620 | $ 193,273 | $ 205,862 | | | $ 399,138 |
| Tools | 17,232 | 20,910 | 20,396 | 27,238 | 83,876 | 18,267 | 19,418 | | | 38,484 |
| Applications | 24,993 | 39,243 | 40,360 | 74,796 | 178,352 | 41,473 | 65,110 | | | 106,587 |
| Total License Revenues | $ 186,109 | $ 283,877 | $ 269,002 | $ 424,500 | $ 1,163,488 | $ 209,019 | $ 293,383 | | | $ 502,406 |
| **AS REPORTED REVENUE GROWTH RATES** | | | | | | | | | | |
| Servers | 1% | 18% | 8% | 2% | 6% | 3% | (7%) | | | 1% |
| Tools | (17%) | (18%) | (26%) | (17%) | (18%) | 40% | (50%) | | | (60%) |
| Applications | 2% | 32% | 5% | 24% | 5% | 39% | 66% | | | 8% |
| Total As Reported Growth | 0% | 15% | 5% | 3% | 5% | 12% | 3% | | | 8% |
| **LOCAL CURRENCY GROWTH RATES** | | | | | | | | | | |
| Servers | 4% | 25% | 18% | 11% | 13% | 18% | 12% | | | 15% |
| Tools | (9%) | (8%) | (20%) | (5%) | (17%) | (37%) | (44%) | | | (44%) |
| Applications | 8% | 41% | 5% | 33% | 24% | 40% | 92% | | | 44% |
| Total Local Currency Growth | 3% | 24% | 12% | 11% | 16% | 24% | 20% | | | 21% |
| **ASIA PACIFIC** | | | | | | | | | | |
| **LICENSE REVENUES** | | | | | | | | | | |
| Servers | $ 98,360 | $ 133,863 | $ 111,620 | $ 191,102 | $ 546,945 | $ 139,624 | $ 180,300 | | | $ 319,348 |
| Tools | 8,367 | 10,408 | 12,395 | 11,966 | 43,335 | 8,934 | 9,336 | | | 18,270 |
| Applications | 10,168 | 13,959 | 11,822 | 27,379 | 63,328 | 13,493 | 28,874 | | | 42,371 |
| Total License Revenues | $ 116,893 | $ 160,230 | $ 135,837 | $ 224,647 | $ 653,609 | $ 161,353 | $ 219,306 | | | $ 380,659 |
| **AS REPORTED REVENUE GROWTH RATES** | | | | | | | | | | |
| Servers | 19% | 29% | 19% | 49% | 31% | 41% | 33% | | | 38% |
| Tools | 11% | 15% | 19% | 14% | 15% | 3% | (3%) | | | 10% |
| Applications | 43% | 66% | 31% | 78% | 55% | 33% | 81% | | | 63% |
| Total As Reported Growth | 19% | 33% | 32% | 47% | 33% | 38% | 33% | | | 33% |
| **LOCAL CURRENCY GROWTH RATES** | | | | | | | | | | |
| Servers | 10% | 13% | 22% | 31% | 23% | 33% | 41% | | | 34% |
| Tools | 11% | 6% | 14% | 9% | 3% | 4% | (2%) | | | 4% |
| Applications | 30% | 70% | 32% | 73% | 64% | 33% | 91% | | | 68% |
| Total Local Currency Growth | 11% | 18% | 24% | 33% | 27% | 33% | 43% | | | 38% |

CA-ORCL 016550

**ORACLE CORPORATION**
Q2 FISCAL 2001 RESULTS
SUPPLEMENTAL GEOGRAPHIC LICENSE REVENUE ANALYSIS
(unaudited, $ in thousands)

| | Fiscal 2000 | | | | | Fiscal 2001 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Total | Q1 | Q2 | Q3 | Q4 | Total |
| **TOTAL COMPANY** | | | | | | | | | | |
| **LICENSE REVENUES** | | | | | | | | | | |
| Servers [1] | $ 443,253 | $ 650,650 | $ 773,043 | $ 1,223,357 | $ 3,100,293 | $ 586,627 | $ 773,443 | | | $ 1,360,070 |
| Tools [1] | 50,248 | 70,683 | 66,333 | 116,266 | 293,328 | 31,092 | 38,439 | | | 69,531 |
| Applications | 109,143 | 161,818 | 198,830 | 347,433 | 953,206 | 155,326 | 279,271 | | | 434,797 |
| Total License Revenues | $ 602,646 | $ 837,171 | $ 1,043,206 | $ 1,792,006 | $ 4,313,029 | $ 751,245 | $ 1,093,193 | | | $ 1,864,438 |
| **AS REPORTED REVENUE GROWTH RATES** | | | | | | | | | | |
| Servers [1] | 8% | 17% | 32% | 17% | 17% | 32% | 19% | | | 24% |
| Tools [1] | 1% | (5%) | (7%) | 2% | (1%) | (38%) | (34%) | | | (86%) |
| Applications | 11% | 31% | 35% | 61% | 42% | 42% | 64% | | | 55% |
| Total License Revenues | 8% | 18% | 30% | 21% | 20% | 24% | 29% | | | 26% |
| **LOCAL CURRENCY GROWTH RATES** | | | | | | | | | | |
| Servers | 7% | 19% | 34% | 14% | 15% | 35% | 20% | | | 30% |
| Tools | 1% | (2%) | 1% | 4% | 2% | (37%) | (31%) | | | (84%) |
| Applications | 12% | 32% | 37% | 63% | 43% | 45% | 73% | | | 62% |
| Total License Revenues | 7% | 19% | 32% | 23% | 22% | 31% | 32% | | | 31% |

[1] Effective June 1, 2000, certain products that have previously been reported in the Tools category have been bundled into our SAS product and are now reported in the Servers category. Excluding the effect of this change, the as reported Q2 and year to date fiscal 2001 revenue growth rates would have been 17% and 22% for Servers, respectively, and (17%) and (19%) for Tools, respectively.

CA-ORCL 016551

ORACLE

# Jeff Henley

Executive Vice President
Chief Financial Officer

CA-ORCL 016552

# Safe Harbor Statement

*Our discussion may include predictions, estimates or other information that might be considered forward-looking. While these forward-looking statements represent our best current judgment on what the future holds, they are subject to risks and uncertainties that could cause actual results to differ materially. Throughout today's discussion, we will attempt to present some important factors relating to our business that may affect our predictions. You should also review our most recent Form 10-K and Form 10-Q for a more complete disclosure of risk factors.*

ORACLE

CA-ORCL 016553

# Q2 01 Financial Performance
*Recap of Q2 Fiscal 2001*

| | | |
|---|---|---|
| Revenue | $2,660 M | ⌐ 15% |
| Net Income | $623 M | ⌐ 62% |
| Operating Margin | 35.6% vs. | 24.8% |
| Database License | | ⌐ 19% |
| Application License | | ⌐ 66% |

ORACLE

CA-ORCL 016554

# Annualized Financial Performance
*Trailing 12 Months*

| | | |
|---|---|---|
| Revenue | $10.7 B | 15% |
| Net Income* | $2.5 B | 79% |
| Operating Margin | 35.0% vs. 22.9% | |
| Database License | | 21% |
| Application License | | 54% |

* Net income excludes investment gains from sale of market. sec. in both FY2000 & FY1999.

ORACLE

CA-ORCL 016555



# Geographic License Distribution
*Trailing 12 Months Local Currency growth*

Asia Pac
30% growth

EMEA
17% growth

Americas
34% growth

ORACLE

CA-ORCL 016556



CA-ORCL 016557



CA-ORCL 016558

# What's Hot in Oracle's Technology Business?

- Oracle9*i*
  - Oracle9*i* Database
  - Oracle9i Internet Application Server (IAS)
- Oracle Appliances
- Oracle Wireless
- Oracle Technology Network

ORACLE

CA-ORCL 016559



# Oracle 9i

## ...Faster than Ever, with Oracle9i Cache

CA-ORCL 016560

# Oracle database shows the highest level of customer retention

|  | Customer Retention | Customer Attrition |
|---|---|---|
| Oracle | 85% | 5% |
| IBM DB2 | 66% | 11% |
| SQL Server | 66% | 14% |
| DB2 AS/400 | 68% | 27% |

Source: AMR, 10/2000

ORACLE

**CA-ORCL 016561**

# What's Hot in Oracle's Applications Business?

- Global Integrated 11*i* E-Business Suite
  - Customer Relationship Management
  - Supply Chain (Adv. Planning, Exchange, Procurement)
  - ERP rebound
  - Leverage Technology Advantage and integration
- Fast Forward Solutions
- Business OnLine (BOL)
- International

ORACLE

CA-ORCL 016562

# The Conventional Approach -- Kit Assembly



CA-ORCL 016563



CA-ORCL 016564

# By Becoming an E-Business

## Oracle's $2 Billion Dollar Savings Target

|  | Previous<br>Goal $ Mil | New<br>Goal $ Mil |
|---|---|---|
| Consolidate IT | $200 | $250 |
| Sell Side | $550 | $1,450 |
| Buy Side | $150 | $200 |
| Inside | $100 | $100 |
| Total | $1,000 | $2,000 |

Note: Based on Oracle estimates.

ORACLE

CA-ORCL 016565

# Summary

- Oracle is the only vendor that offers a complete end-to-end integrated e-business suite and is delivering application solutions in hyper growth markets.

- Oracle's Internet technology platform (9i and iAS) is a key enabler for expansion of the Internet.

- More aggressive productivity gains offer opportunity for continued margin expansion through migration to an e-business model.

- Oracle's e-business transformation / margin growth is a tremendous revenue opportunity.

ORACLE

CA-ORCL 016566



SOFTWARE POWERS THE INTERNET

CA-ORCL 016567



Kit Complexity Worsens with Global Operations

CA-ORCL 016568

# E-Business Suite 11i

## Complete and Simple

ORACLE

CA-ORCL 016569



CA-ORCL 016570

NDCA-ORCL 019791

# Consolidate Your Business Information

- Better information at lower cost

- Fewer computers

- Less software

- Fewer people to manage IT

100 Fragmented Systems

1 Complete Database

ORACLE

CA-ORCL 016571

Kit vs. Suite

Financials
Human Resources
Supply Chain
Requisitions
Exchanges
Marketing/Campaign Mgmt.
Sales Force Automation
Service
E-mail Management
Web Store

E-Business Suite

ORACLE

CA-ORCL 016572

# Customer and Supplier e-Business

## Customers & Partners

Marketing
Sales
Service
E-mail Center

## Order Management & Logistics

Order Management for E-Business
Advanced Pricing & Promotions
Guided Selling
Streamlined Fulfillment

## Suppliers

Internet Procurement
Exchanges
Internet Supply Chain Management

ORACLE

CA-ORCL 016573

NDCA-ORCL 019794

# 11i E-Business Suite Update

- 83 Live Customers
- 1000+ Implementing
- 11i.03 Shipped in November
- 45% of the 110 modules are new

ORACLE

CA-ORCL 016574

# Oracle e-Business Supply Chain Suite

## Order Management
Order Management
Inventory & Shipping
iCustomer Portal
Release Management
Advanced Pricing
Configurator
EDI & XML Gateways
Wireless Applications*
Warehouse Management*
Order Entry

## Exchange Applications
Exchange Marketplace
Supply Chain Exchange
Product Devel. Exchange
Logistics Exchange*
Projects Exchange*

## Supply Chain Planning
Demand Planning
Advanced Supply Chain Plng
Constraint-based Optimization
Global ATP Server
Manufacturing Scheduling
Risk Optimization*
Supply Chain Intelligence*
Web Suppliers

## Procurement
iProcurement
Purchasing
Supplier Scheduling
Interconnect for SAP R/3
Purchasing Intelligence
iSupplier Portal

## Manufacturing
Discrete Manufacturing
Bills of Material & Engr.
Work in Process & MRP
Cost Management
Quality
Inventory
Project Manufacturing
Flow Manufacturing
Advanced Planning & Scheduling
Shop Floor Management

Process Manufacturing
Laboratory & Formula Mgmt
Production Management
Process MRP
Process Costing & Quality
Process Inventory
Regulatory Management

Manufacturing Intelligence

CA-ORCL 016575

# Oracle Financial, HR & CRM

## Finance

Financials
General Ledger
Receivables
Payables
Assets
Cash Management
Financial & Sales Analyzers
Treasury
Internet Expenses
iReceivables
Financial Intelligence
Activity Based Management
Balanced Scorecord
Purchasing
- Self Service Purchasing

## Human Resources

Human Resources
Self Service HR
Payroll
Time Management
Advanced Benefits
HR Intelligence
Training Administration

## Projects

Project Costing
Project Billing
Internet Time
Project Time & Expense
Activity Management Gateway
Project Connect
Project Analysis Collection
Pack

## Call Center

Advanced Inbound
Advanced Outbound
Scripting
eMail Center
Call Center Intelligence
Telephony Manager
Middleware
Fulfillment
IVR Integrator
Campaign Plus
OpenTel
Insight
Predictive
Call Blending

## Travel Management

e-Travel

## Sales & Marketing

Marketing Online
Marketing Intelligence
iStore
iPayment
TeleSales
Sales Online
Sales Intelligence
Incentive Compensation

## Support & Service

iSupport
TeleService
Service Online
- Depot Repair
- Spares Management
Advanced Scheduler
Mobile Field Service
Contracts
Customer Intelligence
Customer Care
MRO

CA-ORCL 016576

# 11i Products Used by Live Customers

- Marketing
- Sales
- Service
- eCommerce
- Call Center
- Financials
- Human Resources
- Projects

- Internet Procurement
- Purchasing
- Self-Service Purchasing
- Self-Service Expenses
- Order Management
- Inventory
- Discrete Manufacturing
- Process Manufacturing

ORACLE

CA-ORCL 016577

# 11i Customer Adoption
## A Selection of Live Customers

- Barclays UK
- Hallmark Cards
- Hutchinson Telecom (UK)
- Doral Financial Corp (LAD)
- American Trans Air
- Pac-West Telecomm, Inc.

- Royal Air Force
- Silterra (APAC)
- TeliaNet (EMEA)
- American Linen
- Inventec (APAC)
- Netpliance

ORACLE

CA-ORCL 016578

NDCA-ORCL 019799

# 11i Customer Adoption

## A Selection of Live Customers

- Odwalla
- Retek
- Vingage
- Chipotle
- Agilera
- Chevron/Retailers MarketExchange

- MetalMaker
- Red Herring
- Papa Johns
- CyberSource
- ZapMedia
- Hostcentric Management Company

ORACLE

CA-ORCL 016579

# 11i Customer Adoption
*Pipeline of Live Customers*

- Bellsouth
- Citigroup
- MBNA Bank
- Bank of Montreal
- Xerox
- JDS Uniphase

- GE Medical
- GE Capital
- GE Industrial
- Ingersoll-Rand
- HP
- Ralston Purina

ORACLE

CA-ORCL 016580

# 11i Sales Readiness

- 3000 quota carrying reps
- Over 400 SWAT team sales specialists
- Demos: Transitioned from local to global hosted demo environments
- Traction with Partners: KPMG, Cap Gemini, Price Waterhouse, CSC, D&T

ORACLE

CA-ORCL 016581

# EXHIBIT 106

1    MAYER, BROWN, ROWE & MAW LLP
     Donald M. Falk (SBN 150256)
2    Lee H. Rubin (SBN 141331)
     Shirish Gupta (SBN 205584)
3    Two Palo Alto Square, Suite 300
     Palo Alto, California 94306
4    Telephone:   (650) 331-2000
     Facsimile:    (650) 331-2060
5    lrubin@mayerbrownrowe.com

6    MAYER, BROWN, ROWE & MAW LLP
     Alan N. Salpeter (admitted *pro hac vice*)
7    Javier Rubinstein (admitted *pro hac vice*)
     Vincent P. Schmeltz III (admitted *pro hac vice*)
8    190 South LaSalle Street
     Chicago, IL 60603-3441
9    Telephone:   (312) 782-0600
     Facsimile:    (312) 701-7711
10   jrubinstein@mayerbrownrowe.com

     REC'D FEB 1 0 2005

11   Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
     J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

12

13   ORACLE CORPORATION
     Dorian Daley (SBN 129049)
     James C. Maroulis (SBN 208316)
14   500 Oracle Parkway, Mailstop 5OP7
     Redwood Shores, California 94065
15   Telephone:   (650) 506-5200
     Facsimile:    (650) 506-7114
16   jim.maroulis@oracle.com

17                    **UNITED STATES DISTRICT COURT**

18       **NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

19

| | |
|---|---|
| IN RE ORACLE CORPORATION SECURITIES LITIGATION | Case No. C-01-0988-MJJ (Consolidated) |
| | **DEFENDANTS' RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSIONS** |
| This Document Relates To: | |
| ALL ACTIONS. | **Judge Martin J. Jenkins** |

20
21
22
23
24
25
26
27
28

1    Pursuant to Federal Rule of Civil Procedure 36, Defendants Oracle Corporation

2    ("Oracle"), Lawrence J. Ellison ("Ellison"), Jeffrey O. Henley ("Henley") and Edward J.

3    Sanderson ("Sanderson") (collectively "Defendants") hereby object and respond to Plaintiffs'

4    First Set of Requests for Admissions to Defendants Oracle, *et al.* ("Requests").

5                                    **GENERAL OBJECTIONS**

6         A.      Defendants object to the Requests' definitions of "Oracle," "Ellison," "Henley,"

7    "Sanderson," "Individual Defendants," "Defendants" and "Covisint" as overbroad.

8         B.      Defendants object to the Requests as calling for information beyond their personal

9    knowledge. Specifically, Sanderson did not have access to all of Oracle's company-wide

10   financial information.

11        C.      Defendants object to the Requests as vague and ambiguous as to the revenue

12   metric (*e.g.*, constant dollars vs. actual dollars) or the expense metric (*e.g.*, total operating

13   expenses vs. margin).

14        D.      Defendants object to the Requests to the extent that they purport to require the

15   production of documents that are protected by the attorney-client privilege, the attorney work

16   product doctrine, statutory and constitutional privacy rights, and other applicable doctrines.

17        E.      Defendants object to the Requests to the extent that they purport to require

18   discovery in excess of Defendants' obligations under the Federal Rules of Civil Procedure, the

19   Federal Rules of Evidence, the Local Rules of the Northern District of California and other

20   applicable law.

21        F.      Defendants' investigation and discovery in this case are ongoing. Defendants will

22   supplement their objections and responses as necessary, pursuant to Federal Rule of Civil

23   Procedure 26(e) and the Local Rules of the Northern District of California.

24        G.      By responding to these Requests, Defendants do not admit or agree with any

25   explicit or implicit assumption made in these Requests unless admitted in full.

26

27

28

## SPECIFIC OBJECTIONS

**REQUEST FOR ADMISSION NO. 1:**

Admit that between December 11, 2000, and December 25, 2000, Oracle's best estimate of its sales pipeline growth for 3Q01 (as compared to 3Q00) decreased from 52% to 34%.

**RESPONSE TO REQUEST NO. 1:**

Defendants incorporate each of their General Objections as though fully set forth herein. Defendants further object to Request Number 1 as vague and ambiguous as to "between December 11, 2000, and December 25, 2000." Defendants further object to Request No. 1 as vague and ambiguous as to the revenue metric. Subject to and without waiving these objections, Defendants admit that on December 11, 2000, Oracle's sales pipeline growth for 3Q01 was 52% in constant dollars; and on December 25, 2000, Oracle's sales pipeline growth for 3Q01 was 34% in constant dollars.

**REQUEST FOR ADMISSION NO. 2:**

Admit that as of January 29, 2001, Oracle's best estimate of its earnings per share ("EPS") results for 3Q01 was 11.58 cents.

**RESPONSE TO REQUEST NO. 2:**

Incorporating each of their General Objections as though fully set forth herein, Defendants admit that on January 29, 2001, Oracle's best estimate of its EPS projections for 3Q01 was 11.58 cents, which, with rounding, was in-line with Oracle's 3Q01 projected EPS.

**REQUEST FOR ADMISSION NO. 3:**

Admit that as of February 5, 2001, Oracle's best estimate of its EPS results for 3Q01 was 11.29 cents.

**RESPONSE TO REQUEST NO. 3:**

Incorporating each of their General Objections as though fully set forth herein, Defendants admit that on February 5, 2001, Oracle's best estimate of its EPS projections for 3Q01 was 11.29

2

1    cents, which, with rounding, was less than three-tenths of a cent from Oracle's projected 3Q01

2    EPS. Moreover, given the back-end loaded nature of Oracle's license sales, Defendants still

3    believed Oracle would meet its 3Q01 projected EPS. Indeed, on February 12, 2001, Oracle's best

4    estimate of its EPS projections for 3Q01 was 11.58 cents which, with rounding, was in-line with

5    Oracle's 3Q01 projected EPS.

6

7    **REQUEST FOR ADMISSION NO. 4:**

8         Admit that as of February 5, 2001, Oracle's best estimate of its licensing revenue growth

9    for 3Q01 (as compared to 3Q00) was 20%.

10   **RESPONSE TO REQUEST NO. 4:**

11        Defendants incorporate each of their General Objections as though fully set forth herein.

12   Defendants further object to Request No. 4 as vague and ambiguous as to the revenue metric.

13   Subject to and without waiving these objections, Defendants admit that on February 5, 2001,

14   Oracle's best estimate of its licensing revenue growth for 3Q01 was 20% in actual dollars.

15   Moreover, given the back-end loaded nature of Oracle's license sales, Defendants still believed

16   Oracle would meet its 3Q01 projected EPS. Indeed, on February 12, 2001, Oracle's best estimate

17   of its EPS projections for 3Q01 was 11.58 cents which, with rounding, was in-line with Oracle's

18   3Q01 projected EPS.

19

20   **REQUEST FOR ADMISSION NO. 5:**

21        Admit that as of February 5, 2001, Oracle's best estimate of its sales pipeline growth for

22   3Q01 (as compared to 3Q00) was 32%.

23   **RESPONSE TO REQUEST NO. 5:**

24        Defendants incorporate each of their General Objections as though fully set forth herein.

25   Defendants further object to Request Number 5 as vague and ambiguous as to "sales pipeline

26   growth." Defendants further object to Request No. 5 as vague and ambiguous as to the revenue

27   metric. Subject to and without waiving these objections, Defendants deny the allegations in

28   Request No. 5.

**REQUEST FOR ADMISSION NO. 6:**

Admit that as of February 19, 2001, Oracle's best estimate of its EPS results for 3Q01 was 11.23 cents.

**RESPONSE TO REQUEST NO. 6:**

Incorporating each of their General Objections as though fully set forth herein, Defendants admit that on February 19, 2001, Oracle's best estimate of its EPS projections for 3Q01 was 11.23 cents which, with rounding, was less than three-tenths of a cent from Oracle's projected 3Q01 EPS. Moreover, given the back-end loaded nature of Oracle's license sales, Defendants still believed Oracle would meet its 3Q01 projected EPS. Indeed, on February 12, 2001, Oracle's best estimate of its EPS projections for 3Q01 was 11.58 cents which, with rounding, was in-line with Oracle's 3Q01 projected EPS.

**REQUEST FOR ADMISSION NO. 7:**

Admit that as of February 19, 2001, Oracle's best estimate of its licensing revenue growth for 3Q01 (as compared to 3Q00) was 19%.

**RESPONSE TO REQUEST NO. 7:**

Defendants incorporate each of their General Objections as though fully set forth herein. Defendants further object to Request No. 7 as vague and ambiguous as to the revenue metric. Subject to and without waiving these objections, Defendants admit that on February 19, 2001, Oracle's best estimate of its license revenue growth for 3Q01 was 19% in actual dollars. Moreover, given the back-end loaded nature of Oracle's license sales, Defendants still believed Oracle would meet its 3Q01 projected EPS. Indeed, on February 12, 2001, Oracle's best estimate of its EPS projections for 3Q01 was 11.58 cents which, with rounding, was in-line with Oracle's 3Q01 projected EPS.

**REQUEST FOR ADMISSION NO. 8:**

Admit that between December 11, 2000 and February 28, 2001, Oracle's best estimate of its licensing revenue growth for 3Q01 (as compared to 3Q00) decreased from 33% to 7%.

**RESPONSE TO REQUEST NO. 8:**

Defendants incorporate each of their General Objections as though fully set forth herein. Defendants further object to Request Number 8 as vague and ambiguous as to "between December 11, 2000, and February 28, 2001." Defendants further object to Request No. 8 as vague and ambiguous as to the revenue metric. Subject to and without waiving these objections, Defendants admit that on December 11, 2000, Oracle's best estimate of its license revenue growth for 3Q01 was 33% in actual dollars; and on February 28, 2001, Oracle's best estimate of its license revenue growth for 3Q01 was 7% in actual dollars.

**REQUEST FOR ADMISSION NO. 9:**

Admit that Oracle's $60 million license deal with Covisint in early December 2000 was the largest deal in Oracle's history.

**RESPONSE TO REQUEST NO. 9:**

Defendants incorporate each of their General Objections as though fully set forth herein. Defendants further object to Request No. 9 as vague and ambiguous as to "the largest deal in Oracle's history." Subject to and without waiving any of these objections, Defendants admit that the license deal with Covisint was the largest license deal in Oracle's history.

1   **REQUEST FOR ADMISSION NO. 10:**

2       Admit that the percentage increase in licensing revenue growth for December 2000 (as

3   compared to December 1999) reported in the January 17, 2001 "Flash Report" prepared by Larry

4   Garnick ("Garnick") would have been a 1% increase if Garnick did not include the $60 million

5   Covisint deal in his calculations.

6   **RESPONSE TO REQUEST NO. 10:**

7       Defendants incorporate each of their General Objections as though fully set forth herein.

8   Defendants further object to Request No. 10 as vague and ambiguous as to the revenue metric.

9   Defendants further object that Request No. 10 seeks information that is neither pertinent nor

10  reasonably calculated to lead to the discovery of otherwise admissible evidence.  Subject to and

11  without waiving any of these objections, Defendants admit that excluding the Covisint deal,

12  Oracle's license revenue growth for December 2000 would have been 1% in actual dollars.

13

14  **REQUEST FOR ADMISSION NO. 11:**

15      Admit that on November 17, 2000, Oracle created a debit memo in connection with an

16  "On Account" accounting adjustment for customer Eli Lilly & Co. whereby Oracle's accounts

17  receivable was debited $15,582.55 and its revenue was credited $15,582.55.

18  **RESPONSE TO REQUEST NO. 11:**

19      Incorporating each of their General Objections as though fully set forth herein, Defendants

20  deny the allegations contained in Request No. 11.

21

22  **REQUEST FOR ADMISSION NO. 12:**

23      Admit that on November 17, 2000, Oracle created a debit memo in connection with an

24  "On Account" accounting adjustment for customer Texas Instruments, Inc. whereby Oracle's

25  accounts receivable was debited $4,847,389 and its revenue was credited $4,847,389.

26  **RESPONSE TO REQUEST NO. 12:**

27      Incorporating each of their General Objections as though fully set forth herein, Defendants

28  deny the allegations contained in Request No. 12.

**REQUEST FOR ADMISSION NO. 13:**

Admit that prior to November 17, 2000, customer overpayments were held in an account called "unapplied cash."

**RESPONSE TO REQUEST NO. 13:**

Incorporating each of their General Objections as though fully set forth herein, Defendants deny the allegations contained in Request No. 13.

**REQUEST FOR ADMISSION NO. 14:**

Admit that Oracle's unapplied cash was included in its "Customer Advances and Unearned Revenues" line item on Oracle's balance sheet in its SEC Form 10-Q for 2Q01.

**RESPONSE TO REQUEST NO. 14:**

Defendants incorporate each of their General Objections as though fully set forth herein. Defendants further object to Request No. 14 as vague and ambiguous as to "Oracle's unapplied cash." Subject to and without waiving these objections, Defendants deny the allegations contained in Request No. 14.

**REQUEST FOR ADMISSION NO. 15:**

Admit that in 2002 Oracle engaged in an internal investigation into the proper disposition of unassigned cash receipts that Oracle assigned to an accounts receivable reserve account known as "Account 12601."

**RESPONSE TO REQUEST NO. 15:**

Defendants incorporate each of their General Objections as though fully set forth herein. Defendants further object to Request No. 15 as vague and ambiguous with respect to the term "internal investigation." Defendants further object to Request No. 15 to the extent that it seeks information that is neither pertinent to nor reasonably calculated to lead to the discovery of admissible evidence in this case. Subject to and without waiving these objections, Defendants admit that, in 2002, Oracle performed an investigation into the disposition of unassigned cash receipts that Oracle's collection staff had, over time, assigned to an accounts receivable reserve

7

1  account known as Account 12601, but Defendants deny that any effort connected to this
2  investigation had an impact on any historical transactions in the Accounts Receivable System,
3  including, but not limited to, the debit memos at issue in this litigation.

4

5  **REQUEST FOR ADMISSION NO. 16:**

6       Admit that between December 8, 2000 and January 29, 2001, Oracle's projected total
7  expenses for 3Q01 increased as compared to 3Q00.

8  **RESPONSE TO REQUEST NO. 16:**

9       Defendants incorporate each of their General Objections as though fully set forth herein.
10  Defendants further object to Request No. 16 as vague and ambiguous as to "between
11  December 8, 2000, and January 29, 2001." Defendants further object to "Oracle's projected total
12  expenses" as vague and ambiguous. Subject to and without waiving these objections, Defendants
13  admit that for 3Q01 as compared 3Q00, Oracle's total operating expenses increased in actual
14  dollars.

15

16  **REQUEST FOR ADMISSION NO. 17:**

17       Admit that Oracle's total expenses reported in 3Q01 increased by 7% as compared to
18  3Q00.

19  **RESPONSE TO REQUEST NO. 17:**

20       Defendants incorporate each of their General Objections as though fully set forth herein.
21  Defendants further object to Request No. 17 as vague and ambiguous as to the expense metric.
22  Subject to and without waiving these objections, Defendants admit that Oracle's total operating
23  expenses for 3Q01 increased by 7% in actual dollars, as compared to 3Q00.

24

25

26

27

28

**REQUEST FOR ADMISSION NO. 18:**

Admit that one of the reasons Oracle's actual expenses increased 7% in 3Q01 (as compared to 3Q00) was due to costs related to integration and implementation of 11i at customer sites.

**RESPONSE TO REQUEST NO. 18:**

Defendants incorporate each of their General Objections as though fully set forth herein. Defendants further object to Request No. 18 as vague and ambiguous as to the expense metric. Subject to and without waiving these objections, Defendants deny the allegations contained in Request No. 18.

**REQUEST FOR ADMISSION NO. 19:**

Admit that during Oracle's fiscal year 2001, Oracle incurred over $20 million in labor expenses associated with the implementation and integration of 11i (including, but not limited to, CRM) at Bellsouth Corp.

**RESPONSE TO REQUEST NO. 19:**

Defendants incorporate each of their General Objections as though fully set forth herein. Defendants further object to Request No. 19 as vague and ambiguous as to the expense metric. Subject to and without waiving these objections, Defendants deny the allegations contained in Request No. 19.

Dated: February 8, 2004                    MAYER, BROWN, ROWE & MAW LLP

By: _____
                                            Lee H. Rubin
                                            Attorneys for Defendants Oracle Corporation,
                                            Lawrence J. Ellison, Jeffrey O. Henley and
                                            Edward J. Sanderson

1

## PROOF OF SERVICE

2

I, JESSICA FERNANDEZ, declare:

3

I am a resident of the State of California and over the age of eighteen years, and not a party

4

to the within action; my business address is: Two Palo Alto Square, Suite 300, Palo Alto,

5

California 94306.

6

On February 8, 2005, I served the foregoing document(s) described as:

7

**DEFENDANTS' RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSIONS**

8

9

☐ By transmitting via facsimile the document(s) listed above (exclusive of exhibits) to the fax number(s) set forth below on this date.

10

11

☐ By placing the document(s) listed above in a sealed envelope with postage prepaid, via First Class Mail, in the United States mail at Palo Alto, California addressed as set forth below.

12

13

☐ By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

14

15

☐ By placing the document(s) listed above in a sealed overnight service envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an overnight service agent for delivery.

16

17

18

19

20

William S. Lerach
Mark Solomon
Douglas Britton
**LERACH, COUGHLIN, STOIA,**
**GELLER, RUDMAN & ROBBINS LLP**
401 B Street, Suite 1700
San Diego, CA 92101
Fax: (619) 231-7423

Sanford Svetcov
Shawn A. Williams
Willow E. Radcliffe
**LERACH, COUGHLIN, STOIA,**
**GELLER, RUDMAN & ROBBINS LLP**
100 Pine Street, Suite 2600
San Francisco, CA 94111
Fax: (415) 288-4534

21

I am readily familiar with the firm's practice of collection and processing correspondence

22

for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same

23

day with postage thereon fully prepaid in the ordinary course of business. I am aware that on

24

motion of the party served, service is presumed invalid if postal cancellation date or postage meter

25

date is more than one day after date of deposit for mailing in affidavit.

26

I declare under penalty of perjury that the foregoing is true and correct.

27

I declare that I am employed in the office of a member of the bar of this court at whose

28

1    direction the service was made.

2         Executed on February 8, 2005 at Palo Alto, California.

3

4

5                              JESSICA FERNANDEZ

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 107

Sandy,

We had Michael Alfano on the GB leads call this morning. While OU are putting
forth their best effort to pull classes together, they are not getting the
content out of product development. A year ago when we went through the budget
process, Development stepped up to providing training content and demos, in
fact they insisted on taking over this responsibility.  Bottom line: they
haven't delivered. It's time to escalate this to Larry.

For core Finapps and Mfg, we will only have 11 training with 11i delta by the
end of October. Now we are hearing the rest won't be available until the
Dec-March timeframe. (They don't understand iSpeed!)

We have scheduled a meeting Monday with Michael, members of my team, and Apps
leaders in the field (like Rob Knapp) to see if consulting can fill the gap
for the next 6 months. I am going to suggest that we use some of our
consulting training dollars to package field-developed content ( we must have
something from the 60+ projects in progress) , with a TTT approach, to at
least enable our consulting teams with the best materials we have available. I
know it's a band-aid approach but the teams in the field need help FAST.

Valerie


Keith.Block@oracle.com wrote:

> Sandy,
>
> I want to provide some feedback regarding the issues we are facing
> surrounding the R11i.  After speaking to my directs, there are two main
> concerns,
> lack of field and customer training,  and the quality of the product
> itself. As far as training goes, while we are hiring as fast as we can,
> for people new to Oracle,
> we cannot get them trained due to the lack of availability of courses.
> In addition, we now have customers postponing implementations since
> training is not
> available. For example, Yamaha, one of our largest clients in the West
> has told us that they are now going to wait until 2002 to upgrade to 11i
> due to lack of       training and product quality. Another example is at
> Veriad, where when it came time to schedule training, the client was
> told that the training material would be Release 11, not 11i, and
> instead of the August time frame required they were told the soonest
> that onsite training could be scheduled was October. Veriad has now
> postponed the implementation and it is questionable as to whether we

> will be called back into the account. Unless we are able to rectify this
> situation quickly, it will impact revenue significantly. We are
> particularly feeling the pain in the GB space where our implementation
> cycles are rapid and the tolerance level of our clients is low.
>
> I am attaching a spreadsheet which provides detailed account information
> where we have been forced to work at no cost due to product issues. In
> Q1 alone, this
> equated to 1,730 days, a North America hit of approximately $3m.  As
> more license deals are closed,  I'd expect this number to increase for
> Q2.    Due to the bugs and the number of patches required, in some cases,
> field consulting teams have recommended to clients to wait until the new
> year until the product shakes out. This is clearly a position that I do
> not want to condone.
>
> Please let me know your thoughts.
>
>  Keith
>
> --------------------------------------------------------------------
----
>                         Name: 11i.xls
>     11i.xls             Type: Excel File (application/msexcel)
>                     Encoding: base64
>             Download Status: Not downloaded with message

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 108

see keith block's comments re: 11i training and product quality.
clients are deciding, and in some cases consulting is recommending
(based on experience), to delay 11i implementations.  product quality,
in q1 alone, impacted profitability by $3M.

is larry getting routine updates on product training and quality?
sandy

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 203076

# EXHIBIT 109

**From:** Bill Bagshaw
**Sent:** Mon, 22 Jan 2001 05:15:30 GMT
**To:** M BARRENECHEA; WOHL; RON; Mike Rosser; William Costello
**CC:** Amit Singh
**BCC:**
**Subject:** Feedback from AA on CRM at Bell South

Exhibit No. 36
Witness: Wohl Vol 2
Date: 5-31-06
Pages
Lucy Carrillo-Grubbs, CSR No. 6766

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 221144

```
begin:vcard
n:Bagshaw;Bill
tel;cell:(617) 510-7539
tel;fax:(781) 684-6923
tel;home:(781) 453-0952
tel;work:(781) 768-5639
x-mozilla-html:FALSE
org:<A HREF="http://www.oracle.com/go/?&url=http://www.oracle.com/"><img
src="http://www.oracle.com/signature/obanner.gif" border="0" alt="Oracle
Software Powers the Internet"></A>;<A
HREF="http://www.oracle.com/go/?&URL=http://www.oracle.com/">Visit us at
http://www.oracle.com</A>
adr:;;;;;;
version:2.1
email;internet:william.bagshaw@oracle.com
fn:Bill Bagshaw
end:vcard
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 221145

FYI - In keeping with the candidness of our dialogue, this email is making it's way around the AA circles nationally.  Is this what you've been hearing?  This is contrary to what I've been hearing about 11i.

Jeff
ekin@ANDERSEN WO, Babu Paturi@ANDERSEN WO
cc:
Date: 01/19/2001 12:01 PM
From: Jeff DeLamielleure, Detroit, 568 / 7880
Subject:  FW: Oracle 11i patch update

No new news, but thought it was interesting.

--------------------- Forwarded by Jeff DeLamielleure on 01/19/2001 11:59 AM
---------------------------


To:   Jeff DeLamielleure@ANDERSEN WO
cc:
Date: 01/19/2001 09:42 AM
From: Patrick Ryan <PRyan@kintana.com>
Subject:  FW: Oracle 11i patch update


Hey  Jeff,

thought i would pass this msg. from one of our sales  guys along to you...the Oracle Accelerator could be the 'knight in shining  armor' for many of the 11i shops out there if they are going through what BS is  going through.

pat


-----Original Message-----
From: Nelson Murdoch
Sent: Friday, January 19, 2001 9:27 AM
To: Kintana Sales  Discussion
Subject: Oracle 11i patch update


Just a quick heads up.

Just left Bellsouth. They were one of the first in  the country to implement Oracle 11i ( CRM). It has been a disaster. They are  using our tools. Found out that this application has taken 6,000 patches since  May, 2000. They can not believe how many patches there are. They said that they  do not see how any one could survive without automating this process, especially  in light of how "broken" 11i is.

They are not even sure if Oracle's CRM will survive  at Bellsouth.

Just thought you'd like to know.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 221146

Sincerely,

Nelson
Nelson  Murdoch

*******************Internet Email Confidentiality Footer*******************

Privileged/Confidential Information may be contained in this message.  If you
are not the addressee indicated in this message (or responsible for delivery of
the message to such person), you may not copy or deliver this message to anyone.
In such case, you should destroy this message and kindly notify the sender by
reply email. Please advise immediately if you or your employer do not consent to
Internet email for messages of this kind.  Opinions, conclusions and other
information in this message that do not relate to the official business of my
firm shall be understood as neither given nor endorsed by it.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 221147

FYI - In keeping with the candidness of our dialogue, this email is making it's way around the AA circles nationally.  Is this what you've been hearing?  This is contrary to what I've been hearing about 11i.

Jeff
ekin@ANDERSEN WO, Babu Paturi@ANDERSEN WO
cc:
Date: 01/19/2001 12:01 PM
From: Jeff DeLamielleure, Detroit, 568 / 7880
Subject:  FW: Oracle 11i patch update

No new news, but thought it was interesting.

---------------------- Forwarded by Jeff DeLamielleure on 01/19/2001 11:59 AM
---------------------------


To:   Jeff DeLamielleure@ANDERSEN WO
cc:
Date: 01/19/2001 09:42 AM
From: Patrick Ryan <PRyan@kintana.com>
Subject:  FW: Oracle 11i patch update


Hey  Jeff,

thought i would pass this msg. from one of our sales  guys along to you...the Oracle Accelerator could be the 'knight in shining  armor' for many of the 11i shops out there if they are going through what BS is  going through.

pat


-----Original Message-----
From: Nelson Murdoch
Sent: Friday, January 19, 2001 9:27 AM
To: Kintana Sales  Discussion
Subject: Oracle 11i patch update


Just a quick heads up.

Just left Bellsouth. They were one of the first in  the country to implement Oracle 11i ( CRM). It has been a disaster. They are  using our tools. Found out that this application has taken 6,000 patches since  May, 2000. They can not believe how many patches there are. They said that they  do not see how any one could survive without automating this process, especially  in light of how "broken" 11i is.

They are not even sure if Oracle's CRM will survive  at Bellsouth.

Just thought you'd like to know.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER       NDCA-ORCL 221146

Sincerely,

Nelson
Nelson   Murdoch

*******************Internet Email Confidentiality Footer*******************

Privileged/Confidential Information may be contained in this message.  If you
are not the addressee indicated in this message (or responsible for delivery of
the message to such person), you may not copy or deliver this message to anyone.
In such case, you should destroy this message and kindly notify the sender by
reply email. Please advise immediately if you or your employer do not consent to
Internet email for messages of this kind.  Opinions, conclusions and other
information in this message that do not relate to the official business of my
firm shall be understood as neither given nor endorsed by it.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 221147

# EXHIBIT 110

Re:

**Subject: Re:**
**Date:** Mon, 26 Feb 2001 18:38:06 -0800
**From:** "Lawrence J. Ellison" <Larry.Ellison@oracle.com>
**Organization:** Oracle Corporation
**To:** "Reiner, Gary (CORP)" <Gary.Reiner@corporate.ge.com>,
"Wohl,Ronald" <RON.WOHL@oracle.com>, lellison <larry.ellison@oracle.com>,
Safra Catz <safra.catz@oracle.com>

Gary -- I will get right on the Procurement issues.   larry

"Reiner, Gary (CORP)" wrote:

> Larry
> Thanks for what appears to be a great success so far on the Hungary
> implementation.
> On a different and more difficult note, the Indirect Procurement solution we
> are rolling out company-wide, where we are upgrading to 11i, has had a
> number of P1 Tar's, some of which are still outstanding.  It's causing great
> frustration.  Could you get word to Kevin Miller and ask to accelerate
> turn-around time there?
> Thanks very much.
> Gary

Lawrence J. Ellison <Larry.Ellison@oracle.com>

ORACLE
CONFIDENTIAL

4/25/2002 12:19 PM

NDCA-ORCL 052637

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 111

[Fwd: Oracle 11i/Indirect Procurement]

**Subject: [Fwd: Oracle 11i/Indirect Procurement]**
**Date:** Thu, 08 Mar 2001 10:46:42 -0800
**From:** "Lawrence J. Ellison" <Larry.Ellison@oracle.com>
**Organization:** Oracle Corporation
**To:** "Catz,Safra" <SAFRA.CATZ@oracle.com>,
"Wohl,Ronald" <RON.WOHL@oracle.com>

one more time

-------- Original Message --------
Return-Path: <Gary.Reiner@corporate.ge.com>
Received: from oldmail.us.oracle.com (oldmail.us.oracle.com
[130.35.62.15])by gmgw03.oraclecorp.com (8.8.8+Sun/8.8.8) with ESMTP id
PAA27155for <larry.ellison@oracle.com>; Wed, 7 Mar 2001 15:17:47 -0800
(PST)
Received: from inet-smtp1.oracle.com (ns2.oracle.com [209.246.15.57]
(may be forged))by oldmail.us.oracle.com (8.8.8+Sun/8.8.8) with ESMTP id
PAA19347for <lellison@us.oracle.com>; Wed, 7 Mar 2001 15:17:47 -0800
(PST)
Received: from unknown-147.101.pilot.net (unknown-147-101.pilot.net
[198.232.147.101])by inet-smtp1.oracle.com (8.9.3/8.9.3) with ESMTP id
PAA07668for <lellison@us.oracle.com>; Wed, 7 Mar 2001 15:19:24 -0800
(PST)
Received: from unknown-24-4.pilot.net (unknown-24-4.pilot.net
[206.189.24.4]) by unknown-147.101.pilot.net with ESMTP id PAA24053 for
<lellison@us.oracle.com>; Wed, 7 Mar 2001 15:17:43 -0800 (PST)
Received: from xcin01corpge.ge.com (localhost [127.0.0.1]) by
unknown-24-4.pilot.net with ESMTP for
<lellison@us.oracle.com.>; Wed, 7 Mar 2001 15:17:42 -0800 (PST)
Received: by xcin01corpge.ge.com with Internet Mail Service
(5.5.2650.21)id <GC0RS71C>; Wed, 7 Mar 2001 18:17:42 -0500
Message-ID: <D5C3F28A442BD311BDEA0008C75DBCEC6B719B@xf1d04corpge.ge.com>
From: "Reiner, Gary (CORP)" <Gary.Reiner@corporate.ge.com>
To: "Larry Ellison (E-mail)" <lellison@us.oracle.com>
Subject: Oracle 11i/Indirect Procurement
Date: Wed, 7 Mar 2001 18:17:39 -0500
MIME-Version: 1.0
X-Mailer: Internet Mail Service (5.5.2650.21)
Content-Type:
multipart/mixed;boundary="----_=_NextPart_000_01C0A75C.CD8E2A90"

Larry
We are still having very significant problems with the 11i roll out of
Indirect Procurement.  Here are the top 5 issues.  They have caused us
to
halt the continuation of the roll out until they are fixed.
I'm having a difficult time keeping the businesses motivated to go
forward.

Anything you can do to accelerate progress would be enormously
appreciated.
Thanks very much.
Gary
 <<Top SSS issues as of 3-7-01.doc>>

|  | Name: Top SSS issues as of 3-7-01.doc |
|---|---|
| Top SSS issues as of 3-7-01.doc | **Type:** WINWORD File (application/msword) |
|  | **Encoding:** base64 |

ORACLE
CONFIDENTIAL

I

Exhibit No. __40__
Witness: (Wohl)
Date: __5-31-06__
Pages
Lucy Carrillo-Grubbs, CSR No. 6766

NDCA-ORCL 053228

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 112

Re: [Fwd: [Fwd: [Fwd: [Fwd: Hudson's Bay Escalation]]]]

**Subject: Re: [Fwd: [Fwd: [Fwd: [Fwd: Hudson's Bay Escalation]]]]**
**Date:** Wed, 31 Jan 2001 10:50:56 -0800
**From:** Ron Wohl <ron.wohl@oracle.com>
**Organization:** Oracle Corporation
**To:** Sandy Sanderson <sandy.sanderson@oracle.com>,
"Miranda,Steven" <STEVEN.MIRANDA@ORACLE.COM>,
"Roberts,George" <GROBERTS@US.ORACLE.COM>

Steve, please review

Sandy Sanderson wrote:

> can you check into this.  this client is pro oracle.  but that
> relationship is being challenged with an issue around self service
> expenses.  see below.
> sandy
>
> ------------------------------------------------------------------------
>
> Subject: [Fwd: [Fwd: [Fwd: Hudson's Bay Escalation]]]
> Date: Thu, 25 Jan 2001 14:00:38 -0500
> From: Michel Lozeau <michel.lozeau@oracle.com>
> Organization: Oracle Corporation
> To: "Sanderson,Edward" <SANDY.SANDERSON@oracle.com>
>
> Sandy, can you please raise the visibility of this to Ron Wohl.
>
> tx
>
> ------------------------------------------------------------------------
>
> Subject: [Fwd: [Fwd: Hudson's Bay Escalation]]
> Date: Wed, 24 Jan 2001 16:03:31 -0500
> From: sandy moffat <sandy.moffat@oracle.com>
> Organization: Oracle Corporation
> To: Michel Lozeau <michel.lozeau@oracle.com>
>
> Hi Michel.  I'm wondering if we may also want to copy Sandy Sanderson on
> this.  Sandy has been asked to talk to HBC at Appsworld and has been
> sent a briefing document on the account.  This may be additional
> information that would be helpful before he meets the customer.  Also,
> there may be something that he could influence on the development side.
> Bill has probably not yet had a chance to escalate through the license
> side so we may want to wait until he has had an opportunity.  Let me
> know what you think.
>
> Sandy.
>
> ------------------------------------------------------------------------
>
> Subject: [Fwd: Hudson's Bay Escalation]
> Date: Wed, 24 Jan 2001 15:31:41 -0500
> From: Mark Aboud <mark.aboud@oracle.com>
> Organization: Oracle Corporation
> To: "Bergen,William" <WILLIAM.BERGEN@oracle.com>
> CC: "MOFFAT,SANDRA" <SANDY.MOFFAT@oracle.com>,
>       "MACKAY,DOUG" <DOUG.MACKAY@oracle.com>,
>       "LOZEAU,MICHEL" <MICHEL.LOZEAU@oracle.com>
>
> Bill,
>

ORACLE
CONFIDENTIAL

4/25/2002 11:29 AM

NDCA-ORCL 052475

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Re: [Fwd: [Fwd: [Fwd: [Fwd: Hudson's Bay Escalation]]]]

> We have a product quality problem at Hudson's Bay in the Self Service
> Expenses (SSE) module which is causing serious customer issues.  We
> understood development was going to have a fix Jan 31st which has now
> been delayed 30 days + and our P1 has been downgraded to a P2.
>
> We must get this issue resolved asap or we will soon be in a situation
> where the customer will want cash back from us and put us off the short
> list for CRM and customer loyalty and consulting revenue ($4.0M this
> FY).
>
> I would like to get this escalated to Ron Wohl now, before it costs us
> big bucks and lost business.
>
> Mark
>
> -------------------------------------------------------------------
>
> Subject: Hudson's Bay Escalation
> Date: Wed, 24 Jan 2001 11:23:32 -0500
> From: sandy moffat <sandy.moffat@oracle.com>
> Organization: Oracle Corporation
> To: "ABOUD,MARK" <MARK.ABOUD@oracle.com>, robert.richard@oracle.com
>
> Mark,
>
> It has come to my attention this morning that we have a very serious
> situation at Hudson's Bay. HBC has put 11i SSE into limited production
> over the past few weeks.  The implementation (being done by Oracle
> Consulting) was delayed by a number of weeks due to multiple product
> issues but has recently limped into limited production use.  There are
> several outstanding issues being worked on by development but the most
> serious is bug #1523865 that will not allow a SSE entry to be split into
> individual items.  This is an absolute show stopper.  Here is a summary
> of events to date:
>
> Summary
>
> On January 8, Bug #1523865 and 1571035 were escalated to P1's.
> Development reviewed the bugs and gave us their verbal
> timeline to resolve these bugs by Jan. 31.  On Jan. 10 these bugs were
> downgraded to escalated P2's since only one developer
> is working on the code.  This was done with the consent of the customer
> however it was indicated that this would not move the end date beyond
> the end of January.  Yesterday, Development came back with their written
> timeline of Feb. 23, stating that the changes needed were more complex
> in depth and breadth than their initial assessment.
>
> This is disaster for the project team and the customer is extremely
> angry.  We are currently engaged in a scoping exercise for Phase 2 of
> this project which is an implementation of 11i Financials and
> iProcurement.  Due to the fact that these product issues have set them
> so far behind the customer is threatening to:
>
> - pull out SSE due to product instability and look to Oracle to recover
> product and implementation costs
> - cancel or delay phase 2 due to product instability and support levels
> - there is a p.o. in place for 2.5 million dollars to complete this
> project
> - revoke their offer to become an Oracle 11i showcase reference account
> until further notice
>
> They have also indicated that they will not be too interested in our CRM
> and Customer Loyalty solutions at this time. All in it looks like this

ORACLE
CONFIDENTIAL

4/25/2002 11:29 AM

NDCA-ORCL 052476

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Re: [Fwd: [Fwd: [Fwd: [Fwd: Hudson's Bay Escalation]]]]

```
> could potentially cost us $4M in future business plus anything that they
> feel they can recover from us.  Up until this point our relationship
> with HBC has been excellent but is degrading by the hour.  Please help
> us resolve this situation as soon as possible.  The project team has
> managed to limit the dissemination of this information to the customer
> but we need to bring it forward very soon to a wider audience.
>
> Thanks in advance for your assistance,
>
> Sandy.
>
> Sandy Moffat
> Senior Market Director
> Oracle Consulting, Canada
>
> ------------------------------------------------------------------------
>
> sandy moffat <sandy.moffat@oracle.com>
>
> sandy moffat
>   <sandy.moffat@oracle.com>
> Additional Information:
> First Name     sandy
> Version        2.1
>
> ------------------------------------------------------------------------
>
> Mark Aboud <mark.aboud@oracle.com>
>
> Mark Aboud
>   <mark.aboud@oracle.com>
> Additional Information:
> First Name     Mark
> Version        2.1
>
> ------------------------------------------------------------------------
>
> sandy moffat <sandy.moffat@oracle.com>
>
> sandy moffat
>   <sandy.moffat@oracle.com>
> Additional Information:
> First Name     sandy
> Version        2.1
>
> ------------------------------------------------------------------------
>
> Michel Lozeau <michel.lozeau@oracle.com>
>
> Michel Lozeau
>   <michel.lozeau@oracle.com>
> Additional Information:
> First Name     Michel
> Version        2.1
```

Ron Wohl <ron.wohl@oracle.com>
Executive Vice President
Applications Development

ORACLE
CONFIDENTIAL

3 of 4

4/25/2002 11:29 AM

NDCA-ORCL 052477

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Re: [Fwd: [Fwd: [Fwd: [Fwd: Hudson's Bay Escalation]]]]

ORACLE
CONFIDENTIAL

4/25/2002 11:29 AM

NDCA-ORCL 052478

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 113



ORACLE
CONFIDENTIAL

NDCA-ORCL 070882

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

**Mark J Barrenechea**
SVP Applications Development

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 070883

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# From 11i.1 to 11i.3 CRM

- Too many patches
- Implementations, too costly
- Incomplete, thus complex

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 070884

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# 11i.4

## Ready to compete

- 100+ Live customers
- Partner readiness
- Global demo's
- Complete CRM usage at Oracle
- Completing business flows
- Fixed time / low price implementations
- Gartner
- Attracting top talent from the competition

ORACLE
CONFIDENTIAL

NDCA-ORCL 070885

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# 11*i*

## Complete and Simple

## Built on an Integrated Database Design

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 070886

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Oracle CRM, Complete & Integrated



Customers, Products, & Everything Else!

ORACLE
CONFIDENTIAL

NDCA-ORCL 070887

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER



Siebel — a Software Kit

ORACLE
CONFIDENTIAL

NDCA-ORCL 070888

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# A Great Message, but Does 11*i* Work?

ORACLE

ORACLE
CONFIDENTIAL

**NDCA-ORCL 070889**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

# 11i CRM Customers

**In Process**

- 100 + Live
- Bell South
- Xerox
- GE Medical
- HP
- Litton-TriCare
- Franklin Covey
- Wincor-Nixdorf
- Siemens
- Papa Johns
- JDS Uniphase

- GE Capital
- Cisco
- News America
- Canon
- More Xerox
- Qwest
- AmeriCredit
- Unilever
- Tropicana
- EMC
- NCR

**Q4 Wins**

- SUN
- Simplex/Tyco
- Marconi
- Legato
- Unisys
- Retriever Payment

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 070890

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Live Customer Highlights

- BellSouth
  - 10,000 Call Center Agents
  - 4 outsourced centers
  - 30,000 calls a day
  - iStore, TeleService, Order Management, Comms extensions, and Scripting

**Lori Groves**
**President, Customer Technologies**
**Here in Person**

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 070891

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Live Customer Highlights

- Franklin Covey
  - Broad vision replacement
  - High volume B2C / B2C
  - Targeted Discounting / Specialty stores
  - iStore
  - 5 month implementation
  - Out of the box

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 070892

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Live Customer Highlights

- Hewlett Packard
  - Global SFA
  - 2000 SalesOnline Users
  - Customer to Forecast
  - Upgraded from 11.0.3 to 11*i*
  - 6 months

ORACLE®

ORACLE
CONFIDENTIAL

NDCA-ORCL 070893

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Live Customer Highlights

- GE Medical
  - 11*i*, global single instance
  - 27 countries
  - 2500 users
  - Contracts, Service, Install-base

**ORACLE**

ORACLE
CONFIDENTIAL

NDCA-ORCL 070894

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Live Customer Highlights

- Papa John's
  - 100 configured pizza's per minute
  - When complete, 10,000 pizza's per minute
  - Before Oracle, 25% call backs
  - Post Oracle, 3% call backs
  - Rise in 20% volumes self-service
  - iStore, TeleService

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 070895

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Live Customer Highlights

- JDS Uniphase
  - 21 sites for ERP
  - 1 global store
  - B2B
  - 11.0.3 ERP to 11*i* iStore via OAI
  - Order Status, Pricing, Product Catalogs
  - Quotes and Orders

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 070896

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER



ORACLE
CONFIDENTIAL

NDCA-ORCL 070897

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER



# Magic Quadrant - Before

Large Enterprises

Challengers

Leaders

o Braan

o IMA

Clarify o

Vantive

Niche Players

o Siebel

o Oracle

Visionaries

As of 7/99

Ability to Execute

Completeness of Vision

Source: GartnerGroup

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 070898

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER



# Magic Quadrant - Now

Large-Enterprise CRM Suites Magic Quadrant

Ability
to
Execute

Challengers

Leaders

○ Siebel

Oracle ○

PeopleSoft
○
Nortel
Epiphany ○ ○ ○ SAP
○ Kana
○
Choridant

Niche Players

Visionaries

——— Completeness of Vision ———

As of 4/01

* Kana/Broadbase merger proposed 4/01

Source: Gartner Research

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 070899

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER



# E-Business Suite: Steadily Maturing Software

| | # Live Customers | |
|---|---|---|
| 11$i$.1 | May 2000 | 0 |
| 11$i$.2 | Oct 2000 | 40 |
| 11$i$.3 | Feb 2001 | 160 |
| 11$i$.4 | This week | 400 |

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 070900

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# So...What's New and Hot ?

- Partner community
- Accelerated implementations
  - Hosted
  - Fixed time, low price
- Complete Business Flows
- Hot new features

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 070901

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# PMO for Implementations

- Single point of contact - David Williamson
- Dedicated resources
  - Program managers - Weekly calls
  - Technical  parachute in
  - Per implementor
- Asset creation/re-use eg Business Scenarios
- 1000 implementation consultants by June 2002
  - CGEY ... 46 ... Today
  - KMPG ... 50 ... July 9th

ORACLE

ORACLE
CONFIDENTIAL

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Partner community

- CGEY – EMC
- PwC – Tyco/Simplex
- KPMG – Cisco, JDSU, SGI, Veritas, GE Medical
- Accenture – McGraw-Hill, Qwest, UBS, BellSouth
- DC – Beckman-Coulter, ThermoKing

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 070903

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

## Platinum

- A near-fully patched E-Business Suite
  - Once a month
  - Sun and HP
  - Single/multi node
  - Based on rapid-install
  - Vision and fresh install
- Where do I get it?
  - crm.us.oracle.com
- First 100 days ... The standard

ORACLE®

ORACLE
CONFIDENTIAL

NDCA-ORCL 070904

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# E-Squared

- Hosted implementation environments
  - Based on Platinum
  - Each offers three instances (Vision, 2-Fresh)
  - HP hardware, moving to Linux
  - Managed by development
  - Hand-off to client for go-live
  - Environments for *CRM in 90 days*
  - Cost $4,000/month
  - Additional instance $1,500/month
  - Applications DBA $8,000-$20,000/month

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 070905

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# E-Squared examples

*Big business, small business, all business*

- EMC
- GE Capital
- Lexicon
- Tekelec
- Mackie Designs
- IKON
- Cisco

- CGEY
- DC
- KPMG
- PWC

ORACLE®

ORACLE
CONFIDENTIAL

NDCA-ORCL 070906

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

**ORACLE**

# Valerie Borthwick
## Senior Vice President
## Oracle Consulting

ORACLE
CONFIDENTIAL

NDCA-ORCL 070907

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# FastForward Flows
## for CRM in 90 Days

Marketing
- Plan to Campaign
- Campaign to Results

Sales
- Opportunity to Global Forecast
- Call to Order
- Click to Order

Service
- Call to Resolution
- Click to Resolution
- Contact to Resolution
- Contract to Renewal

Priced $150K - $395K
for implementation

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 070908

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# It's Better, It's Easier to "Go with the Flow"

- Sell end-to-end business processes
  - Unique -- Only Oracle can do it
  - Compelling   solves a significant customer business problem
  - Competitive -- Puts you above the feature/function wars
- Sales Kits
  - All you need to introduce, position, compete, propose, and sell.  All at one web site
  - Dozens of guided selling assets for each FastForward Flow

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 070909

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Where to get more information

- Sales Kits: http://gmw.us.oracle.com/crm/
- Primary Contacts: Brad.Scott, Marcus.Heth, Mark.Keever
- Training at Kick-off
  - Market Manager Training
    - **Wednesday 8:00 – 9:00 Caesar's**
    - CRM Global Solution Sales
    - **Wednesday 1:00 – 2:00 pm**
  - Sales and SC Training
    - **Thursday 4 2 hr sessions Caesar's**
    - **Friday 2 X 2 hr session Caesar's**
- Sales and Delivery Training now available

**ORACLE**

ORACLE
CONFIDENTIAL

**NDCA-ORCL 070910**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

# Hot new areas

- Opportunity to Quote
- Collaboration
- Contracts for
  - Sales
  - Service
  - Subscriptions

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 070911

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Opportunity to quote

- Calendaring, scheduling, activities

- Win/Loss

- Fact-based selling

- Business intelligence home page

- Employee-based quoting
  - Contracts, service
  - Pricing, configuration

- Push button oppty 2 quote, quote 2 order

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 070912

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Oracle Contracts - attach it to every deal

- For Service Automation, Contracts for Service
  - service programs, warranty mgmt
  - entitlements, usage billing, renewals
- For Sales Automation, Contracts for Sales
  - sales & license agreements, standard terms
  - forecasting
- For Any eBusiness Module, Contracts Core
  - Master agreements, MOUs, LOIs
  - deliverable mgmt, execution, history, versioning



ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 070913

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Collaboration ... oh the possibilities

*What WebEx can not do*

- Completing transactions
  - iStore, iSupport
- Distance learning
  - consulting, web-based selling
- Best talent now available
  - on demand, play back
- Scale
- Integrated into the eBusiness Suite

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 070914

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Competing with Siebel

## demo



*Collaborative Opportunity to Quote*

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 070915

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# What About Siebel ?

## *Siebel Lacks End-to-End Automation*

- NO Quote to Order
- NO Contracting
- NO Collaboration
- NO Store
- NO real-calendaring and scheduling

ORACLE
CONFIDENTIAL

NDCA-ORCL 070916

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# What About PeopleSoft ?

*Picture Oracle two years ago ?*

- Selling Vision…Delivering Vantive

- Some HTML apps…No depth

- Focusing on architecture….Lacking functionality

- Ask for references on their new platform!

ORACLE
CONFIDENTIAL

NDCA-ORCL 070917

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

**ORACLE**

Kevin Fitzgerald
Senior Vice President
Oracle Federal Sales

Ask the X-Siebel Guy

ORACLE
CONFIDENTIAL

NDCA-ORCL 070918

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# 4 Questions for Kevin

- Q1: Is Oracle's product competitive
- Q2: How best to sell CRM
- Q3: How to address a perceived Siebel standardization
- Q4: Can Oracle smash Siebel

ORACLE

ORACLE
CONFIDENTIAL

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Q1 Pipeline is Impressive

- AT&T BS
- Lloyds
- Continental
- Telia
- Bell South
- American Airlines
- Delphi Automotive
- Dell
- ING Global

- CitiGroup
- McGraw-Hill
- GM
- Pitney Bowes
- Ingersol Rand
- NCR
- Verizon
- Aetna

ORACLE

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 070920

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# 11i.4

## *Ready to compete*

- 100+ Live customers
- Partner readiness
- Global demo's
- Complete CRM usage at Oracle
- Completing business flows
- Fixed time / low price implementations
- Gartner
- Attracting top talent from the competition

ORACLE
CONFIDENTIAL

NDCA-ORCL 070921

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER



Crush Q1 !!!

ORACLE
CONFIDENTIAL

NDCA-ORCL 070922

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER



ORACLE
CONFIDENTIAL

NDCA-ORCL 070923

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Summary

ORACLE

ORACLE
CONFIDENTIAL

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER



ORACLE
CONFIDENTIAL

NDCA-ORCL 070925

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER