# EXHIBIT 114

EXHIBIT

AGREN BLANDO REPORTING

# FY 02
# Consulting Budget
# Review

April 3, 2001

ORACLE

4/28/2005 8:29 AM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 159545

# Agenda

- FY02 Budget Submission
- Consulting Strategy
  - More Innovation & Impact
  - Multi-Channel Selling
  - Rapid Virtual Delivery
  - IBP Focused Implementations

ORACLE

4/28/2005 8:29 AM

2

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 159546

# FY02 Targets Reflect Acceleration of Our Strategy…

|  | FY00 | FY01 | FY02 |
|---|---|---|---|
| Revenue | 852 | 784 | 784 |
| Expense | 625 | 701 | 567 |
| Margin $ | 227 | 214 | 217 |
| Margin % | 6.2% | 2.8% | 27.7% |
| Average Headcount | 1,257 | 3,115 | 3,294 |
| Revenue Growth | -12% | -8% | 0% |
| Expense Growth | -12% | 9% | -18% |
| Margin Point Growth | (0.0) pts | 0.0 pts | 6.5 pts |
| Rev per Head Growth | 0% | 15% | 4% |
| Exp per Head Growth | 0% | 4% | 3% |
| Utilization | 68% | 69% | 60% |

ORACLE

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 159547

# Higher Q1 Productivity with Lower headcount gives margin improvement in Q1



ORACLE

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    NDCA-ORCL 159548

4/28/2005 8:39 AM

# FY02 Strategy…Driving 360 degree impact to Oracle

**Innovation & Impact** — Content & Leadership — *More*

**Direct Channel** — Partnerships & eSelling — *Multi-Channel*

**Traditional delivery** — eDelivery — *Rapid Virtual delivery*

**Customization** — War on Complexity — *IBP Focused*

Consulting Leadership

ORACLE

4/28/2005 8:29 AM

5

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        NDCA-ORCL 159549

# *More* Focus On Oracle's Overall Success

## Development

Product Content

Product Enhancements

Product Positioning

Product Accelerators

## Sales

Value Based Selling

Solution Offerings

IBP Based Selling

Account Mgt and Planning

## Alliances

Partner Campaigns

Intellectual Capital

Partner Relations

## Marketing

eLeaders Reference Program

Go to market strategy

Analyst Relations

Competitive Intelligence

**Clients**

ORACLE

6

4/28/2005 8:29 AM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    NDCA-ORCL 159550

# We've Expanded Our Multi-Channel Coverage

**ISD**
- Packaged Offerings
- Complete Market Coverage
- Enables Focus on Large Deals
- Lower Cost of Sales

**Oracle Store**
- 100+ Offerings Available
- Ease of Use
- Capture leads
- Lower Cost of Sales

**Solution Selling**
- Large Industry Account Focus
- License Focused
- Partner Collaboration

**Partners**
- Strategy Firms
- System Integrators
- ASP's
- Content Providers

**Broaden Oracle Reach**

ORACLE

7

4/23/2005 8:29 AM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 159551

# Our Strategy Is About Rapid Virtual Delivery



- **Prepackaged Solution Offerings**
  - Fast Forwards
  - CRM in 90 days
  - IBP Solution Bundles

- **eConsulting**
  - Collaborative Delivery
  - Partners
  - On-site or On-line

- **Hosted Offerings**
  - Online Services
  - Service Integration
  - E2 Services

- **Offshore Resourcing**
  - India
  - ORS
  - Other Providers

ORACLE

8

4/28/2005 8:29 AM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 159552

# Less Than 15% of Our Projects Require Customization



Custom

Integrated "Apps"

FastForward

Virtual Delivery

Hosted - Software as a Service

*Requires.....*
*Functionally Rich Product*
*Discipline From Consulting*
*Senior Client Sponsorship*

ORACLE

9

4/28/2005 8:29 AM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 159553

# Oracle SSI & Offshore Resourcing

*Type of Assignments* ➤ *With a Proven Process*

**Interfaces, Extensions and Conversions**

**Application Upgrades**

**Database Migrations**

**Custom Java Development**



*Yields these results (FY02)* ➤ *and these results (FY03)*



4/28/2005 8:29 AM

10

ORACLE

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 159554

# Software-As-A-Service Integration...



## Application Services

Oracle Online Services

Legacy, 3rd Party, & Custom Applications

B2B Services

3rd Party Online Services

## The Next Big Thing

## Channels

Enterprise

Web

B2B

ORACLE

11

4/28/2005 8:29 AM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 159555

# Discussion Slides

ORACLE

4/28/2005 8:29 AM

12

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    NDCA-ORCL 159556

# A Programmatic Partnering Program Expands the Oracle Economy...



**Strategy Firms**
**Complementary Skills**

**Big 5 Integrators**
**Cooperative Consulting**

**Content, Industry & Hosting Partners**

eBusiness Enabling
Industry
Agreements"No Fly Zones"
Targeted Software Replacement
Industry Solutions
ASP's

ORACLE

13

4/28/2005 8:29 AM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        NDCA-ORCL 159557

# Packaged Services In Every Aspect of the eBusiness Suite...

**CRM**
- CRM in 90 Days
- Interaction Center
- iStore & Configurator
- iSupport
- iMarketing Online
- Sales Comp
- Svcs & Contracts
- Web Store

**iProcurement**
- Purchase to Pay

**BI&W - Customer Loyalty**

**Enterprise Management**
- Advanced Benefits
- Budgeting
- Financials RPM
- HR RPM
- HR/Payroll
- Online Financials
- Projects
- Self Service HR

**Supply Chain**
- APS
- Discrete Mfg RPM
- Distribution RPM
- Mfg for Process & RPM
- Mfg RPM for High Tech
- Supply Chain Collaboration
- Supply Chain Exchange

**Technology - Enterprise Portal**

And More...

ORACLE

14

4/28/2005 8:23 AM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER   NDCA-ORCL 159558

# Capturing the eBusiness Platform CRM in 90 Days or less…



| | |
|---|---|
| *Software* | *Service* |
| *Function* | *Flow* — *Framework* |
| *Dysfunctional* | *Aligned* — *Execution* |
| *Job Shop* | *Pre-configured* — *Implementation* |
| | *Paradigm Shift* |

15

4/28/2005 8:29 AM

CONFIDENTIAL–SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 159559

# Expanding on initial Framework in FY02 to cover full suite

## Marketing

- Closed-Loop Marketing
- Multi-Channel Marketing
- Customer Loyalty

## Sales

- Sales Center
- Revenue Portal
- Customer Acquisition
- Mobile Sales Force
- Advanced Sales Compensation

## Service

- Service Center
- Self-Service
- Field Service
- Mobile Field Service

## Interaction Center

- Advanced Sales or Service Center
- eMail Explosion
- eServices
- Blended Interaction Center

ORACLE

16

4/28/2005 8:29 AM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER   NDCA-ORCL 159560

Addresses a CRM key business problem or opportunity that is easily identified by our customer and easily <u>understood by the Field</u>

### Guided Selling Portal

- Getting Started
- Initial Assessment
- Initial Qualification
- Manage Opportunity
- Create Value
- Deliver Proposition
- Close Opportunity

### Guided Delivery Portal

- 11.5.3 Rapid+Platinum
- IBP Seeded CRP
- Scripted Testing
- Gap to IBP
- Seeded Setups
- Performance Scripts
- User Guides to IBP's

**Solution Framework**

## And We've done it...

### Big Business - Small Business - All Business

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 159562

# Supply Chain Solutions for Oracle Consulting

## ReSellable FastForward and Advantage Pack engagements

**Manufacturing**

| | FastForward™ Discrete with MRP Planning | FastForward APS Advantage Pack | SC Collaboration Advantage Pack | Supply Chain Exchange Advantage Pack |
|---|---|---|---|---|
| **Customer Profiles** | GB or Major: Customers New to Oracle Apps | GB or Major: Existing Oracle ERP Customers: Release 10.7, R11, R11i | Existing Oracle Customers: APS R11i and ERP Release 10.7, R11, R11i | Existing Oracle Customers APS R11i and ERP Release 10.7, R11, R11i |
| **Solution Characteristics** | • 90 Day FastForward™ implementation<br>• Single organization<br>• Single currency<br>• Manual Forecast<br>• Unconstrained plan | • 60 day Fast Forward implementation*<br>• Assumes Oracle ERP Existing Customers<br>• Assumes Oracle ERP Discrete Manufacturing implementation completed<br>• Single Organization<br>• Single currency<br>• Baseline Forecast item forecasting scenario<br>• Soft constrained plan enforcing demand due dates<br>• Hard constrained plan in simulation mode<br>• Replenishment source on planned orders<br>• Supplier lead times and capacities evaluated<br>• Global ATP<br>• Shop Floor Scheduling<br>• Planning Instance on separate Planning Server<br>*when prerequisites are met | • Variable implementation*<br>• Assumes Rapid APS implementation complete<br>• Extends supply chain reach to costs, penalty factors, selling price.<br>• Extend multi-org to multi-instances<br>• Optimized plan<br>• Advanced Optimization to corporate objectives<br>• Forecasts by rule-driven demands<br>• Supplier Notifications of exceptions via Workflow<br>• Capable to Promise, Capable to Deliver<br><br>• when prerequisites are met | • Variable implementation*<br>• Assumes SC Collaboration complete<br>• Universal information exchange<br>• Collaborative Demand Planning<br>• Collaborative Supply Chain Planning<br>• Vendor Managed Inventory<br>• Customer Managed Inventory<br><br>• when prerequisites are met |
| **Solution Components** | **Core:**<br>Order Management<br>Inventory<br>Engineering<br>Bill of Materials<br>Capacity<br>MPS/MRP Usage Orp<br>Cost<br>Work in Process<br>Outside Processing<br>General Ledger<br>Accounts Payable<br>Purchasing<br>Accounts Receivables<br>Fixed Assets<br>Pre-Seeded Workflows | **Prerequisite:**<br>• R10.7, R11, or R11i Oracle Applications Discrete Mfg. Implementation Completed (INV, PO, OE or OM, BOM, ENG, WIP, MRP or SCP)<br>• Site Assessment engagement<br>• Supply Chain Modeling engagement, if needed<br><br>**Core:**<br>Oracle Advanced Supply Chain Planning (ASCP)<br>Oracle Advanced Planning<br>Oracle Global ATP<br>Pre-seeded Workflows<br><br>**Optional:**<br>Oracle Risk Optimization<br>Oracle BIS | **Prerequisite:**<br>• Rapid APS Advantage Pack or equivalent<br>• Site Assessment engagement<br>• Supply Chain Modeling engagement, if needed<br><br>**Core:**<br>Oracle Advanced Supply Chain Planning (ASCP)<br>Oracle Demand Planning<br>Oracle Global ATP<br><br>**Optional:**<br>Oracle Risk Optimization<br>Oracle Self Service Web Apps<br>Oracle BIS<br>Oracle Store<br>Oracle Internet Procurement | **Prerequisite:**<br>• SC Collaboration Advantage Pack or equivalent<br>• Site Assessment engagement<br>• Supply Chain Modeling engagement, if needed<br><br>**Core:**<br>Oracle Supply Chain Exchange<br><br>**Optional:**<br>Oracle Marketplace Exchange<br>Oracle Logistics Exchange<br>Oracle Product Collaboration Exchange |

4/23/2005 8:29 AM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 159563

ORACLE

# Supply Chain Solutions for Oracle Consulting

*ReSellable FastForward and Advantage Pack engagements*

| Manufacturing | FastForward™ Discrete with MRP Planning | FF-Rapid APS Advantage Pack | SC Collaboration Advantage Pack | Supply Chain Exchange Advantage Pack |
|---|---|---|---|---|
| Consulting Tools | FF Business Dev Toolkit<br>FF Project Manager's Toolkit<br>FF Consultant Toolkit | Site Assessment Engagement<br>SC Modeling Engagement<br>Multiple Organization Rollout Engagement<br>Solution Pack+ Whitepapers, Setup Templates, Sample Documents, Technical Guides<br>Solution Delivery Guide -Proposal Template, SOA Estimating Tools, Worksplan | Site Assessment Engagement<br>SC Modeling Engagement<br>Solution Pack+ Whitepapers, Setup Templates, Sample Documents, Technical Guides<br>Solution Delivery Guide -Proposal Template, SOA Estimating Tools, Worksplan | Site Assessment Engagement<br>SC Modeling Engagement<br>Solution Pack+ Whitepapers, Setup Templates, Sample Documents, Technical Guides<br>Solution Delivery Guide -Proposal Template, SOA Estimating Tools, Worksplan |
| Pre-Sales Tools | e-Valuator<br>FF Sales Kit | e-Valuator<br>SVA (2-3 Days)<br>Pre-APS Site Assessment<br>Supply Chain Modeling Engagement | e-Valuator<br>SVA (2-3 Days)<br>Pre-APS Site Assessment (OC) | e-Valuator<br>SVA (2-3 Days)<br>Pre-APS Site Assessment (OC) |
| Consulting<br>Training | **Core:**<br>Order Management<br>Inventory<br>Engineering<br>Bills of Material<br>Capacity<br>MPS/MRP (Stage-On)<br>Cost<br>Work in Process<br>Outside Processing<br>General Ledger<br>Accounts Payable<br>Purchasing<br>Accounts Receivable<br>Fixed Assets<br>Pre-seeded Workflows | **Core:**<br>Oracle Advanced Supply Chain Planning (ASCP)<br>Oracle Demand Planning<br>Oracle Global ATP | **Core:**<br>Oracle Advanced Supply Chain Planning (ASCP)<br>Oracle Demand Planning<br>Oracle Global ATP | **Core:**<br>Supply Chain Exchange |
| Example Price Breakout | $460,000  Consulting<br>$TBD  Education<br>$TBD  Support<br>$TBD  License (Variable)<br><br>Total: TBD | $TBD  Consulting<br>$TBD  Education<br>$TBD  Support<br>$TBD  License (Variable)<br><br>Total: TBD | $T.A.M  Consulting<br>$TBD  Education<br>$TBD  Support<br>$TBD  License (Variable)<br><br>Total: TBD | $T.A.M  Consulting<br>$TBD  Education<br>$TBD  Support<br>$TBD  License (Variable)<br><br>Total: TBD |

Shelly Mover-Reed
Liz McConnelly
Rod Scorati

dXchange.us.oracle.com
www.apps.us.oracle.com/qips

FEINfO@us.oracle.com

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 159564

ORACLE

4/28/2005 8:29 AM

# Financial Backup Slides

ORACLE

21

4/28/2005 8:29 AM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 159565

# Q102 Plan Requires $18M of Expense Reductions

*($ millions)*

| | |
|---|---|
| **Q401 Expense Forecast** | **$ 150** |
| OPI Meeting | (1) |
| Bonus True-Up | (7) |
| RIFs | (3) |
| CRM Sales Support | (1) |
| T&E | (3) |
| Q1 Bonus Cap | (3) |
| **Q102 Expense Budget** | **$ 132** |

ORACLE

22

4/28/2005 8:29 AM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    NDCA-ORCL 159566

# Adverse Business Conditions will continue to challenge us in FY02...

- Uncertainty around the economy

- .com crisis

  - Potential A/R write-offs of $19M due to bankruptcy and financial troubles (3% of Revenue; 2 points of Margin)

- Product Issues

  - $21M in FY01 (3% of Revenue; 2 points of Margin)

- CPG settlements of $6M

ORACLE

23

4/28/2005 8:29 AM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 159567

## R11i Product Issues have resulted in a 2 point deterioration of FY01 Margin %.....

|  | FY00 | FY01 |
|---|---|---|
| Product Issues | $14M | $21M* |
| Revenue | $852M | $785M |
| % of Revenue | 2% | 3% |
| Margin % Impact | 1 point | 2 points |

*Largest customers include Paxar ($2M), Ingersoll Rand ($2M), Xerox ($1M), Greenway Medical ($1M), Honeywell ($1M), and Franklin Covey ($1M)

ORACLE

24

4/29/2005 8:29 AM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 159568

*R11i Product Issues had a large impact YTD, further negotiations and settlements are ongoing...*

| Customer | Unbilled Days | Unbilled Revenue Value | Product Issues |
|---|---|---|---|
| Paxar | 942 | $1,620 | APS, AR, Assets, GL, AP, OM Configurator |
| Ingersoll Rand | 552 | $949 | CRM |
| GE Aircraft | 508 | $874 | Supply Chain |
| Papa Johns | 368 | $632 | iStore/CRM |
| Zapmedia.com | 321 | $553 | OM/CRM |
| Agra | 315 | $346 | Fin Apps |
| Honeywell | 313 | $538 | CRM |
| Kelly Services | 268 | $461 | HR/Payroll, AR/Customer, SS Purchasing |
| Compaq | 250 | $430 | iProcurement |
| Compaq | 250 | $430 | iProcurement |
| Valuevision | 209 | $360 | CRM |
| Q Logic | 200 | $344 | ERP |
| My Family | 192 | $331 | Fin Apps, OM |
| Blue292.com | 171 | $293 | |
| TSN | 130 | $224 | Order Management |
| Cavu, Inc. | 128 | $220 | |
| Venad | 125 | $215 | ERP/Order Management |
| All Other | 3,404 | 5,780 | |
| Q4 Estimated | 3,876 | 6,500 | |
| Total FY01 | 12,522 | $21,101 | |

ORACLE

4/28/2005 8:29 AM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 159569

25

# The dot com and economic crisis are resulting in significant
## A/R write-offs...

| | | |
|---|---|---|
| Emedius | .5M | *bankruptcy* |
| Metal Maker | .5M | " |
| Maxim | .4M | " |
| Cybermedica | .3M | " |
| Go Mortage | .2M | *financial trouble* |
| Bike.com | .2M | " |
| Other | .7M | |
| FY01 Est. Total | 2.8M | |
| | | |
| Amount in Legal | 16.0M | *potential Q401 or FY02 impact* |

**TOTAL** | **$18.8M** | ~ 2% of Revenue
| | ~ 2 pt. Margin % Impact

ORACLE

26

4/28/2005 8:29 AM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 159570

# FY02 Revenue Growth of 3% over FY01 Baseline...

| | Revenue | Comment |
|---|---|---|
| FY01 Forecast | 784 | Average Headcount = 3,415 |
| Headcount Reductions | (22) | Net decrease of 121 avg hdct during FY01 |
| FY01 Baseline | 762 | |
| Rate Increase | 38 | FY02 ~ 5% rate increase |
| 11I Product Issues | 3 | |
| Discounts | (9) | Average Discount of 29% |
| A/R Write Offs | (10) | |
| FY02 Budget | 784 | Average headcount = 3,294 |
| YOY Revenue Growth | 0% | |
| YOY Growth from Baseline | 3% | |

ORACLE

27

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 159571

# FY02 Summary

- Flat Revenue Growth due to:

  - Smaller/Rapid Implementations

  - Adverse Business Conditions

- Half point Margin Improvement driven by:

  - Gains in Offshore Productivity

  - Lower cost of sales via an aggressive indirect channel strategy

  - Global Service Lines to "Global coordination"

  - CRM team productivity gains

ORACLE

28

4/28/2005 8:29 AM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 159572

ORACLE®

SOFTWARE POWERS THE INTERNET™

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 159573

The eHub Software Services Infrastructure as an Online Service



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 159574

# Integration Consulting Moves From Custom Development to Service Provisioning

- 9i Platform Middleware Infrastructure Delivered as an Online Service

- Integration Arm of Oracle OnLine Services

- Developing Technology and Business Model

- Brand as OracleConnect, Oracle.net . . .?

- Increased Consulting Margin

ORACLE

31

4/28/2005 8:29 AM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 159575

# EXHIBIT 115

[Fwd: FW: San Diego County ... [Fwd: Projects Bug]]]

Return-Path: <charles.kendig@oracle.com>
Received: from oracle.com (dhcp-reston-gen-1-west-113-95.us.oracle.com
[138.1.113.95])by gmgw01.us.oracle.com (Switch-2.1.1/Switch-2.1.0) with
ESMTP id f4THAeX21052;Tue, 29 May 2001 10:10:40 -0700 (PDT)
Message-ID: <3B13DDD8.1F57A80E@oracle.com>
Date: Tue, 29 May 2001 13:35:20 -0400
From: Charlie Kendig <charles.kendig@oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.7 [en] (Win95; I)
X-Accept-Language: en
MIME-Version: 1.0
To: "Sellers,Richard" <DICK.SELLERS@oracle.com>,
"ROCHA,MICHAEL" <MICHAEL.ROCHA@oracle.com>,
"Natelson,David" <DAVID.NATELSON@oracle.com>,
"Larsen,Swen" <SWEN.LARSEN@oracle.com>,
"Perkins,Steven" <SRPERKIN@US.ORACLE.COM>,
"Bishop,Frank" <FRANK.BISHOP@oracle.com>
Subject: [Fwd: FW: San Diego County ... [Fwd: Projects Bug]]]
Content-Type: multipart/mixed;boundary="-----------8F59F7C81FBE6960408676F6"
X-Mozilla-Status: 8001
X-Mozilla-Status2: 00000000

Mike, Dick, and Frank

Please see the attached email stream involving on of our most important
state/local accounts--San Diego County.  As you read through the email
documents, you'll get a sense of what is occurring with the project
implementer, CSC, as well as the time and energy being expended by many
Oracle people to help this customer.

The TAR backlog for 11i continues to grow, as we see through the
reporting provided by Mary Anne Anthony,  and as more customers
implement 11i, the more demand there will be on the Support organization
as more and more TARs/BUGs are identified.

As David Natelson mentions in his note, failed implementations are
putting our state/local vertical out of business.  These accounts cannot
be left on their own to survive dealing with internal Oracle.  There are
just too many problems with the software.  We are working on an
executive involvement strategy with our important clients to hand hold
them through the process and give them some priority within the system.
Once this strategy is approved, we will share it with you.

We'd appreciate your discussion of this topic at the upcoming sales
kickoff meetings, and how the Oracle management team plans to deal with
this.  I know we discount the Lippert report, but much of it is true.
Thanks for your consideration of this request.

CPKendig
Oracle Service Industries

**ORACLE CONFIDENTIAL**

EXHIBIT
10

NDCA-ORCL 121280

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

[Fwd: FW: San Diego County ... [Fwd: Projects Bug]]

| | |
|---|---|
| **Return-Path:** | <david.natelson@oracle.com> |
| **Received:** | from dnatelsous (whq4op3u33-ppp-sfc1-130.us.oracle.com [144.25.200.216])by gmgw02.us.oracle.com (Switch-2.1.1/Switch-2.1.0) with SMTP id f4F3pZ518600for <CHARLES.KENDIG@ORACLE.COM>; Mon, 14 May 2001 20:51:35 -0700 (PDT) |
| **Reply-To:** | <david.natelson@oracle.com> |
| **From:** | "David Natelson" <david.natelson@oracle.com> |
| **To:** | "Kendig Jr.,Charles" <CHARLES.KENDIG@oracle.com> |
| **Subject:** | FW: San Diego County ... [Fwd: Projects Bug]] |
| **Date:** | Mon, 14 May 2001 23:48:53 -0400 |
| **Message-ID:** | <ALELLJFKLGFDJBCMGAMIOECECEAA.david.natelson@oracle.co |
| **MIME-Version:** | 1.0 |
| **Content-Type:** | text/plain;charset="UTF-8" |
| **Content-Transfer-Encoding:** | quoted-printable |
| **X-Priority:** | 3 (Normal) |
| **X-MSMail-Priority:** | Normal |
| **X-Mailer:** | Microsoft Outlook IMO, Build 9.0.2416 (9.0.2910.0) |
| **X-MimeOLE:** | Produced By Microsoft MimeOLE V5.50.4522.1200 |
| **Importance:** | Normal |

Charlie, I believe that Oracle Consulting has a multi-million dollar subcontract under CSC and Consulting has been onsite since last June.

We had (not sure if he is still there) a great Oracle Consulting DBA named Percy who kept things moving during Q1/Q2 this year.

My SCs stop by and visit the CSC and Oracle project team every two weeks to review how things are going + answer questions on 11i and the latest functionality.

The reason we show up so often is that my team uses San Diego as the location to meet up and develop the Vision demo system, so I have them visit the customer one afternoon every few weeks.

The customer upgraded from 11.0 to 11i when 11i shipped and we have been fighting 11i fires all year.  Kumaresh's team (Q1-Q3) was very responsive to fixing Public Sector glitches as San Diego County was one of our first customers to install 11i.  The client never saw what we discovered and fixed onsite via developers dialing in.

I tried to get Jay Polack involved with their steering committee + Dave Stoermon (local SC in San Diego) has frequent interaction with the client.

My Committment to the customer and the sales team (Scott M.) included allowing San Diego County to get refreshed copies of our demosystem because this was the only system that people could actually get to work.  We faced some serious pressure from CSC in Q1 because our software didn't work and they had certain conference room pilot milestones to meet.

At some point, too many bugs just cannot be overcome.

We are not at the point where the customer is exercising the real system.

According to Swen, as we enter Q1FY02, more and more customers are going to

2

**ORACLE
CONFIDENTIAL**

**NDCA-ORCL 121281**

**CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER**

[Fwd: FW: San Diego County ... [Fwd: Projects Bug]]

reach this point of their implementation = big time stress on the support
organization as more and more bugs are hit.  Q1 will be very challenging.

Bottom Line - Support needs to be more aggressive with
core Apps development on bugs.  I believe that proper expectations
were set + Sarah is an ex-Oracle employee who really wants this
to succeed.  CSC Executive Management needs a better appreciation of what
Oracle has been doing for San Diego County.

Our Risk - failed implementations are putting us out of business in this
vertical.  You can only hide them so long...  Just today, in Milwaukee,
the customer somehow asked about a screwed up PSB install in Burbank, CA
and how little value Chicago Public Schools has gotten for their money.
New Orleans Public Schools nearly killed my Q4 5M CISD deal last week.

If we leave these accounts to survive on their own dealing with Support
and Product challenges, they will fail and further ruin our name in the
industry.  That's why people like Sarah know to call me when they hit
the wall.

-----Original Message-----
From: Cynthia Creek-Watson [mailto:Cynthia.Watson@oracle.com]
Sent: Monday, May 14, 2001 9:30 PM
To: Charlie Kendig
Cc: David,Natelson; Perkins,Steven; Mendenhall,Larry; Larsen,Swen;
Polack,Jay; McCormick,Timothy; Sebree,Bruce; Bishop,Frank;
Gillies,Justin
Subject: FW: San Diego County ... [Fwd: Projects Bug]]


All -

It appears Sara may have fallen on some Bugs
which at initial glance are non-MultiOrg Set Up issues.
She will not be able to see ALL the pertinent text
Oracle employees are able to see (for whatever reason).
The documentation doesn't seem to be clear from their vantage point.

Deb Pegram has made some suggestions for correction on the 10th.

Justin -
Perhaps we should put our heads together?
I'm in the office tomorrow in the morning.
Afternoon will be at University of San Diego.

Cheers!
Cynthia

Charlie Kendig wrote:

> There is something in this message for everyone on the distribution list.  Larry
Mendenhall  and I were discussing situations like this one earlier today, where it
appears that we get in over our heads when it comes to ongoing help/relationships
with the client or the impiementator they have selected to do the work.
>
> First, it appears that CSC is the integrator.  What commitments did we make with
CSC and San Diego County--note the COMBINED PROMISE TO THE COUNTY OF SAN DIEGO from
Sarah Pope.
>
> What is Oracle's role in this initiative?  It seems that we are the software
supplier only.  If so, issues should be routed through Support as they would for any
normal situation.
>
> What is the client's expectation when it comes to TAR resolution?  Did Support

ORACLE
CONFIDENTIAL

3

NDCA-ORCL 121282

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

[Fwd: FW: San Diego County ... [Fwd: Projects Bug]]]

> agree to any special services?  If not, it seems to me that the client signed up for
> normal Support and the expectations need to be set properly.  Otherwise, on site
> Support is available for a fee.
>
> Client believes "it appears that we are a beta site for Projects/Grants for 11i
> Public Sector."  Frank Bishop needs to be aware of this perception.
>
> The Support manager involvement/assignment to the account is a good idea.  Here
> again, was this agreed to by the Support team?  Are we prepared to do this for 4/5
> months--weekly conference calls with the client, which is an ad hoc process?
>
> Telephone calls not being returned--implementator says she called Natelson,
> Polack, McCormick, and Sebree.  Only Natelson returned the calls.  Do we have the
> proper sense of urgency?
>
> New patches are causing problems--some of what once worked no longer works.
>
> Note comments about bug #1694215--customer is begging for help.  Swen, perhaps you
> could help this client.
>
> Regards,
>
> CPKendig
>
> ------------------------------------------------------------------------------
>
> Subject: FW: FW: San Diego County ... [Fwd: Projects Bug]
> Date: Fri, 11 May 2001 20:16:38 -0400
> From: "David Natelson" <david.natelson@oracle.com>
> To: "Mendenhall,Larry" <LARRY.MENDENHALL@oracle.com>,"Kendig Jr.,Charles"
> <CHARLES.KENDIG@oracle.com>
>
> More info about why SD County needs extra special care.
>
> -----Original Message-----
> From: spope@csc.com [mailto:spope@csc.com]
> Sent: Friday, May 11, 2001 11:24 AM
> To: david.natelson@oracle.com
> Cc: cshay@csc.com; ebevan@csc.com; clovett2@csc.com;
> justin.gillies@oracle.com; david.stormoen@oracle.com
> Subject: Re: FW: San Diego County ... [Fwd: Projects Bug]
>
> Dave,
>
> Thanks for your message and your words of support.  I need those at this
> time!!!!  We did get resolution of the show stopper that had us dead in
> the water.  It took involvement by a developer in the Prod Dev group for
> Projects.  It took elevating it to highest priority.  We have had other
> problems (significant) with AR but I believe we have some workarounds that
> are permitting progress...
>
> We would appreciate getting a Support Manager assigned to our account.
> This is an excellent idea on your part.  We are needing critical assistance
> as we move through a series of labs over the next 4 5 months.  This is due
> to the fact that it appears we are a beta site for Projects/Grants for 11i
> Public Sector.  We understand the situation with this, but we also need to
> know that when we have show stoppers, we will have the tech assistance from
> Oracle development that we will need to resolve quickly.  When we run these
> labs, we are burning $800K a week and tying up as many as 60-70 individuals
> when we have a stop in the effort due to an unresolved bug.  Again, we
> understand that we are going through this as a first time for Oracle, which
> is not as we would wish, but this is the reality.  All we are asking is to
> be positioned as a CRITICAL and PRIORITY client so that we can get

**ORACLE**
**CONFIDENTIAL**

NDCA-ORCL 121283

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

[Fwd: FW: San Diego County ... [Fwd: Projects Bug]]]

> resolution ASAP and get our 60 people back on line.
>
> You are aware of course of the visibility of the County of San Diego
> project.  This is being watched by every County Govt in the US (maybe free
> world!) and we need to put forth (CSC and Oracle) the best efforts
> possible.  This means that we need to have a technical resource assigned to
> us to resolve these Proj/Grants problems when they arise.  Another area of
> problem for us has been AR and I Procurement.  Again we are running through
> integration scenarios with 35 client participants and 35 consultants on a
> full time basis and we can't afford to have these show stoppers and be
> asked to wait 5 days for them to be resolved.
>
> I am having a conversation with Justin Gillies and Dave Stormoen in one
> hour about this topic and I will let them know I received a note of support
> from you.  If you can do anything to get us the assistance we need to
> resolve these bugs quickly over the next 4-5 months, IT WILL PAY OFF IN
> SPADES FOR ORACLE BECAUSE WE WILL HAVE DELIVERED ON OUR COMBINED PROMISE TO
> THE COUNTY OF SAN DIEGO....  Unless we can deliver the tech support to the
> team to resolve these problems quickly, WE WILL NEVER deliver on this
> system.  That is a basic fact.
>
> Thanks for your time and I appreciate your involvement!
>
> Sara
>
>                    "David Natelson"
>                    <david.natelson@o        To:      Sara K Pope/CSI/CSC@CSC
>                    racle.com>               cc:
>                                             Subject:    FW: San Diego
> County ... [Fwd: Projects Bug]
>                    05/11/01 07:10 AM
>                    Please respond to
>                    david.natelson
>
> Sarah, I will try and get a Support Manager assigned to the account who can
> hold
> weekly conference calls.
>
> Please let me know when you are getting into situations where tars or bugs
> are
> not being resolved in a timeframe acceptable by the project schedule.
>
> Is this the only show stopper going on right now?
>
> Regards,
>
> Dave
>
> David Natelson
> Vice President
> State and Local eBusiness Applications
> david.natelson@oracle.com
> 813-287-3384 (work)
> 813-765-3225 (cell)
> _____
> The statements and opinions expressed here are my own and
> do not necessarily represent those of Oracle Corporation.
>
> -----Original Message-----
> From: David Stormoen [mailto:David.Stormoen@oracle.com]
> Sent: Thursday, May 10, 2001 12:19 PM
> To: David Natelson; Jay Polack; Tim McCormick; Bruce Sebree
> Cc: Justin Gillies

**ORACLE
CONFIDENTIAL**

5

NDCA-ORCL 121284

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

[Fwd: FW: San Diego County ... [Fwd: Projects Bug]]]

> Subject: San Diego County ... [Fwd: Projects Bug]
>
> All,
>
> I played phone tag with Sarah (CSC Financials Project Mgr) yesterday and
> spoke briefly with her this morning.
> The specific problem she was calling about yesterday has been fixed.
>
> I am scheduled to speak with her tomorrow morning to discuss the problems
> they have been having and the best
> way for CSC/Oracle to work together.
>
> Any thoughts on what additional assistance we can offer them?  At a minimum
> I will be offering to meet with
> them in person weekly as my schedule permits.
>
> Dave
>
> spope@csc.com wrote:
>
> > Dave and Justin,
> >
> > Could we possibly speak tomorrow, Friday?  I am totally booked this
> morning
> > and fly all afternoon, not arriving home until midnight.  I know we have
> > all played phone tag this week.  I am available at 770-846-7999 all day
> > tomorrow.  The only time I could not talk is between 2pm and 4pm Eastern
> > because I have a doctor's appt.
> >
> > Dave, please see the email below.  This is why I called you yesterday (I
> > also called 3 other Oracle managers on my phone contact list -- Jay
> Polack,
> > Bruce Sebree, Tim McCormack - but no one returned my call but you).  We
> > really need your help in working through the Projects bugs we are
> > encountering with regular frequency.  We have been attempting to kick off
> > our SDL2 (internal integration) labs since last week and have had 60
> people
> > dead in the water all week due to the bug below.  We have high priority
> > attention from Oracle Prod Devel at this point but still no resolution.
> I
> > am going to need more priority support going forward to get through our
> > labs and sessions with the clients.  We bring clients in to train and do
> > demos, as well as work through scenarios we have built earlier and which
> > worked earlier before a series of patches was added some time back.  This
> > County Program burns $800,000 a week and we can't be held up indefinitely
> > by code that won't work and that hasn't worked for other of your clients
> > since March.  We need to talk about our options.
> >
> > Thanks and looking forward to speaking with you,
> >
> > Sara
> >
> > ----- Forwarded by Sara K Pope/CSI/CSC on 05/10/01 02:26 AM -----
> >
> >              Elizabeth E
> >              Bevan/CSI/CSC         To:     Colin H
> Lovett/CSI/CSC@CSC, AnnaMacia Alvarez/CSI/CSC@CSC,
> >                                    Christine Shay/CSI/CSC@CSC, Sara
> K Pope/CSI/CSC@CSC, Arif
> >              05/10/01              Islam/CSI/CSC@CSC, Sanjay
> Mehta/CSI/CSC@CSC
> >              04:10 AM              cc:
> >                                    Subject:     More bugs

6              **ORACLE
CONFIDENTIAL**

**NDCA-ORCL 121285**

**CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER**

[Fwd: FW: San Diego County ... [Fwd: Projects Bug]]]

```
> >
> >
> > I'm attaching a Word document on this fascinating scenario. On 2/13 some
> > poor guy in Suadia Arabia opened a PA bug report. it was closed on
> 3/13/01
> > as no bug found, but the Tar refers you to Bug 1674878 which gives you:
> >
> > Bug 1674878.cannot be displayed. Possible reasons are:
> >    The bug is not classified as publicly accessible ("non-public").
> >    The bug is filed under a product for which you have no license. To
> > view your product licenses go in your User profile and select the Show
> > License option.
> >    The bug was filed before June 1996. Only bugs that were opened after
> > this date are accessible on this server.
> > The bug number does not exist (it was referenced incorrectly).
> >
> > Then on 3/19 the same guy with the non bug bug listed above for which we
> > assume he received a secret patch, opens another bug report #1694215
> which
> > is practically identical to ours and he's still waiting for an answer.
> > About once a week he begs for help since they're impacting his go live
> > date.
> >
> > Read it and weep.
> >
> > (See attached file: history.doc)
> >
> >
> > --------------- ------------------------------------------- --- -------
> >                        Name: history.doc
> >                        Type: WINWORD File (application/msword)
> >     history.doc     Encoding: base64
> >                  Description: Microsoft Word 4
> >              Download Status: Not downloaded with message
>
> << Attachment Removed : David.Stormoen.vcf >>
>
>    -------------------------------------------- -----------------------
>
>    Charlie Kendig <charles.kendig@oracle.com>
>
>    Charlie Kendig
>      <charles.kendig@oracle.com>
>    Additional Information:
>    First Name    Charlie
>    Version       2.1
--
Cheers!

Cynthia CREEK-WATSON
Customer Advocacy
Higher Education / Health Care - West

858.509.8027    direct
858.509.8300    fax
760.212.3315    cellular
760.603.0252    home office
877.663.7203    alpha-pager
  or http://arch.com/message
       6637203    PIN
```

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 121286

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

[Fwd: FW: San Diego County . . [Fwd: Projects Bug]]]

Charlie Kendig <charles.kendig@oracle.com>

ORACLE
CONFIDENTIAL

8

NDCA-ORCL 121287

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# EXHIBIT 116

New addition to 11i impact list

Return-Path: <dick.sellers@oracle.com>
Received: from oracle.com (dhcp-orlando-gen-1st-flr-east-44-201.us.oracle.com
[138.2.44.201])by gmgw02.oraclecorp.com (Switch-2.1.1/Switch-2.1.0) with
ESMTP id f44Hj4u17373;Fri, 4 May 2001 10:45:05 -0700 (PDT)
Message-ID: <3AF2EAC2.2BCAA720@oracle.com>
Date: Fri, 04 May 2001 13:45:38 -0400
From: Dick Sellers <dick.sellers@oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.51 [en] (Win95; U)
X-Accept-Language: en
MIME-Version: 1.0
To: "ROCHA,MICHAEL" <MICHAEL.ROCHA@oracle.com>,
Chris Madsen <chris.madsen@oracle.com>
Subject: New addition to 11i impact list
Content-Type: multipart/mixed;boundary="-----------12167202E50193FF7FA81A13"
X-Mozilla-Status: 8001
X-Mozilla-Status2: 00000000

Mike,

I've added CMGi / Ubid to the 11i impact list:

Dick

CMGI / Ubid - $600k in credits against work already done,
Oracle participation in the $1.2 M-in monthly out-of-pocket
costs for rental warehouses and leasing of legacy apps, and
Free services through go-live - now targeting for May 18th.

American Trans Air-$165k renewal (renewal was due in November)
Indiana Mills-252k renewal (renewal was due in Feb, looking for 126k
relief)

Oneok Inc.-1,406,048k renewal (looking for 250-400k relief)
Precision Cast Parts-486k renewal (customer is deciding how much credit)

McDonalds/Chiptole-105k credit requested

General Electric Aircraft Engines-$671,658.01-Customer doesn't want to
pay for support because the implementation is way behind schedule and he

doesn't want to pay for support on licenses sitting on a shelf.

@home - 1.3 mil
this is a CRM customer who has not been able to implement.  Chris
Drynan was rep and never had it on his forecast since the customer
refuses to renew.  Steve Fox is the AM

exabyte - 549K
this is a 10.7 customer who wanted to upgrade to 11i and has not
been able to (both our fault and theirs).  they are requesting
concessions which we have not been able to give.  we are still reviewing

this renewal with the AM, Glenn Seninger, to see what can be done to
secure renewal.

franklin quest - 800K
     this customer had an iSTORE implementation which was not working for

**ORACLE
CONFIDENTIAL**

1

NDCA-ORCL 121644

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

New addition to 11i impact list

a long time.  Mike Cosenza has recently told me that the implementation
is complete and he does expect this to come in.  this may change though,

as I have come to expect

We have already given the following relief:
Beckman Coulter-1,000k
Seagate-400k

---

**Message-ID:** <3AEECCFC.BB2079D5@oracle.com>
**Date:** Tue, 01 May 2001 08:49:33 -0600
**From:** "dick.sellers" <dick.sellers@oracle.com>
**Organization:** Oracle Corporation
**X-Mailer:** Mozilla 4.74 [en] (WinNT; U)
**X-Accept-Language:** en
**MIME-Version:** 1.0
**To:** "ROCHA,MICHAEL" <MICHAEL.ROCHA@ORACLE.COM>
**CC:** Madsen <CHRIS.MADSEN@ORACLE.COM>
**Subject:** 11i impact
**Content-Type:** multipart/mixed;boundary="------------99F6069F1BA1BF69753524C6"

Mike,
The known list of customers requesting credit because of 11i issues is
still fairly small but I believe it will be growing over the next week
as we get into May.  Perhaps we should hold off going to Safra until we
have a more complete list.

American Trans Air-$165k renewal (renewal was due in November)
Indiana Mills-252k renewal (renewal was due in Feb, looking for 126k
relief)
Oneok Inc.-1,406,048k renewal (looking for 250-400k relief)
Precision Cast Parts-486k renewal (customer is deciding how much credit)

McDonalds/Chiptole-105k credit requested

General Electric Aircraft Engines-$671,658.01-Customer doesn't want to
pay for support because the implementation is way behind schedule and he
doesn't
want to pay for support on licenses sitting on a shelf.

@home - 1.3 mil
   this is a CRM customer who has not been able to implement.  Chris
Drynan was rep and never had it on his forecast since the customer
refuses to renew.  Steve Fox is the AM

exabyte - 549K
   this is a 10.7 customer who wanted to upgrade to 11i and has not
been able to (both our fault and theirs).  they are requesting
concessions which we have not been able to give.  we are still reviewing

this renewal with the AM, Glenn Seninger, to see what can be done to
secure renewal.

**ORACLE
CONFIDENTIAL**

2

NDCA-ORCL 121645

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

New addition to 11i impact list

```
franklin quest - 800K
    this customer had an iSTORE implementation which was not working for

a long time.  Mike Cosenza has recently told me that the implementation
is complete and he does expect this to come in.  this may change though,

as I have come to expect

We have already given the following relief:
Beckman Coulter-1,000k
Seagate-400k
```

Dick Sellers <Dick.Sellers@oracle.com>
Vice President
Oracle Support Services
Americas

Dick Sellers <dick.sellers@oracle.com>
Vice President
Oracle Support Services
Americas

**ORACLE
CONFIDENTIAL**

3

**NDCA-ORCL 121646**

**CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER**

# EXHIBIT 117

[Fwd: IT CRM]

Return-Path: <Jennifer.Minton@oracle.com>
Received: from oracle.com ([143.47.147.238])by rgmgw5.us.oracle.com
         (Switch-2.1.3/Switch-2.1.0) with ESMTP id g2MGGDQ19440;Fri, 22 Mar
         2002 09:16:13 -0700 (MST)
Message-ID: <3C9B5A3F.EDF3AB2C@oracle.com>
Date: Fri, 22 Mar 2002 08:22:23 -0800
From: Jennifer Minton <Jennifer.Minton@oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.79 [en] (Windows NT 5.0; U)
X-Accept-Language: en
MIME-Version: 1.0
To: "PLANT,WILLIAM" <WILLIAM.PLANT@oracle.com>,
    "Williams,Thomas" <THOMAS.WILLIAMS@oracle.com>,
    "DAVIES,Greg" <GREG.DAVIES@oracle.com>,
    "Mcdowell,Cheryl" <CHERYL.MCDOWELL@oracle.com>,
    "Magnusson,Annica" <ANNICA.MAGNUSSON@oracle.com>,
    "Minamino,Akira" <AKIRA.MINAMINO@oracle.com>,
    "Garnick,Lawrence" <LARRY.GARNICK@oracle.com>,
    "dan.sharpley" <dan.sharpley@oracle.com>, loren <loren.mahon@oracle.com>,
    "Gacutan-Alferez,May" <MAY.GACUTAN-ALFEREZ@oracle.com>
Subject: [Fwd: IT CRM]
Content-Type: multipart/mixed;boundary="------------F2173AF2F6128362A3EAD2A4"
X-Mozilla-Status: 8001
X-Mozilla-Status2: 00000000

---

Return-Path: <larry.ellison@oracle.com>
Received: from D53KK711 (koi-home.us.oracle.com [139.185.70.3])by
         rgmgw6.us.oracle.com (Switch-2.1.3/Switch-2.1.0) with ESMTP id
         g2MF7Xc28688;Fri, 22 Mar 2002 08:07:33 -0700 (MST)
From: "Larry Ellison" <larry.ellison@oracle.com>
To: "'Jeff Henley" <Jeffrey.Henley@oracle.com>,
    "'Mark Barrenechea'" <Mark.Barrenechea@oracle.com>
CC: "Henley,Jeffrey" <JEFF.HENLEY@oracle.com>,
    "'Minton,Jennifer'" <JENNIFER.MINTON@oracle.com>,
    "'Catz,Safra'" <SAFRA.CATZ@oracle.com>
Subject: RE: IT CRM
Date: Fri, 22 Mar 2002 07:04:05 -0800
Message-ID: <002101c1d1b2$d2a30f10$0346b98b@D53KK711>
MIME-Version: 1.0
Content-Type: text/plain;charset="us-ascii"
Content-Transfer-Encoding: 7bit
X-Priority: 3 (Normal)
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook, Build 10.0.2627
In-Reply-To: <3C9B44A7.BE4219B1@oracle.com>
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2600.0000
Importance: Normal

ORACLE
CONFIDENTIAL

NDCA-ORCL 059745

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

[Fwd: IT CRM]

Our top priority is to get Oracle users are "delighted" with the quality and functionality our CRM products.  Until that happens I doubt we will achieve success in the market.  The biggest problem is missing features as opposed to show stopper bugs.  (There are a few of those as well but they are much easier to fix.)  Every applications meeting now centers around representatives from our user community who report back on application quality and set priorities for development.  We cannot remain in denial if we talk with our users every day.  We need to work very hard to achieve a high degree of customer satisfaction for our sales and marketing products as soon as possible.  We will have major improvements by June, but we are unlikely to deliver all we need until September.  Doing it by September will require unrelenting focus and a Herculean effort.  It can be done but not unless we change our development and testing process and do a better job listening to our user community.   Larry

-----Original Message-----.
From: Jeff Henley [mailto:Jeffrey.Henley@oracle.com]
Sent: Friday, March 22, 2002 6:50 AM
To: Mark Barrenechea
Cc: Henley,Jeffrey; Minton,Jennifer; LELLISON_US; Catz,Safra
Subject: Re: IT CRM

I agree this is a good list of things to work on and that deep interaction
the developers and the users will ultimately get the products right.
However, based on experience your dates seem too optimistic to fully meet
our basic requirements----but I'd clearly love to be pleasantly surprised.


Mark Barrenechea wrote:

> Jeff / Jennifer -
>
> We have begun our weekly meetings with Jennifer's team, as well, our
> weekly meeting with Larry in his CRM-Applications review every
Thursday.
>
> Our areas of focus include:
>      1.  Incentive Compensation
>      2.  Territory Management
>      3.  Data Quality
>      4.  Management reporting from OSO
>      5.  Store (we are now upto 10 countries + internal emp orders)
>              store.oracle.com
>
> Andrew Kass who works for me, has a separate weekly meeting with Ellen
> Eder and Lohen Mahn on Sales Contracts / Quoting.  OE-Lite has done
well
> to focus us better on Oracle's requirements, we are finally engaged at
> the right level with the business, mutually, and we are gaining
> confidence that our next major CRM release (currently scheduled for
end
> of June), can replace OE-Lite.  We will go through a series of reviews
> to gain the business's confidence on this, jointly build a rollout
> plan.  The sales for contracts / quoting team is focus on meeting
> Oracle's requirements fully.
>
> We have had some false starts on this, but we are rebuilding the trust
> and confidence on this one.  The only way to do this is week to week
> upto, and through the rollout.

**ORACLE**
**CONFIDENTIAL**

2

NDCA-ORCL 059746

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

[Fwd: IT CRM]

>
> *Larry's review today focused on marketing leads to TeleSales with*
> *Jarvis, Hilarie and me.  Next week, we are inviting Loren Mohn to*
> *discuss territories.*

Jennifer Minton <Jennifer.Minton@oracle.com>

**ORACLE
CONFIDENTIAL**

3

**NDCA-ORCL 059747**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

# EXHIBIT 118

Re: [Fwd: Fw: forrester: negative on 11i]

Return-Path: <mark.jarvis@oracle.com>
Received: from oracle.com (dhcp-datacenter-isdn-west-144-25-122-33.us.oracle.com
    [144.25.122.33])by gmgw02.oraclecorp.com (Switch-2.1.1/Switch-2.1.0) with
    ESMTP id f2QLpSo04312;Mon, 26 Mar 2001 13:51:28 -0800 (PST)
Message-ID: <3ABFB944.73890AB1@oracle.com>
Date: Mon, 26 Mar 2001 13:48:52 -0800
From: Mark Jarvis <mark.jarvis@oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.7 [en] (WinNT; I)
X-Accept-Language: en
MIME-Version: 1.0
To: "Safra A. Catz" <Safra.Catz@oracle.com>
CC: "BARRENECHEA,M." <MARK.BARRENECHEA@oracle.com>,
    "Wohl,Ronald" <RON.WOHL@oracle.com>
Subject: Re: [Fwd: Fw: forrester: negative on 11i]
References: <3ABFA715.7FA87DE0@oracle.com>
Content-Type: multipart/mixed;boundary="------------52AD0743F138E77A167BC0CE"
X-Mozilla-Status: 8011
X-Mozilla-Status2: 00000000

We are being hit on all sides by the press on 11i quality - the bugs in the software (generally quoted as more than 5000 bugs) have started a flurry of press articles about how IBM's approach of integration is better than our approach of soup to nuts.

I think there are several ways to deal with this:

1. We get customers implemented faster.  This one's out of my hands.

2. We get the unhappy customers help asap.  Larry's focus on this should help this along.

3. We find some happy, referenceable customers.  I need considerable assistance from sales account management for this.  We'll then use these customers in ads, a la Bell South.

4. We brief some financial and industry analysts on the status under "non-disclosure" on the basis that their inside knowledge of how focussed we are on this may help pour a little water on the fire.  At least the press will have less negative to quote.

Launching a "Quality Job 1" effort might actually backfire in that it will only stoke the fire more, so I think a more covert operation may be in order.  I have already started on items 3 and 4.
mark


"Safra A. Catz" wrote:

Subject: Fw: forrester: negative on 11i
Date: Fri, 23 Mar 2001 15:26:02 -0500
From: "Charles Phillips" <chasp@ms.com>

ORACLE CONFIDENTIAL

10/4/2002 9:45 AM

NDCA-ORCL 063478

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Re: [Fwd: Fw: forrester: negative on 11i]

**To:** "Safra A. Catz" <Safra.Catz@oracle.com>

per my earlier emails on product quality. becoming a perception issue now and oracle needs to launch a Quality Job 1 program to convince customers quality product is a top priority at Oracle. Critical to change the perception that Oracle ships first and tests later. I'd suggests establishing public quality tests the same way you've issued performance challenges and benchmarks in the past. Or something else that's visible. But i'm hearing it from multiple sources including the user group members and oralcle employees about the stability of the product. i think its improved since much of this was written but not many people know that and all the early adopters have plenty of horror stories they willingly share with whomver may call. Its worth deploying corpoate level consulting resources to get them happy asap to turn them into proponents instead of critics. a few of the reps i spoke with don't have the confidence to push crm because of the quality issues in the past. just my 2 cents. from forrester

## SKIP THE BLAME -- FIX THE RELEASE PROBLEM

It's time for Ellison and Oracle to stop blaming customers while touting Oracle's "billion-dollar savings" from use of the apps. The firm still has the opportunity to outperform competitors like SAP and PeopleSoft, but to do so, the ISV must:

- **Break up the chain links between the apps.** An eBusiness suite with full enterprise functionality is a compelling offer -- if it works and can be released in a timely manner. Oracle should break up the interdependencies between apps -- and release software that can easily be implemented separately or together. By unhinging apps like CRM from tight links to order management, the individual apps can be coupled with apps from other vendors and can then be revised or released in chunks.

- **Use the $1 billion in savings to hire quality assurance (QA) testers.** Despite Senior VP Mark Barrenechea's comment about 11i that "a version-one product always has issues," Oracle should know that pushing 5,000 patches out in six months is a sure indicator that the software release management process is broken. The alleged $1 billion saved by becoming an eBusiness should be redirected to the QA department with an army of testers running customer-supplied scenarios.

## ADVICE TO CUSTOMERS: THE "i" IS FOR "ICY"

Firms considering a plunge into the 11i waters should consider their options carefully.

- **Current customers should sit on their hands until the software stabilizes.** With Oracle's current track record, being an early adopter is not an advantage. Customers using version 10.7 or earlier should wait until at least one OAUG meeting occurs with minimal noise about quality.

- **Prospects and current customers should seek reference proof points.** Unless the Oracle sales rep can refer either a prospect or a current customer to a satisfied 11i user with a similar scale/complexity profile, firms should assume that the software still isn't ready for prime time.

Charles Phillips
Software/B2B Industry Analyst
Managing Director
Morgan Stanley

**ORACLE CONFIDENTIAL**

10/4/2002 9:45 AM

**NDCA-ORCL 063479**

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Re: [Fwd: Fw: forrester: negative on 11i]

1585 Broadway, NY NY 10036
212-761-4450 (main office/voice mail)
charles.phillips@msdw.com
800-MR CHUCK (800-672-4825 - best number/roaming)
chuck@mrchuck.com - 24x7 universal in-box/wireless  email
fax-to-email@630-566-0371
Assistant: Andrea Atkins 212-761-6238
my web site: www.msdw.com/mrchuck

Mark Jarvis <mark.jarvis@oracle.com>

**ORACLE CONFIDENTIAL**

10/4/2002 9:45 AM

**NDCA-ORCL 063480**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

# EXHIBIT 119

oracle

| | |
|---|---|
| From: | Mark Jarvis [Mark.Jarvis@oracle.com] |
| Sent: | Thursday, August 30, 2001 8:09 AM |
| To: | Benny Souder |
| Cc: | Andrew Mendelsohn |
| Subject: | Re: [Fwd: PR on our good peope;  Re: two suggestions] |

Mark.Jarvis.vcf

unless we make our revenue numbers in Q1, executives stop leaving and we get 11i customers that actually save money (and are prepared to publicly state that), no journalist is going to care.  they are always looking for negative stories or angles.  400 SVPs are oracle is (a) not a story and (b) nothing special.  As such, they won't care.

We are going through a rough patch because 11i did not work (but it does now), we missed two quarters and we pissed off a lot of customers with the apps upgrade to 11i.  that is what the press like to cover.


Benny Souder wrote:

> Thanks.
>
> Would it perhaps be possible to speak about it in general terms, ie. there are
> 400 SVPs at Oracle with an average experience of 400 years, or 200% of
> engineering has been at Oracle over 200 years, or something?  I'm not sure such
> demographic profiles make a reasonable press release, but it might make a slide
> for the next analyst briefing, or something.
>
> Benny (coding for 29 years, managing for 19 years, at Oracle for 12.5 years --
> sheesh, I'm old!)
>
> Mark Jarvis wrote:
>
> > From ST specifically, Chuck has specifically told us he does not want any of
> > his people publicised for fear that they will be recruited away.  Larry has
> > also banned all press releases related to executives being hired or promoted.
> > mark
> >
> > Andrew Mendelsohn wrote:
> >
> > >  ----------------------------------------------------
> > >
> > > Subject: PR on our good peope; Re: two suggestions
> > > Date: Wed, 29 Aug 2001 18:48:39 -0700
> > > From: Andrew Mendelsohn <andrew.mendelsohn@oracle.com>
> > > Organization: Oracle Corporation
> > > To: Benny Souder <benny.souder@oracle.com>
> > > References: <3B8D698F.BEF0BB@oracle.com>
> > >
> > > Benny,  This is an interesting PR question.  There certainly are lots of
> > > stories about senior executives leaving Oracle.
> > >

1

EXHIBIT 80
Rachel A. Ferrier
CSR No. 6948
Date: 9/21/06
Witness: Ellison

ORACLE CONFIDENTIAL

NDCA-ORCL 062223

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

> > > Mark, Should we do more marketing of our key hires and the depth of our
> > > organization?
> > >
> > > Andy
> > >
> > > Benny Souder wrote:
> > >
> > > > I read how everyone thinks there is a big "brain drain" here at Oracle.
> > > > I'm not sure that is true, but that may be the perception people have.
> > > >
> > > > Perhaps we adopt the policy I've seen other companies have of announcing
> > > > promotions and key new hires.  For example, I heard that CRM hired a
> > > > senior manager from Kana, and a senior manager from Blue Martini.  I
> > > > don't recall seeing an announcement that they had joined Oracle.
> > > >
> > > > My first suggestion is that perhaps publicizing some of our hires and
> > > > promotions would change people's perceptions.
> > > >
> > > > My second suggestion is that we should actually profile Oracle
> > > > employees, at least for the higher levels.  For example, when Charles
> > > > Schwab came to the CVC, they were astonished to find that each presenter
> > > > had been at Oracle for more than 10 years.  I think people may have the
> > > > perception that there aren't a lot of senior, experienced, knowledgeable
> > > > people at Oracle.
> > > >
> > > > If you see value in either of these ideas please discuss with Chuck,
> > > > Larry or take whatever action you feel appropriate.
> > > >
> > > > Thanks,
> > > > Benny

2

ORACLE CONFIDENTIAL

NDCA-ORCL 062224

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 120

**oracle**

| | |
|---|---|
| **From:** | Mark Jarvis [Mark.Jarvis@oracle.com] |
| **Sent:** | Monday, November 26, 2001 9:36 AM |
| **To:** | Jeremy Burton |
| **Cc:** | Finn,James |
| **Subject:** | Re: [Fwd: [Fwd: CRM Wall Street Analyst Reports W/E 16-Nov- |

we don't do it, so they are doing it. as i keep saying, our internal communication sucks   i want to know
who is responsible for it so that we can start to harass them.
mark

Jeremy Burton wrote:

> interesting... CRM development seem to be doing everything but
> developing a better OMO product for us.

> **Subject:** Re: [Fwd: CRM Wall Street Analyst Reports W/E 16-Nov-01]
> **Date:** Sun, 25 Nov 2001 08:51:18 -0800
> **From:** Stephanie Aas <stephanie.aas@oracle com>
> **Organization:** Oracle Corporation
> **To:** Jeremy Burton <Jeremy.Burton@oracle com>
> **CC:** "fitzgerald,Joelle" <JOELLE.FITZGERALD@oracle.com>
> **References:** <3BFB42E4.43F7FE0E@oracle com>

> This person works for Juliette Sultan   Remember, i told you that she started her own
> program to market CRM to fin. analysts. Joelle and I plan to approach her as soon as we
> get a chance.

> I just hope that they are not contacting analysts on their own.

> Stephanie

> Jeremy Burton wrote.

>> why is someone in CRM development sending this stuff around ?

>> **Subject:** CRM Wall Street Analyst Reports W/E 16-Nov-01
>> **Date:** Tue, 20 Nov 2001 20:32:02 -0800
>> **From:** Terri Nelson <Terri.Nelson@oracle com>
>> **Organization:** Oracle Corporation

>> All,

ORACLE CO 

**NDCA-ORCL 076925**

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Below is a summary of CRM-related Wall Street analyst reports for the week ending November 16  The specific URLs for each report are included beneath the
descriptions.

Please feel free to contact me if you encounter any problems using the links below.

Thanks,
Terri

_____

**The summary below covers the following areas:**

- **Must Read**
- **Oracle**
- **Siebel**
- **PeopleSoft**
- **CRM General**

## Must Read

1. Goldman Sachs (Sherlund): Lowering the Bar Again on Oracle
[13-NOV-01] This report comments on Larry Ellison and Jeff Henley's recent remarks that lowered expectations for Oracle's quarterly earnings figures. The analyst positions Oracle as so far unable to rebound from September and estimates a 35% decline in license revenue for Oracle applications, a figure that is consistent with the 34% decline estimated for SAP and the 40% decline estimated for Siebel.
http://crmed2.us.oracle.com:2000/sbt/docs/FINANALYSIS/13NOV01_FINAN_GOLDSAC
-LOWERBARORCL.PDF

2. Prudential Securities (Getz): PSFT: This Train Keeps Chugging Along.
Highlights From Management Marketing Trip
[15-NOV-01] This report positions PeopleSoft as a dominant player in the enterprise applications market. PeopleSoft 8 CRM is gaining momentum, and management claims a 1 in 3 win rate against Siebel, with 50 new CRM deals since the June product launch. PeopleSoft also states that it has not yet lost a CRM deal to Oracle or SAP in the U.S.
http://crmed2.us.oracle.com:2000/sbt/docs/FINANALYSIS/15NOV01_FINAN_PRUDENT
-PSFTTRAIN.PDF

3. Thomas Weisel Partners LLC (Savage): PSFT Solid Momentum, but Tough
Comps Ahead
[12-NOV-01] This report portrays PeopleSoft as competitively well positioned in the CRM industry overall, but functionally weak in the manufacturing vertical. The new PeopleSoft architecture provides a benefit, but not an overwhelming competitive advantage. The analyst evaluates the relationship with Momentum and adjusts figures for operating margins and earnings per share, predicting that PeopleSoft will buy back Momentum late in the first

ORACLE CONFIDENTIAL

**NDCA-ORCL 076926**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

quarter or early in the second quarter of next year. PeopleSoft's market execution has been significantly better than that of the other key CRM vendors during difficult economic conditions, but the enterprise application market is forecast to remain difficult through the first half of 2002, and PeopleSoft is not expected to remain immune to market conditions.
http://crmed2.us.oracle.com:2000/sbt/docs/FINANALYSIS/12NOV01_FINAN_THOMWE!
-PSFTSOLID.PDF

Oracle

4. Salomon Smith Barney (Teagarden): ORCL: Another Downward Revision to Estimates
[13-NOV-01] This report positions Oracle's application suite as the correct approach; however, the current low priority for applications projects and future competition from pure applications vendors such as PeopleSoft remain cause for concern. Oracle's domination of the database market is portrayed as a good platform for Oracle to leverage enterprise software applications sales.
http://crmed2.us.oracle.com:2000/sbt/docs/FINANALYSIS/13NOV01_FINAN_SALSMBR
-ORCLDOWNWARD.PDF

5. SG Cowen Securities Inc. (Brosseau): ORCL/Prolonged Recovery in Fundamentals: Downgrade to Neutral
[14-NOV-01] This report positions Oracle's weakness in license revenues as related more to fundamental issues than economic conditions. The analyst claims the 11i applications suite message has lost almost all of its steam as a result of being promoted as a "rip and replace" solution. Oracle is also portrayed as failing to demonstrate solid functionality against key competitors Siebel, PeopleSoft and SAP, despite a significant head start in developing browser-based architecture
http://crmed2.us.oracle.com:2000/sbt/docs/FINANALYSIS/14NOV01_FINAN_SGCOWEN
-ORCLPROLONGRECOVERY.PDF

6. Prudential Securities (Getz): ORCL: CEO Expects November Quarter Shortfall, Reducing Estimates, Maintain Hold
[13-NOV-01] This report discusses Larry Ellison's recent remarks predicting reduced quarterly earnings for Oracle. The analyst includes the following comments on Oracle applications: " ...although we are hearing Oracle's apps are becoming more stable, functionality in general is still light compared with Siebel, SAP and PeopleSoft."
http://crmed2.us.oracle.com:2000/sbt/docs/FINANALYSIS/13NOV01_FINAN_PRUDENT
-ORCLCEO.PDF

7. RBC Capital Markets (Steele): ORCL Business Update: Data Points & Diligence Suggests Cool Outlook for Demand
[15-NOV-01] This report predicts no improvement in business trends and demand outlook for Oracle in the near term, based on feedback from systems integrators, resellers, beta customers, and key OAUG members. The analyst states that the 11i applications suite is encountering continued deferred purchases, although functionality and stability are said to have improved.
http://crmed2.us.oracle.com:2000/sbt/docs/FINANALYSIS/15NOV01_FINAN_RBC
-ORCLBIZUPDATE.PDF

ORACLE CONFIDENTIAL

NDCA-ORCL 076927

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

8. Josephthal & Co. Inc. (Hochfeld): ORCL. Management Indicates a Likely
Shortfall Versus Current Expectations
[14-NOV-01] This report includes the following negative commentary on
Oracle applications, "Oracle's execution versus the promise of Internet-only
architecture and best of breed functionality in CRM and SCM has been
honored more in the breach than in the observance...we believe that Oracle's
applications demonstrably inferior to those of its competitors... Oracle has thus
far been largely unable to develop leading edge technology internally and has
historically had to resort to acquisition to obtain such capabilities."
http://crmed2.us.oracle.com:2000/sbt/docs/FINANALYSIS/14NOV01_FINAN_JOSEPHTH
-ORCLMGMTINDICATES.PDF

**Siebel**

9. Wedbush Morgan Securities (Schneiderman): Siebel (SEBL): Ten Reasons
Why Recent Euphoria May Be Premature
[14-NOV-01] The analyst contends that the recent sharp upswing in the price of
Siebel stock is based primarily on positive remarks made by Tom Siebel at
investor conferences and may be premature for ten reasons: 1) Back-end loaded
quarters, 2) A "Big-Deal" orientation poses special problems; 3) Q4: less "Use
It or Lose It," 4) Services: a lagging indicator; 5) Maintenance renewals may be
under pressure; 6) Consulting revenues may decline as well; 7)
Political/military uncertainty; 8) Risk of European Weakness, 9) Q1 2002
could be tough if budgets are finalized later than usual; 10) Balance sheet
deterioration suggests pressure.
http://crmed2.us.oracle.com:2000/sbt/docs/FINANALYSIS/14NOV01_FINAN_WEDBUSH
-SEBL10REASONS.PDF

**PeopleSoft**

10. RBC Capital Markets (Steele): PSFT Business Update: Momentum
Concerns Are Overdone
[16-NOV-01] This report positions investor concerns that PeopleSoft is using
Momentum to shift the cost of new product development to a separate entity for
the purpose of impriving reported financial results as overdone. The analyst
estimates a negligible decrease to PeopleSoft's bottom line if Momentum's most
recent quarter were consolidated with PeopleSoft's most recent quarter and
expresses the belief that PeopleSoft will re-acquire Momentum in the near
future.
http://crmed2.us.oracle.com:2000/sbt/docs/FINANALYSIS/16NOV01_FINAN_RBC
-PSFTBIZUPDATE.PDF

11. Prudential Securities (Getz): PSFT  Increasing Price Target to $37 >From
$33; Products Continuing to Gain Traction and Competitive Position
Improving
[13-NOV-01] This report positions PeopleSoft as gaining traction in the market
and receiving industry accolades for its CRM functionality, referencing a recent
AMR report that ranked PeopleSoft second only to Siebel in self-service CRM
solutions.
http://crmed2.us.oracle.com:2000/sbt/docs/FINANALYSIS/13NOV01_FINAN_PRUDENT
-PSFTINCREASING.PDF

ORACLE CONFIDENTIAL

NDCA-ORCL 076928

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

**CRM General**

12. Goldman Sachs (New York Investment Research): Software Weekly
[12-NOV-01] This excerpt from the "Goldman Sachs Software Weekly"
reports portrays the business environment for the software industry as gradually
improving. The analysts include overviews of strategic presentations from
leading vendors in the US business analytics, communications software, and
wireless software industries, as well as selected European software vendors (the
report does not include discussion of Oracle, Siebel, PeopleSoft or SAP)
http://crmed2.us.oracle.com:2000/sbt/docs/FINANALYSIS/12NOV01_FINAN_GOLDSAC
-SFWRWEEKLY.PDF

13. SG Cowen Securities (Syed - collaboration). CRM Survey: Better Than
expected H2·02 Outlook, Esp. For SEBL
[15-NOV-01] This report summarizes results of an October survey. Survey
respondents were 277 senior IT personnel. CRM spending is expected to
experience strong growth in the second half of 2002. CRM projects remain a
relatively high priority, second only to security software. Few additional price
cuts for software applications are expected. The analysts estimate penetration
of the CRM market at no more than 25%. Inventory levels of seats purchased
but remaining to be implemented are high but have not negatively impacted
repeat purchase intentions. Large enterprises will continue to dominate CRM
purchases. Customer satisfaction scores are mediocre. Of the major CRM
vendors, Siebel posted the largest improvement in perception and repeat
purchase intentions. PeopleSoft also scored solidly, but Siebel is expected to
continue its domination of the CRM market.
http://crmed2.us.oracle.com:2000/sbt/docs/FINANALYSIS/15NOV01_FINAN_SGCOWEN
-CRMSURVEY.PDF

14. Deutsche Banc Alex. Brown Inc. (Dolan - collaboration): Companies
Feeling More Confident About Stabilized Environment and Prospects for
Improvement
[14-NOV-01] This report positions the CRM market as recovering from the
exceptionally bad September quarter. Presentations by Siebel claim
improvement in the sales pipeline and gains in market share over the past two
quarters. PeopleSoft comments, verified by field contacts, indicate an
increasing CRM win rate and improving competitive positioning against
Siebel.
http://crmed2.us.oracle.com:2000/sbt/docs/FINANALYSIS/14NOV01_FINAN_DEUTSCH
-COMPANIESCONFIDENT.PDF

15. CIBC World Markets Corp. (Eisenstat). Industry. 3Q Software Wrap-up &
Outlook
[12-NOV-01] This excerpt from CIBC's "Third Quarter Post Earnings Software
Outlook" includes discussion of the general business environment for the
software industry. Conditions are expected to remain difficult for the next two
to three quarters. The analyst predicts that PeopleSoft will outperform Siebel
and SAP for the next few quarters as a result of PeopleSoft customer upgrades
to version 8, Siebel's late release of version 7.0, and customer feedback about
unwillingness to purchase new modules.
http://crmed2.us.oracle.com:2000/sbt/docs/FINANALYSIS/12NOV01_FINAN_CIBC

ORACLE CONFIDENTIAL

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

-3QSFWRWRAPUP.PDF

ORACLE CONFIDENTIAL

NDCA-ORCL 076930

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER