# EXHIBIT 121



# E-BUSINESS SUITE 11*i*

Charles Kendig
Vice President,
Quality & Customer Satisfaction

ORACLE

CONFIDENTIAL

EXHIBIT
18

NDCA-ORCL 621416

# Agenda

- Oracle Applications History
- Installed Base Analysis
- 11i Quality
  - The Early 11i Experience
  - Early 2002: Four Key Changes
  - Applications Product Lifecycle
  - Proof Points
- Questions

ORACLE

CONFIDENTIAL

NDCA-ORCL 621417

# Applications History – Major Releases

No Release 2

Release 10.7 Network Computing Architecture (10.7NCA) – Jan 1998

ORACLE

CONFIDENTIAL

NDCA-ORCL 621418



CONFIDENTIAL

NDCA-ORCL 621419



# Continued R&D Investment

E-Business Suite Development Headcount

Headcount

Calendar Year

Legend:
- India
- Asia Pacific
- Europe
- Americas

ORACLE

CONFIDENTIAL



Customer Usage by Major Release

CONFIDENTIAL

NDCA-ORCL 621421

# 11i E-Business Suite – Point Releases

11i.1 — May 2000 (Initial 11i Release)

11i.2 — October 2000

11i.3 — January 2001

11i.4 — June 2001

11i.5 — September 2001

11i.6 — January 2002

11i.7 — May 2002

11i.8 — November 2002

11i.9 — June 2003 (Current 11i Release)

11i.10 — Middle 2004* (Next 11i Release)

ORACLE

* Current plan, subject to change

CONFIDENTIAL

NDCA-ORCL 621422

# Point Release Contents

Three Main Categories
- New Features/Functionality
- Infrastructure/Architecture/Technology Improvements
- Bug Fixes

1i10 High Level Overview
- Massive Industry Functionality
- Massive Horizontal Functionality
- Opening the E-Business Suite
- Leveraging the Suite Even if you aren't using the Suite
  • the Customer Data Hub

ORACLE

CONFIDENTIAL

NDCA-ORCL 621423



# Customer Usage by Point Release

11i Usage: Version Analysis

**Percentage of 11i Customers**

Over 2/3 on
11i8 or 11i9

Legend:
- 11i1-11i6
- 11i7
- 11i8
- 11i9

ORACLE

CONFIDENTIAL

NDCA-ORCL 621424

# 11i E-Business Suite - Uptake

Approx 85% of Our Customers Working With 11i

11i Shipments (as of Jan 2004)

- Shipped: 4,612
- Downloaded: 1,795

Breakdown of 11i Point Release Usage

- 33% 11i9
- 34% 11i8
- 14% 11i7
- 19% 11i6 or Earlier

ORACLE

CONFIDENTIAL

NDCA-ORCL 621425



# Customer Platform Analysis

## 11i9 Uptake by Platform

| Platform | Downloads | Shipments |
|----------|-----------|-----------|
| Solaris | 38% | 24% |
| NT | 19% | 29% |
| HP UX | 18% | 12% |
| Linux | 12% | 23% |
| AIX | 8% | 9% |
| Tru 64 | 4% | 4% |

As of Jan 2004

ORACLE

CONFIDENTIAL

NDCA-ORCL 621426

# References

We Have A Large Number of References

- Across Most Products
- Across Most Geographies
- Across Most Industries
- Many With Detailed, Quantitative ROI Data

Some Highlight References Include

- Alcoa, POSCO, Xerox, DOW Chemical, 7-Eleven, Timex, Visa, Pella Windows, Westpac Banking, Oracle, National Instruments, Aspect and Atari

ORACLE

CONFIDENTIAL

NDCA-ORCL 621427

# 11i Quality History

Initial 11i Implementations Were Troubled

- Product Quality & Completeness
- Field, Support & Partner Readiness

2nd Half CY 2000

- Scope of Problem Under Evaluation

CY 2001

- Spent Reacting to the Issues – 1by1

Big Quality Blackeye for Oracle

ORACLE

CONFIDENTIAL

NDCA-ORCL 621428

# Four Key Changes in Early 2002

Changing The Fundamental Quality Metric

Simplification of Organization

Simplification of Release Strategy

Massive Investment in Process/Quality

ORACLE

CONFIDENTIAL

NDCA-ORCL 621429



# Changing The Fundamental Quality Metric

TARs (Service Requests) , Not Bugs (Defects)

– Only 20% of TARs are Bugs

**Closed TARs**

Root Cause Analysis For Closed TARs

■ Closed TARs

**Root Cause Codes For TARs**

2 - Duplicate/Continued Tar
? -
CC1 - Performance
CC2 - Usability
D - Documentation Unclear/Incorrect
E - Error
I - Setup/Environment
M - Unresolved
P - Bug
Q - Consultative
Y - Invalid Data

ORACLE

CONFIDENTIAL

NDCA-ORCL 621430

# Simplification: Organization

Creating a Single EBusiness Suite Development Group

- From 1998 to 2002 we had 2 Groups
  - CRM and ERP
  - This was to Allow CRM to Grow Rapidly
- By 2002 it was Time to Consolidate
  - Single Technology Stack, Infrastructure etc.
  - Increase Leverage and Efficiency
  - No Barriers to Integration
  - Less Duplication/Redundancy
  - No Politics
    - Within Development
    - Easier to Engage With Rest of Oracle

ORACLE

CONFIDENTIAL

NDCA-ORCL 621431

# Simplification: Release Strategy

Focus on the Suite Vs Components

– Focus Quality and Process Efforts on The Suite

– Less Focus on Individual Products/Families

– Massive Reduction in # of Combinations/Permutations

- • To Test
- • To Support

– How we Reduced # Customer Configurations

- Autoconfig, iSetup & BFAs

– Do Fewer Things, and Do Them Better

ORACLE

CONFIDENTIAL

NDCA-ORCL 621432

# Investment: Process and Quality

## Creation of a Central Process/Quality Team

- Reports Directly to EVP
- Consistent Metrics, Used to Manage Development
- All Processes Defined/Refined and Documented
  - Explained in upcoming slides

## Massive QA Investment

- Increase in QA staff (>500 Dedicated People)
- Mercury Partnership
- Automated Testing Vs Manual

ORACLE

CONFIDENTIAL

NDCA-ORCL 621433

# Our Development Methodology

## Applications Product Lifecycle (APL)

### Philosophy

- Evolutionary, not Revolutionary
- Exploit Existing Standards/Processes
- Align Development with Other LOBs
- Visibility, Deliverable Focused, Metrics

### Lifecycle Segmented Into Phases

- Strategy, Analysis, Design, Build, Integration, Launch, Maintenance, Obsolescence

### Phases Are Linked Together

- E.g. Design activities tied back to Analysis phase
  - Used to check completeness and monitor scope creep
    - Real time, not just with QA

ORACLE

CONFIDENTIAL

NDCA-ORCL 621434

# Process Overview

ORACLE

**E-Business Suite Operations**

Home | Strategy | Analysis | Design | Build | Integration | Launch | Maintenance | Obsolescence

**Overview**

Website Overview
Steering Committee
All Task Forces
All Templates

Search for: [          ] in Entire Site [▼]   Go / Search Tips

Reuse Portal   Portal View   Search

## E-Business Suite Development

This process website is organized around the phases of the development life cycle: Strategy, Analysis, Design, Build, Integration, Launch, Maintenance, and Obsolescence (SADBILMO). Pop-up windows from the bar below show the objectives for each phase.

| Strategy | Analysis | Design | Build | Integration | Launch | Maintenance | Obsolescence |

The blue bar under each of the life cycle task is the arrow Groups, task forces, and committees are working to align the development processes across product families (see Groups Defining the Process). That task includes identifying best practices and targeting existing gaps to create a set of standards and common methodology for the division (see The Defined Process) As these recommended processes are rolled out, we will track the progress of each team's adoption and execution with tracking reports, measuring tools and general metrics (Release)

| Release | | The Defined Process | Groups Defining the Process |

SAFE v. ... Task Flow, Charts and Procedures

Our objective is quality processes that produce quality products. We are striving to create a development organization that is unified around best practices, common terminology, defined deliverables, standard templates, and documented procedures for each phase in the software development life cycle. Our processes, crafted from the guidelines in Oracle's Quality Policy, will lead to customer satisfaction and market domination.

Last Modified: 04/04/2003 11:55:31
© Copyright 2000 Oracle Corporation. All Rights Reserved.

Content Owner

ORACLE

CONFIDENTIAL

NDCA-ORCL 621435



Metrics Example

CONFIDENTIAL

NDCA-ORCL 621437

# Process Automation

Automation is The Key To 100% Compliance

Automate Everything Possible

Allows Processes To Change Rapidly

Removes Huge Training Burden

Accelerates Development Capabilities

Some Examples of Process Automation:

- Global Standards Compliance Checker

- Code Development Process

ORACLE

CONFIDENTIAL

NDCA-ORCL 621438

# How We Changed

## Massive Change Management Problem

- Big Cultural Change
- Virtual Team Driven (not Ivory tower)
  - Empowered the People Who do the Work
- Leverage Existing Work
- Global Processes
- CMM/ISO
  - Why We Didn't Start With This
  - What We Are Now Doing With These

ORACLE

CONFIDENTIAL

NDCA-ORCL 621439





# Specific Example 1: Obsoleted Patches

CONFIDENTIAL

NDCA-ORCL 621441



CONFIDENTIAL

NDCA-ORCL 621442



# Example 2: Translation Issues

CONFIDENTIAL

NDCA-ORCL 621443

# Example 3: Testing Automation

Migration from Manual to Automated Testing

- Partnering with Mercury Interactive (MI)
  - To Improve MI Tools/Capabilities
  - To Create the Test Starter Kit
- Which has Enabled Customer Usage
- EBSO/Consulting Programs (script library)
- EBSO Pre-release Customer Testing
- GSI Customer Pre-Release Testing (with 11i10)
- Business Process Testing (Future)

ORACLE

# Some Other Key Quality Initiatives

- Consolidated Update
- Automated Performance Analyzer
- Automated Code Validation
- 11i Upgrade Management
- Diagnostic Agents
- Problem Avoidance
- Patch Advisor
- MySupport.oracle.com

ORACLE

CONFIDENTIAL

NDCA-ORCL 621445



Overall Quality Metrics

ORACLE

CONFIDENTIAL

NDCA-ORCL 621446

# Moving Forward

## Continuous Improvement of APL

- – Significant Focus on Root Cause Analysis
- – Benchmark Against Industry Standard Methodologies
- – Automate Everything Possible

## TCO Program to Focus on Biggest Customers

- – Perfect Experience for Global Single Instance Adopters

ORACLE

CONFIDENTIAL

NDCA-ORCL 621447



# Questions?

alan.fletcher@oracle.com

ORACLE

CONFIDENTIAL

NDCA-ORCL 621448



# Questions?

charles.kendig@oracle.com

ORACLE

CONFIDENTIAL

NDCA-ORCL 621449

# EXHIBIT 122

**From:** Ken Hamel
**Sent:** Fri, 06 Oct 2000 20:21:32 GMT
**To:** George Roberts
**CC:** John Nugent; Joe Dibartolomeo; Nic Classick; John Boucher; Ted Bereswill; David Handy; Bob
Crochetiere; Lisa Cometa; Steven Vakulskas; kblock@us.oracle.com; Gayle Fitzpatrick; Ron Bunting; Mary
Anne Gillespie
**BCC:**
**Subject:** Demo Issues with Applications

George, this note is a follow-up to our discussion at the Ops Review
about the issues around our applications demonstration environment.
Highlighted are the issues we've encountered in the last two quarters.
I apologize for the length of this note.

First some assumptions:

1. There is a surge in the amount of ERP deals in which GB is engaging
which translates into more demo dependency
2. In all the above deals, the prospect has an emphasis on various
customer facing solutions (ie CRM)

Simply put, all of our demo issues have to do with our key marketed
strength, INTEGRATION. We still have a great deal of difficulty showing
Oracle's integrated suite of applications; from CRM through to ERP.
Additionally, any Order Management demos also involving ERP are
difficult.

There are three consistent issues:

1. System performance is very slow, given the demand on a limited
amount of 11i instances
2. We cannot show what the customer wants to see when it comes to the
combination of CRM and ERP
3. There are scripted flows for most of our products, but in many cases
customers will want to see other functionality which isn't supported in
these scripts.

Here's the exposure.

Not only have we lost deals in which we were the new player, many deals
have been lost with installed base customers.

$200m Manufacturer

When the AVP met the CEO, his words were "I want to buy Oracle, PLEASE
just show me some live software". This issue had to do with our
sales-oriented suite. We still cannot show products like Sales,
Telesales and until recently, Service. We're losing this deal.

$300m Incubator (CMGI)

They are an Oracle customer. There were two demo challenges faced
here. One was for CRM (sales -oriented) They finally gave up on
Oracle when we couldn't show live software. Seibel is winning. The



EXHIBIT
Fitzpatrick
14
2·24·06   pmr

second was an Order Management demo which required showing contracts through to accounts receivable. Business-wise, this should be an easy issue (and is a very sought after flow) but it took SCs well over a week just to get it to work. We're essentially doing integration work in the field.

### $250 Manufacturer

This company recognizes Oracle as a market leader when the sales team first engaged. And when the demo came about, the system crashed disenabling the SCs to show Order Management and CRM. THe customer was stunned at our inability to show even basic functions they needed. The SCs are back in but Oracle is significantly behind the competition. We are still struggling with showing service and contracts functionality.

These are three typical examples of demo challenges. There are easily 100 more. The issue continues to be showing integration between CRM, OE and Backoffice. ADS has promised to release more comprehensive flows (which is now a month overdue from the original commit date). However, even with that release, none of the "sales" products are included and much of CRM needs to be demoed within ADS-defined confined scripts.

### What is different this time?

Oracle customarily publishes releases prior to demo availability. In the past, this has worked because Oracle was typically ahead of customer demand. Today, Oracle enjoys industry-wide market acceptance in applications so when something is released (e.g. 11i on May 19th), the expectation of our sales force and prospects is that we can demo live product. This six month lag from product release to a promised marginally improved demo environment is shattering our company reputation and the morale of our SCs. SCs are a having to spend four to five times as much time preparing for demos which greatly impacts our overall productivity. And when they do end up demoing, they never know what will work and what will crash during the event. We simply have not staffed the organization to handle this type of problem. To make matters worse, our competition is now aware of our weakness and in every sales situation convinces the customer to take us in functional demo areas we simply cannot go.

### Recommendation

The product is the demo. Therefore, we need to prioritize the creation of demoware as part of our product development process. We must also deliver comprehensive demonstration capability at or near the time of major product releases. The current organizational structure does not support the demo needs sufficiently. While they work tirelessly to provide what they have to the field, they do not have the tools or people to deliver what the field needs given our widely expanded product offering. In addition they are tasked with doing integration testing of ERP and CRM, a responsibility that requires extensive time and staffing. Something is broken on the PRP side when fundamental product and integration testing appears incomplete prior to handing code to ADS. Finally, one area I've encouraged ADS to use is Oracle Services,

to augment their efforts (seeing Services is chartered to make these products work for our customers). For some reason they have consistently refused this option.

My suggestion is to create a demo organization that reports at a higher level with more senior management and visibility. This organization would then be in a position to leverage development, field sales, marketing and services to pull together a highly impactful demo environment.

Oracle has the best application products and technology in the industry. We all believe this to be true. We simply need the tools to showcase this strength in our selling activities.

Regards,

Ken

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER       NDCA-ORCL 617114

# EXHIBIT 123

EXHIBIT
HAMEL
5
5/22/06  SB

**From:** gayle.fitzpatrick@oracle.com
**Sent:** Sun, 08 Oct 2000 23:39:44 GMT
**To:** george.roberts@oracle.com
**CC:** mary.anne.gillespie@oracle.com; kenneth.hamel@oracle.com; Mary Delaney; Lee Paulino; Grant Franjione
**BCC:**
**Subject:** Majors Applications Demo Issues

George,

Here are the details of the numerous applications demo issues that Majors has encountered over the past several weeks, as we discussed at the OPS review. This note is rather lengthy, but is covers many key issues we are facing today.

The problems fall into 3 categories: 1) system stability and performance, 2) product integration and stability, and 3) deviation from the ADS scripts. The system stability and performance issues, and our inability to show an integrated demo leaves doubt in our customers mind that Oracle can show or deliver the e-Business solution.

The "typical" demo scenario for Majors is usually multiple days of demos showing many business flows, where we have to stay connected for many hours. The demos are usually the result of a RFI/RFP response yielding custom demo scripts with custom data. The majority of our demos are at the customers site or at a neutral site if the evaluation is run by a third party.

Detailed below are specific examples of the problems we have encountered. I have also attached a spreadsheet that maps some of these demos to the feedback entered into the ADS demo feedback system. It appears that we need to work on how the SCÂ's rate demos where we encounter problems, and work on a problem resolution process for some of the issues that are more system stability and performance related. The ADS support team has done a great job in trying to resolve some of these issues with us, but I am not sure they are equipped to deal with the complexity of the solutions we need to show the customer. The end result is a poor showing in front of the customer, and we need to be able to demonstrate that our e-Business solution and architecture are better performing than our competitors, particularly those who bring in their own servers.

Pier One
The demo at Pier One was on September 14 and featured the Financial and Procurement applications. During the three days prior to the demo, we experienced major network connection issues and this severely hampered prep time. Don Warren worked with the ADS team and after three days determined that the problem was an updated network server in the Dallas office. During the demo, we connected through the clients WWW and once again experienced 5 system hangs during the one day demo. The problems were unpredictable again. Subsequent to the demo, Don Warren worked with ADS to understand the system problems. They asked him to reinstall the Jinitiator and tweak some desktop set-ups to resolve the hanging problems. The effect of these changes is still being evaluated. Based

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER



on results, we will roll them across the team. The lack of integration
between IP and Purchasing was inconvenient since we could not show the
entire flow without using fake data.

### Litton

Our primary challenges at Litton Interconnect were around system hangs
while on ADS and non-integrated instances. While demoing in any of the
products (HR, Mfg/Dist, Fin) hosted on ADS, the system would hang for no
explainable reason. Over the three day demo, we had hung the system in
this manor at least 12 times. The system hangs had no associated error
message and were not consistent. The other distraction was the
inability to demo all of the integrated suite from ADS which made the
demo choppy from a flow perspective. We were connected via the WWW and
the post demo report submitted to ADS.

### Clopay

The first Clopay demo was held in the Oracle office in Cincinnati with
our internal Web connection. Response time was awful. Mike Metcalf
described it as worse than 2400 baud. In addition, drop ship
functionality was not working and fake data was required. After the
demo, ADS informed Mike that they could have fixed the performance
problem. This is still an open issue for the team.

### Warner Bros.

The Warner Bros. demo was held in their Glendale office, using their
network, their IP addresses, our laptops, and accessing Oracle through
their firewall and using the WWW demo capabilities of ADS. During the
demo there were frequent dropping of connection, requiring closing the
applications and reconnecting through ADSWEB. The network connections
in their demo room were stress tested for an hour (during business
hours) the week before the demo, and for two hours the night before,
with no connection losses. During the demo, however, we experienced
these connection losses every fifteen to thirty minutes. The HTML files
were retrieved rapidly without any errors. The connection errors
occurred using the java-based applications. The errors were related to
latency, not true network errors such as FRM-99999 that would typically
be experienced if the ADS server was down. Dennis Bautista determined
it was a latency issue by running several tests from Warner Bros. back
to the ADS server. Because the network connection became so unreliable,
we eventually used our planned backup of an analog phone connection.
This dropping of our connection occurred at least four times, and
required a lengthy process to dial in and sign on to the ADS site.
During the demonstration we had two laptops connected, so that when one
connection dropped we used a switch box to continue the demo on the
backup laptop. The prospect, however, was able to observe the frequent
connection losses and questioned the stability of our system. During
the iProcurement and Exchange demonstration, we successfully linked out
to Exchange from iProcurement. When a product search was made in
Exchange, however, the screen became blank. We tried again after
clearing all cache in the browser and the flow then worked as expected.

### McGraw-Hill

The McGraw-Hill demo was at their location in Columbus, Ohio. Most
recently, on October 5th, McGraw-Hill had two of three ports open

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

through the firewall and would not open the third. Dial-up went through
an analog-digital-analog conversion yielding a 32Kbps max modem connect
speed direct to the ADS modem bank. The Self Service Expense form took
over three minutes to paint. Jim McHugh was unable to show live product
and had to resort to screen shots and powerpoints. As this was the IT
crowd, the powerpoints replaced showing our new OM Flex-Field capability
live and online, workflow in action, and the balance of configuration
abilities within the applicaitons.

### J&J

Presented IP and Purchasing at the J&J HQ location Central NJ. J&J
would not open ports nor provide us with network access. Dial-up access
was at 40kbps, and the system performance was slow.

Presented Financials to J&J at the Oracle Iselin office. With an
audience in attendance of over 20, one hour into the demo we experienced
extreme performance degradation (latency was well above 250ms). Jim
McHugh immediately called the ADS hotline. ADS said the issue was not
with the data center and referred him to the Corporate Help Desk. Upon
calling the Corporate Help Desk Jim was immediately placed on hold for
several minutes before the call was handled. Both ADS and the Corporate
Help Desk said there was nothing they could do. Meanwhile, the prospect
(J&J) was asking if the demo performance was illustrative of expected
post implementation performance. After several additional minutes, the
Corporate Help Desk issued a P1. Issues were resolved after one hour of
SC dancing/powerpoints waiting for the situation to improve.

### Schreiber Foods

The Schreiber Foods demo was on Sept. 6 and the team lost the
connection 5 times. This caused Schreiber Foords to ask about
performance with Oracle. The morning seemed to go smoothly, but the
afternoon, as is typical with demos in the central time zone, is when
the team lost the connections the most. When the system wasn't
disconnecting them, the performance was extremely slow.

### General comments on performance:

Dial up issues - the problem there is that with dial up you are at the
mercy of your connection speed. Some have been averaging 33k hook up
even though they have a 56k modem. This, though, has nothing to do
with the demo environment and more to do with the phone lines and system
being used to dial out.

Marina Zago, John Asheim and Mary Delaney brainstormed on ways to make
large, "Majors" style, 3-5 day remote demos successful using the
services ADS can provide today. The current solution is to install a
dedicated 128 kb ISDN line at the demo site that will connect directly
into the ADS server. We then need to borrow an ISDN router (the actual
physical device) pre-configured from ADS, have it shipped to the demo
site and work with ADS and one of our "networking guru" type SCs to get
the device installed. It maybe a single point of failure being that ADS
owns only one of these devices. This will give us a fast digital phone
connection(128kb) from the demo site to the ADS server bypassing
firewalls, bypassing the WWW, etc. Cost to setup will be approx. $1000
plus long distance phone charges for as long the actual demo to the



customer. If this is what we have to do to guarantee system
performance, we need to reevaluate how we are delivering demos to our
customer.

Summary
Our demo deployment/methodology strategy is the right one. However, the
lead time between the release of our products to the market, and our
ability to show these to our customers is hurting the business. The
uncontrollable elements between the data center and demo site need to be
addressed. These elements; equipment (demo laptops), connection method,
port restrictions, poor modem speeds and Oracle's own internal network
and office performance need to be performing, controllable and
quantifiable elements to ensure a favorable customer perception of our
architecture and applications performance. The need for an integrated
demo is high. I know that it is coming soon, but we have had to stall
on scheduling demos to customers so that we can show them their business
requirements in the demo. Our competitors know that we are struggling
with this, and do an outstanding job of setting up our customers to see
a "live integrated demo" from Oracle. Once the integrated demo
environment is available we have to be able to customize the demos to
meet our customers requirements. This is key to our success in Majors.

We can't keep going back to the customer to ask for a "do-over" when it
comes to demos. This has been the norm rather than the exception of
late.

Thanks,

/Gayle

# EXHIBIT 124



[Fwd: Re: Majors Applications Demo Issues]

**Subject:** [Fwd: Re: Majors Applications Demo Issues]
**Date:** Tue, 10 Oct 2000 14:05:24 -0400
**From:** Jay Nussbaum <Jay.Nussbaum@oracle.com>
**Organization:** Oracle Corporation
**To:** Police <RPOLICE@US.ORACLE.COM>

Ron, fyi. Didn't know who should see this.

P

-------- Original Message --------
**Return-Path:** <george.roberts@oracle.com>
**Received:** from oracle.com (rociyyx-ppp-9.us.oracle.com [144.25.233.163])by
gmgw02.oraclecorp.com (8.8.8+Sun/8.8.8) with ESMTP id JAA29056;Tue, 10 Oct
2000 09:05:13 -0700 (PDT)
**Message-ID:** <39E33DD6.47754F3C@oracle.com>
**Date:** Tue, 10 Oct 2000 11:03:34 -0500
**From:** George Roberts <george.roberts@oracle.com>
**Organization:** Oracle Corporation
**X-Mailer:** Mozilla 4.51 [en] (Win95; U)
**X-Accept-Language:** en
**MIME-Version:** 1.0
**To:** Gayle Fitzpatrick <gayle.fitzpatrick@oracle.com>
**CC:** mary.anne.gillespie@oracle.com, kenneth.hamel@oracle.com,"Delaney,Mary"
<MDELANEY@US.ORACLE.COM>,"Paulino,Lee"
<LPAULINO@US.ORACLE.COM>,"Franjione,Grant"
<GFRANJIO@US.ORACLE.COM>,
ron.wohl@oracle.com,marina.zago@oracle.com, safra.catz@oracle.com,
lellison@oracle.com,"Sanderson,Edward"
<ESANDERS@US.ORACLE.COM>,"Henley,Jeffrey"
<JHENLEY@US.ORACLE.COM>,
jay.nussbaum@oracle.com,kenneth.hamel@oracle.com, john.nugent@oracle.com
**Subject:** Re: Majors Applications Demo Issues
**X-Priority:** 2 (High)
**References:** <39E105C0.A7E153A1@oracle.com>
**Content-Type:** multipart/mixed;boundary="------------0A0E5FFEDC719A0EC195A2C0"

I have asked the team to get more specific on our ADS system issues. Below is the Majors detail. I know it
goes against our message but do we need to stop doing demos at the client site wherever possible and pull
them into the offices for better integrity?

As we stated in our meeting last week these difficulties are now common knowledge by our competition
and they position our inability to competently pull these off as "proof" that the e business suite is not a
reality.

Gayle Fitzpatrick wrote:

George,

                                                            ORACLE
                                                          CONFIDENTIAL

Here are the details of the numerous applications demo issues that Majors has encountered over the past

                                                 **CA-ORCL 010108**

1

[Fwd: Re: Majors Applications Demo Issues]

several weeks, as we discussed at the OPS review. This note is rather lengthy, but is covers many key issues we are facing today.

The problems fall into 3 categories: 1) system stability and performance, 2) product integration and stability, and 3) deviation from the ADS scripts. The system stability and performance issues, and our inability to show an integrated demo leaves doubt in our customers mind that Oracle can show or deliver the e-Business solution.

The "typical" demo scenario for Majors is usually multiple days of demos showing many business flows, where we have to stay connected for many hours. The demos are usually the result of a RFI/RFP response yielding custom demo scripts with custom data. The majority of our demos are at the customers site or at a neutral site if the evaluation is run by a third party.

Detailed below are specific examples of the problems we have encountered. I have also attached a spreadsheet that maps some of these demos to the feedback entered into the ADS demo feedback system. It appears that we need to work on how the SC's rate demos where we encounter problems, and work on a problem resolution process for some of the issues that are more system stability and performance related. The ADS support team has done a great job in trying to resolve some of these issues with us, but I am not sure they are equipped to deal with the complexity of the solutions we need to show the customer. The end result is a poor showing in front of the customer, and we need to be able to demonstrate that our e-Business solution and architecture are better performing than our competitors, particularly those who bring in their own servers.

Pier One
The demo at Pier One was on September 14 and featured the Financial and Procurement applications. During the three days prior to the demo, we experienced major network connection issues and this severely hampered prep time. Don Warren worked with the ADS team and after three days determined that the problem was an updated network server in the Dallas office  During the demo, we connected through the clients WWW and once again experienced 5 system hangs during the one day demo. The problems were unpredictable again. Subsequent to the demo, Don Warren worked with ADS to understand the system problems. They asked him to reinstall the Jinitiator and tweak some desktop set-ups to resolve the hanging problems. The effect of these changes is still being evaluated. Based on results, we will roll them across the team. The lack of integration between IP and Purchasing was inconvenient since we could not show the entire flow without using fake data.

Litton
Our primary challenges at Litton Interconnect were around system hangs while on ADS and non-integrated instances. While demoing in any of the products (HR, Mfg/Dist, Fin) hosted on ADS, the system would hang for no explainable reason. Over the three day demo, we had hung the system in this manor at least 12 times. The system hangs had no associated error message and were not consistent. The other distraction was the inability to demo all of the integrated suite from ADS which made the demo choppy from a flow perspective. We were connected via the WWW and the post demo report submitted to ADS.

Clopay
The first Clopay demo was held in the Oracle office in Cincinnati with our internal Web connection. Response time was awful. Mike Metcalf described it as worse than 2400 baud. In addition, drop ship functionality was not working and fake data was required. After the demo, ADS informed Mike that they could have fixed the performance problem. This is still an open issue for the team.

ORACLE<br>CONFIDENTIAL

CA-ORCL 010109

NDCA-ORCL 013718



[Fwd: Re: Majors Applications Demo Issues]

Warner Bros.
The Warner Bros. demo was held in their Glendale office, using their network, their IP addresses, our laptops, and accessing Oracle through their firewall and using the WWW demo capabilities of ADS. During the demo there were frequent dropping of connection, requiring closing the applications and reconnecting through ADSWEB. The network connections in their demo room were stress tested for an hour (during business hours) the week before the demo, and for two hours the night before, with no connection losses. During the demo, however, we experienced these connection losses every fifteen to thirty minutes. The HTML files were retrieved rapidly without any errors. The connection errors occurred using the java-based applications. The errors were related to latency, not true network errors such as FRM-99999 that would typically be experienced if the ADS server was down. Dennis Bautista determined it was a latency issue by running several tests from Warner Bros. back to the ADS server. Because the network connection became so unreliable, we eventually used our planned backup of an analog phone connection. This dropping of our connection occurred at least four times, and required a lengthy process to dial in and sign on to the ADS site. During the demonstration we had two laptops connected, so that when one connection dropped we used a switch box to continue the demo on the backup laptop. The prospect, however, was able to observe the frequent connection losses and questioned the stability of our system. During the iProcurement and Exchange demonstration, we successfully linked out to Exchange from iProcurement. When a product search was made in Exchange, however, the screen became blank. We tried again after clearing all cache in the browser and the flow then worked as expected.

McGraw-Hill
The McGraw-Hill demo was at their location in Columbus, Ohio. Most recently, on October 5th, McGraw-Hill had two of three ports open through the firewall and would not open the third. Dial-up went through an analog-digital-analog conversion yielding a 32Kbps max modem connect speed direct to the ADS modem bank. The Self Service Expense form took over three minutes to paint. Jim McHugh was unable to show live product and had to resort to screen shots and powerpoints. As this was the IT crowd, the powerpoints replaced showing our new OM Flex-Field capability live and online, workflow in action, and the balance of configuration abilities within the applicaitons.

J&J
Presented IP and Purchasing at the J&J HQ location Central NJ. J&J would not open ports nor provide us with network access. Dial-up access was at 40kbps, and the system performance was slow.

Presented Financials to J&J at the Oracle Iselin office. With an audience in attendance of over 20, one hour into the demo we experienced extreme performance degradation (latency was well above 250ms). Jim McHugh immediately called the ADS hotline. ADS said the issue was not with the data center and referred him to the Corporate Help Desk. Upon calling the Corporate Help Desk Jim was immediately placed on hold for several minutes before the call was handled. Both ADS and the Corporate Help Desk said there was nothing they could do. Meanwhile, the prospect (J&J) was asking if the demo performance was illustrative of expected post implementation performance. After several additional minutes, the Corporate Help Desk issued a P1. Issues were resolved after one hour of SC dancing/powerpoints waiting for the situation to improve.

Schreiber Foods
The Schreiber Foods demo was on Sept. 6 and the team lost the connection 5 times. This caused Schreiber Foords to ask about performance with Oracle. The morning seemed to go smoothly, but the afternoon, as is typical with demos in the central time zone, is when the team lost the connections the most. When the system wasn't disconnecting them, the performance was extremely slow.

ORACLE
CONFIDENTIAL

CA-ORCL 010110



[Fwd. Re. Majors Applications Demo Issues]

General comments on performance:
Dial up issues - the problem there is that with dial up you are at the mercy of your connection speed. Some have been averaging 33k hook up even though they have a 56k modem. This, though, has nothing to do with the demo environment and more to do with the phone lines and system being used to dial out.

Marina Zago, John Asheim and Mary Delaney brainstormed on ways to make large, "Majors" style, 3-5 day remote demos successful using the services ADS can provide today. The current solution is to install a dedicated 128 kb ISDN line at the demo site that will connect directly into the ADS server. We then need to borrow an ISDN router (the actual physical device) pre-configured from ADS, have it shipped to the demo site and work with ADS and one of our "networking guru" type SCs to get the device installed. It maybe a single point of failure being that ADS owns only one of these devices. This will give us a fast digital phone connection(128kb) from the demo site to the ADS server bypassing firewalls, bypassing the WWW, etc. Cost to setup will be approx. $1000 plus long distance phone charges for as long the actual demo to the customer. If this is what we have to do to guarantee system performance, we need to reevaluate how we are delivering demos to our customer.

Summary
Our demo deployment/methodology strategy is the right one. However, the lead time between the release of our products to the market, and our ability to show these to our customers is hurting the business. The uncontrollable elements between the data center and demo site need to be addressed. These elements; equipment (demo laptops), connection method, port restrictions, poor modem speeds and Oracle's own internal network and office performance need to be performing, controllable and quantifiable elements to ensure a favorable customer perception of our architecture and applications performance. The need for an integrated demo is high. I know that it is coming soon, but we have had to stall on scheduling demos to customers so that we can show them their business requirements in the demo. Our competitors know that we are struggling with this, and do an outstanding job of setting up our customers to see a "live integrated demo" from Oracle. Once the integrated demo environment is available we have to be able to customize the demos to meet our customers requirements. This is key to our success in Majors.

We can't keep going back to the customer to ask for a "do-over" when it comes to demos. This has been the norm rather than the exception of late.

Thanks,

/Gayle

ORACLE
CONFIDENTIAL

CA-ORCL 010111

4

# EXHIBIT 125

EXHIBIT
HAMEL
7
5/22/06   SdB

**From:** ron.wohl@oracle.com
**Sent:** Wed, 11 Oct 2000 01:10:09 GMT
**To:** George Roberts
**CC:** Gayle Fitzpatrick; mary.anne.gillespie@oracle.com; kenneth.hamel@oracle.com; Mary Delaney; Lee Paulino; Grant Franjione; marina.zago@oracle.com; safra.catz@oracle.com; lellison@oracle.com; Edward Sanderson; Jeffrey Henley; jay.nussbaum@oracle.com; john.nugent@oracle.com; Sohaib Abbasi
**BCC:**
**Subject:** Re: Majors Applications Demo Issues

Thanks George and Gayle.  We are aggressively attacking these issues on two broad fronts:

1.  The new version of Vision that we have been working on for the last couple of months rolls out next week. This will include just about all parts of the e-Business suite other than the sales products in one integrated environment, and should address many of the issues of fragmented demo environments listed below.

2.  The instability of the demo under various network circumstances -- we don't understand the cause yet, but are attacking this under the assumption that some element of our technology software or configuration is more sensitive to network timeouts/dropouts than the equivalent in 11.0, for which we had good reliability under the same network conditions.  The appropriate experts from my group and Sohaib's are reviewing the configuration.  I'll keep you apprised as we make progress -- the team is working this with p1 urgency.

George Roberts wrote:

> I have asked the team to get more specific on our ADS system issues. Below is the Majors detail. I know it goes against our message but do we need to stop doing demos at the client site wherever possible and pull them into the offices for better integrity?

> As we stated in our meeting last week these difficulties are now common knowledge by our competition and they position our inability to competently pull these off as "proof" that the e business suite is not a reality.

Gayle Fitzpatrick wrote:

> George,

> Here are the details of the numerous applications demo issues that Majors has encountered over the past several weeks, as we discussed at the OPS review.  This note is rather lengthy, but is covers many key issues we are facing today.

> The problems fall into 3 categories: 1) system stability and performance, 2) product integration and stability, and 3) deviation from the ADS scripts.  The system stability and performance issues, and our inability to show an integrated demo leaves doubt in our customers mind that Oracle can show or deliver the e-Business solution.

> The "typical" demo scenario for Majors is usually multiple days of demos showing many business flows, where we have to stay connected for many hours.  The demos are usually the result of a RFI/RFP response yielding custom demo scripts with custom data.  The majority of our demos are at the customers site or at a neutral site if the evaluation is run by a third party.

> Detailed below are specific examples of the problems we have encountered.  I have also attached a spreadsheet that maps some of these demos to the feedback entered into the ADS demo feedback system.  It appears that we need to work on how the SCÂ's

rate demos where we encounter problems, and work on a problem resolution process
for some of the issues that are more system stability and performance related. The
ADS support team has done a great job in trying to resolve some of these issues with
us, but I am not sure they are equipped to deal with the complexity of the solutions we
need to show the customer. The end result is a poor showing in front of the customer,
and we need to be able to demonstrate that our e-Business solution and architecture are
better performing than our competitors, particularly those who bring in their own
servers.

#### Pier One

The demo at Pier One was on September 14 and featured the Financial and
Procurement applications. During the three days prior to the demo, we experienced
major network connection issues and this severely hampered prep time. Don Warren
worked with the ADS team and after three days determined that the problem was an
updated network server in the Dallas office. During the demo, we connected through
the clients WWW and once again experienced 5 system hangs during the one day
demo. The problems were unpredictable again. Subsequent to the demo, Don Warren
worked with ADS to understand the system problems. They asked him to reinstall the
Jinitiator and tweak some desktop set-ups to resolve the hanging problems. The effect
of these changes is still being evaluated. Based on results, we will roll them across the
team. The lack of integration between IP and Purchasing was inconvenient since we
could not show the entire flow without using fake data.

#### Litton

Our primary challenges at Litton Interconnect were around system hangs while on
ADS and non-integrated instances. While demoing in any of the products (HR,
Mfg/Dist, Fin) hosted on ADS, the system would hang for no explainable reason.
Over the three day demo, we had hung the system in this manor at least 12 times. The
system hangs had no associated error message and were not consistent. The other
distraction was the inability to demo all of the integrated suite from ADS which made
the demo choppy from a flow perspective. We were connected via the WWW and the
post demo report submitted to ADS.

#### Clopay

The first Clopay demo was held in the Oracle office in Cincinnati with our internal
Web connection. Response time was awful. Mike Metcalf described it as worse than
2400 baud. In addition, drop ship functionality was not working and fake data was
required. After the demo, ADS informed Mike that they could have fixed the
performance problem. This is still an open issue for the team.

#### Warner Bros.

The Warner Bros. demo was held in their Glendale office, using their network, their IP
addresses, our laptops, and accessing Oracle through their firewall and using the
WWW demo capabilities of ADS. During the demo there were frequent dropping of
connection, requiring closing the applications and reconnecting through ADSWEB.
The network connections in their demo room were stress tested for an hour (during
business hours) the week before the demo, and for two hours the night before, with no
connection losses. During the demo, however, we experienced these connection losses
every fifteen to thirty minutes. The HTML files were retrieved rapidly without any
errors. The connection errors occurred using the java-based applications. The errors
were related to latency, not true network errors such as FRM-99999 that would
typically be experienced if the ADS server was down. Dennis Bautista determined it
was a latency issue by running several tests from Warner Bros. back to the ADS



server. Because the network connection became so unreliable, we eventually used our planned backup of an analog phone connection. This dropping of our connection occurred at least four times, and required a lengthy process to dial in and sign on to the ADS site. During the demonstration we had two laptops connected, so that when one connection dropped we used a switch box to continue the demo on the backup laptop. The prospect, however, was able to observe the frequent connection losses and questioned the stability of our system. During the iProcurement and Exchange demonstration, we successfully linked out to Exchange from iProcurement. When a product search was made in Exchange, however, the screen became blank. We tried again after clearing all cache in the browser and the flow then worked as expected.

### McGraw-Hill

The McGraw-Hill demo was at their location in Columbus, Ohio. Most recently, on October 5th, McGraw-Hill had two of three ports open through the firewall and would not open the third. Dial-up went through an analog-digital-analog conversion yielding a 32Kbps max modem connect speed direct to the ADS modem bank. The Self Service Expense form took over three minutes to paint. Jim McHugh was unable to show live product and had to resort to screen shots and powerpoints. As this was the IT crowd, the powerpoints replaced showing our new OM Flex-Field capability live and online, workflow in action, and the balance of configuration abilities within the applicaitons.

### J&J

Presented IP and Purchasing at the J&J HQ location Central NJ. J&J would not open ports nor provide us with network access. Dial-up access was at 40kbps, and the system performance was slow.

Presented Financials to J&J at the Oracle Iselin office. With an audience in attendance of over 20, one hour into the demo we experienced extreme performance degradation (latency was well above 250ms). Jim McHugh immediately called the ADS hotline. ADS said the issue was not with the data center and referred him to the Corporate Help Desk. Upon calling the Corporate Help Desk Jim was immediately placed on hold for several minutes before the call was handled. Both ADS and the Corporate Help Desk said there was nothing they could do. Meanwhile, the prospect (J&J) was asking if the demo performance was illustrative of expected post implementation performance. After several additional minutes, the Corporate Help Desk issued a P1. Issues were resolved after one hour of SC dancing/powerpoints waiting for the situation to improve.

### Schreiber Foods

The Schreiber Foods demo was on Sept. 6 and the team lost the connection 5 times. This caused Schreiber Foords to ask about performance with Oracle. The morning seemed to go smoothly, but the afternoon, as is typical with demos in the central time zone, is when the team lost the connections the most. When the system wasn't disconnecting them, the performance was extremely slow.

### General comments on performance:

Dial up issues - the problem there is that with dial up you are at the mercy of your connection speed. Some have been averaging 33k hook up even though they have a 56k modem. This, though, has nothing to do with the demo environment and more to do with the phone lines and system being used to dial out.

Marina Zago, John Asheim and Mary Delaney brainstormed on ways to make large, "Majors" style, 3-5 day remote demos successful using the services ADS can provide

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER



today. The current solution is to install a dedicated 128 kb ISDN line at the demo site that will connect directly into the ADS server. We then need to borrow an ISDN router (the actual physical device) pre-configured from ADS, have it shipped to the demo site and work with ADS and one of our "networking guru" type SCs to get the device installed. It maybe a single point of failure being that ADS owns only one of these devices. This will give us a fast digital phone connection(128kb) from the demo site to the ADS server bypassing firewalls, bypassing the WWW, etc. Cost to setup will be approx. $1000 plus long distance phone charges for as long the actual demo to the customer. If this is what we have to do to guarantee system performance, we need to reevaluate how we are delivering demos to our customer.

Summary
Our demo deployment/methodology strategy is the right one. However, the lead time between the release of our products to the market, and our ability to show these to our customers is hurting the business. The uncontrollable elements between the data center and demo site need to be addressed. These elements; equipment (demo laptops), connection method, port restrictions, poor modem speeds and Oracle's own internal network and office performance need to be performing, controllable and quantifiable elements to ensure a favorable customer perception of our architecture and applications performance. The need for an integrated demo is high. I know that it is coming soon, but we have had to stall on scheduling demos to customers so that we can show them their business requirements in the demo. Our competitors know that we are struggling with this, and do an outstanding job of setting up our customers to see a "live integrated demo" from Oracle. Once the integrated demo environment is available we have to be able to customize the demos to meet our customers requirements. This is key to our success in Majors.

We can't keep going back to the customer to ask for a "do-over" when it comes to demos. This has been the norm rather than the exception of late.

Thanks,

/Gayle

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER     NDCA-ORCL 617809

# EXHIBIT 126

[Fwd: Re: Majors Applications Demo Issues]

Subject: [Fwd: Re: Majors Applications Demo Issues]
Date: Tue, 10 Oct 2000 14:05:24 -0400
From: Jay Nussbaum <Jay.Nussbaum@oracle.com>
Organization: Oracle Corporation
To: Police <RPOLICE@US.ORACLE.COM>

Ron, fyi. Didn't know who should see this.

P

-------- Original Message --------
Return-Path: <george.roberts@oracle.com>
Received: from oracle.com (rociyyx-ppp-9.us.oracle.com [144.25.233.163])by
gmgw02.oraclecorp.com (8.8.8+Sun/8.8.8) with ESMTP id JAA29056;Tue, 10 Oct
2000 09:05:13 -0700 (PDT)
Message-ID: <39E33DD6.47754F3C@oracle.com>
Date: Tue, 10 Oct 2000 11:03:34 -0500
From: George Roberts <george.roberts@oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.51 [en] (Win95; U)
X-Accept-Language: en
MIME-Version: 1.0
To: Gayle Fitzpatrick <gayle.fitzpatrick@oracle.com>
CC: mary.anne.gillespie@oracle.com, kenneth.hamel@oracle.com,"Delaney,Mary"
<MDELANEY@US.ORACLE.COM>,"Paulino,Lee"
<LPAULINO@US.ORACLE.COM>,"Franjione,Grant"
<GFRANJIO@US.ORACLE.COM>,
ron.wohl@oracle.com,marina.zago@oracle.com, safra.catz@oracle.com,
lellison@oracle.com,"Sanderson,Edward"
<ESANDERS@US.ORACLE.COM>,"Henley,Jeffrey"
<JHENLEY@US.ORACLE.COM>,
jay.nussbaum@oracle.com,kenneth.hamel@oracle.com, john.nugent@oracle.com
Subject: Re: Majors Applications Demo Issues
X-Priority: 2 (High)
References: <39E105C0.A7E153A1@oracle.com>
Content-Type: multipart/mixed;boundary="------------0A0E5FFEDC719A0EC195A2C0"

I have asked the team to get more specific on our ADS system issues. Below is the Majors detail. I know it
goes against our message but do we need to stop doing demos at the client site wherever possible and pull
them into the offices for better integrity?

As we stated in our meeting last week these difficulties are now common knowledge by our competition
and they position our inability to competently pull these off as "proof" that the e business suite is not a
reality.

Gayle Fitzpatrick wrote:

George,                                                    ORACLE
                                                       CONFIDENTIAL

Here are the details of the numerous applications demo issues that Majors has encountered over the past

CA-ORCL 010108

1



[Fwd: Re: Majors Applications Demo Issues]

several weeks, as we discussed at the OPS review. This note is rather lengthy, but is covers many key issues we are facing today.

The problems fall into 3 categories: 1) system stability and performance, 2) product integration and stability, and 3) deviation from the ADS scripts. The system stability and performance issues, and our inability to show an integrated demo leaves doubt in our customers mind that Oracle can show or deliver the e-Business solution.

The "typical" demo scenario for Majors is usually multiple days of demos showing many business flows, where we have to stay connected for many hours. The demos are usually the result of a RFI/RFP response yielding custom demo scripts with custom data. The majority of our demos are at the customers site or at a neutral site if the evaluation is run by a third party.

Detailed below are specific examples of the problems we have encountered. I have also attached a spreadsheet that maps some of these demos to the feedback entered into the ADS demo feedback system. It appears that we need to work on how the SC's rate demos where we encounter problems, and work on a problem resolution process for some of the issues that are more system stability and performance related. The ADS support team has done a great job in trying to resolve some of these issues with us, but I am not sure they are equipped to deal with the complexity of the solutions we need to show the customer. The end result is a poor showing in front of the customer, and we need to be able to demonstrate that our e-Business solution and architecture are better performing than our competitors, particularly those who bring in their own servers.

Pier One
The demo at Pier One was on September 14 and featured the Financial and Procurement applications. During the three days prior to the demo, we experienced major network connection issues and this severely hampered prep time. Don Warren worked with the ADS team and after three days determined that the problem was an updated network server in the Dallas office. During the demo, we connected through the clients WWW and once again experienced 5 system hangs during the one day demo. The problems were unpredictable again. Subsequent to the demo, Don Warren worked with ADS to understand the system problems. They asked him to reinstall the Jinitiator and tweak some desktop set-ups to resolve the hanging problems. The effect of these changes is still being evaluated. Based on results, we will roll them across the team. The lack of integration between IP and Purchasing was inconvenient since we could not show the entire flow without using fake data.

Litton
Our primary challenges at Litton Interconnect were around system hangs while on ADS and non-integrated instances. While demoing in any of the products (HR, Mfg/Dist, Fin) hosted on ADS, the system would hang for no explainable reason. Over the three day demo, we had hung the system in this manor at least 12 times. The system hangs had no associated error message and were not consistent. The other distraction was the inability to demo all of the integrated suite from ADS which made the demo choppy from a flow perspective. We were connected via the WWW and the post demo report submitted to ADS.

Clopay
The first Clopay demo was held in the Oracle office in Cincinnati with our internal Web connection. Response time was awful. Mike Metcalf described it as worse than 2400 baud. In addition, drop ship functionality was not working and fake data was required. After the demo, ADS informed Mike that they could have fixed the performance problem. This is still an open issue for the team.

ORACLE
CONFIDENTIAL

CA-ORCL 010109

NDCA-ORCL 013718



[Fwd: Re: Majors Applications Demo Issues]

### Warner Bros.

The Warner Bros. demo was held in their Glendale office, using their network, their IP addresses, our laptops, and accessing Oracle through their firewall and using the WWW demo capabilities of ADS. During the demo there were frequent dropping of connection, requiring closing the applications and reconnecting through ADSWEB. The network connections in their demo room were stress tested for an hour (during business hours) the week before the demo, and for two hours the night before, with no connection losses. During the demo, however, we experienced these connection losses every fifteen to thirty minutes. The HTML files were retrieved rapidly without any errors. The connection errors occurred using the java-based applications. The errors were related to latency, not true network errors such as FRM-99999 that would typically be experienced if the ADS server was down. Dennis Bautista determined it was a latency issue by running several tests from Warner Bros. back to the ADS server. Because the network connection became so unreliable, we eventually used our planned backup of an analog phone connection. This dropping of our connection occurred at least four times, and required a lengthy process to dial in and sign on to the ADS site. During the demonstration we had two laptops connected, so that when one connection dropped we used a switch box to continue the demo on the backup laptop. The prospect, however, was able to observe the frequent connection losses and questioned the stability of our system. During the iProcurement and Exchange demonstration, we successfully linked out to Exchange from iProcurement. When a product search was made in Exchange, however, the screen became blank. We tried again after clearing all cache in the browser and the flow then worked as expected.

### McGraw-Hill

The McGraw-Hill demo was at their location in Columbus, Ohio. Most recently, on October 5th, McGraw-Hill had two of three ports open through the firewall and would not open the third. Dial-up went through an analog-digital-analog conversion yielding a 32Kbps max modem connect speed direct to the ADS modem bank. The Self Service Expense form took over three minutes to load. Jim McHugh was unable to show live product and had to resort to screen shots and powerpoints. As this was the IT crowd, the powerpoints replaced showing our new OM Flex-Field capability live and online, workflow in action, and the balance of configuration abilities within the applicaitons.

### J&J

Presented IP and Purchasing at the J&J HQ location Central NJ. J&J would not open ports nor provide us with network access. Dial-up access was at 40kbps, and the system performance was slow.

Presented Financials to J&J at the Oracle Iselin office. With an audience in attendance of over 20, one hour into the demo we experienced extreme performance degradation (latency was well above 250ms). Jim McHugh immediately called the ADS hotline. ADS said the issue was not with the data center and referred him to the Corporate Help Desk. Upon calling the Corporate Help Desk Jim was immediately placed on hold for several minutes before the call was handled. Both ADS and the Corporate Help Desk said there was nothing they could do. Meanwhile, the prospect (J&J) was asking if the demo performance was illustrative of expected post implementation performance. After several additional minutes, the Corporate Help Desk issued a P1. Issues were resolved after one hour of SC dancing/powerpoints waiting for the situation to improve.

### Schreiber Foods

The Schreiber Foods demo was on Sept. 6 and the team lost the connection 5 times. This caused Schreiber Foords to ask about performance with Oracle. The morning seemed to go smoothly, but the afternoon, as is typical with demos in the central time zone, is when the team lost the connections the most. When the system wasn't disconnecting them, the performance was extremely slow.

**ORACLE
CONFIDENTIAL**          **CA-ORCL 010110**

NDCA-ORCL 013719

 

[Fwd: Re. Majors Applications Demo Issues]

General comments on performance:

Dial up issues - the problem there is that with dial up you are at the mercy of your connection speed. Some have been averaging 33k hook up even though they have a 56k modem. This, though, has nothing to do with the demo environment and more to do with the phone lines and system being used to dial out.

Marina Zago, John Asheim and Mary Delaney brainstormed on ways to make large, "Majors" style, 3-5 day remote demos successful using the services ADS can provide today. The current solution is to install a dedicated 128 kb ISDN line at the demo site that will connect directly into the ADS server. We then need to borrow an ISDN router (the actual physical device) pre-configured from ADS, have it shipped to the demo site and work with ADS and one of our "networking guru" type SCs to get the device installed. It maybe a single point of failure being that ADS owns only one of these devices. This will give us a fast digital phone connection(128kb) from the demo site to the ADS server bypassing firewalls, bypassing the WWW, etc. Cost to setup will be approx. $1000 plus long distance phone charges for as long the actual demo to the customer. If this is what we have to do to guarantee system performance, we need to reevaluate how we are delivering demos to our customer.

Summary

Our demo deployment/methodology strategy is the right one. However, the lead time between the release of our products to the market, and our ability to show these to our customers is hurting the business. The uncontrollable elements between the data center and demo site need to be addressed. These elements; equipment (demo laptops), connection method, port restrictions, poor modem speeds and Oracle's own internal network and office performance need to be performing, controllable and quantifiable elements to ensure a favorable customer perception of our architecture and applications performance. The need for an integrated demo is high. I know that it is coming soon, but we have had to stall on scheduling demos to customers so that we can show them their business requirements in the demo. Our competitors know that we are struggling with this, and do an outstanding job of setting up our customers to see a "live integrated demo" from Oracle. Once the integrated demo environment is available we have to be able to customize the demos to meet our customers requirements. This is key to our success in Majors.

We can't keep going back to the customer to ask for a "do-over" when it comes to demos. This has been the norm rather than the exception of late.

Thanks,

/Gayle

ORACLE
CONFIDENTIAL

CA-ORCL 010111

4

# EXHIBIT 127

**From:** Gayle Fitzpatrick
**Sent:** Mon, 05 Feb 2001 03:53:45 GMT
**To:** George Roberts
**CC:** mary.anne.gillespie@oracle.com
**BCC:**
**Subject:** Re: [Fwd: [Fwd: OPI Demonstration Environment/Product Issues]]

George,

The top three issues for demos remains: performance, product
quality/stability, and the ability to show a complete integrated
e-Business suite solution. The note outlining the specific issues from
OPI are some of the same demo issues that we have also seen in Majors.

I would also say that right now, more that 50% of an SC's time is spent
resolving or working around demo/environment issues vs. sales related
activities.

Thanks,

/Gayle

George Roberts wrote:

> Gayle and Ken,
>
> I have asked this to be put on the EC agenda again. If you have
> specifics to add to Sandy's note please send them to me.
>
> ----------------------------------------------------------------------
>
> Subject: [Fwd: OPI Demonstration Environment/Product Issues]
> Date: Thu, 01 Feb 2001 20:08:52 -0800
> From: Sandy Sanderson <sandy.sanderson@oracle.com>
> Organization: Oracle Corporation
> To: Ron Wohl <ron.wohl@oracle.com>,Mark Barrenechea <mark.barrenechea@oracle.com>
> CC: George Roberts <george.roberts@oracle.com>
>
> ron and mark,
> i know that george consolidated his team's feedback on demos. below are
> the issues we are seeing in opi. pls don't shoot the messenger on
> this. i asked julie to consolidate what people are seeing. she was as
> fact-based as possible. while there has been improvement, we still have
> a lot of issues ahead of us. also, yhou may be aware of what appears to
> be duplicate functionality in the suite.
>
> we all want the e-business suite to be hugely successful. if you need
> more specifics on any of this, let me know.
> sandy
>
> ----------------------------------------------------------------------
>
> Subject: OPI Demonstration Environment/Product Issues
> Date: Wed, 31 Jan 2001 23:16:18 -0800

EXHIBIT
Fitzpatrick
22
2·24·06

> From: Julie Cullivan <julie.cullivan@oracle.com>
> Organization: Oracle Corporation
> To: sandy.sanderson@oracle.com
> CC: michael.decesare@oracle.com, tom.thimot@oracle.com,Steve.Mclaughlin@oracle.com,
acostaki@us.oracle.com,scahill@us.oracle.com, jpedrick@us.oracle.com,julie.cullivan@oracle.com,
maria.borowski@oracle.com
>
> Sandy,
>
> Per your request,
>
> The consistent themes continue to be Poor Performance, Inability to
> Prove our EBusiness Suite Integration Story, and Product
> Stability/Quality Issues.
>
> It is still very difficult to demonstrate our applications via phone
> line and getting network access through the clients' network is not
> always possible or agreeable to the client.
>
> As mentioned by Majors, most OPI clients also often require highly
> scripted demonstrations and currently, deviating from the canned ADS
> scripts can be time consuming and risky.
>
> Additionally, there was a lot of feedback specific to the number of UI's
> that are shown when a business process flow is demonstrated particularly
> on the CRM portion of the Ebiz Suite.
>
> Order Management and Configuration;
>
> - OM continues to be very buggy and slow
> - Surcharges and manual charges do not work correctly
> - OM line level workflows are extremely slow to bring up
> - Folder forms broken after last patch update
> - Queries do not work in the OM Order Organizer
> - OM Process Navigator flows were not upgraded from 11.03
> - Shipping - Containers do not work
> - Shipping - Ship sets do not work
> - ATP/APS caused performance issues or prevents enter orders completely
> is APS server goes down
> - Selling services on a sales order is very buggy
> - Order capture does not leverage Advances Pricing
> - Advanced Pricing does not work with service items
> - Agreements functionality not stable and does not consistently work
> - Marketing - Pricing rules cannot be completely set up
> - Contracts does not use Advance Pricing Rules
> - Entering new customer addresses errors out on order submit
>
> CRM;
>
> - CANNOT SHOW A COMPLETE INTEGRATED CRM DEMO LET ALONE A COMPLETE EBIZ
> SUITE (CRM/ERP) INTEGRATED DEMO. There are separate instances for
> iStore, Sales and Telesales, and Customer Care and Support.
> - Universal Work Queue, Customer Care, and Screen Pops are slow and
> unstable

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL 617971

> - UWQ is too unstable to allow much customization of demo data the demo
> often times out
> - Scripting is stand alone and runs in Citrix. Launching it is slow and
> ugly.
> - Telephony Servers are often down, not connected or need to be
> refreshed therefore you never know if Screenpops will work
> - Email Center scenarios do not consistently work nor can you even get
> them to all work together
> - Call Center Intelligence data and breadth of reports is inadequate
> - Trading Community Architecture - Issues between CRM and ERP use of the
> customer master. Customers set up in CRM app do not always work or show
> up in ERP.
> - Cannot see iStore shopping carts saved unless the customer is a
> customer only logged into iStore
> - Order Capture is not integrated enough for quote or order tracking.
> Cannot enter a price, configure an order, create a contract, query an
> order, etc.
> - NO quote flow available at all
> - Mobile options not readily available to demonstrate for sales or
> service
> - Service only supports that a customer is calling about one, non
> configured product.
> - Service does not recognize parties to a service contract, it only
> validates against the end customer of an install base product
> - Discoverer in Marketing takes minimum 2 minutes to launch
> - Incentive Compensation currently has two UI's. Demonstration a flow
> requires moving from HTML to Forms back to HTML etc.
> - Screenpops only work with Customer Care - should work with Telesales
> and Teleservice
> - Products that have different UI's in the same CRM demo: Field Sales,
> iStore, iSupport, Order Capture, Configurator
> - A single Call Center Agent would use a different UI for the following
> products: Universal Work Queue, eMail Center, Scripting, Contact Center,
> iSupport, Field Service Scheduling, BIS
> - iStore, Contracts, Marketing, Order Capture do not leverage Advance
> Pricing module
>
> Manufacturing/APS/Procurement:
>
> - Performance issues with APS demos
> - Demand Planner performance is especially slow and the demo and data is
> flaky
> - Project Manufacturing workflows do not work
> - Project Manufacturing data and setup not complete
> - iProcurement not working with or set up to work with Project
> Manufacturing
> - Manufacturing Scheduling is slow and difficult to start up
> - Global ATP setup scripts do not seem to work
> - Supplier Portal appears unable to display current Planning and
> Shipping Schedules, prior to the last upgrade this was working
> - OSFM not demonstrable in an integrated 11i environment. Need to go to
> 11.03 to show it.
> - Planners workbench particularly slow
>

NDCA-ORCL 617972

> Business Intelligence;
>
> - Call Center Intelligence is weak and not integrated real time with the
> rest of the demo environment
> - BIS is usually so slow that we cannot demo it plus the data is
> incomplete or not meaningful BIS home pages are incomplete and do not
> include any active KPI's, Graphs, or Alerts
> - Discoverer Workbooks are incomplete and often don't generate output
> - Weak overall reporting capabilities
>
> CRM and ERP Duplicate Functionality and Architecture Issues;
>
> - Order Management Portal, iStore, and iSupport - some duplicate
> capabilities
> - Costing
> - Planning (Spares versus APS)
> - Billing
> - Collections
> - iStore and Exchange (Marketplace)
> - Inconsistent UI's across the Ebiz Suite
> - Inconsistent Architecture messaging across Ebiz Suite
> - Security models duplicated between some of the ERP, Exchange, and CRM
> products
> - API's in CRM mean something different than API's in ERP
> - Folders technology is different in the CRM apps from the ERP apps
> - One organization should own demonstrations that are Ebiz Suite focused
> not CRM separate from ERP
>
> Please let me know if you have any questions. The above consolidates
> input from West, Central, and East. We all anxiously await the next
> release of the Ebiz Suite in March.
>
> Thanks
> Julie
>
> -----------------------------------------------------------------------
>
> Julie Cullivan <Julie.Cullivan@oracle.com>
>
> Julie Cullivan
> <Julie.Cullivan@oracle.com>
> Additional Information:
> Last Name Cullivan
> First Name Julie
> Version 2.1
>
> -----------------------------------------------------------------------
>
> George Roberts <George.Roberts@oracle.com>
>
> George Roberts
> <George.Roberts@oracle.com>
> Additional Information:
> First Name George

> Version 2.1

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 128

**From:** Gayle Fitzpatrick
**Sent:** Fri, 20 Apr 2001 15:47:32 GMT
**To:** Ronald Wohl; Karl Eberhardt; Russell Pike
**CC:** Kenneth Hamel; Andrew Costakis; AMANDA NICOL; William Wendell
**BCC:**
**Subject:** ERP/CRM Demo Integration Feedback

Ron,

I am sending this again since it seems that I have had email trouble this week. Here is the compiled list of ERP/CRM demo integration feedback from the field. As I receive other feedback I will pass it along.

Thanks,

/Gayle

ERP/CRM Demo Integration Feedback

1. OSO to Projects - immensely important in the ETO market
2. OSO to MRP - we had it, it worked, it was our first, integration point, now it is GONE.
3. OMO to MRP - Have a "buy one/get TEN free" - think Mfg. Wants to know about this
4. ENG (ECO) to Depot Repair - Incoming Insp. & in Creating Jobs
5. Depot Repair (Incoming Insp) to Quality - feedback to ENG from QA
6. OSO to OFA/possibly Treasury Mgmt also - how can you f'cast probabilities
7. Service to Projects - large equip always has an "install" phase, ask GE Med & Power. We should be able to charge back service costs to a project. And, you should
be able to link a Work breakdown structure to service requests, etc.
8. Install Base (Foundation) to ENG (ECO) - ever seen a "safety" recall-all like in UL
9. Service to Costing - How can you project profit in Service without Costs?
10. OMO to AP - costs collected in AP transfer to OMO budget, calc a variance (+/-)
11. Contracts to Cost - how do you know this Contract has a positive margin?
12. Contracts to Adv. Pricing - discount rules, etc.
13. Core Contracts to OM - to generate a "sell" quote
14. Foundation to ALL ERP - Quick Menu in CRM can't call ERP forms
15. OC to OM - OTS Quotes do not specify order source for a drop ship
16. iStore/iSupport to PO/Supplier Portal - Can't see drop ship info from PO side in CRM
17. iSupport to PO - Can't create an RTV against a drop ship
18. OSO to Cost - How do you know this opportunity will be profitable
19. Service "Charges" form to Adv. Pricing - again discount rules, etc.
20. Service (RMAs) to SCP/DP - RMAs can be a "source" of supply in "re-manfgr", they are also a "consumer" of components in a re-furb situation. Both needs



"Jobs" planned, which consumes resources in the plant.
21. Depot Repair to Mfgr. Scheduling Workbench - need drag/drop
scheduling in Depot just as much as in WIP before Depot jobs are
released into WIP. Need
linkage.
22. Service (RMAs) to Receiving - SN is listed in the Service Request
but stops there and does not flow through the rest of this business
process (think KBF and
re-keying/duplicate data entry)
23. Projects Integration: If companies treat their service/support
organizations as a profit center, there is no true cost tracking
24. No CRM applications post to the GL such as: accrued incentive
compensation not yet paid, marketing expenses, or service costs
25. If iStore is used to place an order into Order Management, change
orders are not supported such as a cancellation, quantity increase, data
change.
26. Order Capture allows a contract to be created from an order yet
Order Management does not yet support this. Order capture is too
limited in functionality to
promote it as the UI of choice so Order Management needs to have this
too.
27. OSO does not support the creation of CRM quotes or Order
Management's sales. Sales opportunities in OSO do nothing but forecast
revenue (no product
forecasting)
28. Advanced Pricing rules are not used by CRM contracts; only a price
list is used
29. There are no pre defined workflows that cross CRM and ERP such as: a
Telesales rep sells a product to a customer who is on credit hold in
AR. Or, a credit hold placed in AR (such as a support contract was not
paid) does not inform a salesrep in OSO or the service department.
30. If the UI of choice is Order Management, there is no integration
with Marketing to record and update the reason for the sale (i.e. was a
marketing program).
31. Order Management does not reference the Service request number that
may have generated the Advanced Shipment or RMA order.
32. Order Management is the downstream module for sales orders from
CRM. It is very difficult to trace back where the order may have
originated such as: won
opportunity, sales quote, marketing campaign, service request, depot
repair, contracts, etc.
33. Sales Contracts from Contracts Core does not generate a sales order
for renewals.
34. Incentive Comp does not consider phases of a sales order other than
'booking' to collect compensation. If a customer pays partially on
booking, shipment, installation (which could take weeks or months) and
then invoicing, we only support booking and invoicing.
35. Neither CRM nor ERP support distributor management. Most companies
these days sell and/or manufacture their product via third parties and
we do not have a
solution without promoting a custom built Xchange.
36. CRM's contracts module does not support a party of 'vendor' that is
actually functional with Procurement
37. BIS and standard reports do not cross CRM and ERP modules. Example:

if i wanted to know the full value (a 360 degree view) of an important customer that
showed activities such as sales leads responded to, sales opportunities in the pipeline, quotes being considered, contracts that are about to expire, open orders yet to ship,
open returns, invoices past due, open credits, write offs, etc., I would have to go to many reports or portals, or build one.
38. Drop Shipping from a vendor if a product isn't available, not supported in iStore since iStore is single warehouse/org centric.
39. OSO does not reference a price list for opportunities
40. Lack of integration between Asset Management and Service. SAP has this but we don't, this needs to be fixed. For example, the Asset number

should show up on a service request and if something is refurbished, we should be able to add value to the depreciated amount based on the cost of
the service.
41. From Service you should be able to create a purchase requisition linked to a service request. This goes back to overall document flow. But here's some input:
42. BIS and Balanced Scorecard views provided in the ADS personal homepage needs to be "robustly integrated" with our scripts showing before and after impacts in
CRM and ERP! This has been a persistent complaint from our SCs since 11i rolled out!
43. Another area that seems to still be missing (or please advise where this is operational) is: Order to Invoice for Service Items (Products sold with OEM Warranty or
Extended Warranty). The pieces for this are partially here but our SCs still have to build a lot.

Here's what I see as a complete flow:
Order to Invoice (or an iStore sell) of a product with a Warranty.
Now for this SO, the customer calls in a problem (or uses iSupport)

which creates a Service Request for replacement or repair (script should cover both), then
generate the RMA and resolve problem per the SR. Show financial results (Service Revenues) from covered and non-covered (billed back to customer)
activities.
And then wrap this up with a BIS review of Product, Customer and Service Revenue data impacted by this activity.

44. Project Manufacturing scripts do not exist and CRM products do not reflect Projects at all!
45. Oracle Demand Planner integration must be available for all ADS instances (now only one - HE050G) and scripts developed to reflect Sales and Marketing demo
data which would be used for integrated forecasting demos with this CRM data.
46. Integration point that I've noticed is missing is a one-button population from a report into Sales Analyzer for further analysis, and vice-versa.

47. Rentals:

We can build a rental contract which supposedly is integrated with
Billing. We can: have the asset in Fixed Assets, store the asset in
Inventory, and we
can ship the asset using OM. Although we have the basic pieces,
essentially, we need a lot of double entry - specifically we have to
create an asset for
the rental item in Assets, as well as the part number, then have a
status for that Asset called "leased" (we need to use a lot of DFF's).

Unfortunately, product is geared around selling. In OM we could
create a ship only line type (perhaps call it lease) which doesn't
create an invoice, but we
don't assume the product is ever coming back. Modify the line
workflow to change the asset status given above. Furthermore, you will
have to work
around the costing implications and use non-asset subinventories
when the product is in inventory. Essentially, all the COGS get tracked
to the Asset, not
the inventory item. Not 100% clean.

Full life cycle tracking in and out of the system (life cycle
tracking), all of the transactions, with the possible exception of
billing, have to
executed manually.

Can we do rentals, yes. Is it a cluster of transactions and manual
tracking to make it happen, yes. This a solution that would be
difficult to recommend to
a client who has a significant rental business. (From what I
understand there may be some improvements for rentals in 11.5.5...but I
have not confirmed
this yet).

48. One major gap (text taken from the Bug database) that I would like
to see resolved. I have not been able to get this to work in the latest
ADS 11i release. BUG
1423898 - WANT A DROPPED SHIP ITEM TO AUTOMATICALLY CREATE AN INSTALL
BASE RECORD at the time of receiving it.
49. Release 11.03 allowed the user to manually create an install-base
system using our Professional Forms. R11i.3 requires the use of
iSupport. The iSupport process
is not as functional or robust. I would like to see the Professional
Forms version reinstated.

COMMENTS to ABOVE:
Biggest gaps - "CRM to Costing" and "CRM to GL"
Next biggest - "Install Base to ENG (ECO)" and "iSupport to PO"?

(* opportunities that are forecasted in OSO do not pass to MRP (previous
releases did); * opportunities in OSO do not generate projects--
basically not important)

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER     NDCA-ORCL 617310

MISCELLANEOUS COMMENTS:
The new R11i.3 demo docs to cover the CRM to ERP integration was just
released in late March, and I'm now reviewing this ASAP. I now see that
iStore
Configurations are now in the script. I do not see an ADS script for
ATP in iStore but it can be covered in an OM demo, so we can work around
this.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER          NDCA-ORCL 617311