# EXHIBIT 129

07:58am EST 15-Dec-00 Salomon Smith Barney (Gretchen Teagarden 212-816-8362)
ORCL: Reports 2Q-Traction in Applications Sooner than Expected

SALOMON SMITH BARNEY

Oracle Corporation (ORCL)
ORCL: Reports 2Q-Traction in Applications Sooner          2H (Outperform, High Risk)
than Expected                                             Mkt Cap:  $168,350.2 mil.

December 15, 2000          SUMMARY
                           * Traction in the applications division occurred
ENTERPRISE SOFTWARE/B2B      sooner than expected increasing a solid 66% to
Gretchen Teagarden, CPA      $279 million (SSB estimate of $258 million; 54%
212-816-8362                 growth).
gretchen.teagarden@ssmb.com * We were impressed with the applications growth
Daniele Donahoe              and the number of large eBusiness Suite, client
212-816-4235                 wins including JDS Uniphase, American General and
                             Compaq. Qualcomm and Haworth actually chose
                             Oracle over their existing i2 applications for
                             SCM (supply-chain management).
                           * The combination of referenceable customers from
                             the newest version of the eBusiness Suite,
                             functional product demos and a sales force
                             trained on the eBusiness Suite should propel
                             growth in the applications division.
                           * We are increasing our 3Q EPS estimate from
                             $0.11 to $0.12 based on expectations for
                             continued strong operating margin expansion and
                             applications revenue growth. We are raising our
                             2001 EPS estimate from $0.49 to $0.52.

FUNDAMENTALS
P/E  (5/01E)                        54.6x
P/E  (5/02E)                        45.8x
TEV/EBITDA  (5/01E)                   NA
TEV/EBITDA  (5/02E)                   NA
Book Value/Share  (5/01E)          $1.09
Price/Book Value                   26.1x
Dividend/Yield  (5/01E)            NA/NA
Revenue (5/01E)           $12,005.0 mil.                     ORCL 0000697
Proj. Long-Term EPS Growth            NA
ROE  (5/01E)                          NA
Long-Term Debt to Capital(a)       10.5%
ORCL is in the S&P 500(R) Index.
(a) Data as of most recent quarter

SHARE DATA                      .  RECOMMENDATION
Price (12/13/00)          $28.38   Current Rating            2H
52-Week Range    $46.31-$19.23     Prior Rating              2H
Shares Outstanding(a)  5,932.0 mil. Current Target Price    $33.00
Convertible                  No    Previous Target Price    $33.00

EARNINGS PER SHARE
FY ends          1Q        2Q        3Q        4Q      Full Year
5/00A  Actual   $0.04A    $0.07A    $0.13A    $0.15A    $0.38A
5/01E  Current  $0.09A    $0.11A    $0.12E    $0.20E    $0.52E
       Previous $0.09A    $0.09E    $0.11E    $0.20E    $0.49E
5/02E  Current  $0.09E    $0.13E    $0.15E    $0.25E    $0.62E
       Previous $0.07E    $0.11E    $0.14E    $0.24E    $0.56E
5/03E  Current     NA        NA        NA        NA        NA

http://www.firstcall.com/links/14/14920826309254390103/2872386891691932631/399153... 2/27/2002

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER                    NDCA-ORCL 308931

Previous         NA         NA         NA         NA         NA
First Call Consensus EPS: 5/01E $0.49; 5/02E $0.60; 5/03E NA
Calendar Year EPS: 12/00E NA; 12/01E NA; 12/02E NA; 12/03E NA

SECOND QUARTER OVERVIEW                                    ORCL 0000698

Revenue Analysis

Total revenues increase 14.5% over prior year quarter to $2.66 billion; 2.3%
light of our $2.72 billion estimate.

Revenue Mix

Software license revenue/other and services contributed  42%, and  58%,
respectively versus our estimate of 40.7% and 59.3%, respectively.

* Software License Revenue and other grew 24% over the prior year to $1.11
  billion in-line with our estimate.

    * Database and applications revenues contributed $775 and $279 million,
      respectively; increasing 19.2% and 66.4%, respectively. Applications
      revenue exceeded our estimate of $258 million as a result of traction in
      the applications business occurring sooner than expected. We were
      impressed with the applications growth and the number of large client
      wins. Large eBusiness Suite customers during the quarter include JDS
      Uniphase, American General and Compaq. Additionally, Qualcomm and
      Haworth actually chose Oracle over their existing i2 applications for
      SCM (supply-chain management).

    * We anticipate the applications division will continue to accelerate
      given that the company has exhibited significant traction since the
      release of Version 2 of its eBusiness Suite in October. We are under the
      impression that the first version had considerable bugs and the most
      recent version is really gaining traction in only a matter of months.
      The combination of referencable customers from the newest version,
      functional product demos and a sales force trained on the eBusiness
      Suite should propel growth in the applications division going forward.

* Services revenue was $1.54 billion versus our estimate of $1.6 billion

Expense Analysis

Gross Profit grew 25.2% to $1.965 billion; exceeding our estimate by 20%. Gross
margin increased  630bp from 2Q99 and was 380bp above our estimate. The
improvement in gross margin was a result of

* The favorable revenue mix with high-margin product revenue contributing 42%
  versus our estimate of 40.7%. We expected more growth in services for the
  quarter as the company had planned to build out its consulting efforts.

The company reported $1.0 billion in total cash operating expenses (we include
sales and marketing, research and development and general and administrative
expenses) versus our estimate of $1.12 billion. ORCL reported $933 million in
operating income, representing an 67.7% increase over the prior year and a
14.7% premium to our $842 million estimate. Oracle continues to extract excess
costs out of its business at an impressive rate. Although the company will be
up against tougher comparisons in the later portion of the year, we believe
there is still significant margin expansion on the horizon. We are estimating
operating margins to reach 37.0% for the end of fiscal 2001. Any revenue upside
in the later portion of the year could result in operating margins reaching

http://www.firstcall.com/links/14/14920826309254390103/2872386891691932631/399153...  2/27/2002

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308932

39%-40%, in our opinion.

* Sales and Marketing expenses increased only 1.5% to $641 million representing 24.1% of total revenues; 220bp lower than our 26.3% estimate

* Research and development expenses increased 7.3% to $266 million, but decreased 70bp as a percentage of total revenues over the prior year.

* General and administrative expenses declined 1.5% to $111 million over the prior year.

Per Share Analysis

ORCL reported EPS of $0.11 versus our estimate of $0.09 and the First Call consensus estimate of $0.10. The per share upside resulted from the impressive revenue momentum and a 2.3% decrease in shares outstanding over the prior year to 5.87 billion fully-diluted shares outstanding.

Revising Estimates Upward

Short-term

Given the momentum exhibited in the quarter, and our belief that the demand for the eBusiness Suite will accelerate during the later portion of the year., we are increasing our 3Q and fiscal year-end 2001 EPS estimates of $0.11 and $0.49 to $0.12 and $0.52, respectively. Additionally, we are raising or fiscal 2002 estimate from $0.56 to $0.62. These estimates are based on

* 3Q total revenue of $2.94 billion versus our original estimate of $2.87 billion.

    * 3Q applications revenue of $349.6 million versus our original estimate of $298.8 million.

* Fiscal 2001 revenue of $12.0 billion versus our original estimate of $11.9 billion.

    * 2001 applications revenue of $1.54 billion (66.8% Yr/Yr growth) versus our original estimate of $1.38 billion (50.2% Yr/Yr growth).

INVESTMENT THESIS

NA

COMPANY DESCRIPTION

Founded in 1977, Oracle Corporation is the world's second-largest software company, with a presence in more than 145 countries. As of August 30, 1999, the company had approximately 40,000 employees worldwide. Oracle Corporation develops, manufactures, markets, and distributes computer software that helps corporations manage and grow their businesses. The company's software products can be broken down into two broad categories: systems software and business applications software. Systems software is a complete Internet platform to develop and deploy applications for computing on the Internet and corporate Intranets. Business applications software automates the performance of specific business data processing functions for customer relationship management (CRM), supply-chain management (SCM), financial management, procurement, project management, and human resources management.

ADDITIONAL INFORMATION AVAILABLE UPON REQUEST

ORCL 0000699

http://www.firstcall.com/links/14/14920826309254390103/2872386891691932631/399153... 2/27/2002

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308933

Securities recommended, offered, or sold by SSB: (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Citibank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. (c) Salomon Smith Barney Inc., 2000. All rights reserved. Any unauthorized use, duplication or disclosure is prohibited by law and may result in prosecution. Please refer to ticker SSBDISCL for important Salomon Smith Barney Disclaimer information.

Gretchen Teagarden 212-816-8362
First Call Corporation, a Thomson Financial company.
All rights reserved. 888.558.2500
]

EON

ORCL 0000700

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308934

# EXHIBIT 130

**From:** Gayle Fitzpatrick
**Sent:** Fri, 20 Apr 2001 15:47:32 GMT
**To:** Ronald Wohl; Karl Eberhardt; Russell Pike
**CC:** Kenneth Hamel; Andrew Costakis; AMANDA NICOL; William Wendell
**BCC:**
**Subject:** ERP/CRM Demo Integration Feedback

Ron,

I am sending this again since it seems that I have had email trouble
this week. Here is the compiled list of ERP/CRM demo integration
feedback from the field. As I receive other feedback I will pass it
along.

Thanks,

/Gayle


ERP/CRM Demo Integration Feedback

1. OSO to Projects - immensely important in the ETO market
2. OSO to MRP - we had it, it worked, it was our first, integration
point, now it is GONE.
3. OMO to MRP - Have a "buy one/get TEN free" - think Mfg. Wants to
know about this
4. ENG (ECO) to Depot Repair - Incoming Insp. & in Creating Jobs
5. Depot Repair (Incoming Insp) to Quality - feedback to ENG from QA
6. OSO to OFA/possibly Treasury Mgmt also - how can you f'cast
probabilities
7. Service to Projects - large equip always has an "install" phase,
ask GE Med & Power. We should be able to charge back service costs to a
project. And, you should
be able to link a Work breakdown structure to service requests, etc.
8. Install Base (Foundation) to ENG (ECO) - ever seen a "safety"
recall-all like in UL
9. Service to Costing - How can you project profit in Service without
Costs?
10. OMO to AP - costs collected in AP transfer to OMO budget, calc a
variance (+/-)
11. Contracts to Cost - how do you know this Contract has a positive
margin?
12. Contracts to Adv. Pricing - discount rules, etc.
13. Core Contracts to OM - to generate a "sell" quote
14. Foundation to ALL ERP - Quick Menu in CRM can't call ERP forms
15. OC to OM - OTS Quotes do not specify order source for a drop ship
16. iStore/iSupport to PO/Supplier Portal - Can't see drop ship info
from PO side in CRM
17. iSupport to PO - Can't create an RTV against a drop ship
18. OSO to Cost - How do you know this opportunity will be profitable
19. Service "Charges" form to Adv. Pricing - again discount rules, etc.
20. Service (RMAs) to SCP/DP - RMAs can be a "source" of supply in
"re-manfgr", they are also a "consumer" of components in a re-furb
situation  Both needs



**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**   **NDCA-ORCL 617307**

"Jobs" planned, which consumes resources in the plant.
21. Depot Repair to Mfgr. Scheduling Workbench - need drag/drop scheduling in Depot just as much as in WIP before Depot jobs are released into WIP. Need
linkage.
22. Service (RMAs) to Receiving - SN is listed in the Service Request but stops there and does not flow through the rest of this business process (think KBF and
re-keying/duplicate data entry)
23. Projects Integration: If companies treat their service/support organizations as a profit center, there is no true cost tracking
24. No CRM applications post to the GL such as: accrued incentive compensation not yet paid, marketing expenses, or service costs
25. If iStore is used to place an order into Order Management, change orders are not supported such as a cancellation, quantity increase, data change.
26. Order Capture allows a contract to be created from an order yet Order Management does not yet support this. Order capture is too limited in functionality to
promote it as the UI of choice so Order Management needs to have this too.
27. OSO does not support the creation of CRM quotes or Order Management's sales. Sales opportunities in OSO do nothing but forecast revenue (no product
forecasting)
28. Advanced Pricing rules are not used by CRM contracts; only a price list is used
29. There are no pre defined workflows that cross CRM and ERP such as: a Telesales rep sells a product to a customer who is on credit hold in AR. Or, a credit hold placed in AR (such as a support contract was not paid) does not inform a salesrep in OSO or the service department.
30. If the UI of choice is Order Management, there is no integration with Marketing to record and update the reason for the sale (i.e. was a marketing program).
31. Order Management does not reference the Service request number that may have generated the Advanced Shipment or RMA order.
32. Order Management is the downstream module for sales orders from CRM. It is very difficult to trace back where the order may have originated such as: won
opportunity, sales quote, marketing campaign, service request, depot repair, contracts, etc.
33. Sales Contracts from Contracts Core does not generate a sales order for renewals.
34. Incentive Comp does not consider phases of a sales order other than 'booking' to collect compensation If a customer pays partially on booking, shipment, installation (which could take weeks or months) and then invoicing, we only support booking and invoicing.
35. Neither CRM nor ERP support distributor management. Most companies these days sell and/or manufacture their product via third parties and we do not have a
solution without promoting a custom built Xchange
36. CRM's contracts module does not support a party of 'vendor' that is actually functional with Procurement
37. BIS and standard reports do not cross CRM and ERP modules. Example:

if i wanted to know the full value (a 360 degree view) of an important customer that
showed activities such as sales leads responded to, sales opportunities in the pipeline, quotes being considered, contracts that are about to expire, open orders yet to ship,
open returns, invoices past due, open credits, write offs, etc., I would have to go to many reports or portals, or build one.
38. Drop Shipping from a vendor if a product isn't available, not supported in iStore since iStore is single warehouse/org centric.
39. OSO does not reference a price list for opportunities
40. Lack of integration between Asset Management and Service. SAP has this but we don't, this needs to be fixed. For example, the Asset number

should show up on a service request and if something is refurbished, we should be able to add value to the depreciated amount based on the cost of
the service.
41. From Service you should be able to create a purchase requisition linked to a service request. This goes back to overall document flow. But here's some input:
42. BIS and Balanced Scorecard views provided in the ADS personal homepage needs to be "robustly integrated" with our scripts showing before and after impacts in
CRM and ERP! This has been a persistent complaint from our SCs since 11i rolled out!
43. Another area that seems to still be missing (or please advise where this is operational) is: Order to Invoice for Service Items (Products sold with OEM Warranty or
Extended Warranty). The pieces for this are partially here but our SCs still have to build a lot.

Here's what I see as a complete flow:
Order to Invoice (or an iStore sell) of a product with a Warranty.
Now for this SO, the customer calls in a problem (or uses iSupport)

which creates a Service Request for replacement or repair (script should cover both), then
generate the RMA and resolve problem per the SR. Show financial results (Service Revenues) from covered and non-covered (billed back to customer)
activities.
And then wrap this up with a BIS review of Product, Customer and Service Revenue data impacted by this activity.

44. Project Manufacturing scripts do not exist and CRM products do not reflect Projects at all!
45. Oracle Demand Planner integration must be available for all ADS instances (now only one - HE050G) and scripts developed to reflect Sales and Marketing demo
data which would be used for integrated forecasting demos with this CRM data.
46. Integration point that I've noticed is missing is a one-button population from a report into Sales Analyzer for further analysis, and vice-versa.

47. Rentals:



We can build a rental contract which supposedly is integrated with
Billing. We can: have the asset in Fixed Assets, store the asset in
Inventory, and we
can ship the asset using OM. Although we have the basic pieces,
essentially, we need a lot of double entry - specifically we have to
create an asset for
the rental item in Assets, as well as the part number, then have a
status for that Asset called "leased" (we need to use a lot of DFF's).

Unfortunately, product is geared around selling. In OM we could
create a ship only line type (perhaps call it lease) which doesn't
create an invoice, but we
don't assume the product is ever coming back. Modify the line
workflow to change the asset status given above. Furthermore, you will
have to work
around the costing implications and use non-asset subinventories
when the product is in inventory. Essentially, all the COGS get tracked
to the Asset, not
the inventory item. Not 100% clean.

Full life cycle tracking in and out of the system (life cycle
tracking), all of the transactions, with the possible exception of
billing, have to
executed manually.

Can we do rentals, yes. Is it a cluster of transactions and manual
tracking to make it happen, yes. This a solution that would be
difficult to recommend to
a client who has a significant rental business. (From what I
understand there may be some improvements for rentals in 11.5.5...but I
have not confirmed
this yet).

48. One major gap (text taken from the Bug database) that I would like
to see resolved. I have not been able to get this to work in the latest
ADS 11i release  BUG
1423898 - WANT A DROPPED SHIP ITEM TO AUTOMATICALLY CREATE AN INSTALL
BASE RECORD at the time of receiving it.
49  Release 11.03 allowed the user to manually create an install-base
system using our Professional Forms. R11i.3 requires the use of
iSupport. The iSupport process
is not as functional or robust. I would like to see the Professional
Forms version reinstated.

COMMENTS to ABOVE:
Biggest gaps - "CRM to Costing" and "CRM to GL"
Next biggest - "Install Base to ENG (ECO)" and "iSupport to PO"?

(* opportunities that are forecasted in OSO do not pass to MRP (previous
releases did); * opportunities in OSO do not generate projects--
basically not important)

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**       **NDCA-ORCL 617310**



MISCELLANEOUS COMMENTS:
The new R11i.3 demo docs to cover the CRM to ERP integration was just
released in late March, and I'm now reviewing this ASAP. I now see that
iStore
Configurations are now in the script. I do not see an ADS script for
ATP in iStore but it can be covered in an OM demo, so we can work around
this.

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**      **NDCA-ORCL 617311**

# EXHIBIT 131

[Fwd: Poor demo system performance cost us another deal]

EXHIBIT
HAMEL
9
5/22/06   JCB

Return-Path: <kenneth.hamel@oracle.com>
Received: from oracle.com (dhcp-bay-colony-west-40-89.us.oracle.com [138.1.40.89])by
  gmgw01.oraclecorp.com (8.8.8̄.8.8) with ESMTP id JAA17992for
  <RON.WOHL@ORACLE.COM>; Fri, 16 Feb 2001 09:25:55 -0800 (PST)
Message-ID: <3A8D6F77.8BAB0BF9@oracle.com>
Date: Fri, 16 Feb 2001 13:20:39 -0500
From: Ken Hamel <kenneth.hamel@oracle.com>
Organization: General Business U.S.
X-Mailer: Mozilla 4.7 [en] (Win95; I)
X-Accept-Language: en
MIME-Version: 1.0
To: "Wohl,Ronald" <RON.WOHL@oracle.com>
Subject: [Fwd: Poor demo system performance cost us another deal]
Content-Type: multipart/mixed;boundary="------------EFF340D9E5ABE94A0928BDA2"
X-Mozilla-Status: 8001
X-Mozilla-Status2: 00000000

```
Ron, here's a specific situation where the performance issues are
actually costing us business.  I pass this onto you so you'll have
anecdotal data as you continue to improve the environment.

Ken
```

---

Return-Path: <Meghan.Ware@oracle.com>
Received: from oracle.com ([130.35.29.191])by gmgw02.oraclecorp.com (8.8.8̄.8.8)
  with ESMTP id JAA25634;Fri, 16 Feb 2001 09:01:53 -0800 (PST)
Message-ID: <3A8D6AD4.6F21551B@oracle.com>
Date: Fri, 16 Feb 2001 10:00:52 -0800
From: Meghan Ware <Meghan.Ware@oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.7 [en] (Win95; I)
X-Accept-Language: en
MIME-Version: 1.0
To: "Handy,David" <DAVID.HANDY@oracle.com>,
  "Hamel,Kenneth" <KENNETH.HAMEL@oracle.com>
Subject: Poor demo system performance cost us another deal
Content-Type: multipart/mixed;boundary="------------E2B75A97515B8A2442F58A5B"

```
Ken and David,

Another deal lost primarily to demo system performance.  It took 1 1/2
hours to load the applet at REO and the demo performance was so terrible
that we only presented reporting and self service.  Please be aware,
that from the same PC that we were attempting to demo ADS from, we were
able to go to other web sites and surf with no system performance
issues.  We did call ADS for help, but they were not able to improve the
performance.

This is our second system performance loss this year.  As stated in my
earlier emails, Startek was the first.  At Startek, SAP was able to
```

ORACLE CONFIDENTIAL

10/3/2002 10:45 AM

NDCA-ORCL 063432

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

[Fwd: Poor demo system performance cost us another deal]

perform a "screaming" www demo compared to our slow performing demo.

Maybe it would help if someone from ADS could come and sit through our
field demos to understand the issues better?

Thanks,
Meghan

Terri Sikora wrote:

> Michael,
> I really am sorry that we have to do this but after converstations
with the
> CEO we've decided to not look into our options with Oracle. This is
based on
> several reasons, 1 being the demo that never happened and another is
being
> generated by issues occurring at JDS Uniphase. This decision has come
from
> the top although after much thought and bringing in the million dollar
> comment made in last weeks rap up I think it is a good path for now. I
wish
> you all the best in your future endeavors
>
> Terri Sikora
> IT Manager
> Research Electro-Optics, Inc
> http:\\www.reoinc.com
> 303-245-4311
>
> > -----Original Message-----
> > From: michael.nicholls [SMTP:michael.nicholls@oracle.com]
> > Sent: Wednesday, February 14, 2001 9:37 AM
> > To:    terris@reoinc.com
> > Cc:    keith.milton@oracle.com; cindy.sayers@oracle.com
> > Subject:    March 7th?
> >
> > Terri.
> >
> > I hate to push it out this far but, will the 7th of March work for
us to
> > come back out and present?
> >

    Michael Nicholls
    Application Sales Manager
                    <michael.nicholls@oracle.com>
    6501 E. Belleview Ave.
    Englewood
    CO
    80111
                    Cellular: 303 883 7748
                    Fax: 720 489 6150
                    Work: 720 330 1847

    Additional Information:
    Last Name
            Nicholls
    First Name
            Michael
    Version

ORACLE CONFIDENTIAL

10/3/2002 10 45 AM

NDCA-ORCL 063433

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

[Fwd  Prev demo system performance cost us another deal]

2.1

---

GB Rocky Mountains SCM <Meghan.Ware@oracle.com>

.

---

Ken Hamel <Kenneth.Hamel@oracle.com>
Vice President
General Business U.S.
Sales Consulting

**ORACLE CONFIDENTIAL**

10/3/2002 10 45 AM

**NDCA-ORCL 063434**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

# EXHIBIT 132

ORACLE CONFIDENTIAL

CA-ORCL 021439

# External Income Statement Margin Trend

| | Q2 FY99 | Q3 FY99 | Q4 FY99 | Q1 FY00 | Q2 FY00 | Q3 FY00 | Q4 FY00 | Q1 FY01 | Q2 FY01 | Growth Rate Q1 FY00 | Q1 FY00 | Q1 FY00 | Q1 FY01 | Q1 FY01 | Q1 FY01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| License Revenue | 734,715 | 799,851 | 1,477,977 | 620,221 | 874,613 | 1,062,462 | 1,834,437 | 807,602 | 1,143,456 | 19.0% | 32.2% | 24.1% | 30.2% | 30.7% |
| License Expense | 560,979 | 540,774 | 931,452 | 521,438 | 613,028 | 530,555 | 847,183 | 572,503 | 632,500 | (9.1%) | (7.3%) | 9.0% | (9.8%) | (6.8%) |
| License Margin | 173,736 | 255,077 | 546,525 | 98,783 | 261,586 | 472,108 | 987,254 | 235,099 | 510,956 | 51.1% | 8.3% | 80.6% | 138.0% | 7.7% |
| License Margin % | | | 37.0% | 15.9% | 30.0% | 44.4% | 53.8% | 29.1% | 44.7% | | | | | |
| Support Revenue | 532,844 | 554,563 | 647,908 | 646,716 | 695,202 | 714,967 | 830,570 | 837,544 | 891,759 | 30.5% | 32.5% | 28.2% | 29.6% | 28.3% |
| Support Expense | 154,078 | 170,280 | 193,945 | 183,557 | 196,584 | 198,214 | 201,157 | 168,134 | 171,266 | (27.6%) | (16.7%) | (4.7%) | 8.4% | 11.6% |
| Support Margin | 378,766 | 384,281 | 453,962 | 463,159 | 498,619 | 516,753 | 627,413 | 669,410 | 717,593 | 31.6% | 39.2% | 18.2% | 44.6% | 44.0% |
| Support Margin % | | | 70.1% | 71.6% | 71.6% | 73.0% | 75.5% | 79.9% | 80.5% | | | | | |
| Education Revenue | 108,176 | 93,813 | 123,163 | 104,087 | 114,873 | 105,832 | 125,486 | 88,137 | 114,576 | 6.2% | 12.8% | 1.7% | (15.1%) | (0.3%) |
| Education Expense | 92,791 | 88,467 | 98,292 | 80,640 | 84,581 | 77,722 | 84,257 | 78,907 | 77,717 | 3.5% | 12.1% | 14.3% | 2.1% | 13.2% |
| Education Margin | 15,385 | 5,346 | 25,07 | 23,447 | 23,292 | 28,110 | 41,229 | 9,230 | 36,859 | 64.4% | 435.8% | 64.4% | (80.6%) | 45.7% |
| Education Margin % | | | 20.3% | 22.5% | 22.0% | 26.6% | 32.5% | 10.5% | 32.2% | | | | | |
| Consulting Revenue | 568,918 | 542,978 | 609,266 | 560,462 | 560,174 | 562,916 | 566,210 | 521,672 | 566,339 | (1.5%) | (7.4%) | (7.1%) | (6.6%) | 1.1% |
| Consulting Expense | 486,013 | 494,408 | 591,948 | 462,038 | 440,614 | 412,035 | 431,843 | 422,164 | 456,476 | 9.5% | 16.7% | 12.2% | 8.6% | (7.6%) |
| Consulting Margin | 82,904 | 48,570 | 117,319 | 98,383 | 119,560 | 90,881 | 134,367 | 101,508 | 105,854 | 45.3% | 87.1% | 14.5% | 3.2% | (8.1%) |
| Consulting Margin % | | | 19.3% | 17.6% | 21.3% | 18.1% | 23.7% | 19.4% | 18.7% | | | | | |
| Hosting Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,068 | 2,736 | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Hosting Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,879 | 2,831 | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Hosting Margin | | | | | | | | (791) | (95) | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Hosting Margin % | | | | | | | #DIV/0! | -25.6% | -3.5% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Total Services Revenue | 1,209,938 | 1,191,354 | 1,380,337 | 1,311,264 | 1,370,249 | 1,343,715 | 1,522,266 | 1,453,841 | 1,575,401 | 11.2% | 12.8% | 10.3% | 10.8% | 13.0% |
| Total Services Expense | 733,483 | 753,154 | 784,186 | 726,215 | 726,779 | 688,491 | 719,225 | 673,085 | 710,789 | 0.9% | 8.0% | 8.3% | 7.3% | 2.3% |
| Total Services Margin | 476,455 | 438,200 | 596,152 | 384,949 | 643,470 | 655,224 | 803,040 | 779,757 | 864,613 | 35.1% | 49.5% | 14.7% | 31.1% | 34.6% |
| Total Services Margin % | | | 43.2% | 44.6% | 46.9% | 48.8% | 52.8% | 53.7% | 54.9% | | | | | |
| R&D | 198,999 | 208,335 | 242,360 | 231,937 | 244,781 | 233,119 | 260,355 | 231,314 | 267,483 | (23.0%) | (21.7%) | (11.1%) | (7.3%) | (9.3%) |
| G&A | 55,091 | 97,621 | 122,567 | 112,246 | 107,209 | 117,450 | 136,087 | 105,725 | 114,063 | (12.8%) | (20.3%) | (11.0%) | 5.9% | (6.4%) |
| Total Revenues | 1,944,653 | 1,987,305 | 2,838,515 | 1,931,485 | 2,244,863 | 2,396,178 | 3,357,102 | 2,260,443 | 2,718,857 | 15.4% | 20.6% | 17.4% | 17.0% | 21.1% |
| Total Operating Expenses | 1,588,554 | 1,479,455 | 2,080,564 | 1,591,496 | 1,680,817 | 1,639,414 | 1,972,252 | 1,612,427 | 1,244,836 | 6.9% | (2.5%) | 5.2% | (0.5%) | (3.2%) |
| Total Operating Margin | 356,099 | 507,850 | 777,951 | 337,489 | 564,046 | 756,763 | 1,384,851 | 558,017 | 974,021 | 55.6% | 95.2% | 74.0% | 93.0% | 75.8% |
| Total Operating Margin % | | | 27.4% | 17.5% | 24.6% | 31.6% | 41.3% | 24.7% | 35.8% | | | | | |

ORACLE CONFIDENTIAL

CA-ORCL 021440

NDCA-ORCL 024431

## External Income Statement Margin Trend

| Oracle Corporation External Income Statement Consolidated Dollars (000's) / Margin price | Q2 FY99 | Q3 FY99 | Q4 FY99 | Q1 FY00 | Q2 FY00 | Q3 FY00 | Q4 FY00 | Q1 FY01 | Q2 FY01 | Growth Rate Q2 FY00 | Q3 FY00 | Q4 FY00 | Q1 FY01 | Q2 FY01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Services** | | | | | | | | | | | | | | |
| License Revenue | 382,301 | 421,796 | 944,627 | 291,572 | 443,824 | 642,377 | 1,185,154 | 406,926 | 592,934 | | 25.5% | 50.9% | 16.0% | 39.6% | 33.6% |
| License Expense | 317,654 | 34,291 | 578,712 | 306,768 | 299,653 | 309,549 | 340,220 | 152,276 | 355,681 | | 6.7% | 9.3% | 5.7% | (14.8%) | (11.7%) |
| License Margin | 64,647 | 84,505 | 365,915 | (15,197) | 144,170 | 332,828 | 544,934 | 254,649 | 237,252 | | 76.3% | 293.9% | 122.3% | nm | 54.6% |
| License Margin % | | | | -5.2% | 32.5% | 51.8% | 54.4% | 13.4% | 42.0% | | | | | |
| Support Revenue | 308,706 | 320,357 | 377,390 | 381,253 | 406,491 | 435,509 | 490,559 | 498,787 | 523,740 | | 29.9% | 35.9% | 31.7% | 10.8% | 24.8% |
| Support Expense | 86,392 | 94,891 | 110,235 | 103,006 | 110,395 | 108,130 | 112,609 | 84,186 | 89,079 | | (1.6%) | (14.0%) | (27.8%) | 18.3% | 19.3% |
| Support Margin | 222,314 | 225,467 | 267,155 | 278,247 | 296,096 | 327,378 | 377,950 | 414,601 | 434,669 | | 41.5% | 43.2% | 33.2% | 49.0% | 46.8% |
| Support Margin % | | | | | 72.9% | 75.2% | 77.1% | 83.1% | 83.0% | | | | | |
| Education Revenue | 58,013 | 51,719 | 69,867 | 60,862 | 60,167 | 57,850 | 54,261 | 36,418 | 51,173 | | (8.0%) | 11.9% | 4.1% | (16.9%) | (13.2%) |
| Education Expense | 54,878 | 51,866 | 56,790 | 37,280 | 51,559 | 47,408 | 46,171 | 44,323 | 39,019 | | 18.7% | 4.6% | 6.0% | (18.9%) | 24.1% |
| Education Margin | 3,135 | (147) | 13,018 | 23,572 | 8,808 | 10,442 | 18,291 | (5,905) | 12,154 | | 38.3% | nm | 180.9% | (125.1%) | 18.0% |
| Education Margin % | | | | | 14.6% | 18.1% | 24.2% | | 23.8% | | | | | |
| Consulting Revenue | 155,812 | 317,122 | 390,660 | 358,169 | 330,861 | 318,313 | 346,475 | 324,394 | 341,300 | | (11.3%) | (3.6%) | (1.4%) | (9.4%) | (2.7%) |
| Consulting Expense | 299,067 | 304,374 | 297,081 | 286,301 | 276,468 | 250,385 | 252,188 | 246,248 | 270,299 | | 15.0% | 12.7% | 7.6% | 13.9% | 2.1% |
| Consulting Margin | 56,746 | 32,747 | 93,579 | 72,167 | 74,392 | 67,921 | 94,087 | 78,150 | 70,711 | | 0.5% | 107.4% | 31.1% | 8.1% | (4.9%) |
| Consulting Margin % | | | | | 21.2% | 21.3% | 27.2% | 24.1% | 20.7% | | | | | |
| Hosting Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 3,088 | 1,879 | 2,716 | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Hosting Expense | 0 | 0 | 0 | 0 | 0 | 0 | 1,879 | 2,831 | | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Hosting Margin | | | | | | | (791) | | | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Hosting Margin % | | | | | | | -25.6% | | | | | | | |
| Total Services Revenue | 722,531 | 709,198 | 831,917 | 800,284 | 817,719 | 811,672 | 900,795 | 864,691 | 919,153 | | 7.5% | 14.4% | 13.2% | 8.0% | 12.4% |
| Total Services Expenses | 440,336 | 451,131 | 464,105 | 426,297 | 417,423 | 405,923 | 410,368 | 378,616 | 491,217 | | 11.5% | 10.0% | 0.4% | 11.2% | 8.4% |
| Total Services Margin | 287,195 | 258,067 | 373,812 | 373,986 | 379,296 | 405,749 | 490,227 | 486,055 | 517,039 | | 31.1% | 57.2% | 34.4% | 30.9% | 36.4% |
| Total Services Margin % | | | | | | 50.0% | 54.4% | 56.2% | 56.2% | | | | | |
| R&D | 191,652 | 200,212 | 227,762 | 227,743 | 241,645 | 246,775 | 266,918 | 244,935 | 259,774 | | (17.2%) | (23.3%) | (26.0%) | (7.3%) | (7.6%) |
| G&A | 42,390 | 41,475 | 75,434 | 62,930 | 50,204 | 57,460 | 36,881 | 43,446 | 54,399 | | 51.1% | (43.4%) | (18.4%) | 3.0% | (8.4%) |
| Total Revenues | 1,055,012 | 1,124,994 | 1,782,344 | 1,091,856 | 1,261,543 | 1,455,049 | 2,085,950 | 1,271,617 | 1,512,090 | | 17.0% | 28.1% | 14.2% | 16.5% | 19.9% |
| Total Operating Expense | 597,032 | 1,034,109 | 1,346,014 | 1,023,739 | 1,029,745 | 1,031,707 | 1,254,587 | 1,019,293 | 1,071,572 | | 6.8% | 1.3% | 0.4% | 0.4% | (4.1%) |
| Total Operating Margin | 133,000 | 100,885 | 436,330 | 68,116 | 231,707 | 423,342 | 811,363 | 252,324 | 440,519 | | 90.4% | 328.6% | 105.1% | 230.4% | 90.0% |

ORACLE CONFIDENTIAL          CA-ORCL 021441

NDCA-ORCL 024432

External Income Statement Margin Trend

| Europe External Income Statement Constant Dollars ($M) (414 mark rate) | Q2 FY99 | Q3 FY99 | Q4 FY99 | Q1 FY00 | Q2 FY00 | Q3 FY00 | Q4 FY00 | Q1 FY01 | Q2 FY01 | Q3 FY01 | Q4 FY01 | Growth Rate Q1 FY01 | Q2 FY01 | Q3 FY01 | Q4 FY01 | Q1 FY01 | Q2 FY01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| License Revenue | 210,623 | 220,308 | 373,186 | 177,731 | 264,154 | 257,849 | 428,295 | 214,238 | 318,027 | | | 25.5% | 12.0% | 14.8% | 20.3% | 20.3% | 20.3% |
| License Expense | 169,183 | 161,710 | 242,372 | 148,929 | 196,706 | 186,374 | 232,374 | 170,490 | 189,221 | | | (16.2%) | (15.8%) | 3.9% | (14.5%) | (14.5%) | (3.8%) |
| License Margin | 41,241 | 67,598 | 130,809 | 28,801 | 67,558 | 69,475 | 195,421 | 43,747 | 128,807 | | | 63.8% | 2.8% | 49.4% | 51.9% | 51.9% | 90.7% |
| License Margin % | | | 33.1% | 16.3% | 23.6% | 26.9% | 45.6% | 20.4% | 40.5% | | | | | | | | |
| Support Revenue | 166,210 | 170,640 | 198,863 | 194,840 | 212,159 | 221,243 | 247,839 | 247,491 | 266,214 | | | 27.1% | 29.7% | 24.4% | 27.0% | 27.0% | 23.5% |
| Support Expense | 48,555 | 55,496 | 62,484 | 59,753 | 62,751 | 57,821 | 66,039 | 60,193 | 59,950 | | | (23.2%) | (22.2%) | (5.7%) | (2.8%) | (2.8%) | 4.5% |
| Support Margin | 118,164 | 115,144 | 136,381 | 136,087 | 149,408 | 153,421 | 181,780 | 187,098 | 206,264 | | | 26.4% | 33.2% | 33.3% | 37.5% | 37.5% | 38.1% |
| Support Margin % | | | 68.6% | 69.8% | 70.4% | 69.3% | 73.3% | 75.6% | 77.5% | | | | | | | | |
| Education Revenue | 37,390 | 30,717 | 38,879 | 29,082 | 34,834 | 12,972 | 42,398 | 30,044 | 42,668 | | | 4.1% | 7.2% | 9.1% | 3.3% | 3.3% | 9% |
| Education Expense | 26,482 | 25,531 | 28,920 | 30,495 | 26,879 | 18,188 | 26,820 | 24,079 | 26,239 | | | (1.5%) | 24.8% | 7.3% | 21.0% | 21.0% | 2.4% |
| Education Margin | 10,909 | 5,185 | 9,959 | (1,403) | 11,955 | 14,784 | 15,578 | 5,965 | 15,429 | | | 10.6% | 181.1% | 56.1% | nm | nm | 37.4% |
| Education Margin % | | | | | | 44.8% | 36.7% | 19.9% | 36.3% | | | | | | | | |
| Consulting Revenue | 179,622 | 165,642 | 186,318 | 160,556 | 170,860 | 151,194 | 171,933 | 157,659 | 179,808 | | | (4.9%) | (8.7%) | (7.7%) | (4.9%) | (4.9%) | 5.2% |
| Consulting Expense | 158,286 | 159,847 | 159,681 | 143,184 | 133,217 | 130,658 | 141,801 | 136,778 | 146,652 | | | 15.8% | 18.3% | 11.2% | 4.5% | 4.5% | (10.1%) |
| Consulting Margin | 21,336 | 5,795 | 26,665 | 17,372 | 37,664 | 20,526 | 30,131 | 15,861 | 33,156 | | | 76.5% | 254.2% | 13.6% | (8.7%) | (8.7%) | (12.0%) |
| Consulting Margin % | | | 14.3% | 10.8% | 22.0% | 13.6% | 17.5% | 10.4% | 18.4% | | | | | | | | |
| Hosting Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Hosting Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (0) | | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Hosting Margin | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (0) | | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Hosting Margin % | | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | | | | | | | | |
| Total Services Revenue | 383,632 | 366,989 | 424,092 | 384,478 | 421,874 | 405,419 | 462,171 | 430,173 | 488,689 | | | 10.0% | 10.5% | 9.0% | 11.9% | 11.9% | 13.8% |
| Total Services Expense | 233,323 | 240,865 | 251,087 | 232,432 | 222,847 | 216,677 | 234,682 | 221,250 | 232,841 | | | 4.5% | 10.0% | 6.5% | 4.8% | 4.8% | (4.5%) |
| Total Services Margin | 150,309 | 126,124 | 173,005 | 152,036 | 199,027 | 188,731 | 227,489 | 208,923 | 255,848 | | | 32.4% | 49.6% | 31.5% | 37.4% | 37.4% | 47.4% |
| Services Margin % | | | 40.8% | 39.5% | 47.2% | 46.6% | 49.2% | 48.6% | 52.4% | | | | | | | | |
| R&D | 1,203 | 1,419 | 1,829 | 2,662 | 382 | 1,514 | 1,300 | 2,771 | 2,716 | | | 69.9% | (6.7%) | 21.8% | (4.1%) | (4.1%) | (649.0%) |
| G&A | 31,907 | 39,224 | 29,675 | 32,285 | 37,156 | 45,293 | 81,942 | 45,376 | 45,417 | | | (17.1%) | (15.5%) | (176.1%) | (40.5%) | (40.5%) | (173.3%) |
| Total Revenues | 594,257 | 597,297 | 797,278 | 562,209 | 686,227 | 663,258 | 890,455 | 644,411 | 806,717 | | | 15.5% | 11.0% | 11.7% | 14.0% | 14.0% | 13.6% |
| Total Operating Expenses | 415,817 | 444,218 | 524,567 | 416,298 | 457,360 | 451,858 | 556,938 | 439,887 | 468,594 | | | (4.9%) | (1.7%) | (4.9%) | (5.7%) | (5.7%) | (2.3%) |
| Total Operating Margin | 158,440 | 153,080 | 272,711 | 145,911 | 228,867 | 211,400 | 339,518 | 204,524 | 338,122 | | | 44.5% | 38.1% | 24.7% | 40.2% | 40.2% | 47.7% |
| Total Margin % | | | 34.2% | 26.0% | 33.4% | 31.9% | 38.1% | 31.7% | 41.9% | | | | | | | | |

ORACLE CONFIDENTIAL

CA-ORCL 021442

NDCA-ORCL 024433

# External Income Statement Margin Trend

**Japan**
**External Income Statement**
**Constant Dollar (000's in local rate)**

| | Q2 FY99 | Q3 FY99 | Q4 FY99 | Q1 FY00 | Q2 FY00 | Q3 FY00 | Q4 FY00 | Q1 FY01 | Q2 FY01 | Growth Rate | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Q2 FY00 | Q3 FY00 | Q4 FY00 | Q1 FY01 | Q2 FY01 |
| License Revenue | 96,225 | 82,104 | 108,729 | 76,725 | 108,815 | 92,522 | 120,170 | 94,284 | 148,624 | 13.1% | 12.7% | 19.8% | 22.9% | 36.6% |
| License Expense | 31,295 | 33,098 | 35,635 | 31,249 | 33,938 | 35,991 | 41,123 | 33,434 | 40,582 | (2.0%) | (8.7%) | (15.4%) | (7.2%) | (18.5%) |
| License Margin | 61,930 | 49,006 | 73,094 | 45,476 | 74,886 | 56,531 | 89,247 | 60,801 | 108,042 | 19.0% | 15.4% | 22.1% | 33.7% | 34.3% |
| License Margin % | | | 67.2% | 59.3% | 68.8% | 61.1% | 68.5% | 64.5% | 72.7% | | | | | |
| Support Revenue | 21,308 | 22,239 | 29,782 | 27,575 | 31,063 | 29,525 | 39,158 | 35,030 | 42,223 | 45.9% | 33.8% | 31.5% | 26.9% | 33.8% |
| Support Expense | 6,055 | 6,807 | 7,187 | 6,780 | 7,238 | 7,357 | 7,382 | 7,232 | 7,898 | (19.9%) | (8.1%) | (2.7%) | (7.0%) | (8.8%) |
| Support Margin | 15,253 | 15,437 | 22,595 | 20,795 | 23,827 | 22,167 | 31,776 | 27,748 | 34,325 | 56.2% | 41.6% | 40.6% | 33.4% | 44.1% |
| Support Margin % | | | 74.7% | 75.1% | 76.7% | 75.1% | 81.1% | 79.3% | 81.3% | | | | | |
| Education Revenue | 5,147 | 4,835 | 6,389 | 6,442 | 6,519 | 6,355 | 7,845 | 8,101 | 8,550 | 26.7% | 31.4% | 22.8% | 28.9% | 31.2% |
| Education Expense | 4,954 | 4,595 | 5,279 | 5,567 | 5,640 | 4,904 | 5,343 | 5,421 | 5,129 | 6.3% | 2.0% | (1.2%) | 7.6% | (10.5%) |
| Education Margin | 193 | 240 | 1,110 | 875 | 878 | 1,851 | 2,501 | 2,680 | 3,421 | 871.8% | 670.9% | 125.4% | 229.3% | 83.1% |
| Education Margin % | | | | | | | | | | | | | | |
| Consulting Revenue | 4,238 | 8,078 | 9,496 | 7,307 | 11,418 | 8,374 | 17,262 | 15,431 | 16,602 | 18.6% | 8.6% | 81.8% | 111.2% | 45.4% |
| Consulting Expense | 6,767 | 6,782 | 7,837 | 7,614 | 8,386 | 9,563 | 10,470 | 13,896 | 13,331 | (23.9%) | (41.0%) | (13.6%) | (32.0%) | (59.0%) |
| Consulting Margin | 1,470 | 1,296 | 1,659 | (308) | 3,032 | (789) | 6,792 | 1,535 | 3,271 | 106.2% | (169.9%) | 309.4% | nm | 7.9% |
| Consulting Margin % | | | | | 26.0% | -9.0% | | | 19.7% | | | | | |
| Hosting Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Hosting Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Hosting Margin | | | | | 0 | 0 | 0 | 0 | 0 | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Hosting Margin % | | | | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | | | | | |
| Total Services Revenue | 34,693 | 35,152 | 45,668 | 41,323 | 49,021 | 44,654 | 64,265 | 58,732 | 67,375 | 41.3% | 27.0% | 40.7% | 42.1% | 37.4% |
| Total Services Expense | 17,777 | 18,185 | 20,303 | 19,981 | 20,264 | 21,425 | 23,195 | 26,570 | 26,358 | (14.1%) | (17.8%) | (14.2%) | (13.0%) | (29.9%) |
| Total Service Margin | 16,916 | 16,968 | 25,364 | 21,342 | 28,757 | 23,229 | 41,069 | 32,163 | 41,017 | 69.9% | 36.9% | 61.9% | 50.7% | 42.7% |
| Total Service Margin % | | | | | 58.6% | 52.0% | 63.9% | 54.8% | 60.9% | | | | | |
| R&D | 1,431 | 1,099 | 1,047 | 1,177 | 1,133 | 1,133 | 1,199 | 769 | 1,865 | 21.3% | (3.1%) | (14.1%) | 34.7% | (65.3%) |
| G&A | 8,814 | 8,617 | 4,581 | 8,320 | 7,185 | 8,078 | 8,364 | 8,489 | 6,640 | 18.5% | 6.3% | (80.4%) | 0.4% | 7.6% |
| Total Revenues | 130,918 | 117,256 | 154,396 | 118,048 | 157,846 | 137,175 | 194,634 | 153,017 | 215,999 | 20.6% | 17.0% | 26.1% | 29.6% | 16.8% |
| Total Operating Expenses | 61,318 | 60,997 | 61,560 | 61,922 | 52,556 | 66,626 | 73,171 | 69,211 | 75,445 | (9.2%) | (19.8%) | (19.4%) | (13.8%) | (20.6%) |
| Total Operating Margin | 69,600 | 56,259 | 92,836 | 57,125 | 105,290 | 70,549 | 120,864 | 83,706 | 140,553 | 36.9% | 25.4% | 30.2% | 46.5% | 47.5% |
| Total Margin % | | | 60.1% | 48.4% | 60.4% | 51.4% | 62.1% | 54.7% | 65.1% | | | | | |

ORACLE CONFIDENTIAL        CA-ORCL 021443

NDCA-ORCL 024434

External Income Statement Margin Trend

**Asia Pacific**
**External Income Statement**
**Constant Dollar (in $ thousands)**

| | Q2 FY99 | Q3 FY99 | Q4 FY99 | Q1 FY00 | Q2 FY00 | Q3 FY00 | Q4 FY00 | Q1 FY01 | Q2 FY01 | Q3 FY01 | Q4 FY01 | Growth Rate | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Q3 FY00 | Q4 FY00 | Q1 FY01 | Q2 FY01 | Q3 FY01 |
| License Revenue | 43,900 | 48,618 | 70,216 | 53,913 | 57,308 | 67,685 | 101,022 | 73,504 | 82,164 | | | 39.2% | 43.9% | 36.3% | 43.4% | 41.4% |
| License Expense | 36,663 | 34,750 | 42,887 | 43,306 | 43,233 | 44,834 | 56,446 | 43,067 | 53,901 | | | (29.0%) | (31.6%) | 0.6% | (24.7%) | |
| License Margin | 7,237 | 13,868 | 27,328 | 10,606 | 14,075 | 22,851 | 44,576 | 30,437 | 28,264 | | | 64.8% | 63.1% | 187.0% | 100.1% | |
| License Margin % | | | | 19.7% | 24.6% | 33.8% | 44.1% | 41.4% | 34.4% | | | | | | | |
| Support Revenue | 35,364 | 35,969 | 41,465 | 42,585 | 45,467 | 48,691 | 53,878 | 56,666 | 59,575 | | | 15.4% | 30.9% | 32.8% | 31.0% | |
| Support Expense | 12,807 | 12,746 | 13,637 | 14,802 | 15,570 | 16,098 | 16,815 | 15,764 | 16,023 | | | (26.3%) | (23.3%) | (6.5%) | (0.3%) | |
| Support Margin | 22,556 | 23,223 | 27,828 | 27,883 | 29,897 | 32,593 | 37,063 | 40,902 | 43,551 | | | 40.3% | 34.6% | 46.7% | 47.6% | |
| Support Margin % | | | | 65.5% | 64.9% | 66.9% | 68.8% | 72.2% | 73.1% | | | | | | | |
| Education Revenue | 7,615 | 6,525 | 8,138 | 7,701 | 9,152 | 8,656 | 10,982 | 11,374 | 12,185 | | | 32.7% | 34.1% | 47.7% | 33.1% | |
| Education Expense | 6,478 | 6,475 | 7,303 | 7,278 | 6,593 | 5,765 | 5,924 | 5,084 | 7,129 | | | 11.0% | 18.9% | 30.1% | (12.7%) | |
| Education Margin | 1,117 | 50 | 834 | 422 | 2,650 | 2,891 | 5,058 | 6,290 | 4,855 | | | 5634.5% | 471.9% | 1189.8% | 83.2% | |
| Education Margin % | | | | 5.5% | 29.0% | 33.4% | 46.1% | 55.3% | 39.8% | | | | | | | |
| Consulting Revenue | 23,101 | 20,197 | 29,604 | 23,867 | 27,015 | 24,635 | 31,102 | 31,204 | 28,421 | | | 22.0% | 5.1% | 30.9% | 5.2% | |
| Consulting Expense | 21,090 | 21,537 | 24,591 | 22,942 | 21,664 | 23,049 | 26,232 | 24,568 | 25,083 | | | (7.0%) | (6.7%) | (7.1%) | (15.8%) | |
| Consulting Margin | 2,012 | (1,341) | 5,013 | 925 | 5,351 | 1,586 | 4,871 | 6,636 | 3,337 | | | nm | (2.8%) | 617.5% | (37.6%) | |
| Consulting Margin % | | | | 3.9% | 19.8% | 6.4% | 15.7% | 21.3% | 11.7% | | | | | | | |
| Hosting Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | |
| Hosting Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (0) | | (0) | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | |
| Hosting Margin | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | |
| Hosting Margin % | | | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | | #DIV/0! | | | | | |
| Total Services Revenue | 66,080 | 62,691 | 78,957 | 74,253 | 81,635 | 81,981 | 95,362 | 99,244 | 100,180 | | | 23.5% | 30.8% | 21.5% | 33.7% | 22.7% |
| Total Services Expense | 40,375 | 45,758 | 45,532 | 45,023 | 44,182 | 44,912 | 48,270 | 45,416 | 48,436 | | | (9.3%) | (10.2%) | (7.6%) | (13.9%) | (9.7%) |
| Total Services Margin | 25,705 | 21,933 | 33,425 | 29,230 | 37,498 | 37,070 | 46,992 | 53,828 | 51,744 | | | 45.9% | 69.0% | 40.6% | 84.2% | 38.0% |
| Total Services Margin % | | | | 39.4% | 45.9% | 45.2% | 49.0% | 54.2% | 51.7% | | | | | | | |
| R&D | 698 | 862 | 1,054 | 982 | 944 | 1,122 | (1,569) | 602 | 632 | | 632 | (30.1%) | 286.8% | 18.7% | 33.0% | |
| G&A | 5,819 | 7,266 | 5,212 | 8,327 | 8,102 | 6,816 | 9,084 | 7,500 | 7,937 | | 7,937 | 6.5% | (74.3%) | 9.8% | 2.0% | |
| Total Revenue | 109,980 | 111,309 | 149,173 | 128,166 | 138,943 | 149,666 | 196,984 | 172,748 | 182,344 | | | 34.5% | 32.1% | 34.8% | 31.2% | |
| Total Operating Expenses | 81,555 | 81,656 | 94,685 | 97,638 | 96,416 | 97,684 | 112,531 | 98,594 | 112,906 | | | (16.8%) | (18.8%) | 1.1% | (15.0%) | |
| Total Operating Margin | 26,424 | 27,653 | 54,487 | 30,528 | 42,527 | 51,983 | 84,453 | 76,154 | 71,418 | | | 88.0% | 55.0% | 149.5% | 68.0% | |

ORACLE CONFIDENTIAL

CA-ORCL 021444

NDCA-ORCL 024435

External Income Statement Margin Trend

| Other Corporate External Income Statement Consolidating (100%) (March rules) | Q2 FY99 | Q3 FY99 | Q4 FY99 | Q1 FY00 | Q2 FY00 | Q3 FY00 | Q4 FY00 | Q1 FY01 | Q2 FY01 | Q3 FY01 | Q4 FY01 | Q1 FY01 | | Growth Rate | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | Q1 FY00 | Q1 FY00 | Q4 FY00 | Q1 FY01 | Q2 FY01 |
| License Revenue | 1,464 | 9,025 | (18,781) | 20,281 | 304 | (7,971) | (10,044) | 18,650 | 1,706 | | (79.3%) | (188.3%) | nm | (8.0%) | 461.8% |
| License Expense | 3,984 | (21,075) | 31,840 | (8,814) | 39,388 | 1,656 | (23,081) | (26,814) | 13,115 | | (863.6%) | n/m | 172.5% | n/m | 55.5% |
| License Margin | (2,520) | 40,100 | (50,620) | 29,095 | (38,084) | (9,577) | 13,676 | 45,465 | (11,409) | | nm | (123.9%) | nm | 56.3% | Flat% |
| License Margin % | | 444.9% | 269.4% | 143.5% | -12539.5% | 120.2% | -190.7% | 243.8% | -568.6% | | | | | | |
| | | | | | | | | | | | | | | | |
| Support Revenue | 748 | 5,367 | 706 | 163 | 0 | 0 | (363) | 0 | 0 | | (100.0%) | (100.0%) | (151.4%) | (100.0%) | #DIV/0! |
| Support Expense | 269 | 349 | 404 | 252 | 209 | (673) | 892 | 339 | 816 | | 22.1% | 292.7% | (120.9%) | (109.7%) | (290.0%) |
| Support Margin | 479 | 5,018 | 302 | (89) | (209) | 673 | (1,255) | (339) | (816) | | (143.7%) | (66.6%) | (515.0%) | (608.1%) | nm |
| Support Margin % | | 93.5% | 42.8% | -54.6% | #DIV/0! | #DIV/0! | 345.5% | #DIV/0! | #DIV/0! | | | | | | |
| | | | | | | | | | | | | | | | |
| Education Revenue | 111 | 17 | 40 | 0 | 0 | 0 | 0 | 0 | 0 | | (100.0%) | (100.0%) | (100.0%) | #DIV/0! | #DIV/0! |
| Education Expense | 0 | 0 | 0 | 19 | 0 | 1,857 | 0 | 0 | 0 | | #DIV/0! | #DIV/0! | (100.0%) | 100.0% | #DIV/0! |
| Education Margin | 111 | 17 | 40 | (19) | 0 | (1,857) | 0 | 0 | 0 | | (100.0%) | (10597.9%) | (100.0%) | nm | #DIV/0! |
| Education Margin % | | | 100.0% | -100.0% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | | | | | | |
| | | | | | | | | | | | | | | | |
| Consulting Revenue | 2,144 | 11,939 | (6,842) | 10,563 | 0 | 0 | (363) | 0 | 0 | | (100.0%) | (100.0%) | nm | (100.0%) | #DIV/0! |
| Consulting Expense | 1,403 | 1,866 | 2,736 | 2,316 | 879 | (1,629) | 950 | 674 | 621 | | 37.1% | 187.3% | 65.5% | 70.9% | 29.4% |
| Consulting Margin | 741 | 10,073 | (9,598) | 8,247 | (879) | 1,629 | (1,313) | (674) | (621) | | (218.7%) | (83.8%) | nm | (108.2%) | nm |
| Consulting Margin % | | | | | #DIV/0! | #DIV/0! | 368.7% | #DIV/0! | #DIV/0! | | | | | | |
| | | | | | | | | | | | | | | | |
| Hosting Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Hosting Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Hosting Margin | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Hosting Margin % | | | | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | | | | | | |
| | | | | | | | | | | | | | | | |
| Total Services Revenue | 3,003 | 17,323 | (6,906) | 10,926 | 0 | 0 | (926) | 0 | 0 | | (100.0%) | (100.0%) | nm | (100.0%) | #DIV/0! |
| Total Services Expense | 1,672 | 2,216 | 3,139 | 2,592 | 1,089 | (445) | 1,842 | 1,213 | 1,437 | | 34.9% | 120.1% | 41.7% | 53.2% | (32.0%) |
| Total Services Margin | 1,331 | 15,107 | (9,255) | 8,334 | (1,089) | 445 | (2,768) | (1,213) | (1,437) | | (181.8%) | (97.1%) | nm | (114.6%) | nm |
| Total Services Margin % | | | | 76.3% | #DIV/0! | #DIV/0! | 298.8% | #DIV/0! | #DIV/0! | | | | | | |
| | | | | | | | | | | | | | | | |
| R&D | 4,014 | 4,445 | 10,671 | 1,372 | 881 | 2,576 | 1,758 | 2,038 | 2,497 | | 78.0% | 42.1% | 83.5% | (48.6%) | (183.4%) |
| | | | | | | | | | | | | | | | |
| G&A | 6,162 | 1,019 | 7,665 | 244 | 4,382 | (2,196) | (84) | 905 | 1,270 | | 28.9% | 315.6% | 101.1% | (270.9%) | 71.0% |
| | | | | | | | | | | | | | | | |
| Total Revenues | 4,467 | 26,348 | (24,876) | 31,207 | 304 | (7,971) | (10,930) | 18,650 | 1,706 | | (93.2%) | (130.3%) | nm | (40.2%) | 461.8% |
| Total Operating Expenses | 15,832 | (23,306) | 53,338 | (4,606) | 44,739 | 1,241 | (19,364) | (22,658) | 18,318 | | (482.6%) | n/m | 151.7% | n/m | 59.1% |
| Total Operating Margin | (11,365) | 49,744 | (78,214) | 35,813 | (44,436) | (9,212) | 8,434 | 41,308 | (16,612) | | (81.6%) | (119.1%) | nm | 15.3% | nm |
| Total Margin % | | | | 114.8% | -14638.5% | 115.6% | -77.2% | 221.5% | -973.6% | | | | | | |

Oracle Corporation Confidential

Page 6

ORACLE CONFIDENTIAL

CA-ORCL 021445

NDCA-ORCL 024436

# External Income Statement Margin Trend

| | Q1 FY99 | Q2 FY99 | Q3 FY99 | Q4 FY99 | Q1 FY00 | Q2 FY00 | Q3 FY00 | Q4 FY00 | Q1 FY01 | Q2 FY01 | Growth Rate | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Q2 FY01 | Q3 FY01 | Q4 FY01 | Q1 FY01 | Q2 FY01 |
| License Revenue | 340,570 | 363,989 | 858,145 | 236,573 | 386,665 | 574,182 | 1,088,984 | 364,705 | 532,341 | | 13.5% | 57.8% | 26.9% | 42.1% | 37.7% |
| License Expense | 276,558 | 296,815 | 521,200 | 249,694 | 257,432 | 275,066 | 500,724 | 323,067 | 319,601 | | 3.3% | 7.3% | 3.9% | (29.4%) | (9.5%) |
| License Margin | 64,013 | 67,174 | 336,945 | 6,878 | 119,233 | 299,116 | 588,260 | 41,638 | 212,740 | | 86.3% | 345.4% | 74.6% | 505.3% | 78.4% |
| License Margin % | | | 39.3% | 2.7% | 30.8% | 52.1% | 54.0% | 11.4% | 40.0% | | | | | | |
| Support Revenue | 271,263 | 282,615 | 329,170 | 334,108 | 355,985 | 382,401 | 410,591 | 419,096 | 461,428 | | 31.6% | 35.1% | 30.8% | 31.4% | 29.8% |
| Support Expense | 74,609 | 83,114 | 92,800 | 94,921 | 93,867 | 94,794 | 94,207 | 73,612 | 78,021 | | (14.1%) | (14.1%) | 3.7% | 22.4% | 18.6% |
| Support Margin | 196,654 | 199,500 | 231,370 | 239,187 | 261,118 | 287,607 | 316,384 | 345,487 | 385,408 | | 12.8% | 44.2% | 45.4% | 52.8% | 47.6% |
| Support Margin % | | | 70.3% | 71.6% | 73.1% | 75.2% | 78.1% | 83.2% | 83.2% | | | | | | |
| Education Revenue | 49,772 | 43,455 | 62,142 | 34,237 | 52,346 | 51,046 | 55,477 | 31,374 | 42,512 | | 5.2% | 17.3% | 10.7% | (42.2%) | (18.8%) |
| Education Expense | 48,365 | 46,456 | 50,659 | 32,197 | 45,487 | 42,063 | 39,795 | 38,287 | 32,857 | | 5.0% | 9.3% | 21.4% | (26.5%) | 27.8% |
| Education Margin | 1,407 | (991) | 11,481 | 2,039 | 6,859 | 8,983 | 15,682 | (2,413) | 9,655 | | 387.4% | nm | 16.6% | (131.6%) | 40.8% |
| Education Margin % | | | 18.5% | 40.6% | 13.1% | 17.6% | 28.1% | (23.6%) | 22.7% | | | | | | |
| Consulting Revenue | 132,695 | 304,539 | 153,204 | 327,825 | 317,610 | 287,926 | 315,121 | 295,121 | 308,798 | | (1.6%) | (5.5%) | (10.8%) | (10.0%) | (2.8%) |
| Consulting Expense | 221,318 | 283,648 | 269,824 | 264,378 | 250,956 | 236,083 | 228,885 | 223,309 | 245,335 | | 8.2% | 39.7% | 15.2% | 15.6% | 2.2% |
| Consulting Margin | 49,117 | 20,891 | 83,381 | 63,247 | 66,654 | 61,843 | 86,236 | 71,811 | 63,463 | | 35.2% | 159.0% | 3.4% | 13.5% | (4.4%) |
| Consulting Margin % | | | 34.2% | 19.3% | 21.0% | 21.5% | 27.4% | 24.3% | 20.6% | | | | | | |
| Hosting Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,088 | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Hosting Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,879 | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Hosting Margin | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (791) | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Hosting Margin % | | | | | | | #DIV/0! | | (25.6%) | | | | | | |
| Total Services Revenue | 643,730 | 632,619 | 744,516 | 716,170 | 726,941 | 721,372 | 801,189 | 768,681 | 817,474 | | 12.9% | 14.0% | 7.6% | 7.3% | 12.5% |
| Total Services Expense | 396,352 | 413,219 | 418,281 | 391,697 | 392,310 | 372,940 | 362,887 | 339,587 | 359,043 | | 1.0% | 12.2% | 13.2% | 13.3% | 8.5% |
| Total Services Margin | 247,379 | 219,400 | 326,231 | 324,473 | 334,631 | 358,432 | 438,302 | 429,094 | 458,431 | | 35.3% | 63.4% | 34.4% | 32.2% | 37.0% |
| Total Services Margin % | | | 43.8% | 45.3% | 46.0% | 49.7% | 54.7% | 55.8% | 56.1% | | | | | | |
| R&D | 93,932 | 205,906 | 232,349 | 233,144 | 244,358 | 248,702 | 257,458 | 244,535 | 258,170 | | (26.0%) | (20.8%) | (15.1%) | (4.9%) | (5.7%) |
| G&A | 57,137 | 44,877 | 92,666 | 73,912 | 47,621 | 53,987 | 28,915 | 38,611 | 47,572 | | 16.7% | (20.3%) | 68.8% | 47.8% | 0.1% |
| Total Revenues | 984,301 | 996,588 | 1,602,661 | 972,742 | 1,113,606 | 1,295,554 | 1,890,173 | 1,133,386 | 1,345,815 | | 13.1% | 30.0% | 17.9% | 16.5% | 21.2% |
| Total Operating Expenses | 923,978 | 960,816 | 1,264,456 | 948,446 | 951,721 | 942,695 | 1,159,394 | 945,800 | 984,380 | | (3.0%) | 2.1% | 8.3% | 0.3% | (0.6%) |
| Total Operating Margin | 60,323 | 35,772 | 338,162 | 24,296 | 161,885 | 354,860 | 730,180 | 187,586 | 365,429 | | 168.4% | 892.0% | 115.9% | 671.1% | 123.7% |
| Total Margin % | | | 21.1% | 2.5% | 14.5% | 27.4% | 38.6% | 16.6% | 27.1% | | | | | | |

ORACLE CONFIDENTIAL

CA-ORCL 021446

NDCA-ORCL 024437

External Income Statement Margin Trend

| Total Company External Income Statement (U.S. Dollars 000s) | Q2 FY99 | Q1 FY99 | Q4 FY99 | Q1 FY99 | Q2 FY00 | Q1 FY00 | Q4 FY00 | Q3 FY00 | Q2 FY01 | Q1 FY01 | | Growth Rate | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Q2 FY00 | Q1 FY00 | Q4 FY00 | Q3 FY00 | Q2 FY01 | Q1 FY01 |
| License Revenue | 767,428 | 825,738 | 1,512,715 | 632,182 | 902,632 | 1,071,372 | 1,846,609 | 807,231 | 1,118,238 | | 17.6% | 29.7% | 24.9% | 21.7% | 27.7% | 33.9% |
| License Expense | 591,754 | 366,757 | 953,792 | 538,426 | 531,415 | 592,694 | 852,194 | 573,064 | 640,865 | | (6.7%) | (4.9%) | (6.7%) | 10.7% | (6.4%) | (1.9%) |
| License Margin | 175,674 | 258,982 | 558,943 | 93,756 | 371,197 | 476,678 | 988,415 | 234,274 | 477,372 | | 54.4% | 84.1% | 76.8% | | 149.9% | 66.0% |
| License Margin % | | | | 14.8% | 30.0% | 44.5% | 53.7% | 29.0% | 42.7% | | | | | | | |
| Support Revenue | 566,440 | 581,596 | 670,632 | 667,415 | 720,242 | 754,441 | 836,013 | 819,107 | 872,667 | | 27.2% | 29.3% | 24.8% | 24.0% | 25.7% | 21.1% |
| Support Expense | 163,491 | 178,851 | 200,841 | 191,514 | 209,012 | 204,582 | 204,849 | 168,308 | 169,573 | | (24.8%) | (14.4%) | (27.6%) | (3.7%) | 12.1% | 16.9% |
| Support Margin | 402,950 | 404,733 | 469,791 | 475,902 | 516,330 | 549,831 | 631,855 | 650,799 | 703,094 | | 28.1% | 35.9% | 34.5% | 34.5% | 41.0% | 36.2% |
| Support Margin % | | | | 71.3% | 71.7% | 72.9% | 75.5% | 79.9% | 80.6% | | | | | | | |
| Education Revenue | 115,815 | 91,854 | 127,642 | 106,895 | 119,237 | 108,437 | 126,407 | 88,168 | 111,389 | | 3.0% | 9.7% | (1.0%) | (17.3%) | (6.6%) |
| Education Expense | 97,950 | 92,693 | 101,475 | 84,161 | 92,841 | 79,623 | 84,109 | 78,789 | 75,899 | | 5.2% | 14.1% | 10.2% | 9.2% | 18.2% |
| Education Margin | 17,865 | 6,161 | 26,167 | 22,734 | 26,396 | 28,814 | 41,409 | 9,318 | 35,491 | | 47.8% | 167.7% | 58.2% | (58.7%) | 34.3% |
| Education Margin % | | | | 21.3% | 22.1% | 26.5% | 32.8% | 10.6% | 31.9% | | | | | | |
| Consulting Revenue | 606,261 | 570,731 | 632,269 | 578,026 | 579,672 | 515,195 | 570,591 | 524,075 | 556,516 | | (4.4%) | (9.3%) | (9.8%) | (9.3%) | (4.3%) |
| Consulting Expense | 518,407 | 520,467 | 510,671 | 481,076 | 456,115 | 423,057 | 435,652 | 422,704 | 446,695 | | 12.0% | 18.7% | 14.7% | 12.1% | 1.1% |
| Consulting Margin | 87,854 | 50,264 | 121,597 | 96,950 | 123,557 | 92,137 | 134,939 | 101,371 | 107,821 | | 40.4% | 83.1% | 11.0% | 4.6% | (12.8%) |
| Consulting Margin % | | | | 16.8% | 21.3% | 17.9% | 21.6% | 19.3% | 19.4% | | | | | | |
| Hosting Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,088 | 2,726 | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Hosting Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,887 | 2,831 | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Hosting Margin | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (799) | (95) | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Hosting Margin % | | | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | (25.9%) | (3.5%) | | | | | |
| Total Services Revenue | 1,288,516 | 1,253,181 | 1,430,543 | 1,262,336 | 1,419,251 | 1,378,045 | 1,533,701 | 1,434,637 | 1,541,108 | | 10.1% | 10.0% | 7.2% | 7.6% | 3.6% |
| Total Services Expense | 779,847 | 792,023 | 812,988 | 756,250 | 753,188 | 707,263 | 723,498 | 673,878 | 694,998 | | 3.4% | 10.7% | 10.8% | 11.0% | 7.7% |
| Total Services Margin | 508,669 | 461,158 | 617,555 | 595,585 | 656,083 | 670,783 | 808,303 | 760,759 | 846,511 | | 30.9% | 45.5% | 30.9% | 31.1% | 27.1% |
| Services Margin % | | | | 47.2% | 46.9% | 48.7% | 52.7% | 53.7% | 54.9% | | | | | |
| R&D | 200,678 | 205,798 | 243,307 | 235,941 | 248,161 | 255,551 | 270,229 | 251,007 | 266,280 | | (13.7%) | (21.8%) | (11.1%) | (6.4%) | (7.3%) |
| G&A | 101,599 | 103,663 | 126,891 | 107,537 | 113,053 | 122,190 | 137,878 | 105,965 | 141,402 | | (11.3%) | (17.9%) | (8.7%) | 1.5% | 1.5% |
| Total Revenues | 2,055,944 | 2,078,919 | 2,943,278 | 1,984,517 | 2,321,883 | 2,449,418 | 3,374,310 | 2,261,875 | 2,659,346 | | 12.9% | 17.8% | 14.0% | 14.0% | 14.5% |
| Total Operating Expenses | 1,673,878 | 1,672,240 | 2,135,979 | 1,638,654 | 1,734,817 | 1,679,698 | 1,985,799 | 1,603,834 | 1,713,545 | | (4.3%) | (0.4%) | 7.1% | 2.1% | 1.8% |
| Total Operating Margin | 382,066 | 406,659 | 805,299 | 345,863 | 576,066 | 769,720 | 1,388,511 | 658,041 | 945,801 | | 50.8% | 89.7% | 72.2% | 90.3% | 64.2% |
| Total Margin % | | | | 17.4% | 24.8% | 31.4% | 41.1% | 29.1% | 33.6% | | | | | |

External Income Statement Margin Trend

| | Q1 FY99 | Q2 FY99 | Q3 FY99 | Q4 FY99 | Q1 FY00 | Q2 FY00 | Q3 FY00 | Q4 FY00 | Q1 FY01 | Q2 FY01 | Growth Rate Q2 FY01 | Q1 FY01 | Q4 FY00 | Q3 FY00 | Q2 FY01 | Q1 FY01 | Q2 FY01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| License Revenue | 387,456 | 427,732 | 947,256 | 201,895 | 443,846 | 844,179 | 1,185,965 | 407,252 | 591,137 | | 14.6% | 50.6% | 25.2% | 39.5% | 21.2% | | |
| License Expense | 322,102 | 344,592 | 580,419 | 308,711 | 209,417 | 309,839 | 540,356 | 352,764 | 336,014 | | 7.0% | 10.1% | 6.8% | (14.3%) | (15.9%) | | |
| License Margin | 65,354 | 83,141 | 366,817 | (16,816) | 134,341 | 334,341 | 645,209 | 54,489 | 255,143 | | 121.0% | 102.1% | 75.9% | nm | 42.9% | | |
| License Margin % | | | 38.7% | -8.3% | 32.5% | 31.9% | 54.4% | 13.4% | 39.8% | | | | | | | | |
| Support Revenue | 312,088 | 321,440 | 379,005 | 381,859 | 406,691 | 436,949 | 490,940 | 499,245 | 522,786 | | 10.3% | 35.9% | 29.5% | 30.7% | 28.5% | | |
| Support Expense | 87,120 | 94,736 | 110,438 | 104,624 | 110,184 | 108,350 | 112,176 | 84,451 | 89,179 | | (26.5%) | (14.4%) | (1.6%) | 19.3% | 19.1% | | |
| Support Margin | 224,968 | 226,705 | 268,567 | 277,235 | 296,509 | 328,600 | 378,764 | 414,794 | 433,607 | | 31.8% | 44.9% | 41.0% | 49.6% | 46.2% | | |
| Support Margin % | | | 70.9% | 72.6% | 72.9% | 75.2% | 77.2% | 83.1% | 82.9% | | | | | | | | |
| Education Revenue | 58,822 | 51,965 | 76,146 | 60,951 | 60,403 | 58,050 | 64,388 | 38,473 | 54,038 | | 2.7% | 11.8% | (8.2%) | 126.9% | (15.5%) | | |
| Education Expense | 55,472 | 52,177 | 52,930 | 37,805 | 51,718 | 47,688 | 48,272 | 44,456 | 39,095 | | 6.8% | 8.5% | 18.9% | (17.6%) | 24.6% | | |
| Education Margin | 3,349 | (211) | 23,076 | 23,146 | 8,685 | 10,361 | 16,116 | (5,983) | 14,943 | | 159.3% | nm | 38.5% | (125.8%) | 37.5% | | |
| Education Margin % | | | 30.3% | 38.0% | 14.4% | 17.8% | 25.1% | -15.6% | 23.4% | | | | | | | | |
| Consulting Revenue | 358,727 | 337,728 | 391,797 | 354,317 | 350,631 | 318,885 | 346,869 | 324,603 | 340,929 | | (2.3%) | (5.6%) | (11.5%) | (9.4%) | (2.8%) | | |
| Consulting Expense | 300,834 | 304,131 | 397,169 | 289,884 | 276,555 | 250,907 | 252,886 | 246,852 | 270,451 | | 8.1% | 17.5% | 15.0% | 14.8% | 2.2% | | |
| Consulting Margin | 57,893 | 33,597 | 94,627 | 64,433 | 74,076 | 67,979 | 94,163 | 77,751 | 70,478 | | 29.0% | 102.3% | (0.5%) | 13.6% | (4.9%) | | |
| Consulting Margin % | | | 24.2% | 18.1% | 21.1% | 21.3% | 27.1% | 24.0% | 20.7% | | | | | | | | |
| Hosting Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,088 | 2,736 | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | | |
| Hosting Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,879 | 2,831 | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | | |
| Hosting Margin | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (791) | (95) | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | | |
| Hosting Margin % | | | | | #DIV/0! | #DIV/0! | #DIV/0! | -72.6% | -3.5% | | | | | | | | |
| Total Services Revenue | 729,637 | 711,074 | 840,948 | 801,148 | 817,727 | 811,884 | 902,171 | 865,409 | 917,489 | | 12.1% | 14.5% | 7.3% | 8.0% | 12.2% | | |
| Total Services Expense | 443,426 | 451,064 | 464,678 | 432,314 | 438,457 | 406,945 | 411,134 | 379,637 | 401,556 | | 1.1% | 9.8% | 11.5% | 12.2% | 8.4% | | |
| Total Services Margin | 286,210 | 260,070 | 376,270 | 368,834 | 379,270 | 406,940 | 491,043 | 485,772 | 515,933 | | 32.5% | 56.5% | 20.5% | 31.7% | 36.0% | | |
| Total Services Margin % | | | 44.7% | 46.0% | 46.4% | 50.0% | 54.4% | 56.1% | 56.2% | | | | | | | | |
| R&D | 193,277 | 201,776 | 228,514 | 225,519 | 244,670 | 248,975 | 267,358 | 244,857 | 258,483 | | (26.6%) | (23.4%) | (17.2%) | (6.7%) | (5.6%) | | |
| G&A | 44,031 | 42,463 | 77,553 | 55,499 | 51,581 | 50,012 | 37,801 | 43,674 | 54,412 | | (17.1%) | (42.7%) | 51.3% | 21.3% | (5.5%) | | |
| Total Revenues | 1,117,093 | 1,138,806 | 1,788,206 | 1,093,043 | 1,261,573 | 1,458,064 | 2,088,142 | 1,272,661 | 1,508,646 | | 12.2% | 28.0% | 16.8% | 16.4% | 19.6% | | |
| Total Operating Expenses | 1,002,857 | 1,019,835 | 1,351,185 | 1,026,044 | 1,034,134 | 1,026,371 | 1,257,050 | 1,020,931 | 1,070,664 | | (3.1%) | 1.3% | 6.5% | 0.5% | (3.5%) | | |
| Total Operating Margin | 114,235 | 98,972 | 437,021 | 66,999 | 227,439 | 431,693 | 810,093 | 251,729 | 438,181 | | 99.1% | 136.2% | 90.1% | 235.7% | 92.7% | | |
| Total Margin % | | | 24.4% | 6.1% | 18.0% | 29.6% | 38.8% | 19.8% | 29.1% | | | | | | | | |

Page 9

ORACLE CONFIDENTIAL

CA-ORCL 021448

NDCA-ORCL 024439

# External Income Statement Margin Trend

**Europe**
**External Income Statement**
**U.S. Dollars (000's)**

| | Q1 FY99 | Q2 FY99 | Q3 FY99 | Q4 FY99 | Q1 FY00 | Q2 FY00 | Q3 FY00 | Q4 FY00 | Q1 FY01 | Q2 FY01 | Growth Rate Q3 FY00 | Q4 FY00 | Q1 FY01 | Q2 FY01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| License Revenue | 231,508 | 265,763 | 415,206 | 191,763 | 289,199 | 273,904 | 432,087 | 212,824 | 299,797 | | 3.1% | 4.1% | 9.8% | 3.7% |
| License Expense | 199,841 | 187,548 | 265,491 | 164,851 | 214,554 | 200,767 | 236,070 | 170,192 | 179,355 | | (7.0%) | 11.1% | (3.2%) | 16.4% |
| License Margin | 51,666 | 78,215 | 149,715 | 28,914 | 74,645 | 73,137 | 196,017 | 42,632 | 120,439 | | (6.5%) | 10.9% | 47.4% | 61.5% |
| License Margin % | | | 36.1% | 14.9% | 25.8% | 26.7% | 45.4% | 20.0% | 40.2% | | | | | |
| Support Revenue | 199,118 | 199,312 | 221,365 | 214,960 | 234,632 | 216,611 | 231,969 | 247,670 | 251,145 | | 18.7% | 13.8% | 15.2% | 7.0% |
| Support Expense | 57,216 | 64,383 | 69,303 | 64,632 | 69,357 | 72,583 | 67,210 | 60,171 | 56,462 | | (12.7%) | 3.0% | 6.9% | 18.6% |
| Support Margin | 141,902 | 134,929 | 152,061 | 150,328 | 165,276 | 144,028 | 184,759 | 187,499 | 194,683 | | 21.6% | 21.5% | 24.7% | 17.8% |
| Support Margin % | | | 68.7% | 69.9% | 70.4% | 69.3% | 73.3% | 75.7% | 77.5% | | | | | |
| Education Revenue | 44,798 | 35,916 | 43,315 | 32,053 | 42,150 | 35,096 | 42,975 | 30,150 | 40,111 | | (2.3%) | (0.8%) | (5.9%) | (6.4%) |
| Education Expense | 31,603 | 29,710 | 32,083 | 33,580 | 29,676 | 29,511 | 27,309 | 24,010 | 24,676 | | 34.3% | 14.9% | 23.5% | 16.8% |
| Education Margin | 13,195 | 6,206 | 11,242 | (1,527) | 13,174 | 15,584 | 15,666 | 6,140 | 15,435 | | 151.1% | 39.4% | nm | 17.2% |
| Education Margin % | | | 25.9% | -4.8% | 30.7% | 44.4% | 36.5% | 20.4% | 38.5% | | | | | |
| Consulting Revenue | 214,035 | 192,685 | 207,213 | 176,957 | 189,033 | 161,730 | 175,308 | 152,505 | 169,358 | | (16.1%) | (15.5%) | (13.8%) | (10.2%) |
| Consulting Expense | 188,405 | 185,735 | 177,654 | 157,461 | 147,503 | 139,503 | 144,257 | 136,515 | 138,392 | | 24.7% | 18.5% | 13.9% | 6.2% |
| Consulting Margin | 25,631 | 6,950 | 29,559 | 19,497 | 41,530 | 21,847 | 30,551 | 15,991 | 31,966 | | 214.3% | 2.8% | (18.0%) | (24.5%) |
| Consulting Margin % | | | 14.0% | 11.0% | 22.0% | 13.5% | 17.4% | 10.5% | 18.5% | | | | | |
| Hosting Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Hosting Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | (8) | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Hosting Margin | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (8) | 8 | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Hosting Margin % | | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | | | | | |
| Total Service Revenue | 458,011 | 427,913 | 472,063 | 423,970 | 466,316 | 433,457 | 470,251 | 430,326 | 461,014 | | 1.3% | (0.4%) | 1.5% | (1.3%) |
| Total Service Expense | 277,224 | 279,828 | 279,040 | 255,672 | 246,536 | 231,898 | 239,276 | 220,705 | 219,530 | | 17.1% | 14.3% | 13.7% | 11.0% |
| Total Service Margin | 180,787 | 148,085 | 193,022 | 168,298 | 219,780 | 201,459 | 230,976 | 209,621 | 241,484 | | 16.0% | 19.7% | 24.6% | 9.8% |
| Total Service Margin % | | | 40.9% | 39.7% | 47.1% | 46.5% | 49.1% | 48.7% | 52.4% | | | | | |
| R&D | 1,422 | 1,656 | 2,035 | 2,899 | 420 | 1,621 | 1,453 | 2,751 | 2,564 | | 2.1% | 28.6% | 5.1% | (542.6%) |
| G&A | 37,842 | 44,881 | 32,127 | 35,251 | 41,482 | 48,555 | 82,609 | 65,308 | 41,164 | | (8.1%) | (157.1%) | (38.5%) | 0.8% |
| Total Revenues | 709,519 | 691,675 | 887,268 | 615,733 | 755,714 | 707,360 | 902,338 | 643,150 | 760,807 | | 2.0% | 1.7% | 4.1% | 0.7% |
| Total Operating Expenses | 516,329 | 511,913 | 578,693 | 458,623 | 502,972 | 482,820 | 559,428 | 418,956 | 442,611 | | 6.0% | 1.3% | 4.1% | 10.0% |
| Total Operating Margin | 192,690 | 179,763 | 308,576 | 159,062 | 253,743 | 224,440 | 342,910 | 204,194 | 318,193 | | 24.9% | 11.1% | 28.9% | 23.9% |
| Total Margin % | | | 34.8% | 25.8% | 33.6% | 31.7% | 38.0% | 31.7% | 41.8% | | | | | |

ORACLE CONFIDENTIAL

Oracle Corporation Confidential

12/06/2000

CA-ORCL 021449

Page 10

NDCA-ORCL 024440

# External Income Statement Margin Trend

**Japan**
**External Income Statement**
**(U.S. Dollars in 000's)**

| | Q1 FY99 | Q1 FY99 | Q4 FY99 | Q1 FY00 | Q1 FY00 | Q1 FY00 | Q1 FY00 | Q4 FY00 | Q1 FY01 | Q1 FY01 | Q1 FY01 | Growth Rate | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Q1 FY00 | Q4 FY00 | Q1 FY01 | Q1 FY01 |
| License Revenue | 83,279 | 28,806 | 54,473 | 96,600 | 71,513 | 111,374 | 91,939 | 130,938 | 94,609 | 145,844 | | 33.7% | 24.4% | 35.5% | 32.3% | 31.0% |
| License Expense | 43,606 | 10,233 | 31,610 | 28,914 | 34,659 | 35,254 | 41,132 | 33,528 | 40,280 | | 20.4% | (19.9%) | (20.8%) | (16.8%) | (16.2%) |
| License Margin | 54,473 | 41,606 | 65,000 | 42,601 | 76,754 | 55,685 | 89,386 | 61,081 | 105,564 | | 40.8% | 27.3% | 37.7% | 43.4% | 35.9% |
| License Margin % | | | 67.3% | 59.6% | 68.9% | 60.6% | 68.4% | 64.6% | 72.4% | | | | | | |
| Support Revenue | 18,493 | 20,143 | 26,413 | 25,472 | 31,249 | 29,870 | 39,134 | 35,081 | 41,482 | | 71.7% | 44.3% | 49.0% | 37.7% | 10.7% |
| Support Expense | 5,232 | 6,168 | 6,183 | 6,255 | 7,807 | 7,410 | 7,429 | 7,264 | 7,803 | | (41.6%) | (20.1%) | (16.4%) | (16.1%) | (5.4%) |
| Support Margin | 13,261 | 13,974 | 20,033 | 19,216 | 24,342 | 22,460 | 31,915 | 27,817 | 33,679 | | 83.6% | 60.7% | 59.3% | 44.8% | 38.4% |
| Support Margin % | | | 75.9% | 75.4% | 77.9% | 75.2% | 76.7% | 79.3% | 81.2% | | | | | | |
| Education Revenue | 4,454 | 4,384 | 5,685 | 5,930 | 6,659 | 6,396 | 7,901 | 8,313 | 8,411 | | 49.5% | 45.9% | 39.0% | 40.0% | 26.3% |
| Education Expense | 4,247 | 4,167 | 4,695 | 5,138 | 6,735 | 4,562 | 5,384 | 5,427 | 5,059 | | (11.5%) | (9.5%) | (14.7%) | (3.6%) | (6.9%) |
| Education Margin | 207 | 218 | 991 | 798 | 1,924 | 1,834 | 2,519 | 2,886 | 3,352 | | 830.9% | 742.3% | 154.3% | 261.8% | 74.2% |
| Education Margin % | | | 17.4% | 13.4% | 28.9% | 28.7% | 31.9% | 34.7% | 39.8% | | | | | | |
| Consulting Revenue | 7,122 | 7,286 | 8,441 | 6,807 | 11,679 | 8,759 | 17,349 | 15,492 | 16,256 | | 64.0% | 26.2% | 105.5% | 127.6% | 39.2% |
| Consulting Expense | 5,836 | 6,170 | 6,975 | 7,044 | 8,564 | 9,633 | 10,542 | 13,945 | 13,149 | | (46.8%) | (56.1%) | (51.1%) | (98.0%) | (53.5%) |
| Consulting Margin | 1,286 | 1,116 | 1,466 | (237) | 3,115 | (874) | 6,807 | 1,547 | 3,107 | | 142.1% | (178.9%) | 384.5% | nm | (0.3%) |
| Consulting Margin % | | | 17.4% | (3.5%) | 26.7% | (10.0%) | 39.2% | 10.0% | 19.1% | | | | | | |
| Hosting Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Hosting Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Hosting Margin | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Hosting Margin % | | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | | | | | | |
| Total Services Revenue | 30,069 | 31,812 | 40,539 | 38,215 | 50,086 | 45,025 | 64,595 | 58,887 | 66,149 | | 66.6% | 41.5% | 59.3% | 54.1% | 32.1% |
| Total Services Expense | 15,315 | 16,504 | 18,053 | 18,438 | 20,706 | 21,605 | 23,354 | 26,637 | 26,012 | | (35.2%) | (30.9%) | (29.4%) | (44.5%) | (25.8%) |
| Total Services Margin | 14,754 | 15,308 | 22,486 | 19,777 | 29,380 | 23,420 | 41,241 | 32,250 | 40,137 | | 99.1% | 53.0% | 83.4% | 63.1% | 36.6% |
| Services Margin % | | | 55.5% | 51.8% | 58.7% | 52.0% | 63.8% | 54.8% | 60.7% | | | | | | |
| R&D | 1,221 | 1,001 | 929 | 1,085 | 1,251 | 1,143 | 1,196 | 769 | 2,139 | | 5.7% | (14.2%) | (28.8%) | 29.1% | (85.9%) |
| G&A | 7,573 | 7,808 | 4,103 | 7,852 | 7,334 | 8,136 | 8,312 | 8,524 | 6,974 | | 3.2% | (4.2%) | (102.5%) | (8.6%) | 4.9% |
| Total Revenues | 113,348 | 105,731 | 137,189 | 109,729 | 161,460 | 136,964 | 195,533 | 153,496 | 211,993 | | 42.4% | 29.5% | 42.5% | 39.9% | 31.3% |
| Total Operating Expenses | 32,194 | 35,546 | 34,696 | 56,207 | 61,800 | 67,138 | 74,214 | 69,452 | 75,405 | | 20.7% | (20.0%) | (35.7%) | (23.4%) | (18.1%) |
| Total Operating Margin | 69,423 | 50,185 | 83,493 | 53,442 | 97,660 | 69,826 | 121,319 | 84,039 | 136,588 | | 61.5% | 39.1% | 47.1% | 57.3% | 39.9% |
| Total Margin % | | | 60.7% | 48.7% | 60.5% | 51.0% | 62.0% | 54.8% | 64.4% | | | | | | |

ORACLE CONFIDENTIAL
Oracle Corporation Confidential            12/06/2000
CA-ORCL 021450
NDCA-ORCL 024441

External Income Statement Margin Trend

| | Q2 FY99 | Q3 FY99 | Q4 FY99 | Q1 FY00 | Q2 FY00 | Q3 FY00 | Q4 FY00 | Q1 FY01 | Q2 FY01 | Growth Rate Q2 FY00 | Q3 FY00 | Q4 FY00 | Q1 FY01 | Q2 FY01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| License Revenue | 43,721 | 49,200 | 72,454 | 34,726 | 37,910 | 69,321 | 101,624 | 73,901 | 79,537 | -0.6% | 40.4% | 35.0% | | 37.3% |
| License Expense | 37,021 | 35,460 | 44,414 | 44,765 | 44,407 | 46,228 | 57,098 | 43,295 | 52,102 | (10.4%) | (28.6%) | 3.3% | | (17.3%) |
| License Margin | 6,701 | 13,840 | 27,990 | 9,962 | 13,503 | 23,093 | 44,526 | 30,604 | 27,435 | 66.9% | 59.1% | 207.3% | | 101.3% |
| License Margin % | | | | | 23.3% | 53.3% | | 41.4% | 34.5% | | | | | |
| Support Revenue | 35,993 | 37,334 | 43,143 | 44,762 | 47,368 | 50,982 | 54,814 | 57,110 | 57,254 | 36.6% | 27.1% | 27.6% | | 21.1% |
| Support Expense | 13,154 | 13,227 | 14,313 | 15,743 | 16,652 | 16,909 | 17,141 | 15,882 | 15,311 | (27.8%) | (19.8%) | (0.9%) | | 9.1% |
| Support Margin | 22,840 | 24,107 | 28,810 | 29,019 | 30,414 | 34,074 | 37,673 | 41,228 | 41,941 | 41.3% | 30.7% | 42.1% | | 37.9% |
| Support Margin % | | | | | 64.6% | 66.8% | 68.7% | 72.2% | 73.3% | | | | | |
| Education Revenue | 7,631 | 6,631 | 8,445 | 7,954 | 9,326 | 8,896 | 11,101 | 11,431 | 11,829 | 34.2% | 31.9% | 4.7% | | 26.8% |
| Education Expense | 6,627 | 6,679 | 7,627 | 7,618 | 6,713 | 6,905 | 6,032 | 5,986 | 2,069 | 10.1% | 20.9% | 31.2% | | (5.1%) |
| Education Margin | 1,004 | (48) | 818 | 336 | 2,613 | 2,891 | 5,109 | 6,145 | 1,761 | nm | 524.7% | 1789.3% | | 82.2% |
| Education Margin % | | | | | 28.0% | 32.5% | 45.9% | 55.5% | 40.3% | | | | | |
| Consulting Revenue | 24,173 | 21,093 | 31,501 | 25,360 | 28,328 | 25,801 | 31,848 | 31,474 | 27,573 | 22.1% | 0.5% | 24.1% | | (2.7%) |
| Consulting Expense | 21,930 | 21,565 | 26,118 | 24,371 | 22,813 | 24,244 | 26,716 | 24,717 | 24,082 | (7.4%) | (2.3%) | (1.4%) | | (5.6%) |
| Consulting Margin | 2,243 | (472) | 5,383 | 990 | 5,516 | 1,557 | 4,932 | 6,756 | 3,491 | nm | (8.4%) | 382.7% | | (36.7%) |
| Consulting Margin % | | | | | 18.2% | 6.0% | 15.6% | 21.5% | 12.7% | | | | | |
| Hosting Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | #DIV/0! | #DIV/0! | #DIV/0! | | #DIV/0! |
| Hosting Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | #DIV/0! | #DIV/0! | #DIV/0! | | #DIV/0! |
| Hosting Margin | | | | | | | | | 0 | #DIV/0! | #DIV/0! | #DIV/0! | | #DIV/0! |
| Hosting Margin % | | | | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | | | | | |
| Total Services Revenue | 67,797 | 65,058 | 83,089 | 78,077 | 84,922 | 85,679 | 97,503 | 100,015 | 96,656 | 31.1% | 17.5% | 24.1% | | 13.8% |
| Total Services Expense | 41,710 | 42,471 | 48,058 | 47,732 | 46,379 | 47,157 | 49,890 | 45,685 | 46,463 | (11.0%) | (3.8%) | 4.3% | | (0.3%) |
| Total Services Margin | 26,086 | 22,587 | 35,031 | 30,345 | 38,543 | 38,522 | 47,714 | 54,339 | 50,193 | 20.3% | 36.2% | 79.0% | | 30.3% |
| Margin % | | | | | 45.4% | 45.0% | 48.9% | 54.3% | 51.9% | | | | | |
| R&D | 744 | 920 | 1,127 | 1,067 | 1,047 | 1,222 | (1,537) | 812 | 592 | (32.9%) | 267.4% | 42.6% | | 43.4% |
| G&A | 5,970 | 7,493 | 5,441 | 8,691 | 8,375 | 7,103 | 9,240 | 7,554 | 7,582 | 5.2% | (69.3%) | 13.1% | | 8.4% |
| Total Revenues | 111,518 | 114,358 | 155,453 | 132,803 | 142,832 | 155,000 | 199,227 | 173,918 | 176,193 | 35.5% | 28.1% | 31.0% | | 23.4% |
| Total Operating Expenses | 85,445 | 86,343 | 99,970 | 103,254 | 100,108 | 131,710 | 114,290 | 97,147 | 106,739 | (17.8%) | (15.4%) | 5.0% | | (6.6%) |
| Total Operating Margin | 26,073 | 28,015 | 55,431 | 30,549 | 42,724 | 53,790 | 84,937 | 76,771 | 69,454 | 90.2% | 30.5% | 151.3% | | 63.6% |

ORACLE CONFIDENTIAL          CA-ORCL 021451

NDCA-ORCL 024442

External Income Statement Margin Trend

| Other Companies External Income Statement ($ in thousands) | Q1 FY99 | Q2 FY99 | Q3 FY99 | Q4 FY99 | Q1 FY00 | Q2 FY00 | Q3 FY00 | Q4 FY00 | Q1 FY01 | Q2 FY01 | Growth Rate Q1 FY00 | Q2 FY00 | Q3 FY00 | Q4 FY00 | Q1 FY01 | Q2 FY01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| License Revenue | 1,464 | 5,025 | (18,781) | 20,281 | 304 | (7,971) | (10,041) | 18,650 | 0 | 1,706 | nm | (188.3%) | (100.0%) | nm | (8.0%) | #61.8% |
| License Expense | 3,984 | (31,075) | 21,840 | (8,414) | 38,388 | 1,806 | (23,081) | (26,814) | 539 | 13,115 | (863.6%) | nm | #DIV/0! | nm | nm | 65.8% |
| License Margin | (2,520) | 40,100 | (50,620) | 29,095 | (38,084) | (9,777) | 13,076 | 45,465 | (539) | (564.0%) | nm | (123.9%) | (100.0%) | nm | 56.3% | nm |
| Support Revenue | 748 | 5,367 | 705 | 163 | 0 | 0 | (353) | 0 | 0 | 0 | (100.0%) | (100.0%) | #DIV/0! | nm | (100.0%) | #DIV/0! |
| Support Expense | 269 | 349 | 404 | 260 | 211 | (679) | 193 | (1,256) | 539 | 816 | 21.3% | 291.9% | (121.3%) | nm | #DIV/0! | (107.6%) |
| Support Margin | 479 | 5,018 | 302 | 103 | (211) | 670 | (1,256) | 346.1% | (539) | (816) | (144.1%) | (86.6%) | (515.5%) | nm | (621.1%) | nm |
| Education Revenue | 111 | 17 | 0 | 40 | 0 | 0 | 0 | 0 | 0 | 0 | (100.0%) | (100.0%) | #DIV/0! | #DIV/0! | (100.0%) | #DIV/0! |
| Education Expense | 0 | 0 | 0 | 19 | 0 | 1,857 | 0 | 0 | 3 | 3 | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | 100.0% | #DIV/0! |
| Education Margin | 111 | 17 | 0 | (19) | 0 | (1,857) | 0 | 0 | | | (100.0%) | (10997.9% | (100.0%) | nm | nm | #DIV/0! |
| Consulting Revenue | 2,144 | 11,939 | (6,842) | 10,563 | 0 | 0 | (363) | 0 | 0 | 0 | (100.0%) | (100.0%) | nm | nm | (100.0%) | #DIV/0! |
| Consulting Expense | 1,403 | 1,866 | 2,736 | 2,316 | 879 | (1,629) | 950 | 674 | 0 | 621 | 37.3% | 187.3% | 65.5% | nm | 70.9% | 29.4% |
| Consulting Margin | 741 | 10,073 | (9,598) | 8,247 | (879) | 1,629 | (1,314) | 268.7% | (674) | (621) | (218.7%) | (83.8%) | nm | nm | (108.2%) | nm |
| Hosting Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Hosting Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Hosting Margin | | | #DIV/0! | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Total Services Revenue | 3,003 | 17,323 | (6,096) | 10,926 | 0 | 0 | (926) | 0 | 0 | 0 | (100.0%) | (100.0%) | nm | nm | (100.0%) | #DIV/0! |
| Total Services Expense | 1,672 | 2,216 | 3,159 | 2,595 | 1,091 | (442) | 1,844 | 1,213 | 1,437 | 34.8% | 120.0% | 41.8% | nm | 53.2% | (31.7%) |
| Total Services Margin | 1,331 | 15,107 | (9,255) | 8,332 | (1,091) | 442 | (2,770) | (1,213) | (1,437) | (182.0%) | (97.1%) | nm | nm | (114.6%) | nm |
| R&D | 4,014 | 4,445 | 10,672 | 1,372 | 883 | 2,590 | (84) | 2,018 | 905 | 2,302 | 78.0% | 41.7% | 83.5% | 101.1% | (48.6%) | (183.3%) |
| G&A | 6,162 | 1,019 | 7,667 | 244 | 4,362 | (2,196) | 1,758 | 905 | 1,270 | 28.9% | 315.9% | 101.1% | nm | (29.9%) | 71.0% |
| Total Revenue | 4,467 | 26,348 | (24,876) | 31,207 | 304 | (7,971) | (10,930) | 18,650 | 1,706 | (93.2%) | (130.3%) | nm | 136.7% | (40.2%) | 461.8% |
| Total Operating Expenses | 15,832 | (23,196) | 51,338 | (4,604) | 44,744 | 1,558 | (19,562) | (22,658) | 41,308 | 18,324 | (182.6%) | nm | nm | 53.2% | 59.0% |
| Total Operating Margin | (11,365) | 49,544 | (76,214) | 35,811 | (44,440) | (9,532) | 8,632 | 41,308 | (66,618) | 1,706 | nm | (119.2%) | nm | 15.4% | nm |

Oracle Corporation Confidential                    12/08/2000

ORACLE CONFIDENTIAL                    CA-ORCL 021452

NDCA-ORCL 024443

# External Income Sta...ment Margin Trend

| | Q2 FY99 | Q3 FY99 | Q4 FY99 | Q1 FY00 | Q2 FY00 | Q3 FY00 | Q4 FY00 | Q1 FY01 | Q2 FY01 | Growth Rate Q2 FY00 | Q3 FY00 | Q4 FY00 | Q1 FY01 | Q2 FY01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| License Revenue | 140,570 | 363,969 | 858,145 | 236,573 | 386,665 | 574,182 | 1,088,984 | 364,705 | 532,341 | 13.5% | 57.8% | 26.9% | 42.1% | 37.7% |
| License Expense | 276,558 | 295,815 | 321,230 | 249,694 | 267,432 | 275,066 | 596,224 | 323,602 | 319,601 | 3.1% | 7.3% | 3.9% | (39.4%) | (19.5%) |
| License Margin | 64,013 | 67,154 | 336,945 | 6,878 | 119,231 | 290,115 | 588,260 | 41,638 | 212,740 | 86.3% | 345.4% | 74.8% | 505.3% | 40.0% |
| License Margin % | 2.7% | 39.3% | | 19.2% | | 49.6% | 54.0% | 11.4% | 40.0% | | | | | |
| Support Revenue | 271,263 | 282,615 | 329,170 | 334,108 | 356,905 | 282,401 | 430,591 | 439,498 | 463,438 | 31.6% | 35.3% | 30.8% | 31.4% | 29.8% |
| Support Expense | 74,609 | 83,114 | 97,860 | 94,921 | 93,867 | 94,794 | 94,207 | 73,612 | 78,021 | (28.5%) | (14.1%) | 3.7% | 22.4% | 18.6% |
| Support Margin | 196,654 | 199,500 | 231,310 | 239,187 | 261,118 | 287,607 | 336,384 | 365,487 | 385,408 | 32.8% | 44.2% | 45.4% | 52.8% | 47.6% |
| Support Margin % | | | 70.3% | 71.6% | 73.1% | 75.2% | 78.1% | 83.2% | 83.2% | | | | | |
| Education Revenue | 49,772 | 45,465 | 62,142 | 54,237 | 52,346 | 51,046 | 55,477 | 31,374 | 42,512 | 5.2% | 12.3% | (10.7%) | (42.2%) | (18.8%) |
| Education Expense | 48,365 | 46,456 | 50,659 | 32,197 | 45,481 | 42,063 | 39,782 | 33,787 | 32,857 | 6.0% | 9.5% | 21.4% | (20.5%) | 27.8% |
| Education Margin | 1,407 | (991) | 11,483 | 22,039 | 6,859 | 8,983 | 15,682 | (2,413) | 9,655 | 181.4% | na | 36.6% | (133.6%) | 40.8% |
| Education Margin % | | | 18.5% | 40.6% | 14.1% | 17.6% | 24.3% | (2.8%) | 22.7% | | | | | |
| Consulting Revenue | 322,695 | 304,539 | 353,264 | 327,823 | 317,610 | 287,926 | 315,121 | 295,121 | 308,798 | (1.6%) | (5.5%) | (10.8%) | (10.0%) | (2.8%) |
| Consulting Expense | 273,178 | 281,648 | 269,824 | 266,578 | 350,956 | 276,082 | 228,885 | 223,309 | 245,335 | 8.2% | 20.1% | 15.2% | 15.6% | 2.2% |
| Consulting Margin | 49,517 | 20,891 | 83,381 | 61,247 | 66,654 | 51,843 | 86,216 | 71,811 | 63,455 | 35.2% | 196.0% | 3.4% | 13.5% | (4.4%) |
| Consulting Margin % | | | 23.6% | 18.5% | 21.0% | 21.8% | 27.4% | 24.3% | 20.6% | | | | | |
| Hosting Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,088 | 2,736 | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Hosting Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,879 | 2,831 | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Hosting Margin | | | | | | | | (791) | (95) | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Hosting Margin % | | | | | | #DIV/0! | #DIV/0! | (25.6%) | (3.5%) | | | | | |
| Total Services Revenue | 643,730 | 632,619 | 744,516 | 716,170 | 726,941 | 721,272 | 801,189 | 768,681 | 817,474 | 12.9% | 14.0% | 7.6% | 7.3% | 12.5% |
| Total Services Expense | 396,332 | 411,219 | 418,283 | 391,697 | 392,110 | 362,940 | 362,887 | 339,387 | 359,043 | 1.0% | 12.2% | 13.2% | 13.3% | 8.5% |
| Total Services Margin | 247,379 | 219,400 | 326,233 | 324,473 | 334,831 | 358,432 | 438,302 | 429,094 | 458,431 | 35.2% | 63.1% | 34.4% | 32.2% | 37.0% |
| Total Services Margin % | | | 43.8% | 45.3% | 46.0% | 49.7% | 54.7% | 55.8% | 56.1% | | | | | |
| R&D | 193,932 | 205,906 | 232,249 | 233,144 | 244,358 | 248,702 | 263,558 | 244,535 | 288,170 | (26.0%) | (20.8%) | (15.1%) | (4.9%) | (5.7%) |
| G&A | 57,121 | 44,877 | 72,668 | 73,912 | 47,621 | 53,087 | 28,915 | 38,611 | 47,572 | 16.7% | (20.3%) | 68.8% | 47.8% | 0.1% |
| Total Revenues | 984,301 | 996,588 | 1,602,661 | 972,743 | 1,113,606 | 1,295,554 | 1,890,173 | 1,133,386 | 1,340,815 | 13.1% | 10.0% | 17.9% | (6.5%) | 21.2% |
| Total Operating Expenses | 923,928 | 560,816 | 1,264,499 | 948,446 | 931,721 | 910,655 | 1,135,984 | 945,830 | 924,386 | (3.0%) | 2.1% | 8.3% | 0.5% | (3.1%) |
| Total Operating Margin % | 60.7% | 15.7% | 33.8% | 24.7% | 14.7% | 21.4% | 54.7% | 11.6% | 27.1% | 108.4% | 892.0% | 11.5% | 672.1% | 125.7% |

Oracle Corporation Confidential

ORACLE CONFIDENTIAL

CA-ORCL 021453

NDCA-ORCL 024444

# External Income Statement Margin Trend

| | Constant Dollars | | | | | | US Dollars | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q2 FY01 vs Q2 FY00 | | Q2 FY01 | Q2 FY00 vs Q2 FY99 | | Q2 FY00 | Q2 FY01 vs Q2 FY00 | | Q2 FY01 | Q2 FY00 vs Q2 FY99 | | Q2 FY00 |
| | Revenue (U) F | Expense (U) F | Margin % | Revenue (U) F | Expense (U) F | Margin % | Revenue (U) F | Expense (U) F | Margin % | Revenue (U) F | Expense (U) F | Margin % |
| **License & Other:** | | | | | | | | | | | | |
| Americas | 33.6% | (18.7%) | 40.0% | 16.0% | 5.7% | 32.5% | 33.2% | (18.9%) | 39.8% | 14.6% | 7.0% | 32.5% |
| Europe | 20.3% | 3.8% | 40.5% | 25.5% | (16.2%) | 25.6% | 3.7% | 16.4% | 40.2% | 15.0% | (7.4%) | 25.8% |
| Japan | 36.6% | (19.5%) | 72.7% | 13.1% | (2.0%) | 68.8% | 31.0% | (16.2%) | 72.4% | 33.7% | (20.4%) | 68.9% |
| Asia Pacific | 43.4% | (24.7%) | 34.5% | 10.5% | (17.9%) | 24.6% | 37.2% | (17.3%) | 34.5% | 32.5% | (20.0%) | 23.3% |
| Other Companies | 461.8% | 65.8% | (668.6%) | (79.3%) | (863.6%) | (12539.5%) | 461.8% | 65.8% | (668.6%) | (79.3%) | (863.6%) | (12539.5%) |
| USA | 37.7% | (19.5%) | | 13.5% | 3.3% | 30.8% | 37.7% | (19.5%) | 40.0% | 13.5% | 3.2% | 20.8% |
| **Total License & Other** | | | 39.0% | | (9.1%) | 30.0% | 39.6% | (14.8%) | 13.4% | (2.9%) | (28.1%) | (5.2%) |
| **Support:** | | | | | | | | | | | | |
| Americas | 28.8% | 19.3% | | 31.7% | (27.8%) | 72.8% | 28.5% | 19.1% | 82.9% | 30.3% | (16.5%) | 72.9% |
| Europe | 25.5% | 4.5% | | 27.3% | (29.2%) | 70.4% | 7.0% | 18.6% | 77.5% | 17.8% | (20.2%) | 70.4% |
| Japan | 35.8% | (8.8%) | | 45.9% | (19.9%) | 76.7% | 30.7% | (5.8%) | 81.2% | 71.7% | (41.6%) | 76.7% |
| Asia Pacific | 31.0% | (0.3%) | | 28.0% | (24.7%) | 64.9% | 21.1% | 9.1% | 73.3% | 31.3% | (28.1%) | 64.3% |
| Other Companies | #DIV/0! | (290.0%) | | (100.0%) | 22.1% | #DIV/0! | #DIV/0! | (285.9%) | #DIV/0! | (100.0%) | 21.3% | #DIV/0! |
| USA | 29.8% | 18.6% | | 31.6% | (28.5%) | 73.1% | 29.8% | 18.6% | 83.2% | 31.6% | (28.5%) | 73.1% |
| **Total Support** | | | | | (27.6%) | 73.1% | 39.6% | (14.8%) | 83.2% | (2.9%) | (28.1%) | (5.2%) |
| **Education:** | | | | | | | | | | | | |
| Americas | (15.3%) | 24.3% | | 4.1% | 6.0% | 14.6% | (15.5%) | 24.4% | 23.4% | 2.7% | 6.8% | 14.4% |
| Europe | 9.9% | (10.5%) | | 4.1% | (1.5%) | 30.8% | (6.6%) | 16.8% | 38.5% | (4.7%) | 6.1% | 30.7% |
| Japan | 31.2% | (12.7%) | | 26.7% | 6.3% | 28.8% | 26.3% | (6.9%) | 39.8% | 49.5% | (11.5%) | 28.9% |
| Asia Pacific | 33.1% | #DIV/0! | | 20.2% | (0.4%) | 29.0% | 26.8% | (5.3%) | 40.2% | 22.2% | (1.3%) | 28.0% |
| Other Companies | #DIV/0! | #DIV/0! | | (100.0%) | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | (100.0%) | #DIV/0! | #DIV/0! |
| USA | (18.8%) | 27.8% | | 5.2% | 6.0% | 13.1% | (18.3%) | 27.8% | 22.7% | 5.2% | 5.0% | 13.1% |
| **Total Education** | | | | 4.3% | 3.3% | 22.0% | 39.6% | (14.8%) | 22.7% | (2.9%) | (28.1%) | (5.2%) |
| **Consulting:** | | | | | | | | | | | | |
| Americas | (2.7%) | 2.1% | 20.7% | (1.4%) | 7.6% | 21.2% | (2.8%) | 2.2% | 20.7% | (2.3%) | 8.1% | 21.1% |
| Europe | 5.2% | 6.2% | 18.8% | (6.4%) | 15.8% | 22.0% | (10.2%) | 6.2% | 18.9% | (11.7%) | 21.7% | 22.0% |
| Japan | 45.4% | (59.0%) | 19.7% | 38.6% | (23.9%) | 26.6% | 39.2% | (53.5%) | 19.1% | 64.0% | (44.8%) | 26.7% |
| Asia Pacific | 5.2% | (15.8%) | 11.7% | 16.9% | (2.1%) | 19.8% | (2.7%) | (5.6%) | 12.7% | 17.2% | (4.0%) | 19.5% |
| Other Companies | #DIV/0! | 29.4% | #DIV/0! | (100.0%) | 37.3% | #DIV/0! | #DIV/0! | 29.4% | #DIV/0! | (100.0%) | 37.3% | #DIV/0! |
| USA | (2.8%) | 2.2% | | (1.6%) | 8.2% | 21.0% | (2.8%) | 2.2% | 20.6% | (1.6%) | 8.2% | 21.0% |
| **Total Consulting** | | | | | 9.4% | 21.3% | 39.6% | (14.8%) | 13.6% | (2.9%) | (28.1%) | (5.2%) |

Oracle Corporation Confidential                    12/08/2000

ORACLE CONFIDENTIAL        CA-ORCL 021454

NDCA-ORCL 024445

# External Income Statement Margin Trend

| | Constant Dollars | | | | | | | US Dollars | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q2 FY01 vs Q2 FY00 | | Q2 FY01 | Q2 FY00 vs Q2 FY99 | | Q2 FY99 | Q2 FY00 | Q2 FY01 vs Q2 FY00 | | Q2 FY01 | Q2 FY00 vs Q2 FY99 | | Q2 FY99 | Q2 FY00 |
| | Revenue (U) F | Expense (U) F | Margin % | Revenue (U) F | Expense (U) F | Margin % | Margin % | Revenue (U) F | Expense (U) F | Margin % | Revenue (U) F | Expense (U) F | Margin % | Margin % |
| **Hosting Services:** | | | | | | | | | | | | | | |
| Americas | 0.0% | 0.0% | #DIV/0! | 13.2% | 0.4% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | 12.1% | 1.1% | #DIV/0! | #DIV/0! |
| Europe | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Japan | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Asia Pacific | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Other Companies | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| USA | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| **Total Hosting Services** | | | | | | | (5.2%) | | | | | | (28.1%) | (5.2%) |
| **Services:** | | | | | | | | | | | | | | |
| Americas | 12.4% | 8.4% | 56.3% | 13.2% | 0.4% | 46.4% | #DIV/0! | 12.1% | 8.4% | 56.2% | 1.9% | 1.1% | (26.6%)? | 46.4% |
| Europe | 15.8% | (4.5%) | 52.4% | 10.0% | 4.5% | 47.2% | | 1.3% | 1.0% | 52.4% | 11.2% | 11.2% | | 47.2% |
| Japan | 37.4% | (29.9%) | 60.9% | 41.3% | (14.1%) | 58.6% | | 66.0% | (25.6%) | 60.7% | 35.2% | (35.2%) | | 38.7% |
| Asia Pacific | 22.7% | (9.7%) | 51.7% | 23.5% | (9.3%) | 45.9% | | 25.3% | (0.2%) | 51.9% | 11.2% | (11.2%) | | 45.4% |
| Other Companies | #DIV/0! | (32.0%) | #DIV/0! | 100.0% | 34.9% | #DIV/0! | | (100.0%) | (31.7%) | #DIV/0! | 34.8% | 34.8% | | #DIV/0! |
| USA | 12.5% | 8.5% | | 12.9% | 1.0% | 46.0% | | 12.9% | 8.9% | 56.1% | 13.1% | 1.0% | | 46.0% |
| **Total Services:** | | | | | | | 47.0% | | | 13.4% | (2.9%) | | (28.1%) | 47.0% |
| **R&D:** | | | | | | | | | | | | | | |
| Americas | n/a | (7.6%) | n/a | n/a | (26.6%) | n/a | n/a | n/a | (5.6%) | n/a | n/a | (26.6%) | n/a | n/a |
| Europe | n/a | (649.6%) | n/a | n/a | 69.9% | n/a | n/a | n/a | (540.6%) | n/a | n/a | 71.9% | n/a | n/a |
| Japan | n/a | 65.3% | n/a | n/a | 21.3% | n/a | n/a | n/a | (85.9%) | n/a | n/a | 5.7% | n/a | n/a |
| Asia Pacific | n/a | 33.0% | n/a | n/a | (35.2%) | n/a | n/a | n/a | 43.4% | n/a | n/a | (40.7%) | n/a | n/a |
| Other Companies | n/a | (183.4%) | n/a | n/a | 78.0% | n/a | n/a | n/a | (183.3%) | n/a | n/a | 78.0% | n/a | n/a |
| USA | n/a | (5.7%) | n/a | n/a | (26.0%) | n/a | n/a | n/a | (5.7%) | n/a | n/a | (26.0%) | n/a | n/a |
| **Total R&D** | | | | | | | n/a | | | | | | (23.7%) | n/a |
| **G&A:** | | | | | | | | | | | | | | |
| Americas | n/a | (8.4%) | n/a | n/a | (18.4%) | n/a | n/a | n/a | (5.5%) | n/a | n/a | (17.1%) | n/a | n/a |
| Europe | n/a | (17.3%) | n/a | n/a | (17.1%) | n/a | n/a | n/a | 0.8% | n/a | n/a | (9.6%) | n/a | n/a |
| Japan | n/a | 7.6% | n/a | n/a | 18.5% | n/a | n/a | n/a | 4.5% | n/a | n/a | 3.2% | n/a | n/a |
| Asia Pacific | n/a | 2.0% | n/a | n/a | (39.2%) | n/a | n/a | n/a | 8.4% | n/a | n/a | (38.6%) | n/a | n/a |
| Other Companies | n/a | 71.0% | n/a | n/a | 28.9% | n/a | n/a | n/a | 71.0% | n/a | n/a | 28.9% | n/a | n/a |
| USA | n/a | 0.1% | n/a | n/a | 16.7% | n/a | n/a | n/a | 0.1% | n/a | n/a | 16.7% | n/a | n/a |
| **Total G&A** | | | | | | | n/a | | | | | | (11.3%) | n/a |
| **Operating Totals:** | | | | | | | | | | | | | | |
| Americas | 19.9% | (4.1%) | 29.1% | 14.2% | (3.8%) | 18.4% | | 19.6% | (3.5%) | 29.1% | 12.9% | (3.1%) | | 18.0% |
| Europe | 17.6% | (2.5%) | 41.9% | 15.3% | (4.9%) | 33.4% | | 0.7% | 12.0% | 41.8% | 0.5% | 2.7% | | 33.4% |
| Japan | 36.8% | (20.6%) | 63.1% | 20.6% | (2.0%) | 60.4% | | 31.3% | 18.1% | 64.4% | 42.4% | (20.7%) | | 60.4% |
| Asia Pacific | 31.2% | (15.0%) | | 26.3% | (15.4%) | 30.6% | | 23.4% | (6.6%) | 39.4% | 28.1% | (17.2%) | | 29.9% |
| Other Companies | 461.8% | 59.1% | | (92.2%) | (182.6%) | (14630.8%) | | 461.8% | 59.0% | (973.9%) | (90.2%) | (182.6%) | | (14632.2%) |
| USA | 21.2% | (3.4%) | | 13.1% | (3.0%) | 14.5% | | 21.2% | (3.9%) | 27.1% | 13.1% | (3.0%) | | 14.5% |
| **Total Operating** | | | | | (6.4%) | 24.7% | | | | 13.4% | (2.9%) | | (28.1%) | (5.2%) |

ORACLE CONFIDENTIAL          CA-ORCL 021455

# EXHIBIT 133

Re: [Fwd: [Fwd: Majors Demo Update]]

**Subject:** Re: [Fwd: [Fwd: Majors Demo Update]]
**Date:** Tue, 20 Mar 2001 12:36:26 -0500
**From:** Gayle Fitzpatrick <gayle.fitzpatrick@oracle.com>
**Organization:** Oracle Corporation
**To:** George Roberts <George.Roberts@oracle.com>
**CC:** "Hamel,Kenneth" <KENNETH.HAMEL@oracle.com>,
"Gillespie,Mary Anne" <MARY.ANNE.GILLESPIE@oracle.com>,
"Nugent,John" <JOHN.NUGENT@oracle.com>

George,

Here are the average demo ratings for Feb. for all demos. This data is taken directly from the ADS demo feedback system:

Period:   2/1/01 to 2/28/01

| Demo Environment | Avg. | #demos |
|---|---|---|
| 11i | 6.8 | 164 |
| 11.0 | 7.6 | 11 |
| Internet Procurement | 8.2 | 14 |
| Miscellaneous Demos | 7.5 | 184 |
| Overall | 7.2 | 373 |

Thanks,

/Gayle

George Roberts wrote:

> Jeff's perspective. . and I agree. The facts help me... anecdotes do
> not.
>
> By the way Gayle, you mentioned that you can get me the average rating
> on demos... if this is the case what was the average rating from the
> field for Feb.?
>
>
> ――――――――――――――――――――――――――
>
> **Subject:** Re: [Fwd: Majors Demo Update]
> **Date:** Mon, 19 Mar 2001 09:05:11 -0800
> **From:** Jeff Henley <Jeff.Henley@oracle.com>
> **Organization:** Oracle Corporation
> **To:** George Roberts <George.Roberts@oracle.com>
> **References:** <3AB632DC.17628AB9@oracle.com>
>
> This is excellent. You should continue to publish these every week until they get fixed. When you see
> all the names of prospects it's really sickening--hopefully Larry will get sick as well and put more
> pressure on getting this fixed.

ORACLE
CONFIDENTIAL

> George Roberts wrote:



EXHIBIT
Roberts 21
10/22/06   CLS

NDCA-ORCL 094090

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

Re [Fwd [Fwd Majors Demo Update]]

Here is the latest on ADS from Majors. While 11.5.3 looks more complete
to the field performance does not appear to have improved. This quarter
we have to perform flawlessly to maximize our revenues and margins. If
this does not improve it will continue to impact our conversion rate.

Sandy and Jay.

Is the experience for your teams similar?

---

**Subject:** Majors Demo Update
**Date:** Sun, 18 Mar 2001 17:16:27 -0500
**From:** Gayle Fitzpatrick <gayle.fitzpatrick@oracle.com>
**Organization:** Oracle Corporation
**To:** "Roberts,George" <GEORGE.ROBERTS@oracle.com>

C: "Gillespie,Mary Anne" <MARY.ANNE.GILLESPIE@oracle.com>,"Cochran,Michael" <MICHAEL

George,

As a follow-up to our demo discussions at the OPS review this week here is some current feedback
from the Majors SC team. Most of the demos that are mentioned here were done with the 11.5.1
instances as we are in the midst of the rollout to the new 11.5.3 instances. **Performance** is the still the
#1 issue with the demos I know that ADS, and Ron are working on performance, but it continues to
plague us. I have broken down the feedback into three areas: Do-Over demos, Demos Impacted by
Performance, and Feedback on 11.5.3. The feedback on 11.5.3 is very limited since the new instances
are just being used by the teams. I will make sure that we provide feedback to you on a regular basis as
we utilize the new instances. I am reinforcing to the SC community the need to follow the
recommendations from ADS that will help performance with the new instances.

**1. Do-overs:**

Iron Mountain:  We did a CVC with them last week (3/8).  The performance of the system, especially
Sales Online, was pathetic.  We lost our winframe
connections twice, and the disconnected sales product didn't work (the synchronize routine failed).
The customer has become extremely skeptical of our
performance, and is asking us to demo again to allow us to prove otherwise.  And, they want this demo
at their site in Seattle within the next 2-3 weeks.
Continental: - We did a high level demo in December in the Houston office and had some performance
issues.  Also, this demo was on 11.5.1 which had several issues in Service that patches could not be
applied to correct until 11.5.3 so  we did have to dance around some functionality.  This may have
been 1 of many reasons we had to do additional demos in February.
SAS: (CRM opportunity)- performance for telesales demo not acceptable had to reschedule meeting
and use sales online.
Graybar: - The initial overview demo was so slow that the Graybar team talked about the system
performance for most of the the day.  We subsequently had to do
the detail demo at the CVC to resolve the performance problem.

**ORACLE**
**CONFIDENTIAL**

**2. Demos Impacted due to Performance**

2

NDCA-ORCL 094091

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

Re [Fwd [Fwd Mnors Demo Update]]

Wall Street Journal: Sales and Marketing, plus Interaction Center demo on 1/26. Demo done in the office performed very poorly and the customer noticed and
was "turned off" as a result.

Houghton Mifflin: Complete ERP demo on 2/20 in the Waltham office. Performance of software was abysmal during prep days, affecting the amount of prep
we were able to do. Performance improved somewhat during actual demo, although Order Management was still painfully slow. Our "dancing ability" kept the
customer from noticing it, for the most part.

Mita: Order Management/Service demo on 1/26 in our Secaucus office performed pitifully slow. Lucky for us, the customer put the blame on our own laptops....
they laughed when they heard we were running 266mhz PCs.

Good Guys: Oracle network was down for the last half hour of demo so we could not complete.

Ross Stores: The citrix server went down so we could not show ADI, publishing reports to the web. During the Ross demo the ISD server went down during the
demo so we had to relog in. (Does not look pretty.)

Xilinx: the ISD server was down so we could not show the portal that we created just for Xilinx.

Echostar: The Telesales on March 13th was very slow, while iStore was snappy.

Franklin Covey: iStore demo in December was terribly slow and we were bounced out of the session twice.

Milliken: (IP opportunity) - performance very slow (East Coast)

Ferguson: (ERP opportunity) - performance slow in the morning, but picked up late in the day (West Coast)

Unifi:(CRM opportunity) - performance for telesales demo not acceptable. Demo was rescheduled.

Springs:(ERP opportunity) - performance very slow (East Coast)

Pomeroy:(CRM opportunity) - performance very slow (East Coast)

Standard Register:(CRM/ERP) - performance very slow (East Coast). Lost deal.

Motel 6: - iProcurment/Purchasing demo was so slow that the client was uncomfortable rolling out the solution to all of their properties. No decision at this point.

Black & Veatch: - Very slow through opened ports in the clients network and the team had to switch to dial up.

Litton: Slow performance and system hangs caused distractions to the flow of the demos. Client commented several times on whether the performance was
indicative of the performance they would have experience.

Agribrands: Performance was so slow during the demo that we had to provide an AT workshop on the fly to keep the tech folks happy. More importantly, the
client insisted on a performance pilot to ensure they would not have similar problems in their implementation.

Maritz: Projects demo to existing customer with very slow performance and system hangs. Contributed to the clients perception that 11i is not a stable product
or very well tested.

United: - During a financials demo at the customer site, it took 11 minutes for an ADI report to publish which is way too long. This did not cause a "do-over" but was not pretty.

**3. Feedback on 11.5.3**

ORACLE
CONFIDENTIAL

Iron Mountain (noted above). The available product set is more complete which is a good thing. The port tunnelling which ADS introduced is a plus. The SCs perceive the release as more stable (from a
bugginess perspective) but they see absolutely no improvement in performance. Note: the testing exercise (in which many of our SCs were engaged) turned out to be quite demoralizing to the SCs. The
performance problems during testing were so severe that most SCs were unable to even complete their

NDCA-ORCL 094092

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



Re {Fwd: |Fwd: Majors Demo Update]}

tests.

Jack in the Box: The two day demo was on 11.5.3, and it performed well. During the preparation the team discovered about fifteen problems that were
logged, and ADS fixed every one prior to the demo. There were three issues during the demo: 1) We could not demo our Jack in the Box portal going through the
Jack in the Box network; 2) The prospect required us to use Jack in the Box laptops using Internet Explorer (not Netscape). The ADS environment is tested on
Netscape, so there were some problems with things like ADI and Discoverer (we worked around these issues and it went fine); and 3) Somebody had changed a
system setting and Dave O'Connor had a problem with a Receivables transaction until Terry Endersen discovered the problem (similar to the date format change
issue we had at Warner Brothers II).

Echostar: The days leading up to the demo for iStore were very painful. HE100E was just upgraded to 11.5.3 and there were many TARs opened, which cost my
team valuable prep time. Once the demo began, everything worked very well.

The SC teams are anticipating demo improvement with 11.5.3, not only in the performance area but functionality. I will keep you updated regularly as we work through these issues.

Thanks.

/Gayle

Gayle Fitzpatrick <gayle.fitzpatrick@oracle.com>
Vice President, Sales Consulting
US Majors

ORACLE
CONFIDENTIAL

4

NDCA-ORCL 094093

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# EXHIBIT 134

**oracle jeff henley**

From:       Jeff Henley [Jeff Henley@oracle com]
Sent:       Thursday, April 19, 2001 8 34 AM
To:         scatz
Subject:    [Fwd: ADS Demo Feedback for week ending April 13]

Re: ADS Demo    Jeff.Henley.vcf
feedback for week..

with 11i

Absolutely incredible.  We're blowing the opportunity of a life time

ORACLE
CONFIDENTIAL



1

NDCA-ORCL 061369

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

**oracle jeff henley**

| | |
|---|---|
| From: | George Roberts [George Roberts@oracle.com] |
| Sent: | Thursday, April 19, 2001 8 25 AM |
| To: | Ken Hamel |
| Cc: | Nugent,John; larry ellison@oracle com, safra.catz@oracle.com, ron wohl@oracle com, mark.barrenechea@oracle com; jeff henley@oracle com; sandy sanderson@oracle com; jay.nussbaum@oracle com, mary.anne gillespie@oracle com; gayle.fitzpatrick@oracle com |

**Subject:** Re: ADS Demo Feedback for week ending April 13

Larry,

The scores for the GB Demos for last week. They are not heading in the right direction yet. Performance and product issues continue to hinder us every day.

Ken Hamel wrote:

George, for the week ending 4/13, here are General Business ADS scores:

Number of Demos:  **38**

Average Overall Score:  **5.8**

Average Performance Score:  **6.2**

The scoring on the overall and performance front are going in the wrong direction. Judging by the comments (see below), it feels like we are also running into selected product issues, as well.

**Below is an excerpt of comments in the feedback forms:**

*Absolutely awful performance. Called ADS for assistance. Decision was made to bounce the server over lunch break. That helped a little and performance improved a bit for the afternoon session.*

*Too slow. We waited 10 seconds to pull up a Task from the UWQ in TeleService. Their opinion is that this is unacceptable.*

*Concurrent managers had been stopped at some point the day before the demo. Could not get defaulting to work. Order management lines disappeared when entering orders (the prior line disappeared). Configurator didn't always come up.*

*Connected via T1 at customer site. Response time was generally good with a few exceptions: APS took longer than expected to open the manufacturing workbench. Order management performance is still an issue when opening forms, moving from field to field.*

*Very good stable connection*

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 061370

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

*System was slow due to WEBEX at the beginning of the day, but after WEBEX was disconnected the Enterprise Apps - Projects ran fine.*

*Performed well for dialup. A couple of screens took some time to load may not have been cached*

*Very poor performance: Grand Rapids office network may have contributed to performance*

*Demand Planning not usable*

*Customers network was outstanding   responsiveness degraded in the afternoon as traffic in ads increased*

*Response times were uniformly in the 15-20 second range  the customer commented on the slowness*

*Customer Support/TeleService was extremely slow. Specifically, drilling into open orders, open service requests, etc... took a long time -- I didn't time it but it was MINUTES -- probably in the 5 minute range  I know it wasn't the connection*

*Lost connection and was slow*

*Logged in as SVP/welcome and ran through the script a few times. It was slow, but I expected that. Then, when I got up to present, the customer intelligence report failed -- I stopped the transfer and called it again and it was fine.*

*Had some problems when working with Discoverer. System locked up and I had to reboot.*

*This demo was done from the Bay Colony Waltham office. I noticed decrease in performance using ADI when compared to the demo I did on Tuesday using the WWW access at a prospects office.*

*System performance was extremely slow today. The CFO made a comment 5 times about how slow it was. This is an existing customer that is evaluating whether or not to throw Oracle out and go with Navision.*

*The marketing oline screens took several seconds to paint.*

*System performance was erratic, sometimes acceptable, other times very slow*

*Response was slow for WIP and Autocreate POs from SS requisitions*

*System performance was mediocre, the self service applications took a while to load (last night I was prepping for the demo from my hotel room and it took over five minutes to load the iprocurement home page).*

*The demo instance response time was so poor functionality was not working correctly that within 2 business hours of the demo the account team made a decisionto move to another demo instance. We had to re-do our prep work overnight.*

ORACLE
CONFIDENTIAL

NDCA-ORCL 061371

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

*We were in our Miami office using our corporate network (no excuses) and the response time was less than acceptable. The prospect inquired about the slowness of the system and the fact that we were disconnected multiple times*

*We struggled so much with the performance issue. We took the time to punch through their network and use WWW because we thought it would help, but the networks must have been really clogged because performance was awful*

*The demo was too slow for the customer.*

*There seem to be more bugs in 11.5 3 than there were in 11.5.1. Defaulting rules, and lines disappearing in Order Management. We spent an immense amount of time just trying to FORCE the system to do things that should be routine*

*Demo went very well except for two incidents where we had to shut down apps & browser and restart.*

*The demo experience for Discoverer and Projects went well.*

*Very successful demo. Definitely helped the sales process. Performance via dial-up was very good, especially having to bounce between multiple instances and 2 pc's.*

*Still having the following problems: First character typed into a field is highlighted then the second character entered replaces first character. Very cumbersome when this happens. Second: Mouse inoperable. Couldn't navigate through the forms*

*Responsiveness still needs work, functionality much better, bugs still exist that are important functionality, still some holes in data*

*The response time overall was brutally slow. I think a lot has to do with the fact that all the data pertains to the same customer, Business World. Fortunately, I don't think speed hindered our ability to sell the products.*

*Very slow and lost connection many times -- system perf hurt demo once cached, bis seemed to work great. but, it was so sporatic -- especially when it didn't run while i was presenting.*

*Program worked as expected*

*The systems are getting better and the performance appears better.*

*The customer has a great networked and the response time was excellent. However, there were multiple points during the day that things just seemed to freeze and required us to reboot and establish a network connection.*

*The demo instance response time was so poor functionality was not working correctly that within 2 business hours of the demo the account team made a decision to move to another demo instance. We had to re-do our prep work overnight.*

*Performance was still sub par for Marketing Online. My prospect asked if their*

**ORACLE**
**CONFIDENTIAL**

NDCA-ORCL 061372

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*performance would be better.  Before the demo, I cleared my cache and jcache and ran through my entire demo once.  It did not seem to help the performance.*

*Tarantella did not function.  A big part of the financial demo was AHE, Budgeting and Financial Reporting using ADI.  Discoverer (using Tarantella) was another important part of the demo. Tarantella worked in the office that morning and when it was enable*

*Performance was the main contributor to the low rating*

*Followed all instructions to connect to ODP, including comments from ticket# 63243. Could not connect. Had to change proxy setting to 'Direct connection to the internet' in order to connect.*

*Due to prior connectivity problems at this client site, I built powerpoint from screen shots at office. Ended up showing just powerpoint screenshots of iStore/iSupport - this format was acceptable to client.*

*The only portion that was slow to respond was iExpenses when showing a demo of creating an expense report.*

ORACLE
CONFIDENTIAL

NDCA-ORCL 061373

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 135





CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 0616492



**ORACLE**  **FY01 1st Half Accomplishments**

- Hired to headcount - 13 employees, assigned mentors
- Closed 5 major opportunities
- High team morale
- Covered for West TD while on extended vacation
- Team created and executed several marketing initiatives

ORACLE

2

Page 2

2

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER            NDCA-ORCL 0616493



## ORACLE  FY01 Q3/Q4 Priorities

- Exceed Regional and Area re-plan number
- Continue to uncover new opportunities
- Complete critical training for new hires
- Embrace Path to Cash sales methodology

ORACLE

Page 3

3

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 0616494

ORACLE

## Territory Coverage

### Wins

| | |
|---|---|
| • REI | $296K |
| • Menlo Logistics | $146K |
| • Avnet | $1.344M |
| • LDS Church | $454K |
| • Morrison Knudson | $261K |

ORACLE

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER



**ORACLE** <u>**Territory Coverage**</u>

## Losses

- Washington Mutual - Peoplesoft
- Great West Life - Peoplesoft
- Oppenheimer - IBM

ORACLE

Page 5

5

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 0616496



CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER          NDCA-ORCL 0616497





**ORACLE** <u>**Territory Coverage**</u>

## 11i References

- Echostar iStore in near future (after the deal closes)

ORACLE

7

Page 7

7

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 0616498



Page 8

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 0616499



**ORACLE** **Headcount Analysis by SC**

**David Alexander**
Tenure: 3 years
Focus/expertise: IPlatform/Tools
Industry expertise: DBA, Analyst, Developer
Training: Complete
RTT job satisfaction/career goals:
    1. Job fit
    2 Rec & rew
    3 Comp
    Possible TTL role in future
    Continue to be viewed as an area resource.
    International travel is of interest.
FY01 deals working
    Visa, Emery, Capital Group, Menlo Logistics. CNF
Key influence in which deals: Intuit, Cypress, Symantec,
    Vector/Emery
Rating  A

Page 9

9

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 0616500



ORACLE **Headcount Analysis by SC**

**Phillip Gray**

Tenure: 8 years

Focus/expertise: iPlatform/DW

Industry expertise: none

Training plan progress: OFA, BIZ, Mgmt

RTT job satisfaction/career goals:
 1. Career Development Plan
 2. Compensation
 3. Benefits

FY01 deals working: REI, Oppenheimer, Coors

Key influence in which deals: none

Rating: B-

Page 10

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 0616501



# ORACLE
## Headcount Analysis by SC

**Tony Milan**

    <u>Tenure:</u> 4 years

    <u>Focus/expertise:</u> iPlatform

        Development Tools

        Reporting

        eBusiness Solutions arch. (New focus)

    <u>Industry expertise:</u> None

    <u>Training plan progress:</u> eBus. apps, Mgmt

    <u>RTT job satisfaction/career goals:</u>

        1. Career Development Plan

        2. Compensation

        3. Job Fit

    <u>FY01 deals working:</u> REI, Visa, Oppenheimer, Echostar, Emery, Xylinx

    <u>Key influence in which deals:</u> REI

    <u>Rating</u> A

ORACLE

11

11

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 0616502


**Headcount Analysis by SC**

**Colleen Couchee**
- Tenure: 3 months
- Focus/expertise: CRM
- Industry expertise: Implemented Siebel at Cambridge Tech partners
- Training plan progress: New Hire, CRM foundation, Marketing, Sales, Demo techniques
- RTT job satisfaction/career goals
  1. Support
  2. Job Fit
  3. Achieving and Succeeding
- FY01 deals working: Training classes, Echostar
- Key influence in which deals: none yet
- Rating (A, B, or C) New

ORACLE

12

Page 12

12

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER      NDCA-ORCL 0616503

**ORACLE**  <u>Headcount Analysis by SC</u>

**Shane Hennum**
    <u>Tenure:</u> 2 Months
    <u>Focus/expertise:</u> Manufacturing/Supply Chain/Distribution
    <u>Industry expertise:</u> Manufacturing/Supply Chain/Logistics/Quality
    <u>Training plan progress:</u>
            Completed: Fast Track, Manuf. Suite, How to be an SC,
                   Inventory/BOM & Engineering, Power Messaging
    <u>RTT job satisfaction/career goals:</u>
         1. Recognition and Rewards
         2. Job Fit
         3. Compensation
    <u>FY01 deals working:</u> Amkor
    <u>Key influence in which deals:</u> Too new to be key Influence
    <u>Rating (A, B, or C)</u> New

ORACLE

Page 13

*13*

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 0616504

# ORACLE 

## Headcount Analysis by SC

**Jeff Olsen**

Tenure: 3 years

Focus/expertise: iPlatform/Tools/Portal/iFS

Industry expertise: Developer

Training plan progress: Management Workshop, Transitioning to Management

RTT job satisfaction/career goals:
1. Job fit
2. Career Development Plan
3. Achieving and Succeeding

FY01 deals working: Coors, Echostar, LDS Church, Corporate Express, Franklin Covey, GWL, Johns Manville, Zion's Bank, Capital Group, Avnet, Oppenheimer

Key influence in which deals: LDS Church, Oppenheimer, Coors

Rating (A, B, or C) A

ORACLE

14

Page 14

14

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 0616505



**Headcount Analysis by SC**

**Duane Wright**

Tenure: 7 years, 1 month as a Sales Consultant

Focus/expertise: Oracle Financials

Industry expertise: Project Manager - Financial implementations

Training plan progress: Sales and Demo Skills Training

RTT job satisfaction/career goals:

1. Recognition and Rewards
2. Compensation
3. Career Development Plan
   Principal Sales Consultant

FY01 deals working: Alyeska, CH2MHill, Ball Corp, Barton Mallow, FDC

Key influence in which deals: Barton Mallow, Alyeska

Rating (A, B, or C) New

ORACLE

15

Page 15

15

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 0616506



*16*

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER          NDCA-ORCL 0616507

 **Headcount Analysis by SC**

**Donna Wach**
- Tenure: 7 months
- Focus/expertise: CRM
- Industry expertise: EDS Implementations of Oracle r11, Siebel
- Training plan progress: Service, Sales, Telesales (mostly self taught)
- RTT job satisfaction/career goals:
  1. Job fit
  2. Compensation
  3. Career Development Plan
- FY01 deals working: Franklin Covey, Echostar, Great West Life
- Key influence in which deals: Echostar
- Rating (A, B, or C) B

ORACLE

Page 17

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 0616508

 **ORACLE**  Headcount Analysis by SC

**Joshua Hou**

Tenure: 7 months
Focus/expertise: iPlatform, iAS
Industry expertise: Fellow graduate
Training plan progress: OEM, Reporting
RTT job satisfaction/career goals
    1. Professional Growth
    2. Achieving and Succeeding
    3. Job Security
FY01 deals working: Coors, Oppenheimer, GWL
Key influence in which deals: Not senior enough yet
Rating (A, B, or C) A

ORACLE

18

Page 18

*18*

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

 **Headcount Analysis by SC**

**Chris Sargent**
>    Tenure: 3.5 years
>    Focus/Expertise: iPlatform, OID, OPS
>    Industry Expertise: Scholar graduate
>    Training Plan Progress: e-BIZ architect training
>    RTT Job Satisfaction/Career Goals:
>        1. Recognition and rewards
>        2. Compensation
>        3. Achieving and Succeeding
>        Possible AT
>    FY01 deals working: Avnet, Oppenheimer, UA, Petsmart
>    Key influence in which deals: Avnet, Mini OpenWorld
>    Rating (A, B, or C) A

ORACLE

19

Page 19

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER     NDCA-ORCL 0616510



# ORACLE

## Headcount Analysis by SC

**Martin Sugg**

    Tenure: 2 years; 3 months as SC
    Focus/expertise: AT
    Industry expertise: Developer/Consultant
    Training plan progress: Sales and Demo Skills, Presentation Skills
    RTT job satisfaction/career goals
           1. Recognition and Rewards
           2. Compensation
           3. Professional Growth
           Principal SC Promotion
    FY01 deals working: Ross, Wells Fargo, Echostar, GWL
    Key influence in which deals: none yet
    Rating (A, B, or C) A

ORACLE

2u

Page 20

20

NDCA-ORCL 0616511



**Headcount Analysis by SC**

**Lorenda Hartwell**

Tenure: 3 years; 3 months as SC

Focus/expertise: Supply Chain/Procurement/Distribution

Industry expertise: Implementation of Oracle Manufacturing
applications.

Training plan progress: Fast Track, Pwr Messaging, OSFM

RTT job satisfaction/career goals

1. Career Development Plan

2. Compensation

3. Professional Growth

My Job, Mary's Job, then Gayle's Job

FY01 deals working

Franklin Covey, Amkor, Millipore, GWL, Ross

Key influence in which deals: Amkor

Rating (A, B, or C) A

ORACLE

21

Page 21

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 0616512

 **Development Plans by SC**

Provide highlights by individual SC (for those with 'C' rating)

none with a 'C' rating

ORACLE

::

Page 22

22

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 0616513

 **Demo Update**

**Apps Feedback/issues**
- Laptops are under powered
- Demo systems getting more stable and more functionality being added, please keep the pressure on.
- Dialup performance is abysmal
- IStore performance is unacceptable in all environments
- Demos are generic while competitor's demos are customized

**Tech, demo requirements and needs**
- Current environments
    - 8000's and 3) 8100's
- issues
    - 8000's are under powered, not enough memory, and disks too small
    - Need ETC demo environment like ADS

ORACLE

Page 23

23

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 0616514

Case 3:01-cv-00988-SI   Document 1550-19   Filed 11/18/08   Page 69 of 129



**Marketing Initiatives**

**OpenWorld Review**

- Denver, January 26th
- Core technology focus with apps overview
- Three tracks
  - Tools/9iAS, DW, 9i
- 65 attendees
- Very positive reviews from sales team and customers
- Rolling out to the rest of the area:
  - Seattle and Portland in February
  - Phoenix, SLC, SF, LA in early March

ORACLE

24

Page 24

*24*

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL 0616515



# ORACLE
## Marketing Initiatives

**Site Surveys**

Core and Apps focused:

Coors, January 24th
- Results: Clear understanding of company goals and issues facing their efforts.
- Solution Document to be delivered February 2nd to IT org and Executives.

Other accounts TBD

ORACLE

25

Page 25

25

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER          NDCA-ORCL 0616516



**Marketing Initiatives**

**Lunch-n-Learns**

- Held Monthly
- Portland, Seattle, Denver, Phoenix, Salt Lake City
- Future sessions to cover both Core and Apps

ORACLE

26

Page 26

26

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL 0616517



**ORACLE** **Marketing Initiatives**

**TAR report Searches**

- SCs call TAR contacts at customer sites.
- Used as a tool to get more visibility into account
- Denver successfully found 2 new opportunities
  - Gambro - Additional DB licenses
  - Janus - Found another contact into account

ORACLE

Page 27

27

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 0616518



**Marketing Initiatives**

**Vito Letters**

- SCs help craft the message
- AM, SS and ISD blitz territory and follow up with phone calls
- Recently begun, success TBD

ORACLE

Page 28

28



## Marketing Initiatives

**Competitors in territory**
IBM, Microsoft, Hyperion, Peoplesoft, ATG

**Industry concentration in territory**
Financial, Retail, Manufacturing, Telecom, Construction, Religious

**9iAS opportunities**
LDS Church, Washington Mutual, Gambro, REI,

ORACLE

29

Page 29

29

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL 0616520

   **Training Priorities for 2nd Half FY01 & FY02**

- Hands on training for CRM apps
  - No Powerpoint death marches!
- Demo Skills for New Hires
- How to be an SC is getting rave reviews, please continue them.

ORACLE

30

Page 30

30

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 0616521



*31*

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER          NDCA-ORCL 0616522



# ORACLE·          **Weaknesses**

- Many new hires that are still in training.
- Few new opportunities being uncovered
- Issues with our applications affecting sales
  - Stability
  - Integration

ORACLE

Page 32

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER     NDCA-ORCL 0616523



CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 0616524



**ORACLE**    **Issues (Internal)**

- Application Demo stability
- Product Maturity
- Lack of References
- Too much e-mail
- Too much redundant paperwork
- Not enough activity to keep SCs busy

ORACLE

Page 34

34

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER    NDCA-ORCL 0616525



# ORACLE

## Summary

- Need to increase pipeline!!
- Initiatives in place to find and foster more opportunities
- Internal and external issues hampering sales
- Must have more robust and stable demo environment
- Apps training must be hands on
- Strong and enthusiastic team

ORACLE

Page 35

35

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 0616526



Page 36

36

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 136

**From:** Gayle Fitzpatrick
**Sent:** Tue, 20 Feb 2001 21:37:18 GMT
**To:** Carl Griffin
**CC:**
**BCC:**
**Subject:** Re: [Fwd: [Fwd: Immediately Needed: 11i Reference Champion]]

Carl,

I know that Staff Leasing is an 11i customer (I believe), and Papa
John's may be one too. Off the top of my head these are the only Majors
accounts that I can think of that might be referenceable right now.
Both of these accounts are in Lee Paulino's area.

How is Apps World??

Thanks,

/Gayle

Carl Griffin wrote:

> Gayle,
>
> Do you have any suggestions for how we might help Nora out with an 11i
> reference for Labatt's?
>
> -------- Original Message -------
> Subject: [Fwd: Immediately Needed: 11i Reference Champion]
> Date: Fri, 16 Feb 2001 16:45:05 -0500
> From: Nora Lynch <nora.lynch@oracle.com>
> To: "GRIFFIN,CARL" <CARL.GRIFFIN@oracle.com>,"RUMER,DAVID"
> <DAVID.RUMER@oracle.com>
>
> Carl, Dave
>
> This is a critical issue for Nick. I am ready to send to Ron Whol to
> seek his help on this but I know that he will be at Appsworld this
> week and next and will not be able to respond.
>
> Carl....can Gayle help? Dave....do you know of any customer that
> perhaps we are using through marketing??
>
> Please let Nick know directly if you can help.
>
> Thanks
> Nora
>
> -------- Original Message -------
> Subject: Immediately Needed: 11i Reference Champion
> Date: Tue, 13 Feb 2001 11:18:32 -0500
> From: Nick Marchese <nick.marchese@oracle.com>
> Organization: Oracle Corporation
> To: "LYNCH,NORA" <NORA.LYNCH@oracle.com>



NDCA-ORCL 618280

CC: "QUINLAN,KEVIN" <KEVIN.QUINLAN@oracle.com>
>
> Request
>
> Need a suitable refence account for Labatt Brewing Company North
> America. A CPG related company would be best ( but not mandatory).
> Specifically need a reference that is live or nearing completion on
> 11i with Fins, Mfg, OM and Supply Chain.
> User counts greater that 200, multiple sites and an upgrade from 10.7
> to 11i is critical.
>
> We have tried the E-leaders program and are finding it increasingly
> difficult to find a suitable match.
>
> Background
>
> Labatt has identified the need to upgrade its existing back office in
> order to improve velocity and visibility of data. The specific areas
> of targeted improvement are in Supply Chain, Order Mangement, Call
> Center Technology, Business Intelligence and Data Warehouse. This
> along with an upgrade of the existing Financials, Procurement Apps and
> Mfg ( Oracle) to a web based model, would prove beneficial to the
> anticipated growth demands in the North American business unit.
>
> The issue is the stability of 11i. They have engaged in conversations
> with Gartner group around Oracle 11i. Needless to say...it was not
> positive. This has put us in a very tenuous position at this stage in
> the sales cycle. Labatt is not a pioneering company. We are coming
> down to the final stages on a multi-million dollar opportunity
> Approx. $5 Million is licenses). They are going for approval in early
> March and are not yet feeling comfortable with upgrading to 11i
> critical piece to our strategy). If we do not resolve this we are in
> jeopardy of losing this important account and new business in Q4.
>
> We have had a telereference call with Odwalla ( went very well)
> however they were too small an organization to draw any conclusion on
> scalability and possible similar experiences.
>
>
> Labatt Profile:
>
> Labatt Brewing Company (revenue of $3B) is part of the Interbrew
> Brewing Empire, the worlds second largest brewing company in the
> world. Labatt is currently an Oracle Applications customer. They are
> live on 10.7SC, using GL, AP, PO, Inventory, MRP and Sales Analyser.
> Interbrew has been an SAP customer since 1988.
>
> Labatt has been evaluating Oracle vs SAP for the last year and a half
> and will by end of March have made a decision on which platform to run
> the North American operations. On the issue of culture, technology,
> functionality and direction it appears that the decision is heavily
> favored for Oracle.
>
> We will win this business in Q4 if we can address the 11i maturity

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

> issues.
>
>
> Regards
> Nick
>
>
>

# EXHIBIT 137

**From:** mary.delaney@oracle.com
**Sent:** Fri, 12 Jan 2001 00:26:44 GMT
**To:** gfitzpat@oracle.com
**CC:**
**BCC:**
**Subject:** [Fwd: We need your help on this [Fwd: Franklin Covey Telesales issues to be escalated]]

FYI....

Mary



| | |
|---|---|
| **First Name:** | Mary |
| **Last Name:** | Delaney |
| **Mobile:** | 404.229.2588 |
| **Fax:** | 415.904.1600 |
| **Business:** | 650.506.4364 |
| **Company:** | USA Majors West |
| **E-mail:** | mary.delaney@oracle.com |
| **Job Title:** | Sales Consulting Senior Director |
| **Address:** | |

1 Market Plaza
Steuart Street Tower
Suite 1200
San Francisco
CA
94105
USA

**Full Name:**   Mary P. Delaney

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 617852

**From:** juliette.sultan@oracle.com
**Sent:** Thu, 11 Jan 2001 19:37:12 GMT
**To:** Steve Enevold
**CC:** Donna Wach; Mary Delaney; Derek Cordon; Christopher Smith; shengi.cheng@oracle.com
**BCC:**
**Subject:** Re: We need your help on this [Fwd: Franklin Covey Telesales issues to be escalated]

do you have ads ticket for all these issues? if you do we are working
on all of them, if not pls log ads ticket asap and we will start looking
at them.
issues may not be resolved immediately base on dev. ETA of
functionality/fix coming. as well some of the issues below are ERP
related only the ADS tockets will give visibility of issue to CRM and
ERP dev. teams.
js

Steve Enevold wrote:

> Hi Juliette,
>
> Following is a list of issues that need to be addressed regarding our
> demo environment, as it pertains to Franklin Covey and other
> customers.
> We have been working with Franklin Covey on implementing iStore and
> trying to sell them the rest of our CRM suite. The issues that are
> listed below are critical to our success in demonstrating that Oracle
> has the right suite of products for their enterprise.
>
> Shelby Hunt, who works for Shengi Cheng has been a tremendous help,
> but
> has been told not to work in this further and plan on putting some of
> these fixes in the next upgrade.
>
> If we don't get this issues resolved quickly, we will lose the
> opportunity and it will hurt our other efforts with Franklin Covey
> because they don't believe that our products are viable yet.
>
> Also, please review the attached spreadsheet for more of the issues.
>
> Please let me know what I can do to ensure these issues are resolved
> in
> an acceptable timeframe.
>
> --
> Thank you,
>
> Steve
>
> Discount integration with Oracle Pricing is very poor
> Very few discounts are integrated to CRP from ERP
> No ability to add or modify discounts
> Customers created in CRM were not integrated or visible in
> ERP
>

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

> Orders created in CRM were visible in ERP Order Management
> with no customer name
> Shipping Costs/Charges not visible in CRM
> Tax not visible in CRM
> Available Quantity not visible in CRM
> ATP not working in CRM or ERP Order Management (hence not
> populating schedule date)
> Booking of orders with a PTO Model produces error in CRM and
> ERP
> Marketing not integrated with Telesales in this instance
> Credit card validation (even minimum) not available
> Inability to see backorder status from CRM or orders on hold
>
>
>
>
>
> ---------------------------------------------------------------
>
> Subject: Franklin Covey Telesales issues to be escalated
> Date: Thu, 11 Jan 2001 00:19:33 -0800
> From: Donna Wach <donna.wach@oracle.com>
> To: "Enevold,Stephan" <STEVE.ENEVOLD@oracle.com>
>
> CC: "Vaillancourt,Paul" <PAUL.VAILLANCOURT@oracle.com>,ALLISON_SAWYER
<ALLISON.SAWYER@oracle.com>,"Hartwell,Lorenda"
<LORENDA.HARTWELL@oracle.com>,"Cordon,Derek" <DEREK.CORDON@oracle.com>
>
> References: <3A4BB4DA.40E6D593@oracle.com> <3A54BA48.6DFB2B8B@oracle.com>
<3A54D533.D81A27C4@oracle.com>
>
> Steve:
>
> As we talked about yesterday...you indicated that you would escalate
> the unresolved issues from Franklin Covey Telesales demo with
> Juliette. I have pasted in a few different e-mails to give you a
> concise picture of our concerns (first one in blue, second in red).
> In addition, I have attached the issue log which is no longer being
> worked by development (Shelby). I can be available to
> participate/assist in any way...just let me know.
>
> Donna
>
>
> Donna Wach wrote:
>
>> Shelby:
>>
>> I appreciate what you are saying here but a couple of concerns come
>> to mind.
>>
>> First, can you give us an idea of when the ADS environment will be
>> ready? This is critical since we have other potential prospects
>> needing functionality similar to the Franklin Covey needs.

NDCA-ORCL 617854

\>>
\>> Second, how can we have closure on the issues listed on this log?
\>> Will it be a matter of re-validating them once the ADS environment
\>> is ready? This specifically refers to those that were bugs to be
\>> logged by you. Will you tell us when they are resolved?
\>>
\>> Third, some of the questions regard specific functional questions
\>> that only a product manager would know...we need to look to you for
\>> the direction a product is taking and whether the product will
\>> support functionality requested by a prospect. How can we respond
\>> back to the customer without a response from you?
\>>
\>> And lastly, until an ADS environment is available, we may need to
\>> access the dev instance you previously provided (dms02u, not t). If
\>> this is still possible, please let us know and also what the
\>> login/pwd would be.
\>>
\>> I certainly want to thank you for all the help you've already
\>> provided but I'm afraid that we still need your help.
\>>
\>> Donna
\>>
\>> Shelby Hunt wrote:
\>>
\>> > Donna, I spoke with my manager about this issue log and she advised
\>> > me to address these in the next ADS build, which is the main
\>> > priority for the demo team and CRM product strategy group. The next
\>> > build will have 11.5.3 functionality with both OSO and OTS
\>> > integrated with all ERP applications.
\>> >
\>> > For now, we will not be able to support one-offs requests from
\>> > development in any instance, dms02t included. I will make sure to
\>> > highlight your issues when doing the sales build in ADS.
\>> >
\>> > Thank you for your understanding,
\>> >
\>> > Shelby
\>> >
\>> >
\>> > Donna Wach wrote:
\>> >
\>> >> (FYI only for Derek and Steve)
\>> >>
\>> >> Shelby, Lorenda and I reviewed and updated the issue log
\>> >> (attached) for Franklin Covey in a conference call today (Dec
\>> >> 28th). There are a total of 54 items that represent both
\>> >> environmental issues as well as the parking lot items from the
\>> >> demo. The breakdown is as follows:
\>> >>
\>> >> * 26 are for the DemoTeam to work on (Shelby's team)
\>> >> * 3 are for the SC Team to work on
\>> >> * 16 are closed issues
\>> >> * 6 are issues that the product does not support (enhancements
\>> >> requested)

NDCA-ORCL 617855

>> >> * 3 are issues in which a workaround supported the demo
>> >>
>> >> We (Shelby's team and the SC team) will be addressing these in
>> >> the next week and will discuss/update status at the next
>> >> conference call. This call is scheduled for Thursday, January 4th
>> >> at 10:00 am PST/11:00 am MST. Call in on 888/900-6725 or
>> >> 650/607-2252, meeting id is 454545.
>> >>
>> >> Please let me know if you have any scheduling conflicts with this
>> >> conference call time. Thank you.
>> >> --
>> >> Donna M. Wach
>> >> Office: 720/330-1549
>> >>
>> >
>
> Hi Shelby:
>
> First and foremost, thank you for all your help the past few weeks.
>
> The demo went okay, but of course, could have been much better.
> Lorenda has composed a list of areas we will need to address.
>
>
> * Discount integration with Oracle Pricing is very poor
> * Very few discounts are integrated to CRP from ERP
> * No ability to add or modify discounts
> * Customers created in CRM were not integrated or visible in
> ERP
> * Orders created in CRM were visible in ERP Order Management
> with no customer name
> * Shipping Costs/Charges not visible in CRM
> * Tax not visible in CRM
> * Available Quantity not visible in CRM
> * ATP not working in CRM or ERP Order Management (hence not
> populating schedule date)
> * Booking of orders with a PTO Model produces error in CRM and
> ERP
> * Marketing not integrated with Telesales in this instance
> * Credit card validation (even minimum) not available
> * Inability to see backorder status from CRM or orders on hold
>
>
> I just wanted to give you a heads up, though....we will most likely
> need to demo some of the things we were unable to last week as
> well as possible other functionality. This means that the unresolved
> issues from the log will still need attention. Paul Vaillancourt and
> I
> will be reviewing the issue log and add to it based on last week's
> presentation and communicate back to you.
>
> We'll be in touch...
>
>> --

# EXHIBIT 138

**From:** Gayle Fitzpatrick
**Sent:** Fri, 20 Apr 2001 19:44:01 GMT
**To:** Nigel Miller
**CC:** CARL GRIFFIN
**BCC:**
**Subject:** Re: FYI: Schneiders Update

Nigel,

Thanks for the update. I did not know that the Schneiders demo was halted.
Please make sure the feedback on ADS is in the system. Did we not know
ahead of time there would be problems showing the specified script to the
customer? Or is this the case of something working before hand and not
working during the demo?

Thanks,

/Gayle


Nigel Miller wrote:

> Gayle,
>
> As you are probably aware, we have halted the demonstration to
> Schneiders. We
> were in Day 3 performing the scripts pertaining to Order management and
> fulfillment
> and were unable to continue. It was impossible for the SC to follow the
> customer's
> scripts because of system functionality problems. In consultation with
> the customer
> selection team it was jointly determined that we would stop, regroup and
> return
> at a later date to continue the presentation.
>
> The sales team is identifying and documenting the problems and is
> logging them with
> ADS. The problems generally fall into 3 categories; problems with the
> functionality of
> the software, integration between OM and OPM, and set up issues.
>
> The account manager will be talking to Schneiders to set up the new
> dates. The
> team is working to resolve the problems. Tom is communicating with
> development. We
> will be dry running the solution next Tuesday to ensure the success of
> the next
> presentation.
>
> If you require further updates please let me know.
>
> Nigel



CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 618724

# EXHIBIT 139

[Fwd: [Fwd: 11i Live Customers]]

**Return-Path:** <Jeff.Henley@oracle.com>
**Received:** from mailsun2.us.oracle.com (mailsun2.us.oracle.com [130.35.61.114])by gmgw03.us.oracle.com (8.8.8□.8.8) with ESMTP id IAA00396for <stephanie.aas@oracle.com>; Wed, 6 Sep 2000 08:42:56 -0700 (PDT)
**Received:** from gmgw01.us.oracle.com (gmgw01.us.oracle.com [130.35.61.190])by mailsun2.us.oracle.com (8.9.3/8.9.3) with ESMTP id IAA11440for <saas@us.oracle.com>; Wed, 6 Sep 2000 08:42:56 -0700 (PDT)
**Received:** from oracle.com (jhenley-pc.us.oracle.com [144.25.176.109])by gmgw01.us.oracle.com (8.8.8□.8.8) with ESMTP id IAA29540for <saas@us.oracle.com>; Wed, 6 Sep 2000 08:42:56 -0700 (PDT)
**Message-ID:** <39B665AF.B98DA756@oracle.com>
**Date:** Wed, 06 Sep 2000 08:41:36 -0700
**From:** Jeff Henley <Jeff.Henley@oracle.com>
**Organization:** Oracle Corporation
**X-Mailer:** Mozilla 4.7 [en] (Win95; I)
**X-Accept-Language:** en
**MIME-Version:** 1.0
**To:** saas <saas@us.oracle.com>
**Subject:** [Fwd: [Fwd: 11i Live Customers]]
**Content-Type:** multipart/mixed;boundary="------------BA6E4BB77D3D55E09780CD13"
**X-Mozilla-Status:** 8001
**X-Mozilla-Status2:** 00000000

fyi

ORACLE
CONFIDENTIAL

CA-ORCL 017288

[Fwd: [Fwd: 11i Live Customers]]

Return-Path: <ron.wohl@oracle.com>
Received: from mailsun2.us.oracle.com (mailsun2.us.oracle.com [130.35.61.114])by
           gmgw01.us.oracle.com (8.8.8□.8.8) with ESMTP id IAA20557;Wed, 6 Sep 2000
           08:37:26 -0700 (PDT)
Received: from gmgw02.us.oracle.com (gmgw02.us.oracle.com [130.35.60.93])by
           mailsun2.us.oracle.com (8.9.3/8.9.3) with ESMTP id IAA09761;Wed, 6 Sep 2000
           08:37:19 -0700 (PDT)
Received: from oracle.com (tsusr35-132.us.oracle.com [144.25.232.191])by
           gmgw02.us.oracle.com (8.8.8□.8.8) with ESMTP id IAA10353;Wed, 6 Sep 2000
           08:37:11 -0700 (PDT)
Message-ID: <39B6656F.73B5329A@oracle.com>
       Date: Wed, 06 Sep 2000 08:40:31 -0700
       From: Ron Wohl <ron.wohl@oracle.com>
Organization: Oracle Corporation
   X-Mailer: Mozilla 4.73 [en] (Win95; U)
X-Accept-Language: en
MIME-Version: 1.0
         To: "Ellison,Lawrence" <LELLISON@US.ORACLE.COM>,
             "Wohl,Ronald" <RWOHL@US.ORACLE.COM>,
             "Catz,Safra" <SCATZ@US.ORACLE.COM>,
             "Bloom,Gary" <GBLOOM@US.ORACLE.COM>,
             "Roberts,George" <GROBERTS@US.ORACLE.COM>,
             "Sanderson,Edward" <ESANDERS@US.ORACLE.COM>,
             "Varasano,Frank" <FVARASAN@US.ORACLE.COM>,
             "Henley,Jeffrey" <JHENLEY@US.ORACLE.COM>,
             "Nussbaum,Jay" <JNUSSBAU@US.ORACLE.COM>,
             "Charles,Rozwat" <CROZWAT@US.ORACLE.COM>, sgiacole <sgiacole@ch>
    Subject: [Fwd: 11i Live Customers]
Content-Type: multipart/mixed;boundary="-----------5542C399DF2C55EDFC880BB3"

This past weekend we had 3 more 11i go-lives, bringing us up to 15.

-------- Original Message --------
Subject: 11i Live Customers
Date: Tue, 05 Sep 2000 15:05:47 -0700
From: Mary Ann Anthony <mary-ann.anthony@oracle.com>
Organization: Oracle Corporation
To: "Wohl,Ronald" <RWOHL@US.ORACLE.COM>

Ron, the following are the additional 11i live customers (adding to the
list in the email below):

Inventec (Malaysia) - GL, AR, AR, FA
MobShop.com - GL, AR, AR, PO
Odwalla - Financials, SSE, and IProcurement
YOU (Norway) - GL, AR
Entegra - OM (upgrade)

We believe that Entegra is our first upgrade customer.   We are trying
to find out what other products they are using.

- Mary Ann

                                                    ORACLE
                                                    CONFIDENTIAL

                                        2

                                        CA-ORCL 017289

                                                    NDCA-ORCL 020545

[Fwd: [Fwd: 11i Live Customers]]

**X-Mozilla-Status2:** 00000000
**Message-ID:** <39AB0859.F805B3A1@oracle.com>
**Date:** Mon, 28 Aug 2000 17:48:26 -0700
**From:** Mary Ann Anthony <mary-ann.anthony@oracle.com>
**Organization:** Oracle Corporation
**X-Mailer:** Mozilla 4.73 [en] (WinNT; I)
**X-Accept-Language:** en
**MIME-Version:** 1.0
**To:** Ron Wohl <ron.wohl@oracle.com>,
Sergio Giacoletto <Sergio.Giacoletto@oracle.com>
**Subject:** Re: The 10th live customer of 11i
**References:** <39A6AF22.B39D91C3@oracle.com> <39A99546.B3AC6A29@oracle.com>
<39A9E679.D075A4AC@oracle.com>
**Content-Type:** multipart/mixed;boundary="------------F530AD5A4202A3F5B843B857"

Here's the information that I have about the live customers on 11i:

Broad Band - Financials
CyberSource - Financials
Fidelity - OAB
MetalMaker - iProcurement
PacWest - Financials, PO, INV, HR
RMX - Financials
Silterra - Financials, PO, INV
Value Vision - Financials
Vingage - Financials, INV, PO, OM
ZapMedia - Financials, INV, PO, OM

I'm not aware of any customers who are live on CRM at this time.

- Mary Ann

Ron Wohl wrote:

Mary Ann has the detail. I believe the first 10 customers are running various parts of ERP. I'm not sure
if any are running CRM components yet. Mary Ann, can you check and supply Sergio the information
he is asking for.  thanks

Sergio Giacoletto wrote:

Ron,
I would like to know, precisely, which modules are running in each customer.
We have a hard time to believe they have ERP and CRM running together.
Thanks and regards

Ron Wohl wrote:

Congratulations to Gary Van Mook and his team, who have brought our 10th
11i customer live. The customer is a dot com called Vingage. The
implementation, using the fast forward RPM methodology,  was ahead of

**ORACLE
CONFIDENTIAL**

**CA-ORCL 017290**

3

NDCA-ORCL 020546



[Fwd: [Fwd: 11i Live Customers]]

> > schedule. This customer, by the way, is the second customer
> > runningOrder Management live.

Mary Ann Anthony <mary-ann.anthony@oracle.com>

ORACLE
CONFIDENTIAL

CA-ORCL 017291

4

# EXHIBIT 140



**From:** Ron Wohl
**Sent:** Wed, 24 Jan 2001 07:38:18 GMT
**To:** Charles Rozwat; Reier, Nancy
**CC:** Gregory Seiden
**BCC:**
**Subject:** [Fwd: Applications 11i and NT Pro*C]

Chuck and Nancy, our P1 NT problems are still not resolved despite having
persisted for months. We've had to repeatedly advise NT customers
to delay go live. Lucky for us, we appear to have only a modest number
of NT customers, but the ones we have are livid with us. One has
already dropped us and is in legal discussions about damages.

Please help with great urgency. Thanks

-------- Original Message --------



**Subject:** Applications 11i and NT Pro*C

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 221215

# EXHIBIT 141

**Date:** Fri, 29 Dec 2000 14:34:11 -0800
**From:** Greg Seiden <greg.seiden@oracle.com>
**Organization:** Oracle Corporation
**To:** csgapp <csgapp@us.oracle.com>, apps-dev-mc <apps-dev-mc@us.oracle.com>

All,

We continue to face problems with Oracle Applications Release 11i and
Pro*C 8.0.6 on Windows NT operating systems.  The initial problem
(1423194,
invalid cursor) was fixed by the 8.0.6.1.2 patch set; however, a new bug
(1552982)
was uncovered when testing the patchset.  RDBMS development has created
a fix for the new bug and a backport (1561651)
is in process.  Unfortunately, the backport will not be available
in time for customers planning year-end go-lives.

The bugs are most likely to manifest themselves in the Purchasing, HR
and Inventory modules.  Customers using those products should not
go live with 11i until a fix is available and verified by Applications.
Customers not using those products should do a thorough acceptance test
to ensure that they have no problems prior to going live.

-Greg



# EXHIBIT 142

**From:** Ron Wohl
**Sent:** Wed, 24 Jan 2001 07:38:18 GMT
**To:** Charles Rozwat; Reier; Nancy
**CC:** Gregory Seiden
**BCC:**
**Subject:** [Fwd: Applications 11i and NT Pro*C]

Chuck and Nancy, our P1 NT problems are still not resolved despite having
persisted for months. We've had to repeatedly advise NT customers
to delay go live. Lucky for us, we appear to have only a modest number
of NT customers, but the ones we have are livid with us. One has
already dropped us and is in legal discussions about damages.

Please help with great urgency. Thanks


-------- Original Message --------

**Subject:** Applications 11i and NT Pro*C

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER       NDCA-ORCL 221215

**Date:** Fri, 29 Dec 2000 14:34:11 -0800
**From:** Greg Seiden <greg.seiden@oracle.com>
**Organization:** Oracle Corporation
**To:** csgapp <csgapp@us.oracle.com>, apps-dev-mc <apps-dev-mc@us.oracle.com>

All,

We continue to face problems with Oracle Applications Release 11i and
Pro*C 8.0.6 on Windows NT operating systems. The initial problem
(1423194,
invalid cursor) was fixed by the 8.0.6.1.2 patch set; however, a new bug
(1552982)
was uncovered when testing the patchset. RDBMS development has created
a fix for the new bug and a backport (1561651)
is in process. Unfortunately, the backport will not be available
in time for customers planning year-end go-lives.

The bugs are most likely to manifest themselves in the Purchasing, HR
and Inventory modules. Customers using those products should not
go live with 11i until a fix is available and verified by Applications.
Customers not using those products should do a thorough acceptance test
to ensure that they have no problems prior to going live.

-Greg
-----------------------------------------------------------------------------------------------------------------

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 221216

**From:** Ron Wohl
**Sent:** Wed, 24 Jan 2001 07:38:18 GMT
**To:** Charles Rozwat; Reier; Nancy
**CC:** Gregory Seiden
**BCC:**
**Subject:** [Fwd: Applications 11i and NT Pro*C]

Chuck and Nancy, our P1 NT problems are still not resolved despite having
persisted for months. We've had to repeatedly advise NT customers
to delay go live. Lucky for us, we appear to have only a modest number
of NT customers, but the ones we have are livid with us. One has
already dropped us and is in legal discussions about damages.

Please help with great urgency. Thanks


-------- Original Message --------


**Subject:** Applications 11i and NT Pro*C

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        NDCA-ORCL 221217

**Date:** Fri, 29 Dec 2000 14:34:11 -0800
**From:** Greg Seiden <greg.seiden@oracle.com>
**Organization:** Oracle Corporation
**To:** csgapp <csgapp@us.oracle.com>, apps-dev-mc <apps-dev-mc@us.oracle.com>

All,

We continue to face problems with Oracle Applications Release 11i and
Pro*C 8.0.6 on Windows NT operating systems.  The initial problem
(1423194,
invalid cursor) was fixed by the 8.0.6.1.2 patch set; however, a new bug
(1552982)
was uncovered when testing the patchset.  RDBMS development has created
a fix for the new bug and a backport (1561651)
is in process.  Unfortunately, the backport will not be available
in time for customers planning year-end go-lives.

The bugs are most likely to manifest themselves in the Purchasing, HR
and Inventory modules.  Customers using those products should not
go live with 11i until a fix is available and verified by Applications.
Customers not using those products should do a thorough acceptance test
to ensure that they have no problems prior to going live.

-Greg

# EXHIBIT 143

Apps on NT still broken

Message-ID: <3A8071A3.DA756227@oracle.com>
Date: Tue, 06 Feb 2001 13:50:27 -0800
From: Ron Wohl <ron.wohl@oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.73 [en] (WinNT; I)
X-Accept-Language: en
MIME-Version: 1.0
To: "Ellison,Lawrence" <LELLISON@US.ORACLE.COM>,
"Rozwat,Charles" <CROZWAT@US.ORACLE.COM>,
"Catz,Safra" <SCATZ@US.ORACLE.COM>,
"Jarvis,Mark" <MARK.JARVIS@ORACLE.COM>
Subject: Apps on NT still broken
Content-Type: multipart/mixed;boundary="------------B09E79F416781D52007EBAC7"
X-Mozilla-Status: 8001
X-Mozilla-Status2: 00000000

All, let me give you a heads up on some serious quality complaints we
will get at the Appsworlds over the next two weeks.

For several months, we have had persistent problems with the NT version
of our product. These problems stem from issues in the 8.0 NT Pro C
code. Despite the best efforts of Chuck's team, these problems persist,
and we are still in the position where it is very difficult to predict a
resolution. For a long period of time, the development team has hoped
that we were within 2 weeks resolution of the problem.

We need to be prepared for both customer and press criticism on this
issue. Some customers may ask us why we didn't withdraw the product
from the market once we became aware of the problems. At least one
customer has returned the product and is in legal discussions with us.

Ron Wohl <ron.wohl@oracle.com>
Executive Vice President

ORACLE CONFIDENTIAL

9/19/2002 7:39 PM

NDCA-ORCL 063429

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 144

RE  QP patch for OMO blocked ===> [Fwd ...T DO NOT INSTALL ANY PRICING PATCHES..]

**Return-Path:** <sukumar.rathnam@oracle.com>
**Received:** from sukumarhomepc (surathna-pc-xdsl.us.oracle.com
[152.68.29.250])by gmgw02.oraclecorp.com (8.8.8☐.8.8) with SMTP
id JAA12056;Tue, 30 Jan 2001 09:39:15 -0800 (PST)
**From:** "Sukumar Rathnam" <sukumar.rathnam@oracle.com>
**To:** "Roger Donaldson" <Roger.Donaldson@oracle.com>,
<mark.barrenechea@oracle.com>,
"Godwin,Clifford" <CLIFF.GODWIN@oracle.com>
**CC:** "Juliette Sultan" <juliette.sultan@oracle.com>,
"Shengi Cheng" <hui.Cheng@oracle.com>,
"GTAO" <GTAO@US.ORACLE.COM>,
"DiMassa,Cynthia" <CINDY.DIMASSA@oracle.com>,
"Wohl,Ronald" <RON.WOHL@oracle.com>
**Subject:** RE: QP patch for OMO blocked ===> [Fwd: IMPORTANT DO
NOT INSTALL ANY PRICING PATCHES..]
**Date:** Tue, 30 Jan 2001 09:48:29 -0800
**Message-ID:** <006001c08ae4$dabd75c0$fa1d4498@us.oracle.com>
**MIME-Version:** 1.0
**Content-Type:** text/plain;charset="iso-8859-1"
**Content-Transfer-Encoding:** 7bit
**X-Priority:** 3 (Normal)
**X-MSMail-Priority:** Normal
**X-Mailer:** Microsoft Outlook IMO, Build 9.0.2416 (9.0.2910.0)
**X-MimeOLE:** Produced By Microsoft MimeOLE V5.50.4133.2400
**Importance:** Normal
**In-Reply-To:** <3A76F000.2C333719@oracle.com>
**X-Mozilla-Status:** 8011
**X-Mozilla-Status2:** 00000000

aol. cliff knows the issues, they are bugged as P1's and the team working
them:
1. you cannot login
2. there is a memory leak which requires bumping up the memory of the jserv
to 256 meg per jserv. this in turn impacts what can be run on the box and
how many demos can be run concurrently -- not as critical for pure ads but
very critical for apsworld when we will have many instanvces active
concurrently

when we get patches we would like rapid turnaround of apply/test and if
necessary re-fix.

adpatch is built not to do unnecessary patching. on pricing the pricing DEV
team deemed it necessary for OMo to work. we need to be able to price
products promoted in a campaign come order entry time. Its the guts of the
campaign to cas process and this patch will only help in demoing an
integrated e-business suite

> -----Original Message-----
> From: Roger Donaldson [mailto:Roger.Donaldson@oracle.com]
> Sent: Tuesday, January 30, 2001 8:47 AM
> To: mark.barrenechea@oracle.com
> Cc: Juliette Sultan; Shengi Cheng; Rathnam,Sukumar; GTAO;
> DiMassa,Cynthia; Wohl,Ronald; Catz,Safra
> Subject: Re: QP patch for OMO blocked ===> [Fwd: IMPORTANT DO NOT
> INSTALL ANY PRICING PATCHES..]

ORACLE CONFIDENTIAL

1 of 4

9/26/2002 3:23 PM

Exhibit No. 34
Witness: Wohl vol 2
Date: 5-31-06
Pages
Lucy Carrillo-Grubbs, CSR No. 6766

NDCA-ORCL 078408

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

RE  QP patch for OMO blocked ===> [Fwd.. T DO NOT INSTALL ANY PRICING PATCHES ]

```
>
> Mark -- As you know, we worked closely with your team to resolve
> several issues yesterday enumerated by Shengi Cheng.  Yesterday
> late afternoon, we made necessary arrangements for patching of
> our Master environment
> through the night last night.
>
> We all want the best e-Business Suite demo environment possible.
> It's important that our Vision build teams continue working
> closely together to resolve your issues and that we coordinate
> patching with the appropriate
> leads so that we can avoid applying unnecessary and potentially
> destabilizing patches.  One thing that would help is renewed CRM
> participation in our daily calls.  This will reduce cycle time on
> patching/fixes and
> coordination of build decisions.
>
> Specific to your the issues listed.
> -- BIS fix in master last evening.
> -- Pricing: we need to coordinate patching/fixes.
> -- AOL/OSO:  Not sure the issue, but tell us how we can help.
>
> Mark J Barrenechea wrote:
>
> > Ron, we have blocking defects for:
> >      - Pricing
> >      - Biz ... not demo-able
> >      - AOL ... cannot log on OSO
> >
> > Is it your position that ERP will not be patched any more, or
> will you patch as needed for CRM ?  Please advise, we have days
> to complete for a global CRM traning next week, and AppsWorld.
> Hours our like days.
> >
> > --mark
> >
> > Juliette Sultan wrote:
> >
> > > Cindy, pls provide an alternative solution to this.  If we
> cannot apply any more pricing patches required for CRM products
> impacted by ERP bugs, there is no way we can complete the build
> in staying in the same
> > > instance.
> > >
> > > Roger, this is the second patch blocked for CRM in ADS master
> this week.  Please advise.
> > >
> > > js
> > >
> > > Shengi Cheng wrote:
> > >
> > > > Cindy just blocked this one.....
> > > >
> > ------------------------------------------------------------------
> > > > Subject: IMPORTANT DO NOT INSTALL ANY PRICING PATCHES..
> > > > Date: Mon, 29 Jan 2001 19;33;05 -0500
> > > > From: Cindy DiMassa <Cindy.Dimassa@oracle.com>
> > > > Organization: Oracle Corporation
> > > > To: Philip McIntosh <Philip.McIntosh@oracle.com>,Karl
> Eberhardt <Karl.Eberhardt@oracle.com>,Bruce Johnson
```

ORACLE CONFIDENTIAL

9/26/2002 3.23 PM

NDCA-ORCL 078409

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER



RE. QP patch for OMO blocked ====> [Fwd . T DO NOT INSTALL ANY PRICING PATCHES_]

```
> <Bruce.Johnson@oracle.com>,Roger Donaldson
> <Roger.Donaldson@oracle.com>,Shengi Cheng <hui.Cheng@oracle.com>
> > > >
> > > > Phil,
> > > > Please do not install and patches for advanced pricing  or
> om patches
> > > > without my ok.
> > > >  I noticed that Gabrielle Tao put in a request for  1607316, which I
> > > > rejected.   This was a bug and not a patch.  It listed many
> adv pricing
> > > > patches, some of which are already in the master, then finally a
> > > > different aru  for 1577632 with pre-req 1569827, which was
> not listed in
> > > > demo patch.
> > > >
> > > > We are trying to get a handle on the pricing patches and control it.
> > > >
> > > > Thanks,
> > > > Cindy
> > > >
> > > >
> > ------------------------------------------------------------------------
> > > >
> > > >   Cindy DiMassa <Cindy.Dimassa@oracle.com>
> > > >   Manager, ADS Manufacturing,& Supply Chain Applications
> > > >   Oracle Corp.
> > > >   Applications Demonstration Services
> > > >
> > > >   Cindy DiMassa
> > > >   Manager, ADS Manufacturing,& Supply Chain Applications
> <Cindy.Dimassa@oracle.com>
> > > >   Oracle Corp.
> > > >   Applications Demonstration Services
> > > >   8614 Westwood Center Dr. Suite 1000
> Cellular: (202) 262-7888
> > > >   Vienna
> Home: (202) 543-7888
> > > >   VA
> Work: (703) 917-4877
> > > >   22182
> > > >   USA
> > > >   Additional Information:
> > > >   Last Name    DiMassa
> > > >   First Name   Cindy
> > > >   Version      2.1
> > > >
> > > >
> > ------------------------------------------------------------------------
> > > >
> > > >   Shengi Cheng <hui.cheng@oracle.com>
> > > >   Director, Demo Services
> > > >   CRM Product Strategy
> > > >
> > > >   Shengi Cheng
> > > >   Director, Demo Services  <hui.cheng@oracle.com>
> > > >   CRM Product Strategy
> > > >                             Work: 650-596-0982
> > > >   Additional Information:
> > > >   Last Name    Cheng
> > > >   First Name   Shengi
> > > >   Version      2.1
> > >
> > > --
```

ORACLE CONFIDENTIAL

9/26/2002 3 23 PM

NDCA-ORCL 078410

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

 

RE  QP patch for OMO blocked ===> [Fwd:.. T DO NOT INSTALL ANY PRICING PATCHES..]

```
> > > Juliette Sultan
> > > Oracle Corporation
> > > Vice President, CRM Product Strategy
> > > (O) 650-506 1203
> > > (C) 415-215 9520
>
```

.

ORACLE CONFIDENTIAL

9/26/2002 3:23 PM

NDCA-ORCL 078411

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 145



SOFTWARE POWERS THE INTERNET

ORACLE
CONFIDENTIAL

EXHIBIT
2
3·23·06

NDCA-ORCL 052388

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

ORACLE

# Ron Wohl
Executive Vice President
Oracle Corporation

# Mark Barrenechea
Senior Vice President
Oracle Corporation

ORACLE
CONFIDENTIAL

NDCA-ORCL 052389

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

ORACLE

# V I D E O
# Commercial Break

ORACLE
CONFIDENTIAL

NDCA-ORCL 052390

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# E-Business Suite 11*i*

## Complete, Therefore Simple

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 052391

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# E-Business Suite Update

- 11i.3 Now Available
- 200+ Live Customers
- Both New Installs And Upgrades
- 2500+ 11i Implementations Underway
- Using All Areas Of The E-Business Suite

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 052392

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# A Selection Of Live 11i Customers

- Boeing
- Bell South
- Barclays UK
- Hallmark Cards
- Hutchinson Telecom
- Doral Financial Corp (LAD)
- Fidelity Employer Services
- Hewlett Packard
- American Power Conversion
- JDS Uniphase
- Kelly Services
- Royal Air Force
- Humana

- Imation
- TeliaNet (EMEA)
- Silterra
- Odwalla
- Papa Johns
- Cap Gemini
- Inventec Electronics Optiglobe, Inc.
- Westpac Banking Corp.
- American Linen Supply
- Netpliance
- Guangzhou Zhujiang
- Brewery Group Co. (APAC)

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 052393

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# VIDEO

# Customer Testimonial
# JDS Uniphase

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 052394

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Demo Environment Update

- 11i.3 Vision Demo Rollout
  - ADS Data Center Servers Begin March 3
  - Remaining ADS Servers By End of March
- Demo Direct From Customer PC
  - No Firewall Issues
- Improved Performance With 11i.3 Rollout
- Key Business Flows Now Available
  - Campaign to Cash, Problem to Resolution, Procure to Pay, and more

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 052395

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER



ORACLE
CONFIDENTIAL

NDCA-ORCL 052396

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Demonstration, Campaign To Cash



ORACLE
CONFIDENTIAL

NDCA-ORCL 052397

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Demonstration, Campaign To Cash



ORACLE
CONFIDENTIAL

NDCA-ORCL 052398

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER



Demonstration, Campaign To Cash

ORACLE
CONFIDENTIAL

NDCA-ORCL 052399

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER



ORACLE
CONFIDENTIAL

NDCA-ORCL 052400

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER