# EXHIBIT 146



Matthew Symonds Interviews

**ORACLE**

Interview with Larry Ellison on January 18th 2002

**Present:**

Interviewer:    Matthew Symonds

**Interviewee:  Larry Ellison**

Larry, could we start off by dealing with something that a number of other Oracle Executives I have been talking to over the last few days have raised, which is how much damage has been done to the brand as a result of really the launch problems of the 11i and the publicity that eventually came out of that rather kind of lagged impact after the event and also to what extent that was exacerbated by some of the arguments that were going on with the Oracle Youth Group and the sort of campaign that I think it was [InfoWorld] or [Computerworld], I'm not sure which of the two it was but one of those magazines was really using them to beat Oracle.

**Yes, I'm afraid the phrase "brand damage" is something that I use and I remember when I first used it, one of the things that happens internally is that both Mark, we talked about the progress in the company and how things are getting much better and 11i is stabilising and 5.5 and 5.6 and I wanted people to stay focused on improving the quality as opposed to throwing in still thousands of more [features] and I was pushing very far in development saying yes we have got to keep adding features but this thing has to be very easy to install.**

Well when was this?

**In the last three months, so I invented the phrase "brand damage", basically to emphasis how serious an issue this was that we had to have a get out of the box experience, we had to maintain our intensity, we just had keep working on getting rid of bugs and mainly making it much easier to install and much more standard and much more standard software and focus on quality, quality, quality that there wasn't time to come up and take a breath so I used the expression of "brand damage" which I thought would get their attention and it did and it's kind of funny. What tells me I've got to be a little bit more careful is that when I am marketing inside the company and**

trying to get them to really focus on quality issues and ease of installation issues sometimes my internal marketing filters to the outside, I mean they take it so to heart.

They may not have been saying this to anybody else, I mean I think I have a little bit of a position of trust, I mean they talk to me in a way that perhaps..

But I have used that phrase several times and one of the mandates recently, I don't know if I told you, we started getting information out, we started getting daily quality reports on all of the applications and I mandated that we have to have a 5% reduction, not in bugs, but in surplus requests.

Quality Reports on all the ongoing implementations.

Everything.

So where 11i was running on a customer site...

Everywhere. Our support organisation logged and our global support system was running, using our own software, so every time there is a service request we logged the service request and we called them...

So what they type something into the web.

Well we know how many requests there are and our application server and our database and [ ] we have all this data and there was a fascinating dichotomy before, if I use that word one more time you're going to hit me! between development and support and support owned service requests, in turning service requests around unless that service request, the origin of that service request was that an actual bug or a quality defect in the product and then development was responsible for that so it was absolutely fascinating the dynamics that went on as support wanted to say this is not something I can clear up, I've got to hand this off to development and say this is defect related so it's either a supports problem or developments problem and we sort of managed service requests separately from bugs or defects and support have two ways to get a service request out of their queue, they can say development we think this is a bug now you work on it, it's in your work queue or convince a customer that we didn't have enough information, we can't really log this as a proper service we can take no further action unless you give us more data and those would go through [ ] soft [ ] for a service request in terms of monitoring, so support has this nasty habit of just passing it to development and saying we think it's a defect or calling the customer back so they would manage their work queues, so when you start

 NDCA-ORCL 1529158

measuring data you are going to measure [ ] data so I kind of look at all this and this is complete nonsense. Okay development support you jointly own, I don't care if you don't have a single bug development, but if you have a product that's difficult to use that generates lots of service requests you have a problem. It's not a bug it's just simply you have to have two degrees from [ ] to use this product and that's your problem, that support and development you jointly own, service requests, in fact defects are interesting to me but in fact if there are millions of defects and only two people call a year I don't really care about the defect I care about how many people are having problems with the product, so service requests, so I kind of moved away from defects and just to what's the impact of these are, by the way if you need more information on the customer that's even worse because it means that you are monitoring tools aren't good enough, you can't even analyse these and that's really a horrible problem and ....

Yes, because customers need a lot of help in identifying what the core of the problem is.

So you have delivered a product that doesn't work very well and you can't support very well, so all I care about is service requests and that's all I measure so that that was a key point and saying by the way service requests must go down 5% a month.

And is that going to be one of the metrics from the daily business kind of..

Absolutely, I mean we [drilled] down from product development, by product, by area and all of this it's just looking at service requests and there is no way to cheat your way out of it now, the only thing where you cheat your way out of it is to say call us or go to the web page and since that happened, the behaviour in development has been incredible and the behaviour in support has been incredible, all of a sudden they say well there is no way for us to associate service requests with the defects, if this bug causes 100 service requests and this bug causes 1,000 service requests, we want to work on the bug that caused 1,000 service requests, but we really don't know, we are not aggregating the service requests from similar origins we don't know exactly what's going on, so we basically restructured the bug database or defect database, the whole support quality system has had little tweaks now as they try to figure out what to work on gets the most leverage because now we've got this 5% target a month in terms of service requests, so several things have happened. The first thing that happened they started cleaning up the data the kind of crummy data in the service requests, now they are trying to get more information about service requests and find out what the origin is, is it an installation problem, is it an [ ] abuse documentation

problem, it's an actual defect in the product and which are the most important ones to work first, there's no silly avoidance behaviour, there's actually an analytical process of good data leaving to go to [ ], this is back to the original theory of what is the age of information what goes on, if you can start measuring the right information it radically influences behaviour, it's just like my favourite example about the kid in the schoolyard trying to, you know you take the basket away from the kid and just give him a ball and he loses interest, if you give him constant feedback and they can see that graph turning down and there is now way to cheat around it, it's absolutely amazing what's going on, but anyway I was really focused on this whole follow the issue, we have put up the system and to get the most shocking term I could come up with about what we had done to ourselves through 11i was "brand damage" and again I'm actually pretty good about coming up with phrases from marketing, I've got to be a little bit careful, my phrases are negative rather than positive.

I think Mark Jarvis has obviously been extremely worried about some of the adverts and publicity and he has said that he has quite sort of feared for the relationships with you at times over the last six months or so that he has some kind of memos from you in that you have suggested that Oracle is having it's worst press for over a decade and that sort of thing.

Yes, well I was concerned for two reasons, I was concerned, it's true but I can't blame Mark for the terrible press though he could have managed it a bit better and I wasn't happy with the lack of seniority in Mark's PR team but that's another story, so I _

I'll need to give you an update on [ ] actually.

Yes, how's she doing?

Well she's actually I don't know if I told you this, she's going to try and make her living kind of in the eventing world, so she..

On a horse?

Running a team of horses and riding and also breeding and selling horses, trading horses and she says she's going to give it a go for 18 months there and see if she can, she says it's what she's always kind of loved most and if she can make a new life doing that then she's going to be fantastically happy, if not then she will try and get back into the software industry.

I think that's, even if she doesn't make and it's hard, she'll have a great time.

I don't think that she has any expectations that she is going to become a very top rider herself because it's a little late to do that but she thinks that she can have a top team and she thinks she's good at training horses and then selling them on at a big profit.

**Well that's a great business if you have direct clients or a perfect client, my daughter is the best young rider in the United States and she is very good.**

She wants to have quite a lot of links with the kind of US Equestrian team and basically train all the horses in England and sell in the US.

**I'm going to introduce her to my daughter.  One of the things Mark doesn't do very well and it's my fault is recruiting, I mean he's got very good people, I mean I love [ ] some of the people round him are fabulous, but it's thin at the top.**

Well [ ] I think was a good addition, I think he's got a kind of unfortunate [ ] appearance kind of thing, you don't sort of think this is necessarily kind of guy [ ] and it really sort of comes out in body language and that kind of thing, he's kind of uptight.

**And he's still very nervous around me, he says things to me and then waits for a reaction, he's not very spontaneous.**

It's that kind of insecurity which made him kind of unable to deal with having Ali around.

**And all the mystery about, who is this blond?  Anyway I am very fond of Ali but not like that.  So I did put some pressure on Mark to beef up the PR team and also to beef up the [product expertise] Germany was going it all and we needed very strong people in each product area that really did know the technology and were quite articulate and coaching and explaining it.**

[ ] talk to the analyst community as well as press.

**Absolutely and also the developers to get feedback and get feedback because it all helps, so that would be someone pretty smart.**

Mark's talking quite a lot about...

**Mark's job was never in danger, I would be sobbing if he left.**

I said that nothing you had ever said communicated that you no longer approved of him.  The whole spat of the users group and one of the things that Mark was saying about that was at a time when he'd always known that he was going to get quite a lot of difficulty from the

technology analysists as opposed to the [ ] analysts because in many ways the whole kind of idea behind the e-Business suite is an attack on some of those vested interests, so that was always going to be inevitable but by having the users group there as a sort of ready made [ ] critical voice about Oracle's [ ] and saying how nobody was kind of upgrading to 11i because they represent the olden base essentially that that really added to the problems quite a lot.

**Yes well there is a huge battle between the, there wasn't the users so much as the user group management and not all but a lot of these were just independent consultants who were their prestige and their position as user group managers were important to their careers and they want to control these meetings and we gave them money and there were largely independent and we had all these meetings to go and I thought this was ridiculous I mean the database business is a lot bigger than the applications business and we had, I think it was [ ] applications.**

It's a huge load on kind of executive time apart from anything else.

**Executive time was bad, executive development time was awful and I thought this is ridiculous I want these things together and I think I pulled the trigger to say we might as well get this thing solved now and retrospectively the timing, I could have waited a year before, I probably should have.  So it was unfortunate that while we were having the quality problems with 11i at the same time we were having the spat with the users group and the users group just used that as a bat to hit us over the head with.**

Was it [InfoWorld] or Computerworld who sort of ran a campaign against you?

**I don't recall.**

But I mean it was over a twelve month period and Mark did quite an interesting analysis did a search on Oracle, a search on IBM, a search on Microsoft [ ], the ratio sort of positive to negative stories about your arrivals was something like 8-1 positive and it was kind of 11-1 negative so far as Oracle was concerned and they basically, you know every time they wanted to run a negative Oracle story they had the user group management there to give them really good quotes, and that was damaging I think.

**Oh absolutely and again we were [ ] and once this starts it's very hard to turn around.**

What is going to turn that around?

**I think the user group, the users, there are an awful lot of positive stories out now. What's amazing is this is like childbirth in that it's very, very painful and then it's all**

quickly forgotten.  No one really remembers what's happened and when Oracle 7 came out I mean no one really remembers Oracle version 6 it sort of disappeared.

You've been kind of thinking increasingly about the parallels sort of the last twelve months and the technology transition that was represented by Oracle 6 and they [ ] as it were.

**Well 11i was never as bad as Oracle version 6 because there were lots of different bugs here and there and 11I didn't simply not work, I mean 6 in a database it has to work and work all the time and if there are any problems with it [ ] it's just problematic whether you should be selling that product so I think it was much worse with the 6 7 transition than the 11i transition.**

And also you were financially much weaker.

**Right. [ ] oh my god this is as bad as 1991 and we had to laugh, you know there we were almost bankrupt, here we have £5billion cash, there we were losing money here our markets have dropped to the mid 30s.**

But one of the things that people have been saying to me and say it daily to me is that will you turn it around in a good quarter?

**Well I said that ~~the only thing,~~ that's a little bit simplistic, the fact is the second you get a good quarter, I mean what analysists do is not try to foretell the future, ~~they are not~~, they try to explain the recent past and if you suddenly have a bad quarter, if your sales are going down, they will try to explain why because you have had product problems here and some other kind of problems, if you have a really good quarter they have got to explain that as well and it's because you have a really wonderful product and it's kind of as simple as that, they look at the numbers, but the only number that's really, really important but I still say that what will give us the good quarter is our users get more and more comfortable with the e-Business suite they will start buying a lot more of it and if they start buying a lot more of it our sales will pick up suddenly and then it will become visible to everybody that people will talk to users again and say oh well pretty good product.**

Do you take a view in terms of measuring the success of the investments that you have made in the e-Business suite, do you sort of look at it in terms of vis-à-vis development dollars that we have put into the size of the development organisation that we have built in order to produce things and this is what is has got to be earning a year, two years, three years from now in order to justify that?

/

      NDCA-ORCL 1529163

Yes, absolutely and I think that one of the ways of looking at the, interestingly about the e-Business suite is that we can look at just service requests or a service request divided by dollars and clearly a product that has no customers has no service requests [ ] the database  you look at how much revenue is coming in from the database development and divide that into service requests and how much money you have to spend so I think dollars is a constant denominator, sometimes you get ratios of RND to revenue ratios of service requests to products specific revenue we always look at the metrics.

And roughly how do the comparisons run between the database and...

The database is a bit more [ laughing ]..

I mean is the applications business at all profitable?

Yes it is profitable but it's not widely profitable, the database should be the cash card.

And can you ever see a time when applications might be as profitable as the database business?

Yes, actually when we are running the whole thing and the irony of us running everything is our support costs go down dramatically because it's actually easier for us to do it for you than to explain to you how to do it and even if we give the hardware free it turns out that's a much better model for us, so two things happen -- our costs actually go down not up when we are doing the hosting and our revenue goes up so you get this wonderful virtuous transformation.

And do you need to keep in place this very large applications development organisation that you have built up over the last few years.

Yes, but I think it gets [ ] in a different industry as we go to Healthcare, banking and I think our next big one is retail, finish up retail.

Finally CPG?

Exactly. We have actually turned around a number of the CPG customers with a lot of effort. CPG is in pretty good shape right now.

But I mean have you moved a lot of the CPG customers over to an increasingly kind of Oracle solution?

Absolutely, I mean that really in the end was, the strategy [ ] give them an option [ ] Oracle and we are going to keep supporting the integrated suites and we will give them an Oracle option as well and knowing full well that 99% of our effort went into the Oracle option and that's where they are all going.

Can you just tell me a little bit about [ ] who was obviously kind of critical in the whole CPG and the early TRM days, because he's actually not somebody who I've talked to but he clearly is quite an interesting, somewhat quite ambiguous figure.

Well, [ ] was loved by Ray and Robert, they put some of their own people in charge of development but the person they actually got [ ] was someone with a development background was [ ].

So he came out of development to work with them when they were trying to do more of their own stuff.

Yes, [ ] was someone that they found metabolically, you know compatible and so [ ] got along very well with Ray, got along very well with Robert and the others and they behaviour he exhibited that they liked so much was that he was talkative about everything, he would [ ] we can do that, we can make that happen, we will make that happen and so during the sales cycle they like taking [ ] with them and [ ] would come up with some kind of plan to go ahead and meet [ ].

So the customers liked him?

Yes, absolutely, very bright [ ] is very bright, very articulate, very good at putting proposals together and all of those things, the problem is in the end he had a great deal of difficulty delivering because the hard thing [ ] when things are hard and this is a very complicated business and [ ] in the end couldn't deliver the products that he had promised.

He left at the same time as Robert I think in fact the same month in August 1999. Were those two departures linked?

I think, well Robert clearly left voluntarily and what happened and [ ]'s job was kind of reorganised away...

Because I think Mark said he couldn't actually work for [ ] I think and Mark was threatening to leave?



I don't remember Mark threatening to leave I really don't and maybe he did.

Well he might not have been so explicit about it but he seemed to be saying anyway that I can't make a positive contribution here if I'm going to be working under this guy.

**Well we made several changes, I mean if you look at all, again I can't give you dates, but Thomas Curran taking over application server for Beatrice [ ] again Beatrice was not asked to leave [ ] so we started reorganising and a new group and a new development management team, Charlie [ ] he was running CPG, so Ray had a couple of consultants running development and there were a number of people, I made a bunch of development changes.**

Was it all kind of flowing through from your going into applications [ ]?

**Yes and Thomas has done a brilliant job with the application server, really fabulous. So we went from let's deal with the customer launch to a whole different strategy of let's do what's possible.**

And was [ ] asked to leave or?

**No, again I think a lot of his responsibilities were reassigned and he elected to leave and Beatrice was assigned to work for Gerry Blume and Beatrice didn't get along very well with Gerry and she chose to leave.**

The order management issue, I mean this is a red herring clearly a red herring.

**This is [ ] there a bunch of new features going into order management but there are a bunch of new features going into [ ] there is more than usual going [ ] and Mark is very concerned about it destabilising his stuff.**

I think one of the big gripes clearly was that because the implementations were not going well, customers were using up all their kind of implementation dollars simply to get the ERP part of the suite and there was nothing left for CRM so if they were having problems in terms of their CRM numbers it was Ron's fault?

**You know smart people make this wonderful argument, but actually I'm never interested in explanations of why you're not succeeding, if you're really smart you'll figure out a way [ ] if you are semi-smart you will explain why you are not succeeding.**

But why do you say that the order management issue is a red herring because that's been raised certainly Chuck Philips quite a lot of times?

Well a long time ago, one of the problems the early sources of problems with 11i is we decided and we had this interesting strategy early on – my god 11i is so late we could actually put the brand new order management in, so we waited this long why don't we just sneak in a new order management, well that would be very risky because it's a huge rewrite of order management, it's kind of the centre of everything, so we had this great idea why don't we, we ~~bump~~ *put own* the order managements in the system so that was the decision ~~we made~~ *a*, so the conservative people can use the old order management the avant guard people can use the new order management. [ talking over each other].

.. upgrade the new one and find the product.

*We don't actually know how to do new*

it wasn't technically possible but it was a hell of an idea. ~~N~~ but Ron and I decided on a *the dire* [ ] strategy so stage one was - god maybe we could wait for 11i, stage two - too risky ~~they~~ *they* can't do that, stage three – we could have them both, absolutely fantastic idea, stage four – [ ] fantastic idea but we can't do that, stage five – well then let's put in the new one, what the hell, classic Oracle, let's take the high risk strategy.

So what was the problem, the old one didn't work now?   *co-existent*

No, well we had to choose, we couldn't have them [/] so me and my nature, let's take the, what's the highest risk strategy we can have, the highest [ ] that's mine.   *Dennis, highest reward* / *Ennes.*

So was this just prior to the launch.

It was pretty close to the launch.

Kind of March 2000 that kind of thing.   *[t was brand new]*

And there were huge problems ~~about [ ] so~~ we went from having a very weak order management product to having the premiere order management product on the planet except it was all new.

And it hadn't been used in Oracle at all?

It hadn't been used anywhere it had just been finished, the paint was drying.

I mean can you explain for a kind of lay reader why the order management module was so important?

Sure, it is the first thing that happens to information when it flows into ERP it's the funnel that ~~actually separates~~ and depending on how the rich the order management   *catches / everything*

*32 + VAt / 2000*

system is you either now very little about the order or a great deal about the order, you have all the contract information, the contract a detailed description of the products, different kind of payment terms, all sorts of marketing promotion terms. [ ] CPG, you know enough about the product and you know that the sale occurred on this date with this product and this territory so the vendor gets a rebate you can deal with marketing promotions, there is all these complicated things that happen around an order, sales people get compensated, vendors get rebated, the price engine needs to be very, very flexible depending on your pricing rules, you know buy three, get the fourth one free, automatic configuration, buy a, b and c, oh no a, b and c don't go together you have to get a and b, you have got to get a, b and d. But there's a lot that goes into the order management in terms of different industries, it's probably the hardest *heart of the ERP system*

So when did you first realise that it wasn't really working very well?

**Oh I knew there was a huge risk up front and so I kind of walked into this, I can't plead ignorance on this but it took much longer.**

Were you warning any of your customers at all?       *Release — you had to get sign off / from Ron*

**When the product came out we were in control [ ] so when we released it, we didn't realise it willy nilly anyone can get this, so we immediately went into control release, what I never anticipated was the length of time it took us to stabilise all of this.**

So this was after May after the first phase of the release was controlled [ ] a number of sort of hand picked customers who were hot to do the upgrade.

**Yes, so we were implementing ourselves, we were implementing a handful of customers who were going through this controlled thing, phased release and come out of that hopefully with a product that was stable and proven and would fan out. Now we had a lot of time constraints and we met some very interesting problems in Europe in that we had to release the product for the Euro conversion and there were a lot of pressures on us to upgrade customers. The Euro was, the existing upgrade plan and expansion plan we were already late with 11i, they already had projects ongoing and they suspending the project for 6 months was not something people wanted to do, they had planned for 11i, 11i slipped the planning permission which dragged out, the contracts with [ ] that put the stuff in.** *process*

*[Austin]     or to PWG to put in ch*
And what was the main risk to your business?

Immobilisation [].  L/ke WW1 — mobilisation — had to turn-off

But was there also a risk that if you hadn't gone ahead with that, that you might have lost [ ] for example because some of those customers would have wanted the CRM or was that not a factor.

**No I think that's part of it, it's a little as though we were trying to reign it in and we couldn't because, I think it just kind of got away from us.**

So, people kind of did for a little bit about when the real kind of awareness of the problem with order management started to come through, I mean some people say it was in August, other people say that didn't start to happen until December 2000 and I think Mark and Ron clearly had a different view as to what the extent of the problem was or if they had a different view about running into December and this is when you say that we have to go live on our own order management implementation.

**Yes, I think there is a certain amount of denial going on, but it wasn't denial so much as we really, it's hard to note, the trouble with software is that you don't know when you are going to finish until you are finished.**

We were talking in October when we were saying to you that I thought I was ready to kind of go ahead with the project and you seemed to be as if you didn't have a care in the world at that point?

**Well I knew there were bugs, I didn't know the extent of it or how long it would take to fix and I didn't know how visible it would become so I guess I was optimistic, silly but it was optimistic that we could fix the problems pretty quickly and it would happen in controlled release and the problems would never be broadly apparent as they became.**

So when you said that Oracle had to go live on it's own, order management on it's own in December, what caused you to say that?

**Well what caused me to say that?**

Well I understand what caused you to say that was you thought that by doing that you would force the issues up.

**I would say it worked and I know we were down for a couple of weeks but this is a massive change, it's not unusual when you are installing a huge system, first of all December is a great time and it's the quietest month of the year, in fact this past**

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

December we have just done our reorganisation, rather than waiting until June [ ] December's the right time to [ ] for Oracle, so I thought it was a good time to put the system in, I knew that it was going to put a certain amount of stress on the system but overall the fact that we kind of got that up and running in a couple of weeks I thought was a victory not a problem.

When it actually went down as a consequence of that, I mean it impacted quite a lot on the education business didn't it?

Well the education business was different and the problem was the fact that we knew we actually didn't have an order management solution that worked for eduction period. The eduction reservation system wasn't done so that was different, so in terms of the general business and all that, there was almost no, there was very little consequence, I mean there were some very late nights for a lot of people in Gerry's group and a lot of people in engineering but never a great consequence. The fact that went live before we really had a solution for the education reservation system and we just made a huge mistake, Ron implemented the system for education and directly ordered orders into order management, idiocy, what we should have done was used tele-sales and entered the orders into our tele-sales module that's Mark's [ ] and that's the complexity order management so they were tele-sales operators and they should have been sitting, so they went native order management which was a horrible, horrible idea and we couldn't take orders in education but that was more because of a decision to not use tele-sales, to use order management and that was more the Mark – Ron conflict, you know Ron saw me [ ] order management is a wonderful thing for a tele-sales type [ ] you must be kidding.

And how quickly were you able to help customers who were struggling with the problems that they had encountered with order management once you had sorted out how to deal with it yourself?

Well when we went through the post [ ] of putting it in internally we covered lots and lots of problems and just having the laboratory, having the problems that close let us know [ ] a lot of the problems and clearly got much better once we put our own system in and had that running [ ] and we were also putting in [ ] pretty much by the time we had finished the Oracle implementation we were over the worse of the order management problems.

So there was almost a [ ] which enabled that knowledge to go through to customers instantly.

NDCA-ORCL 1529170

**And I think there is a general understanding of the people inside of development, in fact some of the problems were fairly serious and needed to be fixed and it is very hard to deny, you know denial is very difficult when the guy across the hall is complaining.**

And when I talked to some people this week about when did they think 11i became stable, most of them said three days ago.

**Yes and I think if you ask the question three months from now you will get the same answer.**

I was going to say, because virtually every time I have asked this question over the last year, you know it's – last week we've just done it.

**Yes, it gets so much better [] and now we've got it.**

And you can't believe that it was so bad before.

**I think just the absence of the [ ] we just couldn't get any data out of the system before, now with the [] and that's the exciting part of the fact that we're on right now is that the improvement is so rapid and there are so many cool things coming out, every release will seem like okay now we're really there, now we're really there.**

But what point last year did customers start to come through with satisfactory implementations.

*Chegnene*

Well we had that all along, it was very [/] we had some very good statistics. The [] ..

*Huryn*

Well that was March last year.

Right.

And that was also from the ERP [].

**[] order management [] a lot of stuff, so we have had, I think we are very hard on ourselves again and I think that we have got this database, this unbreakable database next to our applications we are kind of hard on ourselves which is okay and I'm not saying we've not had much of 11i problems but I think we had a bunch of successes a year ago that had to be managed properly and it wasn't foolproof and I'm not calling [] in full but we really would like foolproof software that's very easy to install and everyone is successful with it and you don't have to have super confident technical**

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER



people doing this but that [ ] technical people can do a nice job and do it rather quickly and we had certainly a lot more successes than we had failures but we did have some failures and if you weren't very familiar with the products and you didn't know how to install them and you didn't get the right [ ] you would get yourself in a lot of trouble.

And how would you categorise something like the [ ] implementation, the initial call centre – well it's more provisioning?

Well two things [ talking over each other ] and also it was asking the product to do something it didn't do, so there was really [ ] and do all the provisioning we had lots and lots of customisations initially so we were really working our product to do something it didn't do and then in phase two what we did there was not so much the quality improvement but filling in the functional gaps and that's the other part of this whole process, we definitely had quality problems.

But they tend to sort of be [ ] with the functional issues.

Exactly, so now there's these functional gaps which is traditionally solved by an [ ] customising the software and that's what we did [ ] we actually customised the software and got it working and my reaction to that when it was working was who cares? this is a custom solution [ ] really in the process now of finishing that, kind of [ ] was to [ ] every single modification and make it [ ] into the product so we do that provisioning automatically [ ] out of the box. [ talking over each other ] very very different, I mean no one has tried to do that with us, you know IBM and SAP would say we're very happy now, we got it running [ ].

With a lot of effort with Chris [ ] team you know they sort of got this capitalised solution running that saved their day and their intention was to kind of learn from that and turn it into a productionised product.

And the whole customised approach was [ ] to what we were trying to do and so okay now we understand what our functional gaps are but our consulting organisation [ ] so it wasn't just product functional gaps it was data limitation so [ ]

[laughing and inaudible]

So we're back and taking out the customised [ ] throwing away all the customised [ ] and going [ ] which should make a high quality [ ].

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER   NDCA-ORCL 1529172

What were kind of the key developments in the middle of last year which made you think that you were kind of heading over the hill?

But we had had these successes and the interesting thing about all of this and I think that it's important to say it, it's not as if it was oh my god this doesn't work, it was – it's working most of the time but we are having problems here and problems here and tragically I wish they were all the same, they are all slightly different.  Why [ ] it was just too hard to install.

And that was partly [ ] the product, I mean if you have such a large product when you are in this kind of early [ ] phase then it's inevitable that problems are going to start popping up in different places.

And it's your worse nightmare, it's not consistently failing in this way, but these three things and you are there, this screwed up for that reason, the customer got in trouble because the installation was too complex and the packing process is too complex so it's not that it's broken exactly, it's just too hard and so some consultant groups do very well with it, some consultant groups would not do too well with it, sometimes it was a functional gap, sometimes it was just general defects in order management so we had all these different things, so it was a little bit like watching Michael Angelo paint the ceiling in the chapel, a brush stroke at a time we had to fill in that functional gap, make the install easier, make the change of [ ] process, do all of these things, it was a very tedious process and again the well managed implementation, all along [ ] it was very early [ ] but this didn't work long.

And inevitably the ones where there are problems are the ones that tend to gain the most publicity.

Unfortunately yes, in fact people write very little about the fact that [ ] GE Medical now [ ] they didn't even mention GE Medical.

How much has GE Medical taken?

It's all of ERP, a little bit of CRM, I think it's about the whole suite, but right now it's ERP globally and it's a huge system and they've put it in and this would scare the hell out of me, they put it in with a consulting firm that I've never heard of, GE being the world's cheapest company, which is admirable unless you are selling them stuff – god [ ] CEO said GE Medical is going live in a week and I said what! [ ] to make sure this thing worked and it worked, it worked so most of the time it worked but we had

**enough problems and just because you have fixed one over here, we just had to go through this terrible, terrible process.**

When looking at the slower rate of adoption and the loss of market share gaps, certainly in the periods of two and three quarters, how much of that do you attribute to kind of new business that you didn't get because people were scared off by the publicity, how much of it was simply people [ ] base delaying upgrades until they felt that kind of other people had got through merits of the problems and therefore you can see that that business hasn't actually been lost it's going to come back quite strongly and then there was obviously the economy but nonetheless it was clear market share loss.

**In terms of new customers, probably one-third new customers and two-thirds install base because the interesting thing about our business and our business closely resembles SAP's business I mean we have more customers than [Cebo] [ ] combined and our huge opportunity is to upgrade those customers from their existing ERP modules to all the new ERP things we have and all the CRM things that we have and that was the most difficult thing to deal with, the good news is that again that will be forgotten very, very quickly, I have seen this happen so many things, I'll go back to the childbirth analogy, a lot of pain followed by joy.**

But Oracle has rarely had a period like that in applications as it were, I mean it's never really been smooth in applications.

**No 11i was pretty good, we were really [ ] in 11i and then we kind of [ ], it's really an extraordinary product [ ].**

And what about the kind of new customers, do you think that they will are lost fulltime or some are waiting as it were?

**I think some of them went with SAP might be lost for all time or for a very long time, and I think that what happens now is let's start with [Cebo], I think that [Cebo] will literally die and [Cebo] will die because they are living on primarily the SAP base and to a lessor extent to our base, [ ] SAP, ERP and as the ERP suite vendors get better and better, [Cebo]'s [ ] because it's so hard to install.**

So from the people I was talking to last night [ ].

**And it's too expensive and what's worse it's too expensive and you get less information because it's not integrated and it costs you more and you know less, so I think [ ]...**

NDCA-ORCL 1529174

Both you and, I will come on to the pricing thing in a minute, but both you and SAP as the reliability or the completeness of your suites becomes more established in the market place can then price and bundle in ways to make it very unattractive aside from technology issues.

**It's a bit like IAF [ ] and when we compete with BEO, so putting in all the pieces together for IAF just to sell them, we are really going to sell on three products, the database, the application server and the e-Business suite [ ] we don't keep track [ ] what module [ ] turned on.**

So in a way regardless of the economic cycle when do you think we are going to see some turn in Oracle's application to market share?

**Well talk to Sergio, I think Sergio.**

I did, I talked to him yesterday.

**I think now, again this is a very different, I mean we have tonnes of good references for 11i, the 11i demos are quite compelling now with the daily business close, we are going to get quite a bit of brand building going on, in terms of brand damage I used brand damage [ ] the database actually the unbreakable [ ] our stuff needs to not break all the time! [ ] entire month of February putting in security and the interesting thing is it's the shortest month of the year, you would think you would at least give us March! The whole month of February we are going to work on this [ ] but I think there is going to be a lot of Oracle brand building that will happen quite naturally, the IS product is fantastic, the 9i is fantastic and actually 11i is really quite remarkable.**

Did the release of 9i have any sort of short term negative impact on 11i that you know people would have said I'm going to get more functionality out of the aps if I install on 9i so therefore I will just wait a little bit longer for that.

**Well the aps work on both 11i and 9i, but [talking over each other] .. and all the new [ ] it's really amazing stuff.**

But if you had just been carrying on with 8i for another year, I just wonder whether that would...

**Well [ ] is always saying you know be conservative, wait a year [ ] but they were certainly wrong [ ] clustering would be [ ] they don't believe it.**

That's the only explanation that they don't believe it's true.

                    NDCA-ORCL 1529175

But I think that's almost everybody and I think the single most interesting thing that's going to happen to Oracle, as interesting as 11i is when people understand clustering actually works, the impact on the whole computer industry will be phenomenal.

I agree, I agree.

That's why I am spending more and more time with Michael [ ].

I was saying to Mark yesterday that I really thought that you should make more of the dell 11i [ ] and he was saying well we haven't done very much of it because it's another technology company and I said to him it's not a technology company it's a process company, it's not an analogist with HP, quite apart from the fact that [ ] but everybody who runs a process business is interested in what Dell does and follows Dell and he said oh I hadn't thought of that.

I totally agree with you and if you look at it this campaign that I don't  think they've quite got yet but will get better explaining it [ ] actually that's not so, General Electric runs Oracle and Siemens runs SAP [ ] runs Oracle some very unprofitable field companies run SAP and so on [ ] for example [ ] Michael's a pretty smart guy but however smart he is is is irrelevant it's an extremely well management, well thought out company, they understand their business and they do a good job in their business and they just look at our stuff and say yes it's kind of a new brand [ ].

I think you should make a lot of that.

Our data centre [ ]

Which one the California one?

Yes, California, huge data centre and office and we are going to do joint marketing with Dell, that's going to be [ ] Dell surfers.

Compaq as well?  You've made quite a lot of your alliance with Compaq over the 9i release and clustering.

Yes, and Compaq did a nice job with [ ] around servers and they have [ ] [ talking over each other] but the volume server Michael owns and Michael has ambitions in that area and the fact that Dell is less of an engineering company in some ways makes it easier for us to work with them than Compaq, you know Compaq is another important partner.

NDCA-ORCL 1529176

So I was going to come on to the competitive [ ] later but we are kind of on that now really, so you are still kind of insisting that as the two big suite players gain [ ] that [Cebo] gets creamed.

**Yes, and you will see the weaker speciality players just dying, the [ ], the [ ] all of those [ ], [ ] and that's a pretty powerful company getting just absolutely crushed and people [ ].**

Sergio was saying that in Europe there are a vast number of second and third tier kind of ERP companies who have quite a high penetration.

**In the mid market in Italy.**

And partly because kind of in particularly in Germany and Italy there are a large number of quite successful small and medium sized companies.

**And I think that is actually quite hard, how it's going to play out and the whole suite play is extreme [ ] is very difficult, but I think we get some Siemens division, I think so, it's 11i against the popularity traction and all of this the suite kind of becomes the acknowledged winner there are two big suite players us and SAP, SAP has all of these large companies, so how do we ever get back into those companies, thank god the SAP implementation [ ] costly [ ] they are not running and it's not like GE Medical, they're over, they're done [ ] they'll have 10, 20, 30 different SAP instances around the world, big chunks of the business won't be automated and we'll get a chance to go in there and do this division or that division and kind of [ ] but at this high end, even at the high end [ ] the vast mid market is where we will I think crush them and mid market and the mid market deals are very interesting because in the end they become hosting deals as well as software deals, they become a blend of service and [ ] outsourcing or whatever [ ] very, very lucrative deals for us, then in terms of small business suites we will have the chance to do that.**

Although I was talking to Sergio about that and he is really desperate for you to produce some kind of European country version to the small business suite.

**Well the reason we have been very reluctant to do that for a while – (a) is let's get some momentum in the US first, get all that stuff finished.**

Yes, but you know he thinks it's perfect for those small European countries.

He's totally right except for one small problem, an internet based system in Europe given the current cost of wire lines is a huge barrier [ ] small business suite is very attractively priced, you know we can't do that, it's just too expensive, so [ ] we'll kind of really get some [ ] in North America and at the same time we are picking up certain countries.

I think he's just really worried you know not too much that you are going to lose to SAP that Microsoft.

Microsoft gave up, they just stopped, they said we give up, that's absolutely amazing, they're on-line accounting turned off. They just gave up.

So do you think they have temporarily lost interest in applications?

I would really be interested in your take on it but they just literally turned off their servers [ talking over each other ] two months ago, they didn't have a press release and so we have [ ] and scaled back their ambitions of what's on-line and what's off-line we got some fabulous reviews on small business week versus [ ] picking on both of them I think [ ] well on-line it's premature.

And tell me about the Peoplesoft situation because it is the case that they are going to be forced to [ ] their development arm and that's going to have a serious impact on their numbers.

Yes I think it will have, they can't do their [ ] accounting that they have been doing and they also have tougher comparisons, the company that came into fashion has made a fashion switch, those who have been doing very well as a result of the internet had all the tough comparison problems so you are in fashion, out of fashion [ ] and they were out of fashion so they kind of automatically kind of flop back in fashion with these comparisons and it's also an interesting thing, I hate to say anything good about Peoplesoft, it shows talk about brand damage -- they were buried, they were dead and buried and they came out with a new software release, which actually doesn't work very well but [ ] they were able to get some method back in the market place, so it happens very fast, it's not like [ ]

And can you see that turn from happening quite quickly as far as [Cebo] is concerned?

Yes, look at what happened with [i2], I mean you blinked and [i2] [ ] central to your business and [i2] being one of the most strategic software companies in the world, they're dead.

The new pricing plan for 11i, how does that compare with the previous pricing plan and what was the thinking behind it?

**Well we had the a-la-carte menu which is enormously complicated [ ] SAP or even Peoplesoft but it's still complex, we had lots of different pricing metrics, we had processors and order lines and all sorts and now we say we could have priced the database that way, well are you doing complicated, are you doing star queries because we have a very cool optimiser, we do star queries better than anyone else in the world for data warehouses so if you do this kind of query, it costs you that much and again we are always [ ] the simplicity of the database business and no you don't modify this hardware, what are you crazy, what change our database, what are you nuts, it won't work [ ] the same thing with pricing, so rather than pricing all these features if you really think of the e-Business suite as a product and you may not use it all, you don't use everything [ ] well why should we pay for [ ] if we don't use them, what a dumb question [ ] well we don't care what you are using, this is what the price is and we have some very high value features, we have some routine features, we will give you one price for everything.**

Presumably in terms of the customer, even if they are just using say the financial [ ] that's the power user price and if you add any additional modules then for power users you are going to be adding [ ] anyway.

**Yes, the whole thing was silly, it was just ridiculous, everyone has it wrong [ ] order management [ ] HR and payroll and then payroll is per paid person [ ] retirees, part-time people and all of this other stuff and so this is all silly, why do this, make it up in the roundabout so we will just lump everything together, it's just per user, if you are buying the suite [ ] .**

I'm just conscious of the time situation, I don't know whether anyone's going to come and get you but 1 o'clock is the business [ ] and we're on 1 o'clock now, so shall we just carry on until somebody comes to get you or do you think we ought to go down?

**Well let's just wait 5 minutes [ ].**

Let's talk about your other sort of pricing offers.

**Any by the way the nice thing about [ ] application server where [ ] warehousing products they are incredibly high value [ ] than our competitor in warehousing and business objects were 7-1 cheaper, this worked with Microsoft.**

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**[Sound file ends]**

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 147

Message-ID: <3B49EDF8.62A624A5 a oracle.com>
Date: Mon, 09 Jul 2001 10:46:32 -0700
From: Don Klaiss <Don.Klaiss@oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.73 [en] (WinNT: I)
X-Accept-Language: en
MIME-Version: 1.0
To: "BARRENECHEA.MARK" <MARK.BARRENECHEA@ORACLE.COM>,
"Williamson,David"@oracle.com,
"Fletcher,Alan" <ALAN.FLETCHER@ORACLE.COM>
CC: Ron Wohl <RON.WOHL@oracle.com>, drew <dcampbel@oracle.com>,
"Klaiss,Donald" <DON.KLAISS@ORACLE.COM>
Subject: Fwd: ERP CRM Integration Testing
Content-Type: multipart/mixed;boundary="-----------FE0DA70308E637819AF2CCA1"
X-Mozilla-Status: 8001
X-Mozilla-Status2: 00000000

Mark, Alan & David - we need to get the CRM products into the TST115
integration testing environment. Today's situation is that we cannot
test integrated business flows prior to customer shipment. We are
releasing new ERP & CRM Family Packs regularly but do not test them
against each other - clearly a bad situation.

When can we expect the CRM teams to participate in TST115 as the
integration testing environment?
Don

Return-Path: <harold.campbell@oracle.com>
Received: from mailsun2.us.oracle.com (mailsun2.us.oracle.com [130.35.61.114])by
gmgw02.us.oracle.com (Switch-2.1.1/Switch-2.1.0) with ESMTP id
f69GEb513388;Mon, 9 Jul 2001 09:14:37 -0700 (PDT)
Received: from gmgw01.us.oracle.com (gmgw01.us.oracle.com [130.35.249.115])by
mailsun2.us.oracle.com (Switch-2.1.1/Switch-2.1.0) with ESMTP id
f69GEaj11234;Mon, 9 Jul 2001 09:14:36 -0700 (PDT)
Received: from oracle.com (ap1991pc.us.oracle.com [130.35.125.23])by
gmgw01.us.oracle.com (Switch-2.1.1/Switch-2.1.0) with ESMTP id
f69GEaj13829;Mon, 9 Jul 2001 09:14:36 -0700 (PDT)
Message-ID: <3B49DA63.3C6865E1 a oracle.com>
Date: Mon, 09 Jul 2001 09:22:59 -0700
From: Drew Campbell <harold.campbell@oracle.com>
X-Mailer: Mozilla 4.73 [en] (WinNT: I)
X-Accept-Language: en
MIME-Version: 1.0
To: dklaiss@us.oracle.com, rwohl@us.oracle.com
CC: hraman@us.oracle.com
Subject: [Fwd: ERP CRM Integration Testing]
Content-Type: multipart/mixed;boundary="-----------1F67B6986EC86BFDE83068C5"

**ORACLE
CONFIDENTIAL**

Don, Ron:

FYI, I am sending you a copy of Hema's email regarding the need for a



EXHIBIT NO. 8
DATE: 6-20-06
WITNESS KLAISS
COLLEEN REDAMONTI, CSR 7012

NDCA-ORCL 056440

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

test environment for the integrated CRM/ERP suite.  At this time, we do
not have a controlled environment where complete integrated systems
testing for the whole ERP/CRM suite can take place.  The ADS
environments are the only place where all of the code comes together,
but they are too dated for systems testing of developing releases.  We
have had to rely on limited "rifle shot" tests for the key OM flows in
private testing environments so far, but there is really a need for a
more thorough and repeatable set of tests that can prove that all of the
integrated flows... from iStore, Contracts, Service, Telesales, CTO and
Configured orders via iStore, etc... work completely through the entire
system.  If we can adopt, as part of our new environment and code
management processes,  TST115 as the environment where this takes place,
we would be able to solve the problem.

Drew

Return-Path: <Hemalatha.Raman@oracle.com>
Received: from oracle.com (hraman-pc-xdsl.us.oracle.com [152.68.54.250])by
            gmgw01.us.oracle.com (Switch-2.1.1/Switch-2.1.0) with ESMTP id
            f64NLtv02410;Wed. 4 Jul 2001 16:21:55 -0700 (PDT)
Message-ID: <3B43A4FD.4B996466 a oracle.com>
Date: Wed, 04 Jul 2001 16:21:33 -0700
From: Hema Raman <Hemalatha.Raman@oracle.com>
Reply-To: xhraman@oracle.com
X-Mailer: Mozilla 4.7 [en] (Win98. 1)
X-Accept-Language: en
MIME-Version: 1.0
To: gamo_us@oracle.com.
     "Campbell,Harold" <HAROLD.CAMPBELL@oracle.com>,
     jgould@oracle.com.
     "Schauer,Lawrence" <LAWRENCE.SCHAUER@oracle.com>,
     "Raman,Hemalatha" <HEMALATHA.RAMAN@oracle.com>
Subject: ERP CRM Integration Testing
Content-Type: multipart/alternative;boundary="------------4EBABE9D16166C9B44D1B0D2"

Objective of this email

**To get an environment  to system test ERP and CRM -**

1. This will include having the latest code set applied on the environment on a regular basis
2. Maintenance and support of the testing environment
3. Have testing presence from the teams involved to test their features on the common testing
environment
4. Examine the possibility of testing performance of the applications in the env.
5. Explore the possibility of using automation (Winrunner) to test the patches applied.

This effort becomes critical with many customers now opting to buy crm-erp as a combination. This
testing will be beyond integration testing which may be a rifle shot through the system.

I think that Tst115 may be a place to start, but the CRM teams

<div align="center">

**ORACLE
CONFIDENTIAL**

</div>

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

1. Have voiced concerns about using Tst115 as they need to do massive set ups in order to get the application operational
2. Have also suggested that we make a copy of the ADS database as it has all the set ups and use that to test the integrations

Please give some advice on how to deal with this and would also like to add this as an agenda item in a future Gamo meeting to brainstorm this problem.

Thanks.
Hema

Don Klaiss · Donald.Klaiss@oracle.com>
SVP, Manufacturing & Supply Chain Products
Oracle Corporation

**ORACLE**
**CONFIDENTIAL**

**NDCA-ORCL 056442**

**CONFIDENTIAL-PURSUANT**
**TO PROTECTIVE ORDER**

# EXHIBIT 148

Re: [Fwd: [Fwd: Field Project Feedback Needed on 11i Training & New Apps]]

> Return-Path: <kevin.glynn@oracle.com>
> Received: from oracle.com (dhcp-tdb1-west-144-25-210-203.us.oracle.com
> [144.25.210.203])by gmgw01.oraclecorp.com (8.8.8 .8.8) with ESMTP id
> IAA24372for <valerie.borthwick@oracle.com>; Mon, 23 Oct 2000 08:10:43
> -0700 (PDT)
> Message-ID: <39F4549C.E905CCE0@oracle.com>
> Date: Mon, 23 Oct 2000 17:09:16
> From: Kevin Glynn <kevin.glynn@oracle.com>
> Organization: Oracle Corporation
> X-Mailer: Mozilla 4.7 [en] (Win95; I)
> X-Accept-Language: en
> MIME-Version: 1.0
> To: Valerie Borthwick <valerie.borthwick@oracle.com>
> Subject: Re: [Fwd: [Fwd: Field Project Feedback Needed on 11i Training & New
> Apps]]
> References: <39F36FBB.E0DE4F78@oracle.com>
> Content-Type: multipart/mixed;boundary="------------B83DD423E27112EBADE8DEC4"
> X-Mozilla-Status: 8011
> X-Mozilla-Status2: 00000000


I talk with Chuan Yew on a regular basis.  He has been one of the most harsh critics
of CRM and the 11i bug levels.
He has a couple of gem quotes "CRM is broken"  is a favorite.
His team really is out on the cutting edge, they were the 2nd live 11i client, and
will be one of the first live on Treasury, plus they are implementing Shop Floor
Mgmt,
CRM, and APS.  In other words he is seeing it all.  His staff is strong, but not
gurus.  In other words if they are stuggling so hard, the rest of the world is also
in
deep pain.


Valerie Borthwick wrote:

> Kevin, hopefully you are already getting this feedback from Chuan. If
> not, make sure we are including him in the calls.
> thanks.
>
> --------------------------------------------------------------------
>
> Subject: [Fwd: Field Project Feedback Needed on 11i Training & New Apps]
> Date: Sat, 21 Oct 2000 01:47:42 +1000
> From: Paul Pinn <paul.pinn@oracle.com>
> Organization: Oracle Corporation
> To: Valerie Borthwick <vborthwi@us.oracle.com>
>
> Valerie,
>
> Chuan Yew is the SPD of Malaysia. He really knows his stuff and one of his key
> customers is on the bleeding edge with 11i.
>
> Given your new responsibilities I thought you might find his direct feedback from
> the field enlightening, presumably not surprising....but not too pleasant I'm
> afraid.
>
> Heather Williams wrote:
>
> > Chuan Yew,

ORACLE
CONFIDENTIAL



Δ π EXHIBIT 5
Deponent Sanderson
Date 7/25/06 Rptr. KG
WWW.DEPOBOOK.COM

NDCA-ORCL 056051

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Re: [Fwd: [Fwd: Field Project Feedback Needed on 11i Training & New Apps]]

> >
> > *Thanks SO much for your '2 cents worth'.  This is great information and insight*
> > *into the issues.  If we get any feedback, I'll be sure to pass it on.*
> >
> > Lee Chuan Yew wrote:
> >
> > > Heather
> > >
> > > My 2 cents worth:
> > >
> > > Generally the new modules are very buggy. Culprits are APS, OM and CRM.
> > > I think the products have not undergone any form of integration testing and
> > > is failing in this area.
> > > Also I think the patches are not well tested especially with othere modules
> > > to ensure it does not impact the system.  Very often the patches break a
> > > heck of a lot of stuff.
> > >
> > > One other issue is the slow turnaround of the problems.  I think support are
> > > not moving TARS to BUGS quickly enough.  Hence development may not be able
> > > to see the problems encountered on the field.  For example the last CRM
> > > support call with development and support, the CRM development team
> > > mentioned repeatedly they cannot see Silterra TARs and we spent invaluable
> > > time assessing whether the TAR numbers were correct.
> > >
> > > Patches that are released are not properly tested.  Recommendations to apply
> > > patches one day are quickly sent with another message to say don't apply
> > > them due to further problems.  Patches shipped which did more harm than
> > > solve the problems are common.
> > >
> > > On what you want:
> > >
> > >        Product - APS has some problems in the unconstraint optimisation -
> > > cannot proceed until cleared
> > >                         - OM has some bugs and turnaround is slow
> > >                         - CRM Support/Service have massive problems.  Patches
> > > are patchy in the sense what is
> > >                         published to be avail is not fully available and what
> > > is released may not be working and
> > >                         causes massive problems.
> > >
> > >        Resources - No issue, Have more than 30 R11i implementation experts
> > >
> > >        Training: What training - materials are generally still R11 with 11i
> > > updates.  Customers find this hard to
> > >        accept.
> > >
> > >        Support - They want to help but lack the expertise.  Interface
> > > between Support and Development is
> > >                         poor leading to long response times.  For example we
> > > have TARs which have sat in Severity
> > >                         1 for more than 3 weeks.(availability of
> > > trained/experienced Support resources)
> > >
> > >        Impact on the Client - Even the most patient and best managed
> > > customers will question the quality of
> > >                         our product but more importantly
> > > question why the speed of resolution is so
> > >                         slow.
> > >
> > > Overall my sense is the R11i launch has not been well managed from the PRP
> > > process to field support and patch levels.  This has caused severe heartburn
> > > for many implementations including Silterra where we have to establish a
> > > complex application development environments and patching strucuture.  Net

ORACLE
CONFIDENTIAL

2

NDCA-ORCL 056052

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

```
> > > net the early adopters are undergoing a lot of unnecessary pain.
> > >
> > > Regards
> > > Chuan Yew
> > >
> > > Heather Williams wrote:
> > >
> > > > Team,
> > > >
> > > > OPI Consulting has an opportunity to provide feedback on 11i issues
> > > > directly to Sandy Sanderson.  Sandy has requested  feedback on specific
> > > > experiences that
> > > > you are having or have faced in working with Release 11i in general and
> > > > new
> > > > applications such as APS, Order Management, iStore, iProcurement,
> > > > Balanced Scorecard, CRM, etc. specifically in the training area.  Sandy
> > > > is looking to take the subset of information from OPI and the Americas
> > > > directly to Larry early
> > > > next week.
> > > >
> > > > To really provide value and insight, this information needs to come from
> > > > the people who are living it everyday.  Below is an outline of the
> > > > relevant areas to touch on.  Could you please send me a short paragraph
> > > > describing your first-hand experience with the subject matter.  It
> > > > doesn't have to be long or highly detailed.  Please try to address the
> > > > following together with client/project name:
> > > >
> > > >         Product (availability/installability/stability/TAR
> > > >         frequency.......etc)
> > > >         Resources (availability of trained/experienced staff)
> > > >         Training (avaliability/quality of programs for clients/Oracle
> > > >         resources
> > > >         Support (availability of trained/experienced Support resources)
> > > >         Impact on the Client
> > > >
> > > > Naturally, the sooner we can turn this around the better.  Thanks for
> > > > your support.
>
> -----------------------------------------------------------------------
>
> Paul Pinn <paul.pinn@oracle.com>
> Vice President Consulting Operations
> Asia Pacific Division
>
> Paul Pinn
> Vice President Consulting Operations          <paul.pinn@oracle.com>
> Asia Pacific Division                         HTML Mail
> Level 8 4 Julius Avenue, Riverside Corporate Park  Cellular: 61 (0) 414 780 312
> North Ryde                                    Fax: 612 9491 2513
> NSW                                           Home: 612 9524 5065
> 2113                                          Work: 612 9491 1408
> Australia
> Assistant Jenny Mcleod 612 9491 1309
> Additional Information:
> Last Name      Pinn
> First Name     Paul
> Version        2.1
>
> -----------------------------------------------------------------------
>
> Valerie Borthwick <valerie.borthwick@oracle.com>
> Senior Vice President                                    ORACLE
> Global Consulting Service Lines                        CONFIDENTIAL
```

3

NDCA-ORCL 056053

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Re: [Fwd: [Fwd: Field Project Feedback Needed on 11i Training & New Apps]]

```
>    Executive Assistant - Cherie Bredal
>
>    Valerie Borthwick
>    Senior Vice President              <valerie.borthwick@oracle.com>
>    Global Consulting Service Lines
>    Executive Assistant - Cherie Bredal
>    6501 East Belleview               Work: 720.330.2239
>    Englewood
>    Colorado
>    80111
>    US
>    Additional Information:
>    Last Name   Borthwick
>    First Name  Valerie
>    Version     2.1
```

---

Kevin Glynn <kevin.glynn@oracle.com>
Regional Vice President
Applications Global Service Line

ORACLE
CONFIDENTIAL

4

NDCA-ORCL 056054

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 149



# E-BUSINESS SUITE
# HIGH LEVEL REQUIREMENTS
# DOCUMENT

| | |
|---|---|
| Creation Date: | 4 April, 2002 |
| Last Updated: | 6 June, 2002 |
| Version: | 1.4 |

**NOTE:  The following information is confidential and is for internal use only.**

Copyright (C) 2002 Oracle Corporation
All Rights Reserved

ORACLE

EXHIBIT 137
Rachel A. Ferrier
CSR No. 6948
Date: 9/21/06
Witness:
Ellison

**ORACLE
CONFIDENTIAL**

Oracle Corporation Confidential – For internal use only
1

*Oracle Internal & Confidential*

## Owners

| Area | Name | Position |
|------|------|----------|
| CRM | Rene v Striphous | Dir. CRM EMEA |
| Industries | Jens Mortensen | Sen. Dir. Applications EMEA |
| ERP | Michael Huchler | Sen. Prod. Mgr SCM EMEA |

## Change Record

| Date | Author | Version | Change Reference |
|------|--------|---------|------------------|
| 23.04.2002 | Michael Huchler | 1.0 | Created the first document version |
| 27.04.2002 | Michael Huchler | 1.1 | Updates after meeting between APAC and EMEA, included APAC requirements and the Introduction from Dennis Jolluck |
| 28.04.2002 | Michael Huchler | 1.2 | Refined version after comments from reviewers. |
| 18.05.2002 | Michael Huchler | 1.3 | Changed document based on input after EMEA E-Business Suite Sales team meeting : <br> - Changed the Section on Common Reporting Tools <br> - Inserted section on BI Integration <br> - Replaced Mobile Solution Support text with new text from Eva-Maria <br> - Changed the section on HRMS integration to CRM – added information on OSO hierarchies. <br> - Added Confidentiality section <br> - Added Distribution list <br> - Introduced the "migration" aspect in the introduction <br> - Changed the Industry Terminology section as per input from Nadia. <br> - Added section on HTML Customizations <br> - Added Section on Integration positioning <br> - Added section on Translation of custom Apps <br> - Changed order of document (swapped General Requirements with Overlap/Duplication) <br> - Introduced numbering of issues <br> - Added ISV argument to API Section <br> - Added Consulting Section <br> - Added Demo Section |
| 03.06.2002 | Michael Huchler | 1.4 | Updated with Comments from Steve Hagnes and Nadia Bendjedou <br> - Updated reviewer list <br> - Updated section on Workforce Management for Call Center <br> - Included e-GIF Support (XML) |

## Contributors

| Name | Position |
|------|----------|
| Roy Gundavda | Prin. Sales Consultant CRM EMEA |
| Per Magnus Karlsson | Prod. Mgr. SCM EMEA |
| Stefan Sack | Sen.Sales Consultant SCM NCEE |
| Susan Fiterl | BDM SCM Germany |
| Nick Arrowsmith | Sen. Prod. Mgr. SCM EMEA |
| Adrian Johnston | Sen.Dir. E-Business Suite APAC |
| | |
| | |
| | |

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069908

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

### Reviewers

| Name | Position | Initial and Date |
|---|---|---|
| Juan Rada | SVP Industries EMEA | |
| Francis Veldeman | VP ERP EMEA | |
| Lesley Meeks | Sen.Dir. SCM EMEA | |
| Eva-Maria Sjöholm | Sen.Dir. CRM EMEA | |
| Rene v. Stiphout | Dir. CRM EMEA | |
| Michael J.Baker | Sen.Dir. HRMS EMEA | |
| Karsten Roigk | Sen.Dir. Finapps&Projects EMEA | |
| Dennis Jolluck | VP E-Business Suite APAC | |
| Nadia Bendjedou | Sen.Dir ATG | |
| Steve Harper | Dir. Business Development CRM EMEA | |
| Mandy Nicol | ADS EMEA | |
| Martin DeVille | BI&W EMEA | |
| Jon Page | VP BI&W EMEA | |
| Jason Hope | Sen.PM ERP | |
| Margaret Graham | Domain Manager EMEA | |

### Confidentiality and Distribution policy

Due to the sensitive nature of the contents outlined, this document is strictly confidential and strictly for Oracle internal use only. If you are not an Oracle employee please delete this document immediately.

Furtheron, if you wish to forward this document please seek approval of the following contacts:

for EMEA: Michael Huchler

for APAC: Adrian Johnston

If you have been forwarded the document and are not listed on the below distribution list please notify Michael.Huchler@oracle.com , to make sure you are added to the distribution list and hold the most recent version of the document.

### Distribution list

| Name | Position | Region |
|---|---|---|
| Larry Ellison | CEO | CORPORATE |
| Safra Catz | Executive VP | CORPORATE |
| Ron Wohl | Executive VP | DEVELOPMENT |
| Sergio Giacoletto | Executive VP | EMEA |
| Juan Rada | SVP Industries | EMEA |
| Francis Veldeman | VP E-Business Suite | EMEA |
| Lesley Meeks | Sen.Dir. SCM | EMEA |
| Eva-Maria Sjöholm | Sen.Dir. CRM | EMEA |
| Rene v. Stiphout | Dir. CRM | EMEA |
| Michael J.Baker | Sen.Dir. HRMS | EMEA |
| Karsten Roigk | Sen.Dir. Finapps&Projects | EMEA |
| Dennis Jolluck | VP E-Business Suite | APAC |

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069909

CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER

Oracle Internal & Confidential

| Name | Position | Region |
|------|----------|--------|
| Adrian Johnston | Sen. Dir  E-Business Suite | APAC |
| Ossi Pohjohla | SVP Consulting | EMEA |
| Steven Hagner | Sales Consulting CRM | EMEA |
| Tuomo Pyykkonnen | VP Consulting | EMEA |
| Martyn Lowry | Sen.Dir. Industries | EMEA |
| Jens Mortensen | Sen.Dir. Industries | EMEA |
| Martin Deville | Dir. BI | EMEA |
| Peter Laier | Sen. Director | EMEA |
| Claus-Peter Unterberger | VP Marketing | EMEA |
| Jon Page | VP Consulting | EMEA |
| Nadia Bendjedou | Sen.Dir. Applications Technology | DEVELOPMENT |
| Marie-Jo Duquesne | Dir. Sales Skills | EMEA |
| Tiffany Russell | Prin.Cons. | EMEA |
| Mandy Nicol | ADS | EMEA |
| Eric Butterworth | Sen.Dir Commercials | EMEA |
| Mark Peachey | Sen. Product Manager | DEVELOPMENT |
| Jason Hope | Sen. Product Manager | DEVELOPMENT |
| Nick Arrowsmith | Sen. Product Manager ERP | EMEA |
| Per-Magnus Karlsson | Product Manager ERP | EMEA |
| Roy Gundavda | Sales Consulting CRM | EMEA |
| Michael Huchler | Sen. Product Manager ERP | EMEA |
| Margaret Giuliani | Domain Manager | DEVELOPMENT |

ORACLE
CONFIDENTIAL

NDCA-ORCL 069910

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

## Table of Contents

Introduction ........................................................................................................................................................ 7

Duplication/Overlap ............................................................................................................................................ 8
   1.1 iSupport, iStore, iReceivables, iCustomer Portal, Collections ................................................................... 8
   1.2 Sales Modules - Duplication .................................................................................................................... 8
   1.3 Multiple Item Definitions .......................................................................................................................... 9
   1.4 Enterprise Asset Management and Advanced Service Online .................................................................. 9
   1.5 Oracle PDX, Oracle iSupport and Quality Online .................................................................................. 10
   1.6 Grants Management and Projects ............................................................................................................ 10
   1.7 Approval Management ............................................................................................................................. 10
   1.8 Planning engines .................................................................................................................................... 11
   1.9 Duplication of Quality functionality ....................................................................................................... 12

Integration Requirements – "Best of Breed vs. Suite" ...................................................................................... 14
   2.1 Projects integration to CRM and ERP .................................................................................................... 14
   2.2 MultiOrg Support for ALL CRM Modules .............................................................................................. 15
   2.3 Cost Rollup for Contracts ....................................................................................................................... 16
   2.4 Demand Planner and CRM Integration ................................................................................................... 16
   2.5 Oracle Sourcing, Oracle Contracts for Procurement and Oracle Procurement ........................................ 17
   2.6 Process Manufacturing Integration with CRM ........................................................................................ 17
   2.7 One Budgeting Engine, Financial Treasury Information and Datamodel for the whole E-Business Suite .......................................................................................................................................... 18
   2.8 HRMS / Payroll Integration with CRM ................................................................................................... 19
   2.9 iLearning Integration with E-Business Suite ............................................................................................ 19
   2.10 Order Management Purchasing integration for consolidated Logistics ................................................... 19
   2.11 Configure a Contract ............................................................................................................................. 20
   2.12 Oracle Quality integration to Install Base ............................................................................................. 20
   2.13 Configurator to Sourcing ...................................................................................................................... 20

General Product Requirements .......................................................................................................................... 22
   3.1 Common Application Technology ........................................................................................................... 22
   3.2 Common User Interface .......................................................................................................................... 23
   3.3 Calendar API .......................................................................................................................................... 23
   3.4 Consistent usage of Application Objects and Schema .............................................................................. 24
   3.5 Multiple Currency Support ..................................................................................................................... 24
   3.6 Security .................................................................................................................................................. 24
   3.7 Mobile Solution Support ........................................................................................................................ 25
   3.8 MultiCompany enabling of E-Business Suite .......................................................................................... 26
   3.9 Application Programming Interfaces (API's) ........................................................................................... 26
   3.10 Integrate BIW Apps into the E-Business Data Model and Workflow ..................................................... 27
   3.11 Common Reporting Tools/Architecture ................................................................................................ 28
   3.12 Process Navigator for the whole E-Business Suite ................................................................................ 29
   3.13 Industry specific Terminology ............................................................................................................... 29
   3.14 Link to MS Office (Word) ..................................................................................................................... 30
   3.15 HTML Customization ............................................................................................................................ 30
   3.16 Clear and Common Integration Strategy ............................................................................................... 30
   3.17 Translation of Custom Applications ...................................................................................................... 31
   3.18 Multi-Language Support ........................................................................................................................ 32

ORACLE CONFIDENTIAL

NDCA-ORCL 069911

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

.iting and Demo Requirements........................................................................................................ 33
4.1 Consulting Requirements .......................................................................................................... 33
4.2 Demo Requirements ................................................................................................................... 33

ORACLE
CONFIDENTIAL

NDCA-ORCL 069912

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

## Introduction

Approximately two years ago Oracle embarked upon probably one of the greatest achievements in the history of the software industry – the release of R11i. The release of the "Suite" was to address the "first's" in many areas: single customer data model; completely integrated business flows between ERP & CRM; one architecture to incorporate ERP, CRM & SCM. We have come a long way in the last twenty-four months, however, we still need an additional "housekeeping" effort, if we expect to regain our market share and regain the confidence from our customers and the marketplace. We need to show we are capable of listening and have the "passion" to continue to simplify upgrades, new installs, process flows and the overall use of the E-Business Suite. The recommendations made in this document will serve as a "catalyst" for this to occur.

The field is in a very advantageous position to listen to our customers, and in many cases our customers - know the product better than we do – and we need to accept that. We (EMEA & APAC) have taken these comments from our customers, analysts, partners and employees and consolidated them to one document.

These recommendations are not considered enhancements. We consider them fundamental gaps, inconsistencies or duplication of effort within the E-Business Suite architecture.

The competition has been extremely aggressive in pointing out these weaknesses within the R11i architecture. Some of these issues are so fundamental, that it exposes our development environment as "best of breed" rather than one unified software vendor. Secondly, correcting these issues should once and for all eliminate the point solutions providers (i.e. Siebel, Ariba, C1, i2, Astea), who still cause us some grief in numerous deals and strengthen our value proposition against SAP & PSFT.

We believe these "fundamental gaps" are serious enough and should be prioritized & addressed by development accordingly. This document breaks them into three categories:
- General Product Requirements
- Integration Issues (between ERP and CRM as well as in each group)
- Duplication/Overlap (between ERP and CRM as well as in each group)

For each issue, we have provided a summary description of the problem and an explanation of the derived benefits to development and the customer, assuming the issues will be re-architected & resolved. In this case we need to ensure that we are providing our customers a migration/upgrade path, that allows them a transition as smooth as possible.

To summarize, by addressing these issues, we would definitely strengthen the Oracle E-Business Suite product & message and would improve current implementation installs & upgrades as well as improve our sales positioning. Lastly, this would go a long way to exemplifying customer-centricity.

As a next step, we would welcome the opportunity to sit down with development and discuss them in greater detail.

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 069913

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

## Duplication/Overlap

This section contains all those areas where there are significant overlaps in functionality in the Application or more important the technology used, leading to duplicate effort for our customers in terms of maintenance and training.

| # | Duplication/Overlap |
|---|---------------------|
| 1.1 | iSupport, iStore, iReceivables, iCustomer Portal and Collections |
| 1.2 | Sales Modules – Duplication |
| 1.3 | Multiple Item definitions |
| 1.4 | EAM and ASO |
| 1.5 | Oracle PDX, Oracle iSupport and Quality Online |
| 1.6 | Grants Management & Projects |
| 1.7 | Approval Management |
| 1.8 | Planning Engines |
| 1.9 | Duplication of Quality functionality (OPM,ERP) |

### 1.1 iSupport, iStore, iReceivables, iCustomer Portal, Collections

Why do customers need 3 or 4 products to show variations of the same data, if I have the Customer Portal; why do I need to have the iSupport portal in addition?

We should provide an Application Module i.e. Self Service Customer, with tabs for each area of functionality, these tabs can be exposed dependent on license purchase and could be reconfigured by our customers according to their needs using the Oracle Portal technology.

Customer Benefit:
- Simplify customer experience with a Single User Interface UI for customer facing Self Service functionality with mutiple tabs for Store, Orders, Invoices, Support, & Receiveable.
- Less training, less confusion, lowers Total Cost of Ownership

Oracle Benefit:
- Reduced development/support/training costs
- Easier positioning of the products

Back to Duplication/Overlap

### 1.2 Sales Modules - Duplication

There are several Sales modules having similar functionality for different sets of users with different technologies:

- OSO, OTS, Customer Care have overlapping functionality
- Quoting, Order Management, iStore
- Sales Contracts, Sales Agreements

It appears more logical to map the entire sales cycle (across industries) into distinct sub-processes:

- Customer/Partner Management, Contact Management, Lead Management, Opportunity Management, Configuration, Quoting, Proposal Management, Order Capture/ Entry/ Maintenance, Sales Contracts, Lease Management, Payment Management , Incentive Management, Link to Project Management,

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 069914

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

Having only one sub-module that handles each of the above such that each of them is configurable separately for an user/role/ responsibility and sub-modules accessible across applications

Back to Duplication/Overlap

### 1.3 Multiple Item Definitions

Currently the E-Business Suite contains two item master definitions (Inventory and iProcurement. There is also two Item Category definitions available (Category Sets and iProcurement categories) that needs to mapped. This is causing synchronization issues as well as limitations in the consolidated Intelligence that we can get from the Procurement Suite.

Also for the PDX product we are not leveraging the existing Item definition but the Exchange platform definition of an item. Considering the issues that exist in most Product Organizations which is the hand off between Engineering and Procurement with the Item definition and the associated attributes, there would be a huge benefit for customers, if they could simply access the same information (i.e. Purchasing uses the same (extended) information about the item as the Development organization)

Customer Benefit:
- Simplify customer experience with a one Product Master definition / schema with extension tabs for iProcurement, SCE, & PDX data elements and import / export API
- Less training, less confusion, lowers Total Cost of Ownership

Oracle Benefit:
- Compelling reduction in development/support/training costs
- Easier positioning of the products

Back to Duplication/Overlap

### 1.4 Enterprise Asset Management and Advanced Service Online

Why do we have different modules to accomplish same or similar business requirements? With attendant issues of duplicate data entry in different forms, differnt applications, aso.

We need a single unified eBusiness solution for Planned & Preventive Maintenance of Installed base items, configurations & models.

It should provide the capabilities for complex configurations & models, service jobs with repair kits with differnt complexities of degree of fix. An ability to handle Aerospace / Defence, Commercial/Industrial, High Tech and Industrial Projects i.e. Jacobs or Bechtel Airport/Hospital building.

Customer Benefit:
- Simplify customer experience with a unified eBusiness solution for Planned, & Preventive Maintenance of Installed base items.
- Less training, less confusion, lowers Total Cost of Ownership
- Provides a major competitive advantage: Kit versus Suite across Industries.

Oracle Benefit:
- Eliminate the duplicate costs of development and ongoing support for multiple sets of programs & data entities and the related integration issues to the same business objects.
- Compelling reduction in associated support and training costs
- Easier positioning of the products

ORACLE
CONFIDENTIAL

NDCA-ORCL 069915

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

Back to Duplication/Overlap

### 1.5 Oracle PDX, Oracle iSupport and Quality Online

Customers are faced with having differently behaving program routines in different modules which confuse them. For Oracle this means Duplication of Programming effort and ongoing support costs.

We would need a single unified eBusiness solution for placing an enhancement request ideally one set of program code referenced in PDX, iSupport and Quality Online.

Customers would need to have one system for developing a product and another one for maintaining it. This makes no sense as a development organizaiton needs to understand what issues come up in the implementation/usage of a product so it can make use of it in the design of the next version of the product.

Additionally iSupport does not carry project information, so that a full cost tracking of a specific product for a specific project is impossible (thinking of service and warranty costs as part of the total costs for ROI calculations).

Customer Benefit:
- Single definition of an Enhancement request (or issue), single definition of escalation procedures, …

Oracle Benefit:
- Reduced development/support/training costs
- Easier positioning of the products

Back to Duplication/Overlap

### 1.6 Grants Management and Projects

Grants Management and Accounting are both using projects related data and when customers demand both, it becomes obvious, that there are some overlaps in the two product sets, and the positioning becomes difficult. Further more Grants lack integration to Contracts and at the same time deals with contract data. Could Grants be an enhancement to Projects and/or Contracts instead of a separate module?

Back to Duplication/Overlap

### 1.7 Approval Management

Currently there are multiple Engines/Processes, taking care of necessary Approvals within the different modules, sometimes with independent repositories. Below is a list of Oracle Modules which offer Approval functionality:
- Self-Service Human Resources
- CRM Quotes
- Web Expense
- iProcurement
- Invoices
- Analytic Solutions
- iReceivables
- iLearning
- iRecruitment
- Quality
- Training Administration (OTA)
- Property Manager
- Fixed Assets (Self-Service Asset Transfer)

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069916

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

- Projects
- Process Manufacturing
- Contracts Modules (Sales, Service, Rights)

There is the Oracle Approvals Management (OAM) Development Activity within Oracle. Once OAM has been integrated with a module of the suite, the customers can implement most imaginable rules in OAM without customizing any Application code. OAM should be adopted throughout the ERP and CRM suites.

Using OAM to manage your Application's approvals processes has advantages for our customers and for Oracle (Development, Sales, Consulting, Training, Support). Here are some of them:

Customer Benefits:
- Our customers can manage approval processes for many Modules with the same tool. This reduces the learning curve that customers face when adopting the E-Business Suite and also reduces confusion as to why customers have to setup approval rules multiple times for multiple modules.
- OAM lets customers share approvals rules among different modules, making it easy for customers to create and maintain standardized business rules for their entire organizations. Using different Approval Repositories makes it harder to setup the same rules everywhere. Eg. it could happen that a Manager can approve until 10,000 USD in one module, in the other until 100,000 USD.

Oracle Benefits:
- The different Product development teams don't have to re-invent the approvals-logic wheel. Instead, they are free to build robust domain-specific functionality into the individual modules.
- Suite vs. Kit: OAM would be another proof for the message that Oracle Sales can use.
- Oracle Consulting, Sales, Training, Support only have to learn one module for the whole Approval topic. Oracle people experienced with OAM from one module can support the other modules in that perspective, too. Oracle Consultants (or our customers) can easily extend OAM's building blocks in a variety of ways, without altering any OAM source code. This makes it simple to extend OAM to meet existing functional requirements, and it dramatically reduces the cost and difficulty customers face in building custom approvals processes into a module.

Back to Duplication/Overlap

### 1.8 Planning engines

There are several planning/scheduling engines in the ERP- and CRM-Suite. Below is a List of modules which offer that functionality:

- CRM Service
- Advanced Scheduler
- Advanced Service Online
- CRM Spares Management
- Project Resource Management
- Advanced Planning & Scheduling
- Inventory Optimization
- Supply Chain Planning
- Enterprise Asset Management

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 069917

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

Sometimes the Planning/Scheduling engines are running seperately to each other, creating independent results. Conflicts could result in Planning/Scheduling of resources between

- internal and external activities. Eg. a resource is already engaged in an internal plan (manufacturing) and is also put into an external one (service) at the same time.
- two internal activities. Eg. using Oracle Spares Management, a field service organization can automate and streamline all aspects of managing spare parts inventory in the field. At the same time Inventory Optimization optimizes the Inventory Stock Levels from a Manufacturing perspective, maybe for the same items.
- two external activities. Eg. a resource is planned within an external project through project resource management and is also put into a service case through Oracle Service.

There would be benefits of putting together these different Planning/Scheduling engines getting rid of the above mentioned problems. A start point could be consolidating at least similar topics. Eg. consolidation of

- Planning for Human Resources within Project Resource Management and CRM Service (Advanced Scheduler, Advanced Service Online)
- Planning for inventory items within CRM Spares Management and Inventory Optimization.
- One of the products that is missing from our call center suite is a Workforce Management Solution. This is similar in requirements to the resource planning functionality of our other products, but in a call center, Workforce Management is based on historical call volumes. By building 1 complete resource management product, we could also fills a serious gap in our call center offering. Therefore integrating a central Workforce Management solution into Call center as well would be beneficial.

Using consolidated Planning/Scheduling has advantages for our customers and Oracle (Development, Sales, Consulting, Training, Support). Here are some of them:

Customer Benefits:
- Our customers can manage Human Resource Planning/Scheduling and Inventory Planning with less similar tools. This reduces the learning curve that customers face when adopting the Planning/Scheduling Modules.
- One consolidated Planning/Scheduling Application lets customers share information among different Modules. Resources are not planned twice at the same time. One consolidated inventory stock-level result possibly replaces two different ones.

Oracle Benefits:
- Suite vs. Kit: Consolidated Planning/Scheduling engines would be another proof for the message that Oracle Sales can use.
- Oracle Consulting, Sales, Training, Support have to learn less modules for the whole Planning/Scheduling topic. People done work in one Planning/Scheduling topic are able to support other modules, too.

Back to Duplication/Overlap

### 1.9 Duplication of Quality functionality

There are several Quality modules in the ERP- and CRM-Suite. Below is a List of modules which offer that functionality:

- CRM Service

Oracle Corporation Confidential – For internal use only
12

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069918

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER



- o   Quality Online
- Discrete Manufacturing
  - o   Quality
- Process Manufacturing
  - o   Quality Management

Oracle Quality Online is an application that allows corporations to track and manage product defects, enhancements and associated tasks. Quality Online completes the support loop by unifying customer service, product marketing, and engineering to provide an efficient, fast, and consistent solution to the customer. The focus of this Quality module is the focus to catch the customer information regarding the product quality.

Quality from the Discrete Manufacturing suite is an enterprise-wide quality management system that lets you collect, distribute, and analyze critical quality data throughout the supply chain. Oracle Quality has tight integration with Oracle Work In Process, Oracle Flow Manufacturing, Oracle Purchasing, and Oracle Supplier Management Portal.

Oracle Process Manufacturing Quality Management controls and communicates quality of your products and processes across the enterprise. All process manufacturers face the challenge of producing consistent products from ingredients and raw materials of varying quality.

A consolidated Quality Management System would provide several benefits:

Customer Benefits:
- Our customers can manage Quality issues with one tool. This reduces the learning curve that customers face when adopting the Quality Application. Issues in the process, discrete and/or customer area can be handled in the same system.
- One consolidated Quality Application lets customers share information among different Modules. Eg. customer's feedback can be used directly within the production process.

Oracle Benefits:
- Suite vs. Kit: Consolidated Quality Management in the process, discrete and/or customer area would be another proof for the message that Oracle Sales can use.
- Oracle Consulting, Sales, Training, Support have to learn less modules for the whole Quality Management topic. People done work in the Quality Management topic from the discrete Manufacturing area are able to support the other industries (CRM, Process), too.

Back to Duplication/Overlap

Go to next Paragraph

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 069919

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

## Integration Requirements – "Best of Breed vs. Suite"

This section contains all those requirements that are deemed critical to overcome the lack of integration between the E-Business Suite modules (ERP/CRM) as well as the lack of integration within the individual groups of modules.

| # | Integration Requirements | Demo-able | Sell-able | Implement-able |
|---|---|---|---|---|
| 2.1 | Projects integration to CRM and ERP | N | N | N |
| 2.2 | Multi Org Support for ALL CRM Modules | Y-partial | Y-partial | Y-partial |
| 2.3 | Cost Rollup for Contracts | N | N | N |
| 2.4 | Demand Planner and CRM integration | N | N | N |
| 2.5 | Oracle Sourcing, Oracle Contracts for Procurement and Oracle Procurement | N | N | N |
| 2.6 | Process Manufacturing Integration with CRM | N | N | N |
| 2.7 | One Budgeting engine, Financial Treasury Information & Datamodel for all Apps (Projects, GL, Service, HR,...) | N | N | N |
| 2.8 | HRMS Payroll Integration to CRM | N | N | N |
| 2.9 | iLearning integration with E-Business Suite (HRMS, Marketing, Service,...) | N | N | N |
| 2.10 | Order Management & Purchasing integration for consolidated view on Logistics | N | N | N |
| 2.11 | Configure a contract | N | N | N |
| 2.12 | Oracle Quality integration to Install Base | N | N | N |
| 2.13 | Configurator to Sourcing | N | N | N |

Go to next paragraph

### 2.1 Projects Integration to CRM and ERP

One example of the lack of integration between Projects and CRM/ERP is the Product Lifecycle Management process. Product Lifecycle Management covers the process from the idea of a product until the retirement of the product or service that has been "developed", sold, shipped, delivered.

The business process does not only span the "development" of ideas, knowledge management and the true Product Development activities (normally in a project environment) but also covers manufacturing with the feedback loops into Development, Selling, Shipping and Invoicing of shipped goods/services , Servicing of goods as well as retirement and replacement of the goods/services with new goods/services.

Companies should ideally be able to track cost not only for the development of a product/service, but the costs throughout the whole lifecycle from cradle to grave and should have visibility across all relevant activities. Some Key Industries that would benefit from such tight integration are: Telco, Service Industries, Automotive(Warranty costs), ...

In that respect we would require a unified definition of foundation elements (e.g. Task which is defined for CRM apps in OSO, Service etc. But a different and mutually exclusive definition in Projects related Work Breakdown Schedules).

Also there is no possiblity today to reference a project with a service contract (i.e. referencing a project related service agreement with your project customer is not

ORACLE
CONFIDENTIAL

NDCA-ORCL 069920

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

possible, which impacts your overall capability to compare total project costs with the total project revenue).

The need would be to introduce Project and Task reference in those modules in order to be able to track costs for all activities related to a Project (Program) similar to the excellent coverage in the whole of the ERP Apps as well as some extensions on functionality !

This referencing impacts nearly all CRM Modules (except Sales Online for which a initial patch has been delivered to our knowledge to enable the reference of a project to a lead).

Customer Benefits:
- Ability to track costs throughout the lifecycle of a project
- Ability to get visibility across Services delivered for a project, ...
- Inconsistency in the use of terminology would go away reducing training and explanation effort.

Oracle Benefits:
- Kit vs. Suite Sales Message would be strengthened.

Back to Integration Requirements

### 2.2 MultiOrg Support for ALL CRM Modules

Requirement for all the CRM Modules; both forms based, and HTML based to offer the user the same multi-org view of Oracle E-Business Suite data where applicable based on User ID and security.

This speaks to the earlier requirements on Common Applications Technology across ERP & CRM modules, and the Consistent usage of Application Objects and Schema, in that table structures should provide for the multi organizational view of data where there is a legitimate business reason. It may not be appropriate for one customer using a self service application to see another customer's data

Key to this is the concept of UTF-8 (for true support of a single global installation with multiple double byte character set languages) and multibyte support for the entire suite.

Specifically within APAC, lack of Multibyte support across the various front-office systems is going to be a significant impediment to our success in China, Taiwan, Korea and Japan. The major challenges we face are:

- GCD (the Global Contact Database) is not compliant so we lack a common repository of customer information in Korea / China / Taiwan / Japan
- The processes / systems that load GCD and CRMAP are not compliant, so we have no way of loading multi-byte information into the system, and as a result a. do not capitalize on the customer intelligence gathered in a campaign, and b. cannot accurately report on the performance of a campaign (and our ROI).

The lack of multi-org capability within some of the CRM applications (namely Trade Management) does not allow a single installation within a multi-org environment.

Customer Benefits:
- Simplify User and Customer experience.

Oracle Benefits:
- Address major functionality gap and improve our competitive offering.
- Improve the E-Business Suite complete offering.

ORACLE
CONFIDENTIAL

NDCA-ORCL 069921

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

- Reducing effort of supporting custom extensions so lowering Oracle
  Development, Support & Implementation costs over time.

Back to Integration Requirements

### 2.3 Cost Rollup for Contracts

This is a real business issue for Prospects, and damaging for Oracle Sales campaigns to
prospects (i.e. Unlike Oracle Manufacturing, we cannot identify accrued costs against a
Contract over time.) Customers using Oracle Contracts cannot answer simple questions
such as: „Are we profitable? unprofitable? should we try to renegotiate?"

Customers should be able to have the Contract Price / Value compared to Billed to Date,
compared to Actual Cost to Date, by Contract, by Contract Category, by Customer,…

We need to have data elements to support Actual Costs for Employee hourly rate i.e.
Normal, Overtime 1, and Overtime 2 (which we do have in our Oracle Projects Modules).
We can identify Purchase Costs for Materials, and Expenses, we also need to have a data
elements to show any overhead markup .

Thebest example how it should be is the Work-in Progress Report from Oracle
Manufacturing. This is a Sales Issue at Lanier, Atlas Copco, and Canon Copiers. We
currently handle this by use of user defined data in flexfields and custom Discover
Reports. Should be standard functionality just like our competitors do (Contract
specialists Astea and Metrix have it)

Customer Benefits:
- Ability to track the Contract Price / Value compared to Billed to Date,
  Compared to Actual Cost to date by Contract , by Customer, by Contract
  Category.
- No need to set up expensive custom solution: therefore reduce Total Cost of
  Ownership.

Oracle Benefits:
- Address major functionality gap and improve our competitive offering.
- Improve the E-Business Suite Contracts offering.
- Reducing effort of supporting custom extensions so lowering Oracle Support
  costs over time.

Back to Integration Requirements

### 2.4 Demand Planner and CRM Integration

The capabilities to perform an integrated planning in the E-Business Suite is broken. The
concept of Oracle Demand Planning is to pull demand information from a number of
sources including Marketing, Sales and Manufacturing. For example salespeople develop
their forecasts in Sales Online. These are aggregated regionally and nationally. Yet these
are not able to be transmitted to the Forecasts used in Demand Planning, Supply Chain
Planning, or Manufacturing Planning.

This implies that we cannot plan/produce according to forecasts or that customers have to
manually rekey the information entered in CRM into the Forecasting modules of Oracle
ERP.

This behaviour is totally undermining our „integrated Suite" message for customers using
both parts of the suite.

Customer Benefits:

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 069922

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

- Ability to aggregate Sales and Marketing forecasts in customer facing applications and pass demand to Forecasts used in Demand Planning, Supply Chain Planning, or Manufacturing Planning applications..
- Showcase compelling integration of E-Business Suite applications.

Oracle Benefits:
- Address major functionality gap and improve our competitive offering.
- Identify and sell another key Business Flow – Forecast to Delivery ( Sales Forecast to Customer Delivery )
- Kit vs. Suite Sales Message would be strengthened.

Back to Integration Requirements

### 2.5 Oracle Sourcing. Oracle Contracts for Procurement and Oracle Procurement

Oracle Sourcing as a module for the Negotiation of Purchase Contracts allows external partners (in this case suppliers) to collaborate in the negotiation of contracts, by taking away much of the manual work that would need to be performed by our customers to enter contract specific information into the Application (i.e. Pricing, Shipment, Payment terms and conditions, aso.

As there is no integration on the Purchasing Side between a Procurement Contract in Purchasing and a Procurement Contract in the „Contracts for Procurement" module, negotiations are only done for the transactionally relevant information of a Procurement Contract and not the extended terms and conditions in a Procurement contract.

Oracle Purchasing holds information for Pricing, Items as well as high level Terms and conditions, whereas Contracts for Procurement focusses mainly on the Contract administration of the Terms and Conditions (where its main strength is). Also Oracle Purchasing currently does not leverage the TCA model, whereas Contracts does, which would require synchronization procedures to be put in place. At this point the TCA Support topic comes into view again.

In order to achieve a true Sourcing of goods and services and the collaborative negotiation of terms and conditions with suppliers, the Contracts and Sourcing modules would need to be integrated (for the beginning on the Procurement side, but ideally across all contract relevant business areas in order to enforce our message regarding the collaboration aspect of applications).

Customer Benefits:
- Negotiation of Contracts would be done collaboratively and information provided by the Supplier would not need to be rekeyed.
- Full Contract Management solution that is integrated with the operational Procurement system.

Oracle Benefits:
- Kit vs. Suite Message would be strengthened.
- Single repository for Contract related information and therefore reduced Support & Maintenance effort.

Back to Integration Requirements

### 2.6 Process Manufacturing Integration with CRM

The existence of two Inventories (Discrete & OPM) although planned for convergence in a future release, creates an integration problem when using CRM Service. CRM service currently is only integrated with the Discrete Inventory.  Work-arounds are possible through the implementation of both Discrete & Process Manufacturing, however issues

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069923

CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER

Oracle Internal & Confidential

(as identified by our implementation partners at key sites ie AS Watson in Hong Kong) include:

- There is no ability to automatically transfer stock from a Process Organisation to a Discrete Organisation. All finished goods will be required to be transferred from Process Inventory into Discrete Inventory (as all items need to be shipped from Discrete) and there is currently no automatic interface between the two applications.
- Costing set-ups are required for both Process and Discrete. When setting up a Discrete inventory organization, it must have a costing method assigned. This field is <u>Not Updateable</u> once a transaction has been placed through inventory i.e. once the first sales order has been entered in order management and shipped through inventory. If one particular method is chosen in preference to another, this cannot be changed and would result in re-configuration of the inventory organization.
- An Item Master would be held in both Process and Discrete. However all items must be entered into the Process Organisation as the sychronisation is one-way from Process to Discrete. Further updates would be required to assign further item attributes, item categories etc.

Customer Benefits:
- Eliminate the requirement to implement both Process & Discrete Manufacturing (if not require)
- Reduction in complexity when implementing Process Manufacturing & CRM
Oracle Benefits:
- Complete integration of Oracle Process Manufacturing with CRM Service, therefore completing the Oracle Integration Message

<u>Back to Integration Requirements</u>

### 2.7 One Budgeting Engine, Financial Treasury Information and Datamodel for the whole E-Business Suite

Currently we have budget and funds control functionality spread across the E-Business Suite:
- Oracle General Ledger
- Public Sector Budgeting
- OPSFI Budget enhancements
- Labour Distribution
- Spreadsheet Support
- Projects
- Grants
- OFA

In demos we often have to jump between these modules in order to adress a specific budget requirements and sometimes the integration between the various modules is lacking (Projects <> General Ledger). Our total budget functionalities are impressive but in real life we have a hard time articulating and demonstrating these, and it is not easy for the sales field to position the various solutions.

Within Treasury there is also a requirement for a consistent Exchange Rates and Currency Table within Treasury and GL to avoid duplication. The development of a consistent Bank account 'model' would also eliminate the current duplication which exists with Bank accounts being maintained in Treasury, CM, AP etc.

<u>Back to Integration Requirements</u>

ORACLE CONFIDENTIAL

NDCA-ORCL 069924

CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

### 2.8 HRMS / Payroll Integration with CRM

The integration between HRMS / Payroll and CRM is not complete. Some specific examples can be highlighted:

- OAB (Advanced Benefits) needs to integrate with Call Center. There is a Benefits Summary Screen in OAB, this needs to be used by reps in the call center. This is why we created the screen, however the integration is not complete
- Sales Compensation needs to integrate with the payroll module.
- OSO - sales hierarchies are created in Resource Manager and this is separate from any hierarchy included in HR, which makes it difficult positioning the "one suite" message into existing HR Accounts.

Back to Integration Requirements

### 2.9 iLearning Integration with E-Business Suite

iLearning is currently not fully integrated with the E-Business Suite, and even some of the basic integrations (i.e. iLearning <> HRMS) is not completed. We have indications of a good potential for iLearning from many industries but without the integration we are limiting our potential. The lack of integration between iLearning and Oracle Student System is also a key constraint in our value proposition for Higher Education.

Back to Integration Requirements

### 2.10 Order Management  Purchasing integration for consolidated Logistics

Currently the E-Business Suite does not offer a comprehensive view on shipments and logistics. Order Management does to some extent support the planning and execution activities for the shipment of goods to customers (outbound logistics). The functionality will be greatly enhanced when Oracle Transportation is released. However, on the Procurement side (Inbound Logistics), we do not offer the same capabilities, and we are not even using the same datamodel for the shipments of goods that the Order Management Development Organization is using. Furthermore, there is no similar support for internal Logistics.

An integrated Logistics Module would address these Business Needs (Inbound- , Outbound- and Internal Logistics), and address an area that few/none of the competitors can address today. This would also need the integration to Oracle Purchasing so that a Transportation Purchase Order is being issued and the Transportation (AP) Invoice can be matched. Also return Logistics would need to be covered.

Customer Benefits:
- Specifically for customers, where Shipping and receiving is handled by the same organizational group this would be a huge benefit, as they would have reduced training efforts

Oracle Benefits:
- Single View on Shipments, leading to a consistent Inbound and Outbound logistics solution for both sides of the E-Business Suite.
- Reduce duplicate Development of Shipment related functionality
- Harmonize functionality and extend in only ONE place.
- Stronger Play against the Niche Transportation Apps Providers

Back to Integration Requirements

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 069925

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER



### 2.11 Configure a Contract

Our customers/prospects want to quickly create contracts from scratch for their customers. They need the ability to select Price-Lists, Articles and Sections, Line Types, Coverage, Covered level and Billing based on options & rules.

This applies to all Contracts modules that exist and that will become available. This relates also to the Integration between Oracle Configurator to Oracle Sourcing.

Sales Requirement here is to configure the terms and conditions of a contract – so that if I quote this customer with this product I get these prices, this billing profile, these article and these conditions. The same applies to the Negotiation process on the buy side as well on all other types of contracts.

Customer Benefits:
- Specifically for customers to configure the terms and conditions of a contract – so that if I quote this customer with this product I get these prices, this billing profile, these articles and these conditions. The same applies to the Negotiation process on the buy side as well on all other types of contracts.

Oracle Benefits:
- Address major functionality gap.( competitors already provide this feature ).
- Improve the E-Business Suite Contracts competitive offering.
- Kit vs. Suite Sales Message would be strengthened.

Back to Integration Requirements

### 2.12 Oracle Quality integration to Install Base

Customers want the ability to track quality issues in the installed base, ie are particular components or or model items failing regularly, can we predict the chance of failure. Very useful for the customers and the Service Organisation.

We would need to integrate Oracle Quality to the Installed Base to leverage the powerful inquiry & reporting features of Oracle Quality. Also the Oracle Quality reports could be published on the the iSupport page if service provider wished to inform particular or all customers about quality issues as preventive measurement. This also provides feedback to Sales / Product Development and Manufacturing and closes the Quality Loop.

Customer Benefits:
- Ability for service providers and customers to track quality data: i.e. faults, problems, of installed base, fix rate, time to failure, time to repair.
- Ability to provide feedback to customers, field service, manufacturing and product development about installed base reliability & quality metrics.
- Track profitability of models, and installed base items.

Oracle Benefits:
- Address major functionality gap, ( competitors already provide this feature ).
- Kit vs. Suite Sales Message would be strengthened.

Back to Integration Requirements

### 2.13 Configurator to Sourcing

If we are looking at the capabilities of Oracle Configurator and imagine to add those on top of the Sourcing engine, we would have an excellent tool to construct a RFQ/Tender specifically for complex products/services but also for Public sector requirements.

Customers could have a repository of rules that would populate attribute lists and attachments in an RFQ based on questions/topics selected in the configurator, thus

ORACLE
CONFIDENTIAL

NDCA-ORCL 069926

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER



leading to a guided RFQ development not only from a process, but also from a content perspective.

Customer Benefit:
- Ability to easily create a RFQ/Auction based on rules rather than having to manually enter the values.

Oracle Benefit:
- Extend the reach in the eSourcing market as well as specificlly the Public Sector.
- Leverage existing functionality and at the same time dramatically enhance the Sourcing capabilities in the Procurement Suite

Back to Integration Requirements

Go to next paragraph

ORACLE
CONFIDENTIAL

NDCA-ORCL 069927

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

## General Product Requirements

This section contains all those requirements that are critical for the success of the Oracle E-Business Suite overall and are not specific to one or only a couple of modules but spans the whole breadth of the application.

| # | General Requirements | Demonstrable | Sellable | Implementable |
|---|---|---|---|---|
| 3.1 | Common Application Technology | N | N | N |
| 3.2 | Common UI | N | N | N |
| 3.3 | Calendar API (integration to Outlook, Lotus, others) | Y | N | N |
| 3.4 | Consistent Usage of Application Objects and Schema | N | N | N |
| 3.5 | Multi Currency Support | Y – partial | Y – partial | Y – partial |
| 3.6 | Security | N | N | N |
| 3.7 | Mobile Solution Support | Y – partial | Y – partial | Y – partial |
| 3.8 | Multi-Company enabling of E-Business Suite | N | N | N |
| 3.9 | Provide more API's and provide a repository of APIs | Y – partial | Y – partial | Y – partial |
| 3.10 | Integrate BIW Apps into the Ebus data model and workflow | N | N | N |
| 3.11 | Common Reporting Tool/Architecture | N | N | N |
| 3.12 | Process Navigator for the whole E-Business Suite | Y – partial | Y – partial | Y – partial |
| 3.13 | Industry Specific Terminology | N | N | N |
| 3.14 | Oracle E-Business Suite Link to MS Office (Word) | N | N | N |
| 3.15 | HTML Customization | N | N | N |
| 3.16 | Clear and Common Integration Strategy | N | N | N |
| 3.17 | Translation of Custom Applications | N | N | N |
| 3.18 | Multi Language Support | Y-partial | Y-partial | Y-partial |

### 3.1 Common Application Technology

Currently there are two technology frameworks used for the CRM-side and the ERP-side of the E-Business Suite. This obviously leads to an overhead in the product as well as differences in the setup and sometimes duplications.

The CRM development is using the Java Technology foundation (JTF) and the ERP Development is leveraging the OA Framework for its Selfservice modules.

CRM uses its XML Services Framework for Integration to 3rd party applications whereas ERP is using the XML Gateway technology developed by the Workflow Development team. For an integrated suite it would be beneficial to have only ONE technology foundation and framework to lead to the following benefits:

Customer Benefits:
- Ease of maintenance and deployability
- Reduced Training effort for staff.
- Overall leading to reduced Total cost of ownership

Oracle Benefits:
- Focused and therefore reduced Development effort.

Oracle Corporation Confidential – For internal use only
22

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069928

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

- Reducation of redundancies in the development of the "same" or "similar" functions.
- Elimination of two security models for EAI (Enterprise Applications Integration)
- Elimination of inconsistent support for EAI between the two stacks (ie level of abstraction exposure)

Back to General Product Requirements

### 3.2 Common User Interface

Within the different teams (CRM/ERP) the development is drifting in different directions. This is the case due to the underlying technology differences (as desrcibed above) but also due to different approaches in the UI design (as can be seen from the different UI Strategies for ERP and CRM)

Market perception is not very user friendly compared to competitors (mentioned at Staples, Warner Brothers, Cathay Pacific, ... ). Competing against Siebel and Peoplesoft show a consistency in their HTML.

Customer Benefits:
- Consistency across all of the E-Business Suite for UI Flows and UI design as well as customizability
- Reduced training effort for internal resources.
- Both leading to reduced total cost of ownership

Oracle Benefits:
- Reduced Development cost
- Leveraging synergies to achieve a competitive advantage

Back to General Product Requirements

### 3.3 Calendar API

Customers are requiring the ability in the E-Business Suite to link to non Oracle calendar systems to download appointments, events to local disconnected calendars laptop or Palm etc.  This is a Sales Issue. At Swedish Post plus many of the Public Sector sales in U.K.

The products that are mainly impacted by this are Sales Online, Marketing Online, Service Online, EBusiness Center, Telesales / service, Oracle Projects

The functionality would put customers into a position, to extract Calendar information from Oracle´s E-Business Suite into third party calendar applications such as MS Outlook, Lotus and Eudora (Priority in here is the Outlook integration).

Customer Benefits:
- Ability to download Oracle Calendar data to local user devices and applications
- Eliminate redundancy of user data
- Improve staff productivity - Leverage Cost Savings

Oracle Benefits:
- Address major sales objections
- Leveraging synergies to achieve a competitive advantage

Back to General Product Requirements

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069929

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

### 3.4 Consistent usage of Application Objects and Schema

Oracle would hugely benefit from a single usage of Application objects and schema in E-Business Suite for objects like Tasks, Territories, Resources, Interactions, Assignments, Escalations and TCA.

Example : Territories are defined in OSO, which are different to the ones in Order Management. Projects holds information about hourly rates for a resource, but Contracts does not (for Service and Repair under a Service contract). PO/AP are still not using TCA.

It is also important to stress that specifically for TCA we need Industry specific extensions as demanded for Financial Services.

Also extending and sharing the CRM Foundation across the entire E-Business Suite in order to provide a true 360 degree view. This would require combining all aspects of 'Party (not just sell-side only) Information' into a 360 degree view. For example:

- Party Info – Addresses, Contacts, Relationships
- Transactions Info – Quotes, Orders, Invoices, Payments, Invoice Disputes (iReceivables), Installed Base, Contracts, Service Requests, Service Resolutions Details, Return

Customer Benefits:
- Consolidation of data table setup
- Simplification of establishing complex relationships.
- Reduce Total Cost of Ownership

Oracle Benefits:
- Streamline application setup.
- Reduce Oracle Support Cost over time.

Back to General Product Requirements

### 3.5 Multiple Currency Support

The requirement for full multiple currency support is a fundamental requirement for the development of all Oracle Applications (as applicable). The lack of this functionality within Projects, for example, severely impacts the ability to successfully deploy a global solution involving projects spaning multiple countries with multiple currencies.

Specific requirements which are impeded by this lack of this multi-currency support in Projects includes:  Requirement for Agreements, Funding, Billing Rates &  Budgeting.

Back to General Product Requirements

### 3.6 Security

Security is becoming increasingly important for customers transacting over the internet in order to prove their identity and therefore be able to perform transactions securely.

Also recent submission of various legislative requirements has forced companies to invest more and more in Security technology.

Oracle is able to communicate and validate the "unbreakable" message on our technology level but we are not able yet to provide this message on our E-Business Suite offering. We have no PKI support at the moment for authentication a user as well as signing transactions using Digital certificates in our E-Business Suite.

The concept of Single Sign-on should be extended to provide single sign-on for the whole E-Business Suite, not separately for Forms & HTML.

ORACLE
CONFIDENTIAL

NDCA-ORCL 069930

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

Customer Benefits:
- Being able to perform secure transactions over the internet
- Ensure that transactions done on behalf of the company can be verified using Certificates.
- Compliance with legal requirements (specifically for Store owners and companies that offer goods/services over the web).
- Public Sector Organizations can to guarantee privacy of the data and the transactions

Oracle Benefits:
- Strengthening our "unbreakable" message and extending it into our E-Business Suite offering.
- Be the only vendor on the market that can offer an out of the box solution

Back to General Product Requirements

### 3.7 Mobile Solution Support

In the EMEA marketplace our Mobile disconnected solutions are not competitive. Wireless solutions are still not sufficient.

*The main issues we have with Mobile / Disconnected solutions are;*

- ➢ the current MDG architecture - three-tier architecture. We need to remove the NT box and come to a two-tier architecture that is more attractive to customers, easier to implement and to maintain. We also need improved performance - hopefully a two-tier architecture also leads to that.
- ➢ backward compatibility for the mobile applications - in big implementations with thousands of service engineers it's important that upgrades are manageable
- ➢ we need Windows CE off line clients
- ➢ print possibility from the off-line service application - it's required that we can print an invoice or service sheet to a customer after completion of an engagement for the customer to sign for approval a functionality to review which tasks have been downloaded and which ones not - the functionality to be used by a dispatcher
- ➢ Quoting functionality in the off-line sales application
- ➢ Configuration functionality in the off-line sales application + many other functionalities...

Additional business issue here is to enhance stability of the customer facing Mobile Application products, to provide a robust replication of Core Application data for download and upload to mobile devices.

The data elements and data views involved in the replication should be similar and consistent on each device, whether laptop, palm or phone; i.e. no loss of functionality.

The data model / schema and the software technology should be the same for both application areas i.e. Field Sales and Field Service; so that Oracle can provide a single User Interface to the customer separated by tabs; say Mobile Service, and Mobile Sales. In some customer sites these functions are aligned.

Need to demonstrate and prove we can scale for large numbers of sales or service representatives i.e. Atlas Copco and Mettler Toledo say they require support for 4000 mobile users in Mobile Field Service – we have no reference or benchmarks.

The CRM Applications are:
    ✓ 0 Field Service Laptop / Palm / Wireless

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069931

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

✔ ☐ Field Sales Laptop / Palm / Wireless

We also would need to expand our mobile footprint into other business areas, such as Procurement (!) , Supply Chain also.

Customer Benefits:
- Simplified User Interface for customers for Mobile Service, and Mobile Sales.
- Simplified Technology for customers for Mobile Service, and Mobile Sales.

Oracle Benefits:
- Address major reliability issue, ( our competition Siebel & Peoplesoft attack us on this regularly – no common UI – different technologies etc.).
- Provide single platform for Mobile Support in CRM applications – reduce costs in development / support and implementations.

Back to General Product Requirements

### 3.8 MultiCompany enabling of E-Business Suite

This requirements is to enable the E-Business Suite to run in a single instance, not only for a single company or a single Group, but rather to enable it for multiple companies (ASP-mode).

An additional configuration layer in the Multi Org architecture would allow the company running the hosting service to configure which data is being shared across the companies as well as what information is segregated. This would make the solution very flexible and also applicable to Marketplace Exchange Operators, who want to broaden their offering into other modules of the E-Business Suite.

This functionality has been requested from various channels in EMEA and this functionality is a key to enter into specific business areas of Application Outsourcing with Business Partners such as Banks, Telcos, etc.

Customer Benefits:
- Firstly we would enable a more efficient usage of hardware for our clients -> **Lower cost of ownership**
- Secondly, we would be able to bring clients quicker and more cheaply on-board. A Multi-company install could include one "Standard" set-up based upon our pre-defined Business Flows, and then replicate this for every additional customer. This would decrease the implementation cost to a fraction of what clients face today. -> **Lower entrance cost for becoming an E-Business Suite user.**

Oracle Benefits:
- ASP companies appreciate our functionality today, but the need for these companies to run a new instance for every customer really is a big inhibitor to getting into this market. - > **Opportunity to expand the eBusiness Market Penetration through ASP's.**

Back to General Product Requirements

### 3.9 Application Programming Interfaces (API's)

At present there are several Application Programming Interfaces available, but from dealing with customers they are requesting "more openness" of our application, in terms of providing more API's that would suffice their needs. This is specifically required if we need to integrate our solution with ISV's to be able to offer a "industry flavoured solution" that we are able to successfully compete with other vendors that provide such solutions out of the box or with a similar strategy.

ORACLE
CONFIDENTIAL

NDCA-ORCL 069932

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

There are two levels of API's that need to be covered:

- **Database-level API's:**
  This level concerns transactional API's (such as Purchase Order, Sales Order, Invoice,...) as well as seed data API's (for synchronization of seed data between applications such as Items, Charts of Accounts,....)

  At present there are various API's existing and various forms of API's (Interface Tables, EDI, XML,...). Up to date there is no "consolidated" information available, about which API's exist and in which form. Although this is a product specific task to build the API's, we should have a centralized repository of transactions supported in the E-Business Suite.
  This could be probably achieved through the Rosettanet activities that are in progress at the moment and will require the application to be opened more in the mid term.

- **UI-level API's**
  Another requirements coming under this topic is the opening not only of database-level API's, but have API's also published on UI level, that can be called to performa specific task in the application during a process (e.g. I want to pass the information of a bidder list from an external application into Oracle Sourcing during the creation of a Sourcing Document).

Customer Benefits:
- Integrate their legacy applications as well as industry specific solutions easily and quickly into our E-Business Suite with our proven middleware technology

Oracle Benefits:
- Improve our message to be "open" and "modular".
- Support customers with a framework that is flexible and extendable.
- Integrate ISV Applications to broaden our footprint into Industry and value added solutions.

Back to General Product Requirements

### 3.10 Integrate BIW Apps into the E-Business Data Model and Workflow

We require a simplified architecture and story for the integration of our BI Applications, such as Balanced Scorecard (BSC), Enterprise Budgeting & Reporting (EPB), ABM, Performance Analyzer (PA) into the E-Business Suite at all levels.:

It is key that we can use our BI Apps to add value to the complete E-Business Suite proposition without the need for extensive systems integration. Therefore we need tight integration at the data model and workflow level between the BI Apps and E-Business Suite.

- All BI Apps need to share common data structures with the E-Business Suite. It is expected that the EDW structures need to be tightly and automatically integrated with E-Business Suite
- Standard entities/naming conventions should be adopted – a 'customer' in BSC must become a 'party' etc
- The BI Apps data structures, however also need to be open to data from external data sources and also be capable of being deployed on non-Oracle application platforms to open up greater revenue opportunities.
- The BI apps themselves need to be developed, such that they can reflect the lexicon of different vertical industries and geographic regions.

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069933

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

Customer Benefits:
- Integrated strategic planning and KPI monitoring , to ensure that overall business strategy is being delivered
- Enable different breed of e-BI applications to help support integrated planning and execution process..
- Getting timely information efficiently reduces the Total Cost of Ownership and enables better decisions more quickly!
- Removes need for multiple copies of data and unnecessary systems integration

Oracle Benefits:
- Compelling & simple marketing message to prospects & customers.
- Remove a competitive "Achilles Heel" against SAP and Psoft
- Enables new breed of apps
- Cheaper development

Back to General Product Requirements

### 3.11 Common Reporting Tool/Architecture

We require a simplified architecture and story for reporting and analysis across the E-Business Suite. Today, we have a range of Intelligences (BIS), based around Reports & Discoverer. Some of these work on the Embedded Data Warehouse (EDW) structures, others work directly against operational tables and summary views, while some are hybrid. In the next release, we see the emergence of operational reporting portlets (called 'Racks' – ERP or 'Bins' - CRM).

The positioning for the above, alongside the marketing messages for Daily Business Intelligence and lack of integration in the Business Flows has caused. We need consistency in technical architecture, naming and positioning across the E-Business Suite.

We will need to review our eBI development/positioning in the following areas:
- All Intelligences need to be built with the same tools platform, against the same logical data (the EDW data structures + Business Views + MVs????)
- The above platform needs to also provide for integrated BI applications like Balanced Scorecard, Enterprise Budgeting & Reporting, ABM ,etc. Today we see transfer mechanisms, but not true data model integration. The latter is required to truly get integrated operational and analytical business flows.
- The above structures need to be Open to enable data from non-Oracle operational applications to be included.  This needs to be managed via a clean set of interfaces – e.g. EDW structures use OWB; Business Views, populated via Public APIs and /or OAI
- To enable customisation and ease migration paths, a common metadata layer is required across the E-Business Suite. The existing PMF structure and tools will need to be provided as part of E-Business Suite core foundation rather than part of BIS..
- We need to clarify what DBI is, in terms of product – does it include Intelligences, PMF, EDW or is it simply the operational reporting portlets delivered with each E-Business Suite model

Customer Benefits:
- Ease of use and understanding of the role and value from deploying Oracle's packaged BI solutions.
- Fast and efficient information analysis.
- Getting timely information efficiently reduces the Total Cost of Ownership and better decisions more quickly!

ORACLE
CONFIDENTIAL

NDCA-ORCL 069934

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER



Oracle Internal & Confidential

- Enables Daily Business Intelligence

Oracle Benefits:

- Compelling & simple marketing message to prospects & customers.
- Remove a competitive "Achilles Heel".
- Enables new breed of integrated operational and analytical apps, i.e. supports complete business flows.

Back to General Product Requirements

### 3.12 Process Navigator for the whole E-Business Suite

*The Process Navigator is an excellent tool!* For presenting to the prospect the Oracle Business Flows; reinforcing our message, which is delivered by Oracle Consulting with the implementation of the Oracle Business Flows or Fast forward Flows.

We need to support this across the whole E-Business Suite (i.e. CRM modules for Process Navigator, i.e. icon driven business process selector such as exists in ERP Modules viz. Order Management Processes tab examples of " Physical Inventory", or „Assemble to Order Process")

These icon driven diagram flows should reflect the best practices of operational procedures and should bridge over from our Sales message into the implementation. This function is very liked in sales demos and illustrates very well Oracle Business Flows;

The Processes tab does not even appear in the CRM applications i.e. Customer Support. Contracts Manager, Service Contracts, Field Service Rep, Incentive Comp., Knowledge Base Agent, Telesales Agent, Telesales Manager.

It does appear in Depot Repair Superuser ( is this really an ERP application ?). The tab is in Field Service Manager, Sales Administrator, but there are no process flows populated.

Customer Benefits:

- Reinforce our ease of use message for Oracle Business Flows.
- Faster implementations will Lower Total Cost of Ownership.
- Deliver a faster R.O.I

Oracle Benefits:

- Strengthening our "Oracle Business Flows" message.
- Streamline application setup.
- Reduce Oracle Support Cost over time.

Back to General Product Requirements

### 3.13 Industry specific Terminology

Different industries use different terms for the same object. What is called a 'customer' in Telco is called a 'citizen' in Public Sector or a 'partner' in another industry. Some of these terms are very key to the user, and hence each time our solutions refers to a 'customer' the civil servant gets confused and therefore get the impression that the solution is not build for them! Some hundreds of words have been identifyed as different between privat sector and public sector, and we believe that similar numbers are true for other industries. Currently we have no support at all for this issue – and the Folder Technology, which is a cumbersome tool, only adresses parts of it.
We really need one single point where the prompts in the whole E-Business Suite (ERP, CRM, EBI, Forms, HTML, Reports, Workbooks etc…). are managed centrally.

In designing a solution for Industry Specific Terminology it is important to allow multiple "terms" to co-exist in a single database to support Companies covering multiple

ORACLE
CONFIDENTIAL

NDCA-ORCL 069935

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

industries and the concept of Multi-Company enabling of the EBusiness Suite. In addition the solution needs to accommodate translation for multi-language support.

Customer Benefits:
- Customers can easily translate their custom applications
- Customers can choose to use Oracle terminology or their Industry terminology by just managing this external dictionary
- Will Lower Total Cost of Ownership.

Oracle Benefits:
- Remove a major competitive sales objection as SAP can do this today
- Leveraging synergies and achieve consistency in our products

Back to General Product Requirements

### 3.14 Link to MS Office (Word)

We need the ability in the whole E-Business Suite to link to MS Word/Excel to be able to mailshot customers, send customers collateral from Marketing or Sales and other business functions.

We need to provide word processing API's (e.g. for MS Word ) to work with E-Business Suite in particular those identified here (Sales Online, Marketing Online, Service Online, EBusiness Center, Telesales / service, Receivables)

This will improve our demos significantly i.e. mailshots, collateral, distribution, quotes and in addition will be restoring a significant competitive weakness!

Customer Benefits:
- Provide efficient upload /download facility to prospects/ customersoffice applications.
- Improve staff productivity – will Lower Total Cost of Ownership.
- Reduce time needed for file imports / exports and re-keying of data.

Oracle Benefits
- Remove a major competitive sales objection .

Back to General Product Requirements

### 3.15 HTML Customization

There is an urgent need for a customization framework for our HTML modules. This framework should allow customers to customize/extend our HTML offer and still be protected by software upgrades. This feature is very often required during the sales cycle.

Customer Benefits:
- Provide a controlled and supported method of extending the Applications
- Lower the risk of upgrades – will Lower Total Cost of Ownership.
- Allows customers flexibility to change due to business changes, requisitions or just extending the functionality to cater for their business requirements.

Oracle Benefits
- Remove a major competitive sales objection .

Back to General Product Requirements

### 3.16 Clear and Common Integration Strategy

Currently, it is extremely hard to position our integration strategy for the whole E-Business Suite. The CRM is geared toward SOAP and propriatory XML Services;

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069936

CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER

Oracle Internal & Confidential

whereas the ERP is more geared towards XML Gateway and sometimes positions the Oracle 9iAS Interconnect. Recently we are also embarking on the Rosettanet integration.

To summarise, there are currently 3 technologies:
1)  XML service for CRM which is propriatory to CRM (to our best knowledge)
2)  XML Gateway for ERP and only used by some ERP product teams
3)  9iAS Interconnect, a technology product, can be used by either ERP and CRM but not pushed officially by either. (also used for Rosettanet in conjunction with XML Gateway)

In addition to the standards that we are intending to support from a Product perspective (such as OAG, Rosettanet) we will need to also support „local" standards in order to reduce entry barriers into local markets. One example is the below mentioned e-GIF standard.

e-GIF (http://www.govtalk.gov.uk/interoperability/metadata.asp ) is the UK Government's mandated set of standards for interoperability of Information systems. Compliance to e-GIF is mandated for all new systems purchase and recommended for all new developments with existing systems. Until recently, compliance has been relatively straightforward to achieve. However, with the impending release of a new version of the Standards document, this will become increasingly difficult.

The e-GIF (different from the OAG standard that is recommended by the e-business suite product teams today when using XML Gateway) does standardise the interchange requirements for the delivery of data to such interfaces and tools for the management of the presentation of such data. Ensuring compliance will impact on Applications Development, potentially Application Server technology and Consulting.

Failure to comply will disqualify Oracle from bidding for UK Government business. this will increasingly become apparently over the next 12 -18 months as the standards become more onerous.

Customer Benefits:
*   Ease of maintenance and deployability
*   Achieve integration using a variety of standards.
*   Reduced Training effort for staff.
*   Overall leading to reduced Total cost of ownership
Oracle Benefits:
*   Focused and therefore reduced Development effort.
*   Reduction of redundancies in the development of the "same" or "similar" functions.
*   More market reach

Back to General Product Requirements

### 3.17 Translation of Custom Applications

Currently, there is no consistent way of modifying prompts in the E-Business Suite. Customers would need to build the same form/report in English, French, German etc... Or use some 3rd party Forms Translator tool (Oracle Translation Manager can also be used but no one does including our translation team).

Currently, the prompts are handled differently in the E-Business Suite, depending on the UI used, for example:

ORACLE
CONFIDENTIAL

NDCA-ORCL 069937

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

1) The prompts in Forms/Reports are hardcoded in the Forms/Reports. The requirement is to externalize these for easy to change and easy to translate of custom code. This requirement is very critical when the Industry terminology is very sensitive. For example, an employee in United Nations Organizations is known as a 'member of staff' and no one appreciates the term 'Employee'.
2) The HTML prompts are stored in the AK dictionary and used by ERP HTML and CRM HTML modules only
3) Discoverer workbooks in Business Intelligence modules uses its own metadata for the prompts

Customer Benefits:
- Ease of maintenance and deployability
- Reduced Training effort for staff
- Reduced effort for custom applications
- Industry terminology
- Overall leading to reduced Total cost of ownership

Oracle Benefits:
- Focused and therefore reduced Development effort.
- Competition such as SAP have an external common repository for prompts.

Back to General Product Requirements

### 3.18 Multi-Language Support

Multi-Language Support is currently providing for the majority of AOL objects and data published on external documents. There is a standard development approach for holding multiple languages against a single data item needs to be adopted in all applications. This is particularly important where data is not striped by organization.

The lack of functionality within projects, for example, severely impacts the ability to successfully deploy a global solution involving projects spanning multiple countries with multiple languages. Where Multi-Language support is provided e.g. flexfields, the definition needs to be extended to include concatenations.

Customer Benefits
- Cross country analysis through the use of consistent data items
- Ease of maintenance
- Reduce total cost of ownership

Oracle Benefits
- Streamline application setup
- Address major sales objections

Back to General Product Requirements

Go to next paragraph

ORACLE
CONFIDENTIAL

NDCA-ORCL 069938

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

## Consulting and Demo Requirements

This section contains issues we face in Consulting engagements as well as Presales situations with Demo's provided by ADS.

### 4.1 Consulting Requirements

Oracle Consulting and customers are both faced with the maintenance that is necessary with Oracle E-Business Suite. Although there will always be some maintenance with the E-Business Suite there are several key areas of improvement that would lessen this load on our customers.

In order to achieve a reduced patching time, we need the ability to patch online i.e. while the system is up and running.

For the "migration" of setup data, we would need the ability to transport setup data from instance A to instance B by script or program automatically.

The ability to transport customizations is key for handling of "real life" environments – We need the ability to transport customizations from instance A to instance B by script or program automatically.

Improved Archive Functionality –Customers still want to have full access to their archived data. The current solution within the E-Business Suite allows archiving, but has tremendous negative performance impacts, so that few customers are using it.

Customer Benefit:

- Lower Total cost of ownership, less user down time.

Oracle Benefit:

- Reduced development/support/training costs
- Easier positioning of the products

### 4.2 Demo Requirements

ALL areas outlined in this document have an impact on the ability to demonstrate the E-Business Suite to gain competitive advantage and/or simply setup and support for the sales consultant. In particular we should note the following:

Reduced Training Effort specifically on:

- Common User Interface
- Common Applications Technology
- All items in the Duplication/Overlap section
- Process Navigator (linked to key demo flows)

Increased standard setup in the Vision database master resulting in a reduction in preparation time for sales consultants and an extension of the supplied business flows for country specific organizations. All leading to a reduced Support costs and simplification of the demo setup.

ORACLE
CONFIDENTIAL

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 150

**ORACLE** IDC confirms Oracle?s position as the fastest-growing European customer support and call center vendor with more than 1500% growth
http://www.oracle.com/corporate/press/223474.html




# Oracle Press Release

Contact(s):

Steve Walker
Oracle Corp.
+44 118 924 0779
spwalker@uk.oracle.com

Karen Houston
Oracle Corp.
650/607-0326
karen.houston@oracle.com

### IDC confirms Oracle?s position as the fastest-growing European customer support and call center vendor with more than 1500% growth

REDWOOD SHORES, Calif., Jun. 28, 2000 -
(http://www.oracle.com/tellmemore/?223474) In their May 2000 report on Customer Relationship Management (CRM) Applications market in Western Europe - ?Preliminary Results: Customer Relationship Management Applications Vendor Ranking 1998-1999,? IDC confirmed that in the area of customer support and call centers, Oracle is the fastest growing software vendor with a staggering 1500% growth year on year and an increased market share of 9%. Furthermore, with CRM applications in Western Europe growing at more than 74% in 1999 overall, Oracle is now ranked number two in terms of revenue and marketshare on the IDC table of Licence and Revenues for CRM applications with a year on year growth of 232%, compared to 63% over a similar period the previous year

IDC confirmed that integration of CRM with core ERP systems is a strategic imperative for today's e-businesses. "IDC research shows that among companies that have deployed a CRM solution only a small percentage have integrated their CRM solution with their core ERP system and their Business Intelligence solution (Data Warehousing). Integration is a point that both CRM vendors and companies alike will have to address in the future," said Anders Munk Ebbesen, senior research analyst, IDC.

**CA-ORCL 008002**

The Oracle(r) E-Business Suite Release 11i, shipping now, provides applications with out-of-the-box integration that allows companies to completely automate their e-businesses from marketing, selling, service and support, all the way through to Internet supply chain and procurement. This tight integration achieves a 360 degree view of customer-related activities throughout the enterprise. The Oracle E-Business Suite gives companies complete information about their customers as parts of the suite.

Customer interactions can be synchronized over the web, email, field and call center enabling businesses to offer their customers greater flexibility and ultimately greater satisfaction in terms of how they communicate with the company. Global operations can be achieved and comprehensive real-time business intelligence is provided throughout the suite via a single, centralized information set.

"This IDC report confirms Oracle?s position as a leading vendor for

 

customer management applications in Europe where we continue to see rapid adoption across the region." said Robert Fleming, director of E-Business Suite, CRM Applications Marketing, Oracle Europe, Middle East and Africa. "Oracle E-Business Suite Release 11i is the only integrated, yet modular solution in the market to provide comprehensive functionality across marketing, sales and service, coupled with the business intelligence and the integration needed between ERP and CRM to enable a complete view of all customer interactions."

The Oracle E-Business Suite Release 11i, is available now either as a complete suite or on a stand-alone basis in key business areas.

About Oracle

Oracle Corporation provides the software that powers the Internet.

For more information please contact Oracle Public Relations at 650/506-4176.

###

Trademarks

Oracle is a trademark of the Oracle Corporation. Other names may be trademarks of their respective owners.

Copyright © 2001 Oracle Corporation. All Rights Reserved.          Contact Us | Legal Notices and Terms of Use | Privacy Statement

CA-ORCL 008003

NDCA-ORCL 011905