# EXHIBIT 153

Re: 11.5.x challenges: NLS, Patching, Training - some suggestions

**Subject:** Re: 11.5.x challenges: NLS, Patching, Training - some suggestions
**Date:** Sun, 21 Jan 2001 19:38:04 -0800
**From:** Ron Wohl <ron.wohl@oracle.com>
**Organization:** Oracle Corporation
**To:** Sergio Giacoletto <Sergio.Giacoletto@oracle.com>
**CC:** "Lawrence J. Ellison" <larry.ellison@oracle.com>,
"Safra A. Catz" <Safra.Catz@oracle.com>,
Mark J Barrenechea <mark.barrenechea@oracle.com>,
"Rocha,Michael" <MICHAEL.ROCHA@oracle.com>

Sergio,

on the translation availability issue, we have made a priority of getting the translated software out as quickly as possible, at the cost of allowing translated help files to slip. In the case of 11.i.3, the translated software will be out in most languages extremely fast -- I believe you have the schedule from Ric. We will work with Mike Rocha's team to see how if it is possible to bring forward the help translation.

Sergio Giacoletto wrote:

*Recommended coding for first letter of e-mail subject line*

| Urgent | Permission (approval) required | Action required | Reply required | Information only |

Larry,
as briefly discussed, I would like to share with you some of the *'new and good'* challenges we are facing to deploy 11.5.x internationally, and ask for your support to Mark and Ron and Mike Rocha to fix those issues.

Mark, Ron: I hope I have the right information - if not, sorry, please correct me.

Following the various reviews I had this week, I'm pleased with the progress being made in fixing bugs, improving functionality and introducing new features. I can see the light at the end of the tunnel and 11.5.3 and 11.5.4 etc. are bringing a lot of improvements.

We are now facing three process issues, which I believe must be resolved to enable the international operations to successfully deploy the applications and to continue to grow revenue.

1. NLS availability time gap
2. Patching control and automation
3. Continuous Training

I'm sure some of those problems also exist in the USA - but there we have no language issue, and we have critical mass and more help from development. In order for us to achieve 30% growth overall we need to grow applications
at least 65% each quarter and we need to fix those issues.

Let me expand each point:

ORACLE CONFIDENTIAL   CA-ORCL 008535

1. The gap between code freeze and NLS availability is growing again. For example 11.5.3 NLS will not

4/25/2002 6:11 PM

NDCA-ORCL 012422

Re: 11 5 x challenges NLS Patching Training - some suggestions

be fully translated including help until May 2001 for the first languages and August 2001 for the last language.
The code was frozen ( I believe) in October 2000.
So from a field point of view we have a minimum gap of 4 months and maximum of 10!
This is due to translation workload and lack of full automation.

We just completed the testing of the translation of 11.5.1 NLS and we found almost  5,000 translation issues to be fixed.
This is a problem for our mid market strategy where NLS is critical.

2. Due to the gap between code freeze and CD we have to do a lot of patching at each customer site.

Platinum is helping a lot, but is only available in English and we still need to apply manually.
translation patches - assuming they exist. Mark is looking to provide Platinum in 4-5 main languages.
This would be good.

The patching process is prone to errors. There is no central patch log database, and automation could be improved.
Ron has this as a top priority - this will help us to improve customer satisfaction and consulting margin.

3. New functionality is being added to each new release. The training material is not kept up to date and there
is too much information to use traditional methods of teaching in any case, so we need to use web training
and to have more support in the field from development. As discussed at the EC we should have a few experts from development in new products deployed in EMEA (located at the ISD).

I have also suggested to have a monthly webcast on new features.

Thanks and best regards

Sergio Giacoletto                    Phone: +41 22 799 99 30
EVP EMEA                             Mobile:+41 79 200 75 06

Assistant :   Michele Delvaux
              E-mail:michele.delvaux@oracle.com  Phone:41 22 799 99 31

Ron Wohl <ron.wohl@oracle.com>
Executive Vice President
Applications Development

CA-ORCL 008536

ORACLE
CONFIDENTIAL

4/25/2002 6:11 PM

NDCA-ORCL 012423

# EXHIBIT 151



**2000 ANNUAL REPORT**

*Oracle Software Powers the Internet*



**EXHIBIT**
Ellism
29
7·13·06

ORACLE



## Table of Contents

2    Letter to Our Shareholders

10   Oracle in the Community

12   Industry Profiles

36   Report of Independent Public Accountants

37   Financial Information

38   Corporate Information

### Revenue and Profit Growth



## DATABASE SOFTWARE
## POWERS THE INTERNET

Oracle has more than twice the database market share of our closest competitor, IBM. But the real story is Oracle's even greater popularity on the Internet. All 10 of the world's largest Web sites—from Amazon.com to Yahoo!—rely on the Oracle database to handle huge numbers of users and enormous quantities of information. And 98 of the Fortune 100 use Oracle for e-business. The Oracle database is the software that powers the Internet.

**DATABASE MARKET SHARE**



Source: IDC—May 2000

## APPLICATION SOFTWARE
## POWERS E-BUSINESS

Oracle is the world's leading supplier of application software. Our new E-Business Suite puts every aspect of a business on the Internet—marketing, sales, supply chain, manufacturing, customer service, accounting, human resources—everything. Our complete and integrated E-Business Suite is a compelling alternative to buying applications from several different vendors, and trying to make them work together.

**APPLICATION SOFTWARE SALES**
**($ millions)**



Most Recent Quarter — May 2000



Letter to our
*SHAREHOLDERS*

At the start of fiscal year 2000, we announced that Oracle would become an e-business, and in doing so, save one billion dollars. In other words, we would use our own application software—the Oracle E-Business Suite—to put every aspect of our business on the Internet. The success of our move into the 'new economy' would be measured the 'old economy' way. The question was—once Oracle became an e-business, would our margins improve enough for us to save a billion dollars? The answer turned out to be no. We're going to save a lot more.

A billion dollars in annual savings translates to a 10-point improvement in our operating margin. We've already exceeded that goal. In the fourth quarter, our operating margin was up nearly 14 points to over 41%. For the full year, net income without investment gains increased 61% to over $2 billion. Net income including investment gains was over $6 billion. Cash went from $3 billion to $8 billion. Sales topped $10 billion. The stock was up 500%. Oracle's market capitalization approached a quarter of a trillion dollars. It was a good year.

Not everything went up. Revenue went up from $8.8 billion to $10.1 billion, but headcount went down from 44,000 to 41,000. Application sales were up 61% in Q4, but quarterly expenses went down. We're selling more. We're spending less. And we're only half-way through our e-business transformation. How much faster can sales grow? How much more

can we save? We'll find out this year, when we complete the process of becoming an e-business.

But what is an e-business anyway? It's all about the Internet and globalization.

An e-business uses a global network—the Internet—and a global database to integrate all aspects of doing business. Every business function—marketing, sales, supply chain, manufacturing, customer service, accounting, human resources, everything—uses the same global network and the same global database. An e-business runs on one unified computer system. Everybody is connected. And all the information is in one place.

Oracle was the first software company to move its application products to the Internet. In fact, we started moving all our software to the Internet back in 1995. So we've been using our own Internet application software to run our business for the past couple of years. Our Internet systems were a big improvement over the old client/server systems they replaced. Having all our customers, suppliers and employees online made Oracle a more responsive and efficient organization. But the huge productivity gains we were looking for somehow eluded us. All our applications were on the Internet. Everyone was connected. What was the problem?

Our information was scattered across hundreds of separate databases. That was the problem! Each one of our organizations—marketing, sales, service, etc.—had its own computer system. Each computer

Oracle stock price opened
at $12.47 on the first
business day of FY2000.

Oracle stock price closed
at $71.83 on the last
business day of FY2000.

system had its own database. We had hundreds of
databases around the world. Our data was so frag-
mented, it was difficult for people to find the
information they needed to do their jobs.

Separate databases also made it difficult to share
information between organizations. And if groups
can't share information, they don't cooperate. So,
marketing didn't cooperate with sales. Germany
didn't cooperate with France. It was lack of shared
information that was limiting cooperation between
groups at Oracle—not cultural differences or flawed
human nature. And lack of cooperation led to dupli-
cation of effort and inefficiency. To eliminate this
inefficiency, we had to make information easier to
find and easier to share. But how?

The solution was quite simple. If we put all our
information in one place—a global database on the
Internet—then everyone would know where to look
to find the information they needed. While concep-
tually simple, this single, unified database approach
required fundamental changes to our application
software. It turned out to be a massive engineering
effort involving thousands of computer programmers.
But when we finished the Oracle E-Business Suite,
it was the first and only set of applications to work
with a single global database.

We also developed several new applications, so
that the E-Business Suite would be complete. Today,
the suite includes every application you need to run
your business—marketing, sales, supply chain,



LAWRENCE J. ELLISON
CHAIRMAN & CEO

manufacturing, customer service, accounting, human resources—everything. It works in every country and in every language. The E-Business Suite is the first and only complete set of applications ever to have been built.

Before Oracle released a complete suite of applications, customers had no alternative to acquiring application software from multiple vendors. Customers had to carefully analyze and choose the 'best' application software for each part of their company. For example, a customer might choose Epiphany for marketing, Siebel for sales, Broadvision for the Web store, Clarify for service, Ariba for procurement, i2 for supply chain, SAP for manufacturing and accounting, and PeopleSoft for human resources. Unfortunately, these products were not designed or built to work together.

And it's not the responsibility of the software vendors to make their different products work together. Instead, you, the customer, are responsible for making all the different products work together. It's a process called systems integration. Systems integration consists of connecting the different vendors' systems—a kind of gluing them together—in the hope of making them work like a unified system. IBM heavily promotes this multi-vendor systems integration approach. And IBM employs 130,000 consultants to help you make it work.

Systems integration is an enormously complex, expensive and time-consuming process. And there are serious limits to the level of integration you can achieve with a multi-vendor system. The biggest problem is that every vendor's applications are engineered to work with their own separate database. Systems integration cannot make different vendors' applications work with a single database. So, if you choose five software vendors, you get five separate and distinct databases. And that's if you operate in just one country. If you operate globally, the data fragmentation problem multiplies.

Of course, it would be much easier if all your applications were designed and built to work together. Then no systems integration would be necessary. Then information would be easy to find and share, because it would be in one global database. That's what you get when you choose the unified set of applications that make up the Oracle E-Business Suite.

Choosing between a unified suite of applications or a multiple-vendor approach is not simply a matter of software strategy. It's not just about how well your software works together. It's about how well your organizations work together. Sharing information is key to eliminating duplication of effort. Sharing information is key to achieving specialization and economies of scale. Sharing information is key to standardizing business processes and implementing best practices. Sharing information between employees, distribution partners, and customers has already helped Oracle save over a billion dollars.

Now, everyone is excited about the prospect of saving more. But when we first began to move our business processes to the Internet and our information into a global database, we encountered a lot of resistance. Most Oracle managers wanted to proceed 'cautiously.' But I felt that if we didn't move fast, we were going to miss the biggest opportunity in the history of business. It took a while for me to understand that changing technology was the easy part of becoming an e-business. Convincing people to change the way they worked—that was the hard part.

Before you can change, you have to admit you have a problem, you have to understand your problem, and you have to communicate the problem clearly so everyone understands why the change is needed. In our case, the problem was quite clear: our information was so fragmented, people didn't have access to the information they needed to do their jobs. Since we're the world leader in information

management technology, this was especially embarrassing. But it was intriguing, too. If we were having trouble with our internal computer systems—and we're supposed to be experts—how well were other companies doing?

I talk with CEOs almost every day. Virtually none of them have access to all the information they need, even though all of them are spending a fortune on information technology (IT). If we could solve our internal business systems problems, we would be in an ideal position to help our customers better understand and solve their problems. Solving our problems would not only help us save money, it would demonstrate that we really were experts—not just in technology—but in using technology to efficiently run a business.

Back to the problem. All of Oracle's information was in databases—of course—but there were too many of them. We had hundreds of large server computers managing hundreds of separate databases. For example, Oracle had six separate customer databases—marketing, Web store, telesales, field sales, accounting and services. And that was just in the United States.

Around the world we had over a hundred customer databases. France had six customer databases. So did Japan and Brazil. Virtually every country we did business in had multiple customer databases. Scattering our customer information across more than a hundred separate customer databases was our worst data fragmentation problem, but not our only one. We had 140 product and pricing databases, 70 separate human resources databases and 97 e-mail databases. The list went on and on.

Every country had its own data center filled with computer hardware. Each data center had its own IT staff maintaining separate systems for marketing, sales, service, etc. We were paying top dollar to maintain hundreds of separate computer systems



QUARTERLY MARGIN

and hundreds of separate databases around the world. The more we spent, the worse it got. Every time we added a new computer system and database, our information got more fragmented. The more databases we had, the harder it was to get information about our business.

We had another problem. Since every organization within Oracle had its own computer system, every organization could invent its own business processes, and then tailor its computer systems to automate those processes. Marketing in France invented its own marketing processes and tailored its marketing computer system to suit. Germany did the same. So did the U.K. And so on. Every country invented its own business processes for marketing, sales, service—everything—and operated the way it deemed best. Everything was non-standard. The duplication of effort was appalling.

To solve our problems, the only thing we really had to do was move our business processes to the Internet, and our information to a global database. But we wanted to do more than simply solve old



QUARTERLY REVENUE PER EMPLOYEE
($ thousands)

FY2000

problems—however big they were. We wanted to use the Internet to pursue new opportunities. To do that, we would have to do more than globalize our computer systems. We would have to globalize our business. That meant changing the way we were organized and managed. The Internet global network and global database were simply the technologies that made globalization possible.

Oracle has always been organized hierarchically by geography. The business is divided into four geographic regions—North America, Europe, Asia Pacific and Latin America. Each region was managed by a senior executive with a regional headquarters staff. Each country had a general manager plus teams of people doing marketing, sales, service, accounting, legal, etc. Every regional headquarters and every country had its own computer systems to support its activities.

These distributed computer systems, along with divided management responsibility, conspired to create our duplication of effort problems. Marketing was a typical example. We had a marketing group at corporate headquarters. We had another marketing group at European headquarters. We had a marketing team in every country. In the end, our country managers would invent the marketing strategy they felt was best for each of their countries. So, every country had different marketing policies, processes and programs.

Take a simple matter like pricing. For a long time I headed a group at Oracle headquarters that

set global prices for our products. Or so I thought. In actuality, my pricing 'decisions' were first reviewed by the corporate headquarters marketing group, second by our European headquarters marketing group, and then by every country's marketing team. The price could get changed several times—sometimes up, sometimes down—before it got to the customer. Some countries would decide not to sell the product at all.

Oracle was in effect a feudal operation run by a group of autonomous general managers. We could set global prices and other global policies at corporate headquarters, but it was difficult to monitor or enforce them. For years, our general managers set their own prices, invented their own policies and procedures, and ran their own computer systems. As long as they delivered adequate profit, we left them alone to run their businesses.

This loose federation of independent organizations had worked reasonably well for a long time. But in an era of increasing globalization, it was breaking down. Our customers wanted us to offer the same prices, products and services around the world. And we wanted to eliminate duplication of effort. We wanted to set a price once—not 150 times. We wanted to develop a marketing program once—not 150 times. We wanted to develop a business process once—not 150 times. We needed to globalize the business.

The very first organizational change we made was globalizing IT. We decided to move all the IT

6

people from the countries and regional headquarters to a new Global IT organization. Our general managers fiercely resisted this change. They were not enthusiastic about relying on corporate headquarters for their essential automation systems. They were used to being self-sufficient. How could we convince them to support our globalization program?

We changed their compensation plans. Our general managers have always been paid a bonus based on how much they increased sales and profits. If they continued to run their own IT departments, they had to pay for it out of their budgets, thus lowering their profit margin and their annual bonuses. Or, they could use our new Global IT systems for 'free.' We would not charge them for global services. Resistance diminished, but it didn't go away. Our general managers just didn't trust a corporate headquarters organization to deliver all the computer systems they needed to run their businesses. Global IT first had to prove itself.

The proof came with the highly visible success of Global IT's very first project—global e-mail. When Global IT started the project, Oracle had 97 client/server e-mail systems running on 97 large server computers located all over the world. Every country had its own e-mail system and its own team of people to manage it. The new Global IT organization replaced all 97 of the old e-mail systems with a single Internet e-mail system running entirely on two computers in our global data center in California. (For safety, we have copies of all our data plus stand-by computers in our backup data center in Colorado.)

The global e-mail project was a stunning success. We used the Internet and our own database technology to link everyone in the company to a single, unified e-mail system. The new e-mail system is one-tenth the cost of all the systems it replaced. It's faster than the old in-country e-mail systems. It's more reliable and more secure. It supports all

local languages. It's much easier to use. And it's 'free' to the country managers.

Oracle saves over $30 million a year as a result of the Internet e-mail project. And in the process, the new Global IT organization had proven itself. We no longer had to push for people to be transferred from the countries to Global IT. The country managers loved the idea of computer systems that just worked, especially when they didn't have to pay for them.

As we completed the globalization of IT, we gained huge economies of scale not only in labor, but also in purchasing computer equipment and network services. The best example of this was our newly upgraded global network. It cost less than our old network, yet the new network is much faster and more reliable. And that's just what we needed for the next phase of our e-business transformation.

Global e-mail had been relatively quick and easy. The improvements in e-mail were immediately visible to everyone in the company. We proved that this Internet thing actually works and saves money. But the cheap thrills were over. The next computer systems to go global on the Internet were marketing and sales.

We decided to globalize the marketing organization as well as the marketing computer systems. We left the marketing people in the countries, but they now reported to a Global Marketing executive—not the country or regional managers. In the end, only sales and associated consulting services still report to our country managers. And even these activities are automated and monitored by our new global computer systems. Oracle has abandoned the model of distributed general management. Management specialization was part of our globalization process.

The deal with the country managers was always the same. The marketing changes were no exception. If the country managers kept their marketing people and marketing computer systems, they paid for them. Marketing services—people and systems—

provided by global organizations were "free." Trust in corporate headquarters and confidence in Internet technology had grown dramatically as a result of the recent success of Global I1. In a very short time, most marketing people around the world were voluntarily moved to the Global Marketing organization.

The benefits were immediate. Marketing costs went down because duplication of effort was eliminated. Every country stopped designing its own marketing programs, because we used the Internet to implement the same marketing programs all over the world. Every country stopped doing its own pricing, because customers could see the official price list at our global Web store at oracle.com. The prices we set at headquarters were instantly visible all over the world. No more delays. No more duplication of effort. No more bureaucracy. No more ignoring policy.

But Global Marketing's most important set of accomplishments centered around using the Internet to increase the reach of our marketing programs. For example, generating leads via e-mail is a thousand times cheaper than using conventional direct mail, and we get a better response rate—even in Colombia, South America. It works all over the world. Today, we spend less to generate leads. We generate more and better qualified leads. And e-mail is environmentally more friendly than direct mail—even if you use brown paper.

Global Marketing moved our product seminars to the Internet. Internet seminars cost about two dollars per attendee, while a hotel seminar costs a hundred times more. Internet seminars are better attended because they consume less time for everyone involved—prospects, references and product experts alike. Now our best product experts and our best customer references meet regularly with large numbers of prospects from all over the world, and it only takes an hour out of their day. Most people

don't miss traveling to hotel seminars. And nobody misses the food.

We moved all of our product demonstrations to the Internet. So now we demonstrate our software products at our Internet seminars and on our Web store. Anyone can see how our latest products work by simply clicking a button. If they like what they see, they can get more information or buy with another click. Internet product demonstrations and our Web store delivered big productivity gains to our sales force. But that was just the beginning.

Our new Internet sales system has made our entire sales process more uniform and automated. When prospective customers come to our Web site, we collect information about them and then immediately route them to the latest information about the products and services that interest them. In a day or two, the system automatically follows up with additional information via e-mail and, optionally, regular mail. And the system keeps the salesperson informed through every step of the process.

Ideally, we make the sale at our Web store without assistance from a salesperson. Everyone agrees it's ideal because Oracle's costs are minimized and the salesperson's time is conserved. And there's no conflict, because we pay the salesperson the same commission regardless of how we sell—Web store, on the telephone, or face-to-face.

Our Internet sales system automates and enforces a step-by-step process for selling our products. It's a global system so the sales process is the same all over the world. The system tracks every lead from capture, through every stage of the sales process, up to the close. This gives us a highly accurate view of sales activity, so we can forecast the quarter with much greater accuracy than ever before.

And our sales force is about to become even more productive, because of a level of cooperation with distribution partners that was impossible

8

before the Internet. The newest version of our online sales system allows us to share leads with distribution partners. We just began sharing leads with a leading computer manufacturer and large consulting firm. Our respective sales teams will work cooperatively throughout the entire sales process. Our Internet sales system is a sales force multiplier. Our one sales force just became many.

And our many service organizations are becoming one—on the global Internet. Our 6,000 person customer support organization had been divided into several geographic groups. Each group had its own computer systems and its own support database. Sound familiar? Last year customer support submitted a plan for more hiring and lower margins. The plan was not approved. Instead we used the Internet to improve customer service and satisfaction without hiring any additional people.

First, we moved all of our service information onto our Web site. That gave all our customers immediate self-service access to most of the information they needed. Now we are moving all of our customer support people to a single global system on the Internet. Once we complete that process later this year, we will be able to organize our thousands of support service people by product expertise rather than geography. That means our most qualified people will work on customer problems, regardless of where in the world the problem occurs. We will track problems around the clock and around the globe. Our support people will be more productive and our customers more satisfied.

A year ago, education was our worst performing organization. They submitted a budget with margins targeted at a dismal 13%. I thought education was capable of margins of 50%—but they would have to move aggressively to the Internet. They would have to market and sell classes on the Internet, register students on the Internet and teach classes on the

Internet. Education is doing all of this and more. By the end of the year their margins hit 33%. When we complete our e-business transformation, I bet they'll be at 50%.

I could go on and on. There are numerous additional examples of improvement at Oracle. But virtually every improvement was a result of the same strategy. We standardized our business processes and moved them to the Internet. We consolidated all our separate databases into a single global database. We unified all our separate computer systems using the E-Business Suite.

Shared information enabled people to communicate more clearly and work together better—as a team. Since our new unified computer systems were interdependent, groups using those systems become dependent upon one another. With interdependency came cooperation, specialization and economies of scale. When we globalized our business, our operational inefficiencies began to melt away. It was amazing.

The introduction of Internet technology led us to globalization which, in turn, gave rise to even deeper changes at Oracle—changes in the culture and values of the company and its management. Oracle had been a company made up of many independent business groups, managed by self-reliant generalists who valued their autonomy. Oracle has become a company of interdependent business groups, managed by specialists who value their knowledge and excel at teamwork.

As a result, it's more fun to work at Oracle these days. There's less management conflict, because decisions are based on up-to-date, shared information. Facts, not force of personality, rule the day. The more we know, the more rational our decisions.

Oracle's getting smarter. Oh, the possibilities...

*[signature]*

# EXHIBIT 152

UI: Q3 forecast and pipeline update for Monday EC 

Subject: UI: Q3 forecast and pipeline update for Monday EC
Date: Sat, 09 Dec 2000 14:41:44 +0100
From: Sergio Giacoletto <Sergio.Giacoletto@oracle.com>
Organization: Oracle Corporation
To: "Lawrence J. Ellison" <larry.ellison@oracle.com>
CC: "Safra A. Catz" <Safra.Catz@oracle.com>,
"Minton,Jennifer" <JENNIFER.MINTON@oracle.com>,
Jeff Henley <jeff.henley@oracle.com>

Recommended coding for first letter of e-mail subject line

| Urgent | Permission (approval) required | Action required | Reply required | Information only |

Larry,
I will not be able to attend the EC on Monday 12th, as I have a critical customer meeting I
could not change.

Here is the latest on Q3
( PS: we finally closed Q1 at 311 $M i.e. 20% growth and 51% margin ).

1) Forecast

The current bottom-up forecast in the system is 302 $M representing 19% growth with 14%
in server and 69% in applications.

I have given a target to the countries this week of 330 $M representing 30% growth.
Best case is 350 $M, worst case 280 $M in my view.

Most of the additional target is in technology.

I believe this is achievable, provided Germany recovers the Q2 miss and closes all open deals.

2) Pipeline and OSO

The update of Q2 deals in OSO was almost done.... there are only 3.2 $M of deals left open. Not too bad.

The best estimate of the Q3 pipeline is 700 $M representing a 2.1 coverage of the 330 $M,
and a 28% growth from last year.

The growth of the pipeline in technology is only 10% - this number however does not include the
run rate of the partners and the SAP revenue. We will focus to improve it.

The growth of the pipeline in applications is 80% ; looks like another strong quarter for ERP,
and hopefully an improvement on CRM.

3) Risks and opportunities.

- ERP /financial, HRMS, IP/:
Good momentum; products stable. Good pipeline. We will roll out FastForward R11i starting
this month and we are increasing GB apps sales force.

CA-ORCL 009658

ORACLE CONFIDENTIAL

NDCA-ORCL 013401



Ul: Q3 forecast and pipeline update for Monday EC

- 9i AS:

we have started a number of sales initiatives, including an ISD sales campaign.
Training of ALL sales people is planned for January from Jeremy Burton's team. We are finding difficult to sell to large clients who have a corporate wide architecture using best-of-breed.
It will take some time to change the IT standards.

- CRM :

we are loosing a bit of momentum; sales people are reluctant to engage to the product problems, lack of refererences and local language issues. We are also loosing many people to Siebel, still, and we are short of 50 sales consultants across EMEA. Hopefully the situation will turn in January once we get 11.5.3 running in local language.

- Exchanges:

the pipeline is good; but we need to still satisfy our existing clients first.
The operations are more stable, but we have major functionality gaps, lack of 6.1 migration commitment and lack of definite information to transfer hosting to the clients.

Best regards

Sergio Giacoletto                    Phone: +41 22 799 99 30
EVP EMEA                            Mobile:+41 79 200 75 06

Assistant :   Michele Delvaux
              E-mail:michele.delvaux@oracle.com Phone:41 22 799 99 31

CA-ORCL 009659

ORACLE
CONFIDENTIAL

NDCA-ORCL 013402