# EXHIBIT 157

11i internal system status

**Subject:** 11i internal system status
**Date:** Sun, 07 Jan 2001 17:11:17 -0800
**From:** Ron Wohl <ron.wohl@oracle.com>
**Organization:** Oracle Corporation
**To:** "Ellison,Lawrence" <LELLISON@US.ORACLE.COM>
**CC:** "Catz,Safra" <SCATZ@US.ORACLE.COM>

We made good progress on a number of fronts today.  The iStore/CM
interface issue was found, and will likely be resolved this evening.  A
number of other performance and functional issues were resolved.

The critical issue at this point remains education.  A number of issues
were resolved, allowing users to enter orders, but it is still taking
far too long to enter each order.  We currently have a backlog of 1500
education orders, and clearly must improve performance substantially in
order to have a viable system.  People continue to stay focussed tonight
on the problem.

---

Ron Wohl <ron.wohl@oracle.com>
Executive Vice President
Applications Development

CA-ORCL 008526

ORACLE
CONFIDENTIAL

1 of 1

4/25/2002 6:11 PM

NDCA-ORCL 012413

# EXHIBIT 158

[Fwd: [Fwd: Projects 11i Upgrade Status 29-Jan-01]]

Return-Path: <Sarah.Kopp@oracle.com>
Received: from oracle.com
(dhcp-datacenter-isdn-west-144-25-122-10.us.oracle.com
[144.25.122.10])by gmgw02.oraclecorp.com (8.8.8□.8.8) with
ESMTP id QAA15487;Mon, 29 Jan 2001 16:33:28 -0800 (PST)
Message-ID: <3A760BE6.1E6E0BB9@oracle.com>
Date: Mon, 29 Jan 2001 19:33:42 -0500
From: Sarah Kopp <Sarah.Kopp@oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.7 [en] (Win95; I)
X-Accept-Language: en
MIME-Version: 1.0
To: "Block,Keith" <KEITH.BLOCK@oracle.com>,
"Borthwick,Valerie" <VALERIE.BORTHWICK@oracle.com>,
"Salser,Mark" <MARK.SALSER@oracle.com>,
"Wheeler,John" <JOHN.WHEELER@oracle.com>,
"Perkins,Steven" <STEVEN.PERKINS@oracle.com>,
"English,James" <JIM.ENGLISH@oracle.com>,
"Ford,Terrence" <TERRENCE.FORD@oracle.com>
CC: "Nussbaum,Jay" <JAY.NUSSBAUM@oracle.com>,
"Sanderson,Edward" <SANDY.SANDERSON@oracle.com>
Subject: Projects 11i Upgrade Status 29-Jan-01
Content-Type: text/plain; charset=UTF-8
Content-Transfer-Encoding: 7bit

All, I will be passing along detailed status from the shared services
team as I receive them along with any comments or updates I receive from
the daily status calls; today's information follows:

Note: Estimates are that by the January close we were able to capture
99% of the timecards for invoicing.

As always, please feel free to send me any specific questions or
comments.

Most Significant Issues (in order of importance)

1) Self Service Applications:  The applications ( Self Service Time &
Self Service Expense) have been down since 10 am today.
Operational Impact - not able to enter time in order to calculate labor
revenue or to rebill expenses .  We risk falling behind
again like we have the last 2 weeks.
IT pulled the application down this morning to reduce CPU load; IT-ERP
(Bret Fuller) is avoiding CPU usage in excess of 75% to avoid
performance degradation.  They first took iProcurement down at 10am but
it did not have enough impact so SSTE was taken down an hour later.

2)  Self Service Applications:  Week ending date issue; consultants
unable to override default date
Operational Impact - not able to enter time in  the appropriate dates &
frustrated end users or transaction controls needed to be set
Estimated Resolution - this is being worked on.  time could be entered
via Pre Approved form.

3)  Project Accounting:  WIP/Utilization Reports are incorrect.
Operational Impact - Managers are unable to view current status of
projects.

NDCA-ORCL 610922

CA-ORCL 031406
ORACLE CONFIDENTIAL

2

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 159

This Exhibit Was Intentionally Left Blank

# EXHIBIT 160

Re: Q3 Renewals and Revenue

**Message-ID:** <3A948D1A.C51F057B@oracle.com>
**Date:** Wed, 21 Feb 2001 19:52:59 -0800
**From:** Michael Rocha <Michael.Rocha@oracle.com>
**Organization:** Oracle Corporation
**X-Mailer:** Mozilla 4.7 [en] (Win98; I)
**X-Accept-Language:** en
**MIME-Version:** 1.0
**To:** Dick Sellers <dick.sellers@oracle.com>
**Subject:** Re: Q3 Renewals and Revenue
**References:** <3A9489C9.73A5E2BE@oracle.com>
**Content-Type:** multipart/mixed;boundary="------------54BD355ED51EA749FE574935"
**X-Mozilla-Status:** 8011
**X-Mozilla-Status2:** 00000000

168 out of 219 still remains to be done in Feb?  In other words,  we have
only completed 23% of the renewals that we need to do this month?  Should I
be wor--ed?  Mike

Dick Sellers wrote:

> Finance and Chris  please correct me if I have made any false
> assumptions or used any data incorrectly. Also please agree if you
> believe I am correct. I am trying to frame the current problem so that
> we are all on the same page in our discussions. It is imperative that we
> have a shared mental model of this issue before we start Q4.
> I have been digging through the renewal maze with an eye toward
> determining if  OKS  is causing  the miss of PSF revenue from the Q3
> budget of 458M. I believe we are working the expiring contracts and that
> their are not an appreciable number of contracts which have been
> overlooked. As these contracts are found we will work to renew them but
> I do not believe this is a large amount of revenue. I believe any short
> fall in revenue can be explained by examining the renewal rate for the
> quarter and the new business for the qtr.
> 368.5................. Represents 96.8% (renewal rate goal) cf the
> available amount to be renewed + carry forward from Q2
> 337.4................. Represents the forecast of bookings that will be
> renewed (88.6 % renewal rate)
>
> 31.1.................... Not renewed 10M in Migrations +21M cancellations
> do to out of business, reduced license, etc. contracts not assigned
>
> The 337.4 of renewed contracts would equate to 84.3 M in revenue renewed
> in the Q3 time frame. the 31.1M in non renewed  contracts equates to
> -7.8 M in revenue which is lost from  Q3. If we make the 337.5 bookings
> forecast we would under perform the renewal revenue goal by 7.8 M. Any
> greater miss must  be associated with lack of new business or under
> performing the 337.4 bookings forecast. Each 1% miss in renewal rate
> will reduce booking by 3.8 M and revenue in the Quarter by 950K. To miss
> the Q3 revenue renewal goal by 20 M in revenue  we would have to miss
> the bookings goal by 240M. This would represent a 65% miss or a renewal
> rate of 37%. This seem unlikely. Of the 337.4M  forecasted we have
> booked 117.7 in the 2 prior months leaving 219.6 to be done in Feb. Of
> the 219M, 168
> remains to be done in Feb. This would make a 20M miss impossible from
> renewals alone.
>     To explain a miss in the order of 20 M we must look to new business
> short fall in the current Qtr. and possible missed new business and or
> renewals in prior qtr. i.e. the 435M run rate established in Q2 was not
> adequate to achieve the goal when adjusted for the Q3 miss in renewals

ORACLE
CONFIDENTIAL

I

EXHIBIT

15

NDCA-ORCL 101462

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



Re: Q3 Renewals and Revenue

```
> of 7.8M and the Q3 miss in new business of 6.3 M. If the bookings
> forecast holds and the new business forecast holds  at -6.3 in new
> business and a -7.8M miss do to renewal rate would combine to produce a
> -14.1M position against. goal.
>
> 435........    Q2 run rate
>  12........     New business
> -92......     Expired Contracts
> +84......    Did renew
> + 5......    Renewals which carried backdated rev
>
> 444M......    against a goal of 458M  we are 14M short. If the 435M  run
> rate caries rev ramp do to new business we could close part of this
> short fall.
```

Michael Rocha <Michael.Rocha@oracle.com>

ORACLE
CONFIDENTIAL

2.

NDCA-ORCL 101463

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# EXHIBIT 161

**From:** Ron Wohl
**Sent:** Wed, 24 Jan 2001 02:36:56 GMT
**To:** Ronald Bunting
**CC:** George Roberts; Prosser; Sharon; Koplow; Hilarie; BARRENECHEA; M.; FULLER; BRET
**BCC:**
**Subject:** Re: [Fwd: R11i Order Management Impact]

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 276547

```
begin:vcard
n:Wohl;Ron
x-mozilla-html:TRUE
version:2.1
email;internet:ron.wohl@oracle.com
title:Executive Vice President
adr;quoted-printable:;;500 Oracle Parkway=0D=0A3 OP 354;Redwood Shores;CA;94065;
fn:Ron Wohl
end:vcard
```

I'm not aware of the issues that you mention.  Who can put together a more comprehensive statement of the problem, so we can figure out who to assign it to? From the list below, it is not clear if the issues relates to Order Management, or to the CRM module of Installed Base, or to information that should be easy to query across both.


Ronald Bunting wrote:

> Ron, who do we need to work through these issues with to limit our  Q3
> revenue impact?
>
>    ------------------------------------------------------------------------
>
> Subject: R11i Order Management Impact
> Date: Wed, 24 Jan 2001 09:39:17 -0800
> From: Sharon Prosser <Sharon.Prosser@oracle.com>
> Organization: Oracle Corporation
> To: "Bunting,Ronald" <RON.BUNTING@oracle.com>
> CC: "Prosser,Sharon" <SHARON.PROSSER@oracle.com>,
>       Hilarie Koplow <hkoplow@US.ORACLE.COM>
>
> Ron,
>
> We are starting to feel the impact across all area(s) of our business
> (GE, Majors, OPI, OSI) on the forecast because of the reporting
> limitations with R11i Order Management. We are not able to move forward
> on compliance, add-on, or migration opportunities all of which are a big
> part of iSD's business.  Access to install reports, CSI reports, etc.
> are critical documents when putting an ordering document together for a
> client.  I need your advice on how to escalate this issue.  I have not
> contacted Loren Mahon and am not sure she is the right point of
> escalation. I also understand that there are other Oracle groups that
> are feeling the impact of this upgrade as well.
>
> Worth mentioning is the customer satisfaction issues that are starting
> to heat up because of our inability to respond.
>
> --
>
> Thank you,
> Sharon Prosser
> VP- Internet Sales Division - iSD
> 650 506 9902
>
> Assistant:  Kathryn Jameson - 650-633-6601
>
>    ------------------------------------------------------------------------
>
>    Sharon Prosser <Sharon.Prosser@oracle.com>
>
>    Sharon Prosser
>      <Sharon.Prosser@oracle.com>
>    Additional Information:
>    First Name    Sharon
>    Version       2.1
>

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 276549

```
>   -----------------------------------------------------------------------
>
>   Ronald Bunting <ronald.bunting@oracle.com>
>
>   Ronald Bunting
>     <ronald.bunting@oracle.com>
>   Additional Information:
>   First Name    Ronald
>   Version       2.1
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 276550

# EXHIBIT 162

*Telephone (312) 236-1600*   *William Blair & Company*   *Fax (312) 236-0801*

*Limited Liability Company*

*222 West Adams Street   Chicago, Illinois  60606*

For Distribution

## Oracle Corporation (ORCL)

Price: $23.88

Laura Lederman   (312) 364-8223

Internal Comments made on February 21, 2001

### Highlights of AppsWorld Conference



Δ π EXHIBIT 52

Deponent_____

Date_____ Rptr._____

WWW.DEPOBOOK.COM

We want to provide an update on ORCL after spending today at the AppsWorld Conference. There will also be more information tomorrow. We spent most of the day with the Big Five trying to get their sense of what is going on in the applications business at ORCL. In addition, we attended an analyst briefing late in the day and had dinner with CFO Jeff Henley and a number of other investors.

Feedback from the Big Five was very positive. Note that the feedback only relates to ORCL's applications because the Big Five do not really have a sense of what is going on in database. Basically, they see ORCL gaining a lot of share, particularly in the enterprise resource planning (ERP) space. Today, ORCL owns almost all of the requests for proposals. The company is gaining share in manufacturing and in financials (against SAP [SAP $42.40]). As for newer applications, the Big Five gave ORCL good marks in e-procurement, saying it is gaining share, and also in the CRM space in service, e-store, and pricing (against Siebel [SEBL $53.38]). It is much harder to gain share given Siebel's 80% market share.

As for the supply chain, the reviews were mixed. The KPMG consultants seemed to like ORCL's supply chain, saying the functionality is good and that it should gain share against i2 [ITWO $34.13]. In contrast, Andersen Consulting and some of the others, including PWC, said that the company's functionality was behind. We will have to do more research on that tomorrow.

The bottom line is that the application business looks good and if management had guided to 75% growth in applications for the current quarter, we are at 65%. Our guess is that they will be able to do ORCL's number or our number. The company is back-end loaded (booking a significant amount of license revenue business in the last month of the quarter); therefore, we will have to do additional field checks. The quarter closes on February 28 (since it is a leap year, the company will lose two days). As for now, it looks like the business is strong for this quarter.

According to Mr. Henley, business looks good. He was very bullish in the sessions. We

Page 1 of 2

THIS IS NOT IN ANY SENSE A SOLICITATION OR OFFER OF THE PURCHASE OR SALE OF SECURITIES. THE FACTUAL STATEMENTS HEREIN HAVE BEEN TAKEN FROM SOURCES WE BELIEVE TO BE RELIABLE, BUT SUCH STATEMENTS ARE MADE WITHOUT ANY REPRESENTATION AS TO ACCURACY OR COMPLETENESS OR OTHERWISE. OPINIONS EXPRESSED ARE OUR OWN UNLESS OTHERWISE STATED, FROM TIME TO TIME, WE MAY BUY AND SELL THE SECURITIES REFERRED TO HEREIN, MAY MAKE A MARKET THEREIN AND MAY HAVE A LONG OR SHORT POSITION THEREIN. PRICES SHOWN ARE APPROXIMATE. THIS MATERIAL HAS BEEN APPROVED FOR DISTRIBUTION IN THE UNITED KINGDOM BY WILLIAM BLAIR & COMPANY, INTERNATIONAL, LIMITED, REGULATED BY THE SECURITIES AND FUTURES AUTHORITY, LTD.  Copyright 2001 by William Blair & Company, L.L.C.

WBC 0012

*Telephone (312) 236-1600*

## William Blair & Company
### Limited Liability Company

*Fax (312) 236-0801*

*222 West Adams Street    Chicago, Illinois  60606*

For Distribution

# Oracle Corporation (ORCL)

### Price: $23.88

### Laura Lederman   (312) 364-8223

### Internal Comments made on February 21, 2001

### Highlights of AppsWorld Conference

want to quote a few of the things he said.  In regard to applications growth, he said that, "The second half growth will be as good, or better, than the 69% growth posted in the first half." As for the economy, he commented that, "ORCL is not seeing an impact."  He also stated that, "We are in spaces that are high ROI and it's not clear if we'll see much of an impact in our business due to the economy."  In a related statement, he said, "The economy is a wild card, but unless there is a serious recession, we are not sure we'll see much of an impact." Clearly, his statements are bullish in regard to ORCL's current business.

In terms of what we think will happen in the software space, we agree with Mr. Henley, and common sense tells us that if the recession is long enough and deep enough, even high-ROI software companies will get hit, including ORCL.  To some extent, whether or not you want to be in software group depends on your economic outlook.  If you are looking for two to three quarters of negative economic growth, we could see additional pressure in the software names.  If it is three quarters of negative growth, the companies might even miss numbers.  If the slowdown is much slower, the companies could sail through without much of an issue.  In the fifteen years LL has been in the business, there has never been this much of a wildcard factor in estimates, depending on what happens in the economy.  On a long-term basis, we believe that ORCL will continue to gain share in the applications space, given the movement of the market towards suite selling.

William Blair & Company, L.L.C. maintains a market in the common shares of the company.

THIS IS NOT IN ANY SENSE A SOLICITATION OR OFFER OF THE PURCHASE OR SALE OF SECURITIES.  THE FACTUAL STATEMENTS HEREIN HAVE BEEN TAKEN FROM SOURCES WE BELIEVE TO BE RELIABLE, BUT SUCH STATEMENTS ARE MADE WITHOUT ANY REPRESENTATION AS TO ACCURACY OR COMPLETENESS OR OTHERWISE.  OPINIONS EXPRESSED ARE OUR OWN UNLESS OTHERWISE STATED.  FROM TIME TO TIME, WE MAY BUY AND SELL THE SECURITIES REFERRED TO HEREIN.  WE MAY MAKE A MARKET THEREIN AND MAY HAVE A LONG OR SHORT POSITION THEREIN.  PRICES SHOWN ARE APPROXIMATE. THIS MATERIAL HAS BEEN APPROVED FOR DISTRIBUTION IN THE UNITED KINGDOM BY WILLIAM BLAIR & COMPANY, INTERNATIONAL, LIMITED, REGULATED BY THE SECURITIES AND FUTURES AUTHORITY, LTD.  Copyright 2001  by William Blair & Company, L.L.C.

WBC 0013

# EXHIBIT 163

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| IN RE ORACLE CORP. DERIVATIVE | ) | CONSOLIDATED |
| LITIGATION | ) | C.A. NO. 18751 |

## ANSWER

Defendants, Lawrence J. Ellison, Jeffrey O. Henley, Donald L. Lucas, Michael J. Boskin, Jack F. Kemp, Jeffrey Berg, Richard A. McGinn, Kay Koplovitz (together, the "Individual Defendants"), and nominal defendant Oracle Corporation ("Oracle" (together with the Individual Defendants, the "Defendants")). for their answer, respond to the individually numbered paragraphs of the Revised Amended Shareholder Derivative Complaint (the "Complaint"), and assert affirmative defenses, as follows:

1.      Denied, except Defendants admit that plaintiffs have purported to initiate a derivative action seeking relief against the Individual Defendants for the benefit of Oracle Corporation.

2.      Denied, except Defendants admit that certain of the Individual Defendants exercised options for and sold Oracle stock on various occasions prior to March 1, 2001.

3.      Denied, except Defendants admit that Oracle on various occasions made statements regarding the internal savings achieved by Oracle in connection with the use of its 11i Suite and state that, to the extent this paragraph asserts legal conclusions, no responsive pleading is required.

4.      Denied, except Defendants respectfully refer to the Oracle press release for its contents.

**PARTIES**

5.    Defendants lack information sufficient to respond to this paragraph.

6.    Admitted.

7.    Denied, except Defendants admit the allegations of the first three sentences of this paragraph, admit that defendant Ellison sold Oracle stock between January 22, 2001 and January 31, 2001 and that, due to his position at Oracle, Ellison was privy to confidential information concerning Oracle and state that the fifth sentence of this paragraph asserts legal conclusions to which no responsive pleading is required.

8.    Denied, except Defendants admit the allegations of the first sentence of this paragraph, admit that on or about January 4, 2001 defendant Henley sold approximately 1 million shares of Oracle stock and admit that, due to his position at Oracle, Henley was privy to confidential information concerning Oracle.

9.    Denied, except Defendants admit the allegations of the first two sentences of this paragraph, admit that on or about January 3, 2001, defendant Lucas sold approximately 150,000 shares of Oracle stock and that due to his position at Oracle, Lucas was privy to confidential information concerning Oracle, and state that the third sentence of this paragraph asserts legal conclusions to which no responsive pleading is required

10.    Denied, except Defendants admit the allegations of the first two sentences of this paragraph, admit that on or about January 17, 2001, defendant Boskin sold approximately 150,000 shares of Oracle stock and that, due to his position at Oracle, Mr. Boskin was privy to confidential information concerning Oracle, and state that the third sentence of this paragraph asserts legal conclusions to which no responsive pleading is required,.

2

11.     This paragraph consists of a defined term to which no responsive pleading is required.

12.     Denied, except Defendants admit the allegations of the first sentence of this paragraph and admit that, due to his position at Oracle, defendant Kemp was privy to confidential information concerning Oracle.

13.     Denied, except Defendants admit the allegations of the first two sentences of this paragraph and admit that, due to his position at Oracle, defendant Berg was privy to confidential information concerning Oracle.

14.     Denied, except Defendants admit that Mr. McGinn was a director of Oracle until October 15, 2001, and admit that, while he held his position at Oracle, Mr. McGinn was privy to confidential information concerning Oracle.

15.     Denied, except Defendants admit that Ms. Koplovitz was a director of Oracle until October 15, 2001, and that, while she held her position at Oracle, defendant Koplovitz was privy to confidential information concerning Oracle.

16.     This paragraph consists of a defined term to which no responsive pleading is required.

### DUTIES OF THE INDIVIDUAL DEFENDANTS

17.     This paragraph asserts legal conclusions to which no responsive pleading is required.

18.     Denied, except Defendants admit that, due to their positions at Oracle, the Individual Defendants were privy to confidential information concerning Oracle.

19.     Denied, except Defendants state that the second sentence of this paragraph asserts legal conclusions to which no responsive pleading is required.

20. Denied, except that, to the extent this paragraph asserts legal conclusions, no responsive pleading is required.

21. Denied, except Defendants admit that, due to their positions at Oracle, the Individual Defendants were privy to confidential information concerning Oracle, and state that the last sentence of this paragraph asserts legal conclusions to which no responsive pleading is required.

22. Denied, except that, to the extent this paragraph asserts legal conclusions, no responsive pleading is required.

23. Denied, except that, to the extent this paragraph asserts legal conclusions, no responsive pleading is required.

24. Denied, except that, to the extent this paragraph asserts legal conclusions, no responsive pleading is required.

25. Denied, except that, to the extent this paragraph asserts legal conclusions, no responsive pleading is required.

26. Denied, except that, to the extent this paragraph asserts legal conclusions, no responsive pleading is required.

27. Denied, except Defendants admit the allegations of the first two sentences of this paragraph, admit that IBM and Microsoft were two of Oracle's many competitors and lack information sufficient to respond to the third sentence of this paragraph.

28. Denied, except Defendants admit that Oracle has been a leader in the relational database management system market since the mid-1980s and that Oracle's 8i database was among the best of its line of products. Defendants further admit that the 8i database features

included, among other things, the Java Virtual Machine, SQLS, Internet File System and InterMedia.

29.    Denied, except Defendants admit the allegations of the second through fourth sentences of this paragraph, admit that DBM sales are a significant aspect of Oracle's business and admit that applications offer a strong growth prospect for Oracle.

30.    Admitted.

31.    Denied, except that, to the extent this paragraph asserts legal conclusions, no responsive pleading is required.

32.    Denied, except Defendants respectfully refer to the referenced pleading for its contents.

33.    Denied, except Defendants respectfully refer to the referenced pleading for its contents.

34.    Denied, except Defendants admit that Oracle maintained one or more systems for monitoring its pipeline and certain closed deals, which was updated regularly and to which Mr. Ellison had access.

35.    Denied, except Defendants admit that Oracle sales representatives regularly prepared and submitted sales reports.

36.    Denied, except Defendants respectfully refer to the referenced pleading for its contents.

37.    Denied, except Defendants lack information sufficient to respond to the third through seventh sentences of this paragraph and respectfully refer to the referenced pleading for its contents.

38.     Denied, except Defendants lack information sufficient to respond to the fourth sentence of this paragraph and respectfully refer to the referenced pleading for its contents.

39.     Denied, except Defendants admit that Oracle maintained a listing of managers who needed consultants for their projects.

40.     Denied, except Defendants lack information sufficient to respond to the first sentence of this paragraph and respectfully refer to the referenced pleading for its contents.

41.     Denied, except Defendants admit that Oracle bids on a large number of deals, some of which close and some of which do not close, and lack information sufficient to respond to the last sentence of this paragraph.

42.     Denied, except Defendants respectfully refer to the referenced pleading for its contents.

43.     Denied, except Defendants respectfully refer to the referenced pleading for its contents.

44.     Denied, except Defendants respectfully refer to the referenced pleading for its contents and state that, to the extent this paragraph asserts legal conclusions, no responsive pleading is required.

45.     Denied, except Defendants respectfully refer to the Company's public statements for their contents.

46.     Denied, except Defendants admit the allegations of the first sentence of this paragraph and respectfully refer to the remarks of Mr. Bloom and Mr. Ellison for their contents.

47.     Denied.

48. Denied, except Defendants respectfully refer to the referenced pleading for its contents and lack information sufficient to respond to the fifth sentence of this paragraph.

49. Denied, except Defendants respectfully refer to the Konicki and Maselli article for its contents and lack information sufficient to respond to the second sentence of this paragraph.

50. Denied, except Defendants admit that Oracle sometimes discourages customization of its software and lack information sufficient to respond to the last sentence of this paragraph.

51. Denied.

52. Denied.

53. Denied, except Defendants respectfully refer to the referenced pleading for its contents.

54. Denied, except Defendants admit that certain of Oracle's potential deals did not close on various occasions, respectfully refer to the referenced pleading for its contents and lack information sufficient to respond to the second sentence of this paragraph.

55. Denied, except Defendants admit that deals with Oracle's 11i Suite customers closed on various occasions.

56. Denied, except Defendants admit that, as with all software, Oracle's 11i Suite required certain patches and bug fixes, including consolidated patches.

57. Denied, except Defendants admit that Oracle routinely uses consolidated patches.

58. Denied, except Defendants admit that Mr. Scott, as leader of the CRM global consulting team, regularly briefed the CRM group with respect to various software issues.

59.     Denied, except Defendants admit that CRM field management meetings are held on a weekly basis and are sometimes attended by Ms. Borthwick and Messrs. Scott and Davis, and that the meetings regularly involved, among other things, discussions of pipeline review, staffing needs, product status and training updates.

60.     Denied.

61.     Denied, except Defendants admit that Oracle's consulting practice directors regularly monitored their business and generated corresponding reports and projections.

62.     Denied, except Defendants admit that consulting practice directors regularly reported to upper management as to the status of their business, and that Mr. Scott and the Individual Defendants were privy to such information.

63.     Denied, except Defendants admit that Oracle's consultants on occasion experienced "down" time for various reasons.

64.     Denied.

65.     Denied, except Defendants lack information sufficient to respond to the first sentence of this paragraph and admit that, for some problems experienced by certain of Oracle's customers, Oracle sent quality assurance testers and Application Database Administrators to work on resolving those problems.

66.     Denied, except Defendants lack information sufficient to respond to the last sentence of this paragraph and admit that consultants typically utilized Technical Assistance Requests to obtain assistance in resolving problems experienced by Oracle customers.

67.     Denied, except Defendants admit that Oracle negotiated fixed price deals with certain of its customers, and that the related consulting fees affected Oracle's profit margins.

68.     Denied, except Defendants admit that Mr. Ellison personally was involved with developing business relations with certain of Oracle's customers.

69.     Denied.

70.     Denied.

71.     Denied, except Defendants respectfully refer to the referenced pleading for its contents.

72.     Denied, except Defendants admit that Mr. Ellison claimed that Oracle saved approximately $1 billion by implementing its own software.

73.     Denied, except Defendants respectfully refer to the referenced pleading for its contents and state that, to the extent the last three sentences of this paragraph assert legal conclusions, no responsive pleading is required.

74.     Denied, except Defendants admit that Oracle had several consultants working with Bell South, most of whom were not working on Bell South's Custom APIs.

75.     Denied, except Defendants lack information sufficient to respond to the first three sentences of this paragraph and admit that Oracle had several consultants working with Bell South performing various tasks.

76.     Denied, except Defendants admit that it has had ongoing negotiations with Telia AB for a large deal and lack information sufficient to respond to the fourth sentence of this paragraph.

77.     Denied, except Defendants lack information sufficient to respond to the last sentence of this paragraph.

78.     Denied, except Defendants admit that JDS Uniphase is an Oracle customer, and lack information sufficient to respond to the last sentence of this paragraph.

79.    Denied, except Defendants admit that Mr. Ellison had specific knowledge about certain of Oracle's accounts.

80.    Denied, except Defendants admit that Nantucket Nectars is an Oracle customer, and lack information sufficient to respond to the last two sentences of this paragraph.

81.    Denied, except Defendants admit that Alliance is running Oracle's 10.7 application and that Oracle has announced 10.7 will be de-supported in June, 2003.

82.    Denied, except Defendants admit that, when an Oracle product is "desupported," no further patches are available, and lack information sufficient to respond to the remaining allegations of this paragraph.

83.    Defendants lack information sufficient to respond to this paragraph.

84.    Denied, except Defendants lack information sufficient to respond to the first sentence of this paragraph.

85.    Denied, except Defendants admit that Motorola has not upgraded to 11i Suite and lack information sufficient to respond to the second sentence of this paragraph.

86.    Denied, except Defendants lack information sufficient to respond to the second sentence of this paragraph.

87.    Denied, except Defendants lack information sufficient to respond to the third sentence of this paragraph.

88.    Defendants lack information sufficient to respond to this paragraph.

89.    Denied, except Defendants admit the allegations of the first sentence of this paragraph and lack information sufficient to respond to the last sentence of this paragraph.

90.    Denied, except Defendants respectfully refer to the referenced pleading for its contents.

91.   Denied, except Defendants lack information sufficient to respond to the first through sixth sentences of this paragraph, including, without limitation, the meaning of the term "Internet companies."

92.   Denied.

93.   Denied, except that, to the extent this paragraph asserts legal conclusions, no responsive pleading is required.

94.   Denied, except Defendants admit that Oracle's finance department generated reports concerning Oracle's financial performance, to which the Individual Defendants were privy.

95.   Denied, except Defendants admit that Oracle reported a declining sequential growth in the third quarter of 2001, and state that, to the extent this paragraph asserts legal conclusions, no responsive pleading is required.

96.   Denied, except Defendants lack knowledge sufficient to respond to the second sentence of this paragraph, admit that Oracle's stock closed at $16.88 on March 2, 2001 and that lawsuits have been filed against Oracle, respectfully refer to Oracle's press releases concerning this third quarter 2001 EPS for their contents, and state that, to the extent this paragraph asserts legal conclusions, no responsive pleading is required.

97.   Denied, except Defendants admit that Oracle did not, prior to their release, revise or adjust its revenues and earnings projections for the third quarter of fiscal year 2001, and respectfully refer to the statements of Oracle and Mr. Henley for their contents.

98.   Denied, except Defendants admit that Messrs. Ellison and Henley held a conference call for analysts on December 14, 2001, at which they discussed Oracle's earnings

and future growth and respectfully refer to the transcript of the December 14, 2001 conference call for its contents.

99.    Denied, except Defendants respectfully refer to the December 14, 2000 Bloomberg press release for its contents.

100.    Denied, except Defendants respectfully refer to the *R@dioWallStreet.com* discussion for its contents.

101.    Denied, except Defendants respectfully refer to Mr. Fink's December 15, 2000 Bloomberg articles for their contents.

102.    Denied, except Defendants respectfully refer to Mr. Ratigan's December 15, 2000 article for its contents.

103.    Defendants lack information sufficient to respond to this paragraph.

104.    Admitted.

105.    Denied, except Defendants respectfully refer to the Salomon Smith Barney report for its contents.

106.    Denied, except Defendants lack information sufficient to respond to the first sentence of this paragraph and respectfully refer to the January 11, 2001 Bloomberg article for its contents.

107.    Denied, except Defendants respectfully refer to the January 15, 2001 Bloomberg article for its contents.

108.    Denied, except Defendants respectfully refer to the January 17, 2001 *TheStreet.com* article for its contents and state that they lack information sufficient to respond to the last sentence of this paragraph.

109.    Denied.

110.    Denied.

111.    Denied, except Defendants admit the allegations of the first sentence of this paragraph and respectfully refer to the Bousquin/Sanderson interview for its contents.

112.    Denied, except Defendants admit the allegations of the third sentence of this paragraph.

113.    Denied, except Defendants admit that, on or about January 17, 2001, defendant Boskin sold approximately 150,000 shares of Oracle stock and that Messrs. Lucas and Henley sold Oracle stock in December, 2000.

114.    Denied.

115.    Denied, except Defendants admit that, on at least one occasion in February, 2001, Oracle made optimistic statements about its financial prospects and the performance of certain of its software.

116.    Denied, except Defendants respectfully refer to the February 8, 2001 First Union Securities, Inc. report for its contents.

117.    Denied, except Defendants respectfully refer to the February 8, 2001 Deutsche Banc Alex. Brown report for its contents.

118.    Denied, except Defendants lack information sufficient to respond to the first sentence of this paragraph and respectfully refer to the Jennifer Glass statements for their contents.

119.    Denied, except Defendants admit that Mr. Sanderson appeared at an analyst conference on or about February 13, 2001 and respectfully refer to the February 13, 2001 *TheStreet.com* report for its contents.

120.   Denied, except Defendants admit that Mr. Roberts appeared at the Robertson Stephens Technology Conference on or about February 13, 2001 to discuss, among other things, Oracle's business and financial prospects.

121.   Denied.

122.   Denied, except Defendants admit that Oracle competed with the "best-of-breed" application providers, and lack information sufficient to respond to the last four sentences of this paragraph.

123.   Denied, except Defendants admit that Mr. Ellison on various occasions made statements about the savings achieved by Oracle in connection with the use of its 11i Suite.

124.   Defendants lack information sufficient to respond to the allegations of this paragraph.

125.   Denied, except Defendants admit that Messrs. Ellison and Henley appeared at the Apps World Conference between February 21-23, 2001, and that Mr. Henley reaffirmed certain of Oracle's financial projections.

126.   Denied, except Defendants respectfully refer to the February 21, 2001 Deutsch Banc Alex. Brown report for its contents.

127.   Denied, except Defendants respectfully refer to the February 23, 2001 CIBC World Markets Corp. report for its contents.

128.   Denied, except that, to the extent this paragraph asserts legal conclusions, no responsive pleading is required.

129.   Defendants lack information sufficient to respond to this paragraph and respectfully refer to the Bluestone Capital report for its contents.

14

130.    Denied, except Defendants respectfully refer to the March 1, 2001 Oracle press release for its contents.

131.    Denied, except Defendants admit that Oracle's stock closed at approximately $16.88 on March 2, 2001, and lack information sufficient to respond to the first sentence of this paragraph.

132.    Denied, except Defendants admit that Oracle held a conference call with securities analysts on March 15, 2001, in which Oracle discussed its earnings and future performance and respectfully refer to the transcript of the March 15, 2001 conference call for its contents.

133.    Denied, except that, to the extent this paragraph asserts legal conclusions, no responsive pleading is required.

134.    Denied, except Defendants respectfully refer to the March 2, 2001 *SmartMoney.com* report, the March 1, 2001 Reuters report and the March 1, 2001 *TheStreet.com* report for their contents.

135.    Denied, except Defendants admit the allegations of the first sentence of this paragraph and respectfully refer to the Oracle Form 10-Q filed April 12, 2001 for its contents.

## INSIDER TRADING

136.    Denied, except Defendants admit that defendants Ellison, Boskin, Henley and Lucas exercised Oracle options and sold Oracle stock as set forth in the chart contained in this paragraph.

137.    Denied.

138.  Denied, except that, to the extent this paragraph asserts legal conclusions, no responsive pleading is required.

139.  Denied, except that, to the extent this paragraph asserts legal conclusions, no responsive pleading is required.

140.  Denied, except Defendants admit that the Board routinely held meetings in person and telephonically and state that, to the extent this paragraph asserts legal conclusions, no responsive pleading is required.

141.  Denied, except that, to the extent this paragraph asserts legal conclusions, no responsive pleading is required.

142.  Denied.

### DERIVATIVE AND DEMAND FUTILITY ALLEGATIONS

143.  Denied, except Defendants admit that plaintiffs have purported to initiate a derivative action seeking relief against the Individual Defendants for the benefit of Oracle.

144.  The allegations of this paragraph consist of legal conclusions to which no responsive pleading is required. To the extent a responsive pleading is required, defendants lack information sufficient to respond to the allegations of this paragraph.

145.  Denied, except that, to the extent this paragraph asserts legal conclusions, no responsive pleading is required. To the extent a responsive pleading is required, Defendants lack information sufficient to respond to the allegations of this paragraph.

146.  Denied, except Defendants admit that plaintiffs have not made any demand on the Board of Directors of Oracle and state that, to the extent this paragraph asserts legal conclusions, no responsive pleading is required.

## FIRST CAUSE OF ACTION

### Against Defendants Ellison, Boskin, Henley and Lucas for Breach of
### Fiduciary Duty, Insider Selling and Misappropriation of Corporate Information

147.    Defendants incorporate by reference their answers to paragraphs 1 through 146 above.

148.    Defendants deny the allegations of this paragraph, except admit that, due to their positions at Oracle, the Individual Defendants were privy to confidential information concerning Oracle.

149.    Denied.

150.    Denied.

151.    Denied.

152.    Denied.

153.    Denied.

154.    Denied, except that, to the extent this paragraph asserts legal conclusions, no responsive pleading is required.

155.    Denied, except that, to the extent this paragraph asserts legal conclusions, no responsive pleading is required.

156.    Denied, except that, to the extent this paragraph asserts legal conclusions, no responsive pleading is required.

## ·SECOND CAUSE OF ACTION

### Against All Individual Defendants for Breach of Fiduciary Duty of Good Faith and Loyalty

157.    Defendants incorporate by reference their answers to paragraphs 1 through 156 above.

158.    Denied, except that, to the extent this paragraph asserts legal conclusions, no responsive pleading is required.

159.    Denied, except that, to the extent this paragraph asserts legal conclusions, no responsive pleading is required.

160.    Denied, except that, to the extent this paragraph asserts legal conclusions, no responsive pleading is required.

161.    Denied, except that, to the extent this paragraph asserts legal conclusions, no responsive pleading is required.

## THIRD CAUSE OF ACTION

### Against All Defendants for Waste of Corporate Assets

162.    Defendants incorporate by reference their answers to paragraphs 1 through 161 above.

163.    Denied, except Defendants admit that, due to their positions at Oracle, the Individual Defendants were privy to confidential information concerning Oracle and state that, to the extent this sentence asserts legal conclusions, no responsive pleading is required.

164.    Denied, except to the extent that this paragraph asserts legal conclusions, no responsive pleading is required.

165.    Denied, except that, to the extent this paragraph asserts legal conclusions, no responsive pleading is required.

18

166.    Denied, except that, to the extent this paragraph asserts legal conclusions, no responsive pleading is required.

167.    Denied, except that, to the extent this paragraph asserts legal conclusions, no responsive pleading is required.

## PRAYER FOR RELIEF

Defendants deny that plaintiffs are entitled to the requested relief or to any relief whatsoever.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs are unfit derivative plaintiffs to maintain this action.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs lack standing to assert the claims of the Complaint.

### THIRD AFFIRMATIVE DEFENSE

The Complaint fails to state a claim, in whole or part, upon which relief may be granted.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs are barred by the doctrine of unclean hands.

MORRIS, NICHOLS, ARSHT & TUNNELL

Kenneth J. Nachbar
Matt Neiderman
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware  19899
(302) 658-9200
    Attorneys for Defendants

February 8, 2002

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing document were caused to be served this 8th day of January, 2002 upon the following in the manner indicated:

### BY FACSIMILE AND REGULAR MAIL:

R. Bruce McNew, Esquire
Taylor & McNew, LLP
3711 Kennett Pike, Suite 210
Greenville, DE 19807
Fax No. 302-655-9361

Matt Neiderman

# EXHIBIT 164



Re: [Fwd: [Fwd: [Fwd: [Fwd: feb 12 fest sensitivity analyses]]]]

**Message-ID:** <3A8CA971.A90BDA9F@oracle.com>
**Date:** Thu, 15 Feb 2001 20:15:45 -0800
**From:** Michael Rocha <Michael.Rocha@oracle.com>
**Organization:** Oracle Corporation
**X-Mailer:** Mozilla 4.7 [en] (Win98; I)
**X-Accept-Language:** en
**MIME-Version:** 1.0
**To:** Jennifer Minton <jennifer.minton@oracle.com>
**CC:** Mark Barrenechea <mark.barrenechea@oracle.com>,
    "MAIR,GRAEME" <GRAEME.MAIR@oracle.com>,
    "Catz,Safra" <SAFRA.CATZ@oracle.com>,
    "Henley,Jeffrey" <JEFF.HENLEY@oracle.com>,
    "Garnick,Lawrence" <LARRY.GARNICK@oracle.com>,
    "Sellers,Richard" <DICK.SELLERS@oracle.com>,
    Madsen <CHRIS.MADSEN@oracle.com>,
    "Elloy,Brian" <BOZ.ELLOY@oracle.com>
**Subject:** Re: [Fwd: [Fwd: [Fwd: [Fwd: feb 12 fest sensitivity analyses]]]]
**References:** <3A8C6518.C3B70F5@oracle.com> <3A8C82EF.74538B47@oracle.com>
    <3A8C9449.ED92C0BC@oracle.com> <3A8C9C20.66BE3914@oracle.com>
**Content-Type:** multipart/mixed;boundary="------------6F951C6CE435D46486A353C7"
**X-Mozilla-Status:** 8011
**X-Mozilla-Status2:** 00000000

Mark,

If you could focus your team's efforts on the bookings report, the finance team can reconcile it against the forecast and the sales team could better focus their efforts.   The $20 million dollar shortfall that Jennifer refers to in her note would mean that our renewal rate was approaching 70% (we assume 96%).   The backlog isn't that large.   Without the bookings report, it is hard for us to tell where we stand.     Anyway, our team is ready to help in anyway possible.

Thanks,

Mike

Jennifer Minton wrote:

Mark--

I don't have any definitive information regarding why support revenues decreased significantly from Q2, but it clearly doesn't make sense given that our license revenue growth rate has increased at a healthy pace over the last several quarters.  We have received feedback that the productivity of the support renewals reps significantly deteriorated due to the issues identified in the email trail below. This might explain why revenues have decreased.  However, I do think it would be prudent to try and generate reconciliation reports that will prove the following:

- If a contract was active in Q2, and isn't due to expire until after Q3, we should verify that each contract has been recognized as revenue in the current quarter.
- If a contract was active in Q2 and is due to expire during Q3, we should verify that the

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 101424

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

Re: [Fwd: [Fwd: [Fwd: [Fwd: feb 12 fcst sensitivity analyses]]]]

appropriate amount of revenue was recognized during Q3.
- If a new support contract was entered into in Q3, we should verify that the revenue has been properly recognized.

Essentially, we need to analyze the Q2 support revenue stream to determine the amount of recurring revenue that should be recognized in Q3. If the Q2 carry over revenue has dropped off in Q3, then we know that we might have a systems problem.

When you develop the bookings report, we also need to determine that all renewable contracts are identified. I do suspect that the support renewals group may not have identified the entire population of expired contracts, and therefore, have not made an attempt to renew them. For example, if a contract was linked to a rep who is no longer here, and the customer was not reassigned to a new rep, we may not be chasing all renewable contracts.

Please let me know when you hold the meeting tomorrow morning as I would like to have Larry Garnick or myself included. We can help in defining approaches to the problem.

Lastly, what is the possibility of accelerating the CSI merge functionality? You did not address this question in your response. Apparently the patch is due towards the end of the month, which is too late for Q3.

Time is of the essence.

Jennifer

Mark Barrenechea wrote:

I will be hosting a meeting tomorrow morning. First thing. We will make the appropriate issues a priority. I do ask we do not draw conclusions on why support renewals are down, but this is clearly an important list of issues to work on.

The key individuals are traveling back from Paris and will not be available til very late tonight.

Jennifer Minton wrote:

Mark--

The support organization missed their Dec and Jan revenue forecast by $20 million dollars, and are seriously at risk of missing additional support revenue in the month of February if we do not get immediate visibility to the status of support contracts up for renewal. We cannot afford to miss our revenue forecast this quarter and need your urgent attention and cooperation in developing a bookings report.

I left you a hard copy of the report that the support organization generated from GSR. The report essentially tracks the status of all contracts currently available for renewal. The sample report provided to you contains three categories which enables the support group to prioritize their renewal sales effort. The categories are:

**ORACLE
CONFIDENTIAL**

2

NDCA-ORCL 101425

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



- Submitted - this represents quotes that have already been submitted and processed by order administration
- Forecast -- this represents those outstanding contracts which need to be renewed
- Rework - this represents contracts that have been submitted to order admin, but require additional information for processing, such as a purchase order

The sales renewal group is manually attempting to gather this data using excel, which is not only time consuming but reduces the amount of time spent renewing contracts. More importantly, the sales group cannot effectively prioritize the larger support renewal contracts.

The support renewals revenue had dropped significantly from Q2, which is a further indication that we are not even addressing a significant portion of renewable contracts.

We urgently need your assistance in creating this bookings report. We have less than two weeks left in the quarter, and need to mobilize everyone to help support work themselves out of this situation.

In addition, we are evaluating purchasing Adobe Editor to assist in the formatting of quotes generated from OKS. This has become a serious productivity issue for the support sales renewal group. Adobe Editor might enable the reps to quickly fix formatting issues and to modify the quote as requested by the customer.

Lastly, is it possible to accelerate the patch which will provide the CSI merging capability? This enhancement will greatly improve the productivity of the sales reps.

Mike -- Please provide any additional comments that you may have.

Regards,
Jennifer

Graeme Mair wrote:

    Jennifer, FYI.   Regards, Graeme.

    **Subject:** [Fwd: [Fwd: [Fwd: feb 12 fcst sensitivity analyses]]]
    **Date:** Thu, 15 Feb 2001 13:57:11 -0800
    **From:** Chris Madsen <chris.madsen@oracle.com>
    **Organization:** Oracle Corporation Support Sales
    **To:** "Fajardo,Roberto" <ROBERTO.FAJARDO@oracle.com>

    **CC:** Madsen <CHRIS.MADSEN@oracle.com>,"Sellers,Richard" <DICK.SELLERS@oracle.co

    Roberto, per our discussion this afternoon, here are the OKS issues that are contributing to a 25-30% productivity impact.
    As you can see, adding more people will not alleviate the problem.          **ORACLE
                                                                                CONFIDENTIAL**
    **Quote Letter**

3

NDCA-ORCL 101426

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

Quote letters do not print in a customer ready format. Currently the quote letter is a report generated out of OKS. The
   sales reps submits the request, and  then waits for the report to run. Due to formatting issues, all quotes need to be
   manipulated and can not be printed and then faxed to customers directly from OKS. The sales rep must export the letter
   to Word  so the quote can be made "customer ready". This takes on average, one hour per simple quote. Some
   examples of formatting issues are, line wrapping, irrelevant data such as the word "mixed", incomplete data such as
   missing address information and blank pages where product information should show.

## Merging Contracts

Oracle customers typically have multiple csi#s. During the support renewal process, customers like to co-terminate
   their csi#s on one quote. Due to the lack of merging, sales reps need to "copy" lines and products from multiple
   contracts into one, as well as manually repricing the products. This is a very time consuming process. Also, there tends
   to be multiple revision requests due to customer indecisiveness. With the merge functionality, we would have the
   ability to combine contracts, instead of copy products and lines, thus diminishing the processing time. This enhancement
   is slated to be in the February 28th patch. This will help with Q4, but will not be available to assist with Q3 issues.

## Bookings Report

Currently there is not an automated way to track bookings. Sales reps are manually tracking this information on Excel
   spread sheets. Not only do reps need to track what has been submitted for processing, they then need to re-query the
   contracts to see what has actually been booked/invoiced by Order Administration.  This is a time consuming process
   not only for sales reps but for management as well. Due to weekly forecast calls, managers need to track where they are
   at against their quarterly forecasted number. Also, we have no way of verifying that this information is 100% accurate
   due to human error.

Regards,

**Subject:** [Fwd: [Fwd: feb 12 fcst sensitivity analyses]]
**Date:** Thu, 15 Feb 2001 18:17:47 i☐☐
**From:** Graeme Mair <Graeme.Mair@oracle.com>
**Organization:** Oracle Corporation
**To:** Madsen <CHRIS.MADSEN@oracle.com>

**ORACLE
CONFIDENTIAL**

4

NDCA-ORCL 101427

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

Re: [Fwd: [Fwd: [Fwd: [Fwd: feb 12 fcst sensitivity analyses]]]]

CC: Dick Sellers <DICK.SELLERS@oracle.com>

: Chris,

FYI.  I know that we discussed this in our Tuesday call, but is there
really nothing we can be doing in terns of adding resource to help get
the renewals through?  Jennifer's point is if we get the sales reps to
work on identifying the outstanding renewals, could we not have an
administrative team behind processing the paperwork.

Regards,

Graeme.

---

**Subject:** Re: [Fwd: feb 12 fcst sensitivity analyses]
**Date:** Thu, 15 Feb 2001 10:05:30 -0800
**From:** Jennifer Minton <Jennifer.Minton@oracle.com>
**Organization:** Oracle Corporation

**To:** Graeme Mair <Graeme.Mair@oracle.com>,"Henley,Jeffrey" <JEFF.HENLEY@oracle.com>

**References:** <3A8C03C6.D1C92905@oracle.com>

Mike--

I just spoke with Graeme about the $20 million shortfall in US support
revenues in January and December.  Since
OKS doesn't provide any management reporting, the support renewals reps don't
have the ability to automatically
determine which support contracts need to be renewed.  Hence, they are
manually compiling data using excel
spreadsheets to determine which contracts need to be renewed.  I have
suggested that we add additional resources
to assist in the manual compilation of data, thereby increasing the
efficiency of the support renewals reps.  We
need to address this issue immediately or else the reported support revenues
for Q3 will be significantly lower
than currently forecasted.

Graeme Mair wrote:

> Jennifer, Larry,
>
> FYI - the breaking news from Rocklin is that the shortfall seems to be
> in the Renewals number.
>
> Regals,
>

**ORACLE
CONFIDENTIAL**

5

NDCA-ORCL 101428

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

Re: [Fwd: [Fwd: [Fwd: [Fwd: feb 12 fcst sensitivity analyses]]]]

```
> Graeme.
>
> ---------------------------------------------------------------------
>
> Subject: Re: feb 12 fcst sensitivity analyses
> Date: Thu, 15 Feb 2001 09:13:04 -0600
> From: John Lederer <john.lederer@oracle.com>
> Organization: Oracle Corporation
> To: Graeme Mair <Graeme.Mair@oracle.com>
> CC: Roberto Fajardo <Roberto.Fajardo@oracle.com>
> References: <3A8B5235.51D71BBC@oracle.com> <3A8BF29B.38A55D0B@oracle.com>
>
> graeme & roberto,
>
> i analyzed the revenue by invoice by source in dec/jan/feb.  clearly it's
the renewal revenue in decline $8M
> in jan and $12M in feb.  today i will work with chris and hopefully tom to
figure out why.
>
> also i spoke with greg myers the AR manager.  he reaffirmed its not the AR
system.  he gets what is stuck in
> the interface table on a daily basis and support has only about $150K, not
millions and that number has not
> changed in the last two weeks.
>
> anna connell informed me yesterday that the sales force are not getting to
the reseller renewals (lack of
> info) but chris believes this is not a big number (i.e. $20M) and  ney are
working on that issue.
>
> if anything breaks i will inform you asap.
>
> jcl
>
> Graeme Mair wrote:
>
> > John,
> >
> > Thanks.  How did you get on yesterday in Rocklin?  Tell me you found the
$20M.  Seriously, I need to give
> > Jennifer an update today so please let me known if we made any progress.
You've seen that I've enlisted
> > Tom Williams' help so don't hesitate to go to him if you need additional
resource etc.
> >
> > Regards,
> >
> > Graeme.
> >
> > John Lederer wrote:
```

**ORACLE
CONFIDENTIAL**

6

NDCA-ORCL 101429

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

Re: [Fwd: [Fwd: [Fwd: [Fwd: feb 12 fcst sensitivity analyses]]]]

```
> >
> > > they are attached,
> > >
> > > jcl
> > >
> > >
------------------------------------------------------------------
> > >                                    Name:
Sensitivity_Proforma_Q401.xls
> > >     Sensitivity_Proforma_Q401.xls          Type: Microsoft Excel
Worksheet (application/vnd.ms-excel)
> > >                                    Encoding: base64
> > >                          Download Status: Not downloaded with
message
> > >
> > >                                    Name:
Sensitivity_Proforma_Q301.xls
> > >     Sensitivity_Proforma_Q301.xls          Type: Microsoft Excel
Worksheet (application/vnd.ms-excel)
> > >                                    Encoding: base64
> > >                          Download Status: Not downloaded with
message
>
> ------------------------------------------------------------------
>
> John C. Lederer <john.lederer>
> Senior Finance Manager
> Americas Oracle Support Services
> Americas Finance
>
> John C. Lederer
> Senior Finance Manager          <john.lederer>
> Americas Oracle Support Services
> Americas Finance
> 12320 Oracle Blvd.              Work: 719 757 2828
> Colorado Springs
> CO
> 80921
> USA
> Additional Information:
> Last Name      Lederer
> First Name     John C.
> Version        2.1
>
> ------------------------------------------------------------------
>
> Graeme Mair <Graeme.Mair@oracle.com>
> Vice President, Finance and Operations
> Oracle Support Services
>
```

**ORACLE
CONFIDENTIAL**

7

NDCA-ORCL 101430

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

Re: [Fwd: [Fwd: [Fwd: [Fwd: feb 12 fcst sensitivity analyses]]]]

```
                >   Graeme Mair
                >   Vice President, Finance and Operations
                <Graeme.Mair@oracle.com>
                >   Oracle Support Services
                >   The Oracle Corporation Oracle Parkway Thames Valley Park Reading
                Cellular: (44) 7785 738 448
                >   Berkshire                                              Fax:
                (44) 11892 48068
                >   RG6 1RA                                                Work:
                (44) 11892 48069
                >   United Kingdom
                >   Additional Information:
                >   Last Name    Mair
                >   First Name   Graeme
                >   Version      2.1
```

Michael Rocha <Michael.Rocha@oracle.com>

**ORACLE
CONFIDENTIAL**

8

NDCA-ORCL 101431

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# EXHIBIT 165

Re: [Fwd: [Fwd: [Fwd: [Fwd: feb 12 fcst sensitivity analyses]]]]

**Return-Path:** <jennifer.minton@oracle.com>
**Received:** from oracle.com (tsusr35-161.us.oracle.com [144.25.232.220])by
gmgw01.oraclecorp.com (8.8.8□.8.8) with ESMTP id VAA22719;Thu, 15 Feb
2001 21:16:57 -0800 (PST)
**Message-ID:** <3A8C9C20.66BE3914@oracle.com>
**Date:** Thu, 15 Feb 2001 19:18:57 -0800
**From:** Jennifer Minton <jennifer.minton@oracle.com>
**Organization:** Oracle Corporation
**X-Mailer:** Mozilla 4.7 [en] (Win98; U)
**X-Accept-Language:** en
**MIME-Version:** 1.0
**To:** Mark Barrenechea <mark.barrenechea@oracle.com>,
"ROCHA,MICHAEL" <MICHAEL.ROCHA@oracle.com>,
"MAIR,GRAEME" <GRAEME.MAIR@oracle.com>,
"Catz,Safra" <SAFRA.CATZ@oracle.com>,
"Henley,Jeffrey" <JEFF.HENLEY@oracle.com>,
"Garnick,Lawrence" <LARRY.GARNICK@oracle.com>,
"Sellers,Richard" <DICK.SELLERS@oracle.com>,
Madsen <CHRIS.MADSEN@oracle.com>,
"Elloy,Brian" <BOZ.ELLOY@oracle.com>
**Subject:** Re: [Fwd: [Fwd: [Fwd: [Fwd: feb 12 fcst sensitivity analyses]]]]
**X-Priority:** 1 (Highest)
**References:** <3A8C6518.C3B70F5@oracle.com> <3A8C82EF.74538B47@oracle.com>
<3A8C9449.ED92C0BC@oracle.com>
**Content-Type:** multipart/mixed;boundary="------------1A7B44795CDE5CB98FEB4C2D"
**X-Mozilla-Status:** c017
**X-Mozilla-Status2:** 00000000

Mark—

I don't have any definitive information regarding why support revenues decreased significantly from Q2, but it clearly doesn't make sense given that our license revenue growth rate has increased at a healthy pace over the last several quarters. We have received feedback that the productivity of the support renewals reps significantly deteriorated due to the issues identified in the email trail below. This might explain why revenues have decreased. However, I do think it would be prudent to try and generate reconciliation reports that will prove the following:

- If a contract was active in Q2, and isn't due to expire until after Q3, we should verify that each contract has been recognized as revenue in the current quarter.
- If a contract was active in Q2 and is due to expire during Q3, we should verify that the appropriate amount of revenue was recognized during Q3.
- If a new support contract was entered into in Q3, we should verify that the revenue has been properly recognized.

Essentially, we need to analyze the Q2 support revenue stream to determine the amount of recurring revenue that should be recognized in Q3. If the Q2 carry over revenue has dropped off in Q3, then we know that we <u>might</u> have a systems problem.

When you develop the bookings report, we also need to determine that all renewable contracts are

ORACLE
CONFIDENTIAL

EXHIBIT

11

SELLERS

NDCA-ORCL 101416

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

Re: [Fwd: [Fwd: [Fwd: [Fwd: feb 12 fcst sensitivity analyses]]]]

identified. I do suspect that the support renewals group may not have identified the entire population of expired contracts, and therefore, have not made an attempt to renew them. For example, if a contract was linked to a rep who is no longer here, and the customer was not reassigned to a new rep, we may not be chasing all renewable contracts.

Please let me know when you hold the meeting tomorrow morning as I would like to have Larry Garnick or myself included. We can help in defining approaches to the problem.

Lastly, what is the possibility of accelerating the CSI merge functionality? You did not address this question in your response. Apparently the patch is due towards the end of the month, which is too late for Q3.

Time is of the essence.

Jennifer


Mark Barrenechea wrote:

I will be hosting a meeting tomorrow morning. First thing. We will make the appropriate issues a priority. I do ask we do not draw conclusions on why support renewals are down, but this is clearly an important list of issues to work on.

The key individuals are traveling back from Paris and will not be available til very late tonight.

Jennifer Minton wrote:

Mark--

The support organization missed their Dec and Jan revenue forecast by $20 million dollars, and are seriously at risk of missing additional support revenue in the month of February if we do not get immediate visibility to the status of support contracts up for renewal. We cannot afford to miss our revenue forecast this quarter and need your urgent attention and cooperation in developing a bookings report.

I left you a hard copy of the report that the support organization generated from GSR. The report essentially tracks the status of all contracts currently available for renewal. The sample report provided to you contains three categories which enables the support group to prioritize their renewal sales effort. The categories are:

- Submitted - this represents quotes that have already been submitted and processed by order administration
- Forecast -- this represents those outstanding contracts which need to be renewed
- Rework - this represents contracts that have been submitted to order admin, but require additional information for processing, such as a purchase order

The sales renewal group is manually attempting to gather this data using excel, which is not only time consuming but reduces the amount of time spent renewing contracts. More importantly, the

2   ORACLE
CONFIDENTIAL

NDCA-ORCL 101417

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



Re: [Fwd: [Fwd: [Fwd: [Fwd: feb 12 fcst sensitivity analyses]]]]

sales group cannot effectively prioritize the larger support renewal contracts.

The support renewals revenue had dropped significantly from Q2, which is a further indication that we are not even addressing a significant portion of renewable contracts.

We urgently need your assistance in creating this bookings report. We have less than two weeks left in the quarter, and need to mobilize everyone to help support work themselves out of this situation.

In addition, we are evaluating purchasing Adobe Editor to assist in the formatting of quotes generated from OKS. This has become a serious productivity issue for the support sales renewal group. Adobe Editor might enable the reps to quickly fix formatting issues and to modify the quote as requested by the customer.

Lastly, is it possible to accelerate the patch which will provide the CSI merging capability? This enhancement will greatly improve the productivity of the sales reps.

Mike -- Please provide any additional comments that you may have.

Regards,
Jennifer

Graeme Mair wrote:

    Jennifer, FYI.  Regards, Graeme.

    _____

    **Subject:** [Fwd: [Fwd: [Fwd: feb 12 fcst sensitivity analyses]]]
    **Date:** Thu, 15 Feb 2001 13:57:11 -0800
    **From:** Chris Madsen <chris.madsen@oracle.com>
    **Organization:** Oracle Corporation Support Sales
    **To:** "Fajardo,Roberto" <ROBERTO.FAJARDO@oracle.com>

    **CC:** Madsen <CHRIS.MADSEN@oracle.com>,"Sellers,Richard" <DICK.SELLERS@oracle.com

    Roberto,  per our discussion this afternoon, here are the OKS issues that are contributing to a 25-30% productivity impact.
    As you can see, adding more people will not alleviate the problem.

    **Quote Letter**

       Quote letters do not print in a customer ready format.  Currently the quote letter is a report generated out of OKS.  The
       sales reps submits the request, and  then waits for the report to run. Due to formatting issues, all quotes need to be
       manipulated and can not be printed and then faxed to customers directly from OKS.  The sales rep must export the letter
       to Word  so the quote can be made "customer ready". This takes on average, one hour per simple quote.  Some
       examples of formatting issues are, line wrapping, irrelevant data such as the word "mixed",

**ORACLE**
**CONFIDENTIAL**

3

NDCA-ORCL 101418

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

Re: [Fwd: [Fwd: [Fwd: [Fwd: feb 12 fcst sensitivity analyses]]]]

incomplete data such as
   missing address information and blank pages where product information should show.

**Merging Contracts**

   Oracle customers typically have multiple csi#s. During the support renewal process, customers like to co-terminate
   their csi#s on one quote. Due to the lack of merging, sales reps need to "copy" lines and products from multiple
   contracts into one, as well as manually repricing the products. This is a very time consuming process. Also, there tends
   to be multiple revision requests due to customer indecisiveness. With the merge functionality, we would have the
   ability to combine contracts, instead of copy products and lines, thus diminishing the processing time. This enhancement
   is slated to be in the February 28th patch. This will help with Q4, but will not be available to assist with Q3 issues.

**Bookings Report**

   Currently there is not an automated way to track bookings. Sales reps are manually tracking this information on Excel
   spread sheets. Not only do reps need to track what has been submitted for processing, they then need to re-query the
   contracts to see what has actually been booked/invoiced by Order Administration. This is a time consuming process
   not only for sales reps but for management as well. Due to weekly forecast calls, managers need to track where they are
   at against their quarterly forecasted number. Also, we have no way of verifying that this information is 100% accurate
   due to human error.

   Regards,

   _____

   **Subject:** [Fwd: [Fwd: feb 12 fcst sensitivity analyses]]
   **Date:** Thu, 15 Feb 2001 18:17:47 i□□
   **From:** Graeme Mair <Graeme.Mair@oracle.com>
   **Organization:** Oracle Corporation
   **To:** Madsen <CHRIS.MADSEN@oracle.com>
   **CC:** Dick Sellers <DICK.SELLERS@oracle.com>

   Chris,

   FYI. I know that we discussed this in our Tuesday call, but is there
   really nothing we can be doing in terns of adding resource to help get
   the renewals through? Jennifer's point is if we get the sales reps to
   work on identifying the outstanding renewals, could we not have an
   administrative team behind processing the paperwork.

**ORACLE
CONFIDENTIAL**

**NDCA-ORCL 101419**

**CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER**

Re: [Fwd: [Fwd: [Fwd: [Fwd: feb 12 fcst sensitivity analyses]]]]

Regards,

Graeme.

_____

**Subject:** Re: [Fwd: feb 12 fcst sensitivity analyses]
**Date:** Thu, 15 Feb 2001 10:05:30 -0800
**From:** Jennifer Minton <Jennifer.Minton@oracle.com>
**Organization:** Oracle Corporation

**To:** Graeme Mair <Graeme.Mair@oracle.com>,"Henley,Jeffrey" <JEFF.HENLEY@oracle.com>,'

**References:** <3A8C03C6.D1C92905@oracle.com>

Mike--

I just spoke with Graeme about the $20 million shortfall in US support revenues
in January and December. Since
OKS doesn't provide any management reporting, the support renewals reps don't
have the ability to automatically
determine which support contracts need to be renewed. Hence, they are manually
compiling data using excel
spreadsheets to determine which contracts need to be renewed. I have suggested
that we add additional resources
to assist in the manual compilation of data, thereby increasing the efficiency
of the support renewals reps. We
need to address this issue immediately or else the reported support revenues
for Q3 will be significantly lower
than currently forecasted.

Graeme Mair wrote:

> Jennifer, Larry,
>
> FYI - the breaking news from Rocklin is that the shortfall seems to be
> in the Renewals number.
>
> Regards,
>
> Graeme.
>
> ------------------------------------------------------------------------
>
> Subject: Re: feb 12 fcst sensitivity analyses
> Date: Thu, 15 Feb 2001 09:13:04 -0600
> From: John Lederer <john.lederer@oracle.com>
> Organization: Oracle Corporation
> To: Graeme Mair <Graeme.Mair@oracle.com>
> CC: Roberto Fajardo <Roberto.Fajardo@oracle.com>

**ORACLE
CONFIDENTIAL**

5

**NDCA-ORCL 101420**

**CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER**



Re: [Fwd: [Fwd: [Fwd: [Fwd: feb 12 fcst sensitivity analyses]]]]

```
> > References: <3A8B5235.51D71BBC@oracle.com> <3A8BF29B.38A55D0B@oracle.com>
> >
> > graeme & roberto,
> >
> > i analyzed the revenue by invoice by source in dec/jan/feb.  clearly it's the
> renewal revenue in decline $8M
> > in jan and $12M in feb.  today i will work with chris and hopefully tom to
> figure out why.
> >
> > also i spoke with greg myers the AR manager.  he reaffirmed its not the AR
> system.  he gets what is stuck in
> > the interface table on a daily basis and support has only about $150K, not
> millions and that number has not
> > changed in the last two weeks.
> >
> > anna connell informed me yesterday that the sales force are not getting to
> the reseller renewals (lack of
> > info) but chris believes this is not a big number (i.e. $20M) and they are
> working on that issue.
> >
> > if anything breaks i will inform you asap.
> >
> > jcl
> >
> > Graeme Mair wrote:
> >
> > > John,
> > >
> > > Thanks.  How did you get on yesterday in Rocklin?  Tell me you found the
> $20M.  Seriously, I need to give
> > > Jennifer an update today so please let me known if we made any progress.
> You've seen that I've enlisted
> > > Tom Williams' help so don't hesitate to go to him if you need additional
> resource etc.
> > >
> > > Regards,
> > >
> > > Graeme.
> > >
> > > John Lederer wrote:
> > >
> > > > they are attached,
> > > >
> > > > jcl
> > > >
> > > >
```

**ORACLE**
**CONFIDENTIAL**

```
--------------------------------------------------------------
> > >                                        Name:
Sensitivity_Proforma_Q401.xls
> > >     Sensitivity_Proforma_Q401.xls       Type: Microsoft Excel
```

6

NDCA-ORCL 101421

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

Re: [Fwd: [Fwd: [Fwd: [Fwd: feb 12 fcst sensitivity analyses]]]]

```
    Worksheet (application/vnd.ms-excel)
    > > >                                 Encoding: base64
    > > >                        Download Status: Not downloaded with
  message
    > > >
    > > >                                     Name:
    Sensitivity_Proforma_Q301.xls
    > > >    Sensitivity_Proforma_Q301.xls        Type: Microsoft Excel
    Worksheet (application/vnd.ms-excel)
    > > >                                 Encoding: base64
    > > >                        Download Status: Not downloaded with
    message
    >
    >  -----------------------------------------------------------------
    >
    >
    >  John C. Lederer <john.lederer>
    >  Senior Finance Manager
    >  Americas Oracle Support Services
    >  Americas Finance
    >
    >  John C. Lederer
    >  Senior Finance Manager          <john.lederer>
    >  Americas Oracle Support Services
    >  Americas Finance
    >  12320 Oracle Blvd.            Work: 719 757 2828
    >  Colorado Springs
    >  CO
    >  80921
    >  USA
    >  Additional Information:
    >  Last Name    Lederer
    >  First Name   John C.
    >  Version      2.1
    >
    >  -----------------------------------------------------------------
    >
    >  Graeme Mair <Graeme.Mair@oracle.com>
    >  Vice President, Finance and Operations
    >  Oracle Support Services
    >
    >  Graeme Mair
    >  Vice President, Finance and Operations
    <Graeme.Mair@oracle.com>
    >  Oracle Support Services
    >  The Oracle Corporation Oracle Parkway Thames Valley Park Reading  Cellular:
    (44) 7785 738 448
    >  Berkshire                                              Fax: (44)
    11892 48068
    >  RG6 1RA                            ORACLE              Work:
    (44) 11892 48069                   CONFIDENTIAL
```

NDCA-ORCL 101422

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

Re: [Fwd: [Fwd: [Fwd: [Fwd: feb 12 fcst sensitivity analyses]]]]

```
>    United Kingdom
>    Additional Information:
>    Last Name     Mair
>    First Name    Graeme
>    Version       2.1
```

Jennifer Minton <jennifer.minton@oracle.com>

**ORACLE
CONFIDENTIAL**

8

NDCA-ORCL 101423

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# EXHIBIT 166

Return-Path: <Jeffrey.Henley@oracle.com>
Received: from oracle.com (whq4op3x38-rtr-opw1-26.us.oracle.com [130.35.35.4]) by
gmgw01.oraclecorp.com (8.8.8+Sun/8.8.8) with ESMTP id GAA13771; Mon, 19 Feb 2001
06:58:52 -0800 (PST)
Message-ID: <3A913659.EAE84EC7@oracle.com>
Date: Mon, 19 Feb 2001 07 06:01 -0800
From: Jeff Henley <Jeffrey.Henley@oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.7 [en] (Win95; I)
X-Accept-Language: en
MIME-Version: 1.0
To: Jennifer Minton <jennifer.minton@oracle.com>
CC: "Henley,Jeffrey" <JEFF.HENLEY@oracle.com>,
"ROCHA,MICHAEL" <MICHAEL.ROCHA@oracle.com>,
"MAIR,GRAEME" <GRAEME.MAIR@oracle.com>,
"Catz,Safra" <SAFRA.CATZ@oracle.com>,
"Ellison,Lawrence" <LARRY.ELLISON@oracle.com>
Subject: Re: Support Revenue Status
References: <3A8DED6C.CB890B8B@oracle.com>
Content-Type: multipart/alternative; boundary="----------F34FD03F88B3AF72AAA6F51F"

Seems like a disaster based on the large drop in support revenue growth for Q3. For the past several quarters we've been
falling behind and for Q3 it seems like it's getting worse rather than better. We'll need a extraordinary effort until we get
caught up--I doubt we can catch up in time for Q3 if there are lots of transactions involved. We should focus on the large
dollar items first.

We need operations, IT and finance to all be actively involved. I'd suggest daily meetings for a while to make sure we're
doing all we can do.

Jennifer Minton wrote:

Jeff--

Please call me to discuss the status. I have not been able to prove that the shortfall in support revenue is due to a
systems issue. I have had a PI focus on this issue from ERP.IT to ensure that there was not a conversion issue.
Unfortunately, we have not found any problems as of tonight.

ERP.IT is now working on developing a script to determine the net revenue shortfall due to lower renewal activity.
For example, if a contract expired during the month of November, then the negative revenue shortfall would show up
in December. IT.ERP is also looking at the renewals revenue that was generated in December. If the net number is
negative, which I believe it will be, then the support renewals ratio must have declined significantly. IT.ERP is
working thru the night to help me understand if this is indeed the problem for the significantly lower support renewals
revenue.

If the support renewals rate has decreased significantly, I suspect that it is attributed to the following:

- Lack of management reporting from the new system - OKS - which has crippled management's ability to detect
  an underlying problem in the renewal rate in a timely fashion.
- Lack of management focus due to the turnover issues within the support organization.
- Lack of productivity due to OKS related issues. The support group generates renewals that automatically go to
  the customer. If the quote needs modification the revised quote is taking up to 1 hour to generate manually
  (versus 10 minutes with GSR). This is due to a lack of CSI merge functionality, as well as formatting issues
  associated with the quotes generated from OKS.
- The migration of licenses to power unit pricing has negatively effected the support renewals rate -- the support
  renewals revenue may decline, but the timing of support renewals is also delayed due to migration complexity
  issues.
- Multiple year price holds and no support reinstatements are other issues that may be negatively effecting the
  support revenue results.
- The lack of renewal activity from the dot com businesses that have gone out of business or will in the
  immediate future.
- A lack of focus on partners that are not in compliance. While we chase the under reported license revenues,
  support revenues are often left on the table. According to my license compliance team, this is a prevalent issue.
- While we changed the support pricing last year, the reality is that we should have experienced a price
  increase. I suspect that the migration to power unit pricing has offset the benefit of any support price
  increases.

We are bringing in 15 temps on Monday to take the administrative burden off of the support renewals reps to revise
the support quotes. I have arranged with the Education organization to take over a classroom which is not utilized next
week, so we have computers and the necessary network connections to hit the ground running. I am creating a war
room that will enable the support renewals reps to achieve maximum productivity to increase support renewals
revenue. Hopefully this will increase the renewals rate in February, albeit we have only a few days left in the quarter.

ORACLE
CONFIDENTIAL

NDCA-ORCL 097883

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

Additionally, the IT.CRM group is developing a report that will enable the support renewals group to monitor their progress against available bookings. A preliminary report is expected to be delivered tonight, but needs to be validated by the support renewals team. This report will give us increased visibility to renewal status and the forecast for the quarter.

Let me know if you have any questions or suggestions.

Jen

ORACLE
CONFIDENTIAL

NDCA-ORCL 097884

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# EXHIBIT 167

[Fwd: OSS Support Forecast]

> **Return-Path:** <Graeme.Mair@oracle.com>
> **Received:** from oracle.com (dhcp-5op6-5op6-east-144-25-179-165.us.oracle.com
>        [144.25.179.165])by gmgw02.oraclecorp.com (8.8.8 .8.8) with ESMTP id
>        JAA05352;Thu, 15 Feb 2001 09:32:35 -0800 (PST)
> **Message-ID:** <3A8C12D2.ACBFA33B@oracle.com>
>        **Date:** Thu, 15 Feb 2001 17:33:06
>        **From:** Graeme Mair <Graeme.Mair@oracle.com>
> **Organization:** Oracle Corporation
>        **X-Mailer:** Mozilla 4.61 [en] (Win95; I)
> **X-Accept-Language:** en
>     **MIME-Version:** 1.0
>                **To:** Ivgen Guner <IVGEN.GUNER@oracle.com>,
>                    "Garnick,Lawrence" <LARRY.GARNICK@oracle.com>.
>                    Jennifer Minton <jennifer.minton@oracle.com>
>                **CC:** Mike Rocha <MICHAEL.ROCHA@oracle.com>,
>                    Cecile Fouron <CECILE.FOURON@oracle.com>
>        **Subject:** [Fwd: OSS Support Forecast]
> **Content-Type:** multipart/mixed;boundary="------------9E4BA04D2B6C41D1C9F788DC"
> **X-Mozilla-Status:** 8001
> **X-Mozilla-Status2:** 00000000

Just so that we all keep on the same page, please note that we have NOT
dropped the US Q301 Forecast by the potential $20M revenue shortfall in
this week's Forecast, but we have highlighted the exposure as a downside
in the attached file.

Regards,

Graeme.

> **Return-Path:** <michelle.staples@oracle.com>
> **Received:** from oracle.com (DHCP-TVP520-239-151.uk.oracle.com
>        [138.3.239.151])by gmgw03.oraclecorp.com (8.8.8 .8.8) with ESMTP id
>        IAA03014;Thu, 15 Feb 2001 08:32:25 -0800 (PST)
> **Message-ID:** <3A8C0352.616E8E28@oracle.com>
>        **Date:** Thu, 15 Feb 2001 16:26:58
>        **From:** Michelle Staples <michelle.staples@oracle.com>
>        **X-Mailer:** Mozilla 4.7 [en] (Win95; I)
> **X-Accept-Language:** en
>     **MIME-Version:** 1.0
>                **To:** "Mair,Graeme" <GRAEME.MAIR@oracle.com>
>                **CC:** "Fitzpatrick,Kerry" <KERRY.FITZPATRICK@oracle.com>.
>                    "Fajardo,Roberto" <ROBERTO.FAJARDO@oracle.com>.
>                    "Brenman,Fan Lan" <FAN.LAN.BRENMAN@oracle.com>.
>                    "Hashimi,Syed" <SYED.HASHIMI@oracle.com>,
>                    "Tong,Tony" <TONY.TONG@oracle.com>.
>                    "Lim Chong,Teresa" <TERESA.LIM.CHONG@oracle.com>.
>                    "Cadogan,Bill" <BILL.CADOGAN@oracle.com>.
>                    CLARKE <GAVIN.CLARKE@oracle.com>,
>                    "Nishioka,Shinichi" <SHINICHI.NISHIOKA@oracle.com>.
>                    "Sellers,Richard" <DICK.SELLERS@oracle.com>,
>                    mike rocha <MICHAEL.ROCHA@oracle.com>,
>                    FORECAST_US <FORECAST.US@oracle.com>
>        **Subject:** OSS Support Forecast
> **Content-Type:** multipart/mixed;boundary="------------85BB2F4F543EDECAA6A825E8"

Please find attached the Support Forecast file for week commencing  12th
February 2001. If you have any questions please contact me.

Thanks                                                    **ORACLE
                                                      CONFIDENTIAL**

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

[Fwd: OSS Support Forecast]

Michelle

| | |
|---|---|
| 010215_OSS_Forecast.xls | **Content-Type:** application/vnd.ms-excel;name="010<br>**Content-Transfer-Encoding:** base64<br>**Content-Disposition:** inline;filename="010215_OSS_Forec |

**ORACLE<br>CONFIDENTIAL**

**CONFIDENTIAL-SUBJECT<br>TO PROTECTIVE ORDER**