**EXHIBIT 169 part 1**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

————————————————————————)
IN RE ORACLE CORPORATION          )     MASTER FILE NO:
SECURITIES LITIGATION             )     C001-0988-MJJ
————————————————————————)

## EXPERT REPORT OF CHRISTOPHER M. JAMES





## Expert Report of Christopher M. James

I.    Qualifications ................................................................................................................ 1
II.   Assignment .................................................................................................................... 1
III.  Summary of Opinions .................................................................................................... 2
IV.   Oracle and the Software Industry ................................................................................. 5
      A. Oracle's Company Background ................................................................................ 5
      B. Oracle's Suite 11i ..................................................................................................... 6
V.    Summary of Allegations ............................................................................................... 8
VI.   Assessing the Materiality of Information on Oracle's Stock Price in an Efficient Market ... 9
      A. The Role of Information on Stock Prices in Efficient Markets ................................. 9
      B. Measuring the Materiality of New Information Using an Event Study ....................... 10
VII.  Analysis of Market Awareness of Suite 11i Product Quality Issues .............................. 12
VIII. Analysis of the Materiality of Alleged False and Misleading Statements ...................... 28
IX.   Analysis of the Market's Response to Oracle's Announcement on March 1, 2001 ........... 30
      A. The Information Content and Market Response to Oracle's March 1, 2001
         Announcement ........................................................................................................ 31
      B. The 3QFY01 Pre-Announcement Was a Harbinger of the Deteriorating Industry
         Outlook ................................................................................................................... 37
X.    Analysis of the Market's Response to Oracle's Announcement on March 15, 2001 .......... 45
XI.   Analysis of Allegations that Oracle Saved $1 Billion Using E-Business Suite ................ 50
XII.  Analysis of Allegations that Oracle Falsely Reported 2QFY01 Earnings and Revenue ..... 51

## I.    Qualifications

1.    I am the William H. Dial / SunBank Eminent Scholar in Finance and Economics and Professor of Finance at the University of Florida. Prior to joining the faculty of the University of Florida, I taught at the University of Oregon and the University of Michigan. I have also held positions at the Federal Reserve Bank of San Francisco, the Federal Deposit Insurance Corporation, and the Treasury Department. My academic research has been in the areas of securities pricing, corporate finance, and financial institutions. I have published numerous articles on the relationship between securities prices and financial and accounting information. I served on the Board of Directors and the Advisory Board to SunTrust Bank of Florida between 1989 and 2005. I also serve on the editorial boards of four scholarly journals including the *Journal of Financial Economics*. I served as an associate editor of the *Journal of Finance* from 1988 through 2000 and as editor of the *Journal of Financial Intermediation* from 1988 through 1999. I have also provided consulting services to a number of government agencies and corporate entities. A copy of my curriculum vitae is attached as Exhibit 1. A list of my deposition and trial testimony over the past four years is included in Exhibit 2. I am being compensated for my time and services on an hourly basis. I am charging my regular hourly rate of $700.

## II.    Assignment

2.    I have been asked by counsel for Oracle Corporation ("Oracle") and Lawrence J. Ellison, Jeffrey O. Henley, and Edward J. Sanderson to examine Oracle's stock price behavior, particularly during the period from December 14, 2000 to March 1, 2001 ("Class Period"); to assess the materiality of alleged false and misleading statements identified in the Revised Second

Amended Complaint dated December 9, 2002 ("Complaint") and certain Second Supplemental

Responses to Defendants' Second Set of Interrogatories to Plaintiffs dated January 31, 2007

("Plaintiffs' Contention Responses");[1] to determine whether or not the market attributed Oracle's

earnings miss for its third quarter of its fiscal year 2001 ending February 28, 2001 ("3QFY01")

to allegations regarding the integration and interoperability of E-Business Suite Version 11i

("Suite 11i"); to determine whether Oracle's announcements on March 1, 2001 or March 15,

2001 revealed any new information related to the product quality of Suite 11i not previously in

the total mix of information; to determine whether Oracle's 3QFY01 earnings miss was related

to the alleged disclosure of information related to Oracle's savings from its use of E-Business

Suite; to determine whether Oracle's 3QFY01 earnings miss was related to the alleged false

earnings and revenue information Oracle reported for its second quarter of fiscal year 2001

ending November 30, 2000 ("2QFY01"); and to respond to opinions offered by Plaintiffs'

expert(s).  A list of documents I have relied upon in forming my opinions is attached hereto as

Exhibit 3.  My work in this matter is ongoing.

### III.    Summary of Opinions

3.      Below is a summary of my opinions in this matter.  The bases for each opinion

are detailed in the sections that follow.

> a.  I understand that under Plaintiffs' theory of how the 3QFY01 earnings
> miss relates to alleged Suite 11i shortcomings, potential Suite 11i
> customers knew of the alleged shortcomings and decided on that basis

---

[1] Robert D. Sawyer's Second Supplemental Responses to Defendants' Second Set of Interrogatories to Plaintiffs dated January 31, 2007 is the exemplar response I use when citing paragraph numbers.  I understand that the significance of Plaintiffs' failure to identify these issues in their Complaint is a legal matter.  In addressing these unpled issues, I am expressing no opinion about the legal significance of Plaintiffs' failure to allege these issues in the Complaint.

not to purchase or to delay purchase, while financial market participants were not aware of these alleged shortcomings prior to March 1, 2001. I find that market participants, including the public press, financial analysts, industry analysts, and market analysts recognized that Oracle's "suite" strategy for competing in the enterprise software market was risky. Moreover, I find that market participants were aware that customers of Suite 11i experienced implementation-related difficulties and complained about "bugs" in Suite 11i and the number of patches needed to fix bugs or enhance functionality.

b.  The Complaint and Plaintiffs' Contention Responses allege that certain statements were false and misleading. My event study revealed no statistically significant stock price increases associated with these statements. The lack of a significant stock price increase suggests that the statements identified by Plaintiffs were not considered as new or did not alter the total mix of information in such a way as to inflate the value of Oracle's stock as Plaintiffs allege.

c.  On March 1, 2001, after the market closed, Oracle announced that it would miss financial analysts' earnings expectations for 3QFY01. On March 2, 2001 Oracle's stock price fell 21.05 percent. Oracle's stock price fell in reaction to its earnings and revenue miss for the quarter which had current and future cash flow implications. The evidence I have reviewed indicates that the market attributed Oracle's earnings miss to the impact of the economy-wide slowdown on the enterprise software sector. In my opinion, Oracle's miss provided the market with new material information about the impact of the economy on the enterprise software industry, and it was this news that caused the stock prices of Oracle and all of its industry peers to decline on March 2, 2001.

d.  The market was aware that Oracle's license revenues were concentrated in the last few days of each quarter (back-end loaded). Given this pattern of revenues, investors knew that the difference between Oracle's guidance and the realized revenue or EPS numbers was very sensitive to Oracle's ability to convert leads into sales in the last days of the quarter. Analysts commented that the impact of the economy-wide slowdown on the enterprise software sector would not have been reflected in Oracle's revenues until the last few days of the quarter, or just prior to Oracle's March 1, 2001 announcement. Analysts did not attribute the earnings miss to flaws or shortcomings in Oracle's forecasting models.

e.  Oracle was the bellwether, or leading indicator, of the enterprise software industry. Because of when Oracle's fiscal year ended, Oracle was the first firm among its industry peers to report financial results that included the critical month of February 2001, the month that ex-post showed the first evidence of the impact of the economy-wide slowdown on the enterprise software sector. Consistent with Oracle being a

bellwether of the sector, financial analysts revised their outlook for Oracle's competitors following Oracle's March 1, 2001 announcement. Moreover, up until late-February 2001, Oracle's competitors had been reporting positive earnings results. Following Oracle's earnings miss, many of its competitors experienced similar or worse earnings surprises. Furthermore, by the end of June 2001, nearly all competitors had negative earnings surprises.

f. The evidence that I have reviewed supports the view that Oracle's earnings miss was a result of the sudden and sharp impact of the economic slowdown on the enterprise software industry. The evidence does not indicate that the market considered Oracle's 3QFY01 earnings miss to have revealed any previously undisclosed problems with Suite 11i. Like nearly all new enterprise software programs, Suite 11i had bugs, but this was widely known throughout the Class Period. Financial analysts understood that Suite 11i was a new and bold product and did not attribute the earnings miss announced on March 1, 2001 to any integration or interoperability problems with Suite 11i or to any new information regarding product quality issues about Suite 11i that was not part of the total mix of information available to market participants prior to the March 1, 2001 announcement.

g. In my opinion, Oracle's stock price decline on March 2, 2001 was not caused by the disclosure of information related to Oracle's savings from its use of E-Business Suite. I find nothing in the March 1, 2001 or March 15, 2001 announcements that corrected any prior statements on such cost savings. I also find no mention of a billion-dollar savings in any of the financial analyst reports or public press that I have reviewed in connection with Oracle's 3QFY01 earnings miss announced on March 1, 2001 and on March 15, 2001.

h. In my opinion, Oracle's stock price decline on March 2, 2001 was not caused by the disclosure of information related to alleged accounting errors in 2QFY01. I find no evidence supporting any argument advanced in the Complaint or Plaintiffs' Contention Responses that links the 3QFY01 miss in earnings and revenues or the stock price decline on March 2, 2001 to the alleged 2QFY01 overstatement of earnings and revenues. I also find no mention of potentially erroneous revenues reported in 2QFY01 in any of the financial analyst reports or public press that I have reviewed in connection with Oracle's 3QFY01 earnings miss announced on March 1, 2001 and on March 15, 2001. Thus, I find no evidence that the market viewed the 3QFY01 earnings miss as having anything to do with allegedly improper accounting reported in 2QFY01 results.

## IV.    Oracle and the Software Industry

*A.    Oracle's Company Background*

4.    Prior to and during the Class Period, Oracle was a "leading supplier of software for information management."[2]  Oracle's software products include systems software and internet business applications software.[3]  Systems software includes database management software and development tools that allow users "to create, retrieve and modify the various types of data stored in a computer system."[4]  Internet business applications allow "users to access information or use the applications through a simple Internet browser on any client computer, and automates the performance of specific business data processing functions," including financial management, procurement, project management, human resource management, supply chain management, and customer relationship management.[5]

5.    During the Class Period, Oracle reported license revenues from systems software ("database revenue") and from business applications ("applications revenue").[6]  Prior to the Class Period, in its fiscal year 2000 ("FY00"), ending May 31, 2000, Oracle reported database revenue of $3.392 billion (79 percent of total license revenue) and applications revenue of $923 million (21 percent of total license revenue).[7]  Following the Class Period, in its fiscal year 2001 ("FY01"), ending May 31, 2001, Oracle reported database revenue of $3.562 billion (78 percent of total license revenue) and applications revenue of $1.022 billion (22 percent of total license

---

[2] Oracle 10-K for the year ending May 31, 2000 filed on August 28, 2000 ("2000 10-K").

[3] Ibid.

[4] Ibid.

[5] Ibid.

[6] Ibid.

[7] Oracle Corporation Q4 Fiscal 2001 Supplemental Analysis
(http://www.oracle.com/corporate/investor_relations/Q401AS.pdf).

revenue).  Between FY00 and FY01, database revenue grew by 5 percent and applications

revenue grew by 11 percent.[8]

B.     Oracle's Suite 11i

6.     During the Class Period, Oracle offered Suite 11i.[9]  Oracle described Suite 11i as

an integrated suite of Internet business applications.[10]  Suite 11i included a set of Enterprise

Resource Planning ("ERP"), Supply Chain, and Customer Relationship Management ("CRM")

software applications.[11]  On May 24, 2000, Oracle released the "entire E-Business Suite…adding

Customer Relationship Management (CRM) and Order Management components to the already

available 11i financials, human resources, manufacturing, procurement, projects and supply

chain offerings."[12]

7.     Suite 11i was "the first applications suite in the industry that [supported] all key

business functions across the extended enterprise."[13]  Certain industry experts viewed the

integration of ERP and CRM as a significant step in improving organizational efficiency.[14]  The

alternative concept was "to piece together 'best-of-breed' offerings from various vendors" of

ERP and CRM applications.[15]  This alternative was viewed by some analysts as a complex, time-

consuming, and expensive undertaking, as applications from disparate vendors often used

different platforms and file structures, and to make these programs work together required that

---

[8] Ibid.
[9] 2000 10-K.  Oracle released updates of Suite 11i during the Class Period.  Collectively, I refer to these as Suite 11i.
[10] Ibid.
[11] Ibid.
[12] "Oracle Ships 11i, Industry's First Integrated E-Business Suite," Oracle Press Release, May 24, 2000.
[13] "The Oracle(R) E-Business Suite Wins the Intelligent Enterprise Readers' Choice Award," *PR Newswire*, November 2, 2000, 8:03 AM.  Unless specifically noted otherwise, all time stamps mentioned in this report are Eastern Time.
[14] "Oracle's 11i Claims Territory on ERP/CRM Integration," Gartner Dataquest, October 13, 1999.
[15] BlueStone Capital, September 8, 2000.

communications between the programs be in a form that each could understand.[16]  Generally, the

trade-off, at least initially, was perceived to be that individual applications within Suite 11i may

not offer as much functionality as did the prevailing "best-of-breed" applications, but that

implementation costs would be reduced relative to implementing a comparable set of stand-alone

applications.[17]

      8.     With best-of-breed applications on one end of the product spectrum and suites on

the other, Oracle positioned Suite 11i as a suite offering.  While it was not the only suite product

on the market, Oracle positioned Suite 11i as the first "integrated and comprehensive suite of e-

Business applications."[18]  Oracle claimed that "Oracle E-Business Suite 11i provides out-of-the-

box integration of e-Business applications throughout the extended enterprise from customers

and partners to suppliers."[19]  After its May 2000 release, analysts recognized Suite 11i as being

firmly positioned among suite offerings.  For example, Gartner Research reported that Oracle

"has the broadest and most tightly integrated front- to back-office offering."[20]  Analyst reports

also indicated that both customers and analysts considered Suite 11i to be integrated and

interoperable.  For example:

---

[16] "Integrated Suite vs. Best-of-Breed:  Oracle Says it Has the Answer," AMR Research, December 6, 2000 and BlueStone Capital, September 8, 2000.

[17] I note that there was disagreement among financial analysts in terms of the cost savings from the suite concept. For example, "Analysts acknowledge that 11i is comprehensive and well-integrated, but dismiss the notion that competing apps are necessarily more costly and time-consuming.  'If you aren't an existing Oracle customer, it's not clear that Oracle is offering a cheaper deal than assembling the same kind of result from various vendors' products that tie into what you already have,' Forrester Group analyst Laurie Orlov says.…  Also, analysts say, Oracle 11i may not be more attractive for non-Oracle companies that would have to dump their back-office systems or for existing Oracle customers who would be forced to upgrade from an older version of Oracle software." ("Oracle Ships All-In-One E-Business Suite – But Applications May Not Necessarily Be the Answer For All Companies, " *Information Week,* May 29, 2000)

[18] "Oracle Ships 11i, Industry's First Integrated E-Business Suite," Oracle Press Release, May 24, 2000.
[19] Ibid.
[20] "Oracle 11i CRM:  Better But Not the Best," GartnerGroup, July 10, 2000.

**Goldman Sachs:**  Customers we are talking to like integration (one data model, one programming language, one vendor for support, one upgrade cycle, less integration work, quicker implementation, etc.)[21]

**Gartner:**  Oracle is focusing its marketing on synergies given by tight integration between its front-office modules and back-office applications.  This integration is because: 1) most code has been written in-house by the same developers, 2) the functionality acquired through acquisition has been reworked by Oracle into a single schema/data model and 3) the modules use a common workflow subsystem.[22]

## V.    Summary of Allegations

9.    Plaintiffs allege that Oracle's stock price was inflated because of alleged false and misleading statements related to:  (1) the integration and interoperability of Suite 11i; (2) guidance for 3QFY01; (3) earnings and revenues reported for 2QFY01; and (4) the effect of the economy on Oracle's business.[23]  Five of the dates listed in the Complaint relate to alleged false and misleading statements concerning Suite 11i (December 14, 2000, December 15, 2000, January 8, 2001, February 6, 2001, and February 21, 2001).[24]

10.    Plaintiffs' Contention Responses add new statements alleged to be false and misleading to those mentioned in the Complaint.[25]  Specifically, the Contention Responses identify three additional dates of alleged false and misleading statements during the Class Period (January 20, 2001, January 24, 2001, and February 13, 2001) and one prior to it (December 5, 2000).[26]

---

[21] Goldman Sachs, November 3, 2000, 9:31 AM.

[22] "Oracle 11i CRM:  Better But Not the Best," GartnerGroup, July 10, 2000.

[23] Complaint ¶¶35-75.

[24] Complaint ¶¶50, 51, 58, 63, and 68.

[25] There is one statement that the Complaint alleges to be false and misleading but which the Plaintiffs' Contention Responses do not identify.  See the alleged misstatement identified in the Complaint at ¶51 (December 15, 2000).

[26] Plaintiffs' Contention Responses, p. 7, ¶1, p. 9, ¶¶8, 10, and p. 11, ¶15.

11.     In addition to identifying alleged false and misleading statements, the Complaint alleges that Oracle knew that Suite 11i was "broken"[27] and "did not work."[28]  The Complaint alleges that the market learned the truth on March 1, 2001 and alleges there was a post Class Period admission on March 15, 2001.[29]

## VI.     Assessing the Materiality of Information on Oracle's Stock Price in an Efficient Market

12.     An event study is a widely used and objective methodology to determine whether a particular statement or disclosure is associated with a significant change in the total mix of information.[30]  In this section, I explain the theoretical underpinnings and my application of an event study in the present matter.

### A.     The Role of Information on Stock Prices in Efficient Markets

13.     In an efficient market, the price of a security reflects its fundamental value, that is, the present value of its expected future cash flows discounted at the appropriate risk adjusted rate.[31]  Moreover, in an efficient market, securities prices react quickly to new information that investors view as having a material impact on the value of a firm's stock.  New information is material if it leads to a significant revision in investors' expectations about future expected cash flows or risks associated with future cash flows.

---

[27] Complaint ¶72.
[28] Complaint ¶82.
[29] Complaint ¶¶74 and 76.
[30] Brealey, Richard A., Stewart C. Myers, and Franklin Allen, *Principles of Corporate Finance*, McGraw-Hill/Irwin 8th Ed., 2006, Chapter 13.  Brown, Stephen J. and Jerold B. Warner, "Using Daily Stock Returns:  The Case of Event Studies," *Journal of Financial Economics*, Volume 14, Issue 1, March 1985, pp. 3-31.  I have used event studies extensively in my own published research.
[31] Fama, Eugene F., *Foundations of Finance:  Portfolio Decisions and Securities Prices*, Basic Books, Inc. Publishers, June 1976, Chapter 5, pp. 133, 138.

14.     For information to affect stock prices in an efficient market, this information must be made available to market participants.  In the present matter, I found that financial analysts, the public press, and industry and market analysts developed independent analyses of Oracle's strategic positioning and its expected performance within the industry.  For example, during the Class Period, 31 separate financial analysts from different brokerage houses covered Oracle.[32] Oracle was mentioned in at least 3,021 articles covered by the Dow Jones News Wires, Bloomberg, and Reuters during the Class Period, a rate of almost 60 articles per trading day during the Class Period.  Oracle's products were also reviewed on multiple occasions by both industry and market analysts including AMR Research, BlueStone Capital, Forrester, Gartner Research, and Morgan Stanley.  The degree to which financial analysts, the public press, industry analysts, and market experts scrutinized Oracle suggests that any new information would have been quickly incorporated into the stock price.

B.      *Measuring the Materiality of New Information Using an Event Study*

15.     To assess the materiality of information, I reviewed the information contained in the alleged false and misleading statements and the information released on days in which Plaintiffs allege the market learned the truth in the context of the total mix of information available to the market and analyzed whether the information was material by examining the stock price response (stock return) when the information was released.  Because stock prices reflect market, industry, and company-specific information, it is necessary to extract the market- and industry-related portions of stock returns to isolate the part that may be related to new company-specific information.  Once the market and industry effects are controlled for, standard

---

[32] First Call reported 31 financial analysts or brokers in its calculation of its consensus forecasts on January 31, 2001.

statistical tests can be used to determine whether the remaining ("residual") return is significant. A significant residual return may indicate the arrival of new, material, company-specific information in the marketplace.

16.     To control for market and industry effects, the finance literature relies on a standard statistical methodology called regression analysis. A regression allows the researcher to partition an individual stock return into three components:  (1) the part of the return associated with the movement in the market portfolio; (2) the part associated with the movement in the industry portfolio; and (3) the part not explained by either the market or industry return that may indicate the introduction of new firm-specific information.[33]

17.     Financial economists use the stock returns of a set of firms that market participants view as competitors or peers as one way to account for industry factors. In the present matter, I identified competitors or peers of Oracle by reviewing reports covering Oracle or its industry of All-Star financial and industry analysts published from December 14, 2000 through March 2, 2001.[34]  Based on this review, I identified nine firms that All-Star financial analysts considered to be Oracle's industry competitors or peers:  Ariba, BEA Systems, Commerce One, IBM, i2 Technologies, Microsoft, PeopleSoft, SAP, and Siebel.  Using the stock prices of these firms, I constructed an equally-weighted index of stock returns, which I will refer to as the "Industry Index."

---

[33] That part not explained by the industry or market return may also reflect the impact of new market or industry information not captured by the historical covariation between these factors and the company's stock return.
[34] All-Star financial analyst reports are identified using *Institutional Investor's* All-Star financial analyst rankings for the period 1999 to 2001.

18.     Next, following the discussion outlined above I estimated a linear regression model relating Oracle's daily stock returns to daily returns of the Center for Research on Securities Prices (CRSP) market index and the Industry Index.  The CRSP market index is a value-weighted index constructed by CRSP at the University of Chicago and consists of all firms trading on the NYSE, AMEX, and NASDAQ markets.

19.     I estimated the regression model over the period from December 8, 1999 to December 8, 2000.  Using the parameter estimates from the model, I calculated Oracle's residual return on each day during the Class Period, as well as on March 2, 2001 and March 16, 2001.  The event study model and the residual returns during the Class Period (including March 2, 2001 and March 16, 2001) are given in Exhibits 4 and 5.

20.     Finally, to determine whether or not a significant residual return relates to Plaintiffs' allegations, I considered the extent to which the alleged false and misleading statement or alleged corrective disclosure provided new information, if any, relative to the total mix of information available to the market, whether any additional news was released on the same day, and the extent to which the new additional information released, if any, relates to Plaintiffs' allegations.

## VII.    Analysis of Market Awareness of Suite 11i Product Quality Issues

21.     In the previous section, I described the role of information in determining Oracle's stock price in an efficient market.  I understand that one tenet of Plaintiffs' damage claims is that customers and potential customers were aware of alleged Suite 11i product quality issues.  Without awareness on the part of customers and potential customers, Suite 11i product

quality could not have contributed to the earnings miss announced on March 1, 2001 as alleged

by Plaintiffs. However, if as Plaintiffs allege, Oracle's statements regarding Suite 11i artificially

inflated Oracle's stock price, it must also be the case that the *market* was *unaware* of alleged

product quality concerns.[35] According to Plaintiffs, the market did not become aware of these

concerns until March 1, 2001, the day Oracle pre-announced its earnings miss for 3QFY01.[36]

     22.     From this discussion, it is apparent that one must consider what information, if

any, the market had regarding potential customer concerns about Suite 11i during the Class

Period. Because financial, industry, and market analysts (collectively referred to as analysts) had

the opportunity to interact with customers and potential customers (including at user group

meetings) and given the recent launch of Suite 11i, I would expect analysts to discuss any

significant product quality issues that were raised by customers and potential customers.

Moreover, analysts had incentives to make additional independent inquiries to learn about

customer experiences and potential customer plans regarding Suite 11i.

     23.     My review of public press filings and analyst reports reveals substantial

commentary about Suite 11i on a number of dimensions prior to and throughout the Class Period.

Specifically, the public press, financial analysts, industry analysts, and market analysts (1)

recognized that Oracle's strategic decision to compete in the enterprise software market by

offering a suite of integrated back-office and front-office applications versus developing best-of-

breed applications was visionary but risky; (2) attributed in part the implementation-related

difficulties experienced by early adopters of Suite 11i to product quality problems; (3)

---

[35] Plaintiffs have articulated no theory of how potential customers could have become informed about alleged Suite 11i shortcomings without financial analysts and other stock market participants also finding out (prior to March 1, 2001).

[36] The term "pre-announcement" distinguishes Oracle's March 1, 2001 statements based on preliminary financial results from the announcement of actual financial results on March 15, 2001.

commented extensively on Suite 11's functionality, quality, and Oracle's ability to attract referenceable customers and gain traction in the market; and (4) recognized that Suite 11i gained traction in the enterprise software market and generated significant revenues for Oracle prior to, during, and after the Class Period. Overall my review indicates that market participants were aware of the product quality issues described in the Complaint and in Plaintiffs' Contentions Responses during the Class Period.

24. The public press, financial analysts, industry analysts, and market analysts recognized that Oracle's strategic decision to compete in the enterprise software market by offering a suite of integrated back-office and front-office applications versus developing best-of-breed applications was visionary but risky. In particular, the market interpreted the launch of Suite 11i ERP and CRM applications software as the culmination of at least two key strategic business decisions: (1) the decision to compete in the enterprise software applications industry by offering a suite of products as opposed to competing with the best-of-breeds; and (2) the decision of the timing of the launch of Suite 11i.

25. During a meeting of the Oracle Applications User Group ("OAUG") in September 1999, Oracle announced its vision of the Suite 11i applications it was developing.[37] Oracle stated that Suite 11i ERP applications would not be available until the first calendar quarter of 2000 and that its Suite 11i CRM applications would not be available until the second calendar quarter of 2000.[38] Oracle also stated:

> **PR Newswire:** Oracle Applications Release 11i also encompasses both Oracle's leading enterprise resource planning (ERP) and customer relationship

---

[37] "Oracle's 11i Claims Territory on ERP/CRM Integration," Gartner Dataquest, October 13, 1999.
[38] "Oracle Announces Oracle(R) Applications Release 11i," *PR Newswire*, September 27, 1999, 3:15 PM.

management (CRM) applications.  Unlike competing offerings, only Oracle
Applications provides out-of-the-box integration between these application
families.  This integration allows companies to manage the entire cycle from
customer interactions, through order management, transaction and supply chain
management, to fulfillment, billing and customer support.  Typically, users of
other ERP and CRM systems must engage [in] extremely costly and lengthy
implementation projects to achieve even a minimal degree of integration.  Projects
such as these can often run into the millions and tens of millions of dollars. [39]

26.     As of the date of this announcement at the September 1999 OAUG meeting,

Oracle's Suite 11i was not yet available to customers.  However, Oracle reported that "beta

customers are responding enthusiastically to the advanced functionality and improved user

interface in the upcoming Oracle Applications Release 11i."[40]  Following a subsequent OAUG

meeting in April 2000, AMR Research reported that Oracle had nineteen "early adopter

customers" utilizing certain Suite 11i applications in an Oracle-hosted environment.[41]

27.     Oracle released Suite 11i "six months later than its first projected release date of

November 1999."[42]  On May 24, 2000, Oracle announced that it had shipped the first version of

Suite 11i containing both ERP and CRM applications to customers.[43]

28.     Between September 27, 1999 and through the end of the Class Period, the public

press, financial analysts, industry analysts, and market analysts commented extensively on

Oracle's strategic decision to compete in the enterprise software market by offering a suite of

integrated back- and front-office applications versus developing best-of-breed applications and

on the product quality issues related to Suite 11i.  Exhibit 6 contains excerpts from the public

press, financial analysts, industry analysts, and market experts related to Suite 11i.

---

[39] Ibid.

[40] "Oracle(R) Release 11i Wins Beta Customer Accolades," *PR Newswire*, September 27, 1999, 3:16 PM.

[41] "Oracle Users Meet and Consider Release 11i," AMR Research, May 1, 2000.

[42] "An Oracle ERP Report Card," Gartner, Inc., December 4, 2000.

[43] "Oracle Ships 11i, Industry's First Integrated E-Business Suite," Oracle Press Release, May 24, 2000.

29.     For example, following Oracle's announcement on September 27, 1999, a report

by Gartner, Inc. Dataquest reported that Oracle had positioned Suite 11i as "a breakthrough in

enterprise applications by offering tight ERP and CRM integration 'out of the box'."[44]   The

report also stated that Oracle had never previously used the ERP/CRM integration message "as a

loud, primary marketing message" and interpreted the message as a signal of Oracle's desire to

be the "first to jump with both feet onto the integrated enterprise applications bandwagon."[45]

The same report cautioned that while it gave Oracle the "thumbs-up for pouncing on an

opportunity to present a clear message," it questioned Oracle's ability to deliver given its

"somewhat less-than-sterling past performances."[46]

30.     Following the April 2000 OAUG meeting, AMR Research stated that Oracle's

strategy in the applications software market was "to be the integrated suite for all your e-business

needs."[47]   The same report also cautioned that Oracle's success in this strategy was not certain:

> **AMR Research:** The reality is that this is the vision, but there are only a few
> vendors that have been successful at implementing it.  It is not easy to make this
> happen, which is why many times companies turn to the best-of-breed vendor.
> Users know best-of-breed vendors have the functionality they need and will be
> able to deliver a system that completely covers a particular business process.  As
> you look at the complexities of an organization today and the amount of money
> spent in the last few years on integration, it would seem that the world is ready for
> another integrated suite success story.  Oracle has the vision, the question yet to
> be answered is whether or not it will be able to deliver.[48]

31.     Analysts and the public press also shared concern for Oracle's ability to succeed

in implementing its strategic decision to compete in the enterprise software market by offering a

suite of products.  For example:

---

[44] "Oracle's 11i Claims Territory on ERP/CRM Integration," Gartner Dataquest, October 13, 1999.
[45] Ibid.
[46] Ibid.
[47] "Integrated Suite vs. Best-of-Breed:  Oracle Says It Has the Answer," AMR Research, December 6, 2000.
[48] Ibid.

**Morgan Stanley:** Based on history, suites win if they provide 70% of the functionality of the best of breed products in each segment. That's a big "if" and the suite has to evolve at a pace competitive with the overall market. The suites need to lead one or two product segments to have a beachhead into accounts. After that, the high cost of integration, volume pricing, common support, and a desire for consistent technology standards generally pushes buyers toward the suite if it starts to approach functional parity with the rest of the market.[49]

**Morgan Stanley:** Oracle 11i is a new suite that combines the functionality of financials, HR and CRM with exchange infrastructure software. Rather than going head-to-head with the competition on a feature list, Oracle is pitching the ease of implementation and time-to-market advantages of this suite. This may be a winning strategy if the obstacles to integrating point products are significant. No other company is taking this all-in-one approach and the barriers to entry are extremely high given the complexity of the software.[50]

**Computer Dealer News:** According to one analyst, however, expecting global companies to move all their corporate information into one or two databases is unrealistic.

"Most global firms are built up through mergers and acquisitions. And in that sort of scenario, the type of data consolidation Oracle is propounding seems like a pipe dream," said Josh Greenbaum, a principal with Enterprise Application Consulting in [Berkeley], Calif.[51]

**Deutsche Banc:** While its broad footprint and out-of-the-box integration are the keys to its positioning and message, we caution that some 11i modules still may fall short on functionality compared with best-of-breed rivals. This could prove challenging in head-to-head competition.[52]

32.     In addition to recognizing that Oracle's new strategy would face competition from best-of-breed vendors, financial analysts also commented on other challenges that Oracle would encounter as a result of its strategic decision to compete in the enterprise software marketplace with a suite-based product. For example, one financial analyst commented that the Suite 11i product launch faced significant execution risk as it would require Oracle to address concerns

---

[49] Morgan Stanley Dean Witter, May 12, 2000, 1:20 PM.
[50] Morgan Stanley Dean Witter, June 21, 2000.
[51] "E-Business Suite Mixes CRM, ERP," *Computer Dealer News*, Vol. 16, Issue 14, July 14, 2000.
[52] Deutsche Banc Alex. Brown, September 15, 2000, 6:03 AM.

"unique" to the enterprise business software market.[53] The financial analyst went on to express

concern over (1) Oracle's ability to train its sales force for the unique challenges faced in selling

to the CEO and CFO as opposed to the IT professional; (2) Oracle's ability to develop

referenceable customers in order to drive sales force momentum; and (3) Oracle's ability to

deepen product functionality in order for the benefits of the suite concept to outweigh the

advantages of the best-of-breed approach.[54]

33.     Prior to and throughout the Class Period, the public press, financial analysts,

industry analysts, and market analysts reported on product quality issues related to Suite 11i and

their impact on the customer.  Published reports included statements regarding the number of

bugs found in various Suite 11i applications, the number of Suite 11i patches Oracle issued,

Suite 11i's stability, the degree of functionality of various Suite 11i applications compared to

best-of-breed applications, and the degree of difficulty customers experienced in implementing

and integrating Suite 11i applications into their businesses.

34.     For example, as early as the October 2000 OAUG meeting, customers commented

on the fact that the initial versions of Suite 11i required "a large number of patches," were

"buggy," and suffered "major problems."[55]  Customers also recounted the challenges they faced

in the upgrade process and what they perceived as a lack of support from Oracle during this

process.[56]  Many of these sentiments were repeated in an article published by *Computerworld* on

October 30, 2000 which also quoted an OAUG board member as saying the software "is not

---

[53] Robertson Stephens, November 8, 2000, 1:40 PM.
[54] Ibid.
[55] Transcript of October 24, 2000 OAUG Fall Conference Q&A Session.
[56] Ibid.

ready for prime time."[57]  This article also reported that "[s]everal attendees said Oracle has

released about 5,000 patches that for [sic] 11i."[58]  Notwithstanding these comments, the article

stated that "[n]ot all user experiences have been negative.  The new installations seem to be

going more smoothly than the upgrades, said observers."[59]

     35.    Prior to the end of the Class Period, the total mix of information included several

additional discussions of the functionality and quality of Suite 11i.  For example:

> **Gartner:**  Challenges: [Suite 11i] does not have the deepest functions and has
> few references.  Despite significant improvements on CRM 3i, Oracle cannot
> claim to have the deepest functionality in any of its modules when compared with
> the best-of-breed vendors....  It is unlikely that Oracle will provide leading-edge
> functions within the next five years due to the slow speed of large-scale
> development....[60]

> **Deutsche Banc:**  While its broad footprint and out-of-the-box integration are the
> keys to its positioning and message, we caution that some 11i modules still may
> fall short on functionality compared with best-of-breed rivals. This could prove
> challenging in head-to-head competition.[61]

> **Paine Webber:**  And we've seen some anecdotal evidence of customers that
> could not see demonstrations of certain modules of the suite because of various
> reasons, such as that module had not yet been ported to a particular OS or simply
> because of bug fixes – not unusual occurrences in the introduction of a new
> software product....[62]

> **ZDWire:**  The company is going to wait until early next year before proceeding
> with the full installation of the 11i applications.  Having heard of other sites'
> implementation problems, such as multiple software patches and long processing
> times, Gordon opted to wait for the new package to work out the kinks.

> "It just makes sense to wait until it comes out," Gordon said. "It's common
> business sense to let others make the mistakes. Any new product is going to have
> its sets of glitches."

---

[57] "Users Vent Frustration over Oracle CRM/ERP Upgrades," *Computerworld*, October 30, 2000.
[58] Ibid.
[59] Ibid.
[60] "Oracle 11i CRM:  Better But Not the Best," GartnerGroup, July 10, 2000.
[61] Deutsche Banc Alex. Brown, September 15, 2000, 6:03 AM.
[62] Paine Webber, September 15, 2000.

...

Alliance Coal LLC, a mining company based in Tulsa, Okla., has also heard implementation horror stories and is waiting as long as it can to install 11i. An Oracle shop since 1997 and among the first to use Oracle's payroll application, Alliance runs Version 10.7 of the application.

Geoff Goolsbay, ITS manager for application services at Alliance, said he would like to wait until the 11i suite stabilizes but is being pressed into installing it early next year. The company uses the Oracle Payroll application, and Oracle has told Goolsbay there will be no end-of-year patches for the product next year. That means Alliance must upgrade to 11i by December of next year, or it will be unable to produce such documents as W-2 tax forms. That also means two major upgrades: first to Version 11, then 11i.

"Oracle publishes a 10.7-to-11 change document, and an 11-to-11i change document, but what they don't give you is a 10.7-to-11i document. That is amazing to me," Goolsbay said.[63]

**Goldman Sachs:** First, we would like to address the substantive issues, putting Release 11i issues in perspective. We believe the release was buggy, but consistent with other major new releases. Oracle needs more reference accounts to help sell it, but there do not appear to be any 'show-stopper' issues surfacing at this point in our checkings....

...We believe many customers will be influenced as more reference sites report back that the product works as advertised and bugs reports appear to be addressed by the minor new releases.[64]

**Business Wire:** Quality was among the key issues voiced by participants. Questions were posed about the testing process, as well as how regional problems were reported to Redwood Shores....[65]

**Gartner:** A primary source of Oracle's struggle to deploy r.11i has been product quality problems that appear worse than its competitors', because of Oracle's release deployment strategy....[66]

**Reuters:** We believe Oracle's 11i e-business suite continues to have bugs, thereby limiting the number of notable customer references for the new product.[67]

**Bloomberg:** Recently, Oracle rolled out software for managing sales and customer service operations; the software didn't work as well as the company

---

[63] "Oracle," eWeek from *ZDWire*, Vol. 1740, October 1, 2000.

[64] Goldman Sachs, November 3, 2000, 9:31 AM.

[65] "OAUG Offers Asia/Pacific Users Chance to Ask Oracle," *Business Wire*, November 15, 2000, 11:03 AM.

[66] "An Oracle ERP Report Card," Gartner, Inc., December 4, 2000.

[67] "USA: Oracle Expected to Post Solid Q2 Results Thursday," *Reuters News*, December 12, 2000.

promised, said Rod Johnson, an analyst at AMR Research Inc. in Boston. "They brought the product to market too soon," he said. "There are significant quality issues."[68]

**Computerworld:** OAUG users have been clamoring for support when upgrading to Oracle's new E-Business Suite 11i software from previous versions.

Rosentrater said that until her company can get 11i up and running safely, she "cannot reap the benefits of the 'new world' of e-business" that Oracle plans to showcase at AppsWorld.[69]

**Deutsche Banc:** A few shortfalls of the 11i suite as noted by another Big Five consultant. The first release of 11i was somewhat unstable with a large number of code patches required. 11i is now in release 3 (shipped at the end of January). Also, a trade-off of purchasing a full suite is reduced leverage in price negotiations from engaging fewer vendors than in a comparable best-of-breed bake-off.[70]

**Punk, Ziegel:** Another interesting observation that we have made has to do with the mixed perceptions of Applications 11i. The Applications 11i suite was officially released several months ago, but software bugs hampered its adoption…. While we have not been able to check with all 180 of the live customers, we have spoken to four of them. Of these four, three were integrator partners and one was a division of a large company. All of these customers had severe difficulties with their implementations. In fact, one of them was implementing 30 seats in one office on a Sun Solaris platform and they found Oracle's advice to be incorrect and had to work around the "fixes" that Oracle provided directly. While this was the worst report, in our opinion, it gives us some cause for concern, especially where the Company is guiding analysts to 60-plus percent license revenue growth rates for the next few quarters. However, to be fair, we did talk to a number of customers who are currently implementing the software and were making satisfactory progress by their own accounts. On balance, the best we can say is that we are getting mixed signals on Applications 11i, which gives us another cause for caution.[71]

**CIBC:** It appears that existing Oracle 10.7 customers are delaying their upgrade to 11i for two reasons: 1) the migration from 10.7 to 11i is a huge implementations effort and 2) the current version of 11i is noted to have many bugs (close to 5,000)….[72]

---

[68] "PeopleSoft CEO's Discipline Spurs Rebound at Software Maker," *Bloomberg News*, December 26, 2000, 9:55 AM.

[69] "Expectations Divided on Oracle's AppsWorld," *Computerworld*, February 19, 2001.

[70] Deutsche Banc Alex. Brown, February 21, 2001, 6:04 AM.

[71] Punk, Ziegel & Co., February 21, 2001, 8:56 AM.

[72] CIBC World Markets Corp., February 23, 2001, 7:36 AM.

**U.S. Bancorp:** ...[D]iscussions with customers and partners also highlighted the fact that product bugs and execution challenges remain, which will need to be overcome in order for Oracle to become an applications leader....[73]

**AMR Research:** Oracle's application history has been checkered at best. The company has a legacy of shipping software to early adopters and relying on them to shed the blood, sweat, and tears necessary to debug the system and make it reliable. Examples of this can be found in each of Oracle's major application releases. For instance, Oracle 11i was rushed to the market much later than promised, with many gaps and bugs in the code. Newer applications, namely the SCP and CRM modules and the rewritten order-entry functions now encompassing greater functional scope and called order management, also exhibited poor quality.

...

After a 10-month struggle to get the application suite stable, Oracle is finally delivering a product that can be used as the backbone. With more than 180 customers now live on the e-business suite and 2,500 ongoing implementations, Oracle clearly has sold its customers on the belief that it will indeed get it right. Now the real work begins.

...

Customers must be aware that parts of the application suite are initial releases and come with all of the expected functional gaps and implementation issues....[74]

**SG Cowen:** Even though Oracle developers have made some progress since the initial release of 11i, our channel checks suggest that gaps continue to exist in CRM, and that the software is very difficult to integrate, even with other Oracle applications. Additionally, we have heard from numerous sources that certain modules are noticeably slow and riddled with error messages....[75]

36.     The fact that the market was aware of the product quality concerns expressed by customers is not surprising given the role that information providers like financial analysts play in efficient markets. According to *Institutional Investor*, investors value industry knowledge above all other attributes of a financial analyst:

> **Institutional Investor:** If an analyst doesn't know his stuff, who cares if he's readily accessible? For the fourth year running, major institutions rate industry knowledge as the single most important attribute of an equity analyst.[76]

---

[73] U.S. Bancorp Piper Jaffray, February 23, 2001, 7:56 AM.
[74] "Alert on Enterprise Management," AMR Research, February 27, 2001.
[75] SG Cowen Securities Inc., February 28, 2001.
[76] "The All-America Research Team: The Best Analysts of the Year," *Institutional Investor*, October 2001.

37.     Consistent with this idea, lead financial analysts following Oracle during the

Class Period visited trade shows.[77]  Financial analysts commented on feedback received from

customers and potential customers at OAUG meetings.  For example:

> **Computerworld:**  During sessions at the Oracle Applications Users Group
> (OAUG) conference here, attendees complained about a lack of reliable
> information about the status of the applications, a flurry of bug-fix patches,
> malfunctioning modules and the difficulty in getting help from Oracle Corp.'s
> customer service organization.  Several attendees said Oracle has released about
> 5,000 patches that for [*sic*] 11i.[78]

> **Computerworld:**  Expectations Divided on Oracle's AppsWorld
> …
> But if Oracle's European AppsWorld, held last week in Paris, is any indication,
> the show won't get high marks from Beth Barling, an analyst at AMR Research
> Inc. in Boston.
> …
> OAUG users have been clamoring for support when upgrading to Oracle's new E-
> Business Suite 11i software from previous versions.[79]

> **U.S. Bancorp:**  …[D]iscussions with customers and partners also highlighted the
> fact that product bugs and execution challenges remain, which will need to be
> overcome in order for Oracle to become an applications leader….

> …During the conference we heard complaints from customers regarding previous
> releases.  While the product will never be perfect, if there is not a highly satisfied
> group of early 11i reference customers, Oracle's momentum could be stopped in
> its tracks.[80]

38.     Financial analysts covering enterprise software companies also contacted

customers in order to better understand the companies they followed.[81]  Financial analysts

performed their own due diligence by contacting Suite 11i customers in order to better

---

[77] Ibid.

[78] "Users Vent Frustration over Oracle CRM/ERP Upgrades," *Computerworld*, October 30, 2000.

[79] "Expectations Divided on Oracle's AppsWorld," *Computerworld*, February 19, 2001.

[80] U.S. Bancorp Piper Jaffray, February 23, 2001, 7:56 AM.

[81] Ibid.

understand the degree of customer satisfaction with the product and thus the extent to which

Suite 11i was gaining traction.  For example:

> **Paine Webber:**  And we've seen some anecdotal evidence of customers that
> could not see demonstrations of certain modules of the suite because of various
> reasons, such as that module had not yet been ported to a particular OS or simply
> because of bug fixes – not unusual occurrences in the introduction of a new
> software product....[82]
>
> **Needham:**  Conversations with several (e.g.- dozens) of potential and current
> users of Oracle 11i [indicate] to us that time to market considerations have been
> an important selling point for 11i....[83]
>
> **Goldman Sachs:**  We have been checking with users and will not be done for
> another week or so, but on a preliminary basis it appears to us that there are no
> 'show stopper' issues.  The number of live sites is now reported to be 43, up from
> 27 at the analyst meeting a month ago.  We believe there are about 300 new
> customers and installed base users upgrading to Release 11i now.  There have
> been a lot of bugs reported, an issue raised at the recent user group meeting, but
> this does not appear to be different from other major releases of Oracle software.[84]
>
> **William Blair:**  Our field checks support this view.  We have spoken to
> representatives from the Big Five consulting firms who echo the view that
> Oracle's applications business is gaining momentum.  Specifically, they are
> seeing Oracle in the running for almost every big enterprise resource planning
> (ERP) deal, whereas in the past they saw only SAP (SAP $37.50) in the queue for
> every large deal -- Oracle is gaining share from SAP.  Interestingly, they also
> have seen some customers choose to put in Oracle and remove their SAP and
> Baan installations.  As for newer applications, the consulting firms have
> commented quite favorably on Oracle's e-procurement and field service
> applications.  On the subject of the stability of 11i, they say that the release is no
> more "buggy" than any other major product introduction (except for the order
> management module, which apparently has more bugs).[85]
>
> **CIBC:**  Our discussions with systems integrators indicated that customer[s] are
> delaying the upgrade from 10.7 to 11i, due to the scale of the conversion as well
> as the instability of early releases of 11i.  The company released a new version of

---

[82] Paine Webber, September 15, 2000.
[83] Needham & Co., September 15, 2000, 9:31 AM.
[84] Goldman Sachs, November 3, 2000, 9:31 AM.
[85] William Blair & Co., December 15, 2000.

the product, which addresses the stability issue. However, we believe this to be a near-term risk in its application sales.[86]

**SG Cowen:** Even though Oracle developers have made some progress since the initial release of 11i, our channel checks suggest that gaps continue to exist in CRM, and that the software is very difficult to integrate, even with other Oracle applications. Additionally, we have heard from numerous sources that certain modules are noticeably slow and riddled with error messages....[87]

39.     Because of the level of their understanding of the enterprise software market and

Oracle's strategic position within this market, financial analysts also recognized and commented

on the specific challenges that enterprise software companies like Oracle would face in an

economic downturn. Given that choosing Suite 11i might involve a substantial and discretionary

outlay of money, some financial analysts viewed Oracle's applications business as very sensitive

to the economy and its impact on the enterprise software sector. For example:

**Dain Rauscher:** Oracle's results reflect the continuing slowdown in IT spending and reflect the "buy only what you absolutely need now" mentality. We believe that Oracle's Suite selling strategy fared poorly in this environment, since the Suite's high cost probably appeals more to a high IT spending environment.[88]

40.     Notwithstanding the concerns about Suite 11i that were known to the market prior

to and during the Class Period, the market was also aware of favorable information about Suite

11i. For example:

**PR Newswire:** Oracle Corp. (Nasdaq: ORCL), the largest provider of software for e-business, today announced that the Oracle(R) E-Business Suite has swept the 2000 Intelligent Enterprise Readers' Choice Awards. Oracle received top honors from Intelligent Enterprise readers in the categories of CRM, ERP/Packaged Corporate Application and Supply Chain Management. This year's awards marks Oracle's third consecutive and affirms Oracle's position as the leading provider of software for e-business.

---

[86] CIBC World Markets Corp., February 23, 2001, 7:36 AM.
[87] SG Cowen Securities, Inc., February 28, 2001.
[88] Dain Rauscher Wessels, March 2, 2001 (analyst report on BEA Systems).

"The clean sweep for the Oracle E-Business Suite in Intelligent Enterprise's prestigious Readers' Choice Award is a clear indicator that the market is looking for a complete suite of integrated applications," said Jeremy Burton, senior vice president, product and services marketing, Oracle. "Only Oracle delivers a true e-business suite, and we are proud to be recognized for this unique and powerful offering by Intelligent Enterprise readers."[89]

**PR Newswire:** Oracle Corp. (Nasdaq: ORCL), the largest provider of software for e-business, has been awarded the "ERP Software Product of the Year" at the Data News Awards for Excellence, a top event in the information technology (IT) industry in Belgium. Data News readers overwhelmingly recognized Oracle as the best enterprise resource platform (ERP) platform over both SAP and PeopleSoft. The selection criteria was based on product innovation and the product vendor's ability to execute on its vision. Oracle's(R) E-Business Suite 11i provides out-of-the-box integration of applications that allow e-businesses to easily connect with their customers, partners, and suppliers. Companies can completely automate their enterprise, from marketing and Web selling, all the way through to procurement and the Internet supply chain.[90]

**PR Newswire:** Oracle has been awarded the Info Exame Award for "The Product of the Year" in the application software category. The Oracle(R) E-Business Suite was selected for its fully integrated suite of front-and back-end office applications. Info Exame is the largest IT publication in Brazil, and the Info Exame 2000 awards honors the top companies and products in 65 categories, including hardware, software, communications and the Internet, for their innovation in the age of the Internet.[91]

41.     Suite 11i also gained traction in the market. The public press, financial analysts, industry analysts, and market analysts commented on these gains. For example:

**Salomon Smith Barney:** However, over the past 6 months, the market is becoming slightly more competitive as offerings from Oracle (as part of its 11i suite), Clarify (FrontOffice version 9.0 was released in 2Q00 and a new release is scheduled for 4Q00) and Vantive (version 8.0 was released in 3Q00) are attempting to increase their traction in the market. As of 3Q00, Siebel commented

---

[89] "The Oracle E-Business Suite Wins the Intelligent Enterprise Readers' Choice Award," *PR Newswire*, November 2, 2000, 8:03 AM.

[90] "Oracle Outshines SAP and PeopleSoft in Data News Awards for Excellence 2000," *PR Newswire*, November 28, 2000, 11:51 AM.

[91] "Oracle Receives Info Exame 2000 Award for 'Product of the Year'," *PR Newswire*, December 27, 2000, 9:00 AM.

that it saw Clarify and Vantive in approximately 5% of deals, Oracle in 6% of its deals, and SAP in approximately 4% of its deals.[92]

**HSBC:** Oracle sees no slowing in its business as its product cycle gets better (11i applications suite is finding acceptance in the market, also in the very high end of the market).[93]

**Deutsche Banc:** Applications 11i Gaining Momentum. Oracle's new 11i e-business suite appears to be gaining significant traction. 83 11i customers are live with roughly 100 in late-stage implementation. We learned of several large (8-figure), marquee customer wins in the quarter including JDS Uniphase, Compaq, Sun Microsystems, and Agilent Technologies.[94]

**Banc of America:** E-Business Suite 11i gaining traction. Oracle's E-Business Suite 11i has established a foothold in the enterprise market.... In addition, 11i seems to now be reaching a critical mass of reference customers....[95]

42.    At the start of the Class Period, the fact that Suite 11i had had two quarters of significant sales since its introduction on May 19, 2000 was also part of the total mix of information regarding Suite 11i. For example, the market knew that for its first quarter of fiscal year 2001 (1QFY01), ending on August 31, 2000, Oracle's applications revenue was $156 million, a 42 percent increase from the same quarter a year prior (1QFY00).[96] Similarly, the market knew that for 2QFY01 (the quarter ending November 30, 2000), Oracle's applications revenue was $279 million, a 66 percent increase from the same quarter a year prior (2QFY00).[97] Analysts commented directly on these gains in their reports. For example:

**Lehman Bros.:** Application license revenue, however, surprised to the upside, posting 66% year-over-year growth to $279 million, surpassing our 60% modeled

---

[92] Salomon Smith Barney, December 14, 2000 (analyst report on Seibel).
[93] HSBC Global Research, December 15, 2000 (analyst report on SAP).
[94] Deutsche Banc Alex. Brown, December 14, 2000.
[95] Banc of America Securities, December 15, 2000.
[96] "Oracle Reports Net Income Up 111%, Earnings Per Share $0.17," Oracle Press Release, September 14, 2000, 11:19 AM.
[97] "Oracle Net Income Up 62%, Earnings per Share $0.11; Application Sales Up 66%, Database Sales Up 19%," Oracle Press Release, December 14, 2000, 1:00 AM.

growth estimate while conquering the market skepticism about the merits of 11i....[98]

**Deutsche Banc:**  A key part of Oracle's strong F2Q was the strength of the applications business and, more importantly, marquee customer wins with the new 11i e-business suite.  Applications license growth of 66% solidly outpaced Street expectations in the 50-60% range.  The out performance should also allay concerns about the viability of Oracle's applications business and the relative immaturity of release 11i following last quarter's decent, but slightly disappointing 42% growth....[99]

**Salomon Smith Barney:**  Applications revenue exceeded our estimate of $258 million as a result of traction in the applications business occurring sooner than expected.[100]

## VIII.   Analysis of the Materiality of Alleged False and Misleading Statements

43.     Plaintiffs identify a number of dates on which they allege that Oracle made false and misleading statements.  I have analyzed Oracle's stock returns on these dates (as well as the stock prices of Oracle's industry peers) and find no statistically significant positive stock returns associated with the alleged false and misleading statements identified by Plaintiffs.  The lack of any statistically significant positive price movement indicates that the alleged misstatements did not significantly change the total mix of information and thus the market did not consider these statements to be material as alleged by Plaintiffs.

44.     The Complaint alleges that Oracle made false and misleading statements on approximately eleven separate dates.  These statements and other news released on these days are provided in Exhibit 7.  Five of the dates listed in the Complaint relate to alleged false and

---

[98] Lehman Brothers, December 15, 2000.
[99] Deutsche Banc Alex. Brown, December 15, 2000.
[100] Salomon Smith Barney, December 15, 2000.

misleading statements concerning Suite 11i (December 14, 2000, December 15, 2000, January 8, 2001, February 6, 2001, and February 21, 2001).[101]

45.    If, as the Complaint alleges, these statements were new and had a material impact on how investors valued Oracle, I would expect there to be positive and statistically significant stock returns on the days the statements were made. My event study reveals no statistically significant positive stock return on any of the eleven dates listed in the Complaint. The lack of any statistically significant positive price movement indicates that the alleged misstatements did not significantly change the total mix of information and thus the market did not consider these statements to be material as alleged by Plaintiffs.[102]

46.    In Plaintiffs' Contention Responses, Plaintiffs identify three additional dates during the Class Period on which they allege Oracle made false and misleading statements: January 20, 2001, January 24, 2001, and February 13, 2001. Exhibit 7 also addresses these dates. My event study reveals no statistically significant positive stock return on two of these three dates. The February 13, 2001 statement is coincident with a positive and statistically significant residual return on February 14, 2001. However, as I discuss in Exhibit 7, other news is more plausibly the cause of the positive return. The observed returns and the information entering the market suggest that the alleged false and misleading statements identified in Plaintiffs' Contention Responses were not considered as new or did not significantly alter the

---

[101] Complaint ¶¶50, 51, 58, 63, and 68.
[102] I evaluated other news occurring on those dates to determine whether the alleged inflationary statements might have been made contemporaneously with offsetting bad news.

total mix of information in such a way as to inflate the value of Oracle's stock as Plaintiffs allege.[103]

**IX.     Analysis of the Market's Response to Oracle's Announcement on March 1, 2001**

47.     As stated previously, Plaintiffs allege that Oracle's stock price was inflated due to the alleged false and misleading statements identified in the Complaint and Plaintiffs' Contention Responses.[104]  Oracle's stock price fell on March 2, 2001 in reaction to Oracle's 3QFY01 earnings and revenue miss, which had current and future cash flow implications.  The evidence I have reviewed indicates that investors attributed Oracle's earnings miss to a sudden and sharp slowdown in the economic conditions facing enterprise software firms.  In my opinion, Oracle's miss provided the market with new material information about the economic conditions facing enterprise software firms, and it was news about the economic conditions that caused the stock prices of Oracle and all of its industry peers to decline on March 2, 2001.  My analysis also reveals that Oracle was considered the bellwether, or leading indicator, of the enterprise software industry by the market.  Because of when Oracle's fiscal year ended, Oracle was the first firm among its peers to report financial results that included the critical month of February 2001, the month that Oracle said it witnessed a reduction in its conversion rate relative to historical rates and that marked the beginning of a series of disappointing financial results and subsequent stock price declines across Oracle and its peer firms.  I find no evidence that Oracle's announcement on March 1, 2001 revealed to the market any new information on the integration or interoperability of Suite 11i as alleged by Plaintiffs.  Moreover, financial analysts did not

---

[103] I evaluated other news occurring on those dates to determine whether the alleged inflationary statements might have been made contemporaneously with offsetting bad news.

[104] Complaint ¶¶35-75 and Plaintiffs' Contention Responses ¶¶2-24.

attribute the earnings miss announced on March 1, 2001 to any integration or interoperability problems or to any product quality problems with Suite 11i that were not already part of the total mix of information during the Class Period.

*A.       The Information Content and Market Response to Oracle's March 1, 2001 Announcement*

48.       On March 1, 2001, the day after its quarter ended, Oracle announced (after the market had closed) preliminary results for its 3QFY01, the quarter ending February 28, 2001. According to its press release, Oracle reported preliminary EPS of $0.10 for 3QFY01.[105]  Oracle also reported that license revenue grew at approximately 6 percent with applications revenue growth estimated at approximately 50 percent and database revenue growth estimated to be flat to slightly negative.  Prior to the announcement, Oracle had stated guidance ("3QFY01 guidance") for license revenue growth of 25 percent, applications revenue growth of 75 percent, database revenue growth of 15 percent, and EPS of $0.12.[106]

49.       Following this announcement, Oracle's stock price fell by 21.05 percent on March 2, 2001.  The residual return was −16.76 percent, as shown in Exhibit 5.  This residual return is statistically significant and is consistent with Oracle's announcement on March 1, 2001 being material to the market.  While the results were disappointing relative to market expectations, Oracle's revenues increased 9 percent and operating income increased 20 percent.[107]  As one financial analyst commented on March 2, 2001:

---

[105] "Oracle Announces Preliminary Third Quarter Earnings Results," Oracle Press Release, March 1, 2001, 6:00 AM.

[106] Oracle's 2QFY01 Conference Call Transcript, December 14, 2000, 5:30 PM

[107] Oracle's 3QFY01 Conference Call Transcript, March 1, 2001, 5:30 PM and "Oracle Announces Preliminary Third Quarter Earnings Results," *PR Newswire*, March 1, 2001, 4:55 PM.

**Morgan Stanley:** It's a miss but not a financial disaster:

- Oracle made $900 million in operating profits in the quarter. This is a real business.

- Revenue of $2.67 billion was 5% below our $2.75 billion estimate – not 25% below like some other pre-announcements.

- The company booked $1.1 billion in license revenue instead of our $1.2 billion estimate – so most deals closed.[108]

50.     Oracle attributed the disappointments in EPS and the rate of growth in revenue relative to previous guidance to an unexpected decline in the conversion rate at the end of the quarter resulting from a downturn in the economic outlook for the enterprise software industry. The company reported that several of the deals that failed to convert were with telecommunication companies and dot-com companies, but that across the board companies were reluctant to close deals as the quarter ended.[109] Oracle said that deals close to being signed were pushed off by high-level executives at customer firms. Those executives decided to delay their IT spending due to their growing concerns over an impending slowdown in the U.S. economy.

**PR Newswire:** [A] substantial number of our customers decided to delay their IT spending based on the economic slowdown in the United States....[110]

**Oracle's 3QFY01 Conference Call Transcript:** And really what happened is all -- a bunch of deals were already approved at the mid-high level, you know, at the Vice President or Senior Vice President level. Once it got up to the CFO, CEO level they were pushed off.[111]

51.     Several financial analysts reporting on Oracle also attributed the miss to an industry-wide downturn in the demand for enterprise software. For example:

---

[108] Morgan Stanley Dean Witter, March 2, 2001, 8:19 AM.
[109] Oracle's 3QFY01 Conference Call Transcript, March 1, 2001, 5:30 PM.
[110] "Oracle Announces Preliminary Third Quarter Earnings Results," *PR Newswire*, March 1, 2001, 4:55 PM.
[111] Oracle's 3QFY01 Conference Call Transcript, March 1, 2001, 5:30 PM.

**CSFB:**  Although bad news for Oracle, we believe the announcement is a problem relating to the economy and not one inherent to the company.…  The software segment is the last of the Technology sectors to warn of lowered expectations and Oracle will not be alone.  It is interesting that it appears delays in spending are occurring at top corporate levels at this point and are not yet institutionalized.  It may also be a way for Oracle's customers to save earnings in what will turn out to be a weak quarter.…[112]

**Goldman Sachs:**  We believe this will be a negative catalyst for the broader software sector and have reduced ratings on a number of stocks as a result.  This follows estimate changes for a broad range of technology stocks earlier this week as evidence of a deteriorating economy continues to build.[113]

**Merrill Lynch:**  We believe that Oracle's difficulties could have a strong negative impact on the entire sector today, although general technology fears have driven many premium valuations lower in the space.  We believe it may take several months for investors to begin to anticipate improved growth in 2002, so the group may trade in line with the overall tech market over the near term.…[114]

**PMG Capital:**  Although some may doubt the validity of this explanation from management, we have noted that this is likely exactly the way a belt tightening would be executed.  There is little reason to believe senior management at customers would tip their hand to lower level employees regarding frozen IT budgets until the moment of truth when the contract has to be signed.[115]

**Needham:**  Following two above budget months, business simply did not close in February. Projects that had been approved at the Senior VP level were delayed when they reached the CFO or CEO's desk.  The response from the companies was that the firms wanted to wait to see what happened in the economy.

We believe these delays reflect the severity, breadth and depth of economic uncertainty in the United States.…

We do not believe ORCL's [results] were self-inflicted.  Oracle was truly on a roll.  Our field checks confirmed management's commentary that both December and January results were strong (and above budget).  The company's applications solution stack was maturing and appeared set to enter the tornado of growth.  Oracle did not lose these deals to competitors – the business was won, but the deals did not close.  It is all but impossible for this turn of events to be good news for other enterprise software firms.[116]

---

[112] Credit Suisse First Boston, March 5, 2001.

[113] Goldman Sachs, March 2, 2001, 7:38 AM.

[114] Merrill Lynch, March 2, 2001.

[115] PMG Capital, March 6, 2001, 7:35 AM.

[116] Needham & Co., March 2, 2001, 10:07 AM.

52.     If, as Plaintiffs allege, Oracle's miss was attributable, in part, to previously unknown integration or interoperability problems with Suite 11i, I would expect financial analysts and other market participants to discuss these problems in the context of the earnings and revenue miss.  None of the reports that I reviewed attributed the miss to any integration or interoperability problems with Suite 11i (as alleged in the Complaint) or to any new information regarding product quality issues related to Suite 11i (as alleged in the Complaint and Plaintiffs' Contention Responses) that were not part of the total mix of information during the Class Period. This finding is consistent with the evidence discussed in Section VII that the market was aware of potential customers' concerns regarding the product quality of Suite 11i prior to the announcement on March 1, 2001.

53.     Plaintiffs also allege that "it was known throughout the Company that sales were declining in the second half of 2000 due to the slowing economy,"[117] that "3Q01 [f]orecasts [w]ere [o]verstated,"[118] and that on March 15, 2001, Oracle "conveniently claimed that the 'cracks' did not really begin to show until the last four days of the quarter...."[119]  If Oracle's explanation that its earnings miss was not known or knowable until the very end of the quarter was as incredible as Plaintiffs allege, I would expect financial analysts to have questioned Oracle's forecasting methods following its announcement on March 1, 2001.

54.     I find no evidence that analysts questioned the integrity of Oracle's forecasting methods in my review of the market's response to Oracle's miss.  My review of public press filings and financial analyst reports reveals that the market perceived Oracle's license revenues

---

[117] Complaint ¶48.
[118] Ibid.
[119] Complaint ¶77.

as being concentrated in the last few days of each quarter (back-end loaded). Given this pattern

of revenues, financial analysts knew that the differences between Oracle's guidance and the

realized revenue or EPS numbers were very sensitive to Oracle's ability to convert leads into

sales in the last days of the quarter. As a result, financial analysts realized that the impact of the

economy-wide slowdown on the enterprise software sector would not be reflected in Oracle's

revenues until the last few days of the quarter, or just prior to Oracle's March 1, 2001

announcement.

55.     The public press, financial analysts, and industry analysts commented on the fact

that the outcome of Oracle's financial results for a quarter was resolved only at the end of the

quarter prior to and following Oracle's March 1, 2001 pre-announcement. For example,

> **Morgan Stanley:** The pattern of spending in 2001 will be more **back end loaded** than this year.[120]
>
> **Deutsche Banc:** PERSPECTIVE ON THE MACRO ENVIRONMENT. According to management, it has yet to see macro-related weakness in its business. That said, **the full impact of the current macro environment may not be evident until the end of the quarter, as revenue is typically back-end loaded for Oracle.**[121]
>
> **First Union:** While the sales pipeline apparently shows no signs of weakness at this point, **we note the next several weeks will be critical for the company as many potential customers will likely make decisions to buy or defer purchase during the activity-intense final weeks** of FQ3....[122]
>
> **William Blair: Even so, Oracle still has business to close given the back-end-loaded nature of its business-it books between 50%-75% of its license revenue in the last month of the quarter (particularly in the last week). We will continue to monitor the close of Oracle's quarter.**[123]

---

[120] Morgan Stanley Dean Witter, December 20, 2000 (emphasis added).

[121] Deutsche Banc Alex. Brown, February 8, 2001, 6:04 AM (emphasis added).

[122] First Union Securities, Inc., February 8, 2001, 9:36 AM (emphasis added).

[123] William Blair & Co., February 22, 2001, 8:01 AM (emphasis added).

**The Wall Street Journal:** Q: Several analysts downgraded their ratings on the stocks of certain software companies, saying their earnings were "back-end loaded." What does this mean and why would it affect the stocks negatively?... A: **A company whose results are back-end loaded is one that generates most of its sales toward the end of a period. This makes it difficult to get a sense of how a company is performing until the very end of its quarter, or its year.** Such reduced predictability -- what Wall Street denizens call "visibility" -- is less of a concern when the economy is booming, but it can be worrisome when results begin to falter.

Companies that sell software to other companies are a prominent example. Morgan Stanley analyst Chuck Phillips says "most of these companies make money about eight days a year." That means that although salespeople work all quarter to sell software, they generally deal with midlevel executives at client companies.

Ultimately, however, most major purchases must be approved at a more senior level. These approvals often happen at the end of a quarter.

Consider the world's second-largest software maker, Oracle, which warned recently that results for its quarter ended in February would fall below expectations. Oracle Chairman Lawrence Ellison had predicted all quarter that Oracle's results would be spared the broader downturn. His confidence presumably was based in part on the success his sales force was expecting on deals being negotiated with clients. But when it came to signing off on those deals at the end of the quarter, Mr. Ellison says many senior executives -- unsure of what the downturn meant for their own businesses -- balked. Mr. Ellison says he thinks those contracts will be signed -- but that they didn't happen in time for Oracle to include them in its most recent results.[124]

56.     In their response to Oracle's pre-announcement on March 1, 2001, financial

analysts commented on the fact that the impact of the economy-wide slowdown on the enterprise

software sector would not be reflected in Oracle's revenues until the last few days of the quarter.

For example:

**Banc of America:** Our Theme: When Push Comes to Shove in an Uncertain Economy, Some Buyers Will Balk. A great percentage of sales occur in the third month of each quarter, with a surprisingly high percentage in the final days. Customer behavior is only revealed at the very end of each quarter, making forecasting results in this sector more difficult than many. We continue to believe

---

[124] "Playing The Net," *The Wall Street Journal Sunday*, March 11, 2001 (emphasis added).

(and Oracle's shortfall seems to bear this out) that at the 11th hour, in an uncertain economy, some technology buyers will defer their purchases. No one was ever fired (that we know of) for waiting an extra quarter to buy some software. We believe this uncertainty will continue to [affect] enterprise software sector fundamentals and, correspondingly, stock prices therein.[125]

**Lehman Bros.:** What about Other Software Companies?

Clearly, the magnitude of Oracles miss combined with its commentary that CEOs, CIOs and CFOs decided, at a minimum, to delay deals given the current state of economic uncertainty, casts a pretty big shadow over the health of the entire software industry. Specifically, we believe that companies that sign very large deals, particularly at the end of quarters, are most at risk of facing very ugly surprises at the end of any given quarter. In general, applications companies tend to rely most heavily on such transactions. As a result, we would be most cautious on the enterprise applications software space as a whole....[126]

B.    *The 3QFY01 Pre-Announcement Was a Harbinger of the Deteriorating Industry Outlook*

57.    My analysis reveals that the market viewed Oracle's announcement on March 1, 2001 as a harbinger of the sudden deterioration in the economic conditions facing enterprise software companies. This conclusion is based on the following facts: (1) Oracle's February fiscal quarter resulted in Oracle being the first among its peers in the Industry Index to report results for this period; (2) the stock prices of other companies in the enterprise software industry declined in response to Oracle's announcement; (3) Oracle's announcement was followed by financial analysts revisiting their models and revising downward their earnings estimates of Oracle's industry peers; (4) in the quarter prior to Oracle's announcement, companies in the enterprise software industry generally reported earnings that exceeded market expectations and in some cases were record setting; and (5) in the quarter following Oracle's announcement, companies generally reported earnings that missed or just met market expectations.

---

[125] Banc of America Securities, March 2, 2001.
[126] Lehman Brothers, March 2, 2001, 7:15 AM.

58.     Oracle was the first company among its peers in the enterprise software industry

to report the results of operations that included the critical month of February 2001, because of

its particular fiscal year (see Exhibit 8).  The fact that Oracle was the first to report disappointing

revenue and earnings was noted by financial analysts:

> **Salomon Smith Barney:**  If Oracle is seeing a deferral of this magnitude, we
> believe the Company's shortfall is an omen for other names in our universe.
> **Given that Oracle has a February-quarter end, and the slow down only
> began to affect the company during the later portion of February, we believe
> other applications vendors may face difficulty in March and could have a
> hard time meeting expectations.**[127]

> **Banc of America:**  We believe this will bode poorly for Oracle shares and the
> software sector in today's trading and over the coming months.  With yesterday's
> announcement, <u>Oracle is the first enterprise software company since the economy
> weakened to report a shortfall or reduced guidance.</u>[128]

59.     In general, analysts interpreted Oracle's earnings miss as consistent with the view

that the industry had taken a sudden and dramatic turn for the worse.  For example:

> **Banc of America:  Economic slowing has become an economic "shock"** *a la*
> **Y2K.**  To reiterate our point of view:  e-business software vendors are insulated
> but not at all immune from economic slowing, particularly as a rapid and volatile
> macroeconomic slowing such as we are now experiencing is perceived as a
> "shock" by Global 1000 executives.  Today's interruption of demand and buying
> [patterns] is reminiscent of the 1998-1999 impact of the Y2K effect.[129]

> **Morgan Stanley:**  This [downturn] is worse than past downturns **in the
> suddenness and severity.**  However we don't necessarily buy the argument this
> downturn will be short in duration.  A shock to the system of this magnitude is
> only repaired by time.  All software purchases are discretionary and managements
> will only regain confidence to buy technology products when they see
> stabilization and an upturn in their own business prospects.  Experience says
> recoveries take longer than we think, although the rewards on the other end can be
> substantial.[130]

---

[127] Salomon Smith Barney, March 2, 2001, 7:50 AM (emphasis added).

[128] Banc of America Securities, March 2, 2001 (emphasis in original).

[129] Banc of America Securities, March 2, 2001 (emphasis added).

[130] Morgan Stanley Dean Witter, March 2, 2001 (emphasis added).

> **Morgan Stanley:** Both the integrators and software sales reps are saying buyers were frozen like deer in headlights during February and March. The rapidity of the decline in financial markets, the economy, and in the fundamentals of their own businesses startled even the most steel-nerved IT managers. **Several CIOs who attended our CIO conference last year and heard our economists talk about the coming recession have since called and said they still were surprised at the suddenness of the change;** all the gloomy talk didn't really resonate back in December at the conference, but it did by February.[131]

60.    I examined the stock price reaction of other companies in the enterprise software sector to Oracle's announcement to see if their stock price reaction was consistent with Oracle's statement that the earnings and revenue growth miss resulted from a sudden downturn in the economic conditions facing the enterprise software industry. In particular, if Oracle's miss were attributable to company-specific product problems, then I would expect no significant negative stock price reactions among Oracle's competitors.[132] If, on the other hand, Oracle's miss was viewed by the market as new evidence of a sudden and unexpected deterioration in economic conditions, then I would expect that Oracle's announcement would be associated with a decline in the stock prices of competing firms.

61.    Exhibit 9 shows the change in stock price of Oracle's competitors in the Industry Index. As shown, all of Oracle's competitors' stock prices were down on March 2, 2001. To put this in perspective, consider that, absent new, material news related to the market or the industry, the probability that all of Oracle's competitors' stock residual returns would be down on the same day is less than 1 percent.[133] My analysis also reveals that 4 out of 9 of Oracle's competitors in the Industry Index experienced statistically significant negative residual returns

---

[131] Morgan Stanley Dean Witter, April 17, 2001 (emphasis added).

[132] Foster, George, "Intra-Industry Information Transfers Associated with Earnings Releases," *Journal of Accounting and Economics*, Vol. 3, December 1981, pp. 201-232.

[133] For this calculation, I assume that stock residual returns follow a random walk and may be up or down on any given day with equal probability. See Brealey, Richard A., Stewart C. Myers, and Allan J. Marcus, *Principles of Corporate Finance*, McGraw-Hill/Irwin, 3rd Ed., p. 350. The probability that 9 separate stocks are all down on the same day is equal to 0.20 percent: $(0.5)*(0.5)*(0.5)*(0.5)*(0.5)*(0.5)*(0.5)*(0.5)*(0.5)$ equals 0.20 percent.

on March 2, 2001.[134] Additional analysis reveals that the Industry Index experienced a

statistically significant residual return of –11.54 percent on March 2, 2001.[135] These facts are

consistent with Oracle's miss being viewed by the market as a harbinger of the effects of

deteriorating economic conditions on the enterprise software industry.

62.     Exhibit 10 shows the change in the stock price of Oracle and the companies in the

Industry Index between March 1, 2001 and April 3, 2001, a day following the earnings pre-

announcements of several enterprise software firms with March fiscal quarters.  Following

Oracle's announcement on March 1, 2001, its stock price continued to decline as did the stock

prices of other companies in the Industry Index.  Between March 1, 2001 and April 3, 2001,

Oracle's stock price declined 38.01 percent.  Over the same period, the stock price of the median

firm in the Industry Index declined 44.11 percent.  Five firms (Ariba, BEA Systems, Commerce

One, I2 Technologies, and Siebel) declined by more than Oracle.

63.     Because Oracle's pre-announcement served as a warning to the market, many

financial analysts took the opportunity to review or update their models for other companies in

the enterprise software industry.  For example:

> **Robertson Stephens:**  Oracle's Q3 (ending February) miss **supports our
> hypothesis that CY:Q1 is going to be a particularly weak quarter for
> enterprise software**....[136]
>
> **Robertson Stephens:**  While our checks indicate that sales pipelines continue to
> be relatively strong and many deals have even been committed to particular

---

[134] I estimate a market model using the value-weighted CRSP NYSE/AMEX/NASDAQ for each of Oracle's
competitors over the period December 8, 1999 to December 8, 2000.  Using the parameter estimates from the model,
I calculated residual returns for March 2, 2001.

[135] I estimate a market model using the value-weighted CRSP NYSE/AMEX/NASDAQ for each of Oracle's
competitors over the period December 8, 1999 to December 8, 2000.  Using the parameter estimates from the model,
I calculated residual returns for March 2, 2001.

[136] Robertson Stephens, March 2, 2001 (analyst report on Seibel) (emphasis added).

software vendors, **nervous executives are refusing to write the checks until they gain better insight about the economy and the prospects for their own businesses in 2001....**[137]

**Deutsche Banc:**  We are previewing 1Q earnings results for the enterprise software companies we follow.  Many software vendors with February quarter end (Oracle, TIBCO Software, and Cognos) have already pre-announced negative results.  **More importantly, we do not expect to see a quick recovery in IT spending in the month of March.  Many vendors are seeing heavily backend weighted quarters, and we believe probability for negative pre-announcements in the first week of April is high (particularly for companies with large deals and lengthy implementation cycles).  Other risks include downward revisions in estimates and deteriorating balance sheets.**[138]

**Robert Baird:**  Big deals are being deferred, pressuring average deal sizes lower.  **When push comes to shove, senior managements in a variety of industries have flinched on large multi-million dollar deals either opting to defer the capital expenditure or commit to a smaller and simpler installation.**  This phenomena became evident in February with Oracle (ORCL - $15.32) missing its 3Q01-Feb. and has spread across the entirety of the B2B space.  The reduction in average deal size will force software vendors to adjust their sales pitch towards small deals with rapid ROI with added pricing pressure due to intense competition.[139]

**UBS Warburg:**  When asked about the current quarter, i2 CEO Sidhu said the economic environment is getting increasingly difficult.  **This comes on the heels of reports from other software vendors in recent weeks, including Oracle, Ariba, and Commerce One, saying that business is more challenging.  We believe that this quarter may be more back-end loaded than usual for i2 as large IT deals are requiring approval from higher level management.**  Companies' CEOs and CFOs seem more focused on their current quarter's P&L and even high ROI software purchases are being scrutinized as to the immediate effect on current quarter earnings.[140]

64.    Moreover, the evidence I reviewed demonstrates that financial analysts generally

revised downward their outlook for companies in the enterprise software industry in response to

Oracle's announcement.  For example:

---

[137] Robertson Stephens, April 11, 2001 (emphasis added).

[138] Deutsche Banc Alex. Brown, March 17, 2001 (analyst report on Ariba) (emphasis added).

[139] Robert Baird, April 3, 2001 (footnote within quotation omitted) (analyst report on Ariba) (emphasis added).

[140] UBS Warburg, March 12, 2001 (analyst report on i2 Technologies) (emphasis added).

**Epoch:**  We are trimming our estimates for Ariba in the wake of Oracle's lackluster 3Q, which we see as a leading indicator of the difficulties that applications companies might face closing sales at the end of March....[141]

**Morgan Stanley:**  We are downgrading [BEA Systems] from Outperform to Neutral...The downgrade comes on the back of Oracle's negative preannouncement.[142]

**Deutsche Banc:**  We are downgrading our rating on Commerce One to Market Performer from Buy.  We have been cautious on Commerce One and others in the B2B software space over the past few months given the effects of the macroeconomic slowdown....

Overall, we believe recent shortfalls at B2B software leaders including Oracle, Ariba, and i2 bode poorly for Commerce One and the outlook for this space over the next several quarters.  Weak IT spending, delayed decisions and lengthening sales cycles are likely to impair visibility for the foreseeable future.[143]

**Epoch:**  We are trimming our estimates for [i2 Technology] in the wake of Oracle's lackluster 3Q, which we see as a leading indicator of the difficulties that applications companies might face closing sales at the end of March....[144]

**SG Cowen:**  We're trimming our estimates for [Microsoft's] F01-02 to reflect the increasing soft IT spending backdrop.  Recent misses by other industry leaders like Sun, Oracle, Intel, Yahoo! and Gateway reveal continued weakening in IT spending plans that will be hard for Microsoft to avoid....[145]

65.     In some cases, financial analysts commented on the need to reassess multiple

firms in the enterprise software industry in light of Oracle's 3QFY01 results:

**Morgan Stanley:**  [W]e have systematically lowered the ratings on all [14] of the remaining Outperform rated software companies to a Neutral rating.  Oracle's missed results is a clear indicator that software purchases will be dampened by the US economy and we have lowered our expectations for our coverage universe accordingly.[146]

**Robertson Stephens:**  With an increasingly challenging economic environment for enterprise software sales (highlighted by Oracle's FQ3:01 shortfall – where

---

[141] Epoch Partners, March 2, 2001 (analyst report on Ariba).

[142] Morgan Stanley Dean Witter, March 2, 2001 (analyst report on BEA Systems).

[143] Deutsche Banc Alex. Brown, April 3, 2001 (analyst report on Commerce One).

[144] Epoch Partners, March 2, 2001 (analyst report on i2 Technologies).

[145] SG Cowen Securities, Inc., March 12, 2001 (analyst report on Microsoft).

[146] Morgan Stanley Dean Witter, March 2, 2001, 8:19 AM.

the company posted only 25% yr/yr growth in applications as compared to its original guidance of 75% yr/yr growth), we believe that even the best positioned business software companies are increasingly vulnerable to a major retrenchment in IT spending. As a result, we are taking a first cut at lowering earnings estimates for Ariba, Commerce One, and i2 – yet, are cognizant of the fact that, depending on the severity and duration of the current economic downturn, additional downward revisions may be in order.[147]

**Banc of America:** Action: Lowering pan-coverage estimates AND ratings as well. For the second time this week we are lowering our coverage-wide 2001-2002 revenue estimates by 5-10%. A comparable or slightly more modest reduction of earnings also results. **More importantly, we are lowering the investment rating on most Strong Buy-rated stocks to Buy (Ariba, Aspen, Commerce One, Manugistics and Siebel) to pay further homage to the macroeconomic impairment**, and lowering Oracle from a Buy to a Market Performer Rating. Oracle's CY01E earnings growth may slow to 0-15% yr/yr, meriting downgrade.[148]

**CSFB:** Our new rating reflects how we would stratify the risk level associated with each of the company's estimates rather than an actionable recommendation.

We are lowering ratings on 12 companies - ACTU ($15 3/16) Buy from Strong Buy, ARTG ($28 5/16) Buy from Strong Buy, CMRC ($18 1/16) Buy from Strong Buy, DCTM ($22 1/2) Hold from Buy, EPNY ($16 11/16) Buy from Strong Buy, ITWO ($27 9/16) Buy from Strong Buy, ONXS ($9 3/8) Hold from Buy, PSFT ($34) Hold from Buy, RETK ($19 7/8) Buy from Strong Buy, SEBL ($44 5/8) Buy from Strong Buy, SLTC ($7 11/16) Buy from Strong Buy, VIGN ($6 3/8) Hold from Strong Buy.[149]

66.     These financial analysts foretold the outcome for those companies with March fiscal quarters. In April 2001, Morgan Stanley "counted 54 negative software company preannouncements with an average revenue shortfall of 20%."[150]   (Oracle's revenue miss for 3QFY01 was 7.5 percent.) In discussing the preannouncements that followed Oracle's March 1, 2001 announcement, the same analyst commented:

**Morgan Stanley:** They call it Stormy Monday but Tuesday's just as bad. At least that's how the famous blues song goes but let's hope for a little let up on

---

[147] Robertson Stephens, March 16, 2001 (analyst report on Ariba).
[148] Banc of America Securities, March 2, 2001 (emphasis added).
[149] Credit Suisse First Boston, March 2, 2001 (analyst report on Commerce One).
[150] Morgan Stanley Dean Witter, April 17, 2001.

Tuesday after a Bloody Monday of pre-announcements – a record 8 enterprise software companies in one day. Including five companies that pre-announced last month, a total of 13 enterprise software companies have fallen on their swords. It's been that kind of party.

The maiden round of pre-announcements in the enterprise software sector saw a median revenue shortfall of 23%.… Five of the 13 companies announced layoffs while the remainder left the option open as they replan their business.

The smallest miss was at i2 Technology (-1.9%) which came in better than investors had feared although posting the incremental revenue will make June that much more difficult. Oracle had the second smallest revenue miss (-7.5%) but the smallest earnings miss and was by far the most profitable. The largest miss was at Ariba which missed the top line by 38% compared to our estimate and 49% relative to company guidance. The miss was expected but the magnitude more severe than consensus estimates.

Most of the shortfalls were expected given the environment. Oracle had the misfortune of being the first large cap software company to pre-announce given its February quarter end. Consequently many pointed to product transition issues, the absence of Ray Lane, and a host of other problems for the miss. As the announcements start to mount, the economy seems to be taking over as the dominant factor in most cases. In Ariba's case, there are market saturation questions that contributed to the size of the miss.[151]

67.     The fact that Oracle's announcement alerted market participants to the sudden change in the outlook for the industry is also evident when one considers the fact that (1) prior to Oracle's announcement on March 1 and as late as February 22, 2001, Oracle's peer companies generally reported earnings that not only met or exceeded the market's expectations but also were in several instances record-setting, and (2) following Oracle's announcement, peer companies generally reported earnings that were below the market's expectations or at best met the market's expectations.

68.     Exhibit 8 illustrates that out of nine companies in the Industry Index, eight companies reported earnings that exceeded market expectations for the quarter prior to Oracle's

---

[151] Morgan Stanley Dean Witter, April 3, 2001.

announcement on March 1, 2001.  Moreover, Oracle's competitors reported earnings or revenues

that were record-setting as late as February 23, 2001.  For example:

> **Ariba Press Release:**  Ariba First Internet B2B to Report Profit[152]
>
> **i2 Technologies Press Release:**  i2 First e-Business Solutions Provider to Top $1
> Billion in Annual Revenues with Announcement of Record Quarterly Revenues
> and Earnings[153]
>
> **Commerce One Press Release:**  Commerce One Reports Record Fourth Quarter
> and Full Year 2000 Results[154]
>
> **PeopleSoft Press Release:**  PeopleSoft Announces Record Financial Results[155]
>
> **BEA Systems Press Release:**  BEA Reports Record Fourth Quarter and Fiscal
> Year Financial Results[156]

69.     Exhibit 8 also reveals that five of the nine companies reported earnings that either

were below or just met the market's expectation for the quarter following Oracle's March 1,

2001 announcement.  Finally, during the June 30, 2001 quarter, seven firms in the group missed

the market's earnings expectations.


## X.    Analysis of the Market's Response to Oracle's Announcement on March 15, 2001

70.     The Complaint alleges that Oracle's March 15, 2001 announcement was a "post

Class Period admission."[157]  On March 15, 2001, Oracle announced the final breakdown of

revenue growth between database revenue and applications revenue that differed from the

breakdown provided in the preliminary announcement on March 1, 2001.  My analysis reveals

---

[152] "Ariba First Internet B2B to Report Profit," Ariba Press Release, January 11, 2001.
[153] "i2 First e-Business Solutions Provider to Top $1 Billion in Annual Revenues with Announcement of Record Quarterly Revenues and Earnings," i2 Technologies Press Release, January 17, 2001.
[154] "Commerce One Reports Record Fourth Quarter and Full Year 2000 Results," Commerce One Press Release, January 18, 2001.
[155] "PeopleSoft Announces Record Financial Results," PeopleSoft Press Release, January 30, 2001.
[156] "BEA Reports Record Fourth Quarter and Fiscal Year Financial Results," BEA Systems Press Release, February 22, 2001.
[157] Complaint ¶76.

that following Oracle's announcement on March 15, 2001 (1) the market continued to view

Oracle's miss as resulting from the sudden deterioration in the economic conditions facing the

enterprise software industry, (2) some financial analysts expressed concern for Oracle's

competitive position vis-à-vis other best-of-breed providers of enterprise software, and (3)

financial analysts did not view the earnings or revenue miss as providing any new information

regarding integration or interoperability or product quality issues about Suite 11i that had not

been previously known to the market.  I find no evidence that the stock price reaction following

the March 15, 2001 announcement resulted from new information entering the market regarding

integration- or interoperability-related Suite 11i issues as alleged in the Complaint.

71.     After close of market on March 15, 2001, Oracle reported actual 3QFY01 EPS of

$0.10 and revenues of $2.7 billion for 3QFY01.[158]  Actual EPS and total revenues released on

March 15, 2001 were in line with the preliminary estimates issued on March 1, 2001.  Thus,

Oracle also confirmed that EPS for the quarter was $0.10 and that license revenue grew 6

percent.[159]

72.     However, in contrast to the preliminary estimate provided in the prior

announcement, Oracle reported that database revenues grew by 6 percent (compared to the

preliminary flat growth or slight decline reported on March 1, 2001) and that applications

revenues had grown by 25 percent (compared to preliminary growth of 50 percent reported on

March 1, 2001).  As reported in the realized financials on March 15, 2001, database revenue was

down 8 percent and applications revenue was down 29 percent from their respective 3QFY01

guidance.

---

[158] Oracle's 3QFY01 Conference Call Transcript, March 15, 2001, 5:30 PM.
[159] Ibid. and Oracle's 3QFY01 Conference Call Script, March 15, 2001.

73.     Following this announcement, Oracle's stock price fell by 4.26 percent on March 16, 2001, while the Industry Index fell by 3.86 percent. The residual return from my event study was –0.18 percent. This residual return was not statistically significant. Taken as a whole, the March 15, 2001 announcement was not material to the market. The fact that Oracle's stock return on March 15, 2001 was similar to the return of the Industry Index is inconsistent with Plaintiffs' argument in the Complaint that the March 15, 2001 announcement provided the market with new material information regarding integration, interoperability, or product quality problems pertaining to Suite 11i that were not previously known to the market.

74.     Following the March 15, 2001 announcement, many financial analysts stressed the continuing uncertainty regarding the current economic environment.[160] A few financial analysts suggested that the earnings miss may have resulted in part from Oracle-specific factors. These financial analysts attributed the disappointment in Suite 11i revenues to the desirability of the suite concept relative to the best-of-breeds and the deeper functionality of best-of-breeds relative to Suite 11i. For example:

> **Banc of America:** We continue to believe the economy is only one of several factors that are pressuring the company currently. On the database side, we believe the economy explains perhaps 70-80% of the weakness, with the remainder due to company-specific woes (possible market share loss and dot-com impact?). On the applications side, especially in light of Oracle's weaker than expected 3Q applications growth, we believe the economy may only explain 20-30% of the weakness. **The rest, in our view, is a result of the product set not yet reaching a competitive level of functionality, relative to best-of-breed vendors. The litmus test for Oracle's applications business is in 15-30 days when applications software companies report their March quarters. If results are weak, it's probably good news for Oracle (Oracle's apps weakness**

---

[160] Even before Oracle's March 15 announcement, a Banc of America Securities financial analyst report from March 15, 2001 acknowledged the continuing deterioration in the economy: "Economic environment that hurt Oracle's February quarter in merely 'its final days' continues to worsen, prompting further trimming of [our] growth estimates [for Oracle revenues]."

**is due more to industry weakness); if they're strong, it's bad news (apps business is losing share).**[161]

**CIBC:** On March 16, 2001, we are downgrading the shares of Oracle to Hold due to 1) the impact of the US economy, 2) concerns over acceptance of its e-business applications, and 3) management's lack of a proactive plan to get back on track. We believe that the economy is only a partial explanation for their shortfall.

…The 25% growth in applications revenues was particularly disappointing as applications were expected to be a major growth driver for the company.

**…From our conversations, customers still desire best of breed solutions designed with the customer in mind verses a suite that may not be customizable or offering specific industry centric features.**

…

Applications not selling because of the product not the budget.… [W]e believe that there are as many product issues slowing sales as economic factors.

In speaking with Oracle salespeople, we have heard repeatedly, that they are having difficulty competing with Siebel Systems for CRM and i2 Technologies for supply chain. With that knowledge it becomes clear why Oracle does want to sell the suite because it is having a difficult time when you compare one of the modules to a company that specializes in that application like an i2. Even at App[s]World, management stated, "**our [11i] application suite may not give you everything that you want, but it will give you everything you need.**"

**This leads to our conclusion that people will continue to choose a best of breed [solution] over a suite even if the implementation is faster. These solutions are critical and rapid implementation does not make them better products than their competitors.**[162]

75.     Some financial analysts suggested that the earnings miss resulted, in part, due to the fact that purchases of suites of enterprise software faced heightened sensitivity to economic downturns relative to purchases of best-of-breed applications. According to some financial analysts, the downturn in the economy revealed that high-level executives were more sensitive to purchases of new large-ticket enterprise software solutions relative to smaller-ticket enterprise solutions for legacy programs. For example:

---

[161] Banc of America Securities, March 16, 2001 (emphasis added). Exhibit 10 shows how competitors fared.
[162] CIBC World Markets Corp., March 16, 2001 (emphasis added).

**Josephthal:**  We have issues with their contention that the integrated suite strategy is a clear winner versus the best-of-breed approach.  Their contention should be viewed in light of the fact that many of their applications deals were deferred, while many best-of-breed vendors have performed well in recent quarters – as Verity has demonstrated, and as we expect Manugistics will do also.  **In our view, the strategy of selling large, integrated suites will meet with greater challenges in a troubled economy,** and may not track as well versus competitors such as i2, e.piphany, and Siebel Systems.  To put it plainly – high cost brings high level scrutiny.

We have further adjusted our estimates to a level that is inline with the guidance given.  It is our view that management has set guidance at a level that they are reasonably [confident] that they can meet or beat without great difficulty...[163]

**Morgan Stanley:**  In tougher times buyers gravitate to conservative IT investments which translate to smaller, incremental investments in existing infrastructure.  Upgrades, capacity expansions, and maintenance investments fit under the radar screen.  Companies like Veritas and Computer Associates selling additional capacity expansion for existing operational infrastructure (backup, job scheduling, etc) have an advantage.

At the other extreme, high profile new projects that involve more risk and uncertainty as to ROI and don't affect existing business critical applications can wait.  The payback on these new projects is normally over several years and waiting a month, a quarter, or several quarters doesn't impact the business materially.  Most software purchases are discretionary in the short term.  Software purchases are opportunistic in the sense that the customer is embarking on a new project with the goal of improving productivity, increasing efficiency, reducing costs, or some other laudable goal.  But the goal normally isn't to keep the lights on – that's done by legacy applications.  Ironically, only when new applications get into production and are well on their way to becoming legacy applications do they become mission critical. [164]

76.   Plaintiffs allege that Oracle's 3QFY01 disappointment showed investors that Suite 11i was "broken" and "did not work."[165]  If such allegations were true, one would expect Oracle's Suite 11i licensing revenues to plummet after the 3QFY01 miss was announced and the

---

[163] Josephthal and Co., March 16, 2001 (emphasis added).
[164] Morgan Stanley Dean Witter, April 3, 2001.
[165] Complaint ¶¶72, 82.

market became aware of this alleged fact.  In fact, in the following quarter (4QFY01),

applications revenue grew by 36 percent to $338 million.[166]

## XI.   Analysis of Allegations that Oracle Saved $1 Billion Using E-Business Suite

77.    Plaintiffs allege that certain statements about cost savings Oracle enjoyed from

implementing E-Business Suite were false and misleading.  For example, Plaintiffs allege the

following statements were false and misleading:

> **Plaintiffs' Contention Responses:**  Using its own suite of e-business
> applications, Oracle beat the goal set by cofounder and CEO Lawrence J. Ellison
> – cut one billion in costs in one year – passing the billion dollar savings mark
> before the year was up.[167]

> **Complaint:**  We were the first Company to use this eBusiness suite and in the
> very first year we put it in, we saved $1 billion.[168]

78.    In my opinion, Oracle's stock price decline on March 2, 2001 was not caused by

the disclosure of information related to Oracle's savings from its use of E-Business Suite.  I saw

nothing in the March 1, 2001 or March 15, 2001 announcements that corrected any prior

statements on such cost savings.  I also find no mention of a billion-dollar savings from the E-

Business suite in any of the financial analyst reports or public press that I have reviewed in

connection with Oracle's 3QFY01 earnings miss announced on March 1, 2001 and on March 15,

2001.

---

[166] Oracle Corporation Q4 Fiscal 2001 Supplemental Analysis
(http://www.oracle.com/corporate/investor_relations/Q401AS.pdf).
[167] Plaintiffs' Contention Responses, p. 7, ¶1.  This statement was issued *before* the Class Period.  The source cited
in Plaintiffs' Contention Responses is "Find Out About Oracle Corporation's Billion Dollar Savings Story On The
E-Business Network," Oracle Press Release, December 5, 2000.
[168] Complaint, ¶68.  The Complaint points to a February 21, 2001 statement by Larry Ellison at the New Orleans
AppsWorld conference.  Since the statement is not in bold in the Complaint, it is not clear that Plaintiffs allege it to
be false and misleading.  However, the Complaint ¶69 states, "In addition, Ellison claimed that the Company had
saved $1 billion by implementing its own 11i software internally.  But, many witnesses... stated Ellison's claim was
just a Wall Street marketing gimmick and that the 11i suite didn't work internally any better than externally.
Instead, these witnesses stated the major portion of the savings came from firing more than 2,000 employees."

## XII.   Analysis of Allegations that Oracle Falsely Reported 2QFY01 Earnings and Revenue

79.     In my opinion, Oracle's stock price decline on March 2, 2001 was not caused by the disclosure of information related to alleged accounting errors in 2QFY01. It is my understanding that Oracle has not announced any restatement of financial results or that it would be required to restate past financials to correct the alleged accounting errors. In my review of analyst reports and public press, I have not seen any evidence of a disclosure during the class period related to alleged accounting errors during 2QFY01.

80.     The Complaint alleges that Oracle's announcement on December 14, 2000 of $2.66 billion in revenues and $0.11 per share for 2QFY01 was false and misleading.[169]  The Complaint alleges that Oracle overstated 2QFY01 revenues and earnings by executing "more than 46,000 sham invoice transactions" and consequently "improperly recognized [$228 million in] revenue from past customer credits and overpayments it had held in reserve without informing its customers."[170]  According to the Complaint, "the improper conversion of more than $228 million of customer cash 'On Account' to revenue" in 2QFY01 was done "to disguise the slowdown in product sales...and falsely report revenue and earnings growth and thus maintain its streak of 11 straight quarters of EPS growth."[171]  The Complaint alleges, "Without the sham revenues, however, Oracle would only have earned $0.085 per share" for 2QFY01.[172]

81.     Plaintiffs' Contention Responses also allege that "Oracle used customer overpayments and unapplied cash by, inter alia, improperly transferring the funds to a bad debt

---

[169] Complaint ¶35. Plaintiffs' accounting allegations are in Complaint ¶¶8, 35-36.
[170] Complaint ¶8.
[171] Complaint ¶36.
[172] Complaint ¶8.

reserve account (which inflated revenue, net income and EPS) and various other revenue and expense accounts (which also inflated revenue, net income and EPS)."[173]  It is my understanding that the amount allegedly transferred improperly during 2QFY01 was approximately $20.1 million.

82.    I find no evidence supporting any argument advanced in the Complaint or Plaintiffs' Contention Responses that links the 3QFY01 miss in earnings and revenues or the stock price decline on March 2, 2001 to the alleged 2QFY01 overstatement of earnings and revenues.[174]  I also find no mention of potentially erroneous revenues reported in 2QFY01 in any of the financial analyst reports or public press that I have reviewed in connection with Oracle's 3QFY01 earnings miss announced on March 1, 2001 and on March 15, 2001.  Thus, I find no evidence that the market viewed the 3QFY01 earnings miss as having anything to do with allegedly improper accounting of 2QFY01 results.

---

[173] Plaintiffs' Contention Responses, p. 21.

[174] I understand that if the $20.1 million in transfers in 2QFY01 had not been made, then Oracle would have earned $0.1038/share, as opposed to $0.1060/share.  Of course, this presumes that the full $20.1 million in transfers was improper, which I do not understand to be the case.  In any event, even if Oracle had reported $0.10/share as opposed to $0.11/share, financial analysts would have calculated any change in earnings per share with greater precision than simply rounding to the nearest penny per share, and therefore would have viewed the difference in EPS as being $0.0022, and not $0.01/share.  See, for example, Table 1 in Banc of America Securities, December 15, 2000.

Executed on this _____ day of _____ in 2007 in

Christopher M. James

# Exhibit 1
# CURRICULUM VITAE

**NAME:**            Christopher M. James

**CURRENT
POSITION:**        William H. Dial/SunBank Eminent Scholar in Finance and Economics,
                 University of Florida

**ADDRESS:**         Department of Finance, Insurance, and Real Estate, Graduate School of
                 Business, University of Florida, PO Box 117168, Gainesville, FL 32611
                 E-mail: christopher.james@cba.ufl.edu

**TELEPHONE:**       Office:   352-392-3486
                 Home:    352-336-2765

**EDUCATION:**       B.A.     Michigan State University, 1973
                 M.B.A.   University of Michigan (Finance), 1977
                 Ph.D.    University of Michigan (Economics: Industrial Organization,
                          Finance), 1978

**RESEARCH/
TEACHING
INTERESTS:**       Corporate Strategy, Corporate Finance and Financial Institutions

**TEACHING/
RESEARCH
EXPERIENCE:**      William H. Dial/SunBank Eminent Scholar in Finance and Economics,
                 University of Florida, 1989-present

                 Visiting Professor, University of New South Wales, 1995

                 U.S. Bank/ John B. Rogers Professor of Finance, University of Oregon,
                 1984-1989

                 Visiting Scholar, Federal Reserve Bank of San Francisco, 1987-1988

                 Visiting Professor of Finance, University of Michigan, 1986

                 Associate Professor of Finance, University of Oregon, 1982-1984

                 Assistant Professor of Finance, University of Oregon, 1978-80

                 Instructor, University of Michigan, 1978

                 Consultant, FDIC, 1988-1991

                 Senior Economic Advisor, Comptroller of the Currency, Department of
                 Treasury, 1980-1982

**PAPERS AND
PUBLICATIONS:**

"The Technology of Risk and Return, Comment," <u>American Economic Review</u>, June, 1981.

"Self-Selection and the Pricing of Bank Services, An Analysis of the Market for Bank Loan Commitments and the Role of Compensating Balance Requirements," <u>Journal of Financial and Quantitative Analysis</u>, December, 1981.

"An Analysis of Bank Loan Rate Indexation," <u>Journal of Finance</u>, June, 1982.

"An Analysis of the Impact of Deposit Rate Ceilings on the Market Values of Thrift Institutions," (with L.Y. Dann), <u>Journal of Finance</u>, December, 1982.

"Pricing Alternatives for Loan Commitments: A Note," <u>Journal of Bank Research</u>, Winter, 1983.

"An Analysis of Intra-Industry Differences in the Effect of Regulation: The Case of Deposit Rate Ceilings," <u>Journal of Monetary Economics</u>, August, 1983.

"Is Illiquidity a Bar to Buying Small Cap Stocks?" (with R.O. Edmister), <u>Journal of Portfolio Management</u>, Summer, 1983.

"The Relation Between Common Stocks Returns, Trading Activity and Market Value," (with R.O. Edmister), <u>Journal of Finance</u>, September, 1983.

"Regulation and the Determination of Bank Capital Changes: A Note," (with J.K. Dietrich), <u>Journal of Finance</u>, December, 1983.

"An Analysis of the Effect of State Acquisition Laws on Managerial Efficiency: The Case of Bank Holding Company Acquisitions," <u>Journal of Law and Economics</u>, April 1984, Abstracted in <u>Regulation</u> as "Do Corporate Takeovers Keep Managements Lean?" May/June, 1984.

"The Effect of Interest Rate Changes on the Common Stock Returns of Financial Institutions," (with M.J. Flannery), <u>Journal of Finance</u>, September, 1984.

"Market Evidence on the Effective Maturity of Bank Assets and Liabilities," (with M.J. Flannery), <u>Journal of Money, Credit and Banking</u>, November, 1984, Presented at the American Finance Association meetings in San Francisco, December, 1983.

"The Effects of Government Regulatory Agencies on Organizations in High Technology and Woods Products Industries," (with G. Ungson and B. Spicer), <u>Academy of Management Journal</u>, 1985.

"A VARMA Analysis of the Causal Relations Among Stock Returns, Real Output and Nominal Interest Rates," (with S. Koreisha and M. Partch), Journal of Finance, December, 1985.

"Access to Deposit Insurance, Insolvency Rules and the Stock Returns of Financial Institutions," (with J. Brickley), Journal of Financial Economics, July, 1986.

"The Takeover Market, Corporate Board Composition, and Ownership Structure: The Case of Banking," (with J. Brickley), Journal of Law and Economics, April, 1987.

"Returns to Acquirers and Competition in the Acquisition Market: The Case of Banking," (with P. Wier), Journal of Political Economy, April, 1987.

"An Analysis of FDIC Failed Bank Auctions," (with P. Wier), Journal of Monetary Economics, July, 1987.

"Some Evidence on the Uniqueness of Bank Loans," Journal of Financial Economics, December, 1987.

"The Use of Loan Sales and Standby Letters of Credits by Commercial Banks," Journal of Monetary Economics, November, 1988.

"Empirical Evidence on Implicit Guarantees of Bank Foreign Loan Exposure," Carnegie Rochester Conference Series on Public Policy, April, 1989.

"Heterogeneous Creditors and the Market Value of Bank LDC Loan Portfolios," Journal of Monetary Economics, December, 1990.

"Borrowing Relationships, Intermediation and the Cost of Issuing Public Securities," (with P. Wier), Journal of Financial Economics, November, 1990.

"The Losses Realized in Bank Failures," Journal of Finance, September, 1991.

"Relationship-Specific Assets and the Pricing of Underwriter Services," Journal of Finance, December, 1992.

"Management and Organizational Changes in Banking: A Comparison of Regulatory Intervention with Private Creditor Actions in Nonbank Firms," (with J. Houston), Carnegie Rochester Conference Series on Public Policy, 1993.

"The Information Content of Distressed Restructurings involving Public and Private Debt Claims," (with D. Brown and B. Mooradian), Journal of Financial Economics, February, 1993.

"Asset Sales by Financially Distress Firms," (with D. Brown and R.M. Mooradian), Journal of Corporate Finance, April, 1994.



"When Do Banks Take Equity in Debt Restructurings?" <u>Review of Financial Studies</u>, Winter, 1995.

"CEO Compensation and Bank Risk: Is Compensation Structured in Banking Structured to Promote Risk-Taking?" (with J. Houston), <u>Journal of Monetary Economics</u>, November, 1995.

"Bank Debt Restructurings and the Composition of Exchange Offers in Financial Distress," <u>Journal of Finance</u>, June, 1996.

"Bank Information Monopolies and the Mix of Private and Public Debt Claims," (with J. Houston), <u>Journal of Finance</u>, December, 1996.

"Capital Market Frictions and the Role of Internal Capital Markets in Banking," (with J. Houston and D. Marcus), <u>Journal of Financial Economics</u>, November, 1997.

"Do Bank Internal Capital Markets Promote Lending?" (with J. Houston), <u>Journal of Banking and Finance</u>, November, 1998.

"Where Do Merger Gains Come From? Bank Mergers from the Perspective of Insiders and Outsiders," (with J. Houston and M. Ryngaert), <u>Journal of Financial Economics</u>, May, 2001.

"Do Relationships Have Limits? Banking Relationships, Financial Constraints and Investment," (with J. Houston), <u>Journal of Business</u>, July, 2001.

"Do Banks Provide Financial Slack?" (with C. Hadlock), <u>Journal of Finance</u>, June, 2002.

"What a Difference a Month Makes: Stock Analyst Valuations Following Initial Public Offerings," (with J. Karceski and J. Houston), <u>Journal of Financial and Quantitative Analysis</u>, March 2006, Presented at Hong Kong Corporate Finance Conference, December, 2003.

"The Strength of Analyst Coverage Following IPO's," (with J. Karceski), forthcoming, <u>Journal of Financial Economics</u>, 2006, Presented at 2005 American Finance Association Meetings.

"Investor Monitoring and Differences in Mutual Fund Performance," (with J. Karceski), forthcoming, <u>Journal of Banking and Finance</u>, 2006, Presented at 2001 American Finance Association Meetings.

"Banks and Bubbles: How Good are Bankers at Spotting Winners?" (with L. Gonzalez), forthcoming, <u>Journal of Financial Economics</u>, 2006.

**CURRENT**
**RESEARCH:**          "The Information Content of Bank Loan Covenants", With Cem Demiroglu work in progress.

"The Effects of Leverage on Operating Performance: An Analysis of Firms' Responses to Poor Performance," (with M. Ryngaert and D. Brown), working paper.

**OTHER PAPERS AND**
**PUBLICATIONS:**          "Are Banks Still Special?  New Evidence in the Corporate Capital-Raising Process," (with D. Smith), Journal of Applied Corporate Finance, Winter, 2000.

"Why Are Value Enhancing Mergers In Banking So Hard to Find?  A Discussion of 'Is the Bank Merger Wave of the 90's Efficient? Lessons from Nine Case Studies,'" Kaplan, Steven (ed.), Mergers and Productivity, University of Chicago Press, Chicago, IL, 1999.

"Comment on Esty, Narasimhan, and Tufano," Journal of Banking and Finance, 23, 1999, 286-290.

"Using Internal Capital Markets to Lower Capital Costs in Banking," (with J Houston), Journal of Applied Corporate Finance, Summer, 1998.

Discussion of "Financial Institutions and Regulations:  The Dilemma in a Deregulated World," Proceedings from Riksbank Conference:  Forces for and Implications of Structural Changes in the Financial Sector, June, 1997.

"Evolution of Extinction:  Where are Banks Headed," (with J. Houston), Journal of Applied Corporate Finance, Summer, 1996.

"RAROC at Bank of America: From Theory to Practice, Journal of Applied Corporate Finance, Summer, 1996.

"Bank Equity Positions in Distressed Firms," Saunders, Anthony and Ingo Walter (ed.), Universal Banking:  Financial System Design Reconsidered, (Irwin), 1996.

"The Use of Index Amortizing Swaps by Banc One," (with C. Smith), Journal of Applied Corporate Finance, Fall, 1994.

"Private Versus Public Creditor Experience in Distressed Firm Debt Restructurings," (with D. Brown and M. Mooradian), Altman, Edward (ed.), Bankruptcy and Distressed Restructurings:  Analytical Issues and Investment Opportunities, (Business One Irwin), 1994.

"Banc One's Index Amortizing Swap Strategy," (with C. Smith), Journal of Applied Corporate Finance, 1994.

"Studies in Financial Institution," (with C. Smith), Commercial Banks, 1994.

- 5 -

Statement of Christopher James, Professor, College of Business, The University of Florida at Gainesville at Hearing before the Senate Committee on Banking, Housing and Urban Affairs – 102nd Congress, 4/26/91 (BIF Recapitalization).

"Off-Balance Sheet Activities and the Under Investment Problem in Banking," Journal of Accounting, Auditing, and Finance, Spring, 1989.

"The Incidence of Mispriced Deposit Insurance," Presented at 1989 American Economic Association Meetings.

"Are Bank Loans Different? Some Evidence From the Stock Market," (with P. Wier), Journal of Applied Corporate Finance, Summer, 1988.

"Acquisitions in Banking," Weekly Letter, Federal Reserve Bank of San Francisco.

"Off-Balance Sheet Banking," Weekly Letter, Federal Reserve Bank of San Francisco.

"Are Bank Loans Special?" Weekly Letter, Federal Reserve Bank of San Francisco.

"Off-Balance Sheet Banking," Economic Review, Federal Reserve Bank of San Francisco, Fall, 1987.

Discussion of "The Search for Financial Stability: The Past Fifty Years," Proceedings from the Federal Reserve Bank of San Francisco Conference on the Search for Financial Stability, June, 1985.

"An Analysis of FDIC Failed Bank Auction Procedures," (with P. Wier), Proceedings of a Conference on Bank Structure and Competition, May, 1985.

"Bank Holding Company Acquisitions and Managerial Efficiency," Proceedings of a Conference on Bank Structure and Competition, May, 1984.

"Market Based Measures of Risk for Banks and Savings and Loan Associations," Report prepared for the Federal Home Loan Bank Board, May, 1987.

"An Economic Analysis of Interindustry Acquisitions of Thrift Institutions," Report prepared for the Office of the Comptroller of the Currency, February, 1982.

"Loan Rate Indexation and the Allocation of Bank Credit," Proceedings of a Conference on Bank Structure and Competition, May, 1980.

**SERVICE**

**ACTIVITIES:**          Associate Editor: Journal of Banking and Finance, 1999-2001.

Associate Editor: Journal of Financial Economics, 1993-present.

Associate Editor: Journal of Financial Services Research, 1989-present.

Associate Editor: Journal of Managerial and Decision Economics, 1988-present.

Associate Editor: Journal of Finance, 1988-2000.

Co-Editor: Journal of Financial Intermediation, 1988-1999.

Associate Editor: Journal of Financial and Quantitative Analysis, 1982-1984.

Academic Board: Turnaround Management Association, 1990-2002.

Editorial Board: Federal Reserve Bank of New York: Economic Review, 1997-present.

Reviewer: Journal of Finance; Journal of Money, Credit and Banking; Journal of Financial Economics; Journal of Financial Management; Journal of Banking and Finance; Journal of Business and Economics; Journal of Monetary Economics; American Economic Review; Journal of Political Economy; Review of Financial Studies; Journal of Corporate Finance; Journal of Law and Economics; Journal of Accounting and Economics.

Program Committee: Financial Management Association, Western Finance Association, American Finance Association, and European Finance Association.

**CONSULTING/EXECUTIVE
EDUCATION ACTIVITIES:**

Board of Directors/Chairman, ID$^2$, Inc.

Advisory Board, SunTrust Bank.

Independent Distribution Consultant, Janus Funds

Consultant, Federal Reserve Bank of New York, 1997, 2004.

Consultant, Federal Reserve Board of Governors, 1995, 1998.

Research Director, Garn Institute of Finance, Salt Lake City, Utah, 1987-1989.

Board of Directors, SunTrust Banks, 1989-2001.

Instructor, Pacific Coast Banking School: Commercial Lending, Financial Markets, Workout Lending.

Instructor, Bank Board of Directors School: Workout Lending.

Instructor, Swiss National Bank, Gerzensee, Switzerland, Bank Safety and Soundness Regulation.

Executive Seminars on bank deregulation, valuation, venture capital, strategic management, lender liability, and asset and liability management.

Expert Witness: Cases involving antitrust, portfolio management, securities valuation, bank management, valuation, and regulatory matters.

Consultant: Product pricing, valuation, portfolio management, utilities regulation, valuation of securities, mergers and acquisitions, and risk management.

Consultant to the Office of the Comptroller of the Currency, 1982-1983: Bank and Thrift Mergers.

Consultant to the Investment Company Institute, 1983: Bank Offerings of Mutual Funds.

Consultant to the FDIC, Costs of Resolving Bank and Thrift Failures.

Recipient of a grant from MidAmerica Institute to study management compensation in banking, 1992.

Recipient of grant from Federal Home Loan Bank Board to study the information content of savings and loan accounting information.

Member: Research Committee: Garn Institute of Finance, 1989-1992.

Research Associate at the Business Regulation Study Center, 1980.

AWARDS:             Valedictorian, Michigan State University, 1973.

Harry R. Jacobs, Professional Service Award, University of Oregon, 1985.

Outstanding Teaching Award: MBA Association, University of Oregon, 1985.

Outstanding Teaching Award: MBA Association, University of Florida, 1994, 1996, 1998, 1999, 2000.

# Exhibit 2
# Prior Testimony of Dr. Christopher M. James
# In the Previous Four Years

*Sterling Savings Association, Sterling Financial Corporation v. United States of America,* No. 95-829C, United States Court of Federal Claims, deposition, 2001, 2002, and 2004

*KA Investments v. Number Nine Visual Technology Corp.,* No. 00 CV 10966 DPW, U.S. District Court, District of Massachusetts, deposition and trial testimony, 2003.

*In Re A.T. Cross Securities Litigation,* No. 00 203 ML, U.S. District Court, District of Rhode Island, deposition, 2003.

*Long Island Savings Bank, FSB, and The Long Island Savings Bank of Centereach FSB, v. United States of America,* No. 92-517C, United States Court of Federal Claims, deposition, 1999-2000, 2003.

*LaSalle Talman Bank, F.S.B., v. United States of America,* No. 92-652C, United States Court of Federal Claims, deposition and trial testimony, 1998-1999, 2004.

*Smith v. Arthur Andersen et al.,* No. CIV-01-218-PHX-PGR, United States District Court for the District of Arizona, deposition, 2003.

*Land Development, Ltd. v. Arvida Managers-II, Inc.,* No. 96-0062-CA-15-N, The Circuit Court in and for the Eighteenth Judicial Circuit, Seminole County, Florida, deposition, 2003.

*PSINet Consulting Solutions Holdings, Inc., et al.,* No. 01-14916, United States Bankruptcy Court for the Southern District of New York, deposition, 2003, trial testimony, 2004.

*AT&T Corp. Securities Litigation,* No. 01-CV-1883, United States District Court for the District of New Jersey, deposition, 2004.

*RaboBank vs. Coopers & Lybrand,* No. 312318, Superior Court of the State of California County of San Francisco, deposition, 2004.

*Citizens Federal Bank, FSB, et al., v. United States,* No. 92-656C, United States Court of Federal Claims, deposition and trial testimony, 2004.

*Marriott International, Inc.,* No. 50-T-168-00171-2, International Centre for Dispute Resolution American Arbitration Association, arbitration testimony, 2004.

*James Marcelli v. Bank One Trust Company,* AAA Case No. 77 148 00154 03 DEAR, arbitration testimony, 2004.

*Texas First National bank v. Kenneth Wu,* et al,. No. H-01-2661, United States District Court for the Southern District of Texas, Houston Division, deposition and trial testimony, 2004.

*Hechinger Investment Company of Delaware v. Chase Manhattan Bank,* No. 00-840-RRM, United States District Court for the District of Delaware, deposition, 2004.

*American Capital Corporation and Transcapital Financial Corporation, v. U.S.,* No. 95-523C, United States Court of Federal Claims, deposition and trial testimony, 2004.

*Wyeth Pharmaceuticals,* No. C-1-01-704, United States District Court for the Southern District of Ohio Western Division, deposition, 2004.

*WorldCom Securities Litigation,* No. 02 Civ. 3288 (DLC), United States District Court Southern District of New York, deposition, 2004.

*Furstenau, et al. v. AT&T Corp., et al.,* No: 02-CV-5409, United States District Court for the District of New Jersey, deposition, 2005.

*Truserv Corporation v. Ernst & Young LLP,* No. 51-Y-181-01333-02, deposition, 2004, arbitration testimony, 2005.

*Allegheny Health, Education and Research Foundation v. PriceWaterhouseCoopers,* No. 00-684, United States District Court for the Western District of Pennsylvania, deposition, 2005.

*Torchmark Corporation, v. KPMG Peat Marwick LLP, et al.,* No. CV-03-3315, Circuit Court of the Tenth Judicial Circuit, in and for Jefferson County Alabama, deposition, 2005.

*Cisco Systems, Inc.,* No. C-01-20418-JW(HRL), United States District Court Northern District of California San Jose Division, deposition, 2006.

*Williams Securities Litigation,* No. 02-CV-72-SPF-FHM, United States District Court for the Northern District of Oklahoma, deposition, 2006.

*Asche Transportation Services v. Ernst & Young, LLP,* No. 51-107-Y-01237 04, American Arbitration Association, arbitration testimony, 2006.

*Granite Management Corporation v. United States of America,* No. 95-515C, United States Court of Federal Claims, trial testimony, 2006.

*Adams Golf, Inc. Securities Litigation,* C.A. No. 99-371 KAJ, United States District Court District of Delaware, deposition, 2006.

*Enron Corporation Securities Litigation,* MDL Docket No. 1446, United States District Court, Southern District of Texas, Houston Division, deposition, 2006.

*Regents of the University of California, et al. vs. Parsons, et al.,* LA Super. Ct. No. BC293848,

2007.

*California Public Employees' Retirement System vs. AOL Time Warner, Incorporated*, Sacramento Super. Ct. No. 03AS04015, 2007.

*California State Teachers' Retirement System, vs. AOL Time Warner, Incorporated*, S.F. Super. Ct. No. CGC-03-422609, 2007.

*Water and Power Employees' Retirement System, et al. v. AOL Time Warner Inc.*, et al., L.A. Super. Ct. No. BC346081, 2007.

*Ohio Public Employees' Retirement System, et al. vs. Richard D. Parsons, R.E. Ted Turner, et al.*, Case No. 03CVHO7-7932, 2007.

*J. Gregg Pritchard, as Trustee of the D.I.C. Creditors' Trust, vs. Ernst & Young LLP*, Case No. 71 107 Y 00572 05, 2007.

*AIG Retirement Services, Inc. (formerly known as SunAmerica Inc.), Plaintiff, vs. Altus Finance S.A., et al., Defendants.* No. CV 05-1035-JRW (CWx), deposition, 2007.

*Barry Van Roden, et al. v. Genzyme Corporation, et al.*, No. 03 Civ. 4014 (LLS), United States District Court Southern District of New York, deposition, May 2007.

 

# Exhibit 3
# DOCUMENTS RELIED UPON

| Document Title / Source | Bates Numbers | Document Date |
|---|---|---|

**Legal Documents**

Revised Second Amended Complaint — December 9, 2002

Robert D. Sawyer's Second Supplemental Responses to Defendants' Second Set of Interrogatories to Plaintiffs — January 31, 2007

**Academic Literature**

Brealey, Richard A., Stewart C. Myers, and Allan J. Marcus, *Principles of Corporate Finance*, McGraw-Hill/Irwin, 3rd Ed., 2001

Brealey, Richard A., Stewart C. Myers, and Franklin Allen, *Principles of Corporate Finance*, McGraw-Hill/Irwin, 8th Ed., 2006

Brown, Stephen J. and Jerold B. Warner, "Using Daily Stock Returns: The Case of Event Studies," *Journal of Financial Economics*, Volume 14, Issue 1, March 1985

Fama, Eugene F., *Foundations of Finance: Portfolio Decisions and Securities Prices*, Basic Books, Inc. Publishers, June 1976

Foster, George, "Intra-Industry Information Transfers Associated with Earnings Releases," *Journal of Accounting and Economics*, Vol. 3, December 1981

**SEC Filings**

Oracle 10-K for the year ending May 31, 2000 filed on August 28, 2000

Oracle Corporation Q4 Fiscal 2001 Supplemental Analysis (http://www.oracle.com/corporate/investor_relations/Q401AS.pdf)

**Conference Call Transcripts**

| Oracle's 2QFY01 Conference Call Transcript | *NDCA-ORCL 296261-93* | December 14, 2000 |
| Oracle's 3QFY01 Conference Call Transcript | *NDCA-ORCL 419609-26* | March 1, 2001 |