**EXHIBIT 169 part 2**

Exhibit 3

| Document Title / Source | Bates Numbers | Document Date |
|---|---|---|
| Oracle's 3QFY01 Conference Call Script | *NDCA-ORCL 307101-10* | March 15, 2001 |
| Oracle's 3QFY01 Conference Call Transcript | *NDCA-ORCL 399179-218* | March 15, 2001 |
| **Analyst Reports** | | |
| Morgan Stanley Dean Witter | *NDCA-ORCL 308710-6* | May 12, 2000 |
| Morgan Stanley Dean Witter | *NDCA-ORCL 308754-9* | June 8, 2000 |
| Morgan Stanley Dean Witter | *NDCA-ORCL 1051488-91* | June 21, 2000 |
| BlueStone Capital | | September 8, 2000 |
| Deutsche Bank Alex. Brown | *NDCA-ORCL 420254-7* | September 15, 2000 |
| Goldman Sachs | *NDCA-ORCL 308839-41* | September 15, 2000 |
| Lehman Brothers | *NDCA-ORCL 420261-4* | September 15, 2000 |
| Needham & Co. | *NDCA-ORCL 420321-3* | September 15, 2000 |
| Paine Webber | *UBS 00053-5* | September 15, 2000 |
| Punk, Ziegel & Co. | *NDCA-ORCL 420299-300* | September 15, 2000 |
| Robertson Stephens | *NDCA-ORCL 308832-7* | September 15, 2000 |
| Montgomery Securities | *NDCA-ORCL 421238-9* | October 3, 2000 |
| Merrill Lynch | *NDCA-ORCL 421199-201* | October 4, 2000 |
| Goldman Sachs | *NDCA-ORCL 308851-3* | November 3, 2000 |
| Robertson Stephens | *NDCA-ORCL 419950-5* | November 8, 2000 |
| Salomon Smith Barney | *NDCA-ORCL 420037-9* | November 20, 2000 |
| Chase H&Q | *JPM 00026-35* | November 29, 2000 |
| Robertson Stephens | *NDCA-ORCL 420346-51* | December 6, 2000 |

Exhibit 3

| Document Title / Source | Bates Numbers | Document Date |
| --- | --- | --- |
| JP Morgan | *NDCA-ORCL 308880-2* | December 12, 2000 |
| Deutsche Banc Alex. Brown | | December 14, 2000 |
| Lehman Brothers | *NDCA-ORCL 005908-9* | December 14, 2000 |
| Banc of America Securities | *NDCA-ORCL 308967-72* | December 15, 2000 |
| Credit Suisse First Boston | *NDCA-ORCL 308895-900* | December 15, 2000 |
| Deutsche Banc Alex. Brown | *NDCA-ORCL 420587-9* | December 15, 2000 |
| FAC Equities | *NDCA-ORCL 308920-25* | December 15, 2000 |
| Goldman Sachs | *NDCA-ORCL 308884-5* | December 15, 2000 |
| JP Morgan | *NDCA-ORCL 420607-9* | December 15, 2000 |
| Lehman Brothers | *NDCA-ORCL 308916-8* | December 15, 2000 |
| Merrill Lynch | *NDCA-ORCL 308890-3* | December 15, 2000 |
| Morgan Stanley Dean Witter | *NDCA-ORCL 308902-10* | December 15, 2000 |
| Punk, Ziegel & Co. | *NDCA-ORCL 308887-8* | December 15, 2000 |
| Robertson Stephens | *NDCA-ORCL 420566-71* | December 15, 2000 |
| Salomon Smith Barney | *NDCA-ORCL 308931-4* | December 15, 2000 |
| William Blair & Co. | *WBC 0032-3* | December 15, 2000 |
| Credit Suisse First Boston | *CSFB 000078-81* | December 19, 2000 |
| Salomon Smith Barney | *NDCA-ORCL 309063-7* | January 10, 2001 |
| Merrill Lynch | | January 17, 2001 |
| Thomas Weisel Partners | *TWP 0072-9* | January 17, 2001 |
| William Blair & Co. | *NDCA-ORCL 309069-71* | January 17, 2001 |



Exhibit 3

| Document Title / Source | Bates Numbers | Document Date |
|---|---|---|
| Robertson Stephens | *NDCA-ORCL 005758-63* | January 18, 2001 |
| PNC Advisors | | January 23, 2001 |
| Banc of America Securities | *BOA 01071-4* | February 7, 2001 |
| SG Cowen Securities, Inc. | *SG 0170-93* | February 7, 2001 |
| U.S. Bancorp Piper Jaffray | | February 7, 2001 |
| Deutsche Banc Alex. Brown | *NDCA-ORCL 141791-3* | February 8, 2001 |
| First Union Securities, Inc. | *NDCA-ORCL 091531-3* | February 8, 2001 |
| Goldman Sachs | *NDCA-ORCL 309127-8* | February 8, 2001 |
| Goldman Sachs | | February 9, 2001 |
| Morgan Stanley Dean Witter | *NDCA-ORCL 430568-75* | February 9, 2001 |
| Lehman Brothers | | February 12, 2001 |
| Lehman Brothers | | February 14, 2001 |
| Banc of America Securities | *BOA 00105-8* | February 21, 2001 |
| Deutsche Bank Alex. Brown | *NDCA-ORCL 419986-9* | February 21, 2001 |
| Punk, Ziegel & Co. | *NDCA-ORCL 309130-1* | February 21, 2001 |
| Salomon Smith Barney | *NDCA-ORCL 091457-61* | February 21, 2001 |
| SG Cowen Securities, Inc. | *NDCA-ORCL 091454-6* | February 21, 2001 |
| William Blair & Co. | *NDCA-ORCL 419993-6* | February 22, 2001 |
| CIBC World Markets Corp. | *NDCA-ORCL 309144-50* | February 23, 2001 |
| U.S. Bancorp Piper Jaffray | *NDCA-ORCL 420004-6* | February 23, 2001 |
| Morgan Stanley Dean Witter | *NDCA-ORCL 277071-84* | February 26, 2001 |

Exhibit 3

| Document Title / Source | Bates Numbers | Document Date |
|---|---|---|
| SG Cowen Securities, Inc. | | February 28, 2001 |
| Deutsche Banc Alex. Brown | | March 1, 2001 |
| Banc of America Securities | *BOA 02688-703* | March 2, 2001 |
| Credit Suisse First Boston | *NDCA-ORCL 091394-5* | March 2, 2001 |
| Goldman Sachs | *NDCA-ORCL 091368-9* | March 2, 2001 |
| Lehman Brothers | *NDCA-ORCL 091384-6* | March 2, 2001 |
| Merrill Lynch | | March 2, 2001 |
| Morgan Stanley Dean Witter | *NDCA-ORCL 091344-50* | March 2, 2001 |
| Needham & Co. | *NDCA-ORCL 309196-8* | March 2, 2001 |
| Salomon Smith Barney | *NDCA-ORCL 091361-3* | March 2, 2001 |
| UBS Warburg (US) | *NDCA-ORCL 309161-4* | March 2, 2001 |
| Credit Suisse First Boston | *CSFB 000075-7* | March 5, 2001 |
| PMG Capital | *NDCA-ORCL 309204-5* | March 6, 2001 |
| Banc of America Securities | *BOA 02704-8* | March 15, 2001 |
| A.G. Edwards & Sons, Inc. | *NDCA-ORCL 107520-2* | March 16, 2001 |
| Banc of America Securities | *BOA 02709-16* | March 16, 2001 |
| CIBC World Markets Corp. | *NDCA-ORCL 309244-54* | March 16, 2001 |
| Josephthal and Co. | *NDCA-ORCL 107465-7* | March 16, 2001 |
| Morgan Stanley Dean Witter | *NDCA-ORCL 147951-9* | March 16, 2001 |
| Banc of America Securities | | April 5, 2001 |
| Robertson Stephens | *NDCA-ORCL 107418-24* | April 11, 2001 |

 

Exhibit 3

| Document Title / Source | Bates Numbers | Document Date |
|---|---|---|
| Banc of America Securities | | May 30, 2001 |

## **Industry Reports**

| Document Title / Source | Bates Numbers | Document Date |
|---|---|---|
| Morgan Stanley Dean Witter | | December 18, 2000 |
| Morgan Stanley Dean Witter | *NDCA-ORCL 308974-9049* | December 20, 2000 |
| Morgan Stanley Dean Witter (Enterprise Software – CIO Outlook 2001 – Conference Summary) | | December 21, 2000 |
| Morgan Stanley Dean Witter (Technology: Enterprise Software – Softnotes) | | December 21, 2000 |
| Morgan Stanley Dean Witter | | January 3, 2001 |
| Morgan Stanley Dean Witter (Technology: Enterprise Software – CIO Outlook for 2001 – Conference Summary) | | January 4, 2001 |
| Morgan Stanley Dean Witter (Technology: Enterprise Software – Software: What Happened & What to Do From Here) | | January 4, 2001 |
| Morgan Stanley Dean Witter (Enterprise Software – Summary of Internet, Software and Networking Conference) | | January 22, 2001 |
| Morgan Stanley Dean Witter (Enterprise Software Infrastructure – Internet, Software & Networking Conference) | | January 22, 2001 |
| Morgan Stanley Dean Witter | | February 9, 2001 |
| Salomon Smith Barney | *NDCA-ORCL 091488-92* | February 12, 2001 |
| Morgan Stanley Dean Witter | | February 21, 2001 |
| Morgan Stanley Dean Witter | | March 2001 |
| Morgan Stanley Dean Witter | *NDCA-ORCL 179622-75* | April 3, 2001 |
| Morgan Stanley Dean Witter | | April 17, 2001 |

## **Market Reports**

| Document Title / Source | Bates Numbers | Document Date |
|---|---|---|
| Gartner Dataquest | | October 13, 1999 |



Exhibit 3

| Document Title / Source | Bates Numbers | Document Date |
|---|---|---|
| AMR Research | | May 1, 2000 |
| GartnerGroup | *NDCA-ORCL 308584-5* | July 10, 2000 |
| AMR Research | *NDCA-ORCL 308590-5* | September 5, 2000 |
| Gartner, Inc. | | December 4, 2000 |
| AMR Research | | December 6, 2000 |
| AMR Research | *NDCA-ORCL 308619-24* | February 27, 2001 |
| Giga Information Group | | March 5, 2001 |
| Giga Information Group | | March 8, 2001 |
| Forrester Research, Inc. | | March 19, 2001 |
| Gartner, Inc. | | March 23, 2001 |

**Competitor Reports**

| | | |
|---|---|---|
| Chase H&Q (analyst report on PeopleSoft) | | December 13, 2000 |
| Salomon Smith Barney (analyst report on Seibel) | | December 14, 2000 |
| HSBC Global Research (analyst report on SAP) | | December 15, 2000 |
| CIBC World Markets (analyst report on Siebel) | | January 24, 2001 |
| Oppenheimer Research (analyst report on SAP) | | January 25, 2001 |
| Credit Suisse First Boston (analyst report on Commerce One) | | March 2, 2001 |
| Dain Rauscher Wessels (analyst report on BEA Systems) | | March 2, 2001 |
| Epoch Partners (analyst report on Ariba) | | March 2, 2001 |
| Epoch Partners (analyst report on i2 Technologies) | | March 2, 2001 |
| Morgan Stanley Dean Witter (analyst report on BEA Systems) | | March 2, 2001 |

Exhibit 3

| Document Title / Source | Bates Numbers | Document Date |
|---|---|---|
| Robertson Stephens (analyst report on Seibel) | | March 2, 2001 |
| U.S. Bancorp Piper Jaffray (analyst report on Seibel) | | March 2, 2001 |
| Robertson Stephens (analyst report on PeopleSoft) | | March 12, 2001 |
| SG Cowen Securities, Inc. (analyst report on Microsoft) | | March 12, 2001 |
| UBS Warburg (analyst report on i2 Technologies) | | March 12, 2001 |
| Robertson Stephens (analyst report on Ariba) | | March 16, 2001 |
| Salomon Smith Barney (analyst report on PeopleSoft) | | March 16, 2001 |
| Deutsche Bank Alex. Brown (analyst report on Ariba) | | March 17, 2001 |
| Deutsche Bank Alex. Brown (analyst report on Commerce One) | | April 3, 2001 |
| Robert Baird (analyst report on Ariba) | | April 3, 2001 |

**Public Press**

| | | |
|---|---|---|
| *Institutional Investor* All-America Research Team publications for the years 1999 – 2002 | | |
| "Oracle Announces Oracle(R) Applications Release 11i," *PR Newswire* | | September 27, 1999 |
| "Oracle(R) Release 11i Wins Beta Customer Accolades," *PR Newswire* | | September 27, 1999 |
| "The 1999 All-America Research Team," *Institutional Investor* | | October 1999 |
| "Oracle's Talking Should You Be Listening? -- The Company's Applications Strategy Almost Faltered, But Its Message Is Now Getting Through," *InformationWeek* | | February 7, 2000 |
| "Oracle Marketing on Tap," *InfoWorld* | | May 22, 2000 |
| "Oracle Ships All-In-One E-Business Suite -- But Applications May Not Necessarily Be the Answer for All Companies," *Information Week* | | May 29, 2000 |



Exhibit 3

| Document Title / Source | Bates Numbers | Document Date |
|---|---|---|
| "Lend a Hand," Smart Partner from *ZDWire* | | June 19, 2000 |
| "Oracle Application Sales Up 61%, CRM Sales Up 161% Adjusted Net Income Up 76%, Operating Margin Reaches 41%," *PR Newswire* | | June 20, 2000 |
| "Applied Digital Solutions Selects Oracle Over Siebel for Customer Relationship Management Solution," *PR Newswire* | | June 22, 2000 |
| "System Integrators Applaud Oracle E-Business Suite," *PR Newswire* | | June 29, 2000 |
| "E-Business Suite Mixes CRM, ERP," *Computer Dealer News* | | July 14, 2000 |
| "Oracle Furnishes OfficeFurniture.com for E-Business Success," *PR Newswire* | | September 27, 2000 |
| "Oracle," eWeek from *ZDWire* | | October 1, 2000 |
| "The 2000 All-America Research Team," *Institutional Investor* | | October 2000 |
| "Oracle E-Business Suite Draws Cautious Interest -- Users Are Intrigued by the Package But Wary about Implementing It," *InformationWeek* | | October 16, 2000 |
| "I2's Third Quarter Revenues Grow 118 Percent to $320 Million," *Business Wire* | | October 17, 2000 |
| "IBM Announces Third-Quarter 2000 Results; 3Q00 EPS Increased 20%, Excluding 1999 Items," *Business Wire* | | October 17, 2000 |
| "PeopleSoft Announces Record Quarterly Revenue; License Revenues Increase 100 Percent," *Business Wire* | | October 17, 2000 |
| "Ariba Vows to Turn Profit as 4th-Quarter Core Results Top Estimates," *Dow Jones Business News* | | October 18, 2000 |
| "Microsoft Announces Strong Results Driven by Windows 2000 Professional and Windows Me," *PR Newswire* | | October 18, 2000 |
| "Commerce One Reports Record Third Quarter 2000 Results; Revenues Increase 987% To $112.7 Million; Net Operating Loss Per Share Of $0.09 Billioneats [*sic*] Estimates," *Business Wire* | | October 19, 2000 |
| "SAP Reports Third Quarter Results," *Business Wire* | | October 19, 2000 |



Exhibit 3

| Document Title / Source | Bates Numbers | Document Date |
|---|---|---|
| "Oracle Applications Users Look for More Help on Upgrades," *InfoWorld Daily News* | | October 20, 2000 |
| "Siebel Systems Reports Revenue and Earnings for the Quarter Ended September 30, 2000; Q3 2000 Revenue Increases 131 Percent over Q3 1999," *Business Wire* | | October 24, 2000 |
| "Users Vent Frustration over Oracle CRM/ERP Upgrades," *Computerworld* | *NDCA-ORCL 141734-6* | October 30, 2000 |
| "The Oracle E-Business Suite Wins the Intelligent Enterprise Readers' Choice Award," *PR Newswire* | | November 2, 2000 |
| "Market Talk: Oracle Talk Likely to Heat Up Down the Road," *Dow Jones News Service* | | November 6, 2000 |
| "BEA Systems' Third-Quarter Report Beats Forecast," *Reuters News* | | November 14, 2000 |
| "OAUG Offers Asia/Pacific Users Chance to Ask Oracle," *Business Wire* | | November 15, 2000 |
| "Oracle Outshines SAP and PeopleSoft in Data News Awards for Excellence 2000," *PR Newswire* | | November 28, 2000 |
| "Tales of the Tape: Oracle To Speak; What Will It Say?" *Dow Jones News Service* | | December 4, 2000 |
| "Find Out About Oracle Corporation's Billion Dollar Savings Story on the E-Business Network," *PR Newswire* | | December 5, 2000 |
| "USA: Oracle Expected to Post Solid Q2 Results Thursday," *Reuters News* | | December 12, 2000 |
| "USA: Oracle Expected to Post Solid Q2 Results Thursday," *Reuters News* | | December 12, 2000 |
| "Oracle 2nd-Qtr Net Rises 62%; Applications Sales Jump," *Bloomberg News* | | December 14, 2000 |
| "Oracle Corporation Executive to Interview on RadioWallStreet.com on December 15, 2000," *Bloomberg News* | | December 14, 2000 |
| "Oracle Net Income Up 62%, Earnings Per Share $0.11 Application Sales Up 66%, Database Sales Up 19%," *PR Newswire* | | December 14, 2000 |

Exhibit 3

| Document Title / Source | Bates Numbers | Document Date |
|---|---|---|
| "Smartmoney.com: The Next Big Thing in Tech?" *Dow Jones News Service* | | December 14, 2000 |
| "Artesyn Loses 34.05% on News of Earnings Warning," *CCN Disclosure* | | December 15, 2000 |
| "Oracle Corp. Cut To 'Market Perform' at Punk, Ziegel," *Bloomberg News* | | December 15, 2000 |
| "Oracle Shares Rises after Reporting Higher 2nd-Quarter Profit," *Bloomberg News* | | December 15, 2000 |
| "PeopleSoft CEO's Discipline Spurs Rebound at Software Maker," *Bloomberg News* | | December 26, 2000 |
| "PeopleSoft CEO's Discipline Spurs Rebound at Software Maker," *Bloomberg News* | | December 26, 2000 |
| "Oracle Receives Info Exame 2000 Award for 'Product of the Year'," *PR Newswire* | | December 27, 2000 |
| "Supply Strategy - What to Outsource and Where," *Irish Marketing Review* | | January 1, 2001 |
| "Oracle Charges Toward the Top of the Business Intelligence Rankings," *PR Newswire* | | January 2, 2001 |
| "UPDATE 2-SAP Surges After Better Than Expected Q4 Results," *Reuters News* | | January 8, 2001 |
| "Ariba First-Quarter Results Beat Forecasts," *Reuters News* | | January 11, 2001 |
| "Oracle CFO Says He Plans to Sell $33 Mln in Stock," *Bloomberg News* | | January 11, 2001 |
| "Oracle Japan's 1st-Half Profit Likely Rose as Sales Surged," *Bloomberg News* | | January 11, 2001 |
| "I2 Fourth Quarter Earnings Top Expectations," *Reuters News* | | January 17, 2001 |
| "IBM Fourth Quarter Earnings Beat Expectations," *Reuters News* | | January 17, 2001 |
| "Oracle Ups Capabilities In Marketplace Race," Interactive Week from *ZDWire* | | January 17, 2001 |

Exhibit 3

| Document Title / Source | Bates Numbers | Document Date |
|---|---|---|
| "Commerce One's 4th-Quarter Net Loss Widened But Revenue Soared," *Dow Jones Business News* | | January 18, 2001 |
| "Microsoft Q2 Earnings Meet Expectations," *Reuters News* | | January 18, 2001 |
| "The *TSC* Streetside Chat: Oracle's Executive Vice President Sandy Sanderson Jr.," *TheStreet.com* | | January 20, 2001 |
| "SAP Turns Corner With 4Q But US Still Troubled Patch," *Dow Jones International News* | | January 23, 2001 |
| "UPDATE 1-Siebel Q4 Earnings Jump As Revenues More Than Double," *Reuters News* | | January 23, 2001 |
| "Oracle CEO Ellison Loses Voice, Misses 2 Public Talks in a Week," *Bloomberg News* | | January 24, 2001 |
| "PeopleSoft Posts 4th-Quarter Earnings Above Analysts' Estimates," *Dow Jones Business News* | | January 30, 2001 |
| "Oracle Shares Fall on Concern Earnings Outlook May Turn Grim," *Bloomberg News* | | February 9, 2001 |
| "USA:  Oracle Shares Shed Value on Analyst Report," *Reuters News Service* | | February 9, 2001 |
| "Goldman Conference:  Its Stock Weak, Oracle Talks of Strong Business," *TheStreet.com* | | February 13, 2001 |
| "Goldman Survey:  IT Spending To Grow 5%-10% This Year," *Dow Jones News Service* | | February 13, 2001 |
| "Oracle Sales Team Sees No Slowdown," Market Watch | | February 13, 2001 |
| "Goldman Sachs Conference," *TheStreet.com* | | February 14, 2001 |
| "Expectations Divided on Oracle's AppsWorld," *Computerworld* | *NDCA-ORCL 307662-63* | February 19, 2001 |
| "Larry Ellison, Chairman and CEO, Oracle Corporation Keynotes and Press Q&A Oracle AppsWorld, New Orleans," *PR Newswire* | | February 21, 2001 |
| "Oracle AppsWorld:  Ellison Says Hands Off Our Apps," *InfoWorld Daily News* | | February 21, 2001 |
| "BEA Fourth Quarter Beats Wall Street Expectations," *Reuters News* | | February 22, 2001 |

Exhibit 3

| Document Title / Source | Bates Numbers | Document Date |
| --- | --- | --- |
| "Oracle Announces Preliminary Third Quarter Earnings Results," *PR Newswire* | | March 1, 2001 |
| "Playing The Net," *The Wall Street Journal* | | March 11, 2001 |
| "Apps Made Easy? -- Getting Enterprise Applications to Work Properly is Tough to Do.  Oracle's Been Part of the Problem–Now it's Pitching a Solution." *InformationWeek* | | March 12, 2001 |
| "Oracle's Third-Quarter Results Meet Expectations," *Reuters News* | | March 15, 2001 |
| "Ariba Warns of Q2 Loss, To Cut One-Third of Work Force," *Reuters News* | | April 2, 2001 |
| "UPDATE 1-Commerce One Lowers First-Quarter Outlook," *Reuters News* | | April 4, 2001 |
| "UPDATE 1-Commerce One Lowers First-Quarter Outlook," *Reuters News* | | April 4, 2001 |
| "UPDATE 2-Siebel Q1 Results Delight, Layoffs, Outlook Haunt," *Reuters News* | | April 18, 2001 |
| "UPDATE 2-Software Firm i2 First Quarter Meets Expectations," *Reuters News* | | April 18, 2001 |
| "IBM Stock Jumps after Solid Results, Steady Outlook," *Reuters News* | | April 19, 2001 |
| "Microsoft Posts 2.8% Increase in 3rd-Quarter Profit, Tops Revenue Estimates," *Dow Jones Business News* | | April 19, 2001 |
| "SAP Q1 Beats Expectations," *Reuters News* | | April 19, 2001 |
| "UPDATE 2-Commerce One Q1 Net Falls, Revenues Jump," *Reuters News* | | April 20, 2001 |
| "UPDATE 3-Ariba Loss Widens on Weaker IT Spending," *Reuters News* | | April 20, 2001 |
| "UPDATE 2-Peoplesoft Beats Street, Reiterates Forecast," *Reuters News* | | April 25, 2001 |
| "BEA Systems' 1st-Quarter Core Profit Beats Target, Revenue Soared 67%," *Dow Jones Business News* | | May 15, 2001 |



Exhibit 3

| Document Title / Source | Bates Numbers | Document Date |
|---|---|---|
| "Oracle Shares Surge 13% Following 4th-Quarter Results, Upbeat Outlook," *Dow Jones Business News* | | June 19, 2001 |
| "Commerce One Sees 2Q Rev $100m to $120m," *Dow Jones News Service* | | June 29, 2001 |
| "i2 Technologies Sees Worse-Than-Expected 2nd-Quarter Loss," *Dow Jones Business News* | | July 3, 2001 |
| "i2 Announces Second Quarter 2001 Results; First Half 2001 Total Revenues Grow 39% to $598 Million," *Business Wire* | | July 18, 2001 |
| "IBM Announces Second-Quarter 2001 Results - 2Q01 EPS Increased 8%," *Business Wire* | | July 18, 2001 |
| "Siebel Systems Reports Revenue and Earnings for the Quarter Ended June 30, 2001; Q2 2001 Revenues Increase 38 Percent over Q2 2000," *Business Wire* | | July 18, 2001 |
| "Ariba Beats First Call Revenue and Earnings Estimates," *PR Newswire* | | July 19, 2001 |
| "Commerce One Reports Second Quarter 2001 Results; Revenues Increase 61% Year over Year to $101 Million; Net Operating Loss Per Share of $.31," *Business Wire* | | July 19, 2001 |
| "Microsoft Issues 1st-Quarter Warning, Raises Fiscal 2002 Outlook," *Dow Jones Business News* | | July 19, 2001 |
| "SAP's 2nd-Quarter Net Profit Soared 78%, Topping Market Expectations," *Dow Jones Business News* | | July 19, 2001 |
| "PeopleSoft's 2nd-Quarter Net Income Tripled, Issues Positive Outlook," *Dow Jones Business News* | | July 24, 2001 |
| "The All-America Research Team: The Best Analyst of the Year," *Institutional Investor* | | October 2001 |

## Press Releases

| | | |
|---|---|---|
| "Oracle Ships 11i, Industry's First Integrated E-Business Suite," Oracle Press Release | *NDCA-ORCL 306830-32* | May 24, 2000 |
| "Oracle Reports Net Income Up 111%, Earnings Per Share $0.17," Oracle Press Release | | September 14, 2000 |



Exhibit 3

| Document Title / Source | Bates Numbers | Document Date |
|---|---|---|
| "Find Out about Oracle Corporation's Billion Dollar Savings Story on the E-Business Network," Oracle Press Release | | December 5, 2000 |
| "Oracle Net Income Up 62%, Earnings per Share $0.11; Application Sales Up 66%, Database Sales Up 19%," Oracle Press Release | | December 14, 2000 |
| "Ariba First Internet B2B to Report Profit," Ariba Press Release | *NDCA-ORCL 307579-82* | January 11, 2001 |
| "i2 First e-Business Solutions Provider to Top $1 Billion in Annual Revenues with Announcement of Record Quarterly Revenues and Earnings," i2 Technologies Press Release | *NDCA-ORCL 307588-91* | January 17, 2001 |
| "Commerce One Reports Record Fourth Quarter and Full Year 2000 Results," Commerce One Press Release | *NDCA-ORCL 307607-09* | January 18, 2001 |
| "PeopleSoft Announces Record Financial Results," PeopleSoft Press Release | *NDCA-ORCL 307643-47* | January 30, 2001 |
| "BEA Reports Record Fourth Quarter and Fiscal Year Financial Results," BEA Systems Press Release | *NDCA-ORCL 307665-70* | February 22, 2001 |
| "Oracle Announces Preliminary Third Quarter Earnings Results," Oracle Press Release | | March 1, 2001 |

## Data Sources

Various company stock data, *CRSP*, 12/8/99 – 4/3/01

Various company stock data, *Bloomberg*, 12/7/99 – 4/3/01

Various company data, *First Call*, 7/31/00 – 7/24/01

## Miscellaneous

| | | |
|---|---|---|
| Transcript of OAUG Fall Conference Q&A Session | *NDCA-ORCL 308421-32* | October 24, 2000 |

# Exhibit 4
# Oracle Corporation
# Regression Model

[Oracle's Return] = 0.00 + 1.49 × (Market Return) + 0.30 × (Industry Index Return)

"Market" is the value weighted CRSP Index; index includes dividends.

"Industry Index" is an equal-weighted index of the companies listed as Oracle's competitors in analyst reports during the class period (12/14/00 – 3/2/01) by *Institutional Investor*'s "All Star" analysts from 1999 – 2001.  This includes reports from Morgan Stanley Dean Witter, Salomon Smith Barney, Merrill Lynch, Lehman Brothers, Goldman Sachs, Donaldson, Lufkin and Jenrette, PaineWebber, Credit Suisse First Boston, and Deutsche Bank Alex. Brown.  The index is composed of:  Ariba, BEA Systems, Commerce One, IBM, i2 Technologies, Microsoft, PeopleSoft, SAP, and Siebel Systems.

Oracle's Return was regressed on the Market Return and Industry Index Return during the period 12/8/99 – 12/8/00.

# Exhibit 5
# Oracle Corporation
# Regression Results
# 12/5/00, 12/14/00 – 3/2/01, 3/16/01

Source:  Plaintiffs' Revised Second Amended Complaint; Robert D. Sawyer's Second Supplemental Responses to Defendants' Second Set of Interrogatories to Plaintiffs dated January 31, 2007; *CRSP*; *Bloomberg*

| Date[1] | Oracle Closing Stock Price | Oracle Volume | Oracle Return | CRSP Value-Weighted NYSE/ /AMEX/NASDAQ Index Return[2] | Industry Index Return[3] | Oracle Residual Return[4] |
|---|---|---|---|---|---|---|
| 12/5/00 †† | $31.50 | 61,097,198 | 11.75% | 4.53% | 18.08% | -0.68% |
| 12/14/00 | $27.50 | 46,970,309 | -3.08% | -1.69% | -4.50% | 0.61% |
| 12/15/00 † | $28.56 | 121,911,009 | 3.86% | -1.77% | -1.65% | 6.80% |
| 12/18/00 | $32.00 | 62,720,946 | 12.04% | 0.54% | -0.52% | 11.20% * |
| 12/19/00 | $30.63 | 59,781,543 | -4.30% | -1.59% | -7.73% | 0.22% |
| 12/20/00 | $28.50 | 55,415,847 | -6.94% | -3.52% | -12.97% | 2.04% |
| 12/21/00 | $29.50 | 47,469,153 | 3.51% | 0.54% | 1.80% | 1.96% |
| 12/22/00 | $31.88 | 35,981,206 | 8.05% | 3.02% | 12.54% | -0.44% |
| 12/26/00 | $30.94 | 20,932,080 | -2.94% | 0.55% | -1.43% | -3.52% |
| 12/27/00 | $30.69 | 26,881,968 | -0.81% | 1.39% | 4.92% | -4.57% |
| 12/28/00 | $31.06 | 25,472,874 | 1.22% | 0.94% | 3.09% | -1.31% |
| 12/29/00 | $29.06 | 32,581,781 | -6.44% | -1.13% | -6.61% | -2.95% |
| 1/2/01 | $26.38 | 47,962,262 | -9.25% | -3.43% | -14.40% | 0.03% |
| 1/3/01 | $32.00 | 77,869,344 | 21.33% | 5.29% | 18.94% | 7.51% * |
| 1/4/01 | $32.56 | 58,841,811 | 1.76% | -1.18% | -5.85% | 5.10% |
| 1/5/01 | $30.13 | 39,575,870 | -7.49% | -2.88% | -8.92% | -0.69% |
| 1/8/01 | $29.94 | 41,289,478 | -0.62% | -0.34% | 4.19% | -1.58% |
| 1/9/01 † | $31.50 | 47,108,840 | 5.22% | 0.49% | 3.41% | 3.26% |
| 1/10/01 † | $32.75 | 65,553,294 | 3.97% | 1.38% | 8.66% | -0.91% |
| 1/11/01 | $33.31 | 51,501,266 | 1.72% | 1.50% | 6.93% | -2.81% |
| 1/12/01 † | $32.31 | 40,596,412 | -3.00% | -0.35% | -5.65% | -0.96% |
| 1/16/01 | $31.81 | 31,526,839 | -1.55% | 0.62% | 0.27% | -2.75% |
| 1/17/01 | $33.25 | 52,914,600 | 4.52% | 0.45% | 4.13% | 2.40% |
| 1/18/01 | $33.81 | 34,575,809 | 1.69% | 1.23% | 1.49% | -0.78% |
| 1/19/01 | $34.56 | 50,477,762 | 2.22% | -0.41% | 5.34% | 1.01% |
| 1/22/01 †† | $31.81 | 61,727,046 | -7.96% | 0.03% | -0.15% | -8.15% * |
| 1/23/01 | $31.48 | 43,138,415 | -1.03% | 1.58% | 3.27% | -4.57% |
| 1/24/01 | $30.06 | 66,124,591 | -4.52% | 0.33% | 3.21% | -6.17% |
| 1/25/01 †† | $29.94 | 62,750,364 | -0.42% | -0.76% | -3.92% | 1.70% |
| 1/26/01 | $30.38 | 46,914,779 | 1.46% | -0.07% | 1.42% | 0.94% |
| 1/29/01 | $30.44 | 34,262,438 | 0.21% | 0.90% | 1.50% | -1.78% |
| 1/30/01 | $30.31 | 43,418,049 | -0.41% | 0.66% | -1.19% | -1.22% |
| 1/31/01 | $29.13 | 47,153,752 | -3.92% | -0.67% | -5.66% | -1.40% |
| 2/1/01 | $30.06 | 39,157,456 | 3.22% | 0.38% | 1.19% | 2.09% |

# Exhibit 5
# Oracle Corporation
# Regression Results
# 12/5/00, 12/14/00 – 3/2/01, 3/16/01

Source:  Plaintiffs' Revised Second Amended Complaint; Robert D. Sawyer's Second Supplemental Responses to Defendants' Second Set of Interrogatories to Plaintiffs dated January 31, 2007; *CRSP*; *Bloomberg*

| Date[1] | Oracle Closing Stock Price | Oracle Volume | Oracle Return | CRSP Value-Weighted NYSE/ /AMEX/NASDAQ Index Return[2] | Industry Index Return[3] | Oracle Residual Return[4] |
|---|---|---|---|---|---|---|
| 2/2/01 | $27.75 | 39,123,588 | -7.69% | -1.86% | -5.85% | -3.34% |
| 2/5/01 † | $27.50 | 36,235,783 | -0.90% | 0.21% | 2.10% | -2.04% |
| 2/6/01 † | $27.63 | 29,071,945 | 0.45% | 0.05% | -0.22% | 0.25% |
| 2/7/01 † | $27.69 | 45,975,655 | 0.23% | -0.88% | -3.80% | 2.49% |
| 2/8/01 † | $27.13 | 42,658,386 | -2.03% | -0.65% | -3.57% | -0.17% |
| 2/9/01 † | $23.56 | 92,325,965 | -13.13% | -1.43% | -5.88% | -9.42% * |
| 2/12/01 | $23.00 | 52,556,111 | -2.39% | 1.04% | -0.46% | -3.98% |
| 2/13/01 †† | $22.56 | 44,856,655 | -1.90% | -0.87% | -3.44% | 0.24% |
| 2/14/01 | $25.00 | 41,747,072 | 10.80% | -0.01% | 5.45% | 8.97% * |
| 2/15/01 | $25.50 | 46,406,202 | 2.00% | 0.90% | 2.57% | -0.31% |
| 2/16/01 | $24.00 | 40,835,148 | -5.88% | -2.06% | -4.43% | -1.66% |
| 2/20/01 | $23.13 | 40,654,394 | -3.65% | -1.88% | -7.03% | 1.09% |
| 2/21/01 † | $23.00 | 58,267,759 | -0.54% | -1.84% | -1.03% | 2.31% |
| 2/22/01 † | $23.38 | 54,516,728 | 1.63% | -0.45% | -3.37% | 3.13% |
| 2/23/01 † | $22.00 | 73,446,841 | -5.88% | -0.39% | -2.03% | -4.88% |
| 2/26/01 | $23.19 | 46,023,689 | 5.40% | 1.92% | 5.61% | 0.64% |
| 2/27/01 | $21.69 | 41,995,218 | -6.47% | -1.14% | -9.85% | -1.97% |
| 2/28/01 | $19.00 | 62,821,560 | -12.39% | -1.37% | -3.42% | -9.50% * |
| 3/1/01 | $21.38 | 77,833,283 | 12.50% | 0.04% | 4.51% | 10.88% * |
| 3/2/01 | $16.88 | 225,557,425 | -21.05% | -0.49% | -12.35% | -16.76% * |
| 3/16/01 | $14.06 | 92,647,788 | -4.26% | -2.08% | -3.86% | -0.18% |

Note:

[1] A cross-mark (†) indicates the impact day of a complaint date.  A double cross-mark (††) indicates the impact day of a "contention response" date.

[2] Index includes dividends.

[3] The Industry Index is an equal-weighted index composed of: Ariba, BEA Systems, Commerce One, IBM, i2 Technologies, Microsoft, PeopleSoft, SAP, and Siebel Systems.

[4] Residuals obtained using the regression model: [Oracle Corp.'s Return] = 0.00 + 1.49 × (Market Return) + 0.30 × (Peer Index Return).  Regression period is 12/8/99 – 12/8/00.  A star (*) indicates that the residual return is significant at the 95% confidence level.



# Exhibit 6
# Selected Quotes Regarding Suite 11i
Source: Public Press [1]; Financial Analyst Reports [2,3]; Industry Analyst Reports [4];
Market Analyst Reports [5]

And while Oracle wins points for the strategy it's set, Meta Group's Bonadio says the vendor has yet to deliver all that's needed. "If you look behind the strategy and the vision and the marketing, you're going to find a good amount of holes in the products," he says. Oracle simply may not have the maturity and depth of more-established CRM vendors such as Siebel and Clarify. For instance, Oracle's call center is missing several key pieces, including blended call support and predictive dialing. Other analysts say Oracle's marketing-campaign-management component is weak. And Oracle needs to do a better job integrating the pieces of its CRM suite, many of which are the result of a 1999 buying spree.

Also, Oracle 11i's delivery date has slipped about six months to May or June because the CRM components aren't completed. That date won't slip any further, promises senior VP Mark Barrenechea, Oracle's head of CRM development-June is the final deadline. There had better not be any more delays-executing on Oracle 11i is vital if the company wants to prove that it's not all talk. Oracle, says Bonadio, "has got so much riding on 11i that it's not even funny."

*InformationWeek*, Vol. 772, February 7, 2000 (public press)

Although industry observers applaud the business value of the 11i software, others say that a best-of-breed approach is still a viable option in lieu of evidence that Oracle's approach, which is to keep applications on a single server and provide users with Web access, can work.
…
Although Oracle is ahead of its ERP and CRM competitors as far as vision is concerned, the 11i suite, including Oracle Marketing, "hasn't been tested in the field yet," said Steve Bonadio, an analyst at Meta Group, based in Stamford, Conn. The vendor has not been able to provide customer references for 11i in spite of a fairly persuasive business value proposition, Bonadio said. "We're not convinced that it works," he said.

*InfoWorld*, Vol. 22, Issue 21, May 22, 2000 (public press)

Analysts acknowledge that 11i is comprehensive and well-integrated, but dismiss the notion that competing apps are necessarily more costly and time-consuming. "If you aren't an existing Oracle customer, it's not clear that Oracle is offering a cheaper deal than assembling the same kind of result from various vendors' products that tie into what you already have," Forrester Group analyst Laurie Orlov says.

Also, analysts say, Oracle 11i may not be more attractive for non-Oracle companies that would have to dump their back-office systems or for existing Oracle customers who would be forced to upgrade from an older version of Oracle software.

*InformationWeek*, Vol. 788, May 29, 2000 (public press)

Based on history, suites win if they provide 70% of the functionality of the best of breed products in each segment. That's a big "if" and the suite has to evolve at a pace competitive with

the overall market. The suites need to lead one or two product segments to have a beachhead into accounts. After that, the high cost of integration, volume pricing, common support, and a desire for consistent technology standards generally pushes buyers toward the suite if it starts to approach functional parity with the rest of the market.

Morgan Stanley Dean Witter, May 12, 2000, 1:20 PM (analyst report on Oracle)

Even for existing Oracle application customers, rolling out a new application across multiple modules and locations can be challenging. Networks and databases have to be upgraded. Tracking net changes across development, test, staging and production environments for a single application can be complex. Marketers and developers tend to gloss over this unglamorous work but these features are critical to the user experience.

Morgan Stanley Dean Witter, June 8, 2000, 8:19 AM (analyst report on Oracle)

Oracle 11i is a new suite that combines the functionality of financials, HR and CRM with exchange infrastructure software. Rather than going head-to-head with the competition on a feature list, Oracle is pitching the ease of implementation and time-to-market advantages of this suite. This may be a winning strategy if the obstacles to integrating point products are significant. No other company is taking this all-in-one approach and the barriers to entry are extremely high given the complexity of the software.

Morgan Stanley Dean Witter, June 21, 2000 (analyst report on Oracle)

"Applied Digital is growing rapidly and it will be critical for us to understand our customers and their entire set of needs without doubling or tripling our internal infrastructure," said Richard J. Sullivan, Chairman and CEO of Applied Digital. "The Oracle E-Business Suite is allowing us to pull together our business units onto a single system that will enable us to operate with enhanced efficiency. This will give us the ability to better service our customers, while increasing our profitability by clearly identifying cross-sell and up-sell opportunities."

PR Newswire, June 22, 2000, 12:16 PM (public press)

"The integration of Oracle's E-Business Suite 11i applications enables us to provide customers of every size with exceptional functionality for complete accelerated web-based solutions," said Richard Hymer, vice president, Cap Gemini Ernst & Young U.S., LLC.

"We fully embrace Oracle's comprehensive E-business Suite as it extends perfectly our own E-business strategy and vision for the future," said Aysin Nevill, managing director in charge, KPMG Consulting LLC. "KPMG plans to advance our long-standing partnership with Oracle by expanding our existing practice areas to create a global Oracle E-business practice based on this technology."

"The new economy building up around emarkets and extended ERP will allow PricewaterhouseCoopers, as a leading implementor of Oracle Applications, to capitalize on the exciting potential of the Oracle 11i E-Business Suite," said Carlos Versteele, Global Leader, PricewaterhouseCoopers Oracle Practice.

*PR Newswire*, June 29, 2000, 12:16 PM (public press)

Challenges: [Oracle 11i] does not have the deepest functions and has few references. Despite significant improvements on CRM 3i, Oracle cannot claim to have the deepest functionality in any of its modules when compared with the best-of-breed vendors. Functional gaps remain; for example, the ability to push Web pages to a customer will be in the next release and field sales functions use offline Web folders. Moreover, there are some platform limitations in the use of CRM 11i…the most serious being that the CRM functions cannot yet be run independently of the traditional Oracle back-office…. It is unlikely that Oracle will provide leading-edge functions within the next five years due to the slow speed of large-scale development. However, enterprises that are looking for a commodity front-office solution that is fully integrated with ERP will find Oracle to be a good option.

Gartner, Inc., July 10, 2000 (market report)

According to one analyst, however, expecting global companies to move all their corporate information into one or two databases is unrealistic.

"Most global firms are built up through mergers and acquisitions. And in that sort of scenario, the type of data consolidation Oracle is propounding seems like a pipe dream," said Josh Greenbaum, a principal with Enterprise Application Consulting in Berekeley [*sic*], Calif.

Jarvis, however, said Oracle itself is implementing this consolidation strategy with great success. "We initially had 43 data centers across the world. We'll soon have just two: in San Francisco and Colorado."

But cultural resistance to such consolidation can be huge.

"We actually had to send somebody to Canada, just to shut down the Canadian centre. It was like we were closing the Queen's computers."

*Computer Dealer News*, Vol. 16, Issue 14, July 14, 2000 (public press)

Oracle CRM 11i Underscores Advantages of Integrated Front and Back Offices

…

Oracle Corporation's products don't always warrant the exclamation point the company sticks at the end of their titles. Oracle left the gimmick off of its *CRM 11i* product, but it's one of the few times that the emphasis is deserved. CRM is woven into the *Oracle 11i* product suite, which uses shared customer product, price, and order data. Benefits are found throughout the system, bubbling up from sound fundamentals, including a customer model that understands not only business roles such as customer, distribution partner, and supplier but other entities as well. The system tracks customer customer [*sic*] locations the way it does customers. For example. a window manufacturer can market to the new owners of a house known to need replacement windows.

…

Installation has been designed with speed in mind: The company claims the installation process



takes one hour if the customer has the entire planning process prepared for APS. There is out-of-box integration with *Oracle 10.7* and *11.0* applications, but customers currently bear the burden to write their own integration routines to non-oracle applications.

AMR Research, September 5, 2000 (market report)

While its broad footprint and out-of-the-box integration are the keys to its positioning and message, we caution that some 11i modules still may fall short on functionality compared with best-of-breed rivals. This could prove challenging in head-to-head competition.

Deutsche Bank Alex. Brown, September 15, 2000, 6:03 AM (analyst report on Oracle)

We believe that this [1QFY01] growth rate reflects somewhat slower traction in the market for Oracle 11i applications, which may be due to the seasonally slow nature of the August quarter, time required to develop sales and marketing support, and training for its system integrator partners. We believe it will be critical for Oracle to build a larger referenceable customer base (currently approximately 20 have gone live on release 11i) and secure support from the big five systems integrators to add sales leverage and convert its strong pipeline. Oracle's end-to-end, integrated product should offer strategic advantages over the long-term, but traction may take a bit longer and may imply that best-of-breed vendors such as i2, Siebel, CommerceOne, and Ariba may have longer to broaden their product lines before Oracle efforts to improve functionality and gain market traction materializes.

Goldman Sachs, September 15, 2000, 8:31 AM (analyst report on Oracle)

Applications Growth Disappointing, but Poised for Re-acceleration

Having expected 60+% growth, we were disappointed in the first quarter applications revenue, which only jumped 42%. We believe it is important to emphasize, however, that Oracle's 11i product line is a new release and that such releases typically require up to six months to gain momentum in the marketplace. This is rooted both in the length of the softwares sales cycle and the need to train both technical and sales people on the nuances of the new product. Not all news on the applications side was bad and we expect a big second quarter as Oracle builds customer references, completes the retraining of its staff and capitalizes on a very strong pipeline. We are encouraged that Oracle appears to be having success selling its entire e-business suite. Customer wins during the quarter include Agilent Technologies, Viant, New America Marketing and MyFamily.com. In addition, JDA Uniphase became an Oracle CRM customer during the quarter. Already 20 firms are currently live on the 11i e-business suite and will likely serve as references that we expect to translate into significantly better results in the second quarter. We are also encouraged to see name-brand companies like Booz Allen, McGraw Hill and GE Medical on the list of firms who are using the newly released OracleSalesOnline hosted SFA product. Ironically, despite the first quarter shortfall, our confidence in Oracle's applications business has only improved. As such, we are increasing our second quarter applications estimate….

Lehman Brothers, September 15, 2000, 6:43 AM (analyst report on Oracle)

We believe 2001 will be a great year for the firm. The major new product release of 11i gives the firm virtually crystal clear visibility into earnings into May, in our view. After May 2001, however, we believe Oracle will have to work a [*sic*] harder to maintain momentum. Our reasoning is this. Conversations with several (e.g.- dozens) of potential and current users of Oracle 11i indicates [*sic*] to us that time to market considerations have been an important selling point for 11i. Put simply, CIO's, whose jobs may be on the line if a project does not get up on time, are opting for the "safe" choice of Oracle because it can be installed quickly and the system is pre-tested to be stable. We believe the near panic state of demand will begin to diminish sometime around mid-2001.

Needham & Co., September 15, 2000, 9:31 AM (analyst report on Oracle)

But Oracle is putting its money where its mouth is, and raising applications expectations far the remainder of the fiscal year from 40% previously to 50%, and offers that upside could be as high as 100%. The big picture, strategic-oriented sale of the 11i suite is vastly different than selling a point solution on a feature-by-feature basis. And we've seen some anecdotal evidence of customers that could not see demonstrations of certain modules of the suite because of various reasons, such as that module had not yet been ported to a particular OS or simply because of bug fixes – not unusual occurrences in the introduction of a new software product....

...Nevertheless, investors are apt to view with disappointment Oracle's applications performance, particularly against peers like Ariba, Siebel, and i2, which are seeing better growth and carry comparable valuations as Oracle. The issue is not can Oracle grow the business, or can it compete, but can they grow as fast as investors expect in order to justify the stock's valuation – otherwise, investors are better off shifting their portfolios more in favor of a basket of B2B eCommerce stocks. We continue to see Oracle as favorably positioned for the Internet, and see Oracle's applications business bouncing back behind the strength of the burgeoning market opportunity, but expect the stock to be under pressure near term as investors await visibility to the magnitude of the success of 11i.

Paine Webber, September 15, 2000 (analyst report on Oracle)

Since the release of Applications 11i tends to involve bigger engagements, it is experiencing longer sales cycles as it is a more strategic decision than past application cycles. And, the training of integrator partners took place in the first-quarter and is continuing into 42, which had a somewhat muting effect on these product sales because of the minimal number of people trained to implement the Suite. Nonetheless, reported license growth of 31%, 898, and 33% in the Americas, EMEA, and Asia/Pacific reflects growth rates with which we are comfortable. And, for the entire year, we are modeling application growth of 46%, which is slightly more conservative than Management's guidance for 50% growth.

Punk, Ziegel & Co., September 15, 2000, 8:52 AM (analyst report on Oracle)

Given the need to educate Oracle's sizable sales force, partner channel, and prospective customer base on 11i, we believe it will take time to generate sales momentum for the new product. In addition, selling a broad suite of applications to high-level business buyers (CEOs, CFOs, and

COOs) is very complex and software businesses are typically characterized by back-end loaded, lumpy quarters as a result.

Robertson Stephens, September 15, 2000, 8:59 AM (analyst report on Oracle)

"The Oracle E-Business Suite is allowing us to operate quickly and effectively, making it possible for us to compete with large competitors," said Eric Wilson, chief technical officer of OfficeFurniture.com. "Unlike the combination of PeopleSoft and Siebel, the flexibility of the integrated Oracle E-Business Suite allows us to modify the applications to conform to our business practices and our business needs. And, the tight integration between front and back-office operations has allowed us to have better visibility into our operations and customer activities, which in turn allows us to better service our customers."

*PR Newswire*, September 27, 2000, 12:19 PM (public press)

In four months, Oracle was able to install Version 11.0.3 of its applications suite an interim stage on the way to 11i and the juice company went live with it in March, said Lee Gordon, IT manager for Nantucket.

The company is going to wait until early next year before proceeding with the full installation of the 11i applications. Having heard of other sites' implementation problems, such as multiple software patches and long processing times, Gordon opted to wait for the new package to work out the kinks.

"It just makes sense to wait until it comes out," Gordon said. "It's common business sense to let others make the mistakes. Any new product is going to have its sets of glitches."
…
Alliance Coal LLC, a mining company based in Tulsa, Okla., has also heard implementation horror stories and is waiting as long as it can to install 11i. An Oracle shop since 1997 and among the first to use Oracle's payroll application, Alliance runs Version 10.7 of the application.

Geoff Goolsbay, ITS manager for application services at Alliance, said he would like to wait until the 11i suite stabilizes but is being pressed into installing it early next year. The company uses the Oracle Payroll application, and Oracle has told Goolsbay there will be no end-of-year patches for the product next year. That means Alliance must upgrade to 11i by December of next year, or it will be unable to produce such documents as W-2 tax forms. That also means two major upgrades: first to Version 11, then 11i.

"Oracle publishes a 10.7-to-11 change document, and an 11-to-11i change document, but what they don't give you is a 10.7-to-11i document. That is amazing to me," Goolsbay said.

eWeek from *ZDWire*, Vol. 1740, October 1, 2000 (public press)

We continue to believe that Oracle's e-business suite approach will garner Oracle increasing success in the applications arena and help this line of business grow from a low -8% of revenue to -20% or more over the coming years. Functionality in individual applications areas still lags most Tier 1 competitors such as Siebel and Ariba, for example, but (1) Oracle should

substantially narrow the spread over the coming quarters, (2) smaller Tier 2 applications vendors are showing signs of weakness and this bodes well for Oracle solidifying its place at the Tier 1 table, and (3) Oracle's e-business application suite approach will win favor with large segments of the market, we believe, just as Home Depot and Wal-Mart have succeeded with their one-stop-shopping strategies in their respective markets.

*Montgomery Securities, October 3, 2000, 10:32 AM (analyst report on Oracle)*

Applications 11i remained a primary focus of the meeting, although it contributes only 20% of current license revenues. Investors view the applications business as a primary growth engine for future revenue acceleration, so it receives particular scrutiny despite its size. We believe the applications suite is well positioned as a one-stop shop, but investors are waiting to assess the company's execution on the applications ramp-up, driven by increased sales training, improved demos of the new products and a build out of reference customers beyond the early adopters like Agilent. We expect 11i revenue growth to be more pronounced in 2H FY01 as these drivers fall into place.

*Merrill Lynch, October 4, 2000, 7:05 AM (analyst report on Oracle)*

When Oracle E-Business Suite 11i finally rolled out in May after numerous delays, there was a surge of interest among IT departments across the nation-but interest and implementation don't always go hand in hand. The prospect of adopting a set of linked online application modules from a single vendor that could knit together financials, databases, customer-relationship management, enterprise resource planning, supply-chain planning, and order management is both alluring and daunting.

As a result, companies are being cautious about implementing 11i. According to Gartner Group analyst Timothy Tow, only about 300 companies are implementing 11i right now, and many are doing partial upgrades from Oracle's earlier enterprise applications.

…

ZapMedia recently placed its first 11i financial apps online. "We had a very aggressive timetable when we started this project, and our expectation was that there would be challenges with any big ERP package," Whitehead says. "There have been issues, but we worked through them with Oracle-they've been very responsive."

Whitehead says phase two of the project is imminent. "We have some further modules to implement that relate to our business processes, such as working with our business partners and paying them on a timely basis," he says. But based on its experience so far, ZapMedia expects 11i to be fully online before the company's portal debut.

Just getting to the launching pad can be a painstaking process for some would-be 11i implementers, however. John Parker, an independent Oracle consultant with the British Connection Ltd., is preparing well in advance of "11i-Day" at Merrill Corp., a printing and document services company in St. Paul, Minn. "It's going to be a savage kind of approach-painful and fun all at once," he says of the company's upcoming rollout, which may not even start until January.



Already a longtime user of Oracle databases and financials applications, Merrill hopes to have parts of the 11i suite fully implemented within 12 to 18 months, although it may happen faster. Parker says Merrill will upgrade on the financials side and may be interested in some of 11i's self-service modules, a category that includes Oracle Web Customers, Oracle Web Employees, and Oracle Web Suppliers. These modules permit authorized users-internal and external-to access data and functions within the company's system, and can be configured to automate processes such as order entry or checking benefits information. "Our focus is the core financials at this point," he says, adding that "you always need to watch out for scope creep with something like this."

...

Tow does point out, though, that 11i's new supply-chain, order-management, and other E-business modules aren't quite as strong as competing standalone products. "Oracle likes to claim that they do everything, but you have to look into detail as to what they really can do," he says. "The back-office suite is mature, but things like the sales-force automation tools are still new." For example, he cites 11i's weak links for mobile and wireless communications as compared with E-business products from rivals such as Clarify and Vignette Corp.

"Oracle isn't quite there yet," maintains Chuck Phillips, managing director of Morgan Stanley Dean Witter & Co. "It will be hard to span all the categories from office to back office.

It's hard to be good at two or three of those, let alone all of them."

*InformationWeek*, Vol. 808, October 16, 2000 (public press)

Migration issues surrounding the new set of ERP (enterprise resource planning) and CRM (customer relationship management) applications that Oracle shipped earlier this year are expected to take center stage at next week's fall conference of the independent Oracle Applications Users Group (OAUG), which kicks off Sunday in Honolulu.

Oracle claims that its E-Business Suite Release 11i software, which became fully available in May, offers corporate users beefed-up applications for tasks such as processing orders and managing interactions with customers. The Redwood Shores, Calif.-based company plans to stop providing free support for most of the earlier versions of its applications at the end of next year.

...

But according to officials at the Atlanta-based OAUG, some current users still on earlier greenscreen application releases are worried that they are not ready to make the leap to the Web-based 11i and want Oracle to lend a hand with their migrations.

Bugs in the 11i software will be a big issue for users attending next week's conference, said Karen Gilbert, an OAUG board member who works at Dallas-based consulting firm Computer Systems Authority. Gilbert said she has two clients that have been unsuccessfully testing 11i's payroll application while casting wary eyes at the 2001 deadline. "You can go live without a lot of things working, but not payroll," she noted.

Oracle and its business partners are offering 11i-bound users round-the-clock support and fixes to any bugs that might arise, said Allan Snyder, senior vice president of support at Oracle. And users who do not complete moves to 11i in time will be able to buy continued support for Release 10.7 and below of the applications, he added.

Another key issue is training. Mark Linton, another OAUG board member, said users are concerned that there are not enough resources coming from Oracle to help them learn all the nuances of Release 11i.

Gilbert agreed, claiming that even Oracle's own support staff isn't adequately trained on 11i. "Oracle is offering very little in classes for the new release," she said.

A third big issue is a new customer service model announced recently by Oracle that phases out the lowest and least expensive level of service that users could buy, called "bronze." The cost for bronze-level users will now be higher, and that will cause a "nasty shock" to them when they have to renew their service contracts, Gilbert said.

*InfoWorld Daily News*, October 20, 2000, 8:03 PM (public press)

Users Vent Frustration Over Oracle CRM/ERP Upgrades

'Not ready for prime time' among complaints at conference

Oracle users last week expressed frustration over problems with upgrading to Oracle's new E-Business Suite 11i software.

During sessions at the Oracle Applications Users Group (OAUG) conference here, attendees complained about a lack of reliable information about the status of the applications, a flurry of bug-fix patches, malfunctioning modules and the difficulty in getting help from Oracle Corp.'s customer service organization. Several attendees said Oracle has released about 5,000 patches that for [*sic*] 11i.

The software "is not ready for prime time," said Donna Rosenstrater, an OAUG board member who works at San Jose-based electronics contract manufacturer Sanmina Corp.
…
Karen Gilbert, an OAUG director who works at Dallas-based consulting firm Computer Systems Authority, said the general rule of thumb among users is that it takes about seven days to go live with 11i, whereas most companies typically have just a weekend to implement an upgrade.

Gilbert also claimed that Oracle's own support staff hasn't been properly trained on the workings of the 11i suite.

Oracle's applications unit needs to start performing triage by stopping new-product development work and focusing resources on helping users get through their upgrades, she said.

Not all user experiences have been negative. The new installations seem to be going more smoothly than the upgrades, said observers.

For example, Pella Corp., a window and door manufacturer in Pella, Iowa, went live with 11i's financial modules after spending 17 weeks installing the software.

"Slowly but surely, we're rolling out 11i," said Pella Vice President and CIO Steve Printz.

Jeremy Burton, senior vice president of products and services at Oracle, said only 43 companies have gone live with 11i applications thus far.

But, he said, it doesn't take as long to implement the new Oracle applications as it does to install ERP systems from rival vendors.

*Computerworld*, October 30, 2000 (public press)

Oracle Corp. (Nasdaq: ORCL), the largest provider of software for e-business, today announced that the Oracle(R) E-Business Suite has swept the 2000 Intelligent Enterprise Readers' Choice Awards. Oracle received top honors from Intelligent Enterprise readers in the categories of CRM, ERP/Packaged Corporate Application and Supply Chain Management. This year's awards marks Oracle's third consecutive and affirms Oracle's position as the leading provider of software for e-business.

"The clean sweep for the Oracle E-Business Suite in Intelligent Enterprise's prestigious Readers' Choice Award is a clear indicator that the market is looking for a complete suite of integrated applications," said Jeremy Burton, senior vice president, product and services marketing, Oracle. "Only Oracle delivers a true e-business suite, and we are proud to be recognized for this unique and powerful offering by Intelligent Enterprise readers."

*PR Newswire*, November 2, 2000, 8:03 AM (public press)

First, we would like to address the substantive issues, putting Release 11i issues in perspective. We believe the release was buggy, but consistent with other major new releases. Oracle needs more reference accounts to help sell it, but there do not appear to be any 'show-stopper' issues surfacing at this point in our checkings. There are now 43 live sites, up from 27 a month ago. Second [Oracle] will not overwhelm i2 or Siebel with this release, best of breed vendors are likely to continue to capture the high end of the market…. Oracle will see early success more in the mid-market, with several larger accounts as notable wins….

Perhaps the biggest substantive issue of controversy for Oracle is the market acceptance of the new release of its strategically important applications suite, Release 11i. We have been checking with users and will not be done for another week or so, but on a preliminary basis it appears to us that there are no 'show stopper' issues. The number of live sites is now reported to be 43, up from 27 at the analyst meting a month ago. We believe there are about 300 new customers and installed base users upgrading to Release 11i now. There have bean a lot of bugs reported, an issue raised at the recent user group meeting, but this does not appear to be different from other major releases of Oracle software.

HP is implementing Oracle's CRM product and will go into pilot in December, and are happy with the Release 2 of 11i, which fixed many of the bugs reported to date. JDS Uniphase is

implementing the broader e-business suite, but will not implement much of 11i until it completes the rollout of 11.03 next year. It does not require the features of Siebel or i2 at this time. Other large customers expected to roll out Oracle applications include Lucent, Bell South, Agilent, and divisions of GE. We expect that most of the early adopters of 11i will be mid-market vendors, customers that do not require the best of breed functionality and want quicker implementations associated with an integrated solution.

We believe that maybe 10% of Oracle's applications customers will upgrade to Release 11i by the end of the February quarter, with an accelerating rate of adoption to follow after it appears that most of the early bugs have been addressed with subsequent minor updates. Customers we are talking to like integration (one data model, one programming language, on[e] vendor for support, one upgrade cycle, less integration work, quicker implementation, etc). Oracle sells integration and flexible Internet architecture, and does not typically engage in a feature by feature comparison with the best of breed vendors. We continue to believe the high end belongs to the best of breed vendors and it will take Oracle time to move up market, but not all of the high end requires best of breed.

We also note that much of Oracle's success with 11i has been leveraging off of its financials and related ERP suite, not lead by the CRM or SCM modules. Release 11i integrates in these modules for the first time. We believe there is the opportunity to pull along CRM and SCM solutions with the ERP modules and begin to position as a broader e-business suite vendor.

A large fruit juice vendor in the Northeast reports 6 month time implementing 11.0 and expects to take 2-3 months implementing 11i. The vendor was aware of 11i upcoming functionality and Internet architecture in selecting Release 11 but will wait a while before implementing 11i. We believe many customers will be influenced as more reference sites report back that the product works as advertised and bugs reports appear to be addressed by the minor new releases.

Goldman Sachs, November 3, 2000, 9:31 AM (analyst report on Oracle)

Although Oracle has an established franchise in the database market, we believe the company faces entrenched competition in the applications space, as well as a number of execution and product roll-out challenges associated with the June release of the 11i application suite. We believe applications represent a unique market with different products, buyers, and competitors than in databases. Over the next several quarters, Oracle must train the sales force to sell 11i applications, launch a new calling effort targeting different buyers (buyers of applications are business people, while databases are typically purchased by IT professionals), build the pipeline, win new business, develop 11i customer references, and deepen the product functionality. We believe Oracle must execute well in these areas on an intensely competitive playing field where entrenched, best-of-breed vendors continue to capture significant market share, particularly in the areas of CRM, supply chain collaboration, and B2B eCommerce. And Oracle will have to perform without the contribution of Ray Lane, who left the company in July.

Given the difficulty of executing on all of these fronts, the competitive nature of the applications space, and the company's relatively weak performance in applications to date, we believe there is more risk to F2001 numbers than there may appear....

Oracle faces significant execution risk as it launches a major new product cycle

We believe the recent release of the 11i application suite introduces significant execution risk over the next 3-4 quarters as Oracle addresses the challenges of a new product cycle, including the following:

 * Train sales force and build 11i pipeline although Oracle has an established franchise in the database market, applications represent a unique market with different products, buyers, and sales cycles and more entrenched competitors than in databases. The company trained its sales people on 11i over the summer after the June release, indicating that the company is still in the early stages of the sales cycle, which typically lasts 6-9 months in the software industry.  In addition, the buyers of applications are different than buyers of databases (buyers of applications are business people, such as the CEO or CFO versus IT professionals who typically purchase databases) resulting in new calling efforts by the sales force....

* Develop referenceable customers where Oracle will have to successfully implement a number of 11i customers in order to build a franchise in applications and drive sales growth moving forward....

* Deepen product functionality where we believe Oracle must develop enough functionality in each application area for the benefits of an integrated suite to outweigh the advantages of best-of-breed solutions.  Today, software projects are typically awarded to vendors best suited to solving specific problems resulting in stronger performance from best-of-breed players, such as Siebel, Ariba, CommerceOne, and i2.  Although spending decisions have increasingly been elevated to senior management levels as software has become more strategic to the business, we believe it will take several more years before companies embrace the concept of a suite of applications particularly in the absence of a single vender providing robust functionality in all areas....

Although Oracle articulates a powerful case for the application suite over best-of-breed solutions, we believe this vision will be difficult to achieve in the near future given the challenges of developing superior products in every applications area, staying ahead of the innovation curve, and ripping out existing systems....

Robertson Stephens, November 8, 2000, 1:40 PM (analyst report on Oracle)

Quality was among the key issues voiced by participants.  Questions were posed about the testing process, as well as how regional problems were reported to Redwood Shores.  Oracle offered assurances that the 11i product in particular goes through multiple "waves" of testing.  In addition Oracle confirmed that the company is its own customer, using the products across its own enterprise and is racing to make it better.

*Business Wire*, November 15, 2000, 11:03 AM (public press)

As the eBuisness [*sic*] Suite is the main contributor to applications revenue going forward, we are still cautious about Oracle's new sales strategy as it relates to the applications division.  We are believers in the eBusiness Suite; however, we remain cautious regarding growth in the

applications division in the imminent quarter. We believe the sales force will not be fully trained to effectively sell the eBusiness Suite until the latter portion of the year.

Salomon Smith Barney, November 20, 2000, 6:36 PM (analyst report on Oracle)

Oracle Corp. (Nasdaq: ORCL), the largest provider of software for e-business, has been awarded the "ERP Software Product of the Year" at the Data News Awards for Excellence, a top event in the information technology (IT) industry in Belgium. Data News readers overwhelmingly recognized Oracle as the best enterprise resource platform (ERP) platform over both SAP and PeopleSoft. The selection criteria was based on product innovation and the product vendor's ability to execute on its vision. Oracle's(R) E-Business Suite 11i provides out-of-the-box integration of applications that allow e-businesses to easily connect with their customers, partners, and suppliers. Companies can completely automate their enterprise, from marketing and Web selling, all the way through to procurement and the Internet supply chain.

PR Newswire, November 28, 2000 (public press)

Demand for the new 11i applications business suite appears to be building on schedule as the company works out the bugs and issues patches that are the normal course of progress for a new release. We talked to a number of customers currently running 11i and received positive reviews on its performance and functionality. Given the building interest for 11i, as well as the run rate business for expansion of the current releases within the installed base, we feel that the company will report 52% or greater revenue growth in the applications business.

Chase H&Q, November 29, 2000 (analyst report on Oracle)

With release 11i, Oracle has shifted from a best-of-breed (BOB) to a "we can do it all" approach to both applications and infrastructure delivery for enterprise resource planning (ERP), ERP-complementary applications and e-business functionality. At Gartner's U.S. Fall Symposium, we presented a report card on r.11i for ERP. As of August 2000, Oracle received a grade of B+ for its vision and a D+ for execution. The latter mark was upgraded to a B– in November 2000.

Execution: The marks we gave Oracle in our August 2000 evaluation have improved since then; however, they still reflect Oracle's struggle to deliver Oracle Applications r.11i. The mark of D+ for r.11i ERP execution (which we published in the August 2000 report card) reflected the following: 1) Oracle had released 11i six months later than its first projected release date of November 1999; 2) Oracle was not able to deliver any production references for 11i beyond the financial modules; and 3) the adoption of 11i was very slow, with all modules still not available. We have since raised Oracle's execution score to B– overall, with marks of B+ for business execution and C– for product execution, as Oracle has delivered some limited production references for Oracle 11i and has released its FY00 financial results for its applications. Oracle's applications business has grown by 42 percent year-over-year, showing strong growth in a weak ERP market. Oracle has effectively leveraged its e-business message to consistently draw it into larger deals that once would have been SAP's exclusive territory. In addition, r.11i's financial accounting modules have stabilized to the extent that we are comfortable recommending them to enterprises that match Oracle's functional capability and strategic direction.

Summarizing the November 2000 results, Oracle has received the following grades for its ERP applications:

Vision — B+

Execution — (C– and B+) = B–

…

On the product side, early reports from clients demonstrate that r.11i ERP components other than financials remain unproven. Components such as Manufacturing and Order Management have not been fully deployed (thus, there is no track record), often because the code has come with quality problems that have halted deployment progress. Client feedback has also revealed that, through at least September 2000, Oracle was consistently unable to demonstrate Oracle 11i in sales situations, because of technical difficulties. A primary source of Oracle's struggle to deploy r.11i has been product quality problems that appear worse than its competitors', because of Oracle's release deployment strategy. Gartner believes that the Oracle strategy relies on users performing stress testing during what Oracle considers "general availability," an exercise that Oracle's competitors perform as part of an extended beta or an early adopters program. Hence, until r.11i is more widely deployed, including by Oracle itself (Oracle will not fully move to r.11i internally until the end of 2000), 11i as a complete ERP suite remains suitable primarily for risk-tolerant, early-adopter-oriented enterprises.

Gartner, Inc. December 4, 2000 (market report)

There's also mounting concern that Oracle's much-touted e-business suite, 11i, which disappointed investors in the August quarter, may once again fail to live up to some high expectations. In recent research notes, several analysts have cautioned that, while many customers are evaluating 11i, it probably won't gain much traction in the marketplace for some time.

Ellison, who has been preaching the merits of a single, integrated suite of Web software that handles everything from human resources to e-marketplaces at every public appearance this year, is undaunted. "Even if individual (software) elements are fantastic, when you glue them together, you have a mongrel; a Frankenstein's monster – it's alive but not often," he said at the investor conference last week.

Henley took a somewhat different stance. While reiterating his prior guidance, he acknowledged "maybe we won't have the enormous success we think we'll have" with 11i, but Oracle will still compete with its niche rivals.

*Dow Jones News Service*, December 4, 2000, 7:00 PM (public press)

Although we believe Oracle could deliver solid November quarter results, we remain cautious on the stock based on company and market-related factors, including the following:

1) Limited track record and customer base in applications which will take several more quarters to build given that 11i was released in June and represents a major new product cycle in a market that is unique from the company's core database business. Over the next several quarters, Oracle

must train the sales force to sell 11i applications, launch a new calling effort targeting different buyers (buyers of applications are business people, while databases are typically purchased by IT professionals), build the pipeline, win new business, develop 11i customer references, and deepen the product functionality. We believe Oracle must execute well in these areas on an intensely competitive playing field where entrenched, best-of-breed vendors continue to capture significant market share, particularly in the higher growth areas of CRM, supply chain collaboration, and B2B eCommerce. We believe applications represent the next engine of revenue growth and margin expansion for the company marking a major transition in the business from databases to applications.

2) Seasonal weakness in the February quarter where it is more difficult to close deals in the first few months of the year in the software industry following seasonally stronger demand at year-end. In addition, if additional economic data indicate slowing in 2001, we believe sales cycles could lengthen and spending soften for major software implementations potentially compounding the effects of seasonal weakness and impacting Oracle's ability to deliver on Street expectations, in our opinion.

Robertson Stephens, December 6, 2000, 12:37 AM (analyst report on Oracle)

We believe Oracle's 11i e-business suite continues to have bugs thereby limiting the number of notable customer references for the new product. We continue to expect most large customers will wait another 2 quarters, or so, before purchasing the product, as confirmed by Oracle at its last analyst meeting.

JP Morgan, December 12, 2000, 8:17 AM (analyst report on Oracle)

"We believe Oracle's 11i e-business suite continues to have bugs, thereby limiting the number of notable customer references for the new product. We continue to expect most large customers will wait another two quarters, or so, before purchasing the product, as confirmed by Oracle at its last analyst meeting," JP Morgan analyst William Epifanio wrote in a research note.

*Reuters News*, December 12, 2000, 11:24 PM (public press)

Many customers and integrators indicated that CRM remains the #1 priority for IT spending....

Applications 11i Gaining Momentum. Oracle's new 11i e-business suite appears to be gaining significant traction. 83 11i customers are live with roughly 100 in late-stage implementation. We learned of several large (8-figure), marquee customer wins in the quarter including JDS Uniphase, Compaq, Sun Microsystems, and Agilent Technologies.

Deutsche Bank Alex. Brown, December 14, 2000 (analyst report on Oracle)

However, over the past 6 months, the market is becoming slightly more competitive as offerings from Oracle (as part of its 11i suite), Clarify (FrontOffice version 9.0 was released in 2Q00 and a new release is scheduled for 4Q00) and Vantive (version 8.0 was released in 3Q00) are attempting to increase their traction in the market. As of 3Q00, Siebel commented that it saw



Clarify and Vantive in approximately 5% of deals, Oracle in 6% of its deals, and SAP in approximately 4% of its deals.

Salomon Smith Barney, December 14, 2000 (analyst report on Siebel)

E-Business Suite 11i gaining traction. Oracle's E-Business Suite 11i has established a foothold in the enterprise market.... In addition, 11i seems to now be reaching a critical mass of reference customers....

Banc of America Securities, December 15, 2000 (analyst report on Oracle)

The main risks we perceive in owning Oracle shares are: 1) license revenue growth has been very volatile (susceptible to large deals) and thus difficult to project accurately; 2) sales force closure rates have varied widely in the recent past; 3) execution in the applications business could depend upon continued rapid growth in Oracle's new front-office applications.

FAC Equities, December 15, 2000, 8:25 AM (analyst report on Oracle)

Oracle sees no slowing in its business as its product cycle gets better (11i applications suite is finding acceptance in the market, also in the very high end of the market)...

HSBC Global Research, December 15, 2000 (analyst report on SAP)

The company contributes the strength to the success of its ebusiness suite 11i versus best-of-breed competition. Management believes customers are favoring the fully integrated suite, versus piecing together different systems from different vendors. We remain skeptical of this assertion, especially at the high end of the market....

JP Morgan, December 15, 2000, 8:27 AM (analyst report on Oracle)

The first version of 11i had the bugs that all new releases of this size usually have, but 11.03 was released in November to resolve those issues.

Morgan Stanley Dean Witter, December 15, 2000 [repeated 12/21/00] (analyst report on Oracle)

We believe the build-out of the applications business represents a major transition for the company and carries a fair amount of near-term risk where the intensely competitive landscape, a major new product roll-out (the 11i application suite was released in June), Oracle's historically mediocre performance in this area, and recent management departures pose significant challenges for the company.

Robertson Stephens, December 15, 2000, 8:36 AM (analyst report on Oracle)

We anticipate the applications division will continue to accelerate given that the company has exhibited significant traction since the release of Version 2 of its eBusiness Suite in October. We are under the impression that the first version had considerable bugs and the most recent version is really gaining traction in only a matter of months. The combination of referencable



[*sic*] customers from the newest version functional product dews and a sales force trained on the eBusiness Suite should propel growth in the applications division going forward.

Salomon Smith Barney, December 15, 2000, 7:58 AM (analyst report on Oracle)

This quarter's result indicates that Release 11i is gaining momentum in the marketplace. Our field checks support this view. We have spoken to representatives from the Big Five consulting firms who echo the view that Oracle's applications business is gaining momentum. Specifically, they are seeing Oracle in the running for almost every big enterprise resource planning (ERP) deal, whereas in the past they saw only SAP (SAP $37.50) in the queue for every large deal— Oracle is gaining share from SAP. Interestingly, they also have seen some customers choose to put in Oracle and remove their SAP and Baan installations. As for newer applications, the consulting firms have commented quite favorably on Oracle's e-procurement and field service applications. On the subject of the stability of 11i, they say that the release is no more "buggy" than any other major product introduction (except for the order management module, which apparently has more bugs).

William Blair & Co., December 15, 2000 (analyst report on Oracle)

Recently, Oracle rolled out software for managing sales and customer service operations; the software didn't work as well as the company promised, said Rod Johnson, an analyst at AMR Research Inc. in Boston. "They brought the product to market too soon," he said. "There are significant quality issues."

*Bloomberg News*, December 26, 2000, 9:55 AM (public press)

Oracle has been awarded the Info Exame Award for "The Product of the Year" in the application software category. The Oracle(R) E-Business Suite was selected for its fully integrated suite of front-and back-end office applications. Info Exame is the largest IT publication in Brazil, and the Info Exame 2000 awards honors the top companies and products in 65 categories, including hardware, software, communications and the Internet, for their innovation in the age of the Internet.

*PR Newswire*, December 27, 2000, 9:00 AM (public press)

A recent example is the enterprise-software market, where Oracle's decision to develop its own integrated e-business suite of applications has so far proved to be much more successful that SAP's strategy of outsourcing to 'best-in-breed' suppliers such as i2 for supply chain, Clarify for support, and Commerce One for exchanges....

*Irish Marketing Review*, Vol. 14, Issue 2, January 1, 2001 (public press)

The days are numbered for best of breed business intelligence solutions. Oracle's (Nasdaq: ORCL) integrated business intelligence solution based on Oracle9i(TM) is winning an ever-increasing group of admirers. In this year's DM Review 100, a reader-selected listing of the top vendors in the business intelligence industry, Oracle climbed to a No. 3 ranking from last year's No. 4 position.

*PR Newswire*, January 2, 2001, 8:00 AM (public press)

Oracle reiterates two value propositions for the suite solution versus a "best-of-breed" approach:

\* The suite provides a single view of the customer across the enterprise by incorporating a single data model.

\*The suite is pre-integrated and fully interoperable out of the box, helping to lower consulting costs and time-to-value.

Salomon Smith Barney, January 10, 2001 (analyst report on Oracle)

The features are aimed at presenting large corporations with a fully integrated offering that can be expanded as they move more of their operations online. The focus on integration is also seen as a step by Oracle to stem some of the criticism it has faced over the lack of features and functionality in its e-procurement offering, as compared to the platforms of chief rivals Ariba and Commerce One.

…

Oracle's latest product releases are clearly aimed at showing it can play the integration game better than its competitors.

Interactive Week from *ZDWire*, January 17, 2001 (public press)

At Oracle's B2B Collaboration day yesterday, the company rolled out a line of four exchange applications (Exchange Marketplace, Product Development Exchange, Supply Chain Exchange and Transportation Exchange), introduced an Exchange Partner Initiative and highlighted its "eHub," or B2B architecture. The company views the new technology as an extension of its 11i e-business suite. Specifically, the new exchange apps are designed to provide collaborative environments outside the four walls of an enterprise, whereas 11i value is principally delivered inside the enterprise. Value is derived from reduced product development cycle times, eliminated supply chain waste and reduced procurement and logistics costs. The lack of integration required among Oracle applications was a theme highlighted by management and echoed by a moderated panel of three marketplace customers.

Thomas Weisel Partners, January 17, 2001 (analyst report on Oracle)

Reinforcing the Need for Integration

One-stop shopping and integration is a consistent theme in Oracle's product and sales strategy. Since the release of its 11i applications suite in May, Oracle has stressed the benefits of an integrated suite; that its individual application components all work together, eliminating the need for integration. Oracle argues that it makes more sense to buy its suite than to purchase piece parts from other vendors and incur the time and cost of interconnecting them.

William Blair & Co., January 17, 2001, 10:47 AM (analyst report on Oracle)

The 11i application suite was launched only a few quarters ago and Oracle is still building the sales pipeline, implementing new customers, working to develop 11i customer references, and deepening the product functionality (the transportation exchange, for example, will not be released until the spring).  Although we were pleased that three companies participated in a customer panel at the B2B Collaboration event this week, they were relatively young businesses (each was founded in either 1999 or 2000).  Moving forward, we will be looking for enterprise-wide, Fortune 500-caliber customer implementations and references as evidence of Oracle s ability to gain significant traction with 11i.

Robertson Stephens, January 18, 2001, 12:28 AM (analyst report on Oracle)

ORCL's fully integrated e-commerce solution, encompassing database, application server, customer relationship, supply chain management, and enterprise resource planning software products, provides a compelling and cost-effective alternative to the array of best-of-breed competing point solutions available.

PNC Advisors January 23, 2001 (analyst report on Oracle)

We consider the 44% growth rate for the space forecasted by IDC from last year's $4.5 billion to $6.5 billion this year on target or perhaps a little high due to economic conditions.

CIBC World Markets, Corp., January 24, 2001 (analyst report on Siebel)

| Company | Product/Functionality | Comment |
|---|---|---|
| ... | | |
| Oracle (ORCL, Nasdaq) | Good ERP suite (#2 after SAP); CRM functionality. Stresses ability to offer an all-in one solution. | All-in-one solution should be available from end-Q1 2001 (at the earliest).  No joint development and no pre-configured solution. |
| SAP (SAPG, Deutsche Boerse) | Very strong ERP solution (market leader); a picking-up speed SCM solution (#2 after i2); a new CRM solution. | To combat shortcomings – reselling agreement with Clarify (CRM). Joint development with Commerce One (e-marketplaces) – a joint solution in the market since end Q3 2000. |
| ... | | |

Oppenheimer Research, January 25, 2001 (analyst report on SAP)

Mark Barrenechea, Oracle's Senior Vice President of CRM products, delivered a typically positive presentation at BAS' Tech conference today.  He continued to espouse the benefits of Oracle's suite-based product strategy over competitors' "best of breed" approach.  Oracle believes its suite-based approach will be more cost effective for companies than an integrated



"best of breed" approach, because it requires less integration work.

…

11i e-Business Applications Suite making progress. Oracle's 11i e-Business Suite continues to make progress. Version 3 is now generally available with version 4 "freezing code" this Friday and expected lo be released within the next 60 days. The 11i suite now has roughly 200 live customers with 2,000 implementations underway. Oracle itself is now running at least seven application modules from the 11i suite internally, including modules for marketing, sales, sales compensation, contracts, financials, telesales, and support. Oracle believes its competitive advantages include integration, scalability, globalization, total cost of ownership, a unified data model, and the ability to manage integrated business flows.

Banc of America Securities, February 7, 2001 (analyst report on Oracle)

With the release of 11i, Oracle has promised a suite of products that the company claims will contend with best-of-breed enterprise software providers. To date, progress has been mixed, as nearly two-thirds of the entire suite is new (CRM, SCM and procurement). Thus, it could take some time before 11i gains traction because new product offerings typically take 6-18 months to generate market interest....

SG Cowen Securities, Inc., February 7, 2001 (analyst report on Oracle)

Oracle aggressively pushes the products in suite form, but will also sell applications as stand-alone components. The Company's differentiable value proposition comes in being able to offer an integrated suite of products (versus stand-alone players such as Siebel, i2 and Ariba). Benefits include lower near-term systems integration costs, a more fluid working unit of commonly architected applications, and reduced training, integration, and maintenance costs in the longer term. Moreover the Company offers the applications server and database products that the other suite providers (SAP, PeopleSoft, and Lawson) cannot provide.

We are only cautiously optimistic that the suite approach will work in the near term. Most companies have a number of disparate applications already in place and are only looking to add-on new functionality. They do not want to scrap their millions of dollars invested in software and training (in some cases hundreds of millions of dollars) and replace them with a new product. We believe the suite approach is a long-term vision and sales proposition that many companies may not pursue at this time. Nonetheless, it is a compelling long-term solution, and a wise move for an existing Oracle customer or a new company starting out fresh.

U.S. Bancorp Piper Jaffray, February 7, 2001, 5:26 PM (analyst report on Oracle)

Oracle 11i continues to gain momentum despite the weakening macro environment. Oracle got the message right – companies are responding to and intrigued by the one stop shopping and pre-integrated application suite. The need to reduce complexity and accommodate change more easily argues for a unified application suite. A number of early wins such as JDS Uniphase, GE Aircraft Engines, ACT Manufacturing, Rockford Inc, UPS, and Bellsouth are starting to go live with the product. A few like JDS Uniphase have purchased the entire suite. Millipore, Hitachi, and Cummings Engine are rolling out the advanced planning and scheduling projects. The references are building but not without a lot of work. The growing pains of a new code base are

evident in early bug counts and stability issues but the company seems to be working through these issues as expected.

… ERP is doing the best, as we expected, given the rebound in that market while supply chain is receiving surprising initial interest. CRM is still bumping along but hasn't broken out yet from what we can tell – people are still demanding more features, better performance, and richer support for disconnected clients.

Morgan Stanley Dean Witter, February 9, 2001 (analyst report on Oracle)

Expectations Divided on Oracles' AppsWorld

But if Oracle's European AppsWorld, held last week in Paris, is any indication, the show won't get high marks from Beth Barling, an analyst at AMR Research Inc. in Boston.

"Oracle admitted that Paris was a dry run for New Orleans, and from our perspective, dry was the word," she said. "[There was] little news or vision beyond a barrage of marketing messages that were already well known."
…
OAUG users have been clamoring for support when upgrading to Oracle's new E-Business Suite 11i software from previous versions.

Rosentrater said that until her company can get 11i up and running safely, she "cannot reap the benefits of the 'new world' of e-business" that Oracle plans to showcase at AppsWorld.

*Computerworld*, February 19, 2001 (public press)

We believe Oracle could have a compelling message if its applications can deliver functionality close to that of its best-of-breed competitors. They are not there yet.

Banc of America Securities, February 21, 2001 (analyst report on Oracle)

A few shortfalls of the 11i suite as noted by another Big Five consultant. The first release of 11i was somewhat unstable with a large number of code patches required. 11i is now in release 3 (shipped at the end of January). Also, a trade-off of purchasing a full suite is reduced leverage in price negotiations from engaging fewer vendors than in a comparable best-of-breed bake-off.

Deutsche Bank Alex. Brown, February 21, 2001, 6:04 AM (analyst report on Oracle)

New Orleans – Stop modifying Oracle applications. Stop complementing Oracle applications with third-party software. Stop building applications in-house. That's the message from Oracle's Chairman and CEO Larry Ellison to Oracle customers.

"Let us finish our software. Don't do it for us," Ellison said during a keynote at the Oracle AppsWorld developer's conference here.
…
Describing a fundamental change for Oracle's relationship with its customers, Ellison said e-

business processes must become more standardized and simplified, and to do so customers should trust and rely on Oracle.

Business software patched together with applications from a variety of vendors will not work as well and is less cost-effective than using an integrated suite from a single vendor, such as Oracle's own 11i ERP (enterprise resource planning) suite, Ellison said.

Ellison said Oracle's 11i applications suite lets customers use the Internet to meet 70 percent to 85 percent of their business needs without the need to make software code changes. Oracle's service crew can tweak and modify the applications to meet the rest of the customers' needs.

"It's a new way of working together, and it means we need to do a better job of understanding your business," Ellison said.

Businesses "are better off with an 80 percent solution in place in six months than fantasizing about a 100 percent solution complete in 2 years after writing a whole lot of code," Ellison said, referring to companies that build these applications in-house.

Customers get trapped behind old, heavily modified versions of Oracle software, making upgrades difficult, time-consuming, and expensive. Ellison wants customers to rely on Oracle's services.

"We have more than 100 percent of what you need. We don't have 100 percent of what you want," Ellison said.

*InfoWorld Daily News*, February 21, 2001, 9:27 PM (public press)

In a word, Oracle's message can be summed up as "integration." This message continues to be popular and it is hitting two distinct types of customer audiences.

Large organizations, principally the Fortune 100 companies and certain parts of the federal government, are buying into the notion of using the Internet to streamline costs…. However, these large deals come and go if the economy stays uncertain, we believe these types of deals may sit on the horizon for a prolonged period.

Ironically, as Oracle is quick to point out, its software brings a high ROI, which would be of extreme interest to large companies during poor economic conditions. As such, one might expect Oracle's application message to resonate even louder when times are bad.

Unfortunately, we believe the opposite is the case because implementation periods span multiple years…. However, it's a real lot of money that these Fortune 100 companies are looking at spending (upwards of $100 million in some cases) with Oracle and if the economic environment continues to be weak, we wouldn't be surprised to see some of these prospective customers wait a quarter or two (or more) before they get on board. Even capital spending gets cut in bad environments.

…

Another interesting observation that we have made has to do with the mixed perceptions of

Applications 11i.  The Applications 11i suite was officially released several months ago, but
software bugs hampered its adoption....  While we have not been able to check with all 180 of
the live customers, we have spoken to four of them.  Of these four, three were integrator partners
and one was a division of a large company.  All of these customers had severe difficulties with
their implementations.  In fact, one of them was implementing 30 seats in one office on a Sun
Solaris platform and they found Oracle's advice to be incorrect and had to work around the
"fixes" that Oracle provided directly.  While this was the worst report, in our opinion, it gives us
some cause for concern, especially where the Company is guiding analysts to 60-plus percent
license revenue growth rates for the next few quarters....  On balance, the best we can say is that
we are getting mixed signals on Applications 11i, which gives us another cause for caution.

Punk, Ziegel & Co., February 21, 2001, 8:56 AM (analyst report on Oracle)

[W]e believe certain pieces of the company's suite offering have gaps (mainly particular CRM
modules) that need to be filled.  This should come as no surprise however, and is currently cause
for little concern, as Oracle has typically marketed its software aggressively ahead of product
functionality.

SG Cowen Securities, Inc., February 21, 2001, 8:55 AM (analyst report on Oracle)

Our discussions with systems integrators indicated that customer[s] are delaying the upgrade
from 10.7 to 11i, due to the scale of the conversion as well as the instability of early releases of
11i.  The company released a new version of the product, which addresses the stability issue.
However, we believe this to be a near-term risk in its application sales.
...
It appears there is increasing customer interest in the benefits provided by Oracle's e-business
suite of applications, 11i.  However, we think it is unlikely that enterprise customers will
abandon the best-of-breed mentality.  Customers we surveyed find the value proposition of a
suite intriguing since it promises lower integration and maintenance costs.  However, they are
not willing to sacrifice incremental functionality in lieu of the "promised" lowered costs.  In
addition, enterprise customers have already made major investments in e-business applications
over the past year.  The majority of these customers are just beginning to implement and reap the
benefits of these systems, and are unlikely to scrap their recent purchases in order to benefit from
a suite.
...
Based on our discussions with SI's, we believe the upgrade cycle from version 10.7 to 11i could
be delayed for roughly one quarter.  It appears that existing Oracle 10.7 customers are delaying
their upgrade to 11i for two reasons:  1) the migration from 10.7 to 11i is a huge implementations
effort and 2) the current version of 11i is noted to have many of bugs (close to 5,000).  Oracle
has addressed the technical issues with release 3.0 of 11i, and SI's expect the upgrade cycle to
ramp in the second half of the year as a result.  Another catalyst for an increase in the migration
to 11i is the company's plan to stop support of version 10.7 starting in December 2002.  The
second half ramp in application sales is consistent with management's previous comments.  We
think that the delays in the upgrade cycle pose a near-term risk for application sales.
...
Management also provided further details on the progress of 11i.  Currently there are 180

customers are [*sic*] live on 11i with over 2,500 implementations in process. The company continues its development efforts in delivering more robust product. Approximately 45% of 11i is comprised of new modules. Management also sees strong demand in the areas of CRM and SCM.

CIBC World Markets, Corp., February 23, 2001, 7:36 AM (analyst report on Oracle)

...[D]iscussions with customers and partners also highlighted the fact that product bugs and execution challenges remain, which will need to be overcome in order for Oracle to become an applications leader....

...During the conference we heard complaints from customers regarding previous releases. While the product will never be perfect, if there is not a highly satisfied group of early 11i reference customers, Oracle's momentum could be stopped in its tracks.

U.S. Bancorp Piper Jaffray, February 23, 2001, 7:56 AM (analyst report on Oracle)

11i Is Typical of Oracle Application Releases

Oracle's application history has been checkered at best. The company has a legacy of shipping software to early adopters and relying on them to shed the blood, sweat, and tears necessary to debug the system and make it reliable. Examples of this can be found in each of Oracle's major application releases. For instance, *Oracle 11i* was rushed to the market much later than promised, with many gaps and bugs in the code. Newer applications, namely the SCP and CRM modules and the rewritten order-entry functions now encompassing greater functional scope and called order management, also exhibited poor quality.

...

The lack of referenceable customers has not lessened the demand for the new *11i* suite. In fact, Oracle's application license business has grown impressively each quarter since the launch of *11i*. Oracle's vision is compelling and deserves attention, but the company cannot continue to use its installed base as a step in its release testing process. Users also suffered when they went looking for technical/functional documentation and support for the new application suite. Frustration mounted when they found a lack of people knowledgeable about the new applications in the Oracle support organization. But the holes are starting to get patched. In late January, Oracle released the long-anticipated version *11i.3*. Given the feedback from users and implementation partners this is the most stable and complete version of the application suite. Most early adopters are opting to reinstall their current instances of *11i* and intend to roll out the *11i.3* as the production instance. Companies getting the most success from their implementations are those that deploy on the Sun platform, the development box used by Oracle.

After a 10-month struggle to get the application suite stable, Oracle is finally delivering a product that can be used as the backbone. With more than 180 customers now live on the e-business suite and 2,500 ongoing implementations, Oracle clearly has sold its customers on the belief that it will indeed get it right. Now the real work begins.

...



Customers must be aware that parts of the application suite are initial releases and come with all of the expected functional gaps and implementation issues....

> AMR Research, February 27, 2001 (market report)

Even though Oracle developers have made some progress since the initial release of 11i, our channel checks suggest that gaps continue to exist in CRM, and that the software is very difficult to integrate, even with other Oracle applications. Additionally, we have heard from numerous sources that certain modules are noticeably slow and riddled with error messages....

> SG Cowen Securities, Inc., February 28, 2001 (analyst report on Oracle)

Oracle's results reflect the continuing slowdown in IT spending and reflect the "buy only what you absolutely need now" mentality. We believe that Oracle's Suite selling strategy fared poorly in this environment, since the Suite's high cost probably appeals more to a high IT spending environment.... [BEAS] products are less expensive and thus less likely to be impacted than large ticket items like Oracle's Suite....

> Dain Rauscher Wessels, March 2, 2001 (analyst report on BEA Systems)

...[It] seems particularly puzzling to attribute a $200M shortfall to the last couple of days of the quarter to a change in the economic environment.

...We also believe that the weakness in Oracle's applications business is because the company's applications are not yet ready for prime time. At Oracle's applications conference last week, we learned that over 200 patches had been developed for the CRM product for the latest version. Furthermore, many customers we have talked with indicated that although the CRM product showed promise, the SCM products are not even on the radar. Although [f]eedback from these customers suggested that they were impressed with the idea of a fully integrated suite, we were unable to find any that had fully integrated and gone live on the suite....

> UBS Warburg (U.S.), March 2, 2001, 7:25 AM (analyst report on Oracle)

As for the lack of customer successes, we must consider the timing and stability of the software. Oracle Applications Release 11i was announced for general availability in May 2000. The 11i release includes certain functionality, such as self-service and financials globalization, that facilitates some of the savings opportunities discussed previously. At the AppsWorld conference, Oracle reported 180 customers live on various components of 11i and another 1,500 customers in the process of implementing the software. As the software rolled out last year, it became apparent the applications were buggy, delaying implementations until the software stabilized. Customer experience indicates that the applications are more stable now and actual customer success stories are becoming more apparent. Some early 11i success stories were offered at the conference, such as Compaq's initial rollout of e-procurement.

> Giga Information Group, March 5, 2001 (market report)

Oracle's momentum in selling its e-business application suite is slowing — and not just because of current economic conditions. In Giga's opinion, the high growth that Oracle's applications business has experienced during the past year is not sustainable as its reputation and competitors catch up.

Oracle reported reduced preliminary earnings estimates on March 1 for its third quarter and attributed the reduction to a slowdown in the United States economy. The economic conditions apparently resulted in deferred deals for both the database and applications products. This announcement sent Oracle and other software stocks reeling the following day. Oracle said its applications business grew in the third quarter at a rate of 50 percent — still substantial, but less than earlier predictions of 75 percent to 100 percent growth.

Oracle's 11i application products, announced in May 2000, are still maturing and stabilizing. The company has been releasing patches to correct myriad bugs within the software, and some of the functionality promised in 11i is being released incrementally as minor upgrades. Customer experience has been mixed, and only 180 out of thousands of customers are currently live with 11i products. While Oracle is eager to tout its own success in deploying 11i, customer success stories are relatively scarce…. These issues may well be impacting the momentum of Oracle in the marketplace.

…While competitors have their own strengths and weaknesses, it is a stretch to argue that Oracle is the most complete and integrated product available….

…Giga believes that Oracle will not sustain the current level of applications growth due to the aforementioned issues related to product stability, architecture and competition.

Giga Information Group, March 8, 2001 (market report)

PeopleSoft 8 represents a broad application suite – positioning the company squarely in the battle against Oracle and SAP, who recently launched similarly broad solutions (Oracle 11i and mySAP.com)…. Although we believe this concept will take time to gain traction in the market…it is likely to prove compelling among senior level executives (who are increasingly the key decision makers) longer term, in our opinion.

Robertson Stephens, March 12, 2001 (analyst report on PeopleSoft)

Earlier this year, Oracle delivered the third version of its 11i applications suite, known as 11.5.3, for Unix computers and for Windows. Previous releases of the 10-month-old suite required a staggering 5,000 software patches-and an amazing degree of patience from early adopters.

…"No software is perfect in its early release, but it took seven months to resolve these problems," Young says.

Oracle officials don't deny there were bugs in 11i but contend bigger problems are caused when customers tinker with the apps. "We've got some very large customers who are doing 11i implementations with a huge amount of modification, and they're horribly frustrated," Ellison said in his keynote address at the Oracle AppsWorld conference in New Orleans last month."

...

"But missing functionality and those software bugs in the first release of 11i and the subsequent 11.5.2 version could also be costing Oracle potential business. Walter Stokes, lead database administrator for EDS's Oracle application service provider offering, is advising ASP clients not to upgrade to 11i until EDS can evaluate 11.5.3. The earlier releases are "the buggiest software I've ever seen come out of Oracle," Stokes says. Oracle's CRM module has been particularly problematic, he says, requiring up to 100 patches for one customer."

...

"Compaq isn't doing that. It's integrating Oracle's iProcurement application with SAP financial and PeopleSoft HR apps. Each excels at different things, Box says, with Oracle taking the lead in purchasing-intelligence capabilities for generating reports and analyses on spending."

*InformationWeek*, Vol. 828, March 12, 2001 (public press)

Only 25% growth [in applications] compared to guidance of 50-100% in an area that Oracle is pushing hard is a significant miss. Yes, some of this is probably from economic pressures and budget constraints, but there also may be some backlash or saturation of customers that want a quick out-of-the-box software suite. The problem here is that visibility continues to be very poor.

A.G. Edwards & Sons, Inc., March 16, 2001, 8:15 AM (analyst report on Oracle)

We continue to believe the economy is only one of several factors that are pressuring the company currently. On the database side, we believe the economy explains perhaps 70-80% of the weakness, with the remainder due to company-specific woes (possible market share loss and dot-com impact?). On the applications side, especially in light of Oracle's weaker than expected 3Q applications growth, we believe the economy may only explain 20-30% of the weakness. The rest, in our view, is a result of the product set not yet reaching a competitive level of functionality, relative to best-of-breed vendors. The litmus test for Oracle's applications business is in 15-30 days when applications software companies report their March quarters. If results are weak, it's probably good news for Oracle (Oracle's apps weakness is due more to industry weakness); if they're strong, it's bad news (apps business is losing share).

Banc of America Securities, March 16, 2001 (analyst report on Oracle)

On March 16, 2001, we are downgrading the shares of Oracle to Hold due to 1) the impact of the U.S. economy, 2) concerns over acceptance of its e-business applications, and 3) management's lack of a proactive plan to get back on track. We believe that the economy is only a partial explanation for their shortfall.

...The 25% growth in applications revenues was particularly disappointing as applications were expected to be a major growth driver for the company.

...From our conversations, customers still desire best-of-breed solutions designed with the customer in mind verses a suite that may not be customizable or offering specific industry centric features.



...Applications not selling because of the product not the budget.... [W]e believe that there are as many product issues slowing sales as economic factors.

In speaking with Oracle salespeople, we have heard repeatedly, that they are having difficulty competing with Siebel Systems for CRM and i2 Technologies for supply chain. With that knowledge it becomes clear why Oracle does want to sell the suite because it is having a difficult time when you compare one of the modules to a company that specializes in that application like an i2. Even at AppsWorld, management stated, "our [11i] application suite may not give you everything that you want, but it will give you everything you need."

This leads to our conclusion that people will continue to choose a best-of-breed solutions [sic] over a suite even if the implementation is faster. These solutions are critical and rapid implementation does not make them better products than their competitors.

CIBC World Markets, Corp., March 16, 2001, 7:36 AM (analyst report on Oracle)

We have issues with their contention that the integrated suite strategy is a clear winner versus the best-of-breed approach. Their contention should be viewed in light of the fact that many of their applications deals were deferred, while many best-of-breed vendors have performed well in recent quarters – as Verity has demonstrated, and as we expect Manugistics will do also. In our view, the strategy of selling large, integrated suites will meet with greater challenges in a troubled economy, and may not track as well versus competitors such as i2, e.piphany, and Siebel Systems. To put it plainly – high cost brings high level scrutiny.

We have further adjusted our estimates to a level that is inline with the guidance given. It is our view that management has set guidance at a level that they are reasonably confidant [sic] that they can meet or beat without great...

Josephthal and Co., March 16, 2001, 2:18 PM (analyst report on Oracle)

[C]onfirmation that the downturn was caused by the weak economy.

...The trade press continues to pick at Oracle's product rollout and bug fixes, but the patches and fixes are a necessary part of the process and no other vendors have rolled out a product of this magnitude in one product release.

Morgan Stanley Dean Witter, March 16, 2001 (analyst report on Oracle)

Oracle has stooped to a new low – blaming its unhappy 11i apps customers for doing too much customization. Meanwhile, sales are off and the 11i bug list has passed the 5,000-item mark. Forrester's recommendation? Less blame and more customer support.
...
Oracle backed itself into a defensive corner all last week: facing a class action shareholder lawsuit for overhyping [sic] its apps business, claiming surprise at its own weak apps sales growth, and warning that things could get worse before they get better....

Forrester Research, Inc., March 19, 2001 (market report)



As many IT vendors have, Oracle blamed the economic slowdown in the United States for affecting its business, with many enterprises deferring purchases. However, several factors unique to Oracle — including database pricing, 11i quality and the suite approach to selling applications — may make recovery from the economic downturn more difficult.

…

Oracle 11i, the enterprise application suite, has seen limited adoption since its release in May 2000 due partly to inconsistent product quality and Oracle's emphasis on the application suite in its entirety.…

Gartner, Inc., March 23, 2001 (market report)

Lowering Estimates as Applications Software Market is Even Worse than We Thought.

Maintain Market Performer Rating.

Lowering Estimates As Apps Companies Hit the Wall. In light of the worst "preannounce season" the applications software market has seen, we're lowering our estimates for Oracle for F4Q01 (May) and FY02. Bear in mind that the shortfalls of applications companies signal tougher times for Oracle on two counts: (1) they demonstrate more difficult markets for Oracle's competitive applications and (2) they reflect a weaker database market as databases are sold with third-party applications 50% of the time.

…

Near-term factors should continue to constrain Oracle's growth. We believe several factors will continue to constrain Oracle's growth for the foreseeable future. These are outlined in Figure 1 below. The demise of the dot com generation (in addition to directly affecting software sales) has caused less urgency among Fortune 500 companies seeking to remain competitive on the Internet. In addition, the weakening economy will continue to generally cause delays/hesitation among corporate IT buyers.

…

Finally, Oracle's applications remain roughly 25% functionally competitive, overall, with best-of-breed applications. In our view, Oracle's suite-based product marketing message will really take hold (and Oracle's products will take share) only when Oracle's products offer at least 50% the functionality of best of-breed vendors. We believe Oracle's applications are not yet there.

Banc of America Securities, April 5, 2001 (analyst report on Oracle)

Applications vendors promoting non-Oracle databases. Oracle once promoted third-party software vendors such as i2 (whose product Oracle actually sold not too long ago) and PeopleSoft for the pull-through database revenues that application sales generate. Today, as it has for 1-2 years, Oracle competes and markets its own applications so vociferously that the worlds largest third-party e-business applications software vendors such as Siebel, SAP and i2 regularly "push" DB2 at the expense of Oracle. Given such third-party-related database revenues contribute up to 50% of Oracle's total, Oracle's own push into applications has impaired database growth on the margin.

…

Anniversary of the dot com bubble. Last year saw a frenzy of IT-centric capital spending as the



Fortune 500 sought to fend off the threat—real or imagined—of Internet startups. The bursting of the Internet bubble caused only modest dot com revenue shortfalls *per se* for Oracle, but the resulting slowdown in spending by the Fortune 500 has been significant even prior to the current economic slowdown. An example of this phenomenon can be seen with Charles Schwab, one of the financial sector's largest Oracle database users, who surely built up tremendous on-line trading and account access capacity in response to the threat from the likes of Datek, Ameritrade, E*Group, etc. Irrespective of the sell-off in the NASDAQ or the slowing of the economy, Schwab surely has slowed its Oracle 7/8 database capacity growth with the progressive elimination of the Internet threat.

...

Oracle's e-business suite yet to gain full traction vs. best-of-breed. Despite spot-on marketing and last year's Wall Street buy-in, Oracle's applications in critical areas including sales automation/customer management and supply chain management have yet to hold share versus best of- breed solutions. We've estimated that once Oracle's applications in such areas achieve 50-75% functional equivalence with their best-of-breed competitors, Oracle will hold or gain market share, aided by the potency of their suite approach. Although it's tough to quantify their competitiveness with precision, we still feel Oracle's applications away from core ERP areas have yet to achieve sufficient competitiveness.

Applications sector in general very tough of late. Some 9 of 10 application software companies experienced the toughest deal-closing quarters in recent memory in February and March, with Oracle no exception. While the environment appears somewhat better through parts of April and May (see our note from the AMR conference last week), we expect the coming final days of May to remain very challenging.

...

Suite approach ultimately will grow share. We're convinced that a suite-approach to enterprise applications will ultimately sustain better market shares thanks to its many advantages, including unified data models, common architectures and most folks' simple preference for one-stop-shop solutions wherever possible. As hosted business applications gain further technological viability (scalability, security, functionality, etc.) Oracle will make great headway. We expect Oracle's progress in applications and e-business suites will surface within 1-2 years at the very most. Moreover, Oracle's applications are steadily becoming more competitive in their own right. We were recently impressed, for example, with Oracle's latest CRM product release, which appeared substantially improved and better embraced by mid-sized third-party systems integrators with whom we spoke.

Banc of America Securities, May 30, 2001 (analyst report on Oracle)

Note:
[1] Select Public Press
[2] Select Oracle Financial Analyst Reports
[3] Select Financial Analyst Reports from Oracle's Competitors
[4] Select Morgan Stanley Industry Analyst Reports
[5] Select Forrester Research, Giga Information Group, AMR Research, and Gartner Market Analyst Reports

# Exhibit 7
# Oracle Corporation
# Summary of Complaint and Contentions Days

1.      Complaint ¶¶35-75 comprise the statements during the Class Period that Plaintiffs allege to be false and misleading.  Plaintiffs have also put forth Second Supplemental Responses to Defendants' Second Set of Interrogatories to Plaintiffs ("Plaintiffs' Contention Responses").[1] Plaintiffs' Contention Responses add additional statements alleged to be false and misleading to those mentioned in the Complaint.  Specifically, the Contention Responses identify three additional dates of alleged false and misleading statements during the Class Period (January 20, 2001, January 24, 2001, and February 13, 2001) and one prior to it (December 5, 2000).

2.      In this exhibit, I consider each such statement and the market reaction, if any, to the statement.  Headings indicate the source and date(s) of the alleged misstatement(s) as well as provide a generalized characterization of the alleged falsity in the statement, e.g., whether the alleged misstatement(s) concern Suite 11i integration, guidance/economy/demand, or the accounting of 2QFY01 financial results ("2QFY01 accounting").

---

[1] Robert D. Sawyer's Second Supplemental Responses to Defendants' Second Set of Interrogatories to Plaintiffs dated January 31, 2007 is the exemplar response I use when citing paragraph numbers.  I understand that the significance of Plaintiffs' failure to identify these issues in their Complaint is a legal matter.  In addressing these unpled issues, I am expressing no opinion about the legal significance of Plaintiffs' failure to allege these issues in the Complaint.

*A.*    *Complaint Days*

## December 14-15, 2000 (Complaint ¶¶35, 45-50)
## (2QFY01 accounting, guidance/economy/demand, Suite 11i integration)

3.    The Complaint points to a number of statements made by Oracle on December 14, 2000 after close of market and during trading hours on December 15, 2000.  In particular, the Complaint alleges that statements contained in Oracle's December 14, 2000 press release were false and misleading.[2]  This press release was made available to the market after close of trading on December 14.  The Complaint also identifies alleged misstatements made during Oracle's conference call with analysts on December 14 that began at 5:30 PM eastern time (after close of market) and several alleged misstatements quoted in the public press on the following day, December 15.[3]

4.    The Complaint alleges that Oracle's press release contained false and misleading statements regarding its 2QFY01 financial results.[4]  (The Complaint uses boldface to indicate which parts of statements it alleges to be false and misleading.  The Complaint's use of boldface is reproduced in this exhibit.)

> 12/14/00:  ***Oracle Net Income Up 62%, Earnings per Share $0.11; Application Sales up 66%, Database Sales Up 19%...***
>
> ***Today, Oracle Corporation announced that second quarter net income increased 62% to $623 million, or $0.11 per share, while revenue grew to $2.7 billion.[5]***

---

[2] Complaint ¶35.

[3] "Oracle Net Income Up 62%, Earnings Per Share $0.11, Application Sales Up 66%, Database Sales Up 19%," *PR Newswire*, December 14, 2000, 4:05 PM.  Unless specifically noted otherwise, all time stamps mentioned in this report are Eastern Time.

[4] Complaint ¶35.

[5] Ibid.

5.      The Complaint also describes a number of Oracle's statements on December 14-

15 as "false" in suggesting "the slowing of the overall economy would not hurt Oracle's third

quarter financial results."[6]

> 12/14/00: *At this point, we see no impact or slowing in our business.  We have seen no slowing of our business.*[7]
>
> 12/14/00: *The economy is slowing.…  It's just not having a negative impact on our business.*[8]
>
> 12/15/00: *[T]he economy right now even though it's slowing doesn't seem to be affecting us.  We see no difference in demand for our upcoming third fiscal quarter.*[9]
>
> 12/15/00: *The economic slowdown isn't hurting Oracle, said Oracle Chief Executive Larry Ellison, because the company has spent the past three years updating its product line to focus on software that helps companies use the Internet to cut costs and boost efficiency.*[10]

6.      The Complaint also alleges that statements made during the December 14

conference call relating to the 3QFY01 guidance were false and misleading.[11]

> 12/14/00: [S]o the numbers I'm going to give you here, *for database*...we're thinking, you know, 15-to-20.  You have to add five points to that, in terms of real (constant) dollar growth, or *20-to-25*.  Applications, we're thinking *75, or potentially better*.  You'd have to add five points to that.
>
> *   *   *
>
> *So I would assume, 12 cents would be a reasonable number at this point.  I don't think history is going to be a lot different, here.*

---

[6] Complaint ¶45.

[7] Ibid.

[8] Ibid.  This was reported in "Oracle 2nd-Qtr Net Rises 62%; Applications Sales Jump," *Bloomberg News,* December 14, 2000, 5:45 PM.

[9] Complaint ¶45. According to the *Business Wire* article, "Oracle Corporation Executive to Interview on RadioWallStreet.com on December 15, 2000," December 14, 2000, 5:44 PM: "Tomorrow, on RadioWallStreet.com, Oracle Corporation's (NASDAQ:ORCL) Executive Vice President/CFO Jeffrey Henley will be interviewed.  This event will be broadcast Friday, December 15, 2000 at 12:00 PM Eastern Standard Time."

[10] Complaint ¶45.  This was reported in "Oracle Shares Rises after Reporting Higher 2nd-Quarter Profit," *Bloomberg News,* December 15, 2000, 9:03 AM.

[11] Complaint ¶46.

\* \* \*

*The good news about applications, this quarter, is that every part of the little sub-markets that we're in, we're strong. And every geography, (we're) strong, Europe, Asia, U.S. So there's nothing that we–no weakness in our applications business and the pipelines at every one of these geographies looks astounding for this next quarter.*[12]

7.      Finally, the Complaint alleges two Oracle statements made on December 14-15 were false and misleading regarding Suite 11i.[13]

12/14/00: *[Y]ou can buy our complete E-Business Suite, where all the pieces are designed and engineered to fit together, and no systems integration is required. It's up and running in months. You get the savings in months. It costs you less, and it takes less time to install.*[14]

12/15/00: *There's no systems integration required. No software modifications required to use our E-Business Suite.*[15]

8.      In an efficient market as alleged in the Complaint, any new information in the statements cited above would have impacted Oracle's stock price on December 15. Oracle's residual return of 6.8 percent on December 15 was not statistically significant. The lack of a significant stock price increase suggests that the statements identified by Plaintiffs in the Complaint ¶¶35, 45-50 were not considered as new or did not significantly alter the total mix of information in such a way as to inflate the value of Oracle's stock as Plaintiffs allege.

9.      Further evidence that these statements were not viewed as new to the market results from the fact that prior to December 14 and 15, Oracle had repeatedly made statements regarding the integration of Suite 11i that were similar to those made on December 14 and 15. For example, upon release, Oracle described Suite 11i as follows:

---

[12] Ibid.
[13] Complaint ¶¶50-51.
[14] Complaint ¶50. This statement was made by Ellison in the conference call after close of market on December 14, 2000.
[15] Complaint ¶51.

> [T]he industry's first fully-integrated e-Business applications suite…Oracle E-Business Suite 11i provides out-of-the-box integration of e-Business applications throughout the extended enterprise from customers and partners to suppliers. This allows companies to completely automate their e-Businesses from web selling and marketing, all the way through to Internet supply chain and procurement.[16]

10.     Statements regarding Suite 11i integration were repeated in the public press many times. For example, on June 20, 2000 Larry Ellison is quoted as saying "[o]ur e-Business suite is the first complete and integrated set of applications that automate all aspects of a business…. [C]ustomers can buy the Oracle e-Business suite, where all the applications already work together – on the Internet."[17] Again on June 15, 2000, Juliette Sultan, VP of Oracle's CRM Product Strategy, reportedly stated:

> [T]he newly introduced Oracle E-Business Suite is the company's first 100 percent ERP/CRM integrated suite of applications. Sultan says the suite, 44 modules in all, gives customers soup-to-nuts integration of everything from the front office to a Web marketing plan. 'The main message we're trying to give people is that this is the same product, but totally integrated; the same technology stack, same organization, same database.'[18]

11.     Other news entering the market between close of market on December 14 and close on December 15 included Microsoft's announcement of missing earnings (news unfavorable to Oracle but captured to some extent in the Industry Index) and IBM's chairman and chief executive saying that the next wave of e-business is only beginning to gather force and everyone from traditional software makers like SAP and Oracle to relative newcomers like BEA Systems and Ariba will all gain from this new way of doing business (a statement that, if new information and if it had any effect on Oracle, would be favorable to Oracle).[19] In addition,

---

[16] "Oracle Ships 11i, Industry's First Integrated E-Business Suite," Oracle Press Release, May 24, 2000.
[17] "Oracle Application Sales Up 61%, CRM Sales Up 161%, Adjusted Net Income Up 76%, Operating Margin Reaches 41%," *PR Newswire*, June 20, 2000, 8:25 PM.
[18] "Lend a Hand," Smart Partner from *ZDWire*, June 19, 2000, Vol. 0323.
[19] "Smartmoney.com: The Next Big Thing in Tech?," *Dow Jones News Service*, December 14, 2000, 2:08 PM.

Oracle was downgraded to "market perform" from "buy" by analyst Gary E. Abbott at Punk, Ziegel & Company.[20]

12.     Setting aside the repeated statements regarding Suite 11i integration (which I conclude did not significantly alter the total mix of information), the remaining statements alleged to be false and misleading – Oracle's 2QFY01 results, Oracle's issuance of 3QFY01 guidance, and Oracle's guidance/economy statements – were not offset by notable bad news beyond the Microsoft earnings miss (the effect of which should be captured in the return of the Industry Index).

**January 8, 2001 (Complaint ¶58)**
**(Suite 11i integration, guidance/economy/demand)**

13.     The Complaint alleges Oracle repeated false and misleading statements on January 8, 2001 regarding Suite 11i. These statements were reported to have been made to an analyst during an interview on January 9, 2001.[21]

> 1/9/01:  *The suite is pre-integrated and fully interoperable out of the box,* helping to lower consulting costs and time-to-value.
>
> \*   \*   \*
>
> *Oracle sees robust demand for both its database and applications business.* Specifically, *Sanderson noted demand for ERP is surprisingly robust* while advanced planning and scheduling, CRM, and SCM products are also performing well.  *Oracle says it is also seeing sustained demand for its database product, despite industry-wide concern over contracting IT budgets.  Sanderson noted two trends driving demand for databases is demand for the 11i applications that*

---

[20] "Oracle Corp. Cut To 'Market Perform' at Punk, Ziegel," *Bloomberg News*, December 15, 2000, 9:22 AM.  The analyst cited the weakening economy and strong competition (December 15, 2000 Punk Ziegel analyst report).
[21] A Salomon Smith Barney report on Wednesday, January 10, 2001 at 7:05 AM describes Sanderson's visit as happening "on Tuesday," which would be January 9, not January 8, as the Complaint ¶58 alleges.  In Plaintiffs' Contention Responses, p. 8, ¶7, Plaintiffs allege the date of the statement was January 9, 2001, which is consistent with what the Salomon Smith Barney report says.

*are typically bundled with the database as well as applications of other vendors that rely on the functionality of the Oracle database.*[22]

14.     Oracle had a residual return of 3.3 percent on January 9 (when the statements were reportedly made) and –0.9 percent on January 10, when the Salomon report published the statements.  Neither return is statistically significant.  Other news entering the market between close of market on January 8 and close on January 10 was either neutral or positive.  The lack of a significant stock price increase suggests that the statements identified by Plaintiffs in Complaint ¶58 were not considered as new or did not significantly alter the total mix of information in such a way as to inflate the value of Oracle's stock as Plaintiffs allege.

## January 11, 2001 (Complaint ¶60)
## (guidance/economy/demand)

15.     The Complaint alleges that on January 11, 2001, Oracle repeated a false statement that the economy was not affecting it.[23]  These statements were reported to the market after the close in a *Bloomberg News* article at 5:40 PM.[24]

> 1/11/01:  Company spokeswoman Stephanie Aas today said *Oracle has yet to see any signs that its business is being hurt by the economic slowdown* or reported cuts to information-technology budgets.
>
> "Obviously the economy is a wild card.  So if we went into a recession or there is a sharp downturn (in the economy), we could be impacted....  *But we're not seeing it now.*"[25]

16.     Since this news was reported after market hours on January 11, I examined the stock price return on the next business day.  On January 12, Oracle's residual return of –1.0 percent was not statistically significant.  Other news entering the market between close of market

---

[22] Complaint ¶58.
[23] Complaint ¶60.
[24] "Oracle CFO Says He Plans to Sell $33 Mln in Stock," *Bloomberg News,* January 11, 2001, 5:40 PM.
[25] Complaint ¶60.

on January 11 and close on January 12 was either neutral or positive.  This news included that

Oracle's subsidiary in Japan would probably report rising profits for the first half of its fiscal

year.[26]  The lack of a significant stock price increase suggests that the statements identified by

Plaintiffs in Complaint ¶60 were not considered as new or did not significantly alter the total mix

of information in such a way as to inflate the value of Oracle's stock as Plaintiffs allege.

### February 6, 2001 (Complaint ¶63)
### (Suite 11i integration)

17.     The Complaint alleges Oracle made false and misleading statements "[o]n or

about February 6, 2001...specifically concerning Oracle's CRM module in its technical

WhitePaper written by Mark Barrenechea."[27]

> On or about 2/6/01:  ***Oracle's CRM suite is both complete and integrated....  No systems integration is required to install the Oracle CRM suite.***
>
> ***In fact, systems integration labor usually runs many times the cost of the software or the hardware needed to run the system - and the customer gets to pay for it.  To install the Oracle CRM suite, no systems integration is required. And because the CRM suite consists of true Internet applications, every application works in every country, every major language, and every major currency.***[28]

18.     I understand there is some dispute as to whether the white paper was actually

published or not.  In any event I cannot determine the exact timing that this information reached

the market (if it did so at all); therefore, I have examined the stock price return on February 6, as

well as the surrounding trading days, February 5 and February 7.  Oracle had residual returns of

–2.0 percent, 0.3 percent, and 2.5 percent on February 5, 6, and 7, respectively.  None of these

returns is statistically significant.  Other news entering the market between close of market on

---

[26] "Oracle Japan's 1st-Half Profit Likely Rose as Sales Surged," *Bloomberg News*, January 11, 2001, 9:05 PM.
[27] Complaint ¶63.
[28] Ibid.

Friday, February 2 and close on February 7 was either neutral or positive. The lack of a significant stock price increase suggests that the statements identified by Plaintiffs in Complaint ¶63 were not considered as new or did not significantly alter the total mix of information in such a way as to inflate the value of Oracle's stock as Plaintiffs allege.

**February 7, 2001 (Complaint ¶65)**
**(guidance/economy/demand)**

19. The Complaint alleges that "[o]n February 7, 2001, analyst First Union Securities, Inc. visited Oracle headquarters and met with Oracle Management, including defendant Henley. During that meeting, Henley falsely stated that: (1) Oracle was not seeing the effects of the economy; (2) database revenue would grow 15%-20% year-over-year; (3) applications revenue would grow 75% year-over-year; (4) the applications sales and revenue pipeline were strong."[29]

> 2/8/01: On February 7th, we met with management of Oracle, including CFO Jeff Henley at Oracle Headquarters. We note the following points regarding our meeting:
>
> \* \* \*
>
> \* *Oracle is not seeing the effects of a slowing economy at this point*, but next several weeks will be critical.
>
> \* \* \*
>
> \* *Management reiterates guidance of 15-20% y/y database revenue growth and 75% y/y applications revenue growth for FQ301.*[30]

20. The Complaint further alleges that "[o]n February 7, 2001, Deutsche Banc Alex. Brown also visited Oracle headquarters and spoke with defendant Henley and Oracle

---

[29] Complaint ¶65.
[30] Ibid. This was reported in First Union Securities, Inc., February 8, 2001.

management for a mid-quarter update."[31]  During the meeting, Oracle allegedly made the

following false statements:

> 2/8/01:  VISIT WITH MANAGEMENT.  Yesterday, we checked in with Oracle
> for a mid-quarter update with CFO Jeff Henley and VPs in the server and
> applications development organizations.
>
> PERSPECTIVE ON THE MACRO ENVIRONMENT.  *According to
> management, it has yet to see macro-related weakness in its business*....
>
> ... *Barring a severe economic downturn, management sees continued growth
> driven by strong demand* in key segments such as supply chain, customer
> relationship management and collaboration.
>
> NO CHANGE TO OUTLOOK, RECENT GUIDANCE.  *Mr. Henley reiterated
> that the company's outlook and guidance were unchanged for F3Q'01 (Feb).*[32]

21.     Oracle had a residual return of −0.2 percent on February 8.  This return is not

statistically significant.  Other news entering the market between close of market on Wednesday,

February 7 and close on February 8 was either neutral or positive.  The lack of a significant stock

price increase suggests that the statements identified by Plaintiffs in Complaint ¶65 were not

considered as new or did not significantly alter the total mix of information in such a way as to

inflate the value of Oracle's stock as Plaintiffs allege.


**February 9, 2001 (Complaint ¶65)**
**(guidance/economy/demand)**

22.     The Complaint alleges that on February 9, 2001 Oracle issued an allegedly false

and misleading statement "concerning the effect of the slowdown in the economy on Oracle

projections conveyed to the market."[33]

---

[31] Complaint ¶65.
[32] Complaint ¶65.  This was reported in Deutsche Banc Alex. Brown, February 8, 2001.
[33] Complaint ¶65.

2/9/01: Oracle is still upbeat about its prospects for earnings growth, which will be fueled by a new suite of Internet-friendly business software dubbed Oracle 11i spokeswoman Jennifer Glass said.

*"We haven't changed our projections at all," Glass said. "This slowdown is going to provide new opportunities for Oracle as companies need to streamline and be more strategic about the technology they buy."*[34]

23.     Oracle had a residual return of –9.4 percent on February 9. This return is statistically significant. However, the stock movement is contrary to the Complaint's allegations regarding inflation. Other news entering the market between close of market on February 8 and close on February 9 includes "investor concern that the…software maker's earnings could suffer as economic growth slows"[35] and news that "an analyst pared his third-quarter growth forecast for the database software giant's core business due to the demise of several Internet firms it supplied last year."[36] The lack of a significant stock price increase suggests that the statements identified by Plaintiffs in Complaint ¶65 were not considered as new or did not significantly alter the total mix of information in such a way as to inflate the value of Oracle's stock as Plaintiffs allege.

**February 21, 2001 (Complaint ¶68)**
**(Suite 11i integration)**

24.     The Complaint alleges that on February 21, 2001 defendant Ellison gave a keynote address at the Oracle AppsWorld Conference in New Orleans in which he made alleged false statements "concerning the implementation and integration of the 11i suite."[37]

---

[34] Complaint ¶65. This was reported in "Oracle Shares Fall on Concern Earnings Outlook May Turn Grim," *Bloomberg News*, February 9, 2001, 3:25 PM.
[35] "Oracle Shares Fall on Concern Earnings Outlook May Turn Grim," *Bloomberg News*, February 9, 2001, 3:25 PM.
[36] "USA: Oracle Shares Shed Value on Analyst Report," *Reuters News Service*, February 9, 2001.
[37] Complaint ¶68.

> 2/21/01: We were the first company to use this eBusiness suite and in the very first year we put it in, we saved $1 billion.
>
> \* \* \*
>
> In fact, we recommend that you start with, you try a component of the suite and then you add it in. Now the nice thing is it's like Lego blocks. Once you have one piece in, *the other pieces just snap together. There's no systems integration required. The key thing is, you can install just one piece and then again install another piece. No systems integration. You just basically turn it on or snap it together.... Plug and play. It is absolutely, all the pieces within the suite are literally plug and play.*[38]

25.     Oracle had a residual return of 2.3 percent on February 21. The return is not statistically significant. Other news entering the market between close of market on February 20 and close on February 21 was either neutral or positive. The lack of a significant stock price increase suggests that the statements identified by Plaintiffs in Complaint ¶68 were not considered as new or did not significantly alter the total mix of information in such a way as to inflate the value of Oracle's stock as Plaintiffs allege.

**February 21-23, 2001 (Complaint ¶¶70-71)**
**(Suite 11i integration, guidance/economy/demand)**

26.     The Complaint alleges, "On February 21-23, 2001, Ellison and Henley met with analysts, money and portfolio managers, institutional investors and large Oracle shareholders at the AppsWorld Conference in New Orleans, Louisiana to discuss Oracle's 3Q results, its business and its prospects."[39] During these meetings, Oracle allegedly falsely stated that:

> Oracle would report EPS for 3Q01 of $0.12.
>
> Oracle would report Q3 revenue of $2.9 billion.

---

[38] Ibid. Ellison's speech at AppsWorld was apparently given from 2:00-3:00 PM ET on February 21, 2001. "Larry Ellison, Chairman and CEO, Oracle Corporation Keynotes and Press Q&A Oracle AppsWorld, New Orleans," *PR Newswire*, February 21, 2001, 8:02 AM.
[39] Complaint ¶70.

Oracle was not seeing an impact on its results due to the slowdown in the United States economy.[40]

27.     A Deutsche Bank report dated February 21, 2001 also included a statement the Complaint attributes to Henley:

> 2/21/01:  CFO Jeff Henley gave a brief presentation to the financial community, but offered no commentary on the current quarter (company is in its quiet period) and no change to guidance. ***Management still expects growth in the applications license revenue to accelerate in the second half of fiscal 2001 (May) above the 43% and 66% reported in the first two fiscal quarters.***[41]

28.     Oracle had a residual return of 2.3 percent, 3.1 percent, and –4.9 percent on 2/21/01, 2/22/01, and 2/23/01, respectively.  None of these returns are statistically significant. Other news entering the market between close of market on February 20 and close on February 23 was either neutral or positive.  The lack of a significant stock price increase suggests that the statements identified by Plaintiffs in Complaint ¶¶70-71 were not considered as new or did not significantly alter the total mix of information in such a way as to inflate the value of Oracle's stock as Plaintiffs allege.

## B.     *Plaintiffs' Contention Responses*

### December 5, 2000 (Plaintiffs' Contention Responses, p. 7, ¶1) (cost savings related to Oracle's Suite 11i implementation)

29.     In Plaintiffs' Contention Responses, Plaintiffs allege that a statement made by Glass and reported in Oracle's press release on December 5, 2000 (prior to the Class Period) was false and misleading.

---

[40] Ibid.
[41] Complaint ¶71.  This was reported in Deutsche Banc Alex. Brown, February 21, 2001.



> Using its own suite of e-business applications, Oracle beat the goal set by cofounder and CEO Lawrence J. Ellison – cut one billion in costs in one year – passing the billion dollar savings mark before the year was up.[42]

30.     Oracle had a residual return of –0.68 percent on December 5. The return is not statistically significant. Other news entering the market between close of market on December 4 and close on December 5 was either neutral or positive. The lack of a significant stock price increase suggests that the statements identified in Plaintiffs' Contention Responses, p. 7, ¶1 were not considered as new or did not significantly alter the total mix of information in such a way as to inflate the value of Oracle's stock as Plaintiffs allege.

**January 20, 2001 (Plaintiffs' Contention Responses, p. 9, ¶8)**
**(guidance/economy/demand)**

31.     In Plaintiffs' Contention Responses, Plaintiffs allege that a statement attributed to Sanderson and published on January 20, 2001 was false and misleading.

> 1/20/01:  You know, it's a big hill to climb. Every year we climb that hill. I expect we'll do it again. Our pipelines are strong, and we're well-positioned from a products perspective, so it's all about execution.[43]

32.     Oracle had a residual return of –8.15 percent on January 22. The return was statistically significant. (From the context of the article, the interview may have happened on January 16, 2001, at Oracle's "B2B Day." I was not able to identify any other press stories covering the interview.) Other news entering the market between close of market on January 19 and close on January 22 was either neutral or positive. I conclude that the published statement alleged in Plaintiffs' Contention Responses, p. 9, ¶8 did not materially alter the mix of information in the market as alleged by Plaintiffs.

---

[42] Plaintiffs' Contention Responses, p. 7, ¶1. This was reported in "Find Out About Oracle Corporation's Billion Dollar Savings Story on the E-Business Network," *PR Newswire*, December 5, 2000, 9:30 AM.
[43] Plaintiffs' Contention Responses, p. 9, ¶8. This was reported in "The *TSC* Streetside Chat: Oracle's Executive Vice President Sandy Sanderson Jr.," *TheStreet.com*, January 20, 2001, 8:30 AM.



**January 24, 2001 (Plaintiffs' Contention Responses, p. 9, ¶10)**
**(laryngitis)**

33.     In Plaintiffs' Contention Responses, Plaintiffs allege that a statement made by

Glass and reported in Bloomberg on January 24, 2001 was false and misleading.

> 1/24/01:  Oracle Corp. Chief Executive Larry Ellison canceled plans to appear on
> a PBS television program that was to be taped today, because he is suffering from
> severe laryngitis.[44]

34.     Oracle had a residual return of 1.70 percent on January 25.  The return is not

statistically significant.  Frankly, I do not see how this statement relates to the rest of Plaintiffs'

allegations.  The lack of a significant stock price increase suggests that the statements identified

in Plaintiffs' Contention Responses, p. 9, ¶10 were not considered as new or did not significantly

alter the total mix of information in such a way as to inflate the value of Oracle's stock as

Plaintiffs allege.

**February 13, 2001 (Plaintiffs' Contention Responses, pp. 11-12, ¶¶15-17)**
**(guidance/economy/demand)**

35.     In Plaintiffs' Contention Responses, Plaintiffs allege that certain statements made

by Oracle's Sandy Sanderson at the Goldman Sachs Technology Investment Symposium in La

Quinta, California on February 13, 2001 were false and misleading:

> 2/13/01:  (a) As an example, (Sanderson) said one recent deal he's involved in
> wasn't scheduled to close until Oracle's fourth quarter, which ends in May.
> Instead, that deal should now close shortly.
>
> (b) "I met with the COO and he decided he wanted to do it in February (instead of
> May)," Sanderson said.
>
> (c) Sanderson said its database and application software business are [*sic*] strong.

---

[44] Plaintiffs' Contention Responses, p. 9, ¶10.  This was reported in "Oracle CEO Ellison Loses Voice, Misses 2
Public Talks in a Week," *Bloomberg News,* January 24, 2001, 5:24 PM.

(d) "Actually, our pipelines around applications and database have never been stronger," Sanderson said.[45]

2/13/01: For example, in the sales area, in the sales automation area, I can now – Larry can look at, for example, our forecast on a global basis, our forecast around the world up to the minute at any level of detail that you want to see.... And if we go back in five minutes later and look at what our forecast is, it's different. Because some rep around the world has changed the forecast. Now I can see every deal out there that my reps around the world are working.[46]

2/13/01: Q. Sandy, I'm curious about this new sales forecasting you have, how that's working.
A. It's working great.
Q. As you get together every week and sort of roll up your numbers, the economy – what's the sense, what are you hearing from the field in terms of how – the economy and sales cycles, anything changing there?
A. We're actually – I guess I'd start out by saying that our pipelines are – at application and database have never been stronger. And that continues to be the case.[47]

36.     Oracle had a residual return of 0.24 percent on February 13, 2001, which is not statistically significant. Other news entering the market on February 13 included information related to Oracle's hosting of AppsWorld Paris in France and Goldman Sachs released the results of an IT survey it had commissioned. AppsWorld Paris received several favorable mentions in the public press late in the trading day on February 13, 2001. The Goldman Sachs survey revealed IT managers showed continuing purchase interest for Oracle's software as well as for the enterprise software of certain Oracle competitors.[48] The study concluded that "IT managers continue to buy from the recognized leaders."[49] Thus, other news that entered the market between close of market on February 12 between close of market on February 13 was generally neutral or positive. The lack of a significant stock price increase suggests that the statements

---

[45] Plaintiffs' Contention Responses, pp. 11-12, ¶15. This was reported in "Goldman Conference: Its Stock Weak, Oracle Talks of Strong Business," *TheStreet.com*, February 13, 2001, 6:44 PM. The quotations in the article from *TheStreet.com* were taken from Sanderson's speech, which ended no later than 4:30 PM.

[46] Plaintiffs' Contention Responses, pp. 11-12, ¶16.

[47] Plaintiffs' Contention Responses, pp. 11-12, ¶17.

[48] "Goldman Survey: IT Spending To Grow 5%-10% This Year," *Dow Jones News Service*, February 13, 2001, 9:29 PM.

[49] Ibid.

identified in Plaintiffs' Contention Responses, pp. 11-12, ¶¶15-179, were not considered as new

or did not significantly alter the total mix of information in such a way as to inflate the value of

Oracle's stock as Plaintiffs allege.

# Exhibit 8

## Earnings Results vs. Analysts' EPS Consensus Mean Forecast

Source: *Factiva; First Call*



Note: Dates in parentheses indicate that a company pre-announced on that date; all other dates are earnings announcements. SAP's First Call EPS consensus data is not reliable and was excluded from this table. Based on press reports, SAP missed EPS estimates for the quarter ending on 9/30/00 and beat EPS estimates for the following 3 quarters.
[1] For fiscal quarters ending before 3/1/01, actual results compared to analyst EPS consensus mean forecast two months before the end of the fiscal quarter; for fiscal quarters ending after 3/1/01, actual results compared to analyst EPS consensus mean forecast as of 1/31/01. Data provided by First Call.

# Exhibit 9

## Competitors in the Industry Index
## Stock Price Return on 3/2/01

Source: *CRSP*; *Bloomberg*; Analyst Reports

| Company | 3/2/01 Return |
|---|---|
| 1. Ariba | -14.65% |
| 2. BEA Systems | -16.02% |
| 3. Commerce One | -14.19% |
| 4. i2 Technologies | -10.66% |
| 5. IBM | -3.54% |
| 6. Microsoft | -4.50% |
| 7. PeopleSoft | -20.55% |
| 8. SAP | -7.95% |
| 9. Siebel | -19.08% |
| | |
| Median | -14.19% |
| Average | -12.35% |



**Exhibit 10**
**Oracle Corporation**
**Closing Stock Price vs. Industry Index[1]**
**3/1/01 – 4/3/01**
Source: *CRSP, Bloomberg*

Note:
[1] The Industry Index is pegged to Oracle Corporation's closing stock price on 3/1/01, $21.375. The Industry Index is an equal-weighted index composed of: Ariba, BEA Systems, Commerce One, IBM, i2 Technologies, Microsoft, PeopleSoft, SAP, and Siebel Systems.