# EXHIBIT 170

**Deutsche Banc Alex. Brown** 

**Deutsche Bank** 

Moore, James A. 415-617-4269
Chen, Charles 415-617-4274
Kong, Seihun 415-617-3323
Kelly, Matthew F 415-617-3344
Deutsche Banc Alex. Brown

12/15/2000

---

### ORACLE CORPORATION [ORCL] "STRONG BUY"
### Oracle F2Q Delivers the Goods

---

| Date: | 12/14/2000 | EPS | | 1999A | 2000A | 2001E |
|---|---|---|---|---|---|---|
| Price: | 27.5 | 1Q | | 0.03 | 0.04 | 0.08 |
| 52-Wk Range: | 46 - 19 | 2Q | | 0.05 | 0.06 | 0.11A |
| Ann Dividend: | 0.0 | 3Q | | 0.05 | 0.08 | 0.12 |
| Ann Div Yld: | 0.00% | 4Q | | 0.09 | 0.15 | 0.20 |
| Mkt Cap (mm): | 161,562 | FY(May) | | 0.22 | 0.34 | 0.51 |
| 3-Yr Growth: | 25% | FY | P/EPS | NM | 80.9X | 53.9X |
| | | CY | EPS | 0.24 | 0.43 | 0.54 |
| Est. Changed | Yes | CY | P/EPS | NM | 64.X | 50.9X |

---

| Industry: | E-TECHNOLOGY |
|---|---|
| Shares Outstanding(Mil.): | 5874.987 |
| Return On Equity (1999): | 48.0% |

---

HIGHLIGHTS:

ORACLE DELIVERS THE GOODS IN F2Q. Oracle delivered a strong F2Q (Nov.) with total revenue of $2.7B (+15% y/y) in line with our estimate, and EPS of $0.11 (+66% y/y), a penny above our estimate and Street consensus of $0.10. Software growth was in line, up a healthy 25% on 66% applications growth and 19% database growth.

APPLICATIONS 11I GAINING MOMENTUM. Oracle's new 11i e-business suite appears to be gaining significant traction. 83 11i customers are live with roughly 100 in late-stage implementation. We learned of several large (8-figure), marquee customer wins in the quarter including JDS Uniphase, Compaq, Sun Microsystems and Agilent Technologies.

MARGIN EXPANSION CONTINUES BUT FUTURE GAINS MAY MODERATE. Operating margin was 36%, vs. our 31% estimate and 25% a year ago. Margin expansion will remain a part of the Oracle story although future gains may be tempered by a resumption in headcount growth, which increased sequentially in F2Q for the first time in five quarters.

MANAGEMENT REMAINS BULLISH. Management maintains a very bullish outlook on healthy sales pipelines and a strong product cycle including Applications 11i and the new 9i database, scheduled to ship in Spring 2001. Barring a significant macroeconomic dislocation, Oracle sees strong demand continuing throughout 2001.

ESTIMATE REVISIONS. Forward revenue estimates are fine-tuned with a higher mix of applications and total software revenue offset by slightly lower database and services revenue. FY'01 revenue and EPS estimates are now $11.8B and $0.51 vs. $11.9B and $0.49 previously. FY'02E revenue is largely unchanged at $14.1B. FY'02E EPS increases to $0.59 from $0.57. We reiterate our STRONG BUY rating.

DETAILS:

SOLID F2Q (NOV.) RESULTS
Oracle reported a solid F2Q (Nov) with impressive applications growth of 66%, 36% operating margin and 66% EPS growth. EPS of $0.11 beat our estimate and Street consensus of $0.10. Total revenue of $2.66B (up 14.5% year/year) was slightly below, but in line with our $2.7B estimate. The weak euro resulted in a negative 6.5% impact to revenue growth.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 420587

Yr/Yr Revenue

| | F2Q'01 | Our Est. | F2Q'00 |
|---|---|---|---|
| License/Other Revenue | $1,118.2M | $1,115.0M | $902.6M |
| Service Revenue | $1,541.3M | $1,580.0M | $1,419.3M |
| Total Revenue | $2,659.6M | $2,695.0M | $2,321.8M |
| Y/Y Growth | 14.5% | 16.1% | 12.9% |

Source: Company data and Deutsche Banc Alex. Brown estimates

On the license side, applications revenue grew 66% to $279M, handily beating our estimate of $250M (+49% growth). Oracle's 11i e-business suite, in its second full quarter of general release, helped to bolster applications growth. Database licenses grew 19% to $775M, slightly below our estimate of $800M (+23% growth) but a respectable number that provides adequate validation of the health of the database market. Services revenue grew 9% to $1,541.3M a bit below our estimate of $1,580.0M. Maintenance and support growth was 21%, while consulting continued to lag expectations, declining 4.3%.

APPLICATIONS 11I GAINS MOMENTUM
A key part of Oracle's strong F2Q was the strength of the applications business and, more importantly, marquee customer wins with the new 11i e-business suite. Applications license growth of 66% solidly outpaced Street expectations in the 50-60% range. The outperformance should also allay concerns about the viability of Oracle's applications business and the relative immaturity of release 11i following last quarter's decent, but slightly disappointing 42% growth. Management sees 75% growth for the rest of FY'01. Marquee customer wins (see below), in addition to the 83 11i customers now live and 100 or more set to go live in the coming months, should provide important reference customers key to sustainable growth. 3000 Oracle field reps are now fully trained and selling the 11i suite.

11I'S "OPEN ENTERPRISE" CAPABILITIES DRIVE MARQUEE WINS
Oracle's marketing message for the 11i applications suite lauds the merits of tight integration, end-to-end e-business functionality and its thin-client, IP-based architecture. With this positioning, we see Oracle as a key enabler in, what we have termed, the "open enterprise" movement in which organizations are tearing down the corporate four walls to extend information and e-business processes to partners, suppliers and customers (see our September 2000 theme report, "The e-Process Revolution 2"). Oracle's positioning as a key e-business enabler appeared to gain significant traction in F2Q with impressive, 8-figure wins at JDS Uniphase, Compaq, Sun Microsystems, Agilent Technologies and American General.

JDS Uniphase is rolling out the full 11i e-business suite enterprise wide to 14 sites in 5 countries. Demonstrating the rapid deployment capabilities of 11i's IP-based architecture, JDSU is bringing a new site on line every 17 days. Notable 11i CRM wins included Hewlett-Packard and Simplex. 25 new supply chain customers were added including Sony and Boeing. In P3Q'01 (Feb.), Oracle inked a significant licensing deal with Covisint, the automotive B2B vertical marketplace formed by Ford, General Motors, DaimlerChrysler and other major auto makers. Covisint is licensing more than 55 Oracle products including a large portion of the e-business application suite. We believe this deal is in the eight-figure range and will be recognized this quarter (F3Q). Oracle, along with i2 Technologies and SAP, remain in the hunt to provide Covisint's supply chain management capabilities.

MARGIN EXPANSION CONTINUES BUT FUTURE GAINS MAY MODERATE
Operating margins expanded for a sixth consecutive quarter and the fourth straight quarter of double-digit gains. F2Q operating margin was 36%, vs. our 31% estimate and an 1100 basis point improvement over 25% a year ago. Margin expansion will remain a part of the Oracle story although future gains may be tempered by a resumption in headcount growth, which increased sequentially in F2Q for the first time in five quarters. Headcount growth will likely focus on sales, marketing, and service organizations. Our full year FY'01 forecast is now 37%, up from 35% previously. For FY'02, we now forecast operating margin of 38% vs. 36% previously.

Margin Analysis

| | F2Q'01 | F2Q'00 | Our Est |
|---|---|---|---|
| Gross (aka Service) Margin | 73.9% | 67.6% | 71.0% |
| Sales & Marketing | 24.1% | 27.2% | 25.5% |
| Research & Development | 10.0% | 10.7% | 10.0% |
| General & Administrative | 4.2% | 4.9% | 4.3% |
| Operating Margin | 35.6% | 24.8% | 31.2% |

Source: Company data and Deutsche Banc Alex. Brown estimates

KEY F2Q METRICS
Large deals (over $500K) accounted for 45% of revenues versus 36% last year. This was largely driven by Oracle's strong performance in applications. Currency translation had a -6.5% impact on revenue growth, largely from continued weakness in the euro. Geographically, the Americas represented 57% of revenue and increased 20% y/y. EMEA was 29% of revenue and grew 1% (as reported). Asia/Pacific was 15% of revenue and grew 28%

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



y/y (as reported). Applications growth was strong in all regions: 65% in the Americas and 90%-plus in both EMEA and Asia Pacific regions (in local currency). For the first time in five quarters, Oracle's headcount increased sequentially, growing to 42,002 from 41,170 in F1Q'01, but still below year ago levels of 42,682.

BALANCE SHEET
Oracle ended F2Q'01 with $4.4B in cash and short-term investments, down from $5.1 billion at the end of F1Q. This largely resulted from the repurchase of more than $1.4 billion in Oracle stock, (44M shares, avg. price of $32-33 a share). Long-term debt was $301M, flat compared to the previous quarter. DSO continues to be well managed at 66 days, down slightly from 67 days in F1Q and 69 days in F2Q'00.

ESTIMATE REVISIONS AND OUTLOOK
Management maintains a very bullish outlook on healthy sales pipelines and a strong product cycle including Applications 11i and the new 9i database, scheduled to ship in spring 2001. Barring a significant macroeconomic dislocation, Oracle sees strong demand continuing throughout 2001. Management sees revenue growth in the remainder of FY'01 as follows: 15-20% in database, 75% in applications, 23% in maintenance and 5% in consulting. Management sees moderately higher operating margins going forward as well, though the company may not reach 40% for all of FY'01.

We have fine-tuned our forward revenue estimates with a higher mix of applications and total software revenue offset by slightly lower database and services revenue. We project full year FY'01 growth of 55% in applications, 20% in database and 11% in services, compared to prior estimates of 40%, 23% and 13%, respectively. FY'01 revenue and EPS estimates are now $11.84B and $0.51 vs. $11.86B and $0.49 previously. FY'02 estimates are now $14.08B and $0.59 vs. $14.07B and $0.57 previously.

|  | New F01 | Prior F01 | New F02 | Prior F02 |
|---|---|---|---|---|
| Revenue | $11.84B | $11.86B | $14.08B | $14.07B |
| EPS | $0.51 | $0.49 | $0.59 | $0.57 |

Source: DB Alex. Brown estimates

REITERATE STRONG BUY-THE QUESTION IS VALUATION
Oracle's fundamentals and positioning support a continued strong outlook barring a significant economic dislocation. With a strengthening e-business applications story and a dominant database franchise, we believe Oracle will remain a core provider of Internet infrastructure software for the foreseeable future. At $28.50/share, Oracle trades at 48x our FY'02 EPS estimate of $0.59, 2.5x our top line growth estimate for FY'02 and roughly 2x our secular growth rate estimate of 25%. In an interest rate-friendly environment with a reasonably stable macroeconomic outlook, this may be a fair or attractive price to pay for a blue chip technology name like Oracle. That said, Oracle and many other technology names still look expensive by historical standards and thus carry substantial market risk, in our view. As we remain in uncertain economic times, we believe valuations of even the highest quality companies will continue to be intensely scrutinized and rationalized.

Information herein is believed to be reliable and has been obtained from sources believed to be reliable, but its accuracy and completeness cannot be guaranteed. Opinions, estimates, and projections constitute our judgement and are subject to change without notice. This publication is provided to you for information purposes only and is not intended as an offer or solicitation for the sale of any financial instrument. Deutsche Bank Securities Inc., DB Alex. Brown LLC., and their affiliates worldwide, may hold a position or act as market maker in the financial instruments of any issuer discussed herein or act as advisor or lender to such issuer. Transactions should be executed through a Deutsche Bank entity in the client's home jurisdiction unless otherwise permitted by law. Deutsche Bank Securities Inc., and DB Alex. Brown LLC., are members of NYSE and NASD. Copyright 2000 Deutsche Bank Securities Inc., and DB Alex. Brown LLC. In the U.S. this report may be distributed either by Deutsche Bank Securities Inc., or DB Alex. Brown LLC. Interested parties are advised to contact the U.S. entity they currently deal with, or the U.S. entity that has distributed this report to them.

Additional Information Available Upon Request

Deutsche Bank Securities Inc. maintains a net primary market in the common stock of Oracle Corporation.
The following stock(s) is (are) optionable: Oracle Corporation.
One or more authors of this comment have a long position in the common shares of Oracle Corporation.

# EXHIBIT 171

# North America Sales

## General Business
## Managers Meeting, Dallas TX

### John Nugent, SVP

**April 2, 2001**

NDCA-ORCL 179335

# Well...so how is everyone feeling right now....a little shell shocked!

NDCA-ORCL 179336

# Q2 YTD Y/Y Comparison

Q2 YTD Y/Y Comparison
- Technology Grew 25%
- Applications Grew 119%
- HC Grew 38%

Month of December
- Pipeline to Budget Reduction
- AVPs Beginning to Voice Concern

Month of January
- AVPs Reluctant to Raise Their Forecast
- Deals Begin to Shrink & Get Delayed

NDCA-ORCL 179337

# Month of February

- NASDAQ off 22%
- Blue Chip Co. Announce Massive Layoffs
- SUN & EMC Reduce Earning Estimates
- Oracle Pre-Announces Lower Performance
- GB Forecast Drops Precipitously

NDCA-ORCL 179338

# Q3 & Q3YTD Actuals ($M)

| | Q3 FY01 | | | Q3 YTD FY01 | | |
| | Actual | Budget | Yr/Yr Growth | Actual | Budget | Yr/Yr Growth |
|---|---|---|---|---|---|---|
| Tech | $ 93.1 | $ 154.2 | -24.4% | $ 273.7 | $ 336.6 | 1.1% |
| Other | 1.6 | | 558.4% | 5.9 | - | #DIV/0! |
| Total Tech | 94.7 | 154.2 | -23.3% | 279.6 | 336.6 | 3.3% |
| CRM | 14.9 | 12.1 | 89.8% | $ 37.1 | $ 25.9 | -35.4% |
| ERP | 24.5 | 37.1 | -12.2% | 87.1 | 79.8 | 409.4% |
| Total Apps | 39.4 | 49.2 | 10.2% | 124.2 | 105.7 | 66.7% |
| TOTAL Revenue | $ 134.1 | $ 203.4 | -15.8% | $ 403.8 | $ 442.3 | 17.0% |
| Expenses | 44.5 | 59.2 | 21.9% | 127.1 | 147.8 | 37.0% |
| GM | $ 89.6 | $ 144.2 | -27.0% | $ 276.7 | $ 294.5 | 9.6% |
| GM% | 66.8% | 70.9% | -13.3% | 68.5% | 66.6% | -6.3% |
| Headcount | 825 | 764 | 29.3% | 825 | 764 | 39.1% |

NDCA-ORCL 179339

# Q3 & Q3YTD '01 Financial Metrics Field ($M)

| Q3 | | | | Q3 YTD | | | |
|---|---|---|---|---|---|---|---|
| Category | FY00 | FY01 | % Incr/ (Decr) | Category | FY00 | FY01 | % Incr/ (Decr) |
| **Deal Metrics** | | | | **Deal Metrics** | | | |
| # of Deals | 484 | 376 | -22.3% | # of Deals | 1048 | 1150 | 9.7% |
| Avg Deal Size | 308.7 | 262.9 | -14.8% | Avg Deal Size | 290.1 | 258.8 | -10.8% |
| | | | | | | | |
| **Application Metrics** | | | | **Application Metrics** | | | |
| # of Apps Deals | 127 | 117 | -7.9% | # of Apps Deals | 265 | 334 | 26.0% |
| Avg Deal Size | 268.7 | 293.1 | 9.1% | Avg Deal Size | 265.7 | 335.6 | 26.3% |
| Apps Rev per Rep | 358.95 | 234.8 | -34.6% | Apps Rev per Rep | 733.3 | 855.7 | 16.7% |
| Apps % of Total | 23% | 34% | 47.8% | Apps % of Total | 23% | 36% | 56.5% |
| | | | | | | | |
| **Technology Metrics** | | | | **Technology Metrics** | | | |
| # of Tech Deals | 357 | 259 | -27.5% | # of Tech Deals | 783 | 816 | 4.2% |
| Avg Deal Size | 322.9 | 249.2 | -22.8% | Avg Deal Size | 297.9 | 227.3 | -23.7% |
| Tech Rev per Rep | 1029.5 | 413.1 | -59.9% | Tech Rev per Rep | 2159.3 | 1189.1 | -44.9% |
| Tech % of Total | 77% | 66% | -14.3% | Tech % of Total | 77% | 64% | -16.9% |
| | | | | | | | |
| **Headcount** | | | | **Headcount** | | | |
| Tech Reps | 112 | 158 | 41.1% | Tech Reps | 108 | 156 | 44.4% |
| Apps Reps | 95 | 146 | 53.7% | Apps Reps | 96 | 131 | 36.5% |
| iSd Reps | 91 | 140 | 53.8% | iSd Reps | 87 | 138 | 58.6% |
| Total Reps | 298 | 444 | 49.0% | Total Reps | 291 | 425 | 46.0% |

NDCA-ORCL 179340

# The Best Thing About Q3 ....
# it's OVER !!!
## Now it's Time ...
To reflect on the marketplace and our response

NDCA-ORCL 179341

# The Question...

Was GBs Q3 Collapse Due to the
Rapid Deterioration of US Economy
or Poor Execution on Our Parts?

80/20 Rule

NDCA-ORCL 179342

# GB Experienced a Double Hit...

- DotCom E/C Market Bust

- Rapid Deterioration of US Economy

NDCA-ORCL 179343

# DotCom/EC Sector…Bad News

- 61,000 Layoffs
- 50% of named DotCom list out of business
- Trillions lost in market valuation
- Pink Slip parties
- DotCom's … DotGone
- 100's of VCs turn off Funding Spicket

NDCA-ORCL 179344



NDCA-ORCL 179345

# DotCom/EC Conundrum

|                  | FY99  | FY00  | FY01  | FY02  |
|------------------|-------|-------|-------|-------|
| EC Technology    | 36.0  | 354.0 | 227.0 | 238.0 |
| Total Technology | 287.3 | 504.9 | 422.5 | 445.7 |
| % EC to Total    | 13%   | 70%   | 54%   | 53%   |

NDCA-ORCL 179346



NDCA-ORCL 179347

# Q3 Realization

- US Economy Contraction eliminated hope of E/C Upswing and Resulted in Dramatic Decrease in Market Oppt'y
- Discovered That we Had Excess Sales Capacity
- Slow Down in Deal "Turnover" Requires Greater Knowledge of Forcasted Acc'ts

NDCA-ORCL 179348

# The Economy... Bad News

- Recognized Economic Contraction
- Consumer Confidence Trending Down
- Lower Demand/Rising Inventory Levels
- Tight Credit Market

NDCA-ORCL 179349

# Software Sector Stock Performance

## *YTD Stock Performance*

| | |
|---|---|
| PSFT | -36% |
| CMRC | -41% |
| | |
| BEA | -48% |
| SEBL | -50% |
| ITWO | -58% |
| ARBA | -73% |

NDCA-ORCL 179350



NDCA-ORCL 179351



NDCA-ORCL 179352

# Oracle's Performance...Bad News

- Missed Analysts Earnings Forecast
  by Two Cents
- Lower Than Expected License Growth
- Reluctant to Forecast Revenue

NDCA-ORCL 179353

# Oracle's Performance...Good News

- Generated 900M in Profit
- Net Income in Q3 up 16% to 33%
- We are Saving Billions
- Oracle's Size, Financial Strength, Market Presence

NDCA-ORCL 179354

# Our Products....Bad News

- II*i* Quality Issues
- Lack of References/Demo Issues
- *i*AS Slow to Market
- Lots of Tough Competition

| APPS | Tech |
|------|------|
| PeopleSoft | IBM |
| i2 | BEA |
| SAP | MS |
| Siebel | |
| Ariba/C1 | |

NDCA-ORCL 179355

# Our Products…Good News

- Strategy Gaining Traction
- Very Difficult & Complex Integration Development Completed
- 11*i* R3 Putting Quality Issues Behind Us
- Continued Dominance in DB Market
- #1 ERP Vendor in US
- #1 Apps Vendor in Midmarket

NDCA-ORCL 179356

# Your Responsibility...

- Be Punctual
- Generate Five Take Aways Per Presentation
- If You Don't Understand or Agree,
    Raise Your Hand
- Discuss What You Hear With Your Peers
- Begin to Visualize Your FY02 Organization & GTM Strategy

NDCA-ORCL 179357



NDCA-ORCL 179358

# Q4 FY01 Forecast by Area
## ($M)

| Area | Forecast | Most Likely | Best |
|---|---|---|---|
| Northeast | $  34.4 | $  37.4 | $  39.4 |
| Mid Atlantic | 49.5 | 54.5 | 57.5 |
| Central | 37.0 | 39.0 | 42.0 |
| West | 80.0 | 80.0 | 80.0 |
| General Business | $ 200.9 | $ 210.9 | $ 218.9 |

NDCA-ORCL 179359



NDCA-ORCL 179360

# EXHIBIT 172

**oracle**

| | |
|---|---|
| **From:** | Salima Ceret [salima.ceret@oracle.com] |
| **Sent:** | Friday, March 23, 2001 11:40 AM |
| **To:** | Joyce Boland |
| **Cc:** | Doyle,Leslie; Arthur,Lisa; Gaye Hudson; Sultan,Juliette; Rosser,Michael; Wortley,Lois; RKNEE_US; Roberts,George; Victory,Thomas; Thompson,Hunter; Maxey,Tony; O Leary,Kathleen; Christine Englund; Smith,Lauren; Martinez,Stephanie; LORTSCH,JOSE-ANNE; Borthwick,Valerie; Borthwick,Valerie; Burrin,Paul |

**Subject:** Re: FW: word on the street re: Oracle CRM]

Joyce,

Thank you very much for you input.

Effectively, we due know that references are Key, both:

- to establish more confidence around Oracle CRM solution and story,
- secondly provide consistent proof of concepts when Gartner examines the CRM Vendor execution capabilities in the Magic Quadrant evaluation.

The Configurator and Pricing is a great example. We briefed Rob Desisto (who wrote the positive note and managed the Magic Quadrant evaluation) during 2 month and set up conferences calls ( which went extremely well) with Oracle Customers.

I totally agree and support the facts:

- that "we should be working against the "Stalking Horse" not the firm or individual analysts" and be careful to not go after Gartner itself
- the most important thing is customer information...but I think, everyone agree on this point!

Yes we plan to have 2 customers during the April Gartner Executive Briefing (We are approaching HP and Veritas - ?not sure? - for large accounts, and still seeking a Mid-size customer, as we would like to demonstrate our presence in the overall market. Lauren Smith and Chistine Ungland are working on it.

We also plan to have a Partner Testimony ( from the BIG 4/5), over pending question from the Analyst community , on the Oracle Business Model with the ESPs, and synchronization with our consulting strategy.

You are very welcome to attend this Event .
I am sending asap, the finalized action plan (discussion with Mark Berrenechea planned Today).

Regards
Salima

Joyce Boland wrote:

Salima.

ORACLE CONFIDENTIAL

**NDCA-ORCL 061785**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

I wanted to give you my view on this. Before I joined Oracle, three week ago, I managed the European Applications practice for Gartner. The European based CRM analysts, Colleen Amuso, Ed Thompson and Jennifer Kirkby reported to me.

The Gartner methodology that is taught to each analyst at their initiation Boot Camp is to develop a hypothesis or what they call a "stalking horse". They are then told to go out into the market to prove or disprove that hypothesis. The major source of their information should be end-user clients though other sources of information should also be considered. These would be sources such as systems integrators, the press and other vendors. These sources should have less weight. Therefore what Mike Rosser has said about data points is true. That is what they are trained to do.

Gartner's working hypothesis is that 1.) Oracle's current CRM products are technically unstable (2.) There are gaps in the functionality. (3.) The functionality does have strengths - ex. the configurator ( 4.) Oracle's product will improve over time because of Oracle's critical mass and resources 5.) The market is consolidating and only the strong will survive. Niche vendors will be swallowed up or perish. Vendors coming from the ERP space will have a strong value proposition with their integration story.

I do not think that we should go after Gartner itself. I think that would be futile and would just throw more fuel on the fire. We should be working against the "Stalking Horse" not the firm or individual analysts. We play well in certain aspects of the Stalking Horse and we have some work to do in other aspects. Do we have a customer scheduled to speak at the Gartner CRM Summit? If not are we well armed with testimonials or case studies?

I will be in RWS the week of April 9 and would like to be involved in the Summit.

Regards,
Joyce
The most important thing is customer information.
> Salima Ceret wrote
>
> > Mike,
> >
> > I don't think it would be positive to rebut all Gartner CRM analysts, while we begin to have good relationship with Key and Highly influencer Analysts (Rob Desisto, Scott Nelson, Colleen Amuso, Joe Outlaw...).
> >
> > We had very positive recent reports from Gartner on Sales Configuration, following our last briefings to Rob Desisto - CRM VP & Research Director, we can use to neutralize rumors.
> >
> > The best rebuttal will be to show to the client the last Gartner Magic quadrant on Sales Configuration, and argument that these rumors are initiated by competitors, as they see Oracle beginning to be extremely visible on the CRM space, and supported
> > by the Highest Analysts within Gartner Organization. (Rob Desisto Had the Conference Chair of the CHICAGO Spring Summit).
> >
> > More other People Soft and Seibel didn't show up to the vendor Panel ..Very interesting!

ORACLE CONFIDENTIAL

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

> >
> > Also, we have 18 CRM Gartner Analysts attending the CRM Gartner Executive
Summit in Redwood Shores, in April 10-11, which will help to close the gap of
information, on CRM Strategy and Solutions, and leverage more positive focus on Oracle
and
> > confidence.
> >
> > I will escalate this to my contacts within Gartner, and would appreciate more concrete
information (if possible), names, document or Analysis references, client feedback, from
John. It will help, if we have tangible information to share.
> >
> > Salima
> >
> > Mike Rosser wrote:
> >
> > > Salima, Juliette,
> > >
> > > We need to understand who at Gartner is saying these things.
> > >
> > > Clearly from the feedback we received yesterday, Gartner seemed to be
> > > turning the corner a little bit. But these kind of statements are
> > > really out of bounds.
> > >
> > > They are taking single data points from some of their customers and
> > > basically spreading rumors without detail analysis.
> > >
> > > Mike
> > >
> > > -----------------------------------------------------------------------
> > >
> > > Subject: [Fwd: [Fwd: FW: word on the street re: Oracle CRM]]
> > > Date: Wed, 21 Mar 2001 11:53:27 -0600
> > > From: John Miller <John.Miller@oracle.com>
> > > Organization: Oracle Corporation
> > > To: mike.rosser@oracle.com
> > > CC: MARK.BARRENECHEA@oracle.com, "Malmquist,Albert"
<AL.MALMQUIST@oracle.com>, "Meo,Eugene"
<EUGENE.MEO@oracle.com>, "Callahan,Terence"
<terence.callahan@oracle.com>, "Fikany,John"
<John.Fikany@oracle.com>, "Kreighbaum,Mark" <mark.kreighbaum@oracle.com>
> > >
> > > Mike,
> > > We need your assistance. This e-mail is from Eaton person who is
> > > attending a Gartner CRM Symposium in Chicago. Gartner is blasting
> > > Oracle CRM!
> > >
> > > Do we have a response to neutralize Gartner? Are the any positive
> > > Analyst Reports on Oracle CRM? I have found reports Best of Breed vs.
> > > Integrated, but nothing addressing functionality, stability, etc.
> > >
> > > We have a $1M deal on the table for Q4 at Eaton Truck and this could

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061787**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

> > > shoot it in the head. Tomorrow, we are conducting an upgrade workshop
> > > at Eaton Truck, with the recommended phase one was CRM/Order Mgt for
> > > R1 ii. We may need your presence in Kalamazoo, MI in the near future to
> > > calm the nerves and rebut Gartner.
> > > John
> > >
> > > --------------------------------------------------------------------
> > >
> > > Subject: [Fwd: FW: word on the street]
> > > Date: Wed, 21 Mar 2001 08:32:31 -0500
> > > From: Gene Meo <Eugene.Meo@oracle.com>
> > > Organization: Oracle Corporation
> > > To: "Miller, John" <JEMILLER@US.ORACLE.COM>
> > >
> > > John
> > >
> > > Take a look at this.
> > >
> > > Gene
> > >
> > > -------- Original Message --------
> > > Return-Path: <MarkTudor@eaton.com>
> > > Received: from inet-smtp1.oracle.com (ns2.oracle.com [209.246.15.57]
> > > (may be forged))by gmgw01.oraclecorp.com (8.8.8+Sun/8.8.8) with ESMTP id
> > > EAA28101 for <Eugene.Meo@oracle.com>; Wed, 21 Mar 2001 04:53:16 -0800
> > > (PST)
> > > Received: from firewall.etn.com (firewall.etn.com [151.110.127.15])by
> > > inet-smtp1.oracle.com (8.9.3/8.9.3) with SMTP id EAA07607for
> > > <Eugene.Meo@oracle.com>; Wed, 21 Mar 2001 04:55:05 -0800 (PST)
> > > Received: from [151.110.126.96] by firewall.etn.comvia smtpd (for
> > > inet-smtp1.oracle.com [209.246.15.57]) with SMTP; 21 Mar 2001 12:53:14
> > > UT
> > > Received: by cleohshub01.etn.com with Internet Mail Service
> > > (5.5.2653.19)id <G9CS99QN>; Wed, 21 Mar 2001 07:53:03 -0500
> > > Message-ID:
> > >
<6B2676E5EDC8D3118309009027B120B168F0FB@galmisxchange2.truck.etn.com>
> > > From: "Tudor, Mark A." <MarkTudor@eaton.com>
> > > To: "Gene Meo (E-mail)" <Eugene.Mco@oracle.com>
> > > Subject: FW: word on the street
> > > Date: Wed, 21 Mar 2001 07:53:03 -0500
> > > MIME-Version: 1.0
> > > X-Mailer: Internet Mail Service (5.5.2653.19)
> > > Content-Type: text/plain;charset="iso-8859-1"
> > >
> > > May want to address this issue while here tomorrow.
> > >
> > > > -----Original Message-----
> > > > From:       Pipik, Paul P.
> > > > Sent: Tuesday, March 20, 2001 6:09 PM
> > > > To:  Tudor, Mark A.

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 061788**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

> > > > Subject:    word on the street
> > > >
> > > > oracle crm is getting terrible (and public) reviews here. every one of
> > > > the gartner analysts i've spoken with uses words like "ghastly" to
> > > > describe it. most common beefs: buggy-still issuing huge patches;
> > > > avoided by all professional services groups-even their own because it is
> > > > too difficult to deploy and; very reliant on an up to date oracle back
> > > > office. strongest piece is by far the the configurator followed by their
> > > > on line order products. we need to discuss this a little when i get back.
> > > > everyone seems to think oracle will be a player someday, but not anytime
> > > > soon. some are suggesting that they may throw our their own product and
> > > > buy somebody like e.piphany who has great software, but is struggling
> > > > financially and will probably not make it on their own.
> > > >
> > > > all in all, the conference has been very interesting and i wish i could
> > > > have take renz romig et al along, since the emphasis throughout has been
> > > > far more on the business decisions rather than the technologies that
> > > > underlie crm. see you thursday  pp
> > >
> > > -----------------------------------------------------------------------
> > >
> > > John Miller <John.Miller@oracle.com>
> > > Regional Manager
> > >
> > > John Miller
> > > Regional Manager        <John.Miller@oracle.com>
> > > 8777 Purdue Road, Suite 100  Cellular: 317-442-5646
> > > Indianapolis           Fax: 317-879-8555
> > > IN                 Work: 317-228-4048
> > > 46068
> > > Additional Information:
> > > Last Name    Miller
> > > First Name   John
> > > Version      2.1
> > >
> > > -----------------------------------------------------------------------
> > >
> > > Mike Rosser <Mike.Rosser@oracle.com>
> > > Vice President, Global Strategic Sales
> > > CRM
> > >
> > > Mike Rosser
> > > Vice President, Global Strategic Sales  <Mike.Rosser@oracle.com>
> > > CRM
> > >                          Work: (650) 633-6064
> > > Additional Information:
> > > Last Name    Rosser
> > > First Name   Mike
> > > Version      2.1
> >
> > -----------------------------------------------------------------------

ORACLE CONFIDENTIAL

NDCA-ORCL 061789

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

> >                                Name: Sales Configuration Magic Quadrant.pdf
> >      Sales Configuration Magic Quadrant.pdf      Type: Portable Document Format
(application/pdf)
> >                           Encoding: base64
> >                      Download Status: Not downloaded with message

ORACLE CONFIDENTIAL

NDCA-ORCL 061790

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 173

## DESK NOTES



**SUISSE**

CREDIT SUISSE FIRST BOSTON CORPORATION



| Americas | U.S./IT Software/Internet and eBusiness Infrastructure Software | December 15, 2000 |

**STRONG BUY**
**USD 27.50**

# Oracle Corporation

**ORCL**

**LARGE CAP**

Picture Perfect Q2:FY01 Should Even Convert the Skeptics

**Wendell H. Laidley**
1 415 836 7716
wendell.laidley@csfb.com

**Brent Thill**
1 415 836 7712
brent.thill@csfb.com

**Marie A. Kluth**
1 415 836 7713
marie.kluth@csfb.com

- ORCL reported very solid Q2:FY01 results of $2.7 billion and $0.11 versus our estimates of $2.7 billion and $0.10. Street consensus EPS was $0.10.

- ORCL's Q2:FY01 license revenue (in constant dollar terms) was sensational – total license grew 32% YoY (vs our 22% estimate), database license grew 26% (vs. our 17% estimate) and applications license grew 73% (vs our 50% estimate).

- Operating margins increased to 36% compared to 29% in the prior quarter and 25% in the year-ago quarter.

- We are increasing our FY01 estimates to $11.9 B and $0.51 [from $11.8 B and $0.48], and FY02 to $14.1 B and $0.63 [from $13.5 B and $0.57], driven primarily by increases in license revenues.

- Reiterate STRONG BUY and 12-month price target of $48, which suggests 75% upside from current levels.

| Price 12/14/00[1] | | Target (12 Months) | Dividend | Yield | Mkt. Value (Millions) | | 52-Week Price Range |
|---|---|---|---|---|---|---|---|
| USD 27.50 | | $48 | | None | $161,562.5 | | 16.87-46.46 |
| | | Annual EPS | Prev. EPS | Abs. P/E | Rel. P/E | EV/ EBITDA | EBITDA/ Share |
| 05/02E | | $0.63 | 0.57 | 43.7X | NA | | |
| 05/01E | | 0.51 | 0.48 | 53.9 | NA | | |
| 05/00A | | 0.34 | | 80.9 | NA | | |
| | | Aug | Nov | Feb | May | | FY End |
| 2002E | | NA | NA | NA | NA | | May 31 |
| 2001E | | $0.08A | $0.11A | $0.12 | $0.20 | | |
| 2000A | | 0.04 | 0.06 | 0.08 | 0.15 | | |
| ROIC (11/00) | NA | Total Debt (11/00) | | NA | Book Value/Share (11/00) | | 0.84 |
| WACC (11/00) | NA | Debt/Total Capital (11/00) | | NA | Common Shares | | 5,875.0 |
| EP Trend[2] | NA | Est. 5-Yr EPS Growth | | 25% | Est. 5-Yr. Div. Growth | | NA |

[1]On 12/14/00 DJIA closed at 10674.99 and S&P 500 at 1340.93.
[2]Economic profit trend.

**Oracle is a leading provider of database, application and exchange solutions, as well as consulting services, for Internet-enabled enterprises.**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        NDCA-ORCL 154522

Oracle Corporation

### Summary

ORCL reported very solid Q2:FY01 results of $2.7 billion and $0.11 versus our estimates of $2.7 billion and $0.10. Street consensus EPS was $0.10. Total revenue grew 15% YoY and 18% sequentially. Overall license revenue of $1.1 billion was in-line with our $1.1 billion estimate, and grew 19% YoY and 39% sequentially despite a negative currency impact of 6.5%. Measured in local currency, YoY license growth was an impressive 32% - the 1st time in 3 ½ years that ORCL has produced 2 consecutive quarters of greater than 30% license growth. We believe that investors should view ORCL's results in the context of local currency since the negative currency in Q2:FY01 was unusually high, and local currency reflects true revenue growth patterns. Q2:FY01 services revenue was $1.5 billion, slightly below our $1.6 billion estimate, and representing 8% YoY growth. Breaking down the services revenue between support and consulting/education, support revenue was up 21% YoY (up 28% in local currency) and consulting/education was down 4% YoY (up 1% in local currency). Comparing consulting/education YoY revenue growth to prior quarters, Q2:FY01 results represented an improvement over (10%) YoY growth for Q1:FY01, (8%) for Q4:FY00, and (7%) for Q3:FY00. ORCL expects consulting/education revenue to continue to rebound at a similar rate to Q2:FY01 results due to resurgence in the Company's applications business, and therefore services revenue should produce YoY growth rate increases in future quarters as well. However, ORCL continues to believe that leveraging third party systems integrator (SI) relationships is key to growing its applications business and maintaining its high margins, and therefore will not aggressively grow its services business again similar to ERP-centric FY99 (22-39% YoY growth).

On a geographic basis, ORCL reported strong contribution from all territories. Americas represented 57% of total revenue and grew 20% YoY in constant dollar terms. EMEA composed 29% of revenue in Q2:FY01 (adjusted for currency impact) and grew 18% in constant dollar terms. Revenue from Asia-Pacific accounted for 15% of total revenue in the quarter and grew an impressive 34% YoY in constant dollar terms.

ORCL's Q2:FY01 license revenue (in constant dollar terms) was sensational – total license grew 39% YoY (vs our 22% estimate), database license grew 26% (vs. our 17% estimate) and applications license grew 73% (vs our 50% estimate). On a reported basis (not constant dollars), Q2:FY01 database revenue of $775 million beat our $761 million estimate while applications revenue of $279 million also exceeded our expectations of $252 million. We believe these results were solidly better than published expectations and should be strong enough to convince the skeptics that ORCL's products business is capable of greatness. On the applications front, these results represented the strongest growth in YoY applications since Aug '97, and the strongest back-to-back quarter in the last three years. According to ORCL management, all application products did well across the board although ORCL does not break out these revenues so we are unable to confirm the degree to which was the case for each product. Currently, 83 customers are live on the ORCL eBusiness suite (11i) products, compared to 15 at the end of Q1:FY01. Live customers include BellSouth, Chevron, Hitachi Data Systems, and Tegrasis. Additionally, ORCL has shipped 11i licenses to 3,000 customers with 1,000 customers in various stages of implementation (ORCL expects about 100 by the end of December alone). We expect ORCL's applications revenue to continue to grow at a healthy pace as ORCL continues to penetrate its installed base of applications customers (10,000 total to date), and

– 2 –

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 154523

Oracle Corporation  **CREDIT** FIRST
**SUISSE** BOSTON

also attracts new customers with its integrated "one stop shop" value proposition (see Brent Thill's analysis below).

Large deals (>$500K) accounted for a larger portion of ORCL's total revenue in Q2:FY01 (45% vs 36% in the year-ago quarter) driven by larger applications deals. With approximately 70% of ORCL's customers now converted to power unit pricing which has a tendency to spread out larger transactions over several quarters, a higher proportion of larger deals will come from applications. Management set the expectation that due to the Company's switch to power unit pricing, ORCL will most likely not close as many big deals as in the past. We view ORCL's movement away from large deal dependence as a positive strategy that will result in increased linearity of bookings and greater predictability of quarterly results. That said, ORCL continues to close very large deals in the $10-30 million range. Mega deals that the Company has closed recently include Compaq, the largest deal in Q2:FY01, and several large deals closed in ORCL's current quarter, including the Company's landmark deal with Covisint (mentioned above).

ORCL again delivered impressive margin expansion in Q2:FY01 as operating margins increased to 36% compared to 29% in the prior quarter and 25% in the year-ago quarter. License revenue as a percentage of total increased to 42% compared with 36% in the prior quarter and 39% in Q2:FY00. The mix shift if favor of license contributed to the increase in operating margin despite significant increase in operating expenses across all categories. S&M was 24% of revenue in Q2:FY01, compared to 25% in the prior quarter and 27% in the year-ago quarter. R&D comprised 10% of revenues in the quarter, down from 11% both the prior and year-ago quarters. Finally, G&A costs were 4% of revenues in Q2:FY01, compared to 5% in Q1:FY01 and Q2:FY00. We believe that due to higher license mix, greater profitability in services, and continued operating efficiencies in all cost categories, the Company can achieve 37% operating margin in Q3:FY01, 43% operating margin in Q4:FY01 and 37% operating margin in FY02, and therefore we have altered our model accordingly.

ORCL continues to achieve operating leverage despite the fact the Company added headcount both domestically and internationally. The Company ended Q2:FY01 with 42,002 employees (21,342 international and 20,660 domestic), compared to 41,170 employees at the end of Q1:FY01 (21,265 international and 19,905 domestic). This was ORCL's first sequential increase in headcount in over 5 quarters. ORCL believes that due to the increasing pipeline of applications business, the Company will continue to modestly grow headcount, especially within sales, for the rest of this year in order to capitalize on the market opportunity.

On the balance sheet, DSO was down one day sequentially to 66 days, with cash and short term investment balance was down due to the Company's stock buyback activities in the quarter. The Company purchased roughly $5 billion in stock during the quarter, slightly higher than in the prior quarters, and therefore cash and short term investment balance was $4.3 billion at the end of Q2:FY01 compared to $7.8 billion at the end of Q1:FY01. ROE was 49% in Q2:FY01 compared to 52% in the prior quarter, remaining high due to ORCL's cash flow generation activity.

– 3 –

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        NDCA-ORCL 154524

Oracle Corporation

**CREDIT** FIRST
**SUISSE** BOSTON

Management characterized the pipeline of business in every region as "astounding" and were very bullish on business prospects going into H2:FY01. We believe that robust market demand, an 11i applications sales model that is functioning on all cylinders (including trained SIs), and a strong product value proposition positions the Company well for strong license growth. Services revenue should also show a gradual uptick due to pull-through from accelerating ORCL eBusiness suite sales.

Accordingly, we are increasing our FY01 estimates to $11.9 billion and $0.51 [from $11.8 billion and $0.48], and FY02 to $14.1 billion and $0.63 [from $13.5 billion and $0.57]. Our new estimates are driven by higher license revenue estimates in FY01 - $5.6 billion vs. $5.4 billion previously – and FY02 - $6.9 billion vs. $6.2 billion previously, while service revenue estimates remain essentially the same. Our increased operating margin expectation for FY01 is 37%, compared to 35% previously, and for FY02 is 40%, compared to 37% previously. We believe that our revenue and operating margin estimates have upside potential as ORCL's 11i applications business continues to bloom and operational model continues to strengthen.

We reiterate our STRONG BUY and are maintaining our 12-month price target of $48, which suggests 75% upside from current levels.

### Applications - On the Verge of Running Full Throttle (by Brent Thill)

ORCL's vision of providing an integrated stack of solutions is starting to take hold in the field. With 83 customers live on R11i and over 1,000 additional implementations underway, ORCL is in the early stages of a widespread adoption cycle. More than 3,000 customers are migrating to R11i. While each sub segment of its applications offering (front-office, supply chain, marketplace, ERP) still does not offer the same level of functionality as the best of breed vendors such as Siebel in CRM, i2 in supply chain/marketplaces, and Ariba/Commerce One in procurement, a handful of customers are beginning to sacrifice bob domain expertise for integration. JDS Uniphase, American General, and GE Power are few examples. JDS purchased the entire ebusiness suite from ORCL. Over the past year, the company has standardized divisions in 14 separate countries on one single instance of the ORCL apps platform. American General, a large insurance company with $123bn of assets under management, made the decision this quarter to replace its Siebel CRM solution and PeopleSoft HR/Financial implementation with ORCL's suite. Management claims GE Power implemented its solution with no modifications at all.

Another significant customer win highlighted was Covisint. ORCL management mentioned this is one of their largest apps deals ever ($10M+) and will be accounted for as a Q3 deal (closed early Dec). Covisint chose to standardize its automotive exchange on ORCL's database, application server, and entire suite of applications. On the applications side, they will implement ORCL's exchange software that will power single sign-on, registration, and dynamic pricing across the Covisint exchange. Commerce One will power auctions and catalog content. The supply chain segment is still up for grabs. We believe the decision could be made within the next month. We have heard through industry contacts that it is still a three horse race between Manugistics, i2, and Oracle. We would highlight i2 has one of the strongest footholds in the automotive sector today with

– 4 –

Oracle Corporation

**CREDIT** FIRST
**SUISSE** BOSTON

customers such as Visteon, John Deere, Volkswagen, Mercedes, Caterpillar, and Ford.

ORCL made a point of attacking ITWO harder than any other bob application company. The company claimed "competitive displacements" of ITWO at Qualcomm, Teradyne, and Hayworth. Conversations with ITWO management after the conference call suggest otherwise. ITWO claims ORCL sold the suite of 11i solutions into these accounts, not supply chain specific deals. ITWO mentioned they are still in good standings with these customers. Another interesting datapoint was the recent claim ORCL made about winning the business at Motorola Wireless. We believe this contract has not been signed and the deal is still up for grabs. It appears that it is not a mammoth sized deal (under $4M) and should be resolved over the next month. ITWO still remains in good shape here given its success in Motorola's Semiconductor division. The last time ORCL prematurely announced they had won an account was at Boeing earlier this year. And that account finally went to Commerce One.

**N.B.:** CREDIT SUISSE FIRST BOSTON CORPORATION may have, within the last three years, served as a manager or co-manager of a public offering of securities for or makes a primary market in issues of any or all of the companies mentioned.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 154526

Oracle Corporation

**CREDIT** FIRST
**SUISSE** BOSTON

Copyright ©1999 Credit Suisse First Boston Corporation 1999. All rights reserved

This report is provided to you solely for informational purposes and does not constitute an offer or solicitation of an offer, or any advice or recommendation, to purchase any securities or other financial instruments and may not be construed as such. This report may not be reproduced or redistributed to any other person, in whole or in part, without the prior written consent of the distributor listed below. The information set forth herein has been obtained or derived from sources believed by Credit Suisse First Boston Corporation and its affiliates ("CSFB" or "the firm") to be reliable, but CSFB does not make any representation or warranty, express or implied, as to its accuracy or completeness.

Past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied is made regarding future performance. Opinions and estimates may be changed without notice. The firm, or one or more of its partners or employees, from time to time may have long or short positions in, or buy and sell and make markets in, any of the securities discussed herein. The firm may underwrite or provide investment banking, credit and other financial services to any company or issuer of securities or financial instruments referred to herein. If CSFB makes a market in any security, there can be no assurance that CSFB will continue to do so. Additional information is available upon request.

CSFB may have issued other reports that are inconsistent with, and reach different conclusions from, the information presented herein. Those reports reflect the different assumptions, views and analytical methods of the analysts who prepared them.

This report is being distributed in the United States by CSFB, and in Canada by Credit Suisse First Boston Securities Canada, Inc. ("CSFBSC") with CSFB as mailing/delivery agent. In jurisdictions where CSFB is not registered or licensed to trade in securities, any trade will be made only in accordance with applicable securities legislation which will vary from jurisdiction to jurisdiction and may require that the trade be made in accordance with applicable exemptions from registration or licensing requirements. CSFBSC has approved the distribution of this memorandum. Any U.S. customer wishing to effect a transaction in any security should do so only by contacting a representative at Credit Suisse First Boston Corporation, Eleven Madison Avenue, New York, NY 10010 (212) 325 2000.          ORCL121599.doc

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 154527

Oracle Corporation

**CREDIT SUISSE FIRST BOSTON**

## ORACLE CORPORATION
### Income Statement
(data in millions, except per share)

| | Fiscal Year 1999 by Quarter | | | | Fiscal Year 2000 by Quarter | | | | Fiscal Year 2001 by Quarter | | | | Fiscal Year Ends May | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Aug-98 | Nov-98 | Feb-99 | May-99 | Aug-99 | Nov-99 | Feb-00 | May-00 | Aug-00 | Nov-00 | Feb-01E | May-01E | 1999 | 2000 | 2001E | 2002E |
| Licenses and other | 510.1 | 591.8 | 568.8 | 983.8 | 536.4 | 631.4 | 594.7 | 852.2 | 607.2 | 1,118.2 | 702.6 | 983.4 | 2,889.9 | 2,616.7 | 5,567.7 | 6,897.2 |
| Services | 679.3 | 779.8 | 792.0 | 813.0 | 756.8 | 753.2 | 727.3 | 725.5 | 673.9 | 696.0 | 732.0 | 824.2 | 2,025.0 | 2,942.7 | 6,378.9 | 7,241.2 |
| Total revenues | $1,749.1 | $2,055.9 | $1,283.2 | $2,079.9 | $1,362.3 | $1,415.3 | $1,378.0 | $1,533.7 | $1,455.6 | $1,541.3 | $1,541.3 | $1,336.2 | $11,181.8 | $1,009.9 | $1,181.8 | $1,313.1 |
| | | | | | | | | | | 2,221.0 | 2,659.5 | 2,997.5 | | | | |
| Sales and marketing | 277.8 | 382.1 | -406.7 | 866.3 | 345.9 | 576.1 | 769.7 | 1,388.5 | 658.0 | 946.0 | 1,077.2 | 1,747.1 | 3,080.2 | 3,080.2 | 4,428.4 | 5,60* |
| Cost of services | 22.2 | 28.7 | 22.7 | 20.7 | 16.3 | 11.5 | 7.8 | -4.5 | 11.2 | 19.9 | -6.0 | 16.0 | 1.0* | -83.9 | 225.1 | 134.0 |
| Research and development | $330.0 | $410.7 | $443.3 | $827.0 | 364.2 | 591.5 | 777.5 | 1,436.9 | 776.2 | 955.1 | 1,122.2 | 1,783.1 | $1,982.1 | $3,170.1 | $4,657.4 | $5,795.0 |
| General and administrative | 105.0 | 151.1 | 293.3 | 299.6 | 127.5 | 207.0 | 511.0 | 51.0 | 276.6 | 343.1 | 388.4 | 636.8 | 992.3 | 1,125.4 | 1,653.6 | 2,051.2 |
| Total operating expenses | $195.0 | $274.1 | $293.3 | $527.4 | 236.7 | 344.5 | 407.6 | 925.9 | 500.7 | 522.6 | 723.8 | 1,156.6 | $1,289.8 | $2,044.7 | $3,033.9 | $3,737.8 |
| EPS from operations | $0.03 | $0.05 | $0.10 | $0.09 | $0.06 | $0.06 | $0.08 | $0.08 | $0.08 | $0.11 | $0.12 | $0.20 | $0.22 | $0.22 | $0.51 | $0.63 |
| Extraordinary item | | | | | | | | | | | | | 0.0 | 266.6 | 0.0 | 0.0 |
| Net income | $195.0 | $274.1 | $293.3 | $527.4 | $236.7 | $394.5 | $765.2 | $925.0 | $500.7 | $622.8 | $723.8 | $1,156.6 | $1,289.8 | $2,310.3 | $3,033.9 | $3,737.8 |
| EPS, as reported | $0.03 | $0.05 | $0.10 | $0.09 | $0.04 | $0.06 | $0.13 | $0.15 | $0.08 | $0.11 | $0.12 | $0.20 | $0.22 | $0.39 | $0.51 | $0.63 |
| Shares outstanding | 5,835 | 5,300 | 5,382 | 5,931 | 5,965 | 6,013 | 5,996 | 6,010 | 5,933 | 5,675 | 5,690 | 5,905 | 3,037 | 3,906 | 5,901 | 5,943 |

### Margins on Revenue

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| License revenue of total revenue | 33.3% | 37.3% | 39.7% | 51.4% | 31.9% | 38.9% | 43.7% | 54.5% | 35.7% | 42.0% | 45.6% | 56.3% | 41.8% | 43.9% | 46.6% | 48.8% |
| Service revenue of total revenue | 66.7% | 62.7% | 60.3% | 48.6% | 68.1% | 61.1% | 56.3% | 45.5% | 64.3% | 56.0% | 54.4% | 43.7% | 58.2% | 56.1% | 53.4% | 51.2% |
| Gross margin on services | 41.8% | 55.5% | 56.8% | 43.2% | 44.0% | 46.9% | 48.7% | 52.7% | 53.7% | 54.9% | 54.0% | 54.0% | 40.4% | 48.2% | 54.1% | 55.0% |
| Sales and marketing | 26.2% | 26.8% | 28.8% | 32.4% | 27.1% | 27.2% | 24.3% | 25.3% | 25.3% | 24.1% | 24.0% | 24.0% | 20.7% | 25.8% | 24.3% | 23.8% |
| Research and development | 12.7% | 10.1% | 10.1% | 9.2% | 12.7% | 10.2% | 10.4% | 8.3% | 11.1% | 10.0% | 6.9% | 9.3% | 9.5% | 10.0% | 9.9% | 9.3% |
| General and administrative | 5.4% | 4.9% | 5.0% | 4.3% | 5.4% | 4.9% | 5.0% | 4.1% | 4.7% | 4.2% | 4.5% | 4.2% | 4.8% | 4.7% | 4.3% | 4.3% |
| Operating income | 15.9% | 18.6% | 19.6% | 27.4% | 17.4% | 24.6% | 34.4% | 41.1% | 29.1% | 35.6% | 36.8% | 42.6% | 21.2% | 30.4% | 37.1% | 39.6% |
| Tax rate | 36.0% | 33.3% | 34.0% | 36.2% | 35.0% | 35.0% | 36.0% | 35.5% | 35.5% | 36.5% | 36.5% | 35.5% | 34.9% | 35.5% | 36.5% | 36.5% |
| Net income from operations | 11.1% | 14.1% | 14.1% | 5.1% | 11.9% | 16.6% | 16.8% | 27.4% | 22.1% | 23.4% | 24.7% | 26.2% | 14.6% | 20.2% | 25.1% | 26.4% |

### Changes Yr-to-Yr

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Licenses and other revenue | 10% | 19% | 7% | 22% | 0% | 18% | 30% | 22% | 28% | 24% | 25% | 56.3% | 15% | 21% | 25% | 24% |
| Services revenue | 39% | 33% | 29% | 22% | 16% | 10% | 10% | 7% | 6% | 9% | 15% | 17% | 30% | 11% | 12% | 14% |
| Total revenues | 28% | 27% | 19% | 22% | 13% | 13% | 13% | 13% | 14% | 15% | 20% | 24% | 24% | 15% | 18% | 16% |
| Sales and marketing | 13% | 12% | 0% | 6% | 6% | 7% | 5% | -1% | 6% | 1% | 18% | 15% | 6% | 0% | 11% | 16% |
| Research and development | 18% | 10% | 14% | 27% | 28% | 24% | 22% | 11% | 6% | 7% | 12% | 42% | 17% | 20% | 17% | 11% |
| General and administrative | 25% | 25% | 12% | 6% | 14% | 11% | 18% | 18% | -1% | -1% | 7% | 19% | 18% | 13% | 6% | 18% |
| Operating income | 29% | 40% | 23% | 33% | 24% | 5% | 5% | 72% | 90% | 84% | -5% | 23% | 33% | 64% | 44% | 26% |
| Net income from operations | 30% | 46% | 36% | 35% | 21% | 5% | 92% | 53% | 11% | 82% | -5% | 315% | 36% | 55% | 47% | 28% |
| EPS from operations | 33% | 55% | 36% | 31% | 21% | 38% | 69% | -100% | 112% | 66% | 48% | -100% | 57% | 57% | 30% | 24% |
| Net income | 2202% | 46% | 96% | 31% | 21% | 40% | 36% | 76% | 111% | 113% | -5% | -25% | 59% | 76% | 30% | 24% |
| EPS | 2242% | 50% | 38% | 31% | 21% | 36% | 165% | 165% | 113% | 113% | -3% | 27% | 50% | 77% | 24% | 24% |

### Balance sheet data

| | | | | | | | | | | | | | 1999 | 2000 | 2001E | 2002E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash (includes long-term investments) | $2,498,831 | $2,260,195 | $2,490,382 | $2,812,311 | $2,721,749 | $2,133,756 | $2,767,601 | $7,761,998 | $1,062,572 | $4,356,165 | | Revenue | $9,323,597 | $10,745,149 | $12,752,379 | NA |
| Deferred revenue | $556,370 | $800,214 | $317,895 | $1,037,149 | $1,080,634 | $925,141 | $1,919,556 | $1,133,482 | $1,265,585 | $1,053,809 | | EPS | $0.24 | $0.43 | $0.54 | NA |
| Accounts receivable-days | 70 | 70 | 68 | 68 | 68 | 69 | 68 | 68 | 67 | 66 | | | | | | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 154528

CREDIT FIRST
SUISSE BOSTON

Oracle Corporation

– 8 –

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Oracle Corporation

CREDIT SUISSE FIRST BOSTON

12/14/00 20:59

| ORACLE CORP | --- Fiscal 2000 by Quarter --- | | | | --- Fiscal 2001 by Quarter --- | | | | --- Fiscal 2002 by Quarter --- | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Aug-99 | Nov-99 | Feb-00 | May-00 | Aug-00 | Nov-00 | Feb-01E | May-01E | Aug-01E | Nov-01E | Feb-02E | May-02E | 1999 | 2000 | 2001E | 2002E |
| **License Product Revenue** | | | | | | | | | | | | | | | | |
| Servers | $443,235 | $650,670 | $778,045 | $1,228,127 | $584,627 | $775,443 | $914,203 | $1,600,293 | $672,321 | $891,759 | $1,051,333 | $1,610,337 | $2,843,733 | $3,100,297 | $3,674,598 | $4,225,751 |
| Tools | 50,248 | 68,683 | 66,301 | 116,266 | 31,032 | 38,479 | 46,432 | 81,366 | 32,647 | $40,433 | $46,753 | $95,456 | $232,043 | $261,528 | $197,389 | $207,289 |
| Applications | $109,143 | $167,416 | $198,830 | $447,413 | $155,526 | $279,271 | $347,953 | $782,573 | 248,842 | 422,970 | $521,979 | $1,135,310 | $651,042 | $823,304 | $1,565,727 | $2,338,561 |
| Data | $29,535 | $25,451 | $28,187 | 48,503 | 35,343 | 25,045 | 22,604 | $43,313 | 28,058,225 | 24,187,25 | 26,258,55 | $46,173 | $97,498 | $131,766 | $129,454 | $125,178 |
| Total license revenue | $632,161 | $902,932 | $1,071,373 | $1,340,600 | $807,238 | $1,118,238 | $1,336,191 | $2,305,964 | $981,668 | $1,339,220 | $1,646,714 | $2,877,276 | $3,668,306 | $4,446,795 | $5,567,631 | $6,897,137 |
| **% of total revenue** | | | | | | | | | | | | | | | | |
| Servers | 22% | 23% | 32% | 36% | 26% | 29% | 31% | 34% | 26% | 29% | 34% | 35% | 30% | 31% | 31% | 30% |
| Tools | 3% | 3% | 3% | 3% | 1% | 1% | 2% | 2% | 1% | 1% | 1% | 2% | 3% | 3% | 2% | 1% |
| Applications | 5% | 7% | 8% | 13% | 7% | 11% | 12% | 19% | 10% | 14% | 15% | 23% | 7% | 9% | 13% | 17% |
| **% of license revenue** | | | | | | | | | | | | | | | | |
| Servers | 70% | 72% | 73% | 67% | 72% | 69% | 68% | 61% | 68% | 64% | 64% | 56% | 72% | 70% | 66% | 61% |
| Tools | 8% | 7% | 6% | 6% | 4% | 3% | 3% | 4% | 3% | 3% | 3% | 3% | 8% | 7% | 4% | 3% |
| Applications | 17% | 19% | 19% | 24% | 19% | 25% | 26% | 34% | 25% | 31% | 32% | 39% | 18% | 21% | 28% | 34% |
| **Yr-Yr Growth** | | | | | | | | | | | | | | | | |
| Servers | 8% | 17% | 32% | 12% | 32% | 19% | 18% | 14% | 15% | 16% | 15% | 15% | 20% | 17% | 19% | 15% |
| Tools | 1% | (5%) | (2%) | 2% | (38%) | (34%) | (30%) | (30%) | 5% | 5% | 5% | 5% | (10%) | (1%) | (32%) | 5% |
| Applications | 11% | 31% | 31% | 81% | 42% | 42% | 87% | 75% | 66% | 51% | 54% | 45% | 42% | 42% | 70% | 45% |
| Total license revenue | 9% | 19% | 19% | 22% | 28% | 24% | 24% | 25% | 22% | 24% | 22% | 25% | 15% | 21% | 25% | 24% |
| **Yr-Yr Growth (Local Currency)** | | | | | | | | | | | | | | | | |
| Servers | 7% | | | 34% | 24% | 26% | | | | 33% | | | 20% | | | |
| Tools | 1% | 1% | 1% | 4% | (37%) | (31%) | | | (45%) | 24% | | | (10%) | | | |
| Applications Group | 12% | 12% | 37% | 63% | 45% | 73% | | | (72%) | 74% | | | 16% | | | |
| Total license revenue | 7% | 7% | 32% | 23% | 51% | 32% | | | (44%) | 41% | | | 15% | | | |
| **Sequential Growth** | | | | | | | | | | | | | | | | |
| Servers | (59%) | 47% | 20% | 58% | (52%) | 33% | 18% | 53% | (45%) | 33% | 18% | 53% | | | | |
| Tools | (55%) | 17% | 13% | 75% | (73%) | 24% | 21% | 75% | (72%) | 24% | 21% | 75% | | | | |
| Applications Group | (61%) | 54% | 18% | 125% | (65%) | 80% | 25% | 125% | (44%) | 74% | 21% | 116% | | | | |
| Total | (58%) | 43% | 19% | 72% | (56%) | 39% | 19% | 73% | (47%) | 41% | 15% | 75% | | | | |
| **Applications Revenue** | | | | | | | | | | | | | | | | |
| License Revenue | $109,143 | $167,819 | $198,830 | $447,413 | $155,526 | $279,271 | $347,953 | $782,573 | $248,842 | $422,870 | $521,929 | $1,135,310 | $651,042 | $922,205 | $1,555,722 | $2,338,561 |
| Services | $438,850 | $437,916 | $472,672 | $472,672 | $377,523 | $497,876 | $584,326 | $704,373 | $562,338 | $723,020 | $869,343 | $1,021,201 | $1,774,584 | $1,769,028 | $2,163,528 | $2,307,992 |
| Sales | $547,993 | $527,735 | $566,368 | $920,085 | $533,049 | $776,372 | $932,280 | $1,487,545 | $870,981 | $1,225,899 | $1,391,072 | $2,156,602 | $2,405,596 | $2,692,241 | $3,729,248 | $3,646,553 |
| (plug for application swcls.) | | $49 | $49 | 113 | | | | | | | | | | | | |
| CRM license revenue | 531 | $49 | | | $165,526 | $279,271 | $347,953 | $782,573 | $246,642 | $422,870 | $521,929 | $1,135,310 | $651,042 | $922,205 | $1,555,722 | $2,338,561 |
| Procurement; cense revenue | | $15 | | | | | | | | | | | | | | |
| BOL - Total Sales | | 42 | | | | | | | | | | | | | | |
| BOL - Total Users | | 4000 | | | | | | | | | | | | | | |
| Y/Y- CRM license revenue | | 108% | | | (65%) | 80% | 75% | 75% | 128% | 156% | 154% | 53% | 18% | 42% | 70% | 49% |
| Y/Y - Procurement license revenue | | 35% | | | (14%) | 8% | 47% | 48% | 42% | 72% | 116% | 116% | 39% | 6% | 22% | 53% |
| Y/Y - Midmarket Apps license growth | | 35% | | | (3%) | 24% | 56% | 62% | 95% | 65% | 135% | 135% | 32% | 11% | 33% | 51% |
| **% of applications revenue** | | | | | | | | | | | | | | | | |
| License Revenue | 19.9% | 26.7% | 33.3% | 48.6% | 29.2% | 36.0% | 37.3% | 52.6% | 28.6% | 35.5% | 37.5% | 52.8% | 26.8% | 34.3% | 42.0% | 41.4% |
| Services | 60.1% | 73.3% | 66.7% | 51.4% | 70.6% | 64.0% | 62.7% | 47.4% | 71.4% | 64.7% | 62.5% | 47.4% | 73.2% | 65.7% | 53.0% | 58.6% |
| Total Apps - % of total reven. | 27.8% | 27.0% | 24.3% | 27.3% | 23.6% | 29.2% | 31.4% | 36.3% | 33.5% | 39.2% | 40.1% | 43.6% | 27.5% | 26.6% | 31.2% | 39.9% |
| Apps License - % of total feder. | 17% | 19% | 19% | 24% | 19% | 25% | 25% | 34% | 25% | 31% | 32% | 39% | 16% | 21% | 28% | 34% |
| **Apps. Yr-Yr Growth** | | | | | | | | | | | | | | | | |
| License Revenue | 11% | 31% | 35% | 81% | 42% | 86% | 75% | 75% | 126% | 156% | 154% | 116% | 18% | 42% | 70% | 49% |
| Services | 11% | 2% | (10%) | (3%) | (14%) | 8% | 47% | 48% | 42% | 72% | 116% | 116% | 39% | 6% | 22% | 53% |
| Total | 11% | 2% | 2% | 23% | (3%) | 24% | 56% | 62% | 95% | 05% | 133% | 135% | 32% | 11% | 33% | 51% |
| **Sequential** | | | | | | | | | | | | | | | | |
| License Revenue | (61%) | 54% | 18% | 125% | (65%) | 80% | 25% | 125% | (44%) | 74% | 21% | 116% | | | | |
| Services | (10%) | 5% | (14%) | 19% | (20%) | 32% | 18% | 21% | 32% | 27% | 21% | 16% | | | | |
| Total | (28%) | 15% | (5%) | 54% | (42%) | 46% | 20% | 60% | (5%) | 41% | 12% | 55% | | | | |

– 9 –

CREDIT SUISSE FIRST BOSTON

Oracle Corporation

– 10 –

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 154531