# EXHIBIT 174



1   LATHAM & WATKINS LLP
      Peter A. Wald (SBN 85705)
2     Michele F. Kyrouz (SBN 168004)
      Matthew D. Harrison (SBN 210981)
3   505 Montgomery Street, Suite 2000
    San Francisco, California 94111-2562
4   Telephone: (415) 391-0600
    Facsimile: (415) 395-8095
5   E-mail: peter.wald@lw.com
            michele.kyrouz@lw.com
6           matt.harrison@lw.com

7   LATHAM & WATKINS LLP
      Jamie L. Wine (SBN 181373)
8   633 West Fifth Street, Suite 4000
    Los Angeles, California 90071
9   Phone: (213) 485-1234
    Fax: (213) 891-8763
10  E-mail: jamie.wine@lw.com

11  Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
    J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON
12
    ORACLE CORPORATION
13    Dorian Daley (SBN 129049)
      James C. Maroulis (SBN 208316)
14  500 Oracle Parkway
    Mailstop 5OP7
15  Redwood Shores, CA 94065
    Telephone: (650) 506-5200
16  Facsimile: (650) 506-7114
    E-mail: jim.maroulis@oracle.com
17
    Attorneys for Defendant ORACLE CORPORATION
18

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
        matt.rawlinson@lw.com

19              **UNITED STATES DISTRICT COURT**

20      **NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

21  In re ORACLE CORPORATION              Master File No. C-01-0988-MJJ
    SECURITIES LITIGATION                 (Consolidated)

22                                        **[CORRECTED] DECLARATION OF**
                                          **MATTHEW D. HARRISON IN SUPPORT**
23  _____      **OF DEFENDANTS' MOTION FOR**
                                          **SUMMARY JUDGMENT**
24  This Document Relates To:

25  ALL ACTIONS.

26

27
                        **FILED UNDER SEAL**
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1            I, Matthew D. Harrison, declare as follows:

2                 1.       I am an attorney duly licensed to practice before the courts of the State of

3 California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for

4 defendants in the above-entitled action. I have personal knowledge of the matters stated herein

5 and, if called upon, I could and would competently testify thereto.

6                 2.       I submit this declaration (the "Harrison Declaration") in support of

7 Defendants' Motion for Summary Judgment.

8                 3.       Attached hereto as Exhibit 41 is a true and correct of Oracle Corporation's

9 ("Oracle") Annual Report for Fiscal Year 2000, Bates Numbered NDCA-ORCL 141269-361.

10                 4.       Attached hereto as Exhibit 51 is a true and correct copy of an Oracle Press

11 Release titled: *Oracle: The State of E-Business is Strong*, Bates Numbered NDCA-ORCL

12 417086-89

13                 5.       Attached hereto as Exhibit 54 is a true and correct copy of Oracle's Form

14 10-K Fiscal Year 2001, Bates Numbered NDCA-ORCL 143910-80.

15                 6.       Attached hereto as Exhibit 55 is a true and correct copy of Oracle's Form

16 10-K for Fiscal Year Ended May 31, 2006.

17                 7.       Attached hereto as Exhibit 56 is a true and correct copy of a transcript of

18 Oracle's December 14, 2000 second quarter financial results conference call, Bates Numbered

19 NDCA-ORCL 003215-47.

20                 8.       Attached hereto as Exhibit 57 is a true and correct copy of excerpts from

21 the transcript of the July 20, 2006 deposition of Safra Catz, who served as Oracle's Executive

22 Vice President of Global Business Practices during the relevant time period.

23                 9.       Attached hereto as Exhibit 58 is a true and correct copy of a December 13,

24 2000 Email from S. Aas to L. Ellison and S. Catz, Bates Numbered NDCA-ORCL 025790-92.

25                 10.      Attached hereto as Exhibit 59 is a true and correct copy of excerpts from

26 the transcript of the April 12, 2006 deposition of Nicholas Classick, who served as an Area Vice

27 President for Oracle's General Business West Division of North American Sales during the

28 relevant time period.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

11.     Attached hereto as Exhibit 60 is a true and correct copy of excerpts from the transcript of the May 26, 2006 deposition of David Winton, who served as a Senior Director of Finance for Oracle's North American Sales Division during the relevant time period.

12.     Attached hereto as Exhibit 61 is a true and correct copy excerpts from the transcript of the May 24, 2006 deposition of John Nugent, who served as Oracle's Senior Vice President for the General Business Division of North American Sales during the relevant time period.

13.     Attached hereto as Exhibit 62 is a true and correct copy of excerpts from the transcript of the June 14, 2006 deposition of Sarah Kopp, who served as a Senior Finance Director for the Oracle Service Industries Division during the relevant time period.

14.     Attached hereto as Exhibit 63 is a true and correct copy of excerpts from the transcript of the July 26, 2006 deposition of Edward 'Sandy' Sanderson, Jr., who served as Oracle's Executive Vice President for Oracle Product Industries ("OPI") and Latin America Sales Divisions, and for Oracle's Americas Consulting Division, during the relevant time period.

15.     Attached hereto as Exhibit 64 is a true and correct copy of excerpts from the transcript of the July 7, 2006 deposition of Jennifer Minton, who served as a Senior Vice President and Oracle's Controller during the relevant time period.

16.     Attached hereto as Exhibit 65 is a true and correct copy of excerpts from the transcript of the April 21, 2005 deposition of Jennifer Minton (Rule 30(b)(6) deposition of Oracle Corporation), who served as a Senior Vice President and Oracle's Controller during the relevant time period.

17.     Attached hereto as Exhibit 66 is a true and correct copy of excerpts from the transcript of the July 25, 2006 deposition of Edward "Sandy" Sanderson, Jr., Oracle's Executive Vice President for Oracle Product Industries ("OPI") and Latin America Sales Divisions, and for Oracle's Americas Consulting Division, during the relevant time period.

18.     Attached hereto as Exhibit 67 is a true and correct copy of excerpts from the transcript of the June 22, 2006 deposition of George Roberts, who served as Oracle's Executive Vice President of North American Sales division during the relevant time period.

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

2

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1        19.    Attached hereto as Exhibit 68 is a true and correct copy of excerpts from

2    the transcript of the September 25, 2006 deposition of Jennifer Minton, who served as a Senior

3    Vice President and Controller of Oracle during the relevant time period.

4        20.    Attached hereto as Exhibit 69 is a true and correct copy of an internal

5    Oracle chart of FY2001 US Weekly License Revenues, Bates Numbered NDCA-ORCL 315726.

6        21.    Attached hereto as Exhibit 70 is a true and correct copy of excerpts from

7    the transcript of the November 30. 2005 deposition of Peter Donnelly, whom Plaintiffs have

8    identified as their Confidential Witness 7, and who served as a Director of Corporate Financial

9    Planning and Analysis at Oracle during the relevant time period.

10        22.    Attached hereto as Exhibit 71 is a true and correct copy of excerpts from

11    the transcript of the November 16, 2006 deposition of Jeffrey Henley, who served as Oracle's

12    Chief Financial Officer during the relevant time period.

13        23.    Attached hereto as Exhibit 72 is a true and correct copy of a December 12,

14    2000 Email from J. Henley to L. Ellison, copies to J. Minton, S. Catz, and S. Aas, Bates

15    Numbered NDCA-ORCL 025768-69.

16        24.    Attached hereto as Exhibit 73 is a true and correct copy of A February 25,

17    2001 Email from G. Roberts to L. Ellison, J. Minton, D. Winton, J. Henley, S. Catz Regarding

18    Forecast Reduction of 20mm, Bates Numbered NDCA-ORCL 300208.

19        25.    Attached hereto as Exhibit 74 is a true and correct copy of a February 26,

20    2001 email from D. Winton to J. Minton, copy to T. Jody Regarding Forecast Reduction of

21    20mm, Bates Numbered NDCA-ORCL 308454-56.

22        26.    Attached hereto as Exhibit 75 is a true and correct copy of A February 26,

23    2001 Email from J. Henley to J. Minton and S. Catz Regarding Forecast, Bates Numbered

24    NDCA-ORCL 003457.

25        27.    Attached hereto as Exhibit 76 is a true and correct copy of a February 27,

26    2000 Email from S. Kopp to J. Minton Regarding Q3 License Status, Bates Numbered NDCA-

27    ORCL 308491-509.

28

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

3

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

28.   Attached hereto as Exhibit 77 is a true and correct copy of a February 28, 2001 Oracle internal Upside Report, Bates Numbered NDCA-ORCL 1533006-22.

29.   Attached hereto as Exhibit 78 is a true and correct copy of excerpts from the transcript of the July 27, 2006 deposition of Jeffrey Henley, who served as Oracle's Chief Financial Officer during the relevant time period.

30.   Attached hereto as Exhibit 79 is a true and correct copy of a March 13, 2001 Email from J. Henley to L. Ellison, copies to S. Catz, J. Minton, S. Aas, and D. Cooperman Regarding Q3 Conference Call, Bates Numbered NDCA-ORCL 298922-24.

31.   Attached hereto as Exhibit 80 is a true and correct copy of the Expert Report of Christopher M. James, dated May 25, 2007.

32.   Attached hereto as Exhibit 81 is a true and correct copy Plaintiff SEIU's Third Supplemental Responses to Defendants' Second Set of Interrogatories, dated January 31, 2007, which is substantively identical in all relevant respects to Plaintiffs' other responses of that date.

33.   Attached hereto as Exhibit 82 is a true and correct copy of a September 5, 2000 Harvard Business School Case Study on Oracle Corporation, Bates Numbered NDCA-ORCL 167133-54.

34.   Attached hereto as Exhibit 83 is a true and correct copy of a January 10, 2001 Solomon Smith Barney Analyst Report titled: *Oracle EVP Visist to SSB*, Bates Numbered NDCA-ORCL 035470-3.

35.   Attached hereto as Exhibit 84 is a true and correct copy of a February 19-23, 2001 Oracle AppsWorld New Orleans Welcome Kit, Bates Numbered NDCA-ORCL 315354-95.

36.   Attached hereto as Exhibit 85 is a true and correct copy of excerpts from the transcript of the September 21, 2006 deposition of Lawrence J. Ellison, who was Oracle's Chief Executive Officer during the relevant time period, and continues to be CEO.

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

4

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1         37.     Attached hereto as Exhibit 86 is a true and correct copy of a June 21, 2000

2 CIBC World Markets Report titled: *Oracle Corporation: Revised: Internet Drives Model; Strong*

3 *4Q00 Numbers*, Bates Numbered NDCA-ORCL 1051343-50.

4         38.     Attached hereto as Exhibit 87 is a true and correct copy a May 3, 2000

5 PeopleSoft Press Release titled: *PeopleSoft Acquires Advance Planning Solutions.*

6         39.     Attached hereto as Exhibit 88 is a true and correct copy of a March 14,

7 2000 J.D. Edwards Press Release titled: *J.D. Edwards Names Michael Schmitt to Lead New B2B*

8 *Business Unit.*

9         40.     Attached hereto as Exhibit 89 is a true and correct copy of a March 15,

10 2000 SG Cowen Analyst Report titled: *ORCL Strong Licenses and Tight Expenses Drive Q3*

11 *Upsdide and EPS Hike/Buy*, Bates Numbered NDCA-ORCL 023878-80.

12         41.     Attached hereto as Exhibit 90 is a true and correct copy of an April 11,

13 2000 UpsideToday Article titled: *Dogged By History*, Bates Numbered NDCA-ORCL 014914-

14 23.

15         42.     Attached hereto as Exhibit 91 is a true and correct copy of a May 12, 2000

16 Morgan Stanley Analyst Report titled: *Dinner With Ray Lane*, Bates Numbered NDCA-ORCL

17 006526-8.

18         43.     Attached hereto as Exhibit 92 is a true and correct copy of an April 5,

19 2000 Blair William & Co Analyst Report titled: *Report From Oracle Analyst Day*: Maintain Buy

20 Rating, Bates Numbered NDCA-ORCL 008975-8.

21         44.     Attached hereto as Exhibit 93 is a true and correct copy of an April 2,

22 2000 Deutsche Bank Analyst Report titled: *ORCL: Analyst Meeting Very Upbeat*, Bates

23 Numbered NDCA-ORCL 009001-4.

24         45.     Attached hereto as Exhibit 94 is a true and correct copy of a September 8,

25 2000 BlueStone Capital Analyst Report titled: *Oracle Corporation.*

26         46.     Attached hereto as Exhibit 95 is a true and correct copy of a July 2001

27 Summit Strategies Vendor Report titled: *Oracle's War on Complexity – And the E-Business*

28 *Status Quo*, Bates Numbered NDCA-ORCL 110538-41.

LATHAM&WATKINS℠
ATTORNEYS AT LAW
SAN FRANCISCO

5

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1       47.    Attached hereto as Exhibit 96 is a true and correct copy of a March 15,

2   2000 PaineWebber Analyst Report titled: *Oracle: Best Positioned for the Internet*, Bates

3   Numbered NDCA-ORCL 023898-900.

4       48.    Attached hereto as Exhibit 97 is a true and correct copy excerpts from the

5   transcript of the May 16, 2006 deposition of Gregory Seiden, who served as Oracle's Vice

6   President of Applications Integration (reporting up through the ERP division) during the relevant

7   time period.

8       49.    Attached hereto as Exhibit 98 is a true and correct copy of an October 19,

9   2000 First Security Van Kapser Analyst Report titled: *ORCL Reiterating Strong Buy*, Bates

10  Numbered NDCA-ORCL 420077-80.

11      50.    Attached hereto as Exhibit 99 is a true and correct copy of excerpts from

12  the transcript of the April 6, 2005 deposition of Alan Fletcher, who served as Oracle's Vice

13  President of Operations for CRM during the relevant time period.

14      51.    Attached hereto as Exhibit 100 is a true and correct copy of a November

15  16, 2000 Forbes.com Report titled: *Oracle's Second Act*, Bates Numbered NDCA-ORCL

16  141843-5.

17      52.    Attached hereto as Exhibit 101 is a true and correct copy of L. Ellison's

18  February 2001 Speech at Oracle AppsWorld, Bates Numbered NDCA-ORCL 306988-7021.

19      53.    Attached hereto as Exhibit 102 is a true and correct copy of the Expert

20  Report of Edward Yourdon, dated May 25, 2007.

21      54.    Attached hereto as Exhibit 103 is a true and correct copy of a September

22  14, 2000 AMR Email Alert Re: *Integrated Product Suites Versus Best of Breed Point Products*,

23  Bates Numbered NDCA-ORCL 167711-7.

24      55.    Attached hereto as Exhibit 104 is a true and correct copy of  April 11,

25  2001 Hurwitz Balanced View Bulletin titled: *Oracle's Suite 11i*, Bates Numbered NDCA-ORCL

26  442971-7.

27

28

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

6

1    56.    Attached hereto as Exhibit 105 is a true and correct copy a PR Newswire

2    Article titled: *The Oracle E-Business Suite Wins the Intelligent Enterprise Reads Choice Awards*,

3    dated November 2, 2000.

4    57.    Attached hereto as Exhibit 106 is a true and correct copy of February 14,

5    2001 Lehman Brothers Analyst Report titled: *Oracle Corp. Trip to Paris for the Oracle*

6    *International User Conference*, Bates Numbered NDCA-ORCL 091477-79.

7    58.    Attached hereto as Exhibit 107 is a true and correct copy of a May 24,

8    2000 Oracle Press Release titled: *Oracle Ships 11i, Industry's First Integrated E-Business Suite*,

9    Bates Numbered NDCA-ORCL 027782-84.

10    59.    Attached hereto as Exhibit 108 is a true and correct copy of a July 2000

11    DataPro GartnerGroup Report titled: *Oracle Corp. Customer Relationship Management*

12    *Applications*, Bates Numbered NDCA-ORCL of 117404-16.

13    60.    Attached hereto as Exhibit 109 is a true and correct copy of a November

14    2000 Business 2.0 Article titled: *Dog Eats Dog Food and Damn if it Ain't Tasty*, Bates

15    Numbered NDCA-ORCL 003409-14.

16    61.    Attached hereto as Exhibit 110 is a true and correct copy of a May 23,

17    2000 Email from P. Heller to C. Sato, K. McGuirk, S. Torman, and S. Baker Regarding 11i –

18    What Shipped on May 19 – the answers!, Bates Numbered NDCA-ORCL 059800-04.

19    62.    Attached hereto as Exhibit 111 is a true and correct copy of excerpts from

20    the transcript of the March 23, 2006 deposition of Ronald Wohl, who served as Oracle's

21    Executive Vice President of Applications Development (ERP) during the relevant time period.

22    63.    Attached hereto as Exhibit 112 is a true and correct copy of a March 27,

23    2000 Gig Information Group Analyst Report titled: *Oracle Delays (Pieces of) CRM Release –*

24    *Early Buyers Beware*, Bates Numbered NDCA-ORCL 019758-59.

25    64.    Attached hereto as Exhibit 113 is a true and correct copy of a draft internal

26    Oracle Technical White Paper on *Customer Relationship Management*, print date February 6,

27    2001 Bates Numbered NDCA-ORCL 106680-728.

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1          65.      Attached hereto as Exhibit 114 is a true and correct copy excerpts from the

2  transcript of June 13, 2006 deposition of Bradford Scott, who served as Oracle's Group Vice

3  President of CRM Consulting during the relevant time period.

4          66.      Attached hereto as Exhibit 115 is a true and correct copy of an Oracle

5  Presentation titled: *Winning the War on Complexity*, Bates Numbered NDCA-ORCL 055803-32.

6          67.      Attached hereto as Exhibit 116 is a true and correct copy of a September

7  27, 1999 Oracle Press Release titled: *Oracle Announces Oracle Applications Release 11i*, Bates

8  Numbered NDCA-ORCL 306807-10.

9          68.      Attached hereto as Exhibit 117 is a true and correct copy of a July 5, 2000

10  META Group Analyst Report titled: *Oracle 11i: The Holy Grail?*, Bates Numbered NDCA-

11  ORCL 009736-38.

12          69.      Attached hereto as Exhibit 118 is a true and correct copy of an August 10,

13  2000 Bluestone Capital Analyst Report titled: *Oracle Corporation: Initiating Coverage With a 2-*

14  *1*, Bates Numbered NDCA-ORCL 006338-39.

15          70.      Attached hereto as Exhibit 119 is a true and correct copy of A November

16  3, 2000 Goldman Sachs Analyst Report titled: *Oracle – Early Checks with Applications*

17  *Customers*, Bates Numbered NDCA-ORCL 1051216-18.

18          71.      Attached hereto as Exhibit 120 is a true and correct copy of a July 10,

19  2000 GartnerGroup Analyst Report titled: *Orcle 11i CRM: Better but Not the Best*, Bates

20  Numbered NDCA-ORCL 009364-65.

21          72.      Attached hereto as Exhibit 121 is a true and correct copy a Pacific Crest

22  Analyst Report titled: *Oracle Corporation*, dated January 18, 2000.

23          73.      Attached hereto as Exhibit 122 is a true and correct copy of an April 5,

24  2000 Warburg Dillon Read Analyst Report titled: *ORCL Analyst Meeting*, Bates Numbered

25  NDCA-ORCL 308701-03.

26          74.      Attached hereto as Exhibit 123 is a true and correct copy of a Blair

27  William & Co. Analyst Report titled: *Report From Oracle Analyst Day: Maintain Buy Rating*,

28  Bates Numbered NDCA-ORCL 308696-9.

ATHAM&WATKINS ᴸᴸᴾ
ATTORNEYS AT LAW
SAN FRANCISCO

8

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1        75.     Attached hereto as Exhibit 124 is a true and correct copy of a May 12,

2  2000 Morgan Stanley Analyst Report titled: *Oracle – Dinner with Ray Lane Part 2*, Bates

3  Numbered NDCA-ORCL 308710-6.

4        76.     Attached hereto as Exhibit 125 is a true and correct copy of an August 14,

5  2000 Morgan Stanley Analyst Report titled: *Dinner with Oracle's CFO, Jeff Henley*, Bates

6  Numbered MS 00014-21.

7        77.     Attached hereto as Exhibit 126 is a true and correct copy of an October 4,

8  2000 First Albany Analyst Report titled: *ORCL: It Will Work: Give it Time*, Bates Numbered

9  NDCA-ORCL 006139-42.

10       78.     Attached hereto as Exhibit 127 is a true and correct copy of a May 8, 2000

11  Business Week Online Article titled: *Oracle: Why It's Cool Again*, Bates Numbered NDCA-

12  ORCL 307328-35.

13       79.     Attached hereto as Exhibit 128 is a true and correct copy of a January 18,

14  2000 Email from S. Aas to B. Modanlo Regarding Need Your Input on Financial Info in

15  Attached Draft Report – Due 1/28, Bates Numbered NDCA-ORCL 061424-59.

16       80.     Attached hereto as Exhibit 129 is a true and correct copy of an October 19,

17  2000 SAP Press Release titled: *SAP Reports Third Quarter Results*, Bates Numbered NDCA-

18  ORCL 307474.

19       81.     Attached hereto as Exhibit 130 is a true and correct copy of a January 23,

20  2001 SAP Press Release titled: *SAP Announces Strong Fourth Quarter and Full Year Results*,

21  Bates Numbered NDCA-ORCL 307611-14

22       82.     Attached hereto as Exhibit 131 is a true and correct copy of an April 19,

23  2001 SAP Press Release titled: *SAP Achieves Strong First Quarter Results, Net Income Rises

24  Sharply*, Bates Numbered NDCA-ORCL 307748-52.

25       83.     Attached hereto as Exhibit 132 is a true and correct copy of excerpts from

26  the transcript of the July 13, 2007 deposition of Randall Jensen, Plaintiffs' Rebuttal expert for

27  Suite 11i issues.

28

1    84.    Attached hereto as Exhibit 133 is a true and correct copy of excerpts from

2   the transcript of the April 7, 2006 deposition of Michael Rocha, who served as Oracle's

3   Executive Vice President of Global Support Services and Platform Technologies during the

4   relevant time period.

5    85.    Attached hereto as Exhibit 134 is a true and correct copy of: *Estimating*

6   *Software Costs: Bringing Realism to Estimating* (Second Edition, McGraw-Hill, 2007).

7    86.    Attached hereto as Exhibit 135 is a true and correct copy of excerpts from

8   the transcript of the April 11, 2007 deposition of Valerie Borthwick, who served as Oracle's

9   Senior Vice President of Global Consulting during the relevant time period.

10    87.    Attached hereto as Exhibit 136 is a true and correct copy of A June 16,

11   200 Email from Hannigan to C. Godwin, B. Bounds, and M. Bock Regarding 11i

12   Implementation, Bates Numbered NDCA-ORCL 057423-4.

13    88.    Attached hereto as Exhibit 137 is a true and correct copy of excerpts from

14   the transcript of the June 8, 2006 deposition of John Schindler, whom Plaintiffs have identified

15   as their Confidential Witness 17, and who was a Manager in Eaton Corporation's Global

16   Programs Office during the relevant time period.

17    89.    Attached hereto as Exhibit 138 is a true and correct copy of February 26,

18   2001 Morgan Stanley Analyst Report titled: *Oracle Apps World Feedback*, Bates Numbered

19   NDCA-ORCL 111278-82.

20    90.    Attached hereto as Exhibit 139 is a true and correct copy of a December

21   13, 2000 CIBC Analyst Report titled: *ORCL: Oracle Users Weigh In*, Bates Numbered NDCA-

22   ORCL 005916-24.

23    91.    Attached hereto as Exhibit 140 is a true and correct copy of a December 4,

24   2000 GartnerGroup Analyst Report titled: *An Oracle ERP Report Card*, Bates Numbered

25   NDCA-ORCL 009465-67.

26    92.    Attached hereto as Exhibit 141 is a true and correct copy of an April 20,

27   2000 Email from S. Adams to R. Wohl Regarding Release 11i Availability, Bates Numbered

28   NDCA-ORCL 307970-72.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

10

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1      93.     Attached hereto as Exhibit 142 is a true and correct copy of excerpts from

2   the transcript of the July 11, 2006 deposition of Mark Barrenechea, who served as Oracle's

3   Senior Vice President of Applications Development (CRM) during the relevant time period.

4      94.     Attached hereto as Exhibit 143 is a true and correct copy of a May 1, 2000

5   AMR Research Analyst Report titled: *Alert on Supply Chain Management*, Bates Numbered

6   NDCA-ORCL 009518-22.

7      95.     Attached hereto as Exhibit 144 is a true and correct copy of a May 12,

8   2000 Email from L. Ellison to G. Roberts Regarding Firepond Approvals – nonstandard support,

9   Bates Numbered NDCA-ORCL 034910-17.

10      96.     Attached hereto as Exhibit 145 is a true and correct copy of a December

11   15, 2000 Credit Suisse First Boston Analyst Report titled: *Picture Perfect: Q2:FY01 Should*

12   *Convert Even the Skeptics*, Bates Numbered NDCA-ORCL 154522-31.

13      97.     Attached hereto as Exhibit 146 is a true and correct copy of a February 27,

14   20001 Email from S. Catz to J. Henley Regarding Morgan Stanley's Coverage of Apps World,

15   Bates Numbered NDCA-ORCL 092885-89.

16      98.     Attached hereto as Exhibit 147 is a true and correct copy of a February 9,

17   2001 Morgan Stanley Analyst Report titled: *Getting Through Q3 in Good Shape*, Bates

18   Numbered NDCA-ORCL 101611-16.

19      99.     Attached hereto as Exhibit 148 is a true and correct copy of excerpts from

20   the transcript of the May 30, 2006 deposition of Mark Jarvis, who served Oracle's Chief

21   Marketing Officer during the relevant time period.

22      100.    Attached hereto as Exhibit 149 is a true and correct copy of a November 8,

23   2000 Robertson Stephens Analyst Report titled: *Cautious Outlook on the Stock Following*, Bates

24   Numbered NDCA-ORCL 419950-52.

25      101.    Attached hereto as Exhibit 150 is a true and correct copy of a December

26   15, 2000 Credit Suisse First Boston Analyst Report titled: *Picture Perfect Q2:FY01 Should Even*

27   *Convert the Skeptics*, Bates Numbered NDCA-ORCL 420558-62.

28

LATHAM&WATKINS<sub>LLP</sub>
ATTORNEYS AT LAW
SAN FRANCISCO

11

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1        102.    Attached hereto as Exhibit 151 is a true and correct copy of a February 7,

2 2001 Banc of America Report titled: *Oracle Corporation*, Bates Numbered BOA 01071-3.

3        103.    Attached hereto as Exhibit 152 is a true and correct copy of excerpts from

4 the March 4, 2005 deposition of Brett Fuller, Oracle's Rule 30(b)(6) deponent for data

5 management systems, who served as Oracle's Vice President of Applications IT during the

6 relevant time period.

7        104.    Attached hereto as Exhibit 153 is a true and correct copy of excerpts from

8 the transcript of the July 11, 2007 deposition of Alan Goedde, Plaintiffs' forecasting expert.

9        105.    Attached hereto as Exhibit 154 is a true and correct copy of  a February 21

10 2001 Deutsche Bank Analyst Report titled: *Comments from Oracle AppsWorld Conference –*

11 *Strong Buy*, Bates Numbered NDCA-ORCL 091462-65.

12        106.    Attached hereto as Exhibit 155 is a true and correct copy of a February 21,

13 2001 William Blair & Co. Report titled: *Highlights of AppsWorld Conference*, Bates Numbered

14 WBC 0012-13.

15        107.    Attached hereto as Exhibit 156 is a true and correct copy of a February 22,

16 2001 William Blair & Co. Report titled: *Oracle AppsWorld Update*, Bates Numbered WBC

17 0014-19.

18        108.    Attached hereto as Exhibit 157 is a true and correct copy of a February 14,

19 2001 Email from J. Henley to Corporate Broadcast Regarding Quiet Period, Bates Numbered

20 NDCA-ORCL 103890.

21        109.    Attached hereto as Exhibit 158 is a true and correct copy of excerpts from

22 the transcript of the September 8, 2006 deposition of Stephanie Aas Thill, who served as

23 Oracle's Director of Investor Relations during the relevant time period.

24        110.    Attached hereto as Exhibit 159 is a true and correct copy of a PowerPoint

25 Presentation given by Jeff Henley at Oracle AppsWorld, Bates Numbered 399565-89.

26        111.    Attached hereto as Exhibit 160 is a true and correct copy of Oracle's Form

27 10-Q Filed October 16, 2000, Bates Numbered NDCA-ORCL 024168-91.

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

12

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1        112.    Attached hereto as Exhibit 161 is a true and correct copy of Oracle's form

2  10-Q Filed January 16, 2001, Bates Numbered NDCA-ORCL 143468-507.

3        113.    Attached hereto as Exhibit 162 is a true and correct copy of a December

4  14, 2000 Bloomberg Article titled: *Oracle Second Quarter Net Rises 62%; Applications Sales*

5  *Jump*, Bates Numbered NDCA-ORCL 141652-53.

6        114.    Attached hereto as Exhibit 163 is a true and correct copy of  December 15,

7  2000 R@dioWallStreet.com Article titled: *Oracle's VP/CFO Jeffrey Henley Will Discuss*

8  *Quarterly Results*, Bates Numbered NDCA-ORCL 141660-65.

9        115.    Attached hereto as Exhibit 164 is a true and correct copy of a December

10  15, 2000 Bloomberg Article titled: *Oracle Shares Rises After Reporting Higher 2nd Quarter*

11  *Profit*, Bates Numbered NDCA-ORCL 141658-59.

12        116.    Attached hereto as Exhibit 165 is a true and correct copy of a February 8,

13  2001 First Union Securities Analyst Report titled: *Management Indictes Final Weekds of*

14  *February Critical to Quarter*, Bates Numbered NDCA-ORCL 309120-22.

15        117.    Attached hereto as Exhibit 166 is a true and correct copy of a February 22,

16  2001 Blair, William & co Analyst Report titled: *Oracle AppsWorld Update*, Bates Numbered

17  NDCA-ORCL 091443-46.

18        118.    Attached hereto as Exhibit 167 is a true and correct copy of a December

19  15, 2000 Josephthal & Co. Report titled: *ORCL:  Raising Estimates, Reiterate Buy Rating*, Bates

20  Numbered NDCA-ORCL 308952-3.

21        119.    Attached hereto as Exhibit 168 is a true and correct copy of December 15,

22  2000 Banc of America Securities Report titled:  *Oracle Corporation*, Bates Numbered NDCA-

23  ORCL 308967-72.

24        120.    Attached hereto as Exhibit 169 is a true and correct copy of a December

25  15, 2000 Goldman Sachs Report titled:  *Oracle Reports Robust Apps Growth*, Bates Numbered

26  NDCA-ORCL 005851-2

27

28

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

13

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1       121.    Attached hereto as Exhibit 170 is a true and correct copy of December 15,

2  2000 Goldman Sachs Report titled: *Oracle Reports Robust Apps Growth*, Bates Numbered

3  NDCA-ORCL 005880-81

4       122.    Attached hereto as Exhibit 171 is a true and correct copy of December 15,

5  2000 William Blair & Co. Report titled: *Oracle Second Quarter 2001 Earnings Summary*, Bates

6  Numbered NDCA-ORCL 005866-68

7       123.    Attached hereto as Exhibit 172 is a true and correct copy of a December

8  15, 2000 Lehman Bros. Report titled: *Oracle's Application Business Leads Solid Quarter*, Bates

9  Numbered NDCA-ORCL 435064-64

10      124.    Attached hereto as Exhibit 173 is a true and correct copy of a December

11  15, 2000 Morgan Stanley Report titled: *Oracle: How Suite it is*, Bates Numbered NDCA-ORCL

12  023373-8

13      125.    Attached hereto as Exhibit 174 is a true and correct copy of a December

14  15, 2000 CIBC World Markets Report, titled: *ORCL: Apps Fly, Database Strong, Management*

15  *Okay for Now*, Bates Numbered NDCA-ORCL 016873-77

16      126.    Attached hereto as Exhibit 175 is a true and correct copy of a December

17  15, 2000 SoundView Report tilted: *Oracle Earnings Release*, Bates Numbered NDCA-ORCL

18  005807-09

19      127.    Attached hereto as Exhibit 176 is a true and correct copy of a February 8,

20  2001 SoundView Report titled: *Oracle: Company Update*, Bates Numbered NDCA-ORCL

21  419979-80

22      128.    Attached hereto as Exhibit 177 is a true and correct copy of a February 8,

23  2001 Deutsche Banc Report titled: *Oracle: Visit With Management – Strong Buy*, Bates

24  Numbered NDCA-ORCL 091536-38

25      129.    Attached hereto as Exhibit 178 is a true and correct copy of a February 22,

26  2001 Blair, William & co Analyst Report titled: *Oracle AppsWorld Update*, Bates Numbered

27  NDCA-ORCL 091443-46.

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

14

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

130. Attached hereto as Exhibit 179 is a true and correct copy of a February 26, 2001 Morgan Stanley report titled: *Oracle AppsWorld Feedback*, Bates Numbered NDCA-ORCL 069397-401

131. Attached hereto as Exhibit 180 is a true and correct copy of January 1, 2001 Saloman Smith Barney analyst report titled: *Oracle EVP to Visit SSB*, Bates Numbered NDCA-ORCL 078420-23.

132. Attached hereto as Exhibit 181 is a true and correct copy of a January 11, 2001 Bloomberg News article titled: *Oracle CFO Says He Plans To Sell $ 33 MLN in Stock*, Bates Numbered NDCA-ORCL 419674-75.

133. Attached hereto as Exhibit 182 is a true and correct copy of a January 20, 2001 TheStreet.com article titled: *The TSC Streetside Chat: Oracle's EVP Sandy Sanderson*, Bates Numbered NDCA-ORCL 419660-65.

134. Attached hereto as Exhibit 183 is a true and correct copy of a February 13, 2001 TheStreet.com article titled: *Goldman Conference: It's Stock Weak, Oracle Talks Strong Business*, Bates Numbered NDCA-ORCL 141794-95.

135. Attached hereto as Exhibit 184 is a true and correct copy of Adam Hahn's Motion for Protective Order, dated April 1, 2006.

136. Attached hereto as Exhibit 185 is a true and correct copy of excerpts from the transcript of the October 21, 2005 deposition of Jo Ann Chard, whom Plaintiffs have identified as their Confidential Witness 1, and who served as an Oracle small business account manager during the relevant time period.

137. Attached hereto as Exhibit 186 is a true and correct copy of excerpts from the transcript of the September 29, 2005 deposition of Aaron Neal, whom Plaintiffs have identified as their Confidential Witness 4, and who served as an Oracle technical consultant during the relevant time period.

138. Attached hereto as Exhibit 187 is a true and correct copy of excerpts from the transcript of the September 6, 2006 deposition of Philip Simon, Lawrence J. Ellison's personal financial advisor during the relevant time period.

LATHAM&WATKINS℠
ATTORNEYS AT LAW
SAN FRANCISCO

15

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1    139.    Attached hereto as Exhibit 188 is a true and correct copy of a January 24,

2    2001 Email from Philip Simon to Larry Ellison, Bates Numbered NDCA-ORCL 042822.

3    140.    Attached hereto as Exhibit 189 is a true and correct copy of the Court's

4    March 24, 2004 Order Granting Defendants' Motion to Dismiss.

5    141.    Attached hereto as Exhibit 190 is a true and correct copy of the Expert

6    Report of Brooks Hilliard.

7    142.    Attached hereto as Exhibit 191 is a true and correct copy of a March 12,

8    2001 InformationWeek article titled: *Apps Made Easy?*, Bates Numbered NDCA-ORCL

9    141685-7.

10    143.    Attached hereto as Exhibit 192 is a true and correct copy of June 18, 2001

11    Oracle press release titled: *Q42001 Earnings $0.15, Operating Margin 40%, FY 2001 Income*

12    *$11 Billion, Income Up 25%, Operating Margin 35%*, Bates Numbered NDCA-ORCL 419298-

13    308.

14    144.    Attached hereto as Exhibit 193 is a true and correct copy of excerpts from

15    the transcript of the May 18, 2006 deposition of Sukumar Rathnam, who served as Oracle's Vice

16    President of Development (CRM) during the relevant time period.

17    145.    Attached hereto as Exhibit 194 is a true and correct copy of a February 26,

18    2001 Morgan Stanley analyst report titled: *Oracle AppsWorld Feedback*, Bates Numbered

19    NDCA-ORCL 1055148-54.

20    146.    Attached hereto as Exhibit 195 is a true and correct copy of a March 1,

21    2001 internal Oracle document titled Product Revenue Reporting Package, Bates Numbered

22    NDCA-ORCL 110948-1032

23    147.    Attached hereto as Exhibit 196 is a true and correct copy of a June 19,

24    2001 Salomon Smith Barney report titled: *Oracle Corporation*, Bates Numbered NDCA-ORCL

25    430557-60.

26    148.    Attached hereto as Exhibit 197 is a true and correct copy of excerpts from

27    the transcript of the June 28, 2007 deposition of Brooks Hilliard, Plaintiffs' expert for Suite 11i

28    issues.

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

16

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1    149.    Attached hereto as Exhibit 198 is a true and correct copy of Oracle's

2  December 15, 2000 Oracle 2nd Quarter Results call transcript, Numbered NDCA-ORCL 141654-

3  57.

4    150.    Attached hereto as Exhibit 199 is a true and correct copy of a February 13,

5  2001 Presentation by Sandy Sanderson at Goldman Sachs Conference, Bates Numbered NDCA-

6  ORCL 003281-3311.

7    151.    Attached hereto as Exhibit 200 is a true and correct copy of Expert

8  Rebuttal Report of Edward Yourdon, dated June 22, 2006.

9    152.    Attached hereto as Exhibit 201 is a true and correct copy of excerpts from

10  the transcript of the June 20, 2006 deposition of Donald Klaiss, who served as Oracle's Senior

11  Vice President of Manufacturing Supply Chain Products (ERP) during the relevant time period.

12    153.    Attached hereto as Exhibit 202 is a true and correct copy of excerpts from

13  the transcript of the February 28, 2006 deposition of Richard Sellers, who served as Oracle's

14  Group Vice President of Product Support for Oracle's Americas Division during the relevant

15  time period.

16    154.    Attached hereto as Exhibit 203 is a true and correct copy of excerpts from

17  the transcript of the March 21, 2006 deposition of Joel Summers, who served as Oracle's Vice

18  President of Human Resources Management Development (reporting up through the ERP group)

19  during the relevant time period.

20    155.    Attached hereto as Exhibit 204 is a true and correct copy of excerpts from

21  the transcript of the September 19, 2006 deposition of Kirsten Shaw, who served as Oracle's

22  Director and Senior Director of Triage (ERP) during the relevant time period.

23    156.    Attached hereto as Exhibit 205 is a true and correct copy of the transcript

24  of the March 16, 2006 Telephonic Hearing in this matter.

25    157.    Attached hereto as Exhibit 206 is a true and correct copy of a November 3,

26  2000 Goldman Sachs Report titled: *Oracle – Early Checks with Applications Customers*, Bates

27  Numbered GMS 00162.

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

17

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1    158.    Attached hereto as Exhibit 207 is a true and correct copy of November 15,

2  2000 Article from Business Wire titled: *OAUG Offers Asia/Pacific Users Chance to Ask Oracle*.

3    159.    Attached hereto as Exhibit 208 is a true and correct copy of a Dec. 12,

4  2000, JP Morgan Report Securities, Inc. Report titled: *Oracle Corporation: Oracle's Second*

5  *Quarter Earnings*, Bates Numbered NDCA-ORCL 419976-8.

6    160.    Attached hereto as Exhibit 209 is true and correct copy of a December 26,

7  2000 Bloomberg News article titled: *PeopleSoft CEO's Discipline Spurs Rebound at Software*

8  *Maker*.

9    161.    Attached hereto as Exhibit 210 is a true and correct copy of a February 23,

10  2001 CIBC Report titled: *AppWorld: Upbeat Conference, But No Cajun Spice*, Bates Numbered

11  NDCA-ORCL 309144-50.

12    162.    Attached hereto as Exhibit 211 is a true and correct copy of an October 1,

13  2000 eWeek Article titled: *Oracle : Database giant is succeeding in e-business by doing things*

14  *on its own, but for how long?*, Bates Numbered NDCA-ORCL 307399-402.

15    163.    Attached hereto as Exhibit 212 is a true and correct copy of an October 30,

16  2000 ComputerWorld article titled: *Users Vent Frustration Over Oracle ERP/CRM Upgrades*,

17  Bates Numbered NDCA-ORCL 1054611-2.

18    164.    Attached hereto as Exhibit 213 is a true and correct copy of a February 21,

19  2001 Deutsche Banc Alex Brown analyst report titled: *Comments from Oracle's AppsWorld*,

20  Bates Numbered NDCA-ORCL 309133-6.

21    165.    Attached hereto as Exhibit 214 is a true and correct copy of an April 3,

22  2001 Morgan Stanley report titled: *Valuation Report*, Bates Numbered NDCA-ORCL 179622-

23  76.

24    166.    Attached hereto as Exhibit 215 is a true and correct copy of a December 6,

25  2000 AMR Research analyst report titled: *Alert on E-Business Technology*, Bates Numbered

26  NDCA-ORCL 009597-600.

27    167.    Attached hereto as Exhibit 216 is a true and correct copy of a February 7,

28  2000 InformationWeek Article titled: *Oracle's talking: Should you be listening?*.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

18

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1          168.   Attached hereto as Exhibit 217 is a true and correct copy of the

2    Declaration of Greg Myers dated June 6, 2006 ("Myers Declaration").  Exhibits 240 (Oracle

3    Transaction Register, NDCA-ORCL 049208-16, 050060), 241 (Account Analysis Report with

4    Payables Detail, NDCA-ORCL 300913-15) and 242 (Sales Journal by GL Account, NDCA-

5    ORCL 314105-15, 314324) to the Harrison Declaration are true and correct copies of Exhibits A,

6    B and C of the Myers Declaration, respectively.

7          169.   Attached hereto as Exhibit 218 is a true and correct copy of excerpts from

8    the transcript of the April 12, 2005 deposition of Greg Myers, who served as a Manager and

9    Senior Manager in Oracle's Accounts Receivable department during the relevant time period.

10         170.   Attached hereto as Exhibit 219 is a true and correct copy of the

11   Declaration of Michael Quinn, dated November 14, 2002.

12         171.   Attached hereto as Exhibit 220 is a true and correct copy of the Expert

13   Report of J. Duross O'Bryan.

14         172.   Attached hereto as Exhibit 221 is a true and correct copy of excerpts from

15   the transcript of the April 18, 2006 deposition of Michael Quinn, who served as Oracle's

16   Director of Revenue Accounting during the relevant time period.

17         173.   Attached hereto as Exhibit 222 is a true and correct copy of excerpts from

18   the transcript of the June 7, 2006 deposition of Thomas Williams, who is Oracle's former Chief

19   Accounting Officer.

20         174.   Attached hereto as Exhibit 223 is a true and correct copy of the criminal

21   complaint in the matter of *People v. Hahn*, filed December 19, 2005 in the Superior Court of

22   California, County of Sacramento.

23         175.   Attached hereto as Exhibit 224 is a true and correct copy of the Court's

24   Order Granting Adam Hahn's Motion for Protective Order, dated April 26, 2006.

25         176.   Attached hereto as Exhibit 225 is a true and correct copy of excerpts from

26   the transcript of the June 24, 2006 deposition of Cathy Orr, whom Plaintiffs have identified as

27   their Confidential Witness 36, and who worked for the third party recovery audit firm PRG

28   Shultz during the relevant time period.

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

19

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1          177.     Attached hereto as Exhibit 226 is a true and correct copy of the Expert

2   Report of D. Paul Regan.

3          178.     Attached hereto as Exhibit 227 is a true and correct copy of excerpts from

4   the transcript of the July 9, 2007 deposition of D. Paul Regan, Plaintiffs' accounting expert.

5          179.     Attached hereto as Exhibit 228 is a true and correct copy of excerpts from

6   the transcript of the September 12, 2006 deposition of M. Laurentius Marais, Plaintiffs'

7   statistical expert, employed to conduct a statistical analysis to estimate the total sum of all

8   November 17, 2000 debit memos, based upon a limited sample of 760.

9          180.     Attached hereto as Exhibit 229 is a true and correct copy of an October 29,

10   2003 *Presentation to the SEC Staff on behalf of Oracle Corporation*, Bates Numbered NDCA-

11   ORCL 050209-55.

12          181.     Attached hereto as Exhibit 230 is a true and correct copy of an October 22,

13   2002 internal Ernst & Young memorandum titled: *Oracle – Agreed Upon Procedures*, Bates

14   Numbered EY 000143-46.

15          182.     Attached hereto as Exhibit 231 is a true and correct copy of excerpts from

16   the transcript of the September 21, 2006 deposition of Alexander Bender, third party Ernst &

17   Young LLP's Rule 30(b)(6) deponent, and a Senior Manager on the Ernst & Young LLP team

18   that reviewed the debit memos in 2002.

19          183.     Attached hereto as Exhibit 232 is a true and correct copy of the transcript

20   of the June 30, 2006 Telephonic Hearing Conference at the Hewlett Packard deposition.

21          184.     Attached hereto as Exhibit 233 is a true and correct copy of excerpts from

22   the transcript of the July 2, 2007 deposition of Bjorn Steinholt, Plaintiffs' market and loss

23   causation expert.

24          185.     Attached hereto as Exhibit 234 is a true and correct copy of the Expert

25   Rebuttal Report of J. Duross O'Bryan.

26          186.     Attached hereto as Exhibit 235 is a true and correct copy of excerpts from

27   the transcript of the July 12, 2007 deposition of J. Duross O'Bryan, Defendants' accounting

28   expert.

LATHAM&WATKINS™
ATTORNEYS AT LAW
SAN FRANCISCO

20

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

187.     Attached hereto as Exhibit 236 is a true and correct copy of excerpts from the transcript of the August 1, 2006 deposition of Gary Matuszak, third party Arthur Andersen LLP's lead audit partner for their Oracle engagement during the relevant time period.

188.     Attached hereto as Exhibit 237 is a true and correct copy of excerpts from the transcript of the June 28, 2006 deposition of Jason Sevier, third party Arthur Andersen LLP's Rule 30(b)(6) deponent, and Senior Manager of Andersen's Oracle Audit Team during the relevant time period.

189.     Attached hereto as Exhibit 238 is a true and correct copy of the September 20, 2001 Declaration of Stephanie Aas (the "Aas Declaration"). Exhibit 56 to the Harrison Declaration (December 14, 2000 Q2 Earnings Call Transcript) is a true and correct copy of Exhibit J to the Aas Declaration.

190.     Attached hereto as Exhibit 239 is a true and correct copy of the September 20, 2001 Declaration of Edward Burdine (the "Burdine Declaration"). Exhibit 101 to the Harrison Declaration (Larry Ellison February AppsWorld Speech) is a true and correct copy of Exhibit I to the Burdine Declaration.

191.     Attached hereto as Exhibit 240 is a true and correct copy of an excerpt of an Oracle's Transaction Register, Bates Stamped NDCA-ORCL 049208-16, 050060, which is a true and correct copy of Exhibit A to the June, 6 2006 Myers Declaration.

192.     Attached hereto as Exhibit 241 is a true and correct copy of an Oracle Account Analysis Report with Payables Detail, Bates Stamped NDCA-ORCL 300913-15, which is a true and correct copy of Exhibit B to the June 6, 2006 Myers Declaration.

193.     Attached hereto as Exhibit 242 is a true and correct copy of an excerpt of Oracle's Sales Journal by GL Account Report, Bates stamped NDCA-ORCL 314105-15, 314324, which is a true and correct copy of Exhibit C to the June 6, 2006 Myers Declaration.

194.     Attached hereto as Exhibit 243 is a true and correct copy of an Oracle Account Analysis Report, Bates Stamped 050356-60.

LATHAM&WATKINS™
ATTORNEYS AT LAW
SAN FRANCISCO

21

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1    195.    Attached hereto as Exhibit 244 is a true and correct copy of a 2001 META
2    Group Analyst Report titled, *Evaluation of: Oracle Sales*, Bates Stamped NDCA-ORCL 009889-
3    93.

4    196.    Attached hereto as Exhibit 245 is a true and correct copy of a September
5    15, 2000 Deutsche Banc Report titled: *ORCL – Solid F1Q*, Bates Stamped NDCA-ORCL
6    085850-53.

7    197.    Attached hereto as Exhibit 246 is a true and correct copy of excerpts from
8    the transcript of the August 8, 2006 deposition of George Roberts, who served as Oracle's
9    Executive Vice President of North American Sales division during the relevant time period.

10    198.    Attached hereto as Exhibit 247 is a true and correct copy of excerpts from
11    the transcript of the July 13, 2006 deposition of Lawrence Ellison, who was Oracle's Chief
12    Executive Officer, and continues to be CEO.

13    I hereby declare under penalty of perjury under the laws of the State of California that the
14    foregoing is true and correct and that this declaration was executed on August 8, 2006 in San
15    Francisco, California.

16
17                                                    Matthew D. Harrison
18
19
20
21
22
23
24
25
26
27
28

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

22    [CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

# EXHIBIT 175

^IXIC: Historical Prices for NASDAQ COMPOSITE - Yahoo! Finance                    Page 1 of 2



Case 3:01-cv-00988-SI  Document 1551-1  Filed 11/18/08  Page 27 of 115

`IXIC: Historical Prices for NASDAQ COMPOSITE - Yahoo! Finance

Page 2 of 2

- Mergers & Acquisitions

---

Copyright © 2007 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - CopyrightMP Policy

**Quotes delayed,** except where indicated otherwise.
Delay times are 15 mins for NASDAQ, 20 mins for NYSE and Amex. See also delay times for other exchanges.

Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). International historical chart data and daily updates provided by Hemscott Americas. Fundamental company data provided by Capital IQ. Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. Quotes are updated automatically, but will be turned off after 25 minutes of inactivity. Quotes are delayed at least 15 minutes. Real-Time continuous streaming quotes are available through our premium service. You may turn streaming quotes on or off. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.

# EXHIBIT 176

Lawyers for the global economy

# MoFo
## MORRISON & FOERSTER LLP

# *Presentation To The SEC Staff On Behalf Of Oracle Corporation*

David B. Bayless
Eric R. Roberts
Adrian J. Sawyer
MORRISON & FOERSTER LLP

October 29, 2003

*FOIA Confidential Treatment Requested*

VISITOR

OCT 29 2003

44 Montgomery

NDCA-ORCL 050209

CONFIDENTIAL
ATTORNEYS EYES ONLY

MORRISON & FOERSTER LLP

MoFo

## Introduction

- **The Staff Has Requested A Discussion Of Paragraphs 36-43 Of The Second Amended Complaint.**

- **Paragraphs Allege That On November 17, 2000, Oracle Generated 46,438 Phony Debit Memos/Invoices And Recorded $228 Million In Sham Revenue.**

2

NDCA-ORCL 050210

CONFIDENTIAL
ATTORNEYS EYES ONLY

MORRISON & FOERSTER LLP

MoFo

# Introduction

- Complaint Has Been Dismissed With Prejudice.

- Allegations Are Factually Baseless.

- After Demonstrating This, Oracle Will Explain What Happened On November 17, 2000.

3



NDCA-ORCL 050211

CONFIDENTIAL
ATTORNEYS EYES ONLY

MORRISON & FOERSTER LLP

MoFo

# First Purported Basis for Sham Revenue Allegations

- ## Allegations Concerning Three Specific Overpayments.

  Eli Lilly (¶ 38(a))

  Household (¶ 38(b), (c))

  Unidentified Customer (¶ 37(a))

4



NDCA-ORCL 050212

CONFIDENTIAL
ATTORNEYS EYES ONLY

MORRISON & FOERSTER LLP

MoFo

5

# First Purported Basis for Sham Revenue Allegations

- These Customers Allegedly Overpaid But Oracle Never Refunded.

- On November 17, 2000, Oracle Supposedly Converted These Overpayments Into Revenue.

- Unsupported By Documents.

NDCA-ORCL 050213

CONFIDENTIAL
ATTORNEYS EYES ONLY

MORRISON & FOERSTER LLP

MoFo

# Eli Lilly & Co.

- **Oracle Allegedly Applied A June 23, 1997 Overpayment Of $15,582.55 To A Fictitious Invoice Created November 17, 2000. (¶ 38(a))**

- **In Fact, Oracle Refunded That $15,582.55 Overpayment to Eli Lilly On February 4, 1999, As Part Of A $33,180.06 Refund.**

6

NDCA-ORCL 050214

CONFIDENTIAL
ATTORNEYS EYES ONLY

MoFo

MORRISON & FOERSTER LLP

# Eli Lilly & Co. Billing History (Tab A)

Oracle US Primary

Billing History
Invoice Date Between 01-JAN-97 and 31-DEC-97
Transaction

Report Date 24-SEP-2004 17:38
Page 7 of 13
Activity

| City | ST Number | Type | Due Date | Date | Original Amount | Balance Due | Applied Amount | Credited Amount | Adjusted Amount |
|------|-----------|------|----------|------|-----------------|-------------|----------------|-----------------|-----------------|

*(Billing detail table — figures illegible due to image quality)*

NDCA-ORCL 050215

CONFIDENTIAL
ATTORNEYS EYES ONLY

MoFo

MORRISON & FOERSTER LLP

## Payment Overview
## For Eli Lilly Refund (Tab B)

**Payment Overview (Oracle Corporation)**

**Supplier**

Number | 1302049
Currency | USD
Amount | 33,180.06
Date | 04-FEB-1999
Batch | 02049999
Voucher |
Status | Reconciled
Cleared Amount | 33,180.06
Cleared Date | 16-FEB-1999
Void Date |
Maturity Date |

Name | Eli Lilly & Company.
Taxpayer ID |
Number | 45058      Site | INDIANAPOLIS
Address | Feltman, Richard
LILLY CORPORATE CENTER
INDIANAPOLIS, IN 46285

**Bank**

Name | Wells Fargo Bank
Account | Control Disbursement Acct
Payment Document | Laser
Payment Method | Check

**Invoices**

| Number | Amount Paid | GL Date | Description | | |
|---|---|---|---|---|---|
| AR15478 | 33,180.06 | 04-FEB-1999 | Refund Support ending 2/28/98 | | Contact ◄ |

[ Invoice Overview ] [ Bank ] [ Supplier ] [ Payments ]

8

NDCA-ORCL 050216

CONFIDENTIAL
ATTORNEYS EYES ONLY

MORRISON & FOERSTER LLP

MoFo

# Eli Lilly & Co. Refund Check—Front
## (Tab C)

ORACLE®

ORACLE CORPORATION
ACCOUNTS PAYABLE
1801 SUNSET BLVD
ROCKLIN, CA 93765
(916)314-4771

Not valid
after 90 days

PAY   *Thirty three thousand one hundred eighty and 06/100 Dollars*

TO THE
ORDER
OF

ELI LILLY & COMPANY
Fellman, Richard
LILLY CORPORATE CENTER
INDIANAPOLIS, IN 46285

DRAWN ON   IN FORMATION WITH A PAYABLE IF DRAWN AT
WACHOVIA BANK, N A    WELLS FARGO BANK
GREENVILLE, SOUTH CAROLINA   NATIONAL ASSOCIATION
# 1196681907

| CHECK DATE | CHECK NUMBER |
|------------|--------------|
| 02/04/09 | 13002049 |

CHECK AMOUNT
****$33,180.06

AUTHORIZED SIGNATURE

9

NDCA-ORCL 050217

CONFIDENTIAL
ATTORNEYS EYES ONLY



Eli Lilly & Co. Refund Check—Back
(Tab C)

MORRISON & FOERSTER LLP

MoFo

10

NDCA-ORCL 050218

CONFIDENTIAL
ATTORNEYS EYES ONLY

MoFo

MORRISON & FOERSTER LLP

# Refund Request Showing $15,582
# Part Of Eli Lilly Refund (Tab D)

**View Refund Requests**

**Refund Request**

| | |
|---|---|
| Request Number | 15478 |
| Customer Name | ELI LILLY & COMPANY |
| Address | LILLY CORPORATE CENTER, |
| | INDIANAPOLIS, IN 46285 |
| Contact | FELTMAN, RICHARD |

| | |
|---|---|
| Requestor | |
| Customer Number | 5439 |
| Approved By | DAVID.OROCC |

| | |
|---|---|
| Request Date | 18-JAN-1999 |
| Compile | ✔ 20-JAN-1999 |
| Approved | 27-JAN-1999 |
| Refund Total | 33,160.06 |

**Additional Information**

| | |
|---|---|
| Invoice Number | SEVERAL |
| Purchase Order Number | |
| Credit Memo Number | |
| Remittance Instructions | Refund Support ending 2/28/98 |
| Special Instructions | |

| | |
|---|---|
| Comments | OLD SUPPORT TERMINATION 2/28/98 |
| Order Number | |
| RMA Number | |
| | This is a refund for unused support from February, |

**Payment Details - Dates**

| | |
|---|---|
| AP Invoice Date | 03-FEB-1999 |
| AP Interface Date | 02-FEB-1999 |

| | |
|---|---|
| Scheduled To Pay Date | 18-JAN-1999 |
| Payment Stopped Date | |

| | |
|---|---|
| Check Cut Date | 04-FEB-1999 |
| Check Cleared Date | |

11

NDCA-ORCL 050219

CONFIDENTIAL
ATTORNEYS EYES ONLY

MoFo

MORRISON & FOERSTER LLP

# Refund Request Showing $15,582 Part Of Eli Lilly Refund (Tab D)

**Refund Details**

| Check Number | Notes | On Account | Previous Refund | Refund Amount |
|---|---|---|---|---|
| 5236208 | cm on 842190 & 841147, refund approved by | 706.87 | | 706.87 |
| 5236297 | cm W856687, refund approved by MKLOBU | 2,261.28 | | 2,261.28 |
| 5238860 | cm on W9510298, refund approved by MKLI | 15,582.55 | | 15,582.55 |
| 5223435 | supterm on W819998, refund approved by A | 634.50 | | 634.50 |
| 5224700 | supterm on W806079, refund approved by A | 9.86 | | 9.86 |
| 5227179 | cm on W833152, refund approved by MKLO | 5,276.70 | | 5,276.70 |
| 5231342 | cm on W841146, refund approved by MKLO | 2,231.53 | | 2,231.53 |
| 5232213 | supterm on W822607, refund approved by A | 13.15 | | 13.15 |
| 5232503 | cm on W820135, refund approved by MKLO | 105.21 | | 105.21 |
| 5078029 | supterm on W882244, refund approved by A | 762.74 | | 762.74 |
| 6078959 | cm on W866836, refund approved by MKLO | 384.25 | | 384.25 |
| 6126889 | cm W929710, refund approved by MKLOBU | 1,065.21 | | 1,065.21 |
| 6146760 | cm W946770, refund approved by MKLOBU | 2,257.97 | | 2,257.97 |
| 6152444 | cm W953090, refund approved by MKLOBU | 1,103.84 | | 1,103.84 |
| | | | **Total Amount** | 33,180.06 |

12

NDCA-ORCL 050220

CONFIDENTIAL
ATTORNEYS EYES ONLY

MORRISON & FOERSTER LLP

MoFo

## Household

- **Oracle Supposedly Applied Three Overpayments By Household To Invoices Created November 17, 2000.**

  1990 Alleged Overpayment of $25,000
  (¶ 38(c))

  1991 Alleged Overpayment of $45,000
  (¶ 38 (c))

  1994 Alleged Overpayment of $76,645.04
  (¶ 38(b))

- **In Fact, All Refunded Years Ago.**

13

NDCA-ORCL 050221

CONFIDENTIAL
ATTORNEYS EYES ONLY

MORRISON & FOERSTER LLP

MoFo

## Household

- 1990 "Overpayment" of $25,000 (¶ 38(c))

- 1991 "Overpayment" of $45,000 (¶ 38 (c))

- Not Overpayments At All, But Payments Refunded In 1991 As Part Of $100,000 Accommodation Reflecting Customer Dissatisfaction.

14

NDCA-ORCL 050222

CONFIDENTIAL
ATTORNEYS EYES ONLY

MORRISON & FOERSTER LLP

MoFo

# June 18, 1991 E-Mail Regarding 1991 Household Accommodation (Tab E)



In an effort to save you some time "scrolling" through the below string of emails, I will summarize the situation. Household International paid us $100K through a contract with Oracle during Q3. They were extremely unhappy with the training delivered there, and are requesting their original $100K back in full.

Attached are email approvals from both Joe DiDonato and Mike Fields authorizing the credit memo. Please help me process this one...

15

NDCA-ORCL 050223

CONFIDENTIAL
ATTORNEYS EYES ONLY

MORRISON & FOERSTER LLP

MoFo

# August 1, 1991 Check Request For 1991 Household Accommodation (Tab F)

ACCOUNTS PAYABLE CHECK REQUEST FORM

16

MoFo

MORRISON & FOERSTER LLP

# Payment Overview Showing
# 1991 Household Accommodation (Tab G)



**Payment Overview (Oracle Corporation)**

| | |
|---|---|
| Number | 372055 |
| Currency | USD |
| Amount | 100,000.00 |
| Date | 01-AUG-1991 |
| Batch | |
| Voucher | |
| Status | Cleared but Unaccounted |
| Cleared Amount | 100,000.00 |
| Cleared Date | 19-AUG-1991 |
| Void Date | |
| Maturity Date | |

**Supplier**

| | |
|---|---|
| Name | Household Finance |
| Taxpayer ID | 361239445 |
| Number | 9070   Site PROSPECT HE |
| Address | 1700 SANDERS RD. |
| | PROSPECT HEIGHTS, IL 60070 |

**Bank**

| | |
|---|---|
| Name | Wells Fargo Bank |
| Account | Old Control Disbursement Acct |
| Payment Document | EVERGREEN |
| Payment Method | Check |

**Invoices**

| Number | Amount Paid | GL Date | Description |
|---|---|---|---|
| CR895KWTNNOV101AU | 100,000.00 | 01-AUG-1991 | REFUND OF SERVICE AGREEMENT |

[Invoice Overview] [Bank] [Supplier] [Payments]

17

NDCA-ORCL 050225

CONFIDENTIAL
ATTORNEYS EYES ONLY



# MoFo

MORRISON & FOERSTER LLP

## Account Detail Showing 1990 "Overpayment" Part Of 1991 Refund (Tab H)

Account Details for the Corporation - HOUSEHOLD FINANCE

| Number | Seq | Class | Days Late | Due Date | Currency | Original | Total |
|--------|-----|-------|-----------|----------|----------|----------|-------|
| 3014047 | 1 | Invoice | | 29-NOV-1990 | USD | 25,000.00 | 25,000.00 |

Adjustments for the Corporation - HOUSEHOLD FINANCE (USD) (01-JAN-87)

**Installment**

| | Line | Tax | Freight | Charges | Balanc |
|---|------|-----|---------|---------|--------|
| Original | 25,000.00 | 0.00 | 0.00 | | |
| Balance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Adjustments    <25,000.00>         Pending Adjustments

**Adjustments**

Main    Account, IDs    Comments

| Number | Reason | Comments | Status |
|--------|--------|----------|--------|
| 121951 | BANKRUPT/OUT OF BUSINESS | The Education dept had refund | Approved |

Edit:
The Education dept had refunded $100K as a deal with the customer,
but we never had any unapplied cash to refund so we are taking a
hit now to resolve a debit in 2255

18

NDCA-ORCL 050226

CONFIDENTIAL
ATTORNEYS EYES ONLY



MoFo

MORRISON & FOERSTER LLP

## Account Detail Showing 1991 "Overpayment" Part Of 1991 Refund (Tab H)

NDCA-ORCL 050227

CONFIDENTIAL
ATTORNEYS EYES ONLY

MORRISON & FOERSTER LLP

MoFo

20

## Household

- 1994 "Overpayment" of $76,645.04 (¶ 38(b))

- Exact Amount Refunded In 1995.

NDCA-ORCL 050228

CONFIDENTIAL
ATTORNEYS EYES ONLY

# MoFo

## MORRISON & FOERSTER LLP

## Household Billing History Showing 1994 Invoice (Tab I)



NDCA-ORCL 050229

CONFIDENTIAL
ATTORNEYS EYES ONLY

MoFo

MORRISON & FOERSTER LLP

# Payment Overview Showing
## 1995 Household Refund (Tab J)

**Payment Overview (Oracle Corporation)**

Number 636459
Currency USD
Amount 76,645.04
Date 27-APR-1995
Batch 042795A-15
Voucher
Status Cleared but Unaccounte
Cleared Amount 76,645.04
Cleared Date 04-MAY-1995
Void Date
Maturity Date

**Supplier**
Name Household International
Taxpayer ID
Number 22343   Site PROSPECT HG
Address HOUSEHOLD BANK 2E
2700 SANDERS RD
ATTN KATHY MORRISSEY

**Bank**
Name Wells Fargo Bank
Account Old Control Disbursement Acct
Payment Document EVERGREEN
Payment Method Check

**Invoices**

| Number | Amount Paid | GL Date | Description |
|---|---|---|---|
| CR000ATHRASHE03FE | 60,180.00 | 27-APR-1995 | INV 498798 CK 67021191 RMA 2044580 PO# NB... |
| CR000ATHRASHE25AF | 16,465.04 | 27-APR-1995 | INV 498799 ORD# 591336 CK# 67021191 SUPPO... |

Invoice Overview    Bank    Supplier    Payments

22

NDCA-ORCL 050230

CONFIDENTIAL
ATTORNEYS EYES ONLY

MORRISON & FOERSTER LLP

MoFo

23

## Unidentified Customer

- **Oracle Allegedly Applied A $4,847,389 Overpayment To A November 17, 2000 Invoice. (¶ 37(a))**

- **Customer Not Named, But Oracle Has Identified An Overpayment In This Exact Amount.**

  Texas Instruments Made A Duplicate Payment To Oracle Of $4,847,389 In May 1998.

NDCA-ORCL 050231

CONFIDENTIAL
ATTORNEYS EYES ONLY

MORRISON & FOERSTER LLP

MoFo

## Unidentified Customer

- **Texas Instruments Stopped Payment On That Check After Determining It Was A Duplicate Payment.**

- **Oracle's May 1998 Bank Statement Includes "Return Items" Entry Of $4,847,389.**

24

NDCA-ORCL 050232

CONFIDENTIAL
ATTORNEYS EYES ONLY

MORRISON & FOERSTER LLP

MoFo

# Oracle's May 1998 Bank Statement
## Showing "Return Items" Entry (Tab K)

ORACLE CORPORATION
500 ORACLE PKWY
REDWOOD CITY CA 94065



25

CONFIDENTIAL
ATTORNEYS EYES ONLY

MORRISON & FOERSTER LLP

MoFo

# Second Purported Basis For Sham Revenue Allegations

- Oracle Created 46,438 Phony Debit Memos/Invoices On November 17, 2000 In Order To Recognize Sham Revenue. (¶ 37(e))

- Expert Calculated That These Phony Debit Memos/Invoices Resulted In $228 Million Of Sham Revenue. (¶¶ 39-40)

- Decrease of $215 Million In Unearned Revenue Account in Q2 Compared to Q1 "Almost Equal" To $228 Million Figure. (¶ 41)

26

NDCA-ORCL 050234

CONFIDENTIAL
ATTORNEYS EYES ONLY

MORRISON & FOERSTER LLP

27

MoFo

## Debit Memo Data Refute This Argument

- Debit Memos Processed On November 17, 2000, Actually Total $692,415,514.97.

- Expert's Figure is Nowhere Near This Amount.

- Decline In Unearned Revenue Account Also Not Even Close.

NDCA-ORCL 050235

CONFIDENTIAL
ATTORNEYS EYES ONLY

MoFo

MORRISON & FOERSTER LLP

# November 17, 2000 Transaction Register Reporting Debit Memos (Tab L)

Transaction Register

Shows All Nov. 17
Debit Memos Are In
550 On Account
Sequence (¶37)

28

NDCA-ORCL 050236

CONFIDENTIAL
ATTORNEYS EYES ONLY

MoFo

MORRISON & FOERSTER LLP

# November 17, 2000 Transaction Register
## Reporting Debit Memos (Tab L)

Page 853 Shows Amount of
Debit Memos In 550 On
Account Sequence As
$692,415,514.97



29

NDCA-ORCL 050237

CONFIDENTIAL
ATTORNEYS EYES ONLY

MoFo

MORRISON & FOERSTER LLP

## Actual Revenue Data Refute This Argument

- Oracle Recorded U.S. Revenue Of Only $9,354,676.48 On November 17, 2000.

- U.S. Revenue Did Not Approach Even Half Of $692 Million On Any Day Of The Quarter.

30

NDCA-ORCL 050238

CONFIDENTIAL
ATTORNEYS EYES ONLY

MoFo

MORRISON & FOERSTER LLP

# Revenue By Day For Q2 2001

| GL Date | Total Revenue | GL Date | Total Revenue | GL Date | Total Revenue |
|---|---|---|---|---|---|
| 9/1/00 | 18,502,517.53 | 10/3/00 | 4,169,623.71 | 11/4/00 | 1,185,138.40 |
| 9/2/00 | 1,798,857.82 | 10/4/00 | 5,686,692.03 | 11/5/00 | 1,232,049.26 |
| 9/3/00 | 1,160,512.04 | 10/5/00 | 21,843,365.94 | 11/6/00 | 3,706,095.80 |
| 9/4/00 | -122,454.77 | 10/6/00 | -260,193.43 | 11/7/00 | 2,442,133.92 |
| 9/5/00 | 1,684,764.61 | 10/7/00 | -3,337,608.33 | 11/8/00 | 6,053,272.30 |
| 9/6/00 | 5,402,574.62 | 10/8/00 | 1,063,226.26 | 11/9/00 | 3,883,909.13 |
| 9/7/00 | 2,264,205.93 | 10/9/00 | 5,103,630.40 | 11/10/00 | 5,104,697.07 |
| 9/8/00 | 2,025,824.17 | 10/10/00 | -13,393,485.87 | 11/11/00 | 1,883,944.46 |
| 9/9/00 | 1,725,126.48 | 10/11/00 | 5,906,325.76 | 11/12/00 | 1,802,208.58 |
| 9/10/00 | 1,331,698.94 | 10/12/00 | 5,507,312.41 | 11/13/00 | 2,797,196.99 |
| 9/11/00 | 635,770.63 | 10/13/00 | 2,948,078.61 | 11/14/00 | 4,172,991.80 |
| 9/12/00 | 3,154,328.56 | 10/14/00 | 2,170,091.32 | 11/15/00 | 7,726,938.72 |
| 9/13/00 | 4,433,786.25 | 10/15/00 | 2,337,499.05 | 11/16/00 | 8,584,170.42 |
| 9/14/00 | 4,300,743.84 | 10/16/00 | 3,902,407.37 | 11/17/00 | 9,354,876.48 |
| 9/15/00 | 4,834,232.41 | 10/17/00 | 5,298,999.70 | 11/18/00 | 22,046,702.33 |
| 9/16/00 | 1,810,464.46 | 10/18/00 | 5,143,653.09 | 11/19/00 | 1,734,192.49 |
| 9/17/00 | 2,485,314.23 | 10/19/00 | 5,890,730.41 | 11/20/00 | 723,235.35 |
| 9/18/00 | 5,428,932.43 | 10/20/00 | 5,047,249.50 | 11/21/00 | 8,487,094.02 |
| 9/19/00 | 3,800,124.68 | 10/21/00 | 2,328,973.92 | 11/22/00 | 68,684,626.82 |
| 9/20/00 | 5,080,843.83 | 10/22/00 | 2,504,971.38 | 11/23/00 | 2,969,880.82 |
| 9/21/00 | 4,896,228.57 | 10/23/00 | 7,894,097.33 | 11/24/00 | 4,500,641.99 |
| 9/22/00 | 3,303,263.50 | 10/24/00 | 4,424,961.22 | 11/25/00 | 4,168,185.56 |
| 9/23/00 | 2,963,330.24 | 10/25/00 | 10,664,484.79 | 11/26/00 | 6,509,684.82 |
| 9/24/00 | 4,534,366.40 | 10/26/00 | 12,084,694.58 | 11/27/00 | 18,487,275.41 |
| 9/25/00 | 7,623,294.15 | 10/27/00 | 16,888,585.69 | 11/28/00 | 27,242,339.54 |
| 9/26/00 | 16,497,098.16 | 10/28/00 | 9,974,816.48 | 11/29/00 | 84,540,411.18 |
| 9/27/00 | 11,445,232.21 | 10/29/00 | 16,054,957.32 | 11/30/00 | 260,497,203.98 |
| 9/28/00 | 14,476,984.56 | 10/30/00 | 20,297,486.23 | | 1,046,251,045.72 |
| 9/29/00 | 32,275,215.06 | 10/31/00 | 42,475,620.94 | | |
| 9/30/00 | 30,538,776.27 | 11/1/00 | 35,845,235.65 | | |
| 10/1/00 | 13,858,144.30 | 11/2/00 | 3,961,626.14 | | |
| 10/2/00 | 4,651,322.31 | 11/3/00 | 6,910,716.06 | | |

31

NDCA-ORCL 050239

CONFIDENTIAL
ATTORNEYS EYES ONLY

MORRISON & FOERSTER LLP

MoFo

32

# Plaintiffs' Theory Relies On Inexplicable Accounting

- Plaintiffs Fail To Explain Connection Between Issuance Of Debit Memos And Decline In Unearned Revenue.

- In Fact, Plaintiffs' Theory Is Impossible Under Double-Entry Bookkeeping.

NDCA-ORCL 050240

CONFIDENTIAL
ATTORNEYS EYES ONLY

MORRISON & FOERSTER LLP

MoFo

# Historical Activity In Unearned Revenue Contradicts Allegations

- ## Historical Activity In Unearned Revenue Account Contradicts Allegations.

- ## Decline In Q2 Of FY 2001 Compared To Q1 Is Typical, Not One-Time Event.

33

NDCA-ORCL 050241

CONFIDENTIAL
ATTORNEYS EYES ONLY



MoFo

MORRISON & FOERSTER LLP

# Historical Activity In Unearned Revenue Contradicts Allegations

**Customer Advances & Unearned Revenue, FY 1994 – FY 2001 (in thousands)**

34



NDCA-ORCL 050242

CONFIDENTIAL
ATTORNEYS EYES ONLY

MoFo

MORRISON & FOERSTER LLP

# Historical Activity In Unearned Revenue Contradicts Allegations

## Customer Advances & Unearned Revenue
## FY 1994 – FY 2001 (in thousands)*

|    | FY 1994 | FY 1995 | FY 1996 | FY 1997 | FY 1998 | FY 1999 | FY 2000 | FY 2001 |
|----|---------|---------|---------|---------|---------|---------|---------|---------|
| Q1 | $193,574 | $243,709 | $326,669 | $474,634 | $694,123 | $956,370 | $1,089,684 | $1,269,585 |
| Q2 | $180,574 | $237,058 | $301,568 | $443,648 | $615,752 | $800,214 | $925,141 | $1,053,809 |
| Q3 | $187,714 | $262,140 | $350,219 | $475,568 | $633,818 | $817,895 | $1,019,556 | $1,040,711 |
| Q4 | $227,118 | $316,273 | $434,435 | $607,862 | $877,087 | $1,007,149 | $1,133,482 | $1,213,529 |

* Declining quarters shown in red.

35

NDCA-ORCL 050243

CONFIDENTIAL
ATTORNEYS EYES ONLY

MORRISON & FOERSTER LLP

MoFo

# Why Did Oracle Make The November 17, 2000 Entries?

- **Prepared For Implementation Of New Software In Conjunction With Worldwide Standardization Of Accounting Processes.**

- **"On Account"**
  An Electronic Designation
  Historically Designated Different Things
  - Customer Refunds
  - Stop Payments
  - Non-Invoiced Receipts

- **Going Forward, "On Account" Would Only Indicate Customer Prepayments.**

36

NDCA-ORCL 050244

CONFIDENTIAL
ATTORNEYS EYES ONLY

MORRISON & FOERSTER LLP

MoFo

## What Were
## The November 17, 2000 Entries?

- **Redesignated Outstanding "On Account" Designations.**

- **Accomplished By Creating 46,881 Debit Memos And Series Of Entries.**

  No Accounting Impact.

  Operational Decision By Accounts Receivable Line Management.

37



NDCA-ORCL 050245

CONFIDENTIAL
ATTORNEYS EYES ONLY

MoFo

MORRISON & FOERSTER LLP

# Typical Transaction

| Entry | Balance Sheet | | | | Income Statement | Explanation |
|---|---|---|---|---|---|---|
| | a/c Cash | a/c Accounts Receivable | a/c 25005 Customer Advances & Overpayments | Accounts Payable | Revenue | |
| | 1,000 | 4,000 | | (3,000) | 100,000 | Opening balance |
| A | 25 | | (^25) | | | Cash received; recorded (flagged) and designated as "unapplied" |
| A1 | | (25) | ^25 | | | Receipt matched to an invoice and designation changed to "applied" |
| | 1,025 | 3,975 | 0 | (3,000) | 100,000 | Balance after receiving and posting cash and matching to invoice |

38

NDCA-ORCL 050246
CONFIDENTIAL
ATTORNEYS EYES ONLY

MoFo

MORRISON & FOERSTER LLP

# Overpayment Refund—Entries Prior to November 17, 2000

| Entry | Balance Sheet | | | | Income Statement | Explanation |
| | a/c Cash | a/c Accounts Receivable | a/c 25005 Customer Advances & Overpayments | a/c Accounts Payable | Revenue | |
|---|---|---|---|---|---|---|
| | 1,025 | 3,975 | 0 | (3,000) | 100,000 | **Balance after receiving and posting cash and matching to invoice** |
| A2 | 25 | | (^25) | (25) | | Cash received; recorded (flagged) designated as "unapplied" |
| | 1,050 | 3,975 | (25) | (3,000) | 100,000 | **Balance before identifying invoice or customer** |
| B1 | | | ^25 | | | Overpayment identified; re-designated as "on account" |
| B2 | | | (^25) | | | |
| | 1,050 | 3,975 | 0 | (3,025) | 100,000 | **Balance after establishing payable for overpayment** |
| C | | | 25 | (25) | | Refund check requested |
| D | (25) | | | 25 | | Customer reimbursed for overpayment and accounts payable reduced |
| | 1,025 | 3,975 | 0 | (3,000) | 100,000 | **Balance at November 17** |

39

NDCA-ORCL 050247

CONFIDENTIAL
ATTORNEYS EYES ONLY

MoFo

MORRISON & FOERSTER LLP

# Overpayment Refund—
# November 17, 2000 Entries

| Entry | Balance Sheet | | a/c 25005 Customer Advances & Overpayments | Accounts Payable | Income Statement Revenue | Explanation |
|---|---|---|---|---|---|---|
| | a/c Cash | a/c Accounts Receivable | | | | |
| | 1,025 | 3,975 | 0 | (3,000) | 100,000 | Balance at November 17, 2000 |
| | | | | | | *November 17 entries* |
| D | | | ··25 | | | Zero out flag or "on account" designations created in B2 |
| D | | | (^25) | | | and re-designate amount as "unapplied" |
| E | | | 25 | | | Create debit memo |
| E | | | (25) | | | by debiting and crediting same account |
| F | | | (25) | | | Apply debit memo created in E against |
| F | | | ^25 | | | "unapplied" amount created in D |
| | 1,025 | 3,975 | 0 | (3,000) | 100,000 | Balance at November 17 after correcting entries |

40

CONFIDENTIAL
ATTORNEYS EYES ONLY

MoFo

MORRISON & FOERSTER LLP

# November 17, 2000 Debit Memo
# For Household Refund (Tab M)



NDCA-ORCL 050249

CONFIDENTIAL
ATTORNEYS EYES ONLY

MORRISON & FOERSTER LLP

MoFo

42

# The November 17 Process

- ## Series Of Entries Dictated By System.

- ## No Impact On Revenue Or Income.

- ## No Impact On Cash Or Accounts Receivable.

- ## No Impact On Financial Statements.

NDCA-ORCL 050250

CONFIDENTIAL
ATTORNEYS EYES ONLY

MORRISON & FOERSTER LLP

MoFo

## Oracle's Auditors Tested The November 17 Process

- Oracle Requested That Ernst & Young Perform Testing Procedures On The Debit Memos.

- E&Y Tested 195 Debit Memos, Of Which 145 Were Over $500,000.

43

NDCA-ORCL 050251

CONFIDENTIAL
ATTORNEYS EYES ONLY

MORRISON & FOERSTER LLP

MoFo

## Oracle's Auditors Tested
## The November 17 Process

- **E&Y Concluded:**
  - All Tested Debit Memos Had Equal And Offsetting Entries To The Same Account; and
  - No Debits Or Credits To Revenue Accounts.

- **No Proposed E&Y Adjustment.**

- **No Restatement.**

44

NDCA-ORCL 050252

CONFIDENTIAL
ATTORNEYS EYES ONLY

MORRISON & FOERSTER LLP

MoFo

# In Sum, The Evidence Refutes The Allegations

## 1. Allegations About Specific Customers Are False.

Monies Previously Refunded.

## 2. Plaintiffs' Numbers Don't Add Up.

Amount of Debit Memos Much Greater Than Amount Expert Calculated.

Actual Daily Revenue Nowhere Near Amount Of Debit Memos.

45

NDCA-ORCL 050253

CONFIDENTIAL
ATTORNEYS EYES ONLY

MORRISON & FOERSTER LLP

MoFo

## In Sum, The Evidence Refutes The Allegations

3. Unearned Revenue Account Unrelated To Issuance of Debit Memos.

4. Decline In Unearned Revenue Account Consistent With Historical Trends.

- Not a One-Time Event

- Occurs Every Fiscal Year

46

NDCA-ORCL 050254

CONFIDENTIAL
ATTORNEYS EYES ONLY

MORRISON & FOERSTER LLP

MoFo

## In Sum, The Evidence Refutes The Allegations

5. Debit Memos Created On November 17, 2000, For Operational Purposes Only, Created No Revenue, And Had No Financial Statement Impact.

6. E&Y Specifically Tested And Proposed No Adjustment.

47

NDCA-ORCL 050255

CONFIDENTIAL
ATTORNEYS EYES ONLY

# EXHIBIT 177

inal booard pitch

**Subject: final booard pitch**
**Date:** Sun, 07 Jan 2001 21:22:03 -0800
**From:** Ron Wohl <ron.wohl@oracle.com>
**Organization:** Oracle Corporation
**To:** "Wohl,Ronald" <RWOHL@US.ORACLE.COM>

| | Name: Apps2001.zip |
|---|---|
| Apps2001.zip | **Type:** Zip Compressed Data (application/x-zip-compressed) |
| | **Encoding:** base64 |

Ron Wohl <ron.wohl@oracle.com>
Executive Vice President
Applications Development

CA-ORCL 025830

ORACLE
CONFIDENTIAL



SOFTWARE POWERS THE INTERNET

CA-ORCL 025831

ORACLE
CONFIDENTIAL

# Ron Wohl

Executive Vice President,
Applications Development

ORACLE

CA-ORCL 025832

ORACLE
CONFIDENTIAL

# Agenda

- E-Business Suite: Strategy to Date

- Current Financial Results and Product Status

- E-Business Suite: Strategy Going Forward

- The E-Hub -- The Future of B to B

ORACLE

CA-ORCL 025833

ORACLE
CONFIDENTIAL

# Our Strategy

## Offer an E-Business Suite, so that Customers Don't Have to Build a Kit

ORACLE

CA-ORCL 025834

ORACLE
CONFIDENTIAL

NDCA-ORCL 028811

# The Conventional Approach --
## Kit Assembly



Financials

Order Mgmt

Service

Marketing

Web Store

Sales

CA-ORCL 025835

ORACLE
CONFIDENTIAL

NDCA-ORCL 028812

# Kit Complexity Worsens with Global Operations



U.S.

France

Japan

CA-ORCL 025836

ORACLE
CONFIDENTIAL



# Kit vs. Suite

**ORACLE E-Business Suite**

- Financials
- Human Resources
- Supply Chain
- Requisitions
- Exchanges
- Marketing/Campaign Mgmt.
- Sales Force Automation
- Service
- E-mail Management
- Web Store

CA-ORCL 025837

ORACLE
CONFIDENTIAL

# The Benefits of the Suite:
## Consolidate Your Business Information



100 Fragmented Systems

1 Complete Database

- Better information at lower cost

- Fewer computers

- Less software

- Fewer people to manage IT

ORACLE

CA-ORCL 025838

ORACLE
CONFIDENTIAL

# FY Q2 Financial Results

| | Q2 Revenues | Y-Y Growth% |
|---|---|---|
| ERP | $ 201M | 86% |
| CRM | 78M | 60% |
| 3rd Party Resale | 0M | (99%) |
| Reported Total | $ 279M | 66% |

ORACLE

CA-ORCL 025839

ORACLE
CONFIDENTIAL

NDCA-ORCL 028816

# FY Q2 Financial Results -- ERP Detail

| | Q2 Revenues | Y-Y Growth |
|---|---|---|
| Financials/Projects | $ 64M | 42% |
| Manufacturing | 47 | 87% |
| Procurement/Exchange | 37 | 145% |
| Human Resources | 27 | 124% |
| Advanced Planning | 15 | NM |
| Other | 12 | 0% |
| Total "ERP" | $201M | 86% |

ORACLE

CA-ORCL 025840

ORACLE
CONFIDENTIAL

# 11*i* Customer Adoption

# 120 Live Customers

## *Both New Installs and Upgrades*

ORACLE

CA-ORCL 025841

ORACLE
CONFIDENTIAL

# A Selection of Live 11*i* Customers

- **Westpac:** Largest GL customer

- **Compaq:** Internet Procurement

- **Boeing:** Internet Procurement, Inventory, Financials

- **APC:** Full ERP, 2000 users

- **Oracle:** 11 countries, 20,000 users, most business functions. We are our largest live site!

ORACLE

CA-ORCL 025842

ORACLE
CONFIDENTIAL

NDCA-ORCL 028819

# Oracle is Live

## Oracle's $2 Billion Dollar Savings Target



| Consolidate Operations | | $200 | $250 |
|---|---|---|---|
| Customer Side | | $550 | $1450 |
| Supplier Side | $150 | $200 | |
| Inside | | $100 | $100 |
| Total | | $1,000 | $2,000 |

Note: Based on Oracle estimates.

ORACLE

ORACLE
CONFIDENTIAL    CA-ORCL 025843

# 11*i* Product Releases

- 11*i*.1    May 2000    First shipped release

- 11*i*.2    Oct 2000    Major quality improvement

- 11*i*.3    Jan 2001    First integrated ERP/CRM release

- 11*i*.4    Mar 2001    Approaching rock solid quality

ORACLE

CA-ORCL 025844

ORACLE
CONFIDENTIAL

# Agenda

- E-Business Suite: Strategy to Date

- Current Financial Results and Product Status

- E-Business Suite: Strategy Going Forward

- The E-Hub -- The Future of B to B

ORACLE

CA-ORCL 025845

ORACLE
CONFIDENTIAL

# E-Business Suite Plans

- Full Stabilization & Accumulation of References

- Make Suite More Valuable:
  "Complete" the Suite by Industry

- Reduce Cost, Shorten Implementations:
  "Simplify" -- Automate Software Operation

*Make it a Clear Choice to Replace Current Systems in Favor of the Suite*

ORACLE

CA-ORCL 025846

ORACLE
CONFIDENTIAL

NDCA-ORCL 028823

# "Complete" the Suite By Industry

| Industry | Current Fit | Features Needed |
|---|---|---|
| • Most Manufacturing | Excellent | |
| • CPG Manufacturing | Good | Just Released |
| • Distribution    Good | | Warehouse - May |
| • Service Industries: | | |
| – Software | Excellent | |
| – Professional | Good | Resource Mgmt - Mar |
| – Financial | Core | |
| • Retail | Core | Start this year |
| • Healthcare | Core/ | Effort underway |
| | Benefits | |

ORACLE

ORACLE
CONFIDENTIAL    CA-ORCL 025847

# "Simplify" --
# Automate Software Operations

## *Conceptual Breakthrough:*

Automate Not Just Customer Software Operations, but the Continuous Flow of Software from our Design to our Customers' Use

ORACLE
CONFIDENTIAL   CA-ORCL 025848

NDCA-ORCL 028825

# "Simplify" --
# Automate Software Operations

- Specific Goals: Factor of 2 Improvement

- To be Achieved by Automating:
  - Design coordination
  - Environment maintenance, testing
  - Install
  - Patching
  - Translation
  - Configuration
  - Upgrade

CA-ORCL 025849

ORACLE
CONFIDENTIAL

NDCA-ORCL 028826

# "Simplify" --
# Automate Software Operations

## *On a Scale of:*

- 1 . . . . . . . . . . . . . . . For an Individual Customer

- Or 10,0000 . . . . . . . For Hosting

CA-ORCL 025850

ORACLE
CONFIDENTIAL

NDCA-ORCL 028827

# "Simplify" --
# Automate Software Operations

## *An Example:*

- The "Black Box" Project: an E-business Suite Configuration for use with Exchanges

- Offer hosted, pre-installed, pre-configured, XML enabled software

- So that End Customer Price is suitable for very small company market

CA-ORCL 025851

ORACLE
CONFIDENTIAL

NDCA-ORCL 028828

# Agenda

- E-Business Suite: Strategy to Date

- Current Financial Results and Product Status

- E-Business Suite: Strategy Going Forward

- The E-Hub -- The Future of B to B

ORACLE

CA-ORCL 025852

ORACLE
CONFIDENTIAL

# The E-Business Suite is not Enough

## *It only automates 1 company*

ORACLE

CA-ORCL 025853

ORACLE
CONFIDENTIAL

NDCA-ORCL 028830

# A New Offering ... the E-Hub

## Automates flow of information _across_ companies



CA-ORCL 025854

ORACLE
CONFIDENTIAL

NDCA-ORCL 028831



# E-Hub

- Exchange Marketplace

- Supply Chain Exchange

- Transport Logistics Exchange

- Product Development Exchange (PDX)

- Banking Interfaces

ORACLE

CA-ORCL 025855

ORACLE
CONFIDENTIAL

NDCA-ORCL 028832

# Exchange -- Global Customer Basis



| Region | # of Exchanges |
|---|---|
| Latin America | 7 |
| U.S. / Canada | 16 |
| EMEA | 19 |
| Asia Pacific | 19 |
| TOTALS | 61 |

ORACLE

CA-ORCL 025856

ORACLE
CONFIDENTIAL

# ...Representing A Range of Industries

- Airline
- Automotive (2)
- Chemicals (2)
- Consumer Products (5)
- Engineering (2)
- Forest and Paper (2)
- Financial Services (6)
- Healthcare (3)
- High Tech (2)

- Industrial Equipment (2)
- Metals/Mining (6)
- Petroleum (2)
- Public Sector (4)
- Retail (2)
- Real Estate
- Telecom (8)
- Transportation (5)
- Startups / Other (6)

ORACLE

CA-ORCL 025857

ORACLE
CONFIDENTIAL

# Key Industry Exchange Customers

ORACLE

CA-ORCL 025858

ORACLE
CONFIDENTIAL

# Key Company Exchange Customers

- Sony Electronics

- Fiat

- Technip

ORACLE

CA-ORCL 025859

ORACLE
CONFIDENTIAL

# E-Hub -- Likely Direction Change

- Key customers will be the strong individual companies seeking to optimize their full supply chain

ORACLE

CA-ORCL 025860

ORACLE
CONFIDENTIAL

NDCA-ORCL 028837

# E-Hub: The Network Effect

## The more customers that use our product, the more others benefit from using it as well

ORACLE

CA-ORCL 025861

ORACLE
CONFIDENTIAL

# E-Hub: The Network Effect

## Our Opportunity: Turn this picture ...



E-Hub

CA-ORCL 025862

ORACLE
CONFIDENTIAL

NDCA-ORCL 028839

E-Hub: The Network Effect

... into this one

E-Hub

CA-ORCL 025863

ORACLE
CONFIDENTIAL



CA-ORCL 025864

ORACLE
CONFIDENTIAL


NDCA-ORCL 028841

# EXHIBIT 178

**From:** Loren Mahon
**Sent:** Thu, 30 Nov 2000 17:32:11 GMT
**To:** tawillia@us.oracle.com; jhenley@us.oracle.com; jennifer.minton@oracle.com;
larry.garnick@oracle.com; larry.ellison@oracle.com; safra.catz@oracle.com
**CC:**
**BCC:**
**Subject:** Final Big Deal Update

Thanks

Tom Williams wrote:

> this is fine with me.
>
> "Safra A. Catz" wrote:
>
> > Subject: hp letter w 17% discount change
> > Date: Thu, 30 Nov 2000 23:07:27 -0800
> > From: Shelley Curtis
> > Organization: Oracle Corporation
> > To: "Catz,Safra" ,
> > "DeCesare,Michael" ,
> > "Curtis,Shelley"
> >
> > Name: hpletterfinalforsafra11pm.doc.doc
> > hpletterfinalforsafra11pm.doc.doc Type: Microsoft Word Document (application/msword)
> > Encoding: base64
> > Download Status: Not downloaded with message
> >
> > Shelley Curtis
> >
> > Shelley Curtis
> >
> > Additional Information:
> > First Name Shelley
> > Version 2.1

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 210421

# EXHIBIT 179

**From:** Jennifer Minton
**Sent:** Fri, 01 Dec 2000 01:44:58 GMT
**To:** Thomas Williams; PLANT; WILLIAM; DAVIES; Greg; Mcdowell; Cheryl; Garnick; Lawrence; Donnelly; Peter; Magnusson; Annica; Winton; David; Kopp; Sarah; English; James; Facey; Christian
**CC:** Jeffrey Henley; Cooperman; Daniel; Minton; Jennifer
**BCC:**
**Subject:** Insider Trading

Thanks

Tom Williams wrote:

> this is fine with me.
>
> "Safra A. Catz" wrote:
>
> > Subject: hp letter w 17% discount change
> > Date: Thu, 30 Nov 2000 23:07:27 -0800
> > From: Shelley Curtis
> > Organization: Oracle Corporation
> > To: "Catz,Safra" ,
> > "DeCesare,Michael" ,
> > "Curtis,Shelley"
> >
> > Name: hpletterfinalforsafra11pm.doc.doc
> > hpletterfinalforsafra11pm.doc.doc Type: Microsoft Word Document (application/msword)
> > Encoding: base64
> > Download Status: Not downloaded with message
> >
> > Shelley Curtis
> >
> > Shelley Curtis
> >
> > Additional Information:
> > First Name Shelley
> > Version 2.1

Confidential-Subject to Protective Order