# EXHIBIT 183

03/01/01  THU 01:53 FAX 650 506 7399        DMD                                    ☑001

# License Checklist

| Date: | 28-Feb-01 | | Page 1 of | 33 |
|---|---|---|---|---|
| Contract Specialist: | David Jinnett | | Phone. | 312-320-5790 |

| END USER/CUSTOMER INFORMATION: | | New Customer (Y/N): | | N |
|---|---|---|---|---|
| Name: | Hewlett Packard Company | Customer #· | 6057 | |
| OLA: | | Contract Options (Y/N): | y | |
| Other Agrmnt: | SLSA-6057-23-FEB-94 | A2K. | | 224324 |
| License Agreement Std: | | Global Tracking #: | | 24366 |

**ORDER ENTRY:**

| | | | | | Tax Exempt | |
|---|---|---|---|---|---|---|
| Ship | | No Ship | X | | Tax Certificate #: | |
| Trial | | Trial Conv. | | Order Number | Price List: | Curr Comm 02/02/01 |
| Stage | | Stage Conv. | | Order Number | Print Invoice | (Y/N) |
| Subscription | | | | Lease: x | Payment Discount Amount $: | |
| | | | | PO x | License PO: | OCC4417 |
| | FOB-Destination | (Requires ACM Review) | | | Support PO: | POEF2/Hickey |
| | | | | | Hosting PO: | |

**CONTACT INFORMATION:**

SHIP TO:                                             BILL TO:

    Customer· Hewlett Packard Company          Customer:   Hewlett Packard Compnay
    Address. 1000 NE Circle Boulevard          Address:   3000 Hanover Street
        Corvallis, OR                                      Palo Alto, CA 94304

    Ship Contact: Jack Strukel                 Bill Contact:   Karen Montague
Email Address:                                      Email Address·
        Phone #: 541-715-2627                 Phone #   650-857-3718
    Tech Contact: Jack Strukel                 Admin Contact:   Karen Montague

| Fees: | List | Net | | | Conversion Credit: | |
|---|---|---|---|---|---|---|
| License: | | $18,000,000 | Payment terms | net 30 | | |
| Update Subscription: | | $2,203,200 | Payment terms | net 30 | Roll-In Amount: | $3,305,390 |
| Product Silver Support: | | $1,036,800 | Payment terms | net 30 | Unused Support: | $  815,775 |
| Annual BOL/Exchange Hosting: | | | Payment terms | | CSI # - BOL | |
| Subscription Services:* | | | Payment terms | | Conversion Credit: | |
| Other Support:MIGRATION | | $3,305,390 | Payment terms | | | |
| CD Packs: | | | # of Copies: | | | |
| EPPC: | | | Discount % | | Email Address | |
| Consulting: | | | | | | |
| Reinstatement: | | | | | | |
| Premium Services:_____ | | $1,003,000 | Payment terms | | | |
| Annual Supplemental Hosting: | | | Payment terms | | | |
| Other (Specify): Credit for Unused | | -$815,775 | | | | |
| | Total Net Fees: | $24,732,615 | | *to be used for iLearning and Oracle Mobile | | |

**Sales Credits:** Please attach spreadsheet if necessary

| Sales Rep | Full Name | Revenue Type | Revenue % | Non-Rev % |
|---|---|---|---|---|
| Kinney, Kelley | | License | 44.6945 | 55.3055 |
| Novak, Nancy | | License | 44.6945 | 55.3055 |
| Canada | | License | 0.4020 | |
| Mexico | | License | 0.3607 | |
| Puerto Rico | | License | 0.4972 | |
| Australia | | License | 0.4136 | |
| China | | License | 0.3783 | |
| India | | License | 0.3411 | |
| Japan | | License | 0.8446 | |
| Singapore | | License | 1.5224 | |
| France | | License | 1.4124 | |
| Germany | | License | 1.6363 | |
| Ireland | | License | 0.5730 | |
| Italy | | License | 0.3563 | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        NDCA-ORCL 257384

03/01/01  THU 01:53 FAX 650 506 7399         DMD                              ☐001

# License Checklist

| Date: | 28-Feb-01 | Page 1 of | 33 |
|---|---|---|---|
| Contract Specialist: | David Jinnett | Phone. | 312-320-5790 |

**END USER/CUSTOMER INFORMATION:**

| | | | |
|---|---|---|---|
| Name: | Hewlett Packard Company | New Customer (Y/N): | N |
| OLA: | | Customer #: | 6057 |
| Other Agrmnt: | SLSA-6057-23-FEB-94 | Contract Options (Y/N): | y |
| License Agreement Std: | | A2K. | 224324 |
| | | Global Tracking #: | 24366 |

**ORDER ENTRY:**

| | | | |
|---|---|---|---|
| Ship | | No Ship X | Tax Exempt |
| Trial | Trial Conv. | Order Number | Tax Certificate #: |
| Stage | Stage Conv. | Order Number | Price List: Curr Comm 02/02/01 |
| Subscription | | | Print Invoice (Y/N) |
| | | Lease: x | Payment Discount Amount $: |
| | | PO x | License PO: OCC4417 |
| | FOB-Destination  (Requires ACM Review) | | Support PO: POEF2/Hickey |
| | | | Hosting PO: |

**CONTACT INFORMATION:**

SHIP TO:                                        BILL TO:

Customer: Hewlett Packard Company              Customer: Hewlett Packard Compnay
    Address. 1000 NE Circle Boulevard           Address: 3000 Hanover Street
           Corvallis, OR                                  Palo Alto, CA 94304

Ship Contact: Jack Strukel                     Bill Contact: Karen Montague
Email Address:                                 Email Address:
    Phone #: 541-715-2627                          Phone # 650-857-3718
Tech Contact: Jack Strukel                     Admin Contact: Karen Montague

| Fees: | List | Net | | | |
|---|---|---|---|---|---|
| License: | | $18,000,000 | Payment terms net 30 | Conversion Credit: | |
| Update Subscription: | | $2,203,200 | Payment terms net 30 | Roll-In Amount: | $3,305,390 |
| Product Silver Support: | | $1,036,800 | Payment terms net 30 | Unused Support: | $ 815,775 |
| Annual BOL/Exchange Hosting: | | | Payment terms | CSI # - BOL | |
| Subscription Services:* | | | Payment terms | Conversion Credit: | |
| Other Support:MIGRATION | | $3,305,390 | Payment terms | | |
| CD Packs: | | | # of Copies: | | |
| EPPC: | | | Discount % | Email Address | |
| Consulting: | | | | | |
| Reinstatement: | | | | | |
| Premium Services:_____ | | $1,003,000 | Payment terms | | |
| Annual Supplemental Hosting: | | | Payment terms | | |
| Other (Specify): Credit for Unused | | -$815,775 | | | |
| | Total Net Fees: | $24,732,615 | | *to be used for iLearning and Oracle Mobile | |

**Sales Credits:**  Please attach spreadsheet if necessary

| Sales Rep    Full Name | Revenue Type | Revenue % | Non-Rev % |
|---|---|---|---|
| Kinney, Kelley | License | 44.6945 | 55.3055 |
| Novak, Nancy | License | 44.6945 | 55.3055 |
| Canada | License | 0.4020 | |
| Mexico | License | 0.3607 | |
| Puerto Rico | License | 0.4972 | |
| Australia | License | 0.4136 | |
| China | License | 0.3783 | |
| India | License | 0.3411 | |
| Japan | License | 0.8446 | |
| Singapore | License | 1.5224 | |
| France | License | 1.4124 | |
| Germany | License | 1.6363 | |
| Ireland | License | 0.5730 | |
| Italy | License | 0.3563 | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 257385

03/01/01  THU 01:53 FAX 650 506 7399          DMD                                    ☑002

| | License | 0.4009 | |
|---|---|---|---|
| Netherlands | License | 0.4009 | |
| Spain | License | 0.4387 | |
| United Kingdom | License | 1.0332 | |
| Corporate Support/Updates Subscription | Product Support/Updates | 74.0620 | |
| Kinney, Kelley | Product Support/Updates | | 74 062 |
| Novak, Nancy | Product Support/Updates | | 74 062 |
| Canada | Product Support/Updates | 0.9828 | |
| Mexico | Product Support/Updates | 0.8817 | |
| Puerto Rico | Product Support/Updates | 1.2153 | |
| Australia | Product Support/Updates | 1.0111 | |
| China | Product Support/Updates | 0.9248 | |
| India | Product Support/Updates | 0.8338 | |
| Japan | Product Support/Updates | 2.0647 | |
| Singapore | Product Support/Updates | 3.7215 | |
| France | Product Support/Updates | 3.4526 | |
| Germany | Product Support/Updates | 3.9999 | |
| Ireland | Product Support/Updates | 1.4007 | |
| Italy | Product Support/Updates | 0.8709 | |
| Netherlands | Product Support/Updates | 0.9801 | |
| Spain | Product Support/Updates | 1.0724 | |
| United Kingdom | Product Support/Updates | 2.5257 | |
| | | | |
| Knox, Jennifer | PREMIUM | 100.0000 | |
| Kinney, Kelley | PREMIUM | | 100 |
| | PREMIUM | | 100 |

| | | | |
|---|---|---|---|
| Are there migrated licenses? (Y/N) | y | | |
| Control hold approvals  (Y/N) | N | | |
| Is the customer already licensed for the swapped products? | | | |
| Does the deal contain product swap language? | (Y/N) | N | (if yes OA would email <comphelp>) |
| Does the customer require shipment for the swap? (Y/N) | N | | |
| Is there an acceptance period? (Y/N) | N | | |
| Notes: | | | |

****Unused Support: Please specify who receives sales credits
****Provide CSI # to be terminated
****Provide CSI # if they are not on Contract & indicate if Csi is only to be partially terminated
CONTRACT OPTIONS:  AGR01, MIG01, NOS01, CUS01, CAP02, INT02, TER03, PRH02

**MIGRATION:**

Scenario #     [ 2 ]

| Fees: | List | Net | | | | |
|---|---|---|---|---|---|---|
| License: | | | Payment terms | | Roll-In Amount: | $3,305,390 |
| Update Subscription: | | 2,247,665 | Payment terms | | Unused Support: | $ 815,775 |
| Product Silver Support: | | 1,057,725 | Payment terms | | | |
| Other Support: | | | Payment terms | | | |

Support Dates:     Start  [          ]          End  [          ]
*Per product pricing on migrated licenses must be on a separate attachment.

| **Sales Credits for Migration:** | Please attach spreadsheet if necessary | | |
|---|---|---|---|
| Sales Rep    Full Name | Revenue Type | Revenue % | Non-Rev % |
| Knox, Jennifer | Product Support/Updates | 100 | |
| | | | |
| | | | |

THERE ARE 600 CSI TO CANCEL  PLEASE REFER TO CONTRACT.
OFD payment discount is 1,247,300
**CD PACKS:**     Provide version information of the cd packs that are on the shipment summary.
NO SHIP

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 257386

03/01/01   THU 01:54 FAX 650 506 7399          DMD                                              ☑003

# ORACLE®

## ORDERING DOCUMENT

Customer Name: Hewlett Packard Company
Customer Location: 300 Hanover Street
MS 20CG
Palo Alto, CA 94304

Ship to Address: 1000 Circle Boulevard
MS 6UC9
Corvallis, OR 97330

Contract Administrator: Karen Monique
Phone: 650-857-3718
Fax: 650-857-8117

Ship to Contact: Jodi Strakel

### Oracle Contract Information

Agreement: Software License and Services Agreement
Agreement Name: SLSA-607-23-FEB-94
This Ordering Document is governed by the terms of the agreement specified above ('Agreement')

### A. Programs
Customer hereby orders the Program licenses described below for use in the Territory, unless otherwise specified.

| Quantity | Product Description | License Type | Net License | Net Update | Net Product |
|---|---|---|---|---|---|
| | **PERPETUAL LICENSES:** | | | | |
| | Oracle Database Personal Licenses: | | | | |
| 120,000 | Oracle Database Enterprise Edition | Personal | $73,100,000.00 | $1,050,518.84 | $ 457,381.50 |
| 120,000 | Parallel Server | Personal | $3,124,000.00 | $353,171.60 | $ 139,942.00 |
| 120,000 | Partitioning | Personal | $3,124,000.00 | $382,377.60 | $ 139,932.40 |
| 120,000 | Diagnostic Management Pack | Personal | $354,000.00 | $12,205.72 | $ 5,743.87 |
| 120,000 | Tuning Management Pack | Personal | $354,000.00 | $12,205.72 | $ 5,743.87 |
| 120,000 | Charge Management Pack | Personal | $354,000.00 | $12,205.72 | $ 5,743.87 |

| Quantity | Product Description | License Type |
|---|---|---|
| | **PERPETUAL LICENSES:** | |
| | Oracle Database Universal Power Unit Licenses: | |

Dimont HP 224324 02/01/2001

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 257387

Diprooti HP-224284 0301/2001

| Qty | Product | License Type | Net License Fee | | Support |
|---|---|---|---|---|---|
| 100,000 | Oracle Database Enterprise Edition | Universal Power Unit | $1,718,000.00 | $ | 229,330.00 |
| 100,000 | Parallel Server | Universal Power Unit | $354,000.00 | $ | 28,390.40 |
| 100,000 | Partitioning | Universal Power Unit | $354,000.00 | $ | 28,390.40 |
| 100,000 | Diagnostic Management Pack | Universal Power Unit | $118,000.00 | $ | 5,947.20 |
| 100,000 | Tuning Management Pack | Universal Power Unit | $118,000.00 | $ | 5,947.20 |
| 100,000 | Change Management Pack | Universal Power Unit | $118,000.00 | $ | 5,947.20 |

**PERPETUAL LICENSES:**
**Oracle Database Named User Multi Server:**

| Qty | Product | License Type | Net License Fee |
|---|---|---|---|
| 9,826 | Internet Application Server Enterprise Edition | Named User - Multi Server | $0.00 |
| 1,183 | Internet Developer Suite | Named User - Multi Server | $0.00 |
| 1,022 | Discoverer Plus | Named User - Multi Server | $0.00 |
| 1,688 | SQL*Plus | Named User - Multi Server | $0.00 |
| 826 | Programmer | Named User - Multi Server | $0.00 |
| 14 | Open System Gateways | Computer | $0.00 |
| 272 | Express Server | Named User - Multi Server | $0.00 |
| 125 | Express Analyzer | Named User - Multi Server | $0.00 |
| 6 | Express Objects | Named User - Multi Server | $0.00 |
| 100 | Advanced Security | Named User - Multi Server | $0.00 |

**PERPETUAL LICENSES:**
**Oracle Application Users:**

| Qty | Product | License Type | Net License Fee |
|---|---|---|---|
| 60 | Financials & Sales Analyzers | Application User | $0/0 |

**PERPETUAL LICENSES:**
**Oracle Database Named User Single Server:**

| Qty | Product | License Type | Net License Fee |
|---|---|---|---|
| 68 | Oracle Database Personal Edition | Named User - Single Server | $0.00 |

| | | |
|---|---|---|
| Net License Fees: | $18,060,000.00 | |
| First Year Update Subscription Service Fees for New Licenses: | $2,320,379.00 | |
| First Year Product Support Fees for New Licenses: | $1,676,800.00 | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 257388

03/01/01   THU 01:54 FAX 650 506 7399      DMD                                    ☑005

Djimott.HP #24324.68.01/12001

| | |
|---|---|
| First Year Update Subscription Service Fees for Existing Licenses: | $2,241,665.00 |
| First Year Product Support Fees for Existing Licenses: | $1,097,725.00 |
| Premium Services Support Fees (itemized as Exhibit A): | $1,000,000.00 |
| Credit for Unused Technical Support: | -$81,575.00 |
| **Total Fees:** | **$34,732,615.00** |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 257389

# ORACLE

## ORDERING DOCUMENT

Customer Name: Hewlett Packard Company
Customer Location 300 Hanover Street
MS 20CQ
Palo Alto, CA 94304

Ship to Address: 1000 Circle Boulevard
MS 61R9
Corvallis, OR 97330

Customer Administrator: Karen Montague
Phone: 650-857-3718
Fax: 650-857-8117

Ship to Contact: Jack Strabel

**Oracle Contract Information**

Agreement: Software License and Services Agreement
Agreement Name: SLSA-60572-UPBb-94
This Ordering Document is governed by the terms of the Agreement specified above ("Agreement").

### A. Programs

Customer hereby orders the Program licenses described below for use in the Territory, unless otherwise specified.

| Quantity: | Product Description: | License Type: |
|---|---|---|
| | **PERPETUAL LICENSES:** | |
| | Oracle Database Programs per License: | |
| 130,000 | Oracle Database Enterprise Edition | Processor |
| 178,000 | Parallel Server | Processor |
| 138,000 | Partitioning | Processor |
| 140,000 | Diagnostic Management Pack | Processor |
| 141,000 | Tuning Management Pack | Processor |
| 130,000 | Change Management Pack | Processor |

Djconnect.HP.224/224.0l/28/2001

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        NDCA-ORCL 257390

03/01/01 THU 01:54 FAX 650 506 7399 DMD
02/28/2001 22:07 FAX 650 633 1097   ORACLE LEGAL
02/28/01 21:41 FAX   FIELD SALES SUPPORT
Hewlett-Packard   650-857-2905
@005
@007
@002
P.2

| Quantity: | Product Description | License Type: |
|---|---|---|
| | **PERPETUAL LICENSES:** Oracle Database Universal Power Unit Licenses | |
| 100,000 | Oracle Database Enterprise Edition | Universal Power Unit |
| 100,000 | Parallel Server | Universal Power Unit |
| 100,000 | Partitioning | Universal Power Unit |
| 100,000 | Diagnostic Management Pack | Universal Power Unit |
| 100,000 | Tuning Management Pack | Universal Power Unit |
| 100,000 | Change Management Pack | Universal Power Unit |
| | **PERPETUAL LICENSES:** Oracle Database Named User Multi Server | |
| 9,826 | Internet Application Server Enterprise Edition | Named User - Multi Server |
| 1,183 | Internet Developer Suite | Named User - Multi Server |
| 1012 | Discoverer Plus | Named User - Multi Server |
| 1,649 | SQL*Plus | Named User - Multi Server |
| 654 | Programmer | Named User - Multi Server |
| 14 | Open System Gateways | Computers |
| 272 | Export Server | Named User - Multi Server |
| 123 | Express Analyzer | Named User - Multi Server |
| 6 | Express Objects | Named User - Multi Server |
| 100 | Advanced Security | Named User - Multi Server |
| | **PERPETUAL LICENSES:** Oracle Application Users | |
| 60 | Financials & Select Analyzers | Application User |
| | **PERPETUAL LICENSES:** Oracle Database Named User Single Server: | |
| 60 | Oracle Desktop Personal Edition | Named User - Single Server |

Djln.crtcN. HP 224324.02/28/2001

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    NDCA-ORCL 257391

03/01/01  THU 01:55 FAX 650 506 7399          DMD                                           ☑004   ☑008
02/28/2001 22:07 FAX 650 633 1097       ORACLE LEGAL                                         ☑003
02/28/01  21:42 FAX                     FIELD SALES SUPPORT
                        Hewlett-Packard                    650-957-2905              P.3

O/j0neU>-P-229324/02/28/2001

| | |
|---|---|
| Net License Fees: | $13,400,060.00 |
| First Year Update Subscription Service Fees for New Licenses: | $2,201,100.00 |
| Final Year Product Support Fees for New Licenses: | $1,196,600.00 |
| First Year Update Subscription Service Fees for Existing Licenses: | $2,347,683.00 |
| First Year Product Support Fees for Existing Licenses: | $1,037,715.00 |
| Premium Services Support Fee (included as a Benefit At: | $1,002,900.00 |
| Credit for Unused Technical Support: | -$813,775.00 |
| | |
| Total Fees: | $34,733,415.00 |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 257392

Page 4 of 11

## B. GENERAL TERMS

1. **Customer Definition.** For purposes of this Ordering Document, Customer shall be defined as Hewlett-Packard Company and its Subsidiaries and Affiliates, worldwide. Subsidiaries and Affiliates shall be defined as the following: (i) any current and future U.S. entity controlled by or under common control by Customer, through ownership or control of at least fifty percent (50%) of the voting power of the shares or other means of ownership or control, provided that such control continues to exist or (ii) any current and future non-U.S. entity which is controlled directly or indirectly through the maximum percentage of ownership or control as dictated by the local country law, provided that such control continues to exist ("Subsidiaries and Affiliates"). Customer warrants that it has the authority to bind its Subsidiaries and Affiliates who are the Programs granted herein to the terms of this Ordering Document and Agreement and further warrants that Customer shall be responsible for any breach related to such use of the Programs by its Subsidiaries and Affiliates.

2. **Technical Support.** Technical Support consists of Update Subscription Service, Product Support and/or other technical support services you may have ordered. Fees for Technical Support are due and payable quarterly in advance. Technical Support are effective upon shipment or upon the Effective Date of this Ordering Document if shipment is not required. Technical Support (excluding Premium Services Support) acquired with this order may be renewed annually and for the initial 4 renewal years the annual Technical Support fee will be $6,545,390. The Technical Support fee for the subsequent 2 renewal years will not increase by more than 5% over the prior year's fees.

   The Technical Support fees stated herein shall be for Technical Support services provided from Oracle's local country support centers, where commercially available, to the Customer's technical contacts located in the following locations: _____ Local country Technical Support services shall be provided to Customer's designated technical contacts in the local native language during the local country's normal business hours. Technical Support services provided outside of normal business hours shall be routed to Oracle's global support centers whereby Technical Support services shall be provided in English (except in countries where 24x7 Technical Support is made available locally).

   For any Updates to the Programs provided under the Ordering Document, Oracle shall, upon Customer's request, deliver to the Customer Locations provided herein one Update copy. Localized versions of the Updates shall be administered and delivered from the appropriate local country support center. Customer is responsible for contacting the appropriate local country support center to request a localized version copy of the Update.

DJNNETT.22A724: 02/21/2001

[02/02/01 PL.]

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 257393

Page 5 of 11

3. **Miscellaneous.** The Shipment Summary included with this Ordering Document specifies the CD Pack and/or Programs on the particular computer operating system requested by Customer, which have been shipped to Customer. Customer acknowledges Oracle has delivered to the Customer Location 1 copy of the software media and 1 set of Documentation (in the form generally available) for each Program currently available in production release as of the Effective Date below. Customer shall be responsible for installation of the software. All fees due under this Ordering Document shall be non-cancelable and the sums paid nonrefundable, except as provided in the Agreement. Customer agrees to pay applicable media and shipping charges. Provided Customer continuously maintains Update Subscription Service, additional CD Pack for the programs provided under this Ordering Document may be ordered through the Oracle Store at the standard CD Pack price. If Customer loses or damages the media containing a Program licensed hereunder, upon Customer's written notice Oracle will provide a replacement copy thereof, under Oracle's then-current Technical Support policies, for a media and shipping charge. The following shipping terms shall apply: FOB Shipping Point, Prepaid and Add. These terms shall also apply to any options exercised by Customer. For purposes of this Ordering Document, Applications and/or Tools Programs may also include any source code Oracle may provide as part of its standard shipment of such Programs, which source code shall be governed by the terms of the Agreement.

Additional Programs may be included with Customer's order which Customer may use for trial purposes only. Customer shall have 30 days from the delivery date to evaluate these Programs. Any use of these Programs after the 30 day trial period shall require Customer to obtain the applicable license. Programs licensed for trial purposes are provided "as is" and Oracle does not provide technical support or any warranties of any kind for these Programs.

## C. OTHER

1. **Personnel.** For purposes of this Ordering Document, "Personnel" shall be defined as all full-time, part-time, temporary employees of Customer and all contractors and consultants authorized by Customer to use the Program. Customer acknowledges and agrees that the Personnel License Type Programs are for internal use only.

2. **Territory.** The "Territory" shall be defined as Customer facilities worldwide, subject to U.S. export laws. Customer may only access and use the programs in the Territory.

3. **Additional Programs.** For a period of 5 years from the Effective Date, Customer may acquire the Programs specified below by paying Oracle the additional license fees as specified below provided such Programs are available in production release when ordered. Customer may also acquire first year Product Support and/or first year Update Subscription Service for such programs by paying Oracle the fees specified below. Technical Support acquired for Additional Programs may be renewed annually and for the initial 2 renewal years the annual Technical Support fee will not increase more than 5% over the prior year's fees. Upon Customers exercise of this option, where shipment is required, Oracle shall deliver the programs to Customer pursuant to the Miscellaneous section above.

DRO-NETT.224174.02/28/2001

(02/02/01 P.L.)

@011
@006
P.6

Page 6 of 11

| Program | License Type | Quantity | License Fee | First Year Product Support Fee | First Year Update Subscription Service Fee |
|---|---|---|---|---|---|
| Oracle Database Personal Edition | Named User - Single Server | 1 | $36.00 | $3.12 | $6.65 |
| Oracle Database Lite | Named Users - Single Server | 1 | $42.00 | $2.41 | $1.14 |
| Advanced Security | Named User - Multi Server | 1 | $21.00 | $1.20 | $2.57 |
| Management Pack for SAP R/3 | Named User - Multi Server | 1 | $7.00 | $0.40 | $0.83 |
| Spatial | Named User - Multi Server | 1 | $64.00 | $3.56 | $7.33 |
| Internet Application Server Wireless | Named User - Multi Server | 1 | $11.00 | $0.97 | $2.08 |
| Internet Developer Suite | Named User - Multi Server | 1 | $799.00 | $60.83 | $86.78 |
| Discoverer Desktop Edition | Named User - Multi Server | 1 | $141.00 | $8.12 | $17.25 |
| SQL*Plus | Named User - Multi Server | 1 | $88.00 | $5.06 | $10.77 |
| Programmer | Named User - Multi Server | 1 | $177.00 | $10.19 | $21.66 |
| Open System Gateways | Computer | 1 | $2,110.00 | $122.69 | $260.71 |
| Mainframe Integration Gateways | Computer | 1 | $11,690.00 | $777.02 | $1,651.17 |
| Enterprise Integration Gateways | Computer | 1 | $13,490.00 | $777.62 | $1,651.17 |
| Email Server | Named User - Multi Server | 1 | $3.00 | $0.17 | $0.36 |
| Internet Directory | Universal Power Unit | 1 | $7.00 | $0.40 | $0.85 |
| Email Server | Named User - Multi Server | 1 | $3.00 | $0.17 | $0.36 |
| Message Broker | Named User - Multi Server | 1 | $17.00 | $0.97 | $2.08 |
| Warehouse Builder | Universal Power Unit | 1 | $4.00 | $0.23 | $0.48 |
| Pure Name and Address | Universal Power Unit | 1 | $4.00 | $0.21 | $0.48 |
| Geocode | Universal Power Unit | 1 | $1.00 | $0.06 | $0.12 |
| Oracle Data Mining Suite | Universal Power Unit | 1 | $7.00 | $0.40 | $0.85 |
| Express Server | Named User - Multi Server | 1 | $283.00 | $16.30 | $34.63 |
| Express Analyzer | Named User - Multi Server | 1 | $105.50 | $6.10 | $12.97 |
| Express Objects | Named User - Single Server | 1 | $780.00 | $40.83 | $86.78 |
| Internet Application Server Enterprise Edition | Named User - Multi Server | 1 | $35.50 | $2.04 | $4.35 |

4. **Annual True Up.** On each anniversary of the Effective Date, or within 30 days of completing the acquisition of a company that increases Customers Personnel by greater than 5%, Customer and Oracle shall work together in good faith to determine the quantities of the Programs required to be licensed by Customer. Within 60 days of each anniversary date or the acquisition closure date, Customer shall place an order for any additional Program licenses that are determined to be needed. As a result of the Annual True Up, if Customer's Personnel decreases by greater than 1,000 Personnel, Customer and Oracle will use their best efforts to revise and agree upon a fair and reasonable fee structure for Software Support Services. Oracle shall not be required, based on any notice of adjustment or decrease in the number of Personnel, to refund any amounts previously paid to Oracle for Technical Support. If Customer elects to lower their support payments to Oracle due to a decrease in the number of Personnel, the associated Personnel Program licenses shall be terminated. For 5 years from the Effective Date, provided Customer has

(02/02/01 P.L.)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 257395

continuously maintained Technical Support. Customer may increase the quantity Personnel accessing the Programs on this Ordering Document ("Additional Personnel Increment") by paying Oracle the additional license and first year Product Support and first year Update Subscription Service fees as specified below. Technical Support acquired for each Personnel Increment may be renewed annually and for the initial 2 renewal years the annual Technical Support fee will not increase more than 5% over the prior year's fees. Customer acknowledges and agrees that any Program licenses acquired under this Section 4 are for internal use only.

**Personnel Increment**
**5,000**

| Program | License fee per each Additional Personnel Increment | First Year Product Support each Additional Personnel Increment | First Year Update Subscription Service Fee per each Additional Personnel Increment |
| --- | --- | --- | --- |
| Oracle Database Enterprise Edition | $1,240,000 | $71,424 | $151,776 |
| Parallel Server | | | |
| Partitioning | | | |
| Diagnostic Management Pack | | | |
| Tuning Management Pack | | | |
| Change Management Pack | | | |

Oracle has no shipment obligation. Upon payment, this obligation is noncancelable, and the sum paid is nonrefundable, except as provided for in the Agreement. Applicable sales tax will te added to the fee at the time of payment, the time of election. Customer may obtain Technical Support from Oracle for a Personnel Increment ordered pursuant to this option at Oracle's applicable Technical Support fees specified above.

5. **Additional License Increments.** For a period of 5 years from the from the Effective Date, provided Customer has continuously maintained Technical Support, Customer may increase the quantity of each applicable License Type accessing the Programs on this Ordering Document ("Additional License Increment") by paying Oracle the additional license and first year Product Support and first year Update Subscription Service fees as specified below. Technical Support acquired for Additional License Increments may be renewed annually and for the initial 2 renewal years the annual Technical Support fee will not increase more than 5% over the prior year's fees. Customer and Oracle agree that Customer may use both Universal Power Unit or Named User - Multi Server Program License Types acquired under this Ordering Document for extranet use provided Customer's usage does not exceed the number of Program licenses Customer has acquired from Oracle.

DIINNETT 224329;3272870001

(0202/01 P.L.)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER   NDCA-ORCL 257396

03/01/01  THU 01:56 FAX 65...06 7399        DMD                                    @013
02/28/2001 22:06 FAX 650 833 1097        ORACLE LEGAL                              @008
02/28/01  21:44 FAX                      FIELD SALES SUPPORT                       P.8
                        Hewlett-Packard                    650-857-2905

Page 3 of 11

| Program | License Type | License Increment | License Fee per each Additional License Increment | First Year Product Support Fee per each Additional License Increment | First Year Subscription Service Support Fee per each Additional License Increment |
|---|---|---|---|---|---|
| Oracle Database EE | Universal Power Unit | 1,000 | $31,200 | $1,297 | $3,819 |
| Parallel Server | | | | | |
| Partitioning | | | | | |
| Diagnostic Management Pack | | | | | |
| Tuning Management Pack | | | | | |
| Change Management Pack | | | | | |

| Program | License Type | License Increment | License Fee per each Additional License Increment | First Year Product Support Fee per each Additional License Increment | First Year Subscription Service Support Fee per each Additional License Increment |
|---|---|---|---|---|---|
| Oracle Database EE | Named User - Multi Server | 100 | $24,850 | $1,401 | 13,041 |
| Parallel Server | | | | | |
| Partitioning | | | | | |
| Diagnostic Management Pack | | | | | |
| Tuning Management Pack | | | | | |
| Change Management Pack | | | | | |

Each order placed for Additional License Increments must be at least $24,850 in net license fees; applicable sales tax will be added to the fee. All applicable fees shall be due and payable and 35 from receipt of invoice. Customer must notify Oracle in writing of its exercise of this option; Oracle has no shipment obligation. Upon election, this payment obligation is non-cancellable, and the sum paid is nonrefundable, except as provided for in the Agreement.

At the time of election, Customer must be current on its Technical Support payments and Customer may obtain Technical Support Services from Oracle for an Additional License Increment ordered pursuant to this option at Oracle's applicable Technical Support fees specified above. During the 5 year period specified in this Section, Technical Support shall be provided pursuant to Oracle's policies in effect as of the Effective Date. Thereafter, Customer may obtain Technical Support services from Oracle under Oracle's applicable Technical Support fees and policies in effect when such services are ordered.

DI0NNETL224J34.01/28/2001

(02/02/01, P.L.)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        NDCA-ORCL 257397

Page 9 of 11

6. **Credit for Terminated Licenses.** In consideration for terminating all of Customer's technology Program licenses located worldwide and application Customer Service Identification ("CSI") numbers 1721185, 1135587, 1135886, 1193597, 1860187 and 2265414 as of the Effective Date Customer shall receive a credit toward the licenses fees due under this Ordering Document provided the invoices for such licenses have been paid in full. This license credit is reflected in the net license fees in Section A above. Customer acknowledges and agrees that this credit includes all credit due Customer for technology Program licenses previously acquired by Customer from Oracle and that upon execution of this Ordering Document all of Customer's existing technology CSI's will be terminated and no other technology Technical Support invoices will be due. The support fees due under this Ordering Document shall be reduced by the amount of unused Technical Support associated with these Program licenses, provided the invoices for such Technical Support have been paid in full. This credit for unused Technical Support is reflected in Section A above is valid until February 28th, 2001.

7. **Support Renewal Invoicing.** When Customer chooses to renew the Technical Support for the Programs licensed under this Ordering Document, Oracle will use commercially reasonable efforts to ensure that Customer only receives one invoice for each such renewal.

## D. DEFINITIONS

1. **Universal Power Unit.** For the purposes of this Ordering Document, Universal Power Unit shall be defined as one unit of platform dependent processing power. To determine the number of UPUs required for each Intel/CISC or Intel/CISC compatible processor, multiply the total number of MHz on which the Programs are installed by a factor of 1.0. To determine the number of UPUs required for each RISC or RISC compatible processor (including Intel/RISC), multiply the total number of MHz on which the Programs are installed by a factor of 1.5. To determine the number of UPUs required in a mainframe environment, multiply the total number of MIPS on which the Programs are installed by a factor of 24. The total number of UPUs is determined by adding together the number of UPUs for all computers. Programs licensed on a UPU basis may be accessed by Customer's internal users and by third party users via internet networking protocols.

2. **Application User.** For the purposes of this Ordering Document, Application User shall be defined as an individual authorized by Customer to use the application Programs which are installed on a single server or on multiple servers regardless of whether the individual is actively using the Programs at any given time.

3. **Named User - Multi Server.** For the purposes of this Ordering Document, Named User - Multi Server shall be defined as an individual authorized by Customer to use the Programs which are installed on multiple servers, regardless of whether the individual is actively using the Programs at any given time. A non human operated device will be counted as a Named User - Multi Server in addition to all individuals authorized to use the Programs, if such devices can access the Programs. If multiplexing hardware or software (e.g., a TP monitor or a web server product) is used, this number must be measured at the multiplexing front end.

DBNNETT.E24204 (02/28/2001)

(02/07/01 P.L.)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 257398

03/01/01  THU 01:57 FAX 65_ _06 7399          DMD                                    ☒015
02/28/2001 22:09 FAX 650 833 1097        ORACLE LEGAL                        ☒010
02/28/01  21:48 FAX                      FIELD SALES SUPPORT                 p.10
                          Hewlett-Packard                    650-857-2905

Page 10 of 11

4. **Named User - Single Server**: For the purposes of this Ordering Document, Named User - Single Server shall be defined as an individual authorized by Customer to use the Programs which are installed on a single server, regardless of whether the individual is actively using the Programs at any given time. A non human operated device will be counted as a Named User - Single Server in addition to all individuals authorized to use the Programs, if such devices can access the Programs. If multiplexing hardware or software (e.g., a TP monitor or a web server product) is used, this number must be measured at the multiplexing front end.

5. **Personnel**: For purposes of this Ordering Document, "Personnel" shall be defined as all full-time, part-time, temporary employees of Customer and all contractors and consultants authorized by Customer to use the Program. Customer acknowledges and agrees that the Personnel License Type Programs are for internal use only.

6. **Computer**: For the purposes of this Ordering Document, Computer shall be defined as the computer on which the Programs are installed. A Computer license allows Customer to use the licensed Program on a single specified computer.

Customer and Oracle agree that the *terms and pricing of this Ordering Document shall not be disclosed without the prior written consent of the other party. This quote is valid through February 28th, 2001 and shall become binding upon execution by Customer and acceptance by Oracle.*

HEWLETT PACKARD COMPANY                      ORACLE CORPORATION

Signature: _____               Signature: _____

Name: SEAN HICKEY                          Name: SHELLEY S. CURTIS

Title: VP+CIO BCO                           Title: ASSISTANT GENERAL COUNSEL

Effective Date: 2/28/01

DJINNETT 224124.02/28/2001

(02/02/01 FLC)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 257399

03/01/01  THU 01:57 FAX 650 06 7399      DMD                                    @016
02/28/2001 22:09 FAX 650 833 1087      ORACLE LEGAL                             @011
02/28/01  21:46 FAX                    FIELD SALES SUPPORT
                        Howlett-Packard              650-857-2905       P.11

SHIPMENT SUMMARY:

CD PACK

N/A

PROGRAMS

Programs previously shipped

CD NUMBER

DIIRNETT.22412A 02/28/2001

(02/02/01 P.L.)

Page 11 of 11

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER       NDCA-ORCL 257400

02/28/01  21:46 FAX          FIELD SALES SUPPORT         650-857-2905          ⌀012
                    Hewlett-Packard                                            p.12

 

ORACLE

# ATTACHMENT ONE TO ORDERING DOCUMENT
# PREMIUM TECHNICAL SUPPORT SERVICES

**Customer Name:**   **Hewlett Packard Company**
**Customer Location:**   **300 Hanover Street, MS 20CG**
                         **Palo Alto, CA  94304**

1. This Premium Technical Support Services Ordering Document (the "Ordering Document") shall be governed by the terms of the Software License and Services Agreement dated February 23, 1994 (the "Agreement") between Hewlett Packard Company("Customer") and Oracle Corporation ("Oracle"). Oracle shall provide Premium Technical Support Services ("Services") acquired under this Ordering Document only at Customer facilities in the United States listed in Section C.1. below.

## A.   SERVICES

1.   <u>Description of Services</u>
Oracle Support Services ("OSS") shall provide the Services specified below to Customer for the Term:

Program Updates
Patches
General maintenance releases
Selected functionality releases
Documentation updates
Transfer rights (as specified in Oracle's Transfer Policies at the time of such transfer)
Assistance with TARs 24 hours per day / 7 days a week
Access to OracleMetaLink - web-based customer support system
Ability to log TARs through OracleMetaLink
Non-technical Customer service during normal business hours (e.g., assistance with support identifiers, assistance with logging into OracleMetaLink)

<u>Focused Analyst Team</u>
OSS will provide a private toll free number for Customer to access the Focused Analyst Team, which responds to Customers' Technical Assistance Requests (TARs). Access shall be available twenty-four (24) hours per day, seven (7) days per week, as follows: All calls placed during the normal business day, excluding Oracle holidays, shall be answered by the Focused Analyst Team. During the normal business day, the Focused Analyst Team, at its discretion, may route Severity 3 and 4 TARs to the Product Support group. The normal business day shall be defined as 8:00 A.M. to 7:00 P.M. MST, or 7:00 a.m. to 6:00 p.m. PST, Monday through Friday. All calls outside of this time frame shall be routed to the after-hours Product Support group.

If the issue presented by Customer is determined to be a Severity One (1) issue (as defined in Oracle's Technical Support Policies then in effect), the Focused Analyst Team shall be engaged, via pager, to participate in the diagnosis and resolution of the issue. Customer shall designate two (2) primary and four

Page 1 of 8

HP.ijadjuuxii.01/29/01

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 257401

 

(4) backup employees to serve as the Customer technical contacts ("Technical Contacts"). Customer's Technical Contacts shall be the sole representatives with access to OSS and the Focused Analyst Team for technical assistance.

#### Support Account Manager

OSS will provide 20 Service Day for a Support Account Manager, who will have responsibility for coordination of the Services under this Order Form and shall act as a the primary point of contact with Customer. The Support Account Manager will escalate critical support issues within OSS as appropriate, conduct quarterly Customer reviews of technical assistance requests (TARs) and of the Services performed with Customer's Team, assist Customer in locating the appropriate OSS resources to address TARs and assist Customer in reviewing Oracle's current product functions and service offerings. The Support Account Manager may assist Customer with one or more of the following (the "Services"):

- Technical Assistance Request (TAR) review and analysis:
    - investigation of recent TAR reports
    - TAR filing, tracking and reporting
    - recommendations designed to minimize future TARs
- Establish appropriate procedures and guidelines to pursue, track and document Technical Assistance Requests (TARs).
- Monitor Technical Assistance Requests (TARs) and communicate status to Customer's designated Technical Support Contacts.
- Communicate critical support issues identified by Customer to Oracle Support.
- Assist in maintaining Oracle and Customer Support contact(s) list.
- Assisting Customer in reviewing Oracle's current Support service offerings.
- Conduct quarterly account reviews
- At Customer's request, attend Customer IT planning meetings
- Escalation management for severity 1 Oracle TARs

For each Service above that contains a designated number of Service Days, an OSS Technical Support Engineer will provide up to the specified number of Service Days of assistance during the Term. For purposes of this Ordering Document, a "Service Day" shall be defined as: up to 8 hours per day from 8:00 a.m. to 5:00 p.m. (in Customer's time zone in the U.S.), Monday to Friday, excluding Oracle holidays. Customer and Oracle shall schedule Services of the Technical Support Engineer at least one week in advance; scheduling of the Technical Support Engineer is subject to availability of a Technical Support Engineer.

Services under this Ordering Document do not include data conversion or custom coding. The services shall be performed in accordance with Oracle's Technical Support Policies in effect on the Effective Date of this Ordering Document.

### B.    FEES AND PAYMENTS

1.    Premium Technical Support Services Fee
Customer may obtain Premium Technical Support Services for up to 1 year from the Effective Date. Premium Support Fees are as described in Section A of the Ordering Document

Page 2 of 8

HP-ij4/Jfnnct/L01/29/01

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 257402

 

02/28/01  21:47 FAX

FIELD SALES SUPPORT
Hewlett-Packard

6S0-867-2905

☑014
P.14

The Fee does not include taxes or expenses, which shall be invoiced separately, and does not include fees for products and/or Services provided by any group other than OSS.

The Fee shall be due and payable annually in advance, net thirty (30) days from date of invoice, and shall be non-cancelable and the sum paid nonrefundable.

2. **Term**
The Term of this Ordering Document shall be 12 months from the Effective Date or, where delivery of Services will not commence on the Effective Date, 12 months from the Commencement Date.

## C.   SUPPORTED PROGRAMS

1. **Program Set**
Oracle shall provide Services listed in Section A.1, above only with respect to the Programs licensed under SLSA-6057-23-Feb-1994, which are listed in the chart directly below (the "Program Set"), and only at the following Customer facilities in the United States: 300 Hanover Street, Palo Alto, CA 93404

| Programs | Quantity | License Level | License Type |
|---|---|---|---|
| Oracle Database Enterprise Edition | 120,000 | Full | Personnel |
| Parallel Server | 120,000 | Full | Personnel |
| Partitioning | 120,000 | Full | Personnel |
| Diagnostic Management Pack | 120,000 | Full | Personnel |
| Tuning Management Pack | 120,000 | Full | Personnel |
| Change Management Pack | 120,000 | Full | Personnel |
| Internet Application Server Enterprise Edition | 120,000 | Full | Personnel |
| Oracle Database Enterprise Edition | 100,000 | Full | Universal Power Unit |
| Parallel Server | 100,000 | Full | Universal Power Unit |
| Partitioning | 100,000 | Full | Universal Power Unit |
| Diagnostic Management Pack | 100,000 | Full | Universal Power Unit |
| Tuning Management Pack | 100,000 | Full | Universal Power Unit |
| Change Management Pack | 100,000 | Full | Universal Power Unit |
| Internet Application Server Enterprise Edition | 100,000 | Full | Universal Power Unit |
| Internet Application Server Enterprise Edition | 9,826 | Full | Named User-Multi Server |
| Internet Developer Suite | 1,183 | Full | Named User-Multi Server |
| Discoverer Plus | 1,022 | Full | Named User-Multi Server |
| SQL*Plus | 1,688 | Full | Named User-Multi Server |
| Programmer | 826 | Full | Named User-Multi Server |
| Open System Gateway | 14 | Full | Computer |
| Express Server | 272 | Full | Named User-Multi Server |
| Express Analyzer | 125 | Full | Named User-Multi Server |
| Express Objects | 6 | Full | Named User-Multi Server |
| Advanced Security | 100 | Full | Named User-Multi Server |
| Financials & Sales Analyzers | 60 | Full | Application User |
| Oracle Database Personal Edition | 68 | Full | Named User-Single Server |

Page 3 of 8

HP g4djinacit.01/29/01

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 257403

☑019

ORACLE LEGAL
DND

02/28/2001 22:10 FAX 650 833 1081
03/01/01  THU 01:58 FAX 650 506 7399

 

Nothing in this Ordering Document shall be construed to expand any license conferred under a separate ordering document.

### D.  ADDITIONAL TERMS

1. **Segmentation**
   Customer acknowledges that the Services acquired hereunder were bid by Oracle separately from any Oracle Program licenses. Customer understands that it has the right to acquire Services without acquiring any Oracle Program licenses, and that Customer has the right to acquire the Services and any Oracle Program licenses separately.

2. **Customer Obligations**
   The Description of Services and Fee set forth in this Ordering Document are based upon information Customer has presented to Oracle and upon Customer's performance of the following::

   i. Acquire licenses for the necessary Oracle software prior to commencement of Services;
   ii. Ensure the availability and reliability of the hardware, operating system, and supporting equipment for the duration of the Term;
   iii. Form a team comprised of members of Customer's staff to provide project oversight. The Team shall be formed prior to commencement of Services;
   iv. Provide adequate systems support to OSS during the delivery of Services. This includes, but is not limited to, providing adequate system backup, monitoring and tuning to ensure the integrity of Customer's hardware and software environments;
   v. Provide OSS with adequate workspace, computer resources, and normal equipment and business supplies for the duration of work under this Ordering Document (e.g. desks, PCs or terminals, telephones, modem lines, copiers, printers, facsimile machines, word processing, and spreadsheet software);
   vi. Compile and provide OSS a Premium Technical Support Services Contact Guide comprised of a list of relevant contacts indicating their areas of responsibility within Customer's organization. The information contained in the Contact Guide shall be updated as necessary at review meetings during the Term;
   vii. Provide OSS with a Configuration Guide, prior to commencement of Services under this Ordering Document, which shall include the following:
      - A description of Customer's hardware system(s)
      - A description of Customer's database system(s)
      - A description of Customer's application(s) and their requirements
      - Current software versions installed
      - Important patches installed
      - Dial-in procedures
   viii. Inform the Solution Support Manager or the Solution Support Center Analyst(s) in a timely manner of any pending scheduled upgrades (including the application of Oracle patches) specific to the Program Set listed in Section C.1 of this Ordering Document or any other modifications of the hardware and/or software environment that could affect performance of the Program Set.
   ix. Provide OSS remote dial-in access to Customer's computer systems as necessary for OSS to perform the Services specified in this Ordering Document.

HP:\j4djinnett.01/29/01

02/28/2001 22:10 FAX 650 633 1097      ORACLE LEGAL
03/01/01 THU 01:58 FAX 650 506 7399      DMD
☑020

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 257404

 

Customer acknowledges that its timely provision of and access to Customer operations, documentation, equipment, assistance, complete and accurate information and data from its officers, agents, and employees (collectively, "Cooperation"), as well as fulfillment of the obligations specified above, are essential to the performance of the Services set forth in this Ordering Document and that Oracle shall not be liable for any deficiency in performing Services if such deficiency results from Customer's failure to provide Cooperation or meet its obligations under this Ordering Document. In addition, Customer agrees to allow Oracle to post, at any site at which Services are performed, any documents necessary for Oracle to provide Services in compliance with the law.

3.   **Change Order**
In order to make a change to the Description of Services in this Ordering Document, Customer shall submit a written request to Oracle specifying the proposed changes in detail. Oracle shall submit to Customer an estimate of the charges and the anticipated changes in the delivery schedule that may result from the proposed change in Services (Change Order). Oracle shall continue performing the Services in accordance with the Ordering Document until the parties agree in writing on the change in scope of work, scheduling, and fees therefor. Any Change Order shall be agreed to by the parties in writing prior to implementation.

4.   **Confidentiality**
Customer and Oracle agree that the terms and pricing of this Ordering Document are confidential and shall not be disclosed without prior written consent of the other party.

5.   **Rights to Developments**
Oracle grants to Customer a perpetual, non-exclusive, non-transferable, royalty-free, license to use anything developed by Oracle for Customer under this Ordering Document ("Contract Property"). Oracle shall retain all copyrights, patent rights, and other intellectual property rights to the Contract Property.

6.   **Compensatory Tax**

Page 5 of 8

HP:j44jimmen.01/29/01

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 257405

@021

 

The parties acknowledge that temporary living reimbursements to Oracle employees may be deemed compensatory under federal, state, and local tax laws if such employee's assignment in a particular location will exceed or has exceeded one (1) year. Where reasonably possible, Oracle will plan with Customer to limit the duration of such employee's assignment in a particular location to less than one (1) year. If Customer's requirements are such that it becomes necessary for an individual's services in a particular location to continue for one (1) year or more and as a result such individual's living expenses are deemed compensatory for tax purposes, then Customer agrees to pay Oracle the amount of additional compensation provided to such Oracle employee to compensate for taxes imposed therefor.

This quote is valid through February 28, 2001 and shall become binding upon execution by Customer and acceptance by Oracle.

HEWLETT PACKARD COMPANY    ORACLE CORPORATION

Signature: _____       Signature: _____
                                           SHELLEY B. CURTIS
Name: _____SEAN HICKEY_____       Name: ASSISTANT GENERAL COUNSEL

Title: ____VP + CIO  ECo/HP____    Title: _____

Effective Date: ___2/28/01___

Commencement Date: _____

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 257406

Premium SUPPORT IDENTIFICATION ATTACHMENT

Oracle Support Administrator
        Name:
        Address
        Telephone:
        Fax:

Oracle Support Account Manager
        Name:
        Address:
        Telephone:
        Fax:

Customer Billing Accounts Payable Contact
        Name:
        Address:
        Telephone:
        Fax:

Customer Project Manager
        Name:
        Address:
        Telephone:
        Fax:

Purchase Order No. _____
or
Purchase Order Exception Acknowledgement.

Customer agrees to pay for Services performed under this Ordering Document, as specified in the
Ordering Document and/or Agreement without a purchase order.

Tax Information
        ___ (1) Exempt (Attach Tax Exemption Form)
        ___ (2) Non-exempt

_____                    _2/28/02_____
Customer Authorized Signature                    Date

_SEAN HICKEY_____                                _VP + CIO  Eco/HP_
Customer Name (please print or type)             Title


HP.(jadjmment.01/29/01)                                          Page 7 of 8

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 257407



03/01/01  THU 01:59 FAX 650 506 7399        DMD
03/01/01  THU 00:04 FAX 650 633 2280        ORACLE FINANCING DIV.                        @024

ORACLE | Credit Corporation    500 Oracle Parkway  MS LGN-1      Main Fax        (650) 633-0804
                               Redwood Shores, CA 94065          Alternate Fax   (650) 506-7392

                               Federal/Municipal  Nancy Coquioco   (650)-506-1742
                               Central/East        Keller McIntyre  (650)-607-2686  ———X
                               West/ISD            Lizzy Ortiz      (650)-633-8592

ATTENTION:    David Jinnett 650.633.0134

              "URGENT"

TOTAL NUMBER OF PAGES (INCLUDING COVER): 2

MESSAGE:      BOOKING APPROVAL INSTRUCTIONS

Following please find the counter-signed financing documents for  Hewlett-Packard Company

*Any fields not mentioned here should match the standard Oracle Net 30 entry.*

**PO:**

Please Enter the following in the PO field:  "OCC4417"    No spaces please!!

**ORDER TYPE:**    OE = "OCC Ship" or "OCC No Ship"

**ORDER NUMBERS:**       Provide ORDER# upon booking!!

Please forward (email or voicemail) IMMEDIATELY upon booking.  <- IMPORTANT

## PAYMENT DISCOUNT INFORMATION:

!!!PLEASE ENTER PAYMENT DISCOUNT IN ORDER ENTRY'S PAYMENT DISCOUNT
FIELD (COMMENTS SCREEN)!!!

The payment discount on this deal is $XX.  #1,247,3 00

SUPPORT:      [ ] *Annually in Advance*
              [ ] *Quarterly in Advance*
              [X] *Not financed Bill Customer Directly*

CD PACKS:     [X] *Not financed Bill Customer Directly*

[ ]  **ORIGINAL FINANCING DOCUMENTS REQUIRED**

       Please Forward to OCC by

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        NDCA-ORCL 257408

03/01/01  THU 02:00 FAX 65 306 7399         DMD

03/01/01  THU 00:04 FAX 650 633 2280        ORACLE FINANCING DIV.                    ☐025
02/28/01  WED 20:35 FAX 650 633 1750        Linda Altamirano                         ☐001

:nt By: HP LaserJet 3100;                   8508522989;          Feb-28-01  8:44PM;      Page 19/22

# ORACLE®

## Oracle Term License Lease Schedule
### (Oracle Product) No.   2

Page 1 of 1

| Customer: | Hewlett-Packard Company | Executed by Customer (authorized signature): |
|---|---|---|
| Address: | 3000 Hanover Street | By: |
| | Palo Alto, CA 94304 | Name: SEAN HICKEY |
| Contact: | | Title: VP + CIO RCP/HP |
| Phone: | Email Notice: | Executed by Lessor/Supplier: Oracle Corporation |
| Order, | cfated | By: |
| Agreement: | dated | Name: KEN YORA |
| PPA No.: | 1759 | dated 27-Aug-98 | Title: VICE PRESIDENT |
| | | Payment Schedule Effective Date: |

| System: | | Payment Schedule | Payment Amount | Due Date |
|---|---|---|---|---|
| Software: | $16,752,700 | | 4 @ $4,080,177 | 15-May-01, 15-Aug-01, 15-Dec-01 and |
| Support: | | | | 15-Mar-02 |
| Education: | | | | |
| Other: | | | Four (4) equal payments due and payable as set forth above |
| System Price: | $16,752,700 | | | |

| License Term: | 12 months | Purchase Price: | $1,679,292 due 15-Apr-02 | Renewal Terms: |
|---|---|---|---|---|

[dense paragraph text — terms and conditions including End of Term Options, Purchase Option, Renewal Option, Return Option]

Optional (if this box is checked):

[Alliance Member section]

| Alliance Member: | Contact: |
|---|---|
| Address: | Phone: |

[Two-column dense body text of terms and conditions, including sections:]

A. LICENSE TERM; TRANSFER OF RIGHTS
B. PAYMENT OF SYSTEM PRICE
C. RIGHTS AND REMEDIES
D. END OF TERM OPTIONS
E. ADMINISTRATIVE

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 257409

03/01/01  THU 02:00 FAX 65...06 7399          DMD                                    @026
02/28/2001 22:12 FAX 650 633 1097          ORACLE LEGAL                              @021
02/28/91  21:31 FAX                        FIELD SALES SUPPORT      650-857-2905     P.21
                                Hewlett-Packard

# PURCHASE REQUISITION ** THIS IS NOT A PURCHASE ORDER

Resale Number SY-GH-98-039144    Are there any Y2K issues with this order? Yes ☐ No ☒
For Resale Yes ☐ No ☒    Capital Asset Yes ☐ No ☒    Ship via: Will Call ☐   Vendor ☐  UPS ☐  Fed Ex ☐  Other Support

**Order No.**

Suggested Vendor:   Oracle

Ship To:
☐ 100 Mayfield Ave., Mt. View, CA 94043
☐ 333 Logue Ave., Mt. View, CA 94043
☐ 650 E. Middlefield Ave., Mt. View, CA 94043

Address:   500 Oracle Parkway

Contract Yes ☒ No ☐
If yes, refer to the Terms and Conditions of contract #SLSA
407-23-FEB-94

City, State & Zip Code:  Redwood Shores, Ca, 94065

Salesperson:   Kelley Kinney
Are there any known relationships between the initiator of the requisition and the supplier that might constitute a conflict of interest as defined in the HP Standards of Business Conduct?  Yes ☐ No ☐   If Yes, GM signature required.

Telephone # 650-506-5652 FAX #650-633-3753

| | Year | Description | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 673261500 | Description: 1st Year's Support/Maintenance Fees - Technology Agreement governed under SLSA 697-23-FEB-94 and Ordering Document. | 278001 | Sean Hickey | 37MY | 1410 SUB-QR | 0000-0000 |
| 2 | | | Effective Date: February 28, 2001 Annual Amount: $6,732,615.00 Quarterly Payment Schedule: | | | | | |
| 3 | | | 1st Payment of $1,683,153.75 Due - Net 35 days from receipt of invoice 2nd Payment of $1,683,153.75 Due - May 28, 2001 | | | | | |
| 4 | | | 3rd Payment of $1,683,153.75 Due - August 28, 2001 4th Payment of $1,683,153.75 Due - November 28, 2001 | | | | | |
| 5 | | | This is a Non-Taxable Order | | | | | |
| 6 | | | | | | | | |

Approved by signature:    Sean Hickey    Printed:
Approved by signature:    Printed:
Approved by signature:    Printed:

2/28/01

03/01/01   THU 02:01 FAX 65█ █06 7399          DMD                                    █022   ☒027

02/28/2001 22:13 FAX 650 633 1097      ORACLE LEGAL                                   ☒022

02/28/01   21:51 FAX _____   FIELD SALES SUPPORT      650-857-2905         P.22

Hewlett-Packard

Approved by signature: _Sean Hickey_
Printed : _Sean Hickey_

Approved by signature: _____ 2/08/01
Printed : _____

Approved by signature: _____
Printed : _____

Approved by signature: _____
Printed : _____

Initiated by:Evelyn Small      Ext. 8913780   M/S 37mv

FSG Smart Xchange      Ext. 6613790

Recipient:Evelyn Small

Requisition date 2/24/01

Special Instructions:Karen Montague
for All information on Confined etc.
657-3710                                   Confirming: ☒Yes ☐No

8      7

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 257411

03/01/01  THU 02:01 FAX 650 906 7399          DMD
02/28/2001 22:12 FAX 650 633 1097          ORACLE LEGAL                    ☑028
02/28/01  21:50 FAX _____          FIELD SALES SUPPORT                ☑020
                    Hewlett-Packard                  650-857-2905          P.20

Oracle Corporation                          Purchase Order Exception Form (POEF, 10/89)

**NOTE TO OUR CUSTOMER:** We value your business and want to give you quality service. To ensure that your products and invoices are delivered to the correct locations we normally process your order after receipt of a purchase order. When your purchase order is not available we ask you to complete this form to provide us with the information we need to process your order correctly. Thank you.

LEGAL CUSTOMER NAME  HEWLETT- PACKARD COMPANY

| SHIPPING ADDRESS | BILLING ADDRESS |
|---|---|
| HEWLETT-PACKARD COMPANY | HEWLETT-PACKARD COMPANY |
| 1000 N.E. CIRCLE BLVD. | 3000 HANOVER STREET |
| CORVALLIS, OR | PALO ALTO, CA |
| Shipping contact: JACK STRUKEL | Billing contact: KAREN MONTAGUE |
| Shipping phone: (541) 715-2627 | Billing phone: (650) 857-3718 |

| REFERENCE NUMBERS | ORDER AMOUNT | |
|---|---|---|
| Purchase order number: | | |
| Purchase requisition number: | Software licenses | $ |
| Oracle quote or contract number: | Technical support services | $ 6,732,615.00 |
| | Consulting services | $ |
| **TAX STATUS (check one)** | Education services | $ |
| | Documentation products | $ |
| Taxable: ☐ | BOL Hosting fees | $ |
| Tax-exempt: ☐ (Attach tax certificate) | Total | $6,732,615.00 |

To: Oracle Corporation

I cannot provide a purchase order for the above referenced purchase because (check one):

☐  1) My company does not issue purchase orders and I have completed all sections above

☒  2) I have not received the final purchase order from my company's purchasing department. However, I have completed all sections above and

•  have obtained all necessary approvals to release funds for this purchase and
•  have attached a copy of my purchase requisition to this form and
•  will send the final purchase order to Oracle as soon as it is available

The information I have provided in this form is accurate and I have complied with my company's business practices in making this purchase. This form affirms my company's commitment to pay for the products and services I have ordered.

SEAN HICKEY
_____          _____
Name                              Authorized Signature

VP + CIO, BCO                     2/28/02
_____          _____
Title                             Date

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 257412

03/01/01  THU 02:01 FAX 650 506 7399 _____DMD                                    ☑029

**Subject:** [Fwd: [Fwd: **HP Technology Approval - 2nd Request**]]
   **Date:** Thu, 01 Mar 2001 03:37:12 -0600
   **From:** David Jinnet <DAVID.JINNETT@oracle.com>
**Organization:** Oracle Corporation
       **To:** "Duell,Elizabeth" <ELIZABETH.DUELL@oracle.com>

**Subject:** [Fwd: **HP Technology Approval - 2nd Request**]
   **Date:** Thu, 22 Feb 2001 18:01:17 -0800
   **From:** OPIINFO <opiinfo_us@oracle.com>
     **To:** "Jinnett,David" <DAVID.JINNETT@oracle.com>

--
Jay Bailey
OPI Business Practices
916 315 5032 phone
916 315 3027 fax

**Subject:** HP Technology Approval - 2nd Request
   **Date:** Thu, 22 Feb 2001 17:13:28 -0800
   **From:** HQAPP <hqapp@oracle.com>
     **To:** SANDY_SANDERSON_APPR <SANDY.SANDERSON.APPR@oracle com>
     **CC:** OPIINFO <OPIINFO_US@oracle.com>,
         "DeCesare,Michael" <MICHAEL.DECESARE@oracle com>,
         "Kinney,Kelley" <KELLEY.KINNEY@oracle.com>

Increasing the discount to 88% worst case has been approved by LJE.

Monica

**Subject:** Re: HP Technology Approval
   **Date:** Thu, 22 Feb 2001 19:11:41 -0500
   **From:** Sandy Sanderson Approvals <sandy.sanderson_appr@oracle.com>
**Organization:** Oracle Corporation
       **To:** HQAPP <HQAPP@oracle.com>
       **CC:** OPIINFO <opiinfo_us@oracle.com>

approved

OPIINFO wrote:

Please approve the following request.  HQAPP is required.

1.  Increase discount to 88% after financing.  Contract will be drafted
at -87.5

Justification:
The 88% discount is required to maintain deal size of $18M.   Personnel
users will increase from 100,000 to 120,000 (incremental new users after

1 of 17                                                                   03/01/2001 01 54 AM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 257413

☑030
[Fwd: [Fwd: HP Technology Approval - 2nd Request]]

migration increases from 60,000 to 80,000) - iAS has been taken off the
contract.
HP continues to push hard on the discounting issue since the WSJ
article.
Account team feels that these are the final issues to get this closed.


--
Jay Bailey
OPI Business Practices
916 315 5032 phone
916 315 3027 fax


**Subject:** [Fwd: HP Technology Approval]
**Date:** Thu, 22 Feb 2001 15:20:20 -0800
**From:** Kelley Kinney <kelley.kinney@oracle.com>
**Organization:** Oracle Corporation

o: OPIINFO_US <OPIINFO.US@oracle.com>, Mike <michael.decesare@oracle.com>,"Jinnett,David"


Jay - I just got the verbal from Mike to request this approval. The following modifications need to be
added:

* increase the personnel users from 100,000-->120,000 (after migration 60,000-->80,000)
* add 400 users IDS
* remove IAS from the Personnel Licenses and the UPU's
* This would increase the discount from 86% discount to 88% with financing( 87.5% on Licenses).
  Net Fees will remain the same.

HP continues to push hard on the discounting issue since the WSJ article. Feel these are the final issues
to get this closed.
--



--

Kelley Kinney (Busse)
Oracle Corporation
Hewlett Packard Account Manager
650-506-5552 (Office)
415-215-4979 (Mobile)
650-633-3753 (Fax)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 257414

03/01/01   THU 02:02 FAX 650 506 7399          DMD                                    ☑ 031

[Fwd [Fwd: HP Technology Approval - 2nd Request]]

**Subject:** HP Technology Approval
**Date:** Fri, 16 Feb 2001 13:33:57 -0800
**From:** OPIINFO <opiinfo_us@oracle.com>

o: "kelley.kinney@oracle.com" <kelley.kinney@oracle.com>,"Speck,Kurt" <KURT.SPECK@oracle.cc

HQAPP approval below.

--
Jay Bailey
OPI Business Practices
916 315 5032 phone
916 315 3027 fax

---

**Subject:** HP Technology Approval
**Date:** Fri, 16 Feb 2001 12:43:17 -0800
**From:** HQAPP <hqapp@oracle.com>
**To:** SANDY_SANDERSON_APPR <SANDY.SANDERSON.APPR@oracle.com>

**C:** OPIINFO <OPIINFO_US@oracle.com>,EDDEAL_US_APPR <EDDEAL.US.APPR@oracle.com>

This request has been approved by LJE with the following conditions:

#8 - Education needs to approve
#12 - we must state the if their employee count goes down and they want
to decrease support, they must terminate the associated employee
licenses

Rich - we can't go lower on support than 18% of net on this deal.

Monica

---

**Subject:** Re: HP Technology Approval
**Date:** Thu, 15 Feb 2001 19 04:25 -0500
**From:** Sandy Sanderson Approvals <sandy.sanderson_appr@oracle.com>
**Organization:** Oracle Corporation
**To:** HQAPP <HQAPP@oracle.com>
**CC:** OPIINFO <OPIInfo_us@oracle.com>
**References:** <3A8C5449.7E4ACC3C@oracle.com>

approved.

hq, if possible, i would like the flexibility to go a little lower in support as well. with the caveat that for
each 1% of support lower, license discount is reduced by 1/5%. this would yield approx 3x license for
the support trade off.

3 of 17                                                           03/01/2001 01 54 A3

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 257415

03/01/01   THU 02:02 FAX 650 006 7399          DMD

☒ 032

[Fwd: [Fwd: HP Technology Approval - 2nd Request]]

OPIINFO wrote:

This is a reapproval request for a Q2 deal that didn't close.
Everything is the same as the request approved by HQAPP in Q2 except for
the following:

- Discount increased from 75% to worst case 87% (actual worst case
license discount will be 85.5% + 1.5% for financing)
- Price hold increased from 3 years to 5 years at 85.5% discount
- Requesting 18% support (Q2 deal was standard 22%) with 5 year flatline
and 2 year cap at 5%
- Migration will be at 1:2 ratio (Concurrent to Personnel) rather than
net to net as requested earlier

One additional approval request is worldwide territory.

--
Regards,
Catherine Chou
Director, OPI Business Practices
Tel:   (732) 855-5060
Fax: (732) 655-5061
E-mail: OPIInfo_us@oracle.com

_____

**Subject:** [Fwd: Fwd: HP Technology Approval]]
**Date:** Thu, 15 Feb 2001 11:46:24 -0800
**From:** OPIINFO <opiinfo_us@oracle.com>
**To:** "Chou,Catherine" <CATHERINE.CHOU@oracle.com>

Please approve.  HQAPP is required.  Only slightly different than what
was previously approved in Q2.
1. Personnel based Agreement for database
2. Personnel Definition =  Full time, Part time, and Temporary
Employees, Consultants, and Contractors
3. License Discount = 85.5%
4. Annual True Up Option regarding Divestitures/Mergers/Acquisitions.
5. HP will agree to meet on an annual basis to "True Up" license needs
based on employees. Any acquisition larger than 5000 personnel would
require HP immediate adjustment. Increments of 5000 personnel =
$1,240,000m and support $ 223,200 (85.5% discount/18% net fees/support)
Additional PU to be purchased in increments of 10,000 PU for $312,000
and support $56,160 (85.5% discount/18% net fees/support) Ability for HP
to use Named users or UPU for extranet usage
6. Remove line item pricing from contract/Show Net License Fees only.
7. Price Holds: 5 year License price hold off current price list,
represented as price per unit price on all technology products (85.5%
discount/18% net fees/support)
8. Extend current Education contractual discounts through November 2003·

03/01/2001 01:54 AM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 257416

03/01/01  THU 02:02 FAX 650 506 7399 ___ DMD ☒033

[Fwd: [Fwd: HP Technology Approval - 2nd Request]]

1-299 units 15%, 300 and more units 30%.
9. Support renewal Invoicing: Contract to indicate that Oracle will make
commercially reasonable effort to ensure HP receives only 1 support
invoice.
10. Support 18% net fees flat for 5 years (5% for 2 years after year 5)
11. New and existing support to be paid quarterly in advance
12. If annual "true up" reflects a decrease in personnel, Support
renewal will be calculated at the "then" annual number of employees.
Current policy to be re-stated - HP will need re-purchase licenses if
they choose to reinstate support.

Justification:
Wall Street Journal article Sept 1999 exposing HP's discount(40%) on CRM
deal still resonates ill feelings internally based on ongoing spend.
HP intends to standardize their enterprise on Oracle Database
Technology, does not want the administrative burden of tracking
knowledge workers, and prefers a personnel based license to allow all
employees to access the database and run reports. HP currently owns
approximately 20,000 Concurrent Database seats.  This deal will roll
those existing Concurrent licenses into an enterprise license for a
total 100,000 Personnel.  Requiring HP to "True up" more frequently than
annually presents an unwanted administrative hassle.
The net of the deal is a purchase of an additional 60,000 database Named
User Multi Server at an 85.5% discount for $18M net license.  This which
will significantly reduce the contractual administrative burden that
exists today (HP has over 2000 valid order forms), and moves HP from
Concurrent Device licensing to Personnel licenses based on Named User
Mutli Server pricing.

Summary:
Product Mix: 100% Database
Discount: 85.5 (87% worse case w/financing)
Support: 18% net fees
List License $ 127M
Net License $ 18M (net fees)
Net Support $ 3.24M + roll in
Net Price $ 21.25M + roll in
current eBusiness price list


--
Jay Bailey
OPI Business Practices
916 315 5032 phone
916 315 3027 fax

**Subject:** Re: Fwd: HP Technology Approval]
**Date:** Wed, 14 Feb 2001 22:28:57 -0800
**From:** michael decesare <michael.decesare@oracle.com>

5 of 17                                                                03/01/2001 01:54 A V

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER       NDCA-ORCL 257417



03/01/01  THU 02:03 FAX 650 506 7399 _____ DMD                                              ☒034

[Fwd: [Fwd: HP Technology Approval - 2nd Request]]

**Organization:** Oracle Corporation

o: Kelley Kinney <kelley.kinney@oracle.com>,OPIINFO_US <OPIINFO.US@oracle com>, REVRE

**CC:** "Jinnett,David" <DAVID.JINNETT@oracle.com>,"Flessel,Mark" <MARK.FLESSEL@oracle.c

**References:** <3A8AFF46.1FD93D89@oracle.com>

approved.mpd

This approval is a reapproval of the deal we were positioning in Q2. This is close to what we will get
signed..mpd

Kelley Kinney wrote:

Mike - Below highlights HP Technology Deal. Please approve terms and forward for approval:
Proposal:

- Migrate Existing CC environment to a perpetual 08 license for DB, ops, partitioning option,
  tuning, diagnostics, and change mgm't packs for all 100,000 personnel
- Discount = 87%( worse case-85.8% on licenses)
- Net License $ 18M(IAS has been added to increase the license Revenue)
- Net Support $ 3.24 (18% support on new licenses)
- Total Net Fees: $ 21.24M

Justification:

- HP Spend to Oracle on License/Support FY99=30m, FY00 =24m, FY01=26m
- Wall Street Journal article  Sept 1999 exposing HP's discount(40%) on CRM deal still
  resonates ill feelings internally based on ongoing spend
- HP wants to standardize on Oracle as there Database Technology across the enterprise.
- HP currently owns ~20,000cc DB seats(or 40,000 named). Essentially purchasing an
  additional 60,000 named user multi server users at a 85.5% discount.
- It will migrate HP's 2000+ agreements/CSI's to one master Technology Contract.
  Tremendous cost savings to Oracle to migrate to master contract
- Price hold required for HP budgeting.

OPI/HQAPP Approvals Needed (majority already approved in Q2):

- Personnel based Agreement for database
- Personnel Definition =  Full time, Part time, and Temporary Employees, Consultants, and
  Contractors
- License Discount = 85.8%
- Annual True Up Option regarding Divestitures/Mergers/Acquisitions.
- HP will agree to meet on an annual basis to "True Up" license needs based on employees.
  Any acquisition larger than 5000 personnel would require HP immediate adjustment.
  Increments of 5000 personnel =  $1,240,000m and support $ 223,200 (85.5% discount/18%
  net fees/support)
- Additional PU to be purchased in increments of 10,000 PU for $312,000 and support $56,160

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 257418

03/01/01   THU 02:03 FAX 650 506 7399        _ DMD

[Fwd: [Fwd: HP Technology Approval - 2nd Request]]

☑035

(85.5% discount/18% net fees/support)
* Ability for HP to use Named uses or UPU for extranet usage
* Remove line item pricing from contract/Show Net License Fees only
* Represent Net Support Fees as 4 items - new updates, existing stream updates, new product support, existing stream product support.
* Price Holds: 5 year License price hold off current price list, represented as price per unit price on all technology products (85.5% discount/18% net fees/support)
* Extend current Education contractual discounts through November 2003: 1-299 units 15%, 300 and more units 30%.
* Support renewal Invoicing: Contract to indicate that Oracle will make commercially reasonable effort to ensure HP receives only 1 support invoice.
* If annual "true up" reflects a decrease in personnel, Support renewal will be calculated at the "then" annual number of employees. Current policy to be re-stated - HP will need purchase licenses if they choose to reinstate support.
* Worldwide territory - no estimated usage per country in contract.
* Support 18% net fees flat for 5 years (5% after year 5 written)
* Verbiage to cover terminating HP csi's, do not want to list 1000+ csi numbers on contract

OSIINFO Approvals Needed

* Support to provide roll-in numbers and premium support language ($3,305,390 is approved. A 5 year flatline for the rollin, and any premium support pricing, is approved, provided that HQAPP approves a 5 year flatline for this deal)
* New and existing support to be paid quarterly in advance

--

_

Kelley Kinney (Busse)
Oracle Corporation
Hewlett Packard Account Manager
650-506-5552 (Office)
415-215-4979 (Mobile)
650-633-3753 (Fax)

**Subject:** [Fwd: HP Technology Approval]
**Date:** Thu, 26 Oct 2000 17:29:14 -0700
**From:** HQAPP <hqapp@us.oracle.com>
**To:** OPIINFO <OPIINFO_US@oracle.com>,
    SANDY_SANDERSON_APPR <SANDY.SANDERSON.APPR@oracle.com>

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    NDCA-ORCL 257419

03/01/01   THU 02:03 FAX 650 506 7399        DMD

[Fwd: Fw: Fw: Hewlett Packard-- Credit Request]



☑036

**Subject: [Fwd: Fw: Fw: Hewlett Packard-- Credit Request]**
    **Date:** Thu, 01 Mar 2001 03:37:50 -0600
    **From:** David Jinnet <DAVID.JINNETT@oracle.com>
**Organization:** Oracle Corporation
        **To:** "Duell,Elizabeth" <ELIZABETH.DUELL@oracle.com>

**Subject: Fw: Fw: Hewlett Packard-- Credit Request**
  **Date:** Wed, 28 Feb 2001 15:26:16 -0800
  **From:** "credit" <credit_us@oracle.com>
    **To:** "Kelley Kinney" <kelley.kinney@oracle.com>
    **CC:** "David Jinnet" <DAVID.JINNETT@oracle.com>, "credit" <credit_us@oracle.com>

Approved for credit with net 35 terms per SLSA.

Regards,

Clayton Barnes
Credit Analyst
Oracle Corporation
(916) 315.4051
(916) 315.4089 FAX

----- Original Message -----
From: Jeff Johnson
To: credit
Sent: Wednesday, February 28, 2001 4:03 PM
Subject: Re: Fw: Hewlett Packard-- Credit Request

ok

credit wrote:

    Jeff, Do you approve of N35 terms per SLSA for this deal?
    Regards, Clayton Barnes
    Credit Analyst
    Oracle Corporation
    (916) 315.4051
    (916) 315.4089 FAX
    ----- Original Message -----
    From: kelley.kinney@oracle.com
    To: Credit.us@oracle.comSent: Wednesday, February 28, 2001 3:03 PMSubject: Hewlett Packard-- Credit
    Request
     Template : Corporate_Credit_Request
    Owner : jeffery.johnson


    To :                                          Credit.us@oracle.com

1 of 3                                                                      03/01/2001 01:54 AM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 257420

03/01/01   THU 02:04 FAX 650 506 7399        DMD

☑037

[Fwd Fw Fw Hewlett Packard-- Credit Request]

From :                                          kelley_kinney@oracle.com
CC :
BCC :
Subject :                                       Hewlett Packard-- Credit Request

This template is used to request credit approval for the following types of transac
  - License & Support deals for greater than $250K
  - Consulting deals for greater than $100K
  - All deals with non-standard payment terms

(*asterisked fields are required inputs)

Company Name (Bill-To) *                        Hewlett Packard Company
Company Address *                               3000 Hanover Street MS 20CG Palo Alto, C
Parent Company                                  Hewlett Packard Company
Deal Size (Split into License, Support and Consulting) *   18,000,000 license(financed) 6,732,615 Sup
Terms *                                         net 35
**If terms are greater than net 30, a business justification is required in the sec

Business Justification                          Per SLSA
If this is a Consulting deal, is this an extension?   NO
PA #
Consulting Contract Start and End Date
Sales Rep Name & Phone Number                   Kelley Kinney 650-506-5552
Consulting PM & phone number
Company website                                 www.hp.com
Additional Comments

Note:  Credit response turnaround time should be no longer than 48 hours.  If you h
  to your request within that timeframe, feel free to email credit.us@oracle.com to

Please check with your Collections Analyst to verify that your intended customer do
You can access Collections information at http://revenue-management.us.oracle.com/i

If the customer does not issue PO's, navigate to http://revenue-management.us.oracl
the customer is on the POEF1 approval list.  If not on the list, select the POEF1 a

Troubleshooting tips:
If you receive error messages stating that your message has trouble sending,
try the following:

In Netscape, select Edit -> Preferences -> Advanced.  Make sure that the
"Enable Java", "Enable Javascript" and "Enable Javascript for Mail and News"
selections are checked.

If this does not fix your submission problems, please call the Global Helpdesk
immediately and they should be able to troubleshoot your problem.

2 of 3                                                         03/01/2001 01:54 A

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 257421

03/01/01   THU 02:04 FAX 650 506 7399       DMD                                              ☑038

[Fwd  Fw  Fw  Hewlett Packard-- Credit Request]

David Jinnet <DAVID.JINNETT@oracle.com>
Contracts Manager - Chicago

03/01/2001 01 54 A

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER       NDCA-ORCL 257422

# EXHIBIT 184

PHONE CALL

FOR _John_

M _Larson Se Eric Roher_

OF _Morrison & Forster_

PHONE/MOBILE _415 268-6894_ FAX _____

MESSAGE _Lauren Siegel of Oracle expect her to y ou_

SIGNED _____

☐ TELEPHONED
☐ RETURNED YOUR CALL
☐ PLEASE CALL
☐ WILL CALL AGAIN
☐ CAME TO SEE YOU
☐ WANTS TO SEE YOU

DATE _10/16_  TIME _2:55_  A.M./P.M.

EY 000009
CONFIDENTIAL

On November 13, 2002, the Committee's counsel met with John Banker, ~~Senior~~
Audit Partner at E&Y [Has E&Y been defined?][1] That discussion was followed by a discussion
on November 18 between Banker and a member of the Committee.[2] The purpose of these
discussions was to consider both the Committee's analysis and conclusions regarding the
Accounting Fraud Allegations and procedures performed by E&Y's ~~analysis of~~at the request of
Oracle's management with respect to those same allegations. The Committee reviewed with
Banker what it had learned about (i) the accounting and customer refund processes at Oracle that
caused the accumulation of the "on account" flags in the A/R software application; (ii) the
methodology that Oracle employed to redesignate the "on account" items on November 17,
2000; and (iii) the $215,776,000 decrease in the Customer Advances & Unearned Revenue
account for Q2 FY 2001. The Committee then summarized for E&Y its conclusions regarding
the Accounting Fraud Allegations: first, that Oracle had refunded customer overpayments,
including items specifically identified in the Second Amended Complaint, prior to November 17,
2000; second, that the offsetting entries Oracle made to redesignate the "on account" flags did
not apply customer overpayments to "phony invoices" to generate fictitious revenue; third, that
the November 17 debit memos had no revenue or balance sheet effect whatsoever; and fourth,
that the decrease in the Customer Advances & Unearned Revenue account was a seasonal
fluctuation not related in any way to the November 17 debit memos.

Banker informed the Committee that at the request of Oracle's management E&Y
had performed ~~its own examination of the Accounting Fraud Allegations. In its review, pursuant~~

---

[1]     *See* Banker Interview Memorandum, Exhibit ____. Banker is currently the partner in
charge of the Oracle account for E&Y. E&Y became Oracle's independent auditors in
April 2002, replacing Arthur Andersen. E&Y performed the audit of Oracle's
consolidated financial statements for FY 2002.

[2]     *Id.* at 1, Exhibit ____.

EY 000010
CONFIDENTIAL

2

to principlescertain procedures that E&Y agreed to with Oracle's management, E&Y tested the effect ofwith respect to the November 17, 2000 debit memos on general ledger account 25005. E&Y reviewed a set sample of 200 debit memos selected from the November 17, 2000 debit memos. The set sample comprised 200 195 items, 145 of them greater than $500,000 and the remainder arbitrarily selected. E&Y observed that all of the debit memos tested had equal and offsetting debits and credits with zero effect on account 25005. E&Y observed that the debit memos had no effect upondebits or credits to Oracle's revenues. In addition, E&Y examined the transfers fromobtained from Oracle a summary analysis of the activity in account 25005 for the month of November 2000.to see whether there was a single, large entry that would be consistent with the Accounting Fraud Allegations' claim that account 25005 was the source of $228 million in revenue on November 17, 2000. E&Y made inquiries of Oracle members of accounting management as to the nature of the debits and credits to account 25005 during November 2000. None of the responses to E&Y's inquiries indicated that there had been a single large entry debiting account 25005 and crediting revenue in the amount of $228 million on November 17, 2000. Banker stated that E&Y found nothing to indicate any such transfer. Banker also stated that there was nothing in the materials that E&Y had reviewed that indicated to E&Y that plaintiffs' claims about the November 17, 2000 debit memos had any veracity. Banker also informed the Committee that E&Y had no material questions that remained unanswered by Oracle on this issue.

Based upon Banker's description of the procedures performed by E&Y and the results of these procedures, the Committee concludes that the results of E&Y's analysis isprocedures are entirely consistent with the conclusion reached by the Committee that the Accounting Fraud Allegations lack merit. Additionally, the Committee has provided the

EY 000011
CONFIDENTIAL

language of ~~this and~~ the preceding two paragraphs to ~~E&Y.   E&Y~~Banker, who has reviewed this language and ~~approved its inclusion in this Report~~believes that it accurately reflects the substance of the discussions described in the second preceding paragraph.

EY 000012
CONFIDENTIAL

# EXHIBIT 185

 

# Audit File

Client File No. __ **60020382** ___

Folder No. _____ **/** __ of __ **/** ___

Client _____ **ORACLE CORPORATION** COR POR A TION _____

**REVENUE**

Subsidiary or Division ___ _____

Audit Date or Period __ __ **05/31/03** _____

Contents of This Folder

AGREED UPON PROCEDURES WITH

RESPECT TO DEBIT MEMOS TO

ACCOUNT # 25005 IN NOVEMBER 2000

_____

_____

_____

_____

_____

_____

_____

_____

_____

ERNST & YOUNG LLP
1331 N. California Blvd. #2000
Walnut Creek, CA 94596

* WC7303011471 * E&Y

**≡‼ ERNST&YOUNG**   Office  WALNUT CREEK

E&Y Form U522 (10/99)

*Record must be made of any papers taken from this folder*

EY 000001
CONFIDENTIAL

ORACLE - UNAPPLIED CASH

EY 000002
CONFIDENTIAL

AGREED UPON PROCEDURES MEMO

EY 000142
CONFIDENTIAL

X1

Date:   October 22, 2002

To:      Oracle Corporation Files

From:  Alex Bender, Senior Manager
        Megan Birkler, Supervisory Senior

### Oracle Corporation – Agreed Upon Procedures with Respect to Debit Memos to Account # 25005 in November 2000

#### Background

On October 11, 2002, Oracle was served with the Second Amended Complaint in the securities class action case pending in federal court in the Northern District of California ("Complaint"). In the Complaint, plaintiffs allege, for the first time, that in the second quarter of fiscal 2001 Oracle improperly recognized revenue from past customer credits and overpayments it held in reserve as unapplied cash ("on account") without our customers' knowledge. Plaintiffs allege that Oracle executed more than 46,000 false transactions to convert "on account" money into revenue, resulting in $228 million of improperly recognized revenue in Q2'01. This allegedly was done to disguise the slowdown in product sales.

Plaintiffs allege that Oracle accomplished this fraud on November 17, 2000 by creating 46,000 false debit memos (with the account prefix 550) that were then reversed from unapplied cash "on account" with the same accounting treatment as if these were actual invoices for real product sales. The Complaint lists certain specific customer accounts where plaintiffs claim to have a witness who reviewed the customers' billing histories.

Please find the Complaint at X3.

#### Discussion

In October 2002, the Company and its Audit Committee launched an internal investigation to address the claims of the Complaint. At the request of the Company, Ernst & Young performed the following procedures that were agreed to with the Company. This memo discusses the results of such procedures. Please note that the following procedures relate only to the US, and no procedures were performed relating to international transactions or amounts.

We read the Complaint that alleges that Oracle Corporation created approximately 46,000 false transactions ("debit memos") that resulted in the Company recognizing revenue and overstating earnings in Q2'01. Plaintiffs allege that the Company used these debit

EY 000143
CONFIDENTIAL

memos to convert 'on account' money (customer overpayments) into revenue, resulting in $228 million of improperly recognized revenue in Q2'01.

We obtained and reviewed the Company's internal memo addressing the Complaint and the Company's position that it did not overstate revenues in Q2'01. See **X2** for further information on the Company's procedures as it relates to the Complaint, and its policy regarding "on account" transactions at **X5**. In November 2000, in an effort to remove these "on account" transactions from the Company's subledgers, the Company wrote an SQL script that completed the following steps: (i) unapply the cash from the 'on account' status (DR 25005/Cr 25005), (ii) generate a debit memo for the amount previously applied as 'on account' (Dr 25005/Cr 25005) and (iii) apply the cash to the debit memo. The total amount of the 46,876 debit memos was $692,396,225. The Company believes no revenue was created as a result of the debit memos, and that there was no effect on the Q2'01 financial statements. The Company performed an internal review of the debit memos, reviewing all debit memos greater than $1 million, and/or debit memos greater than $10,000 for the 16 customers specifically referenced in the Complaint. If a customer did not have any debit memos greater than $10,000, the Company reviewed the top five memos. The Company procedures indicated that no revenue was recorded from the debit memos created on November 17, 2000.

### *Procedures with Respect to Debit Memos*
We obtained a download detail of the 46,876 debit memos issued on November 17, 2000. We obtained on-line access to the Company's Oracle Applications (on-line G/L, or GSIAP), and reviewed the accounting distribution lines for all debit memos issued on November 17, 2000 greater than $500,000 (145 in total), with a total debit memo value of $398,731,034 (57% of total dollar amount of debit memos issued on November 17, 2000). Additionally, we selected an arbitrary sample of 50 debit memos between $1,000 and $499,000 and performed similar procedures. The accounting distribution lines for all items tested showed the debit to account #25005, and a corresponding credit to account #25005 (no financial statement impact). We noted no exceptions in our testing.

During our review of the accounting distribution lines, we noted that the entries were classified as Accounts Receivable (debit to 25005) and Revenues (credit to 25005). Per discussion with Greg Myers, Senior Manager, Account Receivable Global Process Owner, the entries in the system must be classified with one of five classifications (Accounts Receivable, Revenue, Tax, Unearned Revenue, Unbilled Revenue). This classification is informational only, and does not "map" the entry to the revenue or accounts receivable account in the general ledger. This is accomplished only through the account number recorded as part of the entry. To be consistent, when the Company wrote the SQL script to make create the debit memos the debit was classified as Accounts Receivable and the credit was classified as Revenue. However, the credit was made to account #25005, which is a corporate accrual account, not a revenue account. Per review of the company's trial balance, revenue accounts begin with 3xxxx. We created 3 false transactions in the system with the same accounting distribution lines, noting no amount was recorded to revenue.

EY 000144
CONFIDENTIAL

In our detail listing, 25,104 of the total debit memos were for amounts less than $1,000 and totaled $8,926,416 (1% of total), which was deemed immaterial for purposes of this testing. Therefore, no procedures were performed on debit memos issued that were less than $1,000.

### Review of Account #25005

We obtained from the Company the domestic G/L Account Analysis Report for account #25005 for the month of November 2000, and made inquiries as to the nature of the transactions. As part of our testing, we noted that all debits to #25005 were recorded with either a corresponding credit to account #25005 (no financial statement impact), or to a different non-revenue account. Furthermore, we made inquiries of the nature of the large transactions recorded in account #25005. Based upon our review and testing, it appears that no revenue was booked as a result of reversing amounts from account #25005.

We further obtained the domestic reconciliation for account #25005 for November 2000 and August 2000, noting that the ending balance properly agreed to the general ledger, and that the ending balance included items that were consistent with the Company policy. Furthermore, based upon our review, we noted that the beginning and ending balance and the components of the ending balance at 11/30/00 were comparative and consistent with the beginning and ending balance at 8/31/00. As part of our review, we did not note any non-standard or unusual reconciling amounts.

### Corporate and Accounting Policy

We obtained and read Oracle's Corporate and Accounting policy related to unapplied cash and refunds. The Policy details the specific procedures to be performed related to unapplied cash and customer refunds.

### Deferred Revenue Analysis

Plaintiffs also allege that the balance sheet line item, "Customer Advances and Unearned Revenue," which declined by $215 million from Q1'01 to Q2'01, further supports their claim of accounting fraud. The Company's position is that this decrease in "Customer Advances and Unearned Revenue" between the first and second quarter of fiscal year 2001 is a recurring annual pattern, and is closely related to Oracle's receipt of support obligations, paid annually in advance. We obtained the Company's analysis of the US deferred revenue balance for the past nine quarters and reviewed for reasonableness. Furthermore, we obtained and reviewed the Company's analysis of the consolidated quarterly deferred revenue balance since Q4'96. Based upon our review, it appears that the changes in the deferred revenue balance during the second quarter of fiscal 2001 were consistent with the Company's historical trends. Oracle has historically experienced large increases in deferred revenue during the 1st quarter of the fiscal year due primarily to payments for the renewal of support contracts. As Oracle has historically executed the largest number of license contracts in the 3rd month of the 4th quarter, a significant number of support contracts expire in the 4th quarter, and renewals are invoiced in the 3rd month of the 4th quarter, which are due in 30 days (Q1 of following fiscal year). Furthermore, as Oracle does not "gross up" its balance sheet for accounts

EY 000145
CONFIDENTIAL

receivable/deferred revenue for unpaid support contracts, the support deferred revenue balance has historically increased significantly in Q1 as support renewals are paid. Oracle recognizes revenue from support contracts over the term of the support period, which is typically one-year, and, accordingly, the deferred revenue balance historically has decreased in Q2 and Q3 as compared to Q1. Based upon our review of the Company's deferred revenue balances in Q2'01, the changes in the balance appeared reasonable and consistent with similar quarters of previous and subsequent years.

EY 000146
CONFIDENTIAL



AB
10/02

## *ORACLE CORPORATION*
### *Unearned Revenue by Quarter*

Total Company (TTC)
U.S. Dollar Millions
Balance Sheet Actuals

| | Unearned Revenue | |
|---|---|---|
| Quarter 4 1996 | 434 | |
| Quarter 1 1997 | 475 | |
| Quarter 2 1997 | 444 | |
| Quarter 3 1997 | 476 | |
| Quarter 4 1997 | 603 | |
| Quarter 1 1998 | 694 | |
| Quarter 2 1998 | 616 | |
| Quarter 3 1998 | 664 | |
| Quarter 4 1998 | 877 | |
| Quarter 1 1999 | 956 | -9% Increase From Q4 |
| Quarter 2 1999 | 800 | -16% Decrease From Q1 |
| Quarter 3 1999 | 818 | |
| Quarter 4 1999 | 1,007 | |
| Quarter 1 2000 | 1,090 | -8% Increase From Q4 |
| Quarter 2 2000 | 925 | -15% Decrease From Q1 |
| Quarter 3 2000 | 1,020 | |
| Quarter 4 2000 | 1,133 | |
| Quarter 1 2001 | 1,270 | -11% Increase From Q4 |
| Quarter 2 2001 | 1,054 | -17% Decrease From Q1 |
| Quarter 3 2001 | 1,041 | |
| Quarter 4 2001 | 1,214 | |
| Quarter 1 2002 | 1,367 | -12% Increase From Q4 |
| Quarter 2 2002 | 1,085 | -21% Decrease From Q1 |
| Quarter 3 2002 | 1,014 | |
| Quarter 4 2002 | 1,276 | |
| Quarter 1 2003 | 1,514 | -19% Increase From Q4 |

-See overall testing memo for further discussion

EY 000147
CONFIDENTIAL

PBC

AB 10/12

LOB for Deferred Revenue 25000 Accounts

Chkptngm [A/c]
Acct        [A/c]

| Sum of Ending | DbAcct | Acct_Type | | | | |
|---|---|---|---|---|---|---|
| Category | | Support | Consulting | EduSoln | Grand Total | |

LOB Account Breakout

| Acct Type | Acct | Description |
|---|---|---|
| | 25010 | Unearned Revenue - Corporate |
| | 25055 | Unearned Revenue - License |
| | 25008 | Unearned Revenue - Technical Su |
| | 25009 | Unearned Revenue - Technical Su |
| | 26030 | Unearned Revenue - Support |
| | 25040 | Unearned Revenue - Premium Serv |
| | 26010 | Unearned Revenue - Consulting |
| | 25015 | Unearned Revenue - Hosting Serv |
| | 25060 | Unearned Revenue - Subscription |
| | 25070 | Unearned Revenue - Hosting Serv |
| | 25021 | Unearned Revenue - Managed Serv |
| | 25011 | Unearned Revenue - Education |
| | 25020 | Unearned Revenue - Education |
| | 25900 | Unearned Revenue - Educ Committ |

① − ②: 124, 941, 345  Change in Support Q10: → Q201
② − ③ = 124, 815, 541   E/savailable balance         "" Q201 → Q301

Decline from Q101 to Q201 due primarily to a large
portion of the Company's support revenues coming in in
Q4 (3rd month) which historically has been the most
significant month in terms of new license attainment),
As payment for the support contracts is typically due 30
days from renewal date, and often they are received starting from
revenue until Cash is received. Additionally, as support revenue
Q4 to Q1 is expected over the support period, any decrease
is recognized ratably over the support period, and is not
in deferred revenue from Q101-Q301 is not unreasonable.

EY 000148
CONFIDENTIAL

AO
10/02

LOR for Deferred Revenue 35090 Accounts

| Scenario | (A) |
| --- | --- |
| Actual | (M) |

| Semi-Closing Balance | Acct Type | | | | |
| --- | --- | --- | --- | --- | --- |
| Category | License | Support | Consulting | Education | Grand Total |
| | (1,560,281.95) | (429,305,085.47) | 2,413,036.83 | (79,201,958.41) | (469,718,056.02) |
| | (2,231,295.99) | (437,309,693.63) | 8,607,021.08 | (40,075,576.51) | (548,529,553.04) |
| | (4,934,810.93) | (435,449,351.69) | 20,126,310.05 | (51,872,844.38) | (477,311,766.96) |
| | (7,815,982.43) | (331,699,945.82) | (24,813,416.33) | (48,026,632.84) | (413,034,977.42) |
| | (6,110,076.13) | (455,515,765.09) | (34,247,411.85) | (53,164,817.28) | (532,668,365.26) |
| | (8,374,611.12) | (512,332,843.18) | (16,116,019.94) | (41,966,911.14) | (639,697,981.28) |
| | (12,276,618.15) | (445,012,854.77) | (15,023,256.35) | (33,456,065.64) | (506,582,933.91) |
| | (6,486,304.54) | (419,736,195.45) | (14,226,409.55) | (32,793,209.05) | (462,266,910.48) |
| | (6,046,173.45) | (482,442,313.11) | 12,964,624.40 | (24,420,656.60) | (521,992,170.76) |
| | (32,854.31) | (532,410,875.59) | (38,161,991.24) | (23,534,010.83) | (592,098,501.77) |

LOR Account Breakout

| Acct Type | Acct | Description |
| --- | --- | --- |
| | 29015 | Unearned Revenue - Corporate |
| | 29090 | Unearned Revenue - License |
| | 29009 | Unearned Revenue - Technical Su |
| | 29009 | Unearned Revenue - Technical Su |
| | 29030 | Unearned Revenue - Support |
| | 29040 | Unearned Revenue - Premium Serv |
| | 75010 | Unearned Revenue - Contracting |
| | 29015 | Unearned Revenue - Hosting Serv |
| | 29060 | Unearned Revenue - Subscription |
| | 29070 | Unearned Revenue - Hosting Serv |
| | 29080 | Unearned Revenue - Managed Serv |
| | 29011 | Unearned Revenue - Education |
| | 29020 | Unearned Revenue - Education |
| | 29090 | Unearned Revenue - Educ Commiss |

Ⓐ-Ⓓ = $128,914,616 or 30% increase in deferred revenue from Q4'00 to Q1'01

Ⓑ-Ⓔ = $149,905,360 or 31% increase in deferred revenue from Q4'01 to Q1'03

Ⓒ-Ⓕ = $116,017,059 or 25% increase in deferred revenue from Q1'01 to Q1'02

- Consistent Trend in Def. Rev-Gains from Q4 to Q1 per part 3 fiscal years

EY 000149
CONFIDENTIAL

AB 10/22

x 6852

**ORACLE**

| | |
|---|---|
| To | Alex Render |
| Co. | E+Y |
| Dept | |
| Fax No. | 605-977-2994 |

| | |
|---|---|
| From | Julie Chan |
| Co. | Oracle |
| Phone No. | 9L-315-4601 |
| Fax No. | |
| No. of Pages | 2 |

EY 000150
CONFIDENTIAL



EY 000151
CONFIDENTIAL

E & Y Form US21 (2/91)

TESTING SUPPORT

EY 000230
CONFIDENTIAL

Oracle US Primary

Account Analysis Report
With Payables Detail
From 01-NOV-00 Though 10-NOV-00

Currency:        USD

Accounting Flexfield From:  001.0002.25005.0000.000.000.000.000
To                          001.ZZZZ.25005.ZZZZ.ZZZ.ZZZ.ZZZ.ZZZ

| Batch Name | JE Name | Accounting Flexfield | Flexfield Description | Line Description Vendor Name | Invoice Number | Debits | Credits |
|---|---|---|---|---|---|---|---|
| 1:010011 Payabl Purchase Invoic | 001.0002 25005.0000.599.070.99 USA.Total Company.Customer 0 | Contact KEDMENE NTRAST CORPORA AR317095 | 33.79 | | | | |
| 1:020011 Payabl Purchase Invoic | 001.0002.25005.0000.599.070.99 USA.Total Company.Customer 0 | Contact KEDMENE SOUTH FLORIDA AR317094 | 386.00 | | | | |
| 1:020011 Payabl Purchase Invoic | 001.0000.25005.0000.599.070.99 USA.Total Company.Customer 0 | Contact KEDMENE OUTPURCHASE.CO AR317093 | 15,382.30 | | | | |
| 1:030011 Payabl Purchase Invoic | 001.0000 25005.0000.599.070.99 USA.Total Company.Customer 0 | Contact KEDMENE CROYDON COMPAN AR317096 | 24,750.00 | | | | |
| 1:110011 Payabl Purchase Invoic | 001.0200.25005.0000.599.070.99 USA.Total Company.Customer 0 | Contact KEDMENE UNIV OF FLORID AR317098 | 1,106.00 | | | | |
| 1:110001 Payabl Purchase Invoic | 001.0200 25005.0000 559.070.99 USA.Total Company.Customer 0 | Contact KEDMENE STANDARD MEMS AR317099 | 4,741.15 | | | | |
| 1:110001 Payabl Purchase Invoic | 001.0200 25005.0000.599.070.99 USA.Total Company.Customer 0 | Contact KEDMENE XOMBARGETER COR AR317097 | 6,931.70 | | | | |
| 1:100011 Payabl Purchase Invoic | 001.0000 25005.0000.599.070.99 USA.Total Company.Customer 0 | Contact KEDMENE SWISS RE MGM M AR317105 | 7,600.40 | | | | |
| 1:100011 Payabl Purchase Invoic | 001.0000.25005.0000.599.070.99 USA.Total Company.Customer 0 | Contact KEDMENE HAMILTON COUNT AR317100 | 10,415.00 | | | | |
| 1:100011 Payabl Purchase Invoic | 001.0000 25005.0000.559.070.99 USA.Total Company.Customer 0 | Contact KEDMENE BANK OF AMERIC AR317103 | 17,248.00 | | | | |
| 1:100011 Payabl Purchase Invoic | 001.0000 25005.0000.599.070.99 USA.Total Company.Customer 0 | Contact KEDMENE ADVANTAGE PROP AR317102 | 20,861.74 | | | | |
| 1:110001 Payabl Purchase Invoic | 001.0000 25005.0000.559.070.99 USA.Total Company.Customer 0 | Contact KEDMENE CONRAD AR317201 | 24,450.00 | | | | |
| 1:100001 Payabl Purchase Invoic | 001.0000.25005.0000.599.070.99 USA.Total Company.Customer 0 | Contact KEDMENE JINTEX LLC AR317104 | 35,380.38 | | | | |
| 1:170001 Payabl Purchase Invoic | 001.0010 25005.0000.559.070.99 USA.Total Company.Customer 0 | Contact KEDMENE STEELCASE INC AR317111 | 150.00 | | | | |
| 1:170011 Payabl Purchase Invoic | 001.0009.25005.0000.559.070.99 USA.Total Company.Customer 0 | Contact KEDMENE INNOVATIVE SOL AR317108 | 431.60 | | | | |
| 1:170011 Payabl Purchase Invoic | 001.0010 25005.0000.559.070.99 USA.Total Company.Customer 0 | Contact KEDMENE ACXIOM AR317113 | 1,296.00 | | | | |
| 1:170011 Payabl Purchase Invoic | 001.0000 25005.0000 559.070.99 USA.Total Company.Customer 0 | Contact KEDMENE AMES TRUE TEMP AR317107 | 2,996.57 | | | | |
| 1:170011 Payabl Purchase Invoic | 001.0000 25005.0000 559.070.99 USA.Total Company.Customer 0 | Contact KEDMENE ASPEN TECHNOLO AR317106 | 6,171.40 | | | | |

EY 000231
CONFIDENTIAL

| | | | | | | Amount |
|---|---|---|---|---|---|---|
| 1117021 Payabl Purchase Invoic | 001.0000.25005.0000.959.070.99 USA.Total | Company.Customer 0 | Contact KDMONE | CUMMINS ENGINE | ARI7114 | 51,151.59 |
| 1117021 Payabl Purchase Invoic | 001.0000.25005.0020.959.070.99 USA.Total | Company.Customer 0 | Contact KDMONE | INTERIORS MANAGE | ARI7115 | 61,653.20 |
| 1117021 Payabl Purchase Invoic | 001.0000.25005.0000.959.070.99 USA.Total | Company.Customer 0 | Contact KDMONE | INTERIORS MANAGE | ARI7116 | 79,312.61 |
| 1120021 Payabl Purchase Invoic | 001.0000.25005.0200.959.070.99 USA.Total | Company.Customer 0 | Contact KDMONE | PROMETHEUS COM | AR.7217 | 320.00 |
| 1120011 Payabl Purchase Invoic | 001.0000.25005.0200.959.070.99 USA.Total | Company.Customer 0 | Refund overtByme | EASTERN KDMFUC | AR.7118 | 370.21 |
| 1120011 Payabl Purchase Invoic | 001.0000.25005.0300.959.070.99 USA.Total | Company.Customer 0 | Contact KDMONE | GREAT WEST LIF | ARI7117 | 1,220.00 |
| 1120011 Payabl Purchase Invoic | 001.0000.25025.0000.959.071.99 USA.Total | Company.Customer 0 | Refund from EGS | MAGNUSON, ANN | ARI7617 | 1,278.61 |
| 1120011 Payabl Purchase Invoic | 001.0000.25025.0800.959.010.99 USA.Total | Company.Customer 0 | Contact KDMONE | ADVANTAGE PROP | AR.7118 | 5,619.96 |
| 1120011 Payabl Purchase Invoic | 001.0000.25025.0800.959.070.99 USA.Total | Company.Customer 0 | Contact KDMONE | BON APPETIT MA | ARI7716 | 5,720.93 |
| 1120011 Payabl Purchase Invoic | 001.0000.25005.0800.959.070.99 USA.Total | Company.Customer 0 | Contact KDMONE | WARNER LAMBERT | ARI7717 | 6,738.75 |
| 1120011 Payabl Purchase Invoic | 001.0000.25005.0800.959.070.99 USA.Total | Company.Customer 0 | Contact KDMONE | ELECTRONIC DAT | ARI7317 | 7,024.00 |
| 1120011 Payabl Purchase Invoic | 001.0000.25005.0000.959.070.99 USA.Total | Company.Customer 0 | Contact KDMONE | BASSETT HEALTH | ARI7518 | 16,223.50 |
| 1120021 Payabl Purchase Invoic | 001.0000.25005.0000.959.070.99 USA.Total | Company.Customer 0 | Contact KDMONE | BASTI CON | ARI7417 | 19,998.78 |
| 1120011 Payabl Purchase Invoic | 001.0000.25005.0700.959.070.99 USA.Total | Company.Customer 0 | Contact STORANN | JINTEX LLC | ARI7119 | 38,847.00 |
| 1123011 Payabl Purchase Invoic | 001.0000.25005.0000.951.070.99 USA.Total | Company.Customer 0 | Contact KDMONS | SOUTHORN CONPA | ARI7418 | 81,411.00 |
| 1120011 Payabl Purchase Invoic | 001.0000.25005.0400.959.070.99 USA.Total | Company.Customer 0 | Contact KDMONS | FORD MOTOR COM | ARI7517 | ⓐ (handwritten) |
| 1190011 Payabl Purchase Invoic | 001.0000.21005.0000.958.010.99 USA.Total | Company.Customer 0 | Contact KDMONS | JAMES CLOORAN | ARI7417 | 290.96 |
| GL 0290C06SP99  616 JE USD DEC- | 001.0000.25005.0000.958.010.99 USA.Total | Company.Customer 0 | Re:correction for A/ | ⓐ of total  $2,118, 418.6 | | (handwritten) 0.00 |
| GL 1198C00001 S 511 JE USD DEC- | 001.0000.25005.0000.959.070.99 USA.Total | Company.Customer 0 | Correct Intercom | related to two separate entries | | 001,200,000.00 ⓑ |
| RA 02-DEC-06 JA AR-TRA-::-JA | 001.0000.29005.0000.559.070.99 USA.Total | Company.Customer 0 | RA-TRA-1-JA. NOV | made on June of 21/2 in their related... | | 001,205,000.00 ⓑ |
| 1190011 Payabl Purchase Invoic | 001.0000.25005.0000.555.070.99 USA.Total | Company.Customer 0 | Journal Import C | ⓒ Entry does to their own... | | 001,701,616.23 ⓑ |
| Receivablez 411 Credit Memo App | 001.0000.25005.0000.555.070.99 USA.Total | Company.Customer 0 | Journal Import C | Sen memo from another Fund | | 101,511.77 |
| Receivable 411 Credit Memos US | 001.0000.25005.0000.555.070.99 USA.Total | Company.Customer 0 | Journal Import C | ⓓ Evidence Disbursement. The... | | 101,511.77 |
| Receivable 411 Debit Memos USD | 001.0000.25005.0000.555.070.99 USA.Total | Company.Customer 0 | Journal Import C | transaction stream related to... | | 692,415,514.97 |
| Receivables 411 Misc Receipts U | 001.0000.25005.0000.550.070.99 USA.Total | Company.Customer 0 | Journal Import C | Deferral Pub... revenue - see... | | 2,278,324.13 |
| Receivable 411 Trade Receipts | 001.0000.25005.0000.959.070.99 USA.Total | Company.Customer 0 | Journal Import C | additional Delivery in... | | (handwritten) |
| Reverse '440 JE Reverse '440 JE | 001.0000.25005.0000.999.070.99 USA.Total | Company.Customer 0 | Accrue for A/R c | To final report memo from... | | 0.00 |
| Reverse '440 JE Reverse '440 JE | 001.0000.25005.0000.959.070.99 USA.Total | Company.Customer 0 | Accrue for A/R c | via company's services | | 0.00 |
| Reverse '437 JE Reverse '437 JE | 001.0000.25005.0500.959.070.99 USA.Total | Company.Customer 0 | Accrue for A/R m | We followup. Included a Sample | | 36,100,000.20 |
| Receivable 411 Misc Receipts U | 001.0070.25005.0000.959.070.99 USA.Board Resources.Customer | Journal Import C | indicating or item Credit, | | 463.50 |
| Receivables 411 Misc Receipts U | 001.0386.25005.0000.449.050.99 USA.Inactive - Portfolio Man | Journal Import C | And there are entries... | | 113.67 |
| Receivables 411 Misc Receipt U | 001.0575.25005.0100.569.020.99 USA.Oracle Magazine Customer | Journal Import C | recorded on Revenue. | | 8,696.65 |

(handwritten annotations at right:)
Dr/cr also entry memo net

(handwritten annotations at bottom:)
ⓐ See attached for corresponding entries + explanation

ⓑ Entry relates primarily to miscellaneous receipts which have been either refunded or applied to a separate expense account (detail within for example). In [...] Counsel a sample of [...] entries, noting no entries made to Revenue.

EY 000232
CONFIDENTIAL

Oracle US Primary

Report Date: 22-OCT-2002 09:15
Page:    2 of    2

Account Analysis Report
With Payables Detail
From 01-NOV-00 Through 30-NOV-00

Currency:            USD

Accounting Flexfield From:  001.0000.25005.0000.000.000.000.000
To:                         001.ZZZZ.25005.ZZZZ.ZZZ.ZZZ.ZZZ.ZZZ

| Batch Name | JE Name | Accounting Flexfield | Flexfield Description | Line Description | Vendor Name | Invoice Number | Debits | Credits |
|---|---|---|---|---|---|---|---|---|
| Receivables 411 Misc Receipts | U 001.0681.25005.0000.759.060.99 | USA.Financial Applications.C | Journal Import C | | | | 0.00 | 6,495.00 |
| Receivables 411 Misc Receipts | U 001.0914.25005.0000.189.053.99 | USA.Foreign Assignment Custo | Journal Import C | | | | 0.00 | 13,652.00 |
| Receivables 411 Misc Receipts | U 001.0047.25005.0000.074.070.99 | USA.NG Security.Customer One | Journal Import C | | | | 0.00 | 125.00 |
| Receivables 411 Misc Receipts | U 001.0801.25005.0000.259.055.99 | USA.ASO Knowledge Center Cus | Journal Import C | | | | 0.00 | 9,471.00 |
| Receivables 411 Misc Receipts | U 001.0068.25005.0000.539.070.99 | USA.Computer Services Delive | Journal Import C | | | | 0.00 | 14,966.00 |
| Receivables 411 Misc Receipts | U 001.0794.25005.0000.119.040.99 | USA.CLW Revenue.Customer One | Journal Import C | | | | 10,698.12 | 14,251.45 |

Begin Balance *      121,988,173.50 CR

Ending Balance *      25,177,173.17 CR

2,921,537,055.82    2,816,926,055.49

94,611,001

94,409,962

2,201,177

EY 000233
CONFIDENTIAL



EY 000234
CONFIDENTIAL



EY 000235
CONFIDENTIAL



EY 000236
CONFIDENTIAL



EY 000237
CONFIDENTIAL

Oracle US Primary

Summary Trial Balance
Period: NOV-00

Currency:           USD
Balance Type:       Period to Date
Company Code Range: 001 to 001

Company Code:  001 USA

| Acct | Description | Beginning Balance | Debits | Credits | Ending Balance |
|---|---|---|---|---|---|
| 10000 | Petty Cash | -42,187,886.96 | 110,865,100.00 | 106,420,732.78 | -116,765.00 |
| 10008 | Wells Fargo - Disbursements Wac | -42,187,886.96 | 110,865,415.83 | 4,717.71 | -37,742,203.21 |
| 10009 | Cash - One Meaning | 1,072,667.24 | 4,437.53 | 0.00 | 1,077,104.77 |
| 10012 | Cash - Graphical Information | 1,005,010.97 | 0.00 | 0.00 | 1,005,010.97 |
| 10013 | Wells Fargo Operating Account | 9,738,412.60 | 1,054,882,490.50 | 1,240,890,576.88 | -176,595,874.51 |
| 10016 | WF Uncollected Disburse | -2,603,140.76 | 6,019.85 | 6,019.85 | -3,737,412.60 |
| 10017 | SWEEP TO RBA ACCOUNT | -2,603,140.76 | 8,900,000.00 | 9,286,730.76 | -2,216,610.60 |
| 10020 | Cash - Accounts Payable | -1,110,017.14 | 27,592,557.37 | 27,778,312.30 | -1,295,772.07 |
| 10022 | Wells Fargo Insurance Claims | 50,000.12 | 0.00 | 0.00 | 50,000.00 |
| 10023 | Cash - Bank Lockbox | 4,966.12 | 0.00 | 0.00 | 4,966.12 |
| 10024 | Harris Bank Lockbox | 6,074,845.39 | 217,750,786.45 | 219,812,639.88 | 4,012,991.96 |
| 10028 | Cash - Float Adjustment | 15,441,617.67 | 15,441,617.67 | 0.00 | 15,441,617.67 |
| 10030 | Cash - Corporate Tax | 0.00 | 369,725.18 | 69,725.18 | 8,073.29 |
| 10031 | International Cash in Transit | 34,597,602.97 | 420,369,855.18 | 420,352,807.64 | 19,217,472.80 |
| 10032 | Cash | 387,118,175.80 | 19,217,472.80 | 34,597,602.97 | 559,218,595.60 |
| 10034 | Short-term Investments | 10,129,454.59 | 640,775,000.00 | 468,675,000.00 | 38,000,592.12 |
| 10035 | WFB Investment Sweep | 29,816,055.38 | 29,816,055.38 | 0.00 | 73,979,554.48 |
| 10036 | Deferred Comp Plan | 1,079,402.22 | 1,413,466.76 | 4,428,956.64 | 1,083,868.98 |
| 10040 | Cash - Emp Med Escrow | 254,017.73 | 885.27 | 0.00 | 254,902.50 |
| 10041 | Cash - Thinking Machines | 254,017.73 | 129,825.07 | 133,759.98 | 259,758.08 |
| 10045 | Cash-Oracle Technology Network | 21,642.36 | 0.00 | 0.00 | 647,296.65 |
| 10046 | US Bank Carleton Operating Acco | 65,771.42 | 0.00 | 0.00 | 45,671.42 |
| 10048 | US Bank Carleton Investment Acc | 34,059,284.00 | 46,713,758.21 | 40,860,021.07 | 39,913,021.14 |
| 12004 | Other Receivables-Accrued Reven | -15,341,617.00 | 0.00 | 15,441,617.00 | -15,341,617.00 |
| 12005 | Other Receivables-Cash-In-Trans | 350,722.84 | 1,270,675,019.12 | 806,585,494.76 | 1,488,614,645.20 |
| 12007 | Deferred Receivables, Billed | -29,238,097.21 | 11,567,129.89 | 11,639,950.92 | -31,310,918.24 |
| 12008 | Accounts Receivables-Trade Backo | 1,024,365,722.84 | 276,593.00 | 276,933.00 | 0.00 |
| 12009 | Other Receivables-Revenue Backo | -29,238,097.21 | 0.00 | 0.00 | 0.00 |
| 12010 | Lease Buydowns Clearing | 0.00 | 19,104,861.00 | 19,104,861.00 | 18,344,513.06 |
| 12013 | Lease Receivables (Funded) | 18,690,861.67 | 0.00 | 0.00 | -2,252,523.04 |
| 12014 | DEALS Buydowns Clearing | -2,252,523.04 | 8,085,134.93 | 18,042,720.13 | 90,259,813.81 |
| 12015 | DEALS Buydowns (In House) | 100,217,199.01 | 0.00 | 342,516.44 | 0.00 |
| 12016 | Other Receivables (Invoices Und | 6,342,795.56 | 2,487,733.06 | 1,701,636.13 | -22,598,581.66 |
| 12017 | Corporate/Government Services/O | -29,723,119.80 | 0.00 | 8,651,952.20 | -64,590,377.43 |
| 12018 | Unapplied Cash | -52,899,664.97 | 8,422,360.66 | 377,085.15 | 18,372,880.22 |
| 12019 | DEAL Clearing | 17,608,505.43 | 1,141,459.94 | 1,199,610.64 | -703,067,109.51 |
| 12021 | OFD Funded Reserve Receivable | -2,276,237.53 | 1,988,073.64 | 821,199,610.64 | 43,271,778.00 |
| 12022 | OFD Investment Residual Receiva | -680,809,850.00 | 791,270,778.00 | 31,433,645.00 | 257,545,561.48 |
| 12024 | A/R Trade-License Rpcg Reclass | 31,131,556.00 | 43,271,778.00 | 346,739,633.22 | -15,018,682.74 |
| 12300 | Accounts Receivable-Consulting | 297,114,653.00 | 347,150,837.70 | 19,226,068.70 | -25,087,565.30 |
| 12500 | Trade Receivables-Education | 16,274,653.00 | 17,970,298.44 | 1,675,384,605.00 | 30,023,449.00 |
| 12530 | Unearned in Receivable-Support | -202,361,685.00 | 656,090,468.00 | 76,264,064.00 | -10,000,000.00 |
| 12531 | Other Receivables-Technicals | 234,466,881.00 | 81,818,632.00 | 10,000,000.00 | -142,572,682.89 |
| 12540 | Other Receivables-Consult | -9,000,000.00 | 9,000,000.00 | 393,877,867.61 | -4,195,317.05 |
| 12550 | Unearned in Receivable-Educati | 316,399,891.00 | 399,213,393.32 | 852,867.20 | |
| 12574 | A/R Trade-Support Rpcg Reclass | -1,339,750.82 | 856,246.10 | 5,692,437.20 | |
| 12600 | Bad Debt Recoveries | 440,074.05 | | | |
| 12601 | Bad Debt Write-offs | | | | |

EY 000238
CONFIDENTIAL

Currency: USD
Balance Type: Period to Date
Company Code Range: 001 to 001

Company Code: 001 USA

| Acct | Description | Beginning Balance | Debits | Credits | Ending Balance |
|---|---|---|---|---|---|
| 12604 | Reserve for Uncollectable accou | -159,358,803.72 | 20,225,610.34 | 15,011,918.22 | -154,104,938.94 |
| 12605 | A/R Reserve-Volume Rebate | -3,821,014.31 | 823,683.03 | | -2,998,931.28 |
| 12607 | A/R Reserve-License Rptg Reclas | 74,099,150.39 | 79,529,958.37 | | 79,529,958.37 |
| 12610 | A/R Reserve-Support Rptg Reclas | 74,898,630.00 | 79,929,958.37 | | 79,929,958.37 |
| 12620 | A/R Reserve-Consulting Rptg Recl | -29,045,164.00 | 29,045,164.00 | 35,631,366.08 | -35,631,886.08 |
| 12640 | A/R Reserve-Receivable-Consignment S | 43,074,954.00 | 43,074,954.00 | 42,344,563.08 | -2,344,563.08 |
| 12650 | Interco Receivable-Current - U. | 3,211,280.00 | 3,211,280.00 | 2,344,563.00 | -2,344,563.21 |
| 13000 | USA/HQ Intercompany | 10,000,334.80 | 10,000,334.80 | 9.00 | 20,496,033.76 |
| 13002 | Interco Receivable/le-ODP | 191,677,280.96 | | 43,301,174.92 | 158,376,440.84 |
| 13004 | Intercompany Loan | 7,169,545.00 | 0.00 | 0.00 | 7,169,540.41 |
| 13006 | Interco OEMJ Loan Clearing | -37,945,208.00 | 0.00 | 0.00 | -37,945,208.00 |
| 13008 | Interco Receivable-Current - Ot | 48,180.44 | 0.00 | 0.00 | 48,180.44 |
| 13100 | Intercompany Loan US-Current | 2,850,080,101.21 | 61,759,417.23 | 81,836,823.05 | 2,830,679,234.39 |
| 13200 | Interco Royalty License-Current | -4,157,201.75 | 228,291,609.08 | 286,135,100.00 | 10,457,052.94 |
| 13300 | Interco OEMJ Current Clearing | 10,457,052.94 | 0.00 | 0.00 | 10,457,052.94 |
| 13400 | Investment in Subsidiary-U.S. | 349,816.32 | 1,358.65 | 0.00 | 349,816.32 |
| 13500 | Invest. in Subsidiary-Europe | 223,495,800.72 | 0.00 | 0.00 | 223,497,666.98 |
| 13501 | Interco Receivable-Non-Current | 35,472,728.75 | 0.00 | 0.00 | 35,472,728.75 |
| 13600 | OEMEA Loan Account - Current | -740,884,985.56 | 0.00 | 0.00 | -740,884,985.56 |
| 13700 | Interco Consulting Transfer | -82,671,781.37 | 3,407,914.59 | 3,189,323.43 | -82,453,190.21 |
| 13710 | Royalty Intercompany Clearing A | 41,945,703.62 | 75,239.37 | 3,907.60 | 42,017,450.00 |
| 13720 | Interco Royalty License | 135,000,000.00 | 2,360,233.91 | 2,360,237.91 | 135,000,000.00 |
| 13730 | Prepaid Taxes SOP 91-1 | -3,117,611.61 | 1,436,123.59 | 46,467.73 | -1,727,975.75 |
| 14000 | Inventory Reserve | | 1,131,531.55 | 2,121,415.75 | |
| 15000 | Inventory Receiving | 6,865,202.06 | 1,405,016.44 | 189,296.70 | 7,928,116.76 |
| 15001 | Documented VAT Supplies | -131,316.20 | 34,595.02 | 57,278.70 | -105,596.46 |
| 15002 | Inven Valuation Reserve | -97,729.51 | | 50,411.19 | -50,411.19 |
| 15003 | WIP Valuation | 397,451.22 | 5,598.97 | 2,611,101.55 | 31,592,318.16 |
| 15006 | Employees Travel Advance | 34,586,653.91 | 9,594,187.00 | 2,670,498.67 | 8,137,626.09 |
| 15100 | Other Receivables-Non Trade | 2,132,083.47 | 2,132,083.47 | 9,048,759.64 | 45,652,995.89 |
| 15101 | Note Receivable | 19,663,536.01 | 35,036,219.52 | | 6,137,626.09 |
| 15107 | Prepaid Expenses | 8,137,626.09 | 984,727.70 | 65,270.02 | 15,105,672.56 |
| 15110 | Prepaid Computer Equipment | 4,693,392.54 | 18,428,178.70 | 9,975,165.66 | 15,919,706.83 |
| 15116 | Deposit Short Term | 15,223,412.52 | 4,590,463.48 | 3,799,941.30 | 78,644,907.36 |
| 16000 | Construction in Progress | 78,645,474.50 | | 567.14 | 259,449,799.06 |
| 16010 | Construction Professional Fees | 260,545,697.70 | 10,620.09 | 1,118,546.00 | 3,976,072.00 |
| 16011 | Land | 3,976,072.00 | 0.00 | 0.00 | 3,976,072.00 |
| 16012 | Building | 16,575,938.00 | 946,866.56 | 722,475.40 | 145,875,456.49 |
| 16013 | Capital Lease - Centrum Leaseho | 145,651,085.33 | 3,420.10 | 3,400.00 | 1,813,812.82 |
| 16016 | Capital Lease - Centrum IV INV. | 1,813,812.82 | 128,534.15 | 1,398.00 | 1,813,812.82 |
| 16017 | Furniture | 458,276,999.52 | 9,276,814.70 | 7,739,110.53 | 459,814,705.92 |
| 16020 | Art | 22,089,665.89 | 703,768.76 | 312,107.28 | 22,481,127.17 |
| 16021 | Automobiles | 70,421,996.31 | 7,955,118.17 | 3,376,091.42 | 3,378,921.42 |
| 16022 | Computer Equipment Servers / Pr | 46,329,761.42 | 162,270.11 | 2,979,361.50 | 74,998,203.06 |
| 16023 | Software | 222,039,043.95 | 3,301,760.62 | 1,131,398.83 | 46,329,700.67 |
| 16024 | Computers Laptops / PC's | | | | 224,209,705.54 |
| | Office Equipment | | | | |
| | Leasehold Imp. | | | | |

EY 000239
CONFIDENTIAL

Currency: USD
Balance Type: Period to Date
Company Code Range: 001 to 001

Company Code: 001 USA

| Acct | Description | Beginning Balance | Debits | Credits | Ending Balance |
|---|---|---|---|---|---|
| 16025 | Trade Show-Exhibits | 56,201,316.95 | 443,291.00 | 91,140.59 | 56,561,527.22 |
| 16026 | Office Equipment | 59,576,840.46 | 6,447,630.49 | 4,071,121.49 | 62,355,149.46 |
| 16027 | Data Comm Hardware | 2,266,964.31 | 0.00 | 0.00 | 2,266,964.31 |
| 16031 | Fixed Asset Reserve | 411,441.08 | 0.00 | 0.00 | 411,441.08 |
| 16035 | Restaurant Equipment | 105,534.71 | 0.00 | 561,134.71 | 10,191,156.42 |
| 17001 | Accum Dept. - Building | 29,847,681.12 | 0.00 | 104,364.71 | 6,252,045.83 |
| 17001 | Accum Depr. - Centrum Leasehold | 8,147,681.12 | 0.00 | 8,370.68 | 686,990.50 |
| 17002 | Accum Deprec-Capital Lease-Cent | 678,004.99 | 2,924.46 | 1,527,162.59 | 109,957,037.55 |
| 17003 | Accum Depr. - Office Furn. | 107,492,197.77 | 0.00 | 4,617,504.71 | 379,738,215.80 |
| 17006 | Accum Depr ... | 378,529,445.26 | 3,408,734.19 | 224,931.42 | 16,553,213.23 |
| 17007 | Accum Depr. - Autos | 16,407,477.90 | 79,196.09 | 2,221,705.81 | 31,010,714.17 |
| 17008 | Accum Depr. - Purch. Soft | 49,023,299.87 | 314,346.63 | 8,962.45 | 35,810,124.35 |
| 17009 | Accm. Dept. Computers, Laptops | 33,202,412.64 | 70,358.63 | 1,557,016.05 | 104,637,490.06 |
| 17010 | Accum Depr. - Office Equip. | 103,208,432.64 | 0.00 | 34.72 | 47,043,229 |
| 17011 | Accum Depr. - Leasehold Imp. | 41,008.57 | 0.00 | 838,394.26 | 35,996,992.87 |
| 17012 | Acc Deprec-Trade Show Exhibits | 39,358,558.85 | 4,314.03 | 862,186.10 | 35,266,189.95 |
| 17013 | Accum Depr. - Phone Equipment | 34,260,403.24 | 0.00 | 4,086.10 | |
| 17014 | Accum Depr. - Data Comm. Hardwa | 444,380.75 | 0.00 | 706,920.41 | 4,923,222.90 |
| 17019 | Accum Deprec - Restaurant Equip | 5,637,208.31 | 2,835.00 | | 333,718,846.09 |
| 18000 | Deposits | 333,624,207.39 | 94,568.70 | 5,029,220.02 | 234,085,355.78 |
| 18100 | Goodwill | 239,916,726.76 | 5,564,674.40 | | 244,448.98 |
| 18101 | Accum. Amort. - Goodwill | 229,076,726.58 | 445,715.30 | 1,437,595.78 | 1,966,080.02 |
| 18900 | Prepaid Taxes - IT | 2,558,388.50 | 75,405.02 | | 2,281,017.71 |
| 19000 | Notes Receivable | 2,205,612.69 | 0.00 | 37,852.02 | 562,991.77 |
| 19001 | Amortization of Bond Premium/Di | 606,272.24 | 0.00 | 493,952.00 | 162,545,000.00 |
| 19006 | Deferred Charges (Financing) | 202,197.83 | 4,024,005.00 | 3,725,000.00 | 25,000,000.00 |
| 19009 | Investment Reserve-Non Consolida | 21,275,000.00 | 0.00 | | 202,197.83 |
| 19012 | Valuation Reserve Non Consolida | 202,197.83 | 0.00 | 2,525,700.91 | 5,010,574.49 |
| 20001 | Ireland/USA Inventory Clearing | 5,100,418.77 | 2,595,544.91 | 41,435,554.36 | 118,207,705.39 |
| 20010 | AP Clearing Account--Inventory | 101,915,901.11 | 25,150,610.73 | 777,361,563.41 | 85,977,831.39 |
| 20003 | Accounts Payable Clearing Accou | 71,554,244.06 | 763,337,976.08 | | 0.00 |
| 20004 | Accounts Payable - Other | 245,942.82 | 0.00 | 0.00 | 0.00 |
| 20005 | Accounts Payable | 245,942.82 | 4,628.05 | | 136,559,107.19 |
| 21001 | Notes Payable to Banks | 136,559,811.17 | 0.00 | 20,000,000.00 | 9,035,004.68 |
| 21202 | Current capital lease - compu | 9,055,004.68 | 0.00 | 0.00 | 2,008,137.00 |
| 21203 | Revenue capital lease | 1,223,137.00 | 785,000.00 | 0.00 | 0.00 |
| 22001 | Federal Income Tax Payable | 99,135.00 | 0.00 | 0.00 | 99,135.00 |
| 22100 | State Income Tax Payable | 1,176,433.32 | 284,436.33 | 1,000.66 | 1,199,652.52 |
| 22200 | Foreign - W/H Tax | 75,302,148.64 | 4,442,581.00 | 107,695.53 | 74,202,981.02 |
| 23000 | Liab. Fed Pay. Income Tax Wthld | 920,069.58 | 118,079.03 | 3,143,013.38 | 989,028.16 |
| 23001 | Liab. State Pay Inc Tax Wthld | 545,207.72 | 351,529.44 | 295,487,817.51 | 1,087,995.89 |
| 23005 | Dependent Care Withholding | 25,645,207.72 | 270,351,596.11 | 60,487.52 | 2,085,955.06 |
| 23007 | Deferred Comp Withholding | 308,245,660.89 | 345,871,763.89 | 322,080,953.81 | 4,454,810.81 |
| 23010 | Health Care Withholdings | 308,113.20 | 110,834.51 | 17,827.73 | 215,126.02 |
| 23014 | Due To/From FESCO - Standard | 1,437.72 | 1,465,631.06 | 1,294,202.46 | 175,158.58 |
| 23016 | Hypothetical Taxes | 1,437.72 | 3,671.39 | | 1,168.79 |
| 23018 | Stock Sales Taxes | | | | |
| 23019 | Payroll Overpayments | | | | |
| 23020 | Payroll Clearing | | | | |
| 23021 | PAC Contribution Withholding | | | | |

EY 000240
CONFIDENTIAL

Oracle US Primary

Currency:          USD
Balance Type:      Period to Date
Company Code Range: 001 to 001

Company Code:  001 USA

Summary1 Trial Balance
Period: NOV-00

| Acct | Description | Beginning Balance | Debits | Credits | Ending Balance |
|------|-------------|------------------:|-------:|--------:|---------------:|
| 23100 | Accrued Payroll | -85,165,963.00 | 1,145,963.91 | 3,919,570.35 | -87,900,667.03 |
| 23101 | Advanced Non-Sales | -52,305,140.11 | 1,913,200.00 | 11,282,858.26 | -63,518,798.37 |
| 23103 | Bonus Accrued-Sales Discretionary | -27,782,564.46 | 13,323,735.45 | 51,366,257.01 | -65,925,086.22 |
| 23106 | Other Commissions | -3,286,192.21 | 1,213,980.02 | 1,385,485.63 | -5,001,924.79 |
| 23108 | Bonus/Commission-Global Distrib | -37,881,842.47 | | | -35,320,080.70 |
| 23109 | EMC Bonus | -24,220,114.90 | 156,969.20 | 11,256,934.60 | -23,247,436.61 |
| 23110 | QMC Bonus | -11,621,160.60 | 1,238,395.28 | 12,864,471.29 | -12,247,236.61 |
| 23200 | ESPP Withholdings | -3,009,523.94 | 17,637,958.99 | 54,801,315.42 | -13,482,613.23 |
| 23220 | State Sales Tax Payable | -159,775,807.29 | 73,134,497.65 | 52,803,155.42 | -23,711,824.76 |
| 24002 | Other Accrued Liabilities | -17,897,789.77 | 20,924.34 | 1,035,335.00 | -17,676,864.97 |
| 24101 | Other Accrued Liabilities - USD | -1,395,074.77 | 140,750.47 | 0.00 | -1,068,459.51 |
| 24103 | Other Accrued Liabilities-Incl | -647,064.46 | 56,401.33 | 585,115.06 | 590,197.51 |
| 24104 | Deferred Rent - Current | -99,141.30 | 675,202.00 | 507,079.00 | -61,804.42 |
| 24105 | Facilities Reserves | -6,494,348.19 | 9,703,687.20 | 9,741,224.08 | -9,551,222.46 |
| 24106 | Unrealized Gain/Loss on Equity | -22,861,828.00 | 595,720.80 | 3,752,695.87 | -26,708,783.65 |
| 24111 | Unrealized Foreign Exchange Los | -226,557.73 | 44,159,164.36 | 48,631,599.80 | -408,663.65 |
| 24200 | Accrued Royalties | -121,988,173.50 | 11,069.40 | 10,417.38 | -225,905.71 |
| 24201 | Unearned Revenue-Support (premi | -12,336,596.05 | 2,923,537.055.82 | 2,826,926,055.49 | -25,377,981.14 |
| 25001 | Unearned Income | -20,001,061.42 | 29,589,531.11 | 31,014,377.48 | -31,760,940.30 |
| 25002 | Unearned CBI Subscription Reven | -457,397,528.63 | 11,031.00 | 0.00 | 0.00 |
| 25005 | Customer Overpayments | -52,089,460.30 | 16,118,426.94 | 11,836,645.55 | -16,099,579.83 |
| 25006 | Unearned Revenue - License and | -2,731,995.78 | 619,924,111.79 | 581,075,355.02 | -419,348,771.86 |
| 25007 | Fixed Assets-Unapplied Cash | -300,000,000.00 | 225,415,875.57 | 209,134,523.67 | -242,642,838.36 |
| 25008 | Unearned Revenue - Technical Su | | 22,110,583.33 | 221,932,502.00 | -5,016,876.97 |
| 25009 | Unearned Revenue - Technical Su | | 1,765,804.93 | | -5,280,912.80 |
| 25010 | Unearned Revenue - Consulting | | | 4,315,122.15 | -300,000,000.00 |
| 25011 | Unearned Revenue - Education | | | 0.00 | 0.00 |
| 25012 | Unearned Revenue - Corporate | -9,304,509.16 | 3,546.00 | 0.00 | 0.00 |
| 25013 | Unearned Revenue - Hosting Serv | -1,114,697.49 | | 2,429.00 | -2,429.00 |
| 26002 | LT Debt - NSC | -11,443,717.07 | 486,689.64 | 0.00 | -8,817,819.52 |
| 26012 | LT capital lease - comp equip. | | 38,981.61 | 0.00 | -11,525,713.88 |
| 27000 | Deferred Liabilities - Long Term | | 129,551.64 | 285,359.07 | -11,569,145.60 |
| 28001 | LT Liabilities - Deferred Rent | -1,799,609.794.56 | 109,459,931.04 | 109,881,658.00 | -1,827,180,319.89 |
| 28100 | LT Liabilities - Facilities Res | 55,687,425.42 | 260,115,280.55 | 287,693,805.81 | 55,687,425.42 |
| 25100 | Common Stock | 3,592,709,146.02 | 0.00 | 0.00 | 3,704,221,311.75 |
| 25200 | Treasury Stock | -710,327,736.07 | 125,451,864.18 | 13,949,618.56 | -821,801,471.13 |
| 25300 | Paid-In Capital | -11,875,402.61 | 0.00 | 0.00 | -1,975,402.61 |
| 29100 | Retained Earnings | -11,962,506.60 | 0.00 | 677,202.00 | -14,639,708.60 |
| 29300 | Prior Year Income | 122,418,874.88 | 0.00 | 0.00 | 122,418,874.88 |
| 29310 | Dividends Distributed | -33,722,371.70 | 2,534,170.00 | 3,378,800.00 | -34,566,689.70 |
| 29500 | Cum. Translation - Equity Hedge | 27,554,874.68 | 191,475,000.00 | 17,475,000.00 | 36,000,000.00 |
| 29600 | Cumulative Translation Adjustme | 10,628,213.84 | 15,713,525.96 | 17,168,432.80 | 25,899,977.84 |
| 29900 | Capitalized Software | -15,289,205.12 | 1,151,546.18 | 1,511,758.00 | 10,266,001.21 |
| 29910 | Accumulated Amort. of Software | | 8,347,011.59 | 1,703,750.00 | -5,142,537.53 |

EY 000241
CONFIDENTIAL

Summary Trial Balance
Period: NOV-00

Currency: USD
Balance Type: Period to Date
Company Code Range: 001 to 001

Company Code: 001 USA

| Acct | Description | Beginning Balance | Debits | Credits | Ending Balance |
|---|---|---|---|---|---|
| 30001 | Tier III Revenue | 21,112.50 | 0.00 | 0.00 | 21,112.50 |
| 30200 | Education Tar License Products | -11,602,466.13 | 453,866.59 | 3,598,237.00 | -14,746,638.54 |
| 30300 | Application License Revenue | -429,711,247.09 | 234,696,816.94 | 664,142,444.41 | -859,156,986.00 |
| 30303 | SJ-License Revenue-Government/G | 6,786.00 | 0.00 | 0.00 | 6,786.00 |
| 30310 | Operating Lease Revenue - OCC | 0.00 | 0.00 | 21,031.00 | -17,592.60 |
| 30311 | Lease Rental Revenue - OCC | 130,528.00 | 0.00 | 0.00 | -130,528.00 |
| 30115 | Reseller NUA/Runtime | -2,340,074.91 | 252,404.40 | 814,902.16 | -2,903,372.67 |
| 30126 | SJ-Special Fees | | 7,802,018.54 | 7,801,958.55 | -80,039.30 |
| 30135 | Reserve License Revenue | -4,381,710.70 | 170,184,708.52 | 170,524,018.99 | -460,771,983.92 |
| 30335 | Reserve-License Transfer from | +375,762,020.58 | 1,793,780.44 | 134,028.77 | -7,117,339.77 |
| 31100 | (Inactive) Support - Other | 5,477,558.63 | 584,462.31 | 10,904,630.82 | -20,473,338.52 |
| 31104 | (Inactive) Other Support - Rene | -659,160.01 | 165,454.71 | 2,600,791.31 | -4,152,828.28 |
| 31105 | (Inactive) Technical Support-Re | -18,975,173.93 | 138,136.66 | 113,259.09 | -264,218.02 |
| 31107 | (Inactive) Other Support - 1st | -189,374.37 | 58,415.44 | 2,296,330.74 | -15,765,987.02 |
| 31108 | (Inactive) Technical Support-Oc | -24,131,594.15 | 962,837.37 | 3,439,744.82 | -5,280,000.72 |
| 31200 | Product Support - Bronze | -42,596,102.65 | 1,334,574.15 | 1,298,774.20 | -57,873,000.72 |
| 31201 | (Inactive) Bronze Support - Ren | -47,396,102.65 | 8,719,134.34 | 19,196,235.43 | -493,446,736.01 |
| 31211 | (Inactive) Silver Support - Ren | -405,141,905.93 | 14,466,631.50 | 102,771,601.58 | -25,286,447.89 |
| 31220 | Product Support - Gold and Life | -22,554,373.12 | 3,059,770.46 | 1,058,961.28 | -3,008,674.07 |
| 31221 | (Inactive) Gold Support - Renew | -864,947.32 | 6,153,613.24 | 6,153,613.24 | -3,783,038.87 |
| 31222 | (Inactive) Lifecycle Support - | -2,427,528.22 | 3,967,220.61 | 4,548,376.47 | -3,059,195.53 |
| 31232 | (Inactive) Technical Support - | -3,996,273.95 | 237,531.23 | 22,336.15 | -47,196,139.48 |
| 31233 | (Inactive) Technical Support - | -3,059,195.53 | 0.00 | 0.00 | 460,771,983.53 |
| 31237 | (Inactive) Technical Support - | -33,632,486.19 | 460,424.00 | 9,206,275.31 | |
| 31238 | (Inactive) Technical Support - | 375,762,020.19 | 170,020,861.00 | 85,011,697.66 | |
| 31248 | Product Support - Transfer to L | | 81,505.43 | 81,505.43 | 0.00 |
| 31270 | Product Support - Transfer to P | -94,693,501.55 | 37,292,166.42 | 64,581,166.42 | -122,065,940.05 |
| 31300 | License Updates | | 81,684.05 | | -2,968.55 |
| 31320 | (Inactive) Updates | -39,156,183.12 | 31,981,767.43 | 46,231,160.76 | -53,107,576.14 |
| 31321 | Incident Support | -227,567.55 | 164,907.29 | 592,473.59 | -73,455,113.85 |
| 32000 | Education ILT Server/Tools - Pu | -51,999,905.71 | 850,777.40 | 22,537,087.40 | -3,783,172.88 |
| 32110 | Education Other Seminars | -170,923.90 | 1,365.54 | 2,245.65 | 880.11 |
| 32111 | Education Certification Tests | | 44,995.00 | | 539,880.74 |
| 32115 | Education Certification Local | 514,385.74 | 87,358,271.74 | 207,620,694.54 | -607,965,632.32 |
| 32116 | Education Consulting Engagement | -487,703,208.92 | 1,011,799.00 | 144,231.00 | 3,507,740.00 |
| 33005 | SJ-Consulting Revenue | 2,015,960.19 | 45,794.51 | 325,548.34 | -1,984,244.16 |
| 33009 | Reserve-SJ Consulting Rev | 1,011,799.00 | 20,319.27 | 174,131.55 | -832,610.70 |
| 33014 | Consulting Local | -1,704,490.33 | 0.00 | 158.00 | -9,484,905.00 |
| 34000 | Documentation | -678,618.51 | 0.00 | 0.00 | 0.00 |
| 34004 | CD Packs-Revenue | -9,484,905.00 | 0.00 | 0.00 | 0.00 |
| 34100 | Funded Development | | 1,338.63 | 1,338.63 | 0.00 |
| 34200 | Systems Integration | | 18,643.75 | 18,643.75 | 0.00 |
| 34300 | Other Revenue | 78,718.08 | 0.00 | 0.00 | 90,574.09 |
| 34301 | BOL - Service Fees | 0.00 | 278,866.99 | 278,866.99 | 0.00 |
| 34304 | Reserve-SJ Other Revenue | | 918,316.27 | | |
| 34306 | Oracle Magazine Revenue | -1,032,204.18 | | 1,735,332.59 | -1,849,220.50 |
| 34307 | SJ-Other Rev-Misc | | | | |

EY 000242
CONFIDENTIAL

Oracle US Primary

Summary1 Trial Balance
Period: NOV-00

Report Date: 22-OCT-2002 09:19
Page: 6 of 11

Currency: USD
Balance Type: Period to Date
Company Code Range: 001 to 001

Company Code: 001 USA

| Acct | Description | Beginning Balance | Debits | Credits | Ending Balance |
|---|---|---|---|---|---|
| 34315 | Finance Revenues | -5,774,919.61 | 901,816.65 | 1,300,461.94 | -6,173,337.90 |
| 34315 | License Merchandise Revenue | -28,608.85 | 0.00 | 29,732.65 | -58,341.50 |
| 35000 | Computer and Administration Fee | -4,960,200.84 | 1,631,917.72 | 2,495,801.61 | -5,824,084.73 |
| 45000 | Incerco Revenue - Other | -2,096,899.00 | 0.00 | 232,476.00 | -2,328,099.00 |
| 45040 | US Manufacturing Markup Income | -1,750,482.41 | 0.00 | 127,899.40 | -1,575,339.00 |
| 45060 | Technical Services Markup Incom | -3,154.55 | 0.00 | 0.00 | -36.78 |
| 45260 | OEM&A Manufacturing Markup E | -916.78 | 0.00 | 0.00 | -908,381.81 |
| 50000 | Salary Expense | 701,935,135.54 | 150,942,143.19 | 1,922,502.98 | 850,954,415.45 |
| 50002 | Overtime Expense | 77,265,241.98 | 56,927,462.31 | 13,646,770.45 | 120,443,933.84 |
| 50020 | Commissions | 38,451.74 | 0.00 | 0.00 | 38,454.74 |
| 50101 | Commissions Other | 53,713,211.61 | 11,340,607.02 | 161,225.20 | 64,892,593.43 |
| 50111 | Sales Bonus | 41,658.86 | 0.00 | 0.00 | 41,658.86 |
| 50112 | Non-Cash Bonuses | 11,841,243.34 | 5,123,353.68 | 1,270,460.63 | 15,701,112.57 |
| 50120 | MBO Bonus Expense | 930.84 | 472.92 | 0.00 | 1,443.76 |
| 50130 | Car Depreciation - intl | 10,054,574.18 | 2,301,168.26 | 252,957.31 | 12,102,795.12 |
| 50140 | Car Allowance Expense | 34,864,108.76 | 11,330,115.20 | 132,929.00 | 46,003,354.51 |
| 50150 | Corporate Bonuses | 3,154.51 | 0.00 | 0.00 | 0.00 |
| 50160 | Car Lease Expense | 497.83 | 40,038.71 | 35,342.46 | 84,187.08 |
| 50200 | Employee Benefits | 21,750,981.07 | 53,306,247.84 | 75,005,435.86 | 45,793.05 |
| 50203 | 401k Match Expense | 2,252,561.30 | 4,006,235.57 | 1,232,384.01 | 5,026,712.70 |
| 50204 | Vacation Expense | 518.83 | 1,658,530.02 | 204,161.12 | 6,981,887.73 |
| 50206 | Misc Employee Expense | 5,527,518.83 | 844,408.79 | 99,266.21 | 2,855,488.23 |
| 50207 | Relocation-Travel & Lodging for | 2,110,144.66 | 13,554,266.25 | 2,498,964.59 | 53,882,448.62 |
| 50208 | Relocation-Transportation & Sto | 42,827,187.06 | 24,431.16 | 8,995,378.90 | -52,240,228.65 |
| 50210 | Medical + Dental Ins. | 6,018,453.63 | 0.00 | 452,676.55 | 1,156,017.23 |
| 50211 | Flex Credits | -41,265,299.78 | 0.00 | 442,154.63 | -2,636,807.64 |
| 50212 | Flex Medical/Dental Deductions | 1,608,695.78 | 0.00 | 189,110.00 | 700,951.03 |
| 50221 | Life/Accid/Diemem Ins | -2,195,422.61 | 7,737,550.62 | 0.00 | 50,806,951.80 |
| 50222 | Flex - Insurance Deductions | 73,158,482.90 | 688.86 | 49,815.35 | 1,060,267.64 |
| 50222 | Payroll Taxes | 402.96 | 373,480.36 | 89,403.26 | 2,640.00 |
| 50230 | Relocation-Temporary Quarters a | 736,660.21 | 0.00 | 8,403.26 | 5,405,588.01 |
| 50234 | Relocation-Qualified Expenses O | 2,640.00 | 0.00 | 1,909.00 | 2,405,789.01 |
| 50236 | Relocation-Other Approved Expen | 4,405,179.93 | 1,209,179.00 | 15,232.00 | 33,029.19 |
| 50237 | Job Related Education | 2,024,181.97 | 455,257.88 | 15,232.38 | 1,232,776.41 |
| 50300 | Employee External Training Cost | 29,425.22 | 18,835.99 | 11,355.38 | 1,209,155.04 |
| 50301 | Outside Vendor Training | 1,146,261.63 | 99,862.63 | 5,512,949.23 | |
| 50310 | Education Services/PDE Chargeba | -931,064.29 | 5,234,849.48 | 11,489.00 | |
| 50311 | Employee Internal Training | | 111,482.00 | 78,483.00 | 186,084.29 |
| 50400 | Lease Transport. Auto Payment | 240,084.37 | 24,482.96 | 0.00 | 907,842 |
| 50402 | T&E Lodging, Transport. Meals, E | 900.42 | 5.26 | 0.00 | |
| 50403 | T&E - Other | 11,976,835.89 | 4,724,161.41 | 1,522,204.06 | 15,178,994.24 |
| 50404 | Travel Rebate | -735,125.00 | 5.26 | 5,000.00 | -734,993.76 |
| 50405 | T&E Meals & Entertainment | | | | |
| 50406 | A&E Meals & Entertainment | 15,899,608.60 | 4,054,624.59 | 396,312.39 | 19,557,920.80 |
| 50407 | Do not use - Holiday Party | 507,263.68 | 22,905.30 | 0.00 | 530,169.58 |
| 50410 | T&E - Hotel/Lodging | 26,450,687.75 | 5,800,603.03 | 74,499.46 | 32,176,624.17 |
| 50410 | T&E - Airfare/Rail | 61,211,189.80 | 18,910,537.75 | 7,019,125.84 | 67,102,686.23 |
| 50420 | T&E - Car Rental | 5,635,031.80 | 1,075,316.18 | 13,201.59 | 6,697,146.39 |

EY 000243
CONFIDENTIAL

Currency: USD
Balance Type: Period to Date
Company Code Range: 001 to 001

Company Code: 001 USA

| Acct | Description | Beginning Balance | Debits | Credits | Ending Balance |
|------|-------------|-------------------|--------|---------|----------------|
| 50450 | Rebillable Expenses | 45,169,032.26 | 11,039,611.75 | 513,182.22 | 55,695,561.89 |
| 50460 | Client Billed Expense | -39,191,349.34 | 612,662.25 | 6,486,822.86 | -47,127,523.86 |
| 50900 | Contractor Markup Groseup | 315,062.18 | 936.76 | 936.76 | 315,062.18 |
| 50910 | Benefits-Usage Charges | 0.00 | 0.00 | 0.00 | 0.00 |
| 51000 | Equipment Cost - Systems Integr | 6,667,415.00 | 13,842,008.94 | 13,842,008.00 | 6,667,415.00 |
| 51501 | Internal Training Vendor Servic | 0.00 | 38,659.11 | 0.00 | 97,135.78 |
| 51501 | Contract Services | 2,194,459.34 | 1,155,621.25 | 475,849.15 | 2,874,231.44 |
| 51503 | Re-billable/External Contractor | 24,316,627.14 | 8,602,955.24 | 2,639,469.38 | 30,279,609.59 |
| 51504 | | | 2,132,524.26 | | 1,860.77 |
| 52000 | Damaged Product Adj | -277,864.00 | 3,518.05 | 96,241.05 | -370,527.00 |
| 52001 | Copy Center Chargebacks | 2,617,819.64 | 23,484.95 | 23,484.95 | 2,617,819.64 |
| 52002 | PPV Inventory Documentation | 1,782,524.10 | 853,780.69 | 1,446,053.05 | -5,910,756.04 |
| 52003 | Product Usage Charge | -4,476,208.94 | 2,810,667.98 | 1,444,043.90 | 475,781.84 |
| 52004 | Material Burden Absorption | 1,863,825.90 | 109,623.94 | 433,945.30 | -297,715.38 |
| 52005 | Scrap for Inventoried Items | | 900,004.81 | 61,618.91 | -597,294.55 |
| 52007 | Purchase Price Variance | | 44,942.57 | 77,618.91 | 19,593.67 |
| 52008 | Invoice Price Variance | -38,843.77 | 63,365.54 | | -7,552.65 |
| 52009 | Standard Cost Adjustment (book | -582,822.18 | 4,765.89 | 2,360.11 | 591.21 |
| 52010 | Cycle Count Adjustment | -5,192.54 | 0.00 | | 13,977.22 |
| 52012 | Revaluation Adjustment | | 0.00 | | 900,600.77 |
| 52013 | Physical Inventory Adjustments | 8,012.89 | 41,286.55 | 82,020.30 | 1,298.80 |
| 52015 | PPV Clearing | 1,076,995.96 | 148,286.55 | 322,996.14 | |
| 52017 | Amortization of Inventory Varia | 425,987.66 | 5,498.00 | 1,298.80 | |
| 52018 | Internal PPV Variance | 2,906.69 | 0.00 | 12.50 | 672,906.69 |
| 52019 | Graphic Design - Other (Interna | 509,742.14 | 166,243.09 | 88,042.16 | -228,744.57 |
| 52021 | Do not use - Tapes & Diskettes | -100,887.85 | 0.00 | 7,188.53 | 52,360.33 |
| 52024 | WIP Overhead Absorption | 59,548.86 | 514,991.44 | 61,680.08 | 2,499,902.56 |
| 52025 | Air Express | 2,046,591.20 | 918,490.73 | 254,360.40 | 2,194,996.77 |
| 52501 | Contra Shipping Expenses | -119,201.84 | 103,105.86 | 16,864.50 | 529,497.77 |
| 52502 | Shipping/Couriers/Ground Freigh | 1,443,285.41 | 231,078.62 | 57,594.79 | 1,060,567.61 |
| 52503 | Office Move Fees | 887,083.98 | 0.00 | 0.00 | 109,364.43 |
| 52504 | Warehouse Fees | 9,364.33 | 5,510.00 | | 0.00 |
| 52504 | Agency/Freelance - PR | 95,893.43 | | 1,002,536.15 | -2,129,375.56 |
| 53001 | Writing - PR | -1,304,997.95 | 1,957,490.50 | 626,757.55 | 3,491,730.98 |
| 53002 | Marketing Services Chargebacks | 2,160,997.95 | 27,013.20 | | 50,658.20 |
| 53003 | Other Marketing Costs | 33,845.00 | 361,175.16 | 10,917.00 | 1,651,010.66 |
| 53004 | Marketing Affiliation & Assoc F | 1,002,926.57 | 1,584,294.16 | 8,012.47 | 1,693,058.59 |
| 53005 | Corporate Sponsorship | 1,355,825.90 | 333,021.77 | 453,342.77 | 2,242,097.20 |
| 53100 | Collateral Used | 2,020,003.15 | 25,223.59 | 110,922.72 | 118,739.39 |
| 53101 | Video Collateral | 161,635.70 | 90,876.21 | 110,000.00 | 451,151.70 |
| 53102 | Collateral Assembly | 318,431.88 | 62,131.25 | 4,000.00 | 194,244.93 |
| 53107 | Collateral - Writing & Editoria | 132,113.68 | 63,737.58 | 58,297.00 | 189,524.44 |
| 53109 | Graphic Design-Collateral Mat | 125,786.56 | 26,880.00 | 0.00 | 198,504.14 |
| 53110 | Graphic Design | 63,569.63 | | 0.00 | 38,105.81 |
| 53200 | Content Copywriting | 38,105.81 | | 0.00 | |
| 53201 | Creative-Photography | | | | |
| | Space Rental-Trade Shows | | | | |
| | Shipping-Trade Shows | | | | |

EY 000244
CONFIDENTIAL

Oracle US Primary

Summary Trial Balance
Period: NOV-00

Report Date: 22-OCT-2002 09:19
Page:

Currency: USD
Balance Type: Period to Date
Company Code Range: 001 to 001

Company Code: 001 USA

| Acct | Description | Beginning Balance | Debits | Credits | Ending Balance |
|---|---|---|---|---|---|
| 53202 | Setup-Trade Shows | 1,213,408.65 | 1,939,640.31 | 486,033.14 | 1,523,621.56 |
| 53203 | Printing-Trade Shows | 3,883.06 | 1,519,710.00 | 0.00 | 1,523,380.00 |
| 53204 | Purchases-Trade Shows | | 0.00 | 0.00 | 0.00 |
| 53206 | IOUG Conference Income | 1,261,541.85 | 801,750.77 | 171,972.07 | 1,891,320.62 |
| 53207 | IOUG Conference Expense | -6,599,140.66 | 52,480.92 | 5,036,254.70 | -10,586,914.71 |
| 53210 | Speaker Fees | 22,773,985.59 | 12,111,329.12 | 4,145,000.00 | 2,320,291.43 |
| 53211 | Conference Rental | 2,113,506.19 | 5,627.88 | 4,506.98 | 114,627.09 |
| 53213 | Food/Beverage | 218,261.33 | 229,013.41 | 16,299.50 | 418,907.24 |
| 53214 | Registration Fees | 59,060.02 | 545,000.00 | 10,499.00 | 10,495.00 |
| 53215 | Equipment Rental | -2,318,151.72 | 147,366.67 | 395,888.00 | 2,275,619.99 |
| 53216 | External Labor | 1,836,141.05 | 3,555.73 | 1,551.11 | 2,164,689.99 |
| 53226 | Customer/Marketing SeminarsComb | 3,600.00 | 0.00 | 0.00 | 3,604.42 |
| 53102 | Adv-Cust/Mktg Seminars | 31,014.98 | 0.00 | 0.00 | 931,014.28 |
| 53103 | Cust/Mktg-Hotel,Food,etc-Semina | 706,694.34 | 260,011.00 | 5,189.25 | 1,005,315.92 |
| 53401 | Printing-Direct Mailing | 706,517.08 | 315,681.37 | 27,185.00 | 770,689.51 |
| 53403 | Graphics-Direct Mailing | 560,174.13 | 240,977.37 | 30,451.99 | 241,571.44 |
| 53404 | Lists-Direct Mailing | 237,371.44 | 3,800.00 | 0.00 | 241,571.95 |
| 53405 | Postage Fees | 469,001.09 | 513,395.82 | 62,497.06 | 724,843.50 |
| 53407 | Telemarketing | | 270,189.42 | 10,000.00 | 724,843.50 |
| 53408 | Advertising Placement | -2,081,611.75 | 12,173.68 | 0.00 | -2,069,440.07 |
| 53453 | Advert - Agency | 44,429,684.20 | 34,280,049.98 | 15,638,127.25 | 63,071,607.93 |
| 53470 | Promotional Items | 2,595,049.99 | 2,665,409.79 | 1,061,483.20 | 4,199,410.71 |
| 53500 | Office Rent | 34,765,631.87 | 9,207,000.00 | 1,721,635.03 | 41,135,410.77 |
| 53501 | Parking Fees | | 207,000.00 | 854.52 | 992,079.35 |
| 53510 | Depreciation-Furniture, Off. Eq | 13,502,313.75 | 2,684,200.50 | 66,061.75 | 16,120,452.50 |
| 53511 | Depreciation Centrum Leasehold | 5,481,822.55 | 104,364.89 | 0.00 | 6,439,958.10 |
| 53512 | Depreciation-Leasehold Improvem | 2,479,426.22 | 496,032.56 | 6,419.00 | 2,575,282.01 |
| 53513 | Building Operating Expense | | 303,603.41 | 176.74 | 594,752.71 |
| 53521 | Utilities Expense | 337,603.41 | 1,233,049.27 | 46,807.84 | 1,489,048.81 |
| 53522 | Security Expense | 3,712,269.62 | 241,560.41 | 356,762.68 | 3,396.20 |
| 53523 | Fixed Building Operating Expens | 2,645,121.43 | 705,557.96 | 56,563.66 | 5,174,893.98 |
| 53524 | Variable Building Operating Exp | 4,810,926.14 | 5,344,867.96 | 4,180,902.12 | 239,893.98 |
| 53525 | Sub-lease Other | -3,629,319.07 | 52,251.56 | 0.00 | 239,892.73 |
| 53527 | Property Insurance | | 864,764.72 | 1,559,005.73 | -1,323,560.08 |
| 53528 | Cleaning Expense | 1,235,663.00 | 434,518.69 | 959,158.69 | 1,661,668.24 |
| 53531 | Analyst Relations and Market Re | 1,502,678.12 | 2,085,093.53 | 8,913.68 | 1,275,423.65 |
| 53543 | General Operating Expense-Build | 576,742.11 | 158,020.41 | 312,348.00 | 1,695,976.81 |
| 53545 | Repair and Maintenance-Building | 1,032,396.39 | 15,524.24 | 126,215.97 | 1,497,908.63 |
| 53547 | Small Furn./Office Equip. Purch | 549,486.65 | 590,842.70 | 257,520.97 | 90,908.63 |
| 53548 | Furniture, Office Equipment Ren | 554,512.14 | 735,146.64 | 400,195.82 | 882,808.38 |
| 53550 | Treasury Furniture Leases | 18,520.89 | 4,100.25 | 4,100.25 | 689,532.96 |
| 53551 | Public Relations | 2,166,920.89 | 401,871.65 | 47,689.74 | 2,521,032.40 |
| 53560 | OPN Marketing Development Fund | 439,000.00 | 444,168.93 | 30,000.00 | 414,168.93 |
| 53570 | Global Alliances - MDF | 481,143.00 | 50,000.00 | 50,000.00 | 481,143.00 |

EY 000245
CONFIDENTIAL

Oracle US Primary

Summary1 Trial Balance
Period: NOV-00

Currency: USD
Balance Type: Period to Date
Company Code Range: 001 to 001

Company Code: 001 USA

| Acct | Description | Beginning Balance | Debits | Credits | Ending Balance |
|------|-------------|------------------:|-------:|--------:|---------------:|
| 53580 | Computer Maintenance | 15,992,576.69 | | 31,972,074.98 | 20,103.71 |
| 53601 | Communications Repairs and Maintenan | | 48,322,559.48 | | 32,335,994.00 |
| 53602 | Furniture, Repairs and Maintenan | 541,560.40 | 11,010.86 | 36,146.34 | 615,554.92 |
| 53603 | Office Equipment Repairs and Ma | 229,653.09 | 138,792.45 | 53,739.26 | 314,816.28 |
| 53604 | Cafeteria Subsidies | 18,139.04 | | | 18,172.24 |
| 53610 | In-Country Network Charges - As | 0.00 | 5,687,471.95 | 5,687,471.95 | 0.00 |
| 53620 | Postage | 0.00 | 2,381.60 | | 2,381.60 |
| 53630 | Field Technical Services - Assi | 0.00 | 2,353,146.89 | 2,353,146.89 | 0.00 |
| 53910 | Facilities Usage Expenses | 1,751.20 | 166,652,302.60 | 164,903,302.60 | 1,739.39 |
| 53911 | Facilities Shared expenses | | 2,189,742.47 | 2,189,742.47 | 366.24 |
| 54001 | Computer Equipment Rent | 176,863.58 | 22,479.15 | 122,526.00 | 199,342.73 |
| 54100 | Depreciation Exp.- Computer Equ | 29,642,668.90 | 5,991,901.89 | 1,845,848.09 | 35,214,221.26 |
| 54101 | Depreciation Expense - Laptops | 11,968,104.46 | 2,263,900.89 | 2,591.48 | 14,226,029.51 |
| 54102 | Computer Supplies | | 11,516.65 | 23,868.88 | 7,029.51 |
| 54200 | Computer Software Expense | 1,573,169.23 | 1,504,411.67 | 285,008.88 | 3,052,735.05 |
| 54202 | Do not use - Software Support a | 2,200,453.64 | 792,778.19 | 68,561.72 | 2,724,671.35 |
| 54203 | Small Computer Equipment Purcha | 6,266,678.42 | 1,921,966.60 | 354,093,131.82 | 3,245,303.43 |
| 54204 | Computer Equip. Maint. | 2,159,203.23 | 355,283,172.59 | 20,955.62 | 685,114.61 |
| 54206 | Computer Equip. Repairs | 685,303.23 | 20,767.00 | 21,722.75 | 231,105.82 |
| 54207 | Treasury Equipment Leases | 1,189,072.00 | 65,719.85 | 1,757.35 | 53,000.00 |
| 54208 | Data Communications Expense | 483,709.04 | 31,739.04 | | 3,000.00 |
| 54209 | Legal Fees - Assigned Resources | 26,774,395.14 | 5,715,097.18 | 924,839.11 | 31,564,653.21 |
| 54300 | Customer Charge | 98,290.09 | 5,859.89 | | 104,149.98 |
| 54501 | Leased Line Charges | 533,349.96 | 117,725.98 | 6,188.08 | 252,217.36 |
| 54401 | Communications Maintenance Exps | 3,194,822.21 | 5,885,805.93 | 6,300.00 | 3,971,630.89 |
| 54502 | Small Telecom Equipment Purcha | 8,176,695.29 | 636,816.68 | 26,604.46 | 10,152,708.25 |
| 54503 | Depreciation Phone Equipment | 187,366.57 | 1,802,925.92 | | 250,228.82 |
| 54505 | Home Telecommunication | 478,363.84 | 142,931.24 | 29,632.99 | 509,225.73 |
| 54510 | Calling Card | 420,381.84 | 12,557.46 | 3,218.33 | 435,454.17 |
| 54511 | Cellular Phone | 8,750,786.73 | 1,992,573.33 | 244,090.38 | 10,499,269.68 |
| 54512 | Pager | 433,691.25 | 1,461.60 | | 435,454.17 |
| 54513 | Outside Consulting Services | 540,632.06 | 26,600.07 | 2,000.00 | 1,555,944.95 |
| 55001 | Professional Fees - All Other | 9,664,923.94 | 3,931,065.64 | 817,056.88 | 9,780,932.70 |
| 55002 | Political Contributions | 540,560.81 | 871,584.96 | 347,291.80 | 1,064,853.97 |
| 55003 | Lobbying Expenses | 2,022,962.91 | 3,703,918.00 | 888,394.03 | 1,926,880.94 |
| 55100 | Legal Services | 50,451.05 | 905,173.02 | | 1,164.05 |
| 55200 | Legal Costs | 793,046.52 | 159,201.63 | 14,014.89 | 938,235.26 |
| 55500 | Accounting Services | 2,450,359.19 | 625,125.13 | 57,237.87 | 3,018,246.45 |
| 55501 | Recruiting Chargebacks | 491,107.05 | | | 492,137.15 |
| 55510 | Advert-Recruiting | 869,451.00 | 16,931.12 | | 1,649,486.02 |
| 55510 | Employment Exp-Placement Fees | 536,950.09 | 1,558,586.20 | 778,553.18 | 560,886.67 |
| 56000 | License & Fees | | 23,936.58 | | 0.00 |
| 56001 | Penalties | 17,104,422.38 | 12,936,500.00 | 5,450,063.00 | 24,621,116.48 |
| 56002 | Sales Tax Expense | 7,726,916.85 | 7,936,500.00 | | 15,663,216.85 |
| 56003 | Taxes- Non-Income Based | | | | |
| 55500 | Bad Debt Expense | | | | |
| 57000 | Commission Expenses-Non Employe | | | | |

EY 000246
CONFIDENTIAL

Oracle US Primary

Summary Trial Balance
Period: NOV-00

Report Date: 22-OCT-2002 09:19
Page: 10 of 11

Currency: USD
Balance Type: Period to Date
Company Code Range: 001 to 001

Company Code: 001 USA

| Acct | Description | Beginning Balance | Debits | Credits | Ending Balance |
|------|-------------|------------------:|-------:|--------:|---------------:|
| 57001 | Reverse Royalties | 46,793.00 | 15,338.41 | 0.00 | 62,121.41 |
| 57002 | Expense Referral Fees Syst. Int | 125,491.00 | 0.00 | 0.00 | 125,491.00 |
| 57001 | Inst. Marketing Chargeback | 0.00 | 361,500.00 | 361,500.00 | 0.00 |
| 57507 | 3rd Party Vendor Program Cost | -117,962.92 | 0.00 | 9,992.29 | -117,965.62 |
| 57508 | Do not use - Office Supplies | 1,561,467.01 | 183,203.28 | 4,211.31 | 1,754,746.60 |
| 57510 | Telephone Sales Commission | | 1,410,253.21 | 2,230.66 | 1,406,443.90 |
| 57518 | Books, Subscriptions | 2,568.80 | 86.11 | 82,719.42 | 444.45 |
| 57523 | Do not use - Office Supplies | 760,761.37 | 332,564.31 | 11,140.00 | 1,010,606.15 |
| 57524 | Do not use - Postage | 266,920.93 | 16,665.61 | 0.00 | 272,454.76 |
| 57526 | Printing - Stationery | 1,000.00 | 2.35 | 0.00 | 1,000.00 |
| 57527 | Graphic Design - Stationery | 2,270,111.09 | 1,026,588.76 | 575,000.00 | 2,721,799.85 |
| 57528 | Corporate Donations | 1,471,101.75 | 1,693,495.67 | 10,205.00 | 2,779,887.85 |
| 57533 | Corporate Donations | 2,322,293.19 | 509,246.22 | 43,203.65 | 2,779,881.19 |
| 57534 | Do not use - Kitchen Supplies | 0.00 | 0.00 | 0.00 | 46,510.43 |
| 57535 | Do not use - Medical Supplies | 212,956.11 | 122,113.98 | 23,051.11 | 312,016.98 |
| 57536 | Do not use - Cafeteria Subsidie | 3,200,409.20 | 14,807,900.73 | 8,082,299.28 | 9,926,010.65 |
| 57537 | Misc. Expense | -1,227,076.99 | 23,875,713.15 | 24,619,190.27 | -2,000,674.11 |
| 57540 | Internal Consultants Expense | 0.00 | 315,561.43 | 315,561.43 | 0.00 |
| 57541 | T&E Internal Consultant Trans | 0.00 | 88,000.00 | 88,000.00 | 0.00 |
| 57550 | Un-allocated Expenses | 88,000.00 | 88,000.00 | 0.00 | 0.00 |
| 57560 | OU Only - Course Materials Expe | 975,677.52 | 102,519.03 | 995,106.95 | 85,290.90 |
| 57562 | Bank Charges | 0.00 | 71,533.88 | 72,021.95 | 72,072.00 |
| 57563 | Customer Reference Credits | -728,636.85 | 18,463,666.92 | 18,465,585.03 | -730,554.96 |
| 57564 | Interdepartmental Charges | 15.00 | 0.00 | 0.00 | 15.00 |
| 57565 | Inter-Expense | 0.00 | 1,855,765.16 | 1,855,765.99 | 0.00 |
| 57571 | Contra License Expense | 0.00 | 205,128.39 | 286,121.48 | 0.00 |
| 57572 | Contra Support Expense | 0.00 | 286,121.48 | 330,475.44 | 0.00 |
| 57573 | Contra Education Expense | 0.00 | 330,475.44 | 672,679.40 | 0.00 |
| 57574 | Contra OTN Expense | 55,207.43 | 55,207.43 | 685,586.83 | -2,005,046.18 |
| 57575 | Promotional Store Sales-Contra | -1,387,574.21 | 0.00 | 0.00 | -251,812.22 |
| 57600 | Sublicense Fees to Outside Deve | -83,204.10 | 4,479,648.95 | 12,016,702.56 | 17,175,816.91 |
| 58000 | Global-Outgoing Charges | 13,585,101.00 | 66,086,501.00 | 1,853,286.52 | 112,645,604.00 |
| 58500 | Outgoing License | 42,559,101.00 | 0.00 | 3,185,054.15 | -54,554,555.57 |
| 58510 | Outgoing Consulting | -18,470,164.99 | 0.00 | 3,198,385.10 | -21,443,763.95 |
| 58520 | Outgoing Support | -17,193,369.51 | 0.00 | 1,193,369.10 | -16,556,240.61 |
| 58530 | Outgoing Education | -4,993,016.33 | 0.00 | 3,497,722.16 | -36,186,385.43 |
| 58540 | Outgoing Marketing | -99,659,485.35 | 133,008.65 | 3,774,432.17 | -6,494,199.36 |
| 58550 | Outgoing G&A | -5,028,672.29 | 861,559.19 | 524,413.96 | -27,713,941.19 |
| 60000 | Other Income - Interest Income | -5,851,983.58 | 288,527.16 | 4,481,946.58 | -6,089,470.38 |
| 60002 | Other Income - OCC | 7,018,052.70 | 1,957,630.15 | 4,956,157.49 | 7,493,736.29 |
| 42000 | Other Expense - Interest Expens | -22,695,721.00 | 36,127,679.96 | 14,956,157.49 | 131,175,545.20 |
| 42300 | Intercompany Interest Income | 112,699,615.34 | 31,567.39 | 46,515.31 | 61,667.42 |
| 43000 | Intercompany Interest Expense | 76,855.62 | 11,567.39 | 3,771,421.58 | -583,126.91 |
| 63000 | Gains/Income on Sale Discounts T | 1,004,178.17 | 2,186,178.17 | 1,150,400.00 | -2,951,807.22 |
| 64001 | Gains/Losses on Property Retire | -1,685,597.75 | 184,191.27 | 0.00 | 30,951,041.87 |
| 65000 | Currency Losses - International | 26,009,305.78 | 4,941,736.09 | | |
| 67000 | Amortization of Goodwill | | | | |

EY 000247
CONFIDENTIAL

Oracle US Primary

Summaryl Trial Balance
Period: NOV-00

Report Date   22-OCT-2002 09:19
Page          11 of  11

Currency: USD
Balance Type:   Period to Date
Company Code Range:  001 to 001

Company Code:  001 USA

| Acct | Description | Beginning Balance | Debits | Credits | Ending Balance |
|------|-------------|-------------------|--------|---------|----------------|
| 68010 | (Gain)/Loss on Sale of Marketab | -46,755,243.76 | 4,218,750.00 | 8,088,062.00 | -50,624,555.76 |
| 69910 | Hedging Expense - International | -647,549.00 | 1,172,186.00 | 0.00 | 524,637.00 |
| 69930 | Amortization of Software Dev. C | 5,913,063.00 | 3,178,893.00 | 2,534,170.00 | 6,557,786.00 |
| 70300 | Federal income Tax Exp | 181.12 | 362.24 | 362.24 | 181.12 |
| 70002 | Foreign Withholding Taxes | 0.00 | 47,758.72 | 47,758.72 | 0.00 |
| 71000 | Withholding Tax Expense | 29,653,301.23 | 896,555.34 | -26,598.67 | 30,580,457.24 |
| 99999 | Suspense Account | 0.00 | 1,396.13 | 1,396.13 | 0.00 |
|  |  | 0.00 | 15,784,498,677.13 | 15,784,498,677.13 | 0.00 |

EY 000248
CONFIDENTIAL

E & Y Form U521 (2/91)

Accounting + Business Policy

X5

EY 000249
**CONFIDENTIAL**

AB
10/02

## Unapplied

**WHAT IS UNAPPLIED**
Auto lockbox is a feature of Oracle Receivables that will automatically record payments received from a bank file and apply them to open invoices. If Auto lockbox cannot determine the proper invoice with the information provided, these payments go into "unapplied" cash. Unapplied is any open receipt that has not yet been applied to an invoice.

**HEALTHY vs. UNHEALTHY**
*Healthy Unapplied*
- Checks that have been unapplied for shorter than 60 days are deemed healthy. This period allows Collectors to research and resolve unapplied cash.

*Unhealthy Unapplied*
- Checks that have been unapplied longer than 60 days are considered unhealthy. These payments need immediate attention as the more time that passes the more difficult the correct application information becomes to determine.

**STEPS TO RESOLVE UNAPPLIED ITEMS**
- Run an aging report for the customer to locate open receivables
- Contact the customer for remittance advice
- For unapplied checks >50,000, it is required to call the customer and research with them the correct remittance information.

**LABELING UNAPPLIED**
All unapplied items are labeled in the notes field according to the Collector's territory. Checks are researched and a determination is made based on the largest amount of receivables for a particular line of business. Labeling is as follows
- LIC - License
- PA - Consulting
- SUP - Support
- EDU - Education
- OCC - Oracle Credit Corporation
- ROY - Royalty payments
- VAD/VAR - Only for VADS/VARS
- NRI - No remit Information

**REFUNDS**
Oracle's Policy is not to refund any amount of money if the customer has open receivables. If the customer has outstanding receivables you should work with the company to get the money applied to those receivables. If the customer requests a refund and they have no open invoices, then you must submit a refund request (via an email template) to the Unapplied Specialist. The refund will be sent up the approval hierarchy bases on the dollar amount. Make certain to fill out the refund template completely and make your description of the situation clear and concise.

| | |
|---|---|
| 0 - 1,000 | Approved by Unapplied Specialist |
| 1,000 - 10,000 | Approved by Collections Manager for Unapplied |
| 10,000 - 50,0000 | Approved by Senior Collections Manager |
| 50,0000 - 100,000 | Approved by Director |
| 100,000.00+ | Approved by VP, Finance Operations, Controllers Office |

✱ Company Policy is to contact customer once cash receipt is unapplied. The communication will typically identify refund issue as part of the process, at which point the customer will request the refund payment. the discussion ~/ must occur, it is not the company policy to not contact customer if payment is contingous a refund, as alleged in Paragraph 26(b) of the complaint

**EY 000250
CONFIDENTIAL**

*Refund Template*

| Date Received | Cheok Number | Customer Name | Customer # |
|---|---|---|---|
| Original Check Amount | | Amount, To Refund | |

Reason:

Customer Approval and Address to Remit Check:

**RESERVES**
When an unapplied item cannot be applied to an invoice or refunded to the customer, it should be placed in the reserve account. These items should only be placed into the reserve account when all other options have been exhausted and the amount of the check does not exceed 25,000 and was not received within the last 60 days. Contact the Unapplied Specialist to have an item submitted to the reserves.

**HARD COPY OF CHECKS**
Hard copies of checks are maintained on site for 12 months. All other documentation for prior years have been moved to an off-site storage facility (Iron Mountain). A request for those records can be made through AR.
To look up an original check
- Look up the check in *Receipts* in 11i
- Write down the following information:
    - Company name
    - Check number
    - Receipt date
    - The receiving bank (Wells Fargo or Harris)
    - The batch number, which is found at the very top of the *Receipts* screen (Receipts (Oracle Corporation) – XXXXX), is the batch of checks the copy will be located in
    - The item number, which is found in the flex field [ ], is the position of the check in the batch (i.e. item number 21 will be the 21st check in the batch)
- Go to the filing cabinets that hold the checks
    - Locate the filing cabinets that are labeled with the correct bank, either Wells Fargo or Harris Bank
    - Look in the drawer marked with the correct month
    - Find the batch of checks that are labeled with the batch number
    - Find your check in the batch of checks

EY 000251
CONFIDENTIAL

## Escalation Policy

**COLLECTIONS TIMELINE/ESCALATION CYCLE**

- 15 days to 0 days past due:
  - ▪ Begin calling on invoices
    - o Over $1 million at -15 days
    - o Other invoices at -10 days
  - ▪ This is a courtesy call to the Bill to Contact to ensure the invoice was received
  - ▪ If you are unable to obtain a good contact name and number from the ordering documents, system or via number tracking channels, seek assistance from the sales rep immediately

0 to 15 days past due:
  - ▪ Obtain payment status or determine obstacles to payment
    - o Ensure that the payment is in the system and running its appropriate payment cycle
    - o If there is a problem, it should be identified and resolution should begin. Sales Rep involvement should occur if needed

15 to 30 days past due:
  - ▪ Obtain specific payment information and pay date or timeline for dispute resolution
    - o Get the payment date, receipt number and exact dollar amount. Verify how the receipt will arrive, if a check verify the address it was or will be sent to
    - o Once the problem has been identified, work with the appropriate customer and/or internal contact to determine a plan for resolution, clearly identify who will be responsible for what actions and the timelines associated with them
    - o Ascertain is the problem is Oracle's or the customer's "fault"
  - ▪ The Sales Rep receives an alert at 30, 60, 90, & 120 days past due indicating that the invoice has yet to pay

30 to 60 days past due:
  - ▪ Receipt of payment or finalize resolution of dispute
    - o Payment should be in route or received
    - o Progress towards resolution of problem should be occurring. Escalation internally and externally should occur as needed and as the situation dictates (i.e. dependent upon whose responsible for the problem, Oracle or the customer). If progress towards resolution is not steady, leverage tools should be discussed

60+ days past due:
  - ▪ Receipt of payment or exercise appropriate leverage technique
    - o Payment should be in route or received if there have been delays
    - o At this point issues should have been resolved or escalated to the highest level
    - o Leverage tools should be implemented. If the issues it due to the customer, credit hold is considered and support is r-listed. Depending upon the dollar amount and the customer, the account will be considered for Legal referral or third party collections. If the issue is due to problems on Oracle's side the deal can be considered for revenue reversal and credit memo

**INTERNAL ESCALATION**
  - ▪ First contact – Email the sales rep, explaining the situation in full detail. Provide a deadline for response; this should be no more than five business days. Follow up with a phone call reviewing what you sent via email.
  - ▪ Second contact – If no response, forward your original email to the sales rep and their manager, copying your manager.  Set a new deadline for response, this should be no more than three business days. At the top of the new message write: Second Request. Follow up with a phone call to the rep and the rep's manager requesting assistance and identifying this as a second request. State clearly the consequences of a lack of response (i.e. Revenue Reversal, Credit Memo, Credit Hold, Third Party Collections, Legal, Restriction of Support).
  - ▪ Third contact – If there is no response, notify all relevant/effected parties via email and proceed with the necessary consequence. If a response is required. Have your manager email the Sales Manager.

EY 000252
CONFIDENTIAL



- Fourth contact – If there is still no response and one is required, forward the email chain to the Sales Manager's manager requesting immediate action

## EXTERNAL ESCALATION

- First contact – Contact the Bill to Contact which is usually Accounts Payable (AP) or that listed on the invoice
- Second contact – If no response or lack of progress, contact the Bill to Contact's manager. This would be the AP Manager, the Buyer's manager. Indicate the lack of response/progress and elude to consequences if continued lack of response/progress
- Third contact – If no response or progress, escalate to the senior management level. This would be the Controller, Director of IT, Director of AP. Outline the specific contacts previously made with no response or lack of progress and state clearly the consequences if continued (i.e. Credit Hold, Third Party Collections, Legal, Restriction of Support). Express the desire for resolution of any possible problems
- Fourth contact – If no response or lack of progress, escalate to the executive management level. This would be "C" level management (CFO, CEO, President, Executive VP). Provide specific details of any collections efforts made thus far and their lack of progress. Detail consequences of a lack of response or progress forward. Set deadline for response or resolution
- Fifth contact – If no response or progress, notify the customer at the highest level and act upon the appropriate leverage tool (i.e. Credit Hold, Third Party Collections, Legal, Restriction of Support)

EY 000253
CONFIDENTIAL

## Credit Memo And Write-Off Policy

This policy ensures we promptly reflect uncollectable transactions in Oracle's accounting records and that we adequately provide for future bad debt write-offs and credit memos against current accounts receivable based on historic experience and in accordance with generally accepted accounting principles. This policy contains the workflow of credit memos and write-offs, whose approval must be obtained, and the globally defined reason codes. This policy applies to Oracle worldwide. Where individual roles are mentioned in this policy, they refer to the Oracle U.S. organization; international subsidiaries should substitute individuals as appropriate to their organizational structures.

### GUIDELINES
#### Credit Memos
We record a credit memo when we determine that a receivable is legally uncollectable, for example:

- The customer did not make a legally binding commitment and revenue should not have been recorded in the first place;
- The customer returned the product pursuant to a contractual right of return or after Oracle issues the customer a Return Materials Authorization (RMA) number;
- The invoice was issued in error or is incorrect; or
- Oracle has decided to not collect the invoice to maintain good customer/partner relationships

#### Write-Offs
We record a write-off when we have exhausted our collection efforts without success on a receivable that is legally collectible (for example, due to bankruptcy).

#### Reporting
We track credit memos and write-offs by type (for example, product return, sales tax/VAT adjustment, duplicate, bankruptcy, etc.). We summarize and report credit memo and write-off activity quarterly to identify trends for management attention and to adjust the credit memo and write-off reserve. The most appropriate place to track this information is by using the reason codes available in Oracle AR.

#### Approvals
Discretionary credit memos require approval from the appropriate LOB management level that manages the respective revenue. Approval requirements follow the spending limits established in the Spending Approval Policy (see page 9 of Oracle's Spending Approval Policy). All discretionary credit memos over $100,000 require HQAPP approvals. Discretionary credit memos do not include error corrections such as correcting duplicate invoicing, use of incorrect billing address, incorrect data entry, etc.

The Finance Director may write off invoices $2,000 or below that have been outstanding for over 12 months if collection efforts have been exhausted.

The below "Position" titles are indicative only and can be used in the absence of published career levels.

| Classification/ Career Level | Position | Approval Amount |
|---|---|---|
| M10 | LJE | $15,000,000 |
| M9 | SC, JOH | $250,000 |
| M8 | EVP | $100,000 |
| M7 | SVP | $50,000 |
| M6 | VP | $25,000 |
| M5 | Sr. Director | $10,000 |
| M4 | Director | $5,000 |
| M3 | Sr. Manager | $3,000 |
| M2 | Manager | $2,000 |
| M1 | Supervisor | - |

EY 000254
CONFIDENTIAL

## PROCESS
### Weekly Spreadsheet

Each week a spreadsheet of pending credit memos and write-offs will be distributed to those individuals whose approvals are required. The approver will have seven days to review the spreadsheet and contact the sender with questions. On the following Friday that spreadsheet will be sent to Accounts Receivable (AR)/America's Service Finance (ASF) for the credit memos and write-offs to be processed.

The template that will be provided to the approver and AR/ASF is shown below:

| Approver | Cost Center | Analyst | Customer Name | Sales Rep | Full Partial | Invoice Number | Order Number | Revenue | Tax Amount | Credit Memo Amount | Special Line Amount | Reason Code | Explanation | Reapply To | Refund Y/N | Comments | Completed Y/N | To Approver | T o A R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

### Notification
Weekly spreadsheets will be sent to the required approvers only. All other distribution of the spreadsheet must be handled by the LOB. A distribution list may be provided to the Collections group, however, the management of the distribution list will fall on the Individual LOB.

### Processing
Once a spreadsheet is received by AR/ASF, all credit memos and write-offs will be processed within two working days. Any credit memos and write-offs that are unable to be processed will be returned to the Collections Department for follow-up.

### Online Process
Credit memos and write-offs can be initiated from outside the Collections Department by using the online web template found on Oracle's Global IT web site (http://itweb.oraclecorp.com/). Please navigate to the "Tools" tab then click on the "Web Templates" link. The template can be located by looking under the specific region and then country.

The request template will automatically be routed to the appropriate Accounts Receivables group for processing. Requests will be processed within two working days.

### Refunds And Reapplications
A refund will not automatically be processed if the issuing of a credit memo or write off causes a receipt to become unapplied. If a refund is required, the requests must be routed to the Collections Department.

Reapplication of a receipt applied to a credited invoice will only occur if instructions are provided in the appropriate section of the template. If no reapplication instructions are provided the receipt will sit open in the unapplied account.

## DEFINITIONS
### Write-Off
Removing a legally collectible receivable from Oracle's accounting records by recording a reversal to revenue. Bad debt write-offs are generally due solely to customer credit problems.

### Credit Memo
Removing a receivable from Oracle's accounting records by recording a reversal to revenue. A credit memo is processed when the receivable is deemed not to be legally collectible.

EY 000255
CONFIDENTIAL

The historical level of credit memos as a percentage of historical revenues are used to determine the level of credit memo provisions recorded each period.

*Credit Memo/Rebill*

The generation of a new order that will replace the entire or parts of the original order that is then credit memoed.   The new order is always generated prior to the credit memo being processed to ensure that revenue is not negatively impacted.

*Reason Codes*

**Discretionary**                        **Credits that require approval from the sales hierarchy.**

| | |
|---|---|
| PRICE ADJUSTMENT | Invoice written off as customer goodwill |
| DISCOUNT | Customer discount not originally applied or was given at a later date |
| OFD: PAYMENT DISCOUNT | Finance deal with discount credit applied for prompt payment |
| PRODUCT RETURN | RMA: Customer goods returned with Sales approval |

**Non Discretionary**                    **Credits that require approval from F & A's hierarchy.**

| | |
|---|---|
| PARTIAL OVERCHARGE | Customer is billed for a greater amount than the Purchase Order presented |
| BAD DEBT | All possible methods to collect have been exhausted, the customer has filed for bankruptcy/gone out of business, or the order was booked on an invalid PO/contract |
| CREDIT MEMO FROM PROJECTS | Project Accounting credit |
| DUPLICATE BILLING | Customer has received a duplicate invoice due to order entry error, system error, sales error, or no credit issued at time of rebill |
| MIGRATION CREDIT | A credit note has been issued due to the invoice being rolled into a new migration deal or the invoice is being drawn down from an EPPC that is now being credited |
| SERVICE TERMINATED SUPPORT | Support has been canceled under the guidelines established by Oracle Technical Support Policy |
| CANCELLATION | Oracle University invoice booked up front and cancellation by Oracle or the customer occurs |
| THIRD PARTY COLLECTIONS | Item submitted to third party collections |

EY 000256
CONFIDENTIAL

## Credit

The main responsibility of the Credit Department is to evaluate the creditworthiness of Oracle's customers for large dollar size transactions (greater than $250K for License & Support deals; greater than $100K for Consulting).  The Credit Department evaluates the financial standing of customers for these transactions to determine their ability to pay the invoices once they come due.  Other responsibilities of the Credit Department include:

- Approvals for all non-standard credit terms (Oracle's standard credit terms are "Net 30 from date of invoice")
- Approvals for all non-standard purchase orders submitted to Oracle (including Purchase Order Exception Forms (POEFs))
- Approvals for license assignments
- Handling all issues that Collections refers to Oracle Legal for further follow-up
- Handling most 3rd party collections agency issues
- Review and approval on all payment plans initiated from the Collections Department
- Review and approval of all customers being submitted for Credit Hold

The Credit Department works closely with Collections in several capacities. This includes the exchange of information, the use of leverage to get customers to pay, and ensuring that there are as few obstacles as possible in the customer's payment cycle by addressing issues at the front end.  The Credit Department depends heavily on Collections to provide information about a customer's past due standing and business practices (ex. PO's). This data is an important factor in credit evaluations.  Collections should utilize the Credit Department as a leverage tool if there is difficulty in collecting payment. Holding up new business to get old business paid and credit hold are some available tactics to get results.

### QUESTIONS TO CONSIDER FOR CREDIT HOLD CANDIDATES
In general, the following points should be considered before putting a customer on credit hold; however, each situation is unique and needs to be evaluated based on its own circumstances:

- Does the potential credit hold customer have a good payment history with Oracle? Is the past due amount small relative to the amount that this customer has paid in the past?
- Does the customer have any legitimate excuse for not paying its past due amount? Is this a clear-cut case where the past due is the result of the customer's fault or where the customer is being uncooperative?
- Has the customer formally and legally filed for bankruptcy protection?
- Has Oracle exhausted sufficient amount of effort prior to credit hold in resolving the past due amount?
- Is the past due greater than sixty days past due?
- Is the customer a large company, which is well known to everyone, or is it part of a government entity?

### CREDIT HOLD INSTRUCTIONS
Credit hold has two major functions. First, it protects Oracle by preventing additional purchases by a customer deemed an unacceptable credit risk. Second, it can be a tool to pressure a delinquent customer to pay its past dues.

- Before submitting a customer to be placed on Credit Hold make sure to read *Credit's Minimum Escalation Requirements for Credit Hold* located below. .
- Submit the Credit Hold template via email to your manager.  Be sure to copy all internal account team members, previously identified through escalation efforts.
- The Collection's Manager will review the request.  If completed correctly they will forward it to credit.  Again, the account Team members should be copied.
- Credit will review the request, and if approved, will place the account on hold according to the request.

### TYPES OF CREDIT HOLDS
*Partial Credit Hold*

EY 000257
CONFIDENTIAL



Prevents customers from placing any new orders for product or services with Oracle until the past due receivables are paid.  A partial credit hold cannot be requested until all applicable steps listed in the *Minimum Escalation for Credit Hold* have been completed.

### Full Credit hold
Allows Oracle to withhold technical support from customers.  Customer accounts that are on partial credit hold for 30 days, have received written notification of this hold and have been contacted according to the *Minimum Escalation for Credit Hold*, are eligible for a full credit hold.

### CREDIT'S MINIMUM ESCALATION REQUIREMENTS FOR CREDIT HOLD
The following are the minimum requirements for placing a customer's account on Credit Hold. This is meant to complement the Collection's Escalation Policy, <u>not</u> replace it. This is designed for the worst-case scenario where no progress is being made at any level.

### What Does Escalation Have To Do With Credit Hold?
Escalation is a means to communicate unresponsiveness of a customer to pay their past due receivables. Credit Hold cannot be considered as an option until every effort has been made to inform and communicate the situation at hand to all parties with vested interest in the relationship between Oracle and the customer. Since Credit Hold stops business between Oracle and the customer, complete and exhaustive escalation is imperative before proceeding with either partial or full credit hold. Escalation at each level must be completed before Credit Hold will be considered.

### Round One (-15 to 15 days past due)
- External Customer Contacts
    - Aggressively makes calls to the listed bill-to contacts, the end user, purchasing, accounts payable department, or other group(s) responsible for approvals and cutting checks
    - If there is a dispute, notify the sales rep immediately to seek resolution
- Internal Oracle Contacts
    - If Collections cannot get a hold of a customer contact, Collector will notify the sales rep by both email and phone, asking for assistance in establishing an accessible contact

### Round Two (15-30 days past due )
- External Customer Contacts
    - If the contacts from Round One have been unresponsive, the Collector will escalate to the next levels of management. Escalation may include, but is not limited to Director of MIS, Director of Purchasing, Controller, and CFO
- Internal Oracle Contacts
    - The Collector will again notify the sales rep by email and/or phone
    - In addition, the Collector will also notify, via email and/or phone, the sales rep's manager and other account team members to determine if there are other solutions not yet considered. Possible account team members include, but are not limited to: field rep, ISD rep, Global Account Manager, Finance Manager, other reps previously helpful on the account

### Round Three (30-60 days past due)
- External Customer Contacts
    - If no progress is made in Rounds One or Two, the company's CFO or other high-ranking manager that will ultimately receive the official credit hold letter should be contacted. This conversation will communicate Oracle's intent to place the account on credit hold and suspend support. If the customer is a reseller, the Collector must also communicate that their reseller agreement may be terminated if there is no resolution
- Internal Oracle Contacts
    - The Collector will communicate by email and/or phone the situation to the sales rep, their manager, finance manager, and any other account team members that are familiar with this account. The known account team will be notified that the next step is credit hold on the entire account if no resolution found
    - If there is still no resolution discussed with a clear action plan, the Collector will submit to their manager, copying the account team, a request to place the account on partial credit hold

EY 000258
CONFIDENTIAL

 

      o  Credit will review the request. If approved, the account will be placed on Partial Credit Hold, which will prevent new orders from being booked in the system. Credit will send confirmation via email to the Collector, Collection's Manager, and known account team once the partial credit hold is in place. If declined, all involved will receive an explanation as to why the request is not approved. An official Credit Hold letter will also be sent to the customer. The letter also clearly informs the customer that they have 30 days to respond to the letter to avoid being moved to Full Credit Hold and all their support being blocked

*Round Four (60+ past due)*
- External Customer Contacts
  - o Collector and Collection's Manager will continue to call all contacts to inform them of the past due receivables, the credit hold, and next step Oracle will take if resolution is not achieved
- Internal Oracle Contacts
  - o Collector will inform the known account team via phone and email of their last effort to contact the customer and any results. The collector will request and encourage that calls be made from the sales team one last time
  - o If there is still no response from the customer and 30 days has lapsed since the official Credit Hold letter was sent, the Collector will again submit the original Credit Hold Template to the Collections Manager, adding that Full Credit Hold is now required. The account team should be copied
  - o If approved, Credit will move the company account(s) to Full Credit Hold and all support will be blocked
  - o If payment is not made, then the Collector will determine whether to submit the invoices to Legal, a collection's agency, or to submit credit memo's

EY 000259
CONFIDENTIAL

SCRIPT REVIEW

EY 000260
CONFIDENTIAL

Oracle Corporation
Script Review
November 2002

To confirm our understanding of the scripts and corresponding commands, we requested the definitions/descriptions of the script variables and Oracle Financial tables.

Sanjay Kumar provided the following information to us.

"The entire process was divided into two steps. First was to create debit memos for on account application records (script used was load_refund_invoice.sql). Second was to apply the on account receipts to debit memos (script used was apply_receipt.sql)

To explain it further. I had on account receipts application sitting in AR (tables - AR_CASH_RECEIPTS_ALL and AR_RECEIVABLE_APPLICATIONS_ALL). For each of these on account receipts application, I have created a debit memos (tables - RA_CUSTOMER_TRX_ALL, RA_CUSTOMER_TRX_LINES_ALL, RA_CUST_TRX_LINE_GL_DIST_ALL, AR_PAYMENT_SCHEDULES_ALL, RA_CUST_TRX_LINE_SALESREPS_ALL) using AutoInvoice( a oracle financials application process to import transaction in AR). These on account receipts were then applied to debit memos. This involved creating unapplied and applied records in AR_RECEIVABLE_APPLICATIONS_ALL table.

Tables involved in these scripts are -

AR_CASH_RECEIPTS_ALL - This keep the receipt header information

AR_RECEIVABLE_APPLICATIONS_ALL - It keeps the record for any activity (application and unapplication of transaction) for receipts.

RA_CUSTOMER_TRX_ALL - This keeps the transaction (invoices, credit memo, debit memos etc) header information

RA_CUSTOMER_TRX_LINES_ALL - This keeps transaction (invoice, credit memos, debit memos etc) line information for a transaction.

RA_CUST_TRX_LINE_GL_DIST_ALL - This keeps the accounting information for a transaction.

RA_CUST_TRX_LINE_SALESREPS_ALL - This keeps the sales credit information for a transaction.
AR_PAYMENT_SCHEDULES_ALL - This keeps the installments and amounts information for a transaction.

EY 000261
CONFIDENTIAL

## Summary of the load refund invoice.sql Script

Per our review of the SQL script, the script's purpose was to generate a debit memo for the "On Account" transactions.

The primary section of the script, which identifies the "On Account" transactions are in line 75-90 as well as the specific restrictions of criteria listed in line 62-73.

The "main" program, which processed the script, is included in lines 389-575.  For further detail on the script processing refer to the script.

The defining, per the script, of the "On Account" transactions are as follows:

Identifying transactions where credit cash receipts is equal to applied cash receipts

(Line 62) APP.CASH_RECEIPT_ID = CR.CASH_RECEIPT_ID

provided that all the related customer information is identical

(Line 63) CT.CUSTOMER_TRX_ID(+) = PS_INV.CUSTOMER_TRX_ID
(Line 64) BS.BATCH_SOURCE_ID (+) = CT.BATCH_SOURCE_ID
(Line 65) CTT.CUST_TRX_TYPE_ID(+) = PS_INV.CUST_TRX_TYPE_ID
(Line 66) T.TERM_ID(+) = PS_INV.TERM_ID
(Line 67) CUST.CUSTOMER_ID(+) = PS_INV.CUSTOMER_ID
(Line 68) SU.SITE_USE_ID(+) = PS_INV.CUSTOMER_SITE_USE_ID
(Line 69) CTL.CUSTOMER_TRX_LINE_ID(+) = APP.APPLIED_CUSTOMER_TRX_LINE_ID
(Line 70) PS_INV.CLASS = L_CLASS.LOOKUP_CODE
(Line 71) L_CLASS.LOOKUP_TYPE = 'INV/CM'
(Line 72) CI.CONS_INV_ID(+) = PS_INV.CONS_INV_ID
(Line 73) APP.APPLIED_PAYMENT_SCHEDULE_ID = PS_INV.PAYMENT_SCHEDULE_ID

but with the following conditions: (primary conditions for the "On Account" Transactions)

(Line 75) PS_INV.TRX_NUMBER = 'On Account' *[Looking for On Account Transactions]*
(Line 76) CR.RECEIPT_METHOD_ID is not null *[Credit Receipt does exist]*
(Line 77) NOT EXISTS ( SELECT 1 FROM ra_customer_trx b *[that the transaction does not exist in ra_customer_trx (Table)]*
(Line 90) CR.RECEIPT_NUMBER in ('8073')

The resulting fields generated from the script were the following:

CONTEXT
Cash Receipt Number
Cash Receipt Id
Cash Receipt Date
Receipt Amount
Apply Amount
Apply Date
Application Id
BATCH_SOURCE_NAME
SET_OF_BOOKS_ID
LINE_TYPE
CURRENCY_CODE
AMOUNT

EY 000262
CONFIDENTIAL



```
CUST_TRX_TYPE_ID
ORIG_SYSTEM_BILL_CUSTOMER_ID
ORIG_SYSTEM_BILL_ADDRESS_ID
--ORIG_SYSTEM_BILL_CONTACT_ID
CONVERSION_TYPE
CONVERSION_RATE
LINE_NUMBER
QUANTITY
--UNIT_SELLING_PRICE
--UNIT_STANDARD_PRICE
--PRINTING_OPTION
PRIMARY_SALESREP_ID
MEMO_LINE_ID
DESCRIPTION
TERM_ID
```

## Results

Per our review of the load_refund_invoice script and discussions with the client, the debit and credit entries to the "On Account" account "netted to zero," properly removed the transaction records and had no impact on the financial statements.

EY 000263
CONFIDENTIAL

## Summary of the apply receipt.sql Script

Per our review of the SQL script, the script's purpose was to perform several steps.

Initially, the script identifies transactions that are determined to be "on account" transactions.  Refer to the load_refund_invoices.sql script and summary of load refund invoice memorandum at _____ and _____ respectively for further information of how the system classifies "on account" transactions.

Subsequently, the following sections of the script performed the following procedures:

### Procedure – UnappOnAccApp

Lines 71-327 unapply the cash from the "On Account" transactions.

The "main" program, which processed this component of the script, is included in lines 805-816.

### Procedure – AppRecDM

Lines 333-527, unapply the "Unapplied Cash" from the above procedure to the debit memos associated with the "On Account" transaction.

The "main" program, which processed this component of the script, is included in lines 817-827.

### Procedure UpdDMPS

Lines 576-612, update the debit memo database with the "On Account" transactions, where trx_number=p_customer_trx_number AND cust_trx_type_id = p_cust_trx_type_id.

The "main" program, which processed this component of the script, is included in lines 828-834.

### Procedure UpdRecPS

Lines 616-650, update the transactional data of the Receivables database, effectively "zeroing" out the "On Account" transaction where cash_receipt_id = p_cash_receipt_id AND trx_number = p_receipt_number.

The "main" program, which processed this component of the script, is included in lines 835-876.

### FUNCTION is_dm_processed

Lines 652-679 flags and checks each Debit Memo after it is processed until the script program is completed.

EY 000264
CONFIDENTIAL

The program keeps looping until each Receipt number has been successfully matched with a Debit memo number to ensure all transactions were processed.

**Results**

Per our review of the apply_receipt script and discussions with the client, the debit and credit entries to the "On Account" account "netted to zero," properly removed the transaction records and had no impact on the financial statements.

EY 000265
CONFIDENTIAL

load_refund_invoice.sql

Note: The on_accounts_crid NUMBER is the primary variable that links the two script queries. This is utilized in the load_refund script and is passed to the apply_receipts script.

EY 000266
CONFIDENTIAL



EY 000267
CONFIDENTIAL



EY 000268
CONFIDENTIAL



EY 000269
CONFIDENTIAL



EY 000270
CONFIDENTIAL



load_refund_invoices.sql

Line Script

```
WHEN TOO_MANY_ROWS THEN
l_error_counter := l_error_counter + 1;
l_too_many_row_rec := l_too_many_row_rec + 1;
UTL_FILE.PUT_LINE(l_file_ptr,'Too Many Rows for Receipt id = '||to_char(app_cur.cash_receipt_id));
WHEN OTHERS THEN
l_error_counter := l_error_counter + 1;
UTL_FILE.PUT_LINE(l_file_ptr,'Error in loop for Receipt Id = '||to_char(app_cur.cash_receipt_id)||' Error : '||sqlerrm);

   END;
l_counter := l_counter+1;

END LOOP;

commit;

UTL_FILE.PUT_LINE(l_file_ptr, 'Total Number of Records Processed : '||to_char(l_counter));
UTL_FILE.PUT_LINE(l_file_ptr, 'Number of Records Processed Successfully: '||to_char(l_success_counter));
UTL_FILE.PUT_LINE(l_file_ptr, 'Number of Records Processed Errors: '||to_char(l_error_counter));
UTL_FILE.PUT_LINE(l_file_ptr, 'Number of Records with no data for Rec : '||to_char(l_no_data_rec));
UTL_FILE.PUT_LINE(l_file_ptr, 'Number of Records with too many row for Rec : '||to_char(l_too_many_row_rec));

SELECT to_char(sysdate,'DD-MON-YYYY HH24:MI:SS') INTO l_start_date FROM dual;

UTL_FILE.PUT_LINE(l_file_ptr, 'Program End Time is '||l_start_date);

utl_file.fclose(l_file_ptr);

EXCEPTION
  WHEN INCOMPLETE_SETUP THEN
utl_file.fclose(l_file_ptr);
dbms_output.put_line('Check if Trx Type or Batch Source or Memo Line has been setup ');
  WHEN UTL_FILE.INVALID_PATH THEN
   dbms_output.put_line('Invalid Path for UTL_FILE ');

  WHEN UTL_FILE.INVALID_MODE THEN
   dbms_output.put_line ('Invalid mode for UTL_FILE' );

  WHEN UTL_FILE.INVALID_OPERATION THEN
   dbms_output.put_line('Invalid operation for UTL_FILE ');

  WHEN OTHERS THEN
utl_file.fclose(l_file_ptr);
dbms_output.put_line('Error : '||sqlerrm);
END;
```

EY 000271
CONFIDENTIAL

EY 000272
CONFIDENTIAL

EY 000273
CONFIDENTIAL





EY 000274
CONFIDENTIAL

apply_receipt.sq-

```
97  AND receivable_application_id=p_receivable_application_id;
98
99  INSERT INTO ar_receivable_applications
100     ( RECEIVABLE_APPLICATION_ID,
101       LAST_UPDATED_BY,
102       LAST_UPDATE_DATE,
103       CREATED_BY,
104       CREATION_DATE,
105       AMOUNT_APPLIED,
106       GL_DATE,
107       CODE_COMBINATION_ID,
108       SET_OF_BOOKS_ID,
109       DISPLAY,
110       APPLY_DATE,
111       APPLICATION_TYPE,
112       STATUS,
113       PAYMENT_SCHEDULE_ID,
114       LAST_UPDATE_LOGIN,
115       CASH_RECEIPT_ID,
116       APPLIED_CUSTOMER_TRX_ID,
117       APPLIED_PAYMENT_SCHEDULE_ID,
118       LINE_APPLIED,
119       TAX_APPLIED,
120       FREIGHT_APPLIED,
121       RECEIVABLES_CHARGES_APPLIED,
122       EARNED_DISCOUNT_TAKEN,
123       UNEARNED_DISCOUNT_TAKEN,
124       APPLICATION_RULE,
125       COMMENTS,
126       POSTABLE,
127       POSTING_CONTROL_ID,
128       ACCTD_AMOUNT_APPLIED_FROM,
129       ACCTD_AMOUNT_APPLIED_TO,
130       ACCTD_EARNED_DISCOUNT_TAKEN,
131       CONFIRMED_FLAG,
132       PROGRAM_APPLICATION_ID,
133       PROGRAM_ID,
134       PROGRAM_UPDATE_DATE,
135       REQUEST_ID,
136       EARNED_DISCOUNT_CCID,
137       UNEARNED_DISCOUNT_CCID,
138       CASH_RECEIPT_HISTORY_ID,
139       RULE_SET_ID,
140       LINE_EDISCOUNTED,
141       LINE_UEDISCOUNTED,
142       TAX_EDISCOUNTED,
143       TAX_UEDISCOUNTED,
144       FREIGHT_EDISCOUNTED,
145       FREIGHT_UEDISCOUNTED,
146       CHARGES_EDISCOUNTED,
147       CHARGES_UEDISCOUNTED
148     )
149  SELECT
150      AR_RECEIVABLE_APPLICATIONS_S.nextval,
151      -98266, /* SJKUMAR find user with +ve sign */
152      sysdate,
153      -98266, /* SJKUMAR find user with +ve sign */
154      sysdate,
155      pa.amount_due_original*-1, /* AMOUNT_APPLIED */
156      dist.gl_date, /* GL_DATE */
157      p_ar_account_ccid, /* CODE_COMBINATION_ID */
158      dist.SET_OF_BOOKS_ID,
159      'N', /* DISPLAY FLAG*/
160      sysdate, /* Apply Date */
161      'CASH',
162      'ACC',
163      recpt.PAYMENT_SCHEDULE_ID,
164      -98266,
165      recpt.cash_receipt_id,
166      -1, /* Applied Customer trx id */
167      -1       /* Applied payment_schedule_id */
168      NULL, /* Last Applied   */
169      NULL, /* TAX Applied    */
170      NULL, /* FREIGHT Applied   */
171      NULL, /* RECEIVABLES_CHARGES Applied */
172      0,/* EARNED_DISCOUNT_TAKEN */
173      NULL, /* UNEARNED_DISCOUNT_TAKEN */
174      60 3 /* Application_Rule */
175      'Line Created by us taken up on accounts entry', /* Comments */
176      NULL, /* Postable */
177      -3,
178      pa.amount_due_original*-1 /* ACCTD_AMOUNT_APPLIED_FROM */
179      NULL, /* ACCTD_AMOUNT_APPLIED_TO  */
180      0,/* ACCTD_EARNED_DISCOUNT_TAKEN*/
181      NULL, /* CONFIRMED_FLAG  */
182      -1,/* PROGRAM_APPLICATION_ID */
183      -98101,/* PROGRAM_ID */
184      sysdate,/* PROGRAM_UPDATE_DATE */
185      -1,/* REQUEST_ID */
186      NULL,/* EARNED_DISCOUNT_CCID */
187      NULL,/* UNEARNED_DISCOUNT_CCID */
188      p_cash_receipt_history_id,/* CASH_RECEIPT_HISTORY_ID */
189      NULL,/* RULE_SET_ID */
190      NULL,/* LINE_EDISCOUNTED */
191      NULL,/* LINE_UEDISCOUNTED */
192      NULL,/* TAX_EDISCOUNTED */
193      NULL,/* TAX_UEDISCOUNTED */
194      NULL,/* FREIGHT_EDISCOUNTED */
```

EY 000275
CONFIDENTIAL

Apply_receipts.sql

```
195    NULL/* FREIGHT_UEDISCOUNTED */
196    NULL/* CHARGES_EDISCOUNTED */
197    NULL/* CHARGES_UEDISCOUNTED */
198        from rs_customer_trx cu,
199            ar_payment_schedules recps,
200            ar_payment_schedules ps,
201            ra_cust_trx_line_gl_dist dis
202        WHERE recps.cash_receipt_id = p_cash_recept_id
203        and  n.customer_trx_id = p_customer_trx_id
204        and  tl.customer_trx_id = dis.customer_trx_id
205        and  cu.customer_trx_id = ps.customer_trx_id
206        and  dis.account_class = 'REC'
207        and  dist.latest_rec_flag = 'Y';
208
209    INSERT INTO ar_receivable_applications
210        ( RECEIVABLE_APPLICATION_ID,
211        LAST_UPDATED_BY,
212        LAST_UPDATE_DATE,
213        CREATED_BY,
214        CREATION_DATE,
215        AMOUNT_APPLIED,
216        GL_DATE,
217        CODE_COMBINATION_ID,
218        SET_OF_BOOKS_ID,
219        DISPLAY,
220        APPLY_DATE,
221        APPLICATION_TYPE,
222        STATUS,
223        PAYMENT_SCHEDULE_ID,
224        LAST_UPDATE_LOGIN,
225        CASH_RECEIPT_ID,
226        APPLIED_CUSTOMER_TRX_ID,
227        APPLIED_PAYMENT_SCHEDULE_ID,
228        LINE_APPLIED,
229        TAX_APPLIED,
230        FREIGHT_APPLIED,
231        RECEIVABLES_CHARGES_APPLIED,
232        EARNED_DISCOUNT_TAKEN,
233        UNEARNED_DISCOUNT_TAKEN,
234        APPLICATION_RULE,
235        COMMENTS,
236        POSTABLE,
237        POSTING_CONTROL_ID,
238        ACCTD_AMOUNT_APPLIED_FROM,
239        ACCTD_AMOUNT_APPLIED_TO,
240        ACCTD_EARNED_DISCOUNT_TAKEN,
241        CONFIRMED_FLAG,
242        PROGRAM_APPLICATION_ID,
243        PROGRAM_ID,
244        PROGRAM_UPDATE_DATE,
245        REQUEST_ID,
246        EARNED_DISCOUNT_CCID,
247        UNEARNED_DISCOUNT_CCID,
248        CASH_RECEIPT_HISTORY_ID,
249        RULE_SET_ID,
250        LINE_EDISCOUNTED,
251        LINE_UEDISCOUNTED,
252        TAX_EDISCOUNTED,
253        TAX_UEDISCOUNTED,
254        FREIGHT_EDISCOUNTED,
255        FREIGHT_UEDISCOUNTED,
256        CHARGES_EDISCOUNTED,
257        CHARGES_UEDISCOUNTED
258        )
259    SELECT
260        AR_RECEIVABLE_APPLICATIONS_S.nextval,
261        -90266,  /* SJKUMAR last user with -ve pga */
262        sysdate,
263        -90366,  /* SJKUMAR last user with -ve sign */
264        sysdate,
265        ps.amount_due_original, /* AMOUNT_APPLIED */
266        6/n gl_date, /* GL_DATE */
267        p_recpp_urid, /* CODE_COMBINATION_ID */
268        dist SET_OF_BOOKS_ID,
269        N, /* DISPLAY FLAG */
270        sysdate, /* Apply Date */
271        'CASH',
272        'UNAPP',
273        recps.PAYMENT_SCHEDULE_ID,
274        -90366,
275        recps.cash_receipt_id,
276        NULL/* Applied customer trx id */
277        NULL/* Applied payment schedule id */
278        NULL/* Line Applied */
279        NULL/* TAX Applied */
280        NULL/* FREIGHT Applied */
281        NULL/* RECEIVABLES_CHARGES Applied */
282        NULL/* EARNED_DISCOUNT_TAKEN */
283        NULL/* UNEARNED_DISCOUNT_TAKEN */
284        'N' /* Application_Rule */
285        'Line Created in unclean up in account entry.',
286        'Y', /* Postable */
287        -1,
288        ps.amount_due_original/* ACCTD_AMOUNT_APPLIED_FROM */
289        NULL, /* ACCTD_AMOUNT_APPLIED_TO */
290        NULL/* ACCTD_EARNED_DISCOUNT_TAKEN */
291        NULL/* CONFIRMED_FLAG   */
292        -1,/* PROGRAM_APPLICATION_ID */
```

EY 000276
CONFIDENTIAL

apply_receipt.sql

```
293    :JN0102/* PROGRAM_ID */
294    pydate/* PROGRAM_UPDATE_DATE */
295    :1/* REQUEST_ID */
296    5153 /* EARNED_DISCOUNT_CCID */
297    5155 /* UNEARNED_DISCOUNT_CCID */
298    p_cash_receipt_history_id/* CASH_RECEIPT_HISTORY_ID */
299    NULL,/* RULE_SET_ID */
300    NULL,/* LINE_EDISCOUNTED */
301    NULL,/* LINE_UEDISCOUNTED */
302    NULL,/* TAX_EDISCOUNTED */
303    NULL,/* TAX_UEDISCOUNTED */
304    NULL,/* FREIGHT_EDISCOUNTED */
305    NULL,/* FREIGHT_UEDISCOUNTED */
306    NULL,/* CHARGES_EDISCOUNTED */
307    NULL,/* CHARGES_UEDISCOUNTED */
308          (from ra_customer_trx cx,
309           ar_payment_schedules recps,
310           ar_payment_schedules ps,
311           ra_cash_trx_lines gl_dist dist
312    WHERE recps.cash_receipt_id = p_cash_receipt_id
313    and  cx.customer_trx_id = p_customer_trx_id
314    and  cx.customer_trx_id = dist.customer_trx_id
315    and  cx.customer_trx_id = ps.customer_trx_id
316    and  dist.account_class = 'REC'
317    and  dist.latest_rec_flag = 'Y'
318          )
319
320    EXCEPTION
321      WHEN OTHERS THEN
322    p_rtn_code = 1;
323          UTL_FILE_PUT_LINE(p_file_ptr, 'Error in UnappOnAccApp');
324          UTL_FILE_PUT_LINE(p_file_ptr, 'Error '||sqlcode||' '||sqlerrm);
325          UTL_FILE_PUT_LINE(p_file_ptr, 'Error occured while processing receipt '||p_receipt_number);
326
327    end UnappOnAccApp;
328
329
330    /****************************************************************/
331
332
333    procedure ApplyonDM(                                    Section 2
334    p_cash_receipt_id IN NUMBER,
335    p_receipt_number IN VARCHAR2,
336    p_customer_trx_id IN NUMBER,
337    p_cash_receipt_history_id IN NUMBER,
338    p_amount_used IN NUMBER,
339    p_file_ptr IN UTL_FILE_FILE_TYPE,
340    p_rtn_code OUT NUMBER)
341    ) is
342    begin
343    p_rtn_code = 0;
344
345    INSERT INTO ar_receivable_applications
346          ( RECEIVABLE_APPLICATION_ID,
347           LAST_UPDATED_BY,
348           LAST_UPDATE_DATE,
349           CREATED_BY,
350           CREATION_DATE,
351           AMOUNT_APPLIED,
352           GL_DATE,
353           CODE_COMBINATION_ID,
354           SET_OF_BOOKS_ID,
355           DISPLAY,
356           APPLY_DATE,
357           APPLICATION_TYPE,
358           STATUS,
359           PAYMENT_SCHEDULE_ID,
360           LAST_UPDATE_LOGIN,
361           CASH_RECEIPT_ID,
362           APPLIED_CUSTOMER_TRX_ID,
363           APPLIED_PAYMENT_SCHEDULE_ID,
364           LINE_APPLIED,
365           TAX_APPLIED,
366           FREIGHT_APPLIED,
367           RECEIVABLES_CHARGES_APPLIED,
368           EARNED_DISCOUNT_TAKEN,
369           UNEARNED_DISCOUNT_TAKEN,
370           APPLICATION_RULE,
371           COMMENTS,
372           POSTABLE,
373           POSTING_CONTROL_ID,
374           ACCTD_AMOUNT_APPLIED_FROM,
375           ACCTD_AMOUNT_APPLIED_TO,
376           ACCTD_EARNED_DISCOUNT_TAKEN,
377           CONFIRMED_FLAG,
378           PROGRAM_APPLICATION_ID,
379           PROGRAM_ID,
380           PROGRAM_UPDATE_DATE,
381           REQUEST_ID,
382           EARNED_DISCOUNT_CCID,
383           UNEARNED_DISCOUNT_CCID,
384           CASH_RECEIPT_HISTORY_ID,
385           RULE_SET_ID,
386           LINE_EDISCOUNTED,
387           LINE_UEDISCOUNTED,
388           TAX_EDISCOUNTED,
389           TAX_UEDISCOUNTED,
390           FREIGHT_EDISCOUNTED,
```

EY 000277
CONFIDENTIAL

apply_receipt.sql

```
391   FREIGHT_UEDISCOUNTED,
392   CHARGES_EDISCOUNTED,
393   CHARGES_UEDISCOUNTED
394   )
395 SELECT
396       AR_RECEIVABLE_APPLICATIONS_S.nextval,
397       '26266, /* SIKUMAR Ind user with 'ce rqn */
398       n value,
399       '26266, /* SIKUMAR Ind user with 'ce rqn */
400       n value
401       ps amount_due_orig-val-1, /* AMOUNT_APPLIED */
402       dist gl_date, /* GL_DATE */
403       p_wrapp_ccid, /* CODE_COMBINATION_ID */
404       dist SET_OF_BOOKS_ID,
405       'N', /* DISPLAY FLAG */
406       n value, /* Appl Date */
407       'CASH',
408       'UNAPP',
409       recps PAYMENT_SCHEDULE_ID,
410       '26266,
411       recps cash_receipt_id,
412   NULL, /* Applied Customer trx id */
413   NULL,    /* Applied payment schedule_id */
414   NULL, /* Line Applied   */
415   NULL, /* TAX Applied   */
416   NULL, /* FREIGHT Applied */
417   NULL, /* RECEIVABLES_CHARGES Applied */
418   NULL, /* EARNED_DISCOUNT_TAKEN */
419   NULL, /* UNEARNED_DISCOUNT_TAKEN */
420   Id 7,/* Application_Rule */
421   'Line Created by to clean up an account error */ /* Comment */
422   NULL, /* Postable */
423   -),
424       ps amount_due_orig-val-1,/* ACCTD_AMOUNT_APPLIED_FROM */
425   NULL, /* ACCTD_AMOUNT_APPLIED_TO */
426   NULL, /* ACCTD_EARNED_DISCOUNT_TAKEN */
427   NULL, /* CONFIRMED_FLAG    */
428   -1,/* PROGRAM_APPLICATION_ID */
429   -val-val,/* PROGRAM_ID */
430   sysdate,/* PROGRAM_UPDATE_DATE */
431   -1,/* REQUEST_ID */
432   NULL,/* EARNED_DISCOUNT_CCID */
433   NULL,/* UNEARNED_DISCOUNT_CCID */
434   p_cash_receipt_history_id,/* CASH_RECEIPT_HISTORY_ID */
435   NULL,/* RULE_SET_ID */
436   NULL,/* LINE_EDISCOUNTED */
437   NULL,/* LINE_UEDISCOUNTED */
438   NULL,/* TAX_EDISCOUNTED */
439   NULL,/* TAX_UEDISCOUNTED */
440   NULL,/* FREIGHT_EDISCOUNTED */
441   NULL,/* FREIGHT_UEDISCOUNTED */
442   NULL,/* CHARGES_EDISCOUNTED */
443   NULL,/* CHARGES_UEDISCOUNTED */
444       from ar_customer_trx ct,
445       ar_payment_schedules recps,
446       ar_payment_schedules ps,
447       ra_cust_trx_line_gl_dist dist
448       WHERE recps.cash_receipt_id = p_cash_receipt_id
449       and  ct.customer_trx_id = p_customer_trx_id
450       and  ct.customer_trx_id = dist.customer_trx_id
451       and  ct.customer_trx_id = ps.customer_trx_id
452       and  dist.account_class = 'REC'
453       and  dist.latest_rec_flag = 'Y'
454   ;
455 INSERT INTO ar_receivable_applications (
456       t.RECEIVABLE_APPLICATION_ID
457       LAST_UPDATED_BY,
458       LAST_UPDATE_DATE,
459       CREATED_BY,
460       CREATION_DATE,
461       AMOUNT_APPLIED,
462       GL_DATE,
463       CODE_COMBINATION_ID,
464       SET_OF_BOOKS_ID,
465       DISPLAY,
466       APPLY_DATE,
467       APPLICATION_TYPE,
468       STATUS,
469       PAYMENT_SCHEDULE_ID,
470       LAST_UPDATE_LOGIN,
471       CASH_RECEIPT_ID,
472       APPLIED_CUSTOMER_TRX_ID,
473       APPLIED_PAYMENT_SCHEDULE_ID,
474       LINE_APPLIED,
475       TAX_APPLIED,
476       FREIGHT_APPLIED,
477       RECEIVABLES_CHARGES_APPLIED,
478       EARNED_DISCOUNT_TAKEN,
479       UNEARNED_DISCOUNT_TAKEN,
480       APPLICATION_RULE,
481       COMMENTS,
482       POSTABLE,
483       POSTING_CONTROL_ID,
484       ACCTD_AMOUNT_APPLIED_FROM,
485       ACCTD_AMOUNT_APPLIED_TO,
486       ACCTD_EARNED_DISCOUNT_TAKEN,
487       CONFIRMED_FLAG,
488       PROGRAM_APPLICATION_ID,
```

EY 000278
CONFIDENTIAL

apply_receipts.sql

```
499        PROGRAM_ID,
500        PROGRAM_UPDATE_DATE.
491  REQUEST_ID.
492   EARNED_DISCOUNT_CCID.
493   UNEARNED_DISCOUNT_CCID.
494   CASH_RECEIPT_HISTORY_ID.
495   RULE_SET_ID.
496   LINE_EDISCOUNTED .
497   LINE_UEDISCOUNTED
498   TAX_EDISCOUNTED.
499   TAX_UEDISCOUNTED.
500   FREIGHT_EDISCOUNTED.
501   FREIGHT_UEDISCOUNTED.
502   CHARGES_EDISCOUNTED
503   CHARGES_UEDISCOUNTED
504        )
505  SELECT
506        AR_RECEIVABLE_APPLICATIONS_S.nextval.
507        :26366, /* SJKUMAR led user with -ve sign */
508        p-ident.
509        :26366, /* SJKUMAR led user with -ve sign */
510        p.value.
511        ps_amount_due_original. /* AMOUNT_APPLIED */
512        dist.gl_date. /* GL_DATE */
513        dist.CODE_COMBINATION_ID. /* CODE_COMBINATION_ID */
514        dist.SET_OF_BOOKS_ID.
515        'Y'. /* DISPLAY_FLAG */
516        p-date. /* Apply Date */
517        'CASH'.
518        'APP.
519        recpt.PAYMENT_SCHEDULE_ID.
520        -:6366,
521        recpt.cash_receipt_id.
522        ct.customer_trx_id.
523        ps_payment_schedule_id.
524        ps_amount_due_original./* Line Applied   */
525        0,/* TAX_Applied  */.
526        0,/* FREIGHT Applied */
527        0,/* RECEIVABLES_CHARGES Applied */
528        0,/* EARNED_DISCOUNT_TAKEN */
529        0,/* UNEARNED_DISCOUNT_TAKEN */
530        G0 R,/* Application_Rate */
531        'Line Cre used by re-trans up on account entry'.
532        NULL, /* Postable */
533        -1,
534        ps_amount_due_original./* ACCTD_AMOUNT_APPLIED_FROM */
535        ps_amount_due_original /* ACCTD_AMOUNT_APPLIED_TO */
536        0,/* ACCTD_EARNED_DISCOUNT_TAKEN */
537        NULL,/* CONFIRMED_FLAG   */
538        -1,/* PROGRAM_APPLICATION_ID */
539        -110194,/* PROGRAM_ID */
540        p-date,/* PROGRAM_UPDATE_DATE */
541        -1,/* REQUEST_ID */
542        1153/* EARNED_DISCOUNT_CCID */.
543        1153/* UNEARNED_DISCOUNT_CCID */
544        p_cash_receipt_history_id,/* CASH_RECEIPT_HISTORY_ID */
545        1/* RULE_SET_ID */
546        0/* LINE_EDISCOUNTED */
547        0/* LINE_UEDISCOUNTED */
548        0/* TAX_EDISCOUNTED */
549        0/* TAX_UEDISCOUNTED */
550        0/* FREIGHT_EDISCOUNTED */
551        0/* FREIGHT_UEDISCOUNTED */
552        0,/* CHARGES_EDISCOUNTED */
553        0/* CHARGES_UEDISCOUNTED */
554        from ra_customer_trx ct,
555        ar_payment_schedules recps.
556        ar_payment_schedules ps.
557        ra_cash_trx_line_gl_dist dist
558   WHERE recps.cash_receipt_id = p_cash_receipt_id
559        and ct.customer_trx_id = p_customer_trx_id
560        and ct.customer_trx_id = dist.customer_trx_id
561        and ct.customer_trx_id = ps.customer_trx_id
562        and dist.account_class = 'REC'
563        and dist.latest_rec_flag = 'Y' .
564
565  EXCEPTION
566        WHEN OTHERS THEN
567  p_ret_code = 1,
568        UTL_FILE.PUT_LINE(p_file_ptr, 'Error in AppRecDM').
569        UTL_FILE.PUT_LINE(p_file_ptr, 'Error Encountered' ||sqlerrm).
570        UTL_FILE.PUT_LINE(p_file_ptr, 'Error occured while processing receipt ' || p_receipt_number).
571
572  end AppRecDM
573
574  /***************************************************************************
575
576  procedure UpdtDMPS (                                        Section 3
577  p_customer_trx_id IN NUMBER,
578  p_customer_trx_number IN NUMBER,
579  p_max_trx_type_id IN NUMBER,
580  p_file_ptr IN UTL_FILE.FILE_TYPE,
581  p_ret_code OUT NUMBER) IS
582  BEGIN
583  p_ret_code = 0;
584  UPDATE ar_payment_schedules set
585  LAST_UPDATE_DATE = sysdate,
586  LAST_UPDATED_BY = -:6366,
```

EY 000279
CONFIDENTIAL

apply_rrrcur.sql

```
587 LAST_UPDATE_LOGIN = -1,
588 AMOUNT_DUE_REMAINING = 0,
589 ACCTD_AMOUNT_DUE_REMAINING = 0,
590 STATUS = 'CL',
591 GL_DATE_CLOSED = sysdate,
592 ACTUAL_DATE_CLOSED = sysdate,
593 AMOUNT_LINE_ITEMS_REMAINING = 0,
594 AMOUNT_APPLIED = AMOUNT_DUE_ORIGINAL,
595 DISCOUNT_REMAINING=0,
596 DISCOUNT_TAKEN_EARNED=0,
597 DISCOUNT_TAKEN_UNEARNED=0,
598 PROGRAM_APPLICATION_ID=-1,
599 PROGRAM_ID=-1,
600 PROGRAM_UPDATE_DATE=sysdate,
601 REQUEST_ID=-1
602 WHERE
603 customer_trx_id=p_customer_trx_id
604 AND trx_number=p_customer_trx_number
605 AND cust_trx_type_id = p_cust_trx_type_id;
606 EXCEPTION
607     WHEN OTHERS THEN
608 y_ret_code = 1;
609 UTL_FILE.PUT_LINE(p_file_ptr, 'Error in UpdDMPS');                        END UpdRecPS.
610 UTL_FILE.PUT_LINE(p_file_ptr, 'Error occured while processing trx = '||p_customer_trx_number);
611 UTL_FILE.PUT_LINE(p_file_ptr, 'Error occured while processing trx = '||p_customer_trx_number);
612 END UpdDMPS;
613
614 /*******************************************************/
615
616                                                                            Section 4
```



```
651 FUNCTION is_due_processed(
652         p_cash_receipt_id IN NUMBER,
653         p_customer_trx_id IN NUMBER,
654
655         p_file_ptr UTL_FILE.FILE_TYPE) RETURN boolean IS
656 dummy NUMBER;
657 BEGIN
658
659 SELECT 1 INTO dummy
660 FROM
661 ar_receivable_applications
662 WHERE
663 cash_receipt_id=p_cash_receipt_id AND
664 applied_customer_trx_id=p_customer_trx_id AND
665 status = 'APP' and display='Y';
666
667 return FALSE;
668
669 EXCEPTION
670 WHEN NO_DATA_FOUND THEN
671 return TRUE;
672 WHEN OTHERS THEN
673     UTL_FILE.PUT_LINE(p_file_ptr, 'Error in is_due_processed :');
674 return FALSE;
675 END is_due_processed;
676
677 /*******************************************************/
678
679 PROCEDURE load_pun_trans(p_pun_name IN OUT VARCHAR2) IS
680 i_loop_cnt NUMBER;
681 i_temp NUMBER;
682 r_filepath VARCHAR2(100)
```

EY 000280
CONFIDENTIAL

apply_receipts.sql 

```
685  BEGIN
686
687  SELECT value INTO  p_path_name
688  FROM  v$parameter
689  WHERE  name = 'ser_file_dir';
690
691  l_begin_pos := instr(p_path_name, '.');
692
693     IF l_begin_pos > 0 THEN
694        l_length := l_begin_pos - 1;
695        l_filepath := substr(p_path_name, 1, l_length);
696     ELSE
697        l_filepath := instr(p_path_name);
698     END IF;
699     p_path_name := l_filepath;
700
701  END find_path_name;
702
703
704  ************ Main Program Starts from here  *************
705
706  begin
707
708  l_amount_applied := 0;
709  l_cust_trx_type_id := 0;
710  l_customer_trx_id := 0;
711  l_cash_receipt_history_id := 0;
712  l_customer_trx_number := 0;
713  l_ra_account_seid := 0;
714  l_unapp_ccid := 0;
715  l_cash_name := NULL;
716  l_start_date := NULL;
717  l_success_count := 0;
718  l_error_count := 0;
719
720  find_path_name(l_path_name);
721
722
723  l_file_no := util_file.fopen(l_path_name, 'apply_receipts.log', 'a');
724
725  SELECT to_char(sysdate, 'DD-MON-YYYY HH24:MI:SS') INTO l_start_date FROM dual;
726  UTL_FILE.PUT_LINE(l_file_no, 'Program Start Time is '||l_start_date);
727
728  FOR app_cur IN main_cur LOOP
729
730  BEGIN
731
732  UTL_FILE.PUT_LINE(l_file_no, 'Processing Receipt '||app_cur.receipt_number);
733
734     l_text := 'Select Trx Number for receipt_number '||app_cur.receipt_number;
735
736  SELECT
737     a.customer_trx_id,
738     b.trx_number,
739     a.cust_trx_type_id,
740     d.AMOUNT_DUE_ORIGINAL
741  INTO
742     l_customer_trx_id,
743     l_customer_trx_number,
744     l_cust_trx_type_id,
745     l_amount_applied
746  FROM
747     ra_customer_trx a,
748     ra_batch_sources b,
749     ra_cust_trx_types c,
750     ar_payment_schedules d
751  WHERE
752     a.batch_source_id = b.batch_source_id AND
753     c.cust_trx_type_id = a.cust_trx_type_id AND
754     a.interface_header_context='ON ACCOUNT CLEANUP' AND
755     a.interface_header_attribute1 = app_cur.receipt_number AND
756     a.interface_header_attribute2 = app_cur.cash_receipt_id AND
757     a.interface_header_attribute3 = app_cur.receivable_application_id AND
758     a.customer_trx_id = d.customer_trx_id AND
759     a.trx_number = d.trx_number AND
760     b.name = 'ON ACCOUNT CLEANUP' AND
761     c.name = 'ON ACCOUNT CLEANUP';
762
763
764     l_text := 'Select On Account and Unapp for receipt_number '||app_cur.receipt_number;
765
766        SELECT
767  a.on_account_ccid,
768  a.unapplied_ccid
769  INTO
770  l_on_account_ccid,
771  l_unapp_ccid
772        FROM
773              ar_receipt_method_accounts a,
774              ar_receipt_methods b,
775              ar_cash_receipts c, d
776        WHERE
777     a.RECEIPT_METHOD_ID=b.RECEIPT_METHOD_ID AND
778     b.RECEIPT_CLASS_ID=c.RECEIPT_CLASS_ID AND
779     b.RECEIPT_METHOD_ID=c.RECEIPT_METHOD_ID AND
780     c.batch_id=d.batch_id AND
781     d.cash_receipt_id = app_cur.cash_receipt_id
```

EY 000281
CONFIDENTIAL

apph_receipt.sql

```
783  and msupplier_cid is not null
784  and no_account_cid is not null;
785
786
787    l_text := 'Select cash_receipt_history_id for receipt_number '||app_cur.receipt_number;
788
789  SELECT
790  cash_receipt_history_id
791  INTO
792  l_cash_receipt_history_id
793  FROM
794  ar_cash_receipt_history
795  WHERE
796  cash_receipt_id = app_cur.cash_receipt_id AND
797  current_record_flag = 'Y';
798
799  IF l_m_det_processed(
800  app_cur.cash_receipt_id;
801  l_customer_trx_id) file_ptr) = TRUE) THEN
802
803    l_text := 'Unapply on account_application '||app_cur.receipt_number;
804
805  UnappOnAccApp(
806           app_cur.cash_receipt_id,
807  app_cur.receipt_number,
808           l_customer_trx_id,
809           l_cash_receipt_history_id,
810  l_on_account_cid,
811  l_unapp_cid,
812  app_cur.receivable_application_id,
813  l_file_ptr, l_ro_code);
814
815  IF (l_ret_code = 0) THEN
816    l_text := 'Apply Receipt to On ...'||app_cur.receipt_number
817  AppRecOA(
818           app_cur.cash_receipt_id,
819  app_cur.receipt_number,
820           l_customer_trx_id,
821           l_cash_receipt_history_id,
822  l_unapp_cid,
823  l_file_ptr, l_ro_code);
824
825  IF (l_ret_code = 0) THEN
826
827    l_text := 'Update Receipt Payment Schedule for receipt number '||app_cur.receipt_number;
828  UpdRecPS (
829           app_cur.cash_receipt_id,
830  app_cur.receipt_number,
831  ll_amount_applied, file_ptr, ret_code);
832
833  IF (l_ret_code = 0) THEN
834    l_text := 'Update DM Schedule for receipt number '||app_cur.receipt_number ||' and its number '||_customer_trx_number;
835  [illegible]
...
[illegible corrupted block]
...
878  END LOOP;
879
880  UTL_FILE.PUT_LINE( file_ptr, 'number of Successful Records '||to_char(l_success_count));
```

EY 000282
CONFIDENTIAL



apply_rrrr\tpc.sql

```
881  UTL_FILE.PUT_LINE(l_file_ptr, 'Number of Error Record: ' ||to_char(l_error_count));
882
883  UTL_FILE.FCLOSE(l_file_ptr);
884
885  EXCEPTION
886    WHEN UTL_FILE.INVALID_PATH THEN
887      dbms_output.put_line('Invalid Path for UTL_FILE' );
888    WHEN UTL_FILE.INVALID_MODE THEN
889      dbms_output.put_line ('Invalid mode for UTL_FILE');
890    WHEN UTL_FILE.INVALID_OPERATION THEN
891      dbms_output.put_line('Invalid operation for UTL_FILE');
892    WHEN OTHERS THEN
893      dbms_output.put_line('Error: '||sqlerrm);
894  END;
895  /
```

EY 000283
CONFIDENTIAL