# EXHIBIT 186

Page 1 of 3

**From:** Michael Quinn
**To:** Terry Elam
**Sent:** Wednesday, June 19, 2002 9:53 AM
**Subject:** Re: [Fwd: [Fwd: New Auto Adj]]

Approved.

Mike

Terry Elam wrote:

Mike, Do you want to stick with these parameters for FY03 or change them? **Education Specific**

| Days | Amount |
|------|--------|
| -30 | 0-25.00 |
| 20 | 25.01-50.00 |
| 45 | 50.01-100.00 |
| 60 | 100.01-250.00 |
| 75 | 250.01-500.00 |
| 100 | 500.00-999.99 |
| 220 | 1000.00-2000.00 |
| 270 | 2000.01-3000.00 |

**All Others**

| Days | Amount |
|------|--------|
| -30 | 0.00-25.00 |
| 30 | 25.01-50.00 |
| 60 | 50.01-100.00 |
| 90 | 100.01-250.00 |
| 180 | 250.01-500.00 |
| 270 | 500.01-1000.00 |
| 360 | 1000.01-3000.00 I thought I sent this email to you last week but I think I sent it to |

the other Mike Quinn. Terry

---- Original Message -----
**From:** Michael Quinn
**To:** Omid Fardanesh
**Cc:** Terry Elam
**Sent:** Wednesday, July 25, 2001 3:35 PM

11/18/2002

ORACLE
CONFIDENTIAL


A(72)EXHIBIT 5
Deponent QUINN
Date 4-18-06 Rptr. A.H.
WWW.DEPOBOOK.COM
NDCA-ORCL 140479

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

Approved through FY 02.

Thanks,

Mike

Omid Fardanesh wrote:

> Mike,
>
> Can you please approve the below Auto Adj. parameters for AR to use from this point on?
>
> Thank you,
> Omid
>
> Terry Elam wrote:
>
>> Omid,
>>
>> I need the approval from Mike to run these adjustments. My understanding is that Mike approved the adjustments to be run only in May.
>>
>> Terry
>>
>> Omid Fardanesh wrote:
>>
>>> Terry,
>>>
>>> I seems that we have obtained the approval from both Adam and M run the below parameters for the Auto Adj. in the past.  I wou to continue to run both parameters, one for Education and one f general from this point on.  If you need another approval from Mike to be able to run these parameters please let me know.  Al know you usually run the Auto adj. when AR closes is it possibl this one time to run them this Friday?  Please let me know.
>>>
>>> Thanks for all of your help.
>>> Omid
>>>
>>> ---
>>>
>>> **Subject:** [Fwd: New Auto Adj]
>>> **Date:** Wed, 18 Jul 2001 16:38:08 -0700
>>> **From:** Terry Elam <telam@oracle.com>
>>> **Organization:** Oracle corporation
>>> **To:** Omid Fardanesh <Omid.Fardanesh@oracle.com>

ORACLE
CONFIDENTIAL

11/18/2002

NDCA-ORCL 140480

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

**Subject:** New Auto Adj
**Date:** Wed, 30 May 2001 15:18:50 -0700
**From:** Sara Sanchez <Sara.Sanchez@oracle.com>
**Organization:** Oracle Corporation
**To:** "Elam,Terry" <TERRY.ELAM@oracle.com>, "adam.hahn" <adam.hahn(

All,

Here are the new Auto Adjustment
parameters to be run twice a month.

**Education Specific**

| Days | Amount |
|------|--------|
| -30  | 0-25.00 |
| 20   | 25.01-50.00 |
| 45   | 50.01-100.00 |
| 60   | 100.01-250.00 |
| 75   | 250.01-500.00 |
| 100  | 500.00-999.99 |
| 220  | 1000.00-2000.00 |
| 270  | 2000.01-3000.00 |

**All Others**

| Days | Amount |
|------|--------|
| -30  | 0.00-25.00 |
| 30   | 25.01-50.00 |
| 60   | 50.01-100.00 |
| 90   | 100.01-250.00 |
| 180  | 250.01-500.00 |
| 270  | 500.01-1000.00 |
| 360  | 1000.01-3000.00 |

Thank you,
Sara

**ORACLE
CONFIDENTIAL**

11/18/2002

NDCA-ORCL 140481

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# EXHIBIT 187

**From:** Molly Littlefield
**Sent:** Thu, 18 Nov 2004 23:58:34 GMT
**To:** ARINFO_US
**CC:** Collections-GFIC-Refunds_in; Vijay Kini
**BCC:**
**Subject:** Re: [Fwd: [Fwd: Department of Treasury Refund Request]]

AR,
Please process. Per approval below.
Thanks
Molly


jennifer minton wrote:

> approved. no further approval required.
>
> Molly Littlefield wrote:
>
>> Jennifer,
>> This one we still need to discuss.
>> Thanks
>> Molly
>>
>> jennifer minton wrote:
>>
>>> is this still open?
>>>
>>> Robynne Sisco wrote:
>>>
>>>> Jennifer - we have not yet had a chance to discuss this refund. Is
>>>> there a time that works for you this week?
>>>>
>>>> jennifer minton wrote:
>>>>
>>>>> let's try and resolve the first week of oct when i am back in the
>>>>> office. too busy of an agenda when i am in india.
>>>>>
>>>>> Tom Olinger wrote:
>>>>>
>>>>>>Robynne and Molly - I approve.
>>>>>>
>>>>>>Jen - Please approve and forward to Harry a $363,972 refund request for
>>>>>>the Dept. of Treasury.
>>>>>>
>>>>>>Thanks. TO
>>>>>>
>>>>>> -------------------------------------------------------------------------
>>>>>>
>>>>>> Subject: [Fwd: Department of Treasury Refund Request]
>>>>>> Date: Fri, 17 Sep 2004 12:51:28 -0700

NDCA-ORCL 1892686

>>>>>> From: Robynne Sisco <Robynne.Sisco@oracle.com>
>>>>>> Organization: Oracle Corporation
>>>>>> To: "Olinger,Thomas" <TOM.OLINGER@oracle.com>
>>>>>> CC: Molly Littlefield <molly.littlefield@oracle.com>
>>>>>>
>>>>>> Tom - This one is sticky and will have to go up to Harry for
>>>>>> approval. The short story is that an overpayment by the Dept of
>>>>>> Treasury (Navy) of $363,971.94 was misapplied to various other
>>>>>> government invoices that we had no authorization to apply the
>>>>>> payment to. This occured back in 2001. We need to unapply these
>>>>>> funds and refund the money to the Navy and we are asking for
>>>>>> approval for this action.
>>>>>>
>>>>>> Note, however, that when we do this, we will open up $364K of
>>>>>> invoices from various federal and state government entities (see
>>>>>> attached sheet for details) that will need to be collected upon.
>>>>>> Due to the age of the invoices, they may be challenging to
>>>>>> collect. While this should not change our course of action on
>>>>>> the refund, I wanted everyone to be aware of the ripple effect
>>>>>> this will cause.
>>>>>>
>>>>>> Please approve and forward to Jennifer or let me know if you have
>>>>>> any questions.
>>>>>>
>>>>>> -Robynne
>>>>>>
>>>>>> -------- Original Message --------
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>> Subject: Department of Treasury Refund Request
>>>>>> Date: Sat, 28 Aug 2004 09:11:42 +0530
>>>>>> From: Molly Littlefield <Molly.Littlefield@oracle.com>
>>>>>> Organization: Oracle Corporation
>>>>>> To: Robynne Sisco <Robynne.Sisco@oracle.com>
>>>>>> CC: littlefield,Molly <MOLLY.LITTLEFIELD@oracle.com>
>>>>>>
>>>>>> Robynne,
>>>>>> Let me know what you think.
>>>>>> Thanks
>>>>>> Molly
>>>>>>
>>>>>> Template : Global_AR_Refund_Template
>>>>>> Owner : greg.myers
>>>>>>
>>>>>>
>>>>>>
>>>>>>
>>>>>> To : Molly.littlefield@oracle.com
>>>>>> From : molly.littlefield@oracle.com



>>>>>> CC :
>>>>>> Subject : Department of Treasury Refund Request
>>>>>>
>>>>>> ------------------------------------------------------------------------
>>>>>>
>>>>>>All refunds require the following approvals:
>>>>>>< 5K USD Collections Manager
>>>>>>< 25K USD FD or Director of Collections
>>>>>>< 50K USD VP (Finance)
>>>>>>< 250K USD SVP (Finance)
>>>>>> 250K USD CFO
>>>>>>
>>>>>>Once approved send template to:
>>>>>>US arinfo_us@oracle.com
>>>>>>CA arinfo_ca@oracle.com
>>>>>>LAD ladar_us@oracle.com
>>>>>>APAC accountsreceivable-iebc_au@oracle.com
>>>>>>EMEA AR-Emea_ww@oracle.com
>>>>>>
>>>>>> Country Name US
>>>>>> Reason For Refund Migration
>>>>>> Customer Name US Government
>>>>>> Customer Tax Registration/ID # N/A
>>>>>> Does the customer have outstanding AR? No
>>>>>>
>>>>>> Customer Number 173
>>>>>> Address for the refund to be sent Payable to: Department of the
>>>>>> Treasury
>>>>>> Mailed to: Naval Facilities Engineering Command Contracts
>>>>>> Office NF20 Building 41 3502
>>>>>> Goodspeed St Suite 2
>>>>>> Port Hueneme, Ca 93043-4337
>>>>>> Contact Name Raymond Brothers
>>>>>> Contact Phone Number 805-982-6209
>>>>>> Receipt Number 85228
>>>>>> Receipt GL Date 02-Jul-2001
>>>>>> Receipt Original Amount $363,971.94
>>>>>> Amount to be refunded $363,971.94
>>>>>> Comments to be included in check remittance (US-32 Characters
>>>>>> Max) Customer did a deal with Oracle. Order 5953228. This
>>>>>> order was for $6,452,975 of License and $1,092,025.00 of Support.
>>>>>> The support term dates were 18-Sep-1999 to 17-Sep-2000
>>>>>> (Note. This order was rebilled a bunch of times but the final
>>>>>> deal that the money was applied to was order 5953228 for License
>>>>>> and 6301061 for Support)
>>>>>> The customer submitted contract N4740800F4217 for $7,545,000.00
>>>>>> to pay for this deal.
>>>>>> However, the customer then wanted to split the deal into two
>>>>>> separate contracts so they decreased the value of contract 4217
>>>>>> to $6,452,975.00 to cover the license and created contract
>>>>>> N47408-00-F-4464 to pay for the support. This contract was

Confidential - Pursuant to Protective Order

>>>>>> created for $1,091,915.82 (they short funded by $109.18)
>>>>>> The customer has paid for the License and the Support in full.
>>>>>> For the support they paid the following payments:
>>>>>> Check 85228 on 24-Nov-2000 for $181,985.98
>>>>>> Check 85228 on 05-Dec-2000 for $181,985.96
>>>>>> Check 85228 on 30-Apr-2001 for $363,971.94
>>>>>> Check 85228 on 02-Jul-2001 for $363,971.94
>>>>>> Unfortunately the first two payments were never applied to the
>>>>>> support invoice. Instead these two payments have been misapplied
>>>>>> to invoices totaling $340k. None of the invoices applied are for
>>>>>> the US Treasury, Naval Facilities Engineering Command. Please
>>>>>> see attached spreadsheet on the details of the invoices applied.
>>>>>>
>>>>>> Since the cash was not applied correctly we ended up credit
>>>>>> memoing the above support on 29-JAN-2002 as a migration credit of
>>>>>> order 6571986 for $364,081.12 ($181,985.96 + $181,985.98 +
>>>>>> $109.18)
>>>>>>
>>>>>> The reason I am requesting a refund is as follows:
>>>>>> The support listed above was migrated under order 6571986
>>>>>> (rebilled a bunch of times, final order 6752842) on the
>>>>>> 31-Aug-2001. All of the products were migrated and the customer
>>>>>> paid reinstatement fees on the products for the support above.
>>>>>> However, we cannot determine the date that Oracle used to begin
>>>>>> the calculation of the reinstatement fees. We cannot determine
>>>>>> if we took into account that 33% of the support was not paid at
>>>>>> the time we migrated. The customer did pay reinstatements but we
>>>>>> are not sure if it was calculated at the time the support expired
>>>>>> 17-Sep-2000 or approximately 4 months prior (May of 2000) which
>>>>>> is what was not paid at the time of the migration.
>>>>>>
>>>>>> I reviewed with rev rec. the sales team and the migrations team
>>>>>> and no one has the answer.
>>>>>>
>>>>>> I am requesting to apply the oldest payments to the support
>>>>>> invoice and refund the payment that we received 02-Jul-2001.
>>>>>>
>>>>>> Requested Payment Method Electronic
>>>>>> Shipping Requirements for checks Normal
>>>>>> Bank Name: (Electronic Only)
>>>>>> Bank Code (Electronic Only):
>>>>>> Sort Code: (Electronic Only)
>>>>>> Bank Account Number (Electronic Only)
>>>>>> Check Digit (if applicable for country):(Electronic Only)
>>>>>> SWIFT Code: (Electronic Only)
>>>>>> Customer Remittance E-mail Address
>>>>>>
>>>>>> -------------------------------------------------------------------------
>>>>>> Oracle Corporation human resources electronic data are held and
>>>>>> secured at a global level in the United States. Personal data may
>>>>>> be accessed from Oracle Corporation locations worldwide, as

 

>>>>>> required for business purposes, by personnel with appropriate
>>>>>> access privileges. Personal data may be shared with external
>>>>>> organizations as required to permit the provision of services to
>>>>>> those members of the Oracle Corporation workforce who have
>>>>>> elected to receive benefits provided by or through them. Your
>>>>>> provision of the personal data confirms your consent to this process.
>>>>>

                    NDCA-ORCL 1892690

# EXHIBIT 188



| From: | MONTAGUE,KAREN (HP-PaloAlto,ex1) |
|---|---|
| Sent: | Friday, October 26, 2001 11:22 AM |
| To: | FLOWER,CRAIG (HP-Cupertino,ex6); MAY,PHILIP (HP-Cupertino,ex1); RÄTHJENS,THOMAS W (HP-USA,ex3); HEYDEN,SCOTT (HP-PaloAlto,ex1) |
| Cc: | MONTAGUE,KAREN (HP-PaloAlto,ex1); HICKEY,SEAN (HP-Cupertino,ex1) |
| Subject: | Oracle CRM Strategy Document |
| Importance: | High |

**Attachments:** OracleCRMCompensation10.25.01.doc; Oracle CRM - Oracle vs HP View.xls

The attached documents are intended to facilitate today meeting...

*Karen Montague*
Strategic Negotiations Manager
eBusiness Solutions
HP Global IT Procurement

Voice: 650-857-3718
Fax: 650-236-1653

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY




HP Confidential Information

## HP - Oracle CRM Negotiating Strategy

1) Agree on what we own (tie to payment of $13M and resolve by Nov. 7. Need top mgmt buy-in to this hardball approach)
    - License counts using spreadsheet
    - Language that protects us
        i. Specific language on Marketing web site
        ii. Specific language or license counts on Call Center Software (outside of swap clause)

2) Agree on support costs moving forward (tie to payment of 2M and support renewal and resolve by Nov 30)
    - Based on graduated scale and HP rollout plans (this is where we explain delays)

3) Agree on compensation for FY01 and any concessions made by HP on what HP owns (tie to go to market initiatives - suggest using HPC and "measurable" HP market share of Oracle products. --- Phil May can take over)
    - Hard dollar compensation for too much support paid and paying for consulting to fix bugs and having to keep consulting longer due to product delays
    - Having to license Remedy and Broadbase
    - Lost ROI for HP based on not getting efficient running marketing campaigns - $50 M
    - Lost HW sales because Oracle product is behind in Market place - $50M

## *HP - CRM Compensation*

- $7.2M FY '01 Support credit (credit of support fees paid based on 15% deployment)
- $7.6M FY '02 Support reduction (15% of total deployed licenses) vs. (22% of total license fees paid)
- $6.7M License credits for POL (11,256 licenses * $597 (40% discount))
- $1.6M License credits for Wireless (9,045 licenses * $177 (40% discount)
- $600K License credits for Inbound (1,000 licenses * $597 (40% discount)
- $22.5M License credits for advanced Business Intelligence
    - o Sales Intelligence (11,256 licenses @ $1495)
    - o Service Intelligence (1,650 licenses @ $1495)
    - o Customer Intelligence (list is $50/employee?) Need definition on this.
    - o Marketing Intelligence (1,375 licenses @ $1495)
    - o Interaction Center Intelligence (2,000 licenses @ $595)
- $600K FY '02 On-Site support (Oracle to provide at no cost)

**Total CRM Compensation $46.8M**

## *What HP Owns and Why*

**What HP Owns:** See Excel Spreadsheet – Tom Rathjens

**Why HP should own Wireless:**
Last year Oracle did not have a mobile solution that was secure or well tested and Oracle gave us "credit" on the support we paid for wireless – see accommodation email from Mark Flessel dated 7/27/2000.

Jan 22 - Tom Rathjens provided Dennis Wu as contact regarding Mobile Field Sales. The very first discussions with Oracle (Kevin McBride & Dennis Wu) revolved around HP wanting to skip disconnect mode in favor of wireless access.

Mar 20 - Oracle is provided a wireless Jornada and shows demo connecting to their production systems inside their firewall in two days time frame.
Mar 23- Wireless summit with Oracle - develop go forward plan
Apr 19 - HP ships server to Oracle (Oracle will not pay for server)
May 02 - Oracle request rack mount for server provided (Oracle will not pay for rack mount kit)

HP provides Oracle with 30 Jornadas then an additional 100 Jornadas

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

 

HP Confidential Information

May 07 - Rack mount provided
May 12 - Status from Oracle "The HP Unix Server (installed into the Oracle Data Center) has been configured"
May 14 - email from Oracle "The L Class 2000 server that is on loan from HP only has 1 gig of memory. It needs to have an additional 4 gigs of memory. Can you get us additional memory fast?"
May 15 - additional memory shipped (HP pays for memory)
May 25 - email from Oracle "Based on the progress to date, it does not appear that we will be ready to conduct a demo by next Tue, 5/29."
Jun 12 - email from Oracle "The testing of the mobile applications on this server has failed. Additional patches and configuration is required. Unfortunately, we need to delay the demo another week: next Thursday PM, June 21."
Jul 17 - Oracle telecon - Oracle is applying patches around the clock to install OCRM up to 11.5.4.07 patch level. Forecast to have URL to HP by Friday (Jul 20) and do live demo next Tues (Jul 24)

HP was informed in September 01 that the Mobile Licenses do not include "wireless". HP and Oracle have been discussing throughout the year wireless access because HP was under the impression that the 9045 Mobile licenses we owned included wireless.

Why HP should own POL:

1) Early 2000 - HP & Oracle were testing lead sharing in 3i with the intent of extending to other partners
2) Summer 2000 - partner lead sharing was dropped during the 3i to 3iV2 upgrade and HP was not happy about this
3) Summer 2000 - Oracle tried to get partner lead sharing working in 3iV2 "build 40" and this did not happen
4) Winter 2000/2001 during the 3iV2 to 11i upgrade, the POL appeared
5) Prior to the Nov 2000 negotiation, all discussions were that POL licenses are included in OSO
6) Our impression after Nov 2000 was we had enough POL/OSO licenses to cover the HP enterprise
6) Later in 2001, Oracle (Kurt Speck) said you have either POL or OSO licenses
7) Now Oracle has "morphed" this into you have zero POL licenses.

### Kurt Speck email 9/19/2000
Tom,
I attached a confidential release content document on PRM. I also
attached a one page overview of the Oracle E-Business Suite, including
PRM (the PRM module is part of the sales solution, but not part of salesonline. I don't have pricing on the PRM module yet; I will get it to you as soon as I can.

### Kevin Mcbride email 10/19/2000
Tom, Howard & Randy:
Please escalate immediately to Oracle development regarding Build 40 for 3iV2.

Build 40 is intended to be the last major build for 3iV2 and it fixes many of our issues and delivers Lead Sharing functionality.

Development has committed Build 40 to be delivered on November 1, 7, 16, 18am, 18pm, and now 19pm.

This is TOTALLY UNACCEPTABLE. I will not have development continue to lie to my team about when patches will be delivered. If we receive this patch TODAY we have a limited window to test before our next forecast.

Oracle is well aware of our needs and I suspect they are holding up the release of the patch for reasons tied to lead sharing.

I continue to be frustrated with receiving patches that do not include all of the fixes promised, however at least this approach provides SOME fixes.

Please ask Mubi and his team to reevaluate the substandart support we are receiving for the only production instance of Oracle Sales Online up in Hewlett-Packard.

Regards,

Kevin McBride
Sales Online Design Lead

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

 

HP Confidential Information

Kurt Speck email – 10/20/2000
Sincere apologies for issues re: Lead Sharing. Oracle is meeting internally this afternoon (10/20 3:30-5:00pm PST) to address your concerns and determine the proper strategy. We would like to review the next steps with the HP Team on Monday @ 8:00am PST. Please send back your availability for a con call at this time (or alternatives) and I will send back the dial in information this evening.

Kurt Speck email – 11/20/2000  "**NOTE:** PRM included with Sales Online (Field Sales)"

**Why HP should own the intelligence products:**
Kurt Speck email 9/19/2000
Tom,
Regarding your questions on Business Intelligence: the Business
Intelligence products are included with each module (Advanced Inbound includes Call Center Intelligence, Sales Online includes Sales
Intelligence, Marketing Online includes Mktg Intelligence, Service includes Customer Intelligence). I also attached Business Intelligence information.

## Proposed New Contract Language

"**New Release**" means a newly marketed variation of the Program or its components, which Updates or enhancements to the Program, which is substantially similar to the original licensed Program and is provide to HP at no additional cost. A New Release is designated by a number to the right of the decimal point (such as Vx.1 or Vx.2 or Vx2.2).

"**New Version**" means a newly marketed variation of the Program or its components, which exhibits significant functionality or feature changes or improvements when compared to the original licensed Program or other substantially similar Programs developed or marketed by Oracle and is provided to HP at no additional charge provided HP is under a current support agreement with Oracle. A New Version is designated by a number located to the left of the decimal point (such as V1.x or V2.x).

"**New Product**" shall mean a newly marketed Program developed by or on behalf of Oracle that exhibits significantly different features or functionality when compared to the original licensed Program and does not fall within the definition of New Version herein. If the New Product contains functionality or features found in the original licensed Program HP shall be entitled to such New Product at no additional cost.

## Supplemental Information

### HP's CRM support provided by Oracle
HP's support cost for FY01 with Oracle is as follows:

- $4.7M for 24x7 support and update subscription (New licenses) (support cost is 22% of $21.3M net license fees)
- $3.2M for 24x7 support and update subscription (Migrated licenses) (support cost is 20% of $14.8 net license fees)
- $600K for Premium Technical support (8 – 5 support including 2 on-site engineers)

The CRM support cost above is for one year with guarantees for the initial two renewal years not to exceed 5% over the previous years fees.

### Oracle's HW support provided by HP
Oracle's true support cost for FY01 provided by HP is as follows:

- $500k for 24x7 CSS support (4 hour response) (Year 1) (support cost is 1.7% of $30M net HW purchases)
- $1.2M for 24x7 CSS support (4 hour response) (Year 2) (Support cost is 4% of $30M net HW purchases)
- $1.2M for 24x7 CSS support (4 hour response) (Year 3) (Support cost is 4% of $30M net HW purchases)
- $2.9m for mission critical (4 hour resolution), 24x7 support including 10 onsite engineers, custom processes etc

A valid comparison to Oracle's support is CSS since Oracle does not include any on-site support engineers at HP nor do they offer 4 hours call-to-resolution. Given the $30m HW purchases (net), this gives a 1.6% support cost

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY
**HP 00011**

 

HP Confidential Information

Oracle's position is based on saying that the CSP, mission critical support is what they pay, and including the full $2.7m that was for 3years CSS support (i.e. $500k for this year, $1.2m for years 2 and 3). This equates to an annualized support cost of 20%. Clearly this is not a valid point due to Oracle not offering 4 hour call resolution, on-site engineers as well as summing the 3 year support cost and then annualizing it.

REDACTED

r,

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

# EXHIBIT 189

**From:** Lilly Hao
**Sent:** Mon, 24 May 2004 17:41:27 GMT
**To:** Molly Littlefield; Kim McMurdo; MaryGrace
**CC:** Lilly Hao
**BCC:**
**Subject:** Re: Pioneer Adjustments

I forgot to attach the spreadsheet with my comments.

Lilly Hao wrote:

> Hi Molly,
>
> I am SO glad that we are finally working together in getting the
> excess funds due to OFD adjustments done on distributor invoices
> applied. This will clean up many of my 12017 debit balances. Just
> wanted to clarify that all items from the attched sheet need to be
> adjusted up regardless of a full CM was done or not. Otherwise, my
> 12017 will continue to carry a Debit balance. Let me know if you
> still think that 12017 doesn't need to be adjusted up on your
> highlighted items and we can discuss further.
>
> Grace--FYI, you will be seeing many credits to 12017 this month or
> next month.
>
> Thanks
> lilly
>
> Molly Littlefield wrote:
>
>> Kim and Lilly
>> I think all the highlighted invoices for Pioneer should be adjusted
>> up. We have plenty of unapplied cash to pay for this money. Once
>> they are adjusted I can easily apply money. However, in some cases
>> the customers have taken credits for these items and I think if we
>> adjust them up to their normal dollar amount and I can apply the cash
>> and then go back to them and tell them that the credits they took
>> were not valid. Otherwise the outstanding money that we have for
>> them will be used as credits again. Please let me know your
>> thoughts. Two of the items have been credit memo'd in full so I
>> don't think we should adjust those.
>> Thanks
>> Molly
>>
>

| Distributor/Customer | Adjustment Amt | Type of Adjustment | Distributor Order | Distributor Invoice | Distributor Credit Account |
|---|---|---|---|---|---|
| Access Graphics/Vischange | 11,409.00 | Residual | 5303567 | 1337398 | Credit to AG# 0703-12017 |
| Access Graphics/ProductPop | 6,976.00 | Residual | 5301174 | 1335622 | Credit to AG# 0703-12017 |
| Access Graphics; Terraspring | 110,954.00 | Residual | 5304945 | 1335085 | Credit to AG# 0703-12017 |
| Hallmark/various deals | 135,200.00 | Residual on Hot Hidz Model | 5905098 | 1189396 | Credit to AG# 0703-12017 |
| Hallmark/MadCenter | 9,854.00 | Residual is $10,495.00 | 6336838 | 1363521 | Credit to AG# 0703-12017 |
| Access Graphics/USA.Net | 125,156.00 | Residual for USA Net | 5649829 | 1148873 | Credit to AG# 0703-12017 |
| Newcourt/Faxtec, Upromise | 61,398.74 | Residual for Faxtec: 11,369.00 and Upromise for $50,000.00(residual) | UP 6346329 / PT 6346004 | UP 1372006 / PT 1372020 | Credit to AG# 0703-12017 |
| Hallmark/CDNow, Lightning Cast. | 78,767.84 | Residual for CDNow Online $41,238.00; Residual for Lightning Cast $3815.00; Residual for SubmitOrder $20,005.00 | CD 6345552 / LC 6364046 | CD 1372340; LC 1312834 | Credit to AG# 0703-12017 |
| SubmitOrder.com | | | SO 6344757 | SO 1312413 | Credit to AG# 0703-12017 |
| System 6 Technologies/21E Web | 19,085.00 | Residual for 21E Web | 6356191 | 1303509 | Credit to AG# 0703-12017 |
| Executree/Pioneer/Essential | 28,760.00 | Residual to $46,277.30 | 6256918 | 1306502 | Credit to AG# 0703-12017 |
| Zip Realty, Precision Standard, Global Logistics/Hallmark | 24,677.00 | Residual (Zip Realty $30591), (Global Logistics$16,557) (Precision Standard) | ZR 6259759, GL 6275538 | ZR 1306720, GL 1307053 | Credit to AG# 0703-12017 |
| Hewlett Packard/Interland | 57,998.00 | Residual | 6259760 | 1304975 | Credit to AG# 0703-12017 |
| Software Distribution/Network Commerce Inc. | 67,217.00 | Residual | 6275913 | 1317084 | Credit to AG# 0703-12017 |
| Hallmark/Equal Footing | 29,492.00 | Residual | 6243374 | 1291103 | Credit to AG# 0703-12017 |
| Access Graphics/Setica | 18,920.00 | Residual | 6342072 | 1367821 | Credit to AG# 0703-12017 |
| Heller 05/29/01/Centerspan/Pioneer/Software Distributor | 52,301.75 | Residual for Centerspan | 6483108 | 1441980 | Credit to AG# 0703-12017 |
| Access Graphics/Maverick Tube | 8,620.70 | Payment discount | 6345592 | 1372469 | Credit to AG# 0703-12017 |
| Heller/Vermeed Corporation | 18,236.00 | Residual | 6345165 | 1371621 | Credit to AG# 0703-12017 |
| Sanw 11/28/00/Agility Communications | 20,720.00 | Residual | 6342791 | 1368872 | Credit to AG# 0703-12017 |
| Pioneer/Bizzto | 5,290.00 | Residual | 6309211 | 1337547 | Credit to AG# 0703-12017 |
| Hewlett Packard/American Multiplexer | 67,312.00 | Residual | 6256002 | 1306502 | Credit to AG# 0703-12017 |
| Pioneer/Geotrust | 49,691.00 | Residual | 6209890 | 1306540 | Credit to AG# 0703-12017 |
| Access Graphics/Music Bank | 30,970.00 | Residual | 6257005 | 1305477 | Credit to AG# 0703-12017 |
| Access/Genealogy | 20,286.00 | Residual | | | Credit to AG# 0703-12017 |
| Hallmark/Business.com | 3,751.00 | Residual | 6244542 | 1293984 | Credit to AG# 0703-12017 |
| Hallmark Service | 13,218.00 | Residual | 5944270 | 1216808 | Credit to AG# 0703-12017 |
| Corporate Technologies, Pioneer/MarketBoy | 5,128.49 | Residual | 6344079 | 1369831 | Credit to AG# 0703-12017 |
| Hallmark/Ampex | 4,757.02 | Residual for INEXTV (subsidiary of Ampex) | 5930451 | 1272460 | Credit to AG# 0703-12017 |
| Hitachi/Annuity Company | 13,756.25 | Research, referenced Annuity Company | | | Credit to AG# 0703-12017 |

Confidential - Pursuant to Protective Order



Comments Molly and Lilly

Bad Debt Write Off Per Lilly Hao
LH-- 28,760.00 still needs to be applied to 1/2017

Taken care of from Molly's email to Kim and Lilly
on 06/24/04

Confidential - Pursuant to Protective Order

| Reclass to 0GB0-34311 | 16.33 | Reclass to Prdtr | | | |
|---|---|---|---|---|---|
| schonfeld Securities | 51,640.00 | Pymt disc 53134 (distributor ord# 6898978 Inv#15351111) | 6898978 | 1535111 | Credit to A/C# 0703-12017 |
| i.am.com | 17,565.00 | Resitcl(al) | 6254450 | 1300357 | Credit to A/C# 0703-12017 |
| Access Graphics/Commerce TV & Mimecom.Corp | 46,256.00 | Payment Discount on CommerceTV | 9389755 | 1260238 | Credit to A/C# 0703-12017 |
| AccessGraphics/Viva.Com | 18,820.00 | Payment Discount for Viva.Com | 9307864 | 1191610 | Credit to A/C# 0703-12017 |
| Access Graphics/United Road Services LeaseTech Triad Guaranty Ins | 37,996.00 | Payment discount for United Road Services | 10652222 | 9540316 | Credit to A/C# 0703-12017 |
| Corp/Hallmark Computers | 22,158.00 | Payment discount for Triad Guaranty Ins | 1087698 | 9533751 | Credit to A/C# 0703-12017 |
| Hallmark/Smart Harbor, Laser Link | 3,053.00 | Payment discount for Smart Harbor is aka Kleonet | 9543903 | 1218649 | Credit to A/C# 0703-12017 |
| Newcourt/Prevision Marketing Access/NEC America | 4,678.00 | payment discount for Prevision Marketing | 5819734 | 1120546 | Credit to A/C# 0703-12017 |
| Hall-Mark/Longaberger | 20,830.00 | Payment Discount for NEC America | 1089205 | 9554462 | Credit to A/C# 0703-12017 |
| | 5,102.00 | payment discount for Longaberger | 1085133 | 9546487 | Credit to A/C# 0703-12017 |
| Access Graphics/Lifeline Systems Inc. Hallmark/Lenders Services | 23,096.00 | Payment Discount for Lifeline Systems Inc | 5952401 | 1224174 | Credit to A/C# 0703-12017 |
| Hallmark Ursus Telecom 168358.88, Kerdie 189921.92 | 31,777.00 | Payment discount for Lenders Services | 1087856 | 9553927 | Credit to A/C# 0703-12017 |
| Pioneer, funding, Waterfront/Internet Securities | 5,129.00 | Payment discount for Kerdie | 5899713 | 1184649 | Credit to A/C# 0703-12017 |
| Hallmark/Incomnet | 5,111.00 | Payment discount for Internet Securities | 5735321 | 1075423 | Credit to A/C# 0703-12017 |
| Access Graphics/Blood Systems Inc, The Image Bank | 12,442.00 | Payment discount for Incomnet | 1088448 | 9549973 | Credit to A/C# 0703-12017 |
| | 57,230.00 | Payment Discount for Image Bank | 10852277 | 9508196 | Credit to A/C# 0703-12017 |
| Access Graphics/Gatewaby, Autodaq Corp. | 15,935.25 | Payment discount for Gatewaby IN SYSTEM AS CoinCOT15 | 5916402 | 1197081 | Credit to A/C# 0703-12017 |
| Access/Delta Dental Plan of Virginia | 25,717.00 | Payment Discount for Deata Dental Plan of Virginia | 5949840 | 1148286 | Credit to A/C# 0703-12017 |
| Fleet/Container Store | 20,002.00 | Payment Discount for Container Store | 1086583 | 9550052 | Credit to A/C# 0703-12017 |
| Access Graphics/Civic Development | 20,313.00 | Payment Discount for Civic Development | 5948602 | 122272 | Credit to A/C# 0703-12017 |
| Hallmark/Chartered Financial | 5,560.00 | Payment discount for Chartered Financial IN system as Cill SurAce | 5803592 | 1179721 | Credit to A/C# 0703-12017 |
| Fleet/Baker Refractories | 6,949.00 | Payment Discount for Baker Refractories | 5830003 | 1132344 | Credit to A/C# 0703-12017 |
| Halimark/4anything.Com | 27,496.00 | Payment Discount '10,750.00 Residual '10'.749.00 for 4anything.com | 5953242 | 1226233 | Credit to A/C# 0703-12017 |
| Avnet/Kaplan Corporation | 6,214.00 | Payment Discount | 6510862 | 1476176 | Credit to A/C# 0703-12017 |
| Koch 1/22900/City of Yonkers | 55,005.00 | Payment Discount | 8257740 | 1304441 | Credit to A/C# 0703-12017 |
| Access Graphics/Tillion, Inc. | 17,902.22 | Payment Discount | 6240667 | 1355410 | Credit to A/C# 0703-12017 |
| Software Distribution/Rudespace | 14,073.00 | Residual | 6235670 | 1386670 | Credit to A/C# 0703-12017 |
| Access Media | 24,509.00 | Payment discount | 5951018 | 1422979 | Credit to A/C# 0703-12017 |
| Hallmark/Commonwealth | 8,466.00 | Payment discount | | | |
| Access Graphics/American Communication | 14,646.00 | Payment discount | 5959413 | 1256276 | Credit to A/C# 0703-12017 |
| Network | 12,131.00 | Payment Discount | 6001369 | 1752016 | Credit to A/C# 0703-12017 |
| Hallmark/Archon Group | 11,695.00 | Payment discount | 6200122 | 1251736 | Credit to A/C# 0703-12017 |
| Heller/SmartOnline | | | | | |

Confidential - Pursuant to Protective Order

NDCA-ORCL 1889367

Credit Memo'd in full

Confidential - Pursuant to Protective Order

| | | | | | |
|---|---|---|---|---|---|
| Hallmark/Home Account | 4,566.00 | Payment discount - Home Account Holdings | 5997163 | 1260035 | Credit to ACR 0703-12017 |
| Access Graphics/Concentra Preferred | 40,981.00 | Payment discount | 5962751 | 1241395 | Credit to ACR 0703-12017 |
| Access Graphics/Informania | 3,822.04 | Payment Discount | 5934890 | 1209471 | Credit to ACR 0703-12017 |
| Hallmark/Seneca | 25,156.00 | Payment discount | 5927464 | 1204602 | Credit to ACR 0703-12017 |
| Access/Internet Financial | 163,024.00 | Payment discount | 1068308 | 5655350 | Credit to ACR 0703-12017 |
| Access Graphics/robbins Manufactures | 4,110.00 | Payment discount | 5784595 | 1101710 | Credit to ACR 0703-12017 |
| PriceWaterhouse/Clarity Telecommunications | 1,983,574.76 | Payment Discount | | | |
| Hallmark/Erickson | 9,310.00 | payment Discount | 9227197 | 1303957 | Credit to ACR 0703-12017 |
| Redsiren | 6,252.48 | Residual | 6421897 | 1303843 | Credit to ACR 0703-12017 |
| Redsiren | 1,779.00 | Residual | 6533950 | 1431962 | Credit to ACR 0703-12017 |

3,965,847.83

Confidential - Pursuant to Protective Order

# EXHIBIT 190



**From:** molly littlefield
**Sent:** Thu, 27 May 2004 03:02:21 GMT
**To:** Karen Riddle
**CC:**
**BCC:**
**Subject:** Re: Unapplied checks

Karen,
Is this what you are looking for? If so there are a couple more I need
to update. I just want to make sure this is the information you need.
Thanks
Molly .

Karen Riddle wrote:

> Molly,
> Brad had requested that I get a listing of all the checks we took out
> of the unapplied account that were coded to revenue? Can you do that?
> If not, if you have a listing of all the checks we have applied and
> the account numbers we have placed them in, I can use that.
>
> Let me know,.
>
> Thanks,
> karen
>

Confidential - Pursuant to Protective Order                                   NDCA-ORCL 1894394

| Item | Total Amount | Tax | Receipt Numbers | GL Date | Customer Name | Manual Invoice | Account |
|---|---|---|---|---|---|---|---|
| 1 | $56,948.54 | | 389002 and 378713 | Multiple | ACCESS GRAPHICS | 5631300 | 0W20.34300 |
| 2 | $59,413.11 | | 1015 | 12-Feb-90 | AUTOMATED TRADING SYSTEMS | 5617303 | 0W20.34300 |
| 3 | $309,549.39 | $21,668.46 | 5611634, 550750, 703865/, 7045097, ACH08/13/01, ACH08/2/001, ACH12/07/01, ACH12/19/01, 1003795, 7086084, 7092447, WIRE07/10/02, 7103064, WIRE11/20/02, 7112468, 7116055, 7116683, 7119652, ACH08/04/03, 7016391, 7034927, WIRE02/06/03, 7115226 | Multiple | BELL SOUTH ADVANCED NETWORKS | 5637355 | 0W20.34300 |
| 4 | $865,099.21 | | 5611634, 550750, 7038657, 7045097, ACH08/13/01, ACH08/2/001, ACH12/07/01, ACH12/19/01, 1003795, 7086084, 7092447, WIRE07/10/02, 7103064, WIRE11/20/02, 7112468, 7116055, 7116683, 7119652, ACH08/04/03, 7016391, 7034927, WIRE02/06/03, 7115226 | Multiple | BELL SOUTH ADVANCED NETWORKS | 5637355 | 0W21.33000 |
| 5 | $29,760.00 | | 20232, | 2-Oct-00 | CUSHOPPER | 5637351 | 0W20.34300 |
| 6 | $262,996.03 | | 1293206, 1297866, 1301793, 1309177, 1304622, 1295674 | Multiple | DELL COMPUTER CORPORATION | 5631298 | 0W20.34300 |
| 7 | $260,161.69 | | 6004597, 6004613, 6004614, 6004615, 6004616, 6004617, 6004618 | 18-Dec-00 | HOMS | 5637348 | 0W23.34300 |
| 8 | $78,354.00 | | 442731 | 12-Aug-99 | HELLER FINANCIAL | 5631295 | 0W20.34300 |
| 9 | $105,112.20 | | 3440591, ACH 08/09/01, 3381346 | Multiple | HEWLETT PACKARD | 5637294 | 0W20.34300 |
| 10 | $44,910.96 | | 2990898 | 19-Nov-01 | IBM | 5637352 | 0W20.34300 |
| 11 | $13,858.80 | | 1113247 | 24-Oct-03 | NORTHROP GRUMMAN CORPORATION | 40085696 | 0.12601 |
| 12 | $44,100.00 | | 16974 | 5-Oct-99 | PHYSICIAN COMPUTER NETWORK | 5625313 | 0W20.34300 |
| 13 | $68,094.44 | | 61041377 | 25-Mar-99 | ROCKY MOUNTAIN HEALTH CARE CORPORATION | 5589272 | 0W20.34300 |

Confidential - Pursuant to Protective Order

| | Amount | | Reference | Date | Payee | | |
|---|---|---|---|---|---|---|---|
| 14 | $18,643.50 | | WIRE 05/03/00 OCC | 3-May-00 | SANWA BANK OF CALIFORNIA | 40044624 | 0.12601 |
| 15 | $42,412.15 | $1,025.76 | WIRE 9/21/98 OCC | 21-Sep-98 | SANWA BANK OF CALIFORNIA | 987619 | 0.12601 |
| 16 | $65,490.00 | | 18206930, 18206929, 18206831 and 18206932 | Multiple | STATE OF OKLAHOMA | | 0W20.34300 |
| 17 | $37,076.00 | | 8391500 | 22-Jun-98 | STATE OF WISCONSIN | | 0W20.34300 |
| 18 | $39,398.40 | | 8473133 | 30-Jul-98 | STATE OF WISCONSIN | 5609276 | 0W20.34300 |
| 19 | $35,206.00 | | 416679 | 20-Sep-01 | SYNAVANT INC | 5637350 | 0W23.34300 |
| | $2,436,584.42 | | | | | | |

Confidential - Pursuant to Protective Order

NDCA-ORCL 1894396

# EXHIBIT 191

**From:** Molly Littlefield
**Sent:** Wed, 24 Nov 2004 23:44:34 GMT
**To:** Robynne Sisco
**CC:** greg.myers@oracle.com; vineet sehgal; vijay Kini; gopalakrishnan Sethuraman; Ashok\ ashok \Rajaram
**BCC:**
**Subject:** Re: Possible expansion of PWC Project]

Robynne,
We reviewed the items on the PWC report against the items backed out.
The items over $3k amounted to $99k. They are items already resolved and
the Null items that we discussed. Let me know if you have any
questions. The detail is attached.
Thanks
Molly


Robynne Sisco wrote:

> Molly - Can you look at this the other direction as well? And
> identify all receipts >$3K that were on the original PWC list but not
> written off? I'm asking because it appears that $93K went missing
> somewhere. Greg wrote off $14,285,749 and you reversed $257,259. Net
> write-off is $14,028,490 versus the original PWC list of $14,122,064.
> It would be great to identify what that $93K is if possible. Let me
> know your thoughts.
>
> Molly Littlefield wrote:
>
>> Robynne,
>> Attached is the spreadsheet that includes all the items that we
>> backed out of the write off. We reviewed all the items that were
>> written off above $3,000.00 that were not on the original PWC
>> list.. I have included the list that was reviewed
>> Total backed out 29 items $257,259.86
>> Please let Vijay and I know if you have any questions.
>> Thanks
>> Molly
>>
>> Robynne Sisco wrote:
>>
>>> $14,311,903
>>> (208,518) Identified Backouts (per Vineet's email)
>>> $14,103,385 Net write-offs
>>> 18,679 Diff
>>> $14,122,064 Per PWC scope document
>>>
>>> My assumption is that many of the "unapplications" that Vineet
>>> picked up yesterday have been cleared (this is usually a short
>>> turn-around. This may, however, not fully be the case. At any
>>> time we run this we run the risk of catching an unapplication in
>>> process. As such, I'd like to go ahead and get this done.
>>>
>>> Molly / Vijay / Vineet - please confirm that you are comfortable.
>>> Once this is run, you will have to go through and manually reverse
>>> all Backouts that have been picked up. Also, any "unapplied" that
>>> get caught in the sweep will have to be identified and reversed.

   NDCA-ORCL 3042278



>>> Are you comfortable that you can get this done?
>>>
>>> -R
>>>
>>> Greg Myers wrote:
>>>
>>>> Vineet/Robynne- I have isolated the problem to be < 1993. I ran the
>>>> receipt write off in report mode for all items between 1-jan-1994
>>>> and 31-May-2003 and the result was $14,279,719. I then ran the
>>>> report for 1-Jan-1993 through 31-Dec-2003, and the result was
>>>> 32,184. Therefore the total amount that would be written off if we
>>>> wrote all items off that were < 20K USD and > 361 (except items >
>>>> 31-Dec-91) would be $14,311,903.
>>>>
>>>> I would suggest we proceed with this write off for the US.
>>>>
>>>> Greg
>>>>
>>>>
>>>>
>>>> -----Original Message-----
>>>> From: vineet sehgal [mailto:vineet.sehgal@oracle.com]
>>>> Sent: Tuesday, November 23, 2004 7:23 AM
>>>> To: greg.myers@oracle.com
>>>> Cc: Robynne Sisco; vijay kini; molly Littlefield;
>>>> gopalakrishnan Sethuraman; ashok >> "Rajaram,Ashok"
>>>> Subject: Re: Possible expansion of PWC Project]
>>>>
>>>> Greg,
>>>>
>>>> We have been using Discoverer Report with the default start
>>>> date as 01-Jan-1994. We were given to understand that items
>>>> prior to 01-Jan -1994 are not to be considered as part of
>>>> unapplied cash reporting. Pl. advise whether our understanding
>>>> is correct.
>>>>
>>>> Robynne,
>>>>
>>>> We pulled out the unapplied report did a comparison with the
>>>> data provided by you. There were only minor differences between
>>>> the two. Pl. find attached the spreadsheet with our findings.
>>>>
>>>> The difference of $900K between Greg's report & our report is
>>>> primarily due to the different start dates adopted viz. Greg
>>>> probably has taken start date as 01-Jan-1989 (per mail below)
>>>> whereas we have been taking the default start date as 01-Jan-1994.
>>>>
>>>> Pl. let us know in case you need any other details.
>>>>
>>>> Rgds...Vineet
>>>>
>>>> Greg Myers wrote:
>>>>
>>>>> Vineet- I ran the program for all items from 1-Jan-1989
>>>>> through 31-May-2004 that were < $20,000. I hope this helps. If
>>>>> not, then I can get IT to take my report and manipulate it

>>>>> into a normal size report. The current output has one page per
>>>>> customer. Therefore the report is 5000 + pages long, which is
>>>>> not conducive to downloading into Excel.
>>>>>
>>>>> Greg
>>>>>
>>>>> -----Original Message-----
>>>>> From: vineet sehgal [mailto:vineet.sehgal@oracle.com]
>>>>> Sent: Monday, November 22, 2004 10:13 AM
>>>>> To: Robynne Sisco
>>>>> Cc: vijay kini; molly Littlefield; greg myers;
>>>>> Olinger,Thomas; Gopalakrishnan Sethuraman; ashok >>
>>>>> "Rajaram,Ashok"
>>>>> Subject: Re: Possible expansion of PWC Project]
>>>>>
>>>>> Robynne,
>>>>> We are in the process of comparing the latest report with
>>>>> the data you have mentioned per mail below.
>>>>> We shall provide an update by tomorrow.
>>>>>
>>>>> Rgds..Vineet
>>>>>
>>>>> Robynne Sisco wrote:
>>>>>
>>>>>> All - Greg ran a preliminary write-off report that shows
>>>>>> a total of $15M using the parameters below. As you know,
>>>>>> the PWC project listing had only $14.1M. This means
>>>>>> there is $900K of receipts in the buckets outlined below
>>>>>> (#1) that we need to identify and deal with prior to the
>>>>>> running of the script.
>>>>>>
>>>>>> Vijay & Vineet - please let us know what you have found
>>>>>> so far and how much longer you think it will take to
>>>>>> investigate the differences. We don't have to account
>>>>>> for every dollar, but need to understand the major
>>>>>> differences so we don't end up writing off a receipt with
>>>>>> a refund in process or a CM/Rebill in process.
>>>>>>
>>>>>> Thanks
>>>>>>
>>>>>>
>>>>>> Robynne Sisco wrote:
>>>>>>
>>>>>>> Guys - We just received direction yesterday to move
>>>>>>> these populations out of unapplied cash. We need to
>>>>>>> get this done for November.
>>>>>>>
>>>>>>> Here's what I think needs to happen:
>>>>>>>
>>>>>>> 1. Vijay & Vineet - re-run the unapplied cash report
>>>>>>> so we can see if the PWC population has changed.
>>>>>>> Include:
>>>>>>> * $50.00 or less; received on 5/31/04 or
>>>>>>> before (1,481 items / $22,159)
>>>>>>> * >$50.00 <= $3,000.00; received on 5/31/03 or
>>>>>>> before (5,233 items / $5,236,499)

                    NDCA-ORCL 3042280

>>>>>>> * >$3,000.00 <= $20,000.00; received on
>>>>>>> 5/31/03 or before (1,559 items / $8,863,406)
>>>>>>> 2. Vijay & Vineet - Validate that all receipts
>>>>>>> "backed out" of PWC population (refunds or rebills
>>>>>>> were in process) are no longer in unapplied
>>>>>>> cash. I have attached the list of backouts.
>>>>>>> Please validate that all are gone.
>>>>>>> 3. Robynne - set up a new "Escheat Liability" Account
>>>>>>> 4. Greg - Run an IT script to move all project
>>>>>>> related receipts (scope defined in #1 above) to
>>>>>>> the new account.
>>>>>>> 5. Robynne - JE portion of receipts to Other Income.
>>>>>>>
>>>>>>> Let me know if I'm missing anything.
>>>>>>>
>>>>>>> -Robynne
>>>>>>>
>>>>>>> vineet sehgal wrote:
>>>>>>>
>>>>>>>> Robynne,
>>>>>>>> Request if you could give an update, if any, on PWC
>>>>>>>> escheatment project. We wish to know whether it would
>>>>>>>> happen in this quarter.
>>>>>>>>
>>>>>>>> Rgds..Vineet
>>>>>>>>
>>>>>>>>
>>>>>>>> Robynne Sisco wrote:
>>>>>>>>
>>>>>>>>> Attached is the PWC population we will use in the
>>>>>>>>> project (net of the items below, as adjusted for
>>>>>>>>> duplicates). As you know, we should not touch these
>>>>>>>>> items from this point forward. Thanks everyone!
>>>>>>>>>
>>>>>>>>> Molly Littlefield wrote:
>>>>>>>>>
>>>>>>>>>> Hi Robynne,
>>>>>>>>>> Here is what we need to back out. Detailed report
>>>>>>>>>> attached.
>>>>>>>>>>
>>>>>>>>>> Dollars Items
>>>>>>>>>> Resolved $ 84,451.38 16
>>>>>>>>>> REFUND $ 141,836.53 19
>>>>>>>>>> Legal $ 136,046.29 13
>>>>>>>>>> CREDIT MEMO $ 43,015.08 3
>>>>>>>>>> CM/RB $ 63,048.63 6
>>>>>>>>>> Booking already sent to OU $ 3,500.00
>>>>>>>>>> 1
>>>>>>>>>> Total $ 471,897.91 58
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Please let me know if you have any questions.
>>>>>>>>>> Thanks
>>>>>>>>>> Molly
>>>>>>>>>>
>>>>>>>>>>

Confidential - Pursuant to Protective Order                    NDCA-ORCL 3042281



>>>>>>>>>> Robynne Sisco wrote:
>>>>>>>>>>
>>>>>>>>>> Guys -
>>>>>>>>>>
>>>>>>>>>> We have Jennifer's approval to expand the scope of
>>>>>>>>>> the PWC project up to $20K. Based on the
>>>>>>>>>> information you guys sent me, this only leaves
>>>>>>>>>> receipts over $20K (19 + 4 = 23 items; $509,718 +
>>>>>>>>>> 508,444 = $1,018,162) from the worksheet you sent me
>>>>>>>>>> earlier that you still need to investigate.
>>>>>>>>>> Effective immediately, STOP ALL INVESTIGATION OF THE
>>>>>>>>>> ITEMS ON YOUR LIST (attached) THAT ARE $20K OR
>>>>>>>>>> BELOW. We need to freeze the population to add it
>>>>>>>>>> to our project. Even if the investigation is in
>>>>>>>>>> process, please stop all efforts. The only
>>>>>>>>>> exception to this is if a customer independently
>>>>>>>>>> inquires about a refund. If that happens, we need
>>>>>>>>>> to follow up and refund the $$. Please keep me in
>>>>>>>>>> the loop on any such instance so I can be up to
>>>>>>>>>> speed at all times if our population changes.
>>>>>>>>>>
>>>>>>>>>> The good news here is that this decreased the # of
>>>>>>>>>> items you will have to individually investigate and
>>>>>>>>>> resolve by the end of this quarter. See the revised
>>>>>>>>>> worksheet attached with the plan of attack for the
>>>>>>>>>> rest of the year (Unapplied
>>>>>>>>>> Proposal_10-14-004.xls). Please let me know if you
>>>>>>>>>> have any questions.
>>>>>>>>>>
>>>>>>>>>> PWC will have to choose another sample for this new
>>>>>>>>>> population (they cannot use ours) so I will pass
>>>>>>>>>> that to Molly once I have it and you guys can work
>>>>>>>>>> on it as a team. JM wants to try to get this
>>>>>>>>>> completed this quarter, which means we will need to
>>>>>>>>>> turn around the sample research as quickly as possible.
>>>>>>>>>>
>>>>>>>>>> -Robynne
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> -------- Original Message --------
>>>>>>>>>> Subject: Re: Possible expansion of PWC Project
>>>>>>>>>> Date: Thu, 14 Oct 2004 13:29:22 -0700
>>>>>>>>>> From: jennifer minton <jennifer.minton@oracle.com>
>>>>>>>>>> Organization: Oracle Corporation
>>>>>>>>>> To: Robynne Sisco <Robynne.Sisco@oracle.com>
>>>>>>>>>> CC: Kahler,Robert <ROBERT.KAHLER@oracle.com>, greg
>>>>>>>>>> myers <greg.myers@oracle.com>, Kristen Kimball
>>>>>>>>>> <kkimball@pacwest.com>, Tom Olinger
>>>>>>>>>> <Tom.Olinger@oracle.com>, Molly Littlefield
>>>>>>>>>> <molly.littlefield@oracle.com>, Birk,Jennifer
>>>>>>>>>> <JENNIFER.BIRK@oracle.com>
>>>>>>>>>> References: <416EDE01.4040103@oracle.com>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>

Confidential - Pursuant to Protective Order



>>>>>>>>>>>> Agreed. Let's wrap this puppy up asap. Jen
>>>>>>>>>>>>
>>>>>>>>>>>> Robynne Sisco wrote:
>>>>>>>>>>>>
>>>>>>>>>>>> Jennifer -
>>>>>>>>>>>>
>>>>>>>>>>>> Bob and I had a call with PWC earlier this week to
>>>>>>>>>>>> discuss the possibility of expanding the scope of
>>>>>>>>>>>> the project to include a higher $ threshold.
>>>>>>>>>>>> There are two approaches we can take:
>>>>>>>>>>>>
>>>>>>>>>>>> 1. Expand the project scope and re-sample the
>>>>>>>>>>>> entire population
>>>>>>>>>>>> 2. Expand the project scope by adding a second
>>>>>>>>>>>> population, and sampling that population separately
>>>>>>>>>>>> from the original one that has already been sampled.
>>>>>>>>>>>>
>>>>>>>>>>>> We recommend the 2nd scenario as we believe that
>>>>>>>>>>>> the results of the higher $ population will vary
>>>>>>>>>>>> from the results of the original population and
>>>>>>>>>>>> that we can keep more $ by separating the samples.
>>>>>>>>>>>> This is based on the results from the sampling we
>>>>>>>>>>>> have already performed as follows:
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>> Escheat Retain Total
>>>>>>>>>>>> Original Sample 56% 44% 100%
>>>>>>>>>>>> Higher $ Sample 41% 59% 100%
>>>>>>>>>>>>
>>>>>>>>>>>> I believe the difference is due to the significant
>>>>>>>>>>>> number of education invoices in the <$3K population
>>>>>>>>>>>> that were problematic due to the manual nature of
>>>>>>>>>>>> the education process that was in place a while
>>>>>>>>>>>> back. As you can see from our sampling of the
>>>>>>>>>>>> higher $ population above, we expect to be able to
>>>>>>>>>>>> retain a higher % in this bucket. While PWC would
>>>>>>>>>>>> need to pick their own sample, I can see no reason
>>>>>>>>>>>> why the results would vary significantly from the
>>>>>>>>>>>> above, although it is certainly possible.
>>>>>>>>>>>>
>>>>>>>>>>>> We need to choose a 2nd population where the time
>>>>>>>>>>>> frame of receipts matches the first (receipts prior
>>>>>>>>>>>> to 5/31/03). As you will see on the attached
>>>>>>>>>>>> (revised proposal on how the entire balance of
>>>>>>>>>>>> unapplied will get resolved - see "10-14-04
>>>>>>>>>>>> Proposal" tab), I recommend that we increase the
>>>>>>>>>>>> scope of the project to include all receipts
>>>>>>>>>>>> $20,000 or lower. This would incorporate a second
>>>>>>>>>>>> sample of $9.3M and 1,615 items. If you feel this
>>>>>>>>>>>> is too aggressive, we can move the population down
>>>>>>>>>>>> to all receipts $10,000 or lower, which will reduce
>>>>>>>>>>>> the 2nd population by $1.3M and 93 items.
>>>>>>>>>>>>
>>>>>>>>>>>> Based on the sampling of the populations so far, we

NDCA-ORCL 3042283



>>>>>>>>>>>> would expect the following overall results from
>>>>>>>>>>>> this project:
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>> Escheat Retain Total
>>>>>>>>>>>> Original Sample $2.9 $2.3 $5.2
>>>>>>>>>>>> Higher $ Sample $3.8 $5.5 $9.3
>>>>>>>>>>>> Total $6.7 $7.8 $14.5
>>>>>>>>>>>>
>>>>>>>>>>>> If we get your approval to move forward, we will
>>>>>>>>>>>> submit this new population to PWC for sampling so
>>>>>>>>>>>> we can continue to move this project toward
>>>>>>>>>>>> completion. Please let us know what you would like
>>>>>>>>>>>> to do.
>>>>>>>>>>>>
>>>>>>>>>>>> -Robynne
>>>>>>>>>>>>

Confidential - Pursuant to Protective Order

# EXHIBIT 192

**From:** Molly Littlefield
**Sent:** Thu, 10 Feb 2005 22:32:02 GMT
**To:** Vijay Kini
**CC:**
**BCC:**
**Subject:** Re: Productpop com & Berger & Company

No it will be escheated to Delaware

Vijay Kini wrote:

>Molly,
>
>Just a quick question...does it mean that Berger & Co. will
>be escheated to State of Colorado with other escheated receipts?
>
>Thanks,
>
>Vijay
>
>Molly Littlefield wrote:
>
>
>
>>So we aren't worried about Berger anymore right?
>>
>>Vijay Kini wrote:
>>
>>
>>
>>>Hi Molly.
>>>
>>>Have you heard from Heather Lawson on -
>>>
>>>1) Productpop com's escheatment of $22,078.00 to State of California?
>>> This is still lying in unapplied cash.
>>>
>>>2) Berger & Company's escheatment of $10,000.00 to State of Colorado. This receipt
>>> was part of the escheat population and was not backed out.
>>>
>>>Thanks,
>>>
>>>Vijay
>>>
>>>
>>>
>>>

Confidential - Pursuant to Protective Order

# EXHIBIT 193

**From:** Jeff Hawkins
**Sent:** Tue, 21 Nov 2000 10:08:20 GMT
**To:** Keith Block; Borthwick; Valerie, Salser; Mark, Nielsen; Robert; Napier; Miriam; Dover; Christine; JJORGENS, Fan; Mark
**CC:** Kimberly Hawk, English; James; Pettigrew; Jane; Mcdowell, Cheryl; Kershnar; Richard; Shouldice, Carol; Commode; Thomas; Kelley; Kent; Bredal; Cherie; Guerrero; Maura; Hill, Stacey; Guiley; Bridget
**BCC:**
**Subject:** Q2O1 Forecast Reminder

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        NDCA-ORCL 208832



```
begin:vcard
n:Hawkins;Jeff
tel;fax:650.633.0589
tel;home:650.571.0986
tel;work:650.607.5507
x-mozilla-html:FALSE
adr:;;;;;;
version:2.1
email;internet:Jeff.Hawkins@oracle.com
fn: Jeff Hawkins
end:vcard
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 208833



```
begin:vcard
n:Forecast;Corporate Forecast
x-mozilla-html:FALSE
org:<img src "http://www.oracle.com/images/abt_or2.gif">
adr:;;500 Oracle Parkway;Redwood Shores;CA;94065;USA
version:2.1
email;internet:forecast_us@oracle.com
title:Corporate Financial Planning & Analysis
x-mozilla-cpt:;-22560
fn:<font face="Coronet"><font color="#CC0000"><font size=+2>Corporate
Forecast</font></font></font></html>
end:vcard
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 208834

Corporate Forecast Schedule
Fiscal Year 2001

**Q1FY01**

| Forecast Week | Scheduled Event | EMC Meeting Date | Press Release Date |
|---|---|---|---|
| June 12, 2000 | Forecast & License Pipeline | June 19, 2000 | |
| June 26, 2000 | Forecast | July 3, 2000 | |
| July 10, 2000 | Forecast & License Pipeline | July 17, 2000 | |
| July 24, 2000 | Forecast | July 31, 2000 | |
| July 31, 2000 | Forecast & License Pipeline | August 7, 2000 | |
| August 7, 2000 | Forecast | August 14, 2000 | |
| August 14, 2000 | Forecast | August 21, 2000 | |
| August 21, 2000 | Forecast | August 28, 2000 | |

**Q2FY01**

| Forecast Week | Scheduled Event | EMC Meeting Date | Press Release Date |
|---|---|---|---|
| | Press Release | | September 14, 2000 |
| September 4, 2000 | Forecast & License Pipeline | September 11, 2000 | |
| September 18, 2000 | Forecast | September 25, 2000 | |
| October 2, 2000 | Forecast & License Pipeline | October 9, 2000 | |
| October 9, 2000 | Forecast | October 16, 2000 | |
| October 30, 2000 | Forecast & License Pipeline | November 6, 2000 | |
| November 6, 2000 | Forecast | November 13, 2000 | |
| November 13, 2000 | Forecast | November 20, 2000 | |
| November 20, 2000 | Forecast | November 27, 2000 | |
| November 27, 2000 | Forecast | December 4, 2000 | |

**Q3FY01**

| Forecast Week | Scheduled Event | EMC Meeting Date | Press Release Date |
|---|---|---|---|
| | Press Release | | December 14, 2000 |
| December 4, 2000 | Forecast & License Pipeline | December 11, 2000 | |
| December 18, 2000 | Forecast | December 22, 2000 | |
| January 8, 2001 | Forecast & License Pipeline | January 15, 2001 | |
| January 15, 2001 | Forecast | January 22, 2001 | |
| January 29, 2001 | Forecast & License Pipeline | February 5, 2001 | |
| February 5, 2001 | Forecast | February 12, 2001 | |
| February 12, 2001 | Forecast | February 19, 2001 | |
| February 19, 2001 | Forecast | February 26, 2001 | |

**Q4FY01**

| Forecast Week | Scheduled Event | EMC Meeting Date | Press Release Date |
|---|---|---|---|
| | Press Release | | March 13, 2001 |
| March 5, 2001 | Forecast & License Pipeline | March 12, 2001 | |
| March 19, 2001 | Forecast | March 26, 2001 | |
| April 2, 2001 | Forecast & License Pipeline | April 9, 2001 | |
| April 16, 2001 | Forecast | April 23, 2001 | |
| April 30, 2001 | Forecast & License Pipeline | May 7, 2001 | |
| May 7, 2001 | Forecast | May 14, 2001 | |
| May 14, 2001 | Forecast | May 21, 2001 | |
| May 21, 2001 | Forecast | May 28, 2001 | |

**Q1FY02**

| Forecast Week | Scheduled Event | EMC Meeting Date | Press Release Date |
|---|---|---|---|
| | Press Release | | June 19, 2001 |
| June 4, 2001 | Forecast & License Pipeline | June 11, 2001 | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 208835



All,

Contrary to what has been communicated to you, management has now decided that there be an official forecast during the week of November 27th.  This will serve as the last forecast for Q2.  The forecast schedule on the web will be changed accordingly.

Attached is a copy of the adjusted schedule. We apologize for this last minute change to the schedule.

Thank You,

Roberta

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 208836



All:

We will be submitting a formal Corporate Forecast for Q201 the week of the 27th. Please send me your Forecast submissions by 5 PDT tomorrow, 11/22.

Also, this is a reminder that the first Q301 Forecast call is scheduled for Tuesday, Dec 5th.  Please remember that your first Q3 Forecast submissions will be due at 5 PDT, Thursday, 11/29.

Thanks,
Jeff

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 208837