**EXHIBIT 202 part 1**

Page 1                                                     **Confidential**

# Expert Report of Edward Yourdon

in the matter of Oracle Corporation Securities Litigation

Master File No. C-01-0988-MJJ

**May 25, 2007**

**Confidential**

## TABLE OF CONTENTS

**I      QUALIFICATIONS AND EXPERIENCE**.................................................................**4**

**II     EXPERT STATEMENT** ...................................................................................**6**

**III    MY ASSIGNMENT IN THIS MATTER** .........................................................**6**

**IV     SUMMARY OF MY OPINIONS** .....................................................................**7**

**V      SOFTWARE DEVELOPMENT**.......................................................................**7**

V.1      GENERAL COMMENTS ABOUT LARGE, COMPLEX COMMERCIAL SOFTWARE PRODUCTS ......8
   V.1.1      *Software is usually extremely complex and sophisticated*.................................................8
   V.1.2      *There is usually a conscious, non-trivial "life cycle" of activities*.................................9
V.2      COMMON ISSUES IN SOFTWARE PROJECTS.....................................................................11
   V.2.1      *Scope creep* .....................................................................................................................11
   V.2.2      *Customization*..................................................................................................................11
   V.2.3      *Configuration* ..................................................................................................................12
   V.2.4      *Installation of updates, revisions, and "bug-fix" patches*............................................13
   V.2.5      *Use of "bleeding edge" technology*.................................................................................14
V.3      THINGS THAT GO WRONG IN SOFTWARE DEVELOPMENT EFFORTS AND OTHER LARGE-SCALE
SOFTWARE PROJECTS....................................................................................................................15
   V.3.1      *Schedule delays* ...............................................................................................................16
   V.3.2      *Time-to-market issues*......................................................................................................16
   V.3.3      *Bugs*..................................................................................................................................17
   V.3.4      *Business process reengineering problems*.......................................................................19
V.4      SWAT TEAMS ...............................................................................................................20

**VI     AN OVERVIEW OF ENTERPRISE RESOURCE PLANNING (ERP) SYSTEMS.............20**

VI.1      THE FUNCTION OF ERP SYSTEMS..................................................................................20
VI.2      HISTORY OF ERP..........................................................................................................22
VI.3      BEST-OF-BREED *vs.* SUITES.........................................................................................24
VI.4      THE SCALE OF ERP SYSTEMS.......................................................................................27
VI.5      HISTORICAL DIFFICULTIES WITH ERP IMPLEMENTATIONS.............................................28
VI.6      THE CONCEPT OF INTEGRATION.....................................................................................34
   VI.6.1      *Definitions of integration*................................................................................................35
   VI.6.2      *Forms of integration* .......................................................................................................36
   VI.6.3      *Data integration* .............................................................................................................37
VI.7      SUMMARY OF ORACLE'S DEVELOPMENT OF ERP, LEADING TO SUITE 11I...................41
   VI.7.1      *Versions prior to Suite 11i*..............................................................................................41
   VI.7.2      *Summary of key components added to Suite 11i*..............................................................42
   VI.7.3      *Approximate starting time of Suite 11i development effort*.............................................42
   VI.7.4      *Release dates of Suite 11i versions* .................................................................................43

**VII    CAPABILITIES OF ORACLE'S SUITE 11I** .................................................**43**

**VIII   INTEGRATION IN SUITE 11I**....................................................................**45**

VIII.1      TECHNICAL REVIEW OF THE DATA INTEGRATION IN ORACLE 11I..................................46
VIII.2      TECHNICAL REVIEW OF THE WORKFLOW INTEGRATION IN SUITE 11I .............................52
VIII.3      OVERALL ASSESSMENT OF INTEGRATION IN SUITE 11I ..................................................53

**IX     THE ALLEGEDLY FALSE STATEMENTS** ...............................................**55**

IX.1      SPECIFIC PRODUCT-RELATED STATEMENTS IDENTIFIED BY PLAINTIFFS .........................55
IX.2      WHAT ORACLE SAID WAS TRUE ...................................................................................57
   IX.2.1      *Plaintiffs' claims are misleading and ignore context* .....................................................57
   IX.2.2      *Oracle's public statements boiled down to two points and these points are true*.............62

**X       THE EVIDENCE DOES NOT SUPPORT PLAINTIFFS' CLAIM THAT ORACLE FAILED TO DISCLOSE MATERIAL FACTS ABOUT SUITE 11I ..................................63**

X.1      NONE OF THE QUALITY RELATED EVIDENCE/CONTENTIONS IDENTIFIED BY PLAINTIFFS IDENTIFIES ANYTHING OUT OF THE ORDINARY FOR A MAJOR ERP RELEASE..........................................63

*X.1.1    Plaintiffs' claim that the integration of Suite 11i's components was allegedly incomplete and/or faulty ..................................................................................................65*

*X.1.2    Plaintiffs' claim that Suite 11i allegedly had an extremely large number of bugs and patches... ...........................................................................................................68*

*X.1.3    Plaintiffs' claim that many customers allegedly suffered severe setbacks and problems with their implementation of Suite 11i...............................................................................73*

*X.1.4    Plaintiffs' claim that the CRM modules of Suite 11i were allegedly significantly flawed and/or incomplete ..................................................................................77*

*X.1.5    Plaintiffs' claim that Oracle misrepresented Suite 11i's capabilities by using staged demonstrations or fake data .................................................................................79*

*X.1.6    Plaintiffs' claim that Oracle had a small number of reference customers...........................80*

*X.1.7    Contrary to Plaintiffs' suggestion, the "facts" relating to "quality problems" identified in Q3 are no different from the facts related to product quality in other quarters, including in Q2 FY 01......... ............................................................................................................83*

**XI      THE EVIDENCE IN THIS CASE DOES NOT SUPPORT PLAINTIFFS' CLAIM REGARDING "LOST DEALS" ..........................................................................................................84**

XI.1     ORACLE DID NOT LOSE THIRD QUARTER DEALS BECAUSE OF PROBLEMS WITH SUITE 11I, MUCH LESS UNKNOWN OR UNEXPECTED PROBLEMS.................................................................84

*XI.1.1   My review of key "Lost Deals".................................................................................85*

*XI.1.2   The deals specifically identified by Plaintiffs ...........................................................87*

XI.2     THERE IS A VARIETY OF EVIDENCE SHOWING THAT DEALS DID NOT CLOSE FOR REASONS UNRELATED TO THE ALLEGED PROBLEMS IDENTIFIED BY PLAINTIFFS ...................................88

**XII     CONCLUSIONS ..........................................................................................................92**

**XIII    APPENDIX A: DOCUMENTS RELIED ON..........................................................95**

**XIV     APPENDIX B: CASES IN WHICH EXPERT TESTIMONY PROVIDED IN THE PAST FOUR YEARS..................................................................................................................144**

**XV      APPENDIX C: PUBLICATIONS AUTHORED, CO-AUTHORED, OR EDITED BY EDWARD YOURDON ..........................................................................................................146**

**Confidential**

## I         QUALIFICATIONS AND EXPERIENCE

1.          I am a software consultant in my own firm, NODRUOY Inc., as well as co-founder and Fellow of a software research/analysis firm known as the Cutter Consortium. I have worked in the software field for more than 40 years and have published 27 computer-related books and more than 550 technical articles. During my career, I have programmed, designed, and tested numerous software applications and systems; have managed numerous projects both as a first-level project leader and as a senior IT executive. I have also have consulted on numerous software development projects for clients, including projects involving the selection, acquisition, and implementation of enterprise business applications and ERP packages.

2.          I received a B.S. in Applied Mathematics from Massachusetts Institute of Technology (MIT) in 1965. I subsequently carried out graduate work in computer science and electrical engineering at MIT and at the Polytechnic Institute of New York.

3.          I have worked in the computer industry since 1964, beginning when Digital Equipment Corporation (DEC) hired me to write the FORTRAN math library for the PDP-5 minicomputer and the assembler for the popular PDP-8 minicomputer. Since that time, I have developed software for more than 25 different mainframe computers and was involved in a number of pioneering computer technologies, such as time-sharing operating systems and virtual memory systems. I was the lead developer of the popular requirements-documentation approach in the 1970s known as "structured analysis/design," as well as a co-developer in the 1990s of the Yourdon/Whitehead method of object-oriented ("OO") analysis/design and the popular Coad/Yourdon OO methodology.

4.          After holding technical and project-management positions with DEC, General Electric, and a small consulting firm, I worked as an independent contractor from 1970 through 1973. In 1974, I founded my own consulting firm, YOURDON Inc., in order to provide educational, publishing, and consulting services in state-of-the-art software engineering technology. During the next 12 years, YOURDON Inc. grew to a staff of more than 150 people, with offices throughout North America and Europe. As CEO of YOURDON Inc., I oversaw an operation that trained more than 250,000 people worldwide in structured programming, structured design, structured analysis, logical data modeling, and project management. The company was sold in 1986 and, after several more mergers and acquisitions, eventually became part of CGI, a French software company that is now part of IBM. The publishing division, YOURDON Press (now part of Prentice Hall), has produced more than 150 technical computer

**Confidential**

books on a wide range of software engineering topics. Many of these books are now used as standard university computer science textbooks.

5.         I have written approximately two dozen computer books since 1967. Among my recent books are: *Outsource: Competing in the Global Productivity Race* (2004), *Death March* (2nd ed., 2003), *Byte Wars* (2002), *Managing High-Intensity Internet Projects* (2000), *Case Studies in Object-Oriented Analysis and Design* (1996), *Mainstream Objects* (1995), and *Object-Oriented Systems Development: An Integrated Approach* (1994). Several of my books have been translated into Japanese, Chinese, Korean, Russian, Spanish, Portuguese, Dutch, French, German, Polish, and other languages. My articles have appeared in virtually all the major computer journals. I have been a keynote speaker at major computer conferences around the world. From 1990 through 1995, I served as the conference Chairman for Digital Consulting's CASE WORLD and SOFTWARE WORLD conferences. I have written approximately 550 technical articles; a partial list of my books and technical articles is provided as Appendix C to my Expert Report.

6.         In addition to serving on the Board of Directors of iGate Corp. since 1996, I have also served on the Technical Advisory Board of Mintaka Technology Group, Inc. and Omni-Vista Corp; in addition, I was a member of the Board of Directors at Requisite Corp. from 1994-1997, prior to its acquisition by Rational Software. I was a member of the U.S. Defense Department's Airlie Council, an advisory group that focused on finding "best practice" guidelines and techniques for large, complex projects. In the early 1990s, I was a member of the expert advisory panel for the $660 million I-CASE acquisition for the U.S. Department of Defense. I am the Editor Emeritus of the *Cutter IT Journal*, a software journal that analyzes software technology trends and practices in the United States and several other countries around the world. In addition, I am a Fellow in the Business/IT Trends Service for the Cutter Consortium, of which I am co-founder.

7.         I have been appointed an Honorary Professor of Information Technology at Universidad CAECE in Buenos Aires and have lectured at MIT, Harvard, UCLA, Stanford, Berkeley, and other universities around the world. I am also a member of the Advisory Council of the New Laboratory for Teaching and Learning, a joint research project of The Dalton School and Columbia University. In June 1997, I was inducted into the Computer Hall of Fame.

8.         I have provided expert testimony in approximately two dozen computer-related cases in both the U.S. and the U.K. Several of these engagements have involved analyzing implementation projects. A list of cases in which I have provided expert testimony in the last four years is provided as Appendix B to my Expert Report.

Page 6                                                                    **Confidential**

## II       EXPERT STATEMENT

9.          Through April 30, 2007, I billed 348 hours and 50 minutes at $495 per
hour for professional services rendered in connection with this case and incurred
expenses of $1995.56, for total fees and expenses of $177,668.06.

## III      MY ASSIGNMENT IN THIS MATTER

10.         My assignment in this matter was to:

* Describe the nature of large, complex commercial software projects,
  including implementation strategies, scale, timing, issues, bugs, and
  problems that occur throughout such projects;

* Describe the function, scale, and history of Enterprise Resource Planning
  ("ERP")[1] software products;

* Describe the concept of *integration*, as it applies to software products in
  general, and enterprise applications in particular;

* Address the claim made by Plaintiffs that Defendants made false
  statements related to its Suite 11i product by examining the content and
  meaning of the allegedly false statements, as well as the available facts
  related to the claims – including materials available from Oracle itself, and
  contemporaneous descriptions, analyses, and evaluations by technical
  analysts in the computer industry;

* Examine whether the evidence in this case supports the conclusion that
  Defendants possessed undisclosed facts demonstrating that Suite 11i
  suffered quality problems that were out of the ordinary for a major release
  of an ERP product; and

* Examine whether the evidence in this case supports the conclusion that
  Oracle lost potential deals that were in its revenue forecasts or sales
  pipeline in Q3 2001 because of customer concerns about product quality
  or other product problems.

11.         To the extent that my opinion and conclusions are dependent on
depositions, Expert Reports, and other evidence that may be produced after the

---

[1] Originally, the term ERP referred to a subset of applications used to address customers' back-office
functions. In recent years, however, the term has evolved and is now often used to refer to the complete
enterprise software package, including both back-office (traditional "ERP") and front-office (Customer
Resource Management, or "CRM") applications.

Page 7                                                                    Confidential

submission of this Report, I naturally reserve the right to supplement or amend my opinions.

## IV    SUMMARY OF MY OPINIONS

12.        As discussed in greater detail in the subsequent Sections of this Report, I have reached several main conclusions:

- Oracle's Suite 11i product was an exemplar of a large, sophisticated, complex ERP system – and, as such, it initially experienced many of the well-known problems common to large, sophisticated products in the software industry.

- Notwithstanding the initial difficulties, the Suite 11i product did work, and was both a technical success and a marketplace success within a reasonable period of time.

- Many of the problems attributed to Suite 11i by customers, industry analysts, computer trade journals, and Plaintiffs were not problems of Oracle's software, nor of Oracle's consulting services; rather, they were caused by a wide variety of ancillary factors that are common to large-scale ERP implementations, many of which are associated with decisions, actions, and mistakes made by customers or third party consultants attempting to implement the product.

- The specific statements regarding the Suite 11i product that Plaintiffs have identified as "false" were, in fact, accurate.

- The evidence in this case does not support the conclusion that Suite 11i suffered from undisclosed bugs or other problems that were out of the ordinary for a major new ERP release.

- The evidence in this case does not support the conclusion that potential deals in Oracle's forecast or pipeline failed to close in Oracle's Q3 2001 because customers became aware of facts that were inconsistent with Oracle's statements about integration or interoperability.

- The evidence in this case does not support the conclusion that deals in Oracle's forecast or sales pipeline failed to close in Oracle's Q3 2001 because of generally unknown or unexpected quality problems with Suite 11i.

## V    SOFTWARE DEVELOPMENT

13.        In this Section of the Report, I will discuss the following aspects of software development:

- General comments about software product development

- Common issues in software development efforts

- Things that go wrong in software development efforts

- SWAT teams

## V.1   General Comments About Large, Complex Commercial Software Products

### V.1.1   Software is usually *extremely* complex and sophisticated

14.         The remarkable success of the computer industry during the past 50 years, and its pervasive impact on society, is a tribute to the success of large, complex software – but that does not mean that the development and implementation of such products were typically easy, or that they proceeded without setbacks and difficulties, or that such projects were completed on time and within budget. Indeed, it does not even mean that all software projects are successful. As a rough rule of thumb, roughly a quarter of all software development efforts are canceled before completion; and the average *completed* software project is roughly a year late and 100% over budget.

15.         Today's commercial software products are at the high end of the scale of complexity. As discussed more fully below, a number of issues arise from that complexity, but to understand these issues it is useful to first have a general understanding of the scale of these products.

16.         One of the common ways to describe the "scale" of a piece of software is to count the number of "source lines of code."[2] While there are ongoing debates about whether such metrics should include comments that have been inserted into the computer program, or even blank lines of code, it is nevertheless a useful metric; however, it can be misleading to assume that a program of 10,000 lines of source code is necessarily larger and more complex than a program consisting of 5,000 lines of source code – for the two programs may have been written in entirely different programming languages, with entirely different levels of sophistication and computing power.

17.         Beginning in 1979, IBM computer scientist Alan Albrecht devised a "size" metric that was independent of the specific programming language used to implement the program; this was known as a "function point" (FP), with the useful rule-of-thumb that one function point is roughly equivalent to 100 lines of source code written in such familiar third-generation programming languages as

---

[2] This metric is sometimes referred to with such terms as "program statements" and "lines of source code," as well as abbreviations such as "LOC" (lines of code), "SLOC" (source lines of code), and "KLOC" (kilo, or thousands, of lines of code).

**Confidential**

FORTRAN and COBOL, and approximately 50 lines of source code in current popular programming languages, such as Java.[3]

18.      Using the function-point metric, computer scientists have developed a number of comparative metrics for software development efforts, based on the following scale:

- 1 FP = trivial program, almost always developed by just one person in a period of hours or days.

- 10 FP = small program, usually developed by one person during a period of days or weeks.

- 100 FP = medium-sized program, often developed by a small team of programmers during a period of weeks.

- 1,000 FP = large program, almost always developed by a group of at least a few programmers, typically over a period of months.

- 10,000 FP = *very* large program, or a "system of programs," developed by a large group (or multiple groups) of programmers, over a period of months or years.

- 100,000 FP = *enormous* program (typically large enough to be thought of as a "system"), developed by hundreds, perhaps even thousands, of programmers, over a period of years.

19.      By way of comparison, large operating system development efforts – such as the recently-released Microsoft Vista product – are typically in the range of 100,000 FP or larger. ERP systems such as Suite 11i are even larger – typically in the 250,000 FP range, meaning that such systems are some of the most complex software ever written. The size of ERP systems is discussed in greater detail Section VI.4, below.

**V.1.2   There is usually a conscious, non-trivial "life cycle" of activities**

20.      The various "life cycle" activities of these products mirror the scale and complexity of the products themselves, and have been the subject of hundreds of textbooks (including a few that I have written). The basic life cycle activities are as follows:

- *Feasibility study* (sometimes known as "investigation," or "planning" or "cost-benefit analysis") – where the fundamental benefits

-------

[3]*See* <http://en.wikipedia.org/wiki/Function_point> for more details on function points. visited April 6, 2007 at 6:05 PM.

and opportunities of the proposed new system are explored, and where the financial consequences of the project are summarized in such forms as a "return on investment" (ROI) or "internal rate of return" (IRR). A very high-level summary of system requirements, together with a very rough estimate of schedule, costs, and resource (people) requirements, are often aggregated into a business plan, approval of which forms the basis for a formal "launch" of the project.

- *Analysis* (sometimes known as "requirements definition," or "the specification phase") – in which the requirements for the system/product are elicited through interviews, observations, surveys, questionnaires, *etc.* The requirements are typically articulated using various modeling or documentation techniques (*e.g.*, flowcharts, data models, dataflow diagrams), and detailed requirements may be described in terms of "business rules."

- *Design* – which often consists of two or three "levels" (*e.g.*, high-level "architectural" design), followed by low-level "procedural design" (in which the logic flows are identified and documented), internal module design, and database design (tables, records, fields).

- *Construction* – (sometimes known as "programming" or "coding") – which can be accomplished manually (*i.e.*, typing each programming instruction at a keyboard), or with the assistance of "generators" and other automated tools.

- *Testing* – which includes *functional* testing (unit testing, subsystem testing, system testing), *usability* testing (to exercise the "look-and-feel" of the system), *stress* testing (to see whether the system can withstand high volumes of transactions, partial equipment failures, environmental disruptions, *etc.*), and various other forms of testing (regression testing, security testing, backup/recovery testing, *etc.*).

- *Deployment* – which includes manufacturing, shipping, production of user manuals, training, installation, customer service, support, *etc.*

- *Maintenance, revisions, and updates* – which includes bug fixes, minor enhancements, and changes to accommodate new versions of (or circumvent problems in existing versions of) other parts of the hardware/software environment. Thus, a "maintenance release" may be necessary if a new version of Microsoft Windows is released, or a new bug is discovered in the Oracle database software product, *etc.*

21.      In some organizations, these life cycle activities are carried out informally, and in an *ad hoc* style, depending on the whims and practices of individual developers; in such cases, there is often little or no documentation of the work being done, or the final result of each such life cycle activity. In other

**Confidential**

organizations, a more formalized process is followed for the various life cycle activities.

## V.2    Common Issues In Software Projects

22.        While small, simple software projects efforts are usually quite successful, large software projects – especially those involving software of 100,000 function points or more – are often plagued by schedule delays, cost overruns, software bugs, and other problems. The most common and troublesome of these problems are discussed in this Section of the Report.

### V.2.1    Scope creep

23.        The concept of scope creep is familiar to most veterans of the software industry: it refers to the phenomenon of a gradual enlargement or modification of the overall scope of work that was originally agreed to at the beginning of the project. If the modifications occur too rapidly, or if the initial scope is expanded by too great an amount, the resulting phenomenon is often referred to as "scope churn."

24.        Even if the end-users do an excellent job of articulating their requirements at the front end of a project, and even if the systems analysts do an excellent job of capturing those proper thoughts, and even if the project scope is thus bounded precisely – even if these things happen, it's almost impossible to avoid at least some degree of scope creep. Especially during a process stretching over months or even years, things change: technology changes, government regulations change, competition changes, customer preferences change, politics change, and the end-users' perception of their needs inevitably change.

### V.2.2    Customization

25.        Small, "shrink-wrap" software products typically do not allow any customization at all; when consumers or business people buy a copy of Microsoft Word, for example, they can *configure* it to tailor its operational characteristics to suit their preferences,[4] but they cannot add, delete, or modify the vendor's source code or object code.

26.        By contrast, large, sophisticated software products *can* be customized, though vendors usually discourage the practice, and may restrict the manner and extent of the customization activity. Notwithstanding the vendor's reluctance to endorse the practice, customers do, for a variety of reasons, often customize the code they receive from the vendor.

---

[4] *See* Section V.2.3, below, for a discussion of configuration.

Confidential

27.     Depending on the details, customization is carried out by the vendor's programmers, or trained consultants and contractors, or by the customer's personnel. Modifications to the actual source code are most often performed by the vendor itself, in part to protect the confidentiality of its intellectual property. Modifications to the "standard" database are sometimes performed by non-vendor consultants and contractors, especially if the Relational Database Management System ("RDMS") package is directly accessible. And customized reports are often developed by customer personnel – though complex reports may need the assistance of consultants and contractors.

28.     While customized reports, and use of program exits and "application program interfaces" ("APIs") are often supported and encouraged, most vendors are quite reluctant to allow their "base" source code to be modified. It is almost always impractical for the vendor to carry out extensive testing of the modified code. Furthermore, vendors typically are unwilling to offer any assurances that the customized code will continue to operate correctly when subsequent patches, revisions, and upgrades to the original software are released.

### V.2.3   Configuration

29.     An additional complication in software is caused by the necessity to "configure" the "generic" software product received from the vendor. "Configuration" is the process of choosing the specific operational parameters for a system out of a series of possibilities that are pre-built into the software. For example, a large percentage of business workers, students, and ordinary citizens now enjoy the use of desktop or laptop computers in their office, their school, and their home; they have become accustomed to the notion of ordering a new computer in a neighborhood store, or over the phone, or via the Internet – with the expectation that when the computer arrives, it can be used without any special adjustments, modifications, or configuration.

30.     But most desktop/laptop computers *can* be configured, in order to accommodate specific choices and preferences on the part of the customer. The same is true of most of the individual programs that customers typically operate on their computer; for example, the Microsoft Word word-processing program used to prepare this Report has 12 separate windows displaying specific preferences, or *configurations*, associated with different aspects of the program. Figure 1, below, shows the configuration settings available for controlling how the word-processor displays the end-user's document, and which types of objects will appears on his or her display screen:

Page 13                                                                    **Confidential**



Figure 1: "View" Configuration Settings for Microsoft Word

31.    One important point to remember is that Microsoft Word (and most other programs available on business- and home-computers) does not *require* any special configuration by the end-user; the software comes "pre-configured" with "default" settings that are acceptable for a large spectrum of average users. The second important point is that even an idiosyncratic end-user who wants to customize *every* feature of his word-processor can do so with little or no expertise, and with only a modest investment of time and energy. The 12 "preference" windows for Microsoft Word, of which the first is shown in Figure 1, above, contain a total of approximately 169 different configuration settings; but a typical computer-literate end-user can review and adjust all 169 in 10-15 minutes. As discussed more fully below, this is not the case for large, commercial software packages.

**V.2.4   Installation of updates, revisions, and "bug-fix" patches**

32.    While software vendors typically introduce major revisions/upgrades to their software products every year or two – and minor revisions/upgrades every few months – they also have a formal process for providing corrections to individual software defects, solutions to viruses and security problems, and

upgrades required by governmental legislation (*e.g.*, the government-mandated dates for Daylight Savings Time enacted in 2007) and regulatory changes. These can occur on a weekly, or even daily, basis; and the vendors notify their customers via email, announcements on their Web sites, and/or communications from sales and support personnel.

33.         The decision to install "bug fixes" typically requires careful analysis, because the updates are often a tedious, potentially error-prone, and time-consuming process (sometimes requiring several hours of computer time); indeed, they run the risk of "breaking" other parts of the system (especially customer-specific customizations) that had been working previously. And if they are not considered urgent (*e.g.*, because they fix problems in components that the customer wasn't using anyway), it may be more appropriate to defer the update until a later time.

### V.2.5   Use of "bleeding edge" technology

34.         "Bleeding edge technology" is also a concept familiar to most software professionals – and, indeed, to professionals in almost any fast-moving, high-technology field.

35.         Successful adoption of bleeding-edge technology requires a somewhat aggressive, risk-taking culture within the business organization into which the technology is being introduced. As explained by Geoffrey Moore in his classic treatment of technology adoption, *Crossing the Chasm*,[5] there are five distinct "segments" of the marketplace *vis-à-vis* technology introduction – and they tend to have very different cultures, and different reasons for adopting technology, as shown in Figure 2, below:

---

[5] Geoffrey Moore, *Crossing the Chasm* (Revised Edition, CollinsBusiness Essentials, 2002).

**Confidential**



**Figure 2: Technology Adoption Cycle**

36.         There is certainly nothing wrong with being an early-majority or late-majority company (nor, for that matter, is there anything "wrong" with being a technology laggard); however, if a company's overall culture is that of a more conservative early-majority or late-majority organization, and it finds itself being thrust into an early-adopter technology, a real "culture clash" can develop. This happens, from time to time, when the early-adopter culture of a company's IT department tries to persuade its more conservative, early/late-majority business managers to begin using a new technology.

## V.3   Things That Go Wrong In Software Development Efforts And Other Large-Scale Software Projects

37.         The difficulties associated with large software projects are well known among software professionals, and also by commercial customers. These difficulties have also been well documented in a variety of publications – *e.g.*, books, academic journals, business magazines, and newspaper articles – aimed at computer professionals, business executives, and members of the general public. In general, it is widely understood that developing or deploying a large software system – whether a new operating system from Microsoft, or a new ERP system from Oracle, or a new airline reservation/ticketing system – is a difficult and problematic process.

38.         Several of the most common and severe difficulties associated with software projects are summarized in the remainder of this Section of the Report.

### V.3.1   Schedule delays

39.          One study, summarized in Table 1, below, shows the probability of finishing a software development effort early, on-time, late, or *never* – as a function of project size, measured in function points (FP)[6]:

|            | Early   | On-Time | Delayed | Canceled | Sum     |
|-----------:|:-------:|:-------:|:-------:|:--------:|:-------:|
| 1 FP       | 14.68%  | 83.16%  | 1.92%   | 0.25%    | 100.00% |
| 10 FP      | 11.08%  | 81.25%  | 5.67%   | 2.00%    | 100.00% |
| 100 FP     | 6.06%   | 74.77%  | 11.83%  | 7.33%    | 100.00% |
| 1,000 FP   | 1.24%   | 60.76%  | 17.67%  | 20.33%   | 100.00% |
| 10,000 FP  | 0.14%   | 28.03%  | 23.83%  | 48.00%   | 100.00% |
| 100,000 FP | 0.00%   | 13.67%  | 21.33%  | 65.00%   | 100.00% |
| *Average*  | *5.53%* | *56.94%* | *13.71%* | *23.82%* | *100.00%* |

**Table 1: Probability of finishing a software project on time, as a function of size**

40.          As discussed in Section VI.4, below, Oracle's Suite 11i is more than twice as large as the largest entry in Table 1 – *i.e.,* approximately 267,000 function points – making it even more likely to be late or cancelled. Thus, the schedule delays that Oracle experienced prior to the May 2000 release of version 11i.1 of Suite 11i are not at all unusual in the context of large-scale commercial software development projects.

### V.3.2   Time-to-market issues

41.          Most segments of the computer software industry are highly competitive, and vendors compete on a number of factors – including price, functionality, interoperability, quality (*i.e.,* absence of software bugs), ease of use, and time to market. While all of these factors are important, "time to market" is often one of the *most* important, simply because vendors try to gain advantage by introducing new versions of their products as rapidly as possible, with new features and functions that allow them to leapfrog the competition.

---

[6] *See* Capers Jones, *Estimating Software Costs: Bringing Realism to Estimating* (Second Edition, McGraw-Hill, 2007), page 54.

**Confidential**

42.	Many of these competitive factors are interrelated, and require the vendors to make qualitative decisions about tradeoffs – *e.g.,* adding more features to a product requires more time, thus delaying the release of a new version; and setting an aggressive schedule for the release of a new version of the product limits the amount of testing that is traditionally carried out at the end of the software development life cycle, thereby increasing the number of software bugs. While the marketplace would ideally prefer a product with a maximum number of new features, available as soon as possible, few – if any – bugs, and at a bargain-basement price, the vendors must inevitably settle on a compromise: enough new functionality, available soon enough to keep up with the competition, with a tolerably low number of bugs, and a price that is within range of the competition.

43.	An inevitable consequence of the time-to-market pressure and the new-feature pressure, combined with the intrinsic complexity of large software products and the inability to test every one of the nearly-infinite configuration permutations is that such products – whether operating systems from Microsoft and Apple, or enterprise application products from SAP and Oracle – are shipped to the marketplace with a combination of known and unknown bugs. Customers for commercial software know this full well, and they too must establish their own compromise between functionality, quality, and time to market[7] – as well as price, ease of use, interoperability, and various other factors.

### V.3.3   Bugs

44.	Throughout this Report, the term "bug" is used to describe a deviation or failure of a computer program to behave or perform *in the manner described by its functional specification.* Thus, a bug is *not* a failure of a computer program to behave in a manner that one or more users wish that it could, or would, or should perform – particularly if those users have not incorporated their "coulda/woulda/shoulda" wishes into the functional specification document that serves as the "contract" by which the programmers design and develop the appropriate software logic.

45.	A recent study based on several thousand completed software projects, reported on the *average* "density" of different categories of software bugs, as shown in Table 1, below[8]:

---

[7] Oracle received pressure from many customers to release Suite 11i quickly. *See* Deposition of Larry Ellison (September 21, 2006) at 342:19-343:6; *see also* April 20, 2000 email from Sandra Adams (Visa International) to Ron Wohl re Release 11i availability (urging Oracle to release Suite 11i "as soon as possible.") (NDCA-ORCL 056008-10) at 056008.

[8] *See* Capers Jones, *Estimating Software Costs: Bringing Realism to Estimating* (Second Edition, McGraw-Hill, 2007), page 290. Note that "bad fixes" are bugs that are introduced into the software as an unintended consequence of fixing other bugs.

Page 18                                                      Confidential

| Defect origin | Defect potential (bugs/FP) | Removal efficiency | Delivered defects (bugs/FP) |
|---|---|---|---|
| Requirements | 1.00 | 77% | 0.23 |
| Design | 1.25 | 85% | 0.19 |
| Coding | 1.75 | 95% | 0.09 |
| Documentation | 0.60 | 80% | 0.12 |
| Bad fixes | 0.40 | 70% | 0.12 |
| TOTAL | 5.00 | 85% | 0.75 |

**Table 1: Common Categories of Software Bugs, expressed in bugs/function point**

46.       Diagnosing software problems in a large, complex system is complicated because a problem whose initial appearance seems to be related to the vendor's software may actually be caused by operator problems, end-user problems, hardware problems, third-party software problems, setup problems, data corruption problems,[9] or other factors – or by a combination of such factors.

47.       Obviously, bugs can be annoying and undesirable, but the unavoidable reality in the software industry for the past 50 years – as documented in countless scientific, technical, and layperson publications – is that *all software of a non-trivial nature has bugs.* While software bugs are inevitable, some bugs have greater impact on the functionality of the software than others. In most commercial software product development efforts, bugs are categorized (or prioritized) into three, four, or as many as ten different levels of severity. The highest-priority bugs are typically known as "show-stoppers," since they render the entire system unusable until they are repaired by the software engineers. The next highest priority typically represents bugs that prevent the end-users from successfully using some portion of the system's functionality, but do not render the entire system unusable (*e.g.*, they may not be able to delete existing sales orders). One or more medium-level priorities may be reserved for bugs that are

---

[9] This usually involves "legacy" data – *e.g.*, files of existing invoices, customer lists, accounting transactions – that have been converted into the database format required for the new system. The conversion process is not a vendor responsibility, and traditionally carried out by the customer, or the implementation partner, or some other third-party vendor. Two problems are frequently (indeed, almost universally) encountered in this effort: first, and most common, the legacy data itself may be incomplete, contradictory, redundant, or garbled; second, the conversion from an old computer database format to the new system format is typically accomplished with a computer program written by the customer or its vendors – and that program may have errors. All of this takes place *outside* the vendor's software environment, and the converted data is imported into the vendor's database files and tables in a "mass" upload. When the new software subsequently begins running, it often encounters incomplete, inconsistent, redundant, or missing data.

**Confidential**

annoying and/or inconvenient but for which the end-user can typically find an alternative (or "work-around") in order to accomplish the desired functionality. Typically, one or more of the lowest-level priorities are reserved for "cosmetic" bugs that do not really affect the functionality of the system, but which may involve the appearance (or "look-and-feel") of the system.

48.        While safety-critical systems (*e.g.*, air-traffic control systems, nuclear-reactor systems, missile-guidance systems) often strive for bug rates of 1 bug per 100,000 lines of code (or even 1 bug per million lines of code), my experience has been that *a level of 1-2 bugs per 1,000 lines of code, after testing and delivery to the customer, is normal and reasonable for most commercial software products, including ERP products.*[10]

### V.3.4   Business process reengineering problems

49.        New computer systems – especially large, sophisticated systems – almost always require their end-users to change their business processes, workflows, and procedures. In some (hopefully most) cases, this is conscious and deliberate; but in others (especially ERP), it might not have been properly anticipated or expected. Even if it is based on a conscious decision by senior management within the customer organization, such business-process changes may be an unexpected and unpleasant surprise for the lower-echelon personnel who actually have to interact with the system on a day-to-day basis.

50.        In the best case, this reaction to modified business processes causes a brief period of frustration and complaints from the end-users. But, particularly if the problem is exacerbated by inadequate training, inadequate "backfill"[11] during the development of the system, and concerns about lost jobs, it can lead to morale problems, increased employee turnover, and decreased productivity during the early period of operational use. While all of these negative consequences are unfortunate, they are typically *not* the fault of the new system itself; nevertheless, the new system can easily become a scapegoat, and receive the blame for a collection of human, managerial, and political problems.

---

[10] *See* Capers Jones, *Estimating Software Costs: Bringing Realism to Estimating* (Second Edition, McGraw-Hill, 2007), page 290. The figures in Table 1, above, show an average of 0.75 defects per function point and as discussed in paragraph 17, above, one function point is approximately equal to 100 program statements in a typical third-generation programming language, which means that average software projects have approximately 75 "delivered" software bugs per thousand lines of source code. However, "industry averages" generally cover the entire spectrum of "in-house" software, as well as commercial software products. More specific figures about the number of bugs expected during initial release of ERP products is provided in paragraph 87 below.

[11] "Backfill" is a term used within the software industry to describe the transfer or hiring of temporary personnel to replace the key business users who need to participate with the vendor and/or systems integrators, on a full-time basis, in the requirements-definition and acceptance-testing activities associated with implementing a large, complex system.

**Confidential**

### V.4  SWAT Teams

51.        Because of all the problems described above, software projects, including customer software implementations, that had been initially perceived as straightforward, or at least well-planned, often fall seriously behind schedule and over budget during the development and implementation process. Sometimes these problems persist until the very end, leading to a development effort whose *final* budget and schedule is substantially over/behind what had been planned; and in other cases, the extent of the problem may seem so serious that the project is canceled before completion.

52.        In order to respond to such problematic situations, software vendors sometimes use a brute-force strategy of their own when confronted with a problematic, over-budget, behind-schedule software project: a "SWAT team." The term is borrowed from police organizations, which have teams of highly-trained officers, equipped with special weapons (*i.e.*, Special Weapons And Tactics), for dealing with hostage situations and other dangerous criminals.

53.        In the case of software vendors, the SWAT teams are usually composed of the organization's most senior hardware and software technicians, sometimes including members of the actual programming team that created the system being installed at the customer location. The SWAT team is typically deployed to the customer's location for an intense period of trouble-shooting and debugging, and either augments or supervises (or sometimes replaces) the combination of vendor personnel and customer personnel who had carried out the initial development and implementation efforts.

54.        Since large ERP vendors expect to sell their products to thousands of large customers around the world, and since several of those sales involve high-profile customers and millions of dollars in revenue, vendors commonly schedule weekly "escalation meetings" to review implementation projects encountering difficulties. And they commonly organize and prepare SWAT teams that can be sent to such implementation projects on short notice, in order to provide specialized assistance to the customer and/or the systems integrators who may be grappling with difficulties associated with the early versions of its software product.

## VI        AN OVERVIEW OF ENTERPRISE RESOURCE PLANNING (ERP) SYSTEMS

55.        Since the product-related issues in this case largely revolve around a specific version of Oracle's "ERP" products, this Section provides an overview of the function, history, and integration issues associated with such products.

### VI.1  The Function Of ERP Systems

56.        The term "Enterprise Resource Planning," or "ERP," became popular in the mid- to late-1990s; it describes a computer system that automates a range of

**Confidential**

common "back-office" business functions within mid-range and large private-sector companies, as well as government agencies and non-profit organizations.

57.        A basic premise of ERP systems is that they combine, or *integrate*,[12] more than one system. Thus, a payroll system, by itself, is generally *not* considered to be an example of ERP; nor is a stand-alone inventory control system. A software system (or commercial product, sold by a software vendor) that combines accounts receivable, accounts payable, and general ledger *might* be considered an ERP system, in the narrow sense of the word; but, by the late 1990s, such a combination would more likely have been called a "finance system," and considered just one component of the broader notion of ERP.

58.        Thus, while "ERP" was sometimes discussed and implemented in a narrow context (*e.g.,* as a combination of two or three financial functions) in the early days of the mid-1990s, most organizations (and vendors) gradually began thinking of ERP as a comprehensive mechanism to combine, and integrate, *all* of the basic functions of the organization – including such functions as finance, human resource management (including payroll), warehouse management, manufacturing, and supply chain. These were typically referred to as "back end" systems. By the late 1990s, with the proliferation of the Internet and World Wide Web, many organizations began including "front-office" systems such as Customer Relationship Management (CRM) in their "vision" of a full-scale ERP system, though as discussed more fully below, Oracle was the first vendor to offer both "front- and back-office" in a single Suite of enterprise software.

59.        It's important to recognize that most, if not all, of the business functions contained within a large-scale ERP software product *had already been automated* within most large organizations, in the form of individual, stand-alone computer systems. As discussed in Section VI.2, below, these "legacy" systems were often "home-grown" systems developed by the organization's IT staff; in other cases, they were stand-alone systems purchased from a vendor that specialized in a particular area of business functionality – *e.g.,* payroll.

60.        One of the fundamental problems of such stand-alone systems is that each tended to have its own independent database; thus, it was often difficult, if not entirely impracticable, to avoid serious operational problems of inconsistent and redundant data. Even today, many consumers are surprised and frustrated when they receive multiple mailings from their local bank or city/state/federal government authorities, some with incorrect versions of the consumer's current address, and others sent to (and forwarded from) obsolete addresses that have been out of date for years. This is one example of the problems that can arise when a single institution (*e.g.,* one's local bank) has inconsistent or redundant data stored in different systems.

---

[12] The meaning, forms, and consequences of "integration" are discussed in greater detail in Section VI.6 of this Report.

**Confidential**

61.         Thus, one of the greatest potential benefits and attractions of ERP systems is the objective that all relevant data – *e.g.,* customer data, employee data, product-related data, manufacturing data, inventory data – will ideally exist in only one place, so that problems of data redundancy, data integrity, and data inconsistency can be minimized. This promise is usually referred to as "integration," or "data integration"; exactly how the promise is carried out by ERP vendors – is discussed in greater detail in Section VI.6.3, below.[13]

62.         In addition to providing the benefit of consistent, up-to-date, non-redundant data, ERP systems also offer the benefit of substantially reduced maintenance costs. These savings are achieved, of course, precisely because of the elimination of data-related problems; but an ERP system might also replace aging in-house business applications (which may not have been properly documented when they were developed, as long as 20-30 years ago, and which often prove difficult to update and revise when new hardware, operating systems, programming languages, and database management systems are introduced) with vendor-supplied software, whose ongoing maintenance and upgrade costs can be amortized over many customers.

## VI.2  History Of ERP

63.         Prior to the emergence of ERP systems in the mid-1990s, many large organizations developed customized, in-house computer systems with their own IT resources. This practice dates back to the 1960s, or even earlier, within organizations large enough to have afforded the high cost of mainframe computers and large internal programming staffs.

64.         By contrast, mid-size organizations (*e.g.,* private-sector companies with annual revenues of $100 million or less) and small organizations typically could not afford the multi-million dollar price tag of mainframe computers, and thus had no automated support for many common business functions – until the arrival of minicomputers in the 1970s, and personal computers in the 1980s. But even with affordable hardware, these mid-size and small organizations typically had to hire

---

[13] Most of the ERP products that were described by manufacturers as "integrated" in the late 1990s and the first few years of the new century only achieved this objective (*i.e.,* data integration) in a limited way; a closer examination of the technical architecture of such products often revealed that there was a single data model for a limited scope of components or modules, but not between different "families" of applications within the overall suite. In some cases, the "logical" data model specified a single definition for such business data elements as customers and employees, but the actual implementation duplicated, or "de-normalized," certain data elements or indexes, for performance reasons. All of this caused a certain degree of complication – but it still represented an improvement over the earlier, non-integrated, "best-of-breed" architecture.

**Confidential**

their own programming staff to develop the application software to automate their important business functions.[14]

65.      Because of their limited resources, as well as a lack of appreciation for the eventual problems of data consistency and integrity, even the larger organizations typically automated their business functions in a one-at-a-time, "silo" fashion – *e.g.*, the Human Resource Department (or the "payroll department," as it was often called 30 years ago) would commission the in-house development of a payroll system, while the Accounting Department would commission the separate in-house development of an accounts-receivable, accounts-payable, and general-ledger system. Meanwhile, the engineers in charge of manufacturing and production (who, among other things, favored different programming languages and different computer hardware than their colleagues in Payroll and Accounting) developed their own stand-alone systems.

66.      While such piecemeal development efforts are understandable, and may have been the only practicable approach available at the time, the result was the "silo" phenomenon mentioned above, with multiple overlapping, inconsistent databases. Indeed, even if an organization avoided the cost of in-house development by purchasing commercial software packages, the same database problem invariably occurred.

67.      The purchase of external software packages began to proliferate in the 1970s and 1980s, because even large companies found it increasingly difficult to cost-justify the investment in homegrown development of sophisticated payroll, accounting, and manufacturing system. At the same time, independent software vendors began to discover that there *was* a market for such products.

68.      Even the largest companies often found it hard to justify the investment in certain large-scale applications; and, at the same time, various software vendors found that they had a market for specific functions like payroll. In addition to payroll and finance packages, vendors began to offer integrated collections of business functions associated with production planning, manufacturing, ordering of parts and raw material, and inventory control. Early versions of the latter category of systems were known as "Material Requirements Planning" (MRP) systems, and later versions were known as MRP-II systems.

69.      MRP systems gradually evolved to handle additional business functions, such as logistics, distribution and supply-chain management, shipping, and invoicing, as well as sales, marketing, and quality management; and they began to be combined with the more traditional finance/accounting and human-

---

[14] There were occasional exceptions to this practice, the most common of which was the use of "service bureaus," which would operate certain computerized business functions on their own computers. Automatic Data Processing (ADP) was one of the early providers of such an outsourced service, in the area of payroll processing.

**Confidential**

resource/payroll functions mentioned above. It is this broader collection of integrated functions that has come to be known as ERP.

## VI.3  Best-Of-Breed *vs.* Suites

70.           The preceding discussion might imply that ERP vendors have always – since the early days of such products – provided a single, unified, set of functions that were all developed *concurrently*, to ensure tight integration, and consistency of data and functionality. In reality, this was not the case: some of the early vendors provided a larger set of business functions than others, but none provided the full range of dozens of business functions available today from major vendors – functions which usually include the following:

- Advanced Collections
- Assets
- Balanced Scorecard
- Cash Management
- Daily Business Intelligence for Financials
- Enterprise Planning and Budgeting
- Financial Consolidation Hub
- Financials Centralized Solution Set ( FINS)
- General Ledger
- Internal Controls Manager Internet Expenses
- Payments
- iReceivables
- Lease Management
- Loans
- Payables
- Property Manager
- Receivables
- Treasury

71.           And when the early versions of multi-function ERP products did begin to appear in the marketplace, they sometimes consisted of relatively simplistic or limited implementations of the key business functions. Thus, many organizations adopted a strategy of building their own "ERP systems" by selecting "best-of-breed" components – *e.g.,* the best payroll system, and the best inventory control system, together with what they regarded as the best general ledger and

**Confidential**

accounting system – and "gluing" them together to achieve at least a modicum of integrated functionality. As discussed in Section VI.6, below, the *actual* integration of these "glued-together" functions – an activity widely known throughout the software industry and the ERP marketplace as "systems integration" – was often incomplete and problematic.

72.        Not only was the integration of these "glued-together" applications often incomplete, but the process of integrating them frequently required a company implementing major applications software to hire expensive outside consultants. These "systems integrators," from consulting shops such as IBM or Andersen Consulting, would spend months stitching together various applications, an effort that usually cost significantly more than the implementing company had paid for the software itself.[15] These huge consulting fees caused an increase in demand for an alternative to the best-of-breed approach.

73.        Toward the end of the 1990s, vendors such as Oracle, SAP, and PeopleSoft began to provide an alternative solution: a *suite* of sophisticated, full-function ERP components, which had already been integrated by the vendor. In some cases, the vendor achieved this goal by acquiring smaller, single-function software vendors and accomplishing the integration work themselves – sometimes by completely rewriting the software products previously owned by those acquired companies. And in a few cases, the vendor accomplished the goal by developing *all* of the functions within their own development group.

74.        It should be noted that the term "suite" has never been formally defined in the software industry, and is used in a somewhat informal fashion; it is normally understood to be "a collection of related programs that work together." As Wikipedia describes it, using the familiar example of Microsoft Office[16]:

> It was initially a marketing term for a bundled set of applications that were previously marketed and sold separately. The main selling point was that buying the bundle was substantially cheaper than buying each of the individual applications on their own.

75.        The notion of a suite has gradually changed throughout the past 10-20 years, because vendors' "suite" products have typically incorporated more and more programs, and provided tighter integration between the component products comprising the suite. For example, Microsoft initially sold its Word processing program, spreadsheet program, and presentation programs as separate products, and has since combined the three products into a suite known as "Microsoft

---

[15] *See, e.g.*, R. Tholomeier, *Reiterating Strong Buy Rating; Raising Estimate*, First Security Van Casper Analyst Report, October 19, 2000 (NDCA-ORCL 420077-80) at 420078. ("[I]ntegration of separate applications can cost as much as ten times the actual price of the software packages being integrated.")

[16] *See* <http://en.wikipedia.org/wiki/Microsoft_Office>, visited May 12, 2007 at 8:55 PM.

Office" for the Macintosh (in 1989) and Windows (in 1990). As Wikipedia points out[17]:

> ... Additionally, a "Pro" version of Office included Microsoft Access and Schedule Plus. Over the years the Office applications have grown substantially closer together from a technical standpoint, sharing features such as a common spell checker, OLE data integration, and the Microsoft Visual Basic for Applications scripting language.

76.        These newer suites were commonly referred to as "integrated," or even "pre-integrated," because regardless of whether the vendor had developed all of the components internally with its own staff, or whether it acquired the components by purchasing smaller software firms, the customer could depend on the fact that the vendor had performed the necessary systems integration work *before* offering the product for sale – rather than the scenario in which the customer purchased (or licensed) ERP components from several vendors, and hired consultants or software firms to accomplish the systems integration *after* the purchase. Though the degree and sophistication of this "pre-integration" varied from one vendor to the next, just as the degree and sophistication varied when "post-integration" was performed on best-of-breed components, these newer suites were all commonly marketed as "integrated" by their vendors[18] and commonly considered "integrated" by the marketplace.[19]

---

[17] *Ibid.* Recent versions of Microsoft Office also typically include Outlook (on Windows) and Entourage (on the Macintosh).

[18] *See, e.g., PeopleSoft Bolsters Internet-Based, Analytic Product Line by Acquiring Advance Planning Solutions,* PeopleSoft Press Release, May 3, 2000 ("'PeopleSoft's *integrated suite of eBusiness applications* offers our customers immediate access to rich, mission-critical data that every business needs to not only survive but also to grow and prosper,' said Craig Conway, president and CEO at PeopleSoft.") (emphasis added); *J.D. Edwards Names Michael Schmitt to Lead New B2B Business Unit; Visionary to Drive J.D. Edwards Development, Sales and Trading Community Integration Efforts to Power J.D. Edwards as the Leader in the New Economy,* J.D. Edwards Press Release, March 14, 2000 ("The Company's integrated applications deliver agile E-Business solutions that give customers control over their front office, manufacturing, supply chain, logistics/distribution, human resources and finance processes for the consumer products, industrial and services industries."); *Angoss Announces Availability Of Knowledgestudio For Siebel,* Siebel Press Release, January 17, 2000 ("Siebel Systems provides an integrated suite of sales, marketing and customer service applications for sales, marketing, customer service, call center, and Internet based e-business environments."); *SAP Announces New Global Contract With Phillips Petroleum Company; Phillips Expanding Commitment to SAP and Deployment Across All Operations,* SAP Press Release, April 14, 1998 ("SAP America, Inc. today announced that Phillips Petroleum Company, one of the world's leading integrated petroleum companies, will fully deploy SAP R/3, the *integrated suite* of client/server business applications, across its global operations.") (emphasis added).

[19] *See, e.g.,* C. Phillips, *Softnotes,* Morgan Stanley Analyst Report, November 20, 2000 (NDCA-ORCL 013115-22) at 013117 ("[JD Edwards'] integration links are critical to presenting customers with the benefits of a suite, which of course is the current selling message from PeopleSoft (PSFT, Outperform, $40), Oracle, and SAP (SAP, Outperform, $41). JDEC's suite wasn't built from the inside out and not

**Confidential**

77.        As discussed more fully below, Oracle's Suite 11i was not only integrated
and interoperable by this marketplace standard, but was actually integrated in a
more fundamental sense – through genuine *data integration* – than the previous
"integrated" suites in the market. Though Oracle's ERP product did achieve this
more fundamental form of integration within the Suite, it is important to
understand that the relevant marketplace operated on a much less formal,
rigorous, and precise understanding and definition of "integration" – an informal
understanding that simply emphasized the opportunity to avoid the expensive,
time-consuming, and risky *post-purchase* systems integration that had been
required by the selection of multiple best-of-breed components.

### VI.4  The Scale Of ERP Systems

78.        As software metrics expert Capers Jones has reported in a recent textbook,
a full ERP package, with the comprehensive range of features and functions
associated with Oracle's Suite 11i, consists of approximately 250,000 FP. Jones
states[20]:

> The most important point to understand about ERP
> deployment is that modern ERP tools are
> enormous. Because they attempt to support almost
> every aspect of a modern business, they average
> around 250,000 function points in size. This is
> equivalent to about 12,500,000 Java statements.
> (Note that ERP tools are not written in Java,
> but that language is so widespread that it is
> convenient for expressing size information.)

79.        Jones further states that "the major business components of ERP
applications and their approximate sizes include"[21]:

| | |
|---|---|
| Manufacturing | 50,000 function points |
| Bill of Materials | |
| Capacity planning | |

---

positioned as such but all applications companies are being forced to have an answer for customers'
integration pain."); G. Arcuri, *Oracle Corp. Customer Relationship Management Applications*, Gartner
Group Analyst Report, July 2000 (NDCA-ORCL 117404-16) at 117413-14 (discussing the various stages
of Oracle's competitors to add front- and back-office offerings to their current, integrated product suites);
D. Orenstein, *Dogged by History*, Upside Today, April 11, 2000 (NDCA-ORCL 014914-17) at 014918-19
("Baan revised its integration approach at the end of last year. ... The company sped up the effort by using
XML to markup the data exchanged among the applications. An integrated package of ERP, CRM, and
supply-chain applications shipped in January, ..."); N. Herman, *Oracle Corp: Trip to Paris for the Oracle
International User Conference*, Lehmann Brothers Analyst Report, February 14, 2001 (NDCA-ORCL
091477-79) at 091478 ("While SAP also pushes the notion of an integrated suite, the contacts with whom
we spoke believe that the German giant trails Oracle significantly from this perspective. Particularly
regarding CRM, according to our sources, SAP looks rather weak from both an overall functionality
standpoint as well as from an integration viewpoint.").

[20] Capers Jones, *Estimating Software Costs: Bringing Realism to Estimating* (Second Edition, McGraw-
Hill, 2007), page 148.

[21] *Ibid*, page 149.

**Confidential**

```
          Workflow management
          Quality control
          Cost management

          Supply Chain           25,000 function points
          Inventory
          Order entry
          Purchasing
          Supply chain planning

          Finance                50,000 function points
          General ledger
          Cash flow
          Accounts payable
          Accounts receivable

          Projects               20,000 function points
          Cost accounting
          Billing
          Time and expense management

          Human Resources        30,000 function points
          Payroll
          Benefits
          Time and attendance
          Health care plans

          Customer Relationships 25,000 function points
          Marketing
          Sales
          Call centers
          Warranties

          Data warehouses        50,000 function points
          All relevant corporate data

          Full ERP Package      250,000 function points
```

80.      At this size, ERP packages are among the largest and most complex pieces of software that exist.

### VI.5 Historical Difficulties With ERP Implementations

81.      While the majority of ERP implementations are successful, and generate no publicity in the media or confrontations with the vendor, they are rarely "simple" and trouble-free. Indeed, simply because of their size, many ERP implementations experience even more severe forms of the problems of large software projects discussed in Section V.2, above – *e.g.*, unrealistic deadlines, scope creep, failure to identify the end-users' key requirements. The situation is often exacerbated by the pervasive impact on all parts of the business, the need to change many existing business processes, and the frustrations and occasional resistance of end-users who were comfortable with their existing processes.

82.      Indeed, even without these difficulties, ERP systems present significant technical hurdles for the customer and implementation team. For example, a large, comprehensive ERP system typically has *thousands* of parameter settings and it is virtually impossible for a business organization to operate such a system with the

**Confidential**

"default" settings provided by the vendor. For example, the General Ledger component of an ERP financial system requires the customer organization to provide the details of its "chart of accounts"; it cannot be realistically used with the "dummy" chart of accounts that may have been created by the ERP vendor.

83.     The process of configuring a large, sophisticated ERP product is thus a time-consuming affair, which often requires several months of diligent work by a team of vendor representatives and knowledgeable representatives from the customer organization.[22]

84.     Configuration of large ERP packages is not only a time-consuming, labor-intensive process – it is also error-prone. Even with hard work, good training, and a dedicated focus, people make mistakes.   It often turns out that many configuration errors are committed by personnel from the customer organization – because they weren't trained, or were attempting to perform the configuration work while simultaneously carrying on their regular day-to-day job, or because they misunderstood the business or technical consequences of a particular configuration setting – or by third party consultants hired to help with the implementation process.

85.     In some cases, configuration errors are immediately and dramatically visible – in which case, they are usually fixed quickly. In other cases, the resulting problems are subtle, obscure, and go unrecognized, as such, until the implementation testing has been completed, and the customer organization has decided to "go live" with a production version of the system. When the problems do begin to surface, they may not be readily identified as configuration errors, and the customer organization may blame the vendor for supplying faulty software; and while software bugs *do* exist in the vendor's software (see Section V.3.3 for a discussion of software bugs), many of these "alleged" bugs are eventually traced to mistakes made weeks or months earlier, during the configuration process.

86.     ERP vendors also face a difficult task before they can even release their products, so that customers can begin the installation process: they must test their product to ensure that if the configuration parameters have been set correctly, the product will perform correctly. But if there are several thousand separate configuration settings, the number of unique combinations and permutations of such settings is enormous: if there are N separate settings, there are roughly N! (*i.e.*, N factorial) unique combinations and permutations.[23] Thus, exhaustive

---

[22] Of course, there are occasional exceptions: a large customer organization, with a sophisticated IT department, may have installed the same ERP product in another of its divisions or subsidiaries; or it may have hired consultants and programmers who previously worked for the ERP vendor, or for a systems integrator experienced in the implementation of that specific product.

[23] According to the factorial calculator at <http://math.about.com/library/blcalcfactorial.htm>, 100! = $9.3 * e^{15}$, and 1000! = "infinity."

Confidential

testing of all possible configuration settings is effectively impossible; and the situation is further exacerbated by the enormous combination of hardware devices, operating systems, and other external products with which the system must interface, each of which can affect the software's ability to function as intended.

87.           In addition to the configuration difficulties, ERP packages are known to have bugs. As one study recently noted[24]:

> ... ERP packages, like all other large software applications, contain defects or bugs. Typically, ERP packages start with defect potentials of about 6.0 per function point due to their large sizes. Defect-removal efficiency before their initial release is about 90 percent. Thus, for an ERP package of 250,000 function points the total defect volume would be 1,500,000 defects. At first deployment, as many as 150,000 defects would still be present. About 1000 would be high-severity defects, 20,000 would be medium-severity defects, and 129,000 would be low-severity defects.

88.           This study goes on to state[25]:

> Unfortunately, the bad-fix injection rate on such large and complex applications is about 7 percent, so secondary defects with ERP packages are an issue for several years.
>
> However, after deployment latent defects will be found, reported by customers, and fixed at a rate of perhaps 40 percent per calendar year overall. The more critical high-severity defects will be found at a rate of about 70 percent during the initial year of deployment, and then about 60 percent per year after that. Thus, after several years of deployment and usage, the ERP packages achieve reasonable levels of stability.

89.           Finally, it states[26]:

> Although this volume of defects may seem high, it is roughly in the same range as all other large software systems such as the operating systems that control our computers, the office suites that we use for word processing and spreadsheets, and many others. Overall, the

---

[24] *See* Capers Jones, *Estimating Software Costs: Bringing Realism to Estimating* (Second Edition, McGraw-Hill, 2007), page 151.

[25] *Ibid*, page 151.

[26] *Ibid*, page 152.

**Confidential**

> volume of defects in ERP packages is somewhat
> lower than the numbers of defects in custom-
> built applications that provide the same
> features.

90.    The evidence in this case indicates that 11i may well have been larger than the 250,000 FP benchmark discussed by Capers Jones' study. Suite 11i covers a similar footprint identified by Jones, but in fact may have had substantial additional functionality to the system referenced by Jones.[27]  In addition, the record indicates that Suite 11i was the product of 4,200 employees over 6,000,000 person hours of development time.[28] Though productivity rates vary with project size and capabilities of a development team, studies indicate that 6,000,000 person hours of development time equates to 267,237 FPs, over five percent more than Jones' example.[29]

91.    The evidence I have reviewed in this case indicates that Suite 11i was unquestionably large and complex.[30] Indeed, code required to install the database and technology underlying the applications included approximately 200,000 files. The programming code necessary to run the applications was stored in approximately 400,000 files and involved approximately 600,000 SQL statements specifically addressed at inputting and extracting data to and from the database.[31]

---

[27] *See* May 23, 2000 Email from Peter Heller to Carol Sato Re: "11i - What Shipped on May 19 - the answers!" (NDCA-ORCL 307974-78) (listing more than twice as many modules as Jones' hypothetical ERP package).

[28] Declaration of Alan Fletcher (February 28, 2005) at paragraph 6.

[29] This is based on an average productivity of 6.67 function points (FPs) per person-month, as documented by Capers Jones, in *Applied Software Measurement* (McGraw-Hill 1996) at Table 15-3: Example of Activity-Based Costs for Software Development. Standard software-industry productivity studies assume an average of 152 work-hours per person-month, based on 19 working days per month (including vacations, holidays, sick days, *etc.*), and 8 working hours per day (*see*, for example, Barry Boehm, *Software Engineering Economics*, Prentice Hall, 1981). This means that 6,000,000 person-hours is equivalent to 39,473.68 person-months; multiplying that by 6.77 yields 267,237 function points.

[30] Deposition of Alan Fletcher (April 6, 2005), at 121:8-18; *see also* Deposition of Ron Wohl (March 23, 2006), at 105:4-106:3. One analyst described Suite 11i as "one of the largest single application release[s] ever."; Erin Kinikin, *Oracle Delays (Pieces of) CRM Release – Early Buyers Beware*, GIGA Information Group Analyst Report, March 27, 2000 (NDCA-ORCL 019758-59) at 019758 ("Oracle 11i is one of the largest single application releases ever (2.5 years, four product acquisitions, close to 1,000 developers on two continents), exacerbating the usual major release glitches.") Another analyst noted that "Oracle basically introduced an application that covers the functionality of at least five (ERP, CRM, SCM, HRMS, Service) enterprise class applications." *See* Sharon Ward, *Oracle's E-Business Suite 11i*, Hurwitz Group Analyst Report, April 11, 2001 (NDCA-ORCL 110505-11) at 110506; *see also* Sharon Ward, *Oracle's E-Business Suite 11i*, Hurwitz Group Analyst Report, April 11, 2001 ((NDCA-ORCL 110505-11) at 110506 (describing the size of the software as "staggering").

[31] Declaration of Alan Fletcher (February 28, 2006) at paragraph 7.

The data in the database was organized into approximately 20,000 different tables.[32]

92.         Because of the size and complexity of the software, however, a typical ERP customer would be "exposed" to only a subset of the bugs actually contained in the system, depending on which subset of modules (or components) have been licensed from the vendor, and depending on the manner in which the customer uses the software (*i.e.*, the nature of transactions it carried out in its day-to-day business activities). In addition, whether a particular bug is problematic for a particular customer depends on that customer's hardware, software, database engine, and middleware configurations. This is not an abstract, academic point; indeed, it is particularly relevant with regard to Oracle's ERP products in general, and Suite 11i in particular.

93.         Thus, a single customer's problems with a particular component or module of a large software system don't necessarily mean that *all* customers will experience the same problems. As discussed above, a detailed analysis often determines that the customer's problems were the results of decisions made during implementation, often by a third party consultant or even the customer (*e.g.*, configuration problems, corrupted legacy data), rather than bugs in the vendor's software. Even if the problems *are* caused by a vendor software bug, the circumstances that "exposed" that bug – *i.e.*, the unique combination of hardware, third-party software, and operational data – may not occur in any other customer environment.[33]

94.         Because ERP vendors and commercial customers are well aware of the existence of bugs in large, complex systems – especially if that software has been modified to meet the idiosyncratic needs of the customer – they normally establish a process for the *reporting* of potential bugs (by the customer), the *acknowledgment* of those bugs (by the vendor), the *correction* of the bugs (by the vendor), the *testing* of the correction (by both the vendor and the customer), and the *installation* of the correction in the customer's system (by either the vendor or the customer).[34]

---

[32] *Ibid.*

[33] This also explains why the vendors of large, sophisticated software products – whether IBM, Microsoft, Oracle, or any other vendor – are unable to identify and eliminate all software bugs before they release a product. The nearly infinite number of combinations and permutations of hardware (CPUs, memory, disks, printers, telecommunication networks, *etc.*), third-party software, and customer data, make it impossible to conduct "exhaustive" testing. Indeed, even if such products all operated within a single, uniform hardware/software environment, the number of unique combinations of configuration settings (*see* paragraph 82 for more detail) is so enormous that exhaustive testing is effectively impossible.

[34] Even consumer software companies attempt to gather this information with respect to far less complex software. For instance, modern Macintosh computers have a function that allows the user to "Report Bugs to Apple."

Confidential

95.     To further complicate the situation, vendors and customers sometimes become embroiled in debates and disputes about the problems that surface *during* the implementation of an ERP system, a process that may go on for many months, and which may involve a combination of "real" bugs in the vendor's software, and various other problems masquerading as bugs.

96.     Even though a large percentage of the alleged "bugs" often turn out not to be the result of the vendor's software (*e.g.*, configuration errors, faulty third-party software packages, corrupted legacy data), the customer's initial reaction is often that *all* problems are software bugs in the vendor's product. Large, sophisticated customers are particularly adept at using situations like this to their advantage; as such, they are similar to demanding gourmands who know that if they complain about their meal in a restaurant, they may receive a free dessert, or a free meal, or at least a conciliatory gesture from the maitre d' or the chef.

97.     Similarly, large, sophisticated vendors are aware of the situation; and during the rancorous debates and disputes that sometimes occur with the customer about the "real" bugs and customer-related problems that occur during the implementation process, the vendor sometimes decides that a politically expedient solution – for the sake of maintaining good customer relations, and minimizing competitive inroads from other vendors – is to grant the customer a concession of some kind. This might take the form of a reduction in licensing fees, or a certain amount of free consulting time (*e.g.*, sending a SWAT team,[35] at no cost, to the customer location to fix the problems), or a reduced-cost extension of the vendor's annual maintenance fees.

98.     A small percentage of ERP implementations experience such severe and ongoing problems that they are eventually abandoned by the customer; on rare occasions, systems integrators and/or ERP vendors withdraw support because of irresolvable disagreements over continued funding and commitment of resources to ERP implementations that have gone substantially beyond their original budgets and schedules. As a result, ERP implementations have led to several high-profile "failed implementations." There is considerable anecdotal evidence – primarily in the form of articles in the mainstream computer journals and magazines – indicating that large SAP projects, in particular, have often had a troubled history.[36]

---

[35] *See* Section V.4, above, for a discussion of SWAT teams.

[36] *See, e.g.*, C. Stedman, *Big Retail SAP Project Put On Ice*, Computerworld, November 2, 1998 ("Nash Finch Co., one of the first users to buy a version of SAP R/3 for retailers, last month shelved most of its $76 million project after development delays made it impossible to install the software in time for the year 2000."); P. Key, *SAP America Hit With a $500M Suit*, Philadelphia Business Journal, October 30, 1998 ("SAP America Inc. is being sued for $500 million by the bankruptcy trustee for a liquidated drug distributor that once ranked among the biggest in the business. Bart A. Brown Jr., the Chapter 7 trustee for FoxMeyer Corp., alleges in the suit that the inability of SAP's enterprise resource planning software to cope with the volume of transactions handled by FoxMeyer led to the company's demise."); J. Bailey,

## VI.6  The Concept Of Integration

99.　　　　As noted above, a key benefit of ERP systems[37] is the *integration* they provide between different components of the overall system. Because it is intrinsically important in understanding ERP systems, and also relevant to the

---

*Trash Haulers Are Taking Fancy Software to the Dump – Allied Waste, Following Waste Management, to Shed SAP's Costly R/3*, The Wall Street Journal, June 9, 1999 ("Allied Waste Industries Inc., as soon as it completes its proposed $7.3 billion acquisition of Browning-Ferris Industries Inc., plans to pull the plug on a brand-new $130 million computer system that uses the complex software known as SAP R/3. The planned move, previously undisclosed, follows a similar cancellation of a major SAP R/3 installation, one that would have cost about $250 million, at Waste Management Inc."); E. MacDonald, *Maker of Gore-Tex Sues PeopleSoft and Deloitte*, The Wall Street Journal, November 2, 1999 ("[W.L. Gore & Associates] has sued PeopleSoft Inc., Deloitte & Touche LLP and Deloitte Consulting, alleging the software manufacturer and the consultants botched a costly software installation ... The suit is the latest in a string of technological blowups experienced by companies such as UOP, a partnership between AlliedSignal Inc. and Union Carbide Corp., and FoxMeyer Corp. These companies had paid millions of dollars for computer consultants to install complex software sold by companies such as PeopleSoft and SAP AG that is supposed to knit together a company's back-office operations. But the projects have become the equivalent of an expensive corporate root canal, as costly snags have erupted. Hershey Foods Corp., too, is now reeling from a similar computer-upgrade disaster, which left many stores shy of Hershey candies such as Kisses, Kit Kat bars and Twizzlers for Halloween."); J. Cahill, *Whirlpool Experiences Shipping Delays Over Computer Glitches in SAP Software*, The Wall Street Journal, November 3, 1999 ("Whirlpool Corp. said it has faced delays in shipping its appliances since switching on SAP AG software two months ago. ... Whirlpool is experiencing some of the difficulties that have plagued large-scale software projects at many big companies lately. At a cost of millions of dollars, SAP, PeopleSoft Inc. and others design complex software to tie together a company's operations, from order entry through production scheduling and billing. But installing such broad systems is so tricky that snags inevitably develop."); C. Phillips, *Oracle: Let the Good Times Roll P2*, Morgan Stanley Analyst Report, November 18, 1999 (NDCA-ORCL 140434-36) at 140435-6 ("Oracle is also benefiting from SAP's ($37, Neutral) PR problems with failed implementations hitting the Wall Street Journal. We actually think the customers and inexperienced consultants drove the bulk of the SAP failures through poor project management, improper technology infrastructure, and in some cases, simple disregard of good advice."); L. Mearian, *Supermarket Dumps $89M SAP Project*, Computerworld, February 5, 2001 ("Canada's second-largest supermarket chain has abandoned an $89 million implementation of SAP AG's business applications for retailers after a five-day database and systems shutdown affected the company's business operations for nearly a month."); L. Mearian, *Retailers Hit Installation Bumps With SAP Software*, Computerworld, February 19, 2001 ("SAP AG's applications for retailers continue to be stung by a series of high-profile installation problems that many say illustrate the complexity of trying to fit an integrated suite of enterprise resource planning software into a retail operation ... 'I can't point to a single happy SAP Retail account in North America,' said [Greg Girard, an analyst at AMR Research Inc.]."); T. Wilson, *Nike: i2 Software Just Didn't Do It*, TechWeb, March 01, 2001 ("Nike Inc. and supply-chain-software supplier i2 Technologies are pointing fingers at each other for a flawed i2 implementation that upset Nike's inventory and ultimately forced the footwear maker to slash earnings estimates."); May 24, 2001 email From HQAPP to GRAPPS, *et al.*, Re: "PETsMART Approval" (NDCA-ORCL 239311-26) at 239313 (noting that PETsMART was "[i]n litigation with SAP over failed implementation"); Koch, *Supply Chain: Hershey's Bittersweet Lesson*, CIO Magazine, November 15, 2002 (discussing failed SAP and Seibel implementation at Hershey's; stating, "Studies have shown that most companies that install enterprise software are late, their business processes suffer temporarily, and their revenue can take a hit for as long as six months").

---

[37] Integration is also a benefit in many other categories of computer systems – *e.g.*, the integration of word-processing, spreadsheet, calendar, and presentation components in office-productivity suites, such as Microsoft Office.

evaluation of Plaintiffs' claims, the concept of integration is discussed in greater detail in this Section of the Report.

### VI.6.1  Definitions of integration

100.         For the end-user of a software system, as well as for IT professionals "integration" simply means that the pieces (or components or modules) of the system "work together." Thus, when business professionals use an "office" software suite, they expect the word-processing program, the spreadsheet program, and the presentation program to "work together" – *e.g.*, so that spreadsheet tables can be incorporated into a word processing document, and so that formatted word-processing text can be incorporated into a presentation slide. The same is true for ERP products: the marketplace expects that an "integrated" ERP product will have financial modules, human-resource modules, manufacturing modules, and other modules that "work together," so that the day-to-day business activities can flow back and forth, as needed, between the different software components. How well components "work together" is often in the eye of the beholder.  Having said that, there are many products, including unrelated ERP components designed, engineered and sold by different vendors that are clearly not integrated, in that they cannot share data or "work together" in any sense.

101.         The major question, as discussed in paragraph 83, above, is whether this "integration" behavior is achieved by the *vendor*, before the ERP product is purchased, or by the *customer* (typically with the assistance of consultants), after a collection of separate products have been purchased from different vendors. If a software vendor had the opportunity to build an entire ERP system as part of a single development project, then it would be reasonable to expect that the resulting system would be fully *pre*-integrated – though (as discussed below), if the software involved was substantial, it would still necessarily suffer from the same errors and bugs as any other large piece of software.

102.         But as a practical matter, *non*-integrated ERP systems are usually a consequence of separate components, built by different vendors at different points in time, with no *a priori* reason or plan to cooperate or interoperate with one another. Efforts by vendors to create a comprehensive, pre-integrated ERP system by combining several such separately-built components has sometimes resulted in problems of inconsistent, redundant, and even contradictory data elements, business functions, and user-interface details.

103.         Problems most often occur when customer organizations try to create a comprehensive ERP system by acquiring several separate software products from different vendors, and attempt to achieve the integration *after* the purchase. Indeed, this scenario has often been so problematic and risky that the marketplace has typically used the term "integrated" *only* to describe the ERP products in which the vendor has taken responsibility for the "gluing-together" task of making the components work together *before* offering it to customers.

Confidential

### VI.6.2  Forms of integration

104. As suggested in the discussion above, there are different aspects of integration, including *data* integration and *workflow* integration:[38]

- *Data* integration conveys three important elements: consistency, integrity, and non-redundancy. Regarding *consistency*, end-users expect that significant business terms will retain their meaning, and behave the same way throughout a system. If, in one part of the system, the word "customer" means an individual human being with a required first-name and a required surname, then it should not mean, in some other part of the system, an arbitrary collection of dogs and cats, identified only by their first name.

- *Workflow* integration is concerned with the ability one part of the system to "talk" to other related parts of the system, in order to carry out the "workflows" – *e.g.*, the flow from a customer order, to the shipping of that order and associated inventory updates, to the generation of a customer invoice for the order, to the collection of cash for the order – that represent the key business activities in the day-to-day operation of most organizations.

105. In general, workflow integration – the ability to "navigate" from one part of the ERP system to another, in order to carry out a business transaction – rests on top of an architecture of data integration: if the underlying data is not integrated in a common data model, it may be difficult (if not impossible) to avoid problems of data synchronization and redundancy when navigating from one part of the system to another. Hence, the real foundation of an integrated ERP system *is* the data integration, and it is my understanding that Oracle emphasized that aspect heavily in its presentations and descriptions of Suite 11i.

106. Thus, data integration usually represents the lion's share of systems integration work for ERP vendors. Consequently, the details of data integration are discussed in greater detail in the paragraphs immediately below.

---

[38] There are other aspects of software that are sometimes described as "integration," such as functional integration and user interface integration. Functional integration is concerned with the behavior of a system (*e.g.*, if a system requires some program logic to calculate, for example, the sales tax on a purchased item, there should be only one instance of that program logic stored somewhere in the system – so that every time it is invoked, it will produce the same results under the same circumstances), while user interface integration focuses on the "look and feel of the system" (*e.g.*, screens and menus should have a similar look throughout the system, and abbreviations and short-cuts should be consistent). These aspects have very limited relevance to systems integration or the market's understanding of whether an ERP system was properly described as "integrated" or "interoperable", and Plaintiffs have not raised issues with them in this case. As a result, I do not include an extended discussion of functional or user interface integration here.

**Confidential**

### VI.6.3  Data integration

107.	Large, sophisticated systems can achieve data integration by means of several different strategies. One common form is known as an "interfacing" approach, as illustrated in Figure 3, below. This is a common, accepted, and reasonable means of achieving integration. Indeed, this is a conscious, deliberate strategy on the part of many software product vendors, particularly ERP vendors – especially those planning to evolve their initial product through many generations by acquiring new "best of breed" products and incorporate them into the existing suite, without recoding those acquired products to access a common, unified database.



**Figure 3: An illustration of "interfaced" integration of data**

108.	Figure 3 supports a more sophisticated approach to editing and validation of data entered by the external user – *i.e.*, data that will, if correctly entered, be used to update the database. Simple field-level editing rules (*e.g.*, the requirement that a field consist of numeric characters, or that it have a non-negative numeric value) can be specified and implemented directly in most modern database systems; but complex application-oriented editing rules (*e.g.*, "Don't allow a sales order to be accepted if the dollar amount is over $1,000 and the customer has a

**Confidential**

low credit rating, and the customer is located in a different country") are normally performed by the application itself – and, for obvious reasons, software developers prefer to have such sophisticated editing/validation rules implemented once, and only once, within the overall system. Thus, with the architecture shown in Figure 3, any component that wishes to access and/or update a data element must send an interface message to the program component that "controls" it – and that program component is the *only* one that can invoke the appropriate editing/validation logic.

109.        Some ERP systems achieve integration through a more modern version of Figure 3, known as an *object-oriented* architecture. As Figure 4 illustrates, data elements known as "objects" (*e.g.*, a "customer," or an "invoice," or a "product" or an "employee") are grouped together with the functions (sometimes known as "methods" or "services") that are allowed to operate on that data (*e.g.*, "create a new customer," "modify a customer," or "delete a customer") into a cohesive unit. Any other part of the system that wants to access and/or update that data does so by sending a "message" to the appropriate "method" that knows how to perform that functionality.



**Confidential**

**Figure 4: An illustration of an object-oriented architecture**

110.          Finally, data integration can be achieved by gathering all of the data
              elements for the system into a single, unified data model – as shown in Figure 5,
              below. In this scenario, an element of data may have been initially conceived,
              designed, and implemented for the benefit of one program component (*e.g.*,
              application A), but is also available to other program components in the system
              (*e.g.*, applications B and F). From my review of the available evidence and
              documentation, it is this third form of data integration that Oracle used for its
              Suite 11i system. One of the advantages of a system of the type described in
              Figure 5 is that the vendor has the option of relying solely on the "integrated"
              access to data approach shown or using APIs as well to allow various components
              to communicate with one another to ensure a more orderly and consistent access
              to the common data.



**Figure 5: An illustration of "integrated" access to data**

111.          Note that the degree of data integration in a large, complex system is not
              static, remaining untouched over a long period of time. As hardware technology
              and computer networks improve, the need to make redundant copies of data
              decreases; more importantly, as isolated errors and communication problems are

**Confidential**

discovered during the operational use of a large integrated system, those errors are corrected in order to achieve a more complete form of data integration.

112.     Integration based on a single data model has one primary benefit over the other two forms of integration summarized above: it significantly reduces the likelihood that multiple, inconsistent (or obsolete, or incorrect) copies of the same data will exist within the system. In most cases, it also leads to greater efficiency and better performance – because the system keeps only one copy of the data, and eliminates the need for various modules to send data back and forth between one another.

113.     While data integration is often an important aspect of integration within a system, it is rarely possible to achieve completely – *i.e.*, in a large system with thousands of data elements, and millions of lines of code, it is almost certain that there will be some aspects of inconsistent and/or redundant data; and there may be occasional instances of data integrity problems. In some cases, this is simply a matter of human error on the part of an individual software developer; and in some cases, it reflects miscommunication between the developers of the software, and/or incomplete or incorrect documentation of the database design. Simply put, there is no reason why software efforts that integrate functions are not subject to the same baseline error rate as any other type of software. If the software is big enough, it is likely to have its fair share of integration bugs.

114.     Similarly, if the system's data is organized and stored with a relational database,[39] there is a formal, rigorous means of organizing that data – known as "third normal form" – to ensure that all the non-key attributes of a data entity (*i.e.*, a relational table) depend only on the candidate keys of the entity.[40] But this can lead to performance problems if the system has to perform complex queries to retrieve large sets of related data (*e.g.*, all purchases of a set of products, by multiple individuals, in multiple locations, over a range of multiple days). Based on actual usage patterns of the system, the developers may make a conscious choice to partially "denormalize" the organization and storage of data, so that certain data elements, and/or certain indexes, are duplicated.

115.     As noted, these decisions to replicate certain data elements for efficiency purposes are conscious and deliberate; and because the software developers are typically cognizant of the risks of data integrity and consistency problems, they take additional steps to ensure that redundant data will be synchronized and cross-checked for consistency. Although in general tighter integration is preferable,

---

[39] Oracle's database product is relational in nature, and its Suite 11i ERP system is based on a relational database model.

[40] A popular, pithy way of describing this is "the data entity (*i.e.*, relational table) is based on the key, the whole key, and nothing but the key."

**Confidential**

there are trade-offs involved that might result in different optimal levels of integration in different circumstances.

## VI.7  Summary Of Oracle's Development Of ERP, Leading To Suite 11i

### VI.7.1  Versions prior to Suite 11i

116.        Oracle's history in the application software business began in the 1980s, when it began to expand its product line from relational databases to enterprise applications. In 1987, Oracle created a seven-employee internal division to focus on applications software development for businesses, beginning with enterprise financial tools.[41] Oracle expanded its offerings to include additional Enterprise Resource Planning ("ERP") capabilities, such as tools for procurement, supply chain management, order management, manufacturing, distribution, and human resource management. As noted in paragraph 58, above, traditional ERP applications are known as "back-office" applications because they automate processes that are not directly visible to the enterprise's customers; rather, as the name implies, their focus is facilitating the company's internal resource management.

117.        In 1996, Oracle branched out to begin developing applications for Customer Relationship Management ("CRM") as well.[42] These applications include tools for marketing, sales, service, customer call centers, online stores, contract management, and self-service customer care. Since CRM applications were designed to help the enterprise manage its relationships with customers, they were – not surprisingly – more visible to customers, and, as noted in paragraph 58, above, were often referred to as "front-office" applications.

118.        By 1997, when Oracle produced Oracle Applications Release 10.7, it was offering several ERP applications; Oracle's 1998 Applications Release 11.0 included some CRM offerings as well. Although Oracle Applications Release 11.0 had both ERP and CRM functionality to some degree, it still did not offer the comprehensive collection of features and functions requested by large commercial customers. No other vendor at the time offered comprehensive ERP and CRM functionality in a single suite.

119.        Consequently, as noted in Section VI.3, above, customers seeking applications software still found that it was usually necessary to follow a "best-of-breed" approach, which meant they would pick and choose among the various software vendors to assemble a complete package of applications for their needs. Of course, since these applications were designed by entirely unrelated (and often

---

[41] Oracle Corporation AppsWorld New Orleans Welcome Kit, February 19-23, 2001 (NDCA-ORCL 102044-84) at NDCA-ORCL 102075.

[42] *Ibid.*

competitive) software vendors, they were not engineered to work together, and sometimes were based on incompatible data structures. Further complications sometimes arose from incompatible interfaces for importing and exporting data, and instructions between applications (applications programming interfaces, or "APIs"). To make these applications work together, each program had to be stitched together in a process called "systems integration" – an expensive and time-consuming process generally involving outside consultants who would write pieces of code to bridge the gaps and incompatibilities between programs.

### VI.7.2  Summary of key components added to Suite 11i

120.      The basic goal of Oracle's Suite 11i was to eliminate the need for companies to purchase various applications from multiple vendors, and then endure expensive systems integration work. Rather, almost everything a customer required would be available in one "box." The May 2000 release of Suite 11i spanned 14 major categories of functions, and roughly 70-80 applications:

- Financial Applications (*e.g.*, financials, self-service expenses, treasury);
- Service Applications (*e.g.*, mobile field service, scheduler);
- Communications/Utilities Applications (*e.g.*, number portability, network logistics);
- Projects Applications (*e.g.*, project billing, project analysis collection pack);
- Human Resources Applications (*e.g.*, payroll, time management);
- eCommerce Applications (*e.g.*, iStore, iMarketing, iSupport);
- Purchasing Applications (*e.g.*, supplier scheduling, purchasing intelligence);
- Call Center Applications (*e.g.*, email center, advanced outbound);
- Order Management Applications (*e.g.*, product configurator, selling point);
- Manufacturing Applications (*e.g.*, process manufacturing, discrete manufacturing);
- Market Applications (*e.g.*, marketing online);
- Sales Applications (*e.g.*, sales compensation);
- Other Applications (*e.g.*, report manager, public sector financials) ; and
- Architecture and Tools (CRM Foundation).

### VI.7.3  Approximate starting time of Suite 11i development effort

121.      Oracle began developing Suite 11i in 1998 on the base of its existing applications software, which itself had taken a decade to develop. On top of this enormous base, Oracle assigned literally thousands of software developers – roughly 3,000 developers for ERP applications and approximately 1,200 developers for CRM applications for a total of 6,000,000 person hours of

**Confidential**

development time[43] – to the project for a period of more than two years.  This group of more than 4,000 developers restructured the underlying data model, added significant new areas of functionality, and integrated the key business flows throughout the software package.[44]  As discussed in Paragraphs 90-91, this resulted in an incredibly complex product, on the order of 267,000 FPs, at the time one of the most complex pieces of software ever written, comparable to the software that guides sophisticated defense systems such as WWMCS ("World Wide Military Communication System").

### VI.7.4  Release dates of Suite 11i versions

122.         In September 1999, Oracle announced that it would release Suite 11i the next year.

123.         The initial commercial release of Suite 11i, version 11i.1, was on May 24, 2000. As with other commercial software, relatively frequent interim releases followed, including updates, bug fixes and other modifications:

   - 11i.2 – October 12, 2000
   - 11i.3 – January 26, 2001
   - 11i.4 – June 13, 2001[45]

124.         Suite 11i is currently in release Suite 11i.10.[46]

## VII       CAPABILITIES OF ORACLE'S SUITE 11i

125.         In the period leading up to and following Suite 11i's release, Oracle repeatedly emphasized two key features of Suite 11i. The first feature was that the Suite was "pre-integrated" as to both front- and back-office applications (that is, both traditional "ERP" applications and CRM applications).[47] Unlike alternative,

_____

[43] Declaration of Alan Fletcher (February 28, 2005) at paragraph 6.

[44] *See* Deposition of Ron Wohl (March 23, 2006) at 85:5-21 and 105:11-12; Deposition of Alan Fletcher (April 6, 2005) at 121:8-18 ("[T]he functionality difference between 10.7 and 11i was] massive. Many new products. Much of CRM was new in 11i compared to 10.7. Every module had significant new functionality.").

[45] Presentation by Mark Barrenechea re: Oracle e-Business Suite (NDCA-ORCL 071305-32) at 071308; *see also* Presentation by Jeff Henley re: Oracle: Software Powers the Internet (NDCA-ORCL 071260-82) at 071276.

[46] Oracle Applications Resource Library. <www.oracle.com/applications/product_information.html>, visited May 21, 2007 at 11:29 a.m.

[47] *See* NDCA-ORCL 306830-32 (but the term "pre-integrated," not used in this press release, can be found in Oracle Press Release: *Oracle Ships 11i, Industry's First Integrated E-Business Suite*, May 24, 2000 (NDCA-ORCL 035470-3) at 305470).

**Confidential**

"best-of-breed" systems discussed in Section VI.3, above, it did not require extensive computer programming after purchase to make the various pieces of software work together. The components were designed to share data and make major "business flows" interoperable at the time of purchase, rather than after extensive programming to tie them together.[48]

126.     The second feature, which was functionally related to the first, was the existence of data integration among the various components of Suite 11i. As discussed above, data integration means that elements of data (such as a customer's name) are all defined the same way and are found in only one place in the system. With limited exceptions sometimes imposed for performance purposes, these data elements are not stored in separate locations in separate schemas, but are stored only once in a single "instance."[49] Under a best-of-breed approach, in contrast, each separate product would store data in a separate database, and different products would often define the same data element (such as a customer's name) differently.[50]

127.     These features presented a number of advantages, including:

- *Faster implementation* – instead of requiring 1-3 years to integrate a disparate collection of best-of-breed components, companies could expect to implement an integrated ERP system like Suite 11i within a few months. The investment in an ERP product is usually justified with some kind of return-on-investment (ROI) calculation, and a faster implementation means that a customer could begin

---

[48] *See* Oracle Press Release: *Oracle Ships 11i, Industry's First Integrated E-Business Suite*, May 24, 2001 (NDCA-ORCL 306830-32). Unlike alternative "best-of-breed" systems, Suite 11i did not require extensive *computer programming* after purchase to make the various pieces of software work together. *See* Deposition of Greg Seiden (May 16, 2006) at 69:16-70:4 ("[I]t means that we're sharing the same schema or the same definition of a customer, the same definition of an order, the same data as opposed to something that's not integrated where there needs to be – either there is no communication between the programs or you have to do custom integration and create programs to move data back and forth and keep them synchronized ... It's integrated by design. It was – it's never not integrated.").

[49] Jean Orr, *Oracle Corporation: Initiating Coverage With a 2-1*, Bluestone Capital Analyst Report, Aug. 10, 2000, (NDCA-ORCL 308761-2) at 308762; Bob Ferrari, *Oracle Users Meet and Consider Release 11i*, AMR Research Alert on Supply Chain Management, May 1, 2000 (NDCA-ORCL 009518-22) at 009519 ("The Oracle mantra is one architecture, everything on the Web, and one common data model"); Gretchen Teagarten, *Oracle EVP Visit to SSB*, Jan. 10, 2001, (NDCA-ORCL 035470-3) at 035470 ("Oracle reiterates two key value propositions for its suite approach over "best-of-breed": (1) The suite provides a single view of the customer across the enterprise and (2) The suite is pre-integrated and interoperable.").

[50] *See, e.g.,* Oracle Presentation by Mark Barrenechea Re: Q2 2001 Recap (NDCA-ORCL 399590-637) at 399598-604 (explaining fragmented and inconsistent data about customers inherent when a company uses, *e.g.,* E.piphany for Marketing, Siebel for Sales and Clarify for Service, because each set of modules uses its own database to store different information about each customer separately).

generating cost-savings, and/or generating additional revenues, that much faster.

- *Decreased implementation cost* – as discussed in paragraph 72, above, many companies found that the fees paid to consultants and system integrators equalled or exceeded the cost of the ERP software itself – sometimes by as great as a factor of ten. A pre-integrated product like Suite 11i offered the assurance that such fees could be substantially reduced, though not completely eliminated.

- *Decreased maintenance costs* – instead of having to coordinate the ongoing upgrades, patches, and revisions of several products from different vendors,[51] customers could look forward to dealing with only one vendor, which would provide its own internal coordination of upgrades and patches to modules within the integrate suite of products.

- *Greater accuracy and operational consistency* – as noted earlier, a lack of data integration typically results in redundant, inconsistent, and contradictory elements of business data. This is not an abstract, theoretical concern: it results in higher operational costs, more business errors, and problematic interactions with customers,[52] employees, and trading partners.

## VIII    INTEGRATION IN SUITE 11i

128.    This Section of the Report discusses the following aspects of integration within Oracle's Suite 11i product:

- Technical review of the data integration in Oracle Suite 11i; and

---

[51] Indeed, the problem of upgrades and patches to different best-of-breed products was often more difficult, because of subtle interdependencies and incompatibilities between the products. Thus, if the customer wanted to upgrade to version N+1 of one of its products in order to take advantage of new features, it might find that several *other* products in its best-of-breed amalgam must also be upgraded. Even worse, the customer might discover that upgrading product X within its best-of-breed amalgam rendered it incompatible with products Y and Z.

[52] Consumers often encounter this problem when interacting with their bank, telephone company, or airline via a telephone call center. "Please type your account number before we get started," an automated voice will say; having done so, the consumer will often be asked what he'd like to do – *e.g.*, place an order, or track the status of an existing order. If he indicates that he wants to place an order, the automated voice will say, "Great, I'll be happy to place an order for you. Please type in your account number ... " Even the most computer-illiterate consumer will think to himself, "How many places are you storing my account number in your system, and how many times do you have to ask me what it is?" The experience is sufficiently annoying that the consumer may well decide to take his business elsewhere.

- Technical review of the workflow integration in Oracle Suite 11i

### VIII.1    Technical Review Of The Data Integration In Oracle 11i

129.       As discussed above, integration can take several different forms, and can have several different meanings. Oracle used the term in two important ways:

- Suite 11i was "stitched together" to a *far greater* extent at the time of purchase than would be achieved through the selection of "best-of-breed" components, even after "systems integration." As discussed in paragraph 127, above, this typically provided the benefits of faster implementation schedules and reduced implementation costs for customers who previously endured the cost and delays of hiring consultants or system integrators to carry out "post-stitching" of their best-of-breed products.

- The "stitched together" behavior was accomplished primarily by creating a single data model to be accessed and updated only by those ERP modules that needed to do so.

130.       Though there is various evidence and commentary describing the nature of integration in Suite 11i, in order to draw my own independent conclusions on the matter, it was necessary to review the *actual* technical documentation of Suite 11i. This did not involve reviewing the "User Guides" that would normally be distributed to customers and end-users to explain the operational details of various 11i components, but rather the "Technical Reference Manuals" (TRMs) that describe the architecture, design, and implementation of those components. For version 11i.1 of Oracle's Suite 11i – the first release of the product, and thus the technical foundation for the database and functionality of not only the first release, but the subsequent sequential releases – there are approximately 75 such TRMs, as shown in Table 2, below[53]:

| Release 11i Documentation Titles | Part Number | PDF File |
|---|---|---|
| **Technical Reference Manuals** | | |
| **CRM** | | |
| *Business Intelligence Applications* | | |
| Oracle Call Center Intelligence Technical Reference Manual | A83672-01 | bix1151trm.pdf |
| Oracle Customer Intelligence Technical Reference Manual | A83671-01 | bic1151trm.pdf |
| Oracle Marketing Intelligence Technical Reference Manual | A83670-01 | bim1151trm.pdf |

---

[53] It should be noted that version 11i.2 of Suite 11i added a total of 10 more TRMs to those shown in Table 1, describing application components that had been added to the Internet Business Applications, Sales Application, Call Center Applications, Financial Services Applications, Partner Relationship Management Applications, CRM Tools and Technologies, Public Sector, and Human Resource Management Systems. Version 11i.3 added three more TRMs, describing application components that had been added to the Public Sector Financials (International).

Page 47                                                    **Confidential**

**Internet Business Applications**
| | | |
|---|---|---|
| Oracle eMail Center Technical Reference Manual | A83677-01 | iem1151trm.pdf |
| Oracle iMarketing Technical Reference Manual | A83673-01 | iba1151trm.pdf |
| Oracle iPayment Technical Reference Manual | A83676-01 | iby1151trm.pdf |
| Oracle iStore Technical Reference Manual | A83674-01 | ibe1151trm.pdf |

**Marketing Applications**
| | | |
|---|---|---|
| Oracle Marketing Encyclopedia System Technical Reference Manual | A83693-01 | amv1151trm.pdf |
| Oracle Marketing Technical Reference Manual | A83692-01 | ams1151trm.pdf |

**Sales Applications**
| | | |
|---|---|---|
| Oracle Order Capture Technical Reference Manual | A83694-01 | aso1151trm.pdf |
| Oracle Sales Compensation Technical Reference Manual | A83695-01 | cn1151trm.pdf |

**Service Applications**
| | | |
|---|---|---|
| Oracle Contracts Core Technical Reference Manual | A83696-01 | okc1151trm.pdf |
| Oracle Contracts Integration Technical Reference Manual | A83698-01 | okx1151trm.pdf |
| Oracle Customer Care Technical Reference Manual | A83678-01 | csc1151trm.pdf |
| Oracle Depot Repair Technical Reference Manual | A83686-01 | csd1151trm.pdf |
| Oracle Field Service Technical Reference Manual | A83682-01 | csf1151trm.pdf |
| Oracle Scheduler Technical Reference Manual | A83688-01 | csr1151trm.pdf |
| Oracle Service Contracts Technical Reference Manual | A83697-01 | oks1151trm.pdf |
| Oracle Service Technical Reference Manual | A83679-01 | cs1151trm.pdf |
| Oracle Spares Management Technical Reference Manual | A83687-01 | csp1151trm.pdf |
| Oracle Support Technical Reference Manual | A83680-01 | css1151trm.pdf |

**Call Center Applications**
| | | |
|---|---|---|
| Oracle Call Center Technology Technical Reference Manual | A83703_01 | ieo1151trm.pdf |
| Oracle Interaction Blending Technical Reference Manual | A83689-01 | ieb1151trm.pdf |
| Oracle Scripting Technical Reference Manual | A83690-01 | ies1151trm.pdf |
| Oracle Telephony Manager Technical Reference Manual | A83685-01 | cct1151trm.pdf |
| Oracle Universal Work Queue Technical Reference Manual | A83691-01 | ieu1151trm.pdf |

**Communications and Utilities Applications**
| | | |
|---|---|---|
| Oracle Network Logistics Technical Reference Manual | A83681-01 | cun1151trm.pdf |
| Oracle SDP Number Portability Technical Reference Manual | A83702-01 | xnp1151trm.pdf |
| Oracle SDP Provisioning Technical Reference Manual | A83683-01 | xdp1151trm.pdf |
| Oracle Service for Communications Technical Reference Manual | A83684-01 | xns1151trm.pdf |

**CRM Tools and Technology**
| | | |
|---|---|---|
| Oracle CRM Foundation Technical Reference Manual | A83701-01 | jtf1151trm.pdf |
| Oracle CRM Gateway for Mobile Devices Technical Reference Manual | A83699-01 | asg1151trm.pdf |

## ERP

*Financials*
| | | |
|---|---|---|
| Oracle Applications Global Accounting Engine Technical Reference Manual | A81267-01 | axtrm.pdf |
| Oracle Assets Technical Reference Manual | A81200-01 | fatrm.pdf |
| Oracle Cash Management Technical Reference Manual | A80832-01 | cetrm.pdf |
| Oracle General Ledger Applications Technical Reference Manual | A80900-02 | gltrm.pdf |
| Oracle Global Financial Applications Technical Reference Manual | A80916-01 | globtrm.pdf |
| Oracle Payables Applications Technical Reference Manual | A80833-01 | aptrm.pdf |
| Oracle Property Manager Technical Reference Manual | A80836-01 | pntrm.pdf |
| Oracle Receivables Applications Technical Reference Manual | A85268-01 | artrm.pdf |
| Oracle Treasury Technical Reference Manual | A80830-01 | xtrtrm.pdf |

*HRMS*
| | | |
|---|---|---|
| Oracle Time Management Technical Reference Manual | A81194-01 | otmtrm.pdf |
| Oracle Training Administration Technical Reference Manual | A81195-01 | otatrm.pdf |

*Manufacturing*
| | | |
|---|---|---|
| Oracle Automotive Trading Partner Toolkit Technical Reference Manual | A83735_01 | veatrm.pdf |
| Oracle Capacity Technical Reference Manual | A80843-01 | crptrm.pdf |
| Oracle e-Commerce Gateway Technical Reference Manual | A83733_01 | ectrm.pdf |
| Oracle HRMS Technical Reference Manual | A62925-01 | pertrm.pdf |
| Oracle Inventory Technical Reference Manual | A81189-01 | invtrm.pdf |
| Oracle Process Manufacturing Financials Technical Reference Manual | A81214_01 | gmftrm.pdf |
| Oracle Process Manufacturing Intelligence Technical Reference Manual | A80907_01 | pmitrm.pdf |
| Oracle Process Manufacturing Inventory Technical Reference Manual | A81213_01 | gmitrm.pdf |
| Oracle Process Manufacturing Logistics Technical Reference Manual | A81211_01 | gmltrm.pdf |
| Oracle Process Manufacturing Process Execution Technical Reference Manual | A81215_01 | gmetrm.pdf |

Page 48                                                    **Confidential**

| | | |
|---|---|---|
| Oracle Process Manufacturing Process Planning Technical Reference Manual | A81212_01 | gmptrm.pdf |
| Oracle Process Manufacturing Product Development Technical Reference Manual | A81216_01 | gmdtrm.pdf |
| Oracle Process Manufacturing Regulatory Management Technical Reference Manual | A81217_01 | grtrm.pdf |
| Oracle Process Manufacturing System Administration Technical Reference Manual | A80885_01 | gmatrm.pdf |
| Oracle Project Manufacturing Technical Reference Manual | A80898-01 | pjmtrm.pdf |
| Oracle Quality Technical Reference Manual | A81186-01 | qatrm.pdf |
| Oracle Release Management Technical Reference Manual | A83736_01 | rlmtrm.pdf |
| Oracle Work in Process Technical Reference Manual | A81185-01 | wiptrm.pdf |
| *Order Management* | | |
| Oracle Pricing Technical Reference Manual | A83740_02 | qptrm.pdf |
| Oracle Configurator Technical Reference Manual | A80817-02 | cztrm.pdf |
| Oracle Order Management Technical Reference Manual | A83739_02 | onttrm.pdf |
| Oracle Shipping Execution Technical Reference Manual | A83738_02 | wshtrm.pdf |
| *Projects* | | |
| Oracle Activity Management Gateway Technical Reference Manual | A83510-01 | amgtrm.pdf |
| Oracle Projects Technical Reference Manual | A81201-01 | patrm.pdf |
| *Internet Procurement* | | |
| Oracle Purchasing Applications Technical Reference Manual | A80842-01 | potrm.pdf |
| Oracle Self-Service Purchasing 5 Technical Reference Manual | A85281-01 | portrm.pdf |
| Oracle Supplier Scheduling Technical Reference Manual | A80899-01 | chvtrm.pdf |
| *Supply Chain* | | |
| Oracle ASCP and Oracle Global ATP Server Technical Reference Manual | A80841-01 | msctrm.pdf |
| Oracle Master Scheduling/MRP and Oracle Supply Chain Planning Technical Reference Manual | A81188-01 | mrptrm.pdf |
| *Technology* | | |
| Oracle Alert Technical Reference Manual | A80845-01 | alrtrm.pdf |
| Oracle Application Object Library/Workflow Technical Reference Manual | A80844-01 | aoltrm.pdf |
| Oracle Applications Business Objects Technical Reference Manual | A80911-02 | bistrm.pdf |
| Oracle Applications Implementation Wizard Technical Reference Manual | A80906-01 | aztrm.pdf |

**Table 2: Technical Reference Manuals for Version 11i.1 of Oracle's Suite 11i**

131.       As explained in the "Oracle General Ledger Applications Technical Reference Manual,"[54] the database design of the various ERP and CRM components of Suite 11i is documented with a standard notational scheme shown in Figure 6, below, typically referred to as a "logical data model," or an "entity relationship diagram" (ERD)[55]:

---

[54] *See* the Oracle manual entitled "Oracle General Ledger Technical Reference Manual," provided as part of the documentation for Oracle 11i.1, dated January 2000; located in file gltrm.pdf on the CD whose Bates number is NDCA-ORCL-050972.

[55] *Ibid.* at 2-7.

**Confidential**

## Database Diagramming Conventions

We use the following notational conventions in our database diagrams:

Figure 2 – 1
Database Diagram
Conventions



**Figure 6: Data Model Diagramming Notation Used in Oracle's TRMs**

132.      Using this notation, Oracle provided a high-level "summary" data model
for each of the Suite 11i components listed in Table 3, above. For example, the
summary data model for the "General Ledger" component is shown in Figure 7,
below[56]:

---

[56] *Ibid*, at 2-9.

**Confidential**

## Oracle General Ledger Summary Database Diagram



**Figure 7: Summary Data Model Diagram for Oracle's General Ledger Component, in Suite 11i.1**

133.          As appropriate, each of these summary diagrams is further decomposed into subordinate diagrams that provide additional information about the detailed entities (implemented as an individual relational table) required to implement that ERP/CRM component. For example, the "General Ledger" component has 10

subordinate diagrams that describe various details of this ERP financial component, one of which is titled "Journals," as shown in Figure 8, below[57]:

## Diagram 2: Journals



Figure 8: One of Ten Detailed Data Model Diagrams for the General Ledger Component of Oracle's Suite 11i.1

---

[57] *Ibid.* at 2-14.

Confidential

134.        It is important to emphasize that Figures 7 and 8 are just two pieces of the
            overall data model for the General Ledger component, and that there are
            approximately 75 such components that comprise Suite 11i. And it is equally
            important to emphasize that the hundreds of such data-model diagrams, and the
            thousands of individual entities (tables), and relationships between those tables,
            are all implemented *together*, as part of one *aggregate* database within 11i. There
            are not 75 databases, one for each of the 75 components; there is *one* database,
            whose thousands of interrelated entities (tables) are documented in the hundreds
            of diagrams exemplified by Figures 7 and 8.

## VIII.2      Technical Review Of The Workflow Integration In Suite 11i

135.        As discussed in Section VI.6.2 above, workflow integration is concerned
            with the ability one part of the system to "talk" to other related parts of the
            system, in order to carry out the "workflows" – *e.g.*, the flow from a customer
            order, to the shipping of that order and associated inventory updates, to the
            generation of a customer invoice for the order, to the collection of cash for the
            order – that represent the key business activities in the day-to-day operation of
            organizations.

136.        During the development of Suite 11i, Oracle's developers identified the
            primary business workflows that would be needed by most businesses. These
            were documented in "business flow diagrams" for both the ERP and CRM
            components of Suite 11i, with notations showing when and how the workflow
            crossed the boundary between the front-office CRM activities, and the back-office
            ERP activities.

137.        For example, the business flow diagram for the workflow "sales-
            opportunity-to-closing-the-deal" workflow is shown in Figure 9 below.[58] Note
            that this workflow begins in the "call center" portion of Suite 11i's CRM
            component; and then after various activities leading through "order capture," it
            drops down to a further set of activities (near the bottom left corner of Figure 9)
            dealing with the compensation of the sales representative associated with the
            order. Finally, after an activity labeled "Conduct Approval Process," the
            workflow "crosses the boundary" from CRM to ERP, to an activity labeled
            "Process Compensation," which is part of Suite 11i's Human Resource (HR)
            component.

---

[58] *See* Market Requirements Document, Post 11i Release (NDCA-ORCL 280607-22) at NDCA-ORCL.
280619.



Confidential



**Figure 9: CRM Business Flow Diagram for Opportunity-to-Close Workflow in Suite 11i**

## VIII.3    Overall Assessment Of Integration In Suite 11i

138.        To evaluate Oracle's claims that Suite 11i was integrated and interoperable, we must use the Oracle data-model diagrams and business flow diagrams – of which Figures 7-10 are only a few of a large collection – to answer three basic questions: *first*, do all of the 11i components that interact with a common data entity – *e.g.*, a "customer," or an "order," or an "employee" – all refer to the *same* entity, with the same name on the various diagrams? *Second*, do the "navigation paths" represented by the business flow diagrams support all of the key workflows that may be initiated from various parts of the overall Suite 11i system? And *third*, do the indexes and links in the data-model diagrams support the "navigation paths" shown in the business flow diagram – *e.g.*, so that the Suite 11i software can navigate from the details of a customer to the details of an order associated with that customer, in order to carry out an "order to cash" workflow?

139.        Providing a complete answer to these two questions for Oracle's Suite 11i is a complex technical task, and it requires intimate knowledge of the business requirements for the various Suite 11i components. I have examined the data-model diagrams for a representative subset of common data entities (*i.e.*, to address the first question identified immediately above) and associated business

**Confidential**

flows diagrams[59] (*i.e.*, to address the second and third question identified immediately above) in both the ERP and CRM components of Suite 11i, and am satisfied that Suite 11i (as implemented in version 11i.1) *is* integrated with respect to that representative subset. Based on that review, I am confident that the entire Suite 11i system *is* integrated with respect to its database and business workflows.

140.        Of course, given the scope and scale of Suite 11i's application components, and the size and complexity of its related database (as represented by the hundreds of diagrams, and thousands of data elements) and business workflows, even an exhaustive review may have overlooked an error in Oracle's design – *e.g.*, a missing business flow, or a redundant entity, such as two different tables describing the same basic information about an "employee." In a similar fashion, it is possible (in fact, almost certain, given the studies showing that software errors increase with the size of the software) that Oracle's developers, when creating Suite 11i, made such an error when implementing the logical data model and creating associated database tables and indexes, or when coding the triggers and navigation paths to support the business flows.

141.        But such errors do not, by themselves, invalidate the legitimate claim that Suite 11i was (and is) "integrated." It does not change the fact that "all the pieces are designed and engineered to fit together, and no systems integration is required" as Oracle and Ellison claimed.[60]  It simply means that the software implementing the integration was imperfect, as all complex software is. Indeed, there were such errors, as reported by some of Oracle's Suite 11i customers; but those errors were corrected over a period of a few months.

---

[59] The business flows were documented on Oracle's web site (*see* Baseline Requirements Document, February 4, 2000, (NDCA-ORCL 067168-206) at NDCA-ORCL 067176), and summarized in "baseline requirements documents." For example, Baseline Requirements Document CRM Release 11iR2-11iR3-PostR3 (Bates NDCA-ORCL 067176-206) documents "12 business flows which detail high level processing across multiple products and scenarios:

- Campaign to execution
- Opportunity to Close
- Web Click Through
- Service Request
- Service Request and Registration Process on the Web
- Query of Order / Service Request
- email Center Interaction
- Defect Management
- Field Dispatch
- RMA Processing
- Provision Service/Manage Network
- Billing"

[60] *See* December 14, 2000 Earnings Call Transcript (NDCA-ORCL 003215-47) at 003225.

Page 55                                     **Confidential**

## IX     THE ALLEGEDLY FALSE STATEMENTS

142.     The following section of the Report addresses the specific affirmative statements that Plaintiffs claim were false, as well as Plaintiffs' claims that certain facts rendered those statements misleading, even if literally true.

### IX.1  Specific Product-Related Statements Identified By Plaintiffs

143.     Plaintiffs specifically claim that the following false statements were made:

1. <u>December 14, 2000</u> – Larry Ellison on conference call to investment analysts announcing Q2 2001 results:

   > [Y]ou can buy our complete E-Business Suite, where all the pieces are designed and engineered to fit together, and no systems integration is required. It's up and running in months. You get the savings in months. It costs you less, and it takes less time to install.[61]

2. <u>December 15, 2000</u> – Larry Ellison statement to Dylan Ratigan, reporter from Bloomberg:

   > There's no systems integration required. No software modifications required to use our E-Business Suite.[62]

3. <u>January 8, 2001</u> – Sanderson statement to Solomon Smith Barney, published on January 10, 2001:

   > The suite is pre-integrated and fully interoperable out of the box, helping to lower consulting costs and time-to-value.... Oracle sees robust demand for both its database and applications business. Specifically, Sanderson noted demand for ERP is surprisingly robust while advanced planning and scheduling, CRM, and SCM products are also performing well. Oracle says it is also seeing sustained demand for its database product, despite industry-wide concern over contracting IT budgets. Sanderson noted two trends driving demand for databases is demand for the

---

[61] Plaintiffs' Revised Second Amended Complaint ("RSAC"), paragraph 50; December 14, 2000 Earnings Call Transcript (NDCA-ORCL 003215-47) at 003225.

[62] RSAC, paragraph 51; Oracle's Larry Ellison Second Quarter Results: December 15, 2000 Interview (NDCA-ORCL 141654-57) at 141655.

**Confidential**

> 11i applications that are typically
> bundled with the database as well as
> applications of other vendors that rely
> on the functionality of the Oracle
> database. [63]

4.   February 6, 2001 – Barrenechea statement in Oracle Technical White Paper:

> Oracle's CRM suite is both complete and
> integrated.  .   .   .   [N]o systems
> integration is required to install the
> Oracle CRM suite.  In fact, systems
> integration labor usually runs many
> times the cost of the software or the
> hardware needed to run the system - and
> the customer gets to pay for it.  To
> install the Oracle CRM suite, no
> systems integration is required.  And
> because the CRM suite consists of true
> Internet applications, every
> application works in every country,
> every major language and every major
> currency. [64]

5.   February 13, 2001 – Sanderson statement at Goldman Sachs conference:

> So not only do we have, you know, for
> example, an E-business Suite, which
> I'll tell you more about.  But its
> basically ERP and SCM integrated
> together.  But its written in 23
> different languages, including Spanish
> and Latin American Spanish, Portugal,
> Portuguese and Brazilian Portuguese as
> being four different languages. But we
> have also taken care of the
> localization requirements around the
> world as well. [65]

6.   February 13, 2001 – Ellison keynote address at Oracle's AppsWorld Conference in New Orleans:

> In fact, we recommend that you start
> with, you try a component of the suite
> and then you add it in. Now the nice

---

[63] RSAC, paragraph 58; ORCL: Oracle EVP Visit to SSB (NDCA-ORCL 035470-472) at 035471-72.

[64] RSAC, paragraph 63; Oracle Corporation Technical White Paper: Customer Relationship Management, Print Date February 6, 2001 (NDCA-ORCL 106680-728) at 106690-91.

[65] *See* 1199 SEIU Greater New York Pension Fund's Third Supplemental Responses to Defendants' Second Set of Interrogatories to Plaintiffs, January 31, 2007 (Plaintiffs' "Contention Interrogatory Responses"), at 14; *see* also February 13, 2001 Presentation to Goldman Sachs Investor Conference, NDCA-ORCL 003281-3311.

-SI Document 1551-7 Filed 11/18/08 Page 58 of 60

Confidential

> thing is it's like Lego blocks. Once
> you have one piece in, the other pieces
> just snap together. There's no systems
> integration required. The key thing
> is, you can install just one piece and
> then again install another piece. No
> systems integration. You just
> basically turn it on or snap it
> together. . . . Plug and play. It is
> absolutely, all the pieces within the
> suite are literally plug and play.[66]

## IX.2  What Oracle Said Was True .

### IX.2.1  Plaintiffs' claims are misleading and ignore context

144.      Plaintiffs allege that Oracle executives made certain false public statements[67] during Oracle's Q3 2001 regarding the capabilities of Suite 11i; these statements are set forth in Section IX.1, above. Each statement involves the following basic assertions about the nature of the software: (i) its modules were "complete," (ii) "integrated" (or "pre-integrated"), and "interoperable" with one another, and therefore (iii) no "systems integration" was required by the customer to implement the Suite after it was purchased.[68]

145.      Plaintiffs allege that these statements were false because Suite 11i was riddled with bugs and instability, which prevented the individual modules from sharing data. Plaintiffs assert that the software required hundreds of patches to fix these defects and, thus, it was neither "integrated," nor "interoperable," as Oracle has claimed. Plaintiffs further allege that Suite 11i installations required hundreds of hours of consulting work to make the products work at customer sites, citing several troubled and failed installations during the relevant time period. Therefore, Plaintiffs claim, the statements made by Oracle about the degree of

---

[66] RSAC, paragraph 68; February 13, 2001 Transcript of AppsWorld 2001 Larry Ellison Press Conference (NDCA-ORCL 306962-86) at 306974-75.

[67] It is unclear whether the statement Plaintiffs attribute to Mark Barrenechea on February 6, 2006 in an Oracle Technical White Paper is a public statement; I have seen no evidence that this document was released to the public or even finalized. I have reviewed several versions of the document, each with various "[p]rinted dates." Some of the versions with the printed date of February 6, 2001 differ in substance. Also, Mr. Barrenechea, the former Executive Vice President of CRM Development whose name is on the cover, testified that he does not believe this document was ever published. See Mark Barrenechea Deposition transcript (July 11, 2006) at 161:12-24; see also April 3, 2001 email from Mark Barrenechea to Larry Ellison, et al. re CRM White Paper (NDCA-ORCL 061840) (indicating that the CRM White Paper could be distributed internally and externally but was not final – strongly suggesting the paper was not public before then).

[68] Some of these statements are identified in the RSAC. Others are identified in Plaintiffs' Contention Interrogatory Responses. I do not opine either here or in the subsequent section addressing Plaintiffs' omissions claims about any legal significance that may arise from this distinction.

**Confidential**

effort necessary to install Suite 11i were misleading because the product could not be installed without extensive "systems integration."

146.    Based on my review of the evidence, and based on my extensive knowledge of business enterprise software and large software projects generally, it is my opinion that Plaintiffs' claim of falsity is incorrect for several reasons. First, Plaintiffs have failed to include any context surrounding the statements made by Oracle, in an attempt to make certain incorrect suggestions about the nature of those communications. I have read each of the documents and/or transcripts containing the allegedly false statements; even a cursory review indicates that the various speakers clearly did not intend to convey the meaning that Plaintiffs attribute to them. Any IT professional familiar with enterprise software would have understood the speaker's true meaning.

147.    Second, each of the documents and transcripts in which the statements are contained makes clear that Oracle was comparing Suite 11i's capabilities to the best-of-breed offerings currently on the market; this is consistent with Oracle's message since Suite 11i's inception. Thus, when Oracle referred to the "complete" nature of Suite 11i, it meant that, unlike best-of-breed, Oracle provided, in one package a complete set of basic back-office and front-office applications upon which a company could run its business.[69]

148.    Similarly, in contrast to having to "glue together" a number of modules from various software vendors, Oracle stated that Suite 11i was "integrated" and "interoperable," because all of its modules were developed by Oracle, designed to work together and based on a single global instance.

149.    With regard to the claims that "no systems integration" was required to install Suite 11i, Plaintiffs have again confused and conflated that phrase in a way that is inconsistent with industry usage. When Oracle stated that no systems integration was required to install Suite 11i, any IT professional with any background in business enterprise software would have understood what was meant: because Suite 11i was integrated on a data level (*i.e.*, all modules were based on a single global instance and designed to use a common data schema) and designed to work together, no software programming was required to combine those modules. In other words, unlike with best-of-breed (where modules from different vendors were *not* based on a single schema and integrated data model

---

[69] *See* Larry Ellison AppsWorld Keynote Speech, February 13, 2001 (NDCA-ORCL 306988-7021) at 306995 ("Now, I understand up until now, no company has offered you a complete suite of software to run your business. Everything. Marketing, sales, service, supply chain automation, manufacturing, accounting, human resources, all as a single integrated system. . . . Since no one was providing you a complete set of software to run your business, you have had up until now, no choice but to shop for parts."); *see also* L. Lederman, *Report From Oracle's Analyst Day: Maintain Buy Rating*, Blair, William & Co. Analyst Report (NDCA-ORCL 308696-99) at 308696 ("With the release, the company has a full e-business applications suite, including marketing software, electronic store, salesforce automation, call center, supply chain, e-procurement and back-end ERP (including accounting, manufacturing, and human resources).").

and could not work together in any fashion without extensive additional software to connect one another), customers did not have to write custom code for the modules to speak to each other.

150.          Oracle's consistent message that Suite 11i's architecture was inherently more integrated than best-of-breed offerings, and required no systems integration, is evident in each of the statements that are partially quoted by Plaintiffs. For example, during the December 14, 2000 earnings call, Mr. Ellison discussed in depth the level of integration of Suite 11i as it related to best-of-breed[70]:

> Now, these are astounding timeframes, in terms of
> delivering a comprehensive application automation of
> very, very large companies. You know, how can we do
> it? We do it because there's no systems integration
> required. This is a huge point and is not well
> understood. The conventional way of delivering
> applications, the so-called best-of-breed (approaches)
> - customer buys applications from several different
> suppliers. And after they accumulate those
> applications and enough pieces are in the garage, they
> hire - they got the parts. Now, they had to hire the
> labor - either Anderson Consulting or IBM - to
> assemble these parts into a complete and running
> system. And in fact, it's really the responsibility
> of the consuming company of this technology, to make
> all the pieces work together. Typically, the cost of
> (system) integration is five to 10 times the cost of
> the software. And it takes years to get those pieces
> running. There are (SAP) implementations that cost
> billions of dollars and taken years and years, and
> they're still not complete.
>
> Our approach is radically different. If you buy the
> complete E-Business Suite, there is no systems
> integration required. . . .
>
> Most of the risk associated with installing these
> applications has to do with the labor you hire to glue
> these pieces together. IBM shows up with a bunch of
> guys with glue guns, and they're trying to figure out
> how to attach (Siebel) to (BroadVision) to (Epiphany)
> to - you know, to Commerce One, to Ariba, to (SAP).
>
> And it's hard, and it's complex. In fact, IBM is
> planning a whole new series of ads, emphasizing how
> complex this is. And our whole approach is to agree
> with IBM. (That it is) an enormously complex process.
> And if you're going to go into a process like that,
> you need to hire IBM or Anderson [sic] Consulting, and
> you need to have lots and lots of money and lots and
> lots of time. And a stomach for risk. Or, you can
> buy our complete E-Business Suite, where all the
> pieces are designed and engineered to fit together,
> and no systems integration is required. It's up and

---

[70] *See, e.g.,* December 14, 2000 Earnings Call Transcript (NDCA-ORCL 003215-47), at 003224-25.