# EXHIBIT 202 part 2

Confidential

running in months.  You get the savings in months.  It
costs you less, and it takes less time to install.

151.　　　Another example of this message is Sandy Sanderson's January 8, 2001
conversation with Solomon Smith Barney,[71] where he emphasized the portions of
the statement omitted by Plaintiffs precisely illustrate what Oracle meant by
"integration" – *i.e.*, that Suite 11i (i) was integrated on a data level, and (ii) unlike
best-of-breed, was designed to work together without additional software from
third parties, thereby saving the customer time and money because no custom
code was required to stitch the modules together.[72]

152.　　　This contrast between what Oracle meant and the Plaintiffs' unfair
inference suggest could not be more evident than in the portions omitted by
Plaintiffs from the allegedly public statement made by Mark Barrenechea.[73] In the
White Paper, Mr. Barrenechea explained *exactly* what Oracle meant by
integration, as compared to best-of-breed offerings[74]:

> Oracle's CRM suite is both complete and integrated
> (Figure 1).  By *complete* we mean that every CRM
> application needed — marketing, sales, service,
> contracts, Web store. etc. — for sales and service to
> customers is included in the Oracle CRM suite.  By
> *integrated* we mean that every application in the CRM
> suite has been engineered around a unified global
> customer and product database.  All the applications
> have been designed and built by Oracle to work
> together and share information.  So no systems
> integration is required to install the Oracle CRM
> suite.
>
> In contrast, Siebel's CRM offerings require systems
> integration — a lot of custom programming and a lot of
> architectural reconstruction — to make the different
> applications in the suite work together.  That's
> because Siebel did not design or build most of the
> applications in the Siebel product set.

153.　　　Contrary to Plaintiffs' suggestion, Oracle never claimed that customers
would not have to do any implementation work or integration into legacy systems,
third-party software or an existing database to install the product; nor did Oracle
claim that this new and revolutionary product would be free of the bugs that are a
component of all large software products, or that those errors would be absent
from the portions of the software relating to communication between the modules.

---

[71] *See* Oracle EVP Visit to SSB (NDCA-ORCL 035470-472) at 035471-72.

[72] *Ibid.*

[73] *See* RSAC, paragraph 63; Oracle Corporation Technical White Paper: Customer Relationship
Management, Print Date February 6, 2001 (NDCA-ORCL 106680-728), at 106690.

[74] *Ibid.*

No one in the industry would have adopted any of the interpretations suggested by Plaintiffs; indeed, the "excessive patching" alleged by Plaintiffs did not indicate that Suite 11i was not "integrated" and "interoperable," because the product was fundamentally integrated at the data level. A software vendor's issuance of patches, bug fixes, and additional functionality for a new release simply does not constitute "systems integration."

154.    During a portion of the December 14, 2000 earnings call, Mr. Henley made it quite clear that extensive work was required to implement Suite 11i.[75] Mr. Henley clearly differentiated between extensive implementation required to install the products versus custom programming to stitch together various modules (*i.e.*, "systems integration"):

> Now, I'm very careful to say - we don't require systems integration or application modification. You still have to - you know, to put in our software - you still have to clearly convert your data, move your data out of the old system and into our system. There is still some labor involved in implementing our applications. But that labor is not computer programming. I'm going to be very clear. You don't need computer programmers to implement our systems. You've got to convert data, train some users, do things like that. You don't need to - you don't want to hire programmers to glue our software to other people's software, you don't want to hire programmer to, worse yet, to (actually) change our software.

155.    During that same earnings call, Mr. Henley and Mr. Ellison pointed out several customers that took many months to implement Suite 11i.[76] Mr. Ellison contrasted those with fixed-priced implementations at small companies, which still took up to three months.[77] In his keynote speech on February 13, 2001 at the Paris AppsWorld conference, Mr. Ellison stated on a number of occasions that Suite 11i installations take months – *e.g.*, "We think that whole notion of parts and labor is over.... All the pieces fit together. And we can install it in a matter of months, in a matter of months, and give you benefits in a matter of months, in a short period of time."[78]

156.    After having reviewed the factual record provided to me, it is readily apparent that Oracle's statements about Suite 11i, including the nature of the work required to implement it, were fundamentally true. This conclusion is based both

---

[75] *See* December 14, 2000 Earnings Call Transcript (NDCA-ORCL 003215-47) at 003237-38.

[76] *See, e.g., ibid.* at 003222-24 (citing GE and JDS Uniphase).

[77] *See, e.g., ibid.* at 003232.

[78] *See, e.g.,* February 13, 2001 Transcript of AppsWorld 2001 Larry Ellison Keynote Speech (NDCA-ORCL 306988-7021) at 306997-98.

Confidential

on the context in which the statements were made, as well as my understanding of these statements as an industry expert (*i.e.*, the audience for which they were intended).

### IX.2.2  Oracle's public statements boiled down to two points and these points are true

#### IX.2.2.1        *"Pre-Integrated" And "Interoperable"*

157.        Oracle's statements that Suite 11i was "pre-integrated" and "interoperable" must be interpreted in the context in which they were made – *i.e.*, the various modules and components of 11i were integrated *with one* another, prior to being released as a product to the marketplace, and prior to any subsequent effort a customer might have made to integrate Suite 11i with some other in-house legacy system, or third-party product.

158.        Similarly, and for the same reasons, an IT professional would immediately understand, from the context of such statements, that Oracle's claim of "full interoperability" would be limited to interoperability *between Suite 11i components.* Again, it would be absurd to expect that Suite 11i could be designed and built, *in advance*, in such a way that it would be interoperable with customized and proprietary in-house legacy systems (many of which developed as many as 20 years earlier) whose existence Oracle could not be aware of; nor would anyone expect that Oracle's interoperability claims meant that Suite 11i could interoperate "fully" with the complete spectrum of hundreds, or even thousands, of third-party business applications and products.

159.        The technical form and nature of Suite 11i's integration was discussed in Section VIII.1, above, and the contemporaneous reports and analyses of Oracle's Suite 11i integration by computer-industry technical analysts – whose opinions and assessments were widely consulted and weighed by prospective customers of Oracle's products – are summarized in Section IX.1.1, below.

#### IX.2.2.2         *No Systems Integration Required To Make It Work*

160.        Oracle's public statements that no systems integration was required to make Suite 11i work must also be interpreted in the context in which such statements were made – *i.e.*, the various modules and components of Suite 11i would work together *by themselves*, without the need for any additional systems integration. IT professionals would not have interpreted such a statement as a claim by Oracle that its 11i system could somehow work with a customer's internal legacy systems – systems whose existence and technical details Oracle could not even be aware of – without additional systems integration work. Nor would a typical IT professional expect that Oracle's Suite 11i would automatically "work" with an unlimited number of third-party products – whose nature and details Oracle could not know – without additional systems integration work.

**Confidential**

161.          Indeed, even though Oracle's Suite 11i could reasonably be expected to "work" without additional systems integration *of its own components*, that does not mean it could be installed in a customer environment without a significant implementation effort. Even if Suite 11i was implemented "out of the box" – *i.e.*, without any customization activity, and without any attempt to integrate it with in-house legacy systems or third-party products – it would still require weeks or months of intense effort to *configure* the thousands of different parameter settings to properly account for the details of the customer's environment.[79] As noted above, Oracle explicitly noted that implementation was still necessary, would take months, and would have to address the existence of legacy systems.[80]

## X      THE EVIDENCE DOES NOT SUPPORT PLAINTIFFS' CLAIM THAT ORACLE FAILED TO DISCLOSE MATERIAL FACTS ABOUT SUITE 11i

### X.1   None Of The Quality Related Evidence/Contentions Identified By Plaintiffs Identifies Anything Out Of The Ordinary For A Major ERP Release

162.          In support of their allegations that the statements discussed above were false and/or misleading, and that Oracle failed to disclose materials facts about problems with Suite 11i, Plaintiffs make a series of factual allegations.[81] Their allegations can be summarized as seven general assertions:

- The integration of Suite 11i's components was allegedly incomplete and/or faulty, due in part to development of ERP and CRM modules by separate programming teams;

- Suite 11i allegedly experienced an extremely large number of bugs and patches;

- Many customers allegedly suffered severe setbacks and problems with their implementation of Suite 11i, including Oracle itself;

- The CRM modules of Suite 11i were allegedly significantly flawed and/or incomplete;

---

[79] Issues related to *configuration* of software systems were discussed in Section V.2.3, above.

[80] *See* December 14, 2000 Earnings Call Transcript (NDCA-ORCL 003215-47) at 003237-38.

[81] *See, e.g.,* Plaintiffs' Contention Interrogatory Responses at 16-22.

- Oracle provided customers with significant "concessions," such as discounted or free consulting services "due to problematic and failed implementation of 11i and its individual modules"[82];

- Oracle misrepresented Suite 11i capabilities by using staged or fake demonstrations; and

- Oracle had a small number of reference customers for Suite 11i during Q3 of fiscal year 2000.

163.        As discussed in greater detail below, based upon my review of the Plaintiffs' contentions and the evidence in this case, none of the material identified by Plaintiffs supports the conclusion that Oracle's affirmative product-related statements were false or misleading.

164.        Many of these claims merely describe facts that are typical features of large software projects, as discussed in Section V.2 of this Report.

165.        The specific evidence cited by Plaintiffs is often incorrect or speculative. For example, much of the evidence cited by Plaintiffs consists of uncorroborated statements from "confidential witnesses," unsubstantiated statements and "horror stories" based on hearsay from computer-industry analysts writing about customer installations, and email statements, between Oracle employees, taken out of context.

166.        My responses to these allegations are based on:

- Review of specific details provided by Plaintiffs to support their claims;

- Review of contemporaneous reports and assessments by technology analysts, such as Gartner, Forrester, and Meta;

- Review of evidence, including internal Oracle correspondence and documents, produced in this case;

- Review of evidence associated with specific "go-live" and implementation projects with key Oracle customers; and

- Knowledge and experience of similar software development/ implementation efforts in the software industry.

---

[82] *Ibid.* at 16.

Confidential

### X.1.1   Plaintiffs' claim that the integration of Suite 11i's components was allegedly incomplete and/or faulty

167.         Plaintiffs allege that Defendants falsely stated that Suite 11i did not require systems integration or software modifications, and was fully interoperable out of the box.[83] Plaintiffs claim that these statements made by Defendants were false because Suite 11i was riddled with bugs and instability, which prevented the individual modules from sharing data. Plaintiffs further assert that the software required hundreds of patches to fix these defects and, thus, it was neither "integrated," nor "interoperable," as Oracle had claimed. In addition to the problems cited by Plaintiffs, they also allege that Suite 11i installations required hundreds of hours of consulting work to make the products function at customer sites, citing certain troubled and failed installations during the relevant time period. Therefore, Plaintiffs claim the statements made by Oracle about the level of work necessary to install Suite 11i were misleading because the suite could not be installed without extensive "systems integration" to make the various modules work together.

168.         I have reviewed the deposition testimony of key Oracle witnesses who supervised the technical development of Suite 11i – *e.g.*, Messrs. Wohl, Barrenechea, Godwin, Seiden, and Fletcher – as well as numerous internal Oracle documents, public analysis, and popular press reports regarding the nature of Suite 11i.[84] This review compels only one conclusion: that Plaintiffs' allegations that Suite 11i was not "integrated" (and therefore that Oracle's statements regarding Suite 11i were false) are fundamentally misguided.

169.         First, it is important to understand what Oracle meant by the term "integration"; for Plaintiffs' argument to succeed, one would have to accept a drastically skewed interpretation of this technical term – an interpretation that was neither intended by Oracle, nor adopted by the market. When it claimed that the Suite 11i modules were integrated, Oracle did not mean to imply that *every single module would seamlessly share data with one another without any errors or technical difficulties*. To the contrary, the relevant literature regarding large software projects indicates that bugs are inevitable in large commercial software, and Plaintiffs have not suggested why this aspect of the software would be immune to this general rule. Such a standard would be unrealistic and impractical, if not impossible to achieve. As discussed below in Section VIII.3.2, below, bugs that cause problems with the modules sharing data will occur – especially in a massive, new release. This does not mean the product is not "integrated." Indeed,

---

[83] *See* RSAC, paragraphs 50-51.

[84] *See*, for example, the discussion in Section VIII.1, and the list of Technical Reference Manuals following paragraph 130, above. *See also* the Trading Community Architecture design document titled "High Level Design TCA Classification Phase II" (NDCA-ORCL 238870-84).

**Confidential**

Plaintiffs' definition of "integration" could not possibly be attained by any general release of major commercial software.

170.     Rather, Oracle meant "that every application . . . has been engineered around a unified global customer and product database. All the applications have been designed and built by Oracle to work together and share information."[85] Oracle witness testimony consistently reinforced what integration means from a technical standpoint. For example, Greg Seiden testified[86]:

> [I]t means that we're sharing the same schema or the same definition of a customer, the same definition of an order, the same data as opposed to something that's not integrated where there needs to be – either there is no communication between the programs or you have to do custom integration and create programs to move data back and forth and keep them synchronized. ... It's integrated by design. It was – it's never not integrated.

171.     This is precisely the same definition of integration that was understood by the market. For example, Rick G. Sherlund of Goldman Sachs wrote[87]:

> Customers we are talking to like integration (one data model, one programming language, on [sic] vendor for support, one upgrade cycle, less integration work, quicker implementation, etc.

172.     Similarly, Gartner's E. Thompson wrote[88]:

> Oracle is focusing its marketing on synergies given by tight integration between is front-office modules and back-office applications. This integration is because: 1) most code has been written by in-house by the same developers, 2) the functionality acquired through acquisition has been reworked by Oracle into a single schema/data model and 3) the modules use a common workflow subsystem.

173.     And Hurwitz's Sharon Ward wrote[89]:

---

[85] *See* Mark Barrenechea, *Oracle Corporation Technical White Paper: Customer Relationship Management*, Print Date February 6, 2001 (NDCA-ORCL 106680-728) at 106690. *See also* Gretchen Teagarten, *Oracle EVP Visit to SSB* (NDCA-ORCL 035470-72) at 035471 ("The suite provides a single view of the customer across the enterprise by incorporating a single data model.").

[86] Deposition of Greg Seiden (May 16, 2006) at 69:7-70:4.

[87] Rick G. Sherlund, *Oracle – Early Checks with Applications Customers*, Goldman Sachs Analyst Report, November 3, 2000 (NDCA-ORCL 1051216-18) at 1051217.

[88] E. Thompson, *Oracle 11i CRM: Better but Not the Best*, Gartner Group Analyst Report, July 10, 2000 (NDCA-ORCL 009364-65).

**Confidential**

> Over the last two years, Oracle's development teams
> have been busy designing a single data model that
> would be utilized and shared by all the applications
> that make up E-Business Suite 11i. ... Once finished
> with the data model, each of the previously individual
> Oracle applications had to be retrofitted to utilize
> the new data model design.

174.     And the Meta Group reported that[90]:

> The suite uses a multi-tier, 100% internet computing-
> based architecture with shared application schema and
> data models (customer, inventory, order management,
> pricing, etc.).

175.     It is with this definition of "integration" that Oracle discussed the *relative*
ease of implementation of components/modules *within* Suite 11i. Oracle's
consistent message regarding Suite 11i was that, because Suite 11i's modules
were created on a single data schema and designed around a single, global
instance, it was *inherently* more integrated than the "best-of-breed" offerings in
the market. The use of the terms "integrated" and "interoperable" to contrast the
complexity of stitching together best-of-breed modules is clear in the
contemporaneous evidence I have reviewed. For example, Oracle's Mark
Barrenechea wrote a technical White Paper that stated[91]:

> In contrast, Siebel's CRM offerings require systems
> integration — a lot of custom programming and a lot of
> architectural reconstruction—to make the different
> applications in the suite work together. That's
> because Siebel did not design or build most of the
> applications in the Siebel product set.

176.     Because Suite 11i was "integrated" and "interoperable," companies did
not have to glue together a number of modules from various software vendors.
All of the data was integrated and accessible in one place, rather than contained in
the separate silos inherent to multiple best-of-breed modules from different
vendors. Thus, Oracle advanced Suite 11i as a value proposition compared to
best-of-breed because it required no custom code to make modules based on
separate schema share data. For example, Salomon Smith Barney's Gretchen
Teagarten wrote[92]:

---

[89] *Oracle's E-Business Suite 11i*, Hurwitz Group Analyst Report, April 11, 2001 (NDCA-ORCL 110505-11) at 110506-07.

[90] *Evaluation of: Oracle Sales*, META Group Analyst Report, 2001 (NDCA-ORCL 009889-93) at 009891.

[91] Mark Barrenechea, *Oracle Corporation Technical White Paper: Customer Relationship Management*, Print Date February 6, 2001 (NDCA-ORCL 106680-728) at 106691.

[92] Gretchen Teagarten, *Oracle EVP Visit to SSB* (NDCA-ORCL 035470-472) at 035471.

Page 68                                                                  **Confidential**

> Oracle reiterates two value propositions for the suite
> solution versus the "best-of-breed" approach:    The
> suite provides a single view of the customer across
> the enterprise by incorporating a single data model
> [and]  [t]he  suite  is  pre-integrated  and  fully
> interoperable  out  of  the  box,  helping  to  lower
> consulting costs and time-to-value.

177.         Oracle was *not*, as Plaintiffs allege, making any claims that Suite 11i could
be integrated with other third-party products, or within customers' internal legacy
systems, *without* integration coding and effort. In my experience, IT professionals
who worked with business enterprise software would not understand such a claim
in the way Plaintiffs suggest. In addition, Oracle reiterated on many occasions that
its suite would require significant effort for customers to implement, including
conversion of legacy data. For example, as noted in paragraph 154, above,
Oracle's Jeff Henley made exactly this point in a December 14, 2000 earnings call
to Wall Street analysts on December 14, 2000.[93]

178.         Plaintiffs further suggest that Oracle's use of separate development teams
for the CRM and ERP modules compromised their integration. In my experience,
it is necessary to use many separate teams to develop software of the size and
scope of Suite 11i. It was well known to the industry that thousands of
programmers were necessary to create Suite 11i, and Oracle made clear that the
CRM and ERP modules were being developed separately; indeed, much of the
functionality of the ERP modules had been developed in previous works of
Oracle's applications, long before the CRM team was even created. The evidence
I have reviewed nevertheless indicates that the modules were developed to work
together, and while there may have been communication problems, political
problems, and/or technical misunderstandings between the two teams that would
result in some software defects, I do not believe the separate teams are relevant to
the fundamental question of whether the CRM and ERP components were
"integrated" as Defendants used that term to describe Suite 11i.

### X.1.2   Plaintiffs' claim that Suite 11i allegedly had an extremely large number of bugs and patches

179.         Plaintiffs allege that many customers who attempted to implement Suite
11i shortly after it was introduced would require hundreds of patches to correct
defects in the software. Plaintiffs argue that, because the product was "riddled"
with bugs and defects, it was not integrated, and therefore Oracle made false
claims about its functionality. Plaintiffs cite a number of general product quality
issues, including allegations that the Suite was released too early and/or was not
adequately tested for bugs, and therefore exhibited a large number of bugs; that
patches released by Oracle to fix bugs were not tested adequately, and sometimes

---

[93] Second Quarter 2000 Earnings Call Transcript, December 14, 2000 (NDCA-ORCL 003215-47) at
003237.

**Confidential**

caused other parts of the software to "break"; and that the products within the Suite had "functionality gaps."[94]

180.     In my expert opinion, the fact that Suite 11i – like any massive, new release of business enterprise software – had bugs has nothing to do with Oracle's use of the terms "integration" and "interoperability." The fact that the Suite 11i product, like most major releases of large commercial software packages, experienced the same issues as do many early releases of large commercial software does not, in my opinion, bear on the technical aspects of the product, which Oracle truthfully and accurately disclosed (*see* Section IX.2, above). . .

181.     As I have discussed in greater detail already (*See* Section V.3.3, above), bugs are an unavoidable reality in the software industry. Notwithstanding the vociferous complaints levied by some Oracle customers, the phenomenon of software bugs in the initial release of a large, complex system is common, familiar, and well understood by technologically sophisticated IT professionals. Suite 11i was a huge, new release of software that contained "massive" amounts of new functionality; for example, Alan Fletcher testified as follows[95]:

> Q.   Do you know what the ... functionality difference
> between 10.7 and 11i was?
>
> A.   It's – it's massive. ... Many new products.  Much
> of CRM was new in 11i compared to 10.7.  Every module
> had significant new functionality.

182.     Similarly, Oracle's Executive Vice President, Ron Wohl, testified that Suite 11i contained many more CRM modules than in any prior release.[96]

183.     As an expert in this area, I would expect more than the usual amount of initial product defects than normally associated with early versions of software. Other industry analysts had the same reaction at the time of Suite 11i's release. For example, GIGA's Erin Kinikin wrote[97]:

> Oracle 11i is one of the largest single application
> releases ever (2.5 years, four product acquisitions,
> close  to  1,000  developers  on  two  continents),
> exacerbating the usual major release glitches.

---

[94] *See, e.g.,* Plaintiffs' Responses to Contention Interrogatories at Response to Interrogatory No. 6 at 16-20.

[95] Deposition of Alan Fletcher (April 6, 2005) at 121:8-18.

[96] Deposition of Ron Wohl (March 23, 2006) at 108:8-17.

[97] Erin Kinikin, *Oracle Delays (Pieces of) CRM Release – Early Buyers Beware,* GIGA Information Group Analyst Report, March 27, 2000 (NDCA-ORCL 019758-59) at 019758. As the GIGA report focused on CRM, its reference to 1,000 developers likely referred to GIGA's estimate of the number of CRM developers. In fact, approximately 1,200 developers worked on the CRM applications and another 3,000 worked on the ERP applications. Declaration of Alan Fletcher (February 28, 2005) at paragraph 6.

**Confidential**

184.         Similarly, Hurwitz Group's Sharon Ward wrote[98]:

> Oracle basically introduced an application that covers
> the functionality of at least five (ERP, CRM, SCM,
> HRMS, Service) enterprise class applications.   This
> resulted in a substantial number of bug reports, but
> probably on par with the total number that would be
> found in any five such applications.

185.         And Goldman Sachs' Rick Sherlund wrote[99]:

> We believe the release was buggy, but consistent with
> other major new releases.

186.         Plaintiffs decry a supposedly inordinate amount of bugs and patches associated with Suite 11i's early life, yet they provide no frame of reference (apparently in an attempt to magnify 11i's problems). Bugs occur in every release of every software product delivered by every vendor; Oracle's Suite 11i is simply not, as Plaintiffs imply, unusual in having bugs on a significant scale. This phenomenon is evident in this case. For example, Forrester's L. Orlov emailed Oracle's Leslie Rubin that[100]:

> For long time customers it harkens back to the
> September 1994 OAUG conference in San Francisco when
> Oracle management at the Ask Oracle panel was
> lambasted by customers struggling to get a tardy and
> buggy release 10 into production.  It took 4 1/2 point
> releases to stabilize R10 for general release.

187.         Similarly, Oracle's Mark Jarvis testified[101]:

> When Windows '95 was released ... it had 50,000 bugs
> in it, if I remember correctly.  Should they have
> released Windows '95?  I don't know.  It sounds like a
> lot of bugs. Every product has bugs.

188.         And Oracle's Michael Rocha testified that[102]

---

[98] Sharon Ward, *Oracle's E-Business Suite 11i*, HurwitzGroup Analyst Report, April 11, 2001 (NDCA-ORCL 110505-11) at 110506.

[99] Rick G. Sherlund, *Oracle – Early Checks with Applications Customers*, Goldman Sachs Analyst Report, November 3, 2000 (NDCA-ORCL 1051216-18) at 1051216.

[100] April 5, 2001 email from L. Orlov (Forrester Group) to Leslie Rubin (Oracle), Re: "Some of the comments I have received re: the brief" (NDCA-ORCL 121620-23) at NDCA-ORCL 121622 (forwarding comments from readers regarding an earlier Oracle release).

[101] Deposition of Mark Jarvis (May 30, 2006) at 167:25-168:10.

[102] Deposition of Michael Rocha (April 7, 2006) at 212:9-24.

> I have a general recollection, and the general
> recollection was there was bugs just like every
> software that's ever gone out of a software lab.

189.        Bugs are a normal, expected part of a software lifecycle, and companies
do whatever they can to resolve these issues and ensure that future customers
don't encounter the same defects. As discussed in paragraph 45, above, it is also
normal and expected that the process of fixing bugs can sometimes create new
bugs. Given the size of a typical ERP package, it is by no means clear from the
evidence on record the Suite 11i was "buggier" than one would expect or that
Oracle's patches were causing more problems than one would expect in the
ordinary course of testing and improving software of that size.[103]

190.        In Plaintiffs' citation of purportedly unprecedented bug issues, I would
correct the misconception that *all* of the Technical Assistance Requests (TARs)
customers issue to Oracle for help are bugs. The system used by Oracle to track
TARs is a common mechanism used by various software vendors to receive
questions, comments, complaints, and notification of unexpected behavior (*some*
of which might be bugs) from customers. The evidence I have seen in this case is
consistent with that usage. For example, Richard Sellers testified as follows[104]:

> Now, that technical assistant request can be anything
> from how do you do this, how do I do that, how do I do
> something else, all the way to essentially the
> customer having found a bug in the software that can
> only be repaired by a patch. ... So they run the full
> gamut of advice to, gee, you've actually unearthed a
> problem with our code that has to be repaired.

191.        In fact, the evidence indicates that, as of April 2001, only 30% of TARs
issued by customers regarding Suite 11i were eventually identified as software
bugs.[105] The factual record in this case is consistent with my professional
experience: that customers, or on-site consultants, often escalate problems that are
not bugs.[106] In her deposition, Oracle's Kirsten Shaw gave the following
testimony about Bell South's implementation experience[107]:

---

[103] See paragraph 87, above, for a discussion of the number of bugs typically experienced in large, comprehensive ERP systems.

[104] Deposition of Richard Sellers (February 28, 2006) at 38:3-15.

[105] *See* April 2, 2001 email from Mary Ann Anthony to Distribution, Re: "11i Issues for Discussion at the AMCM on 4/3" (NDCA-ORCL 054443); *see also* March 27, 2001 Excel Spreadsheet, Re: "Escalation Management" (NDCA-ORCL 1027687-750) at 1027739-45 (showing that 68% of Suite 11i TARS were issues other than bugs).

[106] *See, e.g.,* July 13, 2000 email From Cliff Godwin to Ron Wohl, Re: "CRM 11i product install problems" (NDCA-ORCL 028721-23) (determining that a critical P1 bug at POSCO was actually "pilot error").

[107] Deposition of Kirsten Shaw (September 19, 2006) at 239:3-7.

**Confidential**

> They were trying to do an installation at Bell South,
> and the issues they brought up, there were five bugs
> that they had logged as SEV1 bugs and, all of them
> turned out to be setup problems.

192.       Plaintiffs characterization of numerous "patches" as a proxy for lack of
integration or product functionality is also misguided. Like bugs, patches are a
natural part of software lifecycles. As Ron Wohl testified[108]:

> I think it is unfair to talk about the 5,000 patches
> as necessarily all being a bad thing. Having too many
> bugs in software is certainly a bad thing, but simply
> the fact of having - of making a software change -
> some number of software changes were made to - for the
> exact reason, to improve the software with new
> features and so forth.

193.       Contrary to Plaintiffs' suggestion that patches are somehow out of the
ordinary, Oracle defines patches as any instance in which new and/or modified
code is delivered to the customer, as is common in the industry. As a result,
patches also include enhancements and the inclusion of additional functionality
into the software. Indeed, each point release of software typically rolls up patches
(including bug fixes and enhancements) from the prior release. Patches also
include changes required by external regulations and new legislation – *e.g.*,
changes in tax laws, changes to reporting requirements in HR systems, changes in
accounting procedures (*e.g.*, GAAP, Sarbanes-Oxley) in the financial systems.
Indeed, some patches are merely diagnostic tools – *i.e.*, they are not intended to
provide additional functionality, or correct existing bugs, but merely provide
technical monitoring and report technical information to Oracle, to assist in
trouble-shooting and software improvement.

194.       Because of the reality that TARs and patches can result from a number of
issues completely unrelated to software defects, reports of over 5,000 patches to
Suite 11i early in its lifecycle is neither surprising, nor necessarily a cause for
concern. As Larry Ellison testified[109]:

> Q What about the 5,000 patches; were you aware at that
> time of the 5,000 patches?
>
> A  Yeah. Patches are often enhancements.

195.       Having reviewed the evidence in this case, there can be no dispute that
Suite 11i had its share of bugs as a new release; however, Plaintiffs have unfairly
implied that Suite 11i had unusually poor quality because it contained bugs in its
early stages. That simply does not reflect reality: every major release of business
enterprise software exhibits similar problems, because it is impossible to work out

---

[108] Deposition of Ron Wohl (May 31, 2006) at 337:9-15.

[109] Deposition of Larry Ellison (September 21, 2006) at 288:1-3.

**Confidential**

every bug prior to its release. Suite 11i was revolutionary product for its massive amounts of new functionality (compared to any other release). Indeed, I have seen no evidence that Suite 11i was worse than any other ERP product of a comparable size and scope. It appears that Plaintiffs have relied on dramatic statements (*e.g.*, the claim that Suite 11i had 5,000 "patches" during the first six months after its release)[110] and anecdotal evidence that, taken in a vacuum, unfairly magnify the actual problems that occurred. Plaintiffs also fail to place these numbers in any context, and make no effort to review the widely distributed literature describing the number of bugs to be expected in a product of Suite 11i's size.[111]

### X.1.3   Plaintiffs' claim that many customers allegedly suffered severe setbacks and problems with their implementation of Suite 11i

196.        Oracle's consistent message that Suite 11i was integrated (*i.e.*, not requiring custom software modifications to integrate the modules, based on the same data schema and engineered around a single, unified data model), compared to best-of-breed offerings, is not rendered false or misleading merely because certain customers encountered difficulties in implementing the product. Large-scale ERP and CRM implementations can be hampered for reasons having absolutely nothing to do with the software involved, including:

- *Incorrect use of the product or improper customization.* For example, Keith Block testified[112]:

    > Well, some of the challenges with that is it is new software. And, again, the folks at Ingersoll Rand weren't intimate with the workings of the software, they were asking the software to do things it wasn't designed to do. Whole bunch of issues.

    And Michael Rocha testified[113]:

    > [Y]ou know, I had a customer one time who implemented fixed assets on a train system. You know, I mean, you're sitting there going, "Well, what part of fixed assets did you not understand?" That's just the way the industry works.

---

[110] RSAC, paragraph 69(c).

[111] As discussed in paragraph 87, above, software metrics expert Capers Jones estimates that when a large ERP product is first deployed, as many as 150,000 defects will typically still be present. Of these, approximately 1000 will be high-severity defects (*i.e.*, "P1" defects in Oracle's nomenclature), 20,000 will be medium-severity defects (*i.e.*, "P2" defects in Oracle's nomenclature), and 129,000 will be low-severity defects (*i.e.*, "P3" defects in Oracle's nomenclature).

[112] Deposition of Keith Block (May 3, 2006) at 196:6-9.

[113] Deposition of Michael Rocha (April 7, 2006) at 209:16-210:21.

- *Problems with the customer's hardware.* For example, Mary Ann Anthony testified[114]:

  > [W]hen they had a large number of their users on, the system was slower than they wanted it to be. Now, that could have been hardware related, it's not necessarily a software issue. It could have been how they configured their hardware. So it would be difficult to say if that was a bug or not.

- *Lack of appropriate internal sponsorship or resources.* For example, Keith Block testified[115]:

  > [Ingersoll Rand] lacked an executive sponsor, they didn't deploy business resources, they didn't have the expertise, they weren't trained. There were a whole host of issues. They were actually very independent of the product.

- *Mistakes or misunderstandings by on-site consultants.* For example, Richard Sellers testified that[116]:

  > [C]onsulting many times hires very bright people, but they don't train them. They haven't had extensive training. Many times not even as much training as my support people have on the product. So they're asking a lot of questions. Those questions are all TARs.... So as they submit these questions, we're working to resolve them. Sometimes we call back, and we can't find them. They're not there, so there is nobody to give the answer to. Other situations are they don't do a good job doing their part, for whatever reason, training, competence, whatever. Because – they almost always will then blame it on the product. I mean, they will rarely say, Yes, Mr. Customer, I just didn't get it done in time. They say, You know, I couldn't get that done because of all of these TARs, or, The product didn't do what it was supposed to do, so it's not my fault.

- *Migration of old or bad data.* For example, Kirsten Shaw testified that[117]:

  > Actually, frequently we are involved where there's been bad data put into the system, and that's what's causing the problem.

---

[114] Deposition of Mary Ann Anthony (August 11, 2006) at 99:9-23.

[115] Deposition of Keith Block (May 3, 2006) at 195:23-196:2; *see also ibid.* at 195:6-22 and 196:3-20.

[116] Deposition of Richard Sellers (February 28, 2006) at 93:19-94:10; *see also* Deposition of Ron Wohl (March 23, 2006) at 145:20-146:16; Deposition of Donald Klaiss (June 20, 2006) at 100:9-22.

[117] Deposition of Kirsten Shaw (September 19, 2006) at 168:22-24..

197.     As noted above, even problems that are reported to Oracle as TARs are, more often than not, unrelated to software defects; *see* Section VIII.3.2, above. It would be incorrect for me to assert that there were no product problems – during the first year of its release, a number of Oracle customers implementing Suite 11i did indeed experience bugs and defects that caused numerous setbacks; however, problems with early releases of software are common and expected by the industry. This is why many companies wait a few releases for the software to stabilize. For example, CW 17, formerly of Eaton Corporation, testified as follows[118]:

> [M]y coaching to Eaton was, you know, this is an early
> release. This is a dot zero release. We really don't
> want to go there until we have some proof that it's
> stable and running and that was my comment. ...

198.     Industry analysts even warned potential customers to wait a year for Oracle to work out the kinks in its new release. For example, GIGA's Erin Kinikin wrote[119]:

> Despite the fact that some Oracle CRM modules have
> been available before, Giga believes that the size and
> scope of Oracle 11i CRM justify treatment as 'Release
> One' product, suitable primarily for early adopters
> with high tolerance for risk and additional expense.
> ... Companies should delay broad implementation and
> rollout until 2001 to give new modules and vertical
> offerings time to mature.

199.     And META Group's Steve Bonadio wrote[120]:

> Users must approach the newer applications cautiously,
> because many have not been field tested in real-world
> scenarios.  For  mission-critical  applications,  we
> recommend users wait at least six months after the
> release of 11i to purchase/implement Oracle's newest
> applications.

200.     Nevertheless, implementation difficulties (which are common in the industry for adopters of the first few releases of new software) do not signify that Suite 11i was not "integrated" or "interoperable" as compared with a best-of-breed offerings in the market. After a review of the record, it is my understanding also that Plaintiffs have targeted a small number of "escalated" customers out of

---

[118] Deposition of CW 17 (June 8, 2006) at 149:2-5; *see also ibid.* at 148:19-149:1 and 149:6-7.

[119] Erin Kinikin, *Oracle Delays (Pieces of) CRM Release – Early Buyers Beware*, GIGA Information Group Analyst Report, March 27, 2000 (NDCA-ORCL 019758-59) at 019759.

[120] Steve Bonadio, *Application Deliver Strategies; Oracle 11i: The Holy Grail?* META Group Analyst Report, July 5, 2000 (NDCA-ORCL 009736-38) at 009737.

**Confidential**

the entire customer base, which unfairly skews the picture. For example, Michael Rocha testified[121]:

> [W]e had a lot of customers all of which were going to be upgraded on a lot of software. We're sort of picking, you know, a couple customers here inside of a big customer base. So it's hard to sort of take one situation and draw conclusions from it in the general case. You know, I wouldn't - these are a handful of cases.

201.    Plaintiffs' anecdotal evidence of bugs and a handful of escalated customers that experienced escalated concerns for a host of possible reasons, do not indicate anything to me about the overall quality of the software. [122]

202.    Furthermore, Plaintiff's evidence that certain customers were offered discounts or free consulting services (including SWAT teams) to remedy problems does not indicate anything to me about the quality of the software. Indeed, I have reviewed evidence that Oracle often offered complimentary

---

[121] Deposition of Michael Rocha (April 7, 2006) at 209:2-15. *See also Oracle: The State of E-Business is Strong*, Oracle Press Release, February 20, 2001 (NDCA-ORCL 102009-12) at 102009 (stating that 2,500 Oracle customers were implementing Suite 11i).

[122] Contrary to Plaintiffs' claim of fundamental problems with the software, throughout Q3 2001, the number of customers licensing and implementing Suite 11i applications steadily increased, from approximately 1,000 customers in the process of implementing Suite 11i applications at the start of the quarter (L. Wendell, *Oracle Corporation: Picture Perfect Q2: FYO1 Should Even Convert the Skeptics*, Credit Suisse First Boston Corporation, December 15, 2000, (NDCA-ORCL 154522-31) at 154523) to approximately 1,300 customers by mid January of 2001 (G. Teagarden, *ORCL: Oracle EVP to Visit to SSB*, SSB Report, January 10, 2001, (NDCA-ORCL 309063-7) at 309066), to 2,500 customers by the end of the quarter. C. Phillips, *Oracle Apps World Feedback*, Morgan Stanley Analyst Report, February 26, 2001, (NDCA-ORCL 400672-8) at 400672-73; *Oracle: The State of E-Business is Strong*, Oracle Press Release, February 20, 2001 (NDCA-ORCL 102009-12) at 102009; *see also* Mark Barrenechea CRM Presentation, Q3 2001, (NDCA-ORCL 399590-637) at 399614. "Go lives," or customers live on Oracle's 11i applications, also increased steadily throughout the same period, from 85 at the start of the quarter, to nearly 200 by quarter's end. *See* December 13, 2000 R11i Customer Information (NDCA-ORCL 418888-96) at 418888-91 (listing 85 "11i Live Customers" as of December 13, 2000); January 3, 2001 R11i Customer Information (NDCA-ORCL 418744-54) at 418744-47 (listing 100 live customers as of January 3, 2001); January 24, 2001 R11i Customer Information (NDCA-ORCL 418726-31) at 418726-31 (listing 149 live customers as of January 24, 2001); February 8, 2001 R11i Customer Information (NDCA-ORCL 418629-40) at 418629-34 (listing 175 live customers as of February 8, 2001); February 26, 2001 R11i Customer Information, (NDCA-ORCL at418419-31) at 418419-25 (listing 200 live customers as of February 26, 2001). By the end of FY 2001, nearly 400 customers were live on Suite 11i software. June 13, 2001 R11i Customer Information (NDCA-ORCL 417620-39) at 417620-33. Throughout the same period, Oracle was winning key big license deals for its 11i applications. *See* W. Laidley, *ORCL: Picture Perfect Q2: FYO1 Should Even Convert the Skeptics*, CSFB Report, December 15, 2000, (NDCA-ORCL 308895-900) at 308895 ("More than 3,000 customers are migrating to 11i ... JDS Uniphase, American General, and GE Power are few [sic] examples ... Another significant customer win highlighted was Covisint."); Bob Austrian, *Highlights from BAS Presentation*, Bank of America Report, February 7, 2001, (BOA 01071-4) at 01071 (noting license sales to BellSouth, Citibank, MBNA, Xerox, HP, Hitachi, GE Medical, GE Capital, Boeing, Veritas, Ingersoll-Rand, and Humana).

**Confidential**

consulting services or discounts for reasons entirely unrelated to the quality of Suite 11i. For example, Eaton Corporation received license discounts and concessions on Suite 11i for products as compensation for products purchased in 1995 and 1997.[123]

203.         In addition, as discussed in Paragraph 97, above, certain concessions are simply a business reality with commercial customers. I have seen evidence that Oracle provided consulting services or discounts for a variety of reasons unrelated to product quality – such as maintenance of long-term relationships.[124]

### X.1.4   Plaintiffs' claim that the CRM modules of Suite 11i were allegedly significantly flawed and/or incomplete

204.         Plaintiffs make a number of accusations concerning the lack of quality and maturity of the CRM modules of Suite 11i. Plaintiffs target this part of the product as the most problematic of the Suite, citing troubled implementations, allegedly excessive bugs and a lack of referenced customers during the relevant time period.

205.         Based on my review of the factual record and my extensive experience in business enterprise software, however, the growing pains encountered by the massive CRM portion of Oracle's Suite 11i were neither undisclosed to the public, nor were they out of the ordinary. As I have noted previously, all new releases of complex business enterprise software experience some initial problems – including bugs and missing functionality.

206.         In early 2000, prior to the general release of Suite 11i, Oracle publicly stated it would release CRM separately and on a rolling basis of added functionality. As Alorie Gilbert wrote in the computer trade magazine *Information Week*[125]:

---

[123] *See* February 16, 2001 Settlement Agreement and Release Between Oracle Corporation and Eaton Corporation ("Eaton Settlement Agreement") (NDCA-ORCL 1125685-93).

[124] *See* Deposition of George Roberts (June 22, 2006) at 168:4-169:11; *see also ibid*, at 167:24-168:3 ("I mean he was saying that we want to make the client successful. It may cost us some – some, you know, expense. ... And again, you know, that is part of the game. I mean, it was a new release. New releases have challenges sometimes. But at the end, if the client is successful, you all win."); *see also* Deposition of Kirsten Shaw (September 19, 2006) at 181:6-10; *see also ibid*, at 180:21-181:5 and 181:11-14 ("Customers ask to be reimbursed all the time, and consulting asks us to reimburse them for their time all the time. When you're in a tough situation that's a negotiating ploy, it doesn't necessarily mean anything."); *see also* Deposition of Richard Sellers (February 28, 2006) at 55:12-57:5 (noting that, as annual support renewal dates approached, clients would use a number of tactics to negotiate the price, including concessions for perceived problems).

[125] Alorie Gilbert, *ERP Vendors Look for Rebound After Slowdown*, InformationWeek, February 14, 2000 (NDCA-ORCL 031333-37) at 031335.

> [T]he fully Web-enabled application Suite, Oracle
> Applications Release 11i, won't be released until the
> end of the first quarter – and some components, such
> as CRM and order management, will ship even later.

207.         Thus, any argument by Plaintiffs that Oracle represented that CRM would
be initially complete is inaccurate.

208.         It was widely disclosed that CRM was the newest and least mature of the
Suite 11i modules. Early in 2000, analysts advised customers to wait out the bugs
until later in the product's development. For example, Steve Hamm wrote in
*Business Week*[126]:

> Even after the suite ships, consultants such as
> Gartner Group Inc. warn corporate customers that it
> probably won't be stable enough to handle the most
> crucial jobs until the end of the year.

209.         And GIGA's Erin Kinikin wrote[127]:

> Companies should delay broad implementation and
> rollout until 2001 to give new modules and vertical
> offerings time to mature.

210.         At the October 24, 2000 OAUG meeting in Honolulu, Hawaii, Ron Wohl
advised customers interested in CRM applications to wait and implement release
11i.3, which was still in development and pre-release testing, and would not be
released until early 2001[128]:

> If you're running CRM, you'll want to look to 11i.3,
> the next release. This release will be of particular
> help in CRM.

211.         Again, these bugs and problems with functionality are typical of such new
and massive software. The fact that CRM was developed by separate applications
groups within Oracle and delivered on separate dates has no bearing on whether
the product was "integrated and interoperable." As Greg Seiden testified[129]:

> Q. If in – with one of the releases the CRM and ERP
> code were released separately, would that separate
> release have any impact on the integration between the

---

[126] Steve Hamm, *Oracle: Why It's Cool Again*, Business Week, May 8, 2000 (NDCA-ORCL 307328-35) at 307330.

[127] Erin Kinikin, *Oracle Delays (Pieces of) CRM Release – Early Buyers Beware*, GIGA Information Group Analyst Report, March 27, 2000 (NDCA-ORCL 019758-59) at 019759.

[128] *See* Transcript of Oracle Question and Answer Session at October 24, 2005 OAUG Fall Conference (found in NDCA-ORCL 101777-88) at 101780.

[129] Deposition of Greg Seiden (May 16, 2006) at 265:3-9.

**Confidential**

> ERP and CRM modules as you've used that term here
> today?
>
> . . .
>
> THE WITNESS:  No, it wouldn't.

212.         Oracle truthfully represented that Suite 11i was integrated and interoperable; the early problems with CRM that were widely publicized prior to the Class Period do not change the truth of that claim.

### X.1.5   Plaintiffs' claim that Oracle misrepresented Suite 11i's capabilities by using staged demonstrations or fake data

213.         Plaintiffs have also asserted that Oracle misrepresented the capabilities of Suite 11i by rigging demonstrations.[130] I have not seen anything in the evidentiary record in this case suggesting that any salesperson at Oracle misled a customer by rigging a demonstration or misrepresenting Suite 11i's capabilities.

214.         *All* demonstrations of business enterprise software operate in a simulated environment designed to demonstrate specific business flows for the customer. In my experience, a customer will issue a request for a proposal, detailing which business flows are of particular interest. It is impossible for Oracle or other vendors of comparable systems to implement the product at the customer site and run it, as if it was live; instead, for Suite 11i, Oracle used a demonstration environment based on the latest release of software (without any patches, because the environment was in constant use) that was populated with what Plaintiffs have deemed "fake data." The Applications Demonstration System, or "ADS," was necessarily running on data for a fictitious company called "Vision."

215.         Sales consultants in charge of demonstrations at customer sites could then log into ADS on separate "instances," to perform a live demo over internet connections. Despite the new technology, sales consultants (like at any software company) still used static screen shots and other methods of demonstrating the product to potential customers.

216.         I have seen no evidence that customers misunderstood these facts. Demonstrations of the product used fictional data running through Oracle's ADS, and they followed the script specifically requested by the customer. This is typical of all large software demonstrations after the advent of the Internet allowed demonstrations to flow through dynamic environments – such as ADS – instead of using static presentations on laptops.

217.         For the same reason – *i.e.*, that given the size and complexity of the software it can only be shown to the customer in a demonstration environment

---

[130] Plaintiffs' Responses to Contention Interrogatories at 19.

**Confidential**

rather than a fully implemented environment – problems experienced with the demonstration environment do not necessarily reflect problems with the underlying product. To the contrary, the demonstration product may have problems resulting from errors in the demonstration platform/environment itself – *e.g.*, corrupted data, incorrect configuration, hardware problems, operating system bugs. Likewise, it is not uncommon or unusual for demonstration products to be unable to demonstrate the full functionality of the underlying product – *e.g.*, the demonstration may be presented on a smaller computer, with limited memory and network capabilities, than the intended operational environment. As a result, Plaintiffs' reliance on problems with Oracle's demonstration product as evidence of bugs or lack of functionality in the underlying Suite 11i software is misplaced. The available evidence does indicate that, in certain instances, it was extraordinarily frustrating for Oracle's sales force to be unable to effectively demonstrate Suite 11i's features to potential customers – but this failure does not reflect on the underlying software.

### X.1.6   Plaintiffs' claim that Oracle had a small number of reference customers

218.          Finally, Plaintiffs claim that Oracle had only a small number of reference customers to support its sales of Suite 11i, because of the problems with the product. Again, based on my extensive experience with business enterprise software, it is readily apparent that Plaintiffs are identifying problems with Suite 11i in particular, when reference issues are typical of *all* new software releases.

219.          The typical implementation of Suite 11i for a small company could take up to three months – or substantially longer for enormous, multi-divisional corporations. Implementations are expensive, complex and lengthy even if nothing goes wrong. Therefore, there was nothing unique or nefarious about a small number of reference accounts leading into Oracle's Q3 2001. On the contrary, the evidence I have seen regarding references appears consistent with any new software release of Suite 11i's size and complexity. For example, Mark Jarvis testified[131]:

> A. I absolutely remember that getting references for E-Business Suite was a very uphill struggle.
>
> Q.  Why?
>
> . . .
>
> THE WITNESS: For many reasons, including the amount of time taken for the customer to go live and see benefits.

---

[131] Deposition of Mark Jarvis (May 30, 2006) at 201:18-202:15.

**Confidential**

220.      It was well understood by the market that customers would need some time to implement Suite 11i before becoming reference accounts. For example, Eric Upin of the Robertson Stephens Analyst Report commented that[132]:

> Although the company has announced a number of 11i
> customer wins, none of the bigger names, including
> BellSouth, GE, and Lucent, have gone live yet.   We
> believe it will take several more quarters for the
> company to implement these customers and to use them
> as references to win additional business.

221.      Any software vendor struggles to secure reference customers early in the lifecycle of an enormous release of business enterprise software. Oracle had the same problem with every one of its releases. For example, George Roberts testified[133]:

> We would like to have a thousand of them, we only have
> 50 of them because it is a new release. ... And, you
> know, when you have new release of a new product, you
> know, it takes awhile until you build up a base of 500
> plus customers to talk to people.

222.      Mark Jarvis further testified[134]:

> So the whole area of customer references throughout my
> career in Oracle has been hard.

223.      I have seen no evidence that would support Plaintiffs attempt to distinguish reference problems of Suite 11i with reference issues in an any other software release's early stages.

224.      Even putting aside the effect of the newness of the software and the length of implementations, there are many other common difficulties in building customer references that Plaintiffs gloss over; for example, many customers hesitate to serve as a reference to avoid losing a competitive advantage. For example, Mark Jarvis testified[135]:

_____

[132] E. Upin, *ORCL: Reiterating Near-Term Cautious Outlook on the Stock Following ...* (Part 2 of 3), Robertson Stephens Analyst Report, November 8, 2000 (NDCA-ORCL 419950-52) at 419950; *see also* C. Wittmann, *Oracle First Call, First Union Securities Analyst Report*, February 20, 2001 (NDCA-ORCL 091447-49) at 091448 ("Oracle has 180 live 11i ebusiness [sic] customers. Of the larger customers we count 14 large companies that would be considered Fortune 500 size. These customers are also in various stages of implementation. These accounts are becoming referenceable, but we believe the real momentum will begin to build when they are fully implemented and that should take place over 2001.").

[133] Deposition of George Roberts (June 22, 2006) at 353:17-354:22.

[134] Deposition of Mark Jarvis (May 30, 2006) at 128:5-6.

[135] *Ibid,* at 121:24-123:23.

**Confidential**

> I know of situations where we could not get customers
> to talk about it because they were getting a
> competitive advantage from it.

225.     Other customers simply did not want to serve as a marketer for another
company, or would not agree to do so due to legal issues or other company
policies.[136] In any event, it was a complicated process, including approval and
legal issues on both sides.[137]

226.     There is nothing unusual about Oracle having relatively few references
during the first 6-9 months after the new release of a massive revolutionary
software product. For example, Mark Jarvis testified[138]:

> Q. ... Would it surprise you if in January of '01,
> there was still a real problem getting references for
> Suite 11i and there was still a lack of references?
>
>     . . .
>
> THE WITNESS:  No, it wouldn't surprise me.

227.     Despite these challenges, Oracle indeed had reference customers for Suite
11i. As of October 4, 2000, Oracle had 27 reference customers; as of December
14, 2000, that number had increased to 83; and Oracle had 210 reference
customers for Suite 11i by March 15, 2001. By February 8, 2001, 32 of the
references were for CRM.[139]

228.     The number of references for such a young product has no bearing on the
quality of the product, nor on whether Suite 11i was "integrated" or
"interoperable" or whether there existed undisclosed product defects.

---

[136] *Ibid.* at 127:15-128:6.

[137] *Ibid.* at 126:16-128:6.

[138] *Ibid.* at 210:21-211:19.

[139] *See, e.g.,* N. Herman, *Oracle Corp: Reiterate Oracle 1-Buy Rating,* Lehman Brothers Analyst Report,
October 4, 2000 (NDCA-ORCL 421258-60) at 421258; C. Phillips, *How Suite It Is,* Morgan Stanley
Analyst Report, December 14, 2000 (NDCA-ORCL 1055084-91) at 1055084; transcript of Q3 2001
Earnings Call, March 15, 2001 (Larry Ellison) (NDCA-ORCL 129106-44) at 129135; February 8, 2001
email from C. Johnson to S. Umphrey, *et al.* Re: CRM Reference Report (NDCA-ORCL 069250-51) at
069250 (noting 32 referenceable CRM customers in Oracle's E-Leader program); *see also* Oracle
Presentation by Jeremy Burton Re: Q4 2001 Recap (NDCA-ORCL 072154-210) at 072160 (noting 550
referenceable Suite 11i customers and 3500 implementing following June 2001 release of version 11i.4);
Oracle Presentation by Jeffrey Henley Re: Q1 2002 Recap (NDCA-ORCL 071910-45) at 071933 (noting
860 referenceable Suite 11i customers and over 3500 implementing following 11i.5 release).

Confidential

### X.1.7 Contrary to Plaintiffs' suggestion, the "facts" relating to "quality problems" identified in Q3 are no different from the facts related to product quality in other quarters, including in Q2 FY 01

229.        As I understand it, Plaintiffs' claim is that, throughout the third quarter of Oracle's fiscal year 2001, there were problems with Suite 11i that were unknown to the financial markets (including that various affirmative statements made by Oracle about the product were untrue), but which became known to potential customers, and that these customers decided not to purchase Oracle software based on the problems that were unknown to the financial markets.[140] According to Plaintiffs' logic, the stock drop that resulted from the earnings miss constituted a "disclosure" to the market of these previously undisclosed problems with Suite 11i.

230.        For the same reasons discussed above, the evidence in this case does not support the conclusion that Oracle's Suite 11i product had problems that were different in nature from other major releases of business software of similar size, scope, and new technology. The likely complexity and difficulty of implementing this kind of major new product release (including the bugs inherent to such a release, both in the abstract, and specific to Suite 11i) were well known.[141]

231.        The evidence also does not support the conclusion that "product issues" in Oracle's Q3 2001 were different from any other quarter. Oracle customers identified bugs in every quarter for which there is evidence. Customers had difficult implementations in quarters before the earnings miss, as well as quarters following the earnings miss. Indeed, all of the facts identified by Plaintiffs as evidence of the undisclosed product problems in the third quarter – from bugs and difficult implementations, to problems with CRM, as well as concessions, SWAT teams, complaints by the sales force about the products, internal disputes about the allocations of consulting time – all appeared on the record in other quarters, not just in the third quarter of 2001. The reasons for this are straightforward: these "facts" are part and parcel of large commercial software projects and implementations. Despite Plaintiffs' attempt to paint them as such, they are nothing out of the ordinary. For instance, Oracle's records demonstrate that bugs existed throughout the lifespan of Suite 11i. The same was true, however, for all of its applications products, as well as the products of other, similar vendors.

232.        In fact, Oracle's own internal implementation of Suite 11i during the third quarter of 2001 – including the CRM module – demonstrates that Oracle did not

---

[140] *See* Plaintiffs' Third Supplemental Response to Interrogatory No. 10 (noting that Oracle failed to meet its forecast because, among other things, "[c]ustomers and potential customers of defendants declined or deferred purchasing products and services sold by defendants in conjunction with sales of Suite 11i due to the problems with Suite 11i").

[141] *See, e.g.,* Deposition of Tom Rathjens (HP 30(b)(6)) (June 30, 2006) at 98:17-21.

Confidential

believe that there were significant undisclosed problems with the product at the time. Though Plaintiffs attempt to suggest that Oracle's implementation was troubled, the evidence in this case does not support this conclusion. Given the size of the product and the size and global nature of the company, the evidence suggests the implementation was relatively smooth.[142]

## XI      THE EVIDENCE IN THIS CASE DOES NOT SUPPORT PLAINTIFFS' CLAIM REGARDING "LOST DEALS"

### XI.1   Oracle Did Not Lose Third Quarter Deals Because Of Problems With Suite 11i, Much Less Unknown Or Unexpected Problems

233.         As described in the expert report of Glenn Hubbard, Oracle's earnings guidance is primarily based on the Upside Report, which is based on a roll-up of sales opportunities contained in Oracle's quarterly sales "pipeline," along with aggregated forecasts from the business units (which are themselves based on sales representatives' forecasts about specific deals and business unit judgment). The pipeline includes all deals that sales representatives are pursuing or that have closed for the quarter. The Upside Report provides a comparison of the forecast to the pipeline, and in particular, against the historic rate at which deals in the pipeline closed from the same quarter in the prior fiscal year. Had Oracle achieved the same conversion ratio in the third quarter of fiscal year 2001 that it had achieved in the third fiscal quarter of 2000, Oracle would have achieved its guidance of $0.12 EPS.[143]

234.         As noted more fully below, Plaintiffs have not identified the collection of customers that they claim declined to purchase Oracle's product due to Suite 11i defects. In order to determine whether "product problems" resulted in the failure to close the deals identified in Oracle's internal sales pipeline, I reviewed evidence relating to over 100 transactions in the pipeline for Q3 2001. It is my understanding from counsel that these deals represent all potential deals in Oracle's Q3 2001 sales pipeline – both forecast and "best case" – that at any point were projected to have the potential to exceed $2 million, but subsequently failed to close during that quarter. Because Plaintiffs allege that the problems with Suite

---

[142] *See* Deposition of Ron Wohl (March 23, 2006) at 242:25-243:8 ("Oracle for the U.S. was a very complex customer of our own products, so it – you know, Oracle had a lot of testing to go through. ... So it was a substantial effort to upgrade."). Despite this, Oracle "solved the problems, got the system up and running, and we were fine." Deposition of Larry Ellison (September 21, 2006) at 351:4-5; *see also* Deposition of Ron Wohl (March 23, 2006) at 238:5-8 ("If I remember correctly, we were pretty pleased that the first instances went up sometime over the summer, I believe, quickly."); Deposition of Sukumar Rathnam (May 18, 2006) at 136:4-8; Deposition of Valerie Borthwick (April 11, 2006) at 195:4-6; *compare* Deposition of Tom Rathjens (HP 30(b)(6)) (June 30, 2006) at 98:17-21 ("Because within HP, to implement this enterprise type wide software is a very difficult task; and even with the Seibel software that we moved to afterwards, I think it was three years ago, we are still trying to implement it.").

[143] *See* Expert Report of R.Glenn Hubbard, at Section VI.

11i caused deals involving other products, including database and tools, to fall out of the quarter, I reviewed all of the deals over $2 million, even if they included products other than applications.[144]   In addition, I reviewed a number of the largest remaining deals that appeared to have a heavy applications component, as well as any potential deals relating to the customers identified by Plaintiffs.   I believe that sampling of the largest potential transactions in Oracle's pipeline for Q3 2001, as well as those identified by Plaintiffs and others with a particularly significant applications component – provides me with a reasonable and sound basis upon which to base my opinion about the lost deals generally.

235.        Based on this review, there is no evidence that would support the contention that unknown or unexpected product quality issues with Suite 11i, caused the failure of these deals to be signed in Oracle's Q3 2001.

236.        Similarly, there is no evidence that these deals failed to be signed in Oracle's Q3 2001 because customers became aware of facts that were inconsistent with Oracle's statements regarding integration and interoperability.

### XI.1.1  My review of key "Lost Deals"

237.        There is very little evidence of Suite 11i product issues related to the Q3 2001 deals.[145]   Though there is limited evidence in this case with respect to many of the transactions – as discussed in paragraph 242 below – the evidence that has been produced provides a wide variety of reasons why these deals were deferred to subsequent fiscal quarters, reasons which have nothing to do with the product.

238.        In very few deals from Oracle's 3Q 2001 sales pipeline were the stability and performance of Suite 11i even mentioned. Certainly nothing indicated that product quality was unusually bad, or noticeably lower than Oracle (or any other vendor) would have expected from a relatively new and massive release of business enterprise software.

239.        In the evidence I have reviewed, there are a few documents that suggest customers held off on purchasing Oracle's Suite 11i product because of its lack of maturity or depth of functionality compared to other, sometimes more specialized,

---

[144] *See* Plaintiffs' Responses to Contention Interrogatories at Response to Interrogatory No. 10.

[145] In fact, even the witnesses cited in the Complaint to support Plaintiffs' allegation that sales were lost due to problems with Suite 11i undermined that very proposition at their depositions. *See, e.g.,* Deposition of CW 27 (June 17, 2006), 38:8-19 ("Q.  You've been described as stating that defects in 11i caused several other customers to either delay planned purchases of 11i until Oracle could fix the problems or cancel deals altogether.   A.   There is no way I could have stated that because I don't know any, you know..."); Deposition of CW 32 (August 14, 2006), 49:6-10 ("Q.  Are you aware of any customers that decided not to license Suite 11i -- the CRM side of Suite 11i due to problems or perceived problems with the product?  A. No."); Deposition of CW 21 (June 21, 2006), 43:10-19 ("Q.  So you don't remember any customers that canceled their order of 11i due to problems or perceived problems with the software?  A.  No.").

offerings.[146] Such decisions, however, have nothing to do with defects (much less undisclosed or generally unknown defects) in the software product. Every major release of business enterprise software lacks maturity in its early stages and potential customers are well aware of that fact.[147] It is also true that sometimes a competitor's best-of-breed offerings have more functionality. Far from some unknown "problem", this is the very trade-off (depth of functionality versus breath of coverage) that Oracle discussed with analysts and customers.[148] Like any software, Suite 11i could have had more features and functionality, but it was nonetheless a complete ERP system.[149]

240.     Indeed, if there *were* suspicions, concerns, or rumors of serious stability problems in a new ERP system being considered by a customer, it is highly unlikely that the customer would fail to raise these doubts during its technical evaluation process. Stability issues might be overlooked in a small, seldom-used software package, but ERP systems like Oracle's Suite 11i (as well as comparable products from SAP, PeopleSoft, J.D. Edwards, Baan, and others) are typically employed by hundreds of simultaneous business users on a daily basis, to run every aspect of the company's day-to-day business. There would be no reticence, nor the slightest hesitation, to raise the issue, investigate it, confront the vendor about it, and – if appropriate – identify it as a significant factor in a decision to defer implementation or cancel a pending purchase.

241.     In summary, while I observed some discussion of the Suite 11i product in my review of the evidence related to the "lost deals," there was no evidence that

---

[146] *See, e.g.,* February 22, 2001 email from E. Baker to S. Sanderson, *et al.* Re: "Urgent Gap 2/20 (Need Larry to circle back with John Lillie)" (NDCA-ORCL 298746-50) (noting that The Gap was considering a more mature, retail-specialized competitor's retail module over Oracle's WMS module); January 19, 2001 email from M. Tasooji (Disney) to G. Roberts Re: "WDW CRM Decision" (NDCA-ORCL 063552) (citing as the reason for not going forward with Oracle CRM the fact that it was not market-ready and the functionality was not mature yet compared to competitors).

[147] Deposition of CW 17 (formerly of Eaton Corporation) (June 8, 2006) at 149:2-5; *see also ibid.* at 148:19-149:1 and 149:6-7.

[148] Transcript of AppsWorld Keynote Speech (Larry Ellison), February 13, 2001 (NDCA-ORCL 141544-602) at 141548-9 ("Because the fact is the eBusiness suite does not have everything that GE wants. We admit the eBusiness suite does not have everything that our customers want. But we have 80 percent or 85 percent or 86 percent. And an 85 percent solution in five months is better than 100 percent solution that you dream about happening in two years or three years after you heavily modify our software."); *see also* A. Roskill, *ORCL: Analyst Meeting,* Warburg Dillon Reed, LLC Analyst Report (NDCA-ORCL 308701-03) at 308701 ("While [Oracle] management conceded that some point solutions might have minor functional advantage, it does not outweigh their breadth of product.").

[149] L. Lederman, *Report From Oracle's Analyst Day: Maintain Buy Rating,* Blair, William & Co. Analyst Report, April 5, 2000 (NDCA-ORCL 308696-99) at 308696 ("With the release, the company has a full e-business applications suite, including marketing software, electronic store, salesforce automation, call center, supply chain, e-procurement and back-end ERP (including accounting, manufacturing, and human resources).").

Confidential

product problems existed that were out of the ordinary for a major ERP release of this size, or that any such product-related issues were the reason deals failed to close. As a result, I do not believe that undisclosed or unexpected quality problems with Suite 11i caused deals to be lost. Nor have I seen any evidence that deals in Oracle's Q3 2001 sales pipeline failed to close because of problems that undermined Oracle's statements that the product was integrated and interoperable.

### XI.1.2   The deals specifically identified by Plaintiffs

242.         It is my understanding that, although Plaintiffs have made a number of vague allegations that customers decided not to purchase various Oracle products (including Suite 11i, database and related products) in the third quarter of Oracle's Fiscal Year 2001 ("Q3 2001") because of problems or perceived problems with Suite 11i,[150] Plaintiffs have not provided any comprehensive description of the specific deals allegedly lost due to undisclosed product problems, nor have they identified any evidence that would support that conclusion with respect to specific transactions.

243.         Plaintiffs have identified several customers they claim refused to purchase Oracle products as a result of Suite 11i problems. I have reviewed the evidence in this case that appears to relate to the reason these transactions failed to close; this evidence does not support Plaintiffs' claims.

244.         First, Plaintiffs identified a number of companies – including McDonald's, TMP Worldwide and Barclays – that they suggest had difficult Suite 11i implementations; and Plaintiffs presumably argue that these companies failed to close deals related to Suite 11i in Q3 2001.[151] My understanding from counsel is that no sales of Suite 11i (or any other product, for that matter) to any of these entities were included in Oracle's forecasts in Q3 2001.

245.         Second, Plaintiffs allege several specific customers encountered difficulties implementing Suite 11i, and that as a result, "several major sales expected in the third quarter fell through."[152] In connection with this allegation, Plaintiffs have identified General Electric Aircraft Engines, Telia AB, Ingersoll-

---

[150] *See* Plaintiffs' Responses to Contention Interrogatories at Response to Interrogatory No. 10 ("Customers and potential customers of defendants declined or deferred purchasing Suite 11i due to the problems with Suite 11i."), No. 6 ("Oracle customers had rejected/declined to purchase 11i or reduced purchases and implementation commitments modules because the product did not work as represented."), and No. 7 ("The problems with 11i affected Oracle's ability to sell to potential customers both directly and indirectly. ... Customers were refusing to buy additional products from Oracle as a result of their terrible experience with 11i.").

[151] *See* Plaintiffs' Responses to Contention Interrogatories at Third Supplemental Response to Interrogatory No. 7 at 77-79.

[152] RSAC paragraph 54.

**Confidential**

Rand, Hewlett Packard, JDS Uniphase, Principal Financial Group, Nantucket Nectars, Alliance Coal, New York City Housing Authority, GE Capital, Motorola, Health Net, Citibank, Eaton, and Hostcentric.[153]

246.        The evidence related to this second group of transactions also fails to support Plaintiffs' claims. The majority of these companies had no deals in Oracle's pipeline in Q3 2001. Others failed to close because the parties could not agree on price or terms or available functionality by the end of the quarter. Many of these deals thus closed in Q4 2001 instead. I did not observe customers who otherwise would have entered into license deals, but failed to do so based on product problems that were out of the ordinary, or otherwise unknown or unexpected. Nor did I observe any customers who refused to purchase products because of facts about 11i that would have rendered Oracle's statements regarding integration and interoperability incorrect.

## XI.2   There Is A Variety Of Evidence Showing That Deals Did Not Close For Reasons Unrelated To The Alleged Problems Identified By Plaintiffs

247.        The record contains substantial evidence showing that many deals in Q3 2001 failed to close for reasons that had nothing to do with Suite 11i.[154] A common cause was unsuccessful negotiations regarding pricing, discounts, contracting, and licensing. In my experience, it is extremely common for deals to slip into subsequent quarters because customers of large, business enterprise software know that the best time to engage in negotiations is at the end of the software vendor's reporting period.[155] There are numerous examples of large deals falling out at the very end of the quarter because of such negotiations.

248.        A potential $12-25 million deal with The Gap, Inc. for database, applications, and tools in Oracle's Q3 2001 sales pipeline failed to close because of various negotiations of the terms. It appears that, late in February 2001, a deal for database (*i.e.*, "Technology") was on course to close at the end of the quarter.[156] The customer eventually linked this deal to a large potential deal for

---

[153] *Ibid*, paragraph 54(a)-(m).

[154] As Mr. Hubbard's Report also notes, it always is the case that many deals do not close. In any given period, most of the potential deals fail to close by the end of the quarter.

[155] *See, e.g.*, February 24, 2001 email From Tony Rabold (Lucent) to Jeffrey Herbine, *et al.* (Lucent) Re: "Oracle (DB) software license" (LT 0167) ("[T]he end of Oracle's fiscal year is the best time to negotiate (May); followed by the end of their quarters.").

[156] *See* February 22, 2001 email from E. Baker to S. Sanderson, *et al.* Re: "Urgent: Gap 2/20 (Need Larry to circle back with John Lillie)" (NDCA-ORCL 298746-50).

**Confidential**

applications as well, but still planned to close by the end of the quarter.[157] And while the deal failed to close in Q3,[158] The Gap nevertheless purchased $25 million of Oracle products in Q4 2001, including over $8 million of Suite 11i applications.[159]

249.     A potential $4.2 million deal with Loudcloud, Inc. for database and applications failed to close at the end of Q3 2001 because Loudcloud returned the signed deal documents to Oracle after midnight on February 28, 2001, and Oracle was therefore obligated to treat it as a Q4 2001 deal.[160] The delay over the signed documents had nothing to do with the products, and Loudcloud later purchased $4.3 million of Oracle database and Suite 11i applications in Q4 2001.[161]

250.     A potential $12.6 million deal with the New York State Office of Finance & Technology ("NYS OFT") failed to close at the end of Q3 2001 because of last minute negotiations and approval issues.[162] Similarly, a potential $8-24 million deal with Solectron Corporation for database and ERP applications failed to close because negotiations regarding pricing and support broke off near the end of Q3 2001.[163] In any event, Solectron purchased $10.4 million of Oracle product in Q4 2001, including database, tools, and ERP applications.[164]

---

[157] *See* OPI Forecast – Q3 '01 Week 12, February 15, 2001 (NDCA-ORCL 079145-47) at 079146 ("Customer has linked 2 deals - tech and Apps together, but still talking Feb deal.").

[158] *See* February 26, 2001 email from L. Mahon to T. Williams, *et al.* Re: "Big Deal Update February 26 Workday -3" (NDCA-ORCL 147090-95) at 147094 ("The GAP for $17m fell off today.").

[159] *See* Product Revenue Reporting Package, Q4 FY2001 (NDCA-ORCL 110948-1032), at 110954.

[160] *See* NAS Big Deals Scenario, Q3 '01 Week 13 Spreadsheet (NDCA-ORCL 080190) ("Moved to Q4: March Deal – Closed Paperwork received after midnight.").

[161] *See* Product Revenue Reporting Package, Q4 FY2001 (NDCA-ORCL 110948-1032), at 110955.

[162] *See* Deposition of Jay Nussbaum (June 22, 2006) at 586:12-22 ("It was on our forecast list to have been done ... It didn't get done ...  New York State and New York City [were] debating within themselves over State contracts, and we were still – I'm not – they were still holding us for a better discount, which we were at that point, in Q3, unwilling to do."); *see also* OSI Q4 '01 (NDCA-ORCL 116720-116723), at 116722 ("[M]eeting with customer on a daily basis to finalize paperwork and address individual agency concerns/questions. OFT will begin reviewing paperwork with the Attorney General and the Comptrollers Office 5/18 ... may slip a week.").

[163] *See* February 25, 2001 email From M. DeCesare to HQAPP, *et al.* Re: "URGENT REAPPROVAL: Solectron" (NDCA-ORCL 140423-30) at 140423 (noting that negotiations regarding support renewal was holding up the deal because Solectron was "asking for this to go away"); *see also* OPI Forecast – Q3 '01 Feb. 26, 2001 (NDCA-ORCL 084762-63) 084762 (indicating in a handwritten note that Solectron was asking for a 50% backout clause).

[164] *See* Product Revenue Reporting Package, Q4 FY2001 (NDCA-ORCL 110948-1032), at 110954.

**Confidential**

251.        I would also include in this category unanticipated economic pressures experienced by customers during this period, many of whom were facing budget cuts and spending uncertainties in late February of 2001. For example, in an email to George Roberts, Executive Vice President of North American Sales, Nic Classick, an Oracle Area President, indicated that regional managers reported the strongest reason for deals falling out was an effort to conserve cash.[165] Mr. Classick wrote that 70 percent of the lost deals in his region were "delayed until economic or business conditions are clearer."[166] He further noted[167]:

> We had 5 POs cut that Presidents pulled until April as they wanted to see what their q1 would look like. The uncertainty of their business and outlooks  for the year has caused many client to delay until they better understand what directions 2001 will take.  We can't commit this  70%  as April results and the business climate will have to determine.

252.        The evidence surrounding deals lost in Oracle's Q3 2001 reflects this economic uncertainty.

253.        A potential $2 million deal with Timberland Co. failed to close at the end of Q3 2001 because Timberland's "CFO could not sign the license deal without approval from his legal counsel on the consulting Terms and Conditions."[168] Internal Timberland documents indicate that the deal eventually died altogether because of economic concerns[169]:

> The combination of the rapid acceleration in the **weakness of the U.S. economy** [emphasis added] over the past several months, including the retail sector, and the continuing impact to Timberlands business from **external trends related primarily to foreign exchange and higher leather costs** [emphasis added] has caused Timberland to re-evaluate its near-term needs.

---

[165] *See* February 26, 2001 email from N. Classick to G. Roberts Re: "Forecast Reduction of 20mm" (NDCA-ORCL 089691-93) at 089691.

[166] *Ibid.*

[167] *Ibid; see also* Deposition of George Roberts (June 22, 2006), at 269:5-272:20.

[168] *See* March 2, 2001 email Exchange Re: "TIMBERLAND approval" (NDCA-ORCL 177255-78) at 177272.

[169] *See* May 2001 Timberland Memo Re: Termination of Oracle Negotiations, Talking Points (TIM 000006-7) at TIM 000006; *see also* May 30, 2001 America's Forecast Flash Q4 Week 14 (NDCA-ORCL 161831-39), at 161836 ("Sighting [sic] problems in ASPAC and Mad Cow Disease (anticipated increased leather costs) customer is hesitant to sign dela [sic] this quarter.").

254.	A potential $36 million deal with Lucent Corporation for database, CRM, ERP, and tools failed to close in Q3 2001 because of funding issues.[170] In Q4 2001, Lucent purchased $9.9 million worth of Oracle products, including $5.5 million in applications.[171]

255.	A potential $1.8 million deal with Ultimate Electronics, Inc. for CRM applications failed to close in Q3 2001 due to consumer spending concerns.[172] Nevertheless, Ultimate Electronics purchased $1.5 million of CRM applications in Q4 2001.[173]

256.	I also observed evidence of strong competitive pressures from IBM, JDE, Baan, and others during this period of time. Some deals that appeared reasonably likely to close in Q3 2001 were apparently disrupted by last-minute offers from competitors who claimed to have better prices, better technology, etc. This is common in the industry, but even more so during this timeframe because of economic pressures. For example, a potential $3.5 million deal with Halliburton Energy Services for database and tools failed to close in Q3 2001 because of negotiations and external competition.[174] As a former Oracle Area Vice President, Steve Johnson, testified, there was also evidence of economic pressures that prompted deep concessions by IBM to compete[175]:

> And IBM was offering their product at a - almost a
> maintenance only - what we call maintenance fees only
> pricing model, which was well below our pricing

---

[170] *See* February 28, 2001 email from J. Minton to S. Catz, J. Henley Re: "Q3 License Status" (NDCA-ORCL 623329-42) at 623342 ("[M]ore bad news coming from OSI. My understanding is that Lucent's transaction was not approved by their lender, which is a requirement under their loan covenant. Thus, Lucent is dead."); *see also* Memorandum of September 26, 2002 Interview of Jay Nussbaum (NDCA-ORCL 300047-59) at 300051 (noting that Nussbaum learned on February 27, 2001 that "Lucent was required to seek bank approval prior to agreeing to any expenditures that exceeded a certain amount because the company had been experiencing a severe financial downturn.").

[171] *See* Product Revenue Reporting Package, Q4 FY2001 (NDCA-ORCL 110948-1032) at 110954.

[172] *See* March 28, 2001 Ultimate Electronics Approval Request (NDCA-ORCL 1056856-57) at 1056856 ("They are in the consumer product sector and cost cost [sic] are a must. They are starting to get really concerned about consumer spending.").

[173] *See* Product Revenue Reporting Package, Q4 FY2001 (NCDA-ORCL 110948-1032) at 111001.

[174] *See* March 30, 2001 email Exchange Re: "APPROVAL FORM – ORDERING DOCUMENT/ Halliburton" (NDCA-ORCL 179257-304) at 179283 ("This is a deal we had approved last quarter and did not get complete. As you may recall, Halliburton is the account where we are fighting IBM, who has been challenged by Halliburton to find ways to save them $$. Oracle is the target of that endeavor.") and Bates 179289 ("Halliburton has engaged an outside consulting group to assist them with this contract, causing them to be very couscous [sic] in these negotiations. Because of this and the growing competitive pressures applied by IBM to displace Oracle, Halliburton has come up with additional concessions.").

[175] *See* Deposition of Steve Johnson (April 26, 2006) at 224:24-225:12.

**Confidential**

> schedule, even at these high discount levels with
> Halliburton at a time when Halliburton was, if I
> recall correctly, they were struggling just to bid as
> a company in the oil field services market. It was
> not the days of the $72 a barrel oil. . . . There
> were a lot of budget considerations on their part
> because of an SAP implementation that they were
> struggling with.

257.        Nevertheless, Halliburton purchased $5.4 million dollars of database and tools in Q4 2001.[176]

## XII    CONCLUSIONS

258.        As I have discussed in this Report, I have reached several main conclusions after reviewing deposition testimony, analyst reports and a considerable body of other evidence in this case:

- Oracle's Suite 11i product was an exemplar of a large, sophisticated, complex ERP system – and, as such, it initially experienced many of the well-known problems common to large, sophisticated products in the software industry. Plaintiffs' arguments about product quality unfairly attempt to magnify the problems of Suite 11i. The reality is that all large, sophisticated, new software releases experience early stages in which bugs must be worked out, and the company must stabilize the product and secure reference customers.

- A review of the evidence compels the same conclusion with regard to Suite 11i. The problems here were not unique, and there is no evidence that they were of any greater magnitude than any other comparable past release of Oracle ERP software. Notwithstanding the initial difficulties, the Suite 11i product *did* work, and was both a technical success and a marketplace success within a reasonable period of time. It continues to be a success today.

- Many of the problems attributed to Suite 11i by customers, industry analysts, computer trade journals, and Plaintiffs were not attributable to Oracle's software. Instead, they were caused by a wide variety of ancillary factors that are common to large-scale ERP implementations, regardless of vendor – many of which are associated with a combination of decisions, actions, and mistakes made by customers or third party consultants attempting to implement the product.

- The specific statements regarding the Suite 11i product that Plaintiffs have identified as "false" were, in fact, accurate.

---

[176] *See* Product Revenue Reporting Package, Q4 FY2001 (NDCA-ORCL 110948-1032) at 110974.

Confidential

- The evidence in this case does not support the conclusion that Oracle's Suite 11i suffered from undisclosed bugs or other problems that were out of the ordinary for a major new release of an ERP product.

- The evidence in this case does not support the conclusion that potential deals in Oracle's forecast or pipeline failed to close in Oracle's Q3 2001 because customers became aware of facts that were inconsistent with Oracle's statements about integration or interoperability.

- The evidence in this case does not support the conclusion that deals in Oracle's forecast or sales pipeline failed to close in Oracle's Q3 2001 because of generally unknown or unexpected quality problems with Suite 11i.

Confidential

# PAGE INTENTIONALLY LEFT BLANK

Page 95                                                              **Confidential**

Edward Yourdon
Dated May 25, 2007

**Confidential**

## XII APPENDIX A: Documents Relied On

### A.    BOOKS

1.    Geoffrey Moore, *Crossing the Chasm* (Revised Edition, CollinsBusiness Essentials, 2002)

2.    Capers Jones, *Estimating Software Costs: Bringing Realism to Estimating* (Second Edition, McGraw Hill, 2007)

3.    Barry Boehm, *Software Engineering Economics* (Prentice-Hall, 1981)

4.    Capers Jones, *Applied Software Measurement* (McGraw Hill, 1996)

### B.    ORACLE APPLICATIONS CDS

1.    Release 11.5.1 Documentation Library, NDCA-ORCL 050949

2.    Release 11.5.1 Documentation Library, NDCA-ORCL 050972

3.    Release 11.5.2 Documentation Library, NDCA-ORCL 050781

4.    Release 11.5.3 Documentation Library, NDCA-ORCL 050681

### C.    DEPOSITION TRANSCRIPTS AND EXHIBITS

1.    Deposition transcript and exhibits from deposition of Mary Ann Anthony (August 11, 2006)

2.    Deposition transcript and exhibits from deposition of Mark Barrenechea (July 11, 2006)

3.    Deposition transcript and exhibits from deposition of Keith Block (May 3, 2006)

4.    Deposition transcript and exhibits from deposition of Valerie Borthwick (April 11, 2006)

5.    Deposition transcripts and exhibits from depositions of Safra Catz (July 20, 2006 and March 23, 2007)

6.    Deposition transcript and exhibits from deposition of Julie Cullivan (May 24, 2006)

7.    Deposition transcript and exhibits from deposition of Michael Cochran (June 16, 2006)

8.    Deposition transcripts and exhibits from deposition of Larry Ellison (July 13, 2006, September 21, 2006 and March 30, 2007)

9.   Deposition transcript and exhibits from deposition of Gayle Fitzpatrick (February 24, 2006)

10.  Deposition transcript and exhibits from deposition of Alan Fletcher (April 6, 2005)

11.  Deposition transcript and exhibits from deposition of Cliff Godwin (March 3, 2006)

12.  Deposition transcript and exhibits from deposition of Kenneth Hamel (May 22, 2006)

13.  Deposition transcripts and exhibits from depositions of Jeffrey Henley (July 27, 2006 and November 16, 2006)

14.  Deposition transcript and exhibits from deposition of Mark Jarvis (May 30, 2006)

15.  Deposition transcript and exhibits from deposition of Steve Johnson (April 26, 2006)

16.  Deposition transcript and exhibits from deposition of Charles Kendig (May 4, 2006)

17.  Deposition transcript and exhibits from deposition of Donald Klaiss (June 20, 2006)

18.  Deposition transcript and exhibits from deposition of Jay Nussbaum (June 22, 2006)

19.  Deposition transcript and exhibits from deposition of Thomas Rathjens (HP 30(b)(6)) (June 30, 2006)

20.  Deposition transcript and exhibits from deposition of Sukumar Rathnam (May 18, 2006)

21.  Deposition transcript and exhibits from deposition of George Roberts (June 22 and August 8, 2006)

22.  Deposition transcript and exhibits from deposition of Michael Rocha (April 7, 2006)

23.  Deposition transcripts and exhibits from depositions of Edward Sanderson (July 25 and 26, 2006)

24.  Deposition transcript and exhibits from deposition of Bradford Scott (June 13, 2006)

25.  Deposition transcript and exhibits from deposition of Greg Seiden (May 16, 2006)

26.  Deposition transcript and exhibits from deposition of Richard Sellers (February 28, 2006)

27.  Deposition transcript and exhibits from deposition of Kirsten Shaw (September 19, 2006)

28.  Deposition transcript and exhibits from deposition of Juliette Sultan (May 22, 2006)

29.  Deposition transcript and exhibits from deposition of Joel Summers (March 21, 2006)

30.  Deposition transcript and exhibits from deposition of Stephanie Aas Thill (September 8, 2006)

31.  Deposition transcripts and exhibits from depositions of Ron Wohl (March 23 and May 31, 2006)

32.  Deposition transcript and exhibits from deposition of CW 1 (October 21, 2005)

33.  Deposition transcript and exhibits from deposition of CW 4 (September 29, 2005)

34.  Deposition transcript and exhibits from deposition of CW 8 (June 16, 2006)

35.  Deposition transcript and exhibits from deposition of CW 10 (December 7, 2005)

36.  Deposition transcript and exhibits from deposition of CW 11 (May 25, 2006)

37.  Deposition transcript and exhibits from deposition of CW 12 (January 20, 2006)

38.  Deposition transcript and exhibits from deposition CW 13 (October 18, 2005)

39.  Deposition transcript and exhibits from deposition of CW 14 (May 17, 2006)

40.  Deposition transcript and exhibits from deposition of CW 15 (June 20, 2006)

41.  Deposition transcript and exhibits from deposition of CW 16 (September 16, 2005)

42.  Deposition transcript and exhibits from deposition of CW 17 (June 8, 2006)

43.  Deposition transcript and exhibits from deposition of CW 18 (January 5, 2006)

44.  Deposition transcripts and exhibits from depositions of CW 19 (September 22 and October 19, 2005)

45.  Deposition transcript and exhibits from deposition of CW 20 (May 19, 2006)

46.  Deposition transcript and exhibits from deposition of CW 21 (June 21, 2006)

Confidential

47.  Deposition transcript and exhibits from deposition of CW 23 (September 10, 2005)

48.  Deposition transcript and exhibits from deposition of CW 24 (June 23, 2006)

49.  Deposition transcript and exhibits from deposition of CW 25 (November 4, 2005)

50.  Deposition transcript and exhibits from deposition of CW 26 (August 17, 2005)

51.  Deposition transcript and exhibits from deposition of CW 27 (June 17, 2006)

52.  Deposition transcript and exhibits from deposition of CW 29 (February 2, 2006)

53.  Deposition transcript and exhibits from deposition of CW 32 (August 14, 2006)

54.  Deposition transcript and exhibits from deposition of CW 33 (June 7, 2006)

55.  Deposition transcript and exhibits from deposition of CW 34 (February 10, 2006)

56.  Deposition transcript and exhibits from deposition of CW 35 (May 11, 2006)

57.  Deposition transcript and exhibits from deposition of CW 39 (February 16, 2006)

58.  Deposition transcript and exhibits from deposition of CW 41 (January 24, 2006)

59.  Deposition transcript and exhibits from deposition of CW 42 (April 21, 2006)

60.  Deposition transcript and exhibits from deposition of CW 45 (September 22, 2005)

61.  Deposition transcripts and exhibits from deposition of CW 47 (February 16, 2006)

## D.    PRESS RELEASES & ANALYST REPORTS

1.  SAP Ships New Customer Relationship Management Business Solutions with mySAP.com, SAP Press Release, Business Wire, December 14, 1999

2.  SAP Extends Comprehensive Telecommunications Solution Through mySAP.com to Include Integrated Customer Relationship Management, SAP Press Release, Business Wire, October 11, 1999

3.  C. Stedman, Big Retail SAP Project Put On Ice, Computerworld, November 2, 1998

4.  P. Key, SAP America Hit With a $500M Suit, Philadelphia Business Journal, October 30, 1998

5.    J. Bailey, Trash Haulers Are Taking Fancy Software to the Dump – Allied Waste, Following Waste Management, to Shed SAP's Costly R/3, The Wall Street Journal, June 9, 1999

6.    E. MacDonald, Maker of Gore-Tex Sues PeopleSoft and Deloitte, The Wall Street Journal, November 2, 1999

7.    J. Cahill, Whirlpool Experiences Shipping Delays Over Computer Glitches in SAP Software, The Wall Street Journal, November 3, 1999

8.    L. Mearian, Supermarket Dumps $89M SAP Project, Computerworld, February 5, 2001

9.    L. Mearian, Retailers Hit Installation Bumps With SAP Software, Computerworld, February 19, 2001

10.    T. Wilson, Nike: i2 Software Just Didn't Do It, TechWeb, March 01, 2001

11.    Koch, Supply Chain: Hershey's Bittersweet Lesson, CIO Magazine, November 15, 2002

12.    March 9, 2000 Morgan Stanley Industry Report entitled Technology: Enterprise Software -- SoftNotes

13.    May 31, 2000 Morgan Stanley Industry Report entitled Technology: Enterprise Software -- SoftNotes

14.    October 4, 2000 Morgan Stanley Industry Report entitled Technology: Enterprise Software -- SoftNotes

15.    April 19, 2001 Morgan Stanley Industry Report entitled Technology: Enterprise Software -- SoftNotes

16.    October 9, 2001 Morgan Stanley Industry Report entitled Enterprise Software – Timing the Inflection Point—Getting Acclimated...

17.    December 12, 2001 Morgan Stanley Industry Report entitled Technology: Enterprise Software – SoftNotes

18.    January 18, 2000 Brendan Barnicle, Oracle Corporation, PacificCrest Report

19.    December 4, 2000 Charles Phillips, *Technology: Enterprise Software, SoftNotes,* Morgan Stanley Dean Witter Equity Research

20.    December 6, 2000 Philip Schrank, Summary Analysis – Oracle Corp., Standard & Poors

21.    December 14, 2000 James Moore et.al, Oracle Corporation, Oracle Delivers the Goods, Deutsche Banc Alex. Brown

Confidential

22. December 15, 2000 James Pickrel, Great Q2 Results Highlight Strong Industry Position; Big Upside In Apps With 66%, Chase H&Q eBusiness Research Note

23. December 29, 2000 Douglas J. Crook, Strong Buy/Select, Global Equity Research

24. January 3, 2001 Andrew Roskill et al., Adjusting Sector Price Targets, Fourth Quarter Preview, UBS Warburg

25. January 17, 2001 Christopher Shilakes, Oracle Systems Corp., B2B Collaboration Report, Merrill Lynch Report

26. February 7, 2001 Jon Ekoniak, Kevin Merritt, Oracle Corporation, Initiating Coverage Of Software Bellwether With a Buy Rating, USBancorp Report

27. February 9, 2001 Rick Sherlund et al., Oracle Corp. (ORCL) e Business & Internet Infrastructure Software, Goldman Sachs Global Equity Research

28. February 12, 2001 Neil Herman, Oracle Corp. Company Update, Worried – But Way Premature to Make Any Call on the Quarter, Lehman Brothers Equity Research

29. February 28, 2001 Drew Brosseau, Adam Liebhoff, Oracle, Highlights From AppsWorld: Evaluating 11i, SG Cowen

30. March 2, 2001 Bob Austrian, Tom Pagel, Oracle Pre Announces Weak Result Across the Board. Our Fears, As Highlighted Earlier This Week, Are Confirmed. Action: Lowering Coverage Wide Estimates Again AND Ratings Too. As Predicted, Economic Slowdown :Shock" A Serious Demand Impairment, Banc of America Securities Equity Research

31. March 2, 2001 Christopher Shilakes, Oracle Systems Corp., 3Q Shortfall Prompts Long Term Downgrade, Merrill Lynch Company Update

32. March 16, 2001 Gretchen Teagarden, ORCL: 3Q Earnings Uncertain Outlook Leads to Estimate Reductions, Salomon Smith Barney

33. March 16, 2001 Christopher Shilakes, Oracle Corp., Not Many Answers in Q3 01 Results, Merrill Lynch Company Update

34. March 29, 2001 Philip Schrank, Summary Analysis – Oracle Corp., Standard & Poors

35. September 15, 2000 Gretchen Teagarden, *ORCL: Strong Quarter But Disappointing Applications Revenue*, Salomon Smith Barney

36. October 19, 2000 Rob Tholemeier, *ORCL: Good Vibes From The Users; Reiterating Strong Buy Rating; Raising Estimate*, First Security Van Kasper

37.   December 21, 2000 Charles Phillips, *Technology: Enterprise Software CIO Outlook For 2001 - Conference Summary,* Morgan Stanley

38.   April 17, 2001 Charles Phillips, *Enterprise Software Software Stocks: So Long Backlog...,* Morgan Stanley

39.   April 13, 2000 Wolfgang Martin, *Exploiting ERP Data: Part 1,* Application Delivery Strategies META Group

40.   October 17, 2000 *Dwight Klappich, Making Sense of Supply Chain Planning Pricing,* Application Delivery Strategies META Group

41.   January 16, 2000 Vinay H. Shah, et al., *Enterprise Software Infrastructure, Monthly Report – December,* Morgan Stanley Dean Witter

42.   March 14, 2000 Herman/Lehmann, *Oracle Can it get any better than this?? Yes,* Salomon Smith Barney

43.   March 16, 2000 Brian Blair, *CSFB Tech Daily, Thursday, March 16, Research Update – Pt1*, Credit Suisse First Boston

44.   March 16, 2000 Brian Blair, *CSFB Tech Daily, Thursday, March 16, Research Update – Pt2*, Credit Suisse First Boston

45.   October 2000 *The Technology Edge Shaping Global Performance*, Morgan Stanley Dean Witter

46.   October 3, 2000 J.D. Edwards, *One World Xe Product Launch P1*, Morgan Stanley\ DW

47.   October 3, 2000 J.D. Edwards, *One World Xe Product Launch P2*, Morgan Stanley\ DW

48.   October 4, 2000 Charles E. Phillips, *Technology: Enterprise Software, The B2B/Enterprise Software Databank*, Morgan Stanley Dean Witter

49.   October 5, 2000 Charles E. Philips, J.D. Edwards, *One World Xe Launches Open Integration Strategy*, Morgan Stanley Dean Witter

50.   October 6, 2000 Charles E. Phillips, *Technology: Enterprise Software*, *SoftNotes*, Morgan Stanley Dean Witter

51.   October 10, 2000 Charles Wittmann, *ORCL Lowering EPS $0.03 in 2001 & $0.02 in 2002 due to Lower Applications*, First Union Securities, Inc.

52.   October 13, 2000 Vinay H. Shah, et al., *Technology: Enterprise Software Infrastructure,* Monthly Report September, Morgan Stanley Dean Witter

53.    October 17, 2000 Mary Meeker, et al., *Internet, New Media, eCommerce & PC Software C3Q00 Earnings Preview*, Morgan Stanley Dean Witter

54.    November 6, 2000 Gretchen Teagarden, *Equity Research: United States, B2B Enterprise Software*, Salomon Smith Barney

55.    November 7, 2000 Vinay H. Shah, et al., *Enterprise Software Infrastructure, Monthly Report – October*, Morgan Stanley Dean Witter

56.    November 15, 2000 Vinay H. Shah, et al., *Enterprise Software Infrastructure, Storage Management Software: A Primer,* Morgan Stanley Dean Witter

57.    December 2000 Charles E. Phillips, et al., *Technology: Enterprise Software*, *The B2B/Enterprise Software Databank, Part 1,* Morgan Stanley Dean Witter

58.    December 2000 Charles E. Phillips, et al., *Technology: Enterprise Software*, *The B2B/Enterprise Software Databank, Part 2,* Morgan Stanley Dean Witter

59.    December 2000 Charles E. Phillips, et al., *Technology: Enterprise Software*, *The B2B/Enterprise Software Databank, Part 3,* Morgan Stanley Dean Witter

60.    December 2000 Charles Philips, et al., *Technology: Enterprise Software*, *The B2B/Enterprise Software Databank, Part 4,* Morgan Stanley Dean Witter

61.    December 4, 2000 Vinay H. Shah, et al, *Enterprise Software Infrastructure, Quarterly Report – 3Q00,* Morgan Stanley Dean Witter

62.    December 7, 2000 Charles Phillips, *JD Edwards, The Stealth Supply Chain Play,* Morgan Stanley Dean Witter

63.    December 7, 2000 Vinay H. Shah, et al. *Enterprise Software Infrastructure, Monthly Report – November,* Morgan Stanley Dean Witter

64.    December 18, 2000 Vinay H. Shah, et al, *Enterprise Software Infrastructure, Outlook 2001: The Evolution of the Enterprise,* Morgan Stanley Dean Witter

65.    December 21, 2000 Charles Phillips, *Technology: Enterprise Software, SoftNotes,* Morgan Stanley Dean Witter

66.    January 3, 2001 Mary Meeker, et al., *Internet: New Media & eCommerce & PC Software, A Look at Global TMT Market Status and Internet User/Usage Propensity,* Morgan Stanley Dean Witter

67.    January 4, 2001 Charles Phillips, Technology: *Enterprise Software, CIO Outlook for 2001 – Conference Summary,* Morgan Stanley Dean Witter

68.    January 17, 2001 James Moore, *ORCL: New Supply Chain Collaboration Products Unveiled at B2B Day – Strong Buy,* Deutsche Banc Alex Brown

69.    January 22, 2001 Charles Phillips, et al., *Enterprise Software, Summary of Internet, Software & Networking Conference,* Morgan Stanley Dean Witter

70.    January 22, 2001 Vinay H. Shah, et al., *Enterprise Software Infrastructure, Internet, Software & Networking Conference,* Morgan Stanley Dean Witter

71.    January 29, 2001 Vinay H. Shah, et al., *Compuware, Revenues Light, Earnings Ahead,* Morgan Stanley Dean Witter

72.    February 12, 2001 *Bulletin: Strategy 01 S 32 February 12, 2001, Oversold Technology Issues,* Birinyi Associates, Inc.

73.    February 12, 2001 Charles Phillips, *PurchasePro, B2B for the Masses,* Morgan Stanley Dean Witter

74.    February 21, 2001 Mary Meeker, et al., *Internet: New Media & eCommerce & PC Software, Global IU, Brand Value, and Customer Monetization for AOL, YHOO, EBAY, AMZN,* Morgan Stanley Dean Witter

75.    February 2001 Vinay H. Shah, et al., *Enterprise Software Infrastructure, Monthly Report – January,* Morgan Stanley Dean Witter

76.    March 2001 Vinay H. Shah, et al., *Enterprise Software Infrastructure, Quarterly Report – 4Q00,* Morgan Stanley Dean Witter

77.    March 2, 2001 *Intraday Comment March 2, 2001, Oracle Corporation Japan (4716): Company Update,* NikkoSalomonSmithBarney

78.    April 2, 2001 Conrad Werner, Goetz Thurm, *Neuer Markt Software, CeBIT 2001 Roundup,* Morgan Stanley Dean Witter

79.    April 2001 Vinay H. Shah, et al., *Enterprise Software Infrastructure, Monthly Report – March,* Morgan Stanley Dean Witter

80.    April 23, 2001 Gretchen Teagarden, *ORCL: Interview with Larry Ellison,* Salomon Smith Barney

81.    April 23, 2001 Gretchen Teagarden, *ORCL: Clarification of IBM DB2 Growth Reported Last Week,* Salomon Smith Barney

82.    September 8, 2000 Mary H. Ainsworth, et al., *Oracle, Inc. E Business Suite for Retail,* Gartner

83.    September 14, 2000 Michael Maoz, *OracleSalesOnline's Lack of Integration Limits Usefulness,* Gartner

84.    September 19, 2000 Daren Siddall, *The E Procurement Software Evolution in Europe,* Gartner

**Page 105**                                                                 **Confidential**

85.  September 25, 2000 David W. McCoy, *The Next iAS Goal: Oracle's Total Integration Strategy*, Gartner

86.  March 19, 2001 Laurie M. Orlov, et al., *Memo to Oracle: Stop Blaming Customers*, Forrester

87.  March 19, 2001 John Ragsdale, *Determining the Health of Support Knowledge Bases: Three Key Performance Metrics*, Ideabyte, Giga Information Group

88.  March 22, 2001 Brad Day, *Sun's Midframe Debuts – What's Here Now, What's Still Evolving*, Ideabyte, Giga Information Group

89.  March 26, 2001 Lou Agosta, *Integrated Data Is an Intrinsic Good*, Ideabyte, Giga Information Group

90.  March 26, 2001 Paul Hamerman, *Making Intelligent Choices About the UI: The Packaged Applications Perspective*, Ideabyte, Giga Information Group

91.  March 30, 2001 Terilyn Palanca, *Oracle Won't Abandon NT*, Ideabyte, Giga Information Group

92.  October 9, 2000 Betsy Burton, et al., *Oracle 9i: Marketing Fanfare and Yet to Be Proven*, Gartner

93.  October 27, 2000 Bindi Bhullar, The CRM Applications Market in Europe: The Games Have Just Begun, Gartner

94.  November 15, 2000 Mary C. Welch, *Oracle's Launch Box: Launch With Caution*, Gartner

95.  December 4, 2000 Bruce A. Bond, et al., *An Oracle ERP Report Card*, Gartner

96.  December 5, 2000 Jon Rubin, *Oracle's $ 1 Million Performance Guarantee*, Gartner

97.  December 12, 2000 David Mitchell Smith, et al., *Dynamic Services Propels Oracle Into Web Services*, Gartner

98.  January 23, 2001 Brian Zrimsek, et al., *The 2000 ERP Market – Year in Review*, Gartner

99.  January 29, 2001 Carol L. Simons, et al., *PeopleSoft/Vantive Contract Center Solution*, Gartner

100. February 9, 2001 Daniel B. Stang, *Portera ServicePort*, Gartner

101. February 9, 2001 Thomas J. Bittman, et al., Server and Storage Appliances: *Get Ready, It's Inevitable*, Gartner

102.  February 26, 2001 Norma Schroder, ASPs and Internet Hosters: *Sources of Demand for Infrastructure Software Ven*dors, Gartner

103.  March 1, 2001 Jane Stanhope, *High Price Tags on Integration Solutions May Be Negotiable*, Ideabyte, Giga Information Group

104.  March 5, 2001 Paul Hamerman: *Oracle's Billion Dollar Savings – Does it Apply to Real Customers?*, Ideabyte, Giga Information Group

105.  March 5, 2001 Robert P. Desisto, *Oracle Closing the Gap on Sales Configuration Competitors*, Gartner

106.  March 8, 2001 Stephanie Moore, E *Business Consulting Rates After the Crash*, Ideabyte, Giga Information Group

107.  March 8, 2001 Paul Hamerman, *Oracle Applications Momentum is Slowing*, Ideabyte, Giga Information Group

108.  March 9, 2001 Neil Bradford, *For UK Executives, It's eBusiness As Usual*, Forrester

109.  March 13, 2001 John Ragsdale, *Key Criteria for Evaluating Enterprise CRM Vendors*, Ideabyte, Giga Information Group

110.  March 13, 2001 Art Williams, *ASPs Share the Fourth Quarter Slowdown*, Ideabyte, Giga Information Group

111.  March 14, 2001 Tom Harwick, *Collaborative Value Chain Exchanges From Oracle*, Ideabyte, Giga Information Group

112.  March 14, 2001 Terilyn Palanca, *Oracle DBMS Revenues Fall Flat in Fiscal Third Quarter of 2001*, Ideabyte, Giga Information Group

113.  March 14, 2001 Robert P. Desisto, *Sales Configuration Vendors Magic Quadrant: 1Q01*, Gartner

114.  March 19, 2001 David Friedlander, *Server Based Computing in a slowdown (Part 1): Postpone Tactical Deployments*, Ideabyte, Giga Information Group

115.  March 22, 2001 Nigel Rayner, et al., *Oracle AppsWorld: The Suite is King, Sls are the New Foe*, Gartner

116.  March 23, 2001 Timothy Tow, *Oracle's Lowered Earnings Offer Potential Opportunity for Customers*, Gartner

117.  March 26, 2001 Mary I. Hubley, et al., *Oracle Corporation Oracle Rdb*, Gartner

118.  March 30, 2001 Terilyn Palanca, *IBM's DB2 Pricing Strategy May Pull Some Away from Oracle*, Ideabyte, Giga Information Group

Confidential

119.   March 2001 Matthew R. Sanders, et al., *What Does eMarketplace Buying Cost?*, Forrester

120.   April 2, 2001 Terilyn Palanca, *For The Time Being, Embarcadero's RapidSQL and Quest's SQL Navigator Are on Equal Ground*, Ideabyte, Giga Information Group

121.   April 2, 2001 Terilyn Palanca, *Maturity for 24x7 Operations: Microsoft SQL vs. Oracle8i*, Ideabyte, Giga Information Group

122.   April 2, 2001 Terilyn Palanca, *Questions Every Prospective Database Management System Customer Should Ask Oracle,* Ideabyte, Giga Information Group

123.   April 5, 2001 Douglas McKibben, *Oracle Treasury: An Enterprise Solution?,* Gartner

124.   April 6, 2001 Art Williams, *Customer Satisfaction With Oracle.com, Ideabyte*, Giga Information Group

125.   April 9, 2001 Erin Kinikin, *CRM From ERP Vendors? The Answer Hinges on the Type of Customer Relationship Desired*, Ideabyte, Giga Information Group

126.   April 9, 2001 Lou Agosta, *Update: DecisionPoint Sees a Silver Lining*, Ideabyte, Giga Information Group

127.   April 9, 2001 Jane Stanhope, et al., *Strong Adoption of OAGIS Likely for Large Enterprises, but Not for Small to Midsize Businesses,* Planning Assumption, Giga Information Group

128.   April 13, 2001 Anette Borba, Market Overview: *Data Visualization Tools -- The Vendor Landscape,* Planning Assumption, Giga Information Group

129.   April 16, 2001 Paul Hamerman, *Multinational HR/ Payroll Systems: A Challenging Proposition, at Best,* Ideabyte, Giga Information Group

130.   April 23, 2001 Paul Hamerman, *Comparing High End Financial Planning and Budgeting Solutions,* Ideabyte, Giga Information Group

131.   April 24, 2001 Lou Agosta, *Teradata ETL Options From Third Party Software Providers,* Ideabyte, Giga Information Group

132.   April 24, 2001 Mike Gilpin, *Tech Sector Worries Accelerate Trend to J2EE Market Leaders BEA Systems and IBM, Planning Assumption,* Giga Information Group

133.   April 27, 2001 Kazim Isfahani, *Be Aware of Integration Capabilities of Recruitment Automation Tools*, Ideabyte, Giga Information Group

Confidential

134. April 30, 2001 Carl Zetie, *The First Web Services Backlash*, Ideabyte, Giga Information Group

135. April 30, 2001 Paul Hamerman, Expense Management Solutions: *International Support Is Improving*, Ideabyte, Giga Information Group

136. January 12, 2001 Charles E. Philips, Ariba Inc., Q1: Major Margin Swing, Morgan Stanley Dean Witter

137. January 24, 2001 Charles E. Philips, et al., SAP, *Strong 4Q00 earnings, but mixed messages from metrics,* Morgan Stanley Dean Witter

138. February 23, 2001 Charles E. Philips, et al., BEA Systems, *BEA Solid Quarter in Tough Environment*; Morgan Stanley Dean Witter

139. February 27, 2001 Charles E. Philips, et al., BEA Systems, *BEA e World: Evolving the Model*, Morgan Stanley Dean Witter

140. February 28, 2001 Douglas R. Augenthaler, et al., ARBA: *Value Chain Song Doesn't Ring True P1 2*, CIBC World Markets.

141. March 2, 2001 Charles E. Philips, et al., BEA Systems, *Downgrading from Outperform to Neutral*, Morgan Stanley Dean Witter

142. March 2, 2001 Charles E. Philips, i2 Technologies, *Downgrading from Outperform to Neutral*, Morgan Stanley Dean Witter

143. April 2, 2001 Douglas R. Augenthaler, et al., ARBA: *Game, Set, Match P1 2*, CIBC World Markets.

144. April 3, 2001 Douglas R. Augenthaler, et al., ARBA: *Game, Set, Match P2 2*, CIBC World Markets.

145. April 6, 2001 Joseph Farley, Cognos Inc., *Results in Line with Pre Announcement*, Morgan Stanley Dean Witter

146. April 19, 2001 Charles E. Philips, et al., i2 Technologies, *No More Elephants*, Morgan Stanley Dean Witter

147. April 19, 2001 Douglas R. Augenthaler, et al., ARBA: *Remain Cautions on Ariba in Front of Earnings Report*, CIBC World Markets.

148. April 20, 2001 Douglas R. Augenthaler, et al., ARBA: *March Q as Expected. Excellent Cash Mgmt in Q, but Long Road Ahead*, CIBC World Markets

149. April 20, 2001 Charles E. Philips, et al., SAP *Tough Market, but Strong Q1 for SAP,* Morgan Stanley Dean Witter

150.   April 20, 2001 Joseph Farley, et al., Business Objects, *Lowering Numbers Based on Economic Concerns,* Morgan Stanley Dean Witter

151.   December 15, 2000 Charles E. Philips, Hyperion Solutions, *Sluggish Execution in a Fast Growing Market*, Morgan Stanley Dean Witter

152.   January 18, 2001 Charles E. Philips, et al., i2 Technologies, *A Good Finish but Front End Loaded 2001*, Morgan Stanley Dean Witter

153.   April 6, 2001 Joseph Farley, et al., Hyperion Solutions, *HYSL Pre announces Third Quarter Results*, Morgan Stanley Dean Witter

154.   April 24, 2001 Joseph Farley, et al., Hyperion Solutions, *Quarter in line, Still in Transition,* Morgan Stanley Dean Witter

155.   December 3, 2004 CRM Daily, *SAP's $50 Million Rollout Runs Into Trouble*

156.   March 2003 Majed Al-Mashari & Abdullah Al-Mudimigh, *ERP implementation: lessons from a case study*, Information Technology & People

157.   Judy E. Scott, *The FoxMeyer Drugs' Bankruptcy: Was it a Failure of ERP?*

158.   November 3, 1999 Kim Girard, *Business Software: firms sued over implementation*, CNET News.com

159.   March 27, 2000 Erin Kinikin, *Oracle Delays (Pieces of) CRM Release – Early Buyers Beware*, IdeaByte, Giga Information Group

160.   May 3, 2000 *PeopleSoft Bolsters Internet-Based, Analytic Product Line by Acquiring Advance Planning Solutions*, PeopleSoft Press Release, Business Wire

161.   January 17, 2000 *Angoss Announces Availability of KnowledgeStudio for Siebel*, Siebel Press Release, Canadian Corporate Newswire, Inc.

162.   March 14, 2000 *J.D. Edwards Names Michael Schmitt to Lead New B2B Business Unit; Visionary to Drive J.D. Edwards Development, Sales and Trading Community Integration Efforts to Power J.D. Ed-wards as the Leader in the New Economy,* J.D. Edwards Press Release, PR Newswire Association, Inc.

163.   April 14, 1998 *SAP Announces New Global Contract with Phillips Petroleum Company; Phillips Expanding Commitment to SAP and Deployment Across All Operations*, SAP Press Release, Business Wire, Inc.

## E.   PRODUCED/BATES-STAMPED MATERIALS

1.   AGE 000038-000053

2.   BOA 00105-00108

3.   BOA 01071-01074

4.   BOA 02688-02703

Confidential

5.    BOA 02704-02708

6.    BOA 2709-2716

7.    CIBC 00061-00066

8.    CIBC 00096-00098

9.    CIBC 00110-00115

10.   CIBC 00193-00197

11.   CIBC 00208-00209

12.   CIBC 00210-00214

13.   CSFB 000037-000040

14.   CSFB 000046-000053

15.   CSFB 000075-000077

16.   CSFB 000078-000081

17.   CSFB 000082-000084

18.   GMS 00107-00109

19.   IR 0199

20.   JOM 00036-00041

21.   JPM 00010-00015

22.   JPM 00022-00025

23.   JPM 00026-00035

24.   JPM 0042-0045

25.   JPM 0046-0050

26.   LT 0167

27.   MIS 00036-00043

28.   MS 00010-00013

29.   MS 00014-00021

30.   MS 00022-00024

31.   MS 00030-00035

32.   MS 00036-00043

33.   MS 00069-00076

34.   MS 00077-00082

35.   MS 00089-00097

36.   MS 00120-00124

37.   MS 00148-00159

38.   MS 00160-00164

39.   MS 00175-00182

40.   NCDA-ORCL 110948-1032

41.   NDCA ORCL 115356-61

42.   NDCA-ORCL 107511-107514

43.   NDCA-ORCL 003215-47

44.   NDCA-ORCL 003281-3311

45.   NDCA-ORCL 003365-003368

46.   NDCA-ORCL 005755-005757

47.   NDCA-ORCL 005758-005759

48.   NDCA-ORCL 005760-005763

49.   NDCA-ORCL 005773

50.   NDCA-ORCL 005802-005804

51.   NDCA-ORCL 005826-005827

52.   NDCA-ORCL 005908-005909

53.   NDCA-ORCL 005910-005912

54.   NDCA-ORCL 005913-005915

| 55. | NDCA-ORCL 005926-005931 |
| 56. | NDCA-ORCL 005941-005947 |
| 57. | NDCA-ORCL 005986-005985 |
| 58. | NDCA-ORCL 005999 |
| 59. | NDCA-ORCL 006051-006053 |
| 60. | NDCA-ORCL 006081-006087 |
| 61. | NDCA-ORCL 006092-006094 |
| 62. | NDCA-ORCL 006095-006096 |
| 63. | NDCA-ORCL 006315-006319 |
| 64. | NDCA-ORCL 0065535-9 |
| 65. | NDCA-ORCL 009288-009303 |
| 66. | NDCA-ORCL 009304-009305 |
| 67. | NDCA-ORCL 009316-009317 |
| 68. | NDCA-ORCL 009318-009319 |
| 69. | NDCA-ORCL 009320-009343 |
| 70. | NDCA-ORCL 009344-009345 |
| 71. | NDCA-ORCL 009358-009360 |
| 72. | NDCA-ORCL 009364-65 |
| 73. | NDCA-ORCL 009366-009367 |
| 74. | NDCA-ORCL 009370-009371 |
| 75. | NDCA-ORCL 009373-009374 |
| 76. | NDCA-ORCL 009375-009376 |
| 77. | NDCA-ORCL 009377-009388 |
| 78. | NDCA-ORCL 009390-009391 |
| 79. | NDCA-ORCL 009397-009405 |

| 80. | NDCA-ORCL 009430-009431 |
| 81. | NDCA-ORCL 009453-009462 |
| 82. | NDCA-ORCL 009472-009476 |
| 83. | NDCA-ORCL 009477-009479 |
| 84. | NDCA-ORCL 009480-009486 |
| 85. | NDCA-ORCL 009487-009493 |
| 86. | NDCA-ORCL 009494-009497 |
| 87. | NDCA-ORCL 009498-009504 |
| 88. | NDCA-ORCL 009505-009511 |
| 89. | NDCA-ORCL 009512-009517 |
| 90. | NDCA-ORCL 009518-22 |
| 91. | NDCA-ORCL 009523-009528 |
| 92. | NDCA-ORCL 009529-009533 |
| 93. | NDCA-ORCL 009534-009539 |
| 94. | NDCA-ORCL 009540-009543 |
| 95. | NDCA-ORCL 009544-009547 |
| 96. | NDCA-ORCL 009548-009551 |
| 97. | NDCA-ORCL 009552-009557 |
| 98. | NDCA-ORCL 009558-009562 |
| 99. | NDCA-ORCL 009569-009572 |
| 100. | NDCA-ORCL 009573-009581 |
| 101. | NDCA-ORCL 009582-009587 |
| 102. | NDCA-ORCL 009588-009592 |
| 103. | NDCA-ORCL 009593-009596 |
| 104. | NDCA-ORCL 009597-009600 |

Confidential

| | | | | |
|---|---|---|---|---|
| 105. | NDCA-ORCL 009601-009606 | | 130. | NDCA-ORCL 009745 |
| 106. | NDCA-ORCL 009613-009616 | | 131. | NDCA-ORCL 009886-8 |
| 107. | NDCA-ORCL 009617-009620 | | 132. | NDCA-ORCL 009889-93 |
| 108. | NDCA-ORCL 009621-009624 | | 133. | NDCA-ORCL 012377 |
| 109. | NDCA-ORCL 009625-009629 | | 134. | NDCA-ORCL 012381-012383 |
| 110. | NDCA-ORCL 009630-009633 | | 135. | NDCA-ORCL 012384 |
| 111. | NDCA-ORCL 009634-009637 | | 136. | NDCA-ORCL 012385 |
| 112. | NDCA-ORCL 009638-009640 | | 137. | NDCA-ORCL 012393-012395 |
| 113. | NDCA-ORCL 009641-009642 | | 138. | NDCA-ORCL 012414-012417 |
| 114. | NDCA-ORCL 009643-009645 | | 139. | NDCA-ORCL 012424 |
| 115. | NDCA-ORCL 009646-009648 | | 140. | NDCA-ORCL 012425-012426 |
| 116. | NDCA-ORCL 009724 | | 141. | NDCA-ORCL 012433-012438 |
| 117. | NDCA-ORCL 009725 | | 142. | NDCA-ORCL 012439-012441 |
| 118. | NDCA-ORCL 009726 | | 143. | NDCA-ORCL 013041-013047 |
| 119. | NDCA-ORCL 009727-009728 | | 144. | NDCA-ORCL 013115-22 |
| 120. | NDCA-ORCL 009727-8 | | 145. | NDCA-ORCL 013149-013156 |
| 121. | NDCA-ORCL 009729-009730 | | 146. | NDCA-ORCL 013665-013668 |
| 122. | NDCA-ORCL 009733-009734 | | 147. | NDCA-ORCL 013717-013720 |
| 123. | NDCA-ORCL 009736-009737 | | 148. | NDCA-ORCL 013731-013734 |
| 124. | NDCA-ORCL 009736-37 | | 149. | NDCA-ORCL 014075-014076 |
| 125. | NDCA-ORCL 009736-7 | | 150. | NDCA-ORCL 014244-014245 |
| 126. | NDCA-ORCL 009737 | | 151. | NDCA-ORCL 014914-7 |
| 127. | NDCA-ORCL 009739 | | 152. | NDCA-ORCL 016242-016267 |
| 128. | NDCA-ORCL 009740-009741 | | 153. | NDCA-ORCL 018580-92 |
| 129. | NDCA-ORCL 009744 | | 154. | NDCA-ORCL 018737-018742 |

Confidential

155.   NDCA-ORCL 018745-018749

156.   NDCA-ORCL 018771-018773

157.   NDCA-ORCL 019152

158.   NDCA-ORCL 019156-019159

159.   NDCA-ORCL 019238-019243

160.   NDCA-ORCL 019238-019243

161.   NDCA-ORCL 019438-66

162.   NDCA-ORCL 0197087-019711

163.   NDCA-ORCL 019758-59

164.   NDCA-ORCL 020544-020547

165.   NDCA-ORCL 020728

166.   NDCA-ORCL 020844-020849

167.   NDCA-ORCL 023354-023370

168.   NDCA-ORCL 023823-023825

169.   NDCA-ORCL 023954-023959

170.   NDCA-ORCL 024623-024626

171.   NDCA-ORCL 024862-024864

172.   NDCA-ORCL 024862-4

173.   NDCA-ORCL 026862-68

174.   NDCA-ORCL 026981-026982

175.   NDCA-ORCL 026981-026984

176.   NDCA-ORCL 027055-027151

177.   NDCA-ORCL 027955

178.   NDCA-ORCL 028424-028425

179.   NDCA-ORCL 028461-028464

180.   NDCA-ORCL 028721-23

181.   NDCA-ORCL 028748-028749

182.   NDCA-ORCL 031333-37

183.   NDCA-ORCL 031369-061373

184.   NDCA-ORCL 034333

185.   NDCA-ORCL 034377-034380

186.   NDCA-ORCL 034382-034383

187.   NDCA-ORCL 034382-3

188.   NDCA-ORCL 035038-035040

189.   NDCA-ORCL 035111-035112

190.   NDCA-ORCL 035243-035264

191.   NDCA-ORCL 035265-035268

192.   NDCA-ORCL 035276-035279

193.   NDCA-ORCL 035293-4

194.   NDCA-ORCL 035298-035300

195.   NDCA-ORCL 035352

196.   NDCA-ORCL 035356-035358

197.   NDCA-ORCL 035362-035364

198.   NDCA-ORCL 035362-035364

199.   NDCA-ORCL 035384-035387

200.   NDCA-ORCL 035384-7

201.   NDCA-ORCL 035425-035428

202.   NDCA-ORCL 035467-035468

203.   NDCA-ORCL 035470-3

204.   NDCA-ORCL 039324-039328

Confidential

| | | | | |
|---|---|---|---|---|
| 205. | NDCA-ORCL 039546 | | 230. | NDCA-ORCL 052586 - 052587 |
| 206. | NDCA-ORCL 039547-039551 | | 231. | NDCA-ORCL 052586-7 |
| 207. | NDCA-ORCL 040638-40 | | 232. | NDCA-ORCL 052598 - 052599 |
| 208. | NDCA-ORCL 041513-041520 | | 233. | NDCA-ORCL 052625052626 |
| 209. | NDCA-ORCL 041796-041821 | | 234. | NDCA-ORCL 052637 |
| 210. | NDCA-ORCL 042007-042009 | | 235. | NDCA-ORCL 052709 - 052711 |
| 211. | NDCA-ORCL 049452-079453 | | 236. | NDCA-ORCL 052770 - 052772 |
| 212. | NDCA-ORCL 052361-052366 | | 237. | NDCA-ORCL 052815 - 052817 |
| 213. | NDCA-ORCL 052422-052424 | | 238. | NDCA-ORCL 052838-052839 |
| 214. | NDCA-ORCL 052443-052444 | | 239. | NDCA-ORCL 052838-9 |
| 215. | NDCA-ORCL 052451-052462 | | 240. | NDCA-ORCL 052844 |
| 216. | NDCA-ORCL 052474 | | 241. | NDCA-ORCL 052890 - 052891 |
| 217. | NDCA-ORCL 052475-052478 | | 242. | NDCA-ORCL 052901 - 052902 |
| 218. | NDCA-ORCL 052479 | | 243. | NDCA-ORCL 052924 - 052926 |
| 219. | NDCA-ORCL 052487-052488 | | 244. | NDCA-ORCL 052944-052951 |
| 220. | NDCA-ORCL 052495 | | 245. | NDCA-ORCL 052960 |
| 221. | NDCA-ORCL 052514-052518 | | 246. | NDCA-ORCL 052987 - 052988 |
| 222. | NDCA-ORCL 052527 | | 247. | NDCA-ORCl 052989-052991 |
| 223. | NDCA-ORCL 052550-052551 | | 248. | NDCA-ORCL 053057 - 053058 |
| 224. | NDCA-ORCL 052556-7 | | 249. | NDCA-ORCL 053168 - 053169 |
| 225. | NDCA-ORCL 052558-63 | | 250. | NDCA-ORCL 053228-053229 |
| 226. | NDCA-ORCL 052567 | | 251. | NDCA-ORCL 053262 - 053263 |
| 227. | NDCA-ORCL 052567 | | 252. | NDCA-ORCL 053274-053725 |
| 228. | NDCA-ORCL 052567 | | 253. | NDCA-ORCL 053288-056292 |
| 229. | NDCA-ORCL 052573 - 052574 | | 254. | NDCA-ORCL 053348 - 053349 |

Confidential

| | | | | |
|---|---|---|---|---|
| 255. | NDCA-ORCL 053374 - 053375 | | 280. | NDCA-ORCL 054231-054234 |
| 256. | NDCA-ORCL 053384 - 053385 | | 281. | NDCA-ORCL 054235-054244 |
| 257. | NDCA-ORCL 053452 - 053453 | | 282. | NDCA-ORCL 054274 - 054275 |
| 258. | NDCA-ORCL 053519-053520 | | 283. | NDCA-ORCL 054292 |
| 259. | NDCA-ORCL 053542 - 053543 | | 284. | NDCA-ORCL 054302 - 054303 |
| 260. | NDCA-ORCL 053575 - 053580 | | 285. | NDCA-ORCL 054361 - 054362 |
| 261. | NDCA-ORCL 053630 - 053635 | | 286. | NDCA-ORCL 054361-054362 |
| 262. | NDCA-ORCL 053679 - 053680 | | 287. | NDCA-ORCL 054367 - 054368 |
| 263. | NDCA-ORCL 053718 - 053719 | | 288. | NDCA-ORCL 054369 - 054370 |
| 264. | NDCA-ORCL 053728 - 053729 | | 289. | NDCA-ORCL 054373 - 054376 |
| 265. | NDCA-ORCL 053733 - 053734 | | 290. | NDCA-ORCL 054413 - 054414 |
| 266. | NDCA-ORCL 053736-053739 | | 291. | NDCA-ORCL 054443 |
| 267. | NDCA-ORCL 0537713-053717 | | 292. | NDCA-ORCL 054443 |
| 268. | NDCA-ORCL 053778 - 053779 | | 293. | NDCA-ORCL 054494 - 054495 |
| 269. | NDCA-ORCL 053857 - 053858 | | 294. | NDCA-ORCL 054543-054544 |
| 270. | NDCA-ORCL 053905 - 053906 | | 295. | NDCA-ORCL 054545 - 054546 |
| 271. | NDCA-ORCL 053978 - 053979 | | 296. | NDCA-ORCL 054591 - 054592 |
| 272. | NDCA-ORCL 053998 - 053999 | | 297. | NDCA-ORCL 054664 - 054665 |
| 273. | NDCA-ORCL 054013 - 054014 | | 298. | NDCA-ORCL 054680 - 054681 |
| 274. | NDCA-ORCL 054015 - 054016 | | 299. | NDCA-ORCL 054689 - 054690 |
| 275. | NDCA-ORCL 054074054080 | | 300. | NDCA-ORCL 054757 - 054758 |
| 276. | NDCA-ORCL 054130 - 054131 | | 301. | NDCA-ORCL 054811 - 054812 |
| 277. | NDCA-ORCL 054156-054157 | | 302. | NDCA-ORCL 054846 - 054847 |
| 278. | NDCA-ORCL 054170 - 054171 | | 303. | NDCA-ORCL 054889 - 054890 |
| 279. | NDCA-ORCL 054228-054240 | | 304. | NDCA-ORCL 054894-054898 |

Confidential

| | | | | |
|---|---|---|---|---|
| 305. | NDCA-ORCL 054938 - 054939 | | 330. | NDCA-ORCL 056642 - 056644 |
| 306. | NDCA-ORCL 054974-064975 | | 331. | NDCA-ORCL 056658 - 056662 |
| 307. | NDCA-ORCL 054984-054985 | | 332. | NDCA-ORCL 056712 - 056714 |
| 308. | NDCA-ORCL 055457-055459 | | 333. | NDCA-ORCL 056718 |
| 309. | NDCA-ORCL 055970-055971 | | 334. | NDCA-ORCL 056729 - 056731 |
| 310. | NDCA-ORCL 056045-056048 | | 335. | NDCA-ORCL 056802-056804 |
| 311. | NDCA-ORCl 056046-056048 | | 336. | NDCA-ORCL 056808-056815 |
| 312. | NDCA-ORCL 056049-056050 | | 337. | NDCA-ORCL 056934 |
| 313. | NDCA-ORCL 056051-056054 | | 338. | NDCA-ORCL 056965 - 056967 |
| 314. | NDCA-ORCL 056055-056056 | | 339. | NDCA-ORCL 056965-056967 |
| 315. | NDCA-ORCl 056055-056056 | | 340. | NDCA-ORCL 056968 - 056971 |
| 316. | NDCA-ORCL 056055-6 | | 341. | NDCA-ORCL 057050 |
| 317. | NDCA-ORCL 056207-12 | | 342. | NDCA-ORCL 057087-057088 |
| 318. | NDCA-ORCL 056213-056214 | | 343. | NDCA-ORCL 057116-7 |
| 319. | NDCA-ORCL 056213-4 | | 344. | NDCA-ORCL 057127-9 |
| 320. | NDCA-ORCL 056288-92 | | 345. | NDCA-ORCL 057167-057174 |
| 321. | NDCA-ORCL 056298-056299 | | 346. | NDCA-ORCL 057167-057174 |
| 322. | NDCA-ORCL 056341-056347 | | 347. | NDCA-ORCL 057187-057189 |
| 323. | NDCA-ORCL 056367-056368 | | 348. | NDCA-ORCL 057237-9 |
| 324. | NDCA-ORCL 056385-056388 | | 349. | NDCA-ORCL 057289-057290 |
| 325. | NDCA-ORCL 056440-056442 | | 350. | NDCA-ORCL 057301-057303 |
| 326. | NDCA-ORCL 056479 - 056481 | | 351. | NDCA-ORCL 057423-057424 |
| 327. | NDCA-ORCL 056487 - 056491 | | 352. | NDCA-ORCL 058176-018185 |
| 328. | NDCA-ORCL 056526 - 056528 | | 353. | NDCA-ORCL 058253-4 |
| 329. | NDCA-ORCL 056587 - 056588 | | 354. | NDCA-ORCL 058291-93 |

Confidential

355.  NDCA-ORCL 058328-058331

356.  NDCA-ORCL 058335-058338

357.  NDCA-ORCL 058335-058338

358.  NDCA-ORCL 058351-058352

359.  NDCA-ORCL 058351-058352

360.  NDCA-ORCL 058388-058389

361.  NDCA-ORCL 058525- 058531

362.  NDCA-ORCL 058611-058612

363.  NDCA-ORCL 058653-058655

364.  NDCA-ORCL 058653-058655

365.  NDCA-ORCL 058656-058658

366.  NDCA-ORCL 058705-058707

367.  NDCA-ORCL 058708-058709

368.  NDCA-ORCL 058723-058724

369.  NDCA-ORCL 059264-0590266

370.  NDCA-ORCL 059264-059266

371.  NDCA-ORCL 059561-059563

372.  NDCA-ORCL 059716 - 059718

373.  NDCA-ORCL 059791-059795

374.  NDCA-ORCL 060330-060332

375.  NDCA-ORCL 060383-5

376.  NDCA-ORCL 060716 - 060718

377.  NDCA-ORCL 061028-061032

378.  NDCA-ORCL 061033

379.  NDCA-ORCL 061302-061303

380.  NDCA-ORCL 061306-061309

381.  NDCA-ORCL 061311-061311

382.  NDCA-ORCL 061313-061315

383.  NDCA-ORCL 061370-061372

384.  NDCA-ORCL 061378-061379

385.  NDCA-ORCL 061378-061379

386.  NDCA-ORCL 0615941-0615947

387.  NDCA-ORCL 061785-061790

388.  NDCA-ORCL 061815-061818

389.  NDCA-ORCL 061840

390.  NDCA-ORCL 061968

391.  NDCA-ORCL 062088-062090

392.  NDCA-ORCL 063385

393.  NDCA-ORCL 063393-95

394.  NDCA-ORCL 063405-063407

395.  NDCA-ORCL 063409-063410

396.  NDCA-ORCL 063409-10

397.  NDCA-ORCl 063415-063417

398.  NDCA-ORCL 063418-064422

399.  NDCA-ORCL 063423-063424

400.  NDCA-ORCL 063429

401.  NDCA-ORCL 063429

402.  NDCA-ORCL 063432

403.  NDCA-ORCL 063432-063434

404.  NDCA-ORCL 063438-063439

Confidential

| | | | | |
|---|---|---|---|---|
| 405. | NDCA-ORCL 063440-063441 | | 430. | NDCA-ORCL 063990-064009 |
| 406. | NDCA-ORCL 063440-063442 | | 431. | NDCA-ORCL 064031-064096 |
| 407. | NDCA-ORCL 063446-47 | | 432. | NDCA-ORCL 064031-96 |
| 408. | NDCA-ORCl 063462-063464 | | 433. | NDCA-ORCL 064316 - 064330 |
| 409. | NDCA-ORCL 063469 | | 434. | NDCA-ORCL 064346 - 064360 |
| 410. | NDCA-ORCL 063471-063477 | | 435. | NDCA-ORCL 067168-206 |
| 411. | NDCA-ORCL 063478-063480 | | 436. | NDCA-ORCL 067328 - 067331 |
| 412. | NDCA-ORCL 063478-063480 | | 437. | NDCA-ORCL 067364 - 067390 |
| 413. | NDCA-ORCL 063478-80 | | 438. | NDCA-ORCL 067407 - 067411 |
| 414. | NDCA-ORCL 063498-063500 | | 439. | NDCA-ORCL 067429 - 067433 |
| 415. | NDCA-ORCL 063498-500 | | 440. | NDCA-ORCL 067492 - 067508 |
| 416. | NDCA-ORCL 063547-063549 | | 441. | NDCA-ORCL 067554 - 067559 |
| 417. | NDCA-ORCL 063552 | | 442. | NDCA-ORCL 067626 - 067630 |
| 418. | NDCA-ORCL 063552 | | 443. | NDCA-ORCL 067643 – 067659 |
| 419. | NDCA-ORCL 063555-063557 | | 444. | NDCA-ORCL 067670 - 067674 |
| 420. | NDCA-ORCL 063590-063592 | | 445. | NDCA-ORCL 067694 - 067698 |
| 421. | NDCA-ORCL 063630-063650 | | 446. | NDCA-ORCL 067709 - 067713 |
| 422. | NDCA-ORCL 063671-87 | | 447. | NDCA-ORCL 067764 - 067768 |
| 423. | NDCA-ORCL 063711-063728 | | 448. | NDCA-ORCL 067884-067888 |
| 424. | NDCA-ORCL 063767-063769 | | 449. | NDCA-ORCL 069250-I |
| 425. | NDCA-ORCL 063770-063785 | | 450. | NDCA-ORCL 069404-069420 |
| 426. | NDCA-ORCL 063958-063960 | | 451. | NDCA-ORCL 069404-20 |
| 427. | NDCA-ORCL 063964-063967 | | 452. | NDCA-ORCL 069907-069939 |
| 428. | NDCA-ORCL 063986-063988 | | 453. | NDCA-ORCL 071116-071159 |
| 429. | NDCA-ORCL 063989 | | 454. | NDCA-ORCL 071260-82 |

Confidential

| | |
|---|---|
| 455. | NDCA-ORCL 071305-32 |
| 456. | NDCA-ORCL 071815-071862 |
| 457. | NDCA-ORCL 071910-45 |
| 458. | NDCA-ORCL 072154-210 |
| 459. | NDCA-ORCL 072671-072676 |
| 460. | NDCA-ORCL 072934-40 |
| 461. | NDCA-ORCL 075428-075436 |
| 462. | NDCA-ORCL 075437-075445 |
| 463. | NDCA-ORCL 075913-075915 |
| 464. | NDCA-ORCL 077903-077935 |
| 465. | NDCA-ORCL 078373-078375 |
| 466. | NDCA-ORCL 078373-5 |
| 467. | NDCA-ORCL 078378 |
| 468. | NDCA-ORCL 078381-078382 |
| 469. | NDCA-ORCL 078383-078384 |
| 470. | NDCA-ORCL 078383-4 |
| 471. | NDCA-ORCL 078385-078387 |
| 472. | NDCA-ORCL 078388-90 |
| 473. | NDCA-ORCL 078408-078411 |
| 474. | NDCA-ORCL 078408-11 |
| 475. | NDCA-ORCL 078416-078418 |
| 476. | NDCA-ORCL 078416-8 |
| 477. | NDCA-ORCL 078622-29 |
| 478. | NDCA-ORCL 078646-078652 |
| 479. | NDCA-ORCL 078865-078868 |
| 480. | NDCA-ORCL 079145-47 |
| 481. | NDCA-ORCL 079148-079150 |
| 482. | NDCA-ORCL 079233-079238 |
| 483. | NDCA-ORCL 080032-080033 |
| 484. | NDCA-ORCL 080190 |
| 485. | NDCA-ORCL 081490-081497 |
| 486. | NDCA-ORCL 081817 |
| 487. | NDCA-ORCL 081828-081829 |
| 488. | NDCA-ORCL 083722-083748 |
| 489. | NDCA-ORCL 084198-084206 |
| 490. | NDCA-ORCL 084716-084717 |
| 491. | NDCA-ORCL 084760-084761 |
| 492. | NDCA-ORCL 084762-084763 |
| 493. | NDCA-ORCL 084765-084770 |
| 494. | NDCA-ORCL 084771 |
| 495. | NDCA-ORCL 084775-084778 |
| 496. | NDCA-ORCL 084779-084780 |
| 497. | NDCA-ORCL 084785-084786 |
| 498. | NDCA-ORCL 084804-31 |
| 499. | NDCA-ORCL 084832-084833 |
| 500. | NDCA-ORCL 084893-084895 |
| 501. | NDCA-ORCL 084926-084927 |
| 502. | NDCA-ORCL 084966-084968 |
| 503. | NDCA-ORCL 084969-084971 |
| 504. | NDCA-ORCL 084973-084999 |