# EXHIBIT 203

# ORACLE CORPORATION

## Moderator: Stephanie Aas
## March 15, 2001
## 4:30 p.m. CT

Operator: Good day, everyone and welcome to today's Oracle Corporation third-quarter financial results conference call. Today's conference is being recorded.

At this time, I'd like to introduce Oracle Corporation Senior Director of Investor Relations, Stephanie Aas. Miss Aas, please go ahead.

Stephanie Aas: Great. Thanks, Operator. I'd like to introduce Larry Ellison, Chairman and Chief Executive Officer and Jeff Henley, Executive Vice President and Chief Financial Officer.

Today's call will begin with Jeff reviewing some of the key financial results and Larry will cover the state of Company and industries trends. The discussion will then be followed by a Q&A session.

Before we begin however, I'd appreciate your patience as I review the required statement for Safe Harbor. Our discussion may include predictions, estimates or other information that might be considered forward-looking. While these forward-looking statements represent our best, current judgment on what the future holds, they are subject to risks and uncertainties that could cause actual results to differ materially.

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 2

Throughout today's discussion, we will attempt to present some important factors related to our business that may affect our predictions. You should also review our most recent Form 10-K and 10-Q for more complete disclosure of risk factors.

With that, I'd like to turn the call over to Jeff Henley.

Jeff Henley:  OK.  Thank you, Stephanie.  Well, I think I should start by just kind of -- I guess maybe reinforce on some of the things we said on our call we made last for the quarter ended on March 1st.

Despite the fact that we saw numerous companies pre-announcing in January and February, all of whom who were reciting a slowdown in the U.S. economy -- companies like Sun, Cisco, EMC -- it's like a list -- we were still surprised we missed the quarter.  We thought we had some cushion as we entered the quarter and while we knew the economy was slowing down a bit, we thought we could absorb some downsize if it developed.

Right up to the end of the quarter, we said we felt pretty good about the quarter -hadn't seen any indication of an erosion in our internal forecast or heard of significant issues in regular conversations with the U.S. sales and management.

In addition, all major enterprise software companies who reported in December felt good about their outlook.  And so we felt like the enterprise software space for e-business leaders was more recession resistant than other technology sectors where -- and this was supported by an independent research conducted in a CIO Spending Intention Survey that was done December and January in which all of products were at the top of the list of really critical things.

Also, our Q3 pipeline reports consistently shows good growth year-over-year right up to the last few days of the quarter.  And finally our last -- our first two months of actual quarterly -- monthly

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 3

actuals showed strong license growth. So there was a lot of things that kind of gave us what turned out to be, I guess, a false sense of security because clearly we didn't do as well at the end.

During our last quarter call we did 90 days ago, I emphasized how -- that the economy was a wild card. And despite the fact we had not seen any visible erosion at that point, we said that if we ever got to a hard landing or recession or depression -- I don't think we're there -- that would certainly have an impact on our business.

Beginning in early January, we added a bullet on the slides we used with investors stating that the economy was a wild card. And for some time, we've included precautionary language in our risk factor section that points out that while we use our pipeline system as the primary tool to forecast sales, it doesn't always closely correlate to actual sales growth in the quarter.

For Q2 10-Q, we added that in particular, a slowdown in the economy may cause purchasing decisions to be delayed, reduced in amount or canceled, which would therefore, reduce the overall pipeline conversion rates. Nevertheless, right to the last few days, we still thought we could there.

OK. So looking at the license growth for the third quarter, all of the decline was primarily centered in the U.S. and the Americas, the way we reported it publicly.

And the growth for the Americas for that quarter, this recent Q3, was four percent negative. And that's compared to 34 percent growth both in Q1 and in Q2 so clearly there was an enormous slowdown and far worse than we though we would be.

The dot-coms played some part in this. But we knew going into the quarter, we had a big database comparison issue and we knew that the dot-com segment was slowing down. I think in

NDCA-ORCL 050621

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 4

hindsight the dot-com ended up a bit worse than we thought. But we certainly anticipated -- what we didn't realize -- the filling factor, you know, obviously was the economy.

If you take out -- and if you look at our dot-com growth in the third quarter year-over-year, it was a negative 66 percent. So it clearly was a huge decline year-over-year.

If you take out dot-coms in total and just look at the rest of the Americas' license number x dot-coms, the growth for the quarter was nine percent so again, far short of the 34 percent growth.

So again, I'd stand by what we said that we knew that the dot-coms would have an affect. But clearly, I think it was the economy that really did us in.

Since the Americas represent over 50 percent of the worldwide license revenues, the impact on the total company license growth was obviously very significant.

As Larry said on the March 1 conference call, the crack started to appear in the last four days of the quarter. At first, it showed in our general business dot-com mid-market forecast, which came down each of the last four days. But it also showed up on other U.S. business units right at the end as contract after contract slipped as a result of key executives delaying decisions to sign the deals when they represented the final signature.

Both (MEIT) and Asia-Pacific did reasonably well and were certainly -- played only a minor role in the -- in the Q3 miss. They had reasonably good results.

Turning to database, the growth was -- ended up at six percent and did somewhat better than that first estimate we made on March 1 and likewise, applications did worse. We ended up very close to what we said on the estimate we made but we did not have a detailed handle on all the different product swings. And so clearly database ended up being better, applications worse.

NDCA-ORCL 050622

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 5

The database in -- worldwide was six percent. And it actually would have been worse if the (MEIT) didn't have such strong quarter. Europe had an exceptionally strong database quarter. And the converse of that -- (MEIT) had an exceptionally weak applications quarter. So they sort of flip-flopped in terms of what they did in database and apps for the first half of the year.

We had, in the -- in the -- in the -- in the Americas area, allowed the same comments. We knew we had a tough comparison in database somewhat because the dot-coms et cetera, et cetera. And in the applications space, clearly, I think part of the reason we did so poorly was because of the slowdown in the U.S. economy.

The total Americas applications growth was 31 percent -- far less than we thought because we did have a good (Covista) deal that we talked about on the Q2 conference call.

But Europe was the bigger disappointment actually. It had a weak growth of about three percent, I think, in local currency terms so -- versus a 104 and 92 percent growth in the first two quarters. So we're still trying to understand it. It's clearly disappointing in virtually all of the major countries of Europe. So we didn't do as well but we did better than we thought we would have done in the first half.

In total, Europe did well. It was just a complete reversal in the first half in terms of the splits between apps and database.

Turning to the forecast, I guess, visibility for Q4 is obviously, much more limited based on what happened to us in Q3. Our traditional pipeline tools are much more difficult to use when you're in this kind of environment.

NDCA-ORCL 050623

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 6

Our initial pipeline for Q4 looks good. It's – we're showing good strong growth but remember, you know, what happened to us in Q3. So this pipeline system is real-time. We give constant updates as we did with Q3. But I think given that the conversion rates were much less than normal in Q3, we have to assume something like that will probably happen again this quarter.

And obviously, our visibility into next year is even more difficult. I think for now, again, our assumption is probably things aren't getting better and maybe they'll get worse. We have no idea. These results are really going to end up being reflective of what happens to the economy.

If the economy does better, we'll do better. If the economy does worse than people think, then we'll probably see that as well. So it's very difficult right now to say what we're going to do.

My assumption right now and this is as good as anyone's, I guess, would be that we might do a little bit worse, to be conservative. So maybe our license growth instead of six percent like it was in Q3, it might be zero. And again, I stress it could be worse than that. It could be better than that. Who knows?

If it were zero, then our earnings and net income would be roughly flat. So we did 15 cents a year ago. Before investment gains, I think we would do 15 cents this quarter.

Looking forward into this next year, it's even murkier. So again, I have no idea about -- our assumption is that probably the U.S. economy takes a while to recover. So the scenario I played with is just assume that it lasts a year and that by the end of the calendar year, by the end of our fiscal second quarter, the U.S. economy starts to pick up.

If that were the case, if our license growth were like flat for two more quarters, if our license growth then began to rebound against much easier comparisons in Q3 and Q4 and grew maybe 20 percent for the last two quarters, we can -- by historic sayings that would be fairly modest.

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 7

Then we would end up with, you know, 56, 57 cents -- something like that. So that would end up being -- if we did the 15 cents this quarter, our full year would be a 31 percent growth in earnings per share. And next year, it would be 25 to 30 percent growth in earnings per share next year.

And again, it's all predicated upon the economy. How far down do you think it'll go? How quickly will it recover? So I'm not even suggested this is good guidance. I'm just saying this is -- gives you some sense for the way the model works and the way the -- you can run different assumptions. But I think that's basically the thing I've heard out there. It may be a realistic assumption.

I think recessions eventually do end. But none of us know when this will happen. And we don't know if it'll get a lot worse -- whatever -- so. But I think it's certainly reasonable to think that it will take a while until things recover.

We're fortunate that our costs are in good shape. And so, we're not going to, I think, have to hopefully do a lot here. We're under good control. And we're just going to continue to keep these costs under control and do what we have to do to try to hang onto the hard -- the good margins that we've earned over these couple of years.

Just turning to a couple of more facts and then I'll turn over to Larry. To review, again, some of the data -- so the total -- the total revenue for the -- for the -- for the quarter was 2.7 billion, up nine percent.

As I said, the license revenue was up six. The server revenue, worldwide, was six. The ((inaudible)) was down 57. Apps were up 25.

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 8

The percentage of large deals, over half a million, was 45 percent versus 46 percent in Q3 a year ago.

Our service's revenue was up 12 percent. And again, I don't think I mentioned we had a negative currency effect in the -- for a total revenue of the quarter of four points. That was pretty close to what we had predicted, I think, going into the quarter.

And I didn't comment on -- into my comments really about the forecast. But at current rates, the forecast for currency this quarter would be two percent negative. And then for next year, it's roughly a percent positive or so.

So if the -- if the currencies stay where they are, we shouldn't be burdened with currency negatives next year like we had last year.

So it terms of -- I'm just looking through the numbers -- in terms of headcount, we actually saw a little bit of sequentially growth this time of about three percent. And that's again one of the reasons why we're going to go back and work harder on our headcount to make sure this doesn't continue.

The -- certainly, the turnover rates are slowing down. I think that's what's happening. Our turnover has gone way down and so it's easier to hire people. It's -- we're not losing as many but we'll have to definitely screw down those numbers.

We were very pleased with our operating margins -- grew. They were -- ended up at 33 percent versus 31 percent a year ago.

Another piece of information, I think, our current view on our tax rate for next year is that it will drop a point. So it's 35.5 this year. We expect it to drop to 34.5 next year.

NDCA-ORCL 050626

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 9

And I think that's about it. So I'll turn it over to Larry for some more comments.

Larry Ellison: OK. Given the change in economic climate, we really are changing the way we're going about marketing our software, specifically our applications. And we're focusing on rapid application implementation.

We think one of the virtues of the Oracle E-Business Suite is that again, all the pieces are integrating together. And one of the -- one of the immediate benefits is the fact that the Suite is complete. It's integrated. Therefore, we can install it and get you up and running very, very fast. And that -- and actually executives focus on projects that have a very -- that they have to return -- have a return on investment very quickly. Rapid return on -- rapid implementation means rapid return on investment.

So we've launched two new programs globally. One is CRM. Actually, it's Global CRM. We can put our CRM system up in all the countries in which you do business in 90 days.

In fact, in our E-Business Suite is in fact, global software. So as we run it and we find a number of deals this quarter, CRM and we had -- we had wins at America, over at Siebel -- it went to Qwest over Siebel.

We've got a lot -- we had a pretty CRM quarter. And one of the big -- very, very large technology companies that we signed, whose name we can't use, we actually are going to get them running up and live on CRM within 90 days. That's in every country in which they do business.

Another big program is Internet Procurement. And Internet Procurement, again, is in 30 days. We think we can do the entire procure-to-pay cycle -- buying things on the Web, you know, using

NDCA-ORCL 050627

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 10

Internet to make the purchase; conducting an auction while you save a lot of money and we can get -- have you -- you can start saving money within 30 days of signing the Oracle contract.

And that's what I think executives are looking for right now. They say yeah. They look at each of these projects. The project looks promising but unless the return is there in fairly short order, they're quite willing to triage this project in favor of another one with more rapid returns. So again, you'll see a major shift here and we think we're -- I -- you know, we're pretty -- our software is pretty well suited for delivering that very rapid return.

As Jeff mentioned, we -- you know, we've used it over the last couple of years to improve our margins constantly. Even in a very difficult quarter, our margins did go up a couple of points.

We should -- we should be able to do -- you know, do more with one of our major customers. General Electric has an E-Business Suite project going live actually this month.

We signed a contract in March -- excuse me, going live in March. We signed the contract in November. They go live in March. It's a five-month from signing the contract to actually going live on the E-Business Suite. It's a very rapid implementation.

The secret there was no modification source software. And in all of these rapid implementations -- whether this is a big one, a General Electric -- and these are large companies -- were Americredit or Qwest.

The key to the rapid implementation of the software is complete and integrated and does not require modification. And it thereby, delivers a very rapid return on investment. It's quick to install. And by the way, that means you don't spend a lot of money installing it. If you install it in 30 days or 90 days, there aren't a lot of big consulting fees you have to pay. Not only do you get the returns quickly, the overall cost of the implementation and the risks associated with the

implementation are greatly reduced. Less cost, less risk and very rapid return. In the database, we have a new version of our database coming out this quarter, our release, 9i that delivers pretty spectacular performance on real applications.

On feature end, it's called Real Application Clusters. And again, we think -- we think that again puts us in a very -- you know, it continues to improve our competitive position in database because our two primary competitors, IBM and ((inaudible)) as large as IBM in the database business and Microsoft, which is -- seems to be dropping back.

So again, we have a major release of our database that was several years in the works.

We also have this thing called the Internet Application Server, IS. And we compete with a number -- with IBM's (WebFear) and BEA.

We've had competitive wins at Cisco, at Cap Gemini and McGraw-Hill, you know, it's with live ((inaudible)) technologies.

IS is relatively new product for us but it's going -- it's going very well. Again, the same push there - - highly reliable, delivering very, very good performance. And it's tightly integrated with our database -- easy to manage. So that's a -- you know, we're doing very, very well there.

We've had -- we've got over 3,000 -- as the press release highlighted, 3,000 companies in the process of implementing version 11i of our applications. Over 210 of those customers are live on version 11i applications, the E-Business Suite.

We have a number of big customer wins -- again, McGraw-Hill, Healthsouth on the entire E-Business on the number -- in a number of database wins.

NDCA-ORCL 050629

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 12

So in a very difficult quarter and a very difficult economic climate, we did make $900 million in operating profit where the market was looking for a billion nine.

So we think we -- our margins are in good enough shape. And our cost controls are in good enough shape and our products are competitive enough that we -- you know, that we're pretty well equipped to weather the storm -- better equipped than virtually all of our competition in the enterprise software space.

Stephanie Aas: All right. We're ready for Q&A.

Operator: If you'd like to ask a question today, please signal us using your telephone -- press the star followed by the digit one. And your questions will be addressed in the order that you signal. Again, that's star one.

First up in the roster is Jim Moore at Deutsche Bank.

Jim Moore: Hi. I was wondering if you could talk about the potential to do layoffs. Jeff, you mentioned that you had that sequential headcount growth due to the lack of attrition. Would you consider doing layoffs at this point?

Larry Ellison: Yeah. This is Larry Ellison. I think you'll see us looking at controlling our costs. And one of the ways we control our costs is to manage headcount. So there's no organization that isn't being -- isn't being asked to do more with less.

Jim Moore: And would this be across the board, Larry? Or would it be in one specific area?

Larry Ellison: Oh, I think, a variety of areas. I mean, you know, if you look at our headcount reductions over the last couple of years, we've been steadily reducing headcount.

NDCA-ORCL 050630

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 13

We had a little bit of a jump in Q3 that we're looking at right now. And some of it was in -- you know, some of it was in consulting, which grew. So that -- by and large, with the exception of R&D -- with the sole exception of R&D, Oracle should constantly be reducing headcount in virtually every area.

Jim Moore: So the intent is to sort of hold the mid 30 percent operating margin goal over the next 12 months or so?

Larry Ellison: Absolutely.

Jim Moore: OK. Thank you.

Jeff Henley: Again, I'd -- Jim, it goes without saying that it's all a function of revenue. So assuming that we don't have some calamity in the economy or something -- but I think we can -- with short of something just horrendous, I think we can -- our costs are in good control and we can keep hanging onto good margins.

That's really ...

Larry Ellison: And we're going to keep on working and tuning that costs. So we're going to make improvement on the cost side of things and improvement on the technology side of things. And we think that -- again, that gives us some degree of cushion, some reason for optimism in a very difficult climate -- an unpredictable climate.

Jim Moore: Great. Good luck with that. Thank you.

NDCA-ORCL 050631

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 681069
Page 14

Operator: And again, that's star one if you'd like to ask a question. And also in the interest of making sure all questions are answered in a timely manner, please limit yourselves to one question.

We'll continue now with Bob Austrian, Bank of America Securities.

Bob Austrian: Great. Thanks very much. I guess, Jeff, could you go back and review what you described as the dot-com contribution? It went by a little quickly.

Jeff Henley: Sure.

Bob Austrian: And in particular, if you're in a position to help us understand how tough are the comparisons in May, August or November ahead as a result of that? Maybe what dollars should we describe the dot-coms in the prior?

Jeff Henley: It's almost insignificant. So we had -- we kind of hit a crescendo in Q3 and Q4 a year ago. And then it really fell off in Q1. But it's a little less as a percentage of Americas license business in Q4 than you know, a point or two less. So it's still significant.

We still have a comparison problem but if you remember, we also had some slippage in database last year in other areas, especially in Q1. So I would describe our database comparison as somewhat easier despite the fact that we still have a strong dot-com comparison problem.

Again, to review the numbers, what I did -- is I said that, if you took out -- well, first of all, if you segmented the dot-com number in the third quarter in terms of the affect on the Americas license -- first of all, the dot-coms dropped 66 percent year-over-year. OK? So it was obviously huge.

It didn't go to zero, but it felt like it. All right? If you then extract those dot-com figures from the total Americas license numbers in both last year's and this year's third quarter, the remaining --

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 15

the rest of the business grew nine percent. So that's still substantially below the Americas' total license growth in Q1. In Q2, it's 34 percent.

Bob Austrian: OK. Great. I think that's very helpful. And then just one follow-up -- you mentioned, I think, Jeff that there was some irony in Europe versus Asia on apps versus database and which was strong and which wasn't.

Jeff Henley: Right.

Bob Austrian: I think you said in Europe, the applications were weak. I mean can you give us any sense of what's going on in this area?

Obviously, apps are real important and they've had this huge pipeline. Was the pipeline smooth across Americas, India and rest of world and then it just dropped off over there more than somewhere else? Just give us some color on how worldwide 11i and other applications look.

Jeff Henley: I think the pipeline initially was good for both the Americas and Europe and Asia when we started the quarter. So I think we did well across the board in Q2. And the indications starting out the quarter was that everyone felt like they would have another good applications quarter around the world.

Larry, you want to comment on Europe?

So clearly, I think the U.S. is more understandable than Europe at this point. But again, I'll say that Europe was surprisingly, I mean, strong in Q1 -- better than we thought. So these numbers do bounce around. But I honestly -- I think everybody is still scratching their head. There's not one thing we can point to. It's just every country kind of fell apart a little bit and didn't do as well as they thought they would do in apps.

NDCA-ORCL 050633

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 16

They still feel good, I think, about the applications business. They still think they'll have a good Q4. So we're not getting the sense that the world's coming to an end and all of a sudden -- but I mean that's all I can say.

Larry Ellison: No, I would just say it looks like an anomaly. I mean Q4, like -- it's -- the numbers are interesting once they tell you about the numbers.

But again, it looks somewhat anomalous. And it should be -- should return to normal distribution of growth between apps and database in Q4 in Europe.

Bob Austrian: Is it still, Jeff -- there's really no migration of revenue between these two? You've answered that question with conviction over the last year but just seeing these numbers shift a little from the first of the month ...

Jeff Henley: Well, I'm sure -- what does that mean?

Bob Austrian: Between the apps and the database, you know, you've said in the past there's really no ambiguity about revenues that belong in one ...

Jeff Henley: Yeah. Well, actually, I mean I think we have, in a very consistent way, of pricing deals and it's very clear when we finally add up all the numbers what's database and what's apps.

We never count any database associated with our own apps as part of apps. So that's always counted in database and always has been.

Bob Austrian: Great. Thanks. We'll turn it over. Thank you, Jeff and ...

NDCA-ORCL 050634

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 17

Jeff Henley:  If I could add that the discount levels -- the discount level is applied to apps and database in exactly the same ways. But there's no way to discount one more than the other.  So we think -- we think the distribution comes right off the price lists and we take the same discount on both lines.

Operator:  Moving on to the next question, this is Charles Phillips at Morgan Stanley.

Charles Phillips:  Thanks.  First question, on the dot-com impact, is that primarily focused on the database or did the apps business also ...

Larry Ellison:  It's both.  I mean it -- you know, because database is a much bigger than apps number, it had more total dollar effect.  But it affected both.  And we had -- we did a lot of apps business with dot-coms.  That all went away too.

Charles Phillips:  And also, IBM continues to say that, I think, they're OK without seeing numbers.  And so far Peoplesoft and SAP haven't said much.

Are you convinced that it's not a market share issue that -- in your win rate against those competitors?

Jeff Henley:  You know, I think, obviously, we're not -- I mean we can't be certain but we have every reason to believe that we're pretty much going through what a lot of other companies are ((inaudible)) the issue.

We don't have any sense.  We do have win-loss reports.  I mean we've done -- we hear what Craig Conway said of all these wins.  We've looked on all of our reports; we don't think we're losing any deals to him.  So I don't think it's competition.  I mean maybe time will prove us wrong.

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 681069
Page 18

But at this point, I don't have any sense that it's a competitive issue.  It is pure and simple primarily this economy thing that happened in the U.S.

And I think the enterprise software companies, unfortunately, probably are going to have some of the visibility issues we had.  But I can't be certain of that.  We'll have to see how they do.

Charles Phillips:  Yeah ...

Larry Ellison:  Chuck, this is Larry.  The deals were delayed.  I mean the deals were already won.  So the revenue that slipped out of the quarter were not deals that were -- we lost sometime in the sales cycle.

These were deals that were won.  They didn't sign.  This had -- this had -- I don't think this had anything to do with our competitive position at all.

Charles Phillips:  And any info on some of those deals that any chance they might close any time soon?  Or they are kind of delayed ...

Larry Ellison:  Well, some of them are already closed.  And yeah, absolutely, we're working to -- we're working to close them, you know, every month.

Jeff Henley:  I think the issue though, Chuck, is we may see similar -- could -- slippage at the end of the quarter.  So you picked them up this quarter and you lose them more at the end of the fourth quarter.

So I ...

Charles Phillips:  Yeah.

NDCA-ORCL 050636

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 19

Jeff Henley: ... and I'd head some of the cautions that -- if we're in bad economy, the conversion rates will probably be lousy again this quarter. That's why it's so tough to figure out what we're going to do.

Charles Phillips: OK. And last question, did the Power unit pricing factor in here at all because, you know, I guess all the other things equal, it does tie you more to that hardware shift than you used to be? Is that a way to look at or to be -- it could not have any impact?

Larry Ellison: You know, the answer, again, is I think not. The -- it really wasn't a pricing issue. These were -- you know, a lot of the transactions were -- we did have smaller transactions slip as well.

But this is not seem to be a pricing issue and anything other than people agreed to prices, they agreed to terms, they agreed to conditions, they selected our software and the deal's been signed.

Charles Phillips: OK. Thanks a lot.

Jeff Henley: Thanks a lot. Again, I'd add the Power unit pricings been out there for 15 months. So you know, it made a -- saw a sudden, huge impact in one quarter. I doubt that was because of prices.

Operator: Next up in the roster is Eric Upin at Robertson Stephens.

Eric Upin: Yeah. Thank you. Two questions -- can you comment on the status of where you are in implementing 11i within Oracle itself? How far along? When do you expect to fully in?

And then secondly, is it -- presents -- as it pertains to the shortfall experience this quarter, are you seeing any evidence of or do you feel there's any saturation within the existing customer base when budgets were rich last year? Were companies buying ahead of the curve and essentially

NDCA-ORCL 050637

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 20

loading up for a couple quarters on things they planned to roll out anyway? And is there any of that saturation issue that you're seeing that could be a factor?

Larry Ellison: No. Again, all of the buying surveys that we saw showed that budgets were increasing per database. So it looked like -- you know, we're right at -- right at the top of list. And those who list were -- you know, people were planning and budgeting to spend more on database than they spent last year. So it was all very encouraging.

What we saw at the end of the quarter where people delaying decisions that they didn't need the software right now. Even if they could delay 90 days and buy the software 90 days later, they wanted to have that flexibility.

They made deals that were large and became smaller. And some view it when they didn't need the software immediately, they didn't buy.

So there was definitely propensity not to buy ahead, which is due to the uncertain economic time.

The other question is where are we with 11i. The bulk of our business -- you know, the bulk of our revenue is going -- you know, is going through our 11i accounting system -- our 11i -- you know, both of our people on our 11i HR systems -- the 11i store.

So we're probably two-thirds of the way for -- you know, down the road with 11i. And you know, CRM ((inaudible)) is global. Right now, the entire sales force is on CRM.

Our telesales are -- you know, our largest telesales centers are all on 11i CRM. Globally Marketing is completely -- is completely -- that's all on global.

NDCA-ORCL 050638

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 21

Some countries are still on -- some of our European countries are still on 11o. But we expect to be, you know, completely global approximately 12 months, a project that we would hope to take 18 -- 24 months. It will only take, you know, a little bit longer -- probably ((inaudible)).

Eric Upin: OK. And one quick follow-up, can you and will you be providing breakup on the applications side? How much coming from different classes -- CRM, ERP and various other ways that you cut up the applications base?

Larry Ellison: Again, when -- as people buy the E-Business Suite, it's really very difficult -- the way we sell the software right now is -- and when we stop during CRM, ERP because it's also supply chain. There's Internet Procurement.

I mean, people want to compare us with -- and we want to compare ourselves by the way in supply chain and to i2 and Internet Procurement and Ariba, et cetera -- marking you know, to (Tiffanics) and so on.

It's very difficult -- the way we sell our software, a lot of people buy the complete suite on a per -- you know, per headcount basis. It'd be very misleading -- our -- for us to break this up one segment to another. We don't know how to do it.

Operator: We have a question now from Gretchen Teagarden, Solomon Smith Barney.

Gretchen Teagarden: Great. Thanks. As far as -- I know Oracle had -- sometimes does forward selling in terms of offering a large -- to close a large database deal. It'll be like a two year -- multi-year for a discount.

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 22

What kind of message are you sending to sales people and south management in terms of giving in some latitude, to have some more options of types of deals they can offer in this difficult environment?

Larry Ellison: Well, you know, we have, over the last couple of years, you know, tried to do less and less of that. We're kind of encouraging our customer and our salespeople that -- you know, that sell to our customers, to buy what they need or you know, buy for the near term ((inaudible)) and not to buy for the next two to five years.

So we are not -- we have not been -- for the last couple of years, been encouraging companies to load up on our software, you know, well ahead of their needs.

Now it doesn't mean the companies don't -- you know, we don't do some of those because we only do some. But we do a lot less than we used to.

Gretchen Teagarden: OK. And then last question, I know you're doing a lot of the CEO Seminars, marketing the 11i Suite. What's the most frequently asked question that you're getting in those seminars?

Larry Ellison: How do I get from where I am today to the E-Business Suite?

The notion of having a completely integrated set of software and having all your customer information in one place is a very seductive notion. Everyone would love to be there. And plus, you save a fortune in IT costs. You get much better information. And you're whole company is vastly more efficient.

NDCA-ORCL 050640

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 23

But how do I get from my collection of legacy systems, my -- you know, all of these different

computer systems I have built all over the world. How do I progress from where I am today to a

global E-Business Suite?

That's the number one question. That's the roadmap from getting here to there. And one of the

things we've done to try to -- to try to address that is show how you can do global procure-to-pay,

immediately take -- not -- you know, not try to put in the whole suite at once but you can make real

impact very, very quickly by putting in Internet Procurement all the way through the accounts

payable cycle, procure-to-pay cycle -- do that globally and do that within 30 days ...

Gretchen Teagarden:  And does ...

Larry Ellison:  ... ((Inaudible)) huge amount of savings.

Same thing on the CRM side, where you can put, you know, global sales force automation in.

And every country around the world wants you to do business and get that done in 90 days to help

you sell more efficiently.

So those -- you know, that is the big issue is how do I -- how do I make progress toward a global

E-Business Suite?

Gretchen Teagarden:  And are those implementation cycles also true if they're running -- using a different

database vendor in their current back-office?

Larry Ellison:  Well, most of customers -- most people we talk to use Oracle. I mean Oracle is

overwhelmingly the most popular database in the world.

NDCA-ORCL 050641

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 24

So I have actually never heard anyone say, "I'm not interested in Webware applications because it doesn't run on Informix."

Gretchen Teagarden: I was just saying that if they wanted to implement the Suite and say they ran Oracle primarily but ...

Larry Ellison: No, the CEOs really don't have a lot interest database technology. They have a lot of interest in business information and they want to move -- you know, make their companies as efficient as possible.

So rarely do we even discuss, you know, database technology with CEOs relative -- at the business level and how can I get a rapid return on my software investment? How do I -- OK, I've got all these different systems. I've got FAP for accounting and Peoplesoft for, you know, HR. I've got, you know, (Euphony) and Broadvision and Siebel and all this other stuff. OK. I've got all this stuff and it's costing me a fortune. I've got all these different countries.

How do I make progress where it's moving to a coherent E-Business Suite? What can you do for me quickly? How can you help me save money quickly? How can you help me sell more efficiently quickly?

And that's what our global CRM in 90 days in all about and our Internet Procurement in 30 days is all about.

Gretchen Teagarden: Great. Thank you.

Operator: And before we move to our next question, I'll remind everyone to press star one if you'd like to ask a question.

NDCA-ORCL 050643

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 25

Having said that, we'll move to Rick Sherlund at Goldman Sachs.

Rick Sherlund: Thanks. I guess I'm most surprised on the apps business. Without Covis ((inaudible)), I would estimate it was probably about flat with last year.

And I don't know if you have other big contracts in for the May quarter but it's looking ...

Larry Ellison: Rick, ((inaudible)) had a lot of database in it -- an awful lot of database in ((inaudible)).

Rick Sherlund: OK. Well, you've got -- you've got a particularly easy comparison, I think, for database for Q4 and a tougher apps number. Jeff, were you suggesting let's just assume no growth for both in license?

Jeff Henley: No. Let me look back -- go back and look at my assumptions but you know, I -- there's probably some -- there's probably some exchange. And again, I think that apps should rebound and do a bit better.

So when we again, open up the quarter, we see apps with a stronger pipeline again issuance the convergence rates. So I assume that apps will do somewhat better than database.

But again, because of the conversion issues and everything else, I just don't know. So ...

Rick Sherlund: Are the same issues operative for both apps and database, which is you know, Company's ability to sign purchase orders?

Larry Ellison: Yes. Rick, yes. The answer is yes. And I think we're assuming the economy gets a little bit worse in Q4 than it is in Q3. I think -- you know, I'll let Jeff speak for himself but in discussing the

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 26

assumptions with Jeff on these -- on these things, we're assuming that the economy actually had -
- because we were ahead.

If you look at our -- if look at our numbers after the second month in Q3, we were well ahead and
had very strong pipeline. And it seems that the problem really was in February. So we are
assuming a somewhat worse economy as the background to Jeff's forecast of -- well, let's just
assume, you know, flack -- the truth is we don't know.

If the economy is better, we'll do -- you know, we'll sell more database and we'll sell more
applications. But we don't -- we just don't know. We're just -- what the economy does is kind of
what we'll do. That's apparently the case.

It is impact -- that the economy has impacted our applications.  Some very, very large deals didn't
sign and -- as well as database.

Rick Sherlund:  Did you ...

Larry Ellison:  In fact, ((inaudible)).

Rick Sherlund:  ... did you notice that their deals were -- that downsized?  Were there smaller deals of
were they just not closing?

Larry Ellison:  Some of them were downsized.  In fact, the database deals were often downsized.
Application deals were often postponed because you know -- if I, you know, generalize between
the two.

Rick Sherlund:  Are database decisions more deferrable than the applications decision?  I mean can you...

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 27

Larry Ellison: They're timing. You know, there is not a large -- database customers are usually existing

customers who are just writing a check for a piece of software. And they can of course, do that

quarterly, you know, annually, every -- depending on what kind of discount they're trying to

negotiate.

If you -- a larger deal is eligible for a large discount according to our standard pricing.

And the issue with applications is it's normally not simply a matter of buying our software, it's

buying our software, it's starting a project, which I should have, associated services with it, it's

often there's new pieces of hardware and network extensions and normally our software is, you

know, a small portion of a larger application project.

And in light of those larger projects -- those larger projects that we're getting, you know,

scrutinized and delayed.

Rick Sherlund: Right. Thank you.

Operator: Moving on now to a question from Robert Schwartz, Thomas Weisel Partners.

Robert Schwartz: Thank you very much. I know that you're hesitant to go product-by-product through

deals. But I'm wondering if you could give us some more color again on Europe and maybe just

talk about the strength of CRM versus supply chain and if there were some regional differentiation

of some countries stood out more than others in terms of how well they did or how poorly they did.

Jeff Henley: I -- again, I don't -- you know, there's a bunch of different countries over there. In general, I

would say that CRM actually was good.

NDCA-ORCL 050645

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 28

We didn't do as well the first part of the year. I think we felt like we bounced back and did better. But some of the ERP stuff didn't do as well.

The public sector didn't do as well in the quarter. We certainly saw some Telecom delays and decisions and that was kind of what they gave us as the color around Q3.

But again, I think the key thing they said was that, you know, they still think they're -- they -- on balance for -- the first three quarters have done well and they think they'll do well in Q4.

So it's kind of hard to totally explain it. But I agree with Larry, it's kind of an anomaly at this point. And I'm -- that's my belief based on conversations with several of these countries.

Larry Ellison: Yeah, again, I would expect that kind of database by the ((Inaudible)) in Q4. You know, where I expect that kind of ((inaudible)) by Q4 ...

Jeff Henley: Right. It'll be actually ...

Larry Ellison: ... actually should come back much, you know, strong in Europe and database should not -- you know, growth should go back to a much more normal rate ...

Jeff Henley: Right.

Larry Ellison: ... it was -- it wasn't -- it appears like an anomaly.

Robert Schwartz: OK. And just one clarification, if we looked at incremental sales -- so people coming back to you not for Greenfield sales -- first-time sales but people just buying incremental seeds are buying incremental units.

NDCA-ORCL 050646

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 29

Did that come in fairly as expected during the quarter or did you see that drop off as well?

Larry Ellison: Well, I've got -- some people who were actually already using the seeds and absolutely had to buy the seeds, deferred.

Because we had some very peculiar deferrals -- we had people that were actually -- again, without going into it, were using far more seeds than they had licensed. And this is several cases and it's far more people than they had licensed. And they wanted to delay.

So it's -- that's about as bad as it gets, Chuck. We lost deals -- we lost deals where they're already using the licenses.

So it was a very -- and there were -- there were -- that's a -- that's not an isolated case. And these were some very large transactions; you know, 10, $20 million transactions where they would say we think we'll pay you in 90 days.

Robert Schwartz: OK. Thank you very much.

Larry Ellison: OK.

Operator: We have a question now from Wendell Laidley at Credit Suisse First Boston.

Wendell Laidley: Yeah, thanks. Two questions -- Jeff, could you just talk a little bit more about the basis for your confidence that you can deliver a 62 percent sequential license revenue to generate a flat Q4 license number?

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 30

And then the comment on the apps business -- isn't it natural to assume that your competitive position will be more challenged over the next couple of quarters to the extent that your growth on a reference base on the application side is slowing?

Jeff Henley: Well, OK. Let me see on the first one, I guess the rational is that we've had -- I don't know, how many years have we been in business, Larry? Twenty -- almost 20 years and we always have a pretty strong sequential pattern. It's pretty -- been consistent over the years. And so I think that's point one.

Point two is we have a pipeline that is growing, at the start of the quarter, about the same as we saw in Q3 and again, it may not convert as well just like Q3 but the pipeline would show the comparable kind of significant increased activity and so forth.

So I have a feeling the reason we won't be at the same kind of seasonal pattern but we've -- by using the zero, we've assumed maybe the economy is even a little bit worse and our conversion rates are, you know, worse than they were in Q3. That's how I kind of came to my zero number.

Wendell Laidley: Can you talk, Jeff, about how you might have adjusted ...

Larry Ellison: ((inaudible)) ...

Wendell Laidley: ... your closure?

Larry Ellison: Let me comment about one of the -- two things. This is Larry.

One is the pipeline growth in Q4 is very close to the pipeline growth in Q3. So we're seeing certainly a -- you know, which is strong -- which is reason to be optimistic. But we're extremely -- being extremely cautious here. We're seeing very strong pipeline growth.

NDCA-ORCL 050648

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 681069
Page 31

The next thing, your comment about the fact that our application only grew 25 percent, won't that hurt us in terms of reference base? You know, actually, the reference base is determined when Release 11i came out. We delivered Release 11i, you know, almost a year ago -- nine months ago. And in fact, now we have 210 references where a year ago, we had none.

And we have a lot -- we have 3,0000 customers in middle of implementation. We have hundreds of more go-lives. So our reference position will improve dramatically during this next 90 days, as 11i will reach its one-year anniversary. So we think that will put us in a better competitive position.

And again ...

Wendell Laidley: OK.

Larry Ellison: ... the pipelines -- the pipelines look good. We are being cautious.

Wendell Laidley: Jeff, how did the -- how -- or can you talk about the magnitude of how you might have adjusted your closure expectations given that you think the environment's going to be tougher in Q4 than Q3?

Jeff Henley: Well, I mean, like Larry said, the pipeline growth rate started on course about the same as last quarter. So I obviously assumed somewhat lower closure rates. And then you know that's as best I can tell you.

Larry Ellison: Yeah. We talked about this and said, OK ...

Jeff Henley: And again, I -- you know, it's a rough number.

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 32

Larry Ellison: Yeah.

Jeff Henley: You know, I mean I could have picked five positive or five negative. Who knows? So I just -- you know, I have to make a guess.

Larry Ellison: The real data that we have -- the real data that we have because we don't know what the economy is going to do.

We know the pipeline now is about the same growth year-over-year as it was in Q3, which is good. But we don't know, you know, what March and April and May are going to bring in terms of background of this economy -- a lot of uncertainty.

Operator: And we have another question, this is from Chris Shilakes at Merrill Lynch.

Chris Shilakes: Great. Thanks very much. It looks like the large deal contribution was similar in this quarter to where it was last year as a percentage of deals. I was wondering if you could maybe talk a little bit about the pipeline and whether there's been any variation in the large deal factor doing into the fourth quarter? Thanks.

Jeff Hanley: You know, I don't -- I haven't tried to analyze that Chris. So I just don't know.

Chris Shilakes: OK.

Jeff Hanley: I've got feel. I don't -- I have every reason to believe to being different but I just don't know.

Larry Ellison: I can tell you that in terms of Q3, it looked like the large deal -- had we had a normal closure rate in Q3, we have had a higher percentage of large deals.

NDCA-ORCL 050650

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 681069
Page 33

So as we analyze the pipeline going in the last -- you know, the last week or so of the quarter, it looked like the large deal rate was up substantially over the previous quarter. And we saw a falloff in, you know -- again, not last week and that -- you know, in the large deals.

So it looked like we would -- we were increasing large deals, which makes sense because application deals tend to be larger than database deals.

It looked like we were going to increase our percentage of large deals. Again that fell off in the last several days of the quarter.

Chris Shilakes: OK. Thanks for the help.

Operator: Moving on next, we'll hear from Richard Davis at Needham & Company.

Richard Davis: Yeah. Just a quick question. I'm trying to figure out if, I guess the whole world's going through a mass psychosis. But the companies that delayed the deals with you, have you looked at them to see if it was really, for them, if it wheels off. Their businesses were really struggling. Or was it more like the CEOs were sitting there saying, "Boy, I don't know what the economy's going to be like. I'll just pocket veto this for just a bit and then reopen the purse later on." Did you get any sense in the delay deals on how that looked?

Larry Ellison: Yeah. A little of each. I mean, some companies were really struggling themselves and some companies who were not struggling are just being very cautious with every dime they spend. So, some of our very biggest customers want to, you know, want to buy the software, literally the day before or the day after they need it. And even businesses that are doing very well. Other -- and a lot of the -- you know, we have a lot of companies and customers who are in the technology business. And I think if there's -- I'm not sure it's a mass psychosis, but certainly in the

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 34

technology business, you know, this is uncharted territory and a lot of executives were -- are much

slower to spend than they were a short while ago.

Richard Davis: Great. OK. Well, thanks a lot.

Operator: The next question we have is from Laura Lederman at William Blair.

Laura Lederman: Yes. Just a few quick questions. Were there some applications in the U.S. that were

more resilient than others? Also, vertical markets in the U.S. -- which industries seemed to push

up purchasing more in the U.S. than others? Thanks.

Larry Ellison: Well, again, this is Larry. No, again, I, you know, I think (your) supply chain, as we know,

you know, look at our business supply chain or ERP, CRM -- all the -- it's not that we had a higher

winner. You know, we had competitive wins in a variety of areas. But, those deals, even if we'd

won the deal, some of those deals were delayed in data bases, you know, they were, you know,

they were delayed.

The industries that are most affected tend to be the technology industries where --

telecommunication -- you know, you know, the computer, you know, computer technology.

Clearly, those guys are all slowing their rate of investment.

Laura Lederman: Also, can you talk a little bit more about is this environment actually leaning to fewer

suite sales, even in smaller companies, so there's more of just best of breed picking right now?

Larry Ellison: No, it's not more best of breed picking. I said, this is not a matter of competitive issue, at

all. This is a matter of smaller companies are delaying their purchases, larger companies have

been delaying their purchases. I am not saying -- you know, this has nothing to do with best of

breed. Best of breed's actually a very -- it would be very interesting because best of breed

NDCA-ORCL 050652

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 35

requires a lot more consulting to put in. Best of breed is a much slower and more labor-intensive implementation.

So, we think -- at least, I think -- that we have a competitive advantage selling the suite because we can install it more quickly. You know, you give your rapid return on investment, it costs less to install. So, those should be advantages in an economic slowdown.

Laura Lederman: All right. Final question. Is the competition giving this environment -- are you saying (you need) more pricing? In other words, what type of competitive actions are you seeing?

Larry Ellison: I'm not -- I'm not sure we've seen it yet. But, so far -- the answer is so far, not a lot. But, again, the real price on the applications -- the real price on the applications business, again, is usually not the price of the software. It's the price of the implementation. So, the issue is not so much, you know, if one of our competitors is willing to give the software away, well, that's nice, but maybe 75 percent or 80 percent of the cost is in implementing, is in consulting services to implement the application. What we've been trying to do is get our cost of implementation down so we're much more competitive on pricing.

We think we have the cheapest applications on the block right now. We can -- the cost of the application software itself is very attractive. Add onto that a very rapid implementation, quick return on investment and we think we've got the -- we've got the low price spread.

Laura Lederman: Thank you.

Operator: We go onto the next question. This is a question from Drew Brosseau at SG Cowen.

NDCA-ORCL 050653

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 36

Drew Brosseau: Thanks. Two things. First, can you talk a little bit more broadly about Europe and why we shouldn't expect the deceleration that took place in the U.S., this quarter, to start hitting Europe over the next couple of quarters?

Larry Ellison: Well, if you're an economist -- if you're an economist, that, you know, neither -- no one in this room is an economist. So, I think the answer is if the European economy slides, that will impact our business.

Drew Brosseau: Are you assuming that it's going to slide or not?

Larry Ellison: We -- I think we said we don't know, you know, what's going, you know, what's going to happen. I think we are assuming that the economy continues to deteriorate somewhat. Let me repeat. Our pipelines are the same in Q4 as they were in Q3 -- showing the same, you know, similar growth in Q4. Pipelines are up and look fairly strong.

However, we are, in terms of guidance, assuming that the economy continue to deteriorate -- we're not saying where. We don't know where. We don't know how to do this. But we're assuming, rather than having, you know, 25, you know, percent growth in applications and six percent growth in database, just -- we're building out models and looking -- you know, looking at managing our business, assuming that things get worse -- and what happens if we go to flat license? And we're saying, if we go to flat license, then we go to flat profits. And, you know, that's what would happen.

But we don't know -- I mean, we don't know whether the -- I mean, I don't know, does anyone know what the economy's going to do in Europe or what the economy's going to do in North America or Asia? We will be reflective of the economy. If the economy gets worse in Q4, which we're -- which we're -- and we're making that assumption when we give you these -- this guidance. We're making that assumption that it's possible to push us down to (flat) roads. But we

NDCA-ORCL 050654

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 681069
Page 37

don't know. The economy might get better and then our growth will not get worse, but our growth will get better.

Drew Brosseau: But you're not getting any indication, at the moment, that Europe is deteriorating.

Larry Ellison: No, all we -- you know, we see -- the only hard data we have, which was somewhat misleading last quarter, was the pipelines look very strong. Now, having said that, the closure rate, at the end of the quarter, dropped off precipitously. So, we are just saying, you know, we don't know what's going to happen. But, in terms of the management team making decisions and running the business and controlling costs, is we're going to be very cautious. And we're going to assume, for our own management models, that economy continues to deteriorate where our license sales do not go up.

What do we have to do? What do we have to insure that we can deliver flat profits in the case of no increase sales and we're taking those actions? If the economy's better than that, we'll do better than that. And we hope it will be.

Drew Brosseau: OK. Besides the change in the assumed closure rate, are you doing -- making any process changes to the pipeline management effort?

Larry Ellison: Well, no. The pipeline management -- it's really, it's just a closure rate. I mean, you know, the pipeline that's been -- have been very, very accurate. What changed suddenly was executives vetoing decisions made by the people in the organization. That has nothing to do with our pipeline management. That has to do with the change in the variable in the model -- is what's the conversion rate of pipeline.

How -- you know, if pipeline is X, how much of it -- will we convert 60 percent of the pipeline, 30 percent of the pipeline, 40 percent of the pipeline -- we had to change that variable in light of the

NDCA-ORCL 050655

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 38

slower economy. So, it's just changing one number -- but the actual pipeline management was very accurate, albeit misleading, because of the changing, you know, the changing economy.

Drew Brosseau: OK. Thanks.

Stephanie Aas: One more question, please.

Operator: The last question we'll take is from Doug Crook, Prudential Securities.

Doug Crook: Hi. Thank you, very much. Of the deal that did close, is there a threat of consistency through them? And if you were to handicap what was common about the deals that did close, what would that be?

Larry Ellison: That's a good question. I'm not -- I'm not sure. Again, the impression I got -- again, this is Larry -- and I was involved in an awful lot of these deals and looking at them both during, you know, the closed cycle and after the fact, as a post mortem. And it seemed to be very broad based. It seemed to be extremely broad based and caused by just a general lack of confidence in the economy, where executives wanted to be, you know, to be very conservative in their expenditures.

Doug Crook: But ...

Larry Ellison: I can't generalize any more than that.

Doug Crook: Excluding the whole best of breed issue, is there any correlation between a customer buying a portion of the suite as opposed to the entire suite.

NDCA-ORCL 050656

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 681069
Page 39

Larry Ellison: No, again, no one can implement the entire -- well, OK, a very large company -- small companies can't implement the entire suite all at once as a bit bang. But large companies always buy -- they might commit to the entire suite and then they'll put in CRM first or ((inaudible)) automation first or they'll put in Internet Procurement first. They always have -- they phased implementation and, usually a phase payment schedule. They buy the -- you know, you buy the portion the portion that they need and then implement the portion that they need is the rule.

So, we have attractive let's get started pricing and timing for the e-business suite. Again, the most -- maybe the most attractive is a 30-day implementation where we can put your entire procurement cycle through a payment cycle onto the Internet and get you running in 30 days, conducting auctions, doing electronic -- doing electronic ordering, electronic payments.

Doug Crook: All right. So there would be -- you don't think there would be any benefit to changing the way you sell this as opposed from a comprehensive suite solution to a component sale and component marking message.

Larry Ellison: I think I just said that we are selling a project called Procure to Pay, which is part of the suite, in 30 days. We're selling a part of the suite called CRM Sales Automation -- Global Sales Automation -- or Global CRM in 90 days. We always sell portions of the suite, as well as the whole suite. We've never said you have to take the whole thing at once. We've never really -- we've never sold it that way.

Doug Crook: OK. So, it sounds like you're able and doing both.

Larry Ellison: Right. Absolutely.

Doug Crook: All right. Great. Thank you, very much.

NDCA-ORCL 050657

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 40

Stephanie Aas:  All right.  I'm just going to have some closing comments.

Jeffrey Henley:  Yeah.  I think I'll go back to Rick's comment.  Maybe I wasn't quite specific on the forecast.  So let me just give you a little more color on the assumption.  I think I said, for the Q4 assumed flat growth -- we've -- Larry and I have gone over that all -- different ways.  But, I assumed that the database number would be zero and I assumed that the applications would have no feel for it -- 15 to 30 percent kind of range.  Again, I'm -- I think that there is more vulnerability in database because I think people can put that off a little more that they can.  And in services, I had assumed 10 percent.  So that's kind of how I got to some of these numbers to get to the flat earnings growth.

Stephanie Aas:  OK.  Thank you, everyone, for participating in today's fiscal third quarter conference call.

An audio replay will be available for 24 hours.  The number is 719-457-0820.  The pass code is 661069.  There will be a replay available through March 22 on the Investor Relations Web site at oracle.com/investor.  And I want to give you an update on the spring analyst day -- we've actually moved the date to May 8.  The location will remain here at headquarters in Redwood Shores, California.  Thank you, very much.

Operator:  Again, that concludes today's conference call.  Thank you for joining us.  Thank you for using Premiere Conferencing.

                                            END

NDCA-ORCL 050658

# EXHIBIT 204

## Examples of 2Q01 and Earlier Transfers to Bad Debt Reserve (Account 12601) and Subsequent Reversals

| Customer Name, Debit Memo # | TRANSFERRED TO BAD DEBT RESERVE (with Misc. Receipts) | | APPLIED TO 11/17/00 DEBIT MEMOS (from "on account") | | REVERSED AND REMOVED FROM BAD DEBT RES. (with Credit Memos) | | ULTIMATE RESULT (FINAL DISPOSITION) (Refund, Escheat or Adjust Up and Apply) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date of Tfr | Amount of Tfr | Date of DM | Amount of DM | Date of CM | Amount of CM | Date of result | Amount of result | Method of result | Date rec'd Days held |
| 1. Allied Signal DM #55045323 | 03/06/99 | $602,855 | 11/17/00 | $602,855 | 11/24/02 | ($602,855) | as of 1/7/04 | ($602,855) | ADJUST UP/APPLY | 1/12/99 1,821 days |
| 2. K-Force DM #55003501 | 10/01/00 | $258,242 | 11/17/00 | $258,242 | 02/04/01 | ($258,242) | 2/19/01 3/01/03 | ($ 92,333) ( 165,908) ($258,242) | REFUND REFUND REFUNDS | 11/15/99 462 days 1,202 days |
| 3. Ameritrade DM #55000390 | 08/05/00 | $246,514 | 11/17/00 | $246,514 | 11/24/02 | ($246,514) | 2/19/03 | ($246,514) | REFUND | 10/22/99 1,216 days |
| 4. Sonat Services DM #55045308 | 10/01/00 | $195,862 | 11/17/00 | $195,862 | 11/24/02 | ($195,862) | 2/19/03 | ($195,862) | REFUND | 2/3/00 1,112 days |
| 5. Beckman Coulter DM #55033901 | 10/01/00 | $161,133 | 11/17/00 | $161,133 | 11/24/02 | ($161,133) | 2/19/03 | ($161,133) | REFUND | 1/21/00 1,125 days |
| 6. CB Real Estate DM #55009683 | 10/11/98 | $142,130 | 11/17/00 | $142,130 | 11/24/02 | ($142,130) | as of 01/7/04 | ($142,130) | ADJUST UP/APPLY | 7/13/98 2,004 days |
| 7. GE Plastics DM #55046152 | 03/06/99 | $136,579 | 11/17/00 | $136,579 | 11/24/02 | ($136,579) | as of 01/7/04 | ($136,579) | ADJUST UP/APPLY | 12/14/98 1,850 days |

1

| Customer Name, Debit Memo # | TRANSFERRED TO BAD DEBT RESERVE (with Misc. Receipts) | | APPLIED TO 11/17/00 DEBIT MEMOS (from "on account") | | REVERSED AND REMOVED FROM BAD DEBT RES. (with Credit Memos) | | ULTIMATE RESULT (FINAL DISPOSITION) (Refund, Escheat or Adjust Up and Apply) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date of Tfr | Amount of Tfr | Date of DM | Amount of DM | Date of CM | Amount of DM | Date of result | Amount of result | Method of result | Date rec'd / Days held |
| 8. Sony Electronics DM #55042324 | 10/01/00 | $129,924 | 11/17/00 | $129,924 | 11/24/02 | ($129,924) | 1/21/04 | ($129,924) | REFUND | 7/27/00 1,273 days |
| 9. Control Data Systems (Syntegra) DM #55038598 | 10/01/00 | $129,274 | 11/17/00 | $129,274 | 11/24/02 | ($129,274) | as of 01/7/04 | ($129,274) | REFUND | 2/8/00 1,429 days |
| 10. Michelin N.A. Inc DM #55011539 | 10/01/00 | $126,603 | 11/17/00 | $126,603 | 11/24/02 | ($126,603) | 6/01/03 | ($126,603) | REFUND | 8/1/00 669 days |
| 11. Abbott Labs DM #55029748 | 10/11/98 | $121,101 | 11/17/00 | $121,101 | 11/24/02 | ($121,101) | 2/19/03 | ($121,101) | REFUND | 12/15/97 1,892 days |
| 12. Chubb & Son Inc DM #55041744 | 10/11/98 | $118,114 | 11/17/00 | $118,114 | 11/24/02 | ($118,114) | 2/19/03 | ($118,114) | REFUND | 3/13/98 1,804 days |
| 13. Borg Warner Auto DM #55035945 | 10/01/98 | $116,042 | 11/17/00 | $116,042 | 11/24/02 | ($116,042) | 5/21/03 | ($116,042) | REFUND | 6/6/00 1,079 days |
| 14. GE Plastics DM #55046138 | 03/06/99 | $103,033 | 11/17/00 | $103,033 | 11/24/02 | ($103,033) | as of 01/7/04 | ($103,033) | ADJUST UP/APPLY | 12/23/98 1,841 days |
| 15. Charles Schwab DM #55000028 | 10/01/00 | $102,065 | 11/17/00 | $102,065 | 11/24/02 | ($102,065) | 7/15/03 | ($102,065) | REFUND | 8/4/00 1,075 days |
| 16. Dist. of Columbia DM #55013494 | 01/03/99 | $100,727 | 11/17/00 | $100,727 | 11/24/02 | ($100,727) | as of 01/7/04 | ($100,727) | ADJUST UP/APPLY | 12/2/97 2,227 days |

2

| Customer Name, Debit Memo # | TRANSFERRED TO BAD DEBT RESERVE (with Misc. Receipts) | | APPLIED TO 11/17/00 DEBIT MEMOS (from "on account") | | REVERSED AND REMOVED FROM BAD DEBT RES. (with Credit Memos) | | ULTIMATE RESULT (FINAL DISPOSITION) (Refund, Escheat or Adjust Up and Apply) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date of Tfr | Amount of Tfr | Date of DM | Amount of DM | Date of CM | Amount of DM | Date of result | Amount of result | Method of result | Date rec'd / Days held |
| 17. California Dept. of Transportation DM #55041212 | 11/05/00 | $91,254 | 11/17/00 | $91,254 | 11/24/02 | ($91,254) | as of 01/7/04 | ($91,254) | ADJUST UP/APPLY | 8/18/00 1,237 days |
| 18. FEMA Disaster Finance Center DM #55045180 | 10/01/00 | $82,268 | 11/17/00 | $82,268 | 11/24/02 | ($82,268) | as of 01/7/04 | ($82,268) | ADJUST UP/APPLY | 8/10/00 1,245 days |
| 19. City Of Seattle DM #55023271 | 11/05/00 | $64,000 | 11/17/00 | $64,000 | 11/24/02 | ($64,000) | 4/01/03 | ($64,000) | REFUND | 8/31/99 1,309 days |
| 20. Texas New Mexico Power DM #55046465 | 10/11/98 | $57,871 | 11/17/00 | $57,871 | 11/24/02 | ($57,871) | 2/20/03 | ($57,871) | REFUND | 6/19/98 1,707 days |
| 21. Univ Of Richmond DM #55008308 | 10/01/00 | $56,352 | 11/17/00 | $56,352 | 11/24/02 | ($56,352) | 6/05/03 | ($56,352) | REFUND | 8/7/00 1,032 days |
| 22. Michigan Cees Project DM #55022346 | 11/05/00 | $55,579 | 11/17/00 | $55,579 | 11/24/02 | ($55,579) | as of 01/7/04 | ($55,579) | ADJUST UP/APPLY | 7/17/00 1,269 days |
| 23. State of Utah DM #55033442 | 11/05/00 | $50,513 | 11/17/00 | $50,513 | 11/24/02 | ($50,513) | as of 01/7/04 | ($50,513) | ADJUST UP/APPLY | 5/5/00 1,342 days |

| Customer Name, Debit Memo # | TRANSFERRED TO BAD DEBT RESERVE (with Misc. Receipts) | | APPLIED TO 11/17/00 DEBIT MEMOS (from "on account") | | REVERSED AND REMOVED FROM BAD DEBT RES. (with Credit Memos) | | ULTIMATE RESULT (FINAL DISPOSITION) (Refund, Escheat or Adjust Up and Apply) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date of Tfr | Amount of Tfr | Date of DM | Amount of DM | Date of CM | Amount of DM | Date of result | Amount of result | Method of result | Date rec'd / Days held |
| 24. Naval Surface Warfare Center DM #55045240 | 10/01/00 | $49,813 | 11/17/00 | $49,813 | 11/24/02 | ($49,813) | as of 01/17/04 | ($49,813) | ADJUST UP/APPLY | 6/20/00 1,296 days |
| 25. Hamilton County DM #55034478 | 11/05/00 | $44,088 | 11/17/00 | $44,088 | 01/07/01 | ($44,088) | 1/22/01 | ($44,088) | REFUND | 6/3/99 599 days |
| 26. Los Angeles DWP DM #55000864 | 10/11/98 | $31,351 | 11/17/00 | $31,351 | 11/24/02 | ($31,351) | 9/01/03 | ($31,351) | REFUND | 7/21/97 2,233 days |
| 27. Dept of The Navy DM #55044787 | 11/05/00 | $25,153 | 11/17/00 | $25,153 | 03/31/01 | ($25,153) | 12/1/03 | ($20,079) | REFUND | 4/6/00 1,334 days |
| 28. Navy Office of Judge Advocate Gen'l DM #55045164 | 11/05/00 | $6,822 | 11/17/00 | $6,822 | 11/24/02 | ($6,822) | as of 01/17/04 | ($6,822) | ADJUST UP/APPLY | 8/29/00 1,226 days |
| 29. Church of Jesus Christ of Latter Day Saints DM #55043385 | 10/01/00 | $35,413 | 11/17/00 | $35,413 | 11/24/02 | ($35,413) | 2/12/03 | ($2,613) | REFUND | 8/9/00 917 days |
| 30. Various Escheats: ~340 receipts | | (A) | 11/17/00 | $1.7 million | Various | ($1.7 million) | FY2005 | ($1.7 million) | ESCHEAT | varies: ~1,600 – 3,500 days |

# EXHIBIT 205

Confidential - Pursuant To Protective Order

# *ORACLE CORPORATION*
## EXECUTIVE COMMITTEE WORLDWIDE FORECAST

### Q2 FY01
### Management Summary - US Dollar
December 4, 2000
Week 14

ORCL: 0002937
CONFIDENTIAL

NDCA-ORCL 1532804

## ORACLE CORPORATION
## MANAGEMENT COMMITTEE SUMMARY
### EXECUTIVE COMMITTEE WORLDWIDE FORECAST

MANAGEMENT IN MAR

ORCL 0002918
CONFIDENTIAL

Confidential - Pursuant To Protective Order

# EXHIBIT 206

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 1

## ORACLE CORPORATION
### Moderator: Stephanie Aas
### December 14, 2000
### 4:30 p.m. CT

Operator: Good day, everyone, and welcome to today's Oracle Corporation second quarter financial results conference call. Today's conference is being recorded. At this time, I would like to introduce Oracle Corporation's Senior Director of Investor Relations, Stephanie Aas. Stephanie, please go ahead.

Stephanie Aas: Thank you, operator. I would like to introduce, to you, the speakers, Mr. Larry Ellison, Chairman and Chief Executive Officer and Jeff Henley, Executive Vice President and Chief Financial Officer. Today's call will begin with Jeff, reviewing some of the key financial results and Larry will cover the state of the company and industry trends. Then, we'll - then, it will be followed by Q&A session.

Again, in consideration of the SEC's regulation FD, we will be adjusting our communications with the financial community. Today, during the Q&A session, Jeff will lead a discussion in some of the assumptions analysts may use in building their financial model. Rather than reviewing our assumptions in separate, one-on-one discussions with analysis, we'll try to address all these questions at one time in a public forum. So going forward, therefore, the quarterly earnings call will serve as the primary form of communication with analysts on building their models.

NDCA-ORCL 03215
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0031699

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 2

Before we begin, however, I appreciate your patience as I review the required statement (for) Safe Harbor. Our discussion may include predictions, estimates and other information that might be considered forward-looking. While these forward-looking statements represent our best current judgment on what the future holds, they are subject to risks and uncertainties that could cause actual results to differ materially. Throughout today's discussion, we'll attempt to present some important factors relating to our business that may affect our predictions. You should also review our most recent Form 10-K and Form 10-Q for a more complete disclosure of the risk factors.

With that, I'd like to turn the call over to Jeff Henley.

Jeffrey Henley: OK. Thanks, Stephanie. Well, I thought I'd cover a couple of major themes, here, and then we'll go to the numbers. First, I'd say, overall, we're very pleased with the quarter. It was an excellent quarter and I think there were, really, no early surprises from what we figured it would come out.

Let's start with currency. You know, I think everyone is well-aware that the euro is in a down draft. And we've actually had 19 consecutive quarters of negative currency. This is probably about as extreme as we've seen in any of those 19 quarters. It was down - worldwide, it had an effect of about almost seven percentage points, 6.5 percentage points. And, you know, I think it tends to distort what's really going on. So we've always broken out our figures, both in actual reported dollars, after the effect of translation. And then in constant dollars. And we'll do a little of that, today, again. But we tend to look at constant dollars, internally, and we believe it's a better measure for the real absolute performance in our various regions. And we break out, in our analysts' spreadsheets, are Europe and Asia and America in constant dollars and we'll continue to provide those.

NDCA-ORCL 03216
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0031700

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 3

This was, you know, a good quarter, again, for license growth. Our total license growth was 32 percent in constant dollars. And this was the second quarter in a row, that it's exceeded 30 percent, constant-dollar growth. And just anecdotally, the last time we had two quarters in a row of more than 30 percent constant-dollar license growth was 3½ years ago. And actually, for the last three-out-of-four quarters, we've grown in excess of 30 percent constant-dollar growth. And the guidance I'll give a little bit later, would continue to think that we can do at 30 percent, or better, in constant-dollar growth for license. So we think that things are going pretty well and, you know, have a potential of actually getting better.

Our database license growth was 19 percent, but again, had seven points of currency. So really, in local currency, it was 26. And that effect is more significant, the lower the number is. It had a similar effect in applications, but because the number is so much bigger, you tend to discount the currency a little bit more. The first half, database growth was 24 percent in dollars, or 30 percent in constant dollar, or local currency growth. So we had a good first half. We had cautioned people that the first quarter was not sustainable. We felt we would fall back and kind of ended about where we thought.

The applications business, we said, would rebound and we thought we'd do quite a bit better than Q1, and it did. It was 66 percent, in dollars, or 73 percent, local currency. And certainly, as I'll talk about, later we're very optimistic about the third quarter and beyond. Because we're, now, through this first couple of quarters and feel like everything is kind of stabilized and we're kind of ready to run full-throttle, now, from here on out with (11I).

In our consulting and education business – I talked about this at our last call on our analyst day – in local currency, we showed one percent positive growth, which is quite modest, obviously, but it is a significant eight percentage point improvement from the low point that was last quarter, of negative seven. So we said that the current – the consulting/education would begin to rebound,

NDCA-ORCL 03217
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0031701

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 4

this quarter.  It did and we certainly think that will continue next quarter with a similar kind of a

rebound in this next quarter, coming up.

For the fourth consecutive quarter, we had an operating margin improvement of more than

double-digit, in terms of percentage of revenue.  So our operating margin, this quarter, was up

almost 11 percentage points, as a percentage of revenue.  And year-over-year, the absolute

margin, obviously, grew more than (60) percent.  If you compare - if you add that on to last - one

year ago, Q2, we - that's when we really started growing our margins.  It was - at that point, it

grew 6.2 percentage points.  So cumulatively, for the last two Q2s, of the two years, we've, now,

nearly doubled our margins.  We've grown them 17 percentage points.  And this has really been -

I've covered this on other calls on our analysts day.  It's a result of this e-business transformation

that we're going through.  And we will continue that work, up into next summer, so I think there -

we will continue to see some nice improvement, going forward.

And then, lastly, I guess the whole point of the economy.  I think this is really important.

Apparently - I have not been reading the news, today.  But apparently, Microsoft announced a

slowing.  And certainly, all the PC industry has been coming out, for several months, now, and

announcing shortfalls and so forth.  At this point, we see no impact or slowing in our business.

We have seen no slowing of our business.  We believe that (the US economy) is slowing down,

from what we can tell.  And we believe there are some reasons, even beyond the economy, why

the PC industry may be slowing down.

We think our industry is not correlated, very much at all, with the PC industry.  We're not in the

desktop business.  We think all the interest, these days, is in the Internet.  It's in servers.  It's in

Internet architectures.  And so, we're fortunate to be in the right place, at the right time.  And we

think we're growing share.  So, you know, if we were to have a - I guess, a hard landing, a

recession, depression, I mean, certainly, that could have some impact.  But as long as we're

simply slowing and going into more of a soft landing, we continue to believe that our business

NDCA-ORCL 03218
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0031702

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 5

should do quite well.' And as I said, the product cycle is actually getting better. So arguably, our business could get better, not worse. So I think it's really just important to point out that all tech companies are not the same. We're in a sector, I think, that is, you know, much more immune to economic issues, I think, than some. And there are structural issues, I think, in some parts of our industry that, again, aren't impacting us.

OK. So let's turn to just a little more discussion of the numbers. Again, we (give out) the spreadsheets. I think some of you have had a chance to look at them. But for the quarter, as I said in the call, the server growth, in local currency, was up 26 and applications, up 73. One thing that we get from time to time, are these questions, or comments, apparently, they're being made in the marketplace, that Oracle, somehow, is moving money around between database and applications. I can assure you this is not true. Our applications, the best I know, are the only pure applications number of all of our competitors. All of our database revenue is priced separately, always has been, always will be. It's reported as database. It's not applications. Many of our competitors resell other people's products. They resell database. Our number is a pure number. It is never distorted. It always the same. So I wish the people who write these things, or spread these rumors, would stop it because it's just not true. And it's just not fair. OK?

The next point that we always talk about is the big deal factor. If you look at large deals as a percentage of revenue, it was up markedly this quarter, 45 percent, versus 36 percent a year ago. So 45 percent of revenue came from deals, (half a million), and larger. In analyzing this, it's, actually, kind of obvious what's happening. We're starting to do a lot more applications business, and that's really where this is coming. We are doing a lot of applications business. And many of these deals are done at half million dollars (sizes) and higher. Actually, the database business is not the part of this at all. We moved to the power unit pricing almost a year ago. And if anything, that's been - we've been doing fewer large deals in that area. So it's simply a function of mix shift into more applications business. And I think this will continue. I think, the more successful we are in applications, we'll see lots of big deals in the application space.

NDCA-ORCL 03219
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0031703

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 6

In terms of (services). I think I talked about that earlier. Our consulting and education business was up in local currency, one percent. And our support business was up, I think, 28 percent.

And again, we see that a continued trend where consulting had been going and education had been dropping for, like, nine quarters in a row. We hit the bottom last quarter. And I think you'll see that continuing to ratchet up. So we will bring the total services revenue growth up each quarter.

Geographically, the Americas grew 20 percent in constant dollars, (EMEA) grew 18 percent in constant dollars, Asia-Pacific grew a 34 percent in constant dollars. And again, we have the dollar amounts available in the spreadsheets. I think the constants are more reflective of the real trends. So that's why I focused that on this call.

In terms of headcount. Actually, this is the first quarter, in five quarters, that the headcount, sequentially, grew a little bit. It grew two percent. And again we said, on the last call, that because we saw growing strength in our business and we thought that the consulting business would start to pick up and we needed more sales talent because of the demand of the pipeline, we would start adding back people. So that's beginning to happen. And I anticipate that you'll see modest growth, probably, the rest of this year. Again, the trick is not to add as many people as would have; in the past. (Yet), continue to get a lot of productivity, not add a lot of people. But we will, definitely, probably continue to add - to see some modest growth in headcount for the rest of this year.

In terms of other income. Sequentially, it dropped this quarter, from last quarter. And again, because we did a lot of buybacks during the first quarter, so we didn't earn as much interest income, this quarter. Our tax rate is 35.5 percent. I think that's unchanged, versus a year ago, it was 35.0.

NDCA-ORCL 03220
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0031704

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 7

In terms of DSO, we had 66 days, DSO, versus 69 a year ago. And one other important point, I guess (I would mention), is the EPS. We've had (two, two-for-one) stock splits in the last - within the last 12 months. So I think, again, we exceeded the - most people's estimates by a penny. If you go back to a year ago, that was the equivalent to exceeding the estimates, a year ago, by four pennies. So again, we've - I think it's important to look at the percentage amount that we beat analysts' estimates, as opposed to a penny, because we've got almost six billion shares.

In terms of the - I guess, the outlook of the - for the coming quarter. We have decided to continue to be a little more specific, in accordance with the new ideas, here, in the Full Disclosure. So let me kind of go through some of the key assumptions. The currency, at the current rates, will continue to be negative, although not as much. So the rate that we estimate would be negative five percent in the third quarter, and negative three percent in the fourth quarter. The - so the numbers I'm going to give you here, for database and applications include these negative amounts. So for instance, in database, we're thinking, you know, 15-to-20. You have to add five points to that, in terms of real (constant) dollar growth, or 20-to-25. Applications, we're thinking 75, or potentially better. You'd have to add five points to that. So clearly, we think there's an opportunity to do better in the third quarter, based on the pipeline and a belief that we'll see growing momentum in our applications business, now that we're through this first six months.

The total license growth will be about 25 percent in, again, reported dollars, or add five to that 30 percent constant dollars. So at this point, I think we've seen enough strength at that 30 percent-plus number that I'm holding. I think that's a (reasonable) expectation, (is, kind of), guide people to our 30 percent constant dollar license growth.

In terms of services, we see consulting-education growing, again, so that it would be five percent in dollars, or 10 percent in real. Twenty-three in support, or 28, real and 15, or 20 percent in service. So again, I've predicted you'd see that services number picking up, and I think you'll see that. And then, if the currency becomes less, that also adds to the dollar reported number.

NDCA-ORCL 03221
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0031705

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 8

In terms of other income. It would be about the same as last quarter, a little bit higher, maybe, 45 million, we figure. In the area of per share, we think it would be 12 cents. Now, again, that's based on some models, and I think most of the people's estimates are around that. And also, just historically, the third quarter is slightly better than the second quarter. That's the way, sequentially, it's worked, here. And if you look back at the last three years, sequentially, the third quarter, split adjusted, has been one cent a share better than the second quarter. So we did 11 cents in the second quarter. So I would assume, 12 cents would be a reasonable number at this point. I don't think history is going to be a lot different, here.

In terms of the fourth quarter, I think, pretty similar kind of guidance in terms of revenue growth. And (expect) that we'd have a little less currency growth. Going back to third quarter, the one caveat I would say that, you know, again, these numbers bounce around. We do have probably, a little bit tougher comparison in the third-quarter database. And probably, a little bit easier comparison in the fourth quarter on database. But I'd give similar kind of guidance for the fourth quarter for revenue growth. So again, I think, if anything, we still need to see just how high is high with (11i) and with, certainly the new (9i) release that goes out in the spring. But we're pretty confident that things will do - could do better, actually. Because that's been our experience. After the first couple of quarters, if you have a great product and a great release, things can actually get - you can see some acceleration. We're certainly hopeful that that's going to happen. And certainly, the pipeline, we have for Q3, looks very exciting at this point.

I'll just do one other thing. I mentioned a couple of major customer wins. And again, the idea is really, to kind of point to why people are buying. I think it's very important. As you know, we've been big believers in the E-Business Suite and the integration, and so forth. And so, I'll point to a couple of wins and kind of point at what they're doing and why I think they're good examples. One is (JDS Uniphase). (Joe Rivera) is the (CIO) there. I think he's done a marvelous job. Has taken, in about a year and a half, a company that is (rapidly) gone through acquisition. And has

NDCA-ORCL 03222
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0031706

ORACLE CORPORATION
Moderator: Stephanie Aas
12:14-00/4:30 p.m. CT
Confirmation # 474122
Page 9

basically, converted entire company, entire organization, worldwide, to the full E-Business Suite.
He's done this with a couple of buys. And I think they moved 14 countries already, into that E-Business Suite, within a year and a half. So, actually, in 11 months, I think. So they're going single instance, rapid deployment, fully business suite, ERP, supply chain, CRM, everything. Certainly, I think they get it. And I think the fact that they're able to run a single instance, the fact that they're able implement, so rapidly, is a testimony to the adoption of the E-Business Suite.

Another on is American General. This is a more traditional insurance company, major insurance company, down in Houston. They have a bunch of different point solutions that they had from some of our competitors. They have decided to buy – and did buy – this quarter, the second quarter, the entire E-Business Suite. The front - everything. Every bit of the E-Business Suite. Because they believe that they can make a significant e-business and they're beginning to make some estimates to Wall Street, as to what they can do, in terms of e-business in their insurance company.

We've done – usually, with customers, we've done it in steps. But I think we see customers starting to buy pieces of the E-Business Suite. But more and more, they're saying, "You know, we intend ultimately, to do the whole thing." And I think this is what you're seeing. People are not going to necessarily buy it all at once. But you're going to see taking these steps. And knowing that they can keep just adding on pieces and eventually, have this massive, integrated suite that gives them tremendous cost of ownership and business value and information value.

We have some terrific wins at Compaq. They're - they've, essentially now, over the course of several years, have bought the entire E-Business Suite. We had a great additional CRM win at H-P, this quarter. They have a very comprehensive CRM strategy, and are using our Sales Online module in North America already, and have been for awhile. We had a great win at (Exponet), another similar kind of tech story, the GDS interface, buying the entire suite. Acquired

NDCA-ORCL 03223
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0031707

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page  10

a bunch of companies.  Rolling out the entire suite for the entire company.  So, you know, we

have a whole list of people.  We won about 25 different, advanced planning deals in the quarter.

The good news about applications, this quarter, is that every part of the little sub-markets that

we're in, we're strong.  And every geography, (we're) strong, Europe, Asia, U.S.  So there's

nothing that we - no weakness in our applications business and the pipelines at every one of

these geographies looks astounding for this next quarter.  So we're very excited and we really do

think that the message we have will only continue to gain traction over time.  OK?

So with that, I think I'll turn it over to Larry and he can make some comments - further comments.

Lawrence Ellison:  Well, again, I'd like to reiterate what Jeff said, the pipelines really are astounding.  The

issue has been for some time, customers that we're talking to, not whether they want the suite, or

not, but whether we can deliver (the suite).  And that's really been the big question.  And it's been

a very challenging engineering project, you know, taken place over the last several years.  It's

getting clearer and clearer to the marketplace that not only, we can deliver the suite, but we have

delivered the suite.

We have almost 100 live customers running right now.  And some of them are very, very large.

BellSouth is live on all of the back office accounting pieces, and is now moving to implementation

of the CRM.  We have a project at GE, that (I'm) intimately involved with.  For - from the time they

made the decision at GE Power, we're going to have their first factory up and running in six

months.  The whole - all of GE Power, up and running in 18 months.

Now, these are astounding timeframes, in terms of delivering a comprehensive application

automation of very, very large companies.  The question is, how can we do it?  You know, how

can we do it?  We do it because there's no systems integration required.  This is a huge point and

is not well understood.  The conventional way of delivering applications, the so-called best-of-

NDCA-ORCL 03224
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0031708

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # #74122
Page 11

breed (approaches) - customer buys applications from several different suppliers. And after they accumulate those applications and enough pieces are in the garage, they hire - they got the parts. Now, they had to hire the labor – either Anderson Consulting or IBM – to assemble these parts into a complete and running system. And in fact, it's really the responsibility of the consuming company of this technology, to make all the pieces work together. Typically, the cost of (system) integration is five to 10 times the cost of the software. And it takes years to get those pieces running. There are (SAP) implementations that cost billions of dollars and taken years and years, and they're still not complete.

Our approach is radically different. If you buy the complete E-Business Suite, there is no systems integration required. I might add that General Electric Power, GE Power, is putting in (our) applications, (our) manufacturing, (there are) other things (in), with no modifications at all. No systems integration. No modifications. It goes in very, very fast, matter of months, and you get a return. You get a return in savings, very quickly.

Most of the risk associated with installing these applications has to do with the labor you hire to glue these pieces together. IBM shows up with a bunch of guys with glue guns, and they're trying to figure out how to attach (Siebel) to (BroadVision) to (Epiphany) to - you know, to Commerce One, to Ariba to (SAP). And it's hard, and it's complex. In fact, IBM is planning a whole new series of ads, emphasizing how complex this is. And our whole approach is to agree with IBM. (That it is) an enormously complex process. And if you're going to go into a process like that, you need to hire IBM or Anderson Consulting, and you need to have lots and lots of money and lots and lots of time. And a stomach for risk. Or, you can buy our complete E-Business Suite, where all the pieces are designed and engineered to fit together, and no systems integration is required. It's up and running in months. You get the savings in months. It costs you less, and it takes less time to install.

NDCA-ORCL 03225
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0031709

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 12

In a down economy, in an economy where people are concerned about their expenses, we are an obvious alternative to the old-style, best-of-breed parts and labor approach. Get the whole thing in. Start saving money, fast. Minimize your risks. Minimize your costs. Minimize the time to getting those applications up and running. It's a radically-different approach. It's something new. It's almost as radically-different as the Internet was, from client server. And by being first, to radically new ideas, we have gained tremendous advantage in this marketplace. The question is, could we actually deliver a complete and integrated e-business suite? The answer is, yes. And the market is beginning to buy.

Stephanie Aas: All right, operator, we're ready for questions and answers.

Operator: Thank you. The question-and-answer session will be conducted electronically, today. If you do have a question, please press the star, or asterisk key, followed by the digit one on your telephone. We will proceed in the order that you signal and we will take as many questions as time permits. Once again, press star-one if you do have a question. And we'll pause for just a moment.

And our first question will come from Neil Herman.

Neil Herman: Hey. Congratulations. Now I lost my question. Oh, first question is, could you talk a little bit about - it looks like you bought some stock back this quarter. Could you give us as to about how much stock you bought back, and what your expectations there are, going forward?

Jeffrey Henley: Yes. For the first half, we bought nearly five billion dollars. And again, we drew down some of the money that we did on the Japanese sales, back in the fourth quarter. So that's, obviously, I think, a higher than normal run rate. You know, we've had a regular buyback program and I think you'll see us continue that. But it probably won't be quite that high, obviously, for the second half. But we will be in the market and we have a regular program and it varies

NDCA-ORCL 03226
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0031710

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 13

from quarter to quarter.  But this is a little higher than normal because of that Japan sale, last

year.

Lawrence Ellison:  And we thought the stock price was very attractive.

Neil Herman:  Great.  Secondly, on the applications business, how much of your success, there, do you

think is because of organic growth in the market?  And how much is because of some of the pain

being experienced by your competitors, particularly, (SAP) and market share gains?  And then,

could you, also, give us a sense as to what the underlying growth was in your (core) historic ERP

business as that gives you opportunities to sell the rest of your E-Business Suite around those

core suite of applications?

Lawrence Ellison:  Well, I think the answer is, the market is good.  And we really are beginning to win

more and more, head-to-head competitions against the niche specialists.  So the market is very

healthy, in general.  Unlike, let's say, the PC market, the enterprise software market, you know,

seems to be very, very healthy.  And we expect, now that the E-Business Suite is in its seventh

month of life, we expect it to be more and more successful in these head-to-head competitions

against specialists in the area of sales automation or procurement or any of the other, so-call,

best-of-breed companies.

Neil Herman:  If I could throw in, one last one, there's some concern, out there, about Sun and their

server shipments.  And if that is slowing, what impact that could ultimately have on you because,

obviously, they're an important partner for you.  Could you kind of give us your sense on all that?

Lawrence Ellison:  Well, again, to the best of my – I mean, I don't know about any slowdown at Sun.  I

certainly, you know, talk to those people, regularly.  And I think, you know, their business seems

good, but you really should talk to them.  Suffice to say that our business in Q – we're already off

to a great start in Q3.  We've had a pretty fantastic, you know, first half of December.  And our

NDCA-ORCL 03227
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0031711

ORACLE CORPORATION
Moderator: Stephanie Aas
12-34-00/4:30 p.m. CT
Confirmation # 474122
Page 14

business looks, again - what did Jeff say, spectacular?  Outstanding?  Looks like we're going to have a very, very strong Q3.

And while our business is related to Sun, and we do sell a lot of software on Sun, I think - we also sell on H-P.  We also sell on Compaq.  You know, we sell on all different kinds of servers.  Our software runs on a hardware you - that's existing.  One of the interesting things in (JDS Uniphase).  Also, what's interesting about our own internal implementation is, we're - we used to run - for example, one of our systems ran on '97 servers, a little over a year ago.  It now runs on two servers today.  So again, we are - this whole idea of running global systems on a small number of larger computers, and providing information, all over the world.  Not only does it save you money, in terms of limiting systems integration.  It also saves you money, (requires less) hardware, requires, you know, less expensive networks.  It's just a, you know, there are savings all along the way from the implementation to after the fact when you are in fact an e-business.

Neil Herman:  (Great).  Thanks.  Congratulations.

Lawrence Ellison:  Thank you.

Operator:  The next question will come from Jim Moore.

Jim Moore:  Yes, hi.  I was wondering if you could talk about the applications business, particularly 11i.  And, you know, what's going on with the market drivers there?  Is it poor ERP?  Do you think it's the overall, you know, suite (health)?  And also, can you give us the number of customers that are live on 11i, and the number that are in the process of implementation?

Lawrence Ellison:  Sure, there are 83 live 11i customers now.  And we have, you know, literally over the next couple of weeks, another 100 or so customers going live.  An awful lot of customers are planning on going live, you know, during the Christmas holiday.  So we'll be at hundreds of

NDCA-ORCL 03228
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0031712

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 15

customers in January. In terms of the business - I mean, it's very, very interesting, in some cases we're actually starting to replace i2; we replaced i2 at (QualCom), we replaced i2 at (Paradyne), we replaced i2 at (Hayworth). This is a (place) where i2 is paid for, installed. And they're just throwing it out and putting in our advanced planning and scheduling. We're also replacing (Siebel) in several places. Again, it's really kind of across the board. You know, this - our software - this is just the beginning. Our software is brand new, 11i is brand new and we're just beginning to get traction in the market place. Jeff said "I don't know how good is good." Me too. I don't know how good is good, but boy, it could be real good.

Jeff Henley: Jim, I would say, you know, all segments look good. The European market, you know, rebounded so that's been good for us. We're doing well in HR financials. Supply chain is good, (Sierra) is good. So all these segments are great which is terrific, you know, terrific news.

Jim Moore: It's - you know, the ones that - places like (QualCom) and Motorola and others, are those existing Oracle applications accounts? Are you coming in fresh, selling applications there?

Lawrence Ellison: It really varies from account to account. Sometimes we're coming in absolutely fresh and selling entire suites. Sometimes we're selling another component of another part of the E-Business Suite to existing customers. Sometimes we're selling the rest - all of (CRM) to an existing (ERP) customer. It's all over the (map). The real issue was, and the real issue's been, and I really want to emphasis this, is everyone loves the idea of avoiding doing expensive, complex, you know, risky systems integration. The question everyone had, including our existing customers, is could we in fact deliver this enormously, you know, comprehensive suite of applications that puts every aspect of your business on the Internet? And we did. And they're seeing it. And they're buying, everywhere.

Jim Moore: OK. Last question. Jeff, you want to comment on the margin goals for the next year? Are you still anticipating pretty healthy margin growth from here?

NDCA-ORCL 03229
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0031713

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 16

Jeff Henley:  Well, in the second half of this year, I think I said that – I gave some EPS numbers which would indicate we're going to do well again on margin.  I think for next (fiscal year) let's see a little more results this year.  But clearly, I think you can't keep having 10 point improvement forever, right?  You get into infinity, or something.  But, I think we certainly have room beyond this fiscal year to see more productivity.  Because, think about it, our whole E-Business Suite just gets finished this summer.  And then we'll still have (a lot of) customer adoption around the self-service.  So I think probably we won't maybe see quite as much expansion of margins in future years.  But I think we're going to have an opportunity.  And I think our top line (growth) should be better.

Jim Moore:  OK.  Thanks a lot.

Operator:  And now we'll move on to Rick Sherlund.

Rick Sherlund:  Thanks and good quarter.  The consulting business, Jeff, I'm wondering how fast you think you can grow that over the next year.  And as that starts to grow again, is that lower margin business for you, as that starts to take a little bit of the margin story away?

Jeff Henley:  I don't think so.  I think, you know again, we have – we're not emphasizing consulting.  But when your Apps Business is growing as fast as we think it will grow, it's going to just drag a natural growth rate back up of (bidding and consulting).  We're still committed to partnering, all the other stuff.  But, it's is – it's not, you know, it's going to grow this quarter I think, App Consulting Education I said on a (constant dollar), I think I said it would grow 10 percent versus one this last quarter.  That is still far less than the rest of the business.  So I don't think it'll have any appreciable bringing down of overall margin, if you will.  And again, we're doing a good job in getting the margins up in our consulting and education business.  So it ought not to be a big drag on our margin, if that's the concern.

NDCA-ORCL 03230
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0031714

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 17

Rick Sherlund:  As far as you're - the big deals, I'm wondering if you can comment.  You know, have you seen deals that are bigger than usual?  It sounds like on the database side that's not the case, Apps, (sort) of, bigger deals are coming through now.  Can you characterize - I don't think you disclosed how big your biggest deal is, but anything out of the ordinary there in the quarter?

Jeff Henley:  I would say, you know, we always - it seems like every quarter we always have a big deal or two.  And those are generally in the 10 to 30 million range, you know, we never have a lot of them.  And I think this was - that was the same this quarter.  The - When we went to the power unit pricing a year ago we told people that that probably will mean that we won't do as much, you know, large deals.  And I think that's come to pass.  So, where we're seeing more of the big deals tends to be around Apps.  And I think that - we we're talking about it on Monday, it's quite likely as this catches on more and more, we may see more big deals in a quarter.  Because I think if we can get into a buying frenzy, I think people will start to buy more aggressively and buy (more and more modules) at once, and that sort of thing.  So, I wouldn't say for total (license) we've seen any big change, but it's possible we'll see more of this going forward in the application space.

Rick Sherlund:  And the constraints on the growth of the Apps Business, you'd mentioned last quarter that, you know, you needed reference accounts, it now looks like you have (reference-able) accounts, you know, (through) a collateral marketing literature, things like that ...

Male:  Demonstrations, we're still tweaking those, we got those all ready now.  We finished up all the training we we're working on partner training.  So, yes, I think where we sit right now we're in pretty darn good shape.

Rick Sherlund:  Yes.  Thanks.

NDCA-ORCL 03231
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0031715

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 18

Lawrence Ellison: Rick, I'd like to add one comment about consulting is that one of the reasons our consulting business hasn't been getting smaller - by the way, we've got several consulting groups that are now operating at 40 percent margins. And one of the reasons our consulting group is getting - business has been getting smaller is we are trying to deliver these applications with a lot less labor. So we actually have implementations at fixed price, fixed term (five day Financial). We've got customers live on the whole E-Business Suite in 30 to 90 days. So we are working very hard to minimize the amount of labor required to install these applications. At the same time, we're trying to make it very predictable so we can do this fixed price and keep our margins in the consulting business comparable to margins in the other parts of our business.

Rick Sherlund: Larry, how do you make sure you got customer service and satisfaction where it should be if you're going to be rolling out hundreds of 11i?

Lawrence Ellison: Well I think, we've got to mechanize the process. You know, one of the classic problems we've had - everyone in (the enterprise software business) has had. If you do a lot of modifications to your software, if you do a lot of systems integrations, there's a lot of labor. The more labor associated with installing business systems, the more chance there is for human error. As much as we can ritualize, homogenize, you know, standardize these implementations, they go in predictably. They go in in a fixed time for a fixed price. And they - and then they deliver predictable results for the customer. So again, it's all about getting the labor out to improve customer satisfaction. We've got to get the labor out and that's what we've been striving to do.

Rick Sherlund: Thank you.

Operator: And we'll now hear from Laura Lederman.

NDCA-ORCL 03232
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0031716

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 19

Laura Lederman:  Yes, thank you.  Good quarter.  Can you talk a little bit more about what you're hearing
from people on capital budgets?  You said there's been no (slowing) in the business.  But when
you talk to us (CIOs), what sense are you getting about their direction in terms of what they're
going to spend generally not only with Oracle, but in general?

Lawrence Ellison:  Well, I mean, there's published research out there that some of the firms have
published.  Recently I've read that suggested that in the spaces we're in spending is going to be
higher next year.  So, I think capital budget, you know, is a thousand things, right?  So, if you
were -- if your company got a little more conservative and started cutting -- I've been through this
process in my professional career -- you know, you kind of start cutting the things that don't
matter as much.  We're at the very high end of what they care about.  So my assumption is that
that's why we're not seeing any increase in our demand right now, is because we're selling the
kind of stuff that people need.  And they're not going to cut back on it, short of a crisis, I mean,
we've definitely seen some slowdown in the dot-com space.  But, again, that's being dwarfed by
the traditional companies buying more this year than they were buying last year.

Laura Lederman:  Quick question.  You talked about how you're having larger deals in the application
space.  Are these with generally larger companies?  Because when we had spoken earlier it
sounded as though a lot of release 11i were with smaller companies.  Are you seeing more and
more big companies -- beside the ones you mentioned on the call today -- looking at release 11i?
So, is there a shift from smaller to larger companies?

Lawrence Ellison:  I don't think there's a shift.  I think we've always sold our applications to big companies
and we've pushed the small end much better the last couple years.  So I'm sorry if you
misinterpreted what we said.  They're both interested, they're both buying.

Laura Lederman:  I meant by ...

NDCA-ORCL 03233
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0031717

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 20

Lawrence Ellison: Maybe what we said was, we were talking about implementations. And we said the little companies are able to get up and running quicker. So I think we were talking about the customers that were going live in the early stage tended to be more of the small customers, I think that's what probably we - that's what you meant by that. And so now as we have more time, the larger companies start to - so we'll see these couple hundred that Larry talked about - more of those will be the bigger companies coming up over the holiday.

Laura Lederman: OK. Thank you.

Operator: And we'll now move on to Chuck Phillips.

Chuck Phillips: Thank you and congratulations on what looks like a challenging environment out there. You guys are (going came) through. Couple questions, on the - since you're one of the few companies that are in all the major application areas; the (CRM), (Supply Chain) and ERP, have you guys done any kind of prioritizing on what application there is within your own suite that people may be more apt to buy? In other words, does ERP hold up better or (Supply Chain) hold up better in a software environment? And any one of those you plan on emphasizing?

Jeff Henley: You know, my answers, Chuck, is that, you know, in a tougher environment, people are going to emphasize their spending - (concentrate their) spending on things that add higher ROI. And we've said this for a while, one of the reasons (CRM) and (Supply Chain) are so interesting is because there's a lot of ROI with both of them. And even like HR, something that's as mundane seemingly as with all the new self-service and all the other things, HR people now can get tremendously better ROIs than they used to be able to get. So, you know, it is a very strong value proposition in most of these areas. Particularly those areas I first mentioned. So, it - I think back a few years ago when you were buying financials, if things slowed down you'd think, "Gee, how can I justify this?" Boy, it's not hard to justify some of this other stuff around the Internet

NDCA-ORCL 03234
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0031718

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 21

now. So I think almost everything we're selling we can generate - demonstrate a pretty damn good ROI to people.

Lawrence Ellison: Let me make another comment that's a little but provocative, which is that it's cheaper to install the entire suite than a couple of components. Because you put the whole suite in, you don't need systems integration, there's very little risk, very little time spent putting in the whole suite versus, you know, buying the couple - a couple of components and doing a lot of heavy systems integration with your existing software. So, you know, my expectation -again, we keep emphasizing the whole suite and trying to explain the story to senior executives. I think what we'll see more, you know, more and more are people committing to the entire suite. I think people have been hesitant, you know, until, you know, they want to look at references, they want to see other companies who are actually running this stuff successfully. They want to see the rapid implementations, they want to see it can go in without modifications. As we can show that, they'll be buying the whole kit and caboodle. And there's pretty good ROI, not only in sales automation. (My God), it's everything; sales automation, it's HR, it's financial (assistance). Jeff mentioned pretty much the whole thing, procurement. All of this stuff, can, you know, benefit your company and it all goes in very, very fast.

Jeff Henley: If you're trying to allocate capital, do you spend a certain amount on hardware, PCs? I mean, what's the ROI to upgrade your PC? You know, versus putting in, you know, stuff that's going to give you a big ROI with self-service and collaboration and everything else. So, I think that's really our - what's going on out there. And so again, I think that as long as we stay in the right places and we can demonstrate, you know, lots of references that show what kind of value they're getting, I think we'll do OK.

Chuck Phillips: OK. Couple of quick ones on how the application server (do in) the quarter? And - you haven't mentioned that much), the new products.

NDCA-ORCL 03235
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0031719

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 22

Lawrence Ellison:  A brand new product that, you know, we haven't talked a lot about it, but tremendous

upside.  But more and more we're dragging along some, you know, the application server along

with the database.  So it's off to a pretty good start.  Again, we think we are pretty - the

application server is newer than 11i or the 9i application server.  And we think we'll see a real

attraction in (9i AS), the application server, in Q3 and more again in Q4.  But it's off to a very

good start.  One of the things we've been doing is installing the application server in some

accounts, again, (to) get references.  And demonstrating that you really can increase your web

application performance by a factor of three, sometimes even 10 times very, very easily.  And

that's what we're demonstrating.  And that's, you know, and we're getting those references just

now.


Chuck Phillips:  Last question.  Of those 83 customers to go live, would your third party integrators handle

the implementation on any of those?


Male:  Yes, some of them are third party and some of them were ...


Male:  I think that (JDS Uniphase) was, I don't want to say the names, I'm not sure I know which one.  But

it was third party.  So, many of these are done by third parties, absolutely.


Chuck Phillips:  Right.  Congratulations.  Thanks.


Male:  Thanks, Chuck.


Operator:  And next question will come from Robert Schwartz.

NDCA-ORCL 03236
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

Robert Schwartz:  Thank you very much.  Could you talk about the pricing environment out there,

particularly on the application side?  And what you're seeing around 11i?  And if you'd address

ORCL 0031720

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 23

(CRM), Supply Chain management and then some of the net markets, what you're seeing in

pricing.

Jeff Henley:  Well again, the biggest (impediment), as I said before, is the cost of this offer has very little

to do with the cost of putting in one of these systems.  The cost of putting one of these systems is

predominately labor.  So our - in terms of our value proposition, if you're buying a whole E-

Business Suite we're not forced to aggressively discount simply because you save so much by

avoiding systems integration, you know, that the, again, the cost of this offer is (diminimus)

compared with the cost of labor.  So, again, I would say that we've been able to hold prices pretty

well, you know, versus our competition.

Robert Schwartz:  OK.  Then just a follow-up to that, to (Chuck's) question, more specifically.  Could you

just talk about the health of relationships with system integrators?  And who you're having

success with and how it's changed over the last quarter or so?

Jeff Henley:  Now, I'm very careful to say - we don't require systems integration or application

modification.  You still have to - you know, to put in our software - you still have to clearly convert

your data, move your data out of the old system and into our system.  There is still some labor

involved in implementing our applications.  But that labor is not computer programming.  I'm going

to be very clear.  You don't need computer programmers to implement our systems.  You've got

to convert data, train some users, do things like that.  You don't need to - you don't want to hire

programmers to glue our software to other people's software, you don't want to hire programmer

to, worse yet, to (actually) change our software.

So, the nature of the consulting practice that implements an Oracle application is very different.

The - we used to have computer programmers going in and heavily modifying our software, you

know, connecting our applications to third party applications.  Now, what we're really doing is

going in and helping people optimize their business processes for the Internet, simplify their

NDCA-ORCL 03237
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0031721

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-2004:30 p.m. CT
Confirmation # 474122
Page 24

business processes, standardize their business processes around the world and then (map) those processes to our software without changing our software. That's what we did. That's how we saved a billion in our first year, and we saved two billion our second year. That's what they need to do to get the benefit of E-Business.

Robert Schwartz: I guess what I –

Jeff Henley: It really changes the whole nature of an applications implementation. No more programmers as consultants. You want Business Process Specialists as consultants.

Robert Schwartz: I understand. What I'm trying to get a sense of is, you know, systems integrators of the business process type, (who) want to do business (process) reengineering, are gatekeepers on a lot of accounts. I'm just trying to get a sense if you're having –

Jeff Henley: Yes, I think we're - you're question was how is the relationship? I mean, it's one quarter, it's a steady process. I think it's been growing. Larry was quite vocal a couple years ago, we needed to do more with the integrators. So, we've - and I think they're very excited about 11i. And see the opportunity to, you know, they want to work with the products that are successful. So, I think that we're training them up on 11i and we've got good relationships with all of them. And the more successful the product is, the more the integrators will work us. That's the way – you've got to have good products, you have to be willing to work with them; we're doing both of those things.

Robert Schwartz: Thank you very much.

Operator: And next question will come from Gretchen Teagarden.

NDCA-ORCL 03238
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0031722

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 25

Gretchen Teagarden: Thanks. Quick question on the E-Business Suite. When you go in to sell to, say, a large company that's running IBM databases. And by - and you're trying to sell them the E-Business Suite. And they come back to you and say, "Well, we're running IBM databases. How - what are we going to need to do to make this happen?" And I know that you mentioned earlier that you don't have to do programming maybe it's data conversion. But what's the customer's response in situations where they're running a different vendor's database? Or, in a situation where the parent company's running Oracle. But some of their subsidiaries are running (CyBase) or IBM?

Jeff Henley: I don't know, (of ever) having lost a single deal because someone didn't want to use the Oracle database. So, it's never occurred, that I know of.

Gretchen Teagarden: You mean it's not like a technical challenge, or it raises the cost of initial investment if they're already running another ...

Jeff Henley: Yes, I mean, I've heard that before where that's, you know, they go through their checklist and say, "Gee, we like these apps, we're currently not an IBM - not an Oracle account." I mean, first point is that, almost everybody's got Oracle database now. But, you know, years gone by, that used to be more of an issue. But even then, they typically would choose the application. If they want the application - we're the biggest database guy in the world. But, I rarely see an account that doesn't have Oracle database capability somewhere in their company today. So, I agree with Larry, today it's much less of an issue than it was maybe five-six years ago, you know?

Gretchen Teagarden: Great, thanks.

NDCA-ORCL 03239
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

Operator: And before we move on to the next question, as a reminder, due to time constraints, please limit yourself to one question initially. We'll now hear from Jim Mendelson.

ORCL 0031723

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 26

Jim Mendelson: Thanks. Could you talk a little bit about the linearity of the quarter, and how well the
Oracle (store) is doing?

Jeff Henley: How the Oracle - well, Bell South's putting in the Oracle (store). You mean how much of our
business in the Oracle -

Jim Mendelson: How much is going through the Oracle (store) ?

Jeff Henley: How much - you know, I actually don't have that. That's one number I don't have in front of
me for this quarter. I have other numbers (interesting) about online business, but not that one.
Let me give you a few - let me answer a different question.

Jim Mendelson: OK. Go ahead.

Jeff Henley: Oracle Sales Online now has 10,000 different customers on it. I've got that. OracleMobile,
we're doing a lot of hosting - we're now hosting the Web sites for (Industry Standard), (Telesales),
(SUN), (RIM), (ZDNet), "The Economist," "Wall Street Journal," et cetera.

Jim Mendelson: You forgot the number of developers on the Oracle Developers Network.

Jeff Henley: Yes, it's over a million, Jim, I don't know the precise number. And I think, as far as linearity,
Jim. I mean, this is a multi-year challenge. You know, we still - when we started this, we said it's
going to take several years just to train our customers that they don't need to come to - wait till
the end of the quarter to do deals with us. So, I think we're making some progress. But I have
believed for a long time that it will take a long time to retrain our customers that, you know, don't
wait till the end of the quarter. So, I'm not going to hold out hopes that we're going to (wildly)
improve linearity. But, I think we're working at it structurally by trying to create our (price) on the

NDCA-ORCL 03240
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0031724

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 27

Web, be more consistent with our discounting. That's the best chance we have to ultimately improve our linearity.

Lawrence Ellison: We have a couple of our very largest customers come into the last - wait till the last day, and offer us large deals on the last day (with large) discounts and we said no.

Jeff Henley: Yes, that's a good point. The more we convince customers exactly that we won't do that, but it takes time.

Jim Mendelson: Was this quarter more or less linear than a year ago?

Lawrence Ellison: Well, I don't know exactly, but I wouldn't say it was (anything) different. I'd say that, how's that for an answer? I don't think it was much different.

Jim Mendelson: OK. Thank you.

Male: Yes.


Operator: And next question will come from Rob Tholmeier.


Rob Tholmeier: Hi and congratulations on the quarter. And, Stephanie, thanks for putting up the analysis worksheet an hour before the meeting, it was extremely useful.


Stephanie Aas: Your welcome.

NDCA-ORCL 03241
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

Rob Tholmeier: There's still been some criticism – I don't have it, but you hear it – of (12) and Seibel, both having - (of) sizable company's growing faster. I wonder if you could just address that a little bit. And secondly Jeff, looking at these numbers, one of the issues with the company has been, even

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 28

though you have had (the nominal) growth rate, over time it's been good and obviously accelerating. It has been kind of lumpy. But looking at these numbers right now, is it a little bit too much to hope for just a little bit smoother curves, a little bit less of the lumpiness in the various categories?

Jeff Henley: I think I'll take the lumpiness. Larry can talk about the other. You know, I think again, I have - until we can solve the linearity, I think you're going to probably - we'll be guilty of a little bit of lumpiness. But you know, if this business accelerates, that's another good one, because in the years when we've had really high growth, we've had less lumpiness. So, I think the fact that business seems to be improving, and I commented about 30 percent in the last three quarters (or so back). The stronger the business gets, I think a little - we'll probably have less lumpiness. And then the more we educate the customer and get to a little more linearity, those two are the best chances we have to do it. But, you know, the categories bounce around, but we really - (our total license) growth has been pretty darn consistent over the last five or six quarters, I think.

Larry, you want to talk about ...

Lawrence Ellison: Yes. We've been in the middle of an applications product transition. And the fact that we're growing as well as we are in the middle of an introduction of a major and new release, I'm pretty happy with our growth rate. Which should, as Jeff said, get better. And, so I'm pretty confident that we will - we actually like the challenge, so the next couple of quarters, let's see how well we do versus those people you named. Let's see how well we do, because we agree with you; we've got to grow as fast or faster than they do and we think we're up to the challenge. We just told you that 11i, you know, we've given it birth and it's ready to go and we're getting into prime time, so - we think we're up for the challenge.

Rob Tholmeier: Well, great. Thanks again. Nice and again, congratulations on a quarter that looks like your growth rates are pretty close to the norm.

NDCA-ORCL 03242
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0031726

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 29

Stephanie Aas: Operator?

Operator: Yes. Are we ready for the next question?

Male: Yes.

Operator: Thank you. We'll now hear from Wendell Laidley.

Wendell Laidley: Thanks. I actually have one question in three parts. First, can you - you talked a lot about 111 and, I'm curious. Are you keeping track of the new versus the existing customers there? That's the first question. Second question is - Jeff, are you more confident about the 40 percent (blended) margins for the year? And could you talk about the timing of the rollout of applications that'll get you there? And then, last question, and at the risk of making Larry sound provocative, could you talk about the database growth, particularly (NT) versus UNIX. Microsoft just got off their call saying that they're still winning business against Oracle. Thanks.

Jeff Henley: That's interesting. They probably are winning business against Oracle someplace. But in general, our - you know, we think we're taking (share) on the database business against IBM and against Microsoft. We think our market share has been growing consistently over the last couple years, and we think it's accelerating. We think the combination of our application server and our database server, you know, kind of compelling infrastructure for the Internet is becoming more popular. We have a new release of the database coming out in March of next year, you know, three months from now. So, our database business is very, very strong.

As far as (NT) versus UNIX, just in general, (NT) has clearly slipped back over the last, you know, over the last couple years. It reached it's zenith a while ago. And we're seeing SUN and Hewlett-

NDCA-ORCL 03243
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0031727

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 30

Packard and IBM UNIX, quite frankly. Another UNIX is (Linux), you know, do very well and take

share against (NT) or Win2000, or whatever you want to call it.

Wendell Laidley: What's the breakout then, Larry, of your business?

Lawrence Ellison: On (NT) versus UNIX?

Wendell Laidley: Right.

Lawrence Ellison: Again, we don't really track it because we used to license our database software for

UNIX, or our database software for (NT). We no longer license our software that way. We just

do surveys and measure downloads of our software on (Linux) or on (Solaris) and, versus (NT).

So, on terms of licensing numbers, you just buy Oracle and you can use it on any operating

system you like. That's our licensing policy, which we put into place a while ago when we went to

(Power Unit). The next - we don't have the numbers from our order entry system. We do,

however, have downloads and in term of downloads, again (NT) has been consistently - we've

been shared to (Solaris) and (Linux).

Jeff Henley: Yes. I think in terms of the margin, I wouldn't give any different comments than I've had.

I've maintained that 40 percent is possible for the full year. But I would say it's the high end of the

range. And it'll some what be a function of what or how well we do on the top line of the second

half. So, I don't think I feel any different about it. We still think we're going to have a terrific year

of margin expansion. And we may get as high as 40, but if we fell - if we only did 39, I wouldn't

come crying. I think that the top line is equally important. And actually it works together, the

better the top line accelerates, the more that probably helps us get to a 40 percent number. But I

think we feel very good that we're going to have another great year of margin expansion no

matter what.

NDCA-ORCL 03244
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0031728

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 31

I think the question was new versus existing customers, or ...

Wendell Laidley:  For 11i, right.

Lawrence Ellison:  Yes, again in the mid-market, we're getting lots and lots of new customers.  In the mid-market and at the high end an awful lot of our customers are already customers, and we're selling them additional components.  So, it's hard to figure out exactly - we may have a lot of new customer, for example, (QualCom's) a new customer for our (APS) products (against I2), so is that a new customer or is that existing customer?  It's a bit definitional.  If you already have our database, are you a new customer or an existing customer?

Wendell Laidley:  I'm thinking more on the (apps) side, excluding (ERP) .  What percentage of the 11i customers are new to Oracle?

Male:  I just - we just haven't tracked it that way ...

Wendell Laidley:  OK.

Male:  It's worth taking a look at, but it's hard to speculate.

Wendell Laidley:  OK.  Great quarter.

Operator:  And we'll now hear from Jim Pickrel.

Jim Pickrel:  Hi.  This is a question for Larry.  Very interesting announcement the other day about the dynamic services initiative.  I know that's sort of a long-term program.  But could you comment on potential (eventual) impact on either the business online initiative or your (apps) business in general?

NDCA-ORCL 03245
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0031729

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-004:30 p.m. CT
Confirmation # 474122
Page 32

**Male:** Well, we said a while ago, we try to get out in front of these trends. And, I mean, we try to get out in front of the Internet trend. We think the world's going to go to a complete integrated E-Business Suite because systems Integration is so expensive and risky. And we think an awful lot of people don't want to buy a server, computers and hire people to keep them up and running. Instead their going to be buying their applications on the Internet. And so we have a growing business as an applications service provider. And, Again, as I mentioned, one of our early application sales online, we have 10,000 separate companies that we're now providing CRM services to, Sales - (auto sales force) automation. Including (Seimens), Xerox, (OmniFax), General American, (Hospitality Enterprises). Lots and lots of companies.

And I think around 200,000 users on our Sales Online system. We have our traditional applications that we're hosting. We have - that business is growing. We have a mobile business, where we host your mobile portal. We have MyOracle.com, that's just recently come out. We have - we'll host a portal for companies.

So we're providing a variety of online services. And we think that's - eventually - that's the eventual outcome of this move to the Internet. That - first we moved from client server applications to Internet applications, where those applications ran on computers at your company.

For the medium sized companies, we think the eventual outcome will be those applications will run on computers at our company. And you'll use them across the Internet.

**Jim Pickrel:** Is there any issue, though, with the business model shifting a bit? If people sort of pay per use for Web services? As opposed to paying up front for applications.

**Male:** The good new is we're making these changes, and reporting pretty good results. We're in the middle of this - you know, we've started this transition, this move to application services. But

NDCA-ORCL 03246
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0031730

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 33

before any other – I don't think there's any other major application provider that's doing this, other than us. And we're trying - again, we're trying to get out in front those. We think it's an important trend. And we think we can move gracefully into the services business and deliver outstanding results in our traditional software businesses while we add on these online services businesses.

These online services business are, by and large, add ons, as opposed to replacements.

Jim Pickrel: Great. Congrats on the quarter.

Male: Thank you.

Stephanie Aas: All right. Thank you everyone for participating in today's Q2 Earnings Call. And the audio replay will be available for 24 hours. The number is 719-457-0820. The pass code is 474-122. Additionally, replay will be available through December 24th on Investor relation's Web site at Oracle.com/Investor.

And we'd like to provide you with an early heads up that the next Analyst's Day is scheduled to be on April 10th here at Headquarters in Redwood Shores, California. We'll send out a ((inaudible)) invitation shortly. Thank you.

END

NDCA-ORCL 03247
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0031731

# EXHIBIT 207

## DECLARATION OF CUSTODIAN OF BUSINESS RECORDS

I, CHARLES J. GLASSER, JR, do hereby declare as follows:

1.      I am Media Counsel for Bloomberg News, and have held that position since 2002. I am admitted to practice in the state and federal courts of Maine, Massachussetts and New York, and the Courts of Appeal for the First, Second, Third, Ninth and Tenth Circuits. In my capacity as Media Counsel, I am familiar with Bloomberg News's archived news stories. The facts herein stated are true of my own personal knowledge and if called to testify to such facts, I could and would do so competently.

2.      Bloomberg L.P. is a provider of data, news and analytics. Through its media services, Bloomberg provides real-time and archived financial and market data, pricing, trading, news and communications tools in a single, integrated package to corporations, news organizations, financial and legal professionals, and individuals around the world.

3.      From my job responsibilities and daily interaction with other employees of Bloomberg, I am familiar with Bloomberg's procedures for collecting, keeping, and maintaining data, news and analytics, including digital recordings relating to publicly traded companies, that Bloomberg makes available to its subscribers.

4.      Bloomberg, through Bloomberg News, regularly issues news articles and conducts interviews. Certain articles – including those attached as Exhibits A-D (the "Records") – are made available to Bloomberg subscribers through the BLOOMBERG PROFESSIONAL® service. It is Bloomberg's regular practice to maintain articles that are issued to the public – such as the Records – on its computer systems. Such articles are typically maintained without editing or deleting their contents.

5.    Exhibits A-D are true and accurate copies of Bloomberg News stories as they are maintained on Bloomberg's computer systems.

6.    Each of Exhibits A-D was created, as a regular practice of Bloomberg News, as a part of the regularly conducted business of Bloomberg.

7.    Each of Exhibits A-D was maintained in the regular course of the business of Bloomberg.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Executed this 22nd day of February, 2007 at London, England.

Charles J. Glasser, Jr.

2

# EXHIBIT A

Copyright 2000 Bloomberg L.P.

Bloomberg News

December 14, 2000, Thursday 5:45 PM Eastern Time

LENGTH: 644 words

HEADLINE: ORACLE 2ND-QTR NET RISES 62%; APPLICATIONS SALES JUMP

BYLINE: Jim Finkle in San Francisco (415) 912-2996, or jfinkle@bloomberg.net
with Ashley Gross in San Francisco/jac

DATELINE: Redwood City, California

BODY:

Oracle Corp., the world's No. 2 independent computer-software maker, said
fiscal second-quarter earnings rose 62 percent, buoyed by sales of a new
Internet-friendly suite of business programs.

Net income for the quarter ended Nov. 30 rose to $622.8 million, or 11 cents
a share, from $384.5 million, or 6 cents, a year earlier. Sales jumped 15
percent to $2.66 billion from $2.32 billion.

Oracle, run by billionaire Larry Ellison, posted the better- than-expected
results about 15 minutes before archrival Microsoft Corp., the No. 1 software
maker, said sales and earnings will fall short of forecasts in the December
quarter because of a slowdown in the personal-computer market.

Intel Corp., Compaq Computer Corp. and Gateway Inc. have also said results
will suffer. Oracle Chief Financial Officer Jeffrey Henley said he doesn't see
the slump affecting his company's revenue because Oracle sells mostly to
businesses seeking to use the Internet to cut costs and boost efficiency.

"The economy is slowing," Henley said in an interview. "It's just not having
a negative impact on our business."

Oracle shares fell 88 cents to $27.50 before the report today. They rose as
high as $28.38 after the release, then dropped back to $27.25. Microsoft fell
$1.75 to $55.50 in regular trading, then declined to $52.63 after the company
reduced its forecast.

Sales of the new Web-based Oracle 11i software suite totaled $279 million for
the quarter, jumping 66 percent from year-earlier applications sales. Sales of
Oracle's database software, the company's best-selling product, rose 19 percent
to $775 million.

Corporations are spending heavily to become "e-businesses,"
or companies that use the Internet as much as possible to make their operations
and computer networks more efficient, Henley said.

"If they have to slow down on discretionary spending, it's not going to be on
e-business," Henley said.

Oracle 11i

Oracle's second-quarter profit beat the average forecast of analysts surveyed by First Call/Thomson Financial by a penny.

Investors were watching for signs that Oracle 11i, introduced in May, has taken off with customers. Ellison has been pushing the package to companies looking to automate business tasks using the Web. Sales of Oracle 11i, which competes with products from Siebel Systems Inc. and SAP AG, disappointed investors in the quarter ended Aug. 31.

Alan Loewenstein, assistant portfolio manager of the John Hancock Technology Fund, said that the results looked positive at first glance. Investors are likely to ask about the outlook for database sales, because some may consider 19 percent growth to be "a disappointment," he said.

Henley said he expects sales growth of Oracle 11i to accelerate in the third quarter, enabling the company to meet its full-year applications sales growth target of 50 percent to 100 percent.

"Hopefully we've got a shot to be at the high end of that range," he said. " The pipeline looks outstanding."

### Profit Forecasts

Henley said he expects the company to report earnings of 12 cents a share in the third quarter, in line with the average analyst forecast from First Call, and 20 cents in the fourth quarter, or a penny above the First Call estimate.

Henley said he's not concerned that growth in sales of database software slowed to 19 percent in the second quarter. That's less than the 32 percent increase in the quarter ended Aug. 31.

He blamed the slower growth on the weakness of the euro, which reduces the value of sales in many European countries when they're converted into U.S. dollars.

"This euro thing is really severe," he said. "This is a normal growth rate when you consider it in terms of local currency growth."

UPDATED-INFO: Adds CFO comments, details starting in fourth paragraph.

LOAD-DATE: December 15, 2000

# EXHIBIT B

Copyright 2000 Bloomberg L.P.

Bloomberg News

December 15, 2000, Friday 9:03 AM Eastern Time

LENGTH: 382 words

HEADLINE: ORACLE SHARES RISES AFTER REPORTING HIGHER 2ND-QUARTER PROFIT

BYLINE: Jim Finkle in San Francisco (415) 912-2996, or jfinkle@bloomberg.net and Ashley Gross in San Francisco (415)743- 3582 or agross@bloomberg.net /jac/jmg

DATELINE: Redwood City, California

BODY:

   Oracle Corp. shares rose as much as 7.7 percent in early trading after reporting better-than-expected fiscal second-quarter earnings, boosted by sales of new Internet software.

   Oracle, the world's No. 2 independent software maker, rose to $29.38 and earlier increased as much as $29.63. The shares closed at $27.50 in regular trading yesterday.

   The Redwood City, California, company late yesterday said net income rose 62 percent in the three months ended Nov. 30, buoyed by a 66 percent gain in sales of an applications software package called Oracle 11i. The company said it is not being hurt by a slowdown in personal-computer sales that forced Microsoft Corp., along with Intel Corp., Compaq Computer Corp. and Gateway Inc., to reduce their growth targets.

   Companies such as Oracle that cater to the business market "appear to be a bit more bulletproof" than PC makers, said Christian Koch, an analyst with Trusco Capital Management, which holds 3.5 million Oracle shares.

   Microsoft yesterday said sales in its second quarter ending Dec. 31 will be $6.4 billion to $6.5 billion, less than the $6.8 billion average estimate of analysts surveyed by IBES International. Earnings are expected to be 46 to 47 cents a share. The average estimate from First Call/Thomson Financial was 49 cents a share.

   The economic slowdown isn't hurting Oracle, said Oracle Chief Executive Larry Ellison, because the company has spent the past three years updating its product line to focus on software that helps companies use the Internet to cut costs and boost efficiency.

   "The whole (idea behind Oracle 11i) is to start saving money fast," said Ellison, the company's billionaire founder who personally managed development of Oracle 11i.

   Oracle's net income for the quarter ended Nov. 30 rose to $622.8 million, or 11 cents a share, from $384.5 million, or 6 cents, a year earlier. Sales increased 15 percent to $2.66 billion from $2.32 billion.

Oracle 11i sales reached $279 million for the quarter. Sales of Oracle's database software, the company's best-selling product, rose 19 percent to $775 million.

Oracle's second-quarter profit beat the average forecast of analysts surveyed by First Call/Thomson Financial by a penny.

LOAD-DATE: December 15, 2000

# EXHIBIT C

Copyright 2001 Bloomberg L.P.

Bloomberg News

January 11, 2001, Thursday 5:40 PM Eastern Time

LENGTH: 453 words

HEADLINE: ORACLE CFO SAYS HE PLANS TO SELL $33 MLN IN STOCK

BYLINE: Jim Finkle in San Francisco (415) 912-2996,

   or jfinkle@bloomberg.net /smw/dfr

DATELINE: Redwood City, California

BODY:

   Oracle Corp. Chief Financial Officer Jeffrey Henley said he plans to sell as many as 1 million shares of the No. 2 software maker, a stake that is worth about $33 million at today's closing price.

   Henley, 55, couldn't be reached to comment on his plans, which were disclosed in a filing with the Securities and Exchange Commission. In the fiscal year that ended in May, Henley made about $76 million by selling option-related shares and had unexercised options worth about $664 million, according to an Oracle proxy filing.

   Edward Dowd, an analyst with Independence Investment Associates, said he wasn't troubled by Henley's sale of the stock because it appeared to be consistent with previous sales. Dowd said he's worried about the outlook for Oracle's stock because it's more expensive than many other technology stocks when looked at in terms of earnings forecasts.

   Oracle shares rose 56 cents to close at $33.31 today. That's about 65 times the 51-cent-a-share full-year average earnings forecast of analysts polled by First Call/Thomson Financial.

   Oracle's bigger rival Microsoft Corp. is trading at about 31 times the estimated earnings forecast for its current fiscal year. No. 1 chipmaker Intel Corp. changed hands today for about 23 times its average earnings estimate.

   "I'm concerned overall," Dowd said. "The stock is expensive and we're going into an economic slowdown."

Sales, Profit

   Last month, the company reported higher-than-forecast sales and profit for the quarter that ended in November, saying it didn't expect to be hurt by an economic slump. At the time, Chief Executive Larry Ellison said that companies will buy Oracle software even in tough economic times because the products help make businesses more efficient and cut costs.

   Company spokeswoman Stephanie Aas today said Oracle has yet to see any signs that its business is being hurt by the economic slowdown or reported cuts to information-technology budgets.

"Obviously the economy is a wild card. So if we went into a recession or there is a sharp downturn, we could be impacted," Aas said. "But we're not seeing it now."

Henley plans to use proceeds of the stock sale to finance the purchase of a third home in the Southern California coastal city Santa Barbara, Aas said. He already owns homes in Silicon Valley and in Palm Springs, California.

Oracle executives routinely sell shares that they receive as part of their compensation during a six-week period each quarter that begins two days after the company reports earnings, she said.

Henley's plan to sell the shares was reported earlier by Dow Jones and Reuters.

UPDATED-INFO: Adds investor comment, details on share price.

LOAD-DATE: January 12, 2001

# EXHIBIT D

Copyright 2001 Bloomberg L.P.

Bloomberg News

**February 9, 2001,** Friday 3:25 PM Eastern Time

LENGTH: 434 words

HEADLINE: ORACLE SHARES FALL ON CONCERN EARNINGS OUTLOOK MAY TURN GRIM

BYLINE: Jim Finkle in the San Francisco newsroom (415) 912-2996 or at jfinkle@bloomberg.net/jac

DATELINE: San Francisco

BODY:

   Oracle Corp. shares fell as much as 14 percent, leading other computer and software-related stocks lower, amid investor concern that the No. 2 software maker's earnings could suffer as economic growth slows.

   Oracle tumbled $3.50 to $23.63 after touching $23.44. It was the second-most active stock in U.S. markets.

   No. 1 software maker Microsoft Corp., networking-equipment maker Cisco Systems Inc. and No. 1 computer-chip maker Intel Corp. have said in recent months that business is being hurt as consumers and corporations curb spending.

   Oracle is among a handful of software makers that have yet to report a slowdown, saying they expect to thrive in a weak economy because companies use their products to become more efficient. While Oracle said it hasn't changed its outlook, some investors said it's inevitable that businesses will cut back on software from Oracle and rivals such as PeopleSoft Inc., Siebel Systems Inc. and SAP AG as the economy worsens.

   "I'm not going near them," said Morton Cohen, chairman of Clarion Capital Corp., which manages about $120 million. "I don't see tech earnings turning up. And since many of these stocks are priced to perfection, why bother?"

   Oracle shares yesterday closed at $27.13, or 53 times the average fiscal-year earnings forecast of analysts polled by First Call/Thomson Financial. The Standard & Poor's 500 Index, by comparison, is trading at about 26 times estimated earnings.

   Microsoft fell $3.31, or 5.3 percent, to $58.94. Siebel fell $4, or 6.4 percent, to $58.25. PeopleSoft fell $2.81, or 7.4 percent, to $35.19.

## Still Upbeat

   Oracle is still upbeat about its prospects for earnings growth, which will be fueled by a new suite of Internet-friendly business software dubbed Oracle 11i, spokeswoman Jennifer Glass said.

   "We haven't changed our projections at all," Glass said. "This slowdown is going to provide new opportunities for Oracle as companies need to streamline and be more strategic about the technology they buy."



Morgan Stanley analyst Charles Phillips said in a note to clients that he expects growth of Oracle's flagship database software to slow this year because Internet startups last year were responsible for many of that product's sales.

After the collapse of dozens of Internet companies over the past few months, that "dot-com candy" won't be around in 2001, Phillips said. He expects Oracle's database software sales to rise 10 percent to 13 percent in the current quarter, compared with 19 percent in the quarter that ended in November.

LOAD-DATE: February 10, 2001