# EXHIBIT 208

06:04am EST  8-Feb-01 Deutsche Banc Alex. Brown Inc. (J. Moore/C. Chen) ORCL
ORCL: Visit with Management-Strong Buy

Moore, James A. 415-617-4269
Chen, Charles 415-617-4274                        02/09/2001
Deutsche Banc Alex. Brown Inc.
-------------------------------------------------------------------
                    ORACLE CORPORATION (ORCL) *STRONG BUY*
                           Visit with Management
-------------------------------------------------------------------

| Date: | 02/07/2001 | EPS: | 2000A | 2001E | 2002E |
|---|---|---|---|---|---|
| Price: | 27.69 | 1Q | 0.04 | 0.08 | 0.10 |
| 52-Wk Range: | 46 - 21 | 2Q | 0.06 | 0.11A | 0.13 |
| Ann Dividend: | 0.0 | 3Q | 0.08 | 0.12 | 0.14 |
| Ann Div Yld: | 0.00% | 4Q | 0.15 | 0.20 | 0.23 |
| Mkt Cap (mm): | 162,678 | FY(May) | 0.34 | 0.51 | 0.59 |
| 3-Yr Growth: | 25% | FY P/EPS | 81.4X | 54.3X | 46.9X |
| | | CY  EPS | 0.43 | 0.54 | NE |
| Est. Changed No | | CY P/EPS | 64.4X | 51.3X | NM |

-------------------------------------------------------------------
Industry:   E-TECHNOLOGY
Shares Outstanding(Mil.): 5874.987
Return On Equity (2000) :   48.0%
-------------------------------------------------------------------

HIGHLIGHTS:
VISIT WITH MANAGEMENT.  Yesterday, we checked in with Oracle for a mid-quarter
update with CFO Jeff Henley and VPs in the server and applications development
organizations.

PERSPECTIVE ON THE MACRO ENVIRONMENT.  According to management, it has yet to
see macro-related weakness in its business.  That said, the full impact of the
current macro environment may not be evident until the end of the quarter, as
revenue is typically back-end loaded for Oracle.

STRONG PRODUCT POSITIONING MAY HELP WEATHER THE STORM.  E-business software
remains a top corporate IT priority, and we believe Oracle is in the midst of a
strong product cycle with its 11i applications suite and forthcoming 9i
database/application server platform.  Barring a severe economic downturn,
management sees continued growth driven by strong demand in key segments such
as supply chain, customer relationship management and collaboration.

NO CHANGE TO OUTLOOK, RECENT GUIDANCE.  Mr. Henley reiterated that the company's
outlook and guidance were unchanged for F3Q'01 (Feb).  Attempting to call
Oracle's quarter with three weeks remaining and a good deal of business still
to be done may be premature at this point.  Given the weakening macro
environment, material upside to estimates ($2.9B rev., $0.12 EPS) and upward
revision to forward estimates seems less likely than three months ago,
particularly in light of softening outlooks provided by other tech bellwethers
such as Cisco and Sun Microsystems.

APPSWORLD CONFERENCES IN FEBRUARY.  Oracle is hosting two major applications
user conferences this month-February 11-14 in Paris and February 19-23 in New
Orleans.  These events will focus on the new 11i e-business applications suite
with product announcements, customer testimonials and partner presentations.
Oracle currently has 160 live 11i customers with the number expected to exceed
200 by the end of F3Q.

NDCA-ORCL 091536

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

DETAILS:
During our visit, we met with several senior members of Oracle's development organization for an overview of recent or upcoming new product releases. VPs Don Klaiss and Nadeem Syed provided an update on Oracle's supply chain products including its Advanced Planning and Scheduling suite and its new Supply Chain Exchange. VP Thomas Kurian provided an update on Oracle's 9i database and application server platform.

SUPPLY CHAIN SOLUTION GAINING TRACTION
Since its introduction about a year ago, we believe Oracle is seeing improved market acceptance of its new Advanced Planning and Scheduling (APS) product. Oracle has devoted a core team of about 120 developers to build out its APS suite, which includes capabilities such as demand planning, manufacturing scheduling, constraint-based optimization, and available-to-promise. Oracle also recently introduced Supply Chain Exchange which leverages its APS optimization engines across entire trading communities. Currently, the company has licensed the 11i APS product to 130 customers, approximately one-quarter of which are new Oracle apps customers. Ten companies have licensed the Supply Chain Exchange solution with one customer, Sony, now live. Referenceable APS customers include UPS (e-Logistics division), Honeywell, Agilient, JDS Uniphase, GE Power Systems, Sony and Haworth, among others. Customers expected to go live over the near term include Ford, Odwalla, Qualcomm, Terradyne, Fosters, and Millapore. We believe many of these customers were competitive wins or displacements of best-of-breed vendors such as i2 Technologies or Manugistics. Haworth purchased APS after implementing i2 at a few of its sites. UPS selected Oracle over i2 in a head-to-head evaluation. We believe these wins were based primarily on Oracle's lower total cost of ownership, ease of integration, and database-centric architecture. While we are encouraged by many of these competitive wins, we believe Oracle still remains well behind best-of-breed vendors in terms of breadth and depth of functionality. We will be tracking Oracle's APS metrics closely over the next few quarters as more 11i customers go live.

9I EXPANDS THE DATABASE PLATFORM
Oracle's new 9I database is scheduled to ship in March/April and will include integrated OLAP (online analytical processing) and data mining tools and enhancements in high availability and server clustering. An additional highlight of 9i is tight integration with the Oracle application server. Oracle 9i Application Server (9iAS) is now in general release with enhancements scheduled for mid-February and August 2001. With 9iAS, we believe Oracle is more aggressively targeting BEA WebLogic, IBM WebSphere and Sun iPlanet in the application server market. The company has devoted over 300 software engineers to 9iAS development. Key features include J2EE compliance, caching technology, an integrated messaging bus for rapid connectivity, XML support, and the ability to rapidly create portals and wireless applications. While we believe it is still early in its release of 9iAS, the company has secured a number of customers, including Boeing in an enterprise deal and 14 wireless carriers in Europe. Anecdotally, Oracle stated that one customer streamlined its application server system from 15 iPlanet servers to a single 9iAS server, and will more than make up for the cost of the Oracle software on hardware cost savings alone. Oracle plans to release the next major revision to 9iAS (Version 2.0) in August with enhancements to include personalization, wireless access, and integration to third-party products.

Information herein is believed to be reliable and has been obtained from sources believed to be reliable, but its accuracy and completeness cannot be

NDCA-ORCL 091537

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

guaranteed.  Opinions, estimates, and projections constitute our judgement and
are subject to change without notice.  This publication is provided to you for
information purposes only and is not intended as an offer or solicitation for
the sale of any financial instrument.  Deutsche Banc Alex. Brown Inc. and its
affiliates worldwide, may hold a position or act as market maker in the
financial instruments of any issuer discussed herein or act as advisor or
lender to such issuer.  Transactions should be executed through a Deutsche Bank
entity in the client's home jurisdiction unless otherwise permitted by law.
Deutsche Banc Alex. Brown Inc. is a member of NYSE and NASD.  Copyright 2001
Deutsche Banc Alex. Brown Inc.

### Additional Information Available Upon Request

Deutsche Banc Alex. Brown Inc. maintains a net primary market in the common
stock of Oracle Corporation.
The following stock(s) is (are) optionable: Oracle Corporation.
One or more authors of this comment have a long position in the common shares
of Oracle Corporation.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

NDCA-ORCL 091538

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# EXHIBIT 209

09:36am EST  8-Feb-01 First Union Securities, Inc. (Wittmann, CFA,Chip (804) 8
Management indicates final weeks of February critical to quarter

### ###              FIRST UNION SECURITIES, INC.              ### ###
February 7, 2001
Management Indicates Final Weeks Of February Critical To Quarter
Company Note
Oracle Corporation (ORCL-NASDAQ)                    Stock Rating: 2

Price:            $27.69              Chip Wittmann, CFA / (804) 868-1136
52-Wk. Rng.:      $46-22                 Mark Tyler, CFA / (804) 868-1133
Shares Out.:(MM)  5,597.4                  Joshua Wein / (804) 868-1134
Market Cap.:(MM)  154,993.4

| EPS | | | | Rev | |
|-----|-----|-----|-----|-----|-----|
| FY(May) | 2000A | 2001E | 2002E | 2001E | 2002E |
| Q1(Aug.) | $0.04 | $0.08A | $0.09 | $2,261.9MM | $2,631.5MM |
| Q2(Nov.) | 0.07 | 0.11A | 0.13 | 2,659.5 | 3,077.0 |
| Q3(Feb.) | 0.09 | 0.12 | 0.15 | 2,918.5 | 3,442.4 |
| Q4(May) | 0.16 | 0.19 | 0.23 | 4,108.3 | 4,759.0 |
| Full FY | $0.34 | $0.50 | $0.60 | $11,948.2MM | $13,909.8MM |
| FY P/E | 81.4x | 55.4x | 46.2x | | |
| | | | | | |
| Full CY | $0.43 | $0.53 | NE | | |
| CY P/E | 64.4x | 52.2x | NE | | |

Source: Company data and First Union Securities, Inc. estimates

Target Price:       $35          LT Debt:(MM)              $316.0
Float:(B)           4.2          LT Debt/Total Cap.:       0.0%
Avg. Daily Vol.:    41,444,200   ROE Est.:                 51%
S&P Est:            1,340.89     3-5 Yr. Est. Grth. Rate:  30%
Div./Yield:         $0.00/0.0%   CY2001Est. P/E-to-Grth.:  1.8x

Key Points
* On February 7th, we met with management of Oracle, including CFO Jeff Henley
at Oracle headquarters.
* Oracle is not seeing the effects of a slowing economy at this point, but next
several weeks will be critical.
* Oracle now has 125 live 11i customers with strong ramp expected in future
weeks.
* Management reiterates guidance of 15-20% y/y database revenue growth and 75%
y/y applications revenue growth for FQ301.

Discussion

On February 7th, we met with management of Oracle, including CFO Jeff Henley at
Oracle headquarters. We note the following points regarding our meeting:

Oracle is not seeing the effects of a slowing economy at this point, but next

http://www.firstcall.com/links/81/81480405672578697076/86105053790245847875/41576... 2/27/2002

NDCA-ORCL 091531

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

several weeks will be critical. CFO Henley commented that Oracle is not seeing a decline in sales at this point as a result of reduced corporate spending, although this issue has plagued several other large technology companies. While the sales pipeline apparently shows no signs of weakness at this point, we note the next several weeks will be critical for the company as many potential customers will likely make decisions to buy or defer purchase during the activity-intensive final weeks of FQ3. Henley also indicated Oracle would not be immune to any prolonged economic downturn, but felt that current forecasts for F2002 were conservative and had room for some general economic weakness.

Oracle now has 125 live 11i customers with strong ramp expected in future weeks. In addition to having 125 customers live with 11i, Oracle also went live internally with 11i in January. Although some delays were experienced with early implementations, the company now feels the rate of customers going live is on schedule and should ramp to 200+ by the end of the February quarter. With higher numbers of referancable live customers, Oracle now intends to more aggressively pursue Siebel and i2 in their respective markets. We believe the extent to which large third-party consulting firms build practices around Oracle apps products will have noticeable impact on future revenue growth.

Management reiterates guidance of 15-20% y/y database revenue growth and 75% y/y applications revenue growth for FQ3'01. Although database revenue faces tough y/y comps, the company reiterated guidance of 15-20% growth. Management also indicated the applications revenue pipeline was strong and margins for the supply chain suite were meeting expectations in addition to reiterating expectations for 75% revenue growth in FQ3. However, the company also said it did not intend to reinstate the previous policy of breaking out revenue by application as in the past. Therefore, tracking actual traction of CRM and other apps products will be difficult. Investors will instead be limited to tracking the growth of the e-business suite as a whole.

INVESTMENT OPINION

We believe that this quarter's performance will increase investor confidence in the B2B software sector as a whole. Oracle reported stronger growth in application licenses than we expected in F2Q. We feel the apps growth is in part reflective of the very strong demand for enterprise software by corporations wishing to capture the compelling ROI benefits associated with these solutions. Our current assumptions for market growth may be lower than actual market growth due to the strong performance of Oracle in light of heavy competition in the marketplace. In addition, we believe a significant number of Oracle's sales came during the late stages of its November quarter, which we believe will have positive implications for its peers' December quarters. We maintain our Buy rating and $35 price target (15.3x 2001 revenue estimate).

Additional information available upon request.

First Union Securities, Inc. maintains a market in the common stock of ORCL.

First Union Securities makes a market in Agile Software, Ariba, Aspen Technology, Commerce One, i2, and Oracle.

NDCA-ORCL 091532

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

```
source: First Union Securities, Inc. estimates
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
}

EON
```

NDCA-ORCL 091533

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# EXHIBIT 210

**The Daily Swing Trade**

| TheStreet.com | RealMoney.com | IpoPros.com | TheStreetPros.com |

**QUOTES & SEARCH**
Quotes

Search Site

*Scottrade*

**HOT NEWS**
Market Movers
Analyst Actions
Latest TSC Stories

**NEWS AND ANALYSIS**
Tech Stocks
Markets
Commentary
Personal Finance
Company News

**FEATURED OFFERS**
RealMoney Free Trial
Cramer Radio
Telecom Connection
Daily Swing Trade
The Tech Edge
Era of Value
Chartman's Top
Stocks
Action Alerts PLUS
TSC Conferences
Professional Products

**RESEARCH/TOOLS**
Earnings Reports
Mutual Fund Finder
Economic Calendar
Streaming Real-Time
Portfolio Tracker

Commentary : Streetside Chat

## The *TSC* Streetside Chat: Oracle's Executive Vice President Sandy Sanderson Jr.

By Joe Bousquin
Senior Writer
Originally posted at 8:30 AM ET 1/20/01 on RealMoney.com

*After being written off as an also-ran software maker that concentrated on the slowing database market in the mid-1990s,* **Oracle** *(ORCL:Nasdaq - news) staged one of the more impressive comebacks in recent memory. While making a big bet early that software would eventually be run over the Internet, Oracle forged into the now white-hot business software market, a strategy that has paid off in spades for both its revenue growth and its stock price.*

*On Jan. 16, the company hosted a "B2B Day" at its Redwood Shores, Calif., campus to introduce new software that helps companies collaborate with suppliers and customers over the Internet, allowing them to operate more efficiently. This software is the cornerstone of Oracle's much-touted 11i e-Business Suite, a collection of complex business-software programs designed to streamline a corporation's business processes.*

*Specifically, Oracle introduced four new software products. Oracle Supply Chain Exchange helps companies manage the manufacturing process; Transportation Exchange helps simplify the transportation logistics of shipping and receiving products; Product Development Exchange streamlines the process of collaborating with partners; and Exchange Marketplace aids in the planning and design of products.*

*TSC Senior Writer* **Joe Bousquin** *spoke with Edward J. "Sandy" Sanderson Jr., Oracle's executive vice president and the person responsible for its software applications business, about Oracle and its plans.*

————

**Joe Bousquin:** Sandy, tell me about your responsibilities at Oracle.

**Sandy Sanderson:** I probably do four things. First, I'm responsible for all our products' industries. So I have responsibilities for all our customers in automotive, high tech, also process industries like [consumer packaged goods], energy, retail, chemical. ... I have all those customers. ... Second, I have responsibility for consulting in Oracle. We have about a 13,000-person consulting organization. I'm responsible for that. Third is I have Latin America. I lived in Latin America when I was growing up and always had a passion for that part of the world, and am always amazed at what they're able to do. You know the U.S. sales force at Oracle or any company is always complaining that they want more help, make it easier, and then people down in Latin America just figure out how to make it happen.

And then the last thing is I have responsibility for the B2B initiatives in the

Δ π EXHIBIT 23
Deponent *Sanderson*
Date 1/24/00 Rptr. KG
WWW.DEPOBOOK.COM

NDCA-ORCL 141672

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



company and as a result what you're seeing today. I've been very involved in ... our major exchanges. For example, **GlobalNetXchange, RetailersMarketXchange, Covisint** are all exchanges within my area of responsibility.

**Joe Bousquin:** So basically the message that Oracle has really been spreading over the last 18 months, two years now is that as far as [business software] applications are concerned, you really want to be, and see yourselves, as the one-stop shop. Do customers want one-stop shopping?

**Sandy Sanderson:** Well, I guess two points. We do give companies an alternative. ... They don't have to buy the e-business suite. If they want Internet procurement or advanced planning or sales automation, they can get that from Oracle.

**Joe Bousquin:** And when you say suite you mean a collection of computer programs. And each unit within that collection of programs performs a different function.

**Sandy Sanderson:** Exactly. And we're talking about the e-business suite from a functional perspective. We're talking about ERP [enterprise resource planning], so it's included in there. ERP being financials, manufacturing, order management, human resources. And the CRM [customer relationship management], which is marketing, sales and service. And then what we've done in our e-business suite is we've brought all of that together, ERP and CRM, so it's integrated from both a business perspective and a technical perspective, and again it provides you with a single view of the customer no matter what the interaction with the customer is.

We're having real success. Compaq is an example [of a company] that just recently bought our e-business suite. And what companies are seeing is that, regardless of the economic situation ... the competition is still out there, number one. The Internet is out there, and companies are figuring out how to leverage the Internet to drive different-shaded solutions or a competitive advantage in the marketplace. ... And they're also recognizing that they have less money to spend and they need to do it more quickly. So some interesting dynamics have come together that together make the e-business suite a great answer. Because what we've done in the e-business suite is we've built all the integration in there already.

---

> *"So some interesting dynamics have come together that together make the e-business suite a great answer."*

---

**Joe Bousquin:** Now, your competition would say that no one company can do it all. It's just too big. Business processes are too complex for one company to have the knowledge set to be able to build all the different specialized applications to serve that enterprise or corporate customer. What makes you guys think you can do it?

**Sandy Sanderson:** But what would you expect from those guys? When they're sitting there and they have a procurement solution for the indirect side. I mean, what would you expect from them?

**Joe Bousquin:** Procurement being buying office supplies over the Internet, basically.

**Sandy Sanderson:** Exactly. ... Ariba's (ARBA:Nasdaq - news) an example. Their claim to fame right now is around procurement and indirect products.

COMP
ARCH
Read.

LATE
Jar
He
Ad
M
Da

Bu
1

1

Y
J
Ir
Ho
G:
1
Tr
Ir
Hr

J

NDCA-ORCL 141673

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



... We have 3,000 developers. ... In some cases in our development area, probably for ERP we have more people developing products than some of these companies have in their total company. ... We have customer advisory groups that advise us. We work very closely with companies like GE (GE:NYSE - news), Motorola (MOT:NYSE - news) and others to gain input from them about what they want to see in their product.

Actually, these exchanges are great examples of how we work very closely. You see that at GlobalNetXchage, which is really made up of Sears (S:NYSE - news), Carrefour, J. Sainsbury, Kroger (KR:NYSE - news), companies like that. And we're working directly with them and you heard them today say it's been a great opportunity to influence the direction of Oracle's products. ...

Third, we've implemented those solutions within Oracle. ... So in the bottom line, the fact that we've got integration already built in, really is a way to save tremendous costs and get the value out of this much more quickly.

**Joe Bousquin:** You have the 3,000 [software] developers and Oracle is obviously a major force within software. You guys can develop these things and, obviously, the marketplace is pretty confident that you can, given your stock's performance. But does that in some ways make Oracle a jack of all trades but a master of none?

**Sandy Sanderson:** No, I don't know why you would conclude that a jack of all trades is a master of none. We are world class in supply chain. We are world class in customer interaction center, just to give you a couple of examples. I think we're pretty world class in all of them. But just by the sheer fact that we're in the entire e-business suite, we're addressing the client's entire business system or value chain. Joe, when you think about the competition, there's naturally going to be somebody, some company that focuses on a particular area that might do something better than us. And if that customer needs only that solution, and that very precise point solution area, integration is not a big deal, and time's not a big deal and that kind of thing, then they ought to consider that company. But if they're really looking for an integrated solution, they can literally outsource integration to Oracle, and it already comes with the package and it doesn't cost them what it would if they had to do their own integration because that integration was built into our product, the cost of that gets spread over a lot of clients. So it's a marginal cost to them.

We bring a different solution to the marketplace. That's why I use the **Jack Welch** portfolio management approach. You know we're going to be No. 1 or No. 2 [in each market]. And frankly, in some areas where we are No. 1, it could happen a year from now, we fall back to No. 2. But in another area where we're No. 2 because of the energy and focus we've put into it, we'll be No. 1. But in the end what we've done is change the game because we've made the competition around the e-business suite and not just that point solution.

> *"We have a pretty strong presence out there in our competitors, you know, Oracle alumni."*

**Joe Bousquin:** I saw an article this morning where [Ariba CEO] Keith Krach was talking about procurement, and I think the question was who was Ariba seeing out there as competition. Was it seeing Oracle? And Keith Krach said that since [former Oracle president] Ray Lane departed [in June], you guys had, quote "vaporized."

NDCA-ORCL 141674

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



**Sandy Sanderson:** (Laughing) I would respond by saying 66% application growth in Q2 and I would respond by saying 55% or 50% application growth for the year. ... You know people are going to say whatever they want, but that in a company like Oracle, we have a pretty strong presence out there in our competitors, you know, Oracle alumni. And so we have been an academy to some degree, but I think it's a real tribute to the talent that we have in the company. You look at the people who report to Larry and the average tenure is 10 years. You go to the next level below that, so I report to Larry, look at the people who report to me, and you look across the company and the average tenure of those people is nine years.

**Joe Bousquin:** How long have you been here?

**Sandy Sanderson:** I've been here six [years], so I'm a junior guy. ...

**Joe Bousquin:** (Laughing) That's not what they told me when they set up the interview.

**Sandy Sanderson:** (Laughing) So you know, people are going to latch on to what they think the story is. Is that the debate that we want to have, that since an individual left, a company has vaporized in a particular area? Or do you talk about what the product is and what the real story is? I think the real story is we've got over 700 implementations, customers out there, and Internet procurement. I think that's more substantial than Ariba's got and we're demonstrating 66% growth across all our applications.

**Joe Bousquin:** So obviously Oracle is bigger than just one person. It's bigger than Larry Ellison. But one, Ray Lane left this summer and then when Gary Bloom left just a couple of months ago, people did start talking about, "Wow, is Larry going to drive out all the top people and then run the business by himself?" And you know, Wall Street wasn't happy with that. So in a lot of ways, Larry himself was damned if he did and damned if he didn't. Because before, he wasn't engaged enough and now he's hands-on and day-to-day and meddling with the company and the executives. ... From your point of view, what is it like to work for Larry Ellison?

**Sandy Sanderson:** Most the time it's fun. I've never seen a guy that can handle the breadth of issues, the depth of those issues in running a business, and then understanding what the relationships are, the different pieces together and what that means for our customer and what that means for Oracle. I mean, he really is phenomenal in that regard. He has an incredible, intuitive problem-solving capability. ... When he looks at issues and where he lands on the answer invariably is right.

You know there's just been enough times that he's demonstrated that he was doing the right thing. Couple of data points, one again was back in 1995. Windows 95 comes out. It's all about client server, it's all about the workstation, and we made the decision that we were going to go Internet. ... You know Larry came out with the network computer. I don't even remember what year that was now. I'm embarrassed. I should know. And people thought this was crazy. But now if you look at your phone, you know I could check stock quotes on my phone. I've got my Blackberry pager. ...

This is not Windows. This isn't Windows CE. The operating system is irrelevant. So he called that right as well. He's a guy who has the tremendous capability of taking all the different aspects of a problem and really thinking about what the solution is, and thinking about the solution in ways different than other people. OK, that's one thing. And it's a wonderful experience to be around that. Along with that comes the very demanding

NDCA-ORCL 141675

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



experience to be around that. Along with that comes the very demanding CEO of a company.

**Joe Bousquin:** The times when it isn't fun, does he ever get in your hair just a little bit too much for your taste?

**Sandy Sanderson:** What I've found is that when you have discussions with Larry and he's got a pretty strong opinion, that can be challenging if your view differs from his. ... Obviously you need to understand his perspective and think about what he's telling you because he just might be right, which is typically the case when he's dealing with an issue. But also I've found that when you come back with a logical argument, Larry listens. ... I can't think of a time where I said, "This is crazy." I mean, the guy's a talented leader of the company.

As far as the management of the company goes, in this business you're going to experience change. And sometimes that change can be disruptive. But I don't think that in the end anybody was overly surprised within the company about the kind of departures that we've had recently. Larry's been very engaged with the company. I can tell you that over the last year, my job hasn't changed. [There was no] confusion around my job when either one of those guys left; in fact, if anything, it became clearer. Also, people at my level and my contemporaries in the company, it often means more responsibility for them.

---

> *"Our pipelines are strong, we're well-positioned from a products perspective, and so it's all about execution."*

**Joe Bousquin:** And have you taken on more responsibility?

**Sandy Sanderson:** Yes, for example, I took on the products responsibility, which was one of Ray's primary focuses when he was here.

**Joe Bousquin:** Let's get back to talking about applications, which fits into what we saw today. First off, you talk about competing with the point solutions [specialized software companies] guys. Well, today you're firing a shot across I2's (ITWO:Nasdaq - news) bow with supply chain software, you're firing a shot across Descartes Group's (DSGX:Nasdaq - news) bow with transportation software, you're firing a shot across Agile's (AGIL:Nasdaq - news) bow with collaboration software.

**Sandy Sanderson:** And Ariba. And E.piphany (EPNY:Nasdaq - news).

**Joe Bousquin:** So you're basically saying, "Here world, take us on or we're going to take you on."

**Sandy Sanderson:** That's certainly one way to view it. I think what we're really saying is that we're taking on our customers. ... And what do our customers want? Customers need solutions at Internet speed, they need robust solutions from a business perspective that not operate only within a firewall within that enterprise, but collaboratively with their suppliers and their customers. That's what we focus on. We've gone after what we think is important to the customer; by doing that, obviously you take on certain challenges. ... But we've demonstrated for 21 years now, I think it is, pretty strong financial performance and we think we're well-positioned. ... Clearly, in my time, I've never seen us better positioned as a company. [Editor's note: Ellison founded Oracle in 1977.]

NDCA-ORCL 141676

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

**Joe Bousquin:** By some analysts' estimates, as far as applications growth goes, you were talking earlier about 66%, which pleased many of the analysts on Wall Street. But there's still some discussion out there that in order to make the numbers for the year, you guys will have to do a billion dollars in applications sales in the [fiscal] fourth quarter [which ends in May]. Now, Oracle's quarters are, or its year is, back-end loaded, in that most of your business does come in the fourth quarter.

**Sandy Sanderson:** I wouldn't say most, but a good portion of it is.

**Joe Bousquin:** Can you make those numbers on the applications sales this year?

**Sandy Sanderson:** You know, it's a big hill to climb. Every year we climb that hill. I expect we'll do it again. Our pipelines are strong, we're well-positioned from a products perspective, and so it's all about execution. We've got stability and maturity in the management team, people running the businesses. You look at the people running the business, we've all been in place for quite a while and we expect to execute. So the fourth quarter will be a challenge, but every fourth quarter's a challenge.

Send letters to the editor to letters@thestreet.com.
Read our conflicts and disclosure policy.
Order reprints of *TSC* articles.



**Research Now** on CSFB*direct*
**ARBA MSFT ORCL**

Open a CSFB*direct* account.



**MARKETPLACE**
*Click here to shop!*

**Premium** *Sponsor*

**Free Real-time Streaming Quotes and Charts!**

▸ **TECH CENTER** Technology for your business!

▸ **ONLINE INVESTING** Invest with CSFB*direct* today.

▸ **FINANCIAL PUBLICATIONS** Risk-free issue of Red Herring

▸ **SPONSORED LINKS**

Get 10 FREE Issues of Investor's Business Daily

Open an IRA: no setup or annual fees

Free online Options Education Center at www.cboe.com.

Trade at a reduced rate with On-Site Trading, Inc. Click here for details!

Click here for your latest free report from Louis Navellier.

Get a Risk-Free Trial Issue of Red Herring! Click Here

NDCA-ORCL 141677

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**RELATED STORIES**

Streetside Chat
**The _TSC_ Streetside Chat: Peter Boockvar of Miller Tabak**
1/13/01 8:00 AM ET
Despite a pretty good week for the major indices, this market
strategist advises caution, especially in techland.

Streetside Chat
**The _TSC_ Energy Roundtable**
1/6/01 8:00 AM ET
Hear six experts debate the future of energy prices, and share
their favorite energy stocks.

Streetside Chat
**The _TSC_ Energy Roundtable, Part 2**
1/5/01 7:51 PM ET
Hear six experts debate the future of energy prices, and share
their favorite energy stocks.

Home | Top | Welcome / TSC Network Tour | Site Map | Who's Who | Reader Feedback | Jobs | Terms of Use
Privacy Policy | Conflicts Policy | Advertise | Investor Relations | TSC Store

© 1996-2001 TheStreet.com, Inc. All rights reserved.

3/20/2002

NDCA-ORCL 141678

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# EXHIBIT 211

Investext, Copyright 2001 The Investext Group

<=1>  Go to Investext Preview

SALOMON SMITH BARNEY

Company Report    -    January 10, 2001

ORACLE CORP.    (ORCL)

TITLE: ORACLE CORP.

REPORT-NO: 2429058

LENGTH: 1394 words

TEXT-PAGES: 3 page(s)

ANALYST: TEAGARDEN, G.

TABLE OF CONTENTS                                              Page
Summary...............................................................1
Visit Of SSB..........................................................1
Investment Thesis.....................................................3

TABLES:
Fundamentals 2001-02..................................................1
Share Data 2000-01....................................................1
Recommendation........................................................1

[*1]
Oracle Corporation (ORCL)

ORCL: Oracle EVP Visit to SSB

United States

2H (Outperform, High Risk)

Mkt Cap: $185,062.5 mil.

January 10, 2001

ENTERPRISE SOFTWARE/B2B

SUMMARY

    * Oracle EVP Sandy Sanderson visited our offices on Tuesday to
address investor inquires about traction with the 11i E-Business Suite
and 9i products and Oracle's view on the database and applications
market in 2001.

TFN Investext 2429058, *1

\* Oracle reiterates two key value propositions for its suite approach over best-of-breed: (1) The suite provides a single view of the customer across the enterprise and (2) The suite is pre-integrated and interoperable.

\* Sanderson offered insight into Oracle's view of the competitive landscape.

\* Oracle sees robust demand for both its database and applications business. Specifically, Sanderson noted demand for ERP is surprisingly robust while advanced planning and scheduling, CRM, and SCM products are also performing well. Oracle says it is also seeing sustained demand for its database product, despite industry-wide concern over contracting IT budgets.

FUNDAMENTALS

| | |
|---|---|
| P/E (5/01E) | 60.6x |
| P/E (5/02E) | 50.8x |
| TEV/EBITDA (5/01E) | 39.9x |
| TEV/EBITDA (5/02E) | 33.0x |
| Book Value/Share (5/01E) | $1.10 |
| Price/Book Value | 28.6x |
| Dividend/Yield (5/01E) | NA/NA |
| Revenue (5/01E) | $12,005.0 mil. |
| Proj. Long-Term EPS Growth | NA |
| ROE (5/01E) | NA |
| Long-Term Debt to Capital (a) | 10.5% |

ORCL is in the S&P 500(R) Index.

SHARE DATA

| | |
|---|---|
| Price (1/9/01) | $31.50 |
| 52-Week Range | $46.31-$22.31 |
| Shares Outstanding (a) | 5,875.0 mil. |
| Convertible | No |

(a) Data as of most recent quarter

RECOMMENDATION

| | |
|---|---|
| Current Rating | 2H |
| Prior Rating | 2H |
| Current Target Price | $33.00 |
| Previous Target Price | $33.00 |

EARNINGS PER SHARE

| FY ends | 1Q | 2Q | 3Q | 4Q | Full Year |
|---|---|---|---|---|---|
| 5/00A   Actual | $0.04A | $0.07A | $0.13A | $0.15A | $0.38A |



TFN Investext 2429058, *1

| 5/01E | Current  | $0.09A | $0.11A | $0.12E | $0.20E | $0.52E |
|-------|----------|--------|--------|--------|--------|--------|
|       | Previous | $0.09A | $0.11A | $0.12E | $0.20E | $0.52E |
| 5/02E | Current  | $0.09E | $0.13E | $0.15E | $0.25E | $0.62E |
|       | Previous | $0.09E | $0.13E | $0.15E | $0.25E | $0.62E |
| 5/03E | Current  | NA     | NA     | NA     | NA     | NA     |
|       | Previous | NA     | NA     | NA     | NA     | NA     |

First Call Consensus EPS: 5/01E $0.51; 5/02E $0.62; 5/03E NA
Calendar Year EPS: 12/00E NA; 12/01E NA; 12/02E NA; 12/03E NA

ORALCE EVP VISIT TO SSB

    Oracle EVP Sandy Sanderson visited our offices on Tuesday. Mr.
Sanderson is responsible for Oracle Exchanges, Oracle Product Industries
(OPI), Oracle Consulting, and the Latin America Division. The purpose of
the event was to address investor inquires into the following issues:

    * Traction with the 11i E-Business Suite and 9i products;

    * Oracle's view on the strength of the database and applications
market given the projected reduction in IT spending in 2001.

Suite vs. Best of Breed

    To recap, Oracle's 11i E-Business Suite includes modules for
traditional ERP (HR, financials), CRM (sales and marketing),
e-procurement, supply chain management (SCM), and exchanges. Oracle
reiterates two value propositions for the suite solution versus a
"best-of-breed" approach:

[*2]
    * The suite provides a single view of the customer across the
enterprise by incorporating a single data model.

    * The suite is pre-integrated and fully interoperable out of the
box, helping to lower consulting costs and time-to-value.

    Sanderson quantified the second value proposition with a
services-to-product ratio comparison: Instead of spending $4-$7 on
consulting for every $1 spent on software as many industry leaders
suggest is the norm, Oracle sees a 1 :1 ratio internally. According to
Sanderson, this reduction is a key component of the $1 billion Oracle
purports to have saved by transitioning to a fully Web-enabled
e-business and will contribute substantially to the second $1 billion
the company expects to save.

Commentary on Competitive Landscape

    Sanderson mentioned the following companies in the presentation:

TFN Investext 2429058, *2

* Siebel - Oracle anticipates Siebel will develop an e-business suite at some point.

* Commerce One - Oracle questions CMRC's revenue share model because they feel the blue-chip (consortia) e-marketplaces will not see material revenue in the near term.

* Ariba-i2 alliance - Oracle questions the viability of a best-of-breed amalgamation. ORCL attempted such an alliance with Manugistics and other vendors that proved unsuccessful.

* CMRC-SAP alliance - Oracle questions the ability to develop product efficiently under complicated economic arrangements.

* BEA Systems - Oracle believes it has a competitive advantage in the application server market with its enhanced caching functionality that resides on the application server.

Product Update

11i E-Business Suite Update. The company provided the following statistics regarding the status of the 11i E-Business Suite:

* 120 live customers, including Compaq (completed last week), Hallmark, RetailersMarketXchange (RMX), Pac-West, Agilera;

* 1,300 implementations in process, including BellSouth, Citibank, JDS Uniphase, HP;

* 3,500 copies of applications shipped - pipeline looks strong;

* Version 3 (R3) will be released this month (May was first release of 11i);

* 45% of the 110 application modules are new.

9i Application Server Update. Because of the recent (October 2000) release of the 9i Application Server, Oracle is unsure of its market share but is bullish on its prospects. While we have heard mixed reviews of the product, we believe functionality will improve with new releases. Additionally, the unique caching functionality is a differentiator, providing what Sanderson terms "industrial strength." In developing the cache functionality for the 9i release, Oracle copied best practices developed by the experiences of leading Internet-based companies, including eBay, Yahoo!, and Amazon.com, all of whom had developed cache expertise internally.

9i Database Update. Oracle expects the 9i database to be available in the first half of 2001.

Market Update

[*3]
Oracle sees robust demand for both its database and applications

TFN Investext 2429058, *3

business. Specifically, Sanderson noted demand for ERP is surprisingly robust while advanced planning and scheduling, CRM, and SCM products are also performing well. Oracle says it is also seeing sustained demand for its database product, despite industry-wide concern over contracting IT budgets. Sanderson noted two trends driving demand for databases is demand for the 11i applications that are typically bundled with the database as well as applications of other vendors that rely on the functionality of the Oracle database.

INVESTMENT THESIS

    Oracle has leveraged its dominant position in the database market to take advantage of the new and growing market for e-business solutions. We believe that over the next few years, Oracle is going to try and leverage its presence in the database market and the power of the web to do to enterprise applications what Microsoft did to desktop applications - commoditize them by offering them for free as part of the platform. We believe that Oracle's recent launch of oraclesalesonline.com, through which Oracle is offering the sales force automation web-based service for free, is the beginning of a major paradigm shift not only at Oracle but across the entire software industry. Oracle's dominant position in the database market is a strong platform for dominating e-business applications. We believe the Web has the potential to drive a new IT architecture under which the database takes on a more active role in the application delivery. According to Dataquest, Oracle had 31% market share in the database market in 1999. We believe Oracle can quickly upsell the eBusiness Suite to its existing installed based of database customers. Additionally, Oracle has declared an aggressive strategy to increase its operating margins by 'Webifying' its internal operations. The company recently increased the original cost savings goal of $1 billion to $2 billion. By capitalizing on the Internet's inherently low-cost operating structure, Oracle plans to reduce operating expenses through web-based automation and headcount reduction.

COMPANY DESCRIPTION

    Founded in 1977, Oracle Corporation is the world's second-largest software company, with a presence in more than 145 countries. The company has approximately 43,000 employees worldwide. Oracle Corporation develops, manufactures, markets, and distributes computer software that helps corporations manage and grow their businesses. The company's software products can be broken down into two broad categories: systems software and business applications software. Systems software is a complete Internet platform to develop and deploy applications for computing on the Internet and corporate Intranets. Business applications software automates the performance of specific business data processing functions for customer relationship management (CRM), supply-chain management (SCM), financial management, procurement, project management, and human resources management.

(C) Salomon Smith Barney Inc., 2000. All rights reserved.

# EXHIBIT 212

[Fwd: Financial analyst coverage of AppsWorld]

**From: Dan Cooperman <daniel.cooperman@oracle.com>**          2/27/2001 2:21 PM
**Subject:[Fwd: Financial analyst coverage of AppsWorld]**
   To: Alan Clark <alan.clark@oracle.com>

---

**From: Stephanie Aas <stephanie.aas@oracle.com>**          2/26/2001 9:42 PM
**Subject:Financial analyst coverage of AppsWorld**

Monday, February 26, 2001

Financial analysts came away enthused about Oracle's applications business after AppsWorld in New Orleans last week, as the suite message resonated strongly with bulls and bears alike. The overwhelming majority of analysts agree that Oracle continues to articulate a powerful vision of a comprehensive, integrated suite of applications. Supporting this view, many cited very positive feedback from Oracle representatives, partners, and customers on the conference floor. While critics cited little new information in terms of new customers or products announcements, most came away with positive metrics and tangible demos supporting 11i's traction.

At a briefing on Tuesday night for over 50 analysts and investors, Jeff Henley provided a brief 11i update, and hosted a customer and partner panel which included Citigroup, Hewlett-Packard, and KPMG. The panel was very well received in their discussion of their respective e-Business strategies, and why they chose Oracle as a partner. In terms of financial guidance for the third quarter, the outlook remained unchanged (The guidance given on the Q2 earnings call was 75% year over year growth in applications and 15-20% year over year growth in database). Analysts closely monitored comments on the economy which were consistent with recent statements: we do not expect the slowing economy, barring a serious slide to a recession, to significantly impact near term guidance. These comments were met with a degree of relief, as some analysts were anticipating the event to be an opportunity to take down guidance. Pressure still weighs on the stock as investors remain unconvinced that the slow down in the economy will have zero impact on software vendors. Cumulatively, they have watched Oracle's peers in the tech sector, such as EMC, Sun, Cisco, miss estimates and lower guidance precipitously. The third quarter will be the first barometer that reflects the economic impact on Oracle.

Overall, AppsWorld represented an opportunity for analysts and investors alike, to test the waters on the e-business suite by interacting with those that are closest to its adoption. Many were impressed that, unlike past user conferences, the attendees spanned organizations, representing not only IT managers and developers, but C-level decision makers. For some, the jury is still out on the functionality of 11i, but the conference went a long way in convincing analysts of the significant traction Oracle is gaining in the applications space.

**Eric Upin, Robertson Stephens (a significant change in opinion since he initiated coverage in Q1):**
"Oracle continues to articulate a powerful vision of a comprehensive, integrated suite of applications that resides on top of its eBusiness infrastructure,

**ORACLE
CONFIDENTIAL**

1 of 4                                                                              8 5 2002 2 35 PM

NDCA-ORCL 069388

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

[Fwd: Financial analyst coverage of AppsWorld]

which includes the Oracle 8i database and the Oracle 9i application server. Based on our conversations with Oracle customers and implementation partners,
we believe that although it is still very early, the market is beginning to embrace the concept of a suite versus best-of-breed approach given the benefits of
technology integration and fewer vendor relationships. Hewlett-Packard and Citigroup, for example, openly discussed why they chose Oracle 11i CRM and
Exchange applications, respectively. We believe their participation in AppsWorld represents an important first step in what could be significantly expanded
relationships longer term."

**Jim Moore, Deutsche Bank Alex Brown:**
"The overall tone at AppsWorld is positive from speaking with Oracle representatives, partners and customers. That said, the impact of current macroeconomic
weakness on Oracle's F3Q (Feb) remains somewhat of an unknown. Given end-of-quarter timing, this event could be important for conversion of the F3Q application sales pipeline with numerous prospects in attendance in New Orleans."

**Gretchen Teagarden, Salomon Smith Barney:**
"We attended Oracle's Apps World in New Orleans yesterday. Three customers presented to analysts; HP, Citibank and KPMG. We think Oracle is continuing to
make progress on 11i although we did not hear anything particularly eventful with regards to new customer wins. HP is using just the CRM piece. Citi eSolutions is
using Oracle's procurement product. KPMG implemented the suite at Honeywell and they are getting larger engagements with Oracle... Approaching the end of
Oracle's 3Q01, there are four things we think investors should consider regarding Oracle. 1) Database growth remains strong, 2) Hardware vendors are not a
leading indicator for database demand 3) a tough 3Q comparison and 4) during the last recession, Oracle's revenue growth declined to 6.0% from 66.0% growth."

**Drew Brosseau, SG Cowen & Co.:**
"We attended day one of Oracle's AppsWorld users group conference in New Orleans amidst the beginning of the annual Mardi Gras celebration... The company is
currently in its quiet period, as Q3 earnings will be reported during the middle of next month, however CFO Jeff Henley gave a high-level view of the company's
latest progress....Management believes the future challenges for 11i are twofold: gaining mindshare among developers and IT professionals and executing on the sales
front. While this is true, we believe certain pieces of the company's suite offering have gaps (mainly particular CRM modules) that need to be filled. This should come
as no surprise however, and is currently cause for little concern, as Oracle has typically marketed its software aggressively ahead of product functionality."

**Jim Mendelson, Wit SoundView:**
"Yesterday, Oracle held a financial analyst meeting during its Oracle Apps World conference in New Orleans. The very-upbeat meeting focused on the growing
strength of Oracle's applications business particularly with regards to CRM. Although we remain concerned as to the overall US economic effects on IT
spending, we come away from the analyst meeting with continued optimism that Oracle's business should continue to meet/exceed street estimates."

ORACLE
CONFIDENTIAL

NDCA-ORCL 069389

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

[Fwd: Financial analyst coverage of AppsWorld]

**Chip Whitman, First Union Securities:**
"We attended Oracle's AppsWorld in New Orleans on February 21, 2001. We believe that the overall demand for e-business products will be present in 2001.
We believe that the market will develop but temper our enthusiasm in the near term. Our conversations with management continue to indicate that the pipeline is strong both domestically and internationally for applications and database. Management continues to reiterate their guidance and belief that absent a material downturn in the economy their guidance will hold up."

**Bob Austrian, Bank of America Securities:**
"We attended Oracle's AppsWorld conference this week in New Orleans. We detected nothing new that, in our view, should be material to the stock in either direction. The conference seemed well attended and Oracle is sparing no marketing expense around its applications and conference. Notably, Oracle's user group, IOUG, is not co-sponsoring this conference, as has been the norm in the past. Oracle continues to drive home the 'suites vs. kits' marketing message.
Oracle continues to strongly and repeatedly advertise its current marketing theme which emphasizes the advantages to buying a suite of applications from
Oracle instead of 'best-of-breed' solutions from competitive applications vendors. We believe Oracle could have a compelling message if its applications
can deliver functionality close to that of its best-of-breed competitors. They are not there yet."

**Laura Lederman, William Blair:**
"Oracle management was positive during the formal analyst sessions (which were Web-simulcast due to regulation FD). Specifically, CFO Jeff Henley commented that since Oracle participates in high ROI software, it is not clear that it will see much impact (negative) on its business due to the weakening economy. He also said that the economy is a wildcard, but he suspects that Oracle will not be negatively affected unless there is a serious recession. It also is important to note that if
Oracle management were concerned about the quarter, we believe it would have used the analyst session as an opportunity to lower estimates. We maintain our Long-term Buy, or "2," rating on Oracle shares. That said, how the stock performs over the near term depends on two factors: the economy and Oracle's third-quarter results."

**Chuck Phillips, Morgan Stanley Dean Witter (paraphrased by MSDW strategist):**
"- Chuck said he believes that Oracle's license revenue growth is accelerating..He attended the company's applications user conference, which he
described as upbeat.... Oracle believes that estimates of the company's financial numbers next year are too low, Chuck said he said that the company's salesforce
expects to meet or beat expectations this year, and that its application server business seems to be accelerating."

**Melissa Eisenstat, CIBC World Markets:**
"We attended Oracle's applications users conference, AppWorld, which was held in New Orleans. With a turnout of approximately 11,000, the conference was
attended by existing Oracle customers "test-driving" the company's new e-business application offerings. The reaction to the new products was positive by
customers, vendors and systems integrator partners. That being said, we believe that Oracle is still in the early stages of penetrating the e-business application

**ORACLE**
**CONFIDENTIAL**

8 5 2002 2 35 PM

NDCA-ORCL 069390

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

[Fwd: Financial analyst coverage of AppsWorld]

market."

Regards,
Stephanie Aas


Stephanie Aas <stephanie.aas@oracle.com>
Senior Director
Oracle
Investor Relations


Dan Cooperman <daniel.cooperman@oracle.com>
Senior Vice President, General Counsel & Secretary
Oracle Corporation


**ORACLE**
**CONFIDENTIAL**

8/5 2002 2 35 PM

NDCA-ORCL 069391

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 213

07:36am EST 23-Feb-01 CIBC World Markets Corp. (M. Eisenstat 212-667-4665) ORCL
ORCL: AppWorld - Upbeat Conference , but no Cajun Spice P2-2

  Part 2 of 2

  applications appeals greatest to the middle market and we think that the less
  than robust uptake in this segment indicates that we are still in the early
  innings.  As more middle market companies view e-business applications as a
  tool that provides a competitive advantage rather than a "nice-to-have", we
  think this segment can be an opportunity for growth.  However, we do not
  expect the middle market to fuel the growth in the near-term.

Technology issues could slow applications upgrade cycle

  Based on our discussions with SI's, we believe the upgrade cycle from version
  10.7 to 11i could be delayed for roughly one quarter.  It appears that
  existing Oracle 10.7 customers are delaying their upgrade to 11i for two
  reasons: 1) the migration from 10.7 to 11i is a huge implementations effort
  and 2) the current version of 11i is noted to have many of bugs (close to
  5,000).  Oracle has addressed the technical issues with release 3.0 of 11i,
  and SI's expect the upgrade cycle to ramp in the second half of the year as a
  result.  Another catalyst for an increase in the migration to 11i is the
  company's plan to stop support of version 10.7 starting December 2002.  The
  second half ramp in application sales is consistent with management's previous
  comments.  We think that the delays in the upgrade cycle pose a near-term risk
  for application sales .

Analyst meeting with CFO - no change in guidance

  At an analyst meeting, the CFO, Jeff Henley, provided little color on the
  quarter, and gave no changes to company's guidance.  Management reiterated
  their expectations that applications sales will accelerate in 2H FY01 (May
  2001), versus 69% in the 1H FY01.  Consistent with recent guidance, management
  also expects margin expansion to continue as more of it e-business
  applications are implemented internally.  They expect an additional $1 billion
  in cost savings over the year.  Management indicated that they see no impact
  on Oracle's results due to the slowdown in the US economy.  However, should
  the US economy fall into a recession, management stated that growth could be
  impaired.

Management also provided further details on the progress of 11i.  Currently
there are 180 customers are live on 11i, with over 2,500 implementations in
process.  The company continues its development efforts in delivering more
robust product.  Approximately 45% of 11i is comprised of new modules.
Management also sees strong demand in the areas of CRM and SCM.

Our quarterly EPS estimates are shown below.

|                  | 1 Qtr. | 2 Qtr. | 3 Qtr. | 4 Qtr. | Year   |
|------------------|--------|--------|--------|--------|--------|
| FY 2000 Actual   | $0.04  | $0.06  | $0.08  | $0.15  | $0.34  |
| FY 2001E Current | $0.08A | $0.11A | $0.12E | $0.20E | $0.51E |
| FY 2002E Current | $0.08E | $0.11E | $0.15E | $0.26E | $0.61E |

ORACLE CORP. -Earnings Model ($ in Millions, except EPS)

Source: Company data, CIBC World Markets estimates
==================================================================================

NDCA-ORCL 091429

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



This report is issued by (i) in the US, CIBC World Markets Corp., a member of the NYSE and SIPC, (ii) in Canada, CIBC World Markets Inc., a member of the IDA and CIPF, and (iii) in the UK, CIBC World Markets International Ltd. or CIBC World Markets plc, each of which is regulated by the SFA. Any questions should be directed to your sales representative.

Every state in the United States, province in Canada and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, some of the securities discussed in this report may not be available to every interested investor. Accordingly, this report is provided for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. No part of any report may be reproduced in any manner without the prior written permission of CIBC World Markets.

The information and any statistical data contained herein have been obtained from sources which we believe to be reliable, but we do not represent that they are accurate or complete, and they should not be relied upon as such. All opinions expressed and data provided herein are subject to change without notice.

A CIBC World Markets company or its shareholders, directors, officers and/or employees, may have a long or short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. A CIBC World Markets company may have acted as initial purchaser or placement agent for a private placement of any of the securities of any company mentioned in this report, may from time to time solicit from or perform financial advisory, investment banking or other services for such company, or have lending or other credit relationships with the same. The securities mentioned in this report may not be suitable for all types of investors; their prices, value and/or income they produce may fluctuate and/or be adversely affected by exchange rates.

Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice; as with any transaction having potential tax implications, clients should consult with their own tax advisors. Past performance is no guarantee of future results.

For private clients in the UK: Investors should seek the advice of an investment advisor if they have any doubts about the suitability of an investment. Although each company issuing this report is a wholly owned subsidiary of Canadian Imperial Bank of Commerce ("CIBC"), each is solely responsible for its contractual obligations and commitments, and any securities products offered or recommended to or

http://www.firstcall.com/links/83/83349501901209778336/73621601412108205896/42070...  2/27/2002

NDCA-ORCL 091430

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



Page 3 of 3

purchased or sold in any client accounts (i) will not be
insured by the Federal Deposit Insurance Corporation, the
Canada Deposit Insurance Corporation or other similar
deposit insurance, (ii) will not be deposits or other
obligations of CIBC, (iii) will not be endorsed or
guaranteed by CIBC, and (iv) will be subject to investment
risks, including possible loss of the principal invested.
The CIBC trademark is used under license.
( 1999 CIBC World Markets Corp.  and CIBC World Markets Inc.
All rights reserved.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

NDCA-ORCL 091431

CONFIDENTIAL–SUBJECT
TO PROTECTIVE ORDER

# EXHIBIT 214

12:29pm EST 21-Feb-01 First Union Securities, Inc.  (Wittmann, CFA,Chip (804) 8
Oracle First Call

### ###          FIRST UNION SECURITIES, INC.            ### ###
February 20, 2001
Report From Appsworld 2001
Company Note
Oracle Corporation (ORCL-NASDAQ)                    Stock Rating: 2

Price:            $23.19
52-Wk. Rng.:      $46-22              Chip Wittmann, CFA / (804) 868-1136
Shares Out.:(MM)  5,597.4               Mark Tyler, CFA / (804) 868-1133
Market Cap.:(MM)  129,804.9              Joshua Wein / (804) 868-1134

| EPS | | | | Rev | |
|---|---|---|---|---|---|
| FY(May) | 2000A | 2001E | 2002E | 2001E | 2002E |
| Q1(Aug.) | $0.04 | $0.08A | $0.09 | $2,261.9MM | $2,631.5MM |
| Q2(Nov.) | 0.07 | 0.11A | 0.13 | 2,659.5 | 3,077.0 |
| Q3(Feb.) | 0.09 | 0.12 | 0.15 | 2,918.5 | 3,442.4 |
| Q4(May) | 0.16 | 0.19 | 0.23 | 4,108.3 | 4,759.0 |
| Full FY | $0.34 | $0.50 | $0.60 | $11,948.2MM | $13,909.8MM |
| FY P/E | 68.2x | 46.4x | 38.7x | | |
| | | | | | |
| Full CY | $0.43 | $0.53 | NE | | |
| CY P/E | 53.9x | 43.8x | NE | | |

Source: Company data and First Union Securities, Inc. estimates

| | | | | |
|---|---|---|---|---|
| Target Price: | $35 | LT Debt:(MM) | | $316.0 |
| Float:(MM) | 4.2 | LT Debt/Total Cap.: | | 0.0% |
| Avg. Daily Vol.: | 46,924,900 | ROE: | | 51% |
| S&P 500: | 1,272.16 | 3-5 Yr. Est. Grth. Rate: | | 30% |
| Div./Yield: | $0.00/0.0% | CY2001Est. P/E-to-Grth.: | | 1.4x |

Key Points
* Oracle AppsWorld conference stresses Oracle advantage of easier integration
and implementation.
* Overall demand for ebusiness software solutions appears strong.
* Areas of focus:  referenceable large 11i accounts, training the salesforce to
sell 9i, and average sales prices in middle market.

Discussion

We attended Oracle's AppsWorld in New Orleans on February 21, 2001.  We believe
that the overall demand for e-business products will be present in 2001.  At the
Oracle AppsWorld conference in New Orleans, the Gartner Group highlighted their
survey of 1,500 CIOs, which should be released in March 2001.  The report polled
1,500 CIOs who expressed demand for private exchanges, security, network
management, and B2B connectivity.  We believe that the market will develop but

NDCA-ORCL 091447

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

temper our enthusiasm in the near term. Our conversations with management continue to indicate that the pipeline is strong both domestically and internationally for applications and database. Management continues to reiterate their guidance and belief that absent a material downturn in the economy their guidance will hold up. We believe that this is a likely scenario that needs to be weighed against the following challenges:

Referenceable accounts. Oracle has 180 live 11i ebusiness customers. Of the larger customers we count 14 large companies that would be considered Fortune 500 size. These customers are also in various stages of implementation. These accounts are becoming referenceable, but we believe the real momentum will begin to build when they are fully implemented and that should take place over 2001.

Sales force trained on 9i. Management highlighted the effort to train the sales force on the new 9i database product that should be released in Q2 2001 and noted how this sale will be a complex sale. We believe 9i is a superior product, but the value proposition will need to be fully articulated by the sales force with the rollout later this year.

Average sales price levels in the middle market lower than competitors. Based on our conversations on the floor, the average sales prices for products such as supply chain management appear to be well below that of competitors in the middle market. While it is difficult to assess the number of modules an average middle market company will buy, our position is that a significant number of modules will need to be acquired at these price points to materially ramp applications growth.

Oracle's value proposition to the middle market is the ease of use and lack of integration that is required to implement and integrate these modules. To this extent, the 11i is an excellent solution for the middle market because it can be sold and implemented relatively easily and could help Oracle ramp the applications revenues in the middle market. The Oracle theme at AppsWorld is easy integration and implementation despite lack of full functionality relative to best of breed providers. We believe that this sales approach plays best in the middle market and global companies where the decision maker is the CEO who can appreciate the full platform approach. Sales into division level managers are rich ground for best of breed providers.

INVESTMENT OPINION

We believe that Oracle's backlog of business and international demand will provide a solid quarter. The applications revenue, bolstered this quarter by the Covisint signing, should help to drive numbers toward our projections. We continue to focus on applications and database growth in 4Q 2001 with the product transition issues.

Additional information available upon request.

First Union Securities, Inc. maintains a market in the common stock of ORCL. Please Refer To Ticker FUNBDISC For Important Legal Disclosures.Copyright 2001 First Union Securities, Inc.
First Call Corporation, a Thomson Financial company.
All rights reserved. 888.558.2500
]

NDCA-ORCL 091448

CONFIDENTIAL–SUBJECT
TO PROTECTIVE ORDER

 

Page 3 of 3

EON

NDCA-ORCL 091449

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# EXHIBIT 215

Internet/Business-to-Business



## Company Note
### A Publication of the Equity Research Department

Securities, Inc.

February 7, 2001

### Oracle Corporation (ORCL-NASDAQ)
Company Note
**Management Indicates Final Weeks Of February Critical To Quarter**

| Rating: | 2 |
| --- | --- |

| Price: | $27.69 |
| --- | --- |
| 52-Wk. Rng.: | $46-22 |
| Shares Out.: (MM) | 5,597.4 |
| Market Cap.: (MM) | 154,993.4 |

| EPS | | | | | |
| --- | --- | --- | --- | --- | --- |
| FY (May) | 2000 A | 2001 E | 2002 E | 2001 Rev | 2002 Rev |
| Q1 (Aug.) | $0.04 | $0.08 A | $0.09 | $2,261.9 MM | $2,631.5 MM |
| Q2 (Nov.) | 0.07 | 0.11 A | 0.13 | 2,559.5 | 3,077.0 |
| Q3 (Feb.) | 0.09 | 0.12 | 0.15 | 2,918.5 | 3,442.4 |
| Q4 (May) | 0.16 | 0.19 | 0.23 | 4,108.3 | 4,759.0 |
| Full FY | $0.34 | $0.50 | $0.60 | $11,948.2 MM | $13,909.8 MM |
| FY P/E | 81.4x | 55.4x | 46.2x | | |
| | | | | | |
| Full CY | $0.43 | $0.53 | NE | | |
| CY P/E | 64.4x | 52.2x | NE | | |

Source: Company data and First Union Securities, Inc. estimates

| | | | |
| --- | --- | --- | --- |
| Target Price: | $35 | LT Debt: (MM) | $316.0 |
| Float: (B) | 4.2 | LT Debt/Total Cap.: | 0.0% |
| Avg. Daily Vol.: | 41,444,200 | ROE Est.: | 51% |
| S&P 500: | 1,340.89 | 3-5 Yr. Est. Grth. Rate: | 30% |
| Div./Yield: | $0.00/0.0% | CY 2001 Est. P/E-to-Grth.: | 1.8x |

### Company Description
Oracle Corporation develops, manufactures, markets and distributes computer software that helps corporations manage and grow their businesses.

### Key Points
- On February 7th, we met with management of Oracle, including CFO Jeff Henley at Oracle headquarters.
- Oracle is not seeing the effects of a slowing economy at this point, but next several weeks will be critical.
- Oracle now has 125 live 11i customers with strong ramp expected in future weeks.
- Management reiterates guidance of 15-20% y/y database revenue growth and 75% y/y applications revenue growth for FQ3'01.

Chip Wittmann, CFA   (804) 868-1136
charles.wittmann@funb.com

Mark Tyler, CFA   (804) 868-1133
mark.tyler@funb.com

Joshua Wein   (804) 868-1134
joshua.wein@funb.com

Rating Legend
1 – Strong Buy
2 – Buy
3 – Market Perform
4 – Underperform

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL1052216



## DISCUSSION

On February 7th, we met with management of Oracle, including CFO Jeff Henley at Oracle headquarters. We note the following points regarding our meeting:

Oracle is not seeing the effects of a slowing economy at this point, but next several weeks will be critical. CFO Henley commented that Oracle is not seeing a decline in sales at this point as a result of reduced corporate spending, although this issue has plagued several other large technology companies. While the sales pipeline apparently shows no signs of weakness at this point, we note the next several weeks will be critical for the company as many potential customers will likely make decisions to buy or defer purchase during the activity-intensive final weeks of FQ3. Henley also indicated Oracle would not be immune to any prolonged economic downturn, but felt that current forecasts for F2002 were conservative and had room for some general economic weakness.

Oracle now has 125 live 11i customers with strong ramp expected in future weeks. In addition to having 125 customers live with 11i, Oracle also went live internally with 11i in January. Although some delays were experienced with early implementations, the company now feels the rate of customers going live is on schedule and should ramp to 200+ by the end of the February quarter. With higher numbers of referancable live customers, Oracle now intends to more aggressively pursue Siebel and i2 in their respective markets. We believe the extent to which large third-party consulting firms build practices around Oracle apps products will have noticeable impact on future revenue growth.

Management reiterates guidance of 15-20% y/y database revenue growth and 75% y/y applications revenue growth for FQ3'01. Although database revenue faces tough y/y comps, the company reiterated guidance of 15-20% growth. Management also indicated the applications revenue pipeline was strong and margins for the supply chain suite were meeting expectations in addition to reiterating expectations for 75% revenue growth in FQ3. However, the company also said it did not intend to reinstate the previous policy of breaking out revenue by application as in the past. Therefore, tracking actual traction of CRM and other apps products will be difficult. Investors will instead be limited to tracking the growth of the e-business suite as a whole.

## INVESTMENT OPINION

We believe that this quarter's performance will increase investor confidence in the B2B software sector as a whole. Oracle reported stronger growth in application licenses than we expected in F2Q. We feel the apps growth is in part reflective of the very strong demand for enterprise software by corporations wishing to capture the compelling ROI benefits associated with these solutions. Our current assumptions for market growth may be lower than actual market growth due to the strong performance of Oracle in light of heavy competition in the marketplace. In addition, we believe a significant number of Oracle's sales came during the late stages of its November quarter, which we believe will have positive implications for its peers' December quarters. We maintain our Buy rating and $35 price target (15.3x 2001 revenue estimate).

*Additional information available upon request.*

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                NDCA-ORCL1052217

Oracle Corporation



First Union Securities, Inc. maintains a market in the common stock of ORCL.

## First Union Securities, Inc. Enterprise Software Valuation Analysis

All numbers in millions, except for per-share data.

| B2B Infrastructure and Services | Rating | 2/7/2001 Price | % 52 Wk. High | Mkt Value | Enterprise Value to 2000E Rev | Enterprise Value to 2001E Rev | Price to 2000E EPS | Price to 2001E EPS | Diluted EPS** 2000E EPS | Diluted EPS** 2001E EPS | Price Target | Target Multiple on 2001E Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Agile Software (AGIL-OTC) | SP | $38.19 | 39% | $1,795.1 | 21.3x | 12.3x | NMF | NMF | ($0.18) | ($0.05) | SP | SP |
| Ariba (ARBA-OTC) | 2 | 29.00 | 15% | 7,106.7 | 16.2x | 7.2x | NMF | 56.8x | ($0.19) | $0.51 | 40 | 15.3x |
| Aspen Technologies (AZPN-OTC) | 1 | 30.03 | 72% | 1,182.5 | 4.3x | 3.4x | 117.9x | 73.8x | $0.34 | $0.54 | 60 | 5.2x |
| Commerce One (CMRC-OTC) | 1 | 27.06 | 20% | 5,173.1 | 12.4x | 5.6x | NMF | NMF | ($0.42) | ($0.14) | 50 | 11.1x |
| i2 (ITWO-OTC) | 2 | 47.19 | 47% | 19,151.6 | 16.7x | 11.4x | 113.3x | 78.1x | $0.42 | $0.60 | 65 | 15.8x |
| Click Commerce (CKCM-OTC) | NR | 30.25 | 63% | 1,130.5 | 36.8x | 18.2x | NMF | NMF | ($0.10) | ($0.13) | NR | NR |
| EXE Tech. (EXEE-OTC) | NR | 12.25 | 58% | 529.8 | 4.2x | 3.3x | 144.1x | 36.8x | $0.09 | $0.33 | NR | NR |
| Extensity (EXTN-OTC) | NR | 7.25 | 9% | 374.9 | 3.8x | 1.9x | NMF | NMF | ($1.39) | ($0.90) | NR | NR |
| NetsoOne (NONE-OTC) | NR | 32.13 | 38% | 1,375.5 | 17.0x | 10.9x | NMF | 219.7x | | $0.15 | NR | NR |
| Manhattan Associates (MANH-OTC) | NR | 31.69 | 42% | 814.9 | 5.0x | 5.1x | 54.2x | 42.7x | $0.59 | $0.74 | NR | NR |
| Manugistics (MANU-OTC) | NR | 54.31 | 78% | 2,984.9 | 6.3x | 4.0x | 456.3x | 194.5x | $0.11 | $0.26 | NR | NR |
| J.D. Edwards (JDEC-OTC) | NR | 12.38 | 24% | 1,362.0 | 1.1x | 1.0x | 742.8x | 27.8x | $0.02 | $0.45 | NR | NR |
| Parametric Technology (PMTC-OTC) | NR | 15.81 | 48% | 4,262.3 | 4.3x | 4.0x | NMF | 44.9x | | $0.35 | NR | NR |
| PeopleSoft (PSFT-OTC) | NR | 39.13 | 73% | 11,065.5 | 6.1x | 5.1x | 145.6x | 69.7x | $0.27 | $0.57 | NR | NR |
| SAP (SAP-NYSE) | NR | 44.04 | 51% | 25,810.0 | 3.9x | 3.2x | 196.5x | 66.9x | $0.20 | $0.66 | NR | NR |
| Oracle (ORCL-OTC) | 2 | 27.63 | 60% | 154,537.4 | 14.0x | 12.1x | 80.5x | 55.1x | $0.34 | $0.50 | 35 | 15.3x |

* Enterprise value equals market value minus net debt.
All earnings estimates on noncovered companies from First Call. All estimates calendarized to December year end.
** Price targets are for a 12-month time frame based on discounted future earnings, cash flows and EVA

Source: Company Reports, First Union Securities Estimates, First Call, 10/7/3

*First Union Securities, Inc.*

First Union Securities makes a market in Agile Software, Ariba, Aspen Technology, Commerce One, i2, and Oracle.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL1052218







Internet/Business-to-Business                                            February 7, 2001

Oracle

source: First Union Securities, Inc. estimates

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                 NDCA-ORCL1052219



This is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or
instruments mentioned.  Interested parties are advised to contact the entity they deal with, or the entity that has
distributed this report to them.  The information has been obtained or derived from sources believed by us to be
reliable, but we do not represent that it is accurate or complete.  Any opinions or estimates contained in this
information constitute our judgement as of this date and are subject to change without notice. First Union Securities,
Inc. ("FUSI"), or its affiliates may provide advice or may from time to time acquire, hold or sell a position in the
securities mentioned herein.  FUSI is a subsidiary of First Union Corporation and is a member of the NYSE, NASD
and SIPC.  Copyright © 2001 First Union Securities, Inc.  FUSI is a separate and distinct entity from its affiliated
banks and thrifts.        SECURITIES: NOT FDIC-INSURED/NOT BANK-GUARANTEED/MAY LOSE VALUE

SECURITIES: NOT FDIC-INSURED/NOT BANK-GUARANTEED/MAY LOSE VALUE

WCM 023

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL1052220

# EXHIBIT 216

Telephone (312) 236-1600         *William Blair & Company*         Fax (312) 236-0801

222 West Adams Street    Chicago, Illinois  60606

For Distribution

# Oracle Corporation (ORCL)

Price: $23.88

Laura Lederman  (312) 364-8223

Internal Comments made on February 21, 2001

Δ π EXHIBIT 52

Deponent_____

Date_____ Rptr._____

WWW.DEPOBOOK.COM

### Highlights of AppsWorld Conference

We want to provide an update on ORCL after spending today at the AppsWorld Conference. There will also be more information tomorrow. We spent most of the day with the Big Five trying to get their sense of what is going on in the applications business at ORCL. In addition, we attended an analyst briefing late in the day and had dinner with CFO Jeff Henley and a number of other investors.

Feedback from the Big Five was very positive. Note that the feedback only relates to ORCL's applications because the Big Five do not really have a sense of what is going on in database. Basically, they see ORCL gaining a lot of share, particularly in the enterprise resource planning (ERP) space. Today, ORCL owns almost all of the requests for proposals. The company is gaining share in manufacturing and in financials (against SAP [SAP $42.40]). As for newer applications, the Big Five gave ORCL good marks in e-procurement, saying it is gaining share, and also in the CRM space in service, e-store, and pricing (against Siebel [SEBL $53.38]). It is much harder to gain share given Siebel's 80% market share.

As for the supply chain, the reviews were mixed. The KPMG consultants seemed to like ORCL's supply chain, saying the functionality is good and that it should gain share against i2 [ITWO $34.13]. In contrast, Andersen Consulting and some of the others, including PWC, said that the company's functionality was behind. We will have to do more research on that tomorrow.

The bottom line is that the application business looks good and if management had guided to 75% growth in applications for the current quarter, we are at 65%. Our guess is that they will be able to do ORCL's number or our number. The company is back-end loaded (booking a significant amount of license revenue business in the last month of the quarter); therefore, we will have to do additional field checks. The quarter closes on February 28 (since it is a leap year, the company will lose two days). As for now, it looks like the business is strong for this quarter.

According to Mr. Henley, business looks good. He was very bullish in the sessions. We

Page 1 of 2

THIS IS NOT IN ANY SENSE A SOLICITATION OR OFFER OF THE PURCHASE OR SALE OF SECURITIES. THE FACTUAL STATEMENTS HEREIN HAVE BEEN TAKEN FROM SOURCES WE BELIEVE TO BE RELIABLE, BUT SUCH STATEMENTS ARE MADE WITHOUT ANY REPRESENTATION AS TO ACCURACY OR COMPLETENESS OR OTHERWISE. OPINIONS EXPRESSED ARE OUR OWN UNLESS OTHERWISE STATED. FROM TIME TO TIME, WE MAY BUY AND SELL THE SECURITIES REFERRED TO HEREIN, MAY MAKE A MARKET THEREIN AND MAY HAVE A LONG OR SHORT POSITION THEREIN. PRICES SHOWN ARE APPROXIMATE. THIS MATERIAL HAS BEEN APPROVED FOR DISTRIBUTION IN THE UNITED KINGDOM BY WILLIAM BLAIR & COMPANY, INTERNATIONAL, LIMITED, REGULATED BY THE SECURITIES AND FUTURES AUTHORITY, LTD. Copyright 2001 by William Blair & Company, L.L.C.

WBC 0012

Telephone (312) 236-1600    *William Blair & Company*    Fax (312) 236-0801

*Limited Liability Company*

222 West Adams Street    Chicago, Illinois  60606

**For Distribution**

## Oracle Corporation (ORCL)

Price:  $23.88

Laura Lederman   (312) 364-8223

Internal Comments made on February 21, 2001

**Highlights of AppsWorld Conference**

want to quote a few of the things he said.  In regard to applications growth, he said that, "The second half growth will be as good, or better, than the 69% growth posted in the first half." As for the economy, he commented that, "ORCL is not seeing an impact."  He also stated that, "We are in spaces that are high ROI and it's not clear if we'll see much of an impact in our business due to the economy."  In a related statement, he said, "The economy is a wild card, but unless there is a serious recession, we are not sure we'll see much of an impact." Clearly, his statements are bullish in regard to ORCL's current business.

In terms of what we think will happen in the software space, we agree with Mr. Henley, and common sense tells us that if the recession is long enough and deep enough, even high-ROI software companies will get hit, including ORCL.  To some extent, whether or not you want to be in software group depends on your economic outlook.  If you are looking for two to three quarters of negative economic growth, we could see additional pressure in the software names.  If it is three quarters of negative growth, the companies might even miss numbers.  If the slowdown is much slower, the companies could sail through without much of an issue.  In the fifteen years LL has been in the business, there has never been this much of a wildcard factor in estimates, depending on what happens in the economy.  On a long-term basis, we believe that ORCL will continue to gain share in the applications space, given the movement of the market towards suite selling.

William Blair & Company, L.L.C. maintains a market in the common shares of the company.

THIS IS NOT IN ANY SENSE A SOLICITATION OR OFFER OF THE PURCHASE OR SALE OF SECURITIES.  THE FACTUAL STATEMENTS HEREIN HAVE BEEN TAKEN FROM SOURCES WE BELIEVE TO BE RELIABLE, BUT SUCH STATEMENTS ARE MADE WITHOUT ANY REPRESENTATION AS TO ACCURACY OR COMPLETENESS OR OTHERWISE.  OPINIONS EXPRESSED ARE OUR OWN UNLESS OTHERWISE STATED.  FROM TIME TO TIME, WE MAY BUY AND SELL THE SECURITIES REFERRED TO HEREIN, MAY MAKE A MARKET THEREIN AND MAY HAVE A LONG OR SHORT POSITION THEREIN.  PRICES SHOWN ARE APPROXIMATE.  THIS MATERIAL HAS BEEN APPROVED FOR DISTRIBUTION IN THE UNITED KINGDOM BY WILLIAM BLAIR & COMPANY, INTERNATIONAL, LIMITED, REGULATED BY THE SECURITIES AND FUTURES AUTHORITY, LTD.  Copyright 2001 by William Blair & Company, L.L.C.

WBC 0013