# EXHIBIT 220

74 of 96 DOCUMENTS

Copyright 2000 PR Newswire Association, Inc.
PR Newswire

October 4, 2000, Wednesday

**SECTION:** FINANCIAL NEWS

**DISTRIBUTION:** TO BUSINESS AND TECHNOLOGY EDITORS

**LENGTH:** 741 words

**HEADLINE:** Oracle Reaffirms Strong Outlook for This Quarter and Fiscal Year

**DATELINE:** REDWOOD SHORES, Calif., Oct. 4



Δ π EXHIBIT ⁻79

Deponent_____

Date_____ Rptr._____
WWW.DEPOBOOK.COM

**BODY:**

Oracle Corporation (Nasdaq: ORCL) reaffirmed a strong outlook for sales and earnings in the current fiscal quarter and its full fiscal year, at its semi-annual analyst meeting, held yesterday in San Francisco. Contrary to some erroneous press reports earlier today, the company did not issue a sales or earnings warning during the meeting.

"There has been no change in the outlook for Oracle's financial results in the current fiscal quarter and its full fiscal year," said Oracle Chief Financial Officer, Jeff Henley. "We believe this is going to be a terrific year with both our database and application software revenue growing faster than the previous fiscal year. In addition, we expect total services growth rate should be sequentially higher each quarter. Lastly, our E-Business transformation program continues as planned and should drive significant margin expansion for the remainder of the fiscal year."

At Oracle's annual trade show, Oracle Open World, the company announced the immediate availability of Oracle 9iAS-cache, an advanced application server cache product that will improve performance for every one of Oracle's existing database customers. In addition, Oracle's new 11i E-Business Suite is already implemented with 29 customers and continues to be adopted broadly.

Oracle Corporation is the world's second largest software company. With annual sales of more than $10 billion, Oracle provides the software that powers the Internet. For more information about Oracle, please call Investor Relations at 650-506-4073 or visit Oracle on the web at www.oracle.com.

"Safe Harbor" Statement Under the Private Securities Litigation Reform Act of 1995: Information in this release relating to Oracle's future prospects which are "forward-looking statements" are subject to certain risks and uncertainties that could cause actual results to differ materially, including, but not necessarily limited to, the following: (1) Management's ability to manage growth, continuously hire and retain significant numbers of qualified employees, forecast revenues and control expenses, especially on a quarterly basis, continues to be a challenge. An unexpected decline in the growth rate of revenues without a corresponding and timely slowdown in expense growth could have a material adverse effect on results of operations. (2) The market for Oracle's products is intensely competitive and is characterized by rapid technological advances and frequent new product introductions. There can be no assurances that Oracle will continue to introduce new products and new versions of existing products that keep pace with technological developments, satisfy increasingly sophisticated customer requirements and achieve market acceptance. (3) Oracle has recently made changes to its pricing model which could lead to a decline or delay in sales as its sales force and customers adjust to the new pricing policies. Intense competition in the various markets in which Oracle competes may also put pressure on Oracle to reduce prices on certain products. (4) Delays in product delivery or closing of sales can cause quarterly revenues and income to fall significantly short of anticipated levels. (5) Oracle is introducing new products, such as internet procurement and supply chain management software, customer relationship management applications and application hosting services, as well as assisting its customers in forming exchanges for a number of business procurement needs; the market acceptance and contribution to Oracle's revenues of these products and exchanges cannot be assured. Oracle undertakes no obligation to update information contained in this release. For further information regarding risks and uncertainties associated with Oracle's business, please refer to the "Risk Factors" section of Oracle Corporation's



Oracle Reaffirms Strong Outlook for This Quarter and Fiscal Year PR News

SEC filings, including, but not limited to, its annual report on Form 10-K and quarterly reports on Form 10-Q, copies of which may be obtained by contacting Oracle Corporation's Investor Relations Department at 650-506-4073 or Oracle's Investor Relations website at http://www.oracle.com/.

Trademarks

Oracle is a registered trademark of Oracle Corporation.

SOURCE Oracle Corporation

CONTACT: Stephanie Aas of Oracle Corporation, 650-506-3648, or stephanie.aas@oracle.com

URL: http://www.prnewswire.com

**LOAD-DATE:** October 5, 2000

# EXHIBIT 221

http://www.firstcall.com/links/13/129945...2469/49163945112731039450376516510.html

1) 11am EDT  4-Oct-00 Needham & Co. [Richard Davis] ORCL
Oracel becomes the company to Beat [Part 1 of 2)

Equity Research Morning Note                     Richard Davis, Jr  (617) 457-0949
October 4, 2000                                               rdavis@needhamco.com

                              Oracle Corporation (ORCL/NASDAQ)
                              Oracle Becomes the Company to Beat

Price (10/3/00): $69               Fully Diluted Shares Outstanding (Bill): 3,020
52 Week Range: $90.00 - $19.94                     Market Cap. (MM): $208,000
Recommendation/Target: Strong Buy/$120              Average Daily Volume (MM): 24.2

|  | 5/00A | 5/01E | 5/02E |
|---|---|---|---|
| Revenue (MM) | $10,130 | $11,896 | $14,009 |
| Growth | 24% | 17% | 18% |
| Op Margin | 21% | 35% | 37% |
| EPS: 1Q | $0.08A | $0.17A | $0.20 |
| EPS: 2Q | 0.13A | 0.19E | 0.23 |
| EPS: 3Q | 0.17A | 0.24E | 0.29 |
| EPS: 4Q | 0.31A | 0.41E | 0.50 |
| EPS Year | $0.68 | $1.00E | $1.22 |
| Growth |  |  |  |
| P/E | 57% | 85x | 69x |

We attended Oracle's all day Open World users conference and analyst meeting
yesterday and concluded the following:
*   Oracle outlined its strategy for growth for the next several years. We
would summarize the company's message as "Get big, or go home".  Oracle intends
to provide more breadth and depth throughout its first in the industry
end-to-end e-business suite.
*   A significant improvement in server functionality was announced with the
launch of Oracle 9i.  These application and database servers enable an
enterprise to achieve dramatic performance improvements and nearly perfect
scalability within an extremely stable foundation  These characteristics will
become important as more commerce is conducted over the Internet.
*   We believe the company's applications growth is in the process of
accelerating to 60% or more for the balance of the year.  Oracle has an
aggressive, bright sales force that appears to be gaining traction in the
marketplace.
*   We expect ORCL stock to recover to its old highs and beyond as the firm
continues to execute on an outstanding business model.  The company has a lot of
competitors.  For the foreseeable future, however, Oracle has the model that
other firms must emulate or join.  We are maintaining our Strong Buy rating

Primary Takeaways. Oracle Is Still the One to Beat
Oracle positions itself as a radical in B2B software by asserting that the world
inexorably is moving toward broader platforms.  In fact, this is the natural
evolution of software.  It happened in PC software, where Microsoft delivered a
unified suite for the desktop and even for a time with SAP when it introduced
the integrated SAP R/3 ERP suite  Oracle was the first firm to introduce an
end-to-end solution stack to deliver a complete e-business solution.  Others are
sure to follow.  This struggle is an arms race and we believe the winners will
be the companies that deliver the most functionality in the easiest to deploy
manner.  Among public companies, we believe the likely contenders are: SAP,
Siebel, IBM, Ariba and i2 Technologies.  The following is our handicapping for
this race:

Oracle develops a large majority of its functionality in house.  Tuesday's
presentations included a higher than average degree of braggadocio that would
leave one believing that Oracle has virtually no interest in partnering with
complementary applications providers.  If this is truly Oracle's view of the
world, they will fail to be successful in the long-term.  The company simply
does not have a large enough development staff to be all things to all
businesses - the business application software market is too large and the

Δ π EXHIBIT 50

Deponent _____

Date _____ Rptr. _____
WWW.DEPOBOOK.COM

**CA-ORCL 002046**

NDCA-ORCL 006112

http://www.fistcall.com/ndrs/12/129943_2469/4016304511273319390150/376516510.html

buyers are too sophisticated. Offline conversations indicate that Oracle does indeed intend to partner with applications vendors. Nonetheless, ORCL must be careful not to scare companies with value-added functionality into the hands of its competitors.

Internally, Oracle must leverage the size of its engineering staff to close the gap in functionality with its competitors. The functionality demonstrations of Oracle 9i application and database server solutions indicate that Oracle has extended its lead in database and closed the gap with BEA Systems and IBM in application servers. We believe Oracle has likewise closed the functionality gap in real-time personalization, wireless, document management and ASP delivery of Oracle applications.

The contenders each face a similar set of challenges. Ariba and i2 must either work increasingly close together or capture and integrate enough partner functionality to become true platforms. Most private companies with whom we have spoken prefer to work with Ariba, while i2 has a larger suite of B2B solutions from which to build a full-blown platform. SAP has a strong heritage of well-engineered software, but it has yet to figure out how to operate in an Internet-based world. IBM has chosen to partner with several software vendors in order to leverage its system integration staff and mainframe line. If IBM can reduce the cost of deployment of these solutions, it will be successful. If not, enterprises will gradually shift toward easier to deploy end-to-end suites.

What this Means for ORCL Stock

While Oracle did not reveal anything shockingly new, the company did confirm that it is has become the firm to beat in the e-business application space. Oracle is not perfect and its presentations can lapse into hyperbole. However, we believe Oracle's fundamentals are strong and improving. Assuming that the NASDAQ recovers from its present paroxysms when good earnings are posted by the 80% of companies that have not pre-released poor results, ORCL's stock is likely to re-approach its previous highs in fairly short-order. We continue to rate the shares Strong Buy.

The balance of this comment highlights our view of the key presentations:

Financial Overview

Jeff Henley gave an overview of ORCL's financial performance over the past year. The key point stressed was that application license growth was accelerating as services and tools were growing slowly and declining, respectively. This was old news, but the discussion probably helped reinforce the thesis that apps are becoming a larger portion of total sales. The conclusion from this assertion is that revenue growth should accelerate because apps are growing faster than the rest of the business.

In addition, the company believes its consulting business has completed a transition from long, lower margin engagements to shorter, higher margin deployments. The impact was slower sales growth, but rising margins. Going forward, the services segment of the business is likely to see accelerating revenue growth, but modest margin growth as applications deployments increase.

The company provided the following slide that outlined the breakdown of the $2.0 billion savings goal that would push operating margins from 20% two years ago to perhaps 40% in calendar 2001.

| ($mm) | Savings |
|---|---|
| Consolidate IT | $250 |
| Sell side | 1,450 |
| Buy side | 200 |
| Inside | 100 |
| TOTAL | 2,000 |

By consolidating the company's IT infrastructure into one unit (by consolidating legacy back office and 11i CRM), Oracle will have a single instance of applications and half as many data centers. The sell side savings are accessible when the CRM suite is fully deployed. In effect, the CRM deployment

CA-ORCL 002047

08/03/2001 5:17 PM

NDCA-ORCL 006113

enables customers to access Oracle on a 24/7 basis.  Oracle has gone from less than 5% of support calls coming over the Web to 30% recently and the company expects this figure to increase to 50% by year-end.  Switching from labor intensive call centers to Internet-based self-service can make customers happier and certainly reduces Oracle's cost structure.  The buy side savings represents the conversion of the firm to paperless procurement, for everything from indirect goods to travel & entertainment submission and reimbursement.  Inside savings is derived from hundreds of small efforts to reduce administrative costs.

With regard to the core database business, Oracle remains the leading relational database company in the world.  The company illustrated a survey of CIO's that indicated that databases will receive the highest growth in software spending for 2001.  Indeed, we believe database is the company's crown jewel.

At the end of the August quarter, Oracle had 27 referencable customers for full end-to-end 11i deployments.  We expect this figure to at least double in the November quarter.

Supply Chain Management

Don Klaiss outlined Oracle's SCM efforts, which the company defines as enabling a firm to deliver what the customer wants where and when it is needed at the lowest possible cost.  This goal is accomplished by integrating information and processes across the entire supply chain.  In effect, the solution encompasses order, planning, buying, building and delivering.

Oracle 11i incorporates much more functionality than any previous Oracle solution.  Specifically, 11i's SCM solution stack includes the following:

* Order management
* Configuration with guided buying
* Global order promising
* Advanced pricing and deals
* Integrated fulfillment
* Tailorable user interface that is workflow-driven

Oracle's go to market business proposition in SCM is similar to its overall positioning: the company's suite of solutions are pre-built, Internet-enabled and easily deployed.  The company showed a list of SCM customers that included some highly successful firms and other firms, which charitably would be described as prosaic.

Going forward, Oracle intends to work closely with its deployment partners and develop additional functionality atop of the 11i platform.  Specifically, the company intends to introduce the following functions over the next six months:

* New wireless applications
* New warehouse management product
* More advanced planning products
* Broad set of exchange applications
* Expanding industry-specific functionality

Oracle has a meaningful presence in 52 exchanges at present.  We expect several new announcements in the near-term with the total approaching 100 by early calendar 2001.

Sales Force Management and CRM Efforts

Oracle has begun offering an online version of its sales force management suite online for free.  The company indicated other front-end sales functionality may be likewise offered free of charge.  Oracle hopes that customers will like this solution so much they will buy other Oracle applications for money.  We have never been a big fan of giveaway software because there is no sales force to push the product and it is virtually impossible to start charging for a service

**CA-ORCL 002048**

NDCA-ORCL 006114

http://www.firstcall.com/link/v12/129943_7469/491639451127319394150/376516510.html

once it has been received for free.  Those hesitations aside, the effort has the
potential to slow down the Siebel juggernaut.
]

EON

CA-ORCL 002049

08/03/2001 5:17 PM

NDCA-ORCL 006115

# EXHIBIT 222

70 of 96 DOCUMENTS

Copyright 2000 PR Newswire Association, Inc.
PR Newswire

November 30, 2000, Thursday

**SECTION:** FINANCIAL NEWS

**DISTRIBUTION:** TO BUSINESS AND TECHNOLOGY EDITORS

**LENGTH:** 831 words

**HEADLINE:** Credit Suisse First Boston Technology Conference Highlights

**DATELINE:** SCOTTSDALE, Ariz., Nov. 30



Δ π EXHIBIT ‿5̲1̲
Deponent_____
Date_____ Rptr._____
WWW.DEPOBOOK.COM

**BODY:**

The following is being issued by Credit Suisse First Boston, a member of the National Association of Securities Dealers, CRD number 816:

Highlights of the second day of the Credit Suisse First Boston Technology Conference included opening remarks from John Connors, CFO of Microsoft (Nasdaq: MSFT) and closing remarks by Oracle (Nasdaq: ORCL) CEO Larry Ellison.

Microsoft didn't offer a lot of incremental news, but offered long term perspectives indicating they were still very tied to the PC cycle and the economy.

(Photo:  http://www.newscom.com/cgi-bin/prnh/20000204/CSFBTECH )

Oracle founder Larry Ellison and Oracle CFO Jeff Henley made separate presentations yesterday, both of which were positive and upbeat. An animated Ellison focused on the debate between integrated suite versus best-of-breed, as well as the characteristics that differentiate Oracle's 11i eBusiness Suite, which is now six months into its release cycle and boasts 64 live customers.

Henley reiterated the company's previous guidance for quarterly results. CSFB analyst, Wendell Laidley, aggressively reiterated his Strong Buy on the stock and his $48 price target.  "We believe Oracle's November quarter will meet or exceed our $2.7 billion and $0.10 estimates," said Laidley.

Conference attendees also heard a bullish presentation from Broadcom (Nasdaq: BRCM) CEO Dr. Henry Nicholas, who reiterated the company's growth expectations and confidence in its business.  HNC Software CEO John Mulch gave an upbeat presentation, as did RF Micro Devices (Nasdaq: RFMD) and Donna Dubinsky, CEO of Handspring (Nasdaq: HAND). Dubinsky said they are seeing very strong holiday sales; devices look to be the hot item this season. CSFB analyst, Marc Cabi, reiterated his Buy rating on the stock and said: "Handspring remains an attractive investment ... we see management as an asset that will keep them in a leadership role."

Yesterday's agenda also featured a DSL Panel with the CEOs of Centillium (CTLM), Conexant (CNXT), Efficient (EFNT), and Virata (VRTA).  Participants were quite bullish on the DSL market, noting that penetration remains low, with ample room for expansion, referring to the market as a "train connected by bungee cords -- it makes great progress but periodically slams into itself."  CSFB research analysts continue to be bullish on the group as whole, recommending that investors buy a portfolio of well-balanced companies able to address opportunities and able to weather what they believe is a short-term hiccup.

Corvis Corporation (CORV) founder and CEO Dr. David Huber offered a compelling presentation focused on the significant value proposition of all optical networking, as well as reaffirming the company's fourth quarter guidance of $30-35 million top-line and 35-40% gross profit margins.

Ariba (ARBA) announced its new CFO at the conference, Robert M. Calderoni; ScreamingMedia (SCRM) announced an alliance with RealNetworks at the conference and 724 Solutions (SVNX) announced it is acquiring TANTAU Software, a private company based in Austin, Texas for 19 million shares (approximately $375 million based on the November 28 close).  TANTAU is a global provider of mobile commerce solutions.



Credit Suisse First Boston Technology Conference Highlights PR Newswire

Today's conference highlights include presentations from Openwave Systems, EMC Corporation, as well as Gateway President and CEO Jeffrey Weitzen. Michael Capellas, Chairman and CEO of Compaq Computer Corporation is scheduled to speak tomorrow.

Credit Suisse First Boston is a leading global investment banking firm, providing comprehensive financial advisory, capital raising, sales and trading, and financial products for wholesale users and suppliers of capital around the world. It operates in 56 offices across more than 37 countries and six continents and has over 15,000 staff. Credit Suisse First Boston is one of the world's largest securities firms in terms of financial resources, with approximately $9.8 billion in revenues in 1999 and $7.8 billion in equity and $275 billion in assets as of December 31, 1999. The Firm is a wholly owned subsidiary of the Zurich-based Credit Suisse Group. For more information on Credit Suisse First Boston, please visit http://www.csfb.com .

This press release is merely a synopsis of a Credit Suisse First Boston Corporation research report and neither is, nor intended to be a comprehensive summary of the report or recommendation. The report referred to herein should be read in its entirely prior to making a decision to invest in any of the companies mentioned therein. If you would like to obtain a copy of this report, please contact your CSFB sales representative.

SOURCE Credit Suisse First Boston

CONTACT: Cheryl Popp, 650-614-1630, or Lisa James, 650-614-1632, or Sierra Scott, 650-614-1633, all of CSFB - Palo Alto

URL: http://www.prnewswire.com

**LOAD-DATE:** December 1, 2000

# EXHIBIT 223

ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 909777
Page 1

## ORACLE CORPORATION

### Moderator: Stephanie Aas
### March 14, 2000
### 4:30 p.m. CT

Operator: Good day everyone, and welcome to today's Oracle Corporation third quarter financial results conference call. Today's conference is being recorded. At this time I'd like to introduce Oracle Corporation Senior Director of Investor Relations, Stephanie Aas. Ms. Aas, please go ahead.

Stephanie Aas: Thank you, Operator. Today's conference call participants include Larry Ellison, Chairman and Chief Executive Officer, Ray Lane, President and Chief Operating Officer, and Jeff Henley, Executive Vice President and Chief Financial Officer. Jeff will begin by reviewing some of the key financial results and Larry and Ray will cover the state of the company and industry trends. The discussion will then be followed by a question and answer session.

Before we begin, however, I appreciate your patience as I review the required statement for Safe Harbor. Although Oracle does not provide financial projections or earnings guidance, our discussion may include predictions, estimates or other information that might be considered forward-looking. While these forward-looking statements represent our best current judgment on what the future holds, they are subject to risks and uncertainties that could cause actual results to differ materially. Throughout our discussion, we will attempt to discuss some important factors relating to our business that may effect our predictions. You should also review our most recent Form 10-K and Form 10-Q for a more complete disclosure of risk factors.

CA-ORCL 001542

ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 909777
Page 2

With that I'd like to turn the call to Jeff Henley.

Jeff Henley:  OK, thanks Stephanie.  We obviously had a spectacular quarter.  Some of the highlights were a 32 percent database license growth, 35 percent applications license growth.  The Americas were geographically the big star.  It had 49 percent server growth and 46 percent applications growth.

Our expenses continue to improve.  We had essentially flat expenses year over year.  So a better license number, flatter expense growth contributed to 89 percent operating income growth.  We continue to see negative currency impact.  It was about a two point negative impact for the quarter; that trend continues.  And we had a sort of a one time securities measures, a very large $432 million gain.  We sold about 11 percent of our (Liberate) holdings, so that was in addition to the operating income I mentioned earlier.

Before I go through some more of the details here, this was, I think, you know which way a great quarter.  I think the -- I would make the point on the margins that this was the seventh consecutive quarter we've seen margin improvement.  Certainly the last two quarters have been, by far, the biggest.  And we still think there's still a lot opportunity left, so we're very encouraged by the continuation in the margins story.

One thing I would note is that we discontinued providing license breakdown by platforms.  So in the analysts' spreadsheets we no longer have that.  This is a result of the transition to sell products over the Web.  And we started our new (I-store) this past quarter, the new order entry system no longer requires customers to buy software licenses bundled to a specific platform.  Therefore, the product purchase decisions independent of the platform purchase decisions.  Also on the (I-stores), it's interesting to note a year ago we did about $2 million on a former product that we had.  We launched officially the (I-store) this quarter and did about $70 million here in the

CA-ORCL 001543

ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 909777
Page 3

United States in license sales. And as we've said publicly, we hope to, by the end of this calendar year, be putting as much as 80 percent of all of our license business through this store. So obviously, we're seeing some nice momentum and expect to move an awful lot of our business through the store which will be one of our e-business initiatives that we're doing here that will contribute - continue to contribute to our productivity.

So again, running through the P&L: the revenue was up 18 percent for the quarter; the license growth was 30 percent. Now, we did have a somewhat easier comparison to the Q3 a year ago for the first - for the first nine months and, actually the trailing 12 months, our license growth is about 20 percent. So we continue to see very strong license growth. The big deal factor turned the other way this quarter. We had 40 percent of our deals were over half a million, 40 percent of the license revenue was over half a million versus 39 (Q3) a year ago. The previous two quarters, we were actually a bit lower than the year before. So for the year, we're about flat. So the amount of large deals for the first nine months this year is about equal to last year.

((inaudible)) of the area we called services – we break that down between support, consulting, education. Support grew 29 percent, consulting was actually negative 10 and education was positive 10. So consulting is the area that we have seen a substantial slow down over this last year. And again, some of that because of the decision to really focus on getting margins up, (move them) more to partners and so forth. We believe that the consulting declines are pretty much probably over. And that probably we won't continue to see a lot of decline, but that has been a significant part of why our service revenue has been so slow this past year.

I'd make another point that, when we announced our new pricing in the December timeframe, we announced that we're going to split support between so called telephone support and (update rights). At some point down the road as we get through this first year or so, we will begin to actually break that out in our public statements; but, because we don't have good comparable numbers yet, we won't do that. But again, the point is that about two-thirds of our support

CA-ORCL 001544

ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 909777
Page 4

previously bundled together has been broken out now and is really (update rights). So, customers have the choice between buying update or buying telephone only, that sort of thing. And again, once we get some comparability we'll break those numbers out. And we've always maintained that (update rights) are really more license like, and so we'll begin to actually show that data out over this next year.

So again geographically, as I said earlier, the big - the big story was the Americas having total license growth in local currency across the dollars in the quarter of 45 percent. Asia Pacific was 24 percent, Europe was the only kind of soft spot. We were a little bit disappointed, but expect Europe to bounce back next quarter, they did 12 percent in terms of local currency growth.

In terms of the expense side, this is the third quarter in a row that our headcount actually declined a bit. And so this is sort of unprecedented I think in Oracle's history. I don't think we've ever had three quarters in a row where our headcount has actually modestly declined. And again, in the face of revenue growing a bit faster, I think this is very encouraging. It really supports the e-businessing of Oracle that we're trying to do internally. And as we said in the press release, we're about half way through that effort. So we've got another nine, 12 months of big opportunity I think. So we're very encouraged that we can continue to streamline the company, improve the productivity. We're obviously a little bit ahead at this stage of what Larry talked about last summer, and with so much opportunity left, we think we can continue to show some improvement.

I think - I think those are - I think those are the major points. I think that - I think that one point I should mention, because I'm sure I'll be asked it: if you breakdown the applications growth to 35 percent support of the number we've been talking about for the last several quarters is CRM and (I-procurements), so let me give you those figures. CRM in the quarter was 49 million, up 179 percent versus Q3 a year ago; (I- procurement) was 26 million for the quarter, up 231 percent from a year ago.

CA-ORCL 001545

ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 909777
Page 5

Before I turn it over to Larry, I'll just talk a little bit about Q4. At the current exchange rates, we continue to – it looks like we'd have a slightly negative impact again. At this point it looked like one percent of rates were holding at today's rates. Our pipeline continues to look good. We have a - definitely a tougher comparison in Q4, although we had in Q3 – although the pipeline looks very good in terms of the year (over) year growth in the pipeline versus what had a year ago. And also the services margin will be a little bit of a tougher comparison, but I think we're - as we've talked about - in very good shape in terms of expense controls.

On the flip side, I guess, we talked about the fact that we still have a lot of e-businessing opportunity left ahead of us. And also (11 I) will start to come out. We've announced again those dates a while back but the ERP version of CRM - excuse me of (11 I) comes out the end of March, the CRM version comes at the end of May. And we think those will really give us a big shot in the arm. They're very, very big releases for us. So with that I'll turn it over to Larry Ellison.

Larry Ellison:  OK, thank you Jeff. I'm going to concentrate on two things. One, our competitive positions and our products. And what's perhaps most interesting is the range of competitors that we have. You know, in the database business we compete with IBM and Microsoft, we compete with Commerce One and Ariba and (I-procurement) and exchanges, we compete with (Cebel) and CRM and (ERP), we compete with SAP, (JD Edwards), (People Soft) and so on, which is fascinating.

And I'm going to focus on that as a message. As we – our position in the application business is that we offer the only comprehensive suite of products from marketing, sales automation, service automation, electronics store, (I-procurement), order and management. We compete with (I2) in supply chain, with (People Soft) (and) HR. We have the entire suite, which all becomes integrated together as a single e-business suite with the release of (11 I).

CA-ORCL 001546

ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 909777
Page 6

So (11 l) is a very important release for us. And the companies get to choose whether they want to buy you know seven different products from seven different companies and try to find some way to link those different pieces of software together, or to buy a complete integrated suite of software from Oracle. And we're very optimistic about the complete suite approach. Microsoft had a lot of good luck with that with Microsoft Office.

Speaking of Microsoft, a lot of people were concerned a while ago that IBM was going to be very aggressive in the database area on the high end and push down on us, and Microsoft was going to be very aggressive on the low end and push up on us, and that was one possible scenario. But that never eventuated. What's happening is we are pushing down on Microsoft and taking share from them. We are pushing up on IBM and taking share from them. So our database business has never been healthier. And again, I don't think a lot of people grasp just how good a release (Oracle Eight I release two is) which is just coming out right now. But it has complete full tolerant capabilities built into it, and something we call parallel server. Now, we've had parallel server for a long time, but in fact it used to be used by one or two percent of our (installed) base. We think parallel server will be used by virtually everyone of our high-end customers where full tolerance is now just built into Oracle. We can scale onto many, many computers. It really is a huge technology advance for us and give us a tremendous competitive advantage over IBM, we think, in the high end of the market, as well as against Microsoft in the low end.

Just looking at some details in the CRM space which is very, very hot, we continue to grow faster than (Cebel). We continue to catch (Cebel). We are, you know – our hope is that we will pass them next fiscal year. We're number two in CRM; we'd like to be number one. We're growing - we've been growing faster than (Cebel) and we hope to pass them up.

In ERP, Oracle grew 20 – again, in CRM by the way, we grew at 179 percent and did 49 million in license sales. We expect to do like double that in Q4 - to double - you know, double that. The – in ERP – and that's the only forecast I'll give you –the only – otherwise everyone will - (Jeff) will

CA-ORCL 001547

NDCA-ORCL 005613

ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 909777
Page 7

start hitting me over here. In looking backwards in ERP, Oracle over the last four quarters has been growing at 28 percent. Our competitor, (People Soft), is growing at minus 54 percent, (Bond) minus 39 percent, (JD Edwards) minus 15 percent, and SAP pretty much flat at two percent. So we continue to take share across the board in ERP, so we're catching. We – the goal there is then to pass (SAP), pass (CEBEL).

In the emerging market, like versus Commerce One. Commerce One has been in this market, you know, for - started 18 months before us but we think we'll pass them in number of installations in Q4. So we think we're doing very well against them, very well against Ariba.

The best leading indicator I can give you about the popularity of Oracle Internet software, is that now we have about 600,000 developers at what we call the Oracle Technical Network. And Microsoft, which is the – lived off of their, you know - lived off of their, you know, development community – we've seen our development community to grow to be about half the size of Microsoft's right now, and we're adding 1,000 developers today. So we see no reason, as the Internet grows and becomes a more popular medium for computing than the personal computer is, why we can't pass Microsoft in terms of the number of - number of developers on our network versus the number of developers on theirs. And it has proven to be the most interesting leading indicator.

Now let me close by moving back, you know, to what Jeff said which is there's more to come. We're only - we're half way through an 18 month process of becoming an e-business. While we've made a lot of progress here in the United States, we've just begun in Europe. Asia's a little ahead - a little bit ahead of Europe so that we think there are tremendous gains still to be had. We set out to save $1 billion, and that translates to exactly a 10 point improvement in our margins. We've well exceeded that already in our current quarter, so we're past our billion dollar goal, we've passed that. And we realize we didn't set the bar high enough. So we're no longer looking for 30 percent margins, we're now looking for 40 percent margins. The Internet's a

**CA-ORCL 00154B**

ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 909777
Page 8

remarkable thing. Tremendous efficiencies to Oracle and to the companies who use the Internet to improve their ability to market their products and sell their products and service their products and save money through operational efficiency.

I think with that I'll turn it over to Ray for anything you'd like to add to that.

Ray Lane:  I would just add, I guess, two things about the quarter. One, just to provide some back up points to what Larry said about the business, itself, and the way it feels. We speculated for 18 months coming out of - you know, going into Y2K and coming out of Y2K, what it would feel like right now, you know. And Y2K was certainly on our minds, it's on nobody's mind today. But this if the first quarter we have a chance to report on what it feels like. And it feels like no other time at Oracle, maybe some time, Larry, in the '80s it felt this way. It did feel a little bit this way in '95/'94 when we were seeing 50 percent growth rates in the U.S.

But it is -- it does feel very, very different in terms of demand and pipelines. It feels like, you know movement into a category leader status and, you know, it's a de facto. And our platform's becoming de facto for building Internet applications. And I think are applications are starting to move there. I think it's part of the explanation between the difference between the U.S. growth rate and the European growth rate.

Let me mention Europe; let me explain that. I think European - Europe - our European organization has to be embarrassed by the performance because -- especially in applications. Now, it's a different game over there. SAP still has an influence - a tremendous influence in Europe. But when you look at Asia, all the -- other than the marketplace itself -- all things else are pretty much the same: Asia does 64 percent growth, the U.S., or the Americas, does 49 percent growth and Europe does seven percent growth in applications, that there have got to be multiple explanations. And my expectation is in Q4, for Europe to do a lot better. We've looked at their

**CA-ORCL 001549**

ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 909777
Page 9

pipelines, we think they'll do a lot better in Q4. So we think it will - it will be a worldwide trend. But SAPs influence is still greater there than it is in other parts of the world.

So there's no question the demand pipelines -- it just feels moving in the right direction. And the second thing I guess I'll say is that Oracle sales reps, management, senior management -- I've never felt more draw into the senior management suite of customers than I've felt in the last three to six months. We typically have not been, even in the hey day of ERP selling, did not get into the CEO office. We were selling to CFOs, selling to heads of sales, heads of manufacturing. But now CEOs are drawing us in, looking for answers. They're looking for -- they're moved out of the phase, with regard to the Internet, of what to do, and now they're looking for answers.

Anybody that has a packaged solution that answers the problem of how do I get on the Internet, wins. And that is where we're at, so and that - and you can feel it everywhere in the market, especially in the United States. We think the U.S. is a leading indicator and Europe is not far behind. OK? So.

Stephanie Aas: We are ready for Q&A.

Operator: If you'd like to ask a question today please signal us by pressing star then one on your telephone key pad., and your questions will be addressed in the order that you've signaled us. Once again, press star then one if you'd like to ask a question please. We'll pause for just a moment to assemble that roster.

Our first question is from Drew Brosseau at SG Cowen.

Drew Brosseau: Thanks. I have a couple. Nice quarter by the way. First, I'm wondering when you think the drag from the services side of the business might turn back and be positive for you? And secondly, I was hoping maybe you could dig down underneath the server number in the U.S.,

CA-ORCL 001550

ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 909777
Page 10

which was quite strong, and give us the sense of what drove that, you know, in terms of the character of the kinds of applications or segments that are pulling that number up so much.

Larry Ellison: Sure it's this thing called the Internet. We're seeing, you know, people putting, you know, their service organization on the Internet, their sales organization on the Internet, they're doing marketing via the Internet, they're filling out expense reports via the Internet. And we have become the software standard for Internet computing.

We decided back in 1995 that we weren't going to focus on personal computing – that was a very controversial decision, even inside of Oracle – that we were going to focus on Internet computing, that we were going to tailor our applications for the Internet, that we're going to tailor our database for the Internet, we're going to tailor our tools for the Internet.

And as the Internet's become more and more popular, they buy our database automatically. So, it's driving tremendous demand for our database and, secondarily, for our applications. But the answer is always the same: it's the Internet.

Now your earlier - your other comment - when will consulting turn around? Well, there are interesting things happening as far as Internet consulting – is – these three year or four year ERP implementations are being replaced with, I want to get Internet procurement up in the next 60 days. So these very, very long engagements that everyone in the consulting business was pursuing and servicing are vanishing and being replaced with much shorter term engagements. And we are - we are re-tuning our service organization to be much more responsive and not talk about a payback in year four but a payback in month four. And we have to get this stuff up and, you know, so the consulting business is changing radically. Again, more engagements, shorter engagements. We think - by the way - we think there's so much demand now for the Oracle product that that will turn around – we're looking at our book to build. Did we - did we ever - did we put the book to builds up?

CA-ORCL 001551

ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 909777
Page 11

Male: Yes, yes. It's been slightly positive the last two quarters now.

Larry Ellison: Yeah. So we expect this to start turning around shortly. So we, again, we think the decline will be halted or slowed in Q4 simply because there's such a tremendous demand for the product.

Drew Brosseau: Larry, I understand your answer on the Internet driving the server business, but I guess I'm wondering, suddenly you're up in the high 40s compared to all of last year in the 20s. What – has something in particular started to accelerate that demand?

Larry Ellison: Growing faster, well, Jeff points out - Jeff pointed out earlier that we have an easy comparison with Q3 and we have to - we have to, you know, reveal that. Nonetheless, even with that easy comparison, the Internet is – people are – again, CEOs are getting engaged in figuring out how to get their companies to the Internet. This is much more important than mainframe computing or personal computing; this is a whole new style of doing business.

So, as this becomes broad - more broadly understood in executive suites around the world and they look for someone to bring them on the Internet, who do they bring - where do they go? I know Microsoft is running adds talking about e-business, but I just - I don't know is that Windows 2000 or Excel? IBM has a huge service organization that will write custom code for you, but we're the only ones that have tailored our database and tailored a complete suite of applications to get you to the Internet, buying things on the Internet, (I-procurement), selling things on the Internet, (I store), (I service), (I marketing) – have all of those pieces together. Nobody else has that.

So we're in this extraordinary position where we're the only company that can offer a comprehensive suite of software to get major organizations and small organizations, Dot coms and traditional businesses to the Internet and get them their fast.

CA-ORCL 001552

NDCA-ORCL 005618

ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 909777
Page 12

Male: I just - my bet is the reason Larry says this, you know, so often and in such an articulated fashion is that nobody believes it, so let me provide a proof point. When we go out and offer exchange services to major companies, Fortune 50 companies, we do it in - we don't think in terms of years, like implementing an ERP system, we think in terms of, bring (business) full supply chain capability. So, able to take suppliers and not just simply match buyer and seller, but actually to plan, you know, products through manufacturing and into the buying cycle and the procurement cycle.

And we -- at Ford we brought auto exchange live in 90 days. As we go out and routinely offer Oracle Exchange into these vertical exchanges, we quote 30 to 60 days bringing it live. Our consulting business is becoming a microcosm of the real - of the grandeur consulting business - the consulting market. Exciting consultants today are (Sea Bridge) and (Sapiant) and (Cyant) and (Byant); and our U.S. consulting business, and now moving worldwide, is starting to look like them, not like the big five. And in the big five, you see decline happening because no one's interested in two or three year ERP implementations any more.

The other thing is for the first time in the last year we have - we have managed the impedance between our license business and the consulting business. We allowed that to float with the market. So if our license business started to ramp down, there was not as much available Oracle market for everybody to go after; our consulting business still growing at 40 or 50 percent was taking more market away from our partners. If we don't manage that, obviously the partners don't feel very good about recommending us. So we have tried to manage that in sync. And so, as license growth bubbles up and down, we want to keep our consulting business in sync with it so we're taking the same relative share of the Oracle market and do not infringe upon our partners.

Drew Brosseau: I guess what I'm trying to drive at on the license side is, are you guys prepared to sign up for a higher growth rate on licenses than the Street's been modeling so far?

**CA-ORCL 001553**

ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 909777
Page 13

Male: Yeah. Again, Drew, I was asked the question at the (analyst day). And at the time people said what do you think it will be, and I quoted a number. You know, I think you need to see a couple more quarters to be sure because we did have any easy comparison. But I think we said at (analyst day) in November we thought, as we came out of Y2K, that our license business ought to get stronger. And we said that (11 I) is a big part of this, that (still isn't out), but we think if (11 I) is half what we think it is, it's going to be spectacular for us.

So, yeah, I think our license growth will continue to get a bit better. It'll always vary between quarters as it always has. So, this quarter you can't just plot a curve off of one quarter, but we've grown 20 percent in license for the last three quarters. And if we're right about Y2K being a net depressive, then probably things will get a bit better over time. Sure, absolutely ...

Drew Brosseau: OK. Thank you.

Male: You know, we're real bullish.

Operator: As a reminder, please limit yourselves to one question in the interest of taking as many questions as time permits. And we'll move on now to Charles Phillips with Morgan Stanley. Mr. Phillips, please go ahead.

Charles Phillips: Thank you. Great quarter. A couple of questions on the pricing changes in the quarter, I wanted to know, did they have any real impact growth wise? And then, have you been able to quantify yet the percent of - kind of lead activity coming from partners. In other words, is that starting to have some real impact yet?

Male: Well, as far as, you know -- there was a good deal of turbulence inside of the Oracle's sales organization. When we announced - as you know Chuck, we announced a new pricing and we lowered pricing substantially and we changed our licensing model right in the middle of the quarter

CA-ORCL 001554

ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 909777
Page 14

and we had to retrain - you know, (very soon) - early on in the quarter - early on the quarter - and we had to retrain the sales people. And what really we're doing, we wrote all new contracts in plain English very - much more consumer friendly contracts, much more understandable licensing model, published prices on the store, published volume discounts. You know, we were - we're trying to get out of that Oracle let's make a deal with your salesman model, and go to - you know, go to much more standard everything. You know more, again, more aggressive pricing. So there - while there was a great deal of discussion for, you know, several weeks in the quarter, as it turns out, every time we lower prices we sell more software. This was no exception.

Charles Phillips: Does that mean you were able to stick with that model through the end of the, you know, last few days of the quarter when the pressure is on and you were able to stick to that new model?

Male: Well, yeah we stuck to the new contracts and the new process. We had, in fact - in fact in terms of exceptional contracts we had, we went – the process of approving what I would call screwball deals, they were far fewer - there are almost new screwball deals you know where you'd be – the salespeople used to feel empowered - used to be very creative and create, you know, create their own deals; and those largely disappeared, and some of them that didn't disappear or didn't get approved. So we made tremendous progress in terms of homogenizing our business, going to standard terms and conditions.

Now it doesn't mean that on our very largest deals we didn't grant greater discounts than published volume discounts. But it was based on the amount they purchased from us, not just how clever - how good they were at negotiating.

Charles Phillips: And the percent of revenue attributable to your partners bringing lead activity?

Male: Again, we've got a lead program with HP, but, again, we're very early on in that lead program. We do have an alternate channel in general business. We do, but in terms – what I think you're

CA-ORCL 001555

ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 909777
Page 15

referring to is the big program we put in place with HP the previous quarter. The share (leads) using our new - our new, what's called sales online software, the new Oracle sales online software. And actually we don't have that up and running yet.

So that comes in - that goes live in Q4. So HP will again - it will take us about 90 days to get that Internet - Internet lead sharing up and running.

Charles Phillips: Super quarter, nice to see the momentum.

Male: Thank you.

Operator: Moving on to our next question, this from Neil Herman at Salomon, Smith, Barney.

Neil Herman: Yes. I thought you guys were only supposed to blow out the numbers in Q4. Congratulations. You know, you did show about, it looks like a 6.4 percent decline in your sales and services people in the quarter. I presume that's primarily within the consulting group. And could you give us an indication as to how rapidly the improvement in the relationships with the third party consulting organizations is going? And you could talk a little bit about the state of your relationships with the big five and how that's improving. Thanks.

Male: OK, first of all, Neil, the establishment of the relationship for -- with the big five is for the purposes of obviously of selling. It's for the purposes of them recommending our software. So it starts with us having best products. If we don't have best products, then the relationship doesn't mean a thing. You know, we could - we could -- in fact it would mean we'd waste a lot of time and they'd recommend another product.

So everything we've said so far about the momentum coming into - coming out of Y2K, the momentum of (11 I), the momentum of the platform - the database - they have to pay attention.

**CA-ORCL 001556**

NDCA-ORCL 005622

ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 909777
Page 16

So the big five must have practices, strong practices with both our database and our applications. So we start with that, and we have to work harder than the other guys do if they have equal products. We've already said there's nobody that has equal products. But they have to - we have to work harder because we have a consulting business - 15,000 consultants that can - that will compete in the market space called Oracle.

So we have to go out of our way to manage this impedance to make sure that we're going out of our way to, say, to cut out territories, to go to their preferred clients and we do not take business away from them. So far we have seen great results from (E&Y), Price Waterhouse, Deloitte. We've seen, in other specialized markets like government, great results from KPMG. Anderson, by volume, still has probably the largest amount of business with Oracle, but doesn't have a proactive — we've not seen good results from a proactive standpoint, (and then) marketing our applications.

So yes, the answer to your question is we've seen a turnaround, if you want to call it that, from the ERP days when SAP got most of their business through influence from the big five at least in North America. We have seen much closer relationships with these guys because of the stronger products.

Oh yeah, as Jeff mentions, the small guys that are becoming big guys real fast - (Sea Bridge), (Sapient), (Byant), (Cyant), U.S. Web - a lot more firms that have focused on Internet implementation. They have fast forward models like our consulting business has, they'll install in a short period of time. And rather than just building a Web site, the best partners have been those that have focused on our application products and used it as an Internet play. So some real smart ones like (Sapient) and (Sea Bridge) have said the real difficulty will be building the back offices, doing the plumbing, ripping out SAP, integrating with all the ERP systems. And they have seen our applications as the tools to build that business. So they are Internet consulting firms but they're not building Web sites, they are doing the back end plumbing with Oracle applications.

CA-ORCL 001557

NDCA-ORCL 005623

ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 909777
Page 17

And take a look at the growth of (Sea Bridge) or (Sapient) or some of these firms, and you'll see why the big five is concerned about them.

Neil Herman: Thoughts on the changes in the consulting? In terms of employee base.

Male: Well, the consulting business today -you're right. Your observation of our decrease in headcount has largely come from consulting. We've managed the sales headcount to -- do we have a number, Jeff? I mean, it's been (out of) three or four percent range I think for a long time now.

And so we're getting greater margin expansion out of consulting. We believe that we can routinely -- today, we have the methods in place to run the consulting business about 20 percent margins all in. We think we can get that well above 25 percent if we continue to move toward value based pricing, quick installs and that will not take as much headcount, that will take expertise, more senior people. But it won't take programmers; it won't take a lot of the lower level people that we've had in the past. So I do not expect headcount and consulting to grow very fast; single digit growth should be fine for the next year.

Neil Herman: Great, thanks again.

Operator: Moving on now to David McLaughlin at McLaughlin Investment Group.

David McLaughlin: Yeah, Larry, Microsoft announced a joint venture with Anderson and they're going to put quite a bit of money in it. And do you see this as any kind of a threat?

Larry Ellison: Well you know Microsoft has a problem in terms of the Internet. They have the wrong sales model; they're indirect, not direct. I think Dell - you know Dell is an example of a PC company that's direct and there are other PC companies that are indirect. We don't think indirect works.

**CA-ORCL 001558**

ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 909777
Page 18

We think they have the wrong service - the support model; we think they have the wrong service model; we think they have the wrong products. And they are taking steps, and I think they ...

Male:  And they have too much money.

Larry Ellison:  Well they have a lot of money, they have a lot of money. Though, you can't have too much money. You can't be too good-looking, too young, or have too much money. So we - I think that's the right move for them to make is to try to get the - try to develop expertise to implement - to - I mean that's the sensible thing to do.. A sensible thing to do then is - then the next thing they have to do is hire their own - hire a sales force. They have to expand their support organization. And then they have to start developing a new suite of applications designed for e-business.

So this was a good step for Microsoft. And, you know, I applaud Steve (Balmer) for taking it.

Operator:  We have a question now from Rick Sherlund at Goldman Sachs.

Rick Sherlund:  (Some) - I wanted to get - talk about your customer wins on the CRM side and the procurement side. Also, if I did the math right it looks like your core ERP business was about flat with last year, and a perspective on how that's likely to do going forward?

Male:  Well, yeah, unfortunately you don't have the details and I really wasn't going to talk about this but since - Rick - since you asked such an astute question I'll give you the answer. Actually our ERP business is up dramatically because last year we used to sell (I2s) products. And we sell Manugistics products when were - you know, when were doing these best of breed conglomerations. We're out of that business entirely. Jeff do you know the actual - the actual numbers for what Oracle ERP grew?

Jeff Henley:  I think we said it was 60 percent.

**Confidential-Subject
to Protective Order**

CA-ORCL 001559

NDCA-ORCL 005625

ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 909777
Page 19

Male: Oracle ERP business, if you take the third - the effect of third - us reselling third party products.
Now keep in mind (Cebel), (People Soft) - all these guys sell third party products. Usually they
sell third party database and third party tools, you know, so you've got to take that out of their
numbers too. So if you - but if you scrub our numbers - and I recommend you scrub theirs as well
- if you scrub our numbers and take third party products out, our ERP business has really growing
at a 60 percent rate.

Rick Sherlund: That's backing out CRM and (I-procurement)?

Male: That's backing out CRM, but not (I-procurement). (I-procurement) is a part of our ERP business.
And we're in that business and SAP is not. So I don't think we should back out (I procurement),
it's just purchasing. They just purchase on the Internet.

Our ERP applications are Internet ERP applications. No, if you back out (I-procurement), our
growth is probably about you know, I would guess 35 percent. But we've had very rapid growth.
Hold on, (Jennifer's) pulling the - pulling the numbers out here. So total application sales without
third party products was 60 percent. I don't have the breakdowns you're asking for, you know,
without CRM, without (I-procurement). ERP applications without third party products grew 40
percent.

Male: Rick, let me - just to again say what Larry - repeat what he said I guess. We used to be selling (I2)
and a few other things. We basically got out of that business at the end of the fiscal year, so
we've got one more quarter where we'll have that comparison issue and then we'll be (clearing).
So I think that, you know, we feel pretty good first quarter of Y2K to be doing essentially a 40
percent ERP number when you back out the third party number.

CA-ORCL 001560

ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 909777
Page 20

Male: Yeah, so this is - so, you know, - prior to, you know, just a quarter where we experienced Y2K - you know, Y2K quarter - and before the release of (11 I), we're doing their number, 40 percent growth in ERP, compared to SAP flat and everyone else down enormously.

Rick Sherlund: Can you talk about some of the wins on the CRM side?

Male: Yeah, I can mention some of them. The danger here is always which ones have been cleared. One large win was General Motors. And that was in the (configurator) selling point area. Another was Bell South, another (Humana). Interestingly enough not a big one, but one was SAP. I'm not sure what that was ...

Male: (The) database?

Male: (Yeah, I don't know), that was CRM. ... Chevron, so there's some of them.

Male: Yeah, we haven't cleared all these yet, Rick, so we're a little reluctant to get into too many. But I think that the biggest thing I think for investors to remember is that (CRM) is a big area. And so we have -we're in a lot of different areas.

Male: Yeah, I'd like to say people tend to think of us as competing with (Cebel) and CRM. Well, I'm going to argue that (Cebel) is not really a CRM player, they're much more a sales force automation player with a little bit of service. So we compete - you know, people like Broadvision in marketing, people like (Clarity) in service, people like (Cebel) in sales force automation, Microsoft and others in the - in our (I store). (Cebel), actually OEMs are (configurator) products so they actually are a reseller of our (configurator) product.

We have contract modules that we sold to a very large company to keep track of contracts. (Cebel) doesn't have most of that stuff, so (Cebel) is really focused on – you know, they do a very ...

CA-ORCL 001561

NDCA-ORCL 005627



ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 909777
Page 21

good job of selling (deals), (sales automation) software. Our suite is much bigger, and of course it
attaches to our ERP suite. So that's why we were pretty confident we can pass (Cebel) up during
their term.

Rick Sherlund: Were there any monster deals in the quarter for either database or apps?

Male: There was one.

Male: Yeah.

Rick Sherlund: Can you comment on how big that might have been?

Male: No.

Rick Sherlund: OK, thanks.

Operator: Moving on to the next question...

Male: Let's just say that we define monster deals as more than 20 million.

Male: What is the amount attributed to large deals? Did you give that number, Jeff?

Jeff Henley: Yes I did. I read it out before. And again, remember a year ago we had a weak quarter. So
I think – I didn't go back and check two years ago, but I think it was a fairly normal quarter; but in
comparison last year in Q3, we didn't do as many large deals as normal. So.

Male: And I would have said - I've got a list of the top 100 deals of the quarter, and I would have to say
that they're spread much more evenly. You mentioned this one deal, but they're spread much

CA-ORCL 001562

NDCA-ORCL 005628

ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 909777
Page 22

more evenly than I've seen in past quarters.  The top 10 don't represent as high a percentage of the hundred that they would have in the past.

Operator:  Continuing now with the next question, this is Jim Moore, DB Alex Brown.

Jim Moore:  Hi..  I was wondering if you could comment on the status of the supply chain product and sort of this, you know, vision of imbedding the supply chain product in the exchanges?  When do you think you'll have that completed in this mega auto exchange that you've talked about?

Male:  Well our whole strategy - let me try to be clear about this - our whole strategy is to use our size to our advantage.  Oracle is a big software company.  We compete against lots of highly specialized little software companies like Commerce One and (I2) and (Cebel).  So how do we gain advantage over them?  I mean, everyone says, you know, gee they're very specialized and they're very focused and they can do a really good job at supply chain, a really good job at sales force automation.  So what do we do?

Well, what we do is we build all of the pieces so all the pieces fit together.  That's how they're built from the ground up.  So when we built exchange, which we - and we built it, we didn't buy it.  And, you know, a lot of these companies who are in the exchange business are writing checks, not software; we write software, we don't write checks.  (Mark Kauffman), when he was at (Sybase), he bought lots and lots of companies, wrote a lot of checks, never would - never wrote much software.  The problem with software is the pieces have to fit together.  So when we built our advanced planning and scheduling - our supply chain automation stuff - and when we built our exchange, they work together day one.  So those pieces were designed from the ground up to be integrated.  All of these pieces, our marketing fits in with our sales, our sales fits in with our service and order management and supply chain and exchange and (I-procurement) and HR, all those pieces fit together because they were designed to fit together.

**CA-ORCL 001563**

ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 909777
Page 23

Jim Moore:  Could you give a comment on (BOL)?  What's the status on (BOL)?  And have you tracked the number of customers to date?

Male:  Yeah, in fact we have done - we think we've gone through out learning curve phase on (BOL).  You know, we've had a very low - you know we didn't give people much - you know we weren't paying our sales force very much for selling (BOL) customers because we wanted to make sure we had this thing nailed.  In terms of process, we just increased - we just decided to engage our sales force at the beginning of Q4.  So I think you'll see dramatic, dramatic increase in activity as we really are now putting (BOL) into overdrive, and that we think we broke the code.

It's a repeatable, reliable, profitable business for both us and the customer.  So again, you know, I am convinced we will come out of Q4, but we are quite far and away the leading application service provider.  Let me say that - you know, our long - when we started this it was very controversial.  I said that we would not outsource our ASP business, we do it ourselves.  And guess what, 18 months later, everyone else is figuring that's the right thing to do.  (People Soft) is starting an ASP, SAP is starting an ASP, everyone is now starting it themselves.  We have 18 months of experience.

Jim Moore:  I think the last time I checked you had 40 (BOL) customers.  How many do you have today?

Male:  Fifty.

Male:  Let me make one comment about the market.  This is - this has been supply constrained, not demand constrained.  We are just overwhelmed with demand for this and we've tried to stick - to try to figure this out so it can scale and scale rapidly.  Q4 will I think be the first test of this - the first legitimate test of (BOL), whether it can handle a 100 new customers or, you know, 1000 new customers over the year.

**CA-ORCL 001564**

ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 909777
Page 24

Jim Moore: OK, great job. Thanks a lot.

Operator: This question is from Chris Chilakes at Merrill Lynch.

Chris Chilakes: Great, thank you very much. I'll add my congratulations. My question's on the (I store). Eighty percent of the business through (I store) by the end of the year seems like an astounding number. Just curious whether there are incentives in place for the direct sales force to send orders online? Or how you get that rapid a conversion of the pipeline to (I store)?

Male: It's pretty simple. It's the same incentive in terms of when we - wanted people to put their expense reports through the Internet. We simply wouldn't pay them unless they put the expense reports through the Internet. So there will be no other way to enter orders.

Chris Chilakes: OK, fair enough.

Male: It's the only way to enter an order. This is the (I store).

Chris Chilakes: OK, thank you.

Male: ((inaudible)).

Operator: This question is from Bob Austrian, Bank of America.

Bob Austrian: Yeah, great. Thanks guys, and I have two questions. The first really has to do with the operating model - the operating margin model. Larry and Jeff, it seems like far and away in the last two quarters you've proved the e-business savings claims. And you've talked, Larry, about driving up another thousand basis points or a hundred basis points, a thousand easily. My question is at what point do you feel that you're really in a position to call it quits on the operating

CA-ORCL 001565

NDCA-ORCL 005631

ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 905777
Page 25

margin game and start really accelerating, especially in sales and marketing to, drive the top line in a more proactive way?

And then part B of that is we've seen a lot of success and traction in all of these new e-markets. Are those revenues all flowing, you know, as the deals are done, or are those have a long (tail) as far as the revenue opportunity? How does that - how do we understand your success there as it relates to the operating profits of Oracle?

Jeff Henley:   Well, in terms of - in terms of putting up the exchanges there's no revenue that's flowing at all. In fact, if anything, the money's flowing the wrong direction, as we - our consultants are engaged in not getting paid in auto exchange. So that's actually, in terms of quarterly results, is actually hurting us, not helping us. Now we think in the long term, of course it's a tremendous benefit to us.

But that's not a charge up front or get paid as you go kind of deal. As the exchange becomes successful, we get paid downstream. So there's actually cost associated with doing those deals.

As far as the first question which is when we will start focusing revenue and using the Internet to expand our marketing and expand our selling, as opposed to just saving us money, and we're doing that already. And at that, our – one of the most exciting things we're doing is the lead sharing program we have with Hewlett-Packard going out for CRM, which gets turned on next quarter; that's a big one.

We are now - we are now doing marketing programs, seminar programs across the Internet now. You know, historically we would bring people into a hotel and we'd bring a reference - a reference in there - gee I use Oracle applications and everyone in Fresno, California. Then the Chamber of Commerce would be there to talk to the person they know that use Oracle applications. They cost about $250 per person to run those hotel seminars. Now we got that down to 129 on the Internet.

**CA-ORCL 001566**

ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 909777
Page 26

That's a $1.29 on the Internet, and then we increase the number of people going to seminars by a factor of 10.

So, Internet marketing is hugely important to us. In terms of service, we are publishing, not that Oracle has very many bugs, but we're publishing our software bugs, you know tips on how to use our software, putting all that up on the Internet. So smart - you know, smart users can provide - you know, get access to self-service about our products. That improves customer satisfaction, lowers our cost of delivering service.

So faster service costs us less money. The customer's happier, we spend less. So this impacts - this Internet thing impacts the way we market, the way we sell, the way we share leads, the way we issue joint proposals, the way we provide service, the way we enter orders, the way customers plan manufacturing, the way you know - the way we hire people, the way we pay expenses, they way we buy products. ((inaudible)) supplies everything. There's nothing.

So as we move stuff to the Internet, we aren't focusing on just lowering expenses, we are focusing in expanding margins. And there's two ways to expand margins - sell more, spend less. And the Internet allows us to do both.

Bob Austrian: OK. And one follow up. A general question, Larry, too. Can you give us your thoughts -- you've got a great record seeing into the future about such broad issues -- concerning the openness of all the exchanges that are being built? You know, it seems like industry at a time, we're seeing marketplaces created occasionally by one or two of the brick and mortar leaders plus a technology leader.

Do you envision that all of these exchanges will ultimately have to inter-operate? Or is there some more parochial way to understand what's gonna emerge here and how Oracle's gonna have a role in that?

**CA-ORCL 001567**

ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 909777
Page 27

Larry Ellison: Well, you know, no one really knows, right?  So, one person's opinion is, you know, it's a free country, it's a free market.  Anyone can go to any exchange to buy anything.  So it's going to be very interesting to see how this - how this all settles out.  The fact is we don't know.  We are of course primarily a technology enabler.

So there are a lot of people with different views of how this is going to happen.  And it's not our job to tell customers how this is all going to settle out.  It's our job to provide (tech) customers with the best possible technology that lets them implement the business model that they believe in.

But again, it's a free world.  I think that you'll find exchanges out there that end up competing.

Ray Lane: Can I - I'd like to go back to the first question.  And Jeff planned in the (analyst day), and Stephanie planned in the (analyst day).  The last (analyst day) to show, (Mark Jarvis) showed you some of the tools we're using in marketing.  Some of those things we don't want to show because they give us a competitive edge on leads.

And as the beneficiary of leads, in terms of running the sales force, I will tell you that we have always had a difficult time taking what is - determining what is a good lead from a bad lead, and getting that lead into the hands of somebody who can do something about it.

Now the Internet can be closed looped.  So we can either take that lead, do something with it, determine it's priority and close it on the Internet without human involvement.  Or we can send it into the sales force, either into telesales or into - into the field sales force, based on its priority and based upon its size.  So the amount of qualified leads that are being worked each quarter is growing tremendously just because we're not dropping them.

**CA-ORCL 001568**

ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 909777
Page 28

Demand is good. I mean, overall demand has to be good in the marketplace not just - and I have said the demand is up coming out of Y2K. But if we were using old methods to try and take leads and qualify them and get them into (business), I do not believe this quarter would have occurred.

Operator: The next question we have is from Steve Palfrey at Sanford Bernstein.

Steve Palfrey: Thank you. I was wondering if you could talk a little bit about attrition. -- and you're obviously reducing headcount somewhat probably partly on purpose -- but if you could also talk a little bit about what extent you're seeing attrition of some of the A players in your organization?

Larry Ellison: Well I think, you know, the Oracle stock's gone up quite a bit lately. And the A players have a lot of stock. And plus it's fun being a part of the company that's the primary provider of software for the Internet.

So I can't give you a list. We're not losing a lot of senior people or a lot of critical people to the Internet start-ups., because all the Internet startups are coming here.

Male: Yeah but, I would say that definitely it's not an easy market, but Larry's right in terms of the A players; I think we're doing fine. But I mean, we have 40,000 people and they're getting called by lots of these dot coms and everything else. So clearly it's a very competitive market despite our success.

I can't imagine how some of the second tier guys who aren't doing very well are surviving personally, 'cause, I mean, it's a very tough market for, you know, hanging on to your people. But again, I think we're keeping the right people, and success breeds success. So, you know, we want to be successful. It turns out that I think we are. And it will help because people want to work for winning companies.

CA-ORCL 001569

ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 909777
Page 29

But, you know, as long as these dot coms are out there and don't have to make money and there's also sorts of things going on, I'm sure it will be - continue to be a competitive market.

Male: We're getting people back too. They're coming back.

Steve Palfrey: Thanks.

Male: ((inaudible)) dot com guys came back.

Operator: This question comes from Jim Mendelson at WIT Soundview Technology.

Jim Mendelson: I was just about to give up. Larry, could you elaborate a little bit more on the goals for the exchange announcements? You - in terms of metrics are you talking in terms of passing, in terms of sheer number of exchanges, installations?

Larry Ellison: In passing in every measure, a sheer number of installations. You know, we're able to put these exchanges up. I mean this is - this is fascinating. We can put an exchange up in 30 days. So from the time we sign the contract to the time business is being transacted on the exchange is a few weeks.

So we think we'll have more deals sold. We think we'll have more exchanges running, we'll have a greater dollar volume going through the exchanges. By any measure you like to take, we will be the leader at the end of May.

Jim Mendelson: And so we should expect a continuing stream of announcements, conference calls for at least the bigger of those?

**CA-ORCL 001570**

ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 909777
Page 30

Larry Ellison: Well I'm not sure - yeah, at least the bigger of those. I mean we could set our whole quarter on conference calls.

Male: We did one at midnight last night.

Larry Ellison: So these are all - these are all very, very exciting. And again, I'm - my ear is beginning to hurt from all the conference calls. But yeah, I know. I think it's absolutely astonishing. I mean, Oracle's brand right now is synonymous with the Internet. Very much like Cisco's brand is synonymous with the Internet.

You know there is one - there was one hardware company and one software company synonymous with the PCA, the personal computing age. And the hardware company is Intel, and Cisco just recently passed Intel in market cap. So already the hardware company associated with the Internet has passed the hardware company associated with the - with the personal computing age.

Now we hope that Oracle - you know our goal is Oracle, the software company associated with the Internet - pass the software company associated with PC. And we think that can happen.

Jim Mendelson: Thanks. A very impressive quarter.

Larry Ellison: Thank you.

Operator: Our last question today will come from Doug Crook at Prudential Securities.

Doug Crook: Hi, thanks very much. I was wondering if you could spend a minute just talking about what (11 I) does for the company? Why is (11 I) different? And is (11 I) a catalyst for recognizing new

CA-ORCL 001571

ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 909777
Page 31

revenue? And then also does (11 I) somehow expand Oracle's market opportunity? And then finally is (11 I) working anywhere right now, and how does it look from the early users?

Male: Well actually (11 I) is working in terms - we've gone through multiple beta tests with (11 I) already. We have our - it's interesting, (this is) the way we do beta testing for those of you who are still on the call. We do all of our beta testing on the Internet these days. I mean (11 I) is just like 11 before it, it's purely an Internet suite of applications.

So it used to be we would send a CD-ROM out and you would have to install our applications on your computer and load your database and do all of those things to test our new Internet - our new application software. No more, you just – we send you a url and you log on and you start testing and using (11 I). So we've been through two phases of beta testing. We just launched the CRM components of (11 I) in terms of demonstration capability into the hands of our sales force.

What does it do? Well, it allows you - it allows our salesperson to go out and demonstrate how we look for leads. We go ahead and we run - we create a marketing campaign, and so it allows us – you actually create the marketing campaign where you send e-mails out to a bunch of prospects. Those prospects then go visit your Web store or call you on the telephone. You then, you know, fulfill their inquiries. You enter orders through the Web store.

If you're a manufacturer, you plan - you plan your capacity; you manufacture your products; you ship it; you service that all on the Internet. There's no one in the world, and again I'm emphasizing this and I don't blame you if you don't believe me, but who else? Who else goes from marketing – and we market on the Internet - and we market everything from running television ads to Internet e-mails, to complete marketing design and implementation. Sales - selling on the Internet, across the (I store), selling on the telephone with our call center technology. Field selling, with a variety of different devices from laptops to (PalmPilot's) to automated field sales forces.

**CA-ORCL 001572**

ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 909777
Page 32

Manufacturing the products, planning the manufacturing - planning the manufacturing. Keeping track of all the people in your company and then servicing the customer and not doing it alone, like doing it in partnership with - in cases we're doing with HP - doing it in partnership with an HP or a partnership with a KPMG. The ability to use the Internet to not only synchronize all the activities in your company but to improve the cooperation with your sales partners, your service partners and, of course, to develop a closer relationship with your customer.

Now it's very easy to say, but with the Internet it's easy to do and it's cheap to do. And if you don't do it, you're in trouble.

Doug Crook:  Right. But now, is the general availability of (8 I) a catalyst for recognizing revenue?

Larry Ellison:  The general – no, no. When someone buys our database they never buy a version of our database, they buy the database. And they always receive the new version. They pay a subscription fee annually equal to about 15 percent of the license fee for the right to receive new versions.

So a new version coming out for our database really is not a catalyst for new revenue. However, the new version coming out for our applications, (11 I) is so significant in that it improves our competitive position so dramatically that our - we think, with (11 I), our applications are as commanding in their differentiation as our database.

Doug Crook:  Right, so does someone have to pay for (11 I) or is this a free upgrade to existing customers?

Larry Ellison:  A lot of the pieces are a free upgrade because, again I'm not - it depends on how many pieces you got. Some pieces of (11 I) are brand new; contracts is brand new; (I-procurement) is relatively new. We have what - some of the supply chains, Jeff, is new; (Business Intelligence) is

CA-ORCL 001573

ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 909777
Page 33

new. So people get the upgrade for all their existing components and they have the opportunity to buy new components.

Doug Crook: I see. So it sounds like it does increase the market opportunity somewhat.

Larry Ellison: Yeah, it's huge, huge. Allowing us to sell it to our install base and allows us to sell it to new customers.

I don't - I believe (11 I) is so much better than the - than the competitors' products. Well, there is no competitive suite. There is no competitive suite. So you look at it - we're way ahead of the traditional ERP guys in quality. And the only thing - the only thing you have to argue about is well gee does (Cebel) do sales force automation better than we do.

Well let's say they're a little better than we are. But do you really want to figure out how to hook (Cebel's) sales force into (Broadvision), into (Clarity), into your order (and) management system. Do you really want to try to plug all these different pieces together? The world is littered by hot companies, you know, those (meteor) companies that come up in a niche -come up with a niche product, you know, glow brightly and then burn out. And (People Soft) is the most recent example. (Cebel) will be the next.

Doug Crook: Right. So now you've been through two phases of beta testing, you know, what's the feedback?

Larry Ellison: I'll let Ray talk about the feedback because I'm sure my credibility is already (strained).

Ray Lane: I have had not a lot of opportunity but I have had an opportunity to talk to less than 10 customers actually using it. They're planning to go with (11 I) very early, and their comments are two fold.

**CA-ORCL 001574**

ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 909777
Page 34

First of all, some that have had the applications through several releases, best release they've seen in terms of functionality and quality. As we came through the year the client server, (character base) and Internet versions we had to manage three versions we had, especially in the client server version, had some quality problems in the early days. And this is the cleanest release they've seen.

The second is the (UI). The use of our technology in these applications is very evident especially as it bubbles up through what they see on the screen. And so their comments are very, very positive . The best comment I can talk about is a company that's been using our applications for about eight years commented on order management. This is not exactly an area we've been, you know - you know the leader of the market in. But said this order management system fits our business so well they will basically adapt whatever remains, customizing their business to the software. They will run it standard. And this is a business that's about $3 billion in size. They will run it standard and change whatever remains in their business to the software and change business processes.

So they're pretty -- the comments have been much more positive and believe me, I've been working with Oracle applications now for eight years, and I think I am best - very well qualified to determine whether the customers are bullshitting me or not. They typically don't. There's no incentive to bullshit me.

Doug Crook: OK. Thanks for the run down and great quarter.

Ray Lane: I also want to add that this is a - I mean Larry used the term huge. I - it's gigantic, it's not huge. I mean it is - it's like mondo - mondo would be the word I'd use because it's all incremental marketplace to us. I mean we have 8,000 application customers and most of them are financials.

CA-ORCL 001575

ORACLE CORPORATION
Moderator: Stephanie Aas
03-14-00/4:30 p.m. CT
Confirmation # 909777
Page 36

to seeing you at (analyst day) on April 4th, which takes place here at headquarters in ((inaudible))

California.  You should have already received an invitation.  Thank you.

Operator:  That concludes today's conference call.  Again thank you for joining us.

END

CA-ORCL 001577

NDCA-ORCL 005643

# EXHIBIT 224

5

management judgment in Corporate Adjustments because she was getting the information at the organizational level and inputting it directly into the Upside column.[1]

**Ease And/Or Difficulty of Forecasting**

Minton stated that it is much harder to forecast for Oracle in the beginning of the quarter than at the very end of the quarter because of the "hockey-stick" effect, which prevents Oracle from having a clear understanding of its results until the very of the quarter. Minton also stated that it is more difficult to forecast more back-end loaded businesses because of this lack of visibility.

Minton was asked to name the most back-end loaded businesses at Oracle, to which she answered NAS, OPI and OSI in the U.S. She explained that both EMEA and APAC are more disciplined in their forecasting processes and have a much lower percentage of large deals, making their quarters less "lumpy" than the U.S. organizations. Minton stated that large deals create a more dramatic swing in revenue, which makes forecasting them more difficult. Because the U.S. organizations rely heavily on big deals, Minton stated that they are the most difficult to forecast. On the other hand, forecasting in EMEA and APAC is easier because those regions have a greater concentration of smaller deals and large deals comprise a smaller percentage of their revenue.

Minton stated that Education is also difficult to forecast because Education is dependent to some extent on license sales, and while Education does its own forecasting, Licensing actually sells the licenses. Education ultimately receives the revenue credit, but

---

[1]     At this point in the interview, Ivgen Guner (VP of Finance) and Lia Burke (Finance Director) joined the interview for approximately five minutes to discuss the management judgment line item.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL **609540**

6

because one entity is forecasting and the other one is selling, the disconnect makes forecasting more difficult in Education than it is in other organizations.

### Henley's Quarterly Earnings Call

### Henley's Use of Stephanie Aas' Investor Relations Model

Minton stated that prior to and during Q3 of FY 2001, Aas would meet with Minton at the beginning of each new quarter to discuss Minton's forecasting data and her insights into that quarter.  Subsequently, Aas used Minton's data and insights to create her own quarterly model for Investor Relations.[2]  Prior to Oracle's quarterly earnings call, Aas, Minton and Henley would meet to review Oracle's latest upside report, as well as Aas' model.  Aas would revise her model according to the discussion.  Minton confirmed that this practice occurred in Q3 of FY 2001.

### Henley's 12/11/00 and 12/12/00 Emails re: Q2 FY 2001 Earnings Call

On December 11, 2000 Minton provided Henley with information given to her by Larry Garnick that compared Oracle's EPS for Q2 and Q3 dating back three years.  ORCL 69151-52, attached hereto as Exhibit A.  Henley responded to Minton by writing, "I think we should position the folks at the call that historically Q3 isn't a lot more EPS than Q2. so a penny more per share would seem right."  When asked, Minton could not recall being asked by Henley to ask Larry Garnick to generate this comparison.

On December 12, 2000, Henley sent to Minton an email with "summary points/sound bites" for the Q2 earnings call.  ORCL 69431-32, attached hereto as Exhibit B.  Minton was asked about Henley's "Point 6" in the email, which stated,

---

[2]  Minton explained that prior to Q3 of FY 2001, Oracle thought that it could model out its business, but with the current economic downturn, no analytical models can predict one quarter to the next.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 609541

> The average split-adjusted EPS improvement for the last 3 years from Q2 to Q3 was one cent per share. We think that probably makes sense again this year. Due to holidays Q3 is usually not much different than Q2 and then there is a spike in Q4. We have no reason to believe that this year should be any different (keep expectations low enough to beat by a penny).

Minton explained that management was comfortable with their Q3 FY 2001 projections at the beginning of the quarter, particularly in light of the Covisint deal that had closed early in the quarter. She did not specifically recall whether Henley thought Oracle would beat its $0.12 estimate by a penny at that time. When asked, she also said that she did not recall discussing the possibility of announcing a $0.13 projection to analysts. Minton could not recall any further details about the email (e.g. discussions with Henley about 11i Suite being through its "birthing phase" mentioned in Point 1).

## Minton's Upside Adjustments During Q3 of FY 2001

### OSI  Business and Minton's Upside Adjustments

Minton reviewed OSI's Q3 FY 2001 upside numbers.

1.      December 8, 2000 Upside

When asked where the $25 million upside originated from on December 8, 2000, Minton could not recall. ORCL 3003-3017, attached hereto as Exhibit C.  However, she speculated that she may have based that number either on a statement made by Jay Nussbaum (head of OSI) or from a revised forecast from Sarah Kopp (Financial Director of OSI).

2.      December 25, 2000 Upside

Minton reviewed this Upside report and noted that the $25 million upside was still showing for OSI.  ORCL 3192, attached hereto as Exhibit D.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER