# EXHIBIT 227 part 2

*Confidential*

- *"The NBER's Business Cycle Dating Committee has determined that a peak in business activity occurred in the U.S. economy in March 2001. A peak marks the end of an expansion and the beginning of a recession. The determination of a peak date in March is thus a determination that the expansion that began in March 1991 ended in March 2001 and a recession began. The expansion lasted exactly 10 years, the longest in the NBER's chronology."[137]*

### iii.   Summary of Recession Dating Committee Activity

153.   So according to the committee of leading economists charged with tracking the U.S. business cycle: (i) Oracle's 3Q FY2001 was squarely within the tail end of the longest economic expansion in recent history; (ii) data available as late as the beginning of April 2001 did not even warrant consideration that the expansion had ended; (iii) it was not until November 2001 – nine months after the end of Oracle's 3Q FY2001 – that contemporaneous data indicated that the economy was in a recession; and iv) that recession began in March 2001 – after the end of Oracle's 3Q FY2001.

### H.   Summary of Macroeconomic Outlook

154.   At the beginning of Oracle's 3Q FY2001 in December of 2000, the consensus of professional macroeconomic forecasters was that the economy was growing and would continue to grow at or near its natural growth rate of around 3 percent. In January and February 2001, as Oracle's 3Q FY2001 unfolded, consensus estimates of 4Q CY2000 growth rates declined, and forecasted growth rates for 1Q CY2001 and CY2001 as a whole also declined. As time went on, and more information became known, these forecasts became more, rather than less, uncertain, as evidenced by increasing disparities between high- and low-end quarterly growth forecasts and increasing standard deviations of annual growth forecasts. Moreover, economists were forecasting a quick return to normal growth rates and not a long recession or period of slow growth, which would suggest that customers would not be likely to defer purchase decisions.

155.   Nothing in the mix of contemporaneous economic data available during Oracle's 3Q FY2001 undermined the reasonable basis for Oracle's December guidance, and none of the data made Defendants' later statements during the quarter unreasonable. For example, the

---

[137] Business Cycle Dating Committee, National Bureau of Economic Research, "The Business-Cycle Peak of March 2001," http://www.nber.org/cycles/november2001/, accessed May 22, 2007.

*Confidential*

Conference Board's composite indices were not signaling trouble; its leading index was near historical highs, its coincident index was stable, and its lagging index exhibited no signs of structural imbalance. Orders and shipments, particularly of technology goods, were near record highs. Employment was high and unemployment was low. These data suggest that at the time, a reasonable observer would not conclude that the U.S. economy appeared to be entering a period of prolonged slow growth or recession; at worst, the U.S. economy appeared to be entering a brief period of slightly slower growth followed by a quick return to normal growth rates.

156.    In fact, it was nine months after the end of Oracle's 3Q FY2001 that the recession was officially declared. As noted, the NBER's Business Cycle Dating Committee ultimately determined in November 2001 that a recession had begun in March 2001.

*Confidential*

## VI.   ORACLE'S FORECASTING PROCESS AND INTERNAL FINANCIAL DATA

### A.   Introduction

157.   The Hockey Stick Effect and low level of recurring revenue, both noted earlier, make Oracle's quarterly license sales – its largest single revenue area – relatively uncertain. Nonetheless, Oracle has established a structured and rigorous process for forecasting that has historically had a high degree of accuracy. This process is similar to those of competitors and is used both internally to manage the business and externally to provide financial guidance. As in past quarters, the forecasting process for 3Q FY2001 was the basis for any guidance given, and the forecast process was used throughout the quarter to monitor progress.

158.   The forecast process began with sales representatives reporting to their business units their forecasts of projected sales to specific customers during the quarter. Business unit executives assessed these forecasts by evaluating specific deals in progress and created an overall forecast for their own business unit. Jennifer Minton, Senior Vice President and Corporate Controller, assessed these forecasts through discussions with business unit leaders and comparison with historical performance,[138] made additional revisions, aggregated the forecasts, and presented the results to Oracle's Executive Management Committee, which included the company's CFO, Jeff Henley and the CEO, Larry Ellison.

159.   Macroeconomic conditions were incorporated in the forecast through both sales representatives' estimates of the likely purchasing behavior of their prospective customers and the informed judgment of more senior executives based on their critical review of forecasting information received from their direct reports.[139] This process is exactly what one would expect in Oracle's type of business, in which software sales are the result of individual business purchasing decisions rather than a direct function of economic conditions.

---

[138] As discussed later, Ms. Minton compared the conversion ratio implied by that quarter's forecast to the conversion ratio in the same quarter of the previous fiscal year.

[139] Minton testified that during 3Q FY2001 "we were pushing [the sales executives] to find out whether or not there was any changes in their forecast which is a result of the macroeconomic conditions that were prevalent in the news, but nobody was moving off their forecast." Deposition of Jennifer Minton, July 7, 2006, pp. 237-38.

160.    In developing projections and forecasts, it is appropriate for a company to start by asking the front line sales representatives for their sales prospects. However, it is also appropriate for more senior executives to evaluate these forecasts critically by assessing deals in progress and asking more detailed questions. This process incorporates current information on customer behavior and customer perceptions of the product (to the extent they are communicated to the sales representatives), while building in checks against the common tendency of sales representatives and executives to lower expectations for their performance by under-estimating their quarterly sales, a tendency known as "sandbagging."

161.    Oracle's forecast and guidance to the market in 3Q FY2001 followed its past practices, which had proven to be accurate. Throughout the quarter, Oracle's internal forecast was based on deal level analyses adjusted by management judgment. As I discuss below, the forecasts provided a reasonable basis for the belief that Oracle would achieve its EPS guidance of 12 cents throughout the quarter, and notwithstanding the decline in the forecasts over the course of the quarter, it was still reasonable for Oracle executives to believe that the quarterly guidance would be achieved.

## B.    Description of Oracle's Forecast Process

### i.    Overview

162.    Oracle's forecast and guidance were based primarily on the Upside Report. Upside Reports were prepared throughout the quarter[140] in a multi-stage process, integrating the perspectives of staff and executives from multiple levels of the company. Sales representatives reported their projected sales for the quarter into Oracle Sales Online ("OSO"), a database of sales leads. These projections, along with subdivision heads' judgment, were rolled up into subdivision-level sales forecasts. Business unit heads aggregated these subdivision level forecasts and applied their judgment to arrive at business unit-level forecasts. Finance staff entered business unit forecasts into a database of current and historical financial data, and compiled them into a report for Jennifer Minton, the Senior Vice President and Corporate Controller.

---

[140] The Upside report was generally created bi-monthly during the first two months of the quarter, and weekly thereafter. *See* Figure 53 for a list of Upside reports relied on in this report by date and Bates number.

163.   Through discussions with her finance staff and other Oracle personnel, and based on her past forecasting experience, Jennifer Minton made adjustments, called "Upside," to these forecasts, resulting in the "potential" forecast, simply referred to as the "Potential." Thus, the Upside Report contained two forecasts:

a.   The "Forecast": the aggregated forecast from the business units, based on sales representatives' forecasts and business unit judgment,[141] and

b.   The "Potential": the forecast reflecting Jennifer Minton's Upside adjustment. In other words,  Potential = Forecast + Upside. Note that the Upside adjustment could be positive or negative.[142]

164.   The Potential was Oracle's best predictor of quarterly performance. As I demonstrate below, even the Potential was often below Oracle's actual results for the quarter, but still closer to the actual results than the Forecast.

165.   The Forecast, Upside, and Potential were clearly displayed in each Upside Report and thus visible to select senior management. These forecasts were also compared to Oracle's "Pipeline," which was the total value of deals for a quarter that sales representatives were pursuing or had closed. The ratio of the forecast, either Forecast or Potential, to the Pipeline was known as the "Conversion Ratio." In other words:

a.   Pipeline = All sales closed during the quarter + All sales that may close during the quarter; and

b.   Conversion Ratio = Forecast (either Forecast or Potential)  /  Pipeline.[143]

166.   The Conversion Ratios implied by the forecasts in the Upside Report were compared to the ratios of forecasts to actual sales achieved in the same quarter of the previous fiscal year.

---

[141]   Throughout the remainder of this report Forecast refers specifically to the field's forecast, while an uncapitalized "forecast" may refer to any forecast.
[142]   Deposition of Jennifer Minton, April 21, 2005, p. 137.
[143]   The inverse of the Conversion Ratio is the Coverage Ratio – *i.e.*, Coverage Ratio = Pipeline / forecast (either Forecast or Potential). Deposition of David Winton, May 26, 2006, p. 152.

*Confidential*

This comparison provided an internal check on the reasonableness of the forecast in the Upside Report.[144]

167.    Jennifer Minton's Upside Report was discussed in Executive Management Committee meetings, which included Ellison, Henley, and approximately ten other senior executives including the Executive Vice President (EVP) of each of the three North American sales divisions, Jay Nussbaum (EVP, Oracle Service Industries), Sandy Sanderson (EVP, Oracle Product Industries), and George Roberts (EVP, North American Sales), as well as the EVPs for Europe, Middle East and Africa (EMEA), and Asia Pacific (APAC) sales divisions.  Only Henley, Ellison, and Safra Catz saw the entire Upside Report; other executives saw only pages relevant to their divisions.[145]   As I noted above, at the beginning of the quarter, the Upside Report was also used in determining the guidance to give to the market.[146]

### ii.    Forecasting in the Context of the Hockey Stick Effect and Low Levels of Recurring License Revenue

168.    Oracle's practice of basing its forecasts on sales representatives' projections, management assessment of deals in progress, and historical conversion ratios was reasonable given the inherent uncertainty of the company's license revenue, its biggest source of revenue.  The combination of revenues being relatively nonrecurring and not booked until the end of the quarter meant that there were few substitutes to relying on sales representatives' projections and management judgment for forecasts.  It also meant that management could not be certain about final financial results until the very end of the quarter.[147]

169.    Oracle's concentration of revenue at the end of the quarter and low levels of recurring license revenue quarter-to-quarter were consistent with industry norms.  Oracle's competitors cited the Hockey Stick Effect and the lack of recurring license sales as reasons for reliance on pipeline and conversion ratio data for forecasting and for lack of clarity about final results until the very end of the quarter.  BEA Systems, Ariba, Inc., Business Objects, S.A., Cognos,

---

[144] Deposition of Jennifer Minton, April 1, 2004, Exhibit 243, p. 9; Deposition of Jennifer Minton, July 7, 2006, p. 27; Deposition of Jennifer Minton, April 21, 2005, pp. 135-137.

[145] Deposition of Jennifer Minton, April 21, 2005, pp. 105-110; Deposition of Jeffrey Henley, March 2, 2004, pp. 116-117.

[146] Deposition of Jeffrey Henley, March 2, 2004, p. 189.

[147] Deposition of Jeffrey Henley, July 27, 2006, pp. 144-146.

*Confidential*

Inc., Hyperion Solutions Corp., i2 Technologies, Inc., Informix Corp., J.D. Edwards, PeopleSoft Inc., SAP, and Sybase all reported receiving a significant portion of their license revenue in the last week or two of the quarter.[148]   Examples include:

a.  J.D. Edwards:

*   *"[L]icense fee revenue is difficult to forecast due to its dependence on orders received and shipped in that quarter."*[149]

b.  BEA Systems:

*   *"[W]e typically receive and fulfill most of our orders within the quarter, with the substantial majority of our orders typically received in the last month of each fiscal quarter. As a result, we may not learn of revenue shortfalls until late in a fiscal quarter, after it is too late to adjust expenses for that quarter."*[150]

c.  PeopleSoft:

*   *"[W]e all know and we've all talked about the fact that the software company has two of the major dials to steer the ship, the pipeline and the conversion rate, and to some extent, it is a constant balance between keeping a high enough pipeline and a high enough conversion rate, and if you estimate what your conversion rate is going to be on your pipeline accurately, you're able to forecast quarter to quarter, and when either of the pipeline changes or the conversion rate, it can be scary."*[151]

    iii.    **Structure and Timing of Oracle's Forecasting**

170.    Oracle's forecasting process proceeded through multiple stages.  In the early stages, sales representatives' projected sales were scrutinized by sales executives and finance staff.  These sales executives made adjustments to the field forecast based on their judgment of the likelihood of closing deals in the pipeline.  At later stages, more senior executives scrutinized

---

[148]   BEA Systems, Form 10-Q for the period ending April 30, 2001, p. 21;  Ariba Inc., Form 10-Q for the period ending December 31, 2000, p. 26;  Business Objects S.A., Form 10-K for the period ending December 31, 2000, p. 27;  Cognos Incorporated, Form 10-K for the period ending February 28, 2001, p. 23;  Hyperion Solutions Corp, Form 10-Q for the period ending December 31, 2000, p. 16;  i2 Technologies Inc., Form 10-K for the period ending December 31, 2000, p. 23;  Informix Corporation, Form 10-K for the period ending December 31, 2000, p.19;  SAP Aktiengesellschaft, Form 20-F for the fiscal year ended December 31, 2000, pp. 10-11;  Sybase Inc., Form 10-K for the period ending December 31, 2000, p. 26.

[149]   J.D. Edwards 2000 10-K, filed January 11, 2001, p. 19.

[150]   BEA Systems 2000 10-K, filed May 1, 2001, pp. 19-20.

[151]   PeopleSoft earnings conference call, July 24, 2001.

*Confidential*

business unit leaders' forecasts in light of the state of possible large deals and historical conversion ratios.

### a)    Business Unit Level

171.    In general, business unit forecasts were created using a bottom-up approach that originated with the sales representatives.  Sales representatives entered deals they were working, along with the potential value and probability of closing each deal, into Oracle Sales Online (OSO).  More senior sales executives (Area and Senior Vice Presidents) scrutinized deal level forecasts and applied their own judgment in arriving at subdivision forecasts presented to their supervisors.[152]   Business unit leaders (Executive Vice Presidents, or EVPs) met and spoke with their direct reports about these forecasts. Based on these discussions, Executive Vice Presidents would apply their own judgment to the subdivision forecasts in arriving at the business unit level forecasts, which were entered into the Oracle Financial Analyzer (OFA).[153]

172.    The discussion below focuses on the process within one business unit, North American Sales (NAS).  Based on a review of depositions of Oracle personnel in other business units, forecasting proceeded in a similar manner in other business units.  An organizational chart of NAS is included immediately below as Figure 40 to facilitate the discussion that follows.

---

[152]   Deposition of Nicholas Classick, April 12, 2006, pp. 74-75, 134-137; Deposition of Jennifer Minton, April 21, 2005, pp. 110-111; Deposition of John Nugent, May 24, 2006, pp. 77-78, 81-86.

[153]   Deposition of Jennifer Minton, April 21, 2005, pp. 102-103; Deposition of George Roberts, June 22, 2006, pp. 77-78, 81-86; Deposition of David Winton, May 26, 2006, p. 148.

**Figure 40: Organizational Chart for Oracle's North American Sales Division: North American Sales (NAS)**



### b)     North American Sales (NAS)

173.   David Winton, Director of Finance for NAS, was responsible for consolidating North American sales forecasts.  He described the forecast process as:

- *"... a bottoms-up review of opportunities in the pipeline.  It would start with each individual selling line of business, and they would do that similar process up to their highest executive... an SVP at the time... Then those folks would have a similar call with their boss... George Roberts, to review their submission of the forecast..."*[154]

---

[154]  Deposition of David Winton, May 26, 2006, p. 80.

*Confidential*

174.   Each Regional Manager, Vice President and/or Senior Vice President typically had weekly (or bi-weekly) forecast reviews with their direct reports. [155]   For instance, Nic Classick, Area Vice President for the West region of General Business, NAS, had forecast calls with his Regional Managers during the quarter in which they discussed the current forecast. [156]   Classick describes these calls as follows:

- *"We would go over what their forecast amount is, both field and ISD; those are our telesales. And so then we would spend more time on the field forecast, and I would ask specific details on transactions greater than $500,000."* [157]

175.   In the latter part of the quarter Classick would ask questions about how close deals were to completion:

> *"A. ...The last month we get into more specifics, like do you have the approval in or a contract drafted.*
>
> *Q. All trying to engage whether these deals were going to come in by quarter end; is that right?*
>
> *A. Yes.*
>
> *Q. You would ask them where they saw risk in their forecast; is that right?*
>
> *A. Yes.*
>
> *Q. Now, is that for both the big deals and the deals under 500,000?*
>
> *A. Yes."* [158]

176.   The next step in the NAS forecasting hierarchy was John Nugent, Senior Vice President of General Business, NAS, who received forecasts from each of his direct reports.  Roughly every two weeks during the first two months of the quarter Nugent and his staff reviewed each line item, account, and dollar amount on the forecast.  During the last month of the quarter, they generally conducted the review on a weekly basis.  They also reviewed the data

---

[155]   Deposition of David Winton, May 26, 2006, pp. 95-96.

[156]   Deposition of Nicholas Classick, April 12, 2006, pp. 133-135.

[157]   Deposition of Nicholas Classick, April 12, 2006, p. 135.

[158]   Deposition of Nicholas Classick, April 12, 2006, p. 137.



*Confidential*

during informal phone calls throughout the quarter. This process enabled Nugent to revise the forecast with his management judgment. [159]   According to Nugent:

- *"It was ... bottom up, looking at every single deal, going through the process of understanding the elements of the deal, speaking with the individuals on these deal opportunities on a very frequent basis, and I would gain an understanding of the deals. And that's how it came up with that judgment factor. So it would be a roll-up of their numbers, with my judgment factor on top."*[160]

177.   Once Nugent completed his analyses, he passed his forecast to Winton, a finance analyst for Roberts. Roberts generally discussed these forecasts with his direct reports every two weeks during the first two months of the quarter and weekly during the last month of the quarter. They reviewed the deals in the forecasts much like Nugent did with his direct reports. [161]   According to Winton, the calls proceeded as follows:

- *"... each group would submit ... an Excel spreadsheet on a template, what they thought the forecast was for that period. They would note any changes in the forecast ... Then George [Roberts] would always like to hear about what he called the big deals... And questions would come up from George ... in terms of just where they were in the sales stage, or did they need his help ... So it's really around what's still committed, and what are the steps to close, and do you need any executive help to come in and help close them?"*[162]

178.   Roberts described the calls in the following manner, *"... you talk about the deals they are forecasting, which are the ones they committed they are going to close. And you talk about what are the other opportunities that can be upside to your forecast."*[163] In addition, *"... forecasting you got to do actively by talking to people and reviewing the opportunities and having discussions on where you are at on each key opportunity."*[164]

179.   After each call wrapped up, Roberts, Winton, and other staff would generally stay on the call and discuss what was presented, including upsides – deals that were not committed but were still considered opportunities for that quarter – and any corresponding risks. Occasionally, Roberts would ask his staff what they thought the forecasts should be based on

[159]   Deposition of John Nugent, May 24, 2006, p. 77.
[160]   Deposition of John Nugent, May 24, 2006, p. 83.
[161]   Deposition of John Nugent, May 24, 2006, pp. 92-94.
[162]   Deposition of David Winton, May 26, 2006, pp. 102-103.
[163]   Deposition of George Roberts, June 22, 2006, p. 252.
[164]   Deposition of George Roberts, June 22, 2006, p. 253.

*Confidential*

what they heard. However, "[a]t the end of the day, he determined what his forecast was going to be, and if it was the same as the roll-up of the team, we had no judgment. If it was different, he would apply judgment." [165]  Roberts' forecast was then passed along to Jennifer Minton's group for consolidation with the forecasts of other business units.

180.   Jay Nussbaum, Roberts' counterpart at OSI, elaborated on the factors management considered in developing the judgment to apply to the forecast:

- "It's a science in the minds of the finance people, it's an art form in the minds of the sales people... we had to put some judgment... we would look at the entire pipeline... and we would come up with a core baseline number for that and from that we would extrapolate the – not including the core number, what we would call the opportunity accounts that would really help us make or exceed that number... we would... go through the cycle of the sale, and ask the questions of the owner of that opportunity, CIO in a good mood these days, are they going to help us get it through the system, do they have a sense of urgency to get this done, have they done all the paperwork, is the selection process over, are we doing it with partners, without partners. So you'd have a slew of questions that you'd want to ask just to validate that there is a reality that it would happen. So from that you would pull out some deals and put it into the following quarter. And that which was left was how you would make a judgment." [166]

### c)   Jennifer Minton and the Creation of the Upside Reports

181.   Upside Reports were generated from a combination of the business unit forecasts and management judgment by Jennifer Minton and her Financial Planning and Analysis ("FP&A") personnel, including Ivgen Guner. These reports provided earnings and revenue growth estimates for each quarter. Revenues were broken down by sales division and product and compared to the current Pipeline and the Conversion Ratio from the same fiscal quarter of the previous year. The first page of an Upside Report is shown below in Figure 41, which is reproduced in larger form in Appendix D. Minton played a central role in evaluating the business units' forecasts and developing the "Upside" adjustment and "Potential" forecast. She had been involved in Oracle's forecasting process since June 1999 and remained in this role as of Oracle's 3Q FY2001. [167]

---

[165]   Deposition of David Winton, May 26, 2006, p. 148.
[166]   Deposition of Jay Nussbaum, March 23, 2004, pp. 30-34
[167]   Deposition of Jennifer Minton, April 1, 2004, Exhibit 243, pp. 7-8, Deposition of Jennifer Minton, July 7, 2006, pp. 89-91, 95.

*Confidential*

**Figure 41: Upside Report Structure**



d)    **Preparation of Upside Reports Throughout the Quarter**

182.    Up to and including 3Q FY2001, Upside Reports were created roughly every other week during the first two months of a quarter and every week during the last month of a quarter. In the final week of the quarter, Minton typically created these reports on a daily basis.[168]

183.    On Thursdays, forecasts were discussed on the Americas conference calls. Attendees included Minton, Catz, Guner, and the Americas senior sales personnel and their support staff (Nussbaum and Kopp - OSI, Sanderson and English - OPI, Roberts and Winton - NAS). At times, Henley also participated in the calls.[169]    During the calls, senior sales personnel updated call participants on any changes to their forecasts, any significant changes to the status and/or timing of large deals and whether any transactions could benefit from the

---

[168]    Deposition of Jennifer Minton, April 1, 2004, Exhibit 243, p. 14; Deposition of Jennifer Minton, April 21, 2005, p. 92.
[169]    Not all persons listed attended the calls each week. Deposition of Jennifer Minton, July 7, 2006, pp. 27-28.



*Confidential*

involvement of senior management. Each senior sales executive generally provided a forecast commitment, which included a best and worst-case scenario. [170]

184. The document packages used during these calls contained forecast and large deal data. [171]

### e) Jennifer Minton's Upside Adjustments

185. On Fridays, or early Monday mornings, Minton made adjustments to the forecast based on the information she received on the Thursday calls, as well as the knowledge garnered by her staff. [172] As of 3Q FY2001, this staff included Ivgen Guner, Lia Burke, and Roberta Ronsse. [173] In particular, Guner, who was responsible for preparing underlying forecast analyses for Minton, [174] and Minton would discuss in detail any additional forecast data that was provided in the America's conference call on Thursdays. These data could include any up-to-date information from the field organizations, such as corrections to original numbers or changes to forecasts based on recent events. Minton also compared the conversion rate (actual license revenue as a percentage of total Pipeline) from the same quarter of the previous year to the current quarter's pipeline in order to estimate the actual conversion. [175] The previous year's conversion ratio was used due to the seasonality of the business. [176] Minton felt it was necessary to make these adjustments:

- *"[t]here was, particularly within the North American sales organizations... a forecasting style... whereby nobody wanted to miss their commit forecast and they wanted to exceed it... there was pretty consistent behavior where the gentlemen in question in North America consistently exceeded their forecast, and therefore, that's why the... upside adjustments were made, so that we could get to what we really thought we were going to do in a given quarter." [177]*

---

[170] Deposition of Jennifer Minton, April 21, 2005, pp. 122-123.
[171] Deposition of Sarah Kopp, June 14, 2006, pp. 71-72, Exhibit 12.
[172] Deposition of Jennifer Minton, July 7, 2006, pp. 19-20, 25-28; Deposition of Jennifer Minton, April 21, 2005, pp. 136-137, 201-202.
[173] Deposition of Jennifer Minton, April 21, 2005, p. 107.
[174] Deposition of Jennifer Minton, April 1, 2004, pp. 205-206; Deposition of Jennifer Minton, April 1, 2004, Exhibit 243, pp. 8-9.
[175] Deposition of Jennifer Minton, April 1, 2004, Exhibit 243, pp. 7-9; Deposition of Jennifer Minton, April 21, 2005, pp. 136-137; Deposition of Jennifer Minton, July 7, 2006, pp. 20, 22, 26-27.
[176] Deposition of Jeffrey Henley, March 2, 2004, pp. 70, 149-150.
[177] Deposition of Jennifer Minton, April 21, 2005, p. 154.

*Confidential*

186.   If Minton felt that there was excessive management judgment, she would factor that into her upside number. [178]  According to Minton, upside adjustments were based on numerous factors:

- *"The upside adjustments were based on a variety of factors. One was the license pipeline conversion analysis. We would take a look at the pipeline for the same corresponding prior year period, and look at what actually closed as a percentage of the pipeline to come up with a historical pipeline conversion ratio. And we would apply that to the current pipeline in order to predict what we thought would be the actual conversion... of the pipeline for the current quarter... it... had proven to be a fairly good predictor of what our true forecast and actual reports would be."* [179]

187.   In addition:

- *"... I would take a look at a variety of data points, the pipeline conversion ratio analysis, discussions from... the various forecast calls, whether it be through the EC meetings or through the Americas forecast calls on Thursdays. I would also take into consideration the number of upside deals that were not in the forecast, and any other input that I may have received from the field regarding... the forecast... I would make the decision... in consultation with Ivgen Guner [who prepared the underlying analyses to help derive the overall upside number]... there were occasions when I would consult with Jeff Henley..."* [180]

188.   Henley corroborates this process in his deposition:

- *"[Minton and her support staff] look at the forecasting track record of these [business] units. They talk to the finance people who have information that maybe the management – they feel they're being overly optimistic... these people typically have worked for Oracle a long time. Some of them may be a little more optimistic than some. And so we try to factor that in. So there's a variety of things they try to look at to try to come to what we really think is going to happen. That's what she calls potential... her best judgment... as to what she thinks is going to happen at the time."* [181]

189.   As indicated in Figure 42, Minton's upside adjustments in 3Q FY2001, after accounting for the factors discussed above, was conservative by historical measures because upside comprised less of the Forecast license revenue (six percent) than in each prior quarter going back to 4Q FY1999 (seven – 13 percent).

---

[178]   Deposition of Jennifer Minton, March 31, 2004, pp. 98-99.
[179]   Deposition of Jennifer Minton, April 21, 2005, p. 122.
[180]   Deposition of Jennifer Minton, April 21, 2005, p. 207.
[181]   Deposition of Jeffrey Henley, March 2, 2004, p. 72.

*Confidential*

Figure 42: Initial Upside Adjustments by Quarter, 2Q FY2000 – 3Q FY2001

| | TOTAL REVENUE | TOTAL LICENSE REVENUE | OSI LICENSE REVENUE | NAS LICENSE REVENUE | OPI LICENSE REVENUE |
|---|---|---|---|---|---|
| | Total Upside as a Percentage of Total Forecast | Total License Upside as a Percentage of License Forecast | OSI License Upside as a Percentage of OSI License Forecast | NAS License Upside as a Percentage of NAS License Forecast | OPI License Upside as a Percentage of OPI License Forecast |
| 1Q FY 1999 | 4% | 9% | ... | ... | ... |
| 2Q FY 1999 | 7% | 11% | ... | ... | ... |
| 3Q FY 1999 | 3% | 6% | ... | ... | ... |
| 4Q FY 1999* | 7% | 13% | ... | ... | ... |
| 1Q FY 2000 | 10% | 27% | ... | ... | ... |
| 2Q FY 2000 | 7% | 14% | ... | ... | ... |
| 3Q FY 2000 | 7% | 19% | ... | ... | ... |
| 4Q FY 2000 | 13% | 28% | 27% | 35% | 29% |
| 1Q FY 2001 | 10% | 35% | 162% | 76% | 105% |
| 2Q FY 2001 | 6% | 16% | 30% | 47% | 45% |
| 3Q FY 2001** | 6% | 13% | 11% | 14% | 23% |

## f)    Executive Management Committee

190.   On Mondays, Minton submitted a finalized Upside Report to Henley and the rest of the Executive Management Committee, which included the CEO, Larry Ellison and Executive Vice Presidents (EVPs) Nussbaum, Sanderson, Roberts, and Catz, among others.  Some attendees, including the EVP of each business unit (Roberts, Sanderson and Nussbaum), received only a subset of the Upside Report that included license forecasts in total and by product line for their business unit. [182]

191.   Monday meetings began with a review of the forecasts. [183]  According to Minton, Ellison would "go around to each sales EVP [Executive Vice President] and ask that they provide him with an update with regard to their forecast." [184]   Henley testified that he "... grilled George Roberts and Sandy Sanderson and everybody else about how things were, and they continually came back that they weren't seeing the softness.  They read the economic report just like I did, but customers were still going to do these high ROI projects.  They felt good about making their quarter." [185]  In addition, according to Henley, "... we look painstakingly at previous years and trends... to try to figure out... is this a reasonable conversion ratio based on history." [186]  The committee would also review large deals that might close during the quarter.

---

[182]  Deposition of Jennifer Minton, April 21, 2005, pp. 104-110; Deposition of Jeffrey Henley, March 2, 2004, pp. 85-86, 116-117.

[183]  Deposition of Jennifer Minton, April 21, 2005, pp. 107-108.

[184]  Deposition of Jennifer Minton, July 7, 2006, p. 32.

[185]  Deposition of Jeffrey Henley, November 16, 2006, pp. 378-381.

[186]  Deposition of Jeffrey Henley, March 2, 2004, p. 81.

*Confidential*

g)   **Summary of Forecasting Process**

192.   Oracle's forecasting process followed a structured "bottom up" process. Sales
representatives projected their sales for the quarter. Divisional and Business unit heads
assessed these projections to create forecasts for their divisions. Jennifer Minton in turn
assessed these forecasts and created a single companywide forecast.

193.   Management judgment plays a critical role in the forecasting process. Sales
representatives tend to under-commit in their forecasts to ensure that they can deliver on their
promised revenue.[187] Moreover, in an international organization spanning six continents and
numerous countries and cultures with seven business units,[188] there will be considerable
variability in forecasting behavior. Management assessment of forecasts is essential in such
an environment to create accurate forecasts, both to identify possible deals that sales
representatives may have left out of their forecasts, assess the overall probabilities of success,
and to standardize the forecasts across business units.

194.   As I discuss below, the fact that the Potential forecast was generally larger and more
accurate than the field forecast from the sales organizations underscores the proposition that
management judgment played a critical role in creating an accurate forecast.

**C.   Historical Performance of Oracle's Forecast Process**

195.   Oracle had a solid track record of meeting analysts' expectations for quarterly earnings
per share. Of the 20 quarters during the 1995-2001 period for which three-months-ahead
consensus estimates are available, Oracle missed the consensus estimate only three times.
[*See* Figure 43.][189]

---

[187]   Simons, Robert. *Performance Measurement and Control Systems for Implementing Strategy*, Prentice Hall:
Upper Saddle River, New Jersey, 2000, p. 213.
[188]   Business unit count based on 12/11/00 upside report, NDCA-ORCL 213091-213107.
[189]   EPS values from Thomson I/B/E/S differ from the values in Oracle's 10-Qs for FY 3Q2000 and FY 4Q FY2000
because they exclude gains from sales of investments and from that of FY 1Q2001 due to rounding.



*Confidential*

**Figure 43: Oracle EPS by Quarter, Actuals and Analyst Forecasts, FY1995 – FY2002**



196.    Moreover, during the seven quarters prior to Oracle's 3Q FY2001, the Potential forecast
had been a conservative[190] predictor of actual results. Indeed, the initial Potential forecast
was always below, or in a few instances equal to, the actual results for the quarter, and closer
to actual results than the Forecast.  [*See* Figure 44.]

---

[190]   The Potential forecasted EPS was always equal to or less than actual EPS but for two instances; one instance in
1Q FY2001 in which the two were equal, and another instance in 2Q01 in which the Potential was $0.111 and
the actual was $.11.



Confidential

Figure 44: Oracle's EPS Consensus Estimates, Guidance, Forecasts and Actuals, 4Q
FY1999 – 4QFY2001



**D.      Oracle's Forecasting During its Fiscal Year Third Quarter of 2001**

**i.      Initial Forecast and Guidance**

197.    As in past quarters, Oracle's guidance to the market was based on the Potential forecast
from the Upside Report closest to the date of the company's quarterly conference call and
other factors.[191]

**ii.      Oracle's 3Q FY2001 Forecasts and Statements Were Reasonable
Given Oracle's Internal Financial Data Throughout the Quarter**

198.    The Potential forecast indicated throughout 3Q FY2001 that Oracle had a reasonable
basis for believing it would achieve its guidance.  As shown in Figure 45, Oracle's potential
forecast, reflecting Jennifer Minton's Upside adjustment, remained above 12 cents per share
until January 29, 2001, and never declined to less than 11.19 cents per share until a day
before the end of the quarter.  On January 29, the Potential forecast fell to 11.58 cents per
share, which after rounding to the nearest whole cent (as was Oracle's practice),[192]  was

---

[191] Deposition of Jennifer Minton, July 7, 2006, pp. 123-125;  Deposition of Jeffrey Henley, March 2, 2004, p. 189.
[192] Deposition of Jennifer Minton, September 25, 2006, pp. 328-329.

*Confidential*

equivalent to 12 cents per share. On February 5, the Potential forecast fell for the first time below 11.5 cents per share to 11.29 cents per share. However, the Potential forecast returned to 11.58 cents per share the next week on February 12. As of the end of the next to last week of the quarter the Potential forecast was 11.23 cents per share. The Potential forecast declined to 10.9 cents per share on February 27 and to 10.07 cents per share on February 28. Thus, the Potential forecast indicated a rounded 12 cents per share as late as two and a half weeks before the end of the quarter, and was never below 11 cents per share until the last two days of the quarter.

**Figure 45:  Oracle's Forecasted EPS, 3Q FY2001**



199.    As demonstrated in Figure 46, Oracle was ahead of where it had been during 3Q FY2000, a quarter in which they far exceeded analysts' consensus estimate, in terms of Potential forecast as a percent of market expectations, until the last two days of 3Q FY2001.

*Confidential*

**Figure 46: Potential as a Percentage of Market Expectations, 3Q FY2001 vs. 3Q FY2000**

| 3Q FY2001 Date | 3Q FY2001 Actual EPS | 3Q FY2001 Consensus Estimate | 3Q FY2001 Guidance | 3Q FY2001 Forecast | 3Q FY2001 Potential | 3Q FY2001 Potential as a Percent of Consensus Estimate | 3Q FY2000 Date | 3Q FY2000 Consensus Estimate | 3Q FY2000 Potential | 3Q FY2000 Potential as a Percent of Consensus Estimate | 3Q FY2000 Actual as a Percent of Consensus Estimate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/4/00 | 0.10 | 0.11 | 0.12 | 0.107 | 0.128 | 107% | | | | | |
| 12/12/00 | 0.10 | 0.12 | 0.12 | 0.107 | 0.128 | 107% | | | | | |
| 12/13/00 | 0.10 | 0.12 | 0.12 | 0.107 | 0.128 | 107% | 12/13/99 | 0.070 | 0.055 | 79% | 121% |
| 12/25/00 | 0.10 | 0.12 | 0.12 | 0.106 | 0.127 | 106% | | | | | |
| 1/15/01 | 0.10 | 0.12 | 0.12 | 0.106 | 0.131 | 101% | | | | | |
| 1/19/01 | 0.10 | 0.12 | 0.12 | 0.107 | 0.128 | 107% | | | | | |
| 1/22/01 | 0.10 | 0.12 | 0.12 | 0.107 | 0.121 | 100% | | | | | |
| 1/29/01 | 0.10 | 0.12 | 0.12 | 0.107 | 0.116 | 97% | 1/24/00 | 0.070 | 0.062 | 89% | 121% |
| 2/2/01 | 0.10 | 0.12 | 0.12 | 0.105 | 0.117 | 94% | | | | | |
| 2/5/01 | 0.10 | 0.12 | 0.12 | 0.105 | 0.113 | 94% | | | | | |
| 2/9/01 | 0.10 | 0.12 | 0.12 | 0.109 | 0.114 | 95% | 2/7/00 | 0.070 | 0.056 | 81% | 122% |
| 2/12/01 | 0.10 | 0.12 | 0.13 | 0.109 | 0.116 | 95% | 2/14/00 | 0.070 | 0.059 | 84% | 122% |
| 2/16/01 | 0.10 | 0.12 | 0.12 | 0.116 | 0.112 | 93% | 2/22/00 | 0.070 | 0.063 | 90% | 122% |
| 2/19/01 | 0.10 | 0.12 | 0.12 | 0.110 | 0.112 | 94% | 2/21/00 | 0.070 | 0.063 | 90% | 121% |
| 2/26/01 | 0.10 | 0.12 | 0.12 | 0.110 | 0.112 | 93% | 2/25/00 | 0.070 | 0.061 | 83% | 121% |
| 2/27/01 | 0.10 | 0.12 | 0.12 | 0.110 | 0.109 | 91% | 2/28/00 | 0.070 | 0.065 | 93% | 121% |
| 2/28/01 | 0.10 | 0.12 | 0.12 | 0.107 | 0.101 | 84% | 2/29/00 | 0.030 | 0.067 | 95% | 121% |

200.    The above data support the conclusion that Oracle was not aware of a large decline in expected revenues until the very end of the quarter.[193]   An indication that the Potential forecast might be in jeopardy occurred on Monday, February 26, 2001.  George Roberts wrote to Minton, Ellison, Henley, Catz and Winton that he was reducing his forecast by $20 million from $320 million to $300 million after receiving an e-mail from Nic Classick, an Area Vice President in North American Sales' General Business West subdivision.  This included 70 deals worth a total of $10 million that fell out of Classick's forecast over the last few days.  Seventy percent of the accounts were "new economy" with the rest "brick and mortar."[194]   Nevertheless, $20 million was approximately 1.5 percent of Oracle's forecasted license revenue for 3Q FY2001 as of February 26, 2001 (which exceeded $1.2 billion).[195]  Therefore, this information alone did not signal that Oracle would miss its guidance for the quarter.

201.    According to Nugent, Classick's superior, he felt good about achieving his forecast for the quarter:

---

[193]  For example, as of Tuesday, February 27, Sarah Kopp projected quarterly revenue of $243 million for OSI, only $7 million (less than 3 percent) below the December 11, 2000 Potential forecast for OSI.  NDCA-ORCL 300065.  Six hours later, she reduced this forecast to $225 million and then raised it to $230 million at 11:22 AM the next morning (Wednesday, February 28).  NDCA-ORCL 300067, NDCA-ORCL 003466.  Later that afternoon at 4:25 PM Kopp's projection for OSI fell to $178 million as deals at Lucent, American Electric Power, and CSFB fell though or were postponed to the next quarter.  NDCA-ORCL 003471.  The OSI forecast fell further that afternoon to $175 million.  NDCA-ORCL 003476.  During this time, the Potential forecast for OSI, which had stood at $250 million in the December 11th Upside Report, fell from $230 million on February 26th to $166 million at the end of February 28th.  Upside reports December 11, 2000, NDCA-ORCL 213091-107, February 26, 2001, NDCA-ORCL 1532944-60, February 28, 2001, NDCA-ORCL 1533006-22.

[194]  NDCA-ORCL 300208.

[195]  Upside Report February 26, 2001, NDCA-ORCL 1532944-60.

*Confidential*

- *"We didn't know what type of adjustment was going to be in the marketplace; was it going to be little, medium, large, nobody had any idea.*

  *But our current forecast that we had running up, we were secure with that, with that forecast.*

  *With that knowledge of, hey, we smell a little slowdown here, a little VC slowing down there, a little bit of this here, a little bit of that there, different market news. But, we get a lot of market news in a quarter.*

  *But all that market news doesn't affect my forecast. If all of the sudden the government says the economy is starting to pick up, I don't raise my forecast.*

  *All of the sudden new technology industry is doing so well, I don't raise my forecast in that particular technology industry. I look at my individual deals.*

  *And if I am comfortable with those individual deals, regardless of the dynamics -- if a competitor comes out with a competitive product, I don't lower my forecast.*

  *Whatever these dynamics are, I look at forecast. Are we okay with the forecast? Yes, we are fine.*

  *I felt absolutely fine with the forecast."*[196]

202.   Furthermore, a review of Big Deals over $500,000 for which a contract has been sent to a customer, provides further evidence that a positive situation deteriorated very rapidly at the very end of Oracle's 3Q FY2001—going from closing nearly three times as much revenue from Big Deals as in 3Q FY2000 and simultaneously having a pipeline of remaining Big Deals nearly double that of 3Q FY2000 on February 26, 2001 to the sudden drop the final two days of the quarter. [*See* Figure 47.]

**Figure 47:  Big Deals, 3Q FY2000 – 3Q FY2001**

| Date | Big Deals Closed | | | Unclosed Big Deals In Pipeline | | |
|---|---|---|---|---|---|---|
| | 3Q FY2000 | 3Q FY2001 | Growth from 3Q FY2000 to 3Q FY2001 | 3Q FY2000 | 3Q FY2001 | Growth from 3Q FY2000 to 3Q FY2001 |
| t - 5 | 73,000,000 | 145,000,000 | 99% | 630,000,000 | 618,000,000 | -2% |
| t - 4 | 76,000,000 | 191,000,000 | 151% | 629,000,000 | 635,000,000 | 1% |
| t - 3 | 73,000,000 | 213,000,000 | 192% | 521,000,000 | 621,000,000 | 19% |
| t - 2 | 177,000,000 | 229,000,000 | 29% | 477,000,000 | 591,000,000 | 24% |
| t - 1* | 334,000,000 | 332,000,000 | -1% | 126,000,000 | 218,000,000 | 73% |
| March 1 (t) | 366,000,000 | 420,000,000 | 15% | | | |

---

[196]   Deposition of John Nugent, May 24, 2006, pp. 272-273.

*Confidential*

### iii.   Oracle's 3Q FY2001 Guidance and Later Statements Were Reasonable Given Historical Performance

203.   Despite the decline in Oracle's forecasts over the course of 3Q FY2001 discussed above, Oracle's guidance and later statements regarding its performance in 3Q FY2001 were reasonable throughout the quarter in light of Oracle's own historical experience.

204.   As Figure 48 shows, Oracle's earnings were highly seasonal within the fiscal year, with the first fiscal quarter being the weakest and the fourth the strongest. Therefore, quarterly performance was typically compared to the same fiscal quarter of the previous year.

**Figure 48: Oracle EPS by Quarter, FY1995 – FY2002**



205.   Figure 49 shows that Oracle's third fiscal quarter growth had ranged from between 14 and 70 percent per year during the years 1995 and 2000, with an average of 38 percent. Oracle's guidance of 12 cents per share for 3Q FY2001 implied a growth rate of 41 percent, well within the historical range and close to the historical average. Moreover, the year-over-year quarterly growth rates achieved in the three previous quarters were much higher than the average over the past four years, suggesting that the forecasted quarterly growth rate for 3Q

*Confidential*

FY2001 was reasonable. Also, in every fiscal year since 1995, 3Q EPS was greater than 1Q and 2Q EPS for the same quarter, and the FY2001 forecast was consistent with this pattern. As noted in the figure above, the actual 3Q EPS was below the 2Q EPS, a very unusual event. In addition, the guidance given at the beginning of 3Q FY2001 (12.0 cents per share) was conservative—below the 12.82 cents EPS indicated by the December 11, 2000 Upside Report.

**Figure 49: Oracle Year-Over-Year EPS Growth by Quarter**



206.    At the beginning of and during the quarter, the Potential conversion ratio (the Potential forecast divided by the Pipeline) was conservative given Oracle's recent experience. At the time guidance was given (week two), the Potential conversion ratio (Potential divided by the pipeline size in the relevant week) for 3Q FY2001 was below the actually achieved conversion ratio (actual end of quarter sales divided by pipeline size in the relevant week) in all but one of the previous quarters in FY2000 and FY2001 including the actually achieved conversion ratio for 3Q FY 2000. As discussed above, the seasonality of Oracle's sales meant that comparison to the same fiscal quarter of the previous year resulted in the most useful comparisons. As the quarter evolved, the Potential conversion ratio remained below the conversion ratios actually achieved for 3Q FY 2000 in all but weeks two and eight.

*Confidential*

Although the potential conversion ratio during the first eight weeks of 3Q FY2001 at times exceeded the conversion ratios actually achieved in 3Q FY2000, 1Q FY2001 and 2Q FY2001, it remained below or equal to all of the other actually achieved conversion ratios in the previous fiscal quarters of FY2000 and FY2001. [*See* Figure 50.] Moreover, with the exception of week four, the Potential conversion ratio was always below the average of the actually achieved conversion ratios of the previous six quarters. [*See* Figure 51.]

**Figure 50: Oracle's Pipeline Conversion Ratios by Week, 1Q FY2000 – 3Q FY2001**



*Confidential*

**Figure 51: Oracle's Pipeline Conversion Ratios by Week, 3Q FY2001 vs. Historical Average**



207.    Throughout 3Q FY2001, the conversion ratio required to meet guidance in Oracle's 3Q FY2001 was similar to that realized in the third quarter of FY2000. In other words, had Oracle achieved in 3Q FY2001 the conversion ratio achieved in 3Q FY2000, it would have made approximately 12 cents per share.  This is consistent with Oracle's guidance and later statements being reasonable at the time.   [*See* Figure 52.]

*Confidential*

Figure 52: Required Pipeline Conversion Ratios to Obtain $0.12 EPS Potential Forecast, 3Q FY2001



208.     Furthermore, in six of the previous ten quarters (including 2Q FY2001, 4Q FY2000, 3Q FY2000, 4Q FY1999, 2Q1999, and 1Q FY1999) the Potential forecast had also been below guidance during an earlier part of the quarter, but Oracle nonetheless beat its guidance in each of those quarters.  In fact, in 3Q FY2000, the Potential forecast was 88 percent of the consensus EPS estimate two business days before the end of the quarter, but Oracle's actual results for the quarter ended up exceeding the estimate.[197]  By contrast, the Potential forecast never fell below 90 percent of guidance until the last day of 3Q FY2001.  [*See* Figure 45.]

209.     Given how close Oracle's forecasts remained to 12 cents per share, how Oracle had often outperformed its forecast, and how reasonable the conversion ratios were during the quarter in light of historical ratios, it was reasonable to expect throughout the quarter that Oracle would achieve its guidance in 3Q FY2001.

210.     Taking all these internal data together, it is clear that Oracle experienced a large decline in expected revenues at the very end of 3Q FY2001, and that prior to that time Oracle

---

[197]   In 3Q FY 2000, Oracle's EPS was 13 cents per share (split adjusted). However, excluding gains on sales of stock, it was 8.5 cents per share.  The latter was the basis for the analyst consensus estimate. Thomson IBES; Oracle Forms 10-Q for the periods ended February 29, 2000 and February 28, 2001.



*Confidential*

executives had reason to believe Oracle would achieve its forecasted guidance for the quarter, making Oracle's guidance and other statements reasonable when made.

## VII.   CONCLUSION

211.   At the beginning of Oracle's 3Q FY2001, during December 2000, forecasts for the U.S. economy remained positive, although modestly less so than in the past. Oracle executives recognized this development; as Henley said during the December 14 earnings call: "We believe that (the U.S. economy) is slowing down, from what we can tell."[198]   During the quarter, some macroeconomic and sector indicators improved, others remained stable, and some declined, but it was not until after the close of Oracle's 3Q FY2001 that it became clear that the U.S. economy and the enterprise software sector had experienced dramatically poorer than expected performance.

212.   Oracle's forecasting process captured the impact of macroeconomic trends affecting customers through a structured forecasting process. This process relied on executives evaluating sales representatives' forecasts of customer purchases. Oracle's executives' projections reflected customers' interest in Oracle's products and therefore were related to macroeconomic conditions. While Oracle did not base its forecast on specific macroeconomic indicators, Oracle executives were sufficiently aware of the uncertainty regarding the economy to question sales representatives' projections. In fact, it is not surprising that Oracle did not fully anticipate the recession and reflect this in its forecast. As one of the government's top economic policymakers, I myself did not accurately predict the onset of the recession. Taking that down several levels to predicting how the economy will impact individual purchase decisions by individual companies is even more difficult, and thus it is not surprising that Oracle did not anticipate a sudden drop-off in revenues in 3Q FY2001, even with a well functioning and historically accurate forecasting process.

213.   Because Oracle's license revenues, like those of its competitors, tended not to be booked until the end of the quarter and did not come from the same customers quarter to quarter, the company's precise sales for the quarter were hard to predict; nevertheless, Oracle had

---

[198]   Transcript of Oracle's 12-14-00/4:30 p.m. CT conference call, confirmation #474122, NDCA-ORCL 003215-47, NDCA-ORCL 003218.

*Confidential*

consistently met or beat expectations and had a well-functioning forecasting process. Sudden changes at the end of the quarter were difficult to anticipate, and indeed, the shortfall in Oracle's 3Q FY2001 revenues was not apparent until the very end of the quarter when sales did not materialize. In sum, Oracle's forecasting process and internal data provided a reasonable basis for Oracle's guidance and later statements regarding its performance in 3Q FY2001.

*Confidential*

Respectfully submitted,

R. Glenn Hubbard
May 25, 2007

**APPENDIX A**

*Confidential*

### ROBERT GLENN HUBBARD

*Curriculum Vitae*

15 Claremont Avenue
Apartment 63
New York, New York 10027
*Phone:* (212) 932-1347
*Fax:* (212) 864-6184
*e-mail:* rghubbard@aol.com

Graduate School of Business
Columbia University
101 Uris Hall; 3022 Broadway
New York, New York 10027
*Phone:* (212) 854-2888
*Fax:* (212) 932-0545
*e-mail:* rgh1@columbia.edu
http://www.gsb.columbia.edu/faculty/ghubbard

**PERSONAL DATA**

| | |
|---|---|
| Born: | September 4, 1958, in Orlando, Florida. |
| Marital Status: | Married to Constance Pond Hubbard. |
| | Two children, Robert Andrew Pond Hubbard |
| | and William Charles Pond Hubbard. |

**FIELDS OF SPECIALIZATION**

Public Economics, Corporate Finance and Financial Institutions, Macroeconomics, Industrial Organization, Natural Resource Economics, Public Policy.

**EDUCATION**

Ph.D., Economics, Harvard University, May 1983.
Dissertation: *Three Essays on Government Debt and Asset Markets*, supervised by Benjamin M. Friedman, Jerry A. Hausman, and Martin S. Feldstein.

A.M., Economics, Harvard University, May 1981.

B.A., B.S., Economics, University of Central Florida, June 1979, *summa cum laude*.

**HONORS AND AWARDS**

Fellow of the National Association of Business Economists, 2005.

William F. Butler Memorial Award, New York Association of Business Economists Award, 2005.

Exceptional Service Award, The White House, 2002.

Michelle Akers Award for Distinguished Service, University of Central Florida, 2001.

Alumni Hall of Fame, University of Central Florida, 2000.

Best Paper Award for Corporate Finance, Western Finance Association, 1998.

Exceptional Service Award, U.S. Department of the Treasury, 1992.

Distinguished Alumnus Award, University of Central Florida, 1991.

John M. Olin Fellowship, National Bureau of Economic Research, 1987-1988.

Teaching Commendations, Graduate School of Business, Columbia University.



**Robert Glenn Hubbard**                                          2

Northwestern University Associated Student Government Teaching Awards, announced in 1985, 1986, and 1987.

Graduate Distinctions: National Science Foundation Fellowship, Alfred P. Sloan Foundation Fellowship.

Undergraduate Distinctions: National Merit Scholarship, National Society of Professional Engineers Award, Florida Society of Professional Engineers Award, National Council of Teachers of English Award, Omicron Delta Kappa, Financial Management Association Honor Society.

## POSITIONS HELD

| | |
|---|---|
| 2004-present | Dean, Graduate School of Business, Columbia University |
| 1994-present | Russell L. Carson Professor of Economics and Finance, Graduate School of Business, Columbia University |
| 1997-present | Professor of Economics, Faculty of Arts and Sciences, Columbia University |
| 1999-2004 | Co-Director, Columbia Business School Entrepreneurship Program |
| 2004-2005 | Viewpoint Columnist, *Business Week* |
| 2004-2006 | Member, Panel of Economic Advisors, Congressional Budget Office |
| 2003-present | Featured commentator, *Nightly Business Report* |
| 2003-present | Featured commentator, *Marketplace* |
| 2001-2003 | Chairman, President's Council of Economic Advisers |
| 2001-2003 | Chairman, Economic Policy Committee, Organization for Economic Cooperation and Development |
| 2001-2003 | Member, White House National Economic Council and National Security Council |
| 2001-2003 | Member, President's Council on Science and Technology |
| 1997-1998 | Visiting Professor of Business Administration, Harvard Business School |
| 1995-present | Visiting Scholar and Director of Tax Policy Program, American Enterprise Institute |
| 1994-1997 | Senior Vice Dean, Graduate School of Business, Columbia University |
| 1994 | MCI Fellow, American Council for Capital Formation |
| 1994 | John M. Olin Visiting Professor, Center for the Study of Economy and the State, University of Chicago |
| 1991-1993 | Deputy Assistant Secretary (Tax Analysis), U.S. Department of the Treasury |
| 1988-present | Professor of Economics and Finance, Graduate School of Business, Columbia University |
| 1987-1988 | John M. Olin Fellow in residence at the National Bureau of Economic Research |
| 1983-1988 | Assistant Professor of Economics, Northwestern University, with half-time research appointment in the Center for Urban Affairs and Policy Research |
| 1985 | Visiting Scholar, Center for Business and Government, John F. Kennedy School of Government, Harvard University |



**Robert Glenn Hubbard**                                        3

1981-1983          Teaching Fellow (Department of Economics) and Resident Tutor in Economics
                   (Dunster House), Harvard University

## DIRECTORSHIPS AND BUSINESS ADVISORY BOARDS

2007-present       Met Life; Information Services Group

2006-present       Capmark Financial Corporation

2005-present       Arcapita (Senior Advisor); Chart Venture Partners (Advisor); Nomura Securities
                   (Senior Advisor)

2004-present       ADP, Inc.; KKR Financial Corporation; BlackRock Closed-End Funds; Duke
                   Realty Corporation

2003-present       ITU Ventures; Ripplewood Holdings

2004-2006          Dex Media/R.H. Donnelley

2000-2001          Angel Society, LLC; Information Technology University, LLC

## POSTS IN NON-PROFIT ORGANIZATIONS

2006-present       Member, Board of Directors, Resources for the Future

2004-present       Trustee, Economic Club of New York

2004-present       Trustee, Fifth Avenue Presbyterian Church, New York

2004-present       Member, Advisory Board, National Center on Addiction and Substance Abuse

2003-present       Member, Manhattan District Council Board, Boy Scouts of America

2003-present       Trustee, Tax Foundation

## PROFESSIONAL ACTIVITIES

1987-present       Research Associate, National Bureau of Economic Research (Monetary
                   Economics, Corporate Finance, Public Economics, Economic Fluctuations,
                   Industrial Organization)

2007-present       Member, Council on Foreign Relations

2006-present       Co-Chairman, Committee on Capital Markets Regulation

2005-present       Chairman, Panel of Academic Advisors, Alliance for Competitive Taxation

2003-present       Chairman, Panel of Academic Advisors, International Tax Policy Forum

2003-present       Member, Panel of Academic Advisors, Tax Foundation

2003-present       Member, Panel of Academic Advisors, American Council for Capital Formation

2003-present       Member, Committee of Visitors, National Science Foundation

2000               Panelist, Graduate Fellowship Selection Committee, National Science Foundation

1999-2001          Director, Project on Nonprofit Organizations, National Bureau of Economic
                   Research

**Robert Glenn Hubbard**                                    4

| | |
|---|---|
| 1997-2001 | Member, COSSA-Liaison Committee, American Economic Association |
| 1995-2001, 2003 | Visiting Scholar, American Enterprise Institute |
| 1993-2001, 2007 | Panel of Economic Advisors, Federal Reserve Bank of New York |
| 1993-2001 | Board of Advisors, Institutional Investor Project, School of Law, Columbia University |
| 1995-1999 | Member, Board of Academic Consultants, American Law Institute |
| 1997 | Member, Grants Panel for Integrative Graduate Education and Research Training Program, National Science Foundation |
| 1994-1996 | Member, Economics Grants Panel, National Science Foundation |
| 1993-1996 | Member, Federal Taxation and Finance Committee, National Tax Association |
| 1990-1995 | Co-organized research program on International Aspects of Taxation at the National Bureau of Economic Research, Cambridge, Massachusetts |
| 1995 | Member, Program Committee, American Economic Association Meeting |
| 1983-1987 | Faculty Research Fellow, National Bureau of Economic Research |
| 1983-1986 | Adjunct Faculty Research Fellow, Energy and Environmental Policy Center, John F. Kennedy School of Government, Harvard University, Cambridge, Massachusetts |
| 1986, 1988, 1994 | Member of the Brookings Panel on Economic Activity |
| 1985, 1987 | Special guest of the Brookings Panel on Economic Activity |
| 1990-1991 | Organized research program on Environmental Economics and Public Policy at the National Bureau of Economic Research, Cambridge, Massachusetts |
| 1988-1990 | Co-organized research program on Dynamic Models of Firms and Industries at the National Bureau of Economic Research, Cambridge, Massachusetts |
| 1985-1989 | Organized research program and workshops on contracting in financial markets at the Summer Institute, National Bureau of Economic Research, Cambridge, Massachusetts |
| 1988 | Organized Economic Fluctuations program on Industrial Economics and Macroeconomics, National Bureau of Economic Research, Stanford, California |
| 1986-1988 | Organized research program and workshop on links between macroeconomics and industrial organization at the Summer Institute, National Bureau of Economic Research, Cambridge, Massachusetts |
| 1991 | Member, Program Committee, Econometric Society Winter Meetings |
| 1982-1983 | Member, Energy Modeling Forum VII Study Group, Stanford University, Stanford, California |
| 1981-present, intermittently | Consultant on research projects with private corporations and government and international agencies, including the Internal Revenue Service, Social Security Administration, U.S. Department of Energy, U.S. Department of State, U.S. Department of Treasury, and U.S. International Trade Commission; National Science Foundation; The World Bank; Board of Governors of the Federal Reserve System; Federal Reserve Bank of New York; Congressional Budget Office |

**Robert Glenn Hubbard**                                  5

| | |
|---|---|
| Member: | American Economic Association, American Finance Association, Association for Public Policy and Management, Econometric Society, International Association of Energy Economists, National Tax Association, the Royal Economic Society, and the Institute for Management Science |
| Referee: | American Economic Review; Canadian Journal of Economics; Columbia Journal of World Business; Econometrica; Economic Journal; Energy Economics; Energy Journal; International Finance; International Tax and Public Finance; Journal of Business; Journal of Business and Economic Statistics; Journal of Economic History; Journal of Economic Literature; Journal of Finance; Journal of Financial Economics; Journal of Financial Intermediation; Journal of Financial and Quantitative Analysis, Journal of Financial Services Research; Journal of Industrial Economics; Journal of International Money and Finance; Journal of Law and Economics; Journal of Macroeconomics; Journal of Money, Credit, and Banking; Journal of Monetary Economics; Journal of Political Economy; Journal of Public Economics; Journal of Regulatory Economics; Journal of Small Business Finance; Management Science; National Tax Journal; Quarterly Journal of Economics; Quarterly Review of Economics and Finance; RAND Journal of Economics; Review of Economic Dynamics; Review of Economic Studies; Review of Economics and Statistics; Review of Financial Economics; Scandinavian Journal of Economics; Southern Economic Journal; National Science Foundation; C.V. Starr Center for Applied Economics (New York University); Addison-Wesley Publishing Company; Ballinger Press; Cambridge University Press; Harvard Business School Press; MIT Press; W.W. Norton; Oxford University Press |
| Associate Editor: | Journal of Macroeconomics; Journal of Small Business Finance; International Finance |
| Former Associate Editor: | Journal of Industrial Economics, Federal Reserve Bank of New York Economic Policy Review; International Tax and Public Finance; National Tax Journal |

## PUBLICATIONS AND PAPERS

### Edited Volumes

*Transition Costs of Fundamental Tax Reform* (with K.A. Hassett), Washington, DC: AEI Press, 2001

*Inequality and Tax Policy* (with K.A. Hassett), Washington, DC: AEI Press, 2001

*Effects of Taxation on Multinational Corporations* (with M. Feldstein and J.R. Hines), Chicago: University of Chicago Press, 1995.

*Taxing Multinational Corporations* (with M. Feldstein and J. R. Hines), Chicago: University of Chicago Press, 1995.

*Studies in International Taxation* (with A. Giovannini and J. B. Slemrod), Chicago: University of Chicago Press, 1993.

*Financial Markets and Financial Crises*, Chicago: University of Chicago Press, 1991.

*Asymmetric Information, Corporate Finance, and Investment*, Chicago: University of Chicago Press, 1990.

### Books

*Healthy, Wealthy, and Wise* (with J.F. Cogan and D.P. Kessler), Washington AEI Press, 2005.

### Textbooks

*Principles of Economics* (with A.P. O'Brien), Prentice Hall, 2006.

Robert Glenn Hubbard                                   6

*Money, the Financial System, and the Economy*, Reading: Addison-Wesley Publishing Company, 1st ed., 1994; 2nd ed., 1997; 3rd ed., 2000; 4th ed., 2002; 5th ed., 2004; 6th ed., 2007, forthcoming.

## Publications

### Articles

"To Bundle or Not to Bundle: Firms' Chorus Under Pine Building" (with A. Saha and J. Lee), *International Journal of the Economics of Business*, forthcoming.

"Entrepreneurship and Household Saving." (with W.M. Gentry), *Advances in Economic Analysis and Policy*, forthcoming.

"The Effects of Progressive Income Taxation on Job Turnover." (with W.M. Gentry), *Journal of Public Economics*, forthcoming.

"Precautionary Savings and the Governance of Nonprofit Organizations" (with R. Fisman), *Journal of Public Economics*, forthcoming.

"Government Debt and Interest Rates" (with E. Engen), in M. Gertler and K. Rogoff, *NBER Macroeconomics Annual 2004*, Cambridge: MIT Press, 2005.

"Taxing Multinationals" (with M. Devereux), *International Taxation and Public Finance* 10(2003):469-487.

"The Effect of the Tax Reform Act of 1986 on the Location of Assets in Financial Services Firms" (with R. Altshuler), *Journal of Public Economics*, 87 (January 2003):109-127.

"The Role of Nonprofit Endowments" (with R. Fisman), in E. Glaeser, ed., *The Governance of Not-For-Profit Organizations*, Chicago: University of Chicago Press, 2003.

"Are There Bank Effects in Borrowers' Costs of Funds?: Evidence from a Matched Sample of Borrowers and Banks" (with K.N. Kuttner and D.N. Palia), *Journal of Business* 75 (October 2002): 559-581.

"Are Dividend Taxes and Imputation Credits Capitalized in Share Values?" (with T.S. Harris and D. Kemsley), *Journal of Public Economics* 79 (March 2001): 569-596.

"Tax Policy and Entrepreneurial Entry" (with W.M. Gentry), *American Economic Review* 90 (May 2000).: 283-287.

"Understanding the Determinants of Managerial Ownership and the Link Between Ownership and Performance" (with C.P. Himmelberg and D. Palia), *Journal of Financial Economics* 53 (1999): 353-384.

"A Reexamination of the Conglomerate Merger Wave in the 1960s" (with D. Palia), *Journal of Finance* 54 (June 1999): 1131-1152.

"Inflation and the User Cost of Capital: Does Inflation Still Matter?" (with D. Cohen and K.A. Hassett), in M. Feldstein, ed., *The Costs and Benefits of Achieving Price Stability*, Chicago: University of Chicago Press, 1999.

"Are Investment Incentives Blunted by Changes in Prices of Capital Goods?: International Evidence" (with K.A. Hassett), *International Finance* 1 (October 1998): 103-125.

"Capital-Market Imperfections and Investment," *Journal of Economic Literature* 36 (March 1998): 193-225.

"Fundamental Tax Reform and Corporate Financial Policy" (with W.M. Gentry), in J.M. Poterba, ed., *Tax Policy and the Economy*, volume 12, Cambridge: MIT Press, 1998.

Robert Glenn Hubbard                                    7

"Distributional Implications of Introducing a Broad-Based Consumption Tax" (with W.M. Gentry), in J.M. Poterba, ed., *Tax Policy and the Economy*, volume 11, Cambridge: MIT Press, 1997.

"How Different Are Income and Consumption Taxes?," *American Economic Review* 87 (May 1997): 138-142.

"Tax Policy and Investment," (with K.A. Hassett), in A.J. Auerbach, ed., *Fiscal Policy: Lessons from Economic Research*, Cambridge: MIT Press, 1997.

"Assessing the Effectiveness of Saving Incentives" (with J. Skinner), *Journal of Economic Perspectives* 10 (Fall 1996): 73-90.

"The Political Economy of Branching Restrictions and Deposit Insurance: A Model of Monopolistic Competition Among Small and Large Banks" (with N. Economides and D. Palia), *Journal of Law and Economics* 39 (October 1996): 667-704.

"Tax Reforms and Investment: A Cross-Country Comparison" (with J.G. Cummins and K.A. Hassett), *Journal of Public Economics* 62 (1996): 237-273.

"Benefits of Control, Managerial Ownership, and the Stock Returns of Acquiring Firms" (with D. Palia), *RAND Journal of Economics* 26 (Winter 1995): 782-792.

"Executive Pay and Performance: Evidence from the U.S. Banking Industry" (with D. Palia), *Journal of Financial Economics* 39 (1995): 105-130.

"Tax Policy, Internal Finance, and Investment: Evidence from the Undistributed Profits Tax of 1936-1937" (with C. Calomiris), *Journal of Business* 68 (October 1995): 443-482.

"A Reconsideration of Investment Behavior Using Tax Reforms as Natural Experiments" (with J.G. Cummins and K.A. Hassett), *Brookings Papers on Economic Activity* (1994:2): 1-59.

"Precautionary Saving and Social Insurance" (with J. Skinner and S. Zeldes), *Journal of Political Economy* 105 (April 1995): 360-399.

"Expanding the Life-Cycle Model: Precautionary Saving and Public Policy" (with J. Skinner and S. Zeldes), *American Economic Review* 84 (May 1994): 174-179.

"The Tax Sensitivity of Foreign Direct Investment: Evidence from Firm-Level Panel Data" (with J. Cummins), in M. Feldstein, J.R. Hines, and R.G. Hubbard, eds., *Effects of Taxation on Multinational Corporations*, Chicago: University of Chicago Press, 1995.

"International Adjustment Under the Classical Gold Standard: Evidence for the U.S. and Britain, 1879-1914" (with C. Calomiris), in T. Bauoumi, B. Eichengreen, and M. Taylor, eds., *Modern Perspectives on the Gold Standard*, Cambridge: Cambridge University Press, 1995.

"Internal Finance and Firm-Level Investment" (with A. Kashyap and T. Whited), *Journal of Money, Credit, and Banking* 27 (August 1995): 683-701.

"Do Tax Reforms Affect Investment?" (with J.G. Cummins and K.A. Hassett), in J.M. Poterba, ed., *Tax Policy and the Economy*, vol. 9, Cambridge: MIT Press, 1995.

"The Importance of Precautionary Motives for Explaining Individual and Aggregate Saving" (with J. Skinner and S. Zeldes), *Carnegie-Rochester Conference Series on Public Policy* 40 (June 1994): 59-126.

"Corporate Financial Policy, Taxation, and Macroeconomic Risk" (with M. Gertler), *RAND Journal of Economics* 24 (Summer 1993): 286-303.

"Internal Net Worth and the Investment Process: An Application to U.S. Agriculture" (with A. Kashyap), *Journal of Political Economy* 100 (June 1992): 506-534.

"Long-Term Contracting and Multiple-Price Systems" (with R. Weiner), *Journal of Business* 65 (April 1992): 177-198.

"Efficient Contracting and Market Power: Evidence from the U.S. Natural Gas Industry" (with R. Weiner), *Journal of Law and Economics* 34 (April 1991): 25-67.

"Interest Rate Differentials, Credit Constraints, and Investment Fluctuations" (with M. Gertler and A. Kashyap), in R.G. Hubbard, ed., *Financial Markets and Financial Crises*, Chicago: University of Chicago Press, 1991.

"Taxation, Corporate Capital Structure, and Financial Distress" (with M. Gertler), in L.H. Summers, ed., *Tax Policy and the Economy*, volume 4, Cambridge: MIT Press, 1990.

"Firm Heterogeneity, Internal Finance, and Credit Rationing" (with C. Calomiris), *Economic Journal* 100 (March 1990): 90-104.

"Coming Home to America: Dividend Repatriations in U.S. Multinationals" (with J. Hines), in A. Razin and J.B. Slemrod, eds., *Taxation in the Global Economy*, Chicago: University of Chicago Press, 1990.

"Price Flexibility, Credit Availability, and Economic Fluctuations: Evidence from the U.S., 1894-1909" (with C. Calomiris), *Quarterly Journal of Economics* 104 (August 1989): 429-452.

"Financial Factors in Business Fluctuations" (with M. Gertler), in Federal Reserve Bank of Kansas City, *Financial Market Volatility--Causes, Consequences, and Policy Responses*, 1989.

"Contracting and Price Adjustment in Commodity Markets: Evidence from Copper and Oil" (with R. Weiner), *Review of Economics and Statistics* 71 (February 1989): 80-89.

"Financing Constraints and Corporate Investment" (with S. Fazzari and B.C. Petersen), *Brookings Papers on Economic Activity*, 1988:1: 141-195; Reprinted in Z.J. Acs, ed., *Small Firms and Economic Growth*, Cheltenham, U.K.: Edward Elgar Publishing Ltd , 1995.

"Investment, Financing Decisions, and Tax Policy" (with S. Fazzari and B.C. Petersen), *American Economic Review* 78 (May 1988): 200-205.

"Market Structure and Cyclical Fluctuations in U.S. Manufacturing" (with I. Domowitz and B.C. Petersen), *Review of Economics and Statistics* 70 (February 1988): 55-66.

"Capital Market Imperfections and Tax Policy Analysis in the Life-Cycle Model" (with K. Judd), *Annales d' Economie et de Statistique* 9 (January-March 1988): 111-139.

"Social Security and Individual Welfare: Precautionary Saving, Borrowing Constraints, and the Payroll Tax" (with K. Judd), *American Economic Review* 77 (September 1987): 630-646.

"Oligopoly Supergames: Some Empirical Evidence on Prices and Margins" (with I. Domowitz and B.C. Petersen), *Journal of Industrial Economics* 36 (June 1987): 379-398.

"Uncertain Lifetimes, Pensions, and Individual Saving," in Zvi Bodie, John B. Shoven, and David A. Wise (eds.), *Issues in Pension Economics,* Chicago: University of Chicago Press, 1987, pp. 175-205.

"The Farm Debt Crisis and Public Policy" (with C. Calomiris and J. Stock), *Brookings Papers on Economic Activity*, 1986:2: 441-479.

"Liquidity Constraints, Fiscal Policy, and Consumption" (with K. Judd), *Brookings Papers on Economic Activity*, 1986:1: 1-50.

"The Intertemporal Stability of the Concentration-Margins Relationship" (with I. Domowitz and B.C. Petersen), *Journal of Industrial Economics* 35 (September 1986): 13-34.

"Pension Wealth and Individual Saving: Some New Evidence," *Journal of Money, Credit, and Banking* 18 (May 1986): 167-178.

"Supply Shocks and Price Adjustment in the World Oil Market," *Quarterly Journal of Economics* 101 (February 1986): 85-102.

"Regulation and Long-Term Contracts in U.S. Natural Gas Markets" (with R. Weiner), *Journal of Industrial Economics* 35 (September 1986): 51-71.

"Business Cycles and the Relationship Between Concentration and Price-Cost Margins" (with I. Domowitz and B.C. Petersen), *RAND Journal of Economics* 17 (Spring 1986): 1-17.

"Inventory Optimization in the U.S. Petroleum Industry: Empirical Analysis and Implications for Energy Emergency Policy" (with R. Weiner), *Management Science* 32 (July 1986): 773-790.

"Social Security, Liquidity Constraints, and Pre-Retirement Consumption," *Southern Economic Journal* 51 (October 1985): 471-484.

"Personal Taxation, Pension Wealth, and Portfolio Composition," *Review of Economics and Statistics* 67 (February 1985): 53-60.

"Industry Margins and the Business Cycle: Some New Microeconomic Evidence" (with I. Domowitz and B.C. Petersen), *Economics Letters* 19 (1985): 73-77.

"Oil Supply Shocks and International Policy Coordination" (with R. Weiner), *European Economic Review* 30 (February 1986): 91-106.

"Do IRAs and Keoghs Increase Saving?," *National Tax Journal* 37 (March 1984): 43-54.

*The Financial Impacts of Social Security: A Study of Effects on Household Wealth Accumulation and Allocation, in Monograph Series in Finance and Economics*, New York University, 1983.

### Writings on Public Policy

"Overview of the Japanese Deficit Question," (with Takatoshi Ito), forthcoming.

"The U.S. Current Account Deficit and Public Policy," *Journal of Policy Modeling*, forthcoming.

"Making Markets Work," (with J.F. Cogan and D.P. Kessler), *Health Affairs* 24 (November/December 2005): 1447-1457.

*How Capital Markets Enhance Economic Performance and Facilitate Job Creation* (with W.C. Dudley), New York: Goldman Sachs Markets Institute, 2004.

"Would a Consumption Tax Favor the Rich?" In A.J. Auerbach and K.A. Hassett, eds., *Toward Fundamental Tax Reform*. Washington, DC: AEI Press, 2005.

"The Economist as Public Intellectual," *Journal of Economic Education* 35 (Fall 2004): 391-394.

"Success Taxes, Entrepreneurship, and Innovation," (with W.M. Gentry), in *Innovation and the Economy*, volume 5, forthcoming.

"Tax Policy and International Competitiveness," *Taxes-The Tax Magazine* (March 2004):233-241.

"Capital-Market Imperfections, Investment, and the Monetary Transmission Mechanism," in Heinz Hermann, ed., *Investing for the Future*. Frankfurt: Deutsche Bundesbank, 2001.

"The Growth of Institutional Stock Ownership: A Promise Unfulfilled,"(with F.R. Edwards), *Journal of Applied Corporate Finance* 13 (Fall 2000): 92-104.

"Telecommunications, the Internet, and the Cost of Capital," in Ingo Vogelsang and Benjamin Compaine, eds., *The Internet Upheaval*, Cambridge: MIT Press, 2000.

"Federal Deposit Insurance: Economic Efficiency or Politics?" (with N. Economides and D. Palia), *Regulation* 22 (1999): 15-17.

*Institutional Investors and Corporate Behavior* (with G. R. Downes, Jr. and E. Houminer), Washington, D.C., American Enterprise Institute, 1999.

**Robert Glenn Hubbard**                                        10

*The Magic Mountain: Is There a Budget Surplus?* (with K.A. Hassett), Washington, D.C.: American Enterprise Institute, 1999.

*Medical School Financing and Research: Problems and Policy Options*, Washington, D.C.: American Enterprise Institute, 1999.

"The Golden Goose: Understanding (and Taxing) the Saving of Entrepreneurs", in Gary D. Libecap, ed., *Advances in the Study of Entrepreneurship, Innovation, and Growth*, volume 10, Greenwich: JAI Press, 1998.

"U.S. Tax Policy and Multinational Corporations: Incentives, Problems, and Directions for Reform," in Dale W. Jorgenson and James M. Poterba, eds., *Borderline Case: International Tax Policy, Corporate Research and Development, and Investment*, Washington, D.C.: National Research Council, 1998.

"Distributional Tables and Tax Policy," in David F. Bradford, ed., *Distributional Analysis of Tax Policy*, Washington, D.C.: AEI Press, 1995.

"Is There a 'Credit Channel' for Monetary Policy?," *Federal Reserve Bank of St. Louis Review* 77 (May/June 1995): 63-77.

"U.S. Tax Policy and Foreign Direct Investment: Incentives, Problems, and Reform," *Tax Policy and Economic Growth*, Washington, DC: American Council for Capital Formation, 1995.

"The Use of 'Distribution Tables' in the Tax Policy Process," *National Tax Journal* 46 (December 1993): 527-537.

"Securities Transactions Taxes: Tax Design, Revenue, and Policy Considerations," *Tax Notes* (November 22, 1993): 985-1000.

"Corporate Tax Integration: A View from the Treasury Department," *Journal of Economic Perspectives* (Winter 1993): 115-132; reprinted in P. Roberti, ed., *Financial Markets and Capital Income Taxation in a Global Economy*, Amsterdam: North-Holland, 1998.

"The President's 1992 Health Care White Paper: An Economic Perspective," *National Tax Journal* 45 (September 1992): 347-356.

"Household Income Changes Over Time: Some Basic Questions and Facts," *Tax Notes* (August 24, 1992).

"Household Income Mobility During the 1980s: A Statistical Assessment Based on Tax Return Data" (with J. Nunns and W. Randolph), *Tax Notes* (June 1, 1992).

"Debt Renegotiation," *Institutional Investor* 24 (June 1990).

"Petroleum Regulation and Public Policy" (with R. Weiner), in Leonard Weiss and Michael Klass (eds.), *Regulatory Reform: What Actually Happened*, Boston: Little, Brown, and Company, 1986.

"Natural Gas: The Regulatory Transition" (with R. Braeutigam), in Leonard Weiss and Michael Klass (eds.), *Regulatory Reform: What Actually Happened*, Boston: Little, Brown, and Company, 1986.

"Natural Gas Contracting in Practice: Evidence from the United States" (with R. Weiner), in Michael Hoel and Bruce Wolman (eds.), *Natural Gas Markets and Contracts, Contributions to Economic Analysis Series*, North-Holland, 1986.

"Contracting and Regulation Under Uncertainty: The Natural Gas Market" (with R. Weiner), in John P. Weyant and Dorothy B. Sheffield (eds.), *The Energy Industries in Transition: 1985-2000*, Boulder: Westview Press, 1985.

"Oil and OECD Economies: Measuring Stockpile Coordination Benefits" (with J. Marquez and R. Weiner), in Mark Baier (ed.), *Energy and Economy: Global Interdependencies*, Bonn: Gesellschaft für Energiewissenschaft und Energiepolitik, 1985.



Robert Glenn Hubbard                    11

"Managing the Strategic Petroleum Reserve: Energy Policy in a Market Setting" (with R. Weiner), *Annual Review of Energy* 10 (1985): 339-359.

"Modeling Oil Price Fluctuations and International Stockpile Coordination" (with R. Weiner), *Journal of Policy Modeling* 7 (Summer 1985): 339-359.

"Crude Oil Trading and Price Stability" (with R. Weiner), in William F. Thompson and David J. De Angelo (eds.), *World Energy Markets: Stability or Cyclical Change*, Boulder: Westview Press, 1985.

"Energy Price Shocks, Inflation, and Economic Activity: Simulation Results of the Hubbard-Fry Model", in Bert Hickman and Hillard Huntington (eds.), *Macroeconomic Impact of Oil Supply Shocks: Report of the Energy Modeling Forum VII Project*, 1985.

"Drawing Down the Strategic Petroleum Reserve: The case for Selling Futures Contracts" (with S. Devarajan), in Alvin Alm and Robert Weiner (eds.), *Oil Shock: Policy Response and Implementation*, Cambridge: Ballinger Press, 1983.

"Government Stockpiles in a Multi-Country World: Coordination versus Competition" (with R. Weiner), in Alvin Alm and Robert Weiner (eds.), *Oil Shock: Policy Response and Implementation*, Cambridge: Ballinger Press, 1983.

"The 'Sub-Trigger' Crisis: An Economic Analysis of Flexible Stock Policies" (with R. Weiner), *Energy Economics* 5 (July 1983): 178-189.

"Temporary Tax Reductions as Responses to Oil Shocks," in Alvin Alm and Robert Weiner (eds.), *Oil Shock: Policy Response and Implementation*, Cambridge: Ballinger Press, 1983.

"Policy Analysis with Your Hands Tied: The Case of Disruption Tariff Under Oil Price Controls," in Fred S. Roberts (ed.), *Energy Modeling IV: Planning for Energy Disruptions*, Institute of Gas Technology, 1982.

## Comments, Notes, and Reviews

"Comment" on A.J. Auerbach, "The Choice Between Income and Consumption Tax: A Primer," in A.J. Auerbach and D. Shaviro, eds., *Essays In Honor of David Bradford*, forthcoming.

"Pay Without Performance: A Market Equilibrium Critique," *Journal of Corporation Law* 30 (Summer 2005): 717-720

"Financing Constraints and Corporate Investment: Response to Kaplan and Zingales," *Quarterly Journal of Economics* 115 (May 2000): 695-705.

"Comment" on Charles Hadlock, Joel Houston, and Michael Ryngaert, "The Role of Managerial Incentives in Bank Acquisitions," *Journal of Banking and Finance* 23 (1999): 250-254.

"Comment" on D.H. Moss, "Courting Disaster?: The Transformation of Federal Disaster Policy Since 1903," in K.A. Froot, ed., *The Financing of Catastrophic Risk*, Chicago: University of Chicago Press, 1999.

"Market for Corporate Control" (with D. Palia), in P. Newman, ed., *The New Palgrave Dictionary of Economics and the Law*, London: Macmillan, 1998.

"Comment" on Joseph Peek and Eric Rosengren, "Do Monetary Policy and Regulatory Policy Affect Bank Loans?" in *Is Bank Lending Important for the Transmission of Monetary Policy?* Federal Reserve Bank of Boston, Conference Series (Proceedings) 39 (1995): 47-79.

"Introduction," in M. Feldstein, J.R. Hines, and R.G. Hubbard, eds., *Effects of Taxation on Multinational Corporations*, Chicago: University of Chicago Press, 1995.

"Introduction," in M. Feldstein, J.R. Hines, and R.G. Hubbard, eds., *Taxing Multinational Corporations*, Chicago: University of Chicago Press, 1995.

Robert Glenn Hubbard                          12

"Investment Under Uncertainty: Keeping One's Options Open," *Journal of Economic Literature* 32 (December 1994): 1794-1807.

"Introduction," in A. Giovannini, R.G. Hubbard, and J. Slemrod, eds., *Studies in International Taxation*, Chicago: University of Chicago Press, 1993.

"Comment" on G. Peter Wilson, "The Role of Taxes in Location and Source Decisions," in A. Giovannini, R.G. Hubbard, and J.B. Slemrod, eds., *Studies in International Taxation*, Chicago: University of Chicago Press, 1993.

"Market Structure and Cyclical Fluctuations in U.S. Manufacturing: Reply" (with I. Domowitz and B.C. Petersen), *Review of Economics and Statistics*, 1993.

"Introduction," in R.G. Hubbard, ed., *Financial Markets and Financial Crises*, Chicago: University of Chicago Press, 1991.

"Introduction," in R.G. Hubbard, ed., *Asymmetric Information, Corporate Finance, and Investment*, Chicago: University of Chicago Press, 1990.

"Comment" on Alberto Giovannini and James R. Hines, Jr., "Capital Flight and Tax Competition: Are There Viable Solutions to Both Problems?," in A. Giovannini and C. Mayer, eds., *European Financial Integration*, London: Centre for Economic Policy Research, 1990.

"Comment" on Roger H. Gordon and Jeffrey K. MacKie-Mason, "Effects of the Tax Reform Act of 1986 on Corporate Financial Policy and Organizational Form," in J.B. Slemrod, ed., *Do Taxes Matter?: Economic Impacts of the Tax Reform Act of 1986*, Cambridge: MIT Press, 1990.

"Comment" on James M. Poterba, "Tax Policy and Corporate Saving," *Brookings Papers on Economic Activity*, 1987:2.

"Comment" on Robert E. Hall, "Market Structure and Macro Fluctuations," *Brookings Papers on Economic Activity*, 1986:2.

"Comment" on Alan S. Blinder and Angus Deaton, "The Time-Series Consumption Function Revisited," *Brookings Papers on Economic Activity*, 1985:2.

"Comment" on Benjamin S. Friedman and Mark Warshawsky, "The Cost of Annuities: Implications for Saving Behavior and Bequests," in Zvi Bodie, John Shoven, and David Wise (eds.), *Pensions in the U.S. Economy*, Chicago: University of Chicago Press, 1987.

"Energy Security: Book Reviews," *Energy Journal* 4 (April 1983).

"When the Oil Spigot is Suddenly Turned Off: Some Further Thoughts" (with R. Weiner), *Journal of Policy Analysis and Management* 2 (Winter 1983).

**Submitted Papers and Working Papers**

"Competition and Shareholder Fees in the Mutual Fund Industry: Evidence and Implications for Policy" (with J. Coates), Mimeograph, Columbia University, 2006

"Tax Policy and Entry into Entrepreneurship" (with W.M. Gentry), Mimeograph, Columbia University, 2001.

"Tax Policy and Wage Growth" (with W. M. Gentry), Mimeograph, Columbia University, 2001.

"Investor Protection, Ownership, and Investment" (with C.P. Himmelberg and I. Love), Mimeograph, Columbia University, 2000.

"Incentive Pay and the Market for CEOs: An Analysis of Pay-for-Performance Sensitivity" (with C.P. Himmelberg), Mimeograph, Columbia University, 2001.

"Noncontractible Quality and Organizational Form in the U.S. Hospital Industry," (with K.A. Hassett), Mimeograph, Columbia University, 1999.

"Corporate Payouts and the Tax Price of Corporate Retentions: Evidence from the Undistributed Profits Tax of 1936-37" (with P. Reiss),Working Paper No. 3111, National Bureau of Economic Research, September 1989.

"Market Structure, Durable Goods, and Cyclical Fluctuations in Markups" (with I. Domowitz and B. Petersen), Mimeograph, Northwestern University, 1987.

"Finite Lifetimes, Borrowing Constraints, and Short-Run Fiscal Policy" (with K. Judd), Working Paper No. 2158, National Bureau of Economic Research, 1987.

## GRANTS RECEIVED

"Institutional Investors, Boards of Directors, and Corporate Governance," Korn/Ferry, 1997.

"An Economic Analysis of Saving Incentives," Securities Industry Association, 1994, with Jonathan Skinner.

"Securities Transactions Taxes: Tax Design, Revenue, and Policy Considerations," Catalyst Institute, 1993.

"Precautionary Saving in the U.S. Economy," Bradley Foundation, 1989-1990, with Jonathan Skinner and Stephen Zeldes.

"Taxation, Corporate Leverage, and Financial Distress," Garn Institute for Finance, 1989-1990.

"Precautionary Saving in a Dynamic Model of Consumption and Labor Supply," National Science Foundation (Economics Group SES-8707997), 1987-1989, with Jonathan Skinner and Stephen Zeldes.

"Industrial Behavior and the Business Cycle: A Panel Data Study of U.S. Manufacturing," National Science Foundation (Economics Group SES-8420152), 1985-1987, with Ian Domowitz and Bruce Petersen.

"Efficient Contracting and Market Power: Evidence from the U.S. Natural Gas Market," Transportation Center, Northwestern University, Summer 1985.

"Constructing a Panel Data Base for Studies of U.S. Manufacturing," University Research Grants Committee, Northwestern University, 1985-1986.

"Economic Analysis of Multiple-Price Systems: Theory and Application, "National Science Foundation (Regulatory Analysis and Policy Group, SES-8408805), 1984-1985.

"Contracting and Price Adjustment in Product Markets," University Research Grants Committee, Northwestern University, 1983-1984.

## PAPERS PRESENTED

### University Seminars

Bard College, University of Bergamo, University of California (Berkeley), University of California (Los Angeles), University of California (San Diego), Carleton, University of Chicago, Columbia, University of Dubuque, Emory, University of Florida, University of Central Florida, Florida Atlantic University, George Washington, Georgetown, Harvard, Hendrix College, University of Illinois, Indiana University, Johns Hopkins, Laval, Lehigh, University College (London), University of Kentucky, London School of Economics, MIT, University of Maryland, University of Miami, Miami University, University of Michigan, University of Minnesota, New York University, Northwestern, Oxford, University of Pennsylvania, Princeton, Rice, University of Rochester, Stanford, Syracuse, University of Miami, University of Texas, Texas Tech University, Tufts, University of Virginia, University of Wisconsin (Madison), University of Wisconsin (Milwaukee), Virginia Tech, and Yale.

### Conference Papers Presented

Robert Glenn Hubbard

14

American Council for Capital Formation, Washington, DC, June 1994.

American Economic Association, Boston, 2006; Philadelphia, 2005; San Diego January 2004; Atlanta, January 2002; New Orleans, January 2001; Boston, January 2000; New York, January 1999; New Orleans, January 1997; San Francisco, January 1996; Washington, D.C., January 1995; Boston, January 1994; Anaheim, January 1993; Washington D.C., December 1990; Atlanta, December 1989; New York, December 1988; Chicago, December 1987; New Orleans, December 1985; Dallas, December 1984.

American Enterprise Institute, Conference on Corporate Taxation, 2006; Conference on Multinational Corporations, 2004, 2003; Conference on Multinational Corporations, February 1999; Conference on Income Inequality, January 1999; Conference on Transition Costs of Fundamental Tax Reform, November 1998; Conference Series on Social Insurance Reform, 1997-1998; Conference Series on Fundamental Tax Reform, 1995-1998; Conference on Distributional Analysis of Tax Policies, Washington, D.C., December 1993.

American Finance Association, San Diego, January 2004; Boston, January 2000; New York, January 1999; New Orleans, January 1997.

Association of Environmental and Resource Economists, Dallas, December 1984; San Francisco, December 1983.

Association of Public Policy Analysis and Management, New Orleans, October 1984; Philadelphia, October 1983.

Bipartisan Commission on Entitlement and Tax Reform, Washington, DC, June 1994.

Brookings Panel on Economic Activity, September 1994, April 1988, September 1987, September 1986, April 1986, September 1985.

Centre for Economic Policy Research Conference on Capital Taxation and European Integration, London, September 1989.

Conference on International Perspectives on the Macroeconomic and Microeconomic Implications of Financing Constraints, Centre for Economic Policy Research, Bergamo, Italy, October 1994.

Congressional Research Service Conference for New Members of Congress, Williamsburg, January 1999.

Congressional Research Service Conference for Members of the Ways and Means Committee, Baltimore, October 2001.

Deutsche Bundesbank Conference on Investing for the Future, Frankfurt, Germany, May 2000.

Eastern Economic Association, Boston, March 1988; Boston, February 1983.

Econometric Society, New Orleans, January 1997; San Francisco, January 1996; Washington, D.C., January 1995; New Orleans, January 1992; Washington, December 1990; Atlanta, December 1989; New York, December 1988; Chicago, December 1987; New Orleans, December 1986; New York, December 1985; Boston, August 1985; Madrid, September 1984; San Francisco, December 1983; Pisa, August 1983.

Energy Modeling Forum, Stanford University, August 1983; February 1983; August 1982.

European Commission, Conference on Taxation of Financial Instruments, Milan, June 1998.

European Institute for Japanese Studies, Tokyo, September 2002, March 2002.

Federal Reserve Bank of Boston, Annual Economic Conference, North Falmouth, Massachusetts, June 1995.

Federal Reserve Bank of Kansas City Symposium on "Financial Market Volatility – Causes, Consequences, and Policy Responses," Jackson Hole, Wyoming, August 1988; Comment of Rogoff, August 2004.

Federal Reserve Bank of New York, Conference on Consolidation of the Financial Services Industry, New York, March 1998.

Federal Reserve Bank of Philadelphia Conference on Economic Policy, Philadelphia, November 2001.

Federal Reserve Bank of St. Louis, Conference on Economic Policy, St. Louis, October 1994.

Harvard Law School U. S.-Japan Symposium, Tokyo, December 2003; Washington, D. C., September 2002; Tokyo, December 2001.

Hoover Institution, Conference on Fundamental Tax Reform, December 1995.

The Institute of Gas Technology, Washington, DC, May 1982.

The Institute of Management Science/Operations Research Society of America, Orlando, November 1983; Chicago, April 1983.

International Association of Energy Economists, Boston, November 1986; Philadelphia, December 1985; Bonn, June 1985; San Francisco, November 1984; Washington, DC, June 1983; Denver, November 1982; Cambridge (England), June 1982; Houston, November 1981.

International Conference on the Life Cycle Model, Paris, June 1986.

International Institute of Public Finance, Innsbruck, August 1984.

International Seminar on Public Economics, Amsterdam, April 1997.

National Academy of Sciences, February 1997.

National Association of Business Economists, Orlando, September 2003; Washington, September 2002; New York, September 2001; Boston, September 1996; Dallas, September 1992; New Orleans, October 1987.

National Bureau of Economic Research - IMEMO Conference on the American Economy, Moscow, August 1989.

National Bureau of Economic Research Summer Institute, August 2005; July-August 2003; July-August 2000; July-August 1999; July-August 1998; August 1997; July 1995; July 1994; July 1993; August 1992; July-August 1991; July-August 1990; July-August 1989; July-August 1988; July-August 1987; July-August 1986; July 1985; July 1984; July 1983.

National Bureau of Economic Research Conference on Asymmetric Information, Corporate Finance, and Investment, Cambridge, May 1989.

National Bureau of Economic Research Conference on Chinese Economic Reform, Shanghai, China, July 2000.

National Bureau of Economic Research Conference on Financial Crises, Key Biscayne, March 1990.

National Bureau of Economic Research Conference on Government Expenditure Programs, Cambridge, November 1986.

National Bureau of Economic Research Conference on Indian Economic Reform, Rajasthan, India, December 1999.

National Bureau of Economic Research Conference on Innovation Policy, Washington, DC, April 2004, April 2003.

National Bureau of Economic Research Conference on International Taxation, Washington, DC, April 1994; Cambridge, January 1994; New York, September 1991; Nassau, Bahamas, February 1989.

National Bureau of Economic Research, Macroeconomic Annual Conference, Cambridge, MA, April 2004.

National Bureau of Economic Research Conference on Macroeconomics and Industrial Organization, Cambridge, July 1988; Cambridge, July 1987; Cambridge, July 1986; Chicago, November 1985.

National Bureau of Economic Research Conference on Nonprofit Organizations, Cheeca Lodge, January 2002; Cambridge, October 2001.

National Bureau of Economic Research Conference on Pensions, Baltimore, March 1985; San Diego, April 1984.

National Bureau of Economic Research Conference on Productivity, March 1988; March 1987.

National Bureau of Economic Research Conference on Public Economics, Cambridge, April 1999, April 1994, April 1993, November 1991, April 1991, March 1988, November 1987, March 1987.

National Bureau of Economic Research Conference on Tax Policy and the Economy, Washington, DC, October 2001, November 1998, November 1996, November 1994, November 1991, November 1989.

National Bureau of Economic Research Trans-Atlantic Public Economics Seminar, London, May 2002; Gerzensee, May 2000; Turin, May 1994.

Organization for Economic Cooperation and Development, Economic Policy Committee Meeting, Paris, November 2002, April 2002, November 2001, April 2001.

National Tax Association/Tax Institute of America, Washington, DC, June 2000; Atlanta, October 1999; Arlington, May 1992; Seattle, October 1983.

Organization for Economic Cooperation and Development, Ministerial Meeting, Paris, May 2002, May 2001.

Princeton Center for Economic Policy Conference, October 2000, October 1995.

Sveriges Riksbank/Stockholm School of Economics Conference on Asset Markets and Monetary Policy, Stockholm, Sweden, June 2000.

## CONGRESSIONAL TESTIMONY/APPEARANCES

U.S. House of Representatives, Budget Committee, June 2001.

U.S. House of Representatives, Committee on Ways and Means, Washington, DC, June 2006; June 2005; June 1999; April 1997, June 1996, July 1992.

U.S. Joint Economic Committee, Washington, DC, February 2003, October 2002, October 2001, May 2001.

U. S. Senate Committee on Banking, Housing, and Urban Affairs, Washington, DC, October 2001, May 2001.

U.S. Senate Committee on Budget, February 2003, September 2001.

U. S. Senate Committee on Commerce, Science, and Technology, July 2002.

U.S. Senate Committee on Finance, Washington, DC, February 2003, February 2002, February 1997, January 1995, January 1992, December 1981.

**APPENDIX B**

*Confidential*

**Robert Glenn Hubbard**

**Testimony as an expert witness 2003 - 2007**

*Susan Strigliabotti, et al. v. Franklin Resources, Inc., et al.,* C-04-0883, U.S. District Court for the Northern District of California.

*Joe Comes and Comes Vending, Inc. v. Microsoft Corporation,* CL 82311, Iowa District Court for Polk County.

*Robert L. Baker v. American Century Investment Management, Inc.,* 04-4039-CV-C-ODS, U.S. District Court for the Western District of Missouri.

*Merrill Lynch Fundamental Growth Fund, Inc. and Merrill Lynch Global Value Fund, Inc. v. McKesson HBOC, et al.,* CGC-02-405792, San Francisco Superior Court.

*Florida State Board of Administration v. Alliance Capital Management L.P.,* 2002 CA 001104, Circuit Court for Leon County, Florida.

*Confidential*

# APPENDIX C

## Documents Relied On

### Books, Newspaper and Magazine Articles

Microsoft Profits Warning Indicative of Sector Woes, *The Herald*, December 16, 2000.

Robert Simons, Performance Measurement & Control Systems for Implementing Strategy, Prentice Hall: New Jersey, 2000, at 213.

William M. Bulkeley, IBM Posts 11% Rise in 3rd-Period Net, But 3% Revenue Growth Is Disappointing, *Wall St. Journal*, Oct. 18, 2000.

### Equity Analyst Reports and Industry Analyst Reports

Alex W. Baluta and Andrew T. Savitz, Robertson Stephens, Reducing Numbers and Downgrading to Buy on Near-Term Industry and Economic Uncertainty. Company Remains One of Our Favorite Long-Term Picks March 2, 2001.

Andrew Roskill and Ken Carey, UBS Warburg, BEAS: Good Q4 Results, License Revenue Leads the Way, February 23, 2001.

Andrew Roskill, Ken Carey, Ragen Stienke, and Stephen Stout, UBS Warburg, BEAS: Good Q4 Results, License Revenue Leads the Way, February 23, 2001.

Andrew Roskill, UBS Warburg, Oracle Corp. - ORCL: No Surprises in Q3, but Cautious Guidance, March 16, 2001.

Andrew Roskill, UBS Warburg, Oracle Corp. - ORCL: Preannounces Disappointing Q3 Results, March 2, 2001, NDCA-ORCL 309161-309164.

Andrew Roskill, UBS Warburg, Oracle Corp. - ORCL: Reports In-Line Q2 Results, December 15, 2000, NDCA-ORCL 308927-308929.

Bernd Völkel et al, Credit Suisse First Boston, Business Objects - Q4 Results - A Picture of Perfection; Raising Price Target, February 2, 2001.

Bert Hochfeld, Josephthal & Co. Inc., BOBJ: Reports Good Results in a Difficult Environment, April 20, 2001.

Bert Hochfeld, Josephthal & Co. Inc., ITWO Announces a Record Quarter and Year, January 17, 2001.

Bert Hochfeld, Josephthal & Co. Inc., ITWO: Et Tu, i2?, March 30, 2001.

Bob Austrian, Banc of America Securities, Oracle Corporation - 3Q In-Line with Pre-announcement. Economic Problems Getting Worse. Visibility At an All-Time Low. Guidance is Lower but Not Overly Conservative: Global Slowing Ahead? Still Downside Risk. Maintain Market Perform Rating, March 16, 2001.

Bob Austrian, Banc of America Securities, Oracle Corporation - A Very Good Quarter-Clean Across the Board and Accelerating Applications Growth, December 15, 2000.

Bob Austrian, Banc of America Securities, Oracle Corporation - Highlights from BAS Tech Conference. Oracle Delivers Positive Presentation. Reiterated Guidance for Apps and Database Revenue Growth for February Quarter, February 7, 2001.

Bob Austrian, Banc of America Securities, Oracle Corporation - Lowering Estimates in Advance of Today's Earnings Report, March 15, 2001.

Bob Austrian, Banc of America Securities, Oracle Corporation - Notes from Oracle's AppsWorld Conference in New Orleans, February 21, 2001.

Bob Austrian, Banc of America Securities, Oracle Corporation - Oracle Pre-Announces Weak Result Across the Board. Our Fears, as Highlighted Earlier This Week, are Confirmed. Action: Lowering Coverage-Wide Estimates Again and Ratings Too. As Predicted, Economic Slowdown "Shock" A Serious Demand Impairment, March 2, 2001.

Bob Austrian, Banc of America, Oracle Corporation - 3Q In-Line with Pre-announcement..., March 16, 2001.

Brendan Barnicle, Pacific Crest Securities, Oracle Corporation - Initiating Coverage: Out Ahead & Ready to Run up the Score, January 18, 2001, NDCA-ORCL 005755-005757.

*Confidential*

## Documents Relied On

Brent Thill and John Torrey, Credit Suisse First Boston, Downgrading to a Buy from a Strong Buy, March 2, 2001.

Burt Hochfeld, Josephthal & Co. Inc., Oracle - ORCL: Meets Reduced Expectations, March 16, 2001, NDCA-ORCL 107465-107467.

Burt Hochfeld, Josephthal & Co. Inc., Oracle - ORCL: Raising Estimates, Reiterate Buy Rating, December 15, 2000, NDCA-ORCL 308952-308953.

Catherine Moore and Steven Shin, C.E. Unterberg, Towbin, Market Bulimia and Other Investor Ills, March 5, 2001.

Charles E. Phillips and Ryan Rathman, Morgan Stanley Dean Witter, MSDW CIO Survey Series: Release 2.0, February 5, 2001, NDCA-ORCL 102539.

Charles E. Phillips, et al, Morgan Stanley Dean Witter, Downgrading From Outperform to Neutral, March 2, 2001.

Charles E. Phillips, et al, Morgan Stanley Dean Witter, Technology: Enterprise Software - SoftNotes, December 4, 2000.

Charles E. Phillips, Morgan Stanley Dean Witter, MSDW CIO Survey Series: Release 1.8, December 20, 2000, NDCA-ORCL 080976.

Charles E. Phillips, Morgan Stanley Dean Witter, Software: What Happened & What to Do From Here, January 4, 2001, NDCA-ORCL 430546.

Charles E. Phillips, Morgan Stanley, Oracle - Downgrading from Strong Buy to Neutral, March 2, 2001, NDCA-ORCL 091347-091346.

Charles E. Phillips, Morgan Stanley, Oracle - Getting Through Q3 in Good Shape, February 9, 2001, NDCA-ORCL 430568-430575.

Charles E. Phillips, Morgan Stanley, Oracle - How Suite It Is, December 15, 2000, NDCA-ORCL 308902-308910.

Charles E. Phillips, Morgan Stanley, Oracle - How Suite It Is, December 21, 2000.

Charles E. Phillips, Morgan Stanley, Oracle - It Needs Time - Give It 9 to 12 Months, March 16, 2001, NDCA-ORCL 147951-147959.

Charles E. Phillips, Morgan Stanley, Oracle - Oracle Apps World Feedback, February 26, 2001, NDCA-ORCL 277071-277803.

Chip Wittmann, First Union Securities, Inc., Oracle Corp. - ORCL Reports Apps Growth Above and Database Growth Below Expectations, December 15, 2000.

Chip Wittmann, First Union Securities, Inc., Oracle Corporation - Lowering Price Target to $22 after FQ3 Revenue and EPS Shortfall, March 2, 2001, NDCA-ORCL 091354-091356.

Chip Wittmann, First Union Securities, Inc., Oracle Corporation - Management Indicates Final Weeks of February Critical to Quarter, February 8, 2001, NDCA-ORCL 091531-091533.

Chip Wittmann, First Union Securities, Inc., Oracle Corporation - Revenue Visibility Remains Low after FQ3 Report, March 16, 2001, NDCA-ORCL 107578-107580.

Christopher C. Shilakes, Merrill Lynch, Application Delivery Strategies - Exploiting ERP Data: Part 1 - Building the Information Supply Chain, March 16, 2001.

Christopher C. Shilakes, Merrill Lynch, Bulletin - Oracle Systems Corp - 3Q Shortfall Prompts Long Term Downgrade, March 2, 2001.

Christopher C. Shilakes, Merrill Lynch, Comment - Oracle Systems Corp - B2B Collaboration Day, January 17, 2001.

Christopher C. Shilakes, Merrill Lynch, Oracle Systems Corp - Q2 01: Steady as She Goes, December 15, 2000, NDCA-ORCL 308890-308893.

Christopher E. Vroom et al, Credit Suisse First Boston, Setting the Pace for the B2B Group – Strong Demand Remains But Growth Slows to More Sustainable Number, January 12, 2001.

David Beck, RBC Dominion Securities, Cognos Inc. – Fourth Quarter Results, April 6, 2001.

David M. Garrity and Brendan M. McGovern, Dresdner Kleinwort Wasserstein, Weathering the Enterprise Software Storm, April 4, 2001.

Deutsche Bank, IT Services Weekly - Issue 2, February 2, 2001.

*Confidential*

# Documents Relied On

Douglas J. Crook, Prudential Securities, Oracle Corp. - Netting the Top Spot in Enterprise Software..., December 29, 2000.

Douglas J. Crook, Prudential Securities, Oracle Corp. - ORCL:  Business is Very Strong, Reiterate Strong Buy, December 15, 2000, NDCA-ORCL 308959-308960.

Drew Brosseau and Adam Liebhoff, SG Cowen, Why Be Different?  Sybase Pre-Announces Shortfall, April 3, 2001.

Drew Brosseau, SG Cohen, Informix: Solid Q4; Numbers Coming Up, January 25, 2001.

Drew Brosseau, SG Cohen, Oracle - Economy Catches Up to Oracle, Trimming F01-02 Estimates, March 2, 2001, NDCA-ORCL 309200-309202.

Drew Brosseau, SG Cohen, Oracle - Highlights from AppsWorld:  Evaluating 11i, February 21, 2001, NDCA-ORCL 091454-091456.

Drew Brosseau, SG Cohen, Oracle - Highlights from AppsWorld:  Evaluating 11i, February 28, 2001.

Drew Brosseau, SG Cohen, Oracle - Q3 Details and Murky Outlook Prompt Further Estimate Cuts, March 16, 2001, NDCA-ORCL 107526-107528.

Drew Brosseau, SG Cohen, Oracle - Solid Q2 Shows Progress in Apps and More Great Expense Control, December 15, 2000, NDCA-ORCL 308962-308965.

Drew Brosseau, SG Cohen, Oracle - Strong Fundamentals Dampened by Economy and Valuation, February 7, 2001.

Edel Ebbs, UBS Warburg, Cognos Inc., March 6, 2001.

Eric B. Upin et al, Robertson Stephens, J.D. Edwards & Company, March 6, 2001.

Eric B. Upin et al, Robertson Stephens, Lowering Estimates for Ariba, Commerce One and i2; Economic Downturn is Just Beginning to Adversely Impact Enterprise Software..., March 16, 2001.

Eric B. Upin et al, Robertson Stephens, Mid-Quarter Update: So Far, So Good; However, Difficult Economic Environment Continues to Pose Risk; i2 Remains Our Top Long-Term Pick in the B2B Sector, February 28, 2001.

Eric B. Upin, Robertson Stephens, Oracle Corporation - February Quarter Largely In Line with Pre-Announcement -- Apps Weaker Than Preliminary Results; May Quarter Guidance Substantially Lower as Visibility Remains Limited; Maintaining Our Cautious Outlook on the Stock, March 16, 2001, NDCA-ORCL 107536-107531.

Eric B. Upin, Robertson Stephens, Oracle Corporation - Hosts Applications Users Conference; 11i Product Suite Still in the Early Stages of Adoption; Maintaining Long-Term Attractive Rating, February 21, 2001, NDCA-ORCL 091467-091470.

Eric B. Upin, Robertson Stephens, Oracle Corporation - Oracle Hosts Analyst and Press Event -- Formally Launching B2B Collaboration Applications, January 17, 2001, NDCA-ORCL 005760-005759.

Eric B. Upin, Robertson Stephens, Oracle Corporation - Pre-Announces Q3:F01 (Ending February) Revenue and EPS Shortfall; Management Attributes Delayed Deals in the Last Week of the Quarter to Weakness in the U.S. Economy; We Maintain Out Cautious View on the Stock Rating:  Long Term Attractive, March 2, 2001, NDCA-ORCL 091402-091401.

Eric B. Upin, Robertson Stephens, Oracle Corporation - Reports Solid Q2:F01 Results in a Seasonally Stronger Quarter; However, February and May Quarters Pose Significant Challenges; Maintaining Cautious Outlook, December 15, 2000, NDCA-ORCL 420566-420571.

Gary E. Abbott, Punk, Ziegel & Company, Oracle -- Cutting Q3 EPS Estimates, February 21, 2001, NCDA-ORCL 309130-309131.

Gary E. Abbott, Punk, Ziegel & Company, Sybase Reports Upside Q4:00 EPS Surprise; Revenues In-Line with Expectations; We Reiterate Our BUY Rating, January 19, 2001.

Gavin P. Milinar and James R. Waggoner, Sands Brothers, All Eyes Focused on the First E—Business Company to Report This Season, January 11, 2001.

Gavin P. Milinar, Sands Brothers, All Aboard the Commerce One Train! 4Q00 Financial Results Significantly Beat Estimates, January 19, 2001.

Global Industry Analysts, Inc., Customer Relationship Management Software - A Global Market Trend Report, January 2001.

*Confidential*

## Documents Relied On

Global Industry Analysts, Inc., Enterprise Resource Planning (ERP) - A Global Market Trend Report, January 2001.

Gretchen Teagarden, Salomon Smith Barney, CMRC: Covisint-Definitive Agreement Signed, December 12, 2000.

Gretchen Teagarden, Salomon Smith Barney, CMRC: Exceeded Expectations, January 18, 2001.

Gretchen Teagarden, Salomon Smith Barney, Eye on Enterprise Software Weekly, February 16, 2001.

Gretchen Teagarden, Salomon Smith Barney, Oracle Corporation (ORCL) - ORCL: 3Q Earnings-Uncertain Outlook Leads to Estimate Reductions, March 16, 2001.

Gretchen Teagarden, Salomon Smith Barney, Oracle Corporation (ORCL) - ORCL: Negative Preliminary Results; Lowering Estimates and Rating, March 2, 2001, NDCA-ORCL 091361-091363.

Gretchen Teagarden, Salomon Smith Barney, Oracle Corporation (ORCL) - ORCL: Oracle EVP Visit to SSB, January 10, 2001, NDCA-ORCL 309064-309063.

Gretchen Teagarden, Salomon Smith Barney, Oracle Corporation (ORCL) - ORCL: Reports 2Q-Traction in Applications Sooner Than Expected, December 15, 2000, NDCA-ORCL 308931-308394.

Gretchen Teagarden, Salomon Smith Barney, Oracle Corporation (ORCL) - ORCL: Views from Oracle Apps World, February 21, 2001, NDCA-ORCL 091458-091457.

Gretchen Teagarden, Salomon Smith Barney, PSFT: Initiating Coverage, March 16, 2001.

HSBC, Enterprise Software, Software & Computer Services, February 2001.

Ian M Morton et al, JPMorgan H&Q, CMRC Pre-announces; Less Severe Shortfall Than Anticipated; Lowering Estimates, April 5, 2001.

James A. Moore and Charles Chen, Deutsche Banc Alex. Brown, Cognos Incorporated [COGN] 'MKT. PERFORM' – F4Q Shortfall on Large Deal Deferrals, North American Exposure, March 6, 2001.

James A. Moore, Deustche Banc Alex. Brown, Oracle Corporation (ORCL) - ORCL: Comments from Oracle AppsWorld Conference, February 21, 2001, NDCA-ORCL 419986-419989.

James A. Moore, Deutsche Banc Alex. Brown, Oracle Corporation - F3Q Shortfall on Purchase Delays, Weak Spending Environment, Downgraded to Buy, March 1, 2001.

James A. Moore, Deutsche Banc Alex. Brown, Oracle Corporation - Oracle F2Q Delivers the Goods, December 14, 2000.

James A. Moore, Deutsche Banc Alex. Brown, Oracle Corporation - Oracle F2Q Delivers the Goods, December 15, 2000, NDCA-ORCL 420587-420589.

James A. Moore, Deutsche Banc Alex. Brown, Oracle Corporation (ORCL) - ORCL: F3Q In Line with Pre-Announcement, Visibility Suffering, March 16, 2001, NDCA-ORCL 107569-107572.

James A. Moore, Deutsche Banc Alex. Brown, Oracle Corporation (ORCL) - Visit with Management, February 8, 2001, NDCA-ORCL 141791-141793.

James A. Moore, Deutsche Banc Alex. Brown, Oracle Corporation (ORCL) - What to Do From Here, March 7, 2001, NDCA-ORCL 107586-107588.

James A. Moore, Deutsche Banc Alex. Brown, ORCL: New Supply Chain Collaboration Products Unveiled at B2B Day, January 17, 2001.

James M. Pickrel and Nicole S. Gemmer, JPMorgan Chase H&Q, Big Upside Indicates Fast Start for PeopleSoft 8; Raise Estimates and Target, January 31, 2001.

James M. Pickrel and Nicole S. Gemmer, JPMorgan Chase H&Q, Major Opportunities Still Ahead, January 17, 2001.

James M. Pickrel and Nicole S. Gemmer, JPMorgan Chase H&Q, Quarterly Preview: Momentum Building Around Release 8, Expect Solid Q4 Results, December 13, 2000.

James M. Pickrel, Chase H&Q, Oracle Corporation (ORCL) - Great Q2 Results Highlight Strong Industry Position; Big Upside in Apps with 66%, December 15, 2000.

James M. Pickrel, JP Morgan H&Q, Oracle Corporation (ORCL) 25% Apps Growth Much Below Reduced Expectations, Outlook Uncertain, March 16, 2001.

James M. Pickrel, JP Morgan H&Q, Oracle Corporation (ORCL) Q3 Shortfall, Q4 Concerns Loom: Lowering to Long Term Buy, March 2, 2001.

*Confidential*

## Documents Relied On

Jean W. Orr, BlueStone Capital, <u>Oracle Announces Fiscal Q3 Financial Results</u>, March 16, 2001, NDCA-ORCL 107471-107473.

Jean W. Orr, BlueStone Capital, <u>Oracle Announces Preliminary Q3 Financial Results</u>, March 2, 2001, NDCA-ORCL 091318-091319.

Jean W. Orr, BlueStone Capital, Oracle Corporation - Second Quarter Results In Line with Expectations; Raising Estimates, December 15, 2000, NDCA-ORCL 308948-308950.

Jean W. Orr, BlueStone Capital, Oracle Corporation: <u>Raising Rating to 2 (Outperform) from 4 (Underperform);</u> <u>Lowering Price Target</u>, March 1, 2001, NDCA-ORCL 091406-091407.

Jeffrey Van Rhee, PMG Capital, <u>Oracle Meets Estimates, Future Looks Very Cloudy</u>, March 16, 2001, NDCA-ORCL 107518-107519.

Jeffrey Van Rhee, PMG Capital, <u>Oracle Preannouncement Shows Danger of Enterprise Software</u>, March 6, 2001, NDCA-ORCL 309204-309205.

Jeffrey Van Rhee, PMG Capital, <u>Oracle Reports Positive Q2 Results</u>, December 15, 2000, NDCA-ORCL 420620-420621.

Jim Mendelson, Wit SoundView, Oracle (ORCL) - <u>Company Update</u>, December 18, 2000, NDCA-ORCL 005794-005795.

Jim Mendelson, Wit SoundView, Oracle (ORCL) - <u>Company Update</u>, February 16, 2001, NDCA-ORCL 091476.

Jim Mendelson, Wit SoundView, Oracle (ORCL) - <u>Company Update</u>, February 8, 2001, NDCA-ORCL 419979-419980.

Jim Mendelson, Wit SoundView, Oracle (ORCL) - <u>Earnings Prerelease</u>, March 2, 2001, NDCA-ORCL 091315-091317.

Jim Mendelson, Wit SoundView, Oracle (ORCL) - <u>Oracle Update</u>, February 21, 2001, NDCA-ORCL 296352-296353.

Jim Mendelson, Wit SoundView, <u>Oracle Earnings Release</u>, December 15, 2000, NDCA-ORCL 308955-308957.

John B. Jones, Salomon Smith Barney, <u>IBM: Reports Strong 4Q00; Well Positioned For 2001 -- Detailed Note</u>, January 18, 2001.

John D. Ederer, Pacific Growth Equities, <u>Re-Initiating Coverage of CMRC with a Buy Rating; Company Reports</u> <u>Strong Q4:00 that Exceeded Expectations</u>, January 19, 2001.

Jon M. Ekoniak, US Bancorp Piper Jaffray, <u>ORCL: Initiating Coverage of Software Bellwether with a Buy Rating</u>, February 7, 2001.

Jon M. Ekoniak, US Bancorp Piper Jaffray, <u>ORCL: Initiating Coverage; Buy</u>, February 8, 2001, NDCA-ORCL 309094-309118.

Jon M. Ekoniak, US Bancorp Piper Jaffray, <u>ORCL: Prereleases Q3 Results; Neutral</u>, March 2, 2001, NDCA-ORCL 091341-091343.

Jon M. Ekoniak, US Bancorp Piper Jaffray, <u>ORCL: Reports Q3 Results; Neutral</u>, March 16, 2001, NDCA-ORCL 107511-107514.

Jon M. Ekoniak, US Bancorp Piper Jaffray, <u>ORCL: Update from Apps World Conference; Buy</u>, February 23, 2001, NDCA-ORCL 420004-420006.

Mark Murphy, FAC\Equities, Oracle Corporation (ORCL) - <u>Apps and Database Excel in Q2</u>, December 15, 2000, NDCA-ORCL 308920-308925.

Mark Verbeek et al, Epoch Partners, <u>Cautious Execs Slow IT Spending; Trimming Estimates</u>, March 2, 2001.

Mark Verbeek, Epoch Partners, Oracle Corporation - <u>ORCL: "App"lying the Software Miracle</u>, December 15, 2000.

Mark Verbeek, Epoch Partners, Oracle Corporation (ORCL) - <u>Lowering Q3 Estimate for Database Licenses</u>, February 26, 2001.

Mark Verbeek, Epoch Partners, Oracle Corporation (ORCL) - <u>Oracle s [sic] 3Q: Economic White-Out</u>, March 16, 2001.

Mark Verbeek, Epoch Partners, Oracle Corporation (ORCL) - <u>Oracle Warns on Q3; Cautious Execs Delay IT</u> <u>Spending</u>, March 2, 2001.

Mark Verbeek, Epoch Partners, Oracle Corporation (ORCL) - <u>Update from AppsWorld at Mardi Gras; Let the Good</u> <u>Times Roll</u>, February 22, 2001.

*Confidential*

## Documents Relied On

Mary O'Rourke, AG Edwards, Oracle - ORCL:  First Quarter Results.  Maintain Position, March 16, 2001, NDCA-ORCL 107520-107522.

Mary O'Rourke, AG Edwards, Oracle - ORCL:  Preliminary 1st Quarter Results, March 2, 2001, NDCA-ORCL 420023-420024.

Mary O'Rourke, AG Edwards, Oracle - ORCL:  Second Quarter Results, December 15, 2000, NDCA-ORCL 40580.

Matthew R. Sanders, Forrester Research, Inc., What Does eMarketplace Buying Cost?, March 2001.

Melissa Eisenstat and Jeff Burnett, CIBC World Markets, Business Objects SA – 4Q00 Results: The Strong Grow Stronger, February 2, 2001.

Melissa Eisenstat and Jeff Burnett, CIBC World Markets, Microsoft Corporation; FY2Q01 Results As Expected; Outlook Appears Stable, January 19, 2001.

Melissa Eisenstat and Jeff Burnett, CIBC World Markets, Oracle Corporation - Apps Fly, Databases Strong, Management Okay for Now, December 15, 2000, NDCA-ORCL 308939-308938.

Melissa Eisenstat and Jeff Burnett, CIBC World Markets, Oracle Corporation - Downgrading to Hold, Visibility Gets Murky, March 16, 2001, NDCA-ORCL 309251-309246.

Melissa Eisenstat and Jeff Burnett, CIBC World Markets, Oracle Corporation - Pre-Announcement: Large Deals Slip Due to Customer Concern over Economy, March 2, 2001.

Melissa Eisenstat and Jeff Burnett, CIBC World Markets, Oracle Corporation; Extending the Suite by Expanding its B2B Strategy, January 17, 2001.

Melissa Eisenstat and Jeff Burnett, CIBC World Markets, ORCL: AppWorld - Upbeat Performance, but no Cajun Spice, February 23, 2001, NDCA-ORCL 309144-309150.

Neil Herman, Lehman Brothers, Oracle Corp: Oracles Application Business Leads Solid Quarter, December 15, 2000 (NDCA-ORCL 420556 - 420557).

Neil J. Herman, Lehman Brothers, Oracle Corp - Company Update - Worried--But Way Premature to Make Any Call on the Quarter, February 12, 2001.

Neil J. Herman, Lehman Brothers, Oracle Corp:  Expect Another Solid Quarter Out of Oracle, December 14, 2000, NDCA-ORCL 005908-005909.

Neil J. Herman, Lehman Brothers, Oracle Corp:  Oracle Joins the List of Suffering Tech Companies, March 16, 2001, NDCA-ORCL 309256-309259.

Neil J. Herman, Lehman Brothers, Oracle Corp:  Oracle Shortfall Makes Software Sector a Show Me Story, March 2, 2001, NDCA-ORCL 091384-091386.

Neil J. Herman, Lehman Brothers, Oracle Corp:  Oracles [sic] Application Business Leads Solid Quarter, December 15, 2000, NDCA-ORCL 308916-308918.

Neil J. Herman, Lehman Brothers, Oracle Corp:  Trip to Paris for the Oracle International Users Conference, February 14, 2001.

Richard Davis, Needham & Co., Oracle Corporation - 3Q Effectively In-Line.  Stock Neither Cheap Nor Expensive, March 16, 2001, NDCA-ORCL 309261-309263.

Richard Davis, Needham & Co., Oracle Corporation - Solid November Q2 Should Soothe Investor Nerves at Least for a While, December 15, 2000, NDCA-ORCL 005813-005814.

Richard Davis, Needham & Co., Oracle Corporation - The Recession Grows Teeth and Claims Another Victim, March 2, 2001, NDCA-ORCL 309196-309198.

Rick G. Sherlund et al, Goldman Sachs, Update on Oracle, February 8, 2001.

Rick G. Sherlund, Goldman Sachs, Oracle Corp. (ORCL) - e-Business and Internet Infrastructure Software - Attractive Strategic Positioning, February 9, 2001.

Rick G. Sherlund, Goldman Sachs, Oracle Corp. (ORCL) - Oracle Lowers the Bar, March 16, 2001.

Rick G. Sherlund, Goldman Sachs, Oracle Miss is Viewed as Negative for the Entire Software Group, March 2, 2001, NDCA-ORCL 091368-091369.

Rick G. Sherlund, Goldman Sachs, Oracle Reports Robust Apps Growth; Mgmt States Strong Business Outlook, December 15, 2000, NDCA-ORCL 308884-308885.

Robert J. Tholemeier, First Security Van Kasper, Oracle Corporation - Solid Quarter, Strong Growth, December 15, 2000, NDCA-ORCL 005802-005804.

*Confidential*

# Documents Relied On

Robert J. Tholemeier, Wells Fargo Van Kasper, Oracle Corporation - <u>Oracle's Database: Get with the Rhythm,</u> February 12, 2001, NDCA-ORCL 091483-091485.

Robert J. Tholemeier, Wells Fargo Van Kasper, Oracle Corporation: <u>Business Closure Rate Collapses,</u> March 2, 2001, NDCA-ORCL 091326-091327.

Robert J. Tholemeier, Wells Fargo Van Kasper, Oracle Corporation: <u>It Was a Good Show,</u> February 27, 2001, NDCA-ORCL 420009-420014.

Robert J. Tholemeier, Wells Fargo Van Kasper, Oracle Corporation: <u>Lowering Rating to Buy from Strong Buy,</u> March 16, 2001, NDCA-ORCL 107462-107464.

Robert Schwartz, Thomas Weisel Partners, Oracle - <u>Creating Rumblings in Collaborative Apps,</u> January 17, 2001.

Robert Schwartz, Thomas Weisel Partners, Oracle - <u>Deferred Deals Lead to Pre-Announced Fiscal Q3,</u> March 2, 2001.

Robert Schwartz, Thomas Weisel Partners, Oracle - <u>ORCL (TWP): 66% Apps Growth Highlights In-Line Q2,</u> December 15, 2000, NDCA-ORCL 420617-420619.

Robert Schwartz, Thomas Weisel Partners, Oracle Corporation - <u>Weaker-than-Expected Apps Sales Highlight 3QFY01 Results,</u> March 16, 2001.

Sanjiv Hingorani, Dresdner Kleinwort Benson, Oracle Corporation - <u>Fiscal Q2 2001 Results in Line with Expectations; Maintain Hold Rating,</u> December 19, 2000.

Sanjiv Hingorani, Dresdner Kleinwort Benson, Oracle Corporation (ORCL) - <u>ORCL: Fiscal Q2 2001 Results In Line with Expectations; Maintain Hold Rating,</u> December 15, 2000, NDCA-ORCL 308944-308946.

Sanjiv, Hingorani, Dresdner Kleinwort Wasserstein, Oracle: <u>Pre-Announces Fiscal Q3 2001 Revenue and Earnings Shortfall,</u> March 2, 2001, NDCA-ORCL 309181-309183.

Timothy J. Dolan and R. Scott Zeller, Deutsche Banc Alex. Brown, <u>1Q Exceeds Estimates – Lowering Estimates Slightly – Siebel Remains Among the Best Positioned to Weather the Storm,</u> April 18, 2001.

Todd C. Weller and Christopher D. Wright, Legg Mason, <u>ARBA: Reports Solid Results; But Raises Potential Concerns; Buy Rating,</u> January 12, 2001.

Wendell H. Laidley, Credit Suisse First Boston, Oracle Corporation - <u>Final Q3:FY01 Results, Apps, and Economy Weaker, Lowering Estimates and Downgrading to Buy,</u> March 16, 2001.

Wendell H. Laidley, Credit Suisse First Boston, Oracle Corporation (ORCL) - <u>ORCL: Pre-Announces Disappointing FQ3 Results; Lowering Ests,</u> March 2, 2001, NDCA-ORCL 091394-091395.

Wendell H. Laidley, Credit Suisse First Boston, Oracle Corporation (ORCL) - <u>Picture Perfect Q2:FY01 Should Even Convert the Skeptics,</u> December 15, 2000, NDCA-ORCL 308897-308896

Wendell H. Laidley, Credit Suisse First Boston, <u>Oracle Warns That Q3 Results Will Lag Forecasts,</u> March 5, 2001.

William Epifanio, JP Morgan, Oracle Corporation <u>Solid 2Q Results, but Economic Conditions Remain Uncertain,</u> December 15, 2000, NDCA-ORCL 420607-420609.

## Annual Reports, SEC Filings and Earnings Calls

Ariba Inc., Quarterly Report (Form 10-Q), December 31, 2000.

BEA Systems, Annual Report (Form 10-K), January 31, 2001.

BEA Systems, Quarterly Report (Form 10-Q), April 30, 2001.

BEA Systems, Transcript of Earnings Conference call, May 15, 2001.

Business Objects S.A., Annual Report (Form 10-K), December 31, 2000.

Cognos Incorporated, Annual Report (Form 10-K), February 28, 2001.

Hyperion Solutions, Quarterly Report (Form 10-Q), December 31, 2000.

i2 Technologies Inc., Annual Report (Form 10-K), December 31, 2000.

Informix Corporation Annual Report (Form 10-K), December 31, 2000.

J.D. Edwards, Annual Report (Form 10-K), October 31, 2000.

J.D. Edwards, Annual Report (Form 10-K), October 31, 2001.

*Confidential*

# Documents Relied On

Oracle Corp., Annual Report (Form 10-K), May 31, 1999.
Oracle Corp., Annual Report (Form 10-K), May 31, 2000.
Oracle Corp., Annual Report (Form 10-K), May 31, 2001.
Oracle Corp., Annual Report (Form 10-K), May 31, 2002.
Oracle Corp., Quarterly Report (Form 10-Q), August 31, 1999.
Oracle Corp., Quarterly Report (Form 10-Q), August 31, 2000.
Oracle Corp., Quarterly Report (Form 10-Q), August 31, 2001.
Oracle Corp., Quarterly Report (Form 10-Q), February 28, 2001.
Oracle Corp., Quarterly Report (Form 10-Q), February 28, 2002.
Oracle Corp., Quarterly Report (Form 10-Q), February 29, 2000.
Oracle Corp., Quarterly Report (Form 10-Q), November 30, 1999.
Oracle Corp., Quarterly Report (Form 10-Q), November 30, 2000.
Oracle Corp., Quarterly Report (Form 10-Q), November 30, 2001.
Oracle Corp., Transcript of Earnings Conference Call, December 14, 2000.
Oracle Corp., Transcript of Earnings Conference Call, June 20, 2000.
Oracle Corp., Transcript of Earnings Conference Call, September 14, 2000.
PeopleSoft Corp., Transcript of Earnings Conference Call, July 24, 2001.
SAP Aktiengesellschaft, Annual Report (Form 20-F), December 31, 2000.
Sybase Inc., Annual Report (Form 10-K), December 31, 2000.

## Press Releases & News Coverage

AFX - Asia, US October Consumer Confidence Index 85.5 vs 97.0 in September - Conference Board, October 30, 2001.
AFX - Asia, Wall Street: Technology Shares Broadly Unchanged Midday; Investors Sidelined, January 30, 2001.

Agence France Presse, Euro Holds Amid Heightened US Consumer Confidence, June 26, 2001.
Agence France Presse, US Consumer Confidence Dips in April, April 24, 2001.
Agence France Presse, US Consumer Confidence Falls Sharply in December, December 28, 2000.
Agence France Presse, US Consumer Confidence Plunges, Raising Recession Fears, January 30, 2001.
Agence France Presse, US Consumer Confidence Rebounds in July After Drop, July 25, 2000.
Agence France Presse, US Consumer Confidence Rebounds in March After a Five-Month Slump, March 27, 2001.

Agence France Presse, US Consumer Confidence Tumbles, as Gloom over Economy Deepens, February 27, 2001.

Associated Press Online, Consumer Confidence Drops in November, November 28, 2000.
Associated Press Online, Consumer Confidence Drops, September 25, 2001.
Associated Press Online, Consumer Confidence Rises, May 29, 2001.
Associated Press Online, Oracle's 4Q Earnings Up 76 Percent, June 20, 2000.
Associated Press Worldstream, Consumer Confidence Falls for Fifth Month in a Row to Lowest Level Since 1996, February 27, 2001.
Cox News Service, Consumer Confidence Falls Fifth Consecutive Month, November 27, 2001.
Dow Jones News Service, Ariba Expects 1st Quarter Revenue Of $150 Million-$160 Million, October 18, 2000.
Dow Jones News Service, Commerce One Beats 3rd Quarter Views; Raises 4th Quarter, FY01 Guidance, October 19, 2000.

*Confidential*

## Documents Relied On

Dow Jones News Service, Commerce One CEO: On Track For Profit In 2Q, January 18, 2001.

Dow Jones News Service, Informix Corp. Reiterates 4Q Outlook, November 30, 2000.

Dow Jones News Service, J.D. Edwards Turnaround Stalls, February 5, 2001.

Dow Jones News Service, Microsoft CFO: Higher Investment Gains Boosted 1st Quarter EPS 3 Cents, October 18, 2000.

Dow Jones News Service, Oracle/Conference Call-2:Exceeds License Estimates>ORCL, June 15, 1999.

Dow Jones News Services, J.D. Edwards CFO Sees 1Q Net Of 1¢/Share, December 4, 2000.

Dow Jones Newswires, Ariba, Inc., Ariba Sees 2Q Rev Below Views, April 2, 2001.

Dow Jones Newswires, i2 Technologies, Inc., i2 Technologies CFO Sees Revenue of $361M In 1Q, January 17, 2001.


Global News Wire - Business Times, Singapore, Sharpest Fall in US Consumer Confidence Since Gulf War, September 26, 2001.

Global News Wire - The Times, US Consumer Confidence Dives After Atrocities, September 26, 2001.

Inter@ctive Investor from ZDWire, BEA Boosts Targets for 4Q, 2002, November 14, 2000.

Investor's Business Daily, Consumer Sentiment Falls in December, December 11, 2000 at A11.

Investor's Business Daily, December 26, 2000 at A2.

Investor's Business Daily, February 20, 2001 at A1.

Investor's Business Daily, February 5, 2001 at A1.

Investor's Business Daily, Long Treasuries Take A Beating; Consumer Gloom Props Up 2-Yrs, January 22, 2001 at A24.

PR Newswire, Conference Board's Consumer Confidence Index Tumbles Third Straight Monthly Decline, December 28, 2000.

PR Newswire, Consumer Confidence Rebounds, The Conference Board Reports Today, May 29, 2001.

PR Newswire, Consumer Confidence Retreats, The Conference Board Reports Today; A Cooling of Consumer Spending?, August 29, 2000.

PR Newswire, The Conference Board Announces Leading Economic Indicators Schedule for 2001 Releases will be Produced Two Weeks Earlier, November, 9, 2000.

PR Newswire, The Conference Board's Consumer Confidence Index Jumps More Than Eight Points In December, December 28, 2001.

PR Newswire, The Conference Board's Index of Leading Economic Indicators Declines For Third Consecutive Month, January 22, 2000.

PR Newswire, The Conference Board's Index of Leading Economic Indicators Declines Slightly, December 27, 2000.

PR Newswire, The Conference Board's Index of Leading Economic Indicators Declines Slightly, December 4, 2000.

PR Newswire, The Conference Board's Index of Leading Economic Indicators Rises, February 22, 2001.

Press Release, Ariba, Inc., Ariba Announces Preliminary Second Quarter Results, April 3, 2001.

Press Release, Ariba, Inc., Ariba Announces Second Quarter 2001 Results, April 20, 2001.

Press Release, Ariba, Inc., Ariba First Internet B2B to Report Profit, January 11, 2001.

Press Release, BEA Systems, Inc., BEA Reports Record Fourth Quarter and Fiscal Year Financial Results, February 22, 2001.

Press Release, Business Objects S.A., Business Objects Reports First Quarter 2001 Results, April 19, 2001.

Press Release, Business Objects S.A., Business Objects Reports Record Fourth Quarter 2000 Results, February 1, 2001.

Press Release, Cognos Incorporated, Cognos Announces Preliminary Estimates of Results for Fourth Quarter Fiscal Year 2001, March 5, 2001.

Press Release, Cognos, Cognos Announces Record Revenue for Third Quarter of Fiscal Year 2000, December 21, 2000.

*Confidential*

## Documents Relied On

Press Release, Cognos, Cognos Announces Results for Fourth Quarter and Full Fiscal Year 2001, April 5, 2001.

Press Release, Commerce One, Inc., Commerce One Announces Revised Financial Outlook For First Quarter 2001, April 4, 2001.

Press Release, Commerce One, Inc., Commerce One Reports First Quarter 2001 Results; Revenues Increase 386% Year over Year to $170.3 million; Net Operating Loss Per Share of $.11, April 19, 2001.

Press Release, i2 Technologies, Inc., i2 Announces First Quarter 2001 Results; Management Acts Quickly to Address Sudden Downturn in Business Cycle, April 18, 2001 (NDCA-ORCL 307726).

Press Release, i2 Technologies, Inc., i2 Announces Preliminary First Quarter Results, April 2, 2001.

Press Release, Informix Corporation, Informix Reports Higher Sequential Revenue for Fourth Quarter 2000, Fueled By Strong License Revenue Growth, January 31, 2001.

Press Release, International Business Machines Corp., IBM announces 2000 fourth-quarter, full-year results, January 17, 2001.

Press Release, Microsoft Corporation, Microsoft Announces Record Quarterly Revenue and Income, January 18, 2001.

Press Release, Microsoft Corporation, Microsoft Announces Strong Quarterly Revenue and Income, April 19, 2001.

Press Release, Microsoft Corporation, Microsoft Lowers Revenue and Earnings Expectations, December 14, 2000.

Reuters News, Business Objects sees higher 2001 EPS, October 19, 2000.

Reuters News, Commerce One Reiterates Q4 Earnings, Revs Guidance, November 17, 2000.

Reuters News, Hyperion Says Q3 Outlook Lower than Street View, April 5, 2001.

Reuters News, Informix Revises Revenue Outlook, Sees Q3 loss, September 19, 2000.

Reuters News, J.D Edwards' Q1 Beats Analyst Expectations, March 5, 2001.

Reuters News, Lisa Baertlein, Update 3-Siebel Q4 Earnings Jump – Says Sees No Slowdown, January 23, 2001.

Reuters News, Oracle quarterly profits jump 40 percent, December 14, 1999.

Reuters News, Oracle shares rise sharply after strong earnings, March 15, 2000.

Reuters News, Oracle's 1st-qtr results in line - stock falls in after hours, September 15, 1999.

Reuters News, REPEAT-UPDATE 3-Oracle profit rises on improved margins, September 15, 2000.

Reuters News, UPDATE 1-Informix Beats Consensus, To Sell Unit to IBM, April 24, 2001.

Reuters News, UPDATE 1-Oracle edges up on mixed earnings reaction, June 21, 2000.

Reuters News, UPDATE 1-Siebel Q1 Earnings Up Sharply, April 18, 2001.

Reuters News, UPDATE 2 - Cognos Posts Solid Profit, Makes Acquisition, September 20, 2000.

Reuters News, UPDATE 2 - Cognos Revenue Disappoints, Lowers Forecasts, December 21, 2000.

Reuters News, UPDATE 2-Oracle Q3 meets lowered expectations, outlook difficult, March 15, 2001.

Reuters News, UPDATE 2-Software Firm i2 First Quarter Meets Expectations, April 18, 2001.

Reuters News, UPDATE 3-Oracle profits come in just ahead of expectations, December 14, 2000.

Reuters News, UPDATE 3-Oracle warns Q3 results to lag forecasts, March 1, 2001.

Reuters News, UPDATE 3-Siebel Q4 earnings jump - says sees no slowdown, January 23, 2001.

Reuters News, UPDATE 4-Microsoft Profits on Target but Warns on Q3, January 18, 2001.

The Associated Press, Consumer Confidence Dips in August Suggesting Some Cooling in Economy, August 29, 2000.

The Associated Press, Consumer Confidence Falls for Fifth Consecutive Month, Raising Questions About Holiday Spending, November 27, 2001.

The White House Bulletin, Consumer Confidence Rises in September, September 26, 2000.

United Press International, Confidence Falls to Lowest Level in Two Years, December 28, 2000.

United Press International, Consumer Confidence Declines, July 31, 2001.

*Confidential*

## Documents Relied On

United Press International, Consumer Confidence Eases, June 27, 2000.

United Press International, Consumer Confidence Jumps, December 28, 2001.

United Press International, Consumer Confidence Sinks 7.2 Percent, October 31, 2000.

United Press International, Global Impact News Analysis, August 28, 2001.

Xinhua General News Service, U.S. Stocks Rise in Early Trading, October 31, 2001.

## Internet Sites, Databases, and Other Data Sources

Bloomberg L.P. Subscription Database. Used with permission. All rights reserved, *available at* http://www.bloomberg.com.
Compustat GICS Code Descriptions

COMPUSTAT GICS Database, developed by Standard & Poor's and Morgan Stanley Capital International. Used with permission. All rights reserved, *available at* http://www.compustat.com.
Compustat GICS Sector Descriptions

CRSP, Center for Research and Security Prices, Graduate School of Business, The University of Chicago, 2003. Used with permission. All rights reserved, *available at* http://www.crsp.com.
Hall, Robert E., Martin Feldstein, Ben Bernanke, Jeffrey Frankel, Robert Gordon and Victor Zarnowitz, Business Cycle Dating Committee, National Bureau of Economic Research, The Business-Cycle Peak of March 2001, November 26, 2001, (accessed May 22, 2007), *available at* http://www.nber.org/cycles/november2001.

I/B/E/S, Thomson Financial. Used with permission. All rights reserved, *available at* http://banker.thomsonib.com.

Philip M. Hubbard et al, Consensus Economics, Inc., Consensus Forecasts - USA, A Digest of Economic Forecasts, January 8, 2001.
Philip M. Hubbard et al, Consensus Economics, Inc., Consensus Forecasts - USA, A Digest of Economic Forecasts, February 12, 2001.
Philip M. Hubbard et al, Consensus Economics, Inc., Consensus Forecasts - USA, A Digest of Economic Forecasts, December 11, 2000.
PricewaterhouseCoopers/Venture Economics/National Venture Capital Association MoneyTree™ Survey: Historical Trend Data, *available at* http://www.pwcmoneytree.com/moneytree/nav.jsp?page=historical, (accessed May 22, 2007).

Randall E. Moore et al, Aspen Publishers, Inc., Blue Chip Economic Indicators: Top Analysts' Forecasts of the US Economic Outlook For the Year Ahead, Vol. 25, No. 12, December 10, 2000.
Randall E. Moore et al, Aspen Publishers, Inc., Blue Chip Economic Indicators: Top Analysts' Forecasts of the US Economic Outlook For the Year Ahead, Vol. 26, No. 1, January 10, 2001.
Randall E. Moore et al, Aspen Publishers, Inc., Blue Chip Economic Indicators: Top Analysts' Forecasts of the US Economic Outlook For the Year Ahead, Vol. 26, No. 2, February 10, 2001.
The Conference Board, 2001, Business Cycle Indicators Handbook, (accessed May 22, 2007), *available at* http://www.conference-board.org/pdf_free/economics/bci/BCI-Handbook.pdf.

Company snapshots from www.nexis.com.
ftp://ftp.bls.gov/pub/news.release/History/empsit.01052001.news, (accessed May 22, 2007).
ftp://ftp.bls.gov/pub/news.release/History/empsit.02022001.news, (accessed May 22, 2007).
ftp://ftp.bls.gov/pub/news.release/History/empsit.03092001.news, (accessed May 22, 2007).
ftp://ftp.bls.gov/pub/news.release/History/empsit.12082000.news, (accessed May 22, 2007).
ftp://ftp.bls.gov/pub/time.series/ce/ce.data.1.CurrentSeasAE, Series EES00000001, (accessed May 23, 2007).
http://alfred.stlouisfed.org/series/downloaddata?seid=UMCSENT&cid=98, (accessed May 23, 2007).
http://bea.gov/bea/ARTICLES/BEAWIDE/2000/1200rd.pdf, (accessed May 22, 2007).
http://bea.gov/bea/ARTICLES/NATIONAL/NIPAREL/2000/1000isr.pdf, (accessed May 22, 2007).

*Confidential*

## Documents Relied On

http://bea.gov/bea/dn/nipaweb/SelectTable.asp?Selected=N, Table 1.5.5, (accessed May 23, 2007).

http://bea.gov/bea/Virtual/2000/0800cov4.pdf, (accessed May 22, 2007).

http://data.bls.gov/cgi-bin/surveymost?bls, Series CES0000000001, (accessed May 23, 2007).

http://e-commerce.commercehelper.com/E-Commerce/Modules/Assets/1044/2%20Digit%20SIC%20Code%20List.doc, (accessed 5-23-07).

http://faculty-web.at.northwestern.edu/economics/gordon/bio1page.pdf, (accessed May 17, 2007).

http://federalreserve.gov/releases/g17/20001115/g17.pdf, (accessed May 22, 2007).

http://federalreserve.gov/releases/g17/20001115/g17.pdf, (accessed May 22, 2007).

http://federalreserve.gov/releases/g17/20001215/g17.pdf, (accessed May 22, 2007).

http://federalreserve.gov/releases/g17/20001215/table5a.txt, (accessed May 22, 2007).

http://federalreserve.gov/releases/g17/20010117/g17.pdf, (accessed May 22, 2007).

http://federalreserve.gov/releases/g17/20010117/table5a.txt, (accessed May 22, 2007).

http://federalreserve.gov/releases/g17/20010216/g17.pdf, (accessed May 22, 2007).

http://federalreserve.gov/releases/g17/20010216/table11.txt, (accessed May 22, 2007).

http://federalreserve.gov/releases/g17/Revisions/20001205/, (accessed May 22, 2007).

http://federalreserve.gov/releases/g17/Revisions/20001205/table1.txt, (accessed May 22, 2007).

http://global.lexisnexis.com/

http://ksghome.harvard.edu/~jfrankel/CVJeffFrankel2007.pdf, (accessed May 17, 2007).

http://ows.doleta.gov/unemploy/claims.asp, (accessed May 22, 2007).

http://ows.doleta.gov/unemploy/claims_arch.asp, (accessed May 22, 2007).

http://www.bea.gov/bea/ARTICLES/BEAWIDE/2000/1200rd.pdf, (accessed May 22, 2007).

http://www.bea.gov/bea/dn/nipaweb/GetCSV.asp?GetWhat=SS_Data/ Section1All_xls.xls&Section=2, (accessed May 23, 2007).

http://www.bea.gov/bea/newsrelarchive/2000/gdp300f.htm, (accessed May 22, 2007).

http://www.bea.gov/bea/newsrelarchive/2000/gdp300p.htm, (accessed May 22, 2007).

http://www.bea.gov/bea/newsrelarchive/2000/pi1000.htm, (accessed May 22, 2007).

http://www.bea.gov/bea/newsrelarchive/2000/pi1100.htm, (accessed May 22, 2007).

http://www.bea.gov/bea/newsrelarchive/2001/gdp400a.htm, (accessed May 22, 2007).

http://www.bea.gov/bea/newsrelarchive/2001/gdp400f.htm, (accessed May 22, 2007).

http://www.bea.gov/bea/newsrelarchive/2001/gdp400p.htm, (accessed May 22, 2007).

http://www.bea.gov/bea/newsrelarchive/2001/pi0101.htm, (accessed May 22, 2007).

http://www.bea.gov/bea/newsrelarchive/2001/pi1200.htm, (accessed May 22, 2007).

http://www.bea.gov/bea/Virtual/2000/0800cov4.pdf, (accessed May 22, 2007).

http://www.bea.gov/national/nipaweb/nipa_underlying/SS_Data/Section0All_xls.xls, Table 2BU, (accessed May 23, 2007).

http://www.bea.gov/scb/date_guide.asp, (accessed May 22, 2007).

http://www.bea.gov/scb/pdf/2001/01January/0101isr.pdf, (accessed May 22, 2007).

http://www.bls.gov/ces/cesmaics.htm, (accessed May 22, 2007).

http://www.bls.gov/webapps/legacy/cpsatab1.htm, Series LNS14000000 and LNU04000000, (accessed May 23, 2007).

http://www.businesscycle.com/news/43/, (accessed May 22, 2007).

http://www.census.gov/indicator/www/m3/hist/m3bendoc.htm, (May 16, 2007).

http://www.census.gov/indicator/www/m3/hist/naicshist.htm, (accessed May 22, 2007).

*Confidential*

## Documents Relied On

http://www.census.gov/indicator/www/m3/hist/naicsnop.xls, Series: AMDMNO, A34ANO, (accessed May 23, 2007).

http://www.census.gov/indicator/www/m3/hist/naicsvsp.xls, Series: AMDMVS, A34AVS, A34BVS, A34CVS, (accessed May 23, 2007).

http://www.census.gov/indicator/www/m3/hist/nop.xls, Series: AMDMNO, A35HNO, (accessed May 23, 2007).

http://www.census.gov/indicator/www/m3/hist/vsp.xls, Series: AMDMVS, A35HVS, (accessed May 23, 2007).

http://www.census.gov/indicator/www/m3/m3desc.pdf, (accessed May 14, 2007).

http://www.census.gov/indicator/www/m3/naics/dispersement.pdf, (accessed May 22, 2007).

http://www.census.gov/indicator/www/m3/naics/naics.htm, (accessed May 22, 2007).

http://www.census.gov/indicator/www/m3/naics/origination.pdf, (accessed May 22, 2007).

http://www.census.gov/indicator/www/m3/PastPressReleases/adv/2000/dec00adv.pdf, (accessed May 22, 2007).

http://www.census.gov/indicator/www/m3/PastPressReleases/adv/2000/nov00adv.pdf, (accessed May 22, 2007).

http://www.census.gov/indicator/www/m3/PastPressReleases/adv/2001/jan01adv.pdf, (accessed May 22, 2007).

http://www.census.gov/indicator/www/m3/PastPressReleases/Prel/2000/dec00prel.pdf, (accessed May 22, 2007).

http://www.census.gov/indicator/www/m3/PastPressReleases/Prel/2000/nov00prel.pdf, (accessed May 22, 2007).

http://www.census.gov/indicator/www/m3/PastPressReleases/Prel/2000/oct00prel.pdf, (accessed May 22, 2007).

http://www.census.gov/indicator/www/m3/PriorReleaseDates/2001.pdf, (accessed May 22, 2007).

http://www.census.gov/indicator/www/m3/reldate2.htm, (accessed May 22, 2007).

http://www.conference-board.org/economics/bci/component.cfm, (accessed May 25, 2007).

http://www.conference-board.org/economics/bci/data_search.cfm?cid=1&o=2&s=BCI-01A%20-%20Composite%20Indexes-Leading%20Economic%20Indicators, (accessed May 22, 2007).

http://www.conference-board.org/economics/bci/data_search.cfm?cid=1&o=2&s=BCI-10%20-%20Personal%20Income%20and%20Consumer%20Attitudes, Series A0M051, B132, (accessed May 22, 2007).

http://www.conference-board.org/economics/bci/pressRelease_output.cfm?cid=1, (accessed May 22, 2007).

http://www.dol.gov/dol/media/press/archives.htm, (accessed May 22, 2007).

http://www.dol.gov/opa/media/press/eta/archive/main0012.htm, (accessed May 22, 2007).

http://www.dol.gov/opa/media/press/eta/ui/archive/eta2000363.htm, (accessed May 22, 2007).

http://www.dol.gov/opa/media/press/eta/ui/archive/eta2000373.htm, (accessed May 22, 2007).

http://www.dol.gov/opa/media/press/eta/ui/archive/eta2000377.htm, (accessed May 22, 2007).

http://www.dol.gov/opa/media/press/eta/ui/archive/eta2001003.htm, (accessed May 22, 2007).

http://www.dol.gov/opa/media/press/eta/ui/archive/eta2001008.htm, (accessed May 22, 2007).

http://www.dol.gov/opa/media/press/eta/ui/archive/eta2001017.htm, (accessed May 22, 2007).

http://www.dol.gov/opa/media/press/eta/ui/eta2001030.htm, (accessed May 22, 2007).

http://www.dol.gov/opa/media/press/eta/ui/eta2001034.htm, (accessed May 22, 2007).

http://www.dol.gov/opa/media/press/eta/ui/eta2001039.htm, (accessed May 22, 2007).

http://www.dol.gov/opa/media/press/eta/ui/eta2001042.htm, (accessed May 22, 2007).

http://www.dol.gov/opa/media/press/eta/ui/eta2001048.htm, (accessed May 22, 2007).

http://www.dol.gov/opa/media/press/eta/ui/eta2001051.htm, (accessed May 22, 2007).

http://www.dol.gov/opa/media/press/more-newsreleases.htm, (accessed May 22, 2007).

http://www.dol.gov/opa/media/press/opa/feb01.htm, (accessed May 22, 2007).

*Confidential*

## Documents Relied On

http://www.federalreserve.gov/bios/bernanke.htm, (accessed May 17, 2007).

http://www.federalreserve.gov/boarddocs/press/general/2000/20001115/, (accessed May 22, 2007).

http://www.federalreserve.gov/boarddocs/press/general/2000/20001219/, (accessed May 22, 2007).

http://www.federalreserve.gov/boarddocs/press/general/2001/20010103/, (accessed May 22, 2007).

http://www.federalreserve.gov/boarddocs/press/general/2001/20010131/, (accessed May 22, 2007).

http://www.federalreserve.gov/datadownload/Build.aspx?rel=G17, Capacity Utilization series B50001 and HITEK2, (accessed May 23, 2007).

http://www.federalreserve.gov/fomc/, (accessed May 22, 2007).

http://www.federalreserve.gov/fomc/fundsrate.htm, (accessed May 22, 2007).

http://www.federalreserve.gov/FOMC/minutes/20001115.htm, (accessed May 22, 2007).

http://www.federalreserve.gov/FOMC/minutes/20001219.htm, (accessed May 22, 2007).

http://www.federalreserve.gov/FOMC/minutes/20010131.htm, (accessed May 22, 2007).

http://www.federalreserve.gov/releases/g17/20001215/g17.pdf, (accessed May 22, 2007).

http://www.federalreserve.gov/releases/g17/20010117/g17.pdf, (accessed May 22, 2007).

http://www.federalreserve.gov/releases/g17/20010216/g17.pdf, (accessed May 22, 2007).

http://www.federalreserve.gov/releases/G17/g17rev.pdf, (accessed May 22, 2007).

http://www.federalreserve.gov/releases/G17/ipdisk/ip_sa.txt, Series B50001, (accessed May 23, 2007).

http://www.federalreserve.gov/releases/G17/release_dates.htm, (accessed May 22, 2007).

http://www.investopedia.com/university/releases/napm.asp, (accessed May 22, 2007).

http://www.ism.ws/about/MediaRoom/newsreleasedetail.cfm?ItemNumber=4601, (accessed May 22, 2007).

http://www.ism.ws/about/MediaRoom/newsreleasedetail.cfm?itemnumber=4967&pf=1, (accessed May 22, 2007).

http://www.ism.ws/about/MediaRoom/newsreleasedetail.cfm?pf=1&itemnumber=4588, (accessed May 22, 2007).

http://www.ism.ws/about/MediaRoom/newsreleasedetail.cfm?pf=1&itemnumber=4595, (accessed May 22, 2007).

http://www.ism.ws/files/ISMReport/MfgPMIIndex07.xls, (accessed May 23, 2007).

http://www.ism.ws/ISMReport/content.cfm?ItemNumber=10744&CFID=5347031&CFTOKEN=34977272, (accessed May 22, 2007).

http://www.ism.ws/ISMReport/content.cfm?ItemNumber=10744&navItemNumber=12960, (accessed May 22, 2007).

http://www.nber.org/cycles/november2001/hall.xlw, (accessed May 23, 2007).

http://www.nber.org/feldstein/cv.html, (accessed May 17, 2007).

http://www.nber.org/vitae/vita551.htm, (accessed May 17, 2007).

http://www.oracle.com/corporate/investor_relations/stock_splits.html, (accessed May 21, 2007).

http://www.oracle.com/corporate/story.html, (accessed April 20, 2007).

http://www.research.stlouisfed.org/fred2/series/UMCSENT/downloaddata?&rid=91&soid=14, (accessed May 22, 2007).

http://www.sca.isr.umich.edu/main.php, (accessed May 22, 2007).

http://www.sec.gov/edgar/searchedgar/webusers.htm, (accessed May 24, 2007)

http://www.stanford.edu/~rehall/CV.pdf, (accessed May 17, 2007).

http://www.tcb-indicators.org/economics/bci/data_search.cfm?cid=1&o=2&s=BCI-01B%20-%20Composite%20Indexes-Coincident%20and%20Lagging%20Indicators, (accessed May 22, 2007).

## Depositions

*Confidential*

# Documents Relied On

David Winton Deposition, May 26, 2006.
Edward J. Sanderson Jr. Deposition, July 25, 2006.
George Roberts Deposition, June 22, 2006.
Jay Nussbaum Deposition, March 23, 2004.
Jeffrey Henley Deposition, July 27, 2006.
Jeffrey Henley Deposition, March 2, 2004.
Jeffrey Henley Deposition, November 16, 2006.
Jennifer Minton Deposition, April 1, 2004.
Jennifer Minton Deposition, April 21, 2005.
Jennifer Minton Deposition, July 7, 2006.
Jennifer Minton Deposition, March 31, 2004.
Jennifer Minton Deposition, September 25, 2006.
John Nugent Deposition, May 24, 2006.
Nicholas Classick Deposition, April 12, 2006.
Sarah Kopp Deposition, June 14, 2006.

## Upside Reports

NDCA-ORCL 1020514 - 1020554
NDCA-ORCL 1045488 - 1045493
NDCA-ORCL 1045526 - 1045533
NDCA-ORCL 1045534 - 1045541
NDCA-ORCL 1045557 - 1045564
NDCA-ORCL 1045594 - 1045604
NDCA-ORCL 1045605 - 1045615
NDCA-ORCL 1045616 - 1045626
NDCA-ORCL 1045627 - 1045637
NDCA-ORCL 1045638 - 1045648
NDCA-ORCL 1045684 - 1045690
NDCA-ORCL 1045747 - 1045754
NDCA-ORCL 1045755 - 1045765
NDCA-ORCL 1045768 - 1045778
NDCA-ORCL 1045799 - 1045810
NDCA-ORCL 1045811 - 1045822
NDCA-ORCL 1045823 - 1045834
NDCA-ORCL 1045835 - 1045846
NDCA-ORCL 1045867 - 1045873
NDCA-ORCL 1045933 - 1045944
NDCA-ORCL 1046005 - 1046014
NDCA-ORCL 1046027 - 1046037
NDCA-ORCL 1046038 - 1046048
NDCA-ORCL 1046049 - 1046059
NDCA-ORCL 1046060 - 1046071

*Confidential*

## Documents Relied On

NDCA-ORCL 1046072 - 1046082
NDCA-ORCL 107681 - 107696
NDCA-ORCL 107714 - 107731
NDCA-ORCL 107825 - 107842
NDCA-ORCL 107963 - 107979
NDCA-ORCL 117378 - 117394
NDCA-ORCL 133559 - 133572
NDCA-ORCL 142228 - 142238
NDCA-ORCL 142373 - 142386
NDCA-ORCL 151461 - 151475
NDCA-ORCL 1529443 - 1529451
NDCA-ORCL 1529708 - 1529709
NDCA-ORCL 1530802 - 1530811
NDCA-ORCL 1530812 - 1530820
NDCA-ORCL 1530826 - 1530834
NDCA-ORCL 1531532 - 1531538
NDCA-ORCL 1531591 - 1531596
NDCA-ORCL 1532027 - 1532031
NDCA-ORCL 1532594 - 1532609
NDCA-ORCL 1532634 - 1532655
NDCA-ORCL 1532701 - 1532717
NDCA-ORCL 1532735 - 1532751
NDCA-ORCL 1532752 - 1532768
NDCA-ORCL 1532778 - 1532794
NDCA-ORCL 1532826 - 1532842
NDCA-ORCL 1532874 - 1532890
NDCA-ORCL 1532944 - 1532960
NDCA-ORCL 1533006 - 1533022
NDCA-ORCL 1533262 - 1533278
NDCA-ORCL 1533302 - 1533319
NDCA-ORCL 1533343 - 1533360
NDCA-ORCL 1533384 - 1533401
NDCA-ORCL 1533425 - 1533442
NDCA-ORCL 1533506 - 1533522
NDCA-ORCL 1533922 - 1533932
NDCA-ORCL 1911875 - 1911891
NDCA-ORCL 1911892 - 1911908
NDCA-ORCL 1911948 - 1911962
NDCA-ORCL 1913695 - 1913711
NDCA-ORCL 1913734 - 1913749
NDCA-ORCL 200804 - 200818
NDCA-ORCL 200957 - 200971



*Confidential*

## Documents Relied On

NDCA-ORCL 210192 - 210208
NDCA-ORCL 212301 - 212315
NDCA-ORCL 213091 - 213107
NDCA-ORCL 305208 - 305219
NDCA-ORCL 305247 - 305259
NDCA-ORCL 305261 - 305274
NDCA-ORCL 305276 - 305289
NDCA-ORCL 305306 - 305319
NDCA-ORCL 305321 - 305334
NDCA-ORCL 305336 - 305350
NDCA-ORCL 305409 - 305422
NDCA-ORCL 305425 - 305440
NDCA-ORCL 305491 - 305506
NDCA-ORCL 310 - 322
NDCA-ORCL 36249 - 36260
NDCA-ORCL 397856 - 397864
NDCA-ORCL 40115 - 40126
NDCA-ORCL 423 - 435
NDCA-ORCL 440127 - 440143
NDCA-ORCL 440212 - 440228
NDCA-ORCL 440457 - 440472
NDCA-ORCL 440473 - 440490
NDCA-ORCL 440491 - 440508
NDCA-ORCL 440509 - 440526
NDCA-ORCL 440527 - 440543
NDCA-ORCL 440544 - 440560
NDCA-ORCL 440561 - 440577
NDCA-ORCL 6632 - 6644
NDCA-ORCL 89120 - 89136
NDCA-ORCL 89241 - 89257
NDCA-ORCL 92928 - 92943
NDCA-ORCL 93035 - 93045

## Big Deal Updates

NDCA-ORCL 297323 - 297324
NDCA-ORCL 297329 - 297330
NDCA-ORCL 299756 - 299757
NDCA-ORCL 306780 - 30678
NDCA-ORCL 306783 - 306785
NDCA-ORCL 306787 - 306788
NDCA-ORCL 306796

*Confidential*

# Documents Relied On

## E-mails

E-mail from David Winton to Jennifer Minton 1/11/01, NDCA-ORCL 096072 .

E-mail from Jim English to Jennifer Minton, 1/17/01, ORCL-0045571.

E-mail from Safra Catz to Loren Mahon, 2/22/01, NDCA-ORCL 146926-146933.

## Other Bates Numbered Documents

FY 2001 US Weekly License Revenues, NDCA-ORCL 315726.

North America Sales Q4 FY00 Financial Package, NDCA-ORCL 1038662-1038695.

Oracle Corp., Transcript of Earnings Conference Call, March 1, 2001 (NDCA-ORCL 419609-419626).

Oracle Monthly Financial Reference Book, April FY2000 (NDCA-ORCL 1912129-1912224).

Oracle Product Revenue Reporting Package, Q4 FY2000 (NDCA-ORCL 973818-973924).

Oracle Quarterly Financial Reference Book, Q4 FY2001 (NDCA-ORCL 1913524-1913684).

NDCA-ORCL 003466

NDCA-ORCL 003471

NDCA-ORCL 003473

NDCA-ORCL 0121978

NDCA-ORCL 252684 - 252685

NDCA-ORCL 255100-101

NDCA-ORCL 300065

NDCA-ORCL 300067

NDCA-ORCL 300208

NDCA-ORCL 303832 - 303964

NDCA-ORCL 401857

NDCA-ORCL 973639 - 974003

NDCA-ORCL 976815 - 976872

NDCA-ORCL 977025 - 977107

NDCA-ORCL 977282 - 977366

## Other Documents

1199 SEIU Greater New York Pension Fund's Third Supplemental Responses to Defendants' Second Set of Interrogatories to Plaintiffs.

*Confidential*

# Appendix D



**Figure 1: Oracle Sales by Line of Business, 1999 - 2001**

Revenue ($ Billions)
$12
$10
$8
$6
$4
$2
$0
Total: $8.8 billion
6%
Total: $10.1 billion
5%
22%
Total: $10.9 billion
4%
20%
FY 1999
FY 2000
FY 2001
Education
Consulting
Support
License

Source: Oracle Corp. Form 10-Ks, 1999 - 2001.
Note: Oracle's Fiscal Year Runs June through May.

Figure 2: Oracle Total License Revenue by Product Type, 1999-2001

Source: Oracle Corp. Form 10-Ks, 1999 - 2001.
Note: Oracle's Fiscal Year Runs June through May.

Confidential

Confidential



Figure 3: Oracle Sales by Geographic Region, 1999-2001

Source: Oracle Corp. Form 10-Ks, 1999 - 2001.
Note: Oracle's Fiscal Year Runs June through May.



Figure 4: Oracle North American Licensing Revenue by Division, 1999 - 2001

Sources: Oracle Corp. Quarterly Financial Reference Books, FY-2000 and FY-2001. Oracle Corp. 11/30/1999 and 5/29/2000 Upside Reports, License tabs.
Note: Oracle's fiscal year runs June through May.

Confidential

Page 4 of 87



Figure 5: Oracle's Worldwide Cumulative Monthly License (& Other) Revenue Distribution

Sources: Oracle Quarterly Financial Reference Book, Q4 FY2001 (NDCA-ORCL 1913524-1913684), Oracle Product Revenue Reporting Package, Q4 FY2000 (NDCA-ORCL 973818-973924), Oracle Monthly Financial Reference Book, April FY2000 (NDCA-ORCL 1912129-1912224).

Page 5 of 87

Confidential



Figure 6: Oracle's FY2001 U.S. Cumulative Weekly License Revenue Distribution

Source: FY 2001 US Weekly License Revenues, NDCA-ORCL 315726.

Note: Because Q2 FY01 had an extra week, its revenues for weeks one and two are combined. Thereafter, 2Q FY01's revenues are for one week later in the quarter than indicated.

Page 6 of 87

Con.. ential

Figure 7: Analysts' EPS Estimates between 12/14/2000 and 3/16/2001

Source: EPS estimates taken from respective firms analyst reports issued on dates listed above.

Notes: A consistently reporting firm is defined as reporting an EPS estimate on at least 2 out of the 3 month period between 12/14/2000 and 3/16/2001.

*Co₂...ential*

**Figure 8: Competitors' EPS Performance vs. Analyst Consensus EPS Estimate**



Confidential

**Figure 9: Competitors' EPS Performance vs. Guidance Reported in Trade Press**



MADE OR BEAT INITIAL GUIDANCE

3/1/2001: Oracle pre-announces earnings miss

Siebel Systems, Inc.
Microsoft Corporation ●

Ariba, Inc. ●
IBM ●  Business Objects S.A.
Commerce One, Inc. ●
Informix Corporation ●
BEA Systems

i2 Technologies, Inc.
■ Ariba, Inc.
Cognos Incorporated ⊠
■ J.D. Edwards         Business Objects S.A.
Commerce One, Inc. ⊠

MISSED INITIAL GUIDANCE

■ Microsoft Corporation

Nov-00    Dec-00    Jan-01    Feb-01    Mar-01    Apr-01

**Announcement Date**

Notes:
Competitors are identified in Oracle's 10-K for the fiscal year 2001 ending 5/31/01, p. 5.  Firms included above had their EPS guidance estimates reported in the trade press as determined by a review of the Factiva database and the firms' own websites.  Dates reflect the earliest available reporting of actual end-of-quarter EPS.  Firms are displayed as missing guidance when the EPS actual value as reported in the trade press is less than the firm's own guidance estimate as reported in the trade press during the relevant fiscal quarter. Cognos guidance included two EPS numbers, including and excluding acquisition charges, for its fiscal quarter ending November 2000. Since guidance with acquisition charges was met while guidance net of the charges was missed, this datapoint was excluded.
Sources:  Factiva and investor relations press releases from company websites.

Page 9 of 87

Co<sub></sub>_ential

Figure 10: Information Processing Equipment and Software Investment, Seasonally Adjusted Annual Rate



Notes:
i)  Spending on Information Processing Equipment and Software is equal to combined spending on Computers and Peripheral Equipment, Software, and Other Information Processing Equipment.
ii) GDP statistics for each quarter are released on three separate dates. Advance statistics are available roughly one month after the end of the quarter, preliminary statistics are available roughly two months after the end of the quarter, and final statistics are available towards the end of the third month following the quarter.
Source:  National Income and Product Accounts Table 1.5.5, Gross Domestic Product, Expanded Detail, Seasonally Adjusted at Annual Rates available from the Bureau of Economic
        Analysis at http://bea.gov/bea/dn/nipaweb/SelectTable.asp?Selected=N Specific release dates from BEA Release Archives at http://bea.gov/bea/Virtual/2000/0800cov4.pdf and
        http://bea.gov/bea/ARTICLES/BEAWIDE/2000/0100rd.pdf. Websites accessed May 22 and 23, 2007.



*Confidential*

**Figure 10a: Investment in Information Processing Equipment and Software, Seasonally Adjusted Annual Rate ($ Billions)**

|  | November 29, 2000 Release | December 21, 2000 Release | January 31, 2001 Release | February 28, 2001 Release | Current Series |
|---|---|---|---|---|---|
|  | [1] | [2] | [3] | [4] | [5] |
| Q3 1999 | $445.5 | $445.5 |  |  | $422.7 |
| Q4 1999 | $461.4 | $461.4 | $461.4 | $461.4 | $421.6 |
| Q1 2000 | $495.3 | $495.3 | $495.3 | $495.3 | $446.4 |
| Q2 2000 | $527.5 | $527.5 | $527.5 | $527.5 | $466.5 |
| Q3 2000 | $550.5 | $548.6 | $548.6 | $548.6 | $473.6 |
| Q4 2000 |  |  | $556.8 | $558.0 | $484.0 |

Sources:

[1]    http://www.bea.gov/bea/newsrelarchive/2000/gdp300p.htm (Table 3, accessed May 22, 2007).

[2]    http://www.bea.gov/bea/newsrelarchive/2000/gdp300f.htm (Table 3, accessed May 22, 2007).

[3]    http://www.bea.gov/bea/newsrelarchive/2001/gdp400a.htm (Table 3, accessed May 22, 2007).

[4]    http://www.bea.gov/bea/newsrelarchive/2001/gdp400p.htm (Table 3, accessed May 22, 2007).

[5]    http://www.bea.gov/national/nipaweb/SelectTable.asp?Selected=Y (Table 1.5.5, accessed May 23, 2007).