# EXHIBIT 231

Draft: New terminology on Forecasting...                                    Page 1 of 1

**From:** Patricia McManus
**Sent:** Fri, 06 Oct 2000 11:47:03 GMT
**To:** James English
**CC:** Patricia McManus
**BCC:**
**Subject:** Draft: New terminology on Forecasting...

EXHIBIT 110
Rachel A. Ferrier
CSR No. 6948
Date 9/27/06
Witness
Ellison

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 203681

```
begin:vcard
n:McManus;Patricia
tel;fax:610-722-2000
tel;work:610-722-2173
x-mozilla-html:FALSE
adr:;;;;;;
version:2.1
email;internet:patricia.mcmanus@oracle.com
fn:Patricia McManus
end:vcard
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER       NDCA-ORCL 203682

Hi,

Jim, we can talk through the recommendation, let me know your thoughts...

Recently Larry has changed the way that he is interpreting our forecast. He would like us to reflect our numbers as follows...

Worst - this is our bottom threshold - minimum 80% probability for opportunity - our old thinking of "commit"
Forecast - some risk included, potentially 50% of the time you make it and 50% of the time you don't - minimum 60% probability for an opportunity
Best - the top threshold for the quarter - minimum 40% probability for an opportunity

This is a change from our current thinking in that our forecast has not usually had a significant amount of judgment. It was the amount that you believed you could deliver at a minimum. That emphasis has shifted to "worst" and now our forecast is a number that includes more risk than in the past. Best case should not be our entire quarter pipeline. As deals cross the 40% win probability threshold, they enter our best case.

The win probabilities are guidelines and should be adjusted as you move through the quarter., Obviously, a 60% win probability the last week of the quarter is probably not a "forecast" item. Common sense has to prevail. The win probabilities are in OSO and should be reviewed for accuracy with the reps. The win probabilities have to be updated on a timely basis.

We will incorporate this in our OSO lii training that is tentatively scheduled the week of 10/23.

Please let us know if you have any questions!

Thanks,

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 203683

# EXHIBIT 232

1  MAYER, BROWN, ROWE & MAW LLP
   DONALD M. FALK (State Bar No. 150256)
2  LEE H. RUBIN (State Bar No. 141331)
   SARAH WEINSTEIN (State Bar No. 197306)
3  2 Palo Alto Square, Suite 300; 3000 El Camino Real
   Palo Alto, CA 94306-2112
4  Telephone:    (650) 331-2000
5  Facsimile:    (650) 331-2060

6  MAYER, BROWN, ROWE & MAW LLP
7  ALAN N. SALPETER
   JAVIER H. RUBINSTEIN
8  190 South LaSalle Street
   Chicago, Illinois 60603-3441
9  Telephone:    (312) 782-0600
   Facsimile:    (312) 701-7711
10

**FILED**
SAN MATEO COUNTY
JUN 0 9 2005
Clerk of the Superior Court
By _____
     DEPUTY CLERK

11  Attorneys for Defendant
    LAWRENCE J. ELLISON                    **ORIGINAL**

12
13      SUPERIOR COURT OF THE STATE OF CALIFORNIA

14          FOR THE COUNTY OF SAN MATEO

15  SYED AKHTER, JOHN BOSCO, JOSEPH          JUDICIAL COUNCIL COORDINATION
    BOYLE, CARY COLLINS, Trustee of the     PROCEEDING NO. 4180
16  Chadsey Educational Trust dated February 21,
    1997, BARRY J. GAMBLE, MAX KATZ,        SUPERIOR COURT CASE NO. 417511
17  ALAN PIERCE, derivatively on behalf of
    ORACLE CORPORATION,                     **INDIVIDUAL DEFENDANT**
18                                          **LAWRENCE J. ELLISON'S**
                Plaintiffs,                 **COMPENDIUM OF EXHIBITS IN**
19                                          **SUPPORT OF MOTION FOR**
    v.                                      **SUMMARY JUDGMENT**
20
    LAWRENCE J. ELLISON                     **VOLUME 1 OF 9**
21
                Defendant,                  Date:   July 29, 2005
22                                          Time:   10:00 a.m.
    and ORACLE CORPORATION,                 Dept:   18
23
                Nominal Defendant.          The Honorable John G. Schwartz
24                                          Coordination Trial Judge

25                                          Trial Date: September 1, 2005

26

27      CONFIDENTIAL – LODGED CONDITIONALLY UNDER SEAL
    This document is being lodged with the Court pursuant to California Rules of Court, Rule
28  243.2(d) and may be subject to a motion to have all or portions of the document filed under seal.



FINANCIAL REPORT
EXHIBIT NO. ____
MARTIN 7/12/06
IGNACIO HOWARD CSR, RPR

1  MAYER, BROWN, ROWE & MAW LLP
   DONALD M. FALK (State Bar No. 150256)
2  LEE H. RUBIN (State Bar No. 141331)
   SARAH WEINSTEIN (State Bar No. 197206)
3  2 Palo Alto Square, Suite 300; 3000 El Camino Real
4  Palo Alto, CA 94306-2112
   Telephone:    (650) 331-2000
5  Facsimile     (650) 331-2060

6  MAYER, BROWN, ROWE & MAW LLP
7  ALAN N. SALPETER
   JAVIER H. RUBINSTEIN
8  190 South LaSalle Street
   Chicago, Illinois 60603-3441
9  Telephone:    (312) 782-0600
   Facsimile:    (312) 701-7711
10

11 Attorneys for Defendant
   LAWRENCE J. ELLISON

**ORIGINAL**

12

13         SUPERIOR COURT OF THE STATE OF CALIFORNIA

14              FOR THE COUNTY OF SAN MATEO

15 | SYED AKHTER, JOHN BOSCO, JOSEPH | JUDICIAL COUNCIL COORDINATION
   | BOYLE, CARY COLLINS, Trustee of the | PROCEEDING NO. 4180
16 | Chadsey Educational Trust dated February 21, |
   | 1997, BARRY J. GAMBLE, MAX KATZ, | SUPERIOR COURT CASE NO. 417511
17 | ALAN PIERCE, derivatively on behalf of |
   | ORACLE CORPORATION, | **INDIVIDUAL DEFENDANT**
18 |                | **LAWRENCE J. ELLISON'S**
   |        Plaintiffs, | **COMPENDIUM OF EXHIBITS IN**
19 |                | **SUPPORT OF MOTION FOR**
   | v.             | **SUMMARY JUDGMENT**
20 |                |
   | LAWRENCE J. ELLISON, | **VOLUME 1 OF 9**
21 |                |
   |        Defendant, | Date:     July 29, 2005
22 |                | Time:     10:00 a.m.
   | and ORACLE CORPORATION, | Dept:     18
23 |                |
   |        Nominal Defendant. | The Honorable John G. Schwartz
24 |                | Coordination Trial Judge
25 |                | Trial Date: September 1, 2005
26

27         <u>CONFIDENTIAL – LODGED CONDITIONALLY UNDER SEAL</u>
   This document is being lodged with the Court pursuant to California Rules of Court, Rule
28 243.2(d) and may be subject to a motion to have all or portions of the document filed under seal.

## Index of Individual Defendant's Exhibits (DX)

### Upside Reports

| DX # | BATES NUMBER | DATE | DESCRIPTION |
|---|---|---|---|
| 1 | ORCL 122069 – 122070 | 11/29/99 | Upside Report |
| 2. | ORCL 122080 – 122090 | 12/13/99 | Upside Report |
| 3. | ORCL 122091 – 122101 | 01/10/00 | Upside Report |
| 4. | ORCL 122102 – 122112 | 01/24/00 | Upside Report |
| 5. | ORCL 122125 – 122136 | 02/14/00 | Upside Report |
| 6. | ORCL 122149 – 122160 | 02/28/00 | Upside Report |
| 7. | ORCL 122161 – 122172 | 03/13/00 | Upside Report |
| 8. | ORCL 122186 – 122199 | 04/10/00 | Upside Report |
| 9. | ORCL 122200 – 122213 | 04/24/00 | Upside Report |
| 10. | ORCL 122228 – 122241 | 05/15/00 | Upside Report |
| 11. | ORCL 122256 – 122270 | 05/29/00 | Upside Report |
| 12. | ORCL 1374 - 1385 | 06/20/00 | Upside Report |
| 13. | ORCL 1546 - 1557 | 07/17/00 | Upside Report |
| 14. | ORCL 1649 - 1663 | 07/28/00 | Upside Report |
| 15. | ORCL 1863 - 1879 | 08/15/00 | Upside Report |
| 16. | ORCL 122302 – 122316 | 08/28/00 | Upside Report |
| 17. | ORCL 122332 – 122348 | 09/11/00 | Upside Report |
| 18. | ORCL 2529 - 2545 | 10/16/00 | Upside Report |
| 19. | ORCL 2665 - 2681 | 11/13/00 | Upside Report |
| 20. | ORCL 2810 - 2826 | 11/27/00 | Upside Report |

| 21 | ORCL 3003 - 3017 | 12/08/00 | Upside Report |
| 22 | ORCL 2986 - 3002 | 12/11/00 | Upside Report |
| 23 | ORCL 3018 - 3031 | 12/13/00 | Upside Report |
| 24. | ORCL 3187 - 3203 | 12/25/00 | Upside Report |
| 25. | ORCL 3341 - 3357 | 01/15/01 | Upside Report |
| 26 | ORCL 3548 - 3564 | 01/22/01 | Upside Report |
| 27. | ORCL 3608 - 3624 | 01/29/01 | Upside Report |
| 28. | ORCL 3746 - 3762 | 02/05/01 | Upside Report |
| 29. | ORCL 3912 - 3928 | 02/12/01 | Upside Report |
| 30. | ORCL 4120 - 4132 | 02/16/01 | Upside Report |
| 31. | ORCL 4086 - 4102 | 02/19/01 | Upside Report |
| 32 | ORCL 4258 - 4274 | 02/26/01 | Upside Report |
| 33. | ORCL 108609 - 108625 | 02/27/01 | Upside Report |
| 34. | ORCL 4410 - 4426 | 02/28/01 | Upside Report |

### Pipeline Reports

| DX # | BATES NUMBER | DATE | DESCRIPTION |
|------|--------------|------|-------------|
| 35. | ORCL 3086 - 3095 | 12/11/00 | Oracle Pipeline Reporting Package |
| 36. | ORCL 3440 - 3449 | 01/15/01 | Oracle Pipeline Reporting Package |
| 37. | ORCL 3829 - 3839 | 02/05/01 | Oracle Pipeline Reporting Package |

*Flush Reports*

| DX# | BATES NUMBER | DATE | DESCRIPTION |
|-----|-------------|------|-------------|
| 38. | ORCL 20254 - 20255 | 08/15/00 | E-mail from Larry Garnick to Lawrence Ellison, et al. |
| 39. | ORCL 20260 - 20262 | 11/07/00 | E-mail from Larry Garnick to Jennifer Minton, et al. |
| 40. | ORCL 20825 - 20828 | 01/17/01 | E-mail from Larry Garnick to Jennifer Minton, et al. |
| 41. | ORCL 20831 - 20833 | 02/08/01 | E-mail from Larry Garnick to Jennifer Minton, et al. |
| 42. | ORCL 20855 - 20856 | 02/12/01 | E-mail from Larry Garnick to Jennifer Minton, et al. |

*Big Deal Reports*

| DX# | BATES NUMBER | DATE | DESCRIPTION |
|-----|-------------|------|-------------|
| 43. | ORCL 22145 - 22146 | 02/22/01 | E-mail from Loren Mahon to Tom Williams, et al. |
| 44. | ORCL 22147 - 22149 | 02/23/01 | E-mail from Loren Mahon to Tom Williams and Safra Catz |
| 45. | ORCL 22150 - 22151 | 02/26/01 | E-mail from Loren Mahon to Tom Williams, et al. |
| 46. | ORCL 22152 - 22153 | 02/27/01 | E-mail from Loren Mahon to Tom Williams, et al. |
| 47. | ORCL 22154 - 22155 | 02/28/01 | E-mail from Loren Mahon to Tom Williams, et al. |
| 48. | ORCL 22156 | 03/01/01 | E-mail from Loren Mahon to Tom Williams, et al. |

*Monthly/Quarterly Financial Reference Books (Red/Grey Books)*

| DX# | BATES NUMBER | DATE | DESCRIPTION |
|-----|-------------|------|-------------|
| 49. | CA-ORCL 22373 - 22471 | March FY00 | Monthly Financial Reference Book |
| 50. | CA-ORCL 22472 - 22567 | April FY00 | Monthly Financial Reference Book |
| 51. | CA-ORCL 22568 - 22675 | 4Q00 | Monthly Financial Reference Book |
| 52. | ORCL 9188 - 9300 | June FY01 | Monthly Financial Reference Book |

3

| 53 | ORCL 9301 - 9415 | July FY01 | Monthly Financial Reference Book |
| 54. | ORCL 9424 - 9548 | 1Q01 | Monthly Financial Reference Book |
| 55. | ORCL 9549 - 9674 | September FY01 | Monthly Financial Reference Book |
| 56. | ORCL 9675 - 9800 | October FY01 | Monthly Financial Reference Book |
| 57. | ORCL 9801 - 9937 | 2Q01 | Monthly Financial Reference Book |
| 58. | ORCL 9938 - 10063 | December FY01 | Monthly Financial Reference Book |
| 59. | ORCL 10064 - 10189 | January FY01 | Monthly Financial Reference Book |
| 60. | ORCL 10190 - 10322 | 3Q01 | Monthly Financial Reference Book |
| 61. | ORCL 10323 - 10472 | March FY01 | Monthly Financial Reference Book |
| 62. | ORCL 10473 - 10631 | April FY01 | Monthly Financial Reference Book |
| 63. | ORCL 10632 - 10792 | 4Q01 | Monthly Financial Reference Book |

### *Board Packages (White Books)*

| DX # | BATES NUMBER | DATE | DESCRIPTION |
|---|---|---|---|
| 64. | ORCL 23006 - 23080 | 10/16/00 | 1Q01 Fiscal Results, Board Package |
| 65. | ORCL 23081- 23156 | 01/15/01 | 2Q01 Fiscal Results, Board Package |
| 66. | ORCL 23157 - 23221 | 04/16/01 | 3Q01 Fiscal Results, Board Package |
| 67. | ORCL 23222 - 23298 | 07/09/01 | 4Q01 Fiscal Results, Board Package |

### *Executive Committee Worldwide Forecasts*

| DX # | BATES NUMBER | DATE | DESCRIPTION |
|------|--------------|------|-------------|
| 68. | ORCL 3054 – 3075 | 12/11/00 | Oracle Executive Committee Worldwide Forecast 3Q01 Management Summary - US Dollar |
| 69. | ORCL 3204 – 3225 | 12/25/00 | Oracle Executive Committee Worldwide Forecast 2Q01 Management Summary - US Dollar |
| 70. | ORCL 3450 – 3471 | 01/15/01 | Oracle Executive Committee Worldwide Forecast 3Q01 Management Summary - US Dollar |
| 71 | ORCL 3669 – 3690 | 01/22/01 | Oracle Executive Committee Worldwide Forecast 3Q01 Management Summary – US Dollar |
| 72. | ORCL 18301 - 18322 | 02/05/01 | Oracle Executive Committee Worldwide Forecast 3Q01 Management Summary - US Dollar |
| 73. | ORCL 4006 – 4027 | 02/12/01 | Oracle Executive Committee Worldwide Forecast 3Q01 Management Summary - US Dollar |
| 74. | ORCL 4193 - 4214 | 02/19/01 | Oracle Executive Committee Worldwide Forecast 3Q01 Management Summary - US Dollar |
| 75. | ORCL 4291 - 4312 | 02/26/01 | Oracle Executive Committee Worldwide Forecast 3Q01 Management Summary - US Dollar |
| 76. | ORCL 4489 - 4510 | 02/28/01 | Oracle Executive Committee Worldwide Forecast 3Q01 Management Summary - US Dollar |

### *Oracle SEC Filings*

| DX # | BATES NUMBER | DATE | DESCRIPTION |
|------|--------------|------|-------------|
| 77. | ORCL 86893 - 86949 | 05/31/00 | Report on Form 10-K for the fiscal year ended May 31, 2000 |
| 78. | ORCL 83479 - 83499 | 08/31/00 | Report on Form 10-Q for the quarter ended August 31, 2000 |
| 79. | ST&B 9561 - 9607 | 09/11/00 | Proxy Statement Pursuant to Schedule 14 A |
| 80. | ORCL 87310 - 87334 | 11/30/00 | Report on Form 10-Q for the quarter ended November 30, 2000 |
| 81. | ST&B 320 - 373 | 05/31/01 | Report on Form 10-K for the fiscal year ended May 31, 2001 |
| 82. | ST&B 374 - 390 | 09/05/01 | Proxy Statement Pursuant to Schedule 14 A |

## Oracle Press Releases and Transcripts

| DX # | BATES NUMBER | DATE | DESCRIPTION |
|---|---|---|---|
| 83. | ORCL 31699 – 31731 | 12/14/00 | Transcript of 2Q01 Earnings Call |
| 84. | ORCL 31823 – 31834 | 12/14/00 | Script of 2Q01 Earnings Conference Call |
| 85. | ORCL 123051 - 12307 | 02/13/01 | Transcript of George Roberts' Presentation to Robertson Stephens Technology Conference |
| 86. | ORCL 122947 – 122977 | 02/13/01 | Transcript: Sandy Sanderson's Presentation at Goldman Conference |
| 87. | ORCL 12241 – 12242 | 03/01/01 | Oracle Press Release: *Oracle Announces Preliminary Third Quarter Earnings Results* |
| 88. | ORCL 12631 – 12633 | 03/15/01 | Oracle Press Release: *Oracle Net Income Up 16%, Earnings Per Share $0.10, Applications Sales Up 25%, Database Sales Up 6%* |
| 89. | CA-ORCL 1616 - 1660 | 09/14/00 | 1Q01 Financial Results Conference Call |

## Articles and other company press releases

| DX # | BATES NUMBER | DATE | DESCRIPTION |
|---|---|---|---|
| 90. | ST&B 1517 – 1519 | 07/05/00 | David A. Gaffen, *Market Starting to See the Bad Side of the Slowdown*, TheStreet.com |
| 91. | ORCL 21181 - 21184 | 10/02/00 | Aaron Ricadela and Rick Whiting, *Back to Data Basics*, InformationWeek.com |
| 92. | ST&B 8988 – 8989 | 10/17/00 | *Sybase Exceeds Street Expectations EPS Up 30%, Net Income Up 40%*, Sybase Press Release |
| 93. | ST&B 8997 – 9001 | 10/18/00 | *Ariba First Internet B2B to Break-Even*, Ariba Press Release |
| 94. | ST&B 1378 – 1379 | 01/11/01 | Jim Finkle, *Oracle CFO Says He Plans To Sell $33 Million In Stock*, Bloomberg News |
| 95. | ST&B 9046 – 9048 | 01/18/01 | *Sybase Announces Best Annual Quarterly Earnings Ever*, Sybase Press Release |
| 96. | ST&B 9077 – 9082 | 02/22/01 | *BEA Reports Record Fourth Quarter and Fiscal Year Financial Results*, BEA Press Release |
| 97. | ST&B 9083 – 9085 | 03/05/01 | *Cognos Announces Preliminary Estimates of Results for Fourth Quarter Fiscal Year 2001*, Cognos Press Release |
| 98. | ST&B 8414 – 8417 | 03/05/01 | *J.D.Edwards Reports Financial Results for the First Quarter Ended January 31, 2001*, J.D. Edwards Press Release |
| 99. | ST&B 8501 – 8503 | 04/03/01 | *Ariba Announces Preliminary Second Quarter Results*, |

| | | | Ariba Press Release |
|---|---|---|---|
| 100. | ST&B 8909 – 8910 | 04/03/01 | *Commerce One Announces Revised Financial Outlook for First Quarter 2001*, Commerce One Press Release |
| 101. | ST&B 9092 – 9093 | 04/05/01 | *Hyperion Reports Preliminary Third-Quarter Results*, Hyperion Press Release |
| 102. | ST&B 8363 – 8364 | 04/19/01 | *Commerce One Reports First Quarter 2001 Results*, Commerce One Press Release |
| 103. | ST&B 8366 – 8371 | 04/23/01 | *Hyperion Reports Third Quarter Results*, Hyperion Press Release |
| 103A | ORCL 25308 - 25313 | 11/00 | G. Christian Hill, *Dog Eats Dog Food. And Damn if It Ain't Tasty*, Business 2.0 |

### *E-mails, Letters and Faxes*

| DX # | BATES NUMBER | DATE | DESCRIPTION |
|---|---|---|---|
| 104. | ORCL 122756 | 11/29/00 | E-mail from Jay Nussbaum to osiemps@us.oracle.com |
| 105. | ORCL 69431- 69432 | 12/12/00 | E-mail from Jeff Henley to Lawrence Ellison |
| 106. | ORCL 45275 | 01/04/01 | E-mail from Jeff Henley to Jeff Henley |
| 107. | ORCL 111121 | 01/11/01 | E-mail from David Winton to Jennifer Minton |
| 108. | ORCL 45571 | 01/17/01 | E-mail from Jim English to Jennifer Minton |
| 109. | ORCL 20825 - 20828 | 01/17/01 | E-mail from Larry Garnick to Jennifer Minton, et al. |
| 110. | ORCL 22083 - 22084 | 01/17/01 | E-mail from Kent Kelley to Sandy Sanderson, et al. |
| 111. | ORCL 109623 | 01/18/01 | E-mail from Sarah Kopp to Jennifer Minton |
| 112. | ORCL 33297 | 01/19/01 | E-mail from Dan Cooperman to Philip Simon |
| 113. | ORCL 19641 | 01/19/01 | E-mail from Ray Lane to Oracle Senior Management |
| 114. | ORCLA 23486 – 23487 | 01/23/01 | E-mail from Philip Simon to Carolyn Balkenhol |
| 115. | ORCLA 23490 | 01/24/01 | E-mail from Philip Simon to Carolyn Balkenhol |
| 116. | ORCLA 23691 – 23693 | 01/24/01 | E-mail from Philip Simon to Carolyn Balkenhol |
| 117. | ORCLA 23488 – 23489 | 01/24/01 | E-mail from Philip Simon to Lawrence Ellison |
| 118. | CD-I 3104 | 01/24/01 | E-mail from Philip Simon to Lawrence Ellison |

| 119. | ORCLA 23491 | 01/25/01 | E-mail from Philip Simon to Carolyn Balkenhol |
|------|-------------|----------|-----------------------------------------------|
| 120. | ORCL 33298 | 01/26/01 | E-mail from Dan Cooperman to Philip Simon |
| 121. | ORCLA 23499 | 01/29/01 | E-mail from Philip Simon to Lawrence Ellison |
| 122. | ORCLA 23492 – 23493 | 01/26/01 | E-mail from Philip Simon to Kimberly Clarke |
| 123. | ORCLA 23494 | 01/26/01 | E-mail from Philip Simon to Carolyn Balkenhol |
| 124. | ORCLA 23495 – 23496 | 01/29/01 | E-mail from Philip Simon to Carolyn Balkenhol |
| 125. | ORCLA 23498 | 01/29/01 | E-mail from Philip Simon to Carolyn Balkenhol, et al. |
| 126. | ORCLA 23497 | 01/29/01 | E-mail from Philip Simon to Carolyn Balkenhol |
| 127. | ORCLA 23502 | 01/30/01 | E-mail from Philip Simon to Carolyn Balkenhol, et al. |
| 128. | ORCLA 23500 - 23501 | 01/30/01 | E-mail from Philip Simon to Kimberly Clarke |
| 129. | ORCLA 23503 – 23504 | 01/31/01 | E-mail from Philip Simon to Lawrence Ellison |
| 130 | ORCL 45593 - 45595 | 02/26/01 | E-mail from David Winton to Jennifer Minton |
| 131. | ORCL 45590 | 02/26/01 | E-mail from Jeff Henley to Jennifer Minton and Safra Catz |
| 132. | ORCL 45591 - 45592 | 02/26/01 | E-mail from Jeff Henley to Lawrence Ellison, Safra Catz and Jennifer Minton |
| 133. | ORCL 19279 - 19280 | 02/26/01 | E-mail from Nic Classik to George Roberts, et al. |
| 134. | ORCL 45584 | 02/26/01 | E-mail from George Roberts to Lawrence Ellison, et al. |
| 135. | ORCL 126538 - 126556 | 02/27/01 | E-mail from Sarah Kopp to Jennifer Minton, with attached e-mails |
| 136. | ORCL 45609 - 45610 | 02/27/01 | E-mail from Jeff Henley to Jennifer Minton |
| 137. | ORCL 23505 - 23507 | 03/08/01 | E-mail from Philip Simon to Carolyn Balkenhol |
| 138. | ORCL 23515 - 23516 | 05/03/02 | E-mail from Philip Simon to Lawrence Ellison |

8

*Financial Analyst Reports*

| DX # | BATES NUMBER | DATE | DESCRIPTION |
|---|---|---|---|
| 139. | ORCL 5619B - 5621B | 02/16/00 | John Souter, *ORCL Comments Following Meeting with Oracle's CFO*, William Blair & Co. Analyst Report |
| 140. | ORCL 5457B - 5459B | 03/15/00 | Mark Murphy, *ORCL—Unbridled February Quarter*, First Albany Analyst Report |
| 141. | ORCL 5374B - 5376B | 04/05/00 | Andrew Roskill, *ORCL. Analyst Meeting*, Warburg Dillon Read Analyst Report |
| 142. | ORCL 5305B - 5308B | 05/05/00 | Rick G. Sherlund, *ORCL Oracle Corp...*, Goldman Sachs Analyst Report |
| 143. | ORCL 1337 – 1338 | 05/16/00 | Laura Lederman, *ORCL Oracle Corporation Update*, William Blair & Co. Analyst Report |
| 144. | ORCL 1110 – 1111 | 09/13/00 | Jim Mendelson, *ORCL Oracle Company Update*, Wit SoundView Analyst Report |
| 145. | ORCL 46841 - 46844 | 11/07/00 | Melissa Eisenstat, *ORCL: Expect Gradual Adoption of Apps Suite In a Best of Breed World*, CIBC World Markets Corp. Analyst Report |
| 146 | ORCL 666 – 671 | 12/15/00 | Mark Murphy, *ORCL Apps and Database Excel in Q2*, First Albany Analyst Report |
| 147. | ORCL 555 – 556 | 02/08/01 | Rick G. Sherlund, *ORCL Action Update on Oracle*, Goldman Sachs Analyst Report |
| 148. | ORCL 444 – 451 | 02/27/01 | Charles E. Phillips, *Oracle Apps World Feedback*, Morgan Stanley Dean Witter Analyst Report |
| 149. | ORCL 246 – 256 | 03/16/01 | Charles E. Phillips, *Oracle: It Needs Time- Give it 9 to 12 Months*, Morgan Stanley Dean Witter Analyst Report |

*Presentation Materials*

| DX # | BATES NUMBER | DATE | DESCRIPTION |
|---|---|---|---|
| 150. | ORCL 118750 - 118792 | 01/00/01 | Henley Presentation to Morgan Stanley Dean Witter Internet, Software and Networking Conference |

*Miscellaneous Documents*

| DX# | BATES NUMBER | DATE | DESCRIPTION |
|---|---|---|---|
| 151. | ORCL 128233 – 128239 | No date | Memorandum from Dan Cooperman re: Restrictions on Purchases and Sales of Stock by Executives and Directors |
| 152. | ORCL 94993 - 95020 | 3Q01 | 3Q01 License Contract Summary (>$500k) |
| 153. | ORCL 94942 - 94963 | 1Q01 | 1Q01 License Contract Summary (>$500k) |
| 154. | ORCL 94964 - 94992 | 2Q01 | 2Q01 License Contract Summary (>$500k) |
| 155. | ORCL 121634 – 121649 | 12/18/00 – 2/26/01 | 3Q01 NAS Weekly Forecasts |
| 156. | ORCL 95021- 95058 | 4Q01 | 4Q01 License Contract Summary (>$500k) |
| 157. | ORCL 121978 | 4/11/02 | FY01 US Weekly License Revenue Distribution |
| 158. | ORCL 43125 - 43173 | 05/29/01 | Approvals/2000 Forecast Report |
| 159. | ORCL 42404 - 42430 | 02/26/01 | Approvals/2000 Forecast Report |
| 160. | ORCL 41253 - 41278 | 11/28/00 | Approvals/2000 Forecast Report |
| 161. | ORCL 40786 - 40810 | 08/29/00 | Approvals/2000 Forecast Report |
| 162. | ST&B 1442 – 1444 | 10/30/00 | Marc L. Songini, *Users Vent Frustration Over Oracle CRM/ERP Upgrades*, Computerworld.com |
| 163. | ORCL 896 – 898 | 11/03/00 | Rick G. Sherlund, *Oracle – Early checks with applications customers*, Goldman Sachs Analyst Report |
| 164. | ORCL 7469 – 7471 | 12/04/00 | B. Bond, B. Burton, *Commentary, An Oracle ERP Report Card*, Gartner Group Research Note |
| 165. | ORCL 3358 - 3416 | 01/12/01 | EMC Forecast & Flash Report |
| 166. | ORCL 3565 - 3607 | 01/19/01 | EMC Forecast & Flash Report |
| 167. | ORCL 122173 - 122185 | 03/27/00 | Upside Report |
| 168. | ORCL 1450 - 1463 | 07/10/00 | Upside Report |
| 169. | ORCL 2219 - 2234 | 09/18/00 | Upside Report |
| 170. | ORCL 2329 - 2345 | 09/25/00 | Upside Report |

| 171. | ORCL 2422 - 2438 | 10/09/00 | Upside Report |
| 172 | CA-ORCL1871 – 1873 | 12/12/00 | William Epifanio II, *Oracle's Second Quarter Earnings. A Definite Maybe,* J P. Morgan Analyst Report |
| 173. | ORCL 17453 – 17483 | 02/23/01 | E-mail to HR Sales Managers attaching Report on Suite 11i |
| 174. | CA-ORCL 38464 | 05/00 | License Revenue Forecast Accuracy Chart, Q1FY01 |
| 175. | CA-ORCL 37133 | 01/18/01 | E-mail from Jennifer Minton to Ivgen Guner |

### *Deposition Excerpts*

| DX # | BATES NUMBER | DATE | DESCRIPTION |
|---|---|---|---|
| 176. | | 02/26/04 02/27/05 | Deposition of Lawrence J. Ellison (excerpts) |
| 177. | | 03/02/04 03/03/04 | Deposition of Jeffrey O. Henley (excerpts) |
| 178. | | 03/31/04 04/01/04 | Deposition of Jennifer L. Minton (excerpts) |
| 179. | | 02/10/04 | Deposition of Daniel Cooperman (excerpts) |
| 180. | | 03/16/04 | Deposition of Philip B. Simon (excerpts) |
| 181. | | 03/23/04 | Deposition of Jay Nussbaum (excerpts) |

11

# EXHIBIT 233

2



**TOTAL COMPANY - Q3 FY00 FORECAST**

$ In Thousands at Actual Rates

ORACLE

| | Q3F98 | Forecast | Q3F00 Forecast Upside | Potential | Forecast vs FY % | Potential Growth % | Q3F00 Budget |
|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | |
| License | 810,443 | 504,663 | 54,000 | 561,663 | 0% | 19% | 843,306 |
| Consulting | 547,747 | 554,166 | | 554,166 | -3% | -3% | 565,442 |
| Support | 582,586 | 713,336 | | 713,336 | 22% | 22% | 712,367 |
| Education | 117,880 | 115,966 | | 115,966 | 2% | 2% | 116,214 |
| Other | 1,372 | 8,177 | | 8,177 | 527% | 527% | 13,449 |
| Other Non-Distribution | | 170 | | 170 | 171% | -171% | |
| **Total Revenues** | 2,197,428 | 2,354,800 | 156,000 | 2,360,000 | 14% | 14% | 2,455,378 |
| **Expenses** | | | | | | | |
| License | 470,308 | 490,064 | 22,400 | 503,464 | -14% | -20% | 490,172 |
| Consulting | 511,620 | 461,542 | | 461,542 | 10% | 10% | 548,547 |
| Support | 146,784 | 211,909 | | 211,909 | -24% | -24% | 212,334 |
| Education | 90,338 | 80,644 | | 90,644 | 11% | 11% | 96,400 |
| Other | 2,985 | 5,489 | 5,010 | 10,499 | 11% | -252% | 16,732 |
| G&A | 114,457 | 182,561 | | 182,561 | -66% | -41% | 152,287 |
| Development | 81,537 | 85,150 | 1,705 | 87,155 | -41% | -41% | 87,866 |
| Corporate | 257,037 | 224,666 | | 224,666 | -9% | -9% | 324,344 |
| **Total Operating Expenses** | 1,445,342 | 1,920,344 | 29,615 | 1,840,790 | -27% | -27% | 1,838,331 |
| Operating Income | 630,004 | 344,825 | 126,385 | 511,210 | -11% | -11% | 7,063 |
| Other (Income)/Expense | 444,325 | (343) | | (343) | -86% | 98% | 497,441 |
| Pre-Tax Income | 34% | 175,168 | 126,385 | 311,553 | -13% | 15% | 690,717 |
| Tax Rate | 181,011 | 325 | 44,235 | 58,884 | | | 34% |
| Net Income | 392,154 | 290,316 | 82,150 | 170,666 | 11% | -19% | 172,682 |
| **Pre-Tax Margin %** | 21% | 11% | nm | 22% | -15% | 13% | 21% |
| Weighted Average Shares | 1,495,461 | 1,503,150 | 1,503,150 | 1,503,150 | | | |
| Earnings Per Share | 19.8c | 15.7c | 5.5c | 22.1c | | | 21.9c |
| Market Expectation | | | | 24.0c | | | |

6/20/2002

Oracle Corporation Confidential

ORCL 0122080
ORACLE CONFIDENTIAL

# TOTAL COMPANY - Q3 FY00 FORECAST

$ In 'Thousands at Budget Rates

ORACLE

| | Q3 FY99 | Forecast | Q3 FY00 Forecast Upside | Potential | Forecast vs PY $ | Forecast vs PY % | Potential Growth % | Q3 FY00 Budget |
|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | |
| License | $ 795,966 | $ 800,116 | $ 156,000 | 956,116 | $ 4,150 | 1% | 20% | $ 942,380 |
| Consulting | 557,787 | 561,728 | | 561,729 | 3,972 | 1% | 1% | 660,482 |
| Support | 671,395 | 716,087 | | 716,087 | 44,692 | 23% | 26% | 712,307 |
| Education | 110,380 | 116,082 | | 116,082 | 4,652 | 4% | 4% | 116,214 |
| Other | 1,712 | 9,177 | | 9,177 | 7,905 | 621% | 631% | 13,418 |
| Other Non-Distribution | (225) | 170 | | 170 | 394 | 176% | -170% | |
| **Total Revenues** | $ 2,036,046 | $ 2,203,341 | $ 156,000 | 2,356,341 | $ 165,765 | 8% | 16% | $ 2,453,376 |
| **Expenses** | | | | | | | | |
| License | $ 410,350 | $ 480,329 | $ 23,400 | 503,718 | $ (89,979) | -17% | -23% | $ 499,172 |
| Consulting | 502,030 | 464,313 | | 464,313 | 37,720 | 8% | 8% | 548,807 |
| Support | 186,630 | 211,978 | | 211,978 | (45,538) | -27% | -27% | 212,924 |
| Education | 84,852 | 82,866 | 5,010 | 60,868 | 7,984 | 9% | 9% | 98,100 |
| Other | 2,985 | 5,501 | | 10,511 | 7,516 | -44% | -252% | 18,702 |
| Marketing | 113,165 | 160,571 | 1,205 | 160,571 | (47,376) | -42% | -42% | 160,207 |
| G&A | 19,435 | 66,231 | | 67,436 | (6,782) | -9% | -10% | 87,818 |
| Development & IT | 255,975 | 324,322 | | 324,323 | (68,344) | -27% | -27% | 334,268 |
| Corporate | (4,330) | 7,818 | | 7,818 | (11,918) | 27% | 277% | 803 |
| **Total Operating Expenses** | $ 1,614,955 | $ 1,821,833 | $ 29,616 | 1,851,147 | $ (206,877) | -13% | -15% | $ 1,955,301 |
| **Operating Income** | $ 421,091 | $ 380,909 | $ 126,385 | 507,194 | $ (40,182) | -10% | 20% | $ 497,467 |

ORCL 0122081
ORACLE CONFIDENTIAL

**$ in Thousands at Budget Rates**   ORACLE

| Consuming | Q3FY16 | Q3 FY00 Forecast Forecast | Upside | Potential | Forecast vs PY % | Potential Growth % | Budget |
|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | |
| CSI - Nussbaum | $ 87,826 | $ 101,745 | | $ 101,748 | 16% | 18% | $ 118,110 |
| NA - Sanderson | 176,878 | 183,749 | | 188,148 | -5% | -5% | 211,023 |
| OPI - Veresano | 44,364 | 44,232 | | 44,232 | -11% | -11% | 61,474 |
| LA - Sanderson | 20,887 | 24,487 | | 24,887 | 18% | 18% | 33,468 |
| EMEA - Faird | 161,889 | 182,205 | | 182,205 | 0% | 0% | 215,340 |
| APAC - Williams | 26,854 | 28,132 | | 28,132 | 34% | 34% | 20,062 |
| Japan - Baro | 7,115 | 10,279 | | 10,279 | 44% | 44% | 10,664 |
| Corporate Adjustments | 10,000 | | | | -100% | -100% | |
| **Total** | $ 110,377 | $ 381,778 | | $ 381,712 | 1% | 1% | $ 569,487 |
| **Expenses** | | | | | | | |
| CSI - Nussbaum | 66,437 | 80,255 | | 80,255 | 9% | 9% | 98,502 |
| NA - Sanderson | 140,130 | 142,577 | | 142,577 | 11% | 11% | 178,274 |
| OPI - Veresano | 41,821 | 28,468 | | 28,468 | 30% | 30% | 42,800 |
| LA - Sanderson | 18,448 | 19,426 | | 18,426 | -20% | -20% | 18,718 |
| EMEA - Faird | 107,840 | 159,074 | | 159,074 | 5% | 5% | 118,037 |
| APAC - Williams | 22,440 | 24,871 | | 24,871 | 81% | 81% | 26,533 |
| Japan - Baro | 8,697 | 8,952 | | 8,952 | -45% | -45% | 8,461 |
| Corporate Adjustments | | | | | nm | nm | |
| **Total** | $ 305,539 | $ 464,313 | | $ 464,313 | 1% | 1% | $ 541,826 |
| **Margin $** | | | | | | | |
| CSI - Nussbaum | (631) | 21,490 | | 21,490 | 21% | 21% | 19,887 |
| NA - Sanderson | 8,548 | 37,172 | | 37,172 | 44% | 44% | 32,749 |
| OPI - Veresano | 8,027 | 15,748 | | 15,748 | 66% | 66% | 18,664 |
| LA - Sanderson | 4,752 | 5,468 | | 5,468 | 18% | 18% | 8,610 |
| EMEA - Faird | 14,028 | 23,831 | | 23,831 | 11% | 11% | 37,113 |
| APAC - Williams | (1,318) | 3,461 | | 3,461 | nm | nm | 2,748 |
| Japan - Baro | -74 | 1,487 | | 1,487 | 3% | 3% | 2,203 |
| Corporate Adjustments | 10,000 | | | | -100% | -100% | |
| **Total** | $ 15,715 | $ 87,416 | | $ 87,416 | 1% | 1% | $ 105,596 |
| **Margin %** | | | | | | | |
| CSI - Nussbaum | -1% | 21% | | 21% | | | 18% |
| NA - Sanderson | 16% | 16% | | 16% | | | 16% |
| OPI - Veresano | 18% | 35% | | 35% | | | 30% |
| LA - Sanderson | 23% | 22% | | 22% | | | 26% |
| EMEA - Faird | 8% | 13% | | 13% | | | 20% |
| APAC - Williams | -7% | 12% | | 12% | | | 17% |
| Japan - Baro | -3% | 14% | | 14% | | | 21% |
| Corporate Adjustments | nm | nm | | nm | | | nm |
| **Total** | 13% | 17% | | 17% | | | 15% |

ORCL 0122083
ORACLE CONFIDENTIAL

# $ in Thousands at Budget Rates

ORACLE®

| Support - Sales | Q3/FY99 | Q3 FY00 Forecast | | Forecast vs FY % | Potential Growth % | Budget |
|---|---|---|---|---|---|---|
| | | Forecast | Potential | | | |
| **Revenues** | | | | | | |
| USA - Snyder | $ 269,839 | $ 360,114 | $ 360,114 | 27% | 27% | $ 360,865 |
| Latin America - Snyder | 21,872 | 26,372 | 26,372 | 21% | 21% | 26,031 |
| EMEA - Cadogan | 107,968 | 237,871 | 237,871 | 26% | 26% | 235,085 |
| APAC - Tong | 37,847 | 46,886 | 46,886 | 24% | 24% | 45,633 |
| Japan - Mashima | 18,832 | 26,044 | 26,044 | 26% | 26% | 23,573 |
| WW Support Operations - Baker | | | | | | |
| Other | 4,387 | | | | | |
| **Total** | $ 391,343 | $ 716,087 | $ 716,087 | 26% | 26% | $ 712,367 |
| **Expenses** | | | | | | |
| USA - Snyder | $ 74,847 | $ 96,949 | $ 96,949 | -30% | -30% | $ 99,201 |
| Latin America - Snyder | 7,455 | 8,551 | 8,551 | -16% | -16% | 9,303 |
| EMEA - Cadogan | 54,568 | 72,000 | 73,060 | -24% | -24% | 59,114 |
| APAC - Tong | 13,773 | 17,223 | 17,223 | -25% | -25% | 12,343 |
| Japan - Mashima | 6,177 | 6,434 | 6,434 | -24% | -24% | 6,512 |
| WW Support Operations - Baker | 10,900 | 9,818 | 9,818 | 11% | 13% | 11,341 |
| Other | | | | nm | nm | |
| **Total** | $ 166,620 | $ 211,978 | $ 211,978 | -27% | -27% | $ 212,264 |
| **Margin** | | | | | | |
| USA - Snyder | $ 224,992 | $ 263,165 | $ 263,165 | 26% | 26% | $ 261,664 |
| Latin America - Snyder | 14,417 | 17,718 | 17,718 | 23% | 23% | 16,628 |
| EMEA - Cadogan | 133,400 | 164,561 | 164,561 | 23% | 23% | 168,951 |
| APAC - Tong | 24,084 | 29,653 | 29,653 | 23% | 23% | 29,270 |
| Japan - Mashima | 14,346 | 18,610 | 18,610 | 30% | 30% | 17,061 |
| WW Support Operations - Baker | (10,900) | (9,818) | (9,818) | nm | nm | (11,341) |
| Other | 4,387 | | | -100% | -100% | |
| **Total** | $ 404,771 | $ 504,109 | $ 504,109 | 25% | 25% | $ 497,433 |
| **Margin %** | | | | | | |
| USA - Snyder | 78% | 74% | 74% | | | 74% |
| Latin America - Snyder | 66% | 67% | 67% | | | 65% |
| EMEA - Cadogan | 81% | 69% | 69% | | | 69% |
| APAC - Tong | 84% | 63% | 63% | | | 71% |
| Japan - Mashima | 72% | 71% | 71% | | | 82% |
| WW Support Operations - Baker | nm | nm | nm | | | 72% |
| Other | nm | nm | nm | | | nm |
| **Total** | 71% | 70% | 70% | | | 70% |

ORCL 0122084
ORACLE CONFIDENTIAL

Support 6/20/2002



ORCL 0122082
ORACLE CONFIDENTIAL

**$ in Thousands at Budget Rates**

ORACLE®

Education - Hall

| | Q1 FY98 | Q1 FY99 Forecast | | | Forecast vs PY % | Potential Growth % | Budget |
|---|---|---|---|---|---|---|---|
| | | Forecast | Upside | Potential | | | |
| **Revenues** | | | | | | | |
| USA - Bonilla | $ 57,728 | $ 57,203 | $ | $ 57,203 | -1% | -1% | $ 63,537 |
| Latin America - Bonilla | 3,370 | 3,785 | | 3,785 | 6% | 6% | 4,090 |
| EMEA - Guiquat | 35,319 | 38,373 | | 38,373 | 6% | 6% | 38,827 |
| APAC - Killen | 7,979 | 10,043 | | 10,043 | 26% | 26% | 9,592 |
| Japan - Salo | 4,784 | 5,658 | | 5,658 | 18% | 18% | 6,178 |
| Other - Hall | | | | | nm | nm | (6,000) |
| Total | $ 110,380 | $ 115,062 | $ | $ 115,062 | 4% | 4% | $ 116,214 |
| **Expenses** | | | | | | | |
| USA - Bonilla | $ 47,084 | $ 38,203 | | $ 38,203 | -19% | -19% | $ 51,388 |
| Latin America - Bonilla | 2,692 | 2,632 | | 2,632 | 2% | 2% | 3,013 |
| EMEA - Guiquat | 28,213 | 28,252 | | 28,252 | 0% | 0% | 29,230 |
| APAC - Killen | 6,604 | 7,172 | | 7,172 | -9% | -9% | 7,118 |
| Japan - Salo | 3,899 | 4,209 | | 4,209 | -9% | -9% | 4,593 |
| Other - Hall | | | | | nm | nm | 3,000 |
| Total | $ 85,852 | $ 80,668 | $ | $ 80,668 | -6% | -6% | $ 98,400 |
| **Margin** | | | | | | | |
| USA - Bonilla | $ 10,644 | $ 19,000 | | $ 19,000 | 79% | 79% | $ 12,149 |
| Latin America - Bonilla | 688 | 953 | | 953 | 39% | 39% | 1,067 |
| EMEA - Guiquat | 8,106 | 10,121 | | 10,121 | 25% | 25% | 9,537 |
| APAC - Killen | 1,315 | 2,871 | | 2,871 | 109% | 109% | 2,476 |
| Japan - Salo | 915 | 1,449 | | 1,449 | 58% | 58% | 1,665 |
| Other - Hall | | | | | nm | nm | (9,000) |
| Total | $ 21,728 | $ 34,394 | $ | $ 34,394 | 56% | 56% | $ 17,814 |
| **Margin %** | | | | | | | |
| USA - Bonilla | 18% | 33% | | 33% | | | 19% |
| Latin America - Bonilla | 19% | 25% | | 25% | | | 28% |
| EMEA - Guiquat | 22% | 26% | | 26% | | | 25% |
| APAC - Killen | 17% | 28% | | 28% | | | 25% |
| Japan - Salo | 19% | 26% | | 26% | | | 26% |
| Other - Hall | | | | | nm | nm | 150% |
| Total | 20% | 30% | | 30% | | | 15% |

ORCL 0122085
ORACLE CONFIDENTIAL

# $ in Thousands at Budget Rates

ORACLE®

| Other | Q3 FY99 | Q3 FY00 Forecast | | | Forecast vs PY % | Potential Growth % | Budget |
|---|---|---|---|---|---|---|---|
| | | Forecast | Upside | Potential | | | |
| **Revenues** | | | | | | | |
| Business On Line | | | | | | | |
| OFD | $ 1 | $ 6,613 | | $ 6,613 | nm | nm | $ 6,613 |
| E-Travel | 1,271 | 2,564 | | 2,564 | 102% | 102% | 2,564 |
| | | | | | nm | nm | 4,272 |
| Total | $ 1,272 | $ 8,177 | $ - | $ 9,177 | 621% | 621% | $ 13,449 |
| **Expenses** | | | | | | | |
| Business On Line | | | | | | | |
| OFD | $ 1,597 | 3,210 | | 3,210 | -101% | -101% | $ 9,566 |
| E-Travel | 1,388 | 2,291 | | 2,291 | -65% | -65% | 3,216 |
| OFD | | | 5,010 | 5,010 | nm | nm | 5,010 |
| Total | $ 2,966 | $ 5,501 | $ 5,010 | $ 10,511 | -84% | -252% | $ 18,782 |
| **Margin** | | | | | | | |
| Business On Line | | | | | | | |
| OFD | $ (1,596) | $ 3,403 | | $ 3,403 | nm | nm | $ (2,943) |
| E-Travel | (117) | 273 | | 273 | nm | nm | 348 |
| OFD | | | (5,010) | (5,010) | nm | nm | (738) |
| Total | $ (1,713) | $ 3,676 | $ (5,010) | $ (1,334) | nm | nm | $ (3,333) |
| **Margin %** | | | | | | | |
| Business On Line | | | | | | | |
| OFD | nm | 51% | | 51% | nm | | nm |
| E-Travel | nm | 11% | | 11% | nm | | 14% |
| OFD | nm | | nm | nm | | | nm |
| Total | nm | 40% | | nm | | | nm |

$ in Thousands at Budget Rates

ORACLE'

| Development & IT | Q3 FY99 | Q3 FY00 Forecast | | | Forecast vs PY % | Potential Growth % | Budget |
|---|---|---|---|---|---|---|---|
| | | Forecast | Upside | Potential | | | |
| **Development Expenses** | | | | | | | |
| System Products - Bloom | $ 90,540 | $ 108,721 | $ - | $ 108,721 | -20% | -20% | $ 118,560 |
| Tools & Other - Abassi | 19,616 | 22,602 | | 22,602 | -15% | -15% | 25,631 |
| Translation & Other - Thacker | 19,233 | 15,428 | | 15,428 | 20% | 20% | 21,434 |
| ERP Applications - Wohl | 71,039 | 65,438 | | 65,438 | 20% | 20% | 85,464 |
| CRM Applications - Barrenchea | 22,056 | 39,689 | | 39,689 | -60% | -60% | 35,545 |
| Other Product - Ellison | 3,956 | 4,364 | | 4,364 | -10% | -10% | 4,126 |
| **Total Development** | $ 226,448 | $ 276,240 | $ - | $ 276,240 | -22% | -22% | $ 290,780 |
| Data Center & Networks | 17,603 | 29,775 | | 29,775 | -60% | -60% | 27,307 |
| ERP IT - Wohl | 8,928 | 13,002 | | 13,002 | -46% | -46% | 11,325 |
| CRM IT - Barrenchea | 2,996 | 5,306 | | 5,306 | -77% | -77% | 4,976 |
| **Total IT** | $ 29,527 | $ 48,083 | $ - | $ 48,083 | -63% | -63% | $ 43,608 |
| **Total Development & IT** | $ 255,975 | $ 324,323 | $ - | $ 324,323 | -27% | -27% | $ 334,388 |

ORCL 0122087
ORACLE CONFIDENTIAL

**$ In Thousands at Budget Rates**

ORACLE®

| Marketing, G&A & Corporate | Q3 FY99 | Q3 FY00 Forecast | | | Forecast vs PY % | Potential Growth % | Budget |
|---|---|---|---|---|---|---|---|
| | | Forecast | Upside | Potential | | | |
| **Marketing Expenses** | | | | | | | |
| Corporate - Jarvis | | | | | | | |
| USA Sales & Mktg - Hagan | $ 35,230 | 89,356 | | $ 89,356 | -154% | -154% | $ 79,755 |
| WW Alliances - Knee | 1,137 | 2,531 | | 2,531 | -123% | -123% | 2,531 |
| Latin America - Sanderson | 10,069 | 18,214 | | 18,214 | -1% | -1% | 19,348 |
| EMEA - Faiolu | 2,785 | 1,588 | | 1,588 | 43% | 43% | 1,814 |
| Japan - Sano | 30,457 | 29,532 | | 29,532 | 3% | 3% | 30,284 |
| Asia Pacific - Williams | 17,724 | 11,401 | | 11,401 | 38% | 35% | 8,668 |
| Other | 7,784 | 7,847 | | 7,847 | -2% | -2% | 7,917 |
| **Total Marketing** | $ 113,195 | $ 160,671 | | $ 160,671 | -42% | -42% | $ 150,267 |
| | | | | | | nm | |
| **General & Administrative** | | | | | | | |
| Americas FP&A - Lane | | | | | | | |
| Americas Shared Services - Henley | $ 1,159 | | $ 1,205 | $ 1,205 | 100% | -4% | $ 1,205 |
| Latin America - Sanderson | 22,592 | 22,420 | | 22,420 | 1% | 1% | 24,499 |
| EMEA - Faiolu | 4,278 | 4,781 | | 4,781 | -12% | -12% | 4,489 |
| Japan - Sano | 38,461 | 42,707 | | 42,707 | -17% | -17% | 41,715 |
| APAC - Williams | 7,074 | 7,238 | | 7,238 | -2% | -2% | 7,180 |
| | 7,876 | 9,077 | | 9,077 | -15% | -16% | 8,810 |
| **Total General & Administrative** | $ 79,439 | $ 85,231 | $ 1,205 | $ 87,436 | -8% | -10% | $ 87,898 |
| **Corporate** | | | | | | | |
| CEO - Ellison | $ 1,347 | 2,346 | | 2,346 | -74% | -74% | 2,346 |
| COO - Lane | 2,195 | 2,234 | | 2,234 | -2% | -2% | 2,234 |
| CFO - Henley | 7,108 | 7,784 | | 7,784 | -9% | -9% | 7,784 |
| Corporate Development - Bloom | 1,138 | 1,920 | | 1,920 | -42% | -42% | 1,665 |
| Corporate Accruals | (10,088) | (6,346) | | (6,346) | nm | nm | (6,346) |
| **Total Corporate** | $ (4,300) | $ 7,918 | | $ 7,918 | nm | nm | $ 7,683 |

Mkg, G&A & Corp 07/1/2/1999

ORCL 0122088
ORACLE CONFIDENTIAL

**Q3 FY00**  ORACLE®

### EXTERNAL PRODUCT REVENUES
$ in Thousands at Budget Rates

| | Q3 FY99 | FORECAST Q3 FY00 | UPSIDE | POTENTIAL | FORECAST GROWTH | POTENTIAL GROWTH |
|---|---|---|---|---|---|---|
| **REPORTED** | | | | | | |
| Server | $ 558,059 | $ 609,714 | $ 118,362 | $ 728,076 | 2% | 22% |
| Tools | 67,366 | 53,427 | 10,372 | 63,799 | -21% | -5% |
| Applications | 147,351 | 148,360 | 28,801 | 177,161 | 1% | 20% |
| **Total License** | $ 812,776 | $ 811,501 | $ 157,535 | $ 969,036 | 0% | 19% |
| Other | (2,333) | (2,838) | | (2,838) | nm | nm |
| **Total License & Other - Mgmt Summary** | $ 810,443 | $ 808,663 | $ 157,535 | $ 966,198 | 0% | 19% |
| **CONSTANT $** | | | | | | |
| Server | $ 586,518 | $ 601,855 | $ 116,837 | $ 718,692 | 3% | 23% |
| Tools | 65,884 | 53,297 | 10,346 | 63,643 | -19% | -3% |
| Applications | 146,052 | 148,444 | 24,817 | 177,261 | 2% | 21% |
| **Total License** | $ 798,454 | $ 803,596 | $ 156,000 | $ 959,596 | 1% | 20% |
| Other | (2,488) | (3,480) | | (3,480) | nm | nm |
| **Total License & Other - Mgmt Summary** | $ 795,966 | $ 800,116 | $ 156,000 | $ 956,116 | 1% | 20% |

Oracle Corporation Confidential

ORCL 0122089
ORACLE CONFIDENTIAL

| Corporate Adjustments | License | Support | Education | Consulting | Total |
|---|---|---|---|---|---|
| Int'l Revenue Transfers | | | | | |
| US Bad Debt Adjustment | $ 10,000 | $ | $ | $ | $ 10,000 |
| Management Judgment | | | | | |
| Total | $ 10,000 | $ | $ | $ | $ 10,000 |

Potential Upside, Not Included In Analysis

Large Deals Not In Upside

**Bad Debt Adjustment** $

| | |
|---|---|
| License | 31% |
| Support | 33% |
| Education | 5% |
| Consulting | 31% |
| Total | 100% |

ORCL 0122090
ORACLE CONFIDENTIAL