# EXHIBIT 240

Forecast Update

Subject: Forecast Update
Date: Thu, 11 Jan 2001 00:45:26 -0800
From: David Winton <david.winton@oracle.com>
Organization: Oracle Corporation
To: "JENNIFER,MINTON" <JENNIFER.MINTON@oracle.com>
CC: "Winton,David" <DAVID.WINTON@oracle.com>

We finished the Ops Reviews this afternoon and I wanted to give you a
quick update on the current quarter and full year look.

Our Q3 Forecast of $346M has not changed but the upside or Best is
revised down by $16.8M to $360M.  Main factors:

1. The Pipe has not grown as we had anticipated.  We're actually
slightly down from December end reporting.
2. Lack of big deals.  Unlike Q1 & Q2, we have few big deals in Best
case that could drive us past the $360 line.
3. Drop in Technology.  As reflected in the softening Pipe, both GB and
Majors see a slow down in both Q3 and Q4.  GB's dot com bubble has
burst( they expect the West to end the year $30-$40M behind their
original Budget for Technology).  Majors sees a slow down in spend along
with smaller deal sizes. Also, the change in the ASP model for Generic
Tech hosting lic's coupled with the dot com crash is impacting projected
Tech results in that segment.

At this point, I still think we're tracking to end Q3 @$354-$355.  If we
get Americredit for an additional $5(in Best), it moves to the $360
range.

For the full year, Technology looks to trail both original Budget and
the Replan targets.  That get's offset to some degree by strong Apps
over performance.  When we add it up it's $1,445 for the full year
equating to 25% growth.  Tech growth is 9% and Apps is
80%(101%CRM/73%ERP).

David Winton <david.winton@oracle.com>

EXHIBIT 112
Rachel A. Ferrier
CSR No. 6948
Date: 9/21/09
Witness: Ellison

CA-ORCL 038444
ORACLE CONFIDENTIAL

# EXHIBIT 241


EXHIBIT
WINTON 48
JTY 5-26-06

# General Business U.S.

# Q3 OPS Review

### John Nugent, SVP

January 9, 2001

ORACLE

---

## General Business U. S. FY01 YTD Accomplishments

ORACLE

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

## FY01 YTD Accomplishments

**Financial**

- Revenue of 269.7M on 238.9M Budget or 113% of Plan
- 25%y/y Technology Growth...185M
- 119%y/y Application Growth...84.7M
- 69.4 GM% on 63.0% Plan or 36.7M Additional Contribution
- Q2/Q1 Tech Option Growth of 70%; 15.8M/9.3M: Q2 YTY 15.8 vs 11.8M

ORACLE

## FY01 YTD Accomplishments

**Operations**
- eBusiness Training
    - 800 Sales Reps/SCs/Mgrs
    - 300 Partner Reps/SCs
    - Over 50 Breakout Sessions
    - eBusiness Messages and Product Training
- Sales Rep & Mgr Success Guaranteed
    - Network Management
    - Head Count Management
    - Pipeline Management
    - Accountability Report

ORACLE

2

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 350277

## FY01 YTD Accomplishments

- ORACLE "Launch Box"
  - ORACLE Tech Packaged and Priced for DotCom's & VCs
  - 100% Created & Developed by GB
  - Global Roll-Out
  - Favorable Press Coverage
- Analyst Tour
  - Increase Analyst's Awareness of ORACLE's Success & Presence in Middle Market
  - Met Several Major Industry Pundits
  - Seeing Fruits of Efforts in Recent Analyst Reports

ORACLE

## FY01 YTD Accomplishments

- DotComFerence
  - Six City Tour
  - DotCom Community
  - 1B ORACLE Story
- CEO Event
  - EMC's Mike Ruettgers, CISCO, Nugent...Panelists
  - 50 CEO's in Attendance
  - 250 in General Session

ORACLE

*3*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

## FY01 YTD Accomplishments

- **Customers**
  - Met with Numerous Customer CEO's
  - Assigned Customer Service Representatives to Problem Accounts
  - Negotiated Numerous Settlement Agreements
  - Worked with OCS and Support to "Weather the Ili Storm"

ORACLE

---

# General Business U.S.
# 1st Half Financial Performance

ORACLE

*4*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 350279

## Q2YTD '01 Financial ($M)



| | Q2YTD FY'01 | | | | |
|---|---|---|---|---|---|
| | Actual | Budget | Variance | Yr/Yr Growth | CAGR |
| Tech | $ 180.6 | $ 175.4 | $ 5.2 | 2.7% | 47.0% |
| Other | 4.3 | 7.0 | (2.7) | 1243.8% | 33.5% |
| Total Tech | 184.9 | 182.4 | 2.5 | 24.7% | 46.6% |
| CRM | 22.2 | 13.8 | 8.4 | 141.3% | 546.3% |
| HR | 7.6 | 3.7 | 3.9 | 171.4% | 47.4% |
| ERP | 55.0 | 39.0 | 16.0 | 106.0% | 31.3% |
| Total Apps | 84.8 | 56.5 | 28.3 | 119.1% | 59.7% |
| TOTAL Revenue | $ 269.7 | $ 238.9 | $ 30.8 | 44.3% | 48.7% |
| Expenses | 82.6 | 88.6 | (6.0) | 34.3% | |
| 6M | $ 187.1 | $ 150.3 | $ 36.8 | 49.2% | |
| 6M% | 69.4% | 62.9% | 0.1 | 3.4% | |
| Headcount | 778 | 731 | | 37.9% | |

ORACLE

## Q2YTD '01 Financial Metrics ($M)

| Category | FY00 | FY01 | % Incr/(Decr) | Category | FY00 | FY01 | % Incr/(Decr) |
|---|---|---|---|---|---|---|---|
| **Deal Metrics** | | | | **Headcount** | | | |
| # of Deals | 564 | 776 | 37.7% | Tech Reps | 169 | 156 | 43.1% |
| Avg Deal Size | 773.4 | 2637 | -3.5% | Apps Reps | 59 | 129 | 39.3% |
| | | | | LSD Reps | 81 | 137 | 49.4% |
| **Application Metrics** | | | | Total Reps | 269 | 421 | 46.0% |
| # of Apps Deals | 138 | 217 | 57.3% | Exp per Head | 719 | 117 | -46.6% |
| Avg Deal Size | 756.2 | 358.4 | 47.7% | | | | |
| Apps Rev per Rep | 1413 | 3905 | 172.5% | **Channel** | | | |
| Apps % of Total | 27% | 38% | 72.7% | Indirect Tech Revenue | 80.6 | 96.8 | 20.1% |
| | | | | NP-VAD | 42% | 56% | 21.4% |
| **Technology Metrics** | | | | IAP-VAD | 34% | 35% | 2.9% |
| # of Tech Deals | 426 | 557 | 30.8% | # Trans NP VAD Field | 398 | 217 | 9.6% |
| Avg Deal Size | 1804 | 2303 | -17.9% | # Trans IAP VAD Field | 177 | 203 | 56.8% |
| Tech Rev per Rep | 1800.0 | 8607 | -21.8% | # Trans NP VAD LSD | 534 | 503 | -9.2% |
| Tech % of Total | 73% | 62% | -20.5% | # Trans IAP VAD LSD | 602 | 438 | 2.7% |
| | | | | VAD Rebate | 3.4 | 7.0 | 94.6% |
| **Revenue per Co. Size** | | | | VAD Discount | 3.0 | 2.2 | -27.1% |
| <$100M | 71% | 64% | -31.1% | | | | |
| $100M-$200M | 11% | 8% | -33.3% | **LSD** | | | |
| $200M-$500M | 16% | 28% | 75.0% | Revenue | 50.7 | 132 | 25.9% |
| | | | | Rev Share | 14.7 | 18.8 | 32.4% |
| | | | | # of Rev Shares | 177 | 217 | 20.3% |
| | | | | Rev Share % of Total | 29% | 30% | 7.1% |

ORACLE

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 350280





6

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 350281



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 350282



*General Business U.S.*
*2nd Half Outlook*

ORACLE

*Market*
*Observations*

ORACLE

8

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

## Market Observations

- Sluggish Economic Outlook
  - Focus in on Profits
    - Reduce IT Costs
    - Reduce Cost of Doing Business
  - Single Digit Growth in IT Budgets

- Entering Post PC Era
  - Life Cycle Lengthening - 3-4 years
  - Strong Demand for PDA's

ORACLE

## Market Observations

- Shifting IT Budgets From PC & MF SW to:
  - Infrastructure Improvement
  - UNIX Servers
  - e-procurement
  - SC Integration
  - Warehouse Analytics

ORACLE

9

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

## Market Observations

- Reduce Use of Outside Consultants
    - Concentrate on Projects with 12 month Payback
    - Offshore Contg Resources for Non-strategic Projects
    - Use Consultants to Develop an Information Architecture Strategy to Move Business to the Web

ORACLE

## Market Observations

- CIO's on Shorter Leash
    - Internet Technology Creates Value and Competitive Advantage
    - CEO's More Involved in Technology and Business Application Decisions
    - CEO's Meeting with CIO's More Frequently
    - IT Projects Must Satisfy CFO Payback Guidelines
    - Support CEO's e-Business Mandate

ORACLE

10

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 350285

## Market Observations

- CIO's Want Fewer More Valued Vender Relationships
    - Customized and Focused Service
    - Influence New Product Functionality
    - Favorable Contract Terms and Conditions over Price

- Best of Breed vs Suite Approach
    - Suite Approach is Preferable but Market Believes No One Company Can Deliver
    - Concerned With Hidden Best of Breed Integration Costs

ORACLE

## Market Observations

- Market Concern with ASP Model
    - Security
    - Vendor Viability
    - Stability of Service
    - High Service Fees
    - High Network Costs
    - Loss of "Low Hanging DotCom" Fruit
    - 60% or 300 ASPs Will Close Doors in CY2001...Gartner Group

ORACLE

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 350286

## Market Observations

- DotCom Fishing Hole Drying Up
  - VC Funding Non Existent
  - Development License Only
  - eCommerce and Incubator Companies Listed on Endangered Species List
  - 41,515 Layoffs in CY2000
  - Survival Mode for CY2001

ORACLE

# *General Business U.S.*

# *2nd Half Financial Outlook*

ORACLE

*12*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 350287

## Q3 & FY'01 Outlook vs Budget ($M)



## Q3 & FY'01 Outlook vs RePlan ($M)

13

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 350288



## Pipeline Analysis

| | FY00 | Q1 FY01 | Change | FY00 | Q2 FY01 | Change | FY00 | Q3 FY01 | Change |
|---|---|---|---|---|---|---|---|---|---|
| Rep Hdct | 198 | 272 | 37% | 208 | 277 | 33% | 207 | 320 | 55% |
| Field Budget | 43.2 | 72.7 | 68% | 55.6 | 109.1 | 96% | 93.4 | 163.7 | 75% |
| Pipeline | 81.1 | 213.5 | 163% | 155.2 | 361.6 | 133% | 228.0 | 430.0 | 89% |
| Coverage | 1.9 | 2.9 | 56% | 2.8 | 3.3 | 19% | 2.4 | 2.6 | 8% |
| Field Actuals | 56.3 | 75.7 | 34% | 95.8 | 122.0 | 27% | 149.4 | 159.1 | 6% |
| Conversion | 69% | 35% | -49% | 62% | 34% | -45% | 66% | 37% | -44% |

Note: FY00 Actuals are not restated

ORACLE

## Headcount Analysis

| | FY01 Budget | FY01 Replan Target | FY01 Outlook | Variance |
|---|---|---|---|---|
| Sales Manager | 58 | 62 | 58 | (4) |
| Sales Rep | 332 | 364 | 320 | (44) |
| Solution Specialists | | | | |
| SME | | 4 | | |
| Telesales | 141 | 151 | 151 | (4) |
| SCM | 21 | 21 | 22 | 1 |
| SC | 205 | 249 | 249 | - |
| Other | 53 | 61 | 61 | - |
| Total | 810 | 912 | 861 | (51) |

ORACLE

*14*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 350289

*General Business U.S.*

*2nd Half Adjustments*

ORACLE

## 2nd Half Adjustments

- Consolidate DotCom Territories
- Hire 10 CRM Reps
- Invest in Additional "Sales" Specialists
    - Exchange
    - Call Center
    - Wireless
- SC Sponsored Sales Rep Certification
- Publish "911" SC Skill Set
- Publish 11i Reference Base
- Web Enable Customer Quick Start Program

ORACLE

*15*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 350290

## Selling Landscape Has Changed....

- Early 80's...Product Based Selling
- Late 80's...Solution Based Selling
- Early 90's...Spin Based Selling
- Late 90's...Metric Based Selling
- 2000...Transformation Based Selling

eBusiness Advisor Transformation

ORACLE

## We Must Change to Be Successful

- Can't Win if You Don't Play by the Rules
  - Experiment With New Messages
  - Commit to Over Hauling Your GTM Approach
  - Don't Let Others Pass You By
- Don't Be Average
  - Stand For Something
  - Think Different
  - Act Different

ORACLE

*16*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 350291

## We Must Change to Be Successful

- Marginal Change Generate Marginal Results
  - Reinvent Yourself No Matter What
  - First Learner Advantage...Stop and Learn
- Compete On Ideas
  - New Ideas Change the Competitive Landscape

| eBusiness Advisor |
| --- |

ORACLE

---

# General Business U.S.
# FY02 Financial Outlook

ORACLE

*17*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 350292



## FY'02 Outlook ($M)

| | FY'01 Outlook | FY'02 Look | Growth $ | Growth % | CAGR* |
|---|---|---|---|---|---|
| Tech | $ 562.7 | $ 652.0 | 89.3 | 15.9% | 31.4% |
| Other | 4.3 | | (4.3) | -100.0% | -100.0% |
| Total Tech | 567.0 | 652.0 | 85.0 | 15.0% | 30.8% |
| CRM | 77.8 | 129.0 | 51.2 | 65.8% | 80.1% |
| HR | 7.6 | | (7.6) | -100.0% | -100.0% |
| ERP | 163.6 | 198.0 | 34.4 | 21.0% | 40.7% |
| Total Apps | 249.0 | 327.0 | 78.0 | 31.3% | 42.9% |
| TOTAL Revenue | $ 816.0 | $ 979.0 | 163.0 | 20.0% | 34.4% |
| Expenses | 237.6 | 280.3 | 42.7 | 18.0% | |
| GM | $ 578.4 | $ 699.7 | 120.3 | 20.8% | |
| GM% | 70.9% | 71.4% | 0.0 | 0.7% | |
| Headcount | 861 | 1,078 | 217 | 25.2% | |

* CAGR = 3 years FY99- FY02

## FY'02 Headcount and Quota

| | FY02 Revenue | FY02 Est HC | Est Quota | Incr/(Decr) over Prior | Total Quota |
|---|---|---|---|---|---|
| Tech | 652.0 | 201 | 4.75 | (0.25) | 954.8 |
| Apps | 327.0 | 183 | 2.60 | -0.60 | 475.8 |
| Total | 979.0 | 384 | | | 1,430.6 |
| | | Field Over assign | | 120% | |

Note: 70 CRM reps will add an additional $50M and increase over assign to 124%

18

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 350293



### Headcount Analysis

| | FY01 Budget | FY01 Replan Target | FY01 Outlook | Variance | FY02 Outlook | Change |
|---|---|---|---|---|---|---|
| Sales Manager | 58 | 62 | 58 | -4 | 68 | 10 |
| Sales Rep | 332 | 364 | 320 | -44 | 404 | 84 |
| Solution Specialists | | | | | | |
| SME | | 4 | | -4 | | |
| Telesales | 141 | 151 | 151 | | 183 | 32 |
| SCM | 21 | 21 | 22 | 1 | 29 | 7 |
| SC | 205 | 249 | 249 | | 323 | 74 |
| Other | 53 | 61 | 61 | | 71 | 10 |
| Total | 810 | 912 | 861 | (51) | 1,078 | 217 |

ORACLE

*General Business U.S.*
*Planning FY02*

ORACLE

*19*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 350294

## Programs and Initiatives

- Partnering With Our Customers Before the Sale
- Improve Value Creation Message and Execution
- Improve Margin and Coverage
- Shared Past Business Practice
- Channel Effectiveness
- iCare Customer Program

ORACLE

## Partnering With Our Customers

Greater Potential to Create Value Teaming with Another Organization Than Within an Organization...CEO's Looking Outward

- Two are More Powerful than One
- Leverage The Best That We Have to Offer
- Creates More Opportunity

ORACLE

*20*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 350295

## Partnering With Our Customers

- eBusiness Vision
  - Guides all That We Do
  - Initiated at Top Levels
  - Developed and Shared by Both Parties
- eBusiness Impact
  - Measured Results Not Solutions
  - Difficult to Obtain Substitute Product
  - Continuous Improvement
- Intimacy
  - Joint Value Creation Creates Trust and Respect

ORACLE

## Value Creation

- Market Looks to ORACLE to Create Value
- A Powerful Message to Invoke Change
- Intimate Sharing of Companies Strategy
- Business Equals
- About Understanding Not Persuasion
- About "Holistic Fit" Not Product Fit

ORACLE

*21*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 350296



**Improved Margins and Coverage**

- Use of Multiple Channels into Marketplace
- Clear and Concise Sales and Support Approach
- Dominate our Installed Base Using Multiple Channels
- Segment by Market Model and Align with Proper Channel

*22*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

## Improvement Margin and Coverage



| | Transactional Sale | | Consultative Sale | Cost of Transaction |
|---|---|---|---|---|
| High | | | Field... | 10-15K |
| Value Add of Sale | | | Partners.. | 6-9K |
| | | iSD... | | 1-4K |
| Low | Internet... | | | '?-4K |
| | Low | Cost of Sale | | High |

ORACLE

## Shared Best Practices

- Strategy, Programs, Initiatives and Successes Shared Across US.

- Channel ACMs; Technology RVPs and Applications RVPs Meet and Share Best Practices

- Above Teams Met in Vegas

Cement US. Strategies; Greater Focus, Increased Effectiveness; Part of Something Bigger

ORACLE

*23*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

## Channel Effectiveness

- Provide Multiple Pipes to the Customer
- Improve Self-Sufficiency and Communication
- Improve Channel Velocity
- Enhance Channel Metrics to Drive Effectiveness
- Select Proper "Pipe" for Customer
- Scale "Pipes" to GTM Strategy
- Utilize "Pipes" in After Sale Activities

ORACLE

## Customer *i*Care Program

Objective
- Hold onto Customer Base
- Improve Customer Satisfaction
- Creates References
- Increase ASM Productivity

Tactics
- Strategic Customer Segmentation
- Assign Proper Channel
- Metric Based Results
- Partners Assigned to *i*Care representatives

ORACLE

24

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER





25

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

*Issues/Challenges/*

*Recommendations*

ORACLE

## 2nd Half & FY02

- Disparity, Between GB And Other Sales Org.
  - LS Quota Differential
  - Comp Plan in Equity
  
  **Action:**  Promote AVPs to GVPs
    Stock Plan Allocation
- Revenue Share Model
  - 30% of Tech is Revenue Shared
  - Loss of Transactional Focus
  - Bad Behavior
  
  **Action:**  Re-evaluate the Gates
    GB Order Entry Only Group
    Tighten up the Rules

ORACLE

26

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

## 2nd Half & FY02

- Mid Teen Technology Growth Rate
  - No M$ DotCom Deals
  - AVG Trans L FY 99 Average

Action:  Alert Corporate

Sell More Options

eBiz Infrastructure Sale

Reduce Tech Quota

ORACLE

## 2nd Half & FY02

- Quality and Stability of 11i

Action: Build 11i Reference Base

- Dramatic Decline in DotCom Business
  - 30% of Named DotComs out of Business
  - $21M in 1st Half RMA's vs $4M
  - $40M DB Shortfall in West
  - 35 DotCom Reps at Risk

Action: DotCom only Quota Reduction

ORACLE

27

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 350302

## .com Quota Reduction

**Assumptions:**

- Only for .com reps and managers
- Must have at a minimum 50% .com territory
- RMs capped at 105%; Reps not capped
- Quota Reductions range from $500K to $1.5M
- Based on % of .com turf
- Target Quota of B&M - $4.6M; similar for FY02

**Regional Managers**

| | |
|---|---|
| Kennefick | McDonald |
| Cavacchioli | Frazier |
| Tolbard | Stone |
| Kern | Priestley |
| Leahy | Amtz |
| Sorenson | |

ORACLE

---

## .com Quota Reduction

| | Total Tech Quota | Eligible Headcount | Quota Reduction per rep | Total reduction | % of Tech Quota |
|---|---|---|---|---|---|
| Northeast | 147.4 | 4 | 1.33 | 5.3 | 4% |
| Mid Atlantic | 249.4 | 4 | 1.50 | 6.0 | 2% |
| Central | 130.4 | | | | 0% |
| West | 396.0 | 39 | 0.92 | 35.7 | 9% |
| Total Tech Quota | 923.2 | 47 | 1.00 | 47.0 | 5% |

| | |
|---|---|
| Non .com Avg Quota | 4.703 |
| .com Avg Quota | 6.048 |
| Avg .com Quota Reductio | 1.000 |

ORACLE

28

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 350303

# EXHIBIT 242

audit committee comments

From: Jeff Henley <Jeff.Henley@oracle.com>
Subject: audit committee comments
To: "Henley,Jeffrey" <JEFF.HENLEY@oracle.com>

3:41 PM

## Q2 COMMENTS

Q2 ended on a strong note after a slow start for the first two months. Big applications deals carried the day, including large deals at both HP and Compaq plus a nice database deal at Sun (we're building more balance between the 3 key hardware partners). The other big ones in excess of $10 mil license value were JDS Uniphase (apps), American General (apps), and Kaiser (database). These 6 big deals contributed $105 mil to the quarter or 9% of total license and other revenue which is larger than normal.

Apps growth exceeded street expectations at 66% (73% constant) and database fell back to 19% (26% constant).

As we said on the conference call, it was the 4th consecutive quarter of greater than 10 % pts of margin gain and the 2 year Q2 cum margin gain is 17 % pts with absolute margin for Q2 at 36%. Currency hit was huge at nearly 7 % pts negative but looking at constant dollar license growth it was over 30% and the past 3 of 4 quarters it's been over 30%. Last time we did this was 3 1/2 years ago.

Consulting/education growth improved 8 pts in constant terms from the low point of Q1 which we signaled at the Q2 Analyst Day and will be key to improving overall revenue growth

## Q3 FORECAST

On the conference call we said that we had seen no slowdown in our business yet (Q2 license growth or initial pipeline growth rate). We reasoned that this was because our stuff isn't like PCs, semiconductors, etc—it's in high demand. We acknowledged that if the economy keeps falling then it might affect us at some point. I also pointed out that Q3 database was the toughest comparison for the year. Nobody asked the question about Covisant which we announced (it's $60 mil).

At this point, all data since the call point to more economic softening so there is risk of slippage in deals. Offsetting this is stronger than normal approval activity in December, the Covisant deal already in, and checks with the 3 U.S. execs saying they aren't as yet hearing of slippage from their managers (although it's still early in the quarter). Also, 1 H is much more stable than in Q2 including Oracle going live at the first part of January so better demos and number of references should help our apps business in Q3. Lastly, we said currency would be neg 5 and since Euro came back the current outlook is neg 3. Net, net we still feel good about Q3 but the economy is a wildcard that nobody can fully predict with 2 long months to go.

NDCA-ORCL 03418
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0045275

01/04/2001 3:55 PM



ΔπEXHIBIT ___7___
Deponent: HENLEY
Date 7-27-06 Rptr. A.H.
WWW.DEPOBOOK.COM

# EXHIBIT 243

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

(Print or Type Responses)

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: September 30, 1998 | |
| Estimated average burden hours per response .... 0.5 | |

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Henley, Jeffrey (Last) (First) (Middle) | Oracle Corporation (ORCL) | X Director         10% Owner ___ Officer       ___ Other (give title below)   (specify below) Executive Vice President CHIEF FINANCIAL OFFICER |
| 500 Oracle Parkway (Street) | 3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary) | |
| | 4. Statement for Month/Year January 2001 | |
| Redwood Shores, CA 94065 | 5. If Amendment, Date of Original (Month/Year) | 7. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/04/01 | G | V | 15,600 | D | (1) | | D | |
| Common Stock | 01/04/01 | M | | 264,228 | A | $1.6853 | | D | |
| Common Stock | 01/04/01 | S | | 264,228 | D | $32.2135 | | D | |
| Common Stock | 01/04/01 | M | | 793,772 | A | $1.3403 | | D | |
| Common Stock | 01/04/01 | S | | 793,772 | D | $32.2135 | | 21,144 | D |

ORCL 0013562

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, see Instruction 4(b)(v). Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

Page 1 of 3 pages SEC 1474 (7.97)    (Over)

NDCA-ORCL 04109
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Non-Qualified Stock Option (right to buy) | $13.4400 | 01/06/01 | M | | | 793,773 | (D) | 03/25/03 | Common Stock | 793,773 | | 0 | D | |
| Non-Qualified Stock Option (right to buy) | $13.6900 | 01/06/01 | M | | | 266,338 | (I) | 06/21/04 | Common Stock | 266,338 | | 1,616,773 | D | |

**Explanation of Responses:**

(1)  Bona fide gift to University of California at Santa Barbara Foundation

(2)  Option vests 25% annually on anniversary of grant date

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

**Signature of Reporting Person          Date

ORCL 0013563

Page 2 of 3 pages

NDCA-ORCL 04110
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

**FORM 4 (continued)**

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g. puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| NonQualified Stock Option (right to buy) | 31.6400 | 3/29/01 | M | | | 753,772 | (2) | 6/2/04 | Common Stock | 753,772 | | 0 | D | |
| NonQualified Stock Option (right to buy) | 31.4995 | 3/30/01 | M | | | 384,333 | (2) | 8/21/04 | Common Stock | 384,333 | 1,818,972 | 0 | D | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

(1)   Represents gift to University of California at Santa Barbara Foundation

(2)   Option vests 25% annually on anniversary of grant date

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless this form displays a currently valid OMB Number.

*[signature]*
** Signature of Reporting Person

2/7/01
Date

ORCL 0013564

NDCA-ORCL 04111
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

Page 3 of 3 page

Received: 2/ 7/01  3:30PM;  7758893417; -> Oracle Corp; Page 3

Sent By: HP LaserJet 3100;  7758893417;  Feb-5-01  2:15PM;  Page 3/3

# EXHIBIT 244

**From:** Jeff Henley
**Sent:** Tue, 15 May 2001 18:08:29 GMT
**To:** Stephanie Aas; Catz; Safra; GIACOLETTO; SERGIO
**CC:**
**BCC:**
**Subject:** media

Here in Australia I was asked by Bloomberg and other media if Europe was slowing down. I said that it probably would including the dot com business we had over there. I said that Cisco and Sun have said they are seeing it so I don't know why we wouldn't too.

On our March Q3 conference call one of the reasons we said that things would probably get worse before they got better was a concern that other parts of the world might also feel some effect, but hopefully less so.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER       NDCA-ORCL 160925

# EXHIBIT 245

**From:** Jeff Henley
**Sent:** Mon, 14 May 2001 06:55:06 GMT
**To:** Stephanie Aas
**CC:** SERGIO GIACOLETTO; Catz; Safra
**BCC:**
**Subject:** csfb conference

Pls be sure to run by Safra the script for EMEA and make sure you and
Sergio are totally in line with Safra. Our current forecast shows we
can still make the 15 cents although there this less visibility (and
therefore risk) and we do see some weakening in EMEA--economy and dot
com. This is consistent with what Sun and Cisco have been saying but I
don't think we've publicly acknowledged this as yet. Also we need to be
sure their is web cast.

On the Q3 conference call in March we said assume that things get worse
before they get better. We've seen nothing out there yet to change our
opinion for the short term. One reason we said this was that even then
there was concern that there would be leakage into Europe at some point.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 160881

# EXHIBIT 246

Monday, February 26, 2001

Financial analysts came away enthused about Oracle's applications
business after AppsWorld in New Orleans last week, as the suite message
resonated strongly with bulls and bears alike.  The overwhelming
majority of analysts agree that Oracle continues to articulate a
powerful vision of a comprehensive, integrated suite of  applications.
Supporting this view, many cited very positive feedback from Oracle
representatives, partners, and customers on the conference floor.  While
critics
cited little new information in terms of new customers or products
announcements, most came away with positive metrics and tangible demos
supporting
11i's traction.

At a briefing on Tuesday night for over 50 analysts and investors, Jeff
Henley provided a brief 11i update, and hosted a customer and partner
panel
which included Citigroup, Hewlett-Packard, and KPMG.  The panel was very
well received in their discussion of their respective e-Business
strategies, and why
they chose Oracle as a partner.  In terms of financial guidance for the
third quarter, the outlook remained unchanged (The guidance given on the
Q2 earnings call was 75% year over year growth in applications and
15-20% year over year growth in database).  Analysts closely monitored
comments on the economy which were consistent with recent statements:
we do not expect the slowing economy, barring a serious slide to a
recession, to significantly impact near term guidance.  These comments
were met with a degree of relief, as some analysts were anticipating the
event to be an opportunity to take down guidance. Pressure still weighs
on the stock as investors remain unconvinced that the slow down in the
economy will have zero impact on software vendors.  Cumulatively, they
have watched Oracle's peers in the tech sector, such as EMC, Sun, Cisco,
miss estimates and lower guidance precipitously.  The third quarter will
be the first barometer that reflects the economic impact on Oracle.

Overall, AppsWorld represented an opportunity for analysts and investors
alike, to test the waters on the e-business suite by interacting with
those that are closest to
its adoption.  Many were impressed that, unlike past user conferences,
the attendees spanned organizations, representing not only IT managers
and developers, but
C-level decision makers.  For some, the jury is still out on the
functionality of 11i, but the conference went a long way in convincing
analysts of the significant traction Oracle is gaining in the
applications space.

Eric Upin, Robertson Stephens (a significant change in opinion since he
initiated coverage in Q1):
"Oracle continues  to  articulate  a  powerful  vision  of  a
comprehensive, integrated suite of applications that  resides  on  top
of  its eBusiness infrastructure,
which includes the Oracle 8i database  and  the  Oracle  9i application
server. Based on our conversations  with  Oracle  customers  and
implementation partners,
we believe that although it is  still  very  early, the market is
beginning to embrace the concept of a  suite  versus  best-of- breed
approach given the benefits of
technology integration and fewer vendor relationships. Hewlett-Packard

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

and Citigroup, for example, openly  discussed why they chose Oracle 11i CRM and
Exchange  applications,  respectively.  We believe their participation in AppsWorld represents an important first  step in what could be significantly expanded
relationships longer term."

Jim Moore, Deutsche Bank Alex Brown:
"The overall tone at AppsWorld is positive from speaking with Oracle representatives, partners and customers.  That said, the impact of current macroeconomic
weakness on Oracle's F3Q (Feb) remains somewhat of an unknown. Given end-of-quarter timing, this event could be important for conversion of the F3Q application sales pipeline with numerous prospects in attendance in New Orleans."

Gretchen Teagarden, Salomon Smith Barney:
"We attended Oracle's Apps World in New Orleans yesterday. Three customers presented to analysts; HP, Citibank and KPMG. We think Oracle is continuing to
make progress on 11i although we did not hear anything particularly eventful with regards to new customer wins. HP is using just the CRM piece. Citi eSolutions is
using Oracle's procurement product. KPMG implemented the suite at Honeywell and they are getting larger engagements with Oracle...  Approaching the end of
Oracle's 3Q01, there are four things we think investors should consider regarding Oracle. 1) Database growth remains strong, 2) Hardware vendors are not a
leading indicator for database demand 3) a tough 3Q comparison and 4) during the last recession, Oracle's revenue growth declined to 6.0% from 66.0% growth."

Drew Brosseau, SG Cowen & Co.:
"We attended day one of Oracle's AppsWorld users group conference in New Orleans amidst the beginning of the annual Mardi Gras celebration... The company is
currently in its quiet period, since Q3 earnings will be reported during the middle of next month, however CFO Jeff Henley gave a high-level view of the company's
latest progress....Management believes the future challenges for 11i are twofold: gaining mindshare among developers and IT professionals and executing on the sales
front. While this is true, we believe certain pieces of the company's suite offering have gaps (mainly particular CRM modules) that need to be filled. This should come
as no surprise however, and is currently cause for little concern, as Oracle has typically marketed its software aggressively ahead of product functionality."

Jim Mendelson, Wit SoundView:
"Yesterday, Oracle held a financial analyst meeting during its Oracle Apps World conference in New Orleans.  The very-upbeat meeting focused on the growing
strength of Oracle's applications business particularly with regards to CRM. Although we remain concerned as to the overall US economic effects on IT
spending, we come away from the analyst meeting with continued optimism that Oracle's business should continue to meet/exceed street estimates."

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Chip Whitman, First Union Securities:
"We attended Oracle's AppsWorld in New Orleans on February 21, 2001. We
believe that the overall demand for e-business products will be present
in 2001.
We believe that the market will develop but temper our enthusiasm in the
near term. Our conversations with management continue to indicate that
the pipeline is
strong both domestically and internationally for applications and
database. Management continues to reiterate their guidance and belief
that absent a material
downturn in the economy their guidance will hold up."

Bob Austrian, Bank of America Securities:
"We attended Oracle's AppsWorld conference this week in New Orleans.
We detected nothing new that, in our view, should be material to the
stock in either
direction. The conference seemed well attended and Oracle is sparing
no marketing expense around its applications and conference. Notably,
Oracle's user
group, IOUG, is not co-sponsoring this conference, as has been the
norm in the past. Oracle continues to drive home the 'suites vs.
kits' marketing message.
Oracle continues to strongly and repeatedly advertise its current
marketing theme which emphasizes the advantages to buying a suite of
applications from
Oracle instead of 'best-of-breed' solutions from competitive
applications vendors. We believe Oracle could have a compelling
message if its applications
can deliver functionality close to that of its best-of-breed
competitors. They are not there yet."

Laura Lederman, William Blair:
"Oracle management was positive during the formal analyst sessions
(which were Web-simulcast due to regulation FD). Specifically, CFO Jeff
Henley commented
that since Oracle participates in high ROI software, it is not clear
that it will see much impact (negative) on its business due to the
weakening economy. He also said
that the economy is a wildcard, but he suspects that Oracle will not be
negatively affected unless there is a serious recession. It also is
important to note that if
Oracle management were concerned about the quarter, we believe it would
have used the analyst session as an opportunity to lower estimates. We
maintain our Long-term Buy, or "2," rating on Oracle shares. That said,
how the stock performs over the near term depends on two factors: the
economy and
Oracle's third-quarter results."

Chuck Phillips, Morgan Stanley Dean Witter (paraphrased by MSDW
strategist):
"- Chuck said he believes that Oracle's license revenue growth is
accelerating..He attended the company's applications user conference,
which he
described as upbeat.... Oracle believes that estimates of the company's
financial numbers next year are too low, Chuck said he said that the
company's salesforce
expects to meet or beat expectations this year, and that its application
server business seems to be accelerating."

Melissa Eisenstat, CIBC World Markets:

"We attended Oracle's applications users conference, AppWorld, which was
held in New Orleans.  With a turnout of approximately 11,000, the
conference was
attended by existing Oracle customers "test-driving" the company's new
e-business application offerings.  The reaction to the new products was
positive by
customers, vendors and systems integrator partners.  That being said, we
believe that Oracle is still in the early stages of penetrating the
e-business application
market."

Regards,
Stephanie Aas

NDCA-ORCL-156724.0004

# EXHIBIT 247



[Fwd: today's press release]                                                                 Page 1 of 1

**From:** Jennifer Minton
**Sent:** Thu, 01 Mar 2001 02:55:42 GMT
**To:** Thomas Williams
**CC:**
**BCC:**
**Subject:** [Fwd: today's press release]

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 225160



```
begin:vcard
n:;Jennifer
x-mozilla-html:FALSE
adr:;;;;;;
version:2.1
email;internet:Jennifer.Minton@oracle.com
fn:Jennifer Minton
end:vcard
```

here are some potential sentences to use.

Final financial results will be released on ____ but preliminary results
indicate that Q3 earnings will be ____ or 11 cents per share which is x%
lower than consensus estimates of 12 cents per share.  This  preliminary
result represents a x% increase over Q3 earnings a year ago excluding
the gain on the company's sales of Liberate shares of $xxx million.
operating margin would grow to xx% from yy% a year ago in Q3.

License revenue is estimated to grow % and total revenue is estimated to
grow x%.  Applications and database license growth are harder to
estimate at this point but the company's current belief is that
applications will grow 50-55% and database will probably show negative
growth of -5% to 0% (we need to refine these estimates obviously).

"While our first two months showed reasonable license growth and our
pipeline looked good,  the critical last week of our quarter showed much
larger than normal slippage of decisions which resulted in much lower
conversion rates in the company's pipeline, said Lawrence J. Ellison.
"As reported by other providers of hardware and enterprise software in
recent weeks, the problem primarily lies in the United States and is a
result of a virtual drying up of dot com business vs. robust levels the
year earlier as well as the sharp slowdown in the U.S. economy which
appears to be causing a delay in purchase decisions."

"Because we have no had enough time to properly evaluate Q4 and because
conversion rates of the company's pipeline may continue to suffer it is
obviously more difficult to forecast the coming quarters.  At this point
we have no reason to believe that things will get better.  Because the
company's headcount and expense growth has been under tight control we
will hopefully continue to deliver year over year earnings growth albeit
at a lower rate than previously expected due to lower revenue growth,
said Jeffrey O. Henley.

On the conference call I don't think we should have a long call because
we don't have a lot of data.  We should explain that we always knew the
economy was a wildcard and we watched others like Cisco, EMC and Sun
preannounce, however our data, until the last day of the quarter,
indicated we could deliver 12 cents per share.  The slippage started in
the U.S. mid market space last Friday and got worse daily thereafter
plus a number of larger deals slipped on the last day.

I assume we'll indicate a preliminary license and total revenue growth
estimate for Q4 and an eps figure compared to what the previous
consensus was ( and indicate what the eps growth rate is using that
estimate)  but caution that it's preliminary and visibility is obviously
much less than normal.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 225162

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 225163

# EXHIBIT 248

45 of 102 DOCUMENTS

Copyright 2001 Factiva, a Dow Jones and Reuters Company
All Rights Reserved



**factiva**

(Copyright (c) 2001, Dow Jones & Company, Inc.)

# THE WALL STREET JOURNAL

The Wall Street Journal

January 19, 2001 Friday

SECTION: TECHNOLOGY; Pg. B3

LENGTH: 715 words

HEADLINE: Sun Microsystems' Profit Climbs by 19%

BYLINE: By David P. Hamilton, Staff Reporter of The Wall Street Journal

BODY:

Sun Microsystems Inc. said earnings rose 19% in its fiscal second quarter, meeting Wall Street's expectations, but slowing revenue growth suggested that even the blazing-hot computer maker is starting to feel the effects of a U.S. economic slowdown.

Revenue at the Palo Alto, Calif., company rose 44% in the October-December quarter, the second-highest growth rate in Sun's history, but that still represents a slowdown from the 60% revenue growth the firm posted for the July-September quarter. Sun officials, in fact, say that rate was bound to slow given the company's roaring growth rates over the previous year; its revenue is now so large that it will be difficult to rack up huge percentage gains.

In addition, Sun warned that its revenue growth will brake even further over the next six months. Chief Financial Officer Michael Lehman told analysts that revenue growth for the full fiscal year ending June will be "slightly lower" than its earlier projections, coming in between 30% and 35% instead of "in the mid-30s," as forecast earlier. Since Sun's revenue grew 52% in the six months ended December, the company is essentially now projecting that growth over the next two quarters will average no more than 18%.

Unlike many other high-technology giants, such as Microsoft Corp., Intel Corp. and Hewlett-Packard Co., Sun never issued an earnings warning for the December quarter, and analysts continued to applaud the company's growing dominance in the market for the big computer servers that power corporate networks and many Internet operations. At the same time, many investors have grown used to Sun routinely exceeding their revenue forecasts by a wide margin, and analysts said that even a modest slowing in Sun's stellar growth rates could rein in the company's still-highflying shares.

"They have the healthiest enterprise server business in the world," said John Jones, an analyst with Salomon Smith Barney who nevertheless last week lowered his rating on Sun shares to "hold" from "buy." "They're clearly the best company in the group, but their valuation is priced to perfection in this market."

Shares of Sun were up $2.50 to $34.88 in 4 p.m. trading on the Nasdaq Stock Market before the company reported its results. In after-hours trading, Sun slipped slightly to $34.44.

Sun said its net income in the quarter ended Dec. 31 rose to $423 million, or 12 cents a diluted share, up from $354 million, or 10 cents a share, in the year-earlier period. Those income figures reflect charges related to Sun's acquisition

 

Sun Microsystems' Profit Climbs by 19% The Wall Street Journal Janu

of Cobalt Networks Inc. as well as gains on the sale of equity investments. Excluding those special items, Sun's income rose 56% to $552 million, or 16 cents a share, from $354 million, or 10 cents a share, a year earlier.

Revenue rose 44% to $5.12 billion from $3.55 billion in the year-earlier period. For the first time in two years, Sun reduced its order backlog, by $160 million.

Sun officials put a brave face on the company's performance in the quarter, in particular highlighting strong sales growth in the company's overseas markets. "Clearly, we saw a little bit of the slowdown in the U.S., just enough to make it a pretty challenging quarter," Mr. Lehman said.

He added, however, that Sun saw sales in Europe rise 54%, while other global revenue, except in Japan, rose 70% in the quarter. Absent the effects of the weak euro, which depressed the dollar value of Sun's European sales, revenue growth there would have been 20 percentage points higher, Mr. Lehman said.

Scott McNealy, Sun's chairman and chief executive, argued that Sun will continue to gain market share against its chief competitors, Hewlett-Packard and International Business Machines Corp. "I always prefer the tough times, where you can weed out the followers from the leaders," Mr. McNealy said.

Sun faces other challenges beyond simple economic uncertainty. Chief among them, it has just started a major transition to a new line of servers that use its new UltraSparc-III microprocessor. The move is an important one given that recent H-P and IBM servers have outperformed Sun's older machines by some measures, but Sun won't release its new high-end UltraSparc-III servers until sometime midyear. Some analysts wonder if customers will delay purchases to wait for the new machines.

NOTES:
PUBLISHER: Dow Jones & Company

LOAD-DATE: December 5, 2004