# EXHIBIT 252

NDCA-ORCL 609239

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

225

## INTERVIEW OF SAFRA CATZ

On July 16, 2002, the Special Litigation Committee of Oracle Corporation ("SLC") and its counsel interviewed Safra Catz, Executive Vice President and director of Oracle Corporation ("Oracle"). Present at the interview were SLC member Joseph Grundfest and counsel for the SLC, James Kreissman, Lynn Neuner and Alexis Coll. Also in attendance were Alan Salpeter and Sherry Drucker of Mayer Brown, Rowe & Maw, Catz's attorneys. The interview lasted approximately four hours. What follows is a summary of the interview with impressions of counsel. It is not, and does not purport to be, a verbatim account of what was said.

### Catz's Background

Catz earned an undergraduate degree and an M.B.A. from Wharton School of Business at Pennsylvania University. In 1986, she graduated from Harvard Law School with a J.D. Upon graduating, she joined Donaldson, Lufkin & Jenrette ("DLJ"), an investment bank, as an associate. She ultimately earned the title of Managing Director. In 1996, she started a software industry group at DLJ and ran that group through the time she left the firm.

### Catz's Job Responsibilities

In April 1999, Catz joined Oracle as Senior Vice President. She was promoted to Executive Vice President six months later in November 1999. However, her job responsibilities have largely remained the same: "assisting Larry Ellison in promoting the business." During her tenure at Oracle she has acquired additional direct reports but Catz stated that each of these groups were within the purview of her responsibilities upon joining Oracle in 1999. Today her direct reports are: Cathy Bojack (VP, Mergers & Acquisitions), Lauren Sandrolini (VP, Corporate Development), Jacqueline Woods (VP, Global Practices), Rich Allison (HQ Approval), Ellen Ader (Contract Approval), and Lon Face (Philanthropic).

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 609240



DEPOSITION
EXHIBIT
225
3-19-04   CATZ

2

In 1999, Raymond Lane, Oracle's former Chief Operating Officer, left the company. She and Ellison, Oracle's founder and CEO, subsequently divided Lane's responsibilities between themselves. Catz described the relationship as "working together in a consultative way to function as the COO." They share an office suite in Oracle's corporate headquarters in Redwood Shores.

Catz described her typical weekly schedule:

- **Monday:** 11 a.m. Executive Management Committee ("EMC") meeting. This involves all of the Executive Vice Presidents — Catz, Henley, Roberts, Block, Wohl, Rozwat — all the Senior Vice Presidents — Minton, Barrenechea, Jarvis, Rocha, Fitzgerald, Giacolletto — and Ellison. It typically lasts between 4 to 6 hours. Catz described the meeting as very interactive, "a free discussion of the business." On the morning of the meeting she puts together an agenda of topics for discussion and invites others to add to it.[1] Ellison normally comes to the meeting with additional items. The first order of business is normally to review Minton's "Upside Report" forecasts.

  After the EMC meeting is over, she and Ellison attend the PVMC meeting. This meeting includes all of the "Development Leaders" as well as Global IT and Support. They discuss all research and development issues and the entire product line.

- **Tuesday:** Catz attends the Server Technology meeting at 2:00 p.m. This meeting typically lasts 2-4 hours and its focus is the database business. When that meeting is over, Catz attends a marketing/advertising meeting. Ellison typically attends these meetings as well.

- **Wednesday:** Catz attends two meetings. The first, at 2:00 p.m, is the CRM meeting to discuss all issues related to that product. Then she attends a "Tools" meeting at which that product is discussed. Ellison typically attends these meetings as well.

- **Thursday:** At 1:00 p.m. she participates in the Finance Department's "Forecast Call."[2] Jennifer Minton orchestrates these calls; Ivgan Guner and the heads of each sales group

---

[1]    Catz explained that she does not keep hard copies of these documents and edits the computer version each week. Accordingly, no records exist from the relevant time period.

[2]    Catz explained that there is no "standing meeting" with the Finance Department. She participates in the Forecast Call, which occurs every other week in the first two months of the quarter and every week in the last month, and Minton, the SVP of Finance, attends the EMC meeting each week.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

3

worldwide also participate. At 2:00 Catz attends an "ERP and CRM" (previously "Apps") meeting. This meeting typically lasts between 3 to 6 hours. Ellison typically attends these meetings as well.

- **Friday:** There are no standing meetings scheduled for Friday.

Because most of these meetings begin at 2 pm, Catz generally spends her mornings and mid-day making phone-calls, holding staff meetings, reviewing correspondence, etc. To the best of her knowledge, Ellison does the same.

The only other meetings she regularly attends are Oracle's Board meetings and meetings of the Finance and Audit Committee. Each of these groups meets once a quarter.

**Forecast Calls**

When Catz participates in the Finance Department's Forecast Call, she does not take notes. She described her role as listening in to determine whether there are any problems that she and/or Larry can assist in solving. She is looking for problem deals, big deals or escalating problems with customers.

**Sources of Financial Data**

1.    **Upside Reports**

Jennifer Minton and her staff create the Upside Reports; Catz plays no role in their creation/generation. When asked how the Forecast Call, EMC meeting, and Upside Report relate to one another, Catz said she was not sure "what was the chicken and what was the egg" (*i.e.*, she does not know how Minton takes the information provided to her to create these documents).

Catz explained that she receives the Upside Reports on Monday morning in advance of the EMC meeting. It is sent in hard-copy, not by email. Catz states that she relies on a single page of the report — the upside analysis — the rest of the document is, in her opinion, largely irrelevant. In reviewing the document, Catz relies on Minton's "potential" column and does not challenge the basis for it. Catz understands the "forecast" column to be the number reported by

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

4

the sales force to Minton. The "upside" column reflected Minton's adjustments to the projections coming from the sales organizations. While they were called "upside" adjustments, they could be either positive or negative. The "potential" column is simply the sum of the forecast and upside columns. It is Minton's attempt at determining the "most likely" or "best estimate" scenario. It is not, according to Catz, a "best case scenario" number.

Catz explained that going into Q3 FY01, the "forecast" column of the upside reports had to be read with a certain level of skepticism. First, at that time, the sales forecast number was always lower than the number that the company actually achieved. In Catz's opinion, the sales force regularly "sandbagged" the numbers to give them room to maneuver and to make them look good when they exceeded their forecast. Second, the expense figures were always forecast to be higher than Oracle's actual expenses for a quarter.

**2. Big Deal Reports**

Catz acknowledged that forecasting is very difficult given the fact that the vast majority of the company's large licensing deals are closed at the very end of the quarter (*i.e.,* within the last few days).[3] The Big Deal Reports, generated by Loren Mahon, are used by the EMC to track the most significant deals on a day-by-day basis in the last week of the quarter. The Big Deal Reports cover U.S. license revenues derived from deals greater $500,000 only. Catz explained

---

[3]    Catz explained that approximately 40% of Oracle's business comes from new sales of software licenses. This is the most volatile portion of Oracle's business. Further, it is primarily in the licensing area where last minute closure of deals most affects Oracle's quarterly results. By contrast, the remaining 60% of Oracle's business is more predictable. Oracle's Maintenance, Consulting and Support revenues are booked ratably. Thus, if Oracle closed a deal in one of these areas late in a quarter, it would not recognize significant revenue in that quarter from the deal. While Oracle's Education is booked as delivered, it also tends to be less volatile than Oracle's license business. In fact, Catz explained that in Q3 FY01, each of these areas (other than licensing) did largely as expected; there were minor shortfalls, which were largely compensated for by savings in operating expenses.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 609243

5

that this is a "big part of the business" and it is the part of the business that closes at the last minute. Accordingly, both she and Ellison focus on the Big Deals in the last two weeks of the quarter.

Catz described the information in the Big Deals report as "very interesting." A typical report gives the reader the following information:

- Number of days left in the quarter

- The number of big deals closed to date and the revenues generated from these deals on the date the report is generated compared to the same day a year prior (as measure by number of days to end of quarter, not by calendar date);

- The number and dollar value of contracts > $500,000 that have been drawn up and sent to the customer (the "current pipeline")[4].

3.      Flash Reports

Catz does not rely on or use the Flash Reports (which give a monthly accounting for the first two months of a given quarter of deals closed to date) because so much of Oracle's licensing business occurs at the end of the quarter. She does not think these reports are terribly helpful. She noted that in Q3 FY01 these reports were particularly unhelpful because the Covisint deal was an extraordinary and unprecedented event (a very large deal ($60 M) closed in the first days of the quarter). Catz believed that this put Oracle so far ahead in Q3 of FY01, that any year-to-year quarterly comparison was not helpful. When asked why the company generates these reports if they are not helpful, she replied that she did not know.

---

[4]     Catz thought that for some customers the software actually ships at the same time the contract is sent out (i.e., before a deal actually closed). She stated that Matt Mayerson and Loren Mahon would have further details.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

6

### 4.    Pipeline Reports

Catz did not recognize the exemplar pipeline report showed to her by Mr. Kreissman. She said that these reports are not circulated to her and she did not know who produced them. She noted she studies the pipeline data incorporated in the Minton Upside Report.

### 5.    OSO

Catz has access to OSO but rarely uses it. She believes she has logged on to this system five times or less. She said that Ellison also has access, but she does not know how frequently he uses it.

### 6.    OFA

Catz does not have access to OFA.

### 7.    OASIS

Catz knew that this system was once used to track telesales. She did not know whether it was still in use at Oracle. She never had a password with which to access the system and accordingly never accessed it.

### 8.    Mid-Market Dot.Com Forecast

Catz said she did not receive this report and was unaware of the document.

### 9.    Live Video Board

The SLC asked Catz if she was knew of the allegation in some of the complaints that Oracle had a video board that tracked sales in real-time. Catz responded that she was unaware of any such video board anywhere at Oracle.

### Quarterly Earnings Calls

Catz plays no specific role in preparing Henley and Ellison for Oracle's quarterly earnings calls. She consults with them about what they may say but is not involved with

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

7

scripting their comments.  She does not make the decision as to what projection numbers will be given.  She typically participates in the calls but does not speak.

With regard to the December 14, 2000 Earnings Call (Q3 FY01), Catz believes she was in the room with Ellison and Henley during the call but has no recollection of discussing strategy or financial projections with them before the call.

**Conversion Rates**

Catz noted that conversion rates  — the percentage of deals that actually close as compared to the number of deals in the overall pipeline — is lower for Applications than for Database.  She explained that Oracle's Database business is well established.  Oracle is the significant dominant player in the market with few, if any, competitors.  Because it does not face significant competition, Oracle has little trouble converting possible deals into actual contracts and therefore the conversion rate is high.  In contrast, the Applications business is a relatively new product line for Oracle and there are several well-established companies competing head-to-head with Oracle for the business, including Siebel, IBM, and others.  In addition, according to Catz, the two business lines face different approval processes within the customer corporation.  Generally, database deals are negotiated with and need to be approved by a customer's technology staff and CIO only.  In contrast, Application purchases regularly involve not only the CIO but also the CFO, CEO or Senior VPs.  When these additional senior executives are involved, the likelihood that the deal will not close in a particular timeframe increases.

Catz stated that many deals involve both a Database portion and an Applications portion.  In such deals, there are pre-established formulae for booking the revenues and allocating the costs and revenue between the two business lines.  She noted that even when Oracle losses an Applications deal to a competitor, the database portion of the deal might still go to Oracle.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 609246

8

### Q3 of FY 2001

Catz discussed the attitude of Oracle's top executives going into Q3 FY01. Business in both Q1 and Q2 had been excellent. Q2 FY01 had "hugely" exceeded expectations, even in the dot.com sector, despite six months of press reports about the "dot.com bust." Therefore, they were optimistic about Oracle's prospects going forward.

1.    December

This positive attitude was buoyed by the closing of the Covisint deal — the largest in Oracle's history at $60M — within the first week of the third quarter. As of early December, Catz believed business was "spectacular" and was getting better and better.

Catz was heavily involved in closing the Covisint deal. When asked why it slipped from Q2 FY01 into Q3 FY01, Catz explained that she had insisted the customer pay cash because it was a huge deal with a large discount. The deal slipped into the third quarter because Covisint was working on getting enough cash. The cash did not hit Oracle's account in time to be logged as a second quarter deal. Catz believes that the software actually shipped in the second quarter.

Catz was asked whether Oracle allowed the deal to slip into the third quarter after it realized that it was going to make its projected revenues for the second quarter. Catz says Oracle's attitude is "get the money and get it now." She stated that Oracle does not play games with revenue recognition. Moreover, it was not clear until the last minute that Oracle was going to make its Q2 FY01 projected revenues, making this sort of gamesmanship even more unlikely.

Once the Covisint deal closed, Oracle's executives felt "very bullish." They had been exceeding expectations each quarter and by significant amounts. According to Catz, everyone was bullish and the general feeling in the office was that "business was awesome." She does not remember how the 12¢ EPS guidance was determined; she does not recall discussing it with

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 609247

9

either Ellison or Henley. She does recall that she believed Oracle would exceed that figure and she thought 14¢ EPS was more likely. At that time, Catz thought it would be impossible for Oracle to fail to meet its projection for Q3 of FY01. She stated that Oracle's pipeline was astonishing and that Oracle was way ahead of its projections because of the Covisint transaction.

Catz does not recall anyone at Oracle saying that he or she believed the 12¢ figure was too optimistic. She endorsed the attitude of Ron Wohl's December email (ORCL 17364, attached hereto at Exhibit A) in which he speculated that he would achieve greater than 100% growth in Applications in Q3 of FY01.

When asked about her views of the macroeconomic climate in December 2000, Catz said she does not recall any details. Catz regularly reads the various press reports, including the Wall Street Journal and the Economist.

2.    **January**

Catz recalls growing uncertainty in the press regarding the macroeconomic climate in light of the dot-com implosion and the possible impact it would have on various technology companies at this time. She remembers reading press reports about huge losses in start-up companies. However, she recalls thinking that, based on Oracle's performance in Q2 FY01 (especially NAS's performance in that quarter[5]), Oracle was "immune" from that effect and that it had "positive momentum." She believed Oracle's customer base was significantly large and diverse enough to ride out any problems in the dot.com sector. Catz also pointed out that the fact

---

[5]    NAS is composed of three groups: Canada, "Majors" (*i.e.* large customers that do not clearly fall into any other business sector such as the Mormon Church and various airlines) and General Business (all companies in the United States with less than $500 million in aggregate sales). Most of the dot.com companies fell into the General Business category. This group was the responsibility of John Nugent, who reported to George Roberts.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 609248

that Oracle's margins were improving dramatically at that time would make up for any revenue shortfall.

When asked what she knew about Oracle's competitors during this time frame, Catz responded that Oracle seemed to be doing very well vis-à-vis its competitors in the Applications market. She believed Oracle was winning contract bids and protecting its market share. She did not recall hearing any announcements from these competitors about earnings problems. She does remember hearing announcements about economic problems at various PC hardware companies, but did not think that Oracle would be subject to the same problems, as Oracle's products helped its customers to rapidly save money and increase efficiency.

### 3.    February

Catz does not recall receiving Larry Garnick's February Flash Report in which he sets forth January's actual revenues. Upon reviewing the document (ORCL 20831-20833, attached hereto at Exhibit B), Catz pointed out that there is nothing in the email that would have given her concern about whether Oracle would meet its projections for Q3 of FY01. When asked about the forecast number in the last paragraph of the document, Catz noted that the forecast number is the "sandbag" number given to Minton from the sales force. It does not take into account Minton's "potential" number.

Catz remembered Henley stating in late February that he did not have anything to add to Oracle's guidance for the quarter. She stated that this was typical of Henley, who did not like to comment on projections for a quarter after the initial quarterly call. She said that in late February she, Henley and Ellison believed that Oracle would meet its projections. She saw absolutely no reason to revise the number at this time. She does not recall discussing these statements with Henley or Ellison either before or after they were made.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

11

### 3.   March 1, 2001

Typically, earnings statements are drafted by Investor Relations and revised by Catz. They then go to Ellison for comment and revision. Once Ellison's comments are incorporated, Catz elicits comment from Legal, Henley and Investor Relations. But, she does not recall writing or working on the March 1, 2001 statement. She knows it was done late at night/early in the morning as Oracle did not know it had failed to make the numbers until very late in the evening.

## Q3 FY 2001 Earnings Disappointment

### 1.   The last week of the quarter

Catz reviewed and discussed each of the Big Deal reports from February 2001:

#### a.   February 23

Catz said that the reports show that even though two deals fell off (GAP and Citicorp) the business still looked very healthy compared to the prior year.[6]  Moreover, at the end of that day the Qwest contract was finalized and sent to the customer putting an additional $16M into the "pipeline" (which made up for the $17M GAP deal). Catz focused on the depth of the pipeline compared to the prior year — $826M versus $705M — as well as the gross amount of deals closed to date compared to the last year—$191M closed which is 151% of the prior year— and said that she "was feeling quite good."

#### b.   February 26

Looking at Mahon's email from 6:34PM (ORCL 22150 – 22151, attached hereto at Exhibit E), Catz pointed out that as of that day (two days before the end of the quarter) Oracle had closed $213M (compared to $73M in the prior year), including $22M that day. In addition,

---

6    These were two reports that day, one at 2:52 p.m. and the other at 3:53 p.m. *See* ORCL 22147 and ORCL 22148 – 22149, attached hereto at Exhibits C and D respectively.

12

$8M was added to the pipeline that day. The "total paper on the street" (*i.e.*, the pipeline and the closed deals) was "huge" at $834M. Catz remembers feeling far ahead of where they needed to be and recalls Ellison commenting that it would be a "big blow out." She said they (*i.e.*, she and Ellison) were "ebullient" because Oracle was showing big deal revenues of 192% of the prior year. She says they were feeling "euphoric" that the company was going to meet guidance and do better than expected.

     c.     <u>February 27</u>

Looking at Mahon's email of 5:04 p.m. (ORCL 22152 – 22153, attached hereto at Exhibit F), Catz pointed out that this day provided mixed news. Oracle lost one deal (Capital One) but added a bigger one to the pipeline (WorldCom). However, Oracle only closed $16M (as compared to $104M in the prior year). According to Catz, because Oracle was still ahead of the prior year by 120% and the pipeline was huge ($820M) she felt "there was no reason to panic."

Additionally, Catz stated that on February 27, Minton received two emails from Sarah Kopp, Finance Director of OSI, which indicated that OSI was projecting revenue of between $225 – 243 million. Catz stated that these emails gave her reason for optimism about Oracle's performance for the quarter. (ORCL 126538 and 126539 – 126540, attached hereto at Exhibits G and H, respectively).

     d.     <u>February 28</u>

Reviewing two emails from Kopp sent between 6:00 – 7:00 p.m. that night (ORCL 126541-56 at 126551, attached hereto at Exhibit I) Oracle still predicted Qwest to close. They

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

closed HealthSouth and the Cingular deal was back on track. She felt, even at this late time, that Oracle would manage to close enough big deals to meet expectations. [7]

Reading the report of 8:00 p.m. (ORCL 22154-22155, attached hereto as Exhibit J), Catz says they were starting to be worried: Oracle closed only $103M, compared to $157M the year before. In addition, the pipeline has shrunk immensely (by $270M).[8] However, she said she was still hopeful they would make the numbers—there were 4 hours left in the day on the West Coast and more than $218M of deals in the pipeline.

She said it was not until early morning March 1 — *see* Mahon email of 4:50 a.m. (ORCL 22156, attached hereto at Exhibit K) — that she realized that Oracle would fail to meet expectations. Catz explained that she was "stunned" when several big deals failed to close (*e.g.*, Sprint ($15.3M), Lucent ($36.3M), Qwest ($15-16M), Gap ($17M), Fidelity ($10-15M), Sony ($5M), Worldcom ($12M), and Capital One ($11M)).[9] She described the situation as "a complete melt-down in the last day and a half" which left them "stunned."[10]

---

[7]  Catz remembers an email from Sarah Kopp to Jennifer Minton on or about February 28 in which Kopp said they were going to exceed forecast. She recalls that Kopp later send an email apologizing for the failure to convert on several large deals.

[8]  Catz explained that because it was 8 pm PST (11 pm EST), the pipeline was changed to remove any deal with a company on the East Coast unless that deal was expected to close in the next hour.

[9]  Of these deals, at least half simply slipped into the 4th quarter. The other half disappeared. Had they all closed in the third quarter, Oracle would have increased its revenues by approximately $130 million.

[10]  Catz also pointed to additional emails from Kopp to Minton dated February 28, 2001 found at Exhibit I. These emails show that OSI's forecast began February 28 ad $230 million and dropped to $175 million by the end of the day. Catz stated that the dramatic OSI drop was symptomatic of what she observed throughout Oracle on February 28, 2001.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

14

One of the reasons Catz was shocked that certain deals did not close was that they were deals resulting from the customer's unauthorized use of software already in its possession. Catz says it is common for a customer to purchase software and then exceed its license (*i.e.*, buying a license for 5,000 employees and having 6,000 employees use the software). In those situations, Oracle and the company negotiate a deal for the additional users. She was certain those deals would close and many of them were very large (greater than $5M) deals. Examples of this type of deal included the Sprint deal for approximately $15.3M and the WorldCom deal for $12M.

### 2.    Specifics of Earnings Disappointment

Looking at which groups in the United States failed to meet numbers, Catz noticed that:

- OSI's shortfall of approximately $80M to $90M from Oracle's December 2000 projections resulted from deals in the telecommunications industry — *e.g.*, Qwest, Worldcom and Lucent—that fell apart. She further stated that through the end of the quarter, Oracle was confident these telecom deals would close.

- NAS's shortfall of approximately $151M from Oracle's December 2000 projections appears not to be attributable to extremely large deals (*i.e.* deals greater than $10M). Rather, Catz believed that much, if not most, of the slippage in this division occurred in deals less than $10M but greater than $500,000. She further suggested that a significant portion of these deals related to the dot.com sector; however, she referred the SLC to George Roberts, EVP Sales, who she stated would be more informed about the bases of the shortfall.

- Catz did not have an explanation for OPI's shortfall of approximately $35M from December 2000 projections. She does not know what happened in this sector.

Catz said that she does not recall being directly involved with many deals in the third quarter. She does remember being involved at some level in the Fidelity deal and remembers speaking with the CEO of HealthSouth, a deal that closed.

Catz said that it is now clear, but was not predictable at the time, that the conversion rate in U.S. licensing "hit the wall" in the third-quarter. It fell "shockingly" down. Had the

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

15

conversion rates from prior third-quarters occurred in FY01, Oracle would have exceeded their 12 cent projection.

### 3.    The Remainder Of Oracle's Business

When asked how Oracle performed but for the U.S. license revenue shortfall, Catz said she does not recall but she thought it was "fairly typical." After reviewing Oracle's forecasts (upside reports) and actual results for FY01, Catz described the performance by the international licensing groups to be "inconsequential" to the overall quarter. Catz stated that, as compared to Oracle's December 2000 revenue estimates, none of the other regions — Europe, Japan, Latin America, and Asia Pacific — missed estimates by more than about $10M.

Catz stated that while some deals abroad failed to close, she believes that fact to be largely irrelevant — international licensing was responsible for only about $20M of the shortfall compared to the December 2000 projections, a minor sum given the overall shortfall for the quarter. Catz believes that had Oracle closed the 7 U.S. licensing deals listed above, it would have made its forecast. Catz thus characterized the Q3 FY01 shortfall as a failure of the U.S. license market, and big deals in particular.

Catz was asked about the Support renewal shortfall of approximately $20M in Q3 FY01 versus the December 2000 projections. Catz discussed various emails that were sent between Finance and Support on which she was copied. She explained that during this quarter Oracle was moving support renewals information onto the OKS system. Because of a glitch in the transfer of information, some of the information was either improperly converted or was missing. Catz explained this was not a software problem but rather a data quality problem. As a result of the problems, Support had a difficult time keeping track of its business and the revenues derived

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

16

therefrom.[11] At the same time, Rocha had just replaced Bloom as the VP responsible for this business segment. Accordingly, many of these emails were Rocha's attempt to understand what had happened so that he could resolve the various issues. At the time, Catz felt this was an unfortunate incident that needed to be rectified; she did not think it was a significant problem that would impact on Oracle's ability to make its projected revenues.

Catz further noted that Oracle's Consulting and Education business each fell approximately $10M short of Oracle's December 2000 projection for Q3 of FY01. However, she stated that in the context of total quarterly revenue of $2.7 billion, these shortfalls were not material. Catz noted that Oracle was decreasing the size of its Consulting organization as part of one executive strategy to increase Oracle's "partnering" with third party consulting organizations and thus increase the number of product referrals from those organizations.

4.    **Specific Deals That Did Not Close**

Catz was asked the extent of her knowledge about the following deals that allegedly slipped from Q3 of FY01: Telia AB, Hewlett Packard, The Principal Financial Group, Nantucket Allserve, Inc., Alliance Coal, LLC, Motorola, Inc., Health Net, and JDS Uniphase. Catz did not recall most of the alleged transactions in question. She recalled the Motorola Board had approved the deal in Q3 of FY01 but that the CEO of Motorola halted the deal on the last day of the quarter. She did not think that the Motorola deal ever closed. In addition, she believed that JDS Uniphase had closed in Q3.

Plaintiffs allege that in Q3 of FY01, Oracle failed to close several "mega deals" in its pipeline for CRM systems with certain large commercial customers. Catz was asked the extent

---

[11]    Catz said the data problems resulted in some customers receiving support services without getting billed. When the problems were resolved, the clients were billed but these revenues were not recognized in Q3 FY01.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

of her knowledge about these deals: FedEx, Mutual of Omaha and General Electric ("GE"). She recalled that a GE Capital deal did not close, but she did not recall the specifics of the deal and otherwise had no recollections of these deals.

Further, Plaintiffs allege that two expected deals with state and local governments failed to close during Q3: State of Michigan Human Services Department and New York City Housing Authority. When asked, Catz recalled generally that there was a State of Michigan deal that did not close, but could not recall any specifics about that deal. She could not recall a New York City deal. She suggested that Sarah Kopp might be knowledgeable about these deals.

### 5.    Conclusion

Oracle's big deal U.S. license revenue grew only 15% from Q3 FY00 to Q3 of FY01, ($420M versus $366M), not enough to meet analyst expectations. She pointed out that this all occurred "in one day." She noted that by any standard other than meeting analyst expectations, Oracle had a good quarter: it grew US license revenues by 15% and had its best third quarter in its history.

## Suite 11i Allegations in the Complaints

### 1.    Bugs and 11i Suite

Catz said that any software rollout involves bugs and related problems and that the 11i Suite did not provide any unique challenges or problems in this regard. She said the problems that did exist related to "functionality" and that these problems were exacerbated by the piecemeal roll out many companies chose to implement (i.e., the customer only bought one or two modules of Suite 11i and then tried to integrate those modules into its existing network).

Catz was often involved with resolving customer complaints, especially large customers. She said that there were a number of complaints from Europe but she said that the "Europeans

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

18

were always looking for something." Mr. Kreissman then directed Catz to specific allegations of customer complaints in the derivative complaint. She responded as follows:

- **Bell South** is a big CRM customer. It worked as a "development partner" in the early stages of the CRM rollout. It is live and is a happy customer; it presents at Oracle's AppsWorld and acts as a reference for Oracle.

- **GE Capital** is a company that also agreed to be an Oracle reference. She knows little about the account other than that it went "big bang" (*i.e.*, adopted the entire Suite 11i product at one time). It is totally live and, to Catz's knowledge, is happy with the product. She has "no doubt" that there were many TARS especially since GE Capital implemented its own rollout in India for its entire global operation. Catz remembers that Oracle loaned numerous consultants to the implementation for customer-relations purposes, but GE insisted on doing the implementation itself.

- **HP** is one of Oracle's earliest customers. HP was a partner in building the platform with Oracle. They went to market together. She recalls that HP received a very large discount on its CRM purchase because it was an early customer.

- **Tropicana** adopted all of 11i Suite and is now 100% live. It acts as a full reference for Oracle.

- **Eaton Corporation** was an automobile customer and Catz did not know of any disputes with Oracle.

- Nike is a company that Catz mentioned as upset with Oracle's competitor, i2, not Oracle. She was not aware of Suite 11i being used by Nike.

- **Citibank** is a company that uses Oracle procurement software and Catz recalled Citibank as a customer with a good relationship with Oracle.

Catz does not believe that any deals slipped from Q3 FY01 into later quarters as a result of bug problems or rumors about the product not working. She bases that opinion on two facts: (1) most of the Suite 11i customers as of Q3 FY01 were in Europe yet Oracle failed to meet expectations in Q3 FY01 because of the United States market, not because of Europe, and (2) CRM was a de minimis portion of Oracle's business and most deals that slipped or disappeared were not CRM—and many were not even Applications—but were database deals.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

19

Catz said that today the product is "spectacular." Customers think the product is "fantastic" and there are more than 100 companies using the product acting as references. Catz did not recall when she believed the product attained its current quality level.

### 2.    Discounts

Catz explained that Oracle's current policy is to have a customer buy only what it needs. Oracle does not encourage buying for the future through discount pricing. Oracle's current policy was also in effect in Q3 FY01. Oracle used to do more discounting in quarters prior to Q3 FY01. However, Catz stated that discounts are not given, and have never been given, in recognition of bug problems. Catz did acknowledge that customers that bought very early releases of a new product (*i.e.*, Betatesters) were sometimes given discounts because these customers might experience more problems than later users, and would work with Oracle to rectify those problems.

Catz explained that there are certain pre-approved deal terms, including discounts. When discounts are given, they are related, generally, to volume: the more volume, the deeper the discount. If a sales person wants to deviate from these pre-approved terms, he or she must get express approval from Catz and Ellison. In Catz's opinion, this is a "huge disincentive" to giving deep discounts.

Catz explained that older versions of software are not discounted *per se* when a newer version is released (*i.e.*, this is not like the discounts Intel gives for the Pentium 3 chip once the Pentium 4 is introduced). For example, 8i did not become a cheaper product simply because 9i was released. According to Catz, there is no need to discount these products: different customers have different needs and 8i is the top-of-the-line product for many customers' needs.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

20

She also said that in the Database area Oracle does not need to provide discounts because they are the dominant player in the market. Other companies cannot compete on the product; therefore, there is no need for Oracle to compete on price.

### $1 Billion Savings Campaign

Catz said that the goal of saving $1 Billion was set by Ellison in 1999/2000. He wanted to decrease expenses in order to increase profit margins at the same time as Oracle's business was growing. By using Suite 11i internally, Oracle could centralize many necessary functions on a global scale. Once globalized, the company could reduce expenses by ridding itself of system and personnel redundancies. It could decrease headcount without reducing the amount of deals in the pipeline because everything became automated. Oracle got rid of data processors, HR clerks, etc. world-wide as it centralized and automated these functions on the Internet.

Catz explained that one way to quantify the savings from the implementation of Suite 11i was to look at Oracle's margins. Catz stated that during the year that Oracle saved $1 billion from the use of Suite 11i, Oracle's margins increased by 10 basis points and Oracle had revenues of $10 billion; thus, the company saved $1 billion. As anecdotal support, Catz pointed out that every group within Oracle (with the sole exception of R&D) saved money by lowering operating costs. In addition, they were able to centralize many functions in India where educated labor (including engineers) is much cheaper than in North America and Europe.

### Sales of Stock by Henley, Ellison, Boskin and Lucas

Catz said she was aware that Henley and Ellison sold shares in Q3 FY01 but she has never spoken with them about those trades or the reasons for them. She did not recall whether she knew of the sales at the time they were made. She did not know that either Boskin or Lucas has sold stock in Q3 of FY01.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

**Board Meetings**

Catz was elected as a director of Oracle in October 2001.  Before that she attended each Board meeting and Finance and Audit Committee meeting in her role as SVP/EVP.  When asked about the Board meeting in January 2001, she answered that all of the Board meetings she has attended "blend together" and that she had no recollection at all of the January 2001 meeting. Thus, she could not comment on whether there were any presentations or discussions about Oracle's financial condition or outlook or the macroeconomic environment.  She similarly had no recollection of what, if anything, was said at that meeting about the likelihood that Oracle would meet its earnings projections for Q3 of FY01.

J.A.G.
J.G.K
L.K.N
A.S.C.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 253

UI: Q3 forecast and pipeline update for Monday EC

Subject: UI: Q3 forecast and pipeline update for Monday EC
Date: Sat, 09 Dec 2000 14:41:44 +0100
From: Sergio Giacoletto <Sergio.Giacoletto@oracle.com>
Organization: Oracle Corporation
To: "Lawrence J. Ellison" <larry.ellison@oracle.com>
CC: "Safra A. Catz" <Safra.Catz@oracle.com>,
"Minton,Jennifer" <JENNIFER.MINTON@oracle.com>,
Jeff Henley <jeff.henley@oracle.com>

*Recommended coding for first letter of e-mail subject line*

| Urgent | Permission (approval) required | Action required | Reply required | Information only |

Larry,

I will not be able to attend the EC on Monday 12th, as I have a critical customer meeting I could not change.

Here is the latest on Q3
( PS: we finally closed Q1 at 311 $M i.e. 20% growth and 51% margin ).

1) Forecast

The current bottom-up forecast in the system is 302 $M representing 19% growth with 14% in server and 69% in applications.

I have given a target to the countries this week of 330 $M representing 30% growth.
Best case is 350 $M, worst case 280 $M in my view.

Most of the additional target is in technology.

I believe this is achievable, provided Germany recovers the Q2 miss and closes all open deals.

2) Pipeline and OSO

The update of Q2 deals in OSO was almost done.... there are only 3.2 $M of deals left open. Not too bad.

The best estimate of the Q3 pipeline is 700 $M representing a 2.1 coverage of the 330 $M, and a 28% growth from last year.

The growth of the pipeline in technology is only 10% - this number however does not include the run rate of the partners and the SAP revenue. We will focus to improve it.

The growth of the pipeline in applications is 80% ; looks like another strong quarter for ERP, and hopefully an improvement on CRM.

3) Risks and opportunities.

- ERP /financial, HRMS, IP/.
Good momentum; products stable. Good pipeline. We will roll out FastForward R11i starting this month and we are increasing GB apps sales force.

CA-ORCL 009658

ORACLE CONFIDENTIAL

NDCA-ORCL 013401

EXHIBIT
Ellison
32
7·13·06

UI: Q3 forecast and pipeline update for Monday EC

- 9i AS:
we have started a number of sales initiatives, including an ISD sales campaign.
Training of ALL sales people is planned for January from Jeremy Burton's team. We are finding
difficult to sell to large clients who have a corporate wide architecture using best-of-breed.
It will take some time to change the IT standards.

- CRM :
we are loosing a bit of momentum; sales people are reluctant to engage to the product problems,
lack of references and local language issues. We are also loosing many people to Siebel, still,
and we are short of 50 sales consultants across EMEA. Hopefully the situation will turn in
January once we get 11.5.3 running in local language.

- Exchanges:
the pipeline is good; but we need to still satisfy our existing clients first.
The operations are more stable, but we have major functionality gaps, lack of 6.1 migration
commitment and lack of definite information to transfer hosting to the clients.

Best regards

Sergio Giacoletto                       Phone: +41 22 799 99 30
EVP EMEA                                Mobile: +41 79 200 75 06

Assistant :   Michele Delvaux
              E-mail:michele.delvaux@oracle.com  Phone:41 22 799 99 31

CA-ORCL 009659

ORACLE
CONFIDENTIAL

NDCA-ORCL 013402

# EXHIBIT 254

**oracle jeff henley**

| | |
|---|---|
| From: | William Plant [William.Plant@oracle.com] |
| Sent: | Tuesday, March 13, 2001 10:29 AM |
| To: | Sergio Giacoletto |
| Cc: | Jeff Henley, Jennifer Minton |
| Subject: | Re: [Fwd: [Fwd: emea license growth]] |

William.Plant.vcf

Jeff, this may be coincidence but if you look at our top 5 subs - UK, Germany, France, Italy and Netherlands (and after adjusting for the $1.5m error in Netherlands) we see technology at 33% and apps at 35% for the quarter. For the rest of the subs the technology growth was 31% and the apps growth -34%. Overall for the quarter 32% tech and 2% apps

The conclusion you could draw therefore is that in smaller subs where they dont have the critical mass it is more difficult for them to concentrate on the more complex apps sales and with customers becoming more demanding it is difficult to predict when a particular sale will occur

For the year to date the top 5 subs are growing technology at 25% and apps at 88%. The smaller subs are at 9% for technology and 19% for apps

Hope this helps. Regards, William

Sergio Giacoletto wrote:

> I have a simple, internal only, explanation ..
> given the R11i problems in Q1/Q2 many of our salespeople decide to focus on
> technology to make their
> quota and wait for the product to be stable ..
> Ciao
>
> Jeff Henley wrote:
>
> > fyi
> >
> > ------------------------
> >
> > Subject: Re: [Fwd: emea license growth]
> > Date: Mon, 12 Mar 2001 18:05:55 -0800
> > From: Larry Garnick <Larry Garnick@Oracle.com>
> > Organization: Oracle Corporation
> > To: Jennifer Minton <Jennifer.Minton@Oracle.com>,
> >     Jeff Henley <Jeff.Henley@Oracle.com>
> > CC: Ivgen Guner <Ivgen.Guner@Oracle.com>,
> >     William Plant <William.Plant@oracle.com>
> > References: <3AAD621F.A6D5F16E@oracle.com>
> >
> > The oddity is Europe where server is way up and apps are way down.  Trending,
> > you would expect $55-60 million in apps revenue in Europe, but actual was CD
> > $38 million.  The apps forecast was $45 million.  We compared actuals to
> > forecast by country and found that all countries except the UK and Emerging
> > Territories came in under forecast for apps.  Conversely, Server actuals were
> > above forecast in 75% of the EMEA countries.  It does not appear to be an
> > error coming from one or two countries, but does need explaining
> >
> > Thoughts, William?



Δ π EXHIBIT 82

Deponent_____

Date_____ Rptr._____
WWW.DEPOBOOK.COM

1

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 061297

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER



```
> >
> > Jennifer Minton wrote:
> >
> > > please look at all large deals in EMEA in Q2 and Q3 to see if this
> > > explains the unusual trends.
> > >
> > >  ---------------------------------------------------
> > >
> > > Subject: emea license growth
> > > Date. Mon, 12 Mar 2001 15 47 41 -0800
> > > From: Jeff Henley <Jeff.Henley@oracle.com>
> > > Organization: Oracle Corporation
> > > To: "PLANT,W." <WILLIAM.PLANT@oracle.com>
> > > CC: jminton <jminton@us.oracle.com>
> > >
> > > I know you're looking into database and apps but the growth rates seem
> > > crazy vs trend and the Q3 forecast—database too high and apps too low.
> > >
> > >  ---------------------------------------------------
> > >
> > >    Jeff Henley <Jeff.Henley@oracle.com>
> > >
> > >    Jeff Henley
> > >     <Jeff.Henley@oracle.com>
> > >    Additional Information:
> > >    First Name     Jeff
> > >    Version         2.1
> > >
> > >  ---------------------------------------------------
> > >
> > >    Jennifer Minton <Jennifer.Minton@oracle.com>
> > >
> > >    Jennifer Minton
> > >     <Jennifer.Minton@oracle.com>
> > >    Additional Information:
> > >    First Name   Jennifer
> > >    Version      2.1
> >
> >  ---------------------------------------------------
> >
> >   Larry Garnick <Larry.Garnick@Oracle.com>
> >   Assistant Corporate Controller
> >   Corporate Finance
> >
> >   Larry Garnick
> >   Assistant Corporate Controller  <Larry.Garnick@Oracle.com>
> >   Corporate Finance
> >                   Cellular: (650) 867-6175
> >                   Fax: (650) 633-0839
> >                   Home: (650) 344-7491
> >                   Work: (650) 506-4050
> >   Additional Information:
> >   Last Name   Garnick
> >   First Name   Larry
> >   Version      2.1
```

ORACLE
CONFIDENTIAL

NDCA-ORCL 061298

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 255

**From:** Sergio Giacoletto
**Sent:** Thu, 07 Jun 2001 07:57:40 GMT
**To:** mark.barrenechea@oracle.com
**CC:** Lawrence Ellison; Catz; Safra; Henley; Jeffrey; Sanderson; Edward; Roberts; George; Nussbaum; Jay; WILLIAMS; DEREK; Jarvis; Mark; Rosser; Michael
**BCC:**
**Subject:** Re: CRM Business Update – my feedback

EXHIBIT 77
Rachel A. Ferrier
CSR No. 6948
Date: 9/21/06
Witness
Ellison

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 162213

```
begin:vcard
n:Giacoletto;Sergio
tel;cell:+ 41 79 200 75 06
tel;fax:+ 41 22 799 99 33
tel;home:+ 41 22 757 14 26
tel;work:+ 41 22 799 99 30
x-mozilla-html:TRUE
adr:;;;;;;
version:2.1
email;internet:Sergio.Giacoletto@oracle.com
fn:Sergio Giacoletto, EVP Oracle EMEA
end:vcard
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 162214

Mark,

I also disappointed by the results.... but... as you know, we had six-nine months of product issues which caused loss of confidence by sales, partners, analysts and customers. Even as of today, R11.5.4 which is the first stable release is NOT AVAILABLE in local language and we will only get it between July and October 2001. This continued delay between the American English release and the local language is hurting us.

The good news are that confidence is building back, we start getting live customers and I can see the momentun coming back.

We have dedicated CRM sales reps in UK, NL, FR and we will continue to increase the number.

I have given a target to the countries for FY02 to double our revenue from FY01, ie 100 $M target.

I  like to take the opportunity to thank you and your group for the good support provided to our critical customers and to ask for your continued involvement, particularly as we try to penetrate new accounts and new markets, with innovative approaches to catch up with Siebel ( like the Nokia opportunity, the Dendrite deal, etc.).

Best regards

Mark J Barrenechea wrote:

**BY THE NUMBERS:  License (mil)**

| FY98 | 31 | |
|------|-----|------------------|
| FY99 | 79 | |
| FY00 | 242 | through Q3 126mil |
| FY01 | 225 | through Q3 170mil |

**** FY01 Q4 clearly was a large issue ****

### BY AREA BREAKDOWN - YTD FY01

| AREA | Stretch | Quota | Actual | % of Quota |
|------|---------|-------|--------|------------|
| OPI | 130 | 94 | 61.3 | 65% |
| NAS | 120 | 70 | 72.2 | 103% |
| OSI | 110 | 70 | 26 | 37% |
| EMEA | 85 | 85 | 50 | 59% |
| APAC | 35 | 35 | 10.5 | 30% |
| Configuator | 50 | 50 | 25 | 50% |

### YEAR TO YEAR COMPARISON

| AREA | FY00 | FY01 | %Growth |
|------|------|------|---------|
| OPI | 74 | 61.3 | -21% |
| NAS | 50 | 72.2 | 31% |
| OSI | 42 | 26 | -62% |
| EMEA | 33 | 50 | 34% |
| APAC | 8 | 10.5 | 24 |
| Configurator | 36 | 24 | -50% |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 162215

I maintain a few points:
 - We need dedicated and skilled SC teams.  NAS, UK, Rosser are excellent models for FY02.
 - Increase partner selling

**There is no reason our FY01 Stretch goals are not the actuals for FY02!!!**

—mark

[This email is not with standing product issues]

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 162216

# EXHIBIT 256

[Fwd: Fwd: Critical Account Concession Request for Paxar Corporation]]]

Message-ID: <3A56738E.937B2145@oracle.com>
Date: Fri, 05 Jan 2001 17:23:26 -0800
From: Anil Vora <anil.vora@oracle.com>
X-Mailer: Mozilla 4.7 [en] (Win95; I)
X-Accept-Language: en
MIME-Version: 1.0
To: lowry fenton <lfenton@oracle.com>
Subject: [Fwd: Fwd: Critical Account Concession Request for Paxar
Corporation]]]
Content-Type: multipart/mixed;boundary="-----------8F616AD86F51A957AD541305"
X-Mozilla-Status: 8001
X-Mozilla-Status2: 00000000

lets try to close on Monday

--
Anil Vora
Vice-President - Oracle Financing Division
650-506-5246
650-506-7392 (Fax)

Susie Marshall
650-506-1847
samarsha@us.oracle.com
500 Oracle Parkway, Lgn-1, Ste 120
Redwood Shore, CA 94065

--------------------------------------------------------
Any proposed payment structure is subject to credit and documentation
approval and shall expire at the end of Oracle's current fiscal quarter.
Any extension requires additional ORD approval. Until contract
execution, payment amounts are subject to change due to changes in
credit and economic conditions.

--------------------------------------------------------

Return-Path: <michael.cochran@oracle.com>
Received: from oracle.com (wbq4op3u33-ppp-sfc2-54.us.oracle.com
[130.35.36.140])by gmgw02.oraclecorp.com (8.8.8□.8.8) with ESMTP id
OAA09240for <ANIL.VORA@ORACLE.COM>; Fri, 5 Jan 2001 14:00:34
-0800 (PST)
Message-ID: <3A564304.CE738F00@oracle.com>
Date: Fri, 05 Jan 2001 16:56:21 -0500
From: Michael Cochran <michael.cochran@oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.7 [en] (Win95; I)
X-Accept-Language: en
MIME-Version: 1.0
To: "ANIL.VORA" <ANIL.VORA@oracle.com>
Subject: Fwd: Critical Account Concession Request for Paxar Corporation]]
Content-Type: multipart/mixed;boundary="-----------BCCB76E37D3CD4662620CB6C"

Anil, have you made any progress on this? The late payment date you
mentioned is fast approaching... also, we need to get back to Paxar.

ORACLE
CONFIDENTIAL    CA-ORCL 037142



EXHIBIT
34
7·13·06

Tks -- Mike

--
Mike Cochran
Area Vice President
NE Majors
Phone: (201) 853-7036
Fax: (201) 817-2726
Email: michael.cochran@oracle.com

Sandy Scazz
Administrative Assistant
Phone: (201) 555-7035
Email: sandra.scaramuzzo@oracle.com

---

Return-Path: <George.Roberts@oracle.com>
Received: from oracle.com (whq4op5x38-rtr-opo0-17.us.oracle.com
[130.35.31.109])by gmgw01.oraclecorp.com (8.8.8D.8.8) with ESMTP id
JAA23883;Wed, 27 Dec 2000 09:07:15 -0800 (PST)
Message-ID: <3A4A0ADE.C5DEBD23@oracle.com>
Date: Wed, 27 Dec 2000 09:29:34 -0600
From: George Roberts <George.Roberts@oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.74 [en] (Win95; U)
X-Accept-Language: en
MIME-Version: 1.0
To: larry.ellison@oracle.com, ron.wohl@oracle.com, safra.catz@oracle.com,
jeff.henley@oracle.com, mary.anne.gillespie@oracle.com,
michael.cochran@oracle.com, sandy.sanderson@oracle.com,
carolyn.balkenhol@oracle.com
Subject: [Fwd: Critical Account Concession Request for Pazar Corporation]
X-Priority: 2 (High)
Content-Type: multipart/mixed;boundary="----------D132CB11D97F744E9E907B2A"

Larry,

You should be aware of this one in case it continues to escalate. It may
make sense to discuss this one and any additional critical situations at
the next EC. As you know some of our earliest 11i clients (especially
CRM and Order Management) are exhausted from the effort of implementing
the products.

---

ORACLE
CONFIDENTIAL

CA-ORCL 037143

2

[Fwd: Fwd: Critical Account Concession Request for Paxar Corporation]]

Return-Path: <michael.cochran@oracle.com>
Received: from oracle.com (whq4op3u33-ppp-sfc2-66.us.oracle.com
[130.35.36.152])by gmgw02.oraclecorp.com (8.8.8I3.8.8) with ESMTP id
KAA27955;Tue, 26 Dec 2000 10:07:54 -0800 (PST)
Message-ID: <3A48DD7D.1B0A0687@oracle.com>
Date: Tue, 26 Dec 2000 13:03:41 -0500
From: Michael Cochran <michael.cochran@oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.7 [en] (Win95; I)
X-Accept-Language: en
MIME-Version: 1.0
To: "GEORGE.ROBERTS" <GEORGE.ROBERTS@oracle.com>,
"Henley,Jeffrey" <JEFF.HENLEY@oracle.com>,
"Wohl,Ronald" <RON.WOHL@oracle.com>,
"Vora,Anil" <ANIL.VORA@oracle.com>,
Mary Anne Gillespie <mgillesp@us.oracle.com>,
"Snyder,Allen" <ALLEN.SNYDER@oracle.com>
CC: "Meehan,Timothy".<TIMOTHY.MEEHAN@oracle.com>,
ESANDERS <SANDY.SANDERSON@oracle.com>,
"Block,Keith" <KEITH.BLOCK@oracle.com>,
"Seminara,Paul" <PAUL.SEMINARA@oracle.com>,
"Rodriguez,Andrew" <ANDY.RODRIGUEZ@oracle.com>
Subject: Critical Account Concession Request for Paxar Corporation
Content-Type: multipart/mixed;boundary="------------DDE95D6AFF80354CC64AF96A"

Victor Heschaft, Paxar's Vice Chairman, has been dealing with an
extremely critical 11i implementation.  By all accounts from those
involved, this has been very ugly.... and we've put the customer through
extreme hardship.

Here is an Executive Summary of Paxar's Experience with 11i as well as
recommendations for resolving the situation.

Paxar Corporation Background - Paxar is a $700M publicly traded
worldwide enterprise that manufactures  identification and tracking
products, systems and services to manufacturers and retailers.  Their
products are primarily labeling and tagging products for the apparel
market.  Their HQ is in White Plains, NY.

Paxar's Oracle History - Paxar's Monarch Marking Systems Division in
Ohio had implemented 10.7 in the 1997 timeframe.The implementation was
painful, late and over budget but Paxar decided that they needed one
global system for all their businesses and that since Oracle was already
implemented at one of their divisions it made sense to implement Oracle
Apps globally within their Apparel Division.

Paxar's 11i Product History - After a 6 month sales cycle and
reassurances from Drew Campbell and Ron Wohl that 11i (specifically
Order Management) would be a tested and stable release they decided to
go forward with Oracle.  Paxar signed a $1.8M license contract on
2/28/00 for the complete 11i E-Business suite including FIN, Order Mgt.,
Discrete Mfg., RPS, Configurator, iStore and HR.  The $1.8M was financed
by OFC at 0% interest to the customer as one lump sum payment due 1/1/03
to offset the fact that 11i was not yet in production status.  Paxar
would be given early access to 11i code in beta form.  Paxar was one of
the EARLIEST customer to commit to a large scale, single instance
implementation of 11i.  Release 11 was not an option because of required

ORACLE
CONFIDENTIAL    CA-ORCL 037144

(Fwd: Fwd: Critical Account Concession Request for Paxar Corporation)))

Order Mgt functionality only in 11i.

Paxar's Implementation History
Paxar selected Oracle Consulting after a competitive bidding process
with IBM and CSC.  The Agreement was a $2M fixed bid for
implementation of the pilot plant.  The original go live date for the
pilot plant was 11/1/00.  Paxar procured the appropriate hardware,
infrastructure and data center to be available for the November launch.
The 11/2000 date was moved out to 12/2000 then 1/2001 and
is now projected for 3/15/01 because of the necessity for more
significant parallel testing due to the lack of confidence in the
integrity
of the 11i release.

In the late summer timeframe Paxar's Vice Chairman first expressed his
dissatisfaction with the 11i quality and stability.  A
conference call with Ron Wohl was arranged and Bill Bounds from the
development triage team was assigned to assist.  The situation
has been improving slowly but after hundreds of patches and a
significant number of severity 1 bugs which prevented conference
room pilots and user acceptance testing.  OCS has logged over 1,700
hours of non-billable time on such issues.  The APS
development Swat team has been dispatched to Paxar to assist in
resolution also.  Andris Auerbach from Oracle Support has been
engaged as the critical care specialist escalating issues as necessary.
All indications are that the customer has done all they could do to
ensure that implementation dates were met.

Paxar's Contentions
Paxar is refusing to pay the $3.0M license fee that was financed through
OFC but later assigned to an outside financing source
(Leastec) until such time as they go live on the software which is now
projected for March 2001.

They are also looking for relief in the area of support payments of
$30K/month which they have been paying since 2/28/00. Although support
has been responsive, Paxar claims they are "beta testing" the software
and beta sites don't pay for support.

Paxar has also asked for financial relief associated with the idle data
center built and managed by IBM -- I believe this figure is around $50K
a month.

Paxar has been contacting other 11i customer to assess their experience
with 11i.  They have also made some veiled threats about public
disclosure of their challenges so we need to act quickly.

Recommendations and Responsibilities for Resolution

Sales -  I will continue to be responsible for discussions around relief
on license and support payments.  Paul
Seminara will assist on these issues.   Sales has agreed to fund some
support relief for Paxar.

OFC - Andy Rodriguez and Anil Vora need to define ways to adjust/delay
the current payment stream of the finance
agreement.

OCS - Tim Meehan and Nick Mastro have primary responsibility for
defining a viable project plan which Support and Development
will agree to.  OCS has already funded over 1,700 hours of non-billable
time on a fixed price contract which has not been profitable.

Support - Al Snyder has agreed to fund some support relief  to be

**ORACLE**   CA-ORCL 037145
**CONFIDENTIAL**

[Fwd: Fwd: Critical Account Concession Request for Pixar Corporation]]]

shared with Sales.  AJ , Dick Sellers, Arden and Andria need to
continue to assess the project plan identified by OCS and validated by
Development to ensure their ability to support these timeframes.

Development - Ron Wohl's development team (particularly Order Management
and PPS) needs to validate the OCS project plan and
provide escalated support and counsel for critical Pixar issues and
milestones.

--
Mike Cochran
Area Vice President
NE Majors
Phone: (201) 553-7036
Fax: (201) 617-2726
Email: michael.cochran@oracle.com

Sandy Scara
Administrative Assistant
Phone: (201) 553-7035
Email: sandra.scaramuzzo@oracle.com

Area Vice President
NE Majors

George Roberts <George.Roberts@oracle.com>

Area Vice President
NE Majors

ORACLE
CONFIDENTIAL

5

CA-ORCL 037146

# EXHIBIT 257

## November 2000
## NAS Dialogs – E-Business Suite
## Summary Actions

### Overview

The third North America Sales Dialogs for E-Business Suite were held on November 2, 2000 at Redwood Shores. Issues were raised around the following areas:

I. **Integrated Demo Solution** – Integration to back office apps is critical to show the entire e-business solution.

II. **System Stability** -- System stability & performance improvements need to be made.

III. **Training** – Everybody does it and nobody "owns" it. Field is not getting the training they need in order to be "battle ready."

IV. **Partners** – Are we serious about Partners? If so, Partner training and funding needs to increase dramatically.

V. **Marketing** – Although improved, we still need to synch up field & global priorities with a programmatic approach to the development & rollout of marketing campaigns mapped to field priorities.

VI. **References** – Need 11i references by Q3

VII. **ERP & Exchanges** – Need to create greater momentum around Exchanges.

### I. Integrated Demo Solution Discussion

Per Mike Rosser, we are finally in a position to do demos. Mark Barrenechea's team is currently taking on the responsibility for integration testing between CRM & ERP. We still hear that the integration is not working, but the field needs greater confidence that integration and the demos do, in fact, work. This confidence needs to come from better training and communication around the demo and integration processes. Reps are too focused on parts of the demos that don't work. Training currently does not exist on integration of CRM and ERP. Until we have stability, and problems around demos are solved, the best we can do is to continue with our "heroic" efforts

### II. System Stability Discussion

The R3 release will have a huge impact in stabilizing the product. This is due to be released in mid November. Right now, however, there are few references. There was some discussion that a strong demo would go a long way in reducing reference complaints.

11iR3 is a collection of all patches on a single CD. It's a complete eBusiness suite CD and Barrenechea is confident about the quality. Juliette Sultan has a staff in place responsible for testing the program before the customer does. Her team will test the entire suite. They have created a new program called Platinum. It's a collection of patches that are pre-installed.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER       NDCA-ORCL 153364

We need to:
- Re-energize SCs & SRs around demo capabilities.
- Increase training around integration points.
- Do high level positioning of E-business suite early on with Grand Slam apps – position the stack
- Leverage Juliette Sultan's team of 20 by providing her with demo scripts and problems that are occurring with the demos.

**Actions:**
1. **Demo positioning & integration** -- Develop high level positioning around demos and integration points (Lisa Arthur) –By next week have prototype for the integration of CRM and ERP ready to get out to the field.

2. **Implementation Process Communication** -- Barrenechea to get note out to the field on the process for implementation. This might be a joint field / development note (Bill Costello / Juliette Sultan)

3. **R3 Webcast** -- Plan for an R3 Webcast in November / December timeframe (Arthur, Sultan, Costello)

4. **Increase training around integration & key business flows** ( Juliette Sultan, Christine Dover, Lisa Arthur)

5. **OAUG Keynote demo** -- Make copy of OAUG keynote Demo available to the field. Provide training or key message points around it (Lisa Arthur, Ken Hamel, Gayle Fitzpatrick).

6. **Help with Demo Scripts** -- Field should get demo scripts to Juliette Sultan's team -- the more the better. Her team will help find "work arounds" or customize the demos (Ken Hamel, Gayle Fitzpatrick).

7. **Competitive demo flows** -- Have the field provide any Seibel demo flows to Barrenechea's team. He also needs more information on Vantive & Nortel, their strengths and where they compete with us (Ken Hamel, Gayle Fitzpatrick).

**III. Training Discussion & Action**
We need greater collaboration and consistency of process across development, marketing and the field to deliver effective training internally and to our partners. Currently, field and partners are not "battle ready" on our products and solutions. And while much training is being developed, it is coming from multiple organizations with little coordination and process in place.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 153365

Training efforts seem to arise from numerous groups when the need is immediate and critical. Marketing, OU, development, and the sales organizations are all involved in developing and delivering various types of training.  The results are duplication of efforts, training that is not attended or is ill -timed with sales cycles, training that is not repeatable, and ineffective messages for various audiences (SC, Sales, Partner).

We need:
- Stronger ownership and commitment to develop and implement a set of standards throughout the organization
- Course ware that emphasizes business positioning –training that *states* and *proves* the business issues
- Curriculum maps so that field / partners can anticipate and plan
- Consistency of process across all organizations
- Packaged and repeatable training
- Different messages targeted to the various audiences.  Start with the business problem in all instances.

8. **SC Training -- (Gayle Fitzpatrick, Ken Hamel, Christine Dover, Development)** - OU and SC team to work with *development* on 6 month training curriculum with content and approach appropriate for SCs.  Training must be packaged and repeatable. Include high level business positioning, issues & value.

9. **Sales Rep Training -- Mary Anne Gillespie as Executive Sponsor ( Gayle Fitzpatrick, Ken Hamel, Christine Dover, Marketing representation)** – OU and Sales to work with *Marketing* on 6 month curriculum plan, and training with content and approach appropriate for Sales Reps. Training must be packaged, repeatable, and focused on business issues and positioning.

10. **Training on Integration touch points** for Sales Reps & SCs (see Action #4)

## IV.  Partner Discussion & Action
Partners are critical to Oracle success. There seems to be tremendous confusion from partners on Oracle products, solutions, key messages.  Partner training is unfocused and not in synch with key market messages and strategic areas. In general, the partner community does not understand what we have and we are losing traction with them.

If we're serious about using partners to go after the marketplace we need to back this with funding and immediate training programs. We need collaborative commitment to quickly get partners up to speed on the product areas and messages we need to get to the marketplace. We need:
- EC level commitment & funding for key partners
- A programmatic and repeatable approach for partner training that covers Sales Readiness thru implementation.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER       NDCA-ORCL 153366

- To immediately identify deals where we're *currently* engaged or *should* be engaged with partners
- A consistent and ongoing way to identify key engagements we should be going after with partners
- Regular communication and updates on partner activities & training
- A more "bottoms up" approach to educating partners particularly around CRM

11. **Raise Partner issue at EC** -- George Roberts to raise Partner issue at EC. Need commitment and funding to ramp up partner training and assign ownership to develop systematic approach for partner sales readiness & implementation.

12. **Train 1000 partners in 90 days** (Renee Knee with combined effort from Sales consulting, alliances & education). Develop a "fast forward" partner training program. Each organization to kick in $$ and provide resources. Keith Block to determine $$ needed for implementation training.

13. **Review inventory of training classes** and remove fees to partners for classes that are high priority to the field. Increase number of "free" training courses for partners around key market or product areas (Renee Knee, Keith Block)

14. **Identify current deals and deals we should be doing with partners** particularly around CRM. (Mike Rosser, Renee Knee). Determine resources and training that need to be engaged to assist in these partner deals.

15. **Develop combined approach with SIs** to go after Seibel & IBM (Renee Knee)

**V. Marketing Discussion & Action—**
Mark Jarvis is trying to position ourselves as a heavy player in application sales and everything else falls below that. Ultimately, we need to ramp up awareness around point solution markets we're selling into. The field is asking for more product focused marketing.

The marketplace has a growing awareness of the umbrella messages for CRM and E-Business Suite. We may need to change tactics and implement campaigns that start with a point solution and expand to the broader messages. Product marketing is trying to focus this by audience and needs help in determining where the messages should be aimed -- new customers? Existing customers? SAP? We're not yet sure of the % of business we're currently doing with each of these segments.

The biggest concern that Jarvis expressed was the fact that we do not have any 11i customer references. Currently MyOracle.com site will go live on Dec 1 for customers and later it is anticipated that we will be able to demo off of that site. We are also trying to integrate dashboard into it.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 153367

16. **CRM Marketing** -- Determine % of current CRM business we're doing with the customer segments below (Bill Costello) – Get this information to Mark Jarvis & Jeremy Burton to determine the targeted point solution marketing needs:
    - Existing customers
    - New Customers
    - SAP

17. **MyOracle.Com** -- Encourage the NAS organization to try out MyOracle.com beginning December 1  (all GVPs)

18. **CVC Actions** – Get AVPs & RMs trained on key messaging (J. Engelbert, J. Tung) -- Combine this approach with a "CVC Menu" selection of speakers that Jarvis is putting together.

19. **ERP Marketing** – Develop more niche campaigns particularly around APS.  Would like a "Top Gun" type of program here as well (Jeremy Burton & Development)

20. **ERP Marketing** – Need Field feedback to J. Burton & J. Tung on upcoming B to B Roadshow (All GVPs)

**VI . References Discussion & Action**
11i references are critical.  While R3 will go a long way towards product stabilization, current references are thin.  We need a combined effort from Sales, development, consulting, alliances & education to secure customer references.

21. **CRM "Jump Start" References** –Identify 30 - 50 3i accounts from GB, Majors, Canada that have potential to be a reference. Ron Bunting has already forwarded Marie Cady's list of customers to the Sales Executives.  Marketing needs to wrap a "live 11i Customer" campaign around this.

22. **Marketing Reference Program** (Julie Tung) -- Need more, non E-leader references. Develop a smaller, showcase program with references that show we're up, live and running.

23. **Combine ERP / CRM live 11i reference lists** (Julie Tung) Combine all the small 11i lists into one master list available to the field.

**VII. ERP & Exchange Discussion & Action**
The feedback for 11i is that there are too many patches to go live. We just released 11i2, which is a better product. Again the issue is references and although we don't have big customers live on 11i we have about 150 small companies i.e.: Odwalla. We need the list from Julie Tung to market these smaller companies as references (see action 23)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER       NDCA-ORCL 153368

Beginning in January we should be doing a marketing campaign for e-business to create more market awareness. We need to ramp up awareness around point solution markets were selling in to including HR, Supply Chain, APS, Exchanges. We need product-focused marketing.

Regarding Exchanges: Stability is the problem within exchanges. Hosting of the environment has just been given to the development team. Currently, they're setting it up, the #1 priority being to clean up the environment and fix the issues within 60 days. Also, we need to take the "high road" around exchanges and define what it is for our customers. It's not only the 10 percent savings in purchasing but it covers other parts such as supply chain management .....

24. **Demos** – Identify problems with time-outs. Get list of offices where this is occurring to George Roberts / Ron Wohl (Ken Hamel, Gayle Fitzpatrick)

25. **Exchanges:**
    - Raise Exchange issue at EC (George Roberts). Need increased funding for key functional areas.
    - Go for a January 1 Launch of Exchange. Increase market awareness & positioning. (Jon Colehower, Ron Wohl, Jeremy Burton)

26. **Marketing APS Campaign** -- and or develop top gun type program. Management needs feedback on B2B roadshow.

27. **French Translation Issues** – Ron Wohl & Glen Lim to look into costs around French translations. Why can't this be done? What is so cost prohibitive about this?

28. **Selling into SAP** -- Ron Wohl wants the list of partners that are selling into SAP and he will work to communicate that information to the field (GVPs to provide lists).

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER       NDCA-ORCL 153369

# EXHIBIT 258

# 11i Live Customer References
## As of 6/18/2001

## CRM References

| Company Name | Compelling Facts | Approved for Call |
|---|---|---|
| BellSouth | • 10,000 Call Center Agents<br>• 8 outsourced centers self-serve ordering and Provisioning TeleService 6 months.<br>• Doubled orders from 300 per day to 6000 per day.<br>• New products added 3x as fast<br>• Despatch accuracy from 50%-90%<br>• Customer satisfaction up... service costs down. | Per Mark B. |
| HP | • 2000 Sales Reps Opportunity to Forecast in 5 months.<br>• Best forecast accuracy in 50 years.<br>• Went global over a weekend. | Per Mark B. |
| EnTel Moviles | • Telecom Italia company Live in 6 months on TeleService, Scripting, Advanced Outbound - Next Phase: order management with Telesales, Lucent Kenan Arbor/BP integration and Provisioning They try to answer 100% of customer inquiries on first call Have significantly increased customer service levels, thereby securing customer loyalty - 140 live users - 2 call centers 40+ business workflows across all areas of customer care fully automated Have drastically reduced time to resolve trouble tickets. | Per Mark B. |
| Franklin Covey | • B2B and B2C store Specialty pricing, promotions Out of the box product 80% of their orders in the US processed through Store 5 months | Per Mark B. |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 442698

# 11i Live Customer References
## As of 6/18/2001

## CRM References

| Company Name | Compelling Facts | Approved for Call |
|---|---|---|
| **Wincor Nixdorf** CRM SUITE 9IAS | • Wincor Nixdorf is one of the leading providers of IT solutions and products for the retail and banking sectors<br>• Completeness of Oracle's solution and relationship with Oracle as a strategic partner convinced Wincor Nixdorf to go with Oracle instead of Clarify or Siebel. Siebel also couldn't address the customer's requirements.<br>• "Leveraging the integration functionality in Oracle9i Application Server, Wincor Nixdorf will decrease integration time and reduce integration costs significantly. Integrating our sales and service applications with our back-end systems allows us to improve customer service and streamline internal business processes."-- Harald Scheuplein, Project Manager CRM, Wincor Nixdorf | Yes |
| **Soltre** CRM SERVICE | • Soltre Technology, Inc., a rapidly growing application service provider (ASP).<br>• Uses Oracle CRM software to track service requests, decrease implementation time for its customers and increase customer loyalty. | Yes |
| **Applied Digital;** SUITE | • Applied Digital Solutions is an implementor of E-business solutions through computer telephony Internet integration.<br>• Live on Sales, Service, Marketing, Order Management, Inventory and Financials.<br>• Siebel win. | Yes |
| **Hostcentric** CRM SUITE | • By successfully implementing the entire suite of Oracle's CRM modules it has enabled Hostcentric to bring 6 different companies together and made the company one of the fasting growing web hosting companies in the US. | Yes |
| **Staff Leasing** CALL CENTER SUITE | • Staff Leasing is one of the largest HR solutions providers in the world.<br>• Staff Leasing has seen improved efficiencies including reduced call length by over 21% and reduced client error by more than 20%<br>• As a result, client satisfaction and retention rates all have increased in less than one year | Yes |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        NDCA-ORCL **442699**

# EXHIBIT 259

# North America Sales

## General Business
## Managers Meeting, Dallas TX

### John Nugent, SVP

April 2, 2001

NDCA-ORCL 179335



EXHIBIT
Roberts 27
1/22/06    CLS

Well…so how is everyone feeling right now….a little shell shocked!

NDCA-ORCL 179336

# Q2 YTD Y/Y Comparison

Q2 YTD Y/Y Comparison
- Technology Grew 25%
- Applications Grew 119%
- HC Grew 38%

Month of December
- Pipeline to Budget Reduction
- AVPs Beginning to Voice Concern

Month of January
- AVPs Reluctant to Raise Their Forecast
- Deals Begin to Shrink & Get Delayed

NDCA-ORCL 179337

# Month of February

- NASDAQ off 22%
- Blue Chip Co. Announce Massive Layoffs
- SUN & EMC Reduce Earning Estimates
- Oracle Pre-Announces Lower Performance
- GB Forecast Drops Precipitously

NDCA-ORCL 179338

# Q3 & Q3YTD Actuals ($M)

| | Q3 FY01 | | | Q3 YTD FY01 | | |
|---|---|---|---|---|---|---|
| | Actual | Budget | Yr/Yr Growth | Actual | Budget | Yr/Yr Growth |
| Tech | $ 93.1 | $ 154.2 | -24.4% | $ 273.7 | $ 336.6 | 1.1% |
| Other | 1.6 | | 558.4% | 5.9 | - | #DIV/0! |
| Total Tech | 94.7 | 154.2 | -23.3% | 279.6 | 336.6 | 3.3% |
| CRM | 14.9 | 12.1 | 89.8% | $ 37.1 | $ 25.9 | -35.4% |
| ERP | 24.5 | 37.1 | -12.2% | 87.1 | 79.8 | 409.4% |
| Total Apps | 39.4 | 49.2 | 10.2% | 124.2 | 105.7 | 66.7% |
| TOTAL Revenue | $ 134.1 | $ 203.4 | -15.8% | $ 403.8 | $ 442.3 | 17.0% |
| Expenses | 44.5 | 59.2 | 21.9% | 127.1 | 147.8 | 37.0% |
| GM | $ 89.6 | $ 144.2 | -27.0% | $ 276.7 | $ 294.5 | 9.6% |
| GM% | 66.8% | 70.9% | -13.3% | 68.5% | 66.6% | -6.3% |
| Headcount | 825 | 764 | 29.3% | 825 | 764 | 39.1% |

NDCA-ORCL 179339

# Q3 & Q3YTD '01 Financial Metrics Field ($M)

| Q3 | | | | Q3 YTD | | | |
|---|---|---|---|---|---|---|---|
| Category | FY00 | FY01 | % Incr/ (Decr) | Category | FY00 | FY01 | % Incr/ (Decr) |
| Deal Metrics | | | | Deal Metrics | | | |
| # of Deals | 484 | 376 | -22.3% | # of Deals | 1048 | 1150 | 9.7% |
| Avg Deal Size | 308.7 | 262.9 | -14.8% | Avg Deal Size | 290.1 | 259.8 | -10.8% |
| Application Metrics | | | | Application Metrics | | | |
| # of Apps Deals | 127 | 117 | -7.9% | # of Apps Deals | 265 | 334 | 26.0% |
| Avg Deal Size | 268.7 | 293.1 | 9.1% | Avg Deal Size | 265.7 | 335.6 | 26.3% |
| Apps Rev per Rep | 358.95 | 234.8 | -34.6% | Apps Rev per Rep | 733.3 | 855.7 | 16.7% |
| Apps % of Total | 23% | 34% | 47.8% | Apps % of Total | 23% | 36% | 56.5% |
| Technology Metrics | | | | Technology Metrics | | | |
| # of Tech Deals | 357 | 259 | -27.5% | # of Tech Deals | 783 | 816 | 4.2% |
| Avg Deal Size | 322.9 | 249.2 | -22.8% | Avg Deal Size | 297.9 | 227.3 | -23.7% |
| Tech Rev per Rep | 1029.5 | 413.1 | -59.9% | Tech Rev per Rep | 2159.3 | 1189.1 | -44.9% |
| Tech % of Total | 77% | 66% | -14.3% | Tech % of Total | 77% | 64% | -16.9% |
| Headcount | | | | Headcount | | | |
| Tech Reps | 112 | 158 | 41.1% | Tech Reps | 108 | 156 | 44.4% |
| Apps Reps | 95 | 146 | 53.7% | Apps Reps | 96 | 131 | 36.5% |
| iSd Reps | 91 | 140 | 53.8% | iSd Reps | 87 | 138 | 58.6% |
| Total Reps | 298 | 444 | 49.0% | Total Reps | 291 | 425 | 46.0% |

NDCA-ORCL 179340

# The Best Thing About Q3 ....
# it's OVER !!!

## Now it's Time ...

To reflect on the marketplace and our response

NDCA-ORCL 179341

# The Question...

Was GBs Q3 Collapse Due to the
Rapid Deterioration of US Economy
or Poor Execution on Our Parts?

80/20 Rule

NDCA-ORCL 179342

# GB Experienced a Double Hit...

- DotCom E/C Market Bust

- Rapid Deterioration of US Economy

NDCA-ORCL 179343

# DotCom/EC Sector…Bad News

- 61,000 Layoffs
- 50% of named DotCom list out of business
- Trillions lost in market valuation
- Pink Slip parties
- DotCom's … DotGone
- 100's of VCs turn off Funding Spicket

NDCA-ORCL 179344



NDCA-ORCL 179345

# DotCom/EC Conundrum

|  | FY99 | FY00 | FY01 | FY02 |
|---|---|---|---|---|
| EC Technology | 36.0 | 354.0 | 227.0 | 238.0 |
| Total Technology | 287.3 | 504.9 | 422.5 | 445.7 |
| % EC to Total | 13% | 70% | 54% | 53% |

NDCA-ORCL 179346



NDCA-ORCL 179347

# Q3 Realization

- US Economy Contraction eliminated hope of E/C Upswing and Resulted in Dramatic Decrease in Market Oppt'y
- Discovered That we Had Excess Sales Capacity
- Slow Down in Deal "Turnover" Requires Greater Knowledge of Forcasted Acc'ts

NDCA-ORCL 179348

# The Economy... Bad News

- Recognized Economic Contraction
- Consumer Confidence Trending Down
- Lower Demand/Rising Inventory Levels
- Tight Credit Market

NDCA-ORCL 179349

# Software Sector Stock Performance

## YTD Stock Performance

| | |
|---|---|
| PSFT | -36% |
| CMRC | -41% |
| | |
| BEA | -48% |
| SEBL | -50% |
| ITWO | -58% |
| ARBA | -73% |

NDCA-ORCL 179350



NDCA-ORCL 179351



NDCA-ORCL 179352

# Oracle's Performance...Bad News

- Missed Analysts Earnings Forecast
    by Two Cents
- Lower Than Expected License Growth
- Reluctant to Forecast Revenue

NDCA-ORCL 179353

# Oracle's Performance...Good News

- Generated 900M in Profit
- Net Income in Q3 up 16% to 33%
- We are Saving Billions
- Oracle's Size, Financial Strength, Market Presence

NDCA-ORCL 179354

# Our Products....Bad News

- 11*i* Quality Issues
- Lack of References/Demo Issues
- *i*AS Slow to Market
- Lots of Tough Competition

| APPS | Tech |
|------|------|
| PeopleSoft | IBM |
| *i*2 | BEA |
| SAP | MS |
| Siebel | |
| Ariba/C1 | |

NDCA-ORCL 179355

# Our Products…Good News

- Strategy Gaining Traction
- Very Difficult & Complex Integration Development Completed
- 11*i* R3 Putting Quality Issues Behind Us
- Continued Dominance in DB Market
- #1 ERP Vendor in US
- #1 Apps Vendor in Midmarket

NDCA-ORCL 179356

# Your Responsibility...

- Be Punctual
- Generate Five Take Aways Per Presentation
- If You Don't Understand or Agree,
    Raise Your Hand
- Discuss What You Hear With Your Peers
- Begin to Visualize Your FY02 Organization & GTM Strategy

NDCA-ORCL 179357

One More Thing...

Meet Your Q4 Target Number

It's Non-negotiable!

NDCA-ORCL 179358

# Q4 FY01 Forecast by Area
## ($M)

| Area | Forecast | Most Likely | Best |
|------|----------|-------------|------|
| Northeast | $ 34.4 | $ 37.4 | $ 39.4 |
| Mid Atlantic | 49.5 | 54.5 | 57.5 |
| Central | 37.0 | 39.0 | 42.0 |
| West | 80.0 | 80.0 | 80.0 |
| General Business | $ 200.9 | $ 210.9 | $ 218.9 |

NDCA-ORCL 179359



NDCA-ORCL 179360