# EXHIBIT 260

[Fwd: Re: Majors Applications Demo Issues]

> Subject: [Fwd: Re: Majors Applications Demo Issues]
> Date: Tue, 10 Oct 2000 14:05:24 -0400
> From: Jay Nussbaum <Jay.Nussbaum@oracle.com>
> Organization: Oracle Corporation
> To: Police <RPOLICE@US.ORACLE.COM>

Ron, fyi. Didn't know who should see this.

P

-------- Original Message --------
Return-Path: <george.roberts@oracle.com>
Received: from oracle.com (rociyyx-ppp-9.us.oracle.com [144.25.233.163])by
   gmgw02.oraclecorp.com (8.8.8+Sun/8.8.8) with ESMTP id JAA29056;Tue, 10 Oct
   2000 09:05:13 -0700 (PDT)
Message-ID: <39E33DD6.47754F3C@oracle.com>
Date: Tue, 10 Oct 2000 11:03:34 -0500
From: George Roberts <george.roberts@oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.51 [en] (Win95; U)
X-Accept-Language: en
MIME-Version: 1.0
To: Gayle Fitzpatrick <gayle.fitzpatrick@oracle.com>
CC: mary.anne.gillespie@oracle.com, kenneth.hamel@oracle.com,"Delaney,Mary"
   <MDELANEY@US.ORACLE.COM>,"Paulino,Lee"
   <LPAULINO@US.ORACLE.COM>,"Franjione,Grant"
   <GFRANJIO@US.ORACLE.COM>,
   ron.wohl@oracle.com,marina.zago@oracle.com, safra.catz@oracle.com,
   lellison@oracle.com,"Sanderson,Edward"
   <ESANDERS@US.ORACLE.COM>,"Henley,Jeffrey"
   <JHENLEY@US.ORACLE.COM>,
   jay.nussbaum@oracle.com,kenneth.hamel@oracle.com, john.nugent@oracle.com
Subject: Re: Majors Applications Demo Issues
X-Priority: 2 (High)
References: <39E105C0.A7E153A1@oracle.com>
Content-Type: multipart/mixed;boundary="------------0A0E5FFEDC719A0EC195A2C0"

I have asked the team to get more specific on our ADS system issues. Below is the Majors detail. I know it goes against our message but do we need to stop doing demos at the client site wherever possible and pull them into the offices for better integrity?

==As we stated in our meeting last week these difficulties are now common knowledge by our competition and they position our inability to competently pull these off as "proof" that the e business suite is not a reality.==

Gayle Fitzpatrick wrote:

George,                                                                    ORACLE
                                                                     CONFIDENTIAL

==Here are the details of the numerous applications demo issues that Majors has encountered over the past==

CA-ORCL 010108

NDCA-ORCL 013717


EXHIBIT
Ellison
23
7·13·06

several weeks, as we discussed at the OPS review. This note is rather lengthy, but is covers many key issues we are facing today.

The problems fall into 3 categories: 1) system stability and performance, 2) product integration and stability, and 3) deviation from the ADS scripts. The system stability and performance issues, and our inability to show an integrated demo leaves doubt in our customers mind that Oracle can show or deliver the e-Business solution.

The "typical" demo scenario for Majors is usually multiple days of demos showing many business flows, where we have to stay connected for many hours. The demos are usually the result of a RFI/RFP response yielding custom demo scripts with custom data. The majority of our demos are at the customers site or at a neutral site if the evaluation is run by a third party.

Detailed below are specific examples of the problems we have encountered. I have also attached a spreadsheet that maps some of these demos to the feedback entered into the ADS demo feedback system. It appears that we need to work on how the SC's rate demos where we encounter problems, and work on a problem resolution process for some of the issues that are more system stability and performance related. The ADS support team has done a great job in trying to resolve some of these issues with us, but I am not sure they are equipped to deal with the complexity of the solutions we need to show the customer. The end result is a poor showing in front of the customer, and we need to be able to demonstrate that our e-Business solution and architecture are better performing than our competitors, particularly those who bring in their own servers.

Pier One
The demo at Pier One was on September 14 and featured the Financial and Procurement applications. During the three days prior to the demo, we experienced major network connection issues and this severely hampered prep time. Don Warren worked with the ADS team and after three days determined that the problem was an updated network server in the Dallas office. During the demo, we connected through the clients WWW and once again experienced 5 system hangs during the one day demo. The problems were unpredictable again. Subsequent to the demo, Don Warren worked with ADS to understand the system problems. They asked him to reinstall the Jinitiator and tweak some desktop set-ups to resolve the hanging problems. The effect of these changes is still being evaluated. Based on results, we will roll them across the team. The lack of integration between IP and Purchasing was inconvenient since we could not show the entire flow without using fake data.

Litton
Our primary challenges at Litton Interconnect were around system hangs while on ADS and non-integrated instances. While demoing in any of the products (HR, Mfg/Dist, Fin) hosted on ADS, the system would hang for no explainable reason. Over the three day demo, we had hung the system in this manor at least 12 times. The system hangs had no associated error message and were not consistent. The other distraction was the inability to demo all of the integrated suite from ADS which made the demo choppy from a flow perspective. We were connected via the WWW and the post demo report submitted to ADS.

Clopay
The first Clopay demo was held in the Oracle office in Cincinnati with our internal Web connection. Response time was awful. Mike Metcalf described it as worse than 2400 baud. In addition, drop ship functionality was not working and fake data was required. After the demo, ADS informed Mike that they could have fixed the performance problem. This is still an open issue for the team.

ORACLE
CONFIDENTIAL

CA-ORCL 010109

NDCA-ORCL 013718

[Fwd: Re: Majors Applications Demo Issues]

### Warner Bros.

The Warner Bros. demo was held in their Glendale office, using their network, their IP addresses, our laptops, and accessing Oracle through their firewall and using the WWW demo capabilities of ADS. During the demo there were frequent dropping of connection, requiring closing the applications and reconnecting through ADSWEB. The network connections in their demo room were stress tested for an hour (during business hours) the week before the demo, and for two hours the night before, with no connection losses. During the demo, however, we experienced these connection losses every fifteen to thirty minutes. The HTML files were retrieved rapidly without any errors. The connection errors occurred using the java-based applications. The errors were related to latency, not true network errors such as FRM-99999 that would typically be experienced if the ADS server was down. Dennis Bautista determined it was a latency issue by running several tests from Warner Bros. back to the ADS server. Because the network connection became so unreliable, we eventually used our planned backup of an analog phone connection. This dropping of our connection occurred at least four times, and required a lengthy process to dial in and sign on to the ADS site. During the demonstration we had two laptops connected, so that when one connection dropped we used a switch box to continue the demo on the backup laptop. The prospect, however, was able to observe the frequent connection losses and questioned the stability of our system. During the iProcurement and Exchange demonstration, we successfully linked out to Exchange from iProcurement. When a product search was made in Exchange, however, the screen became blank. We tried again after clearing all cache in the browser and the flow then worked as expected.

### McGraw-Hill

The McGraw-Hill demo was at their location in Columbus, Ohio. Most recently, on October 5th, McGraw-Hill had two of three ports open through the firewall and would not open the third. Dial-up went through an analog-digital-analog conversion yielding a 32Kbps max modem connect speed direct to the ADS modem bank. The Self Service Expense form took over three minutes to paint. Jim McHugh was unable to show live product and had to resort to screen shots and powerpoints. As this was the IT crowd, the powerpoints replaced showing our new OM Flex-Field capability live and online, workflow in action, and the balance of configuration abilities within the applicaitons.

### J&J

Presented IP and Purchasing at the J&J HQ location Central NJ. J&J would not open ports nor provide us with network access. Dial-up access was at 40kbps, and the system performance was slow.

Presented Financials to J&J at the Oracle Iselin office. With an audience in attendance of over 20, one hour into the demo we experienced extreme performance degradation (latency was well above 250ms). Jim McHugh immediately called the ADS hotline. ADS said the issue was not with the data center and referred him to the Corporate Help Desk. Upon calling the Corporate Help Desk Jim was immediately placed on hold for several minutes before the call was handled. Both ADS and the Corporate Help Desk said there was nothing they could do. Meanwhile, the prospect (J&J) was asking if the demo performance was illustrative of expected post implementation performance. After several additional minutes, the Corporate Help Desk issued a P1. Issues were resolved after one hour of SC dancing/powerpoints waiting for the situation to improve.

### Schreiber Foods

The Schreiber Foods demo was on Sept. 6 and the team lost the connection 5 times. This caused Schreiber Foords to ask about performance with Oracle. The morning seemed to go smoothly, but the afternoon, as is typical with demos in the central time zone, is when the team lost the connections the most. When the system wasn't disconnecting them, the performance was extremely slow.

[Fwd: Re: Majors Applications Demo Issues]

General comments on performance:
Dial up issues - the problem there is that with dial up you are at the mercy of your connection speed. Some have been averaging 33k hook up even though they have a 56k modem. This, though, has nothing to do with the demo environment and more to do with the phone lines and system being used to dial out.

Marina Zago, John Asheim and Mary Delaney brainstormed on ways to make large, "Majors" style, 3-5 day remote demos successful using the services ADS can provide today. The current solution is to install a dedicated 128 kb ISDN line at the demo site that will connect directly into the ADS server. We then need to borrow an ISDN router (the actual physical device) pre-configured from ADS, have it shipped to the demo site and work with ADS and one of our "networking guru" type SCs to get the device installed. It maybe a single point of failure being that ADS owns only one of these devices. This will give us a fast digital phone connection(128kb) from the demo site to the ADS server bypassing firewalls, bypassing the WWW, etc. Cost to setup will be approx. $1000 plus long distance phone charges for as long the actual demo to the customer. If this is what we have to do to guarantee system performance, we need to reevaluate how we are delivering demos to our customer.

Summary
Our demo deployment/methodology strategy is the right one. However, the lead time between the release of our products to the market, and our ability to show these to our customers is hurting the business. The uncontrollable elements between the data center and demo site need to be addressed. These elements; equipment (demo laptops), connection method, port restrictions, poor modem speeds and Oracle's own internal network and office performance need to be performing, controllable and quantifiable elements to ensure a favorable customer perception of our architecture and applications performance. The need for an integrated demo is high. I know that it is coming soon, but we have had to stall on scheduling demos to customers so that we can show them their business requirements in the demo. Our competitors know that we are struggling with this, and do an outstanding job of setting up our customers to see a "live integrated demo" from Oracle. Once the integrated demo environment is available we have to be able to customize the demos to meet our customers requirements. This is key to our success in Majors.

We can't keep going back to the customer to ask for a "do-over" when it comes to demos. This has been the norm rather than the exception of late.

Thanks,

/Gayle

4

ORACLE
CONFIDENTIAL

CA-ORCL 010111

NDCA-ORCL 013720

# EXHIBIT 261

From: Gayle Fitzpatrick
Sent: Tue, 20 Mar 2001 18:41:04 GMT
To: George Roberts
CC:
BCC:
Subject: Re: [Fwd: [Fwd: Majors Demo Update]]

will do...

George Roberts wrote:

> I want this monthly please.
>
> Gayle Fitzpatrick wrote:
>
>> George,
>>
>> Here are the average demo ratings for Feb. for all demos. This data is taken directly from the ADS demo feedback system:
>>
>> Period: 2/1/01 to 2/28/01
>>
>> Demo Environment  Avg.  #demos
>> 11i               6.8   164
>> 11.0              7.6   11
>> Internet Procurement 8.2 14
>> Miscellaneous Demos 7.5  184
>> Overall           7.2   373
>>
>> Thanks,
>>
>> /Gayle
>>
>> George Roberts wrote:
>>
>>> Jeff's perspective... and I agree. The facts help me... anecdotes do
>>> not.
>>>
>>> By the way Gayle, you mentioned that you can get me the average rating
>>> on demos... if this is the case what was the average rating from the
>>> field for Feb.?
>>>
>>> --------------------------------------------------
>>>
>>> Subject: Re: [Fwd: Majors Demo Update]
>>> Date: Mon, 19 Mar 2001 09:05:11 -0800
>>> From: Jeff Henley <Jeff.Henley@oracle.com>
>>> Organization: Oracle Corporation
>>> To: George Roberts <George.Roberts@oracle.com>
>>> References: <3AB632DC.17628AB9@oracle.com>
>>>
>>> This is excellent. You should continue to publish these every week until they get fixed. When you see all the names of prospects it's really sickening--hopefully Larry will get sick as well and put more pressure on getting this fixed.

EXHIBIT 62
Rachel A. Ferrer
CSR No. 6948
Date: 9/21/06
Witness:
Ellison

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER        NDCA-ORCL 618418

```
>>>
>>> George Roberts wrote:
>>>
>>>> Here is the latest on ADS from Majors. While 11.5.3 looks more complete
>>>> to the field performance does not appear to have improved. This quarter
>>>> we have to perform flawlessly to maximize our revenues and margins. If
>>>> this does not improve it will continue to impact our conversion rate.
>>>>
>>>> Sandy and Jay,
>>>>
>>>> Is the experience for your teams similar?
>>>>
>>>> ----------------------------------------------------------
>>>>
>>>> Subject: Majors Demo Update
>>>> Date: Sun, 18 Mar 2001 17:16:27 -0500
>>>> From: Gayle Fitzpatrick <gayle.fitzpatrick@oracle.com>
>>>> Organization: Oracle Corporation
>>>> To: "Roberts,George" <GEORGE.ROBERTS@oracle.com>
>>>> CC: "Gillespie,Mary Anne" <MARY.ANNE.GILLESPIE@oracle.com>,"Cochran,Michael"
<MICHAEL.COCHRAN@oracle.com>,"Crawford,Darryl"
<DARRYL.CRAWFORD@oracle.com>,"Brady,Ted" <TED.BRADY@oracle.com>, xjohnson
<xjohnson@us.oracle.com>
>>>>
>>>> George,
>>>>
>>>> As a follow-up to our demo discussions at the OPS review this week here is some current feedback from
the Majors SC team. Most of the demos that are mentioned here were done with the 11.5.1 instances as we are
in the midst of the rollout to the new 11.5.3 instances. Performance is the still the #1 issue with the demos. I
know that ADS, and Ron are working on performance, but it continues to plague us. I have broken down the
feedback into three areas: Do-Over demos, Demos Impacted by Performance, and Feedback on 11.5.3. The
feedback on 11.5.3 is very limited since the new instances are just being used by the teams. I will make sure that
we provide feedback to you on a regular basis as we utilize the new instances. I am reinforcing to the SC
community the need to follow the recommendations from ADS that will help performance with the new
instances.
>>>>
>>>> 1. Do-overs:
>>>>
>>>> Iron Mountain: We did a CVC with them last week (3/8). The performance of the system, especially
Sales Online, was pathetic. We lost our winframe
>>>> connections twice, and the disconnected sales product didn't work (the synchronize routine failed). The
customer has become extremely skeptical of our
>>>> performance, and is asking us to demo again to allow us to prove otherwise. And, they want this demo at
their site in Seattle within the next 2-3 weeks.
>>>> Continental: - We did a high level demo in December in the Houston office and had some performance
issues. Also, this demo was on 11.5.1 which had several issues in Service that patches could not be applied to
correct until 11.5.3 so we did have to dance around some functionality. This may have been 1 of many reasons
we had to do additional demos in February.
>>>> SAS: (CRM opportunity)- performance for telesales demo not acceptable had to reschedule meeting and
use sales online.
>>>> Graybar: - The initial overview demo was so slow that the Graybar team talked about the system
performance for most of the the day. We subsequently had to do
>>>> the detail demo at the CVC to resolve the performance problem.
>>>>
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 618419

>>>> 2. Demos Impacted due to Performance
>>>>
>>>> Wall Street Journal: Sales and Marketing, plus Interaction Center demo on 1/26. Demo done in the office performed very poorly and the customer noticed and
>>>> was "turned off" as a result.
>>>> Houghton Mifflin: Complete ERP demo on 2/20 in the Waltham office. Performance of software was abysmal during prep days, affecting the amount of prep
>>>> we were able to do. Performance improved somewhat during actual demo, although Order Management was still painfully slow. Our "dancing ability" kept the
>>>> customer from noticing it, for the most part.
>>>> Mita: Order Management/Service demo on 1/26 in our Secaucus office performed pitifully slow. Lucky for us, the customer put the blame on our own laptops....
>>>> they laughed when they heard we were running 266mhz PCs.
>>>> Good Guys: Oracle network was down for the last half hour of demo so we could not complete.
>>>> Ross Stores: The citrix server went down so we could not show ADI, publishing reports to the web. During the Ross demo the ISD server went down during the
>>>> demo so we had to relog in. (Does not look pretty.)
>>>> Xilinx: the iSD server was down so we could not show the portal that we created just for Xilinx.
>>>> Echostar: The Telesales on March 13th was very slow, while iStore was snappy.
>>>> Franklin Covey: iStore demo in December was terribly slow and we were bounced out of the session twice.
>>>> Milliken: (IP opportunity) - performance very slow (East Coast)
>>>> Ferguson: (ERP opportunity) - performance slow in the morning, but picked up late in the day (West Coast)
>>>> Unifi:(CRM opportunity) - performance for telesales demo not acceptable. Demo was rescheduled.
>>>> Springs:(ERP opportunity) - performance very slow (East Coast)
>>>> Pomeroy:(CRM opportunity) - performance very slow (East Coast)
>>>> Standard Register:(CRM/ERP) - performance very slow (East Coast). Lost deal.
>>>> Motel 6: iProcurment/Purchasing demo was so slow that the client was uncomfortable rolling out the solution to all of their properties. No decision at this point.
>>>> Black & Veatch: - Very slow through opened ports in the clients network and the team had to switch to dial up.
>>>> Litton: Slow performance and system hangs caused distractions to the flow of the demos. Client commented several times on whether the performance was
>>>> indicative of the performance they would experience.
>>>> Agribrands: Performance was so slow during the demo that we had to provide an AT workshop on the fly to keep the tech folks happy. More importantly, the
>>>> client insisted on a performance pilot to ensure they would not have similar problems in their implementation.
>>>> Maritz: Projects demo to existing customer with very slow performance and system hangs. Contributed to the clients perception that 11i is not a stable product
>>>> or very well tested.
>>>> United: - During a financials demo at the customer site, it took 11 minutes for an ADI report to publish which is way too long. This did not cause a "do-over" but was not pretty.
>>>>
>>>> 3. Feedback on 11.5.3
>>>>
>>>> Iron Mountain (noted above). The available product set is more complete which is a good thing. The port tunnelling which ADS introduced is a plus. The SCs perceive the release as more stable (from a bugginess perspective) but they see absolutely no improvement in performance. Note: the testing exercise (in which many of our SCs were engaged) turned out to be quite demoralizing to the SCs. The performance problems during testing were so severe that most SCs were unable to even complete their tests.
>>>>
>>>> Jack in the Box: The two day demo was on 11.5.3, and it performed well. During the preparation the

team discovered about fifteen problems that were
>>>> logged, and ADS fixed every one prior to the demo. There were three issues during the demo: 1) We could not demo our Jack in the Box portal going through the
>>>> Jack in the Box network; 2) The prospect required us to use Jack in the Box laptops using Internet Explorer (not Netscape). The ADS environment is tested on
>>>> Netscape, so there were some problems with things like ADI and Discoverer (we worked around these issues and it went fine); and 3) Somebody had changed a
>>>> system setting and Dave O'Connor had a problem with a Receivables transaction until Terry Endersen discovered the problem (similar to the date format change
>>>> issue we had at Warner Brothers II).
>>>>
>>>> Echostar: The days leading up to the demo for iStore were very painful. HE100E was just upgraded to 11.5.3 and there were many TARs opened, which cost my
>>>> team valuable prep time. Once the demo began, everything worked very well.
>>>>
>>>> The SC teams are anticipating demo improvement with 11.5.3, not only in the performance area but functionality. I will keep you updated regularly as we work through these issues.
>>>>
>>>> Thanks,
>>>>
>>>> /Gayle
>>>>
>>>>
>>>

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER    NDCA-ORCL 618421

**EXHIBIT 262**

**From:** Ken Hamel
**Sent:** Fri, 06 Oct 2000 20:21:32 GMT
**To:** George Roberts
**CC:** John Nugent; Joe Dibartolomeo; Nic Classick; John Boucher; Ted Bereswill; David Handy; Bob Crochetiere; Lisa Cometa; Steven Vakulskas; kblock@us.oracle.com; Gayle Fitzpatrick; Ron Bunting; Mary Anne Gillespie
**BCC:**
**Subject:** Demo Issues with Applications

George, this note is a follow-up to our discussion at the Ops Review about the issues around our applications demonstration environment. Highlighted are the issues we've encountered in the last two quarters. I apologize for the length of this note.

First some assumptions:

1. There is a surge in the amount of ERP deals in which GB is engaging which translates into more demo dependency
2. In all the above deals, the prospect has an emphasis on various customer facing solutions (ie CRM)

Simply put, all of our demo issues have to do with our key marketed strength, INTEGRATION. We still have a great deal of difficulty showing Oracle's integrated suite of applications; from CRM through to ERP. Additionally, any Order Management demos also involving ERP are difficult.

There are three consistent issues:

1. System performance is very slow, given the demand on a limited amount of 11i instances
2. We cannot show what the customer wants to see when it comes to the combination of CRM and ERP
3. There are scripted flows for most of our products, but in many cases customers will want to see other functionality which isn't supported in these scripts.

Here's the exposure.

Not only have we lost deals in which we were the new player, many deals have been lost with installed base customers.

$200m Manufacturer

When the AVP met the CEO, his words were "I want to buy Oracle, PLEASE just show me some live software". This issue had to do with our sales-oriented suite. We still cannot show products like Sales, Telesales and until recently, Service. We're losing this deal.

$300m Incubator (CMGI)

They are an Oracle customer. There were two demo challenges faced here. One was for CRM (sales-oriented) They finally gave up on Oracle when we couldn't show live software. Seibel is winning. The


EXHIBIT
Fitzpatrick
14
2·24·06

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**          NDCA-ORCL 617112

second was an Order Management demo which required showing contracts through to accounts receivable. Business-wise, this should be an easy issue (and is a very sought after flow) but it took SCs well over a week just to get it to work. We're essentially doing integration work in the field.

$250 Manufacturer

This company recognizes Oracle as a market leader when the sales team first engaged. And when the demo came about, the system crashed disenabling the SCs to show Order Management and CRM. THe customer was stunned at our inability to show even basic functions they needed. The SCs are back in but Oracle is significantly behind the competition. We are still struggling with showing service and contracts functionality.

These are three typical examples of demo challenges. There are easily 100 more. The issue continues to be showing integration between CRM, OE and Backoffice. ADS has promised to release more comprehensive flows (which is now a month overdue from the original commit date). However, even with that release, none of the "sales" products are included and much of CRM needs to be demoed within ADS-defined confined scripts.

What is different this time?

Oracle customarily publishes releases prior to demo availability. In the past, this has worked because Oracle was typically ahead of customer demand. Today, Oracle enjoys industry-wide market acceptance in applications so when something is released (e.g. 11i on May 19th), the expectation of our sales force and prospects is that we can demo live product. This six month lag from product release to a promised marginally improved demo environment is shattering our company reputation and the morale of our SCs. SCs are a having to spend four to five times as much time preparing for demos which greatly impacts our overall productivity. And when they do end up demoing, they never know what will work and what will crash during the event. We simply have not staffed the organization to handle this type of problem. To make matters worse, our competition is now aware of our weakness and in every sales situation convinces the customer to take us in functional demo areas we simply cannot go.

Recommendation

The product is the demo. Therefore, we need to prioritize the creation of demoware as part of our product development process. We must also deliver comprehensive demonstration capability at or near the time of major product releases. The current organizational structure does not support the demo needs sufficiently. While they work tirelessly to provide what they have to the field, they do not have the tools or people to deliver what the field needs given our widely expanded product offering. In addition they are tasked with doing integration testing of ERP and CRM, a responsibility that requires extensive time and staffing. Something is broken on the PRP side when fundamental product and integration testing appears incomplete prior to handing code to ADS. Finally, one area I've encouraged ADS to use is Oracle Services,

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                NDCA-ORCL 617113

to augment their efforts (seeing Services is chartered to make these products work for our customers). For some reason they have consistently refused this option.

My suggestion is to create a demo organization that reports at a higher level with more senior management and visibility. This organization would then be in a position to leverage development, field sales, marketing and services to pull together a highly impactful demo environment.

Oracle has the best application products and technology in the industry. We all believe this to be true. We simply need the tools to showcase this strength in our selling activities.

Regards,

Ken

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER          NDCA-ORCL 617114