# EXHIBIT 263

[Fwd: [Fwd: Majors Application Demo Update]]

```
         Message-ID: <3A6F84FD.CED50AFB@oracle.com>
               Date: Wed, 24 Jan 2001 17:44:29 -0800
               From: Ron Wohl <ron.wohl@oracle.com>
       Organization: Oracle Corporation
           X-Mailer: Mozilla 4.73 [en] (WinNT; I)
  X-Accept-Language: en
       MIME-Version: 1.0
                 To: "Zago,Marina" <MARINA.ZAGO@ORACLE.COM>
            Subject: [Fwd: [Fwd: Majors Application Demo Update]]
       Content-Type: multipart/mixed;boundary="------------93066A541A927AB263DCE503"
    X-Mozilla-Status: 8001
   X-Mozilla-Status2: 00000000
```

```
-------- Original Message --------
Subject: [Fwd: Majors Application Demo Update]
Date: Thu, 18 Jan 2001 23:36:58 -0600
From: George Roberts <George.Roberts@oracle.com>
Organization: Oracle Corporation
To: "WOHL, RON" <RON.WOHL@oracle.com>, "BARRENECHEA, M."
<MARK.BARRENECHEA@oracle.com>, "Fitzpatrick, Gayle"
<GAYLE.FITZPATRICK@oracle.com>, "SANDERSON, EDWARD"
<SANDY.SANDERSON@oracle.com>
```

Just wanted to update you on the demo systems and lingering issues.

Sandy are your teams seeing the same?

```
        Return-Path: <gayle.fitzpatrick@oracle.com>
           Received: from oracle.com (dhcp-parsippany-west-150-45.us.oracle.com
                     [138.2.150.45])by gmgw01.oraclecorp.com (8.8.8□.8.8) with ESMTP id
                     HAA16968;Mon, 15 Jan 2001 07:24:34 -0800 (PST)
         Message-ID: <3A631732.BA53DE30@oracle.com>
               Date: Mon, 15 Jan 2001 10:28:51 -0500
               From: Gayle Fitzpatrick <gayle.fitzpatrick@oracle.com>
       Organization: Oracle Corporation
           X-Mailer: Mozilla 4.74 [en] (Win95; U)
  X-Accept-Language: en
       MIME-Version: 1.0
                 To: "Roberts,George" <GEORGE.ROBERTS@oracle.com>
                 CC: "Gillespie,Mary Anne" <MARY.ANNE.GILLESPIE@oracle.com>
            Subject: Majors Application Demo Update
       Content-Type: multipart/mixed;boundary="------------D475F9C6DFA7E321AB22FC7E"
```

George,

As a follow-up to my applications demo note in October, here is an update on the current demonstration issues that we are experiencing in Majors. There has been good progress on some of the issues that we were experiencing earlier - disconnects during demos seems to have diminished greatly, and the availability of the e-Business suite (with the Sales modules coming with the next release of the demo environment in March). We are still faced with some challenges in the following areas: 1) system

1 of 3

9/19/2002 6:46 PM

ORACLE CONFIDENTIAL



NDCA-ORCL 063415

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

[Fwd: [Fwd: Majors Application Demo Update]]

performance, and 2) product integration and stability. The system stability and performance issues still result in a poor showing in front of the customer, and we need to be able to demonstrate that our e-Business solution and architecture are better performing than our competitors, particularly those who bring in their own servers.

The "typical" demo scenario for Majors still remains multiple days of demos showing many business flows, where we have to stay connected for many hours. One of the strategies that we are using for these multiple days demos is to install an ISDN line at the location of the demo. This is a more costly approach, but it gives us a more reliable means of staying connected, and having improved response time.

System Performance Issues Examples:

*Kinkos*
Scope: Full e-Business Suite
Location: Hotel in Camarillo, CA
Connection: ISDN line
Required days of onsite work to verify proper installation - postponed demo 1 month due to ISDN installation problems at hotel by the phone company. Once operating it was extremely successful. Connection dropped only 3 times over 5 days.

*National Starch*
Scope: CRM
Location: Prospects Facility (Bridgewater, NJ)
Connection: Dial-up
Customer would not open ports, provided switched line with a top connection rate of 29Kbps. ALL of our demonstration was slow and painful. The order capture form took over two minutes to load! We also had a dropped phone line causing us to re-dial. The process of re-dialing, opening Netscape, going to ADSWEB, opening the DashBoard and logging back into the applications took over six minutes! The customer lost interest, and questioned performance of our applications.

*Subaru*
Scope: Full e-Business Suite
Location: Prospects Facility (Cherry Hill, NJ)
Connection: WWW
Customer outsources LAN administration, coordinating access to Oracle through ports took an excessive effort. At one point, we had a connection failure. Our SC on-site personally spent 20 minutes "on-hold" waiting for the corporate help desk to pick-up in trying to resolve the issue. It took over four hours to ultimately resolve the problem (turned out to be a Subaru network issue), but due to their outsource of network admin. and our slow response in getting help desk support, the issue took an excessive amount of time to troubleshoot. Additionally, Planners Workbench had exceptionally poor performance. We lost attendees and continuity during our technical difficulties.

*Pathmark*
Scope: FIN
Location: Prospects Facility (Carteret, NJ)
Connection: Dial-up 26Kbps
Slow connection speed limited SC ability to navigate freely throughout the applications. SC's actually prepared their scripts with dial-up speed in mind. We were reluctant to stray off the demonstration path, and customer questioned performance.

NDCA-ORCL 063416

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

[.`wd. [Fwd: Majors Application Demo Update]]

Product integration and stability Issues Examples:
1. Sales Comp - we have had trouble in getting a plan to run on a consistent basis. This has adversely impacted demo's in the last two months - examples are Bridge & CSC.

2. Certain applications have performance issues during demonstration cycles (i.e. Planner's Workbench, Self Service
Expenses, Web Discoverer (initial load). In some cases load times can be minutes. Connection method only compounds the
issue.

3. BIS, depending on the type, is either inconsistent or not available to demonstrate. Order Management's BIS and the
supporting views, available in 11.0.1 are no longer supported in ADS. There are currently no replacement views. Financial
Intelligence (Discoverer) reports do not generate any output. Many cycles rely on providing output rendered in a form familiar
to the prospect.

4. Service - instability of the service module has impacted several demos (example - Continental). The fixes will be available in the next release (11iR3).

5. Deviation from the ADS scripts - this is still a huge challenge for us in Majors as a highly scripted demo is the typical requirement by our prospects. Deviating from the ADS scripts is painful and very time consuming.

Summary
I have pushed my team to give realistic feedback, and we are doing a better job of providing specific feedback to ADS via the feedback system. The ADS team and CRM development team have been very helpful in trying to resolve some of the issues we have encountered. It has been a slow process in some areas which has impacted our demos with our customers. We are hopeful with the next release of the demo environment in March that even more of our challenges will be addressed, specifically with the Sales modules being integrated into the overall demo environment.

Thanks,

/Gayle

Gayle Fitzpatrick <gayle.fitzpatrick@oracle.com>

ORACLE CONFIDENTIAL

3 of 3

9/19/2002 6:46 PM

NDCA-ORCL 063417

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

**EXHIBIT 264**

## oracle jeff henley

**From:** Jeff Henley [Jeff.Henley@oracle.com]
**Sent:** Thursday, April 19, 2001 8:34 AM
**To:** scatz
**Subject:** [Fwd: ADS Demo Feedback for week ending April 13]

Re: ADS Demo Feedback for week..

Jeff.Henley.vcf

with 11i.    Absolutely incredible. We're blowing the opportunity of a life time

ORACLE
CONFIDENTIAL

1



NDCA-ORCL 061369

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

**oracle jeff henley**

**From:** George Roberts [George.Roberts@oracle.com]
**Sent:** Thursday, April 19, 2001 8:25 AM
**To:** Ken Hamel
**Cc:** Nugent,John; larry.ellison@oracle.com; safra.catz@oracle.com; ron.wohl@oracle.com; mark.barrenechea@oracle.com; jeff.henley@oracle.com; sandy.sanderson@oracle.com; jay.nussbaum@oracle.com; mary.anne.gillespie@oracle.com; gayle.fitzpatrick@oracle.com
**Subject:** Re: ADS Demo Feedback for week ending April 13

Larry,

The scores for the GB Demos for last week. They are not heading in the right direction yet. Performance and product issues continue to hinder us every day.


Ken Hamel wrote:

George, for the week ending 4/13, here are General Business ADS scores:

Number of Demos:   38

Average Overall Score:   5.8

Average Performance Score:   6.2

The scoring on the overall and performance front are going in the wrong direction. Judging by the comments (see below), it feels like we are also running into selected product issues, as well.

Below is an excerpt of comments in the feedback forms:

*Absolutely awful performance. Called ADS for assistance. Decision was made to bounce the server over lunch break. That helped a little and performance improved a bit for the afternoon session.*

*Too slow. We waited 10 seconds to pull up a Task from the UWQ in TeleService. Their opinion is that this is unacceptable.*

*Concurrent managers had been stopped at some point the day before the demo. Could not get defaulting to work. Order management lines disappeared when entering orders (the prior line disappeared). Configurator didn't always come up.*

*Connected via T1 at customer site. Response time was generally good with a few exceptions: APS took longer than expected to open the manufacturing workbench. Order management performance is still an issue when opening forms, moving from field to field.*

*Very good stable connection*

ORACLE
CONFIDENTIAL

NDCA-ORCL 061370

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*System was slow due to WEBEX at the beginning of the day, but after WEBEX was disconnected the Enterprise Apps - Projects ran fine.*

*Performed well for dialup. A couple of screens took some time to load may not have been cached*

*Very poor performance: Grand Rapids office network may have contributed to performance*

*Demand Planning not usable*

*Customers network was outstanding. responsiveness degraded in the afternoon as traffic in ads increased.*

*Response times were uniformly in the 15-20 second range. the customer commented on the slowness*

*Customer Support/TeleService was extremely slow. Specifically, drilling into open orders, open service requests, etc... took a long time -- I didn't time it but it was MINUTES -- probably in the 5 minute range. I know it wasn't the connection*

*Lost connection and was slow*

*Logged in as SVP/welcome and ran through the script a few times. It was slow, but I expected that. Then, when I got up to present, the customer intelligence report failed -- I stopped the transfer and called it again and it was fine.*

*Had some problems when working with Discoverer. System locked up and I had to reboot.*

*This demo was done from the Bay Colony Waltham office. I noticed decrease in performance using ADI when compared to the demo I did on Tuesday using the WWW access at a prospects office.*

*System performance was extremely slow today. The CFO made a comment 5 times about how slow it was. This is an existing customer that is evaluating whether or not to throw Oracle out and go with Navision.*

*The marketing oline screens took several seconds to paint.*

*System performance was erratic, sometimes acceptable, other times very slow*

*Response was slow for WIP and Autocreate POs from SS requisitions*

*System performance was mediocre, the self service applications took a while to load (last night I was prepping for the demo from my hotel room and it took over five minutes to load the iprocurement home page).*

*The demo instance response time was so poor functionality was not working correctly that within 2 business hours of the demo the account team made a decision to move to another demo instance. We had to re-do our prep work overnight.*

ORACLE<br>CONFIDENTIAL

NDCA-ORCL 061371

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*We were in our Miami office using our corporate network (no excuses) and the response time was less than acceptable. The prospect inquired about the slowness of the system and the fact that we were disconnected multiple times*

*We struggled so much with the performance issue. We took the time to punch through their network and use WWW because we thought it would help, but the networks must have been really clogged because performance was awful.*

*The demo was too slow for the customer.*

*There seem to be more bugs in 11.5.3 than there were in 11.5.1. Defaulting rules, and lines disappearing in Order Management. We spent an immense amount of time just trying to FORCE the system to do things that should be routine.*

*Demo went very well except for two incidents where we had to shut down apps & browser and restart.*

*The demo experience for Discoverer and Projects went well.*

*Very successful demo. Definitely helped the sales process. Performance via dial-up was very good, especially having to bounce between multiple instances and 2 pc's.*

*Still having the following problems: First character typed into a field is highlighted then the second character entered replaces first character. Very cumbersome when this happens. Second: Mouse inoperable. Couldn't navigate through the forms*

*Responsiveness still needs work, functionality much better, bugs still exist that are important functionality, still some holes in data*

*The response time overall was brutally slow. I think a lot has to do with the fact that all the data pertains to the same customer, Business World. Fortunately, I don't think speed hindered our ability to sell the products.*

*Very slow and lost connection many times -- system perf hurt demo once cached, bis seemed to work great. but, it was so sporatic -- especially when it didn't run while i was presenting.*

*Program worked as expected*

*The systems are getting better and the performance appears better.*

*The customer has a great networked and the response time was excellent. However, there were multiple points during the day that things just seemed to freeze and required us to reboot and establish a network connection.*

*The demo instance response time was so poor functionality was not working correctly that within 2 business hours of the demo the account team made a decisiont to move to another demo instance. We had to re-do our prep work overnight.*

*Performance was still sub par for Marketing Online. My prospect asked if their*

*performance would be better. Before the demo, I cleared my cache and jcache and ran through my entire demo once. It did not seem to help the performance.*

*Tarantella did not function. A big part of the financial demo was AHE, Budgeting and Financial Reporting using ADI. Discoverer (using Tarantella) was another important part of the demo. Tarantella worked in the office that morning and when it was enable*

*Performance was the main contributor to the low rating*

*Followed all instructions to connect to ODP, including comments from ticket# 63243. Could not connect. Had to change proxy setting to 'Direct connection to the internet' in order to connect.*

*Due to prior connectivity problems at this client site, I built powerpoint from screen shots at office. Ended up showing just powerpoint screenshots of iStore/iSupport - this format was acceptable to client.*

*The only portion that was slow to respond was iExpenses when showing a demo of creating an expense report.*

ORACLE
CONFIDENTIAL

NDCA-ORCL 061373

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 265

### North America Finance Management Team  Meeting Minutes and Action Items
*October 4 & 5, 2000*

#### Global Reporting
- All lines of businesses except for License LOB have identified Global teams to lead the reporting requirements.. **Action: J.Minton** to assemble Global License team as quickly as possible.
- Revisit the skill set requirement for DPOs. **Action: L.Garnick / R. Ronsse**
- Add Kent Kelly to DPO list to represent USA. **Action: I.Guner/R.Ronsse**
- Initial EDW implementation is scheduled for US only.  WW implementation schedule is not slotted for this fiscal year. Must be discussed during IT Steering Committee meeting. **Action: L.Garnick**
- EDW and US Datamart GAP study must be completed and reviewed by North America Fin Mgmt Team. **Action: R.Ronsse / K.Kelley**

#### Career Development
- Training - Quite a few system upgrades are coming down the pike at the same time with no training scheduled or content is prepared.
    1. OSO - Patty McManus to lead the GPO role for OSO. Establish documentation for requirements, definitions, processes, receive LJE approval and prepare training. Get input from J.English on education department's input for training. **Action: J.Minton / J.English** to get Patty on board to start the process.
    2. Internal systems - All levels of finance staff need the training on using our own internal systems (ie OFA, Discoverer, OSA etc). **Action: I.Guner** to prepare and execute.
    3. Rev Rec Certification - Have all finance staff to take the appropriate class via web. **Action: I.Guner** to forward the URL to FDs.
    4. Management Training - There is a need for skill assessment and sequential list for training classes for career levels. **Action: J.Minton to invite S.Charley** to the next meeting for presentation and guidance.
- Annual North America Finance Conference - Establish the first one around January time frame. Incorporate Discoverer training if possible. **Action: I.Guner** to plan and execute.
- Oracle story - Each finance team member should have the knowledge of Henley's $1B savings video demo and presentation. **Action: I.Guner** to send the URL to the FDs for distribution.

#### OPS Review Specifics
- Purchase Requisition process for Subcontractors need to be reviewed. **Action: T.Ford / J.English**
- Feasibility study of EJS Consulting Comp Group to transfer to C.Facey's comp group. **Action: J.English / C.Facey.**
- ISD Operations Group's charter requires further analysis and documentation. Assessment needed for number of staff requirement, the appropriate group where the function should reside, location etc. **Action: D.Winton**
- ISD location in Redwood Shores is an expensive model. **Action: J.Minton** to talk to G.Roberts / H.Koplow for Rocklin location.

#### License Management Reporting
- License specific proposal for KPIs, defintions, report design, system assessment and documentation will be prepared before the IFC. The proposals will be then discussed, and decided on for implementation during IFC. Assignments:
    1. Sales Capacity & Overassign - **C.Facey**
    2. Win / Loss - **D.Winton**
    3. Discount analysis - **N.Hooton / L.Garnick**
    4. Average Revenue and order per Rep - **J.English**

*There will be weekly conference calls on Wednesdays at 10:00 PST, starting with October 11th.*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        NDCA-ORCL 152353