# EXHIBIT 280 part 3

ORACLE

$ in Thousands at Budget Rates

ORCL 0003367
CONFIDENTIAL

ORACLE'

$ in Thousands at Budget Rates

| Revenue Stream | Q3 FY01 Actual | Q3 FY01 Forecast Update | Q3 FY01 Forecast Potential | Q3 Forecast vs PY % Growth | To Potential Growth % | Q3 FY01 Budget | YTD Actual | Forecast | YTD FY01 Update | Potential | YTD Potential Growth % | YTD Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **License** | | | | | | | | | | | | |
| Database - Core | | | | | | | | | | | | |
| Europe - Concept | | | | | | | | | | | | |
| App - Serv | | | | | | | | | | | | |
| Appln - migration | | | | | | | | | | | | |
| **Support** | | | | | | | | | | | | |
| Americas - Sales | | | | | | | | | | | | |
| Europe - Concept | | | | | | | | | | | | |
| AP - Serv | | | | | | | | | | | | |
| Japn - Marine | | | | | | | | | | | | |

Premium Support 01/02/FC1

ORCL 0003368
CONFIDENTIAL

ORACLE®

$ In Thousands at Budget Rates

| Location (Ins) | Q3 FY01 Actual | Q8 FY11 Forecast Update | Forecast | Potential | Q3 Forecast vs. PY% | Q3 Potential vs. PY% | Q3 FY00 Actual | Q3/Y00 Budget | YTD Actual | YTD Forecast | YTD FY11 Update | Potential | YTD Potential Growth % | YTD Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | | | | |
| Americas - Direct | | | | | | | | | | | | | | |
| Europe - General | | | | | | | | | | | | | | |
| APAC - Other | | | | | | | | | | | | | | |
| Japan - Sales | | | | | | | | | | | | | | |
| Vertical Education | | | | | | | | | | | | | | |
| Internal Financing | | | | | | | | | | | | | | |
| Corporate Adjustments | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | | |
| Americas - Direct | | | | | | | | | | | | | | |
| Europe - General | | | | | | | | | | | | | | |
| APAC - Other | | | | | | | | | | | | | | |
| Japan - Sales | | | | | | | | | | | | | | |
| Vertical Education | | | | | | | | | | | | | | |
| Internal Financing | | | | | | | | | | | | | | |
| Corporate Adjustments | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | |
| **Margin** | | | | | | | | | | | | | | |
| Americas - Direct | | | | | | | | | | | | | | |
| Europe - General | | | | | | | | | | | | | | |
| APAC - Other | | | | | | | | | | | | | | |
| Japan - Sales | | | | | | | | | | | | | | |
| Vertical Education | | | | | | | | | | | | | | |
| Internal Financing | | | | | | | | | | | | | | |
| Corporate Adjustments | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | |
| **Margin %** | | | | | | | | | | | | | | |
| Americas - Direct | | | | | | | | | | | | | | |
| Europe - General | | | | | | | | | | | | | | |
| APAC - Other | | | | | | | | | | | | | | |
| Japan - Sales | | | | | | | | | | | | | | |
| Vertical Education | | | | | | | | | | | | | | |
| Internal Financing | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | |

ORCL 00U3169
CONFIDENTIAL



**NEW CASTLE COUNTY**
**REGISTER IN CHANCERY**

Fax: (302) 255-2213

TO: _____ DATE_____

COMPANY NAME: _____

ADDRESS: _____

FAX # _____

OFFICE # _____

TOTAL PAGES_____
   ( INCLUDES THIS PAGE)

part 3 of 3



OFFICE OF THE REGISTER IN CHANCERY
COURT OF CHANCERY
OF THE
STATE OF DELAWARE

NEW CASTLE COUNTY
COURTHOUSE
500 N. KING STREET
SUITE 1551
WILMINGTON, DE 19801

*Jill Klieneman*

# FAX FORM

302-255-0544
FAX 302-255-2213

TO: *John Mayer*            DATE: *6/8/07*

COMPANY NAME: *Lerach, Coughlin Stoia Geller Rudman & Robbins LLP*

ADDRESS: *100 Pine St 26th Fl San Francisco, CA 94111*

FAX #: *(619) 231 – 7423*

OFFICE #: *1 – 415 – 288 – 4534*

TOTAL PAGES (Including this cover page) _____

AMOUNT DUE: $ *538*        *@10 1st pg – $10.—*
                           *@2 ea pg: x 264 = 528*
                           *$538 total*

CHECKS SHOULD BE MADE PAYABLE TO AND SENT TO:

Register in Chancery
New Castle County Courthouse
500 North King Street, Suite 1551
Wilmington, DE 19801-3735

NOTE: PAYMENT IS DUE WITHIN 7 BUSINESS DAYS. FAILURE TO PAY
PROMPTLY COULD RESULT IN ADDITIONAL BILLING FEES AND;
EVENTUALLY, DENIAL OF FUTURE SERVICE REQUESTS

IF YOU HAVE PROBLEMS OR QUESTIONS REGARDING THIS FAX PLEASE
CALL THE REGISTER IN CHANCERY OFFICE AT (302) 255-0544.

SENDER OF THIS FAX: *Michelle Simione*

CIVIL ACTION # *18751*        D.E. #(s): *169 ÷ 226*

*Part 1 of 2*

[$ In Thousands at Budget Rates]

ORACLE



ORCL 0003370
CONFIDENTIAL

Other 01/10/2000

☒003

$ in Thousands at Budget Rates

ORACLE

| | Q3 FY04 Actual $ | Q3 FY04 Forecast | | Q3 Forecast vs. FY04 | Q3 Potential Growth % | Q3 FY04 Budget | YTD Actual $ | YTD FY04 Forecast | YTD FY04 Units | Potential | YTD Potential Growth % | YTD FY04 Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Forecast | Potential | | | | | | | | | |
| **Marketing, Chief Alliances, Development & IT** | | | | | | | | | | | | |
| **Marketing** | | | | | | | | | | | | |

ORCL 0003371
CONFIDENTIAL

ORACLE

$ in Thousands in Budget Rates

G&A Corporate

| G&A Corporate | Q3 FY01 Actuals | Q3 FY01 Forecast | | | Q3 Forecast vs PY% | Q3 Potential Growth% | Q1 FY01 Budget | YTD Actuals | YTD FY01 | | | YTD Potential Growth% | YTD Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Forecast | Upside | Potential | | | | | Forecast | Upside | Potential | | |
| General & Administrative | | | | | | | | | | | | | |
| CFO - Corporate | $ 6,351 | $ 4,176 | | $ 4,475 | -55% | 10% | $ 4,128 | $ 18,818 | $ 14,385 | | $ 11,282 | 21% | $ 13,442 |
| Human Resources - Corporate | 11,850 | 11,253 | | 11,253 | 7% | -7% | 12,051 | 20,376 | 20,082 | | 20,082 | 1% | 35,685 |
| Finance - Global | 42,584 | 51,847 | | 51,847 | -31% | -11% | 52,606 | 169,074 | 169,583 | | 169,342 | 1% | 155,092 |
| D&A G&A Admin | 2,009 | 1,416 | | 3,416 | -22% | -25% | 1,174 | 1,762 | 13,801 | | 13,604 | -2% | 12,230 |
| Information & Distribution | 1,353 | 1,049 | | 1,392 | -45% | -1% | 2,713 | 1,541 | 463 | | 445 | -1% | 5,012 |
| Corp G&A - Shop | 5,891 | 5,010 | | 5,020 | 7% | -3% | 1,628 | 11,353 | 19,183 | | 19,183 | -46% | 25,253 |
| Total General & Administrative | $ 70,374 | $ 74,741 | | $ 75,341 | -6% | -5% | $ 83,627 | $ 235,602 | $ 234,089 | | $ 234,000 | 0% | $ 247,431 |
| Industry | | | | | | | | | | | | | |
| CFO - Chain | $ 8,220 | $ 12,843 | $ 20 | $ 12,363 | -55% | -55% | $ 11,227 | 18,342 | 28,421 | 290 | 29,713 | -31% | 47,836 |
| CFO - Industry | 11,191 | 11,131 | | 11,051 | -40% | -4% | 18,234 | 28,430 | 31,081 | | 31,247 | -18% | 31,884 |
| Global Business Practices - Corp | 7,291 | 2,123 | | 2,251 | -33% | -27% | 1,254 | 2,915 | 2,869 | | 2,869 | -3% | 3,511 |
| Corporate Development - Corp | 1,372 | 1,003 | | 1,009 | -43% | -8% | 2,928 | 3,594 | 3,955 | | 3,556 | -0% | 3,921 |
| Total Corporate | $ 21,611 | $ 27,151 | $ 28 | $ 27,061 | -26% | -27% | $ 27,548 | $ 11,337 | $ 29,347 | $ 28 | $ 76,431 | -52% | $ 92,431 |
| Corporate Accruals | (24,262) | (6,115) | | (6,715) | mm | mm | (18,286) | (81,862) | (42,253) | | (41,250) | 1% | (152,271) |

ORCL 0003372
CONFIDENTIAL

G&A, A Corp DV 2/2001

$ in Thousands at Actual $ Rates

ORACLE

ORCL 0003373
CONFIDENTIAL

NO.019   P.1/5

## MORRIS and MORRIS LLC
### COUNSELORS AT LAW

Facsimile: (302) 426-0406

Suite 803
1105 North Market Street
Wilmington, Delaware 19801
(302) 426-0400

firm@morrisandmorrislaw.com

## TELECOPY COVER SHEET

| | |
|---|---|
| **To:** | Alicia Read |
| **Telecopier No:** | 650 233 0323 |
| **Client Charge:** | Oracle |
| **From:** | Karen Morris |
| **Date:** | April 9, 2003 (1:02PM) |
| **Total Pages (Including Cover Sheet):** | 5 |

888 - 742 - 8686

# 2 2 2 3 2 7 2

**COMMENTS:** Alicia—I have attached a revised draft Affidavit for Ray's review for the 3:30pm call today. We are also hand delivering certain documents for Ray's reference on the call.

PLEASE NOTE: THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE ATTORNEY-CLIENT PRIVILEGED, MAY CONSTITUTE INSIDE INFORMATION, AND IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER AT (302) 426-0406 AND RETURN ALL ITEMS RECEIVED IN THIS TRANSMISSION TO US AT THE ADDRESS ABOVE VIA THE UNITED STATES POSTAL SERVICE. THANK YOU.

In the event of problems concerning transmission, please call (302) 426-0400

NO.219   P.2/5

# IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

```
---------------------------------x
                                 :
IN RE ORACLE CORP. DERIVATIVE    :      CONSOLIDATED
LITIGATION                       :      CIVIL ACTION NO. 18751
                                 :
---------------------------------x
```

I, Raymond J. Lane, now come before the Court and testify as follows:

1.      From 1992 through July 2000, I served in various executive capacities at the Oracle Corporation. I joined the Company in 1992 as President of Oracle USA and held this position until October 1993. From October 1993 to July 1996, I served as Executive Vice President of World Wide Operations. From July 1996 until July 2000, I served as President and Chief Operating Officer of the Company and as a member of Oracle's Board of Directors.

2.      As a member of the Executive Committee and the Board of Directors and prior to that as the head of World Wide Operations, I was deeply knowledgeable about all aspects of the company's operations, management and financial condition.

3.      Both as Executive Vice President and Chief Operating Officer, I was also directly involved in the executive management process, overseeing each division of the Company (other than Development and Finance which reported to Larry Ellison and Jeff Henley respectively) on a daily basis. This process included constant discussions with division heads and senior sales personnel and participation in weekly Executive Management Committee (EMC) meetings. I also interacted with industry and securities analysts. I participated in quarterly conference calls with analysts. I attended periodic meetings of analysts to report on the progress of the business and I met regularly with individual analysts while I was at the Company.

4.      Before joining Oracle, I was a senior partner with Booz-Allen & Hamilton, where I led the Information Systems Group and served on the firm's Executive Committee and Board of Directors. Prior to joining Booz-Allen, I served as division vice-president at Electronic Data Systems. I previously spent eight years with IBM serving in various product management, sales and marketing positions. I left Oracle in July 2000 to become a General Partner at Kleiner Perkins Canfield & Byers, a venture capital firm, where I continue to work today.

5.      I was contacted by plaintiffs' counsel and provided with internal Oracle documents and information regarding the company's operations and financial condition for Q2/Q3 FY '01, including Flash Reports, EMC Reports, pipeline reports, internal emails, Upside Reports, interview summaries of certain Oracle personnel and segments of the Report of the Special Litigation Committee, which counsel advised me had been formed by the Oracle Board in response to the litigation. I focused my review on information regarding interim company performance during Q3 FY 2001.

6. Based on my review of the information contained in these documents, it is my opinion that there were a number of indications of softening in Oracle's License business, including the December License revenue growth rate over Q3 '00 was flat (absent a one-time deal the Company booked in the first few days of Q3 '01), and License upside was declining.

7. In response to plaintiffs' counsel's inquiry, it is my opinion that this information would have been of interest to the investment community and would have raised concern such that I would not have sold Oracle stock if this information had not been public.

8. Actual December FY 01 Revenue results contained in a January 17, 2001 email from Larry Garnick showed no USD License revenue growth for the month of December 2000 over December 1999 absent the Covisint deal.

9. To accurately assess the license revenue, and the direction of the license revenue business, Covisint's results should be backed out of the December revenue actuals. Except for the technical timing of the booking of the revenues, the Covisint deal was not a Q3 deal, and was not indicative of the business at that time or relevant in assessing its prospects going forward. The negotiation of the Covisint deal was substantially complete by July 2000. The deal was originally structured as a long-term license and service partnership providing for in excess of $200 million in revenues to Oracle over an extended contract period. Larry Ellison decided to change the structure of the transaction, eliminating the long term partnership structure and providing for a one-time, lump sum payment to Oracle of $60 million. Q2 of FY '01 was spent renegotiating the structure of the deal. These negotiations were completed in Q2 and the deal was executed in the first few days of Q3, resulting in revenue technically being earned in Q3.

10. In addition, because of the size of the transaction, $60 million, I believe the largest deal in the Company's history to that point, the revenue should not have been included in assessing the trend in the underlying License business going forward. Covisint, by its size, was a unique transaction and gave no indication of the expected flow of the License business generated in routine transactions. The timing of the execution of the transaction also weighed firmly against its use in assessing trends in Q3. Closing, as it did, in the first few days of the quarter was further indication it was not reflective of trends in Q3 deal flow.

11. Actual performance data, including license revenue, combined with real time interface with the Division Heads regarding their sales, were the most important gauges of the Company's business and its prospects. These were the gauges Larry Ellison and I routinely relied on in assessing the Company, both on an intra-quarter basis and going forward. The fact that, absent Covisint, the License revenue growth rate for December 2000 over December 1999 was flat, was a red flag indicating softening in the Licensing business.

12. In assessing the trend for the quarter and thereafter, analysts would have been interested in the fact the license revenue growth absent Covisint was flat on a year-over-year (YOY) comparative basis.

2

13.     An additional red flag was Jennifer Minton's reduction of her upside number for License revenue twice in January 2001. She lowered her upside number for License revenue by $64.6 million on January 12, 2001. She lowered it again by $51.5 million on January 29, 2001. These reductions reflected continued weakening in the License business in January. Although the upside number is only one factor in assessing trends in the business, based on my experience at the Company, upside reports were reviewed at the weekly EMC meetings. Declines in an upside of these amounts and the basis for them would have been discussed in detail.

14.     A further indication of weakening in License revenue were the reduced pipeline ratios, absent the revenues from the Covisint transaction, reflected in Upside Reports distributed in January, 2001. The Upside Report dated January 12, 2001, reports a Q3 pipeline growth percentage for OPI of 40% and a forecasted pipeline conversion ration of 43%, but notes these OPI License pipeline and forecast figures include the $60 million Covisint deal. The Upside Reports dated January 22 and 29, 2001, report a drop in the pipeline growth percentage for OPI from 60% with Covisint to 34% without; a drop in the OPI pipeline conversion ratio (the percentage of total pipeline transactions that need to close in order to meet the quarter's forecasted revenue projections) from 50% with Covisint to 29% without. Excluding Covisint, OPI Tech and Applications showed revenue growth of 36% and -23%, pipeline growth of 60% and 10%, and pipeline conversion ratios of 34% and 23%, respectively. Total pipeline growth for License fell from a high of 52% on December 8, 2000, to 34% on December 25, 2000, and continued to decline throughout January, reaching a low of 31% by January 29, 2001.

15.     Emails from division personnel raised additional red flags regarding the continuing softening in January 2001 in the License business. In an email from David Winton to Jennifer Minton dated January 11, 2001, Winton reports the pipeline had not grown as anticipated, a lack of big deals, a drop in Technology with both General Business and Majors seeing a slowdown both in Q3 and Q4, and a burst in GB's dot.com bubble, with the West division expected to end $30 to $40 million behind budget. Although Winton was keeping to the NAS Q3 forecast, the information contained in the email is a red flag indicating softening in the NAS business continuing into January 2001.

16.     An email from Kelly to Sanderson and English dated January 17, 2001 provides a detailed forecast review for OPI License Q301, citing a base forecast of $150 million in forecasted revenue for the quarter, and an 80% YOY growth rate. The Covisint deal was substantially attributed to OPI. Adjusted for Covisint, OPI experienced an actual growth rate of less than 10% reflecting a weakening in the business. Kelly reported a Q3 forecast coverage ratio of 240%, well below the accepted benchmark of 300%, another indication of weakness. Kelly also forecast negative growth for Q4 of 16%, 65% of target.

17.     A January 18, 2001 email from Kopp to Minton details the basis for the OSI Q3 forecast. Jay Nussbaum, the OSI division head, applied $91 million in "judgment" to the SVP Commit levels to arrive at a forecast of $225 million. Nussbaum was consistently aggressive in his forecasts, and was viewed as such by Henley and me. This level of judgment, combined with the

3

NO.019    P.5/5

forecasts' reliance on large deals, in particular a prospective Bell South deal, and the historical aggressiveness of this Division head's forecasts, calls into question the reliability of the $225 million forecast. Based on the data provided and my past experience with the Company a reasonable forecast for OSI would have been substantially lower.

18.    Adjusted appropriately, and in combination with the OPI assessment absent Covisint, these emails raise concern regarding the continuing deterioration in the license business and revenue.

19.    Based on my knowledge of Oracle's operations and the information I reviewed, it is my opinion the internal information described above was indicative of a weakening in Oracle's business; this information would have been relevant to analysts in assessing Oracle's business prospects; and this information likely would have had a negative impact on the price of Oracle stock if made public at the time.

4

MEMORY TRANSMISSION REPORT

```
                                    TIME    : APR-09-03  10:06
                                    TEL NUMBER): 650-223-6323
                                    NAME    : KPCB
```

| | | |
|---|---|---|
| FILE NUMBER | : | 039 |
| DATE | : | APR-09 10:03 |
| TO | : | 15107386075 |
| DOCUMENT PAGES | : | 07 |
| START TIME | : | APR-09 10:03 |
| END TIME | : | APR-09 10:06 |
| SENT PAGES | : | 07 |
| FILE NUMBER | : 039 | *** SUCCESSFUL TX NOTICE *** |

## KLEINER PERKINS CAUFIELD & BYERS

```
2750 Sand Hill Road                          Phone - 650-233-2472
Menlo Park, CA 94025                         Fax   - 650-233-0080
                    FAX TRANSMISSION

TO:        Luella Hartley
FAX:       510-739-8075
FROM:      Sub Doc
DATE:      April 9, 2003
PAGE 1 OF 7 (including cover page)
```

COMMENTS:

Attached is the K-1 from Barksdale Group

**MORRIS and MORRIS LLC**
**COUNSELORS AT LAW**

Suite 803
1105 North Market Street
Wilmington, Delaware 19801
(302) 426-0400

Facsimile: (302) 426-0406

firm@morrisandmorrislaw.com

---

## TELECOPY COVER SHEET

---

**To:**                  Alicia Read

**Telecopier No:**        650 233 0323

**Client Charge:**        Oracle

**From:**                 Karen Morris

**Date:**                 April 10, 2003 (12:48PM)

**Total Pages (Including Cover Sheet):  6**

**COMMENTS:** Alicia—I have attached the a revised affidavit with the changes bolded. Karen

---

PLEASE NOTE: THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE ATTORNEY-CLIENT PRIVILEGED, MAY CONSTITUTE INSIDE INFORMATION, AND IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER AT (302) 426-0400 AND RETURN ALL ITEMS RECEIVED IN THE TRANSMISSION TO US AT THE ADDRESS ABOVE VIA THE UNITED STATES POSTAL SERVICE. THANK YOU.

In the event of problems concerning transmission, please call (302) 426-0400

MORRIS AND MORRIS                                   NO.025   P.2/6

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| IN RE ORACLE CORP. DERIVATIVE LITIGATION | CONSOLIDATED CIVIL ACTION NO. 18751 |

### AFFIDAVIT OF RAYMOND J. LANE

I, Raymond J. Lane, now come before the Court and testify as follows:

1.     From 1992 through July 2000, I served in various executive capacities at the Oracle Corporation. I joined the Company in 1992 as President of Oracle USA and held this position until October 1993. From October 1993 to July 1996, I served as Executive Vice President of World Wide Operations. From July 1996 until July 2000, I served as President and Chief Operating Officer of the Company and as a member of Oracle's Board of Directors.

2.     As a member of the Executive Committee and the Board of Directors and prior to that as the head of World Wide Operations, I was knowledgeable about all aspects of the company's operations, management and financial condition.

3.     Both as Executive Vice President and Chief Operating Officer, I was also directly involved in the executive management process, overseeing each division of the Company (other than Development and Finance which reported to Larry Ellison and Jeff Henley respectively) on a daily basis. This process included constant discussions with division heads and senior sales personnel and participation in weekly Executive Management Committee (EMC) meetings. I also interacted with industry and securities analysts. I participated in quarterly conference calls with analysts. I attended periodic meetings of analysts to report on the progress of the business and I met regularly with individual analysts while I was at the Company.

4.     Before joining Oracle, I was a senior partner with Booz-Allen & Hamilton, where I led the Information Systems Group and served on the firm's Executive Committee and Board of Directors. Prior to joining Booz-Allen, I served as division vice-president at Electronic Data Systems. I previously spent eight years with IBM serving in various product management, sales and marketing positions. I left Oracle in July 2000 to become a General Partner at Kleiner Perkins Caufield & Byers, a venture capital firm, where I continue to work today.

5.     I was contacted by plaintiffs' counsel and provided with internal Oracle documents and information regarding the company's operations and financial condition for Q2/Q3 FY '01, including Flash Reports, EMC Reports, pipeline reports, internal emails, Upside Reports, interview summaries of certain Oracle personnel and segments of the Report of the Special Litigation Committee, which counsel advised me had been formed by the Oracle Board in response to the

NO.025    P.3/6

litigation. I focused my review on information regarding interim company performance during Q3 FY 2001.

6.     Based on my review of the information contained in these documents, it is my opinion that there were a number of indications of softening in Oracle's License business in **December 2000 and January 2001**, including the fact the December License revenue growth rate over Q3 '00 was flat (absent a one-time deal the Company booked in the first few days of Q3 '01), License upside was declining, and the spread between pipeline growth and license revenue growth had narrowed.

7.     In response to plaintiffs' counsel's inquiry, it is my opinion that this information would have been of interest to the investment community and would have raised concern such that I would not have sold Oracle stock if this information had not been public.

8.     Actual December FY 01 Revenue results contained in a January 17, 2001 email from Larry Garnick, attached as Exhibit 1, showed no USD License revenue growth for the month of December 2000 over December 1999 absent the Covisint deal.

9.     To accurately assess the license revenue, and the direction of the license revenue business, Covisint's results should have been backed out of the December revenue actuals. Except for the technical timing of the booking of the revenues, the Covisint deal was not a Q3 deal, and was not indicative of the business at that time or relevant in assessing its prospects going forward. The deal was **originally structured** as a long-term license and service partnership providing revenues to Oracle over an extended contract period. The contract structure was based on the percentage of revenues earned by Covisint. It was anticipated this structure, if Covisint's business model were successful, would generate as much as $200 million in revenues to Oracle over the life of the contract. The negotiation of the Covisint deal was substantially complete by July 2000. Larry Ellison decided to change the structure of the transaction, eliminating the long term partnership structure and providing for a one-time, lump sum payment to Oracle of $60 million. Q2 of FY '01 was spent renegotiating the structure of the deal. These negotiations were completed in Q2 and the deal was executed in the first few days of Q3, resulting in revenue technically being earned in Q3.

10.    In addition, because of the size of the transaction, $60 million, I believe the largest deal in the Company's history to that point, the revenue should not have been included in assessing the trend in the underlying License business going forward. Covisint, by its size, was a unique transaction and gave no indication of the expected flow of the License business generated in routine transactions. The timing of the execution of the transaction also weighed firmly against its use in assessing trends in Q3. Closing, as it did, in the first few days of the quarter was further indication it was not reflective of trends in Q3 deal flow.

11.    The most important gauges of the Company's business and its prospects were actual performance data, including license revenue and pipeline data, combined with real time

2

☑015                                                            06/08/2007  12:46  FAX  3022552213

interface with the Division Heads regarding their sales. These were the gauges Larry Ellison and I routinely relied on in assessing the Company, both on an intra-quarter basis and going forward. The fact that, absent Covisint, the USD License revenue growth rate for December 2000 over December 1999 was flat, as reflected in the Garnick email, was a red flag indicating softening in the License business.

12.     In assessing the trend for the quarter and thereafter, analysts would have been interested in the fact the license revenue growth absent Covisint was flat on a year-over-year (YOY) comparative basis.

13.     An additional red flag was Jennifer Minton's reduction of her upside number for License revenue twice in January 2001. She lowered her upside number for License revenue by $64.6 million on January 12, 2001. She lowered it again by $51.5 million on January 29, 2001. These reductions reflected continued weakening in the License business in January. Although the upside number is only one factor in assessing trends in the business, based on my experience at the Company, upside reports were reviewed at the weekly EMC meetings. Declines in an upside of these amounts and the basis for them would have been discussed in detail. Copies of Upside Reports dated December 25, 2000, January 12, 2001, January 22, 2001, and January 29, 2001, are attached as Exhibits 2 through 5.

## UPSIDE DECLINES

| Upside Report | Total Upside | USD Upside | NAD Upside | OSI Upside |
|---|---|---|---|---|
| 12/8/2000 | $159,500,000 | $25,000,000 | $50,000,000 | $35,000,000 |
| 12/11/2000 | $159,500,000 | $25,000,000 | $50,000,000 | $35,000,000 |
| 12/25/2000 | $159,500,000 | $25,000,000 | $50,000,000 | $35,000,000 |
| 1/12/2001 | $94,910,000 | | $14,000,000 | $35,000,000 |
| 1/15/2001 | $94,910,000 | | $14,000,000 | $35,000,000 |
| 1/22/2001 | $94,910,000 | | $14,000,000 | $35,000,000 |
| 1/29/2001 | $43,410,000 | -$35,000,000 | | $35,000,000 |
| 2/5/2001 | $32,796,000 | | | |
| 2/12/2001 | $22,000,000 | | | |
| 2/19/2001 | $31,392,000 | | | |
| 2/26/2001 | $40,275,000 | $20,000,000 | -$20,000,000 | $30,000,000 |
| 2/27/2001 | $3,514,000 | $15,000,000 | -$50,000,000 | $33,000,000 |
| 2/28/2001 | -$47,158,000 | -$44,000,000 | -$26,000,000 | $8,500,000 |

14.     Pipeline data included in Q3 '01 Upside Reports provided another indication of weakening in the License business. In evaluating Oracle's intra-quarter revenue figures, it was understood by Oracle's senior management that the closer the relationship between the average of the forecasted growth and potential growth figures ("average

3

MAR.10.2005  11:59AM   MORRIS AND MORRIS                                   NO.025    P.5/6

forecasted growth") on the one hand and the pipeline growth figures on the other hand, the less comfort there would be that the forecasted growth figures would actually be met.  The following chart is derived from the Upside Reports for Q3 '00 through Q3 '01 and details the "comfort gap" from Q3 '00 through Q3 '01.  The chart shows a strong contrast between Q3 '01 and the preceding four quarters.  For example, in the first two months of Q3 '00, there was a comfort gap between the average forecasted growth and the pipeline growth ranging from 19% to 11%.

### COMFORT GAP

|  | Q3 '00 | Q4 '00 | Q1 '01 | Q2 '01 | Q3 '01 |
|----|----|----|----|----|----|
| 1 |  |  |  |  |  |
| 2 | 19% | 16% |  | 33% | 22% |
| 3 |  |  | 42% | 38% |  |
| 4 |  | 20% |  | 20% | 4% |
| 5 |  |  |  |  |  |
| 6 | 13% | 24% | 13% | 19% |  |
| 7 |  |  | 40% | 15% | 6% |
| 8 | 11% | 23% |  |  | 3% |
| 9 |  |  | 37% |  | 6% |
| 10 | 13% | 26% | 22% | 10% | 9% |
| 11 | 5% | 22% | 20% | 10% | 6% |
| 12 | 2% | 23% | 20% | 4% | 12% |
| 13 | 5% | 19% | 20% | 5% | 13% |

In contrast, at the beginning of Q3 '01 there was a "comfort gap" of 22%, but that gap narrowed on December 25, 2000, to 4% and remained between 3% and 6% in January 2001.  On December 25, 2000, and January 22, 2001, the projected "potential growth" percentage was actually higher than the pipeline growth percentage, an event that should only happen, if at all, during the last two or three weeks of a quarter when the "potential growth" figures can be more accurately predicted.  The narrow gap starting on December 25, 2000, and throughout January 2001 indicated an increased difficulty in meeting Oracle's forecasted revenue.

15.     Emails from division personnel raised additional red flags regarding the continuing softening in January 2001 in the License business.  In an email from David Winton to Jennifer Minton dated January 11, 2001, attached as Exhibit 6, Winton reports the pipeline had not grown as anticipated, a lack of big deals, a drop in Technology with both General Business and Majors seeing a slowdown both in Q3 and Q4, and a burst in GB's dot.com bubble, with the West division expected to end $30 to $40 million behind budget.  Although Winton was keeping to the NAS Q3 forecast, the information contained in the email is a red flag indicating softening in the NAS business continuing into January 2001.

4

16.    An email from Kent Kelly to Sandy Sanderson and James English dated January 17, 2001, attached as Exhibit 7, provides a detailed forecast review for OPI License Q301, citing a base revenue forecast of $150 million for the quarter, and an 80% YOY growth rate. The Covisint deal was substantially attributed to OPI. Adjusted for Covisint, the forecasted OPI growth rate of 8.4%, reflected a weakening in the business. Kelly reported a Q3 forecast coverage ratio of 240%, well below the accepted benchmark of 300%, another indication of weakness. Kelly also forecast negative growth for Q4 of 16%, 65% of target.

17.    A January 18, 2001 email from Sarah Kopp to Jennifer Minton, attached as Exhibit 8, details the basis for the OSI Q3 forecast. Jay Nussbaum, the OSI division head, applied $91 million in "judgment" to the SVP Commit levels to arrive at a forecast of $225 million. Nussbaum was consistently aggressive in his forecasts, and was viewed as such by Henley and me. This level of judgment, combined with the forecasts' reliance on large deals, in particular a prospective Bell South deal, and the historical aggressiveness of this Division head's forecasts, calls into question the reliability of the $225 million forecast. Based on the data provided and my past experience with the Company a reasonable forecast for OSI would have been substantially lower.

18.    Adjusted appropriately, and in combination with the OPI assessment absent Covisint, these emails raise concern regarding the continuing deterioration in the license business and revenue in January 2001.

19.    Based on my knowledge of Oracle's operations and the information I reviewed, it is my opinion the internal information described above was indicative of a weakening in Oracle's business; this information would have been relevant to analysts in assessing Oracle's business prospects; this information likely would have had a negative impact on the price of Oracle stock if made public at the time; and I would not have traded in the face of it.


RAYMOND J. LANE
_____


Sworn to before me this
____ day of April 2003


NOTARY PUBLIC


5

**$ In Thousands at Budget Rates**

**ORACLE**



(1) Without Siebel Contract Q1, OFI Forecast Revenue Growth 8%, Pipeline Conversion Ratio 27%
(2) Without SIAI Contract Q3, DPI Tech Forecast Revenue Growth 20%, Pipeline Conversion 50%, Pipeline Conversion 34%
(3) Without SIAI Contract Q3, OFI Apps Forecast Revenue Growth 25%, reforecast grown 17%, Pipeline Conversion Ratio 25%

ORCL 0003552
CONFIDENTIAL

Oracle Corporation Confidential

$ in Thousands at Budget Rates

ORACLE

(1) Internal 2006 Consolidated OPI Forecast License Revenue Grows 8%, Pilsener growth 24%, Pilsener & Consumer Rate 75%

ORCL 0003553
CONFIDENTIAL

**$ in Thousands at Budget Rates**

ORACLE

| Location | YTD Q3 FY06 | YTD Q3 FY07 Forecast | | | Q3 YTD Forecast vs. PY % | Q3 YTD Potential Growth % | Q3 YTD Targeted 30% Growth |
|---|---|---|---|---|---|---|---|
| | | Forecast | Upside | Potential | | | |
| **Revenues** | | | | | | | |
| OPI - Nussbaum | $ 385,363 | $ 483,134 | $ | $ 485,434 | 26% | -26% | 500,974 |
| NAS - Roberts | 632,074 | 824,252 | 14,800 | 838,252 | 30% | 33% | 821,696 |
| OPI - Sanderson (1) | 197,445 | 303,171 | 33,000 | 334,271 | 69% | 27% | 243,675 |
| LA - Sanderson | 92,326 | 108,487 | 7,000 | 115,487 | 17% | 23% | 120,023 |
| UK, Ireland & South Africa | 147,330 | 200,831 | 10,000 | 210,831 | 36% | 43% | 192,217 |
| Germany - Jaeger | 118,810 | 136,520 | | 136,520 | 15% | 15% | 154,458 |
| France, Middle East & Africa | 129,581 | 131,040 | 4,772 | 155,741 | 20% | 24% | 164,286 |
| S. Europe - Bonzano | 120,929 | 160,408 | 2,637 | 153,135 | 17% | 19% | 167,218 |
| N. Europe - Jarnick | 147,364 | 184,301 | 9,000 | 193,331 | 26% | 32% | 191,460 |
| APAC - Williams | 171,622 | 235,790 | 2,806 | 243,796 | 40% | 41% | 223,110 |
| Japan - Shimizu | 273,720 | 360,664 | 10,000 | 360,664 | 27% | 31% | 364,187 |
| Europe HQ - Giacoletto | 15,000 | | | | nm | nm | 19,500 |
| USA Sales & Operations | (0) | 0 | | 0 | nm | nm | (0) |
| Corporate Adjustments | 63,973 | 40,814 | | 40,814 | -37% | -37% | 63,172 |
| **Total** | $ 2,493,172 | $ 3,174,876 | 24,310 | $ 3,283,776 | 27% | 31% | $ 3,240,991 |
| **EMEA Totals** | 650,063 | 827,240 | 98,410 | 852,658 | 21% | 22% | |
| **Expenses** | | | | | | | |
| OPI - Nussbaum | 204,770 | 254,233 | 3 | 254,223 | -24% | -24% | |
| NAS - Roberts | 224,123 | 347,818 | 2,100 | 349,918 | -57% | -39% | |
| OPI - Sanderson | 114,058 | 120,412 | 3,250 | 128,662 | -10% | -31% | |
| LA - Sanderson | 89,897 | 77,261 | 1,850 | 79,119 | -11% | -19% | |
| UK, Ireland & South Africa | 92,050 | 116,614 | 1,500 | 117,114 | -27% | -42% | |
| Germany - Jaeger | 88,812 | 82,594 | | 82,294 | 10% | 10% | |
| France, Middle East & Afr. | 74,587 | 82,299 | 716 | 82,820 | -10% | -11% | |
| S. Europe - Bonzano | 61,105 | 68,236 | 396 | 68,022 | -7% | -9% | |
| N. Europe - Jarnick | 66,853 | 86,910 | 1,200 | 87,200 | -8% | -7% | |
| APAC - Williams | 99,453 | 115,170 | 375 | 115,503 | -16% | -16% | |
| Japan - Shimizu | 66,731 | 79,715 | 1,500 | 81,203 | -19% | -18% | |
| Europe HQ - Giacoletto | 27,434 | 28,558 | | 28,566 | 22% | 22% | |
| USA Sales & Operations | 7,974 | 166 | | 166 | 84% | 99% | |
| Corporate Adjustments | 14,337 | (3,459) | | (3,459) | 107% | 107% | |
| **Total** | $ 1,203,303 | $ 1,455,182 | 14,707 | $ 1,468,273 | 15% | -15% | |
| **EMEA Totals** | 420,410 | 450,519 | 3,062 | 454,050 | -6% | -4% | |
| **Margin** | | | | | | | |
| OPI - Nussbaum | 180,586 | 230,902 | 3 | $ 230,802 | 78% | 26% | |
| NAS - Roberts | 377,066 | 476,433 | 11,900 | 488,333 | 29% | 29% | |
| OPI - Sanderson | 72,575 | 185,909 | 29,750 | 195,809 | 129% | 170% | |
| LA - Sanderson | 26,429 | 30,874 | 5,950 | 36,924 | 17% | 20% | |
| UK, Ireland & South Africa | 33,071 | 85,017 | 8,500 | 93,517 | 63% | 69% | |
| Germany - Jaeger | 40,004 | 77,022 | | 77,022 | 57% | 57% | |
| France, Middle East & Afr. | 51,813 | 69,380 | 4,057 | 73,420 | 34% | 42% | |
| S. Europe - Bonzano | 61,444 | 84,391 | 2,241 | 87,102 | 28% | 30% | |
| N. Europe - Jarnick | 50,470 | 89,921 | 7,800 | 98,871 | 58% | 71% | |
| APAC - Williams | 72,158 | 124,897 | 2,925 | 176,747 | 73% | 70% | |
| Japan - Shimizu | 206,737 | 270,969 | 8,500 | 279,432 | 31% | 38% | |
| Europe HQ - Giacoletto | (27,134) | (28,955) | | (38,866) | nm | nm | |
| USA Sales & Operations | (7,874) | (166) | | (166) | 673% | nm | |
| Corporate Adjustments | 6,042 | 43,973 | | 43,973 | 673% | 51% | |
| **Total** | $ 1,169,174 | $ 1,715,634 | 9,674 | $ 1,700,663 | 45% | 51% | |
| **EMEA Totals** | 254,670 | 370,330 | 22,449 | 398,776 | 45% | 37% | |
| **Margin %** | | | | | | | |
| OPI - Nussbaum | 47% | 48% | | 48% | | | |
| NAS - Roberts | 60% | 58% | | 58% | | | |
| OPI - Sanderson | 35% | 69% | | 59% | | | |
| LA - Sanderson | 29% | 28% | | 32% | | | |
| UK, Ireland & South Africa | 35% | 42% | | 44% | | | |
| Germany - Jaeger | 61% | 56% | | 56% | | | |
| France, Middle East & Afr. | 41% | 45% | | 47% | | | |
| S. Europe - Bonzano | 50% | 56% | | 56% | | | |
| N. Europe - Jarnick | 34% | 48% | | 50% | | | |
| APAC - Williams | 42% | 52% | | 52% | | | |
| Japan - Shimizu | 74% | 77% | | 77% | | | |
| Europe HQ - Giacoletto | -140% | nm | | nm | | | |
| USA Sales & Operations | nm | nm | | nm | | | |
| Corporate Adjustments | nm | nm | | nm | | | |
| **Total** | 45% | 54% | | 55% | | | |
| **EMEA Totals** | 37% | 45% | | 47% | | | |

(1) Without E60M Contribution, OPI YTD Forecast License Revenue Growth 23%

ORCL 0003554
CONFIDENTIAL

Oracle Corporation Confidential

**$ in Thousands at Budget Rates**    ORACLE

| Consulting | Q3 FY00 | Q3 FY01 Forecast | | | Forecast vs FY $ | Q3 Forecast vs. PY % | Q3 Potential Growth % | Q3 FY01 Budget |
|---|---|---|---|---|---|---|---|---|
| | | Forecast | Upside | Potential | | | | |
| **Revenues** | | | | | | | | |
| OSI - Nussbaum | $ 103,370 | $ 124,313 | - | $ 124,313 | 20,943 | 20% | 20% | $ 117,454 |
| NA - Sanderson | 157,035 | 152,980 | | 152,980 | (55) | 0% | 0% | 203,527 |
| LA - Sanderson | 21,860 | 22,478 | | 22,478 | 610 | 4% | 4% | 24,839 |
| UKI & South Africa - Kingston | 45,771 | 61,173 | - | 61,173 | 15,402 | 34% | 34% | 54,072 |
| Germany - Bryton | 23,022 | 21,789 | - | 21,789 | (1,233) | -13% | -13% | 27,111 |
| France & Middle East - Lompre | 18,250 | 18,553 | | 18,553 | 304 | 2% | 2% | 19,788 |
| S. Europe - Diaz/Guiseppe | 18,900 | 21,927 | | 21,927 | 3,026 | 16% | 16% | 23,634 |
| Europe Divisional - Pohjola | 41,057 | 43,548 | - | 43,548 | 2,589 | 6% | 6% | 47,584 |
| APAC - Williams | 24,383 | 29,176 | | 29,176 | 4,753 | 20% | 20% | 36,180 |
| Japan - Shintaku | 8,782 | 15,481 | - | 15,481 | 6,899 | 79% | 75% | 13,283 |
| Europe HQ - Giacoletto | 766 | 1,217 | | 1,217 | 450 | 59% | 59% | 1,590 |
| Corporate Adjustments | - | (61) | | - | (61) | -100% | -100% | - |
| **Total** | $ 502,027 | $ 503,024 | $ - | $ 553,624 | $ 51,597 | 10% | 10% | $ 553,170 |
| **EMEA Totals** | 156,743 | 168,285 | | 168,285 | 18,459 | 12% | 12% | 173,758 |
| **Expenses** | | | | | | | | |
| OSI - Nussbaum | $ 78,122 | $ 102,601 | $ - | $ 102,601 | 24,478 | 31% | -31% | $ 90,437 |
| NA - Sanderson | 155,682 | 150,300 | | 150,300 | 4,419 | -1% | -3% | 156,711 |
| LA - Sanderson | 16,933 | 18,564 | | 18,564 | 1,832 | -10% | -10% | 15,541 |
| UKI - Kingston | 35,234 | 47,858 | - | 47,858 | 12,822 | -36% | -36% | 43,040 |
| Germany - Bryton | 21,794 | 19,951 | | 19,951 | (1,843) | 8% | 8% | 22,405 |
| France - Lompre | 16,309 | 16,437 | - | 16,437 | 129 | -1% | -1% | 16,240 |
| S. Europe - Diaz/Guiseppe | 14,356 | 17,120 | | 17,120 | 2,764 | -19% | -19% | 17,929 |
| Europe Divisional - Pohjola | 36,301 | 36,478 | | 36,478 | (385) | 1% | 1% | 38,516 |
| APAC - Williams | 22,556 | 25,214 | | 25,214 | 2,636 | -10% | -10% | 23,616 |
| Japan - Shintaku | 9,200 | 11,758 | - | 11,758 | 2,437 | -27% | -27% | 10,889 |
| Europe HQ - Giacoletto | 302 | (101) | | (101) | (404) | 134% | 134% | 1,183 |
| Corporate Adjustments | 78 | - | | - | (78) | 100% | 100% | - |
| **Total** | $ 396,327 | $ 447,818 | $ - | $ 447,818 | $ 49,491 | -12% | -12% | $ 439,903 |
| **EMEA Totals** | 124,838 | 137,741 | | 137,741 | 12,885 | -10% | -10% | 128,286 |
| **Margin** | | | | | | | | |
| OSI - Nussbaum | $ 25,248 | $ 21,713 | $ - | $ 21,713 | (3,535) | -14% | -14% | $ 27,047 |
| NA - Sanderson | 46,554 | 42,680 | | 42,080 | (3,474) | -10% | -10% | 46,816 |
| LA - Sanderson | 4,727 | 3,905 | | 3,905 | (822) | -17% | -17% | 6,298 |
| UKI - Kingston | 10,535 | 13,314 | | 13,314 | 2,779 | 26% | 26% | 11,032 |
| Germany - Bryton | 3,223 | 1,838 | | 1,838 | (1,290) | -43% | -43% | 5,006 |
| France - Lompre | 2,941 | 3,116 | | 3,116 | 175 | 6% | 6% | 3,502 |
| S. Europe - Diaz/Guiseppe | 4,543 | 4,807 | | 4,807 | 264 | 6% | 6% | 3,905 |
| Europe Divisional - Pohjola | 4,976 | 7,070 | | 7,070 | 2,894 | 60% | 69% | 9,568 |
| APAC - Williams | 1,826 | 2,962 | | 2,962 | 1,135 | 62% | 62% | 4,744 |
| Japan - Shintaku | (518) | 3,683 | | 3,683 | 4,201 | nm | nm | 2,454 |
| Europe HQ - Giacoletto | 464 | 1,318 | | 1,318 | 854 | 184% | 184% | 458 |
| Corporate Adjustments | (21) | - | | - | 27 | nm | nm | - |
| **Total** | $ 105,700 | $ 105,806 | $ - | $ 105,806 | $ 2,107 | 2% | 2% | $ 123,308 |
| **EMEA Totals** | 26,889 | 31,844 | | 31,844 | 5,575 | 24% | 24% | 34,376 |
| **Margin %** | | | | | | | | |
| OSI - Nussbaum | 24% | 17% | | 17% | -7% | | | 23% |
| NA - Sanderson | 24% | 22% | | 22% | -2% | | | 23% |
| LA - Sanderson | 22% | 17% | | 17% | -4% | | | 26% |
| UKI - Kingston | 23% | 22% | | 22% | -1% | | | 20% |
| Germany - Bryton | 13% | 6% | | 6% | -4% | | | 18% |
| France - Lompre | 16% | 16% | | 16% | 1% | | | 17% |
| S. Europe - Diaz/Guiseppe | 24% | 22% | | 22% | -7% | | | 25% |
| Europe Divisional - Pohjola | 10% | 16% | | 16% | 8% | | | 16% |
| APAC - Williams | 7% | 10% | | 10% | 3% | | | 21% |
| Japan - Shintaku | -6% | 24% | | 24% | 30% | | | 16% |
| Europe HQ - Giacoletto | 0% | 0% | | nm | 0% | | | nm |
| Corporate Adjustments | 0% | 0% | | - | 0% | | | 0% |
| **Total** | 21% | 19% | | 19% | -2% | | | 22% |
| **EMEA Totals** | 17% | 19% | | 19% | 30% | | | 20% |

ORCL 0003555
CONFIDENTIAL

Q3upside1_22.xls

| $ in Thousands at Budget Rates | | | | | | ORACLE |
|---|---|---|---|---|---|---|
| Consulting | TTD Q3 FY08 | YTD Q3 FY08 Forecast | | | Q3 YTD Forecast vs. PY % | Q3 YTD Potential Growth % | Q3 YTD Budget $ |
| | | Forecast | Upside | Potential | | | |
| **Revenues** | | | | | | | |
| OSI - Nussbaum | $ 313,601 | $ 301,204 | $ - | $ 301,204 | 13% | 13% | $ 337,385 |
| NA - Sanderson | 640,560 | 561,929 | - | 561,929 | -10% | -10% | 397,221 |
| LA - Sanderson | 66,506 | 64,667 | - | 64,667 | -2% | -2% | 69,441 |
| UKI - Kingston | 157,681 | 194,208 | - | 194,208 | 23% | 23% | 177,241 |
| Germany - Bryden | 78,725 | 61,454 | - | 61,454 | -22% | -22% | 78,860 |
| France - Lempre | 68,767 | 55,539 | - | 55,539 | -2% | -2% | 55,307 |
| S. Europe - Diaz/Guiseppe | 59,308 | 61,888 | - | 61,888 | 2% | 2% | 65,812 |
| Europe Divisional - Pohjola | 125,489 | 125,919 | - | 128,819 | 0% | 0% | 132,215 |
| APAC - Williams | 74,507 | 88,418 | - | 88,418 | 13% | 13% | 88,822 |
| Japan - Shirtaku | 27,527 | 47,527 | - | 47,527 | 73% | 73% | 33,650 |
| Europe HQ - Giacoletto | 2,588 | 2,739 | - | 2,739 | 6% | 6% | 4,984 |
| Corporate Adjustments | 10,109 | 834 | - | 834 | -92% | -92% | - |
| **Total** | $ 1,820,309 | $ 1,545,473 | $ - | $1,545,473 | 7% | 7% | $1,848,637 |
| EMEA Totals | 481,165 | 500,937 | - | 500,937 | 4% | 4% | 516,304 |
| **Expenses** | | | | | | | |
| OSI - Nussbaum | $ 244,540 | $ 232,051 | $ - | $ 232,051 | -20% | -20% | $ 280,110 |
| NA - Sanderson | 488,542 | 427,423 | - | 427,428 | 13% | 13% | 443,328 |
| LA - Sanderson | 50,538 | 50,016 | - | 63,618 | -5% | -5% | 52,620 |
| UKI - Kingston | 107,821 | 141,242 | - | 141,242 | -31% | -31% | 125,702 |
| Germany - Bryden | 64,102 | 57,771 | - | 57,771 | 10% | 10% | 65,107 |
| France - Lempre | 50,260 | 46,405 | - | 46,405 | 8% | 8% | 48,517 |
| S. Europe - Diaz/Guiseppe | 44,614 | 46,912 | - | 46,912 | -5% | -5% | 52,797 |
| Europe Divisional - Pohjola | 119,692 | 106,736 | - | 106,736 | 11% | 11% | 115,312 |
| APAC - Williams | 65,677 | 73,777 | - | 73,777 | -12% | -12% | 69,035 |
| Japan - Shirtaku | 24,629 | 37,827 | - | 37,827 | -52% | -52% | 31,410 |
| Europe HQ - Giacoletto | 1,173 | 126 | - | 126 | 80% | 80% | 3,996 |
| Corporate Adjustments | 3,015 | 864 | - | 864 | 78% | 78% | - |
| **Total** | $1,269,601 | $1,284,254 | $ - | $1,284,254 | -1% | -1% | $1,292,725 |
| EMEA Totals | 387,503 | 399,291 | - | 399,291 | -3% | -3% | 408,921 |
| **Margin** | | | | | | | |
| OSI - Nussbaum | $ 69,261 | $ 69,212 | $ - | $ 69,212 | 0% | 0% | $ 77,043 |
| NA - Sanderson | 156,443 | 154,468 | - | 154,498 | -2% | -2% | 153,603 |
| LA - Sanderson | 16,768 | 11,651 | - | 11,651 | -26% | -26% | 16,822 |
| UKI - Kingston | 49,840 | 53,057 | - | 53,057 | 6% | 6% | 51,530 |
| Germany - Bryden | 14,521 | 3,583 | - | 3,583 | -75% | -75% | 14,453 |
| France - Lempre | 8,567 | 9,234 | - | 9,234 | 41% | 41% | 6,860 |
| S. Europe - Diaz/Guiseppe | 15,323 | 14,176 | - | 14,176 | -7% | -7% | 12,815 |
| Europe Divisional - Pohjola | 5,797 | 18,702 | - | 18,702 | 224% | 224% | 16,903 |
| APAC - Williams | 8,729 | 14,541 | - | 14,541 | 68% | 68% | 19,169 |
| Japan - Shirtaku | 2,769 | 9,700 | - | 9,700 | 259% | 259% | 8,483 |
| Europe HQ - Giacoletto | 1,413 | 2,613 | - | 2,613 | 85% | 85% | 1,585 |
| Corporate Adjustments | 6,193 | (30) | - | (30) | -100% | -100% | - |
| **Total** | $ 348,393 | $ 361,218 | $ - | $ 361,218 | 2% | 2% | $ 352,588 |
| EMEA Totals | 93,562 | 101,545 | - | 101,545 | 9% | 9% | 105,383 |
| **Margin %** | | | | | | | |
| OSI - Nussbaum | 22% | 19% | | 19% | | | 23% |
| NA - Sanderson | 24% | 27% | | 27% | | | 26% |
| LA - Sanderson | 24% | 18% | | 18% | | | 24% |
| UKI - Kingston | 32% | 27% | | 27% | | | 29% |
| Germany - Bryden | 19% | 6% | | 6% | | | 18% |
| France - Lempre | 12% | 17% | | 17% | | | 16% |
| S. Europe - Diaz/Guiseppe | 58% | 23% | | 23% | | | 22% |
| Europe Divisional - Pohjola | 12% | 17% | | 15% | | | 22% |
| APAC - Williams | 10% | 20% | | 93% | | | 21% |
| Japan - Shirtaku | 0% | 0% | | 17% | | | 0% |
| Europe HQ - Giacoletto | 0% | 9% | | 20% | | | 0% |
| Corporate Adjustments | 22% | 22% | | 22% | 0% | 0% | 23% |
| EMEA Totals | 19% | 20% | | 20% | 4% | 4% | 21% |

ORCL 0003556
CONFIDENTIAL

Oracle Corporation Confidential

Gbupt0a1_22.xls

@023

$ in Thousands at Budget Rates

ORACLE

| Support - Roche | Q3 FY00 Actuals | | Q3 FY01 Forecast | | | Q3 Forecast vs. BY % | Q3 Potential Growth % | Q3 FY01 Budget | YTD Actuals | YTD Forecast | YTD FY01 Budget | Potential | YTD Potential Growth % | YTD Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Forecast | Upside | Potential | | | | | | | | | |
| **Revenue - Roche** | | | | | | | | | | | | | | |
| Americas - Siebel | $ 125,491 | | $ 127,263 | $ 3,061 | $ 130,215 | 2% | 2% | $ 551,281 | $ 1,223,641 | 11,159,123 | | 1,342,128 | 22% | 31,575,576 |
| Europe - Celogon | 201,243 | | 271,561 | 3,237 | 274,116 | 11% | 12% | 357,764 | 181,215 | 182,038 | | 161,934 | 20% | 714,314 |
| APAC - Torg | 48,031 | | 64,266 | | 64,266 | 13% | 6% | 44,726 | 133,642 | 160,049 | | 160,049 | 28% | 182,353 |
| Japan - Westerns | 23,051 | | 43,237 | | 43,237 | 16% | 14% | 44,725 | 51,144 | 110,466 | | 120,445 | 37% | 132,314 |
| WW Support Operations - Roche | | | | | | nm | nm | | | | | | nm | |
| Corporate Adjustments | 91 | | | 3,206 | 5,200 | nm | 228% | 25,621 | 10 | 458 | 5,000 | 5,465 | nm | 33,18 |
| **Total** | $ 1,306,347 | | $ 526,537 | $ 3,206 | $ 545,137 | 37% | 28% | $ 171,069 | $ 12,079,244 | 12,665,985 | 11,835 | 1,570,480 | 20% | 33,775,648 |
| **Expenses - Roche** | | | | | | | | | | | | | | |
| Americas - Siebel | 95,701 | | 84,371 | (7,362) | 86,557 | 13% | 17% | 44,700 | 283,192 | 341,601 | | 238,701 | 18% | 276,155 |
| Europe - Celogon | 60,320 | | 63,529 | (814) | 59,555 | 11% | 8% | 105,160 | 191,215 | 182,538 | (814) | 181,332 | 7% | 110,148 |
| APAC - Torg | 14,814 | | 14,818 | | 10,118 | 0% | 6% | 14,609 | 43,391 | 42,519 | | 42,519 | 4% | 43,652 |
| Japan - Westerns | 9,744 | | 7,561 | | 7,562 | -17% | -17% | 9,464 | 19,924 | 21,749 | | 31,760 | 4% | 35,415 |
| WW Support Operations - Roche | 8,746 | | 7,817 | | 7,817 | -11% | -11% | 4,973 | 32,260 | 16,456 | | 16,456 | 21% | 14,723 |
| Corporate Adjustments | 314 | | | | | 140% | 150% | 5,957 | (1,029) | 1,232 | | 1,052 | nm | 17,13 |
| **Total** | $ 189,639 | | $ 171,152 | $ (5,176) | $ 185,239 | 9% | 12% | $ 151,003 | $ 545,553 | 493,924 | (814) | 452,080 | 20% | 554,111 |
| **Margin** | | | | | | | | | | | | | | |
| American - Siebel | $ 233,780 | | $ 472,895 | $ 7,310 | $ 476,355 | 39% | 42% | $ 481,674 | $ 941,397 | 13,321,17 | 7,310 | 8,246,624 | 43% | 1,308,622 |
| Europe - Celogon | 131,961 | | 283,356 | 4,699 | 216,184 | 39% | 39% | 311,583 | 451,007 | 633,041 | 4,699 | 637,406 | 33% | 601,227 |
| APAC - Torg | 32,332 | | 49,500 | | 49,490 | 48% | 40% | 49,552 | 52,392 | 107,796 | | 127,734 | 44% | 138,102 |
| Japan - Westerns | 12,317 | | 39,105 | | 39,366 | 39% | nm | 32,791 | 42,291 | 94,911 | | 95,091 | 41% | 152,811 |
| WW Support Operations - Roche | (16) | | (13,57) | | (7,61) | nm | nm | (4,973) | (15,240) | (14,466) | | (16,659) | nm | (14,781) |
| Corporate Adjustments | (181) | | | 4,000 | 5,000 | nm | nm | 28,664 | 1,051 | (1,167) | 4,000 | 3,513 | nm | 76,05 |
| **Total** | $ 844,197 | | $ 724,410 | $ 16,426 | $ 741,103 | 49% | 49% | $ 770,684 | $ 1,533,360 | $ 3,111,585 | 16,430 | 3,123,791 | 65% | 3,169,560 |
| **Margin %** | | | | | | | | | | | | | | |
| American - Siebel | 11% | | 43% | | 86% | | | 89% | 77% | 81% | | 9% | | 83% |
| Europe - Celogon | 71% | | 71% | | 80% | | | 71% | 72% | 76% | | 81% | | 77% |
| APAC - Torg | 65% | | 77% | | 77% | | | 77% | 66% | 76% | | 74% | | 76% |
| Japan - Westerns | 77% | | 89% | | 82% | | | 81% | nm | 45% | | 81% | | 89% |
| WW Support Operations - Roche | nm | | nm | | nm | | | nm | nm | nm | | nm | | nm |
| Corporate Adjustments | nm | | nm | | nm | | | nm | nm | nm | | nm | | nm |
| **Total** | 74% | | 66% | | 62% | | | 80% | 74% | | | 63% | | 64% |

ORCL 0003557
CONFIDENTIAL

Oracle Corporation Confidential

@024

**ORACLE**

$ in Thousands at Budget Rates

| Technical & Project Support | Q3 FY04 Actual | Q3 FY04 Forecast | Q3 FY04 Forecast Upside | Q3 FY04 Forecast Potential | Q3 Forecast vs. PY % | Q3 Potential Growth % | Q3 FY04 Budget | YTD Actuals | YTD Forecast | YTD FTH Upside | YTD Potential | YTD Potential Growth % | YTD Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| Americas - Sales | | | | | | | | | | | | | |
| Europe - Georgan | | | | | | | | | | | | | |
| APAC - Torg | | | | | | | | | | | | | |
| Japan - Hashimo | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | |
| **Total** | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | |
| Americas - Sales | | | | | | | | | | | | | |
| Europe - Georgan | | | | | | | | | | | | | |
| APAC - Torg | | | | | | | | | | | | | |
| Japan - Hashimo | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | |
| **Total** | | | | | | | | | | | | | |
| **Margin** | | | | | | | | | | | | | |
| Americas - Sales | | | | | | | | | | | | | |
| Europe - Georgan | | | | | | | | | | | | | |
| APAC - Torg | | | | | | | | | | | | | |
| Japan - Hashimo | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | |
| **Total** | | | | | | | | | | | | | |
| **Margin %** | | | | | | | | | | | | | |
| Americas - Sales | | | | | | | | | | | | | |
| Europe - Georgan | | | | | | | | | | | | | |
| APAC - Torg | | | | | | | | | | | | | |
| Japan - Hashimo | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | |
| **Total** | | | | | | | | | | | | | |

ORCL 0003558
CONFIDENTIAL

$ in Thousands at Budget Rates

ORACLE®



ORCL 0003559
CONFIDENTIAL

Oracle Corporation Confidential

**$ in Thousands at Budget Rates**

ORACLE

| Education - H1 | Q3 FY10 Actuals | Q3 '11 Forecast Forecast | Upside | Potential | Q3 Forecast vs. PY% | Q3 Potential Growth % | Q3 FY11 Budget | Q3 PY Potential Growth % | YTD Actuals | Forecast | YTD PY01 Upside | Potential | YTD Potential Growth % | YTD Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | | | | |
| Americas - Bernie | | | | | | | | | | | | | | |
| Europe - Guirault | | | | | | | | | | | | | | |
| APAC - Kitian | | | | | | | | | | | | | | |
| Japan - Sato | | | | | | | | | | | | | | |
| Worldwide Education | | | | | | | | | | | | | | |
| Internal Training H1 | | | | | | | | | | | | | | |
| Countries Adjustments | | | | | | | | | | | | | | |
| **Total** | | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | | |
| Americas - Bernie | | | | | | | | | | | | | | |
| Europe - Guirault | | | | | | | | | | | | | | |
| APAC - Kitian | | | | | | | | | | | | | | |
| Japan - Sato | | | | | | | | | | | | | | |
| Worldwide Education | | | | | | | | | | | | | | |
| Internal Training H1 | | | | | | | | | | | | | | |
| Corporate Adjustments | | | | | | | | | | | | | | |
| **Total** | | | | | | | | | | | | | | |
| **Margin** | | | | | | | | | | | | | | |
| Americas - Bernie | | | | | | | | | | | | | | |
| Europe - Guirault | | | | | | | | | | | | | | |
| APAC - Kitian | | | | | | | | | | | | | | |
| Japan - Sato | | | | | | | | | | | | | | |
| Worldwide Education | | | | | | | | | | | | | | |
| Internal Training H1 | | | | | | | | | | | | | | |
| Corporate Adjustments | | | | | | | | | | | | | | |
| **Total** | | | | | | | | | | | | | | |
| **Margin %** | | | | | | | | | | | | | | |
| Americas - Bernie | | | | | | | | | | | | | | |
| Europe - Guirault | | | | | | | | | | | | | | |
| APAC - Kitian | | | | | | | | | | | | | | |
| Japan - Sato | | | | | | | | | | | | | | |
| Worldwide Education | | | | | | | | | | | | | | |
| Internal Training H1 | | | | | | | | | | | | | | |
| Other - H1 | | | | | | | | | | | | | | |
| **Total** | | | | | | | | | | | | | | |

ORCL 0003560
CONFIDENTIAL

Oracle Corporation Confidential

Case 3:01-cv-00988-SI   Document 1552-19   Filed 10/18/08   Page 32 of 88

# $ in Thousands at Budget Rates

ORACLE

| Other | Q2 FY00 Actuals | Q3 FY01 Forecast Update | Potential | Q3 Forecast vs FY% | Q3 Potential Growth % | Q3 FY01 Budget | YTD Actuals | Forecast | YTD FY01 Update Potential | YTD Potential Growth % | YTD $ B-E/FY01 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | |
| Business On-Line - Rooms | 1,399 | 4,730 | 4,730 | 185% | 255% | 5,415 | 2,155 | 10,324 | 10,324 | 28% | 11,944 |
| OFO | 2,072 | 4,148 | 4,148 | 100% | 100% | 3,307 | 3,828 | 13,196 | 13,195 | 24% | 14,316 |
| Oracle Exchange | | | | nm | nm | | | 683 | 532 | nm | |
| E-Travel | 18 | 700 | 700 | 4389% | 4389% | 2,146 | 610 | 2,068 | 3,056 | 29% | 4,556 |
| Upsale | | | | nm | nm | | | | | nm | |
| Oraclemobile.opr | | | | nm | nm | | 1,207 | | | 14% | |
| **Total** | 3,579 | 9,591 | 9,591 | 183% | 191% | 11,291 | 13,319 | 25,749 | 26,316 | 80% | 31,152 |
| **Expenses** | | | | | | | | | | | |
| Business On-Line - Rooms | 4,261 | 4,659 | 4,659 | 23% | 23% | 5,506 | 13,141 | 12,930 | 12,930 | 14% | 15,385 |
| OFO | 1,027 | 3,283 | 3,283 | 77% | 70% | 3,338 | 6,162 | 8,443 | 8,445 | 49% | 9,175 |
| Oracle Exchange | | 800 | 800 | nm | nm | 573 | | 672 | 672 | nm | 1,377 |
| E-Travel | 12,015 | 9,256 | 9,256 | 23% | 25% | 6,137 | 16,261 | 20,203 | 20,203 | nm | 26,416 |
| Upsale | 45 | | | nm | nm | | | 88 | 88 | nm | |
| Oraclemobile.com | 150 | | | nm | 100% | | 3,337 | 88 | 88 | 89% | |
| **Total** | 16,233 | 18,768 | 18,798 | 96% | 48% | 31,077 | 46,024 | 51,764 | 51,764 | 18% | 79,481 |
| **Margin** | | | | | | | | | | | |
| Business On-Line - Rooms | (4,972) | (150) | (150) | nm | nm | (112) | (12,279) | (5,148) | (8,434) | -81% | (4,449) |
| OFO | 145 | 485 | 485 | 48% | 48% | 510 | 3,601 | 4,753 | 4,753 | 28% | 1,641 |
| Oracle Exchange | | (840) | (840) | nm | nm | (520) | | (520) | (872) | nm | (1,317) |
| E-Travel | (12,098) | (8,559) | (8,559) | nm | nm | (6,680) | (15,181) | (18,137) | (18,137) | -3% | (21,519) |
| Upsale | (45) | | | nm | nm | | (4,030) | (88) | (88) | nm | |
| Oraclemobile.com | 23 | | | nm | 70% | | 87 | | (88) | -25% | (24,580) |
| **Total** | (16,653) | (9,217) | (9,217) | -114% | -140% | (7,287) | (32,706) | (25,450) | (26,110) | -18% | (47,330) |
| **Margin %** | | | | | | | | | | | |
| Business On-Line - Rooms | nm | 25% | | nm | nm | nm | -53% | -32% | -32% | -19% | |
| OFO | 7% | nm | | nm | nm | 17% | 35% | 36% | 36% | 33% | |
| Oracle Exchange | nm | nm | | nm | nm | nm | -301% | -77% | -77% | -32% | |
| E-Travel | nm | nm | | nm | nm | nm | nm | nm | nm | -37% | |
| Upsale | nm | nm | | nm | nm | nm | | | | -40% | |
| Oraclemobile.com | nm | | | nm | nm | nm | | | | nm | |
| **Total** | nm | nm | | nm | nm | nm | | | | -17% | |

CRCL 0003561
CONFIDENTIAL

Oracle Corporation Confidential

$ in Thousands at Budget Rates

ORACLE

| Marketing Global Alliances, Development & IS | Q1 FY01 Actuals | Q1 FY01 Forecast | Q1 FY01 Upside | Q1 FY01 Forecast Potential | Q1 Forecast vs PY % | Q1 Potential Growth % | Q1 vs PY Budget | YTD Actuals | Forecast | YTD PY+ Upside | Potential | YTD Forecast Growth % | YTD Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Marketing** | | | | | | | | | | | | | |
| Worldwide Marketing - (PJV) | $ 69,109 | $ 102,255 | | $ 1,500,210 | -40% | -56% | $ 112,071 | $ 210,982 | $ 203,211 | | 203,211 | -34% | 223,372 |
| Japan Marketing - Shiraby | 2,931 | 18,703 | | 18,703 | -40% | -10% | 17,703 | 24,008 | 39,003 | | 39,003 | -55% | 22,730 |
| **Total Marketing** | $ 72,111 | $ 120,987 | | $ 121,987 | -39% | -57% | $ 129,609 | $ 235,025 | $ 202,214 | | 203,214 | -31% | 281,112 |
| **Global Alliances - Jones** | $ 10,503 | $ 13,457 | | $ 13,217 | -35% | -25% | $ 15,529 | $ 30,309 | 35,533 | | 35,533 | -26% | 41,080 |
| **Development Expenses** | | | | | | | | | | | | | |
| Server System Products - Richard | $ 68,243 | $ 72,127 | $ 210 | $ 71,447 | -7% | -7% | $ 79,025 | 121,234 | 206,027 | $ 210 | 216,437 | -7% | 223,011 |
| Platform & CASE - Roche | 20,080 | 32,648 | | 32,648 | -8% | -5% | 40,851 | 82,549 | 92,448 | | 82,448 | -4% | 114,720 |
| Tools & Other - Abbasi | 19,144 | 26,363 | | 26,129 | -4% | -9% | 32,414 | 78,461 | 83,654 | | 83,654 | -4% | 94,071 |
| Financial & Other - RSON | 16,470 | 14,703 | | 14,703 | -15% | 4% | 13,012 | 16,430 | 34,512 | | 34,512 | 48% | 45,186 |
| ERP Applications - PLO* | 96,931 | 112,087 | | 112,087 | -21% | -21% | 116,114 | 207,108 | 108,633 | | 108,633 | 105% | 42,186 |
| CRM Applications - Swanachee | -4,087 | 47,519 | | 47,531 | -18% | -18% | 51,024 | 207,417 | 108,602 | | 108,533 | -20% | 126,826 |
| Other Product - Milson | 3,122 | 1,027 | | 1,027 | 7.6% | 14% | 1,087 | 128,417 | 128,602 | | 128,602 | 1% | 14,141 |
| **Total Development** | $ 235,029 | $ 310,974 | $ 210 | $ 310,704 | -11% | -11% | $ 339,134 | $ 416,038 | $ 461,741 | $ 210 | 461,995 | 28% | 65,186 |
| **Information Technology - Rogers** | | | | | | | | | | | | 7% | 870,977 |
| Information Technology - Training | $ 03,953 | $ 74,115 | | $ 71,183 | -17% | -17% | $ 74,198 | 78,893 | 205,518 | | 200,624 | -15% | 223,316 |
| Japan Information Technology - Shiraday | 2,453 | 1,XXX | | 4,993 | -17% | -47% | 2,404 | 8,929 | 12,232 | | 11,231 | -53% | 7,416 |
| **Total IT** | $ 06,411 | $ 78,493 | | $ 76,183 | -16% | -16% | $ 77,895 | $ 104,613 | 205,751 | | 220,050 | -17% | 229,312 |

ORCL 0003662
CONFIDENTIAL

Oracle Corporation Confidential

Quarterly_2Q08

**$ in Thousands at Budget Rates**

ORACLE

| G&A & Corporate | Q2 FY03 Actual | Q3 FY03 Forecast | Q3 FY03 Upside | Q3 Potential | Q3 Forecast vs PY % | Q3 Potential Growth % | Q3 FY03 Budget | YTD Actual | Forecast | YTD FY03 Units | Potential | YTD Potential Growth % | YTD Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **General & Administrative** | | | | | | | | | | | | | |
| Legal - Corporate | $ 6,330 | $ 4,078 | | $ 4,478 | 34% | 30% | $ 1,628 | $ 16,426 | 16,426 | | $ 16,426 | 22% | 12,442 |
| Human Resources - Worldwide | 11,893 | 12,061 | | 16,412 | 8% | 9% | 1,126 | 22,770 | 33,051 | | 33,051 | 4% | 21,696 |
| Finance - Admin | 42,534 | 50,021 | | 54,620 | -20% | -20% | 52,206 | 115,972 | 148,040 | | 148,046 | -3% | 115,463 |
| DBO G&A - Misc | 2,073 | 3,873 | | 3,873 | -21% | -21% | 1,414 | 9,785 | 10,611 | | 10,611 | -21% | 13,159 |
| Manufacturing & Distribution | 1,062 | 1,579 | | 1,579 | -11% | -11% | 1,743 | 5,101 | 875 | | 875 | 81% | 6,442 |
| JHQ G&A - Misc | 5,406 | 6,049 | | 6,049 | 1% | 7% | 7,818 | 17,093 | 17,953 | | 17,953 | -6% | 15,393 |
| **Total General & Administrative** | $ 70,379 | $ 76,291 | | $ 78,351 | -14% | -8% | $ 67,567 | $ 222,608 | 224,391 | | $ 224,391 | 5% | $ 207,460 |
| **Corporate** | | | | | | | | | | | | | |
| CEO - Ellison | $ 6,330 | $ 12,093 | $ 200 | $ 13,393 | -43% | -43% | $ 1,273 | 16,542 | 58,427 | 290 | 58,711 | -41% | 47,168 |
| CFO - Henley | 11,130 | 11,051 | | 11,354 | 4% | -4% | 10,234 | 28,418 | 31,007 | | 31,207 | -18% | 21,686 |
| Global Business Practices - Catz | 1,004 | 1,551 | | 1,354 | -30% | -29% | 2,311 | 2,013 | 2,408 | | 2,316 | -4% | 3,543 |
| Corporate Development - Catz | 1,004 | 1,892 | | 1,000 | -43% | -19% | 3,010 | 5,054 | 8,654 | | 3,944 | -4% | 8,482 |
| **Total Corporate** | $ 19,463 | $ 27,081 | $ 200 | $ 27,361 | -30% | -30% | $ 32,911 | $ 44,907 | 79,742 | 290 | $ 76,904 | -46% | $ 82,127 |
| | | | | | | | | | | | | | |
| Corporate Accounts | (24,807) | (8,715) | | (1,718) | nm | nm | (39,289) | (91,982) | (47,359) | | (44,259) | 34% | (116,223) |

ORCL 0003563
CONFIDENTIAL

Oracle Corporation Confidential

Comp1241_01.xls

ORCL 0003564
CONFIDENTIAL

ORACLE®

$ In Thousands at Actual Rates

**EXHIBIT 45**

# TOTAL COMPANY - Q3 FY01 FORECAST

ORACLE

## Constant Dollar Growth

| | Q3 01 Forecast vs Q3 00 Actual | | | | | | Q3 01 Potential vs Q3 00 Actual | | |
|---|---|---|---|---|---|---|---|---|---|
| | Revenue Growth | Margin % | Margin Growth % | Pipeline Growth % | TOTAL | | Revenue Growth | Margin % | Margin Growth |
| TOTAL | 23% | 64% | 20% | 31% | License | | 37% | 30% | 34% |
| License | 16% | 19% | 0% | | Consulting | | 10% | 19% | 2% |
| Consulting | 27% | 52% | 40% | | Support | | 27% | 62% | 43% |
| Support | 0% | 41% | 1% | | Education | | 0% | 41% | 4% |
| Education | 103% | -129% | | | Other | | 103% | -129% | |
| Other | | | | | **Total Revenue** | | | | 30% |
| **Total Revenue** | 37% | 55% | 10% | | | | | | |
| **LICENSE** | | | | | **LICENSE** | | | | |
| OPI - Sanderson | 84% | 87% | 118% | 0% | OPI - Sanderson | | 122% | 71% | 103% |
| Germany - Jaeger | 34% | 58% | 73% | 40% | Northern Europe - Jamiel | | 40% | 33% | 74% |
| Asia Pacific - Williams | 91% | 45% | 42% | 74% | Germany - Jaeger | | 38% | 59% | 72% |
| Northern Europe - Jamiel | 26% | 47% | 41% | 33% | Asia Pacific - Williams | | 35% | 60% | 40% |
| Japan - Sano | 20% | 73% | 18% | 45% | Japan - Sano | | 31% | 74% | 30% |
| ICS - Nussbaum | 17% | 66% | 3% | 0% | UK, Ireland & South Africa - Smith | | 37% | 45% | 41% |
| Southern Europe - Bonzano | 18% | 57% | 20% | 17% | Latin America - Sanderson | | 36% | 36% | 13% |
| UK, Ireland & South Africa - Smith | 16% | 39% | 3% | 5% | Southern Europe - Bonzano | | 27% | 59% | 32% |
| Latin - Roberts | 17% | 33% | -6% | 37% | ICS - Nussbaum | | 19% | 56% | 8% |
| Latin America - Sanderson | 10% | 88% | -24% | 39% | France & Middle East - Amier | | 12% | 40% | 20% |
| France & Middle East Amier | 0% | 45% | 7% | 21% | NAS - Moore | | 17% | 60% | 0% |
| **Total License Revenue** | 31% | 54% | 22% | 21% | **Total License Revenue** | | 37% | 56% | 34% |
| **CONSULTING** | | | | | **CONSULTING** | | | | |
| Japan - Sano | 76% | 24% | | | Japan - Sano | | 76% | 24% | |
| Europe HQ - Obszarze | 50% | 3% | 104% | | Europe HQ - Obszarze | | 59% | | 104% |
| UK & Ireland - Kingston | 34% | 22% | 29% | | UK & Ireland - Kingston | | 34% | 22% | 29% |
| OGI - Nussbaum | 85% | 17% | -14% | | OGI - Nussbaum | | 20% | 10% | -14% |
| Asia Pacific - Williams | 30% | 10% | 47% | | Asia Pacific - Williams | | 30% | 10% | 62% |
| Southern Europe - Obszarze | 16% | 23% | 6% | | Southern Europe - Obszarze | | 16% | 23% | 6% |
| Latin America - Sanderson | 4% | 17% | -17% | | Latin America - Sanderson | | 2% | 17% | -17% |
| France - Lempre | 5% | 16% | 8% | | France - Lempre | | 2% | 16% | 0% |
| NAS - Sanderson | 0% | 22% | -10% | | NAS - Sanderson | | 5% | 22% | -10% |
| Germany - Bryton | -13% | 8% | 43% | | Germany - Bryton | | -13% | 8% | -23% |
| **Total Consulting Revenue** | 39% | 19% | 2% | | **Total Consulting Revenue** | | 19% | 19% | 3% |

ORCL 0003548
CONFIDENTIAL

Oracle Corporation Confidential

**TOTAL COMPANY - Q3 FY01 FORECAST**

$ in Thousands at Actual Rates

**ORACLE**

| | Q2 FY00 Actuals | Q2 FY01 Forecast | Q2 FY01 Forecast Upside | Potential | Q3 FY01 Forecast w/ FY% | Q3 Potential Growth % | YTD Actuals | YTD FY01 Forecast | YTD FY01 Forecast Upside | Potential | YTD Potential Growth % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | |
| License | | | | | | | | | | | |
| Consulting | | | | | | | | | | | |
| Support | | | | | | | | | | | |
| Education | | | | | | | | | | | |
| Other | | | | | | | | | | | |
| Other/Non-Dishbtle | | | | | | | | | | | |
| **Total Revenues** | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | |
| License | | | | | | | | | | | |
| Consulting | | | | | | | | | | | |
| Support | | | | | | | | | | | |
| Education | | | | | | | | | | | |
| Other | | | | | | | | | | | |
| Marketing | | | | | | | | | | | |
| Other Alliance | | | | | | | | | | | |
| G&A | | | | | | | | | | | |
| Development I.IT | | | | | | | | | | | |
| Community Technology | | | | | | | | | | | |
| Corporate | | | | | | | | | | | |
| Corporate Accruals | | | | | | | | | | | |
| **Total Operating Expenses** | | | | | | | | | | | |
| **Operating Income** | | | | | | | | | | | |
| **Operating Margin %** | | | | | | | | | | | |
| Other (Income)/Expense | | | | | | | | | | | |
| Investment (Gains)/Minority Loss | | | | | | | | | | | |
| Pre-Tax Income | | | | | | | | | | | |
| **Pre-Tax Margin %** | | | | | | | | | | | |
| Tax Rate | | | | | | | | | | | |
| **Net Income (1)** | | | | | | | | | | | |
| Weighted Average Shares | | | | | | | | | | | |
| **Earnings Per Share (1)** | | | | | | | | | | | |
| **Actual Operation** | | | | | | | | | | | |

(1) GAAP NIC and YTD GAAP Net Income excludes Investment Gains and Minority Losses. Net Income and EPS below assume items for GAAP are shown below.

| Items: | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Consulting | | | | | | | | | | | |
| Support | | | | | | | | | | | |
| Education | | | | | | | | | | | |
| Other | | | | | | | | | | | |
| **Total (Indirect Revenues)** | | | | | | | | | | | |

Oracle Corporation Confidential

Quarter_Data

ORCL 0003549
CONFIDENTIAL

Ø034

**TOTAL COMPANY - Q3 FY01 FORECAST**　　　　　　　ORACLE

$ In Thousands at Budget Rates

| | Q3 FY01 Actuals | Q3 'y' Forecast Forecast | Q3 'y' Forecast Upside | Q3 'y' Forecast Potential | Q3 Forecast vs. PY% | Q3 Potential Growth % | YTD Actuals | YTD FY01 Forecast | YTD FY01 Upside | YTD FY01 Potential | YTD Potential Growth % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | |
| License | $1,003,792 | $1,204,597 | $84,910 | 1,352,107 | 13% | 22% | $2,482,377 | $3,114,318 | $84,910 | $3,269,779 | 31% |
| Consulting | 592,217 | 593,324 | | 550,694 | 10% | 10% | 1,662,166 | 1,416,472 | | 1,646,472 | 2% |
| Support | 572,727 | 553,532 | | 643,091 | 27% | 29% | 2,076,794 | 2,393,925 | 11,535 | 2,577,480 | 39% |
| Education | 724,597 | 123,564 | 11,535 | 113,594 | 0% | 0% | 365,172 | 354,061 | | 356,091 | -5% |
| Other | 120,361 | 9,548 | | 9,548 | 180% | 130% | 13,917 | 25,293 | | 25,193 | 102% |
| Other Non-Division | 3,270 | | | | | | 1,035 | | | | |
| **Total Revenues** | $2,445,169 | $2,567,824 | $108,442 | $591,731 | 15% | 15% | $8,552,333 | $7,887,460 | $100,465 | $7,973,364 | 21% |
| **Expenses** | | | | | | | | | | | |
| License | 479,972 | 556,373 | 14,307 | 869,559 | -21% | -10% | $1,100,300 | $1,658,950 | 14,327 | 1,492,273 | -13% |
| Consulting | 535,327 | 447,618 | | 447,618 | -11% | -12% | 1,316,845 | 1,284,254 | (1,714) | 1,284,254 | -15% |
| Support | 199,399 | 11,353 | (5,214) | 185,229 | 1% | 2% | 142,473 | 168,234 | | 490,901 | 0% |
| Education | 74,181 | 72,551 | | 72,011 | 3% | 2% | 226,646 | 216,862 | | 216,862 | -12% |
| Other | 23,233 | 21,356 | | 21,765 | -8% | 6% | 46,304 | 51,794 | | 91,704 | -37% |
| Marketing | 77,144 | 121,087 | | 121,087 | -61% | -37% | 215,684 | 323,014 | | 353,014 | 4% |
| Global Alliances | 10,063 | 12,127 | | 19,251 | -60% | -20% | 32,639 | 33,582 | | 33,582 | 3% |
| G&A | 70,370 | 78,251 | | 310,731 | -6% | -4% | 236,931 | 224,381 | 210 | 225,391 | -1% |
| Development | 178,247 | 190,274 | 210 | 75,249 | -11% | -11% | 631,035 | 663,746 | | 641,966 | -17% |
| Information Technology | 63,419 | 75,149 | 210 | 22,941 | -15% | -16% | 156,833 | 215,808 | 210 | 215,369 | -47% |
| Corporate | 21,443 | 27,551 | | 9,735 | -32% | -30% | 49,887 | 78,142 | | 78,432 | -65% |
| Corporate Accruals | (24,942) | (27,715) | | | na | 72% | (44,082) | (45,250) | | (42,250) | 34% |
| **Total Operating Expenses** | $1,611,773 | $1,885,241 | $9,463 | 1,966,115 | -17% | -17% | $4,169,533 | $5,121,131 | $8,482 | $5,197,651 | -7% |
| **Operating Income** | $771,420 | $1,032,841 | $98,983 | $1,079,254 | | 29% | $3,782,813 | $13,771,341 | $97,983 | $2,775,664 | 65% |

Notes:
| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Consulting | 552,027 | 593,324 | 11,535 | 593,834 | 10% | 19% |
| Support | 724,697 | 565,532 | | 641,054 | 27% | 23% |
| Education | 122,351 | 107,894 | | 123,634 | 0% | 0% |
| Other | 3,316 | 9,546 | | 9,543 | 15% | 15% |
| **Total Services Revenues** | $1,360,721 | $1,257,491 | $11,535 | $1,254,102 | 10% | 20% |

ORCL 0003530
CONFIDENTIAL

Q3rptq01_22.04

Oracle Corporation Confidential

☑035

| Corporate Adjustments | License | Support | Education | Consulting | Total |
|---|---|---|---|---|---|
| Int Revenue Transfers | | $ | $ | $ | $ |
| US Bad Debt Adjustment | | | | | |
| Management Judgment | | | | | |
| Total | $ | $ | $ | $ | $ |

**License By Product**

| | | |
|---|---|---|
| Technology | 922,175 | 78% |
| ERP | 177,386 | 15% |
| CRM | 75,918 | 6% |
| Total | 1,155,480 | 100% |

Bad Debt Give Back            Total $

Management Judgment            Total $

**Bad Debt Adjustment**

| | |
|---|---|
| License | 55% |
| Support | 23% |
| Education | 3% |
| Consulting | 16% |
| Total | 100% |

Q3upside1_22.xls

ORCL 0003551
CONFIDENTIAL

Oracle Corporation Confidential

SENT BY: MORRIS AND MORRIS;          3024260408;          MAY-28-03  4:12PM;          PAGE 1

## MORRIS and MORRIS LLC
### COUNSELORS AT LAW

Suite 803
1105 North Market Street
Wilmington, Delaware 19801
(302) 426-0400

Facsimile: (302) 426-0406

firm@morrisandmorrislaw.com

### TELECOPY COVER SHEET

**To:**      Alicia Read

**Telecopier No:**      650 233-0323

**Client Charge:**      Oracle

**From:**      Karen Morris

**Date:**      May 28, 2003 (4:51PM)

**Total Pages (Including Cover Sheet): 4**

**COMMENTS:**      Attached is a copy of the Order in the Delaware Court. Please have Ray review this.

PLEASE NOTE   THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE ATTORNEY-CLIENT PRIVILEGED, MAY CONSTITUTE INSIDE INFORMATION, AND IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER AT (302) 426-0400 AND RETURN ALL ITEMS RECEIVED IN THE TRANSMISSION TO US AT THE ADDRESS ABOVE VIA THE UNITED STATES POSTAL SERVICE. THANK YOU.

In the event of problems concerning transmission, please call (302) 426-0400

SENT BY: MORRIS AND BURRIS;         302428040B;      MAY-28-03  4:13PM;      PAGE 2
          05/26/2003  12:13   5557924                      BIGGS AND BATTAGLIA                PAGE  02

# IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| IN RE ORACLE CORP.<br>DERIVATIVE LITIGATION | )<br>)  Consolidated<br>)  C.A. No. 18751<br>) |

## ORDER

IT IS HEREBY ORDERED, this ____ day of May, 2003, upon consideration of the Motion for Protective Order of the Special Litigation Committee (the "Committee") of Nominal Defendant Oracle Corporation ("Oracle"), and the parties' arguments with respect thereto, and for the reasons stated by the Court on the record during the May 16, 2003 hearing on the Motion for Protective Order, that the Motion for Protective Order is GRANTED, and it is FURTHER ORDERED as follows:

1. Mr. Lane and Plaintiffs' counsel shall both separately identify in writing all confidential information disclosed, summarized, described, characterized or otherwise communicated or made available to Mr. Lane.

2. Mr. Lane and Plaintiffs' counsel shall both separately identify in writing those persons or entities, including Kleiner Perkins or any of its partners of Kleiner Perkins, to whom Mr. Lane disclosed any confidential information, information derived from confidential information or any analysis, study, computation or use of confidential information.

WP3:589404.1

SD310.1001

08/08/2007  12:54  FAX  3022552213

SENT BY: MORRIS AND MORRIS;        3024280408;        MAY-28-03  4:13PM;        PAGE  9
05/28/2003  12:13   6557924            BIGGS AND BATTAGLIA            PAGE  09

3.     Any of the following materials shall be promptly delivered or returned to counsel for the Committee:

a.     the originals and all copies, whether in whole or in part, of the Committee's Report, any exhibits to the Report, any materials produced in discovery in this action, and all internal Oracle documents and information provided to Mr. Lane as described in the Lane Affidavit (collectively, the "confidential information");

b.     any documents, databases, disks, DVDs, CDs or any other medium for storage of information containing any confidential information, any information derived from confidential information, or any analysis, study, computation, or use of confidential information or information derived from confidential information; and

c.     any confidential information, any information derived from the confidential information and any analysis, study, computation or use of the confidential information including any documents, databases, disks, CDs, DVDs, or any medium for the storage of information containing any of the foregoing, provided by Mr. Lane to any person or entity, including Kleiner Perkins or any of its partners.

4.     Both Mr. Lane and Plaintiffs' counsel shall submit separate sworn affidavits certifying that all of the materials referred to in the preceding paragraph have been delivered or returned to the Committee.

WP3:920496.1                                                                59719.1001

@009

06/08/2007  12:54  FAX  3022552213

SENT BY: MORRIS AND MORRIS;          3024260408;          MAY-28-03   4:13PM;          PAGE 4/4
            05/28/2003   12:13   6557924                              BIGGS AND BATTAGLIA                 PAGE   04

5.   Mr. Lane, Plaintiffs, and Plaintiffs' counsel shall, on or before ~~May~~ June 3 2003 ~~,~~ 2003, identify and, wherever possible, produce copies of, all communications of any nature between Plaintiffs' counsel and Mr. Lane, including all written or electronic communications and documents referring to any written or oral communications.

6.   Mr. Lane, Plaintiffs, and Plaintiffs' counsel shall, on or before ~~May~~ June 3, 2003 ~~,~~ 2003, identify and, wherever possible, produce copies of, all communications of any nature between Mr. Lane and any other witness or any expert consulted by Plaintiffs, including all written or electronic communications and documents referring to any written or oral communications.

7.   Mr. Lane, Plaintiffs, and Plaintiffs' counsel shall, on or before May June 3 2003 ~~,~~ 2003, identify and, wherever possible, produce copies of, all communications of any nature between Mr. Lane and any person or entity identified by Mr. Lane which refers or relates to the confidential information, information derived from the confidential information and any analysis, study, computation or use made of the confidential information, including all written or electronic communications and documents referring to any written or oral communications.

_____
Vice Chancellor

WP3:883486.1

3

591910.1001

☒ 010

NO.002   P.1/5

## MORRIS and MORRIS LLC
### COUNSELORS AT LAW

Facsimile: (302) 426-0406

Suite 803
1105 North Market Street
Wilmington, Delaware 19801
(302) 426-0400

firm@morrisandmorrislaw.com

## TELECOPY COVER SHEET

**To:**            Alice Read

**Telecopier No:**  650 253 0323

**Client Charge:**  Oracle

**From:**          Karen Morris

**Date:**          April 7, 2003 (3:51PM)

**Total Pages (Including Cover Sheet):**  5

**COMMENTS:**  Please call into Residence at 5:00pm Pacific time. The call in number is 1-888-742-8686; the id no is 2323272#. Thanks so much for your help. Karen

PLEASE NOTE: THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE ATTORNEY-CLIENT PRIVILEGED, MAY CONSTITUTE INSIDE INFORMATION, AND IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER AT (302) 426-0400 AND RETURN ALL ITEMS RECEIVED IN THE TRANSMISSION TO US AT THE ADDRESS ABOVE VIA THE UNITED STATES POSTAL SERVICE. THANK YOU.

In the event of problems concerning transmission, please call (302) 426-0400

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

---x

IN RE ORACLE CORP. DERIVATIVE       :      CONSOLIDATED
LITIGATION                   :      CIVIL ACTION NO. 18751

---x

I, Raymond J. Lane, now come before the Court and testify as follows:

1.     From 1992 through July 2000, I served in various executive capacities at the Oracle Corporation. I joined the Company in 1992 as President of Oracle USA and held this position until October 1993. From October 1993 to July 1996, I served as Executive Vice President of World Wide Operations. From July 1996 until July 2000, I served as President and Chief Operating Officer of the Company and as a member of Oracle's Board of Directors.

2.     As a member of the Executive Committee and the Board of Directors and prior to that as the head of World Wide Operations, I became deeply knowledgeable about all aspects of the company's operations, management and financial condition.

3.     Both as Executive Vice President and Chief Operating Officer, I was also deeply involved in the executive management process, overseeing each division of the Company (other than Development and Finance which reported to Larry Ellison and Jeff Henley respectively) on virtually a daily basis. This process included constant discussions with division heads and senior sales personnel and participation in weekly Executive Management Committee (EMC) meetings. I also interacted with securities analysts following Oracle's stock. Together with Jeff Henley, I participated in quarterly conference calls with analysts. I attended periodic meetings of analysts to report on the progress of the business and I met regularly with individual analysts while I was at the Company.

4.     Before joining Oracle, I was a senior partner with Booz-Allen & Hamilton, where I led the Information Systems Group and served on the firm's Board of Directors. Prior to joining Booz-Allen, I served as division vice-president at Electronic Data Systems. I previously spent ten years with IBM serving in various product management, sales and marketing positions. I left Oracle in July 2000 to become a General Partner at Kleiner Perkins Caufield & Byers, a venture capital firm, where I continue to work today.

5.     I was contacted by plaintiffs' counsel and provided with internal Oracle documents and information regarding the company's operations and financial condition for Q2/Q3 FY '01, including Flash Reports, EMC Reports, pipeline reports, internal emails, Upside Reports, interview summaries of certain Oracle personnel and segments of the Report of the Special Litigation Committee, which counsel advised me had been formed by the Oracle Board in response to the

litigation. I focused my review on information regarding interim company performance during Q3 FY 2001.

6.      Based on my review of the information contained in these documents, it is my opinion that there were a number of indications of softening in Oracle's License business. December License revenue and growth rate over Q3 '00 was flat, absent a one-time deal the Company booked in the first few days of Q3 '01. Both the pipeline growth percentage and License upside were declining. Division level reports showed continued softening in the business throughout January 2001. This information would have been of keen interest to the investment community and, taken as a whole, would have raised serious concern such that I would not have sold Oracle stock if this information had not been public.

7.      Actual December FY 01 Revenue results contained in a January 17, 2001 email from Larry Garnick, showed virtually flat USD License revenue for the month of December 2000 and a virtually non-existent growth rate over December 1999 absent the Covisint deal.

8.      To accurately assess the license revenue operation, and the direction of the license revenue business, Covisint's results must be backed out of the December revenue actuals. Except for the technical timing of the booking of the revenues, the Covisint deal was not a Q3 deal and was not indicative of the business at that time or relevant in assessing its prospects going forward. The negotiation of the Covisint deal was virtually complete by July 2000. The deal was structured as a long-term license partnership arrangement providing for in excess of $200 million in revenues to Oracle over an extended contract period.

9.      Ellison himself decided to change the structure of the transaction, eliminating the long term partnership structure and providing for a one-time, lump sum payment to Oracle of $60 million. Q2 of FY '01 was spent renegotiating the structure of the deal. These negotiations were completed in Q2 and the deal was executed in the first few days of Q3, resulting in revenue technically being earned in Q3. The Covisint transaction was unique. Nor was it anticipated a deal of this magnitude and structure would be replicated.

10.      Actual performance data, including license revenue, combined with real time interface with the Division Heads regarding their sales, were the most important gauges of the Company's business and its prospects. These were the gauges Larry Ellison and I routinely relied on in assessing the Company, both on an intra-quarter basis and going forward. The fact that, absent Covisint, actual License revenue and the License revenue growth rate for December 2000 was flat were red flags indicating softening in the Licensing business, and would have caused me to delve more deeply into the operational strength and prospects of the License operation. Although just the first month of the quarter, this information, combined with the pipeline and upside declines reflected in the internal documents, was indicative of a weakening in the license business.

2

11.     In assessing the trend for the quarter and thereafter, analysts would have been very interested in the fact the license revenue absent Covisint was flat as was the revenue growth rate on a year-over-year (YOY) comparative basis.

12.     In addition to actual license revenue, the Company carefully tracked pipeline data, including pipeline growth percentages.  The pipeline tracked projected revenue for each deal, weighted by a percentage likelihood of the deal closing in the relevant quarter.  Jeff Henley kept detailed historic information tracking pipeline performance and, over time, had developed an extensive database of detailed pipeline data.

13.     As a gauge in tracking a quarter's interim performance and the Company's operations, pipeline growth percentage was calculated on a weekly basis and compared to the pipeline data from the same week in the prior year's quarter.  Pipeline growth percentage was a significant indicator of the strength and direction of a business unit.

14.     A critical red flag during this period was the decline in the pipeline growth percentage.  The pipeline growth percentage for License fell from 52% on December 8, 2000 to 34% on December 25, 2000 to 31% by January 29, 2001.  This decline was a significant red flag of softening in the License business.  These pipeline growth figures were routinely reported at the weekly EMC meetings and were reflected in Minton's Q3 Upside Reports.

15.     Emails from division personnel raised additional red flags regarding the continuing softening in January 2001 in the License business.  In an email from David Winton to Jennifer Minton dated January 11, 2001, Winton reports the pipeline had not grown as anticipated, a lack of big deals, a drop in Technology with both General Business and Majors seeing a slowdown both in Q3 and Q4, and a burst in GB's dot.com bubble, with the West division expected to end $30 to $40 million behind budget.  Although Winton was keeping to the NAS Q3 forecast, the information contained in the email is a red flag indicating softening in the NAS business continuing into January 2001.

16.     An email from Kelly to Sanderson and English dated January 17, 2001 provides a detailed forecast review for OPI License Q301, citing a base forecast of $150 million in forecasted revenue for the quarter, and an 30% YOY growth rate.  The Covisint deal was substantially attributed to OPI.  Adjusted for Covisint, OPI experienced an actual growth rate of less than 10% reflecting a weakening in the business.  Kelly also forecast negative growth for Q4 of 16%, 65% of target.

17.     A January 18, 2001 email from Kopp to Minton details the basis for the OSI Q3 forecast.  Jeffrey Nussbaum, the OSI division head, applied $91 million in "judgment" to the SVP Commit levels to arrive at a forecast of $225 million.  Nussbaum was consistently aggressive in his forecasts, and was viewed as such by both Ellison and me.  This level of judgment, combined with the forecasts' reliance on large deals, in particular a prospective Bell South deal, and the historical aggressiveness of this Division head's forecasts, calls into question the reliability of the $225 million

3

044

forecast. Based on the data provided and my past experience with the Company a reasonable forecast for OSI would have been in the $150-160 million range.

18.     Adjusted appropriately, and in combination with the OPI assessment absent Covisint, these emails raise concern regarding the continuing deterioration in the license operation and revenue.

19.     An additional red flag was Jennifer Minton's reduction of her upside twice in January 2001. She lowered her upside for License $65 million on January 12, 2001 and $51.5 million again on January 29, 2001. This decline reflected the continued weakening in the License business in January. Based on my experience at the Company, upside reports (at that time prepared under my direction) were reviewed at the weekly EMC meetings. Declines in an upside of this amount and the basis for them would have been discussed in detail.

20.     Until approximately July 2000, I was responsible for generating a weekly upside revenue projection at Oracle. Critical to my ability to perform this assessment was the fact that I was intimately familiar not only with the operations but also with the pattern and reliability of each division head's forecasting, and I applied that knowledge to assessing a reasonable upside adjustment. Like Ellison, I relied on detailed conversations with division and sales personnel to assess applying an "upside" to the base forecast each division head reported. Minton took over this responsibility from me in the summer of 2000. Because she lacked the same depth of operational experience, knowledge, relationship, and history with the division heads, Minton's upside would not have been used as the primary tool to assess the Company's ongoing business operations or to predict Company performance. The decline in her upside, however, is an additional indication of a weakening trend in License revenue.

21.     Based on my knowledge of Oracle's operations and the information I reviewed, it is my opinion the internal information described above was indicative of a weakening in Oracle's business; this information would have been relevant to analysts in assessing Oracle's business prospects; and this information likely would have had a negative impact on the price of Oracle stock if made public at the time. The December actuals, combined with the declining pipeline and upside information, would have raised sufficient concern regarding the trend in the License business that I would not have traded in Oracle stock if with the Company at that time.

4

☑045

**Alicia Read**

**From:** Alicia Read
**Sent:** Monday, March 31, 2003 5:14 PM
**To:** Raymond Lane
**Subject:** More Monday Things

1) Tehama doesn't serve dinner Thursday nights...where would you like to have dinner in Carmel next Thurs for your Christmas Present Days?
Also, have you talked to Stef about departure timing and all that?  Just want to make sure she is in the know on the plans.

2) The judge on this case for which you are speaking to Karen Morris is considering alternate dates for your appearance in court, possibly meaning you would fly out and back for this only.  We are possibly looking at May 27 or 28.
1) Are you willing to do this?
2) If so, are you willing to fly first class commercially?
3) If you were to take your own plane, what would you bill them?

3) For SOI IT committee expenses, do you want to pay them personally or have SOI reimburse?

4/1/2003

COMPANY EARNINGS PER SHARE PROJECTIONS — Q2FY2000 to Q2FY2001
ACTUAL RATE PROJECTIONS
FROM "UPSIDE" REPORTS — VOLUMES 20 & 21

06/08/2007 12:57 FAX 3022552213

@048

☑ 048

APR. 1.2003  11:27AM   MORRIS AND MORRIS                    NO.971    P.1/24

# MORRIS and MORRIS LLC
## COUNSELORS AT LAW

Facsimile: (302) 426-0406

Suite 803
1105 North Market Street
Wilmington, Delaware 19801
(302) 426-0400

firm@morrisandmorrislaw.com

## TELECOPY COVER SHEET

**To:**  Alicia Reade

**Telecopier No:**  650 233 0333

**Client Charge:**  Oracle

**From:**  Karen L. Morris

**Date:**  April 1, 2003

**Total Pages (Including Cover Sheet):**  24

**COMMENTS:** Alicia—attached are materials to which Ray may want to refer during our call. I have also attached an index of them. The handwritten number in the top right corner of the first page of each document corresponds to the numbered index. You may want to put a post-it on the first page of each doc labeled with its corresponding index number for ease of reference. The call-in number for the call is 1-888-742-8686; id number 2223272#. Thank you for all your help. Karen Morris

PLEASE NOTE: THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE ATTORNEY-CLIENT PRIVILEGED, MAY CONSTITUTE INSIDE INFORMATION, AND IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER AT (302) 426-0400 AND RETURN ALL ITEMS RECEIVED IN THE TRANSMISSION TO US AT THIS ADDRESS ABOVE VIA THE UNITED STATES POSTAL SERVICE. THANK YOU.

In the event of problems concerning this facsimile, please call (302) 426-0400

## Index of Faxed Documents

1.    December 14, 2000 Oracle Press Release

2.    March 1, 2001 Oracle Press Release

3.    January 11, 2001 email from Winton to Minton

4.    January 17 2001 email from English to Minton

5.    January 17, 2001 email from Garnick

6.    January 17, 2001 email from Kelly to Sanderson

7.    January 18, 2001 email from Kopp to Minton

8.    January 29, 2001 email from Winton to Roberts

9.    SLC Report excerpt re December 2000 Flash Report

APR. 1.2003   11:28AM     MORRIS AND MORRIS

**DOWJONES**
     **Newswires**℠

HD Oracle CFO 'Very Optimistic' About 3Q And Beyond
BY By Paula L. Stepankowsky
OR OF DOW JONES NEWSWIRES
WC 1,213 words
PD 14 December 2000
ET 17:44
SN Dow Jones News Service
SC DJ
LA English
CY (Copyright (c) 2000, Dow Jones & Company, Inc.)

LP
     LONGVIEW, Wash., -(Dow Jones)- Despite slowing growth in the PC market and wider concern about the high-tech industry, Oracle Corp. (ORCL) executives said they are "very optimistic" about sales for the company in

http://global.factiva.com/en/arch/display.asp

the fiscal third quarter and beyond.

In a conference call with analysts after the market closed Thursday, Oracle Chief Financial Officer Jeff Henley said that while the U.S. economy and the PC business may be slowing, Oracle sees no slowing in its business. Henley said the company's business is tied to the Internet, a growing sector.

TO

"Our business does not correlate at all with the PC business," Henley told analysts. "Not all tech companies are the same. We're in a sector much more immune to economic concerns."

After the market closed Thursday, the Redwood Shores, Calif., software giant reported fiscal 2001 second-quarter earnings of $623 million, or 11 cents a share, on revenue of $2.66 billion.

Earnings per share were 1 cent higher than analysts' expectations, although database sales, at $775 million, were at the low end of analysts' expectations. Application sales increased 20% to $270 million in the quarter, somewhat higher than analysts were expecting.

Henley told analysts that the company expects to show a 20% to 25% increase in its database sales in the third quarter in constant dollars. The company prefers to quote its sales projections in constant dollars in order to account for the negative effect of currency fluctuations.

Henley said the company estimates that at present currency rates, there will be a 5% negative effect on third quarter sales, with a 3% negative effect on fourth quarter sales.

Excluding currency-rate adjustments, the company expects database sales to increase between 15% and 20% in the third quarter.

Application software revenue are expected to increase 50% in the third quarter in constant dollars, or 75% including foreign-currency adjustments.

Software license revenue is expected to increase 20% in the third quarter, or 30% in constant dollars, Henley said.

He said Oracle is backing earlier guidance in terms of revenue for the fourth quarter. Henley also backed analyst estimates that Oracle would earn 13 cents a share in the third quarter.

"We're off to a great start in the third quarter, and have had a pretty fantastic first half of December," said Larry Ellison, Oracle's chief executive, adding that he's particularly optimistic about the company's new application software.

Asked about the strength of corporate capital budgets for high-tech spending, Henley said Oracle's products are at the very high end of what people care about, so my assumption is that's why we don't see any decrease in our demand."

Henley added that while the company has seen some slowdown in sales to dot-com companies, that's been offset by traditional companies buying more.

Ellison said Oracle has been able to hold its prices "pretty well" against its competition, which includes International Business Machines (IBM) and Microsoft Corp. (MSFT)

Henley said that he thinks it's possible the company could end the fiscal year with an operating margin of 40%, but he said that is in the "high range."

"If we did only 39%, I wouldn't be crying," Henley said. "We feel very good we're going to have another great year of margin expansion no matter what."

At the end of the fiscal second quarter, the company's operating margin increased 11 points to 36%.
 -By Paula L. Stepankowsky, Dow Jones Newswires, 360-636-2008, paula.stepankowsky@dowjones.com

(Corrected 12-15-00)

OF DOW JONES NEWSWIRES

http://global.factiva.com/en/arch/display.asp

APR. 1.2003 10:10AM   FORRIS AND ...

(This item was originally published late Thursday.)

LONGVIEW, Wash. (Dow Jones)--Despite slowing growth in the PC market and wider concerns about the high-tech industry, Oracle Corp. (ORCL) executives said they are "very optimistic" about sales for the company in the fiscal third quarter and beyond.

In a conference call with analysts after the market closed Thursday, Oracle Chief Financial Officer Jeff Henley said that while the U.S. economy and the PC business may be slowing, Oracle sees no slowing in its business. Henley said the company's business is tied to the Internet, a growing sector.

"Our business does not correlate at all with the PC business," Henley told analysts. "Not all tech companies are the same. We're in a sector much more immune to economic concerns."

After the market closed Thursday, the Redwood Shores, Calif., software giant reported fiscal 2001 second-quarter earnings of $623 million, or 11 cents a share, on revenue of $2.66 billion.

Earnings per share were 1 cent higher than analysts' expectations, although database sales, at $775 million, were at the low end of analysts' expectations. Application sales increased 66% to $279 million in the quarter, somewhat higher than analysts were expecting.

Henley told analysts that the company expects to show a 29% to 25% increase in its database sales in the third quarter in constant dollars. The company prefers to quote its sales projections in constant dollars in order to account for the negative effect of currency fluctuations.

Henley said the company estimates that at present currency rates, there will be a 5% negative effect on third quarter sales, with a 3% negative effect on fourth quarter sales.

Excluding currency-rate adjustments, the company expects database sales to increase between 15% and 20% in the third quarter.

Application software revenue are expected to increase 50% in the third quarter in constant dollars, or 73% including foreign-currency adjustments.

Software license revenue is expected to increase 25% in the third quarter, or 30% in constant dollars, Henley said.

He said Oracle is backing similar guidance in terms of revenue for the fourth quarter. Henley also backed analyst estimates that Oracle would earn 13 cents a share in the third quarter.

"We're off to a great start in the third quarter, and have had a pretty fantastic first half of December," said Larry Ellison, Oracle's chief executive, adding that he's particularly optimistic about the company's new application software.

Asked about the strength of corporate capital budgets for high-tech spending, Henley said Oracle's products are at the "very high end of what people have about, so my assumption is that's why we don't see any decrease in our demand."

Henley added that while the company has seen some slowdown in sales to dot-com companies, that's been offset by "traditional companies buying more."

Ellison said Oracle has been able to hold its prices "pretty well" against its competition, which includes International Business Machines (IBM) and Microsoft Corp. (MSFT)

Henley said that he thinks it's possible the company could end the fiscal year with an operating margin of 40%, but he said that is in the "high range."

"If we did only 35%, I wouldn't be crying," Henley said. "We feel very good we're going to have another great year of margin expansion no matter what."

At the end of the fiscal second quarter, the company's operating margin increased 11 points to 38%.
   -By Paula L. Stepankowsky, Dow Jones Newswires, 360-636-2008, paula.stepankowsky@dowjones.com

2/20/03

HPR. 1.7005  11:42:11   ...-..
Page 104 of 169

CO DRCLE: ORACLE CORPORATION (USA)

IN I3302: Computers/Electronics | I330202: Software | I3302021: Applications Software | ICOMP: Computing

NS C15: Performance | C152: Earnings Projections | GCAT: Corporate/Industrial News | E11: Economic Performance | ECAT: Economic News

RE NAMZ North America (Regional Focus) | NAMZ: North American Countries | USA: United States | USCA: United States - California | USW: Western U.S.

IPC MMR | TEC | NND | SOF | DCD | DCS | DEU | DEC | CON | DOW1 | CNF | SNEW | WEI | CAC | CRX | DIG | DOWB | EXP | ENGL | ECO | CA | NNE | PRO | US | USW

INFO Network: Menu Code | Technology | Networks and Code | Software | Computer Hardware | Computer Software | Corporate Earnings | General Economic Stories | Dow Jones News Service | Dow Jones News Wires | Conferences | Spot News | Dow Jones Total Market Index | Corporate Actions | Corrected Stories, Releases | Dow Jones News Special Reports | Dow Jones Newswires Web Service | Earnings Projections | English language content | Economic News, Trends and Analysis, U.S. | California | North America | Pacific Rim | United States | . Western U.S.

PUB Dow Jones & Company

AN Document dj00000826010305dmco04crx

HFR. 1.2001   11:LAM   ..

# ORACLE

Oracle Announces Preliminary Third Quarter Earnings Results
http://www.oracle.com/corporate/press/819431.html

## Oracle Press Release

Contact(s):
Stephanie Aas
Oracle Corp.
(650) 506-7000
investor_us@oracle.com

### Oracle Announces Preliminary Third Quarter Earnings Results
Oracle Earnings per share expected to be $0.10

REDWOOD SHORES, Calif., Mar. 1, 2001 –
(http://www.oracle.com/html/invest/819431) Today, Oracle Corporation
announced estimated earnings for its fiscal third quarter ended February 28, 2001,
based upon preliminary financial results for the quarter. Preliminary third quarter
results indicate earnings per share grew over 20% to $0.10 per share, up from
$0.08 per share in Q3 last year (excluding investment gains). Operating margins
improved to 29%, up from 21% in Q3 last year.

Current estimates for the quarter, including a 4% negative currency impact, show
license revenues grew approximately 6% and total revenue grew approximately 9%.
Applications revenue growth is estimated at approximately 50%, and database
license growth is estimated to be flat to slightly negative.

"License growth was strong in the first two months of Q3, and our internal sales
forecasts looked good up until the last few days of the quarter," said Oracle CEO
Larry Ellison. "However, a substantial number of our customers decided to delay
their IT spending based on the economic slowdown in the United States. Sales
growth for Oracle products in Europe and Asia Pacific remained strong. The
problem is the US economy."

"Oracle will provide more detailed fourth quarter financial guidance on the
regularly scheduled conference call on March 15, 2001," said Oracle CFO Jeffrey
O. Henley. "With continued uncertainty in the economy, we can't predict when
sales growth will improve. However, we can predict that Oracle will continue to
use our relentless e-business software to move all our business processes to the Internet.
That in turn will allow us to continue to improve efficiency and lower our overall
expenses under tight control. These productivity improvements should allow us to
continue to deliver year-over-year earnings growth, albeit at a lower rate than
previously expected due to lower revenue growth." More information on the
company's quarterly performance will be communicated in a conference call at
2:30 (PST), dial-in number at (913) 981-5591. There will be a live web broadcast
available on the investor relations web site at www.oracle.com/investor. Oracle's
regularly scheduled quarterly earnings conference call will take place on March
15, 2001.

Oracle Corporation is the world's second largest software company. With annual
sales of more than $10 billion, Oracle provides the software that powers the
Internet. For more information about Oracle, please call Investor Relations at (650)
506-4073 or visit Oracle on the web at www.oracle.com.

"Safe Harbor" Statement Under the Private Securities Litigation Reform Act of 1995: Information in this
release relating to Oracle's future prospects which are "forward-looking statements" are subject to certain
risks and uncertainties that could cause actual results to differ materially, including, but not necessarily
limited to, the following: (1) A weakening of economic factors, particularly in the United States
economy, may affect the overall demand for computer hardware and related IT services which could materially
decrease purchases at lower revenue growth rates; (2) Delays in closing of sales or product delivery can

Oracle generally oversees and licenses to fill institutional short-of anticipated levels, (f) Oracle is introducing new products, such as browser products and thereby cloud business on its software, currency, flexibility of margin for a number of technical [illegible] projects that surfaced in mergers and acquisitions in Oracle's business of those products and customers served be changed, (d) [illegible] with ability to recognize and control operation, especially on a quarterly basis, continues to be a challenge. An unexpected decline in the growth rate of revenues without a corresponding and timely slowdown in expense growth, could have a potential adverse effect on results of operations, (f) Oracle has made changes in the existing model which could lead to a decline or delay in sales as the [illegible] Oracle customers adjust to the new applied related and product line. Intense competition in the various products in which Oracle currently may also put pressure on Oracle to reduce prices on certain products, (f) The market for Oracle products is in accordance, There can be no assurance that Oracle will continue to introduce new products and new versions of existing products that keep pace with technological developments, satisfy increasingly sophisticated customer requirements and achieve market acceptance. Oracle undertakes no obligation to update the information contained in this release. For further information regarding risks and uncertainties associated with Oracle's business, please refer to the "Risk Factors" section of Oracle Corporation's SEC filings, including, but not limited to, its most recent [illegible] on Form 10-K and quarterly reports on Form 10-Q, copies of which may be obtained by contacting Oracle Corporation's Investor Relations Department at (650) 506-4073 or Oracle's Investor Relations website at http://www.oracle.com/

# # #

**Trademarks**
Oracle is a registered trademark of Oracle Corporation. Other names may be trademarks of their respective owners.

Copyright © 2001 Oracle Corporation. All Rights Reserved.

Contact Us | Legal Notices and Terms of Use | Privacy Statement

NO.571   P.5/24

*8*

Forecast Update

Return-Path: <david.winton@oracle.com>
Received: from oracle.com (whq4op3x38-ru-op1-38.us.oracle.com
        [130.35.33.144])by gmgw01.oracledecorp.com (8.8.8[].8.8) with ESMTP id
        VAA21340 Wed, 10 Jan 2001 21;45.48 -0800 (PST)
Message-ID: <3A5B72A6.7627B2FC@oracle.com>
Date: Thu, 11 Jan 2001 00;43 26 -0800
From: David Winton <david.winton@oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.7 [en] (Win95; I)
X-Accept-Language: en
MIME-Version: 1.0
To: "JENNIFER MINTON" <JENNIFER MINTON@oracle.com>
CC: "Winton,David" <DAVID.WINTON@oracle.com>
Subject: Forecast Update
Content-Type: multipart/mixed;boundary="------------CB581B5A56292DB0E7B6E8C0"
X-Mozilla-Status: 8001
X-Mozilla-Status2: 00000000

We finished the Ops Reviews this afternoon and I wanted to give you a
quick update on the current quarter and full year look.

Our Q3 Forecast of $346M has not changed but the upside or Best is
revised down by $16.0M to $360M.  Math factors;

1. The Pipe has not grown as we had anticipated.  We're actually
slightly down from December and reporting.
2. Lack of big deals.  Unlike Q1 & Q2, we have few Diy deals in Best
case that could drive us past the $360 line.
3. Drop in Technology.  As reflected in the softening Pipe, both US and
Majors see a slow down in both Q3 and Q4.  US's not com bubble has
burst ( they expect the West to end the year $30-$40M behind their
original Budget for Technology).  Majors sees a slow down in spend along
with smaller deal sizes.  Also, the change in the ASP model for Generic
Tech hosting is/is coupled with the not com crash is impacting projected
Tech results in that segment.

At this point, I still think we're tracking to end Q3 $$354-$355.  If we
get Americredit for an additional $5(in Best), it moves to the $360
range.

For the full year, Technology looks to track both original Budget and
the Replan targets.  That gets offset to some degree by strong Apps
over performance.  When we add it up it's $1.44% for the full year
expecting to 23% growth.  Tech growth is 9% and Apps is
80%(101%CKM/73%IMP].

David Winton <david.winton@oracle.com>

ORCL 0111121
ORACLE CONFIDENTIAL

4

Forecast

**Subject: Forecast**
Date: Wed, 17 Jan 2001 72:23:40 -0800
From: Jim English <Jim.English@Oracle.com>
To: "Minton, Jennifer" <JENNIFER.MINTON@Oracle.com>

When you asked for a forecast summary I should have asked what you were looking for.
I hope this helps.

We are holding at $150M but I'll be a bit more aggressive and say a likely of
$150-$175. If you pull Covisant from pipe, apply our week 7 FY00 coverage rate and
then add Covisant back in you get $175M. We have a lot of pipe at challenging clients

* nearly 630M at GE. Although they announced pending layoffs our biggest deals are
  in Capital, Aircraft Engines and Power which were reported to be doing very
  well. We will see in coming weeks.
* GM with poor earnings and announced poor 1st quarter. They are reviewing all
  budgets.
* Gateway. Again poor earnings but we presented very strong ROI analysis

Our best is at $220M which is a real stretch as several of these deals will be Q4.
One AVP talked of starting to see indications of client delays on decisions.

* Q3D1 forecast is $150M, 80% growth YOY and 139% of target.
* Q3 YTD is $295M, 80% growth YOY, 123% of YTD target.
* Q3 Apps forecast is $84M; Tech is $65M.
  ° Apps forecast is down 38M, but Tech is up 80M. (OBG updates for Covisant
    are largest change)
  ° YOY growth is positive 114% (Apps) and positive 54% (Tech).
  * Q3 YTD growth is positive 87% (Apps) and positive 75% (Tech).
* Q3 Worst is $120M, Best is $222M.
  ° Analyzed Upside deals by Win Probability   870M of Upside with 40%
    Probability or greater, implying a Best Case of $220M (so $225M Best Case
    looks reasonable).
* Q3 Pipeline is $385M, up from $349M prior week.
  ° Pipeline up $15M. Large increases were Emerson Electric (up $27M, not
    forecasted, Q4) and Solectron (up $19M, looking positive for $5M bus my data
    is a few days old) $15M decrease in East for 2 GE deals moved to Q4.
  ° Q3 Pipeline growth is 59% vs FY00 Week 7.
    ▪ Apps pipe: $187M 55% growth.
    ▪ Tech pipe: $181M 66% growth.
  ° Q3 Forecast coverage is 246%, 342% without Covisant.

ORACLE
CONFIDENTIAL

ORCL 0045571

05/10/2001 3:47 PM

1 of 1

MAR. 1.2000  11:AM

December FY01 Revenue Results

Return-Path: <Larry.Garnick@Oracle.com>
Received: from Oracle.com (rhep-datacenter-isdn-west-144-25-122-90.us.oracle.com
 [144.23.122.90])by gmgw02.oraclecorp.com (8.8.8/0.8.8) with ESMTP id
 XAA07839;Wed, 17 Jan 2001 23:58:22 -0800 (PST)
Message-ID: <3A66A1A1.FE3C8DB6@Oracle.com>
Date: Wed, 17 Jan 2001 23:56:17 -0800
From: Larry Garnick <Larry.Garnick@Oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.76 [en] (Win95; U)
X-Accept-Language: en
MIME-Version: 1.0
To: Jennifer Minton <Jennifer.Minton@Oracle.com>,
 Jeff Henley <Jeff.Henley@Oracle.com>, Safra Catz <Safra.Catz@Oracle.com>,
 Chuck Rozwat <Charles.Rozwat@Oracle.com>,
 Sandy Sanderson <Sandy.Sanderson@Oracle.com>,
 Ron Wohl <Ron.Wohl@Oracle.com>,
 George Roberts <George.Roberts@Oracle.com>,
 Sergio Giacoletto <Sergio.Giacoletto@Oracle.com>,
 Larry Ellison <Larry.Ellison@Oracle.com>,
 Derek Williams <Derek.Williams@Oracle.com>
Subject: December FY01 Revenue Results
Content-Type: multipart/mixed;boundary="------------CDA89E28C8B920709FF1F79D"
X-Mozilla-Status: 8001
X-Mozilla-Status2: 00000000

Summarized below are the December FY01 revenue results for your review. Please note:

* The license revenue growth rate was 25% in USD, 25 points better than the 10% growth we experienced in December FY00 over December FY99. However, excluding the $60 million Covisint license deal, the USD growth rate would have been only 6%. Excluding Covisint, OP1 license revenue growth would have been (25%).

* In constant dollars, December license revenues grew 41%, which represents a 6 point negative currency impact. We expect currencies to negatively impact Q3 license revenue growth by approximately 3%.

* December license results represents 19% of the total forecast for Q3 FY01. In FY00 and FY99, December represented 16% and 19%, respectively, of the quarter total.

* Applications product growth was 216% [ERP=365%, CRM=(58%)] while database product growth was 17% [Server=21%, Tools=(26%)]. Excluding Covisint, Applications product growth would have been (46%) and database product growth would have been 13%. See attached spreadsheet for geographic breakdown by product category.

* December operating expenses declined 1% year over year (5% in constant dollars).



| DECEMBER FY01 REVENUE RESULTS | | | | | December |
|---|---|---|---|---|---|
| | | | | | |

ORCL 0620825
ORACLE
CONFIDENTIAL

December FY 21 Revenue Results

| Line of Business | December FY01 Actuals in US Dollars | December FY00 Actuals in US Dollars | Percent Growth in US Dollars | Percent Growth in Constant Dollars | December FY00 vs December FY99 Percent Growth in Constant Dollars | FY01 Constant Dollar Actuals as t Percent of Q3 Constant Dollar Forecast |
|---|---|---|---|---|---|---|
| License | $240,524 | $178,300 | 35% | 41% | 10% | 19% |
| Consulting | 190,436 | 166,722 | 14% | 18% | (8%) | 34% |
| Support | 292,565 | 256,603 | 14% | 18% | 38% | 31% |
| Education | 34,502 | 31,510 | 9% | 15% | (1%) | 26% |
| Other | 2,622 | (22) | nm | nm | nm | 27% |
| Total Revenue | $760,649 | $633,113 | 20% | 25% | 12% | 27% |
| **License Organization** | | | | | | |
| Nussbaum - OSI | $3,072 | $16,354 | (81%) | (81%) | n/a* | 1% |
| Roberts - NAS | 30,380 | 39,880 | (24%) | (23%) | n/a* | 9% |
| Sanderson - OPI | 62,584 | 18,223 | 243% | 243% | n/a* | 42% |
| Sanderson - Latin America | 11,232 | 11,212 | 0% | 6% | 63% | 27% |
| Smith - UK, Ireland & South Africa | 24,798 | 7,037 | 252% | 284% | (66%) | 34% |
| Jaeger - Germany | 8,700 | 12,476 | (30%) | (25%) | 25% | 15% |
| Anidjar - France, Middle East & Africa | 21,031 | 11,568 | 82% | 92% | (30%) | 40% |
| Bonzano - Southern Europe | 16,730 | 13,234 | 26% | 37% | (9%) | 30% |
| Jarnick - Northern Europe | 21,164 | 15,389 | 38% | 48% | 23% | 31% |
| Shintaku - Japan | 27,955 | 13,963 | 100% | 124% | 30% | 27% |

ORCL 0020826
ORACLE
CONFIDENTIAL

2

APR. 1.2003   11:34 M   MOREIS AND MORSLS

December FY01 Revenue Results

| | | | | | | |
|---|---|---|---|---|---|---|
| Williams - Asia Pacific | 13,010 | 14,494 | (10%) | (2%) | 15% | 16% |
| Corporate Adjustments & other | (182) | 4,470 | nm | nm | nm | nm |
| Total License Revenue | $240,524 | $178,300 | 35% | 41% | 10% | 19% |

* Not available, because restatements between US divisions for account ownership changes for FY99 are not available for December, only for the full quarter. In total, the three US divisions showed 30% growth for December FY00 vs FY99.

Regards,

Larry

| | Content-Type: application/x-msexcel;name="December Products Revenue Flash.xls" |
|---|---|
| December Products Revenue Flash.xls | Content-Transfer-Encoding: base64 |
| | Content-Disposition: inline;filename="December Prod Revenue Flash.xls" |

ORCL 0020827
ORACLE
CONFIDENTIAL

ORCL 0020828
ORACLE
CONFIDENTIAL

6

Forecast Call Script for Jan. 17, 2001

Subject: EJS Forecast Call Script for Jan. 17, 2001
Date: Wed, 17 Jan 2001 15:43:51 -0800
From: Kent Kelley <kent.kelley@oracle.com>
Organization: Oracle Corporation
To: "SANDERSON,EDWARD" <SANDY.SANDERSON@oracle.com>,
"English,James" <JIM.ENGLISH@oracle.com>
CC: "McManus,Patricia" <PATRICIA.MCMANUS@oracle.com>

Sandy/Jim.

Script for tomorrow's forecast call with files attached. Note that we have combined EJS and OPI
consulting. LAD pipeline contains the corrected numbers.

**OPI License Q3 01**
· Q3 01 forecast is $150M, 80% growth YOY and 139% of target.
     · Management judgement is $4M, down $10M from prior week ($4M in East and $6M in West).
· Q3 YTD is $299M, 60% growth YOY, 123% of YTD Target.
· Q3 Apps forecast is $84M: Tech is $66M.
     · Apps forecast is down $8M, but Tech is up $8M. (OSO updates for Covisint are largest change)
     · YOY growth is positive 114% (Apps) and positive 54% (Tech).
     · Q3 YTD growth is positive 57% (Apps) and positive 70% (Tech).
· Q3 Worst is $120M. Best is $225M.
     · AVPs' Best Case is $237M: management judgement was applied to keep is flat from prior week.
     · Analyzed Upside deals by Win Probability – $70M of Upside with 40-50% Probability or greater,
implying a Best Case of $220M
          (so $225M Best Case looks reasonable).
· Q3 Pipeline is $368M, up from $349M prior week.
     · Pipeline up $19M, Large increases were Emerson Electric (up $27M) and Solectron (up $13M):
$13M decrease in East for 2 GB deals moved to Q4.
     · Prior week's pipeline had dropped $35M; overall change since 12/18 is negative $14M. (-4%)
     · Q3 Pipeline growth is 60% vs FY00 Week 7.
          Apps pipe: $187M 55% growth.
          Tech pipe: $181M 66% growth.
· Q3 Forecast coverage is 246%, Target coverage is 340%.


**OPI Q4 01 License**
· The Q4 forecast is $167M, negative 16% growth, 65% of Target
· Q4 YTD is $466M, 21% growth YOY, 93% of YTD Target.
· Q4 Apps forecast is $116M; Tech is $51M.
     · YOY growth is positive 6% (Apps) and negative 44% (Tech).
     · Q4 YTD growth is positive 31% (Apps) and positive 18% (Tech).
· Q4 Worst is $90M, Best is $215M.
· Q4 Pipeline is $434M, up from $397M prior week.
          Apps pipe: $254M
          Tech pipe: $179M
· Q4 Forecast coverage is 260%, target coverage is 168%

EJS Consulting w/OPI (excludes LAD)

ORACLE
CONFIDENTIAL

ORCL 0082089

HPK. 1.2923  11:31:31   rangram ... -

S Forecast Call Script for Jan 17, 2001

- Flat YOY Revenue growth (EIS negative -2%, OPI 5%)
- Gross Margin is 21.7%  vs Budget of 23% vs Prior Year of 24.5%
  - EIS Gross Margin is 19.4%  vs Budget of 22.9% vs Prior Year of 23.1%
  - OPI Gross Margin is 31%  vs Budget of 23.7% vs Prior Year of 30.6%
- Margin dollars increased 3.3M or 0.4pts, 1.3 pts shy of Budget
- Bookings at $230M growing 2% YOY (EIS $182M, OPI $48M)
- NA Total Utilization at 64.6% vs 60.9% prior year; NA CO Util at 59.7% vs 53.5% in prior year
- OPI Total Utilization at 61.3% vs 54.1% prior year; CO Util at 57.4% vs 43.7% in prior year
- EOP HC dropped by 22 to 3,570;  Avg HC dropped 10 heads to 2,963

Latin America License LOB
- Q3 Revenue Forecast of $42.8 MM. Margin of 25% (Margin decrease due to i3D Chargeback - Budget will be also adjusted).
Q3 Forecasted Revenue at 93% of Budget, growing at 10% YOY
YTD Revenue growing at 17% YOY
Pipeline at $96 MM increase of 28% vs. thisstime last year, forecasting 45% pipeline conversion
Worst = $36 MM, Best = $55 MM

Latin America Consulting LOB
Q3 Revenue Forecast is $22.5 MM. $2.3 MM short of budget, YOY increase of 3.7%
YTD Revenue at 94.6% of budget
Gross Margin is 17.9% vs Budget of 25.4% vs prior year of 21.8%
Bookings of $22.3 MM represent a 1:0.99 book to bill ratio

| 📄 OPI License.pdf | Name: OPI License.pdf<br>Type: Acrobat (application/pdf)<br>Encoding: base64 |
| --- | --- |

| 📄 EIS & OPI Consulting 1-17-01.pdf | Name: EIS & OPI Consulting 1-17-01.pdf<br>Type: Acrobat (application/pdf)<br>Encoding: base64 |
| --- | --- |

| 📄 LAD Summary 011501.pdf | Name: LAD Summary 011501.pdf<br>Type: Acrobat (application/pdf)<br>Encoding: base64 |
| --- | --- |

ORACLE
CONFIDENTIAL

ORCL 0022084

2

06/08/2007 13:03 FAX 3022552213

7

HPR. 1.2003  11-31PM   MORRIS AND MORRIS

(LH Philicaps)

Lucent
100 mil  →  11%

**Subject:** OSI Projections
**Date:** Thu, 18 Jan 2001 17:29:09 -0500
**From:** Sarah Kopp <Sarah.Kopp@oracle.com>
**To:** "Minton, Jennifer" <JENNIFER.MINTON@oracle.com>

Jennifer,

I have attached the package I provide to Jay so that you can see by vertical what the pipeline conversion and judgement are to get to this forecast. Again, I'm including my projection based upon discussions with his directs.

He would like to sit in tomorrow; just called me from the road and went over his numbers with Larry. He is still confident in the 225, as long as none of the very large opportunities drop out.

| Vertical (USD mil) | Pipe | SVP Commit | SVP "Best" Case | My Projection | Jay's Forecast | Deals Required for Forecasted Number | |
|---|---|---|---|---|---|---|---|
| Federal | 80 | 30 | 45 | 47 | 50 | 7.5 NAVAIR MUST come in | |
| S & L | 81 | 28 | 34 | 33  31 | 35 | 3.4 Palm Beach County 3.6 Texas ISD Fingpps rest all small deals | |
| Higher Ed | 37 | 12 | 22 | 20 | 20 | 13.1 at Univ of Texas MUST close; This may break down into smaller deals or move to Q4 | → mid Feb |
| Healthcare | 28 | 9 | 18 | 10 | 15 | May have upside: Diebold? | |
| Fin Services | 45 | 15 | 17 | 25 | 25 | 10.0 in Capital One MUST close 2.0 Upside at Credit Suisse First Boston | |
| Comms/Util | 150 | 40 | 49  Lucent → 20-30 SVP replacement | 70 | 80 | 10.0 Upside on AT&T transactions (up to 25.0M) 15.0 Upside on Lucent (up to 25.0M) 25.0 opportunity Bell South 5.0 Worldcom Deal (missing from OSO) | + 20 mil   not in Fcst   10-25m |
| TOTAL OSI | 422 | 134 | 185 | 205 | 225 | | |

* Pipeline is $319M ISD, $103M Field

~ 75% confidence level

There is $91M in judgment at Jay's level to get to the 225 number and he gets the attached from me each week so he is aware of the difference. My sense still is that we'll come out around 210 as it sounds today.

Conversion rates across the board (except S&L) are North of 50%; Federal would have to close 62% of

1 of 2

ORCL 0109623
ORACLE CONFIDENTIAL       01/18/2001 8:33 AM

8

...ch outlook

Subject: Tech outlook
Date: Mon, 29 Jan 2001 17:57:17 -0800
From: David Winton <david.winton@oracle.com>
Organisation: Oracle Corporation
To: "Roberts,George" <GEORGE.ROBERTS@oracle.com>
CC: "Minton,Jennifer" <JENNIFER.MINTON@oracle.com>
"Winton,David" <DAVID.WINTON@oracle.com>

George,

As we discussed today, here's a recap of the dot com/ASP effect on our Tech business. The first block summarizes the full year total Tech view based on current Q3 forecast and Q4 outlook by LOB. Next, I isolated the drop in .com&ASP revenue with the associated change in revenue and growth. As you can see, it really picks up in Q3&4. Finally, I backed out the .com &ASP from both fiscal years to get an idea on how our brick&mortar Tech business compares. It does show some slowing from the first half, but still projects to grow 43% over last year. Nearly all of this is coming from GB(60%) with Majors only growing 8%.

| Tech | FY'01 Revenue | Growth |
|------|---------------|--------|
| 1st Half | 340 | 38% |
| Q3 | 241 | -6% |
| Q4 | 393 | 2% |
| Total Tech | 974 | 9% |

| .com&ASP | FY'01 Revenue | YoY $ Change | Growth |
|----------|---------------|--------------|--------|
| 1st Half | 85 | -8 | -8% |
| Q3 | 51 | -61 | -54% |
| Q4 | 98 | -69 | -41% |
| Total | 234 | -138 | -37% |

| Tech(B&M): | FY'01 Revenue | Growth |
|------------|---------------|--------|
| 1st Half | 255 | 65% |
| Q3 | 190 | 31% |
| Q4 | 295 | 29% |
| Total | 740 | 43% |

David Winton <david.winton@oracle.com>

ORCL 0019960

ORACLE
CONFIDENTIAL

AR. 1.2003  11-31M1    nuuuuu --- ..

which are e-mails sent to Oracle senior executives shortly after the close of each of the first two months of a quarter that provide high level information on Oracle's results for the month just past. These Flash Reports are followed a number of days later by the Red/Grey Books, in which Oracle provides a considerably more detailed review of each month.

          a.    December 2000 Flash Report

The first Q3 of FY 2001 Flash Report, which reported on Oracle's results during December 2000, was sent on January 17, 2001 by Larry Garnick to ten senior Oracle executives, including Ellison, Henley and Catz. It states:

> Summarized below are the December FY 2001 revenue results for your review. Please note: The license revenue growth rate was 35% in USD, 25 points better than the 10% growth we experienced in December FY 2000 over December FY 1999. However, excluding the $60 million Covisint license deal, the USD growth rate would have been only 6%. Excluding Covisint, OPI license revenue growth would have been (85%).[256]

Thus, the first actual results for Q3 of FY 2001 show Oracle having grown its License business by 35% in its first month of the quarter, better than the 25% growth projected by Henley on December 14, 2000, and significantly better than the 10% growth rate that Oracle had experienced at the same time in the preceding year.

However, it is important to bear in mind the statements about the Covisint transaction. Covisint is a company formed in 2000 by Ford, General Motors and DaimlerChrysler to provide "a single global business-to-business supplier exchange" for the automotive

---

[256]    December OTD FY01 Revenue Results ("Flash Report"), Jan. 17, 2001. ORCL 20825-28, at ORCL 20835. Exhibit 13-3.

APR. 1.2003   11·35AM    ·······  ·· ········

VIII-115

industry.[218]  In early December 2000, Covisint purchased a large number of licenses from Oracle for $60 million.  At the time, this was Oracle's largest single transaction.[240]

A transaction of this size could be expected to have a significant impact on Oracle's quarterly results.  First, $60 million represents approximately 5% of the total License revenue that Oracle was projecting for Q3 of FY 2001.  Thus, one would expect that having this transaction "in the bank" early in the quarter would have given Oracle executives some cause for optimism about their ability to have a successful quarter.  In fact, several of the executives interviewed by the Committee said just that.[241]  Viewed from another perspective, the fact that such a large transaction closed so early in the quarter could have been viewed as an "insurance policy" that created a cushion under forecasts in the event last minute transactions failed to materialize.

The second impact that a transaction of this size had on Oracle's results for Q3 is that it affected certain financial benchmark comparisons, such as the December 2000 Flash Report.  Given the unprecedented size of the Covisint transaction, it was highly likely that Oracle's License revenue for December 2000 would exceed that obtained in a typical first month of a quarter.  Given the unusual nature of this transaction, the Committee believes that it might not have been advisable to assume that the precise growth rate obtained in December 2000

239   *See* Covisint web site at http://www.covisint.com.

340   *See, e.g.,* Ellison Int. at 3, Exhibit 2-20; Minton Int. at 8, Exhibit 2-52; Catz Int. at 5, 8, Exhibit 2-12; James English Interview Memorandum ("English Int."), Aug. 8, 2002 at 10, Exhibit 2-22.  Oracle initially believed that the Covisint transaction was going to close in Q2 of FY 2001.  However, Covisint, still a relatively new enterprise, was not in a position to pay the $60 million cost for its licenses before the end of November.  Thus, the transaction closed in early December, 2000, when Covisint was in a position to fund its obligations.  Catz Int. at 8, Exhibit 2-12.

241   Ellison Int. at 6, Exhibit 2-20; Henley Int. 11 at 12, Exhibit 2-33; Sanderson Int. at 9, Exhibit 2-65; Minton Int. 11 at 7, Exhibit 2-53.

APR. 1.2003  11:32AM   FENWICK AND WEST

VIII-116

would continue throughout the remainder of the quarter. However, the Committee notes that
Oracle did not draw such a conclusion. Instead, while License revenues grew by 35% in
December, Oracle was projecting overall License growth of only 25%. Management thus
appears to have understood the "one time" nature of the Covisint transaction, and this appears to
have been a prudent decision. In sum, the Covisint transaction was a cause for optimism at
Oracle. However, its impact on Oracle's financial results had to be viewed appropriately, in
order to avoid excessive optimism, and it appears that management adopted such a realistic
perspective by viewing the transaction as a "one time" event.

        The next paragraph in the report states that in constant dollar terms, Oracle's
License revenue in December 2000 grew by 41%, rather than the 35% reported in actual dollars.
This difference was due to a negative currency impact of 6 pp. The report then states that the
author expects currency to only impact Q3 License revenue growth by 3%. Thus, the fact that
there was a 6 pp currency impact in December suggests that a reader would conclude that the
projected improving currency situation should lead to slightly higher actual revenues in the
remaining months of the quarter.

        The next paragraph of the Flash Report states "December license results
represents 19% of the total forecast for Q3 of FY 2001. In FY 2000 and FY 1999, December
represented 16% and 19%, respectively, of the quarter total." This paragraph thus gives the
reader the impression that the quarter to date is progressing in line with past quarters. However,
it must be interpreted in light of several facts. The author is comparing the actual results for Q3
of FY 1999 and FY 2000 to the forecast results for Q3 of FY 2001. Thus, he is not saying that
Oracle's revenue or other results were similar to those prior quarters. Instead, this sentence
means that Oracle was on pace to meet its forecasted growth compared to the prior periods.
Further, the effect of the Covisint transaction should be considered. Although Oracle was on

APR. 1.2003  11:32AM    MORRIS AND MORRIS

VIII-117

pace to meet its growth projections for Q3 of FY 2001, Oracle executives needed to bear in mind that a substantial portion of the quarter's revenue to that point had been generated by a single transaction, which was the largest in Oracle's history.

The next paragraph indicates that December 2000 applications License sales grew by 216% compared to December 1999. However, it notes that without the Covisint deal, applications sales would have declined by 46% for the month compared to December 1999. Thus, the Committee again observes the significant effect of the Covisint transaction. It would certainly would not have been reasonable for Oracle management to expect 216% applications growth throughout Q3 of FY 2001 based on December's results. By the same token, it would not have been reasonable to assume that Q3 of FY 2001 would be a bad quarter for applications sales based on the fact that applications revenue was down 46% excluding the Covisint transaction. Instead, it is important to understand that the $54 million applications component[242] of the Covisint transaction, standing alone, represented nearly 50% of total North American applications sales for Oracle in Q3 of FY 2000. Thus, having this transaction "in the bank" very strongly suggested that Oracle would experience applications sales growth in Q3 of FY 2001 compared to Q3 of FY 2000, even if not 216% growth.[243]

The next page of the January 17, 2001 Flash Report provides overall revenue information for the various licensing organizations, as well as figures broken out by licensing

---

242    *See* Jan. 22, 2001 Upside Report, at ORCL 5552, Exhibit 11-45 (indicating that $6 million of the Covisint deal was allocable to Database and the remainder to Applications).

243    OPI had sold only $39 million in applications licenses in Q3 of FY 2000. Thus, by virtue of the $54 million applications component of the Covisint deal, OPI had already experienced applications license revenue growth of at least 35% for Q3 of FY 2001 even if it did not sell another applications license for the entire quarter.

06/08/2007 13:05 FAX 3022552213

APR. 1,2003  11:36PM   (unreadable)

VIII-118

organization.[244]  Consulting revenue for December 2000 grew by 14% in actual dollars and 18% in constant dollars and Education grew by 9% in actual dollars and 15% in constant dollars. These growth figures are in excess of Jeff Henley's December 14, 2000 statement that Oracle was expecting 5% actual growth and 10% constant dollar growth in these areas.[245]  Support revenue grew by 14% in actual dollars and 18% in constant dollars, below the 23% and 28% figures projected by Henley.  Combining all of the business units, Oracle showed 20% overall actual revenue growth and 25% constant dollar growth.

In sum, the December Flash Report shows the following comparison to Henley's December 14 statements:[246]

Table 8-34

Comparison Of 12/14/00 Projections To December 2000 Results

| Issue | Henley 12/14 statement | December 2000 Flash Report |
|---|---|---|
| Database revenue growth | 15-20% | 17% |
| Applications revenue growth | 75% | 216% |
| Total License revenue growth | 25% | 35% |
| Consulting/Education revenue growth | 5% | 13% |
| Support revenue growth | 24% | 14% |
| Earnings Per Share | 12 cents | N/A |

Thus, in all categories except for Support, Oracle's December 2000 results demonstrate that Oracle was on pace to equal or exceed Henley's December 14 projections.

The Committee then reviewed the Red/Grey Book for December 2000 to obtain additional information about the results for that period. The Red/Grey Book indicated that Net Income for December 2000 was up 58% from December 1999.[247]  The Red/Grey Book provides

---

[244]   Dec. FY01 Flash Report, Jan. 17, 2001 at ORCL 20826, Exhibit 13-3.

[245]   Dec. 14, 2000 Earnings Call Tr., at ORCL 31705, Exhibit 17-12.

[246]   *Compare id. with* Dec. FY01 Flash Report, Jan. 17, 2001 at ORCL 20826, Exhibit 13-3.

[247]   Q3 FY01 Red/Grey Book, at ORCL 9941, Exhibit 6-10.

VIII-119

a tremendous amount of additional data in its 130+ pages. However, given the inherent limitations of reliance on data from the first month of a given quarter, the Committee did not perform any additional analyses based on these data.

It is valuable to observe that the January 17, 2001 Flash Report describing the results for December was the only Flash Report created before the end of the trading at issue in the Derivative Complaints. The February 8, 2001 Flash Report, which described January results, did not become available until more than a week after the trading at issue had stopped. Moreover, as explained below, none of the information contained in that later report would have led to a negative view regarding Oracle's projected performance in Q3 of 2001.

b.    **January 2001**

The Flash Report containing Oracle's results for January 2001 was dated February 8, 2001.[248] The Flash Report provides revenue data for the first two months of Q3 of FY 2001 combined. The report shows License revenue growth of 25% in actual dollar terms. This is directly in line with Henley's December 14, 2000 projection of 25% License revenue growth, and significantly better than the 13% growth rate that Oracle had experienced during the first two months of Q3 of FY 2000 versus Q3 of FY 1999.[249]

The Flash Report then states that on a constant dollar basis, Oracle's revenues for the quarter had grown by 33%. The report noted:

> We expect currencies to negatively impact Q3 license revenue growth by approximately 4%. The currency impact for the first two months is greater than the average we expect

---

[248]    January FY01 Flash Report, Feb. 8, 2001, ORCL 20831-33, Exhibit 13-4.

[249]    Once again, however, the Flash Report noted that without the Covisint transaction, Oracle would have experienced License revenue growth of only 8% for the first two months of the quarter. While that is a higher growth rate than the 6% growth rate (excepting Covisint) that Oracle experienced in December 2000, it still indicates that the Covisint transaction had a significant impact on Oracle's results for the first two months of Q3 FY 2001.

☑ 073

#2/

## COMPANY TOTAL REVENUE (Actual Rates) -- Q2FY2000 to Q3FY2001
### FROM "UPSIDE" REPORTS -- VOLUMES 20 & 21

| Date | Data | Forecast | Forecast | License | Forecast Total | Q2FY2000 % Forecast | Q2FY2000 % Actual | Actual |
|---|---|---|---|---|---|---|---|---|
| 11/29/1999 | 1 | $1,985,898,000 | $2,168,728,000 | $156,000,000 | $2,285,728,000 | 9% | 15% | $2,357,049,000 |

| Date | Data | Forecast Q3FY2000 | Forecast | License | Forecast Total | Q3FY2000 % Forecast | Q3FY2000 % Actual | Actual |
|---|---|---|---|---|---|---|---|---|
| 12/13/1999 | 2 | $2,074,438,000 | $2,204,809,000 | $156,000,000 | $2,360,809,000 | 6% | 14% | $2,453,878,000 |
| 1/10/2000 | 3 | $2,078,919,000 | $2,219,877,000 | $156,000,000 | $2,375,877,000 | 7% | 14% | $2,453,879,000 |
| 1/24/2000 | 4 | $2,078,920,000 | $2,261,487,000 | $123,900,000 | $2,385,387,000 | 9% | 15% | $2,453,879,000 |
| 2/7/2000 | 5 | $2,078,919,000 | $2,240,848,000 | $91,000,000 | $2,331,848,000 | 8% | 12% | $2,453,880,000 |
| 2/14/2000 | 6 | $2,076,919,000 | $2,254,956,000 | $83,500,000 | $2,338,456,000 | 8% | 12% | $2,453,880,000 |
| 2/21/2000 | 7 | $2,078,919,000 | $2,260,602,000 | $101,000,000 | $2,361,602,000 | 9% | 14% | $2,453,880,000 |
| 2/28/2000 | 8 | $2,078,919,000 | $2,269,596,000 | $15,000,000 | $2,308,590,000 | 9% | 11% | $2,453,880,000 |

| Date | Data | Forecast Q4FY2000 | Forecast | License | Forecast Total | Q4FY2000 % Forecast | Q4FY2000 % Actual | Actual |
|---|---|---|---|---|---|---|---|---|
| 3/13/2000 | 9 | $2,943,276,000 | $2,914,688,000 | $389,100,000 | $3,303,788,000 | -1% | 12% | $3,393,019,000 |
| 3/27/2000 | 10 | $2,943,276,000 | $2,940,319,000 | $375,000,000 | $3,315,319,000 | 0% | 13% | $3,299,265,000 |
| 4/10/2000 | 11 | $2,943,276,000 | $2,928,868,000 | $252,000,000 | $3,180,868,000 | 0% | 8% | $3,299,285,000 |
| 4/24/2000 | 12 | $2,943,276,000 | $3,000,261,000 | $153,600,000 | $3,153,861,000 | 2% | 7% | $3,299,264,000 |
| 5/8/2000 | 13 | $2,943,296,000 | $2,987,022,000 | $170,600,000 | $3,157,622,000 | 1% | 7% | $3,299,264,000 |
| 5/15/2000 | 14 | $2,943,296,000 | $3,025,928,000 | $126,750,000 | $3,152,678,000 | 3% | 7% | $3,299,264,000 |
| 5/24/2000 | 15 | $2,943,296,000 | $2,993,250,000 | $159,000,000 | $3,152,250,000 | 2% | 7% | $3,299,264,000 |
| 5/29/2000 | 16 | $2,943,296,000 | $3,062,097,000 | $135,400,000 | $3,197,497,000 | 4% | 9% | $3,299,264,000 |

Q4 FY2000 Actual

| Date | Data | Forecast Q1FY2001 | Forecast | License | Forecast Total | Q1FY2001 % Forecast | Q1FY2001 % Actual | Actual |
|---|---|---|---|---|---|---|---|---|
| 6/20/2000 | 17 | $1,984,517,000 | $2,158,854,000 | $220,000,000 | $2,378,854,000 | 9% | 20% | $2,143,522,000 |
| 7/10/2000 | 18 | $1,984,517,000 | $2,145,533,000 | $220,100,000 | $2,365,633,000 | 8% | 19% | $2,143,522,000 |
| 7/17/2000 | 19 | $1,984,517,000 | $2,146,792,000 | $178,750,000 | $2,325,542,000 | 8% | 17% | $2,143,049,000 |
| 7/20/2000 | 20 | $1,984,517,000 | $2,135,640,000 | $136,600,000 | $2,272,240,000 | 8% | 14% | $2,143,522,000 |
| 8/3/2000 | 21 | $1,984,517,000 | $2,135,703,000 | $106,800,000 | $2,242,503,000 | 8% | 13% | $2,143,522,000 |
| 8/15/2000 | 22 | $1,984,517,000 | $2,140,573,000 | $97,543,000 | $2,238,116,000 | 8% | 13% | $2,143,522,000 |
| 8/21/2000 | 23 | $1,984,517,000 | $2,127,660,000 | $108,800,000 | $2,236,480,000 | 7% | 13% | $2,143,522,000 |
| 8/28/2000 | 24 | $1,984,517,000 | $2,133,535,000 | $90,800,000 | $2,224,335,000 | 8% | 12% | $2,143,522,000 |

Q1 FY2001 Actual

| Q2FY2000 | Q3FY2000 | Q2FY2001 % Forecast | Q2FY2001 % Actual | Q2FY2001 Actual |
|---|---|---|---|---|



| Date | Day | | | | | % | % | |
|---|---|---|---|---|---|---|---|---|
| 9/11/2000 | 25 | $2,321,883,000 | $2,507,306,000 | $168,800,000 | $2,676,198,000 | 8% | 15% | $2,545,606,000 |
| 9/12/2000 | 26 | $2,321,883,000 | $2,507,398,000 | $163,800,000 | $2,671,198,000 | 8% | 15% | $2,545,608,000 |
| 9/18/2000 | 27 | $2,321,883,000 | $2,507,396,000 | $168,800,000 | $2,676,198,000 | 8% | 15% | |
| 8/25/2000 | 28 | $2,321,883,000 | $2,544,509,000 | $128,700,000 | $2,673,209,000 | 10% | 15% | |
| 10/9/2000 | 29 | $2,321,882,000 | $2,569,491,000 | $138,500,000 | $2,707,981,000 | 11% | 17% | |
| 10/16/2000 | 30 | $2,321,682,000 | $2,657,060,000 | $129,800,000 | $2,686,860,000 | 10% | 16% | |
| 11/3/2000 | 31 | $2,321,883,000 | $2,538,525,000 | $136,690,000 | $2,675,215,000 | 5% | 15% | |
| 11/13/2000 | 32 | $2,321,883,000 | $2,538,907,000 | $136,690,000 | $2,675,597,000 | 9% | 15% | |
| 11/20/2000 | 33 | $2,321,883,000 | $2,552,154,000 | $124,690,000 | $2,676,844,000 | 10% | 15% | |
| 11/21/2000 | 34 | $2,321,883,000 | $2,552,154,000 | $159,690,000 | $2,711,844,000 | 10% | 17% | |
| 11/27/2000 | 35 | $2,321,883,000 | $2,567,313,000 | $94,190,000 | $2,661,503,000 | 11% | 15% | |
| Q2 Y2001 Actual | | | | | | | | |

| Date | | | | | | % | % | |
|---|---|---|---|---|---|---|---|---|
| 12/8/2000 | 39 | $2,449,417,000 | $2,827,232,000 | $175,000,000 | $3,002,232,000 | 15% | 23% | |
| 12/11/2000 | 39 | $2,449,417,000 | $2,829,466,000 | $173,800,000 | $3,003,266,000 | 16% | 23% | |
| 12/25/2000 | 41 | $2,449,417,000 | $2,829,466,000 | $170,800,000 | $3,000,266,000 | 16% | 23% | |
| 1/12/2001 | 42 | $2,449,417,000 | $2,883,197,000 | $104,910,000 | $2,988,107,000 | 18% | 22% | |
| 1/15/2001 | 43 | $2,449,417,000 | $2,882,343,000 | $104,910,000 | $2,987,253,000 | 18% | 22% | |
| 1/22/2001 | 45 | $2,449,417,000 | $2,870,094,000 | $106,445,000 | $2,976,539,000 | 17% | 22% | |
| 1/29/2001 | 46 | $2,449,417,000 | $2,870,094,000 | $54,945,000 | $2,925,039,000 | 17% | 19% | |
| 2/5/2001 | 47 | $2,449,417,000 | $2,818,328,000 | $41,296,000 | $2,859,624,000 | 15% | 17% | |
| 2/12/2001 | 48 | $2,449,417,000 | $2,829,628,000 | $26,422,000 | $2,856,050,000 | 16% | 17% | |
| 2/19/2001 | 5. | $2,449,418,000 | $2,810,700,000 | $20,872,000 | $2,831,572,000 | 15% | 16% | |
| 2/26/2001 | 5. | $2,449,418,000 | $2,796,681,000 | $36,347,000 | $2,833,028,000 | 14% | 16% | |
| 2/27/2001 | 5. | $2,449,418,000 | $2,756,681,000 | -$2,653,000 | $2,794,028,000 | 14% | 14% | |
| 2/28/2001 | 54 | $2,449,418,000 | $2,739,162,000 | -$60,313,000 | $2,678,849,000 | 12% | 9% | |
| Q3 Y2001 Actual | | | | | | | | |

075

COMPANY TOTAL PRODUCT REVENUE (Budget Rates) - CORP2000 to O3FY2001
FROM "UPSIDE REPORTS" - VOLUMES 20 & 21

⌐076

**OSI (Nusebaum) TOTAL PRODUCT REVENUE – Q2FY2000 to Q3FY2001**
**BUDGET RATE GROWTH PROJECTIONS**
**FROM "UPSIDE" REPORTS – VOLUMES 20 & 21**

06/08/2007 13:10 FAX 30225522213

**NAS (Roberts) TOTAL PRODUCT REVENUE – Q3FY2000 to Q3FY2001**
**BUDGET RATE GROWTH PROJECTIONS**
**FROM "UPSIDE" REPORTS – VOLUMES 20 & 21**

06/08/2007 13:12 FAX 3022552213



06/08/2007 13:13 FAX 3022552213
☑ 083

## CERTIFICATE OF SERVICE

I, Robert D. Goldberg, undersigned counsel of record, hereby certify that on June 3, 2003, I caused two copies of the attached AFFIDAVIT OF RAYMOND J. LANE IN FURTHER SUPPORT OF PLAINTIFFS' OPPOSITION TO THE SPECIAL LITIGATION COMMITTEE'S MOTION FOR A PROTECTIVE ORDER to be served on the following in the manner indicated:

**Hand Delivery**
Kenneth J. Nachbar, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

**Hand Delivery**
David C. McBride, Esquire
Christian Douglas Wright, Esquire
Adam W. Poff, Esquire
Young Conaway Stargatt and Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

**Overnight Delivery**
James G. Kreissman, Esquire
Simpson Thatcher & Bartlett
3330 Hillview Avenue
Palo Alto, CA 94304

Robert D. Goldberg