# EXHIBIT 281

January FY01 QTD Revenue Results

**Subject: January FY01 QTD Revenue Results**
**Date:** Thu, 08 Feb 2001 14:49:48 -0800
**From:** Larry Garnick · Larry.Garnick@Oracle.com ·
**Organization:** Oracle Corporation
**To:** Jennifer Minton · Jennifer.Minton@Oracle.com ·,
Jeff Henley · Jeff.Henley@Oracle.com ·, Jay Nussbaum · Jay.Nussbaum@Oracle.com ·,
Safra Catz · Safra.Catz@Oracle.com ·, Chuck Rozwat · Charles.Rozwat@Oracle.com ·
Sandy Sanderson · Sandy.Sanderson@Oracle.com ·,
Ron Wohl · Ron.Wohl@Oracle.com ·, George Roberts · George.Roberts@Oracle.com ·,
Sergio Giacoletto · Sergio.Giacoletto@Oracle.com ·,
Larry Ellison · Larry.Ellison@Oracle.com ·,
Derek Williams · Derek.Williams@Oracle.com ·

Summarized below are the January FY01 QTD revenue results for your review.  Please note:

- The license revenues growth rate was 25% in USD, 12 points better than the 13% growth we experienced in January FY00 QTD over January FY99 QTD.  However, excluding the $60 million Covisint license deal, the USD growth rate would have been only 8%.  Excluding Covisint, OPI QTD license revenue growth would have been (63%).

- In constant dollars, January QTD license revenues grew 32%, which represents a 7 point negative currency impact.  We expect currencies to negatively impact Q3 license revenue growth by approximately 4%.  The currency impact for the first two months is greater than the average we expect for the full quarter because Europe represents a much larger portion of the first two months than we are forecasting for the full quarter.

- January QTD license results represents 36% of the total forecast for Q3 FY01.  In FY00 and FY99, January QTD represented 33% and 38%, respectively, of the quarter total.

- January QTD operating expenses declined 3% year over year (7% in constant dollars).

- The analyst community is expecting 23% license revenue growth and 18% overall revenue growth for Q3 FY01.  To deliver 23% USD license revenue growth we need $1,341 million in CD license revenue for the quarter, $95 million (8%) more than our current forecast.  January QTD CD license revenue represents 33% of that requirement.

- Revenue results by product category are not yet available due to 11i upgrade issues in the USA.  I'll send that to you as soon as we have it (probably tomorrow).

| Line of Business | January FY01 QTD Actuals in US Dollars | January FY00 QTD Actuals in US Dollars | Percent Growth in US Dollars | Percent Growth in Constant Dollars | January FY00 QTD vs January FY99 QTD Percent Growth in Constant Dollars | January FY01 QTD Constant Dollar Actuals as a Percent of Q3 Constant Dollar Forecast |
|---|---|---|---|---|---|---|
| License | $434,408 | $348,116 | 25% | 32% | 17% | 36% |

**ORACLE**
**CONFIDENTIAL**

05-10-2001 1:48 PM

NDCA-ORCL 081823

CONFIDENTIAL–SUBJECT
TO PROTECTIVE ORDER

January FY01 QTD Revenue Results

| | | | | | | |
|---|---|---|---|---|---|---|
| Consulting | 330,246 | 310,323 | 6% | 10% | (8%) | 61% |
| Support | 568,671 | 494,779 | 15% | 20% | 36% | 62% |
| Education | 58,859 | 66,636 | (12%) | (7%) | 2% | 51% |
| Other | 5,696 | 574 | nm | nm | nm | 60% |
| **Total Revenue** | **$1,397,880** | **$1,220,428** | **15%** | **20%** | **15%** | **50%** |
| **License Organization** | | | | | | |
| Nussbaum - OSI | $22,747 | $27,398 | (17%) | (17%) | n/a* | 11% |
| Roberts - NAS | 55,954 | 79,163 | (33%) | (28%) | n/a* | 17% |
| Sanderson - OPI | 67,405 | 20,123 | 235% | 235% | n/a* | 47% |
| Sanderson - Latin America | 27,862 | 23,520 | 18% | 27% | 46% | 63% |
| Smith - UK, Ireland & South Africa | 38,015 | 19,466 | 95% | 117% | (40%) | 54% |
| Jaeger - Germany | 20,514 | 21,818 | (6%) | 2% | 45% | 38% |
| Anidjar - France, Middle East & Africa | 35,943 | 25,097 | 43% | 51% | (12%) | 65% |
| Bonzano - Southern Europe | 36,068 | 28,295 | 27% | 37% | 24% | 63% |
| Jarnick - Northern Europe | 41,393 | 28,037 | 48% | 59% | 20% | 62% |
| Shintaku - Japan | 59,853 | 42,350 | 41% | 57% | 18% | 56% |
| Williams - Asia Pacific | 27,466 | 27,139 | 1% | 11% | 18% | 37% |
| Corporate Adjustments & other | 1,188 | 5,710 | (69%) | (69) | nm | nm |
| **Total License Revenue** | **$434,408** | **$348,116** | **25%** | **32%** | **17%** | **36%** |

* Not available, because restatements between US divisions for account ownership changes for FY99 are not available for January QTD, only for the full quarter. In total, the three US divisions showed 27% growth for January FY00 QTD vs January FY99 QTD.

**ORACLE
CONFIDENTIAL**

05/10/2001 1:48 PM

**NDCA-ORCL 081824**

**CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER**

Januar- FY01 QTD Revenue Results

Regards,

Larry

| | Name: December Product Revenue Flash.xls |
|---|---|
| December Product Revenue Flash.xls | Type: Microsoft Excel Worksheet (application/x-msexcel) |
| | Encoding: base64 |
| | Download Status: Not downloaded with message |

ORACLE
CONFIDENTIAL

05/10/2001 1:48 PM

NDCA-ORCL 081825

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# EXHIBIT 282

**111**

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

January FY01 QTD Product Revenue - Revised]

Return-Path: <Larry.Garnick@Oracle.com>
Received: from Oracle.com (dhcp-5op6-5op6-west-144-25-178-194.us.oracle.com
    [144.25.178.194])by gmgw02.oraclecorp.com (8.8.8[].8.8) with ESMTP id
    MAA27446;Mon, 12 Feb 2001 12:07:03 -0800 (PST)
Message-ID: <3A8841C3.E92B95D3@Oracle.com>
Date: Mon, 12 Feb 2001 12:04:19 -0800
From: Larry Garnick <Larry.Garnick@Oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.76 [en] (Win95; U)
X-Accept-Language: en
MIME-Version: 1.0
To: Jennifer Minton <Jennifer.Minton@Oracle.com>,
    Jeff Henley <Jeff.Henley@Oracle.com>,
    Jay Nussbaum <Jay.Nussbaum@Oracle.com>,
    Safra Catz <Safra.Catz@Oracle.com>,
    Chuck Rozwat <Charles.Rozwat@Oracle.com>,
    Sandy Sanderson <Sandy.Sanderson@Oracle.com>,
    Ron Wohl <Ron.Wohl@Oracle.com>,
    George Roberts <George.Roberts@Oracle.com>,
    Sergio Giacoletto <Sergio.Giacoletto@Oracle.com>,
    Larry Ellison <Larry.Ellison@Oracle.com>,
    Derek Williams <Derek.Williams@Oracle.com>
Subject: [Fwd: January FY01 QTD Product Revenue - Revised]
Content-Type: multipart/mixed;boundary="------------7FA33FAFF9CE037DE66E8B6E"
X-Mozilla-Status: 8001
X-Mozilla-Status2: 00000000

There was an error in the product revenue spreadsheet that affected YTD
numbers.  Corrected spreadsheet attached.

| | |
|---|---|
| January Product Revenue Flash (Revised).xls | Content-Type: application/x-msexcel;na<br>Product Revenue Flash ()<br>Content-Transfer-Encoding: base64<br>Content-Disposition: inline;filename="January<br>Revenue Flash (Revised) |

Larry Garnick <Larry.Garnick@Oracle.com>
Assistant Corporate Controller
Corporate Finance



Exhibit No. 111
Witness Ellison
Date 2-27-04
Karen Thompson, CSR 2792

ORCL 0020855
ORACLE
CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

**ORACLE CORPORATION**

ORCL 00208556
ORACLE
CONFIDENTIAL

NDCA-ORCL 609830

# EXHIBIT 283

[Fwd: First Q3 Forecast-Thinking]

Return-Path: <david.winton@oracle.com>
Received: from oracle.com (rociyyx-ppp-6.us.oracle.com [144.25.233.160])by
gmgw01.oraclecorp.com (8.8.8 _.8.8) with ESMTP id IAA17765for
<GEORGE.ROBERTS@ORACLE.COM>: Thu, 7 Dec 2000 08:28:05 -0800
(PST)
Message-ID: <3A2FE4C5.48FB32D1@oracle.com>
Date: Thu, 07 Dec 2000 11:28:05 -0800
From: David Winton <david.winton@oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.7 [en] (Win95; I)
X-Accept-Language: en
MIME-Version: 1.0
To: "Roberts,George" <GEORGE.ROBERTS@oracle.com>
Subject: [Fwd: First Q3 Forecast-Thinking]
Content-Type: multipart/mixed;boundary="------------71DD06648E5CDB9F8325532E"
X-Mozilla-Status: 8001
X-Mozilla-Status2: 00000000

Here it is again in case you did not find yesterday's

Message-ID: <3A2EBF8E.B0CDC36F@oracle.com>
Date: Wed, 06 Dec 2000 14:37:02 -0800
From: David Winton <david.winton@oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.7 [en] (Win95; I)
X-Accept-Language: en
MIME-Version: 1.0
To: David Winton <david.winton@oracle.com>
Subject: Re: First Q3 Forecast-Thinking
References: <3A2EBED2.2900B0F8@oracle.com>
Content-Type: multipart/mixed;boundary="------------227BF7427D7099564B5F8362"

David Winton wrote:

> Just to let you know the review background and discussions around our initial Q3
> Forecast of $346M.  Our LOB's turned in $311M with $28M of Judgment.  George and I
> added another $39M for this submission.  Some notes(see attached trend spreadsheet):
>
> 1.Slow start in FY'00-  The growth comparisons to last year have been relatively
> easy in the first two quarters as we did not perform that well a year ago.  The
> disruption over account moves in Majors last year was the main factor.
>
> 2.More Big deals this Q1&2- As the schedule shows, our results this year have been
> boosted by big deals in both quarters.  Combined, these>$5M deals contributed over
> $55M year to date.  Note that we only have one deal >$5M currently in the Q3 Pipe.
> Last year we had four deals that netted $28M.
>
> 3.Growth comparisons tougher in Q3&4- NAS results took off last year in Q3 and
> continued into Q4.  Growth rates will slow in the second half but we still feel that
> the annual 31% target is achievable with some potential upside of 2-3points if Q3 is
> strong.

ORCL 0122384
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 612306

[Fwd: First Q3 Forecast-Thinking]

>
> 4.Q3 *Pipe not where it needs to be- Based on the conversion history, I think we
need another $50M of Apps and nearly $70M of Tech to feel statistically comfortable
to hit our Q3 Budget.  Given the past trends, GB and Majors should add incremental
Pipe during the next three weeks.  If so, we move up.*
>
>                           Name: NAS_Q3Q4.xls
>     NAS_Q3Q4.xls          Type: Microsoft Excel Worksheet
(application/vnd.ms-excel)
>                           Encoding: base64
>                  Download Status: Not downloaded with message

David Winton <david.winton@oracle.com>

NAS_Q3Q4.xls   **Content-Type:** application/vnd.ms-excel;name="NAS_Q3Q4.xls"
              **Content-Transfer-Encoding:** base64
              **Content-Disposition:** inline;filename="NAS_Q3Q4.xls"

David Winton <david.winton@oracle.com>

ORACLE 0122385
ORACLE CONFIDENTIAL

8/23/2002 2:34 PM

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 612307

George Roberts
Q3 Forecast

| | | Total License | | | | Growth Comparison | | | CAGR FY99-FY01 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Closed | Worst | Forecast | Best | Change From Prior | Q3 FY00 Restated | Forecast % | Best % | Forecast % | Best % |
| Northeast | | 20.0 | 25.0 | 30.0 | - | 28.8 | -13% | 4% | | |
| Central | | 15.0 | 23.0 | 30.0 | - | 18.0 | 28% | 67% | | |
| South | | 15.0 | 24.0 | 30.0 | - | 32.8 | -27% | -9% | | |
| West | | 8.3 | 11.6 | 21.0 | (0.0) | 15.0 | -23% | -40% | | |
| HQ/Mgmt Judge | 2.1 | 11.7 | 6.4 | (1.0) | 0.0 | 0.2 | 3944% | -733% | | |
| Majors | 2.1 | 70.0 | 90.0 | 110.0 | 0.0 | 94.8 | -5% | 16% | 25% | 39% |
| Northeast | | 20.4 | 27.6 | 34.0 | - | 29.7 | -7% | 14% | | |
| Mid-Atlantic | | 31.0 | 38.9 | 51.6 | 0.2 | 41.2 | -6% | 25% | | |
| Central | | 20.1 | 26.2 | 33.5 | 0.7 | 24.4 | 7% | 37% | | |
| West | | 50.6 | 64.6 | 84.3 | 0.0 | 63.9 | 1% | 32% | | |
| HQ/Mgmt | 1.8 | | 11.5 | | (0.9) | | #DIV/0! | | | |
| General Business | 1.8 | 122.1 | 168.8 | 203.4 | 0.0 | 159.2 | 6% | 28% | 28% | 40% |
| HR | | 8.0 | 9.2 | 11.3 | - | 1.2 | 654% | 824% | 122% | 140% |
| Canada | | 20.8 | 25.8 | 31.0 | - | 28.7 | -10% | 8% | -6% | 1% |
| ASP Majors | | | | | | N/A | N/A | N/A | | |
| ASP General Business | | 7.0 | | 9.2 | | 22.2 | N/A | N/A | | |
| ASP Canada | | | | | | N/A | N/A | N/A | | |
| ASP Named Accounts | | 7.0 | 9.2 | 9.2 | | 22.2 | 0% | 0% | | |
| ISD Wrkgrp Sales | | 2.2 | 2.9 | 3.3 | | 3.1 | -6% | 6% | | |
| ISD Infrastructure | | | | | | - | #DIV/0! | #DIV/0! | | |
| ISD DOC | | 1.0 | 1.0 | 1.0 | | 1.5 | -33% | -33% | | |
| US HQ | 0.4 | 105.0 | 39.1 | 10.0 | | 0.8 | 4785% | 1150% | | |
| Total North America | 4.3 | 336.1 | 346.0 | 379.2 | 0.0 | 311.5 | 11% | 22% | 32% | 36% |
| Prior Week | | 336.4 | 346.0 | 376.8 | | | | | | |
| Variance | 4.3 | (0.3) | 0.0 | 2.4 | | | | | | |

Note: Closed amounts are taken from current RevMgr reports and do not reflect what is currently showing as Won in OSC

sum\NASO312-18.xls

9/17/2002  10:16 AM

ORACLE 0122386
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 284





ORACLE
CONFIDENTIAL

CA-ORCL 030452

NDCA-ORCL 033428

# Support LOB

# Q201 Financial Briefing

Graeme Mair

Vice President, Finance & Operations

December 12th, 2000

ORACLE

ORACLE
CONFIDENTIAL

CA-ORCL 030453

# Q2 FY01 REVIEW
## WORLDWIDE SUPPORT

- Review Content
  - Key Messages
  - Q201 and H101 Review
    - Americas
    - EMEA
    - APAC
    - Japan
  - Q301 Financial Outlook
  - Back-up slides
    - Q401
    - FY01

ORACLE

CA-ORCL 030454

ORACLE
CONFIDENTIAL

# Q2 FY01 REVIEW
## WORLDWIDE SUPPORT

- Key Messages

  – LOB in line with issued FY01 Financial Objectives, but some way to go to meet FY01 stretch revenue objectives

  – eBusiness implementation progressing extremely well

  – Better Service being provided to the Customer

  – Continued focus on developing and standardising Premium Services

ORACLE

ORACLE
CONFIDENTIAL

CA-ORCL 030455

NDCA-ORCL 033431

## Q2 FY01 ACTUAL
## WORLDWIDE SUPPORT

| | Q2 FY01 Actuals | Q2 FY00 Actuals | % Chg. B or (W) | Q2 FY01 Budget | % of Budget |
|---|---|---|---|---|---|
| Revenue | $ 891.6 | $ 695.4 | 28% | $ 916.0 | 97% |
| Expense | $ 162.0 | $ 184.5 | 12% | $ 186.6 | 87% |
| Margin ($) | $ 729.6 | $ 510.9 | 43% | $ 729.4 | 100% |
| Margin (%) | 81.8% | 73.5% | +8.4 Pt | 79.6% | +2.2 Pt |
| Headcount | 5,519 | 6,292 | 12% | 5,879 | 94% |

*$M 's @ FY01 Budget Rates*

ORACLE

ORACLE CONFIDENTIAL

CA-ORCL 030456

## H1 FY01 ACTUAL
## WORLDWIDE SUPPORT

| | H1 FY01 Actuals | H1 FY00 Actuals | % Chg. B or (W) | H1 FY01 Budget | % of Budget |
|---|---|---|---|---|---|
| Revenue | $ 1,729.4 | $ 1,341.8 | 29% | $ 1,783.2 | 97% |
| Expense | $ 316.7 | $ 355.2 | 11% | $ 363.3 | 87% |
| Margin ($) | $ 1,412.7 | $ 986.6 | 43% | $ 1,419.9 | 99% |
| Margin (%) | 81.7% | 73.5% | +8.2 Pt | 79.6% | +2.1 Pt |
| Headcount | 5,519 | 6,292 | 12% | 5,879 | 94% |

*$M's @ FY01 Budget Rates*

ORACLE CONFIDENTIAL

ORACLE

6

CA-ORCL 030457



CA-ORCL 030458

ORACLE
CONFIDENTIAL





CA-ORCL 030460

ORACLE
CONFIDENTIAL





MetaLink Knowledge Transfers
Q100 - Q201

- Total MetaLink Knowledge Transfers
- Notes/GSX Reads
- TAR Reads
- Forum Message Reads
- Technical Library Reads
- Bug Reads
- News Article Reads

CA-ORCL 030462

ORACLE
CONFIDENTIAL

NDCA-ORCL 033438



# WORLDWIDE SUPPORT - Q201 FINANCIAL HIGHLIGHTS

- Q201 Budget Margin achieved, despite absorbing $26.1M of additional Margin goal

- Q201 Margin 8.4 points higher than Q200 and 2.2 points higher than Budget

- Excellent Q201 result partly achieved through delayed recruitment and replacement. However, greater efficiency also achieved through acceleration of the eBusiness strategy

- H101 only $7.2M under Q201 YTD Margin Budget despite absorbing $49.1M of additional Margin goal

- H101 Margin 8.2 points higher than H100 and 2.1 points higher than Budget

ORACLE

13

CA-ORCL 030464

ORACLE
CONFIDENTIAL

NDCA-ORCL 033440

# WORLDWIDE SUPPORT - Q201
## eBUSINESS HIGHLIGHTS

- Major Knowledge Management initiative
  - Global Competency Councils for ERP, CRM, Database & Tools
  - Closed feedback loop with development
  - Product readiness and roll out planning (WSSG incorporated into GCC's)

- iTAR adoption ahead of plan
  - Early success with English only Support

- eBusiness Delivery process defined
  - will be "largely" implemented by the end of December

- Single delivery organisation for US and Canada by the end of December

- India iTAR Center up and running

ORACLE®

14

ORACLE
CONFIDENTIAL

C.A-ORCL 030465

# GEOGRAPHY DETAILS

ORACLE

15

ORACLE
CONFIDENTIAL

CA-ORCL 030466

## Q2 FY01 ACTUAL
## AMERICAS SUPPORT

| | Q2 FY01 Actuals | Q2 FY00 Actuals | % Chg. B or (W) | Q2 FY01 Budget | % of Budget |
|---|---|---|---|---|---|
| Revenue | $ 523.3 | $ 406.7 | 29% | $ 519.7 | 101% |
| Expense | $ 79.7 | $ 97.8 | 19% | $ 94.1 | 85% |
| Margin ($) | $ 443.6 | $ 308.9 | 44% | $ 425.6 | 104% |
| Margin (%) | 84.8% | 76.0% | +8.8 Pt | 81.9% | +2.9 Pt |
| Headcount | 2,488 | 3,104 | 20% | 2,662 | 93% |

*$M's @ FY01 Budget Rates*

ORACLE

CA-ORCL 030467

ORACI.F.

16

# H1 FY01 ACTUAL
## AMERICAS SUPPORT

| | H1 FY01 Actuals | H1 FY00 Actuals | % Chg. B or (W) | H1 FY01 Budget | % of Budget |
|---|---|---|---|---|---|
| Revenue | $1,021.8 | $ 788.0 | 30% | $1,017.0 | 100% |
| Expense | $ 156.2 | $ 188.9 | 17% | $ 183.0 | 85% |
| Margin ($) | $ 865.6 | $ 599.1 | 44% | $ 834.0 | 104% |
| Margin (%) | 84.7% | 76.0% | +8.7 Pt | 82.0% | +2.7 Pt |
| Headcount | 2,488 | 3,104 | 20% | 2,662 | 93% |

*$M's @ FY01 Budget Rates*

ORACLE

CA-ORCL 030468

ORACLE

17

## Americas SUPPORT - Q201
## MAJOR DEALS

| Country | Client | Summary of Deal | Annual Value |
|---------|--------|-----------------|--------------|
| US | Kaiser | Premium Support w/2 Onsites | 7.0 M |
| US | Ford | 10 Oracle Onsites for App Dev | 2.4M |
| US | Citicorp | Create dedicated Call Ctr w/2 SSM's | 4.0M |
| CA | Nortel | Support 29 Mission Crit DB's | 300K |
| LAB | Telefonica | Premium & Product Support | 1.247M |

ORACLE

18

ORACLE
CONFIDENTIAL

CA-ORCL 030469

# Americas SUPPORT - Q201 HIGHLIGHTS

- iTAR adoption rate continued significant growth
- Call volume continued to drop
  - PSF has put more emphasis on Proactive TAR avoidance
- Call Hold time decreased
- Several ML fixes were applied, improved ML response/usability
  - Working closer with Global IT, has improved IT systems
  - Fewer customer complaints this quarter
- Dedicated 20 heads in India to After Hours Support for the Americas, and redirected remaining Headcount to support EMEA
- Started Primus training

ORACLE

5

ORACLE
CONFIDENTIAL

CA-ORCL 030470

# Americas SUPPORT - Q201
## eBUSINESS HIGHLIGHTS

|  | Q400 | Q101 | Q201 |
|---|---|---|---|
| Overall TAR Volume | 244299 | 197456 | 168091 |
| iTAR/TAR ratio (percent) | 13.7% | 32.5% | 52.3% |
| iTAR Response, (average) in hours | 15 | 9 | 6 |
| iTAR Resolution (<1 week) | 73% | 69% | 67% |
| Avoided iTAR (percent) | 21% | 30% | 25% |

ORACLE

6

CA-ORCL 030471

ORACLE
CONFIDENTIAL

# Americas SUPPORT
## CURRENT TOP 5 ISSUES

• Implementation of GSI and OKS in US and AR with limited functionality, bugs, and delayed training will impact Q2 and Q3 renewals. Impact could be between $30M - $50M in revenue.

   – *Assessment is in process with contingency plans being evaluated.*

• Increase in escalations from customers migrating from 10.7 to 11i and from 7.34 to 8.x

   – *ERP escalations growing (especially upgrades), new CRM escalations growing (pre 11i accts with no migration plans + limited dev, capacity on pre 11i maintenance), 8.X settling.*

   – *Lack of ERP/CRM integration has become a key customer concern; primarily due to OM issues.*

   – *Proactive plans are being developed to target high risk customers. Will engage at the CIO level to plan upgrades with these clients.*

ORACLE

21

CA-ORCL 030472

ORACLE

## Americas SUPPORT
## CURRENT TOP 5 ISSUES

- Current license forecast for Q3 and Q4 shows softening, which would result in lower First Year Support. LAD Premium is very soft.

- Held discussions with George Roberts and Sandy Sanderson on upside potential for Sales and on impact of Migration on First Year support. Will monitor closely.

  – LAD will focus on beating Margin plan. Will scale back Premium delivery expense if Revenue recovery remains soft.

- We're seeing upside opportunity to grow Premium revenue above plan (Remote Services and large onsite contracts for upgrades).

  – Need to implement focused 1% bonus program on key campaigns e.g. Remote, Financial Services, 11i upgrades.

- Retention of top talent is still a concern.

  – Implemented Managing Professional Growth
  – Implemented Leader's Academy
  – Continued emphasis on rewarding top performers

ORACLE

22

ORACLE
CONFIDENTIAL

CA-ORCL 030473

## Q2 FY01 ACTUAL
## EMEA SUPPORT

| | Q2 FY01 Actuals | Q2 FY00 Actuals | % Chg. B or (W) | Q2 FY01 Budget | % of Budget |
|---|---|---|---|---|---|
| Revenue | $ 266.2 | $ 212.2 | 25% | $ 261.5 | 102% |
| Expense | $ 54.0 | $ 57.4 | 6% | $ 59.1 | 91% |
| Margin ($) | $ 212.2 | $ 154.8 | 37% | $ 202.4 | 105% |
| Margin (%) | 79.7% | 73.0% | +6.8 Pt | 77.4% | +2.3 Pt |
| Headcount | 1,908 | 2,108 | 9% | 2,072 | 92% |

*$M's @FY01 Budget Rates*

CA-ORCL 030474

ORACLE
_____

ORACLE

23

## H1 FY01 ACTUAL
## EMEA SUPPORT

|  | H1 FY01 Actuals | H1 FY00 Actuals | % Chg. B or (W) | H1 FY01 Budget | % of Budget |
|---|---|---|---|---|---|
| Revenue | $ 513.7 | $ 407.0 | 26% | $ 505.0 | 102% |
| Expense | $ 105.8 | $ 111.0 | 5% | $ 115.2 | 92% |
| Margin ($) | $ 407.9 | $ 296.0 | 38% | $ 389.8 | 105% |
| Margin (%) | 79.4% | 72.7% | +6.7 Pt | 77.2% | +2.2 Pt |
| Headcount | 1,908 | 2,108 | 9% | 2,072 | 92% |

*$M 's @ FY01 Budget Rates*

ORACLE®

ORACLE
CONFIDENTIAL

CA-ORCL 030475

34

# EMEA SUPPORT - Q201
## MAJOR DEALS

| Country | Client | Summary of Deal | Annual Value |
|---|---|---|---|
| UK | B2B Barclays (Finance) | Strategic Premium | $284,000 |
| UK | Prudential/EGG (Finance) | Premium | $710,000 |
| UK | British Library (Public Sector) | Expert On-line | $111,000 |
| Belgium | European Commission | First EC Custom | $125,000 |
| Netherlands | UPC (Telecoms) | Premium | $300,000 |
| Netherlands | Landis | First Year | $334,000 |
| Denmark | TELIA net (Telecom) | Remote | $352,000 |
| Denmark | DAKO (Pharmaceuticals) | Renewal + Remote | $500,000 |
| Sweden | Ericsson (Telecom) | Global Renewal | $4,139,600 |
| France | Various - 11 deals | Premium | $340,000 |
| France | Essilor (Industry) | Premium | $428,000 |

ORACLE

23

CA-ORCL 030476

ORACLE
CONFIDENTIAL

# EMEA SUPPORT - Q201
## HIGHLIGHTS

- Total revenue growth 25% on FY00

- Total margin growth 37% (+7pts) on FY00

- Margin pre updates up 15pts on H100

- Better than budget performance in revenue and expenses

- Gross premium margin @40%

- Product Support margins over 50%

- Year on year TAR volume falling (down 15% in Q1, 20% in Q2)

ORACLE

16

CA-ORCL 030477

ORACLE
CONFIDENTIAL

# EMEA SUPPORT - Q201
## eBUSINESS HIGHLIGHTS

| | Q400 | Q101 | Q201 (est) |
|---|---|---|---|
| Overall TAR Volume | 188,080 | 163,279 | 160,000 |
| iTAR/TAR ratio (percent) | 2.9% | 7.4% | 16.5% |
| iTAR Response, (average) in hours | 27.0 | 20.0 | n/a |
| iTAR Resolution (<1 week) | 51% | 54% | n/a |
| Avoided iTAR (percent) | 0.8% | 4.0% | 5.6% |

ORACLE

17

CA-ORCL 030478

ORACLE

# EMEA High Level Statistics



Customer iTAR and Self Service Ratio - EMEA

CA-ORCL 030479

# EMEA SUPPORT - Q201
## eBUSINESS HIGHLIGHTS (Contd.)

- Since March 1999 EMEA has gone from 14,000 MetaLink users to 78,000 at the end of November

  Now at

- 42,000 TAR Queries / week
- 90,000 Knowledge searches / week
- >110,000 Sessions / week
- >5,000 TARs updated / week

ORACLE

19

CA-ORCL 030480          ORACLE
                       CONFIDENTIAL

# EMEA SUPPORT
## PREVIOUS QUARTER'S TOP 5 ISSUES
### - CURRENT STATUS

- **Definition of Premium Services**

  *Explanation of Premium Service Offerings has been distributed to the Sales force*

- **Employee issues**

  **- new bonus structure**

  **- fall in telephone TAR's logged**

  *Employee issues still exist and continue to be monitored*

- **R11i implementation and OKS functionality**

  *Ongoing concern as implementation has been pushed back*

- **Oracle Exchange Support**

  *Support issues now fixed*

- **SAP relationship post court case**

  *Relationship now back on track*

**ORACLE**

10

CA-ORCL 030481

ORACLE
CONFIDENTIAL

NDCA-ORCL 033457

# EMEA SUPPORT
## CURRENT TOP 5 ISSUES

- **Product Support Delivery**
  - Managing the transition from Country based model to Product based model
  - Task forces and work groups established to address the issues

- **IeBC Project Issues**
  - Autorenewals process and responsibilities
  - Data integrity
  - Country satisfaction issues
  - Migration to OP

- **CRM Product Stability**

- **OKS/11i implementation**

- **Employee Attrition**

**ORACLE**

31

CA-ORCL 030482

ORACLE
CONFIDENTIAL

## Q2 FY01 ACTUAL
## ASIA PACIFIC SUPPORT

|  | Q2 FY01 Actuals | Q2 FY00 Actuals | % Chg. B or (W) | Q2 FY01 Budget | % of Budget |
|---|---|---|---|---|---|
| Revenue | $ 59.6 | $ 45.5 | 31% | $ 60.7 | 98% |
| Expense | $ 14.2 | $ 15.0 | 5% | $ 14.6 | 97% |
| Margin ($) | $ 45.4 | $ 30.5 | 49% | $ 46.1 | 98% |
| Margin (%) | 76.2% | 67.0% | +9.1 Pt | 75.9% | +0.2 Pt |
| Headcount | 676 | 725 | 7% | 693 | 98% |

*$M's @ FY01 Budget Rates*

ORACLE®

ORACLE
CONFIDENTIAL

CA-ORCL 030483

31

## H1 FY01 ACTUAL
## ASIA PACIFIC SUPPORT

| | H2 FY01 Actuals | H2 FY00 Actuals | % Chg. B or (W) | H1 FY01 Budget | % of Budget |
|---|---|---|---|---|---|
| Revenue | $ 116.2 | $ 88.2 | 32% | $ 118.3 | 98% |
| Expense | $ 28.0 | $ 29.3 | 4% | $ 28.7 | 98% |
| Margin ($) | $ 88.2 | $ 58.9 | 50% | $ 89.6 | 98% |
| Margin (%) | 75.9% | 66.8% | +9.1 Pt | 75.7% | +0.2 Pt |
| Headcount | 676 | 725 | 7% | 693 | 98% |

*$M 's @ FY01 Budget Rates*

ORACLE

ORACLE

33

CA-ORCL 030484

NDCA-ORCL 033460

# APAC SUPPORT - Q201
# MAJOR DEALS

| Country | Client | Summary of Deal | Annual Value |
|---|---|---|---|
| Australia | Vodaphone | DB & Apps | US$2.2M |
| Australia | Coca Cola | Applic ations | US$ 0.1M |
| Singapore | Ministry of Education | DBA On Site | US$0.1M |
| New Zealand | National Bank of NZ | Applications | US$0.2M |
| China | China Resources Enterprise | Apps DBA Outsource | US$ 0.1M |
| Hong Kong | HK Institute of Education | Premium Servcs | US$0.1M |

ORACLE

34

CA-ORCL 030485

ORACLE
CONFIDENTIAL

# APAC SUPPORT - Q201 HIGHLIGHTS

- iTAR / Web Self Service ramped up continuing
  - Registration Improving
  - Usage Increasing
  - TAR Avoidance Growing
- Knowledge Management Activities Commenced
  - Identified AP champion
  - Strong Participant @ SCS/Primus Training (AU)
  - Communicated AP implementation plan
- Finalised India iTAR initiatives
- Continue focus and growth of Premium / Remote Services
- Completed AP Customer Segmentation

ORACLE

35

CA-ORCL 030486

ORACLE

# APAC SUPPORT - Q201
# eBUSINESS HIGHLIGHTS

| | Q400 | Q101 | Q201 |
|---|---|---|---|
| Overall TAR Volume | 45746 | 47095 | 45510 |
| iTAR/TAR ratio (percent) | 2.2% | 5.9% | 21.2% |
| iTAR Response, (average) in hours | 46.3 | 28.2 | 8.9 |
| iTAR Resolution (<1 week) | 43.5 | 39.7 | 52.6 |
| Avoided iTAR (percent) | 1.0% | 3.4% | 6.8% |

ORACLE

36

C.A-ORCL 030487

ORACLE

# APAC SUPPORT - Q201
# eBUSINESS HIGHLIGHTS (Contd.)

- Communication - Web Conferences
  - eST Legacy System Enhancements - November
  - eSupport Technologies Update - October
- Leading Exchange Support
  - Consolidated efforts with APD Exchange sales and implementation team
  - Commenced Direct Support to AP Customers
- Organisation Innovation / Transformation
  - Flexibility in Customer Facing Organisation
  - Excel in Asian Business Environment
- APOSS Extended Management Team engagement with Ian Thacker on eBusiness Transformation

ORACLE

37

CA-ORCL 030488          ORACLE

NDCA-ORCL 033464

# APAC SUPPORT
# PREVIOUS QUARTER'S TOP 5 ISSUES
## - CURRENT STATUS

- eBusiness Transformation (self-service, culture, knowledge creation)
  - Focus on iTAR ramped up
  - Commenced knowledge management activities

- Successful CRM roll-out critical
  - Global implementation delayed

- Ramping up India operations to meet EMEA APAC and America's requirements
  - iTAR initiative finalised
  - FTE capacity growth as per plan
  - Extended hours operation started

ORACLE

38

CA-ORCL 030489

ORACLE

# APAC SUPPORT
## PREVIOUS QUARTER'S TOP 5 ISSUES
## - CURRENT STATUS (Cont)

- Tracking Customer Satisfaction following the discontinuation of Customer Satisfaction Survey
  - Participated with EMEA and US on ad-hoc iTAR usage survey

- Ramping of iTARs in non-English speaking countries
  - Continue evaluation of translation tools

ORACLE

39

ORACLE
CONFIDENTIAL

CA-ORCL 030490

# APAC SUPPORT
## CURRENT TOP 5 ISSUES

- Availability of eBusiness system tools
  - Current - ITS enhancements
  - Future - CRM availability / implementation
- Improve self service access for customers
  - MetaLink - ease of use
  - Knowledge base - content improvement/growth
- Confirmed direction on global Exchange support
- eBusiness transformation
- Positioning of Premium Services Offerings

ORACLE

CA-ORCL 030491

ORACLE

## Q2 FY01 ACTUAL
## JAPAN SUPPORT

| $'s in MM's | Q2 FY01 Actuals | Q2 FY00 Actuals | % Chg. B or (W) | Q2 FY01 Budget | % of Budget |
|---|---|---|---|---|---|
| Revenue | $ 42.2 | $ 31.1 | 36% | $ 43.0 | 98% |
| Expense | $ 7.1 | $ 6.8 | -4% | $ 7.9 | 90% |
| Margin ($) | $ 35.1 | $ 24.3 | 44% | $ 35.1 | 100% |
| Margin (%) | 83.2% | 78.1% | +5.0 Pt | 81.6% | +1.5 Pt |
| Headcount | 221 | 187 | -18% | 224 | 99% |

*$M's @ FY01 Budget Rates*

CA-ORCL 030492

ORACLE
CONFIDENTIAL

ORACLE

# H1 FY01 ACTUAL
## JAPAN SUPPORT

| $'s in MM's | H1 FY01 Actuals | H1 FY00 Actuals | % Chg. B or (W) | H1 FY01 Budget | % of Budget |
|---|---|---|---|---|---|
| Revenue | $ 77.2 | $ 58.7 | 32% | $ 82.3 | 94% |
| Expense | $ 13.9 | $ 13.2 | -5% | $ 15.0 | 93% |
| Margin ($) | $ 63.3 | $ 45.5 | 39% | $ 67.3 | 94% |
| Margin (%) | 82.0% | 77.5% | +4.5 Pt | 81.8% | +0.2 Pt |
| Headcount | 221 | 187 | -18% | 224 | 99% |

*$M 's @ FY01 Budget Rates*

ORACLE

ORACLE
CONFIDENTIAL

CA-ORCL 030493

# Japan SUPPORT - Q201 HIGHLIGHTS

- Strong focus on profitability
- Continuous effort on iTAR and KROWN activities
- Preparation for Jan. '01 E-Business pricing

ORACLE

7

CA-ORCL 030494

ORACLE

## Japan SUPPORT
## CURRENT TOP 5 ISSUES

- Improve partner support business & revenue
- Increase Premium support business & profitability
- Continuous focus & growth on application business
- Define E-Business partner business model
- Skills improvement

ORACLE

44

CA-ORCL 030495

ORACLE

# Q301 FORECAST

ORACLE

45

ORACLE
CONFIDENTIAL

CA-ORCL 030496

## Q3 FY01 FORECAST
## WORLDWIDE SUPPORT

| | Q301 Forecast | Q300 Actuals | % Chg. B or (W) | Q301 Budget | % of Budget |
|---|---|---|---|---|---|
| Revenue | $ 935.8 | $ 735.0 | 27% | $ 971.1 | 96% |
| Expense | $ 172.1 | $ 188.6 | 9% | $ 191.4 | 90% |
| Margin ($) | $ 763.7 | $ 546.4 | 40% | $ 779.7 | 98% |
| Margin (%) | 81.6% | 74.3% | +7.3 Pt | 80.3% | +1.3 Pt |
| Headcount | 5,763 | 6,282 | 8% | 5,962 | 97% |

*$M 's @FY01 Budget Rates*

ORACLE

ORACLE
CONFIDENTIAL.

CA-ORCL 030497

46

NDCA-ORCL 033473

# Q3 FY01 FORECAST
## AMERICAS SUPPORT

| | Q301 Forecast | Q300 Actuals | % Chg. B or (W) | Q301 Budget | % of Budget |
|---|---|---|---|---|---|
| Revenue | $ 559.1 | $ 435.5 | 28% | $ 558.3 | 100% |
| Expense | $ 86.4 | $ 96.7 | 11% | $ 96.7 | 89% |
| Margin ($) | $ 472.7 | $ 338.8 | 40% | $ 461.6 | 102% |
| Margin (%) | 84.5% | 77.8% | +6.8 Pt | 82.7% | +1.9 Pt |
| Headcount | 2,581 | 3,041 | 15% | 2,678 | 96% |

*$M's @ FY01 Budget Rates*

CA-ORCL 030498

ORACLE

ORACLE

47

## Q3 FY01 FORECAST
## EMEA SUPPORT

| | Q301 Forecast | Q300 Actuals | % Chg. B or (W) | Q301 Budget | % of Budget |
|---|---|---|---|---|---|
| Revenue | $ 269.1 | $ 221.2 | 22% | $ 271.8 | 99% |
| Expense | $ 57.7 | $ 63.4 | 9% | $ 60.2 | 96% |
| Margin ($) | $ 211.4 | $ 157.8 | 34% | $ 211.6 | 100% |
| Margin (%) | 78.6% | 71.3% | +7.2 Pt | 77.9% | +0.7 Pt |
| Headcount | 2,015 | 2,152 | 6% | 2,082 | 97% |

*$M's @ FY01 Budget Rates*

CA-ORCL 030499

ORACLE
CONFIDENTIAL

ORACLE

48

NDCA-ORCL 033475

# Q3 FY01 FORECAST
## APAC SUPPORT

| | Q301 Forecast | Q300 Actuals | % Chg. B or (W) | Q301 Budget | % of Budget |
|---|---|---|---|---|---|
| Revenue | $ 64.4 | $ 48.7 | 32% | $ 64.4 | 100% |
| Expense | $ 14.3 | $ 15.0 | 5% | $ 14.8 | 97% |
| Margin ($) | $ 50.1 | $ 33.7 | 49% | $ 49.6 | 101% |
| Margin (%) | 77.8% | 69.2% | +8.6 Pt | 77.0% | +0.8 Pt |
| Headcount | 683 | 733 | 7% | 698 | 98% |

*$M 's @ FY01 Budget Rates*

CA-ORCL 030500

ORACLE
CONFIDENTIAL

ORACLE

49

# Q3 FY01 FORECAST
## JAPAN SUPPORT

| | Q301 Forecast | | Q300 Actuals | | % Chg. B or (W) | Q301 Budget | | % of Budget |
|---|---|---|---|---|---|---|---|---|
| Revenue | $ | 43.2 | $ | 29.5 | 46% | $ | 43.7 | 99% |
| Expense | $ | 8.5 | $ | 6.7 | -27% | $ | 8.5 | 100% |
| Margin ($) | $ | 34.7 | $ | 22.8 | 52% | $ | 35.2 | 99% |
| Margin (%) | | 80.3% | | 77.3% | +3.0 Pt | | 80.5% | -0.2 Pt |
| Headcount | | 243 | | 191 | -27% | | 242 | 100% |

*$M's@FY01 Budget Rates*

ORACLE

50

CA-ORCL 030501

ORACLE

NDCA-ORCL 033477

# EXHIBIT 285

21



**TOTAL COMPANY - Q3 FY01 FORECAST**

Constant Dollar Growth

ORACLE

| | Q3 01 Forecast vs Q3 00 Actual | | | | | | Q3 01 Potential vs Q3 00 Actual | | |
|---|---|---|---|---|---|---|---|---|---|
| | Revenue Growth | Margin % | Margin Growth % | Pipeline Growth % | | | Revenue Growth | Margin % | Margin Growth |
| **Total** | | | | | | **Total** | | | |
| License | 22% | 54% | 20% | 32% | | License | 38% | 56% | 43% |
| Consulting | 12% | 20% | 10% | | | Consulting | 12% | 21% | 12% |
| Support | 17% | 82% | 40% | | | Support | 19% | 83% | 43% |
| Education | 0% | 39% | -1% | | | Education | 0% | 29% | -1% |
| Other | 195% | -122% | nm | | | Other | 195% | -127% | nm |
| **Total Revenue** | 21% | 54% | 37% | | | **Total Revenue** | 28% | 56% | 40% |
| **LICENSE** | | | | | | **LICENSE** | | | |
| OPI - Varasano | 80% | 67% | 138% | 76% | | OPI - Varasano | 122% | 71% | 163% |
| Asia Pacific - Williams | 31% | 49% | 42% | 103% | | NAS - Roberts | 20% | 63% | 23% |
| NAS - Roberts | 42% | 60% | -5% | 97% | | Asia Pacific - Williams | 35% | 50% | 49% |
| Japan - Sano | 20% | 77% | 18% | 32% | | Northern Europe - James | 39% | 51% | 84% |
| OSI - Nussbaum | 19% | 56% | 3% | 26% | | OSI - Nussbaum | 22% | 59% | 28% |
| Latin America - Sanderson | 2% | 34% | -4% | 63% | | Latin America - Sanderson | 79% | 44% | 39% |
| UK, Ireland & South Africa - Smith | 16% | 49% | 11% | 4% | | UK, Ireland & South Africa - Smith | 32% | 45% | 44% |
| Northern Europe - James | 22% | -4% | 31% | 39% | | Japan - Sano | 21% | 76% | 30% |
| Germany - Jaeger | 38% | 57% | 69% | 21% | | Germany - Jaeger | 30% | 57% | 40% |
| Southern Europe - Bonzano | 17% | 56% | 32% | 55% | | Southern Europe - Bonzano | 23% | 58% | 32% |
| France & Middle East - Andjar | 5% | 48% | 2% | 42% | | France & Middle East - Andjar | 45% | 49% | 21% |
| **Total License Revenue** | 22% | 54% | 20% | 51% | | **Total License Revenue** | 38% | 59% | 43% |
| **CONSULTING** | | | | | | **CONSULTING** | | | |
| Japan - Sano | 54% | 22% | nm | | | Japan - Sano | 54% | 22% | nm |
| UK & Ireland - Kingston | 34% | 22% | 29% | | | UK & Ireland - Kingston | 34% | 22% | 29% |
| Southern Europe - Dusi/Guseppe | 18% | 22% | 8% | | | Southern Europe - Dusi/Guseppe | 18% | 22% | 8% |
| OSI - Nussbaum | 21% | 21% | 5% | | | OSI - Nussbaum | 21% | 21% | 5% |
| OPI - Varasano | -2% | 26% | -12% | | | OPI - Varasano | 21% | 21% | 5% |
| NAS - Sanderson | 1% | 20% | -12% | | | NAS - Sanderson | 5% | 21% | 12% |
| Latin America - Sanderson | 1% | 17% | -25% | | | Latin America - Sanderson | 1% | 20% | -12% |
| Germany - Brydon | 1% | 17% | 29% | | | Germany - Brydon | 1% | 17% | -25% |
| France - Lomire | 4% | 18% | 21% | | | France - Lomire | -7% | 17% | 29% |
| Europe HQ - Gaccente | 37% | 0% | 164% | | | Europe HQ - Gaccente | 4% | 15% | 21% |
| Asia Pacific - Williams | 33% | 15% | 247% | | | Asia Pacific - Williams | 58% | nm | 164% |
| | | | | | | | 33% | 15% | 247% |
| **Total Consulting Revenue** | 12% | 20% | 10% | | | **Total Consulting Revenue** | 12% | 21% | 12% |

ORCL 0003003
CONFIDENTIAL

TOTAL COMPANY - Q3 FY01 FORECAST

$ in Thousands at Actual Rates

ORACLE

ORCL 0003004
CONFIDENTIAL

# TOTAL COMPANY - Q3 FY01 FORECAST

$ in Thousands at Budget Rates

ORACLE

| | Q3 FY00 Actuals | Q3 FY01 Forecast | | | Q3 Forecast vs PY % | Q3 Potential Growth % | YTD Actuals | YTD Forecast | YTD FY01 Upside | YTD Potential | YTD Potential Growth % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Forecast | Upside | Potential | | | | | | | |
| **Revenue** | | | | | | | | | | | |
| License | $ 1,029,792 | $ 1,258,685 | $ 159,500 | $ 1,418,185 | 22% | 38% | $ 2,482,317 | $ 3,168,637 | $ 159,500 | $ 3,328,337 | 34% |
| Consulting | 502,027 | 560,087 | 2,800 | 562,887 | 12% | 12% | 1,428,309 | 1,661,816 | 2,300 | 1,664,416 | 17% |
| Support | 724,887 | 935,752 | 13,000 | 948,752 | 29% | 29% | 2,076,784 | 2,886,146 | 13,000 | 2,899,146 | 29% |
| Education | 127,223 | 123,543 | | 123,543 | -3% | 0% | 345,172 | 354,743 | | 354,743 | -3% |
| Other | 2,376 | 9,985 | | 9,985 | 193% | 193% | 20,810 | 28,712 | | 28,712 | 92% |
| Other Non-Distribution | 8,661 | | | | 100% | nm | 4,091 | | | | 100% |
| **Total Revenues** | 2,394,166 | 2,888,053 | 175,300 | 3,063,053 | 21% | 26% | 6,357,535 | 8,922,539 | 175,300 | 8,049,239 | 22% |
| **Expenses** | | | | | | | | | | | |
| License | 436,977 | 551,657 | 23,925 | 575,582 | 26% | 31% | $ 1,252,441 | $ 1,451,219 | 23,925 | $ 1,475,144 | 14% |
| Consulting | 388,237 | 446,014 | | 446,014 | 12% | 12% | 1,262,328 | 1,282,451 | | 1,282,451 | 2% |
| Support | 188,606 | 172,064 | (6,500) | 165,564 | -9% | -12% | 314,928 | 448,761 | (6,500) | 442,164 | 12% |
| Education | 74,187 | 75,125 | | 75,125 | 1% | 1% | 226,419 | 219,375 | | 219,375 | -1% |
| Other | 20,251 | 32,113 | | 32,113 | -9% | -9% | 45,204 | 52,052 | | 52,262 | 1% |
| Global Alliances | 77,144 | 113,225 | (2,400) | 112,428 | 48% | 46% | 235,850 | 317,003 | (2,400) | 314,203 | 13% |
| G&A | 10,083 | 11,947 | | 11,947 | 18% | 18% | 32,220 | 33,552 | | 33,352 | 23% |
| Development | 70,336 | 75,937 | | 76,937 | 8% | 8% | 225,060 | 233,820 | | 223,820 | 3% |
| Information Technology | 272,367 | 308,186 | (7,500) | 300,686 | 13% | 10% | 606,026 | 897,055 | (7,500) | 889,555 | 5% |
| Corporate | 63,414 | 77,262 | | 77,060 | 14% | 14% | 184,806 | 212,121 | | 212,121 | 7% |
| Support Accounts | 21,443 | 28,499 | | 28,499 | 19% | 19% | 49,801 | 74,000 | | 74,000 | -52% |
| **Total Operating Expenses** | 121,733 | (6,715) | | (6,715) | -18% | 72% | (32,285) | (42,205) | | (42,205) | -19% |
| | 1,817,133 | 1,916,875 | 187,975 | 2,104,185 | 5% | 15% | $ 4,765,393 | $ 5,179,850 | | $ 5,155,275 | |
| **Operating Income** | 776,027 | 991,151 | 187,975 | 1,171,850 | 39% | 51% | $ 1,765,393 | $ 3,489,501 | 187,975 | $ 3,655,477 | 61% |

**Memo:**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Consulting | $ 502,027 | $ 560,087 | $ 2,800 | $ 562,887 | 12% | 13% | | | | | |
| Support | 724,887 | 935,752 | 13,000 | 948,752 | 29% | 29% | | | | | |
| Education | 127,223 | 123,543 | | 123,543 | 0% | 0% | | | | | |
| Other | 2,376 | 9,985 | | 9,985 | 195% | 195% | | | | | |
| **Total Services Revenues** | 1,356,573 | 1,629,368 | 15,800 | 1,644,868 | 19% | 21% | | | | | |

ORCL 000300S
CONFIDENTIAL

Sum_BudRates 12/28/2000

| Corporate Adjustments | License | Support | Education | Consulting | Total |
|---|---|---|---|---|---|
| Int'l Revenue Transfers | | | $ | $ | $ |
| US Bad Debt Adjustment | | | | | |
| Management Judgment | | | | | |
| Total | $ | $ | $ | $ | $ |

**License By Product**

| | | |
|---|---|---|
| Technology | 902,175 | 78% |
| ERP | 177,396 | 15% |
| CRM | 73,918 | 6% |
| Total | 1,153,489 | 100% |

**Bad Debt Adjustment**

| | |
|---|---|
| License | 58% |
| Support | 23% |
| Education | 3% |
| Consulting | 16% |
| Total | 100% |

**Bad Debt Give Back**

Total $

**Management Judgment**

Total $

Corp Adj 12/08/2000

ORCL 0003006
CONFIDENTIAL

$'s in Thousands at Budget Rates

ORACLE



ORCL 0003007
CONFIDENTIAL

in Thousands at Budget Rates

ORACLE

ORCL 0003008
CONFIDENTIAL

**$ in Thousands at Budget Rates**   ORACLE

| License | YTD Q3 FY00 | YTD Q3 FY01 Forecast | | | Q3 YTD Forecast vs. FY % | Q3 YTD Potential Growth % | Q3 YTD Targeted 30% Growth |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Forecast | Upside | Potential | | | |
| **Revenues** | | | | | | | |
| OSI - Nussbaum | $ 385,365 | $ 465,434 | $ 25,000 | $ 510,434 | 26% | 32% | $ 500,974 |
| NAS - Roberts | 632,074 | 824,252 | 50,000 | 874,252 | 30% | 38% | 821,696 |
| OPI - Varasano | 187,443 | 799,321 | 35,000 | 334,321 | 60% | 78% | 243,875 |
| LA - Sanderson | 92,326 | 105,589 | 10,000 | 115,589 | 14% | 25% | 120,023 |
| UK, Ireland & South Africa | 147,306 | 291,304 | 10,000 | 291,304 | 36% | 43% | 192,317 |
| Germany - Jaeger | 118,813 | 139,820 | - | 139,820 | 18% | 18% | 154,458 |
| France, Middle East & Africa | 126,381 | 149,969 | 5,000 | 154,969 | 19% | 23% | 184,295 |
| S. Europe - Bonzano | 129,829 | 150,199 | 3,000 | 153,138 | 17% | 18% | 197,218 |
| N. Europe - Jarnich | 147,284 | 183,136 | 9,000 | 192,136 | 24% | 30% | 191,469 |
| APAC - Williams | 171,823 | 239,812 | 2,500 | 242,312 | 40% | 41% | 223,110 |
| Japan - Sano | 275,526 | 350,548 | 10,000 | 360,548 | 27% | 31% | 358,187 |
| Europe HQ - Gacoletto | 15,000 | - | 10,000 | - | -100% | -100% | 18,500 |
| USA Sales & Operations | (3) | 0 | | 0 | nm | nm | (3) |
| Corporate Adjustments | 63,979 | 40,014 | | 40,014 | -37% | -37% | 83,172 |
| **Total** | $ 2,492,377 | $ 3,360,037 | $ 159,500 | $ 3,326,337 | 27% | 34% | $ 3,240,091 |
| **Expenses** | | | | | | | |
| OSI - Nussbaum | 204,709 | 254,233 | $ 3,750 | $ 257,983 | -24% | -26% | |
| NAS - Roberts | 254,105 | 347,493 | 7,500 | 354,993 | -37% | -40% | |
| OPI - Varasano | 114,888 | 133,531 | 5,250 | 138,781 | -16% | -21% | |
| LA - Sanderson | 65,897 | 73,198 | 1,500 | 74,699 | -11% | -13% | |
| UK, Ireland & South Africa | 95,865 | 115,649 | 1,500 | 117,149 | -21% | -22% | |
| Germany - Jaeger | 59,813 | 63,890 | | 63,890 | 0% | 6% | |
| France Middle East & Africa | 74,567 | 80,600 | 750 | 81,350 | -8% | -9% | |
| S. Europe - Bonzano | 63,185 | 66,196 | 450 | 66,648 | -5% | -9% | |
| N. Europe - Jarnich | 90,652 | 98,517 | 1,350 | 97,867 | -6% | -8% | |
| APAC - Williams | 99,485 | 115,190 | 375 | 115,573 | -16% | -16% | |
| Japan - Sano | 68,731 | 79,542 | 1,500 | 81,042 | -16% | -18% | |
| Europe HQ - Gacoletto | 37,134 | 28,955 | | 28,955 | 22% | 22% | |
| USA Sales & Operations | 7,674 | 166 | | 188 | 98% | 98% | |
| Corporate Adjustments | 48,535 | (3,958) | | (3,958) | 108% | 108% | |
| **Total** | $ 1,293,443 | $ 1,451,219 | $ 23,925 | $ 1,475,144 | -12% | -14% | |
| **Margin** | | | | | | | |
| OSI - Nussbaum | 180,656 | 230,902 | $ 21,250 | $ 252,152 | 28% | 40% | |
| NAS - Roberts | 377,969 | 476,759 | 42,500 | 519,250 | 26% | 37% | |
| OPI - Varasano | 72,575 | 165,790 | 29,750 | 195,540 | 128% | 169% | |
| LA - Sanderson | 26,429 | 32,390 | 8,500 | 40,890 | 23% | 55% | |
| UK, Ireland & South Africa | 52,075 | 83,635 | 8,500 | 94,155 | 61% | 81% | |
| Germany - Jaeger | 49,001 | 75,730 | | 75,730 | 55% | 55% | |
| France Middle East & Africa | 51,813 | 69,360 | +250 | 73,610 | 34% | 42% | |
| S. Europe - Bonzano | 67,644 | 83,943 | 2,550 | 86,493 | 24% | 28% | |
| N. Europe - Jarnich | 56,632 | 86,618 | 7,850 | 94,268 | 53% | 67% | |
| APAC - Williams | 72,158 | 124,613 | 2,425 | 126,738 | 73% | 76% | |
| Japan - Sano | 206,791 | 271,005 | 8,500 | 279,505 | 31% | 35% | |
| Europe HQ - Gacoletto | (22,134) | (28,955) | | (28,955) | nm | nm | |
| USA Sales & Operations | (7,676) | (166) | | (188) | nm | nm | |
| Corporate Adjustments | 15,404 | 43,973 | | 43,973 | 185% | 185% | |
| **Total** | $ 1,198,936 | $ 1,717,617 | $ 135,575 | $ 1,853,192 | 43% | 55% | |
| **Margin %** | | | | | | | |
| OSI - Nussbaum | 47% | 46% | | 49% | | | |
| NAS - Roberts | 60% | 58% | | 59% | | | |
| OPI - Varasano | 39% | 55% | | 58% | | | |
| LA - Sanderson | 29% | 31% | | 35% | | | |
| UK, Ireland & South Africa | 35% | 43% | | 45% | | | |
| Germany - Jaeger | 41% | 54% | | 54% | | | |
| France Middle East & Africa | 41% | 46% | | 47% | | | |
| S. Europe - Bonzano | 52% | 56% | | 56% | | | |
| N. Europe - Jarnich | 38% | 47% | | 49% | | | |
| APAC - Williams | 42% | 52% | | 52% | | | |
| Japan - Sano | 75% | 77% | | 78% | | | |
| Europe HQ - Gacoletto | -148% | nm | | nm | | | |
| USA Sales & Operations | nm | nm | | nm | | | |
| Corporate Adjustments | nm | nm | | nm | | | |
| **Total** | 48% | 54% | | 56% | | | |

ORCL 0003009
CONFIDENTIAL

YTD License P&L 1/2047000

**$ in Thousands at Budget Rates**

ORACLE

| Consulting | Q3 FY00 | Q3 FY01 Forecast | | | Forecast vs PY $ | Q3 Forecast Growth vs PY % | Q3 Potential Growth % | Q3 FY01 Budget |
|---|---|---|---|---|---|---|---|---|
| | | Forecast | Upside | Potential | | | | |
| **Revenues** | | | | | | | | |
| OSI - Nussbaum | $ 103,370 | $ 125,113 | · | $ 125,113 | 21,743 | 21% | 21% | $ 117,4 |
| NA - Sanderson | 157,431 | 159,000 | | 159,000 | 1,570 | 1% | 1% | 155,3 |
| OPI - Varesano | 35,605 | 35,000 | 2,500 | 37,500 | (605) | -2% | 5% | 37,3 |
| LA - Sanderson | 21,660 | 21,343 | · | 21,343 | (317) | -1% | -1% | 24,83 |
| UKI & South Africa - Kingston | 45,771 | 61,327 | · | 61,327 | 15,556 | 34% | 34% | 54,07 |
| Germany - Brydon | 25,022 | 24,564 | · | 24,564 | (458) | -2% | -2% | 27,11 |
| France & Middle East - Lompre | 19,250 | 20,073 | · | 20,073 | 823 | 4% | 4% | 19,70 |
| S. Europe - Diaz/Guseppe | 18,899 | 22,384 | · | 22,384 | 3,485 | 18% | 18% | 23,83 |
| Europe Divisional - Pohjola | 41,037 | 43,945 | · | 43,945 | 2,908 | 7% | 7% | 47,38 |
| APAC - Williams | 24,383 | 32,391 | | 32,391 | 8,009 | 33% | 33% | 30,190 |
| Japan - Sano | 8,782 | 13,709 | | 13,709 | 4,927 | 56% | 56% | 13,30 |
| Europe HQ - Giacoleno | 766 | 1,217 | · | 1,217 | 450 | 59% | 59% | 1,660 |
| Corporate Adjustments | 51 | | | | (51) · | -100% | -100% | |
| **Total** | $ 502,027 | $ 560,087 | $ 2,500 | $ 562,567 | 58,041 | 12% | 12% | $ 563,173 |
| **Expenses** | | | | | | | | |
| OSI - Nussbaum | $ 78,322 | $ 98,495 | | $ 98,495 | 20,373 | -26% | -26% | $ 90,437 |
| NA - Sanderson | 121,101 | 127,000 | | 127,000 | 5,899 | -5% | -5% | 129,334 |
| OPI - Varesano | 25,381 | 26,000 | | 26,000 | 619 | -2% | -2% | 28,378 |
| LA - Sanderson | 16,933 | 17,789 | | 17,789 | 857 | -5% | -5% | 18,541 |
| UKI - Kingston | 35,234 | 47,943 | · | 47,943 | 12,708 | -36% | -36% | 43,040 |
| Germany - Brydon | 21,794 | 20,431 | | 20,431 | (1,363) | 6% | 6% | 22,105 |
| France - Lompre | 16,309 | 16,522 | | 16,522 | 214 | -1% | -1% | 16,346 |
| S. Europe - Diaz/Guseppe | 14,356 | 17,491 | · | 17,491 | 3,135 | -22% | -22% | 17,929 |
| Europe Divisional - Pohjola | 36,861 | 37,553 | | 37,553 | 692 | -2% | -2% | 38,816 |
| APAC - Williams | 22,556 | 26,158 | | 26,158 | 3,602 | -16% | -16% | 23,946 |
| Japan - Sano | 9,300 | 10,734 | | 10,734 | 1,433 | -15% | -15% | 10,869 |
| Europe HQ - Giacoleno | 302 | (101) | | (101) | (404) | 134% | 134% | 1,162 |
| Corporate Adjustments | 78 | | | | (78) | 100% | 100% | |
| **Total** | $ 398,327 | $ 446,015 | | $ 446,015 | 47,688 | -12% | -12% | $ 439,903 |
| **Margin** | | | | | | | | |
| OSI - Nussbaum | $ 25,248 | $ 26,618 | $ · | $ 26,618 | 1,370 | 5% | 5% | $ 27,047 |
| NA - Sanderson | 36,330 | 32,000 | | 32,000 | (4,330) | -12% | -12% | 38,024 |
| OPI - Varesano | 10,224 | 9,000 | 2,500 | 11,500 | (1,224) | -12% | 12% | 8,792 |
| LA - Sanderson | 4,727 | 3,554 | | 3,554 | (1,173) | -25% | -25% | 6,296 |
| UKI - Kingston | 10,536 | 13,384 | · | 13,384 | 2,848 | 27% | 27% | 11,032 |
| Germany - Brydon | 3,228 | 4,133 | | 4,133 | 905 | 28% | 28% | 3,006 |
| France - Lompre | 2,941 | 3,551 | | 3,551 | 610 | 21% | 21% | 3,362 |
| S. Europe - Diaz/Guseppe | 4,543 | 4,893 | · | 4,893 | 350 | 8% | 8% | 5,905 |
| Europe Divisional - Pohjola | 4,176 | 6,391 | | 6,391 | 2,215 | 53% | 53% | 8,568 |
| APAC - Williams | 1,826 | 6,234 | | 6,234 | 4,407 | 241% | 241% | 6,244 |
| Japan - Sano | (518) | 2,976 | | 2,976 | 3,494 | nm | nm | 2,494 |
| Europe HQ - Giacoleno | 464 | 1,318 | · | 1,318 | 854 | 184% | 184% | 498 |
| Corporate Adjustments | (27) | | | | 27 | nm | nm | |
| **Total** | $ 103,700 | $ 114,053 | $ 2,500 | $ 116,553 | 10,353 | 10% | 12% | $ 123,269 |
| **Margin %** | | | | | | | | |
| OSI - Nussbaum | 24% | 21% | | 21% | -3% | | | 23% |
| NA - Sanderson | 23% | 20% | | 20% | -3% | | | 23% |
| OPI - Varesano | 29% | 26% | | 31% | -3% | | | 24% |
| LA - Sanderson | 22% | 17% | | 17% | -5% | | | 25% |
| UKI - Kingston | 23% | 22% | | 22% | -1% | | | 20% |
| Germany - Brydon | 13% | 17% | | 17% | 4% | | | 18% |
| France - Lompre | 15% | 18% | | 18% | 2% | | | 17% |
| S. Europe - Diaz/Guseppe | 24% | 22% | | 22% | -2% | | | 25% |
| Europe Divisional - Pohjola | 10% | 15% | | 15% | 4% | | | 18% |
| APAC - Williams | 7% | 19% | | 19% | 12% | | | 21% |
| Japan - Sano | 6% | 22% | | 22% | 78% | | | 19% |
| Europe HQ - Giacoleno | 0% | 0% | | nm | nm | | | 0% |
| Corporate Adjustments | 0% | 0% | | nm | 0% | | | 0% |
| **Total** | 21% | 20% | | 21% | 18% | | | 22% |

ORCL 0003010
CONFIDENTIAL

Consulting 12/00 J55a

**$ in Thousands at Budget Rates**   ORACLE

| Consulting | YTD Q3 FY00 | YTD Q3 FY01 Forecast | | | Q3 YTD Forecast vs. PY % | Q3 YTD Potential Growth % | Q3 YTD Budget $ |
|---|---|---|---|---|---|---|---|
| | | Forecast | Upside | Potential | | | |
| **Revenues** | | | | | | | |
| OSI - Nussbaum | $ 313,601 | $ 362,064 | $ | $ 362,064 | 15% | 15% | $ 337,955 |
| NA - Sanderson | 517,763 | 474,662 | | 474,662 | -8% | -8% | 488,030 |
| OPI - Varasano | 129,273 | 108,283 | 2,500 | 110,783 | -16% | -14% | 109,190 |
| LA - Sanderson | 66,306 | 63,540 | | 63,540 | -4% | -4% | 69,441 |
| UKI - Kingston | 157,861 | 194,553 | | 194,553 | 23% | 23% | 177,241 |
| Germany - Brydon | 78,725 | 64,723 | | 64,729 | -18% | -18% | 79,859 |
| France - Lompre | 56,787 | 56,159 | | 56,159 | -1% | -1% | 55,397 |
| S Europe - Diaz/Guiseppe | 59,938 | 61,545 | | 61,545 | 3% | 3% | 63,612 |
| Europe Divisional - Pohjola | 125,489 | 125,917 | | 125,917 | 0% | 0% | 132,315 |
| APAC - Williams | 74,607 | 91,834 | | 91,834 | 23% | 23% | 88,822 |
| Japan - Sano | 27,537 | 45,755 | | 45,755 | 66% | 66% | 39,893 |
| Europe HQ - Giaccuino | 2,586 | 2,739 | | 2,739 | 6% | 6% | 4,981 |
| Corporate Adjustments | 10,108 | 834 | | 834 | -92% | -92% | |
| **Total** | $ 1,620,309 | $ 1,651,916 | $ 2,500 | $ 1,654,416 | 2% | 2% | $ 1,648,637 |
| **Expenses** | | | | | | | |
| OSI - Nussbaum | $ 244,340 | $ 287,946 | $ | $ 287,946 | -18% | -18% | $ 260,110 |
| NA - Sanderson | 393,062 | 357,364 | | 357,364 | 9% | 9% | 365,025 |
| OPI - Varasano | 95,480 | 72,163 | | 72,163 | 24% | 24% | 78,303 |
| LA - Sanderson | 50,536 | 52,241 | | 52,241 | -3% | -3% | 52,870 |
| UKI - Kingston | 107,821 | 141,426 | | 141,426 | -31% | -31% | 125,707 |
| Germany - Brydon | 64,102 | 58,250 | | 58,250 | 9% | 9% | 65,197 |
| France - Lompre | 50,200 | 46,490 | | 46,490 | 7% | 7% | 46,517 |
| S Europe - Diaz/Guiseppe | 44,614 | 47,282 | | 47,282 | -6% | -6% | 52,797 |
| Europe Divisional - Pohjola | 119,692 | 107,614 | | 107,614 | 10% | 10% | 115,312 |
| APAC - Williams | 65,877 | 73,720 | | 73,720 | -12% | -12% | 69,653 |
| Japan - Sano | 24,829 | 36,763 | | 36,763 | -48% | -48% | 31,410 |
| Europe HQ - Giaccuino | 1,173 | 176 | | 176 | 85% | 85% | 3,396 |
| Corporate Adjustments | 798 | 864 | | 864 | -8% | -8% | |
| **Total** | $ 1,262,526 | $ 1,282,451 | $ | $ 1,292,451 | -2% | -2% | $ 1,266,242 |
| **Margin** | | | | | | | |
| OSI - Nussbaum | $ 69,261 | $ 74,118 | $ | $ 74,118 | 7% | 7% | $ 77,845 |
| NA - Sanderson | 124,701 | 117,298 | | 117,298 | -6% | -6% | 123,005 |
| OPI - Varasano | 33,743 | 36,120 | 2,500 | 38,620 | 7% | 14% | 30,888 |
| LA - Sanderson | 15,769 | 11,300 | | 11,300 | -28% | -28% | 16,622 |
| UKI - Kingston | 49,840 | 53,127 | | 53,127 | 7% | 7% | 51,539 |
| Germany - Brydon | 14,623 | 5,978 | | 5,978 | -59% | -59% | 14,663 |
| France - Lompre | 6,587 | 9,668 | | 9,668 | 47% | 47% | 8,880 |
| S Europe - Diaz/Guiseppe | 15,323 | 14,263 | | 14,263 | -7% | -7% | 12,815 |
| Europe Divisional - Pohjola | 5,797 | 18,103 | | 18,103 | 212% | 212% | 16,903 |
| APAC - Williams | 8,729 | 17,913 | | 17,913 | 105% | 105% | 19,169 |
| Japan - Sano | 2,708 | 8,992 | | 8,992 | 232% | 232% | 8,483 |
| Europe HQ - Giaccuino | 1,413 | 2,613 | | 2,613 | 85% | 85% | 1,585 |
| Corporate Adjustments | 9,310 | (30) | | (30) | -100% | -100% | |
| **Total** | $ 357,783 | $ 369,464 | $ 2,500 | $ 371,964 | 3% | 4% | $ 382,395 |
| **Margin %** | | | | | | | |
| OSI - Nussbaum | 22% | 20% | | 20% | | | 23% |
| NA - Sanderson | 24% | 25% | | 25% | | | 25% |
| OPI - Varasano | 26% | 33% | | 35% | | | 28% |
| LA - Sanderson | 24% | 18% | | 18% | | | 24% |
| UKI - Kingston | 32% | 27% | | 27% | | | 29% |
| Germany - Brydon | 19% | 9% | | 9% | | | 18% |
| France - Lompre | 12% | 17% | | 17% | | | 16% |
| S Europe - Diaz/Guiseppe | 26% | 23% | | 23% | | | 20% |
| Europe Divisional - Pohjola | 12% | 20% | | 14% | | | 27% |
| APAC - Williams | 10% | 20% | | 55% | | | 21% |
| Japan - Sano | 0% | 0% | | 20% | | | 0% |
| Europe HQ - Giaccuino | 0% | 0% | | 20% | | | 0% |
| Corporate Adjustments | 22% | 22% | | 22% | 1% | 2% | 23% |

ORCL 0003011
CONFIDENTIAL

YTD Consulting 12/08/2000

$ in Thousands at Budget Rates

ORACLE

ORCL 0003012
CONFIDENTIAL

$ in Thousands at Budget Rates

ORACLE

Education 12-04/7200

ORCL 0003013
CONFIDENTIAL

$ in Thousands at Budget Rates

ORACLE®

OP#170/24/2000

| (Note) | Q3 FY00 Actuals | Q3 FY01 Forecast Forecast | Upside | Potential | Q3 Potential vs PY % | Q3 Potential Growth % | Q3 FY01 Budget | YTD Actuals | YTD FY01 Forecast | YTD FY01 Upside | Potential | YTD Potential Growth % | YTD Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| Business On-Line | 1,240 | 5,000 | - | 5,000 | 288% | 288% | 5,415 | 2,185 | 10,424 | - | 10,424 | 400% | 11,946 |
| CFO | 2,077 | 2,985 | | 2,985 | 81% | 81% | 3,607 | 8,028 | 13,012 | | 13,012 | 27% | 14,213 |
| Quick Exchange | | | | | nm | nm | | | 320 | | 320 | nm | |
| E-Travel | 16 | 1,000 | 1,000 | 6,199% | 6,199% | 2,148 | 820 | 2,356 | | 2,356 | 288% | 4,498 |
| Liberate | | | | | nm | nm | | | | | | 280% | |
| Oraclemobile.com | | | | | nm | nm | | 1,207 | .00 | | .00 | -100% | |
| **Total** | 3,335 | 8,985 | - | 8,985 | 195% | 195% | 11,170 | 13,018 | 26,112 | - | 26,112 | 93% | 31,157 |
| **Expenses** | | | | | | | | | | | | | |
| Business On-Line | 6,261 | 5,450 | 5,450 | -13% | -13% | 5,528 | 15,141 | 13,840 | 13,840 | 10% | 15,336 |
| CFO | 3,807 | 3,281 | 3,281 | -10% | -10% | 3,308 | 6,132 | 6,464 | 6,464 | -34% | 8,772 |
| Quick Exchange | | | | nm | nm | 535 | | 472 | 472 | nm | 1,317 |
| E-Travel | 12,075 | 9,500 | 9,500 | 21% | 21% | 8,137 | 18,781 | 20,603 | 20,603 | -4% | 26,115 |
| Liberate | 49 | | | nm | nm | | 5,227 | 66 | 66 | 99% | |
| Oraclemobile.com | (20) | 3,802 | 3,802 | 100% | 100% | 9,701 | (61) | 4,865 | 4,865 | 98% | |
| **Total** | 22,233 | 22,113 | - | 22,113 | -9% | -9% | 28,427 | 48,304 | 52,057 | - | 52,057 | -33% | 78,481 |
| **Margin %** | | | | | | | | | | | | | |
| Business On-Line | (4,972) | (450) | (450) | 37% | 37% | (312) | (10,976) | (2,736) | (2,736) | -75% | (3,449) |
| CFO | (43) | 684 | 684 | 37% | 37% | 500 | 3,985 | 4,548 | 4,548 | 23% | 4,542 |
| Quick Exchange | | | | nm | nm | (571) | | 46 | 46 | nm | (1,317) |
| E-Travel | (12,009) | (8,500) | (8,500) | nm | nm | (5,583) | (13,161) | (14,247) | (14,247) | -5% | (21,519) |
| Liberate | (49) | | | nm | nm | | (4,020) | (66) | (66) | nm | |
| Oraclemobile.com | 74 | (3,802) | (3,802) | -2349% | -2349% | | 81 | (81) | (81) | -98% | |
| **Total** | (18,857) | (13,148) | - | (13,148) | nm | nm | (17,278) | (35,285) | (25,945) | - | (25,945) | -27% | (47,324) |

ORCL 000J014
CONFIDENTIAL

$ in Thousands at Budget Rates

**ORACLE**

| Marketing, Global Alliance, Development & IT | Q1 FY00 Actuals | Q1 FY01 Forecast | | | Q1 Forecast +/- PY % | Q1 Potential Growth % | Q1 FY01 Budget | YTD Actuals | Forecast | YTD FY01 Upside | Potential | YTD Potential Growth % | YTD Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Forecast | Upside | Potential | | | | | | | | | |
| **Marketing** | | | | | | | | | | | | | |
| Worldwide Marketing - John | $ 44,160 | $ 87,435 | | $ 97,435 | +13% | +4% | $ 112,597 | $ 110,898 | $ 210,287 | | $ 210,287 | -22% | $ 112,572 |
| Inter-Marketing - Stee | 4,931 | 1,793 | (2,500) | 14,593 | -64% | -47% | 17,782 | 24,925 | 24,714 | (3,800) | 34,114 | -44% | 24,730 |
| Total Marketing | $ 49,141 | $ 115,728 | $ (7,500) | $ 112,478 | -41% | -46% | $ 129,684 | $ 135,650 | $ 117,085 | $ (7,800) | $ 244,503 | -52% | $ 254,102 |
| | | | | | | | | | | | | | |
| Global Alliance - Xxxx | $ 16,087 | $ 11,747 | | $ 11,847 | -18% | -16% | $ 15,326 | $ 23,750 | $ 33,393 | | $ 33,393 | -5% | $ 43,657 |
| | | | | | | | | | | | | | |
| **Development Expenses** | | | | | | | | | | | | | |
| System Products - Ellison | $ 88,823 | $ 107,356 | | $ 107,356 | +9% | +4% | $ 120,322 | $ 216,961 | $ 201,247 | | $ 201,247 | 1% | $ 210,217 |
| Tools & Other - Assn | 26,164 | 20,101 | | 20,104 | -7% | -7% | 32,111 | 70,489 | 43,829 | | 43,329 | -4% | 64,071 |
| Tools & Other - Thadow | 18,870 | 18,154 | (1,500) | 13,838 | +4% | -13% | 13,611 | 46,439 | 38,173 | (2,500) | 32,439 | 37% | 42,184 |
| ERP Applications - Www | 88,821 | 104,604 | (5,000) | 108,584 | -33% | -33% | 116,644 | 237,106 | 305,143 | (5,000) | 305,143 | -11% | 324,496 |
| CRM Applications - Barrecha | +2,847 | 48,343 | | 48,343 | -4% | -4% | 53,354 | 124,407 | 124,325 | | 124,325 | 7% | 154,111 |
| Other Product - Elton | 1,222 | 1,207 | | 1,207 | +3% | -8% | 4,287 | 11,487 | 4,220 | | 1,220 | 20% | 13,108 |
| Total Development | $ 216,387 | $ 314,106 | $ (7,500) | $ 359,684 | -15% | -10% | $ 425,444 | $ 685,831 | $ 697,053 | $ (7,500) | $ 695,665 | -2% | $ 818,811 |
| | | | | | | | | | | | | | |
| **Information Technology - Roberts** | | | | | | | | | | | | | |
| Information Technology - Roberts | $ 80,053 | $ 87,442 | | $ 87,442 | -11% | -11% | $ 74,588 | $ 176,576 | $ 189,630 | | $ 189,630 | -15% | $ 222,246 |
| Japan Information Technology - Slee | 2,465 | 5,836 | | 4,836 | +1% | -8% | 7,005 | 8,001 | 12,383 | | 12,383 | -82% | 21,946 |
| Total IT | $ 82,518 | $ 72,307 | | $ 73,648 | -12% | -14% | $ 77,263 | $ 114,503 | $ 175,731 | | $ 115,513 | -11% | $ 214,292 |

ORCL 0003015
CONFIDENTIAL

MKT, ALL, DEV, IT 12/01/2000

ORACLE

$ in Thousands at Budget Rates



| G&A Corporate | D1F'00 Actuals | D1F'01 Forecast | | | Q3 | | D1F'01 Budget | YTD Actuals | YTD F'01 Update | | YTD | YTD Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Forecast | Update | Potential | Forecast +/- PT % | Potential Growth % | | | Potential | Potential Growth % | |
| General & Administrative | | | | | | | | | | | | |
| Legal - Corporate | | | | | | | | | | | | |
| Human Resources - Worldwide | | | | | | | | | | | | |
| Finance - Admin | | | | | | | | | | | | |
| DIO G&A - Boom | | | | | | | | | | | | |
| Non-Incoming & Distribution | | | | | | | | | | | | |
| Japan G&A - S&TO | | | | | | | | | | | | |
| Total General & Administrative | | | | | | | | | | | | |
| Corporate | | | | | | | | | | | | |
| CEO - Ellison | | | | | | | | | | | | |
| CFO - Henley | | | | | | | | | | | | |
| Global Business Practices - Catz | | | | | | | | | | | | |
| Corporate Development - Boom | | | | | | | | | | | | |
| Total Corporate | | | | | | | | | | | | |
| Corporate Accounts | | | | | | | | | | | | |

G&A, A Corp 10/01/2000

ORCL 0003016
CONFIDENTIAL

$ in Thousands at Actual Rates

ORACLE

Other Income & Expense at Actual Rates

ORCL 0003017
CONFIDENTIAL