# EXHIBIT 307

# ORACLE®

## Service Industries

## Senior Staff Meeting

February 13, 2001

ORACLE CONFIDENTIAL AND PROPRIETARY

ORACLE

ORACLE CONFIDENTIAL

NDCA-ORCL 095906

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# Agenda: Q3 Forecast

- **Key Statistical Indicators**
  - Historical Pipeline Conversion
  - Pipeline growth
- **Forecast in OSO vs Potential Outcome**
- **Current Status**
- **Key Deals**
- **Consulting Projections**

ORACLE

ORACLE CONFIDENTIAL

NDCA-ORCL 095907

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

Historical conversion rates from pipeline in first month of each quarter would indicate $200M+ is attainable.... but we have a long way to go in 12 days!



ORACLE CONFIDENTIAL

NDCA-ORCL 095908

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# Q3 FY00 Conversion Rate on Pipeline for same week was 61%; applied to FY01 would result in $217M.

| Vertical | Q3 FY01 Forecast | | Current Pipeline |  |
| --- | --- | --- | --- | --- |
| | | | *ISD in Field* | *Conversion* |
| Federal | $ | 50.0 | $ 78.0 | 64% |
| State & Local | $ | 35.0 | $ 68.0 | 51% |
| Higher Ed | $ | 10.0 | $ 21.0 | 48% |
| Health Care | $ | 5.0 | $ 24.0 | 21% |
| Financial Services | $ | 30.0 | $ 43.0 | 70% |
| Communications | $ | 80.0 | $ 121.0 | 66% |
| Total | $ | 210.0 | $ 355.0 | 59% |

ORACLE

ORACLE CONFIDENTIAL

NDCA-ORCL 095909

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# OSI Pipeline in total shows 14% growth YOY for Q3 as we draw closer to quarter end

| | FY01 Pipeline | | | Change Prior | Pipeline Growth | | |
|---|---|---|---|---|---|---|---|
| | Tech | Apps | Total | | Tech | Apps | Total |
| Average/Cumulative Q2 | 225 | 101 | 326 | (183) | -12% | 86% | 5% |
| **Q3** | | | | | | | |
| Week 2 | 297 | 153 | 450 | - | -17% | 73% | 1% |
| Week 4 | 296 | 135 | 431 | (19) | -10% | 73% | 6% |
| Week 6 | 311 | 126 | 437 | 6 | -4% | 69% | 10% |
| Week 8 | 295 | 127 | 422 | (15) | -5% | 67% | 9% |
| Week 10 | 275 | 101 | 377 | (45) | -11% | 34% | -2% |
| Week 11 | 264 | 90 | 354 | (22) | 7% | 43% | 14% |
| Week 12 | - | - | - | (354) | -100% | -100% | -100% |
| Week 13 | - | - | - | - | -100% | -100% | -100% |
| Average/Cumulative Q3 | 217 | 91 | 309 | (450) | -25% | 34% | -14% |

Applications pipeline growth at 43%; Technology at 7%. Q3 FY00 Conversion Rate on Pipeline for same week was 61%; applied to FY01 would result in $217M.

ORACLE

ORACLE CONFIDENTIAL

NDCA-ORCL 095910

CONFIDENTIAL–SUBJECT
TO PROTECTIVE ORDER

The GAP between this target and the forecast coming from the business is getting smaller ...

| License Scenario Analysis | Worst | Most Likely | Best | Current Forecast | Mgmt. Judgement |
|---|---|---|---|---|---|
| Federal | 20,000 | 31,000 | 45,000 | 50,000 | 19,000 |
| State and Local | 23,000 | 28,000 | 34,000 | 35,000 | 7,000 |
| Higher Education | 5,500 | 7,500 | 9,500 | 10,000 | 2,500 |
| Healthcare | 5,300 | 8,500 | 21,000 | 5,000 | (3,500) |
| Comm/Util | 43,000 | 62,000 | 70,000 | 80,000 | 18,000 |
| Financial Services | 10,000 | 15,000 | 25,000 | 30,000 | 15,000 |
| Total | 106,800 | 152,000 | 204,500 | 210,000 | 58,000 |

We're still pushing an attainment that is higher than the current "best" case, but have a number of deals not included in the forecasted numbers.

ORACLE

ORACLE CONFIDENTIAL

NDCA-ORCL 095911

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

So far we have $34M booked; so $176M to go in just over two weeks. Forecast build up by deals, from committed to long-shot shows larger gap in commit, to be backed up by upside

| Vertical | Q4FY Won Deals | Q301 Committed Deals | Q301 iSD Forecast | Total Commit | Expectation | Shortfall |
|---|---|---|---|---|---|---|
| Federal | 8.6 | 8.7 | 2.7 | 20.0 | 50.0 | 30.0 |
| State & Local | 5.4 | 15.0 | 7.6 | 28.0 | 35.0 | 7.0 |
| Higher Ed | 0.3 | 4.2 | 3.5 | 8.0 | 10.0 | 2.0 |
| Healthcare | 1.6 | 5.8 | 0.6 | 6.0 | 5.0 | 1.0 |
| Comm/Util | 15.0 | 13.0 | 20.0 | 48.0 | 80.0 | 32.0 |
| Fin. Services | 2.8 | 6.2 | 1.0 | 10.0 | 30.0 | 20.0 |
| Total OSI | 33.6 | 50.9 | 35.4 | 120.0 | 210.0 | 90.0 |

ORACLE

ORACLE CONFIDENTIAL

NDCA-ORCL 095912

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Currently tracking "swing" deals ranging from $45M to $185M which could impact Q3 results to close the gap

| Vertical | Total Commit | Swing Deals | | | Total Pipeline Results including Swing Deals | | |
|---|---|---|---|---|---|---|---|
| | | Worst | Likely | Best | Worst | Likely | Best |
| Federal | 20.0 | 9.6 | 18.2 | 28.6 | 29.6 | 38.1 | 48.5 |
| State & Local | 28.0 | 2.7 | 18.3 | 23.5 | 30.7 | 46.3 | 51.5 |
| Higher Ed | 8.0 | 0.0 | 2.5 | 2.9 | 8.0 | 10.5 | 10.9 |
| Healthcare | 6.0 | 0.0 | 1.0 | 10.0 | 6.0 | 7.0 | 16.0 |
| Comm'l/Ind | 48.0 | 32.5 | 57.5 | 94.5 | 80.5 | 105.5 | 142.5 |
| Fin. Services | 10.0 | 0.0 | 5.0 | 25.0 | 10.0 | 15.0 | 35.0 |
| Total OSI | 120.0 | 44.8 | 102.5 | 184.5 | 164.8 | 222.4 | 304.4 |

ORACLE

ORACLE CONFIDENTIAL

NDCA-ORCL 095913

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

## Some of these key deals are...

| Area | Client | Potential Value |
| --- | --- | --- |
| Healthcare | Healthsouth | $20M+ |
| Comms | Worldcom | $20M |
| Comms | AT&T | $15M |
| Comms | Qwest | $15M |
| Comms | Sprint | $10M |
| Comms | Lucent | $10M |
| S & L | NY State Wide | $14M |
| Fin Svc | Capital One | $10M |
| Fin Svc | CSFB | $7M |
| Federal | NAVAIR | $7M |

ORACLE

ORACLE CONFIDENTIAL

NDCA-ORCL 095914

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# $210M in Q3 would result in 24% growth YTD

| | Resulting YTD Perf | Budget | Prior Yr. | % of Bud | Growth |
|---|---|---|---|---|---|
| Federal | 95.1 | 123.9 | 114.2 | 77% | -17% |
| State & Local | 84.4 | 76.8 | 57.0 | 110% | 48% |
| Higher Ed. | 34.4 | 33.5 | 32.3 | 103% | 7% |
| Healthcare | 34.9 | 29.3 | 23.4 | 119% | 49% |
| Fin. Services | 68.4 | 49.5 | 43.2 | 138% | 58% |
| Communication/Utilities | 159.6 | 133.6 | 113.4 | 119% | 41% |
| OSI iSD | 0.7 | 0.0 | 1.7 | 0% | -56% |
| Commercial iSD | 0.0 | 0.0 | 0.0 | 0% | 0% |
| Sales & HQ | -0.1 | -4.4 | 0.2 | N/A | N/A |
| Total OSI License | 477.4 | 442.2 | 385.4 | 108% | 24% |

# Attainment of $210M for Q3 would result in Q4 target of $479M to achieve 30% growth for FY01

ORACLE

ORACLE CONFIDENTIAL

NDCA-ORCL 095915

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# Projecting 21% Consulting revenue growth for Q3; current estimate for Q4 would result in 15% growth for the year.

| | Forecast | | % of Budget | | % Growth | |
| --- | --- | --- | --- | --- | --- | --- |
| | Q3 | FY01 | Q3 | FY01 | Q3 | FY01 |
| **REVENUE** | 125.1 | 492.3 | 106.5% | 104.5% | 21.0% | 15.1% |
| Federal | 45.4 | 179.8 | 103.1% | 102.1% | 7.9% | 170.0% |
| State & Local | 16.0 | 76.8 | 64.0% | 77.9% | -27.1% | -14.1% |
| Higher Ed & Healthcare | 14.7 | 53.7 | 137.8% | 125.7% | 36.4% | 39.4% |
| Communication & Utilities | 30.7 | 112.5 | 127.5% | 116.8% | 59.0% | 28.2% |
| CRM/E-Commerce | 3.5 | 11.6 | 99.0% | 82.9% | 151.1% | 124.7% |
| Financial Services | 12.8 | 53.9 | 108.3% | 111.4% | 37.2% | 22.9% |
| **MARGIN $** | 20.0 | 96.5 | 75.4% | 86.8% | -20.7% | -2.7% |
| Federal | 11.4 | 48.7 | 97.0% | 98.4% | -7.0% | -1.6% |
| State & Local | (3.0) | 5.9 | -56.1% | 24.2% | -170.2% | -66.1% |
| Higher Ed & Healthcare | 2.8 | 10.5 | 111.1% | 97.6% | -36.8% | -6.1% |
| Communication & Utilities | 7.4 | 26.9 | 115.3% | 99.5% | 62.2% | 13.9% |
| CRM/E-Commerce | 0.3 | 2.4 | 36.7% | 68.4% | 97.2% | 2762.3% |
| Financial Services | 3.3 | 17.5 | 109.3% | 132.5% | 49.1% | 28.0% |
| **MARGIN %** | 16.0% | 19.6% | 70.8% | 83.0% | -34.5% | -15.4% |
| Federal | 25.1% | 27.1% | 94.1% | 96.4% | -13.8% | -8.9% |
| State & Local | -18.8% | 7.7% | 86.3% | 31.1% | -196.3% | -60.6% |
| Higher Ed & Healthcare | 19.0% | 19.5% | 80.6% | 77.6% | -53.6% | -32.6% |
| Communication & Utilities | 24.1% | 23.9% | 90.4% | 85.2% | 2.0% | -11.2% |
| CRM/E-Commerce | 8.9% | 20.8% | 57.1% | 82.5% | -21.5% | 1174.0% |
| Financial Services | 25.8% | 32.5% | 100.9% | 118.9% | 8.7% | 4.1% |

Margins still behind plan resulting from Bell South; a 4pt hit for the year; removal would place OSI at 23% FY01 margin

ORACLE

ORACLE CONFIDENTIAL

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# Projections for Q3 and YTD place OSI Consulting ahead of Plan and Prior Year for Revenue

|  | Q3FY01 | | | YTD as of Q3FY01 | | |
|---|---|---|---|---|---|---|
|  | Forecast | Prior Year | Budget | Forecast | Prior Year | Budget |
| Revenue | 125.1 | 101.6 | 117.5 | 362.0 | 308.2 | 338.0 |
| Expense | 105.1 | 77.8 | 91.0 | 295.1 | 247.6 | 261.6 |
| Margin | 20.0 | 23.7 | 26.6 | 69.8 | 73.5 | 76.4 |
| Margin % | 16.0% | 23.4% | 22.6% | 19.3% | 23.9% | 22.6% |
| EOP Headcount | 2,636 | 2,055 | 2,304 | 2,636 | 2,055 | 2,304 |
|  |  |  |  |  |  |  |
| HEADCOUNT ANALYSIS: |  |  |  |  |  |  |
| Avg. Headcount | 2,550 | 2,113 | 2,279 | 2,336 | 2,184 | 2,218 |
| Avg. Billable Headcount | 2,409 | 1,997 | 2,060 | 2,208 | 2,064 | 2,006 |
| Avg. Non-billable Headcount | 140 | 116 | 219 | 128 | 120 | 213 |
| Total Utilization | 63.7% | 62.3% | 61.6% | 66.3% | 63.1% | 62.8% |
| Billable Utilization | 52.5% | 52.2% | 51.3% | 55.9% | 53.1% | 52.5% |
| Bookings ($M) | 136.3 | 128.7 | 142.4 | 429.4 | 424.3 | 413.7 |
| Book to Bill Ratio | 1.1 | 1.3 | 1.2 | 1.2 | 1.4 | 1.2 |
| Revenue per Head ($K) | 47.5 | 49.4 | 51.0 | 137.3 | 150.0 | 146.7 |
| Revenue per Billable Head ($K) | 51.9 | 50.9 | 57.0 | 164.0 | 149.3 | 168.5 |
| Expense per Head ($K) | 39.9 | 37.9 | 39.5 | 111.9 | 120.5 | 113.5 |
| Margin per Head ($K) | 7.6 | 11.5 | 11.5 | 26.5 | 35.8 | 33.2 |

Margin $ and % falling behind plan and prior year due to investment in Bell South

ORACLE

ORACLE CONFIDENTIAL

NDCA-ORCL 095917

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# Book to Bill Ratio projected to drop to 1.1 in Q3 compared to 1.3 in Q2…



ORACLE CONFIDENTIAL

NDCA-ORCL 095918

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# EXHIBIT 308

# OSI Q3 License Status

*as of 13-feb-01*

($ in Millions)

| Vertical | Q3'01 Won Deals | Q3'01 Committed Deals | Q3'01 SD Forecast | Total Commit | Swing Deals | | | Potential Results Including Swing Deals | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Worst | Likely | Best | Worst | Likely | Best |
| Federal | 8.6 | 8.7 | 2.7 | 20.0 | 9.6 | 18.2 | 38.6 | 29.6 | 38.1 | 48.5 |
| State & Local | 5.4 | 15.0 | 7.6 | 28.0 | 2.7 | 18.3 | 23.5 | 30.7 | 46.3 | 51.5 |
| Higher Ed | 0.3 | 4.2 | 3.5 | 8.0 | 0.0 | 2.5 | 2.9 | 8.0 | 10.5 | 10.9 |
| Healthcare | 1.6 | 3.8 | 0.6 | 6.0 | 0.0 | 1.0 | 10.0 | 6.0 | 7.0 | 16.0 |
| Comm/Util | 15.0 | 13.0 | 20.0 | 48.0 | 32.5 | 57.5 | 94.5 | 80.5 | 106.5 | 142.5 |
| Fin. Services | 2.8 | 6.2 | 1.0 | 10.0 | 0.0 | 5.0 | 25.0 | 10.0 | 15.0 | 35.0 |
| Total OSI | 33.6 | 50.9 | 35.4 | 120.0 | 44.8 | 102.5 | 184.5 | 164.8 | 222.4 | 304.4 |

9/25/2002 4:04 PM

Q3 Prelim Status 021300.xls

ORACLE CONFIDENTIAL

NDCA-ORCL 078342

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

**OSI Q3 License Status**
*as of 13-Feb-01*

($ in Millions)

| | Vertical: | Federal |
|---|---|---|
| Q3C1 Won Deals | | 8.6 |
| Q3C1 Deals Committed; no assistance req'd | | 8.7 |
| ISD Forecasted | | 2.7 |
| Total Commit | | 20.0 |

| SWING Deals >$2M [*] | Worst | Likely | Best |
|---|---|---|---|
| *Commit Carry Over* | 20.0 | 20.0 | 20.0 |
| NASA | 0.9 | 1.8 | 2.9 |
| NIMA-PS | 0.2 | 1.2 | 2.1 |
| NAVAIR | 4.5 | 4.5 | 7.5 |
| NAVY MEDICAL | 0.4 | 2.3 | 3.9 |
| ARMY-PERSONNEL | 1.2 | 2.4 | 4.0 |
| NAVY MEDICAL-SPMS | 0.9 | 2.5 | 3.2 |
| DISA | 0.9 | 1.8 | 3.0 |
| DLA | 0.6 | 1.6 | 2.0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | 9.6 | 18.2 | 28.6 |
| Potential Results Above Current Commit | 29.6 | 38.1 | 48.5 |

[*]Worst/Likely/Best refer to potential amounts for each deal, not total forecast. Worst
case for total forecast is the "Total Commit".

ORACLE CONFIDENTIAL

Q3 Prelim Status 021300.xls

NDCA-ORCL 078343

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

OSI Q3 License Status
*as of 13-Feb-01*

($ in Millions)

| | Vertical: | S&L |
|---|---|---|
| Q301 Won Deals | | 5.4 |
| Q301 Deals Committed; no assistance req'd | | 15.0 |
| iSD Forecasted | | 7.6 |
| Total Commit | | 28.0 |

| SWING Deals >$2M * | Worst | Likely | Best |
|---|---|---|---|
| *Commit Carry Over* | 28.0 | 28.0 | 28.0 |
| LA DWP | - | - | 1.0 |
| State of Indiana | 0.5 | 0.5 | 1.0 |
| Prince George | - | 1.1 | 1.1 |
| NJ OIT | 2.2 | 2.2 | 2.8 |
| Maryland JIS | - | 1.0 | 1.0 |
| NY Courts | - | 1.0 | 1.0 |
| NY TDA | - | - | 1.3 |
| NY State Wide | - | 12.5 | 14.3 |
| | 2.7 | 18.3 | 23.5 |
| Potential Results Above Current Commit | 30.7 | 46.3 | 51.5 |

*Worst/Likely/Best refer to potential amounts for each deal, not total forecast. Worst
case for total forecast is the "Total Commit".

**ORACLE CONFIDENTIAL**

Q3 Prelim Status 021300.xls

**NDCA-ORCL 078344**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

OSI Q3 License Status
*as of 13-Feb-01*

($ in Millions)

|  | Vertical: | Higher Education |
|---|---|---|
| Q301 Won Deals |  | 0.3 |
| Q301 Deals Committed; no assistance req'd |  | 4.2 |
| iSD Forecasted |  | 3.5 |
| **Total Commit** |  | 8.0 |

| SWING Deals >$2M * | Worst | Likely | Best |
|---|---|---|---|
| *Commit Carry Over* | 8.0 | 8.0 | 8.0 |
| Columbia University | - | 2.5 | 2.9 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | - | 2.5 | 2.9 |
| Potential Results Above Current Commit | 8.0 | 10.5 | 10.9 |

*Worst/Likely/Best refer to potential amounts for each deal, not total forecast. Worst
case for total forecast is the "Total Commit".

ORACLE CONFIDENTIAL

Q3 Prelim Status 021300.xls

NDCA-ORCL 078345

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

OSI Q3 License Status
*as of 13-Feb-01*

($ in Millions)

| | Vertical: | Healthcare |
|---|---|---|
| Q301 Won Deals | | 1.6 |
| Q301 Deals Committed; no assistance req'd | | 3.8 |
| iSD Forecasted | | 0.6 |
| **Total Commit** | | 6.0 |

| SWING Deals >$2M * | Worst | Likely | Best |
|---|---|---|---|
| *Commit Carry Over* | 6.0 | 6.0 | 6.0 |

| | Worst | Likely | Best |
|---|---|---|---|
| Healthsouth | . | 1.0 | 10.0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | 1.0 | 10.0 |
| Potential Results Above Current Commit | 6.0 | 7.0 | 16.0 |

*Worst/ Likely/ Best refer to potential amounts for each deal, not total forecast. Worst
case for total forecast is the "Total Commit".

ORACLE CONFIDENTIAL

Q3 Prelim Status 021300.xls

NDCA-ORCL 078346

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

**OSI Q3 License Status**
*as of 13-Feb-01*

(S in Millions)

|  | Vertical: | Comms/Util |
|---|---|---|
| Q301 Won Deals | | 15.0 |
| Q301 Deals Committed; no assistance req'd | | 13.0 |
| iSD Forecasted | | 20.0 |
| **Total Commit** | | 48.0 |

| SWING Deals >$2M * | Worst | Likely | Best |
|---|---|---|---|
| *Commit Carry Over* | 48.0 | 48.0 | 48.0 |

| | Worst | Likely | Best |
|---|---|---|---|
| Verizon | . | 5.0 | 7.0 |
| Qwest | 5.0 | 10.0 | 15.0 |
| Lucent | . | . | 10.0 |
| AT&T | . | . | 15.0 |
| Sprint | . | 10.0 | 10.0 |
| Worldcom (not in OSO) | 10.0 | 15.0 | 20.0 |
| Cable & Wireless | 5.0 | 5.0 | 5.0 |
| Convergys | 5.0 | 5.0 | 5.0 |
| Comcast | 4.0 | 4.0 | 4.0 |
| Bell South Newco | 3.5 | 3.5 | 3.5 |
| | | | |
| | | | |
| | 32.5 | 57.5 | 94.5 |
| Potential Results Above Current Commit | 80.5 | 105.5 | 142.5 |

*Worst/Likely/Best refer to potential amounts for each deal, not total forecast.  Worst case for total forecast is the "Total Commit".

ORACLE CONFIDENTIAL

Comm-Util.

Q3 Prelim Status 021300.xls

NDCA-ORCL 078347

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

OSI Q3 License Status
*as of 13-Feb-01*

($ in Millions)

| | Vertical: | Financial Services | |
|---|---|---|---|
| Q3'01 Won Deals | | 2.8 | (a) |
| Q3'01 Deals Committed; no assistance req'd | | 6.2 | (b) |
| iSD Forecasted | | 1.0 | |
| Total Commit | | 10.0 | |

| SWING Deals > $2M * | Worst | Likely | Best |
|---|---|---|---|
| *Commit Carry Over* | 10.0 | 10.0 | 10.0 |

| | Worst | Likely | Best |
|---|---|---|---|
| Capital One | | - | 10.0 |
| Credit Suisse First Boston (c) | | - | 7.0 |
| Lehman (d) | | - | 2.0 |
| < $2m Deals | - | 5.0 | 6.0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | - | 5.0 | 25.0 |
| Potential Results Above Current Commit | 10.0 | 15.0 | 35.0 |

*Worst/Likely/Best refer to potential amounts for each deal, not total forecast. Worst case for total forecast is the "Total Commit".

(a) The Revmgr is currently at $1.7m
(b) Includes $1.7m for State Street Deferred revenue recognition. This is dependent on State Street testing & acceptance.
(c) CSFB-Needs international approvals. Also completing discount & support relief approvals.
(d) Lehman - Timing is issue on this one. Still negotiating parameters of deal. Once that is defined still need to resolve a few left-over T&C issues from Q2.

ORACLE CONFIDENTIAL

Q3 Prelim Status 021300.xls

NDCA-ORCL 078348

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 309

10:11am EST 5-Jan-01 Wit SoundView (Jim Mendelson 203-462-7213) ORCL
Oracle (ORCL) Company Update January 5, 2001

CA-ORCL 001723

Oracle (ORCL)      Price: $32.50      Strong Buy      January 5, 2001

| (FYE May) | F00 | F01 | F02 | Curr. | Last | Yr. Ago |
|---|---|---|---|---|---|---|
| Revenue ($M) | 10,130 | 11,837 | 14,144 | 2,869 | 2,660 | 2,449 |
| EPS | 0.68 | 0.51 | 0.63 | 0.12 | 0.11 | 0.09 |
| Old Revenue | | | | | | |
| Old EPS | | | | | | |

More good news on the applications business.  In recent checks post the second
quarter (November), we have heard Oracle has closed more than $100 million in
applications business in December, this would represent approximately 30% of our
third-quarter (February) estimate, indicating the quarter is off to a very
strong start.  In addition, the weakening of the dollar against the euro should
help provide a buffer to any sense of a revenue slowdown in the US owing to a
weakening economy.  We continue to believe the shares can trade back up to the
mid- to the high-$40s over the course of 2001.

With growing evidence of the broadening weakness in the US economy, whether it's
in the telecom, retail or automotive sectors, not to mention the melt-down of
the "dot-coms" which began last year and accelerated throughout the end of 2000,
begs the question as to how will Oracle be impacted?

Oracle's leading market share in the DBMS market (we believe it is on the order
of 60% overall in the UNIX and NT space), and broad distribution of revenues
(and costs) around the world, by definition implies Oracle's mix of business
largely mirrors the contributions to GDP of the major vertical sectors of the
economy.

Consequently, we believe the company is impacted to some extent by a slowdown.
However, we hasten to add we also believe our published estimates in terms of
revenues have not been particularly aggressive and overall revenue growth has
been weighed down by the strong U.S. dollar and the slight decline in the
company's consulting business, which represents on the order of 20% plus of
total revenues.

More importantly, near-term momentum has not yet show any visible impact from
either the melt down of the dot-coms, or the weakness showing up in spending by
major verticals such as telecom.

Our checks through December, indicate there was terrific follow through on the
very solid revenue performance evidenced in the November quarter.

In particular, there continues to be a number of large deals booked in the
applications space, which we believe total on the order of $100 million plus.
These large deal wins indicate at the very least, Oracle is able to sell the 11i
integrated e-business suite vision very effectively.  In at least one instance,
one of these deals hinged on the perceived cost advantages in terms of
deployment and licensing costs over competition from best-of-breed alternatives.

Although market research sources are still mixed regarding 11i, they have become
incrementally more positive with respect to deployment success, and early
criticism from isolated users appears to be abating.

This document has been prepared by Wit SoundView Corp.  Information contained
herein has been obtained from sources believed to be reliable, but the accuracy
and completeness of the information, and that of the opinions based thereon, are

NDCA-ORCL 005789

not guaranteed.  This report is not an offer to buy or sell or a solicitation
of an offer to buy or sell the securities mentioned or related securities.  Wit
SoundView Corp. is a registered broker-dealer and wholly owned subsidiary of Wit
SoundView Group, Inc.  Wit SoundView Corp., and entities and persons associated
with it, may have long or short positions in or effect transactions in the
securities of companies mentioned in this report.  Wit SoundView Corp. may make
a market in the shares of any such company and may have acted as a lead or
co-managing underwriter in one or more of such company's U.S. equity offerings.
Wit SoundView Corp. may perform or seek to perform other investment banking
services for any company referenced in this document.  Do not change or
reproduce this report without the express written consent of Wit SoundView Corp.
c 2001 Wit SoundView Corp.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
J

EON

CA-ORCL 001724

NDCA-ORCL 005790

# EXHIBIT 310

10:17am EST 13-Feb-01 Wit SoundView (Jim Mendelson 203-462-7213) ORCL PSFT VRTS Enterprise Infrastructure Software February 13, 2001

Enterprise Infrastructure Software                    February 13, 2001

Wrestling with uncertainty.  While investors are increasingly seeking safe harbors as shelter in a storm, our large capital, strong buy rated stocks - Oracle, PeopleSoft and Veritas continue to take it on the chin.  Although we, along with others, are struggling with these issues concerning the economy, we continue to believe a company's success or failure is not wholly dependent on the state of IT spending - but rather execution and market-share gains are also very important factors determining success.  We continue to believe that of our immediate coverage, PeopleSoft and Veritas are the best positioned in the current economic environment.  Oracle is a more difficult and controversial call, given their considerably larger size.

Increasing evidence that the macro-economic slowdown is taking a toll on IT spending, coupled with questions as to the depth and the duration of the slowdown continues to put pressure on our favorite large capital, strong buy rated stocks including PeopleSoft, Oracle and Veritas.  We have already reduced our price-target objective for Veritas (to reflect a more conservative earnings estimate), and since then Veritas' fourth-quarter results were "as good as it gets," with 2001 estimates being increased, effectively up to our reduced estimate.  PeopleSoft's fourth-quarter results were an unqualified blowout, driven by a powerful new product cycle, a generally healthier market than what existed over a year ago, and significant market-share gains.  Despite these successes, management prudently decided not to increase guidance, which unfortunately was viewed by the market as a negative indication.

Now we wait for the Oracle February quarter.

Oracle in particular has been hard hit, and is by far the most controversial, given it is the largest of the companies we cover (therefore no place to hide) and long-time favorites such as Microsoft and Cisco have fallen.

The sell-offs indicate investors assume disappointing results, and lowered expectations are anticipated.

There are other important factors that are not being considered - execution and market share shifts.  Although there is little debate companies are significantly more challenged to make their numbers and the current environment is such that companies have more reason to lower expectations in maintaining their credibility than leaving them unchanged, there are other important factors that are not being considered, such as execution capabilities and market-share gains.

With regard to Microsoft and Cisco, a couple of points are worth noting.

1) Microsoft's weakening results are not simply a factor of the economy, but also to a large extent a reflection of the market's shift towards a more centralized computing architecture - created in part by the success of the Internet (and by no means just the dot-coms).
2) Cisco's weakening results are to some extent exacerbated by the heavy exposure to the telecom sector and the dot-coms, something that Oracle does not share to the same degree.

Oracle's success over the last couple of years, has been in part a function of the market health, but also execution success and market share gains.

Factoring in Economic Risk

http://www.firstcall.com/links/14/14709247107137278981/36928651891903635759/41719... 2/27/2002

NDCA-ORCL 091480

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

| | P/E | 2001 EPS % | 2001 PEG | Earnings Vulnerability Assume 10% Shortfall | Adj. 2001 EPS % | Adj. 2001 PEG |
|---|---|---|---|---|---|---|
| Oracle | 43.5 | +26% | 1.7 | 0.54>0.49 | +14% | 3.4 |
| PeopleSoft | 58.0 | +93% | 0.6 | 0.60>0.54 | +74% | 0.9 |
| Veritas | 81.0 | +48% | 1.7 | 0.89>0.81 | +33% | 2.7 |

While the above exercise is interesting, reality tends to be more binary - meaning that the real fear is not whether any of these companies miss by 10%, but rather that they miss by a whole lot more.

Our confidence relative to PeopleSoft and Veritas remains extremely high.

So what about Oracle?

Our inputs for December were excellent. January sounds okay, and there is still a lot of business to do in February. Third-quarter compares look pretty difficult, but remember that although year ago growth spiked up, in part because of the dot-com spending boom, it also benefited from a very easy year earlier compare that was distorted by Y2K. Finally, if the water was not muddy enough, currency has been a significant drag over the last 18 months, but should lessen visibly this quarter.

Assuming Oracle does "make the quarter," begs the question as to what management will say relative to the outlook. We would be very surprised given the self-fulfilling character of this slowdown, if management were to raise guidance, since it is unlikely as to whether anyone would believe it. On the other hand, while there is the risk that management could reduce guidance, we think it is unlikely.

On another note, Oracle Apps World is going on today in Paris, with the North American show taking place next week in New Orleans. These events are moderately attended by the financial community, but are grand gestures designed to build demand. We expect Oracle will continue to promote the benefits of integrated suites, in particular the substantial cost advantages - something that arguably has incremental appeal where money is tight.

So do we buy or sell Oracle? We are focused on the fundamentals, and although there is no debate that the macro environment continues to deteriorate, we continue to believe that Oracle is executing well and generally gaining market share. Given the scale of the correction in Oracle's price, we feel compelled to leave it as a strong buy, though we reserve the right to change our views.

This document has been prepared by Wit SoundView Corp. Information contained herein has been obtained from sources believed to be reliable, but the accuracy and completeness of the information, and that of the opinions based thereon, are not guaranteed. This report is not an offer to buy or sell or a solicitation of an offer to buy or sell the securities mentioned or related securities. Wit SoundView Corp. is a registered broker-dealer and wholly owned subsidiary of Wit SoundView Group, Inc. Wit SoundView Corp., and entities and persons associated with it, may have long or short positions in or effect transactions in the securities of companies mentioned in this report. Wit SoundView Corp. may make a market in the shares of any such company and may have acted as a lead or co-managing underwriter in one or more of such company's U.S. equity offerings. Wit SoundView Corp. may perform or seek to perform other investment banking services for any company referenced in this document. Do not change or reproduce this report without the express written consent of Wit SoundView Corp.

NDCA-ORCL 091481

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

```
c 2001 Wit SoundView Corp.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]
```

EON

NDCA-ORCL 091482

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# EXHIBIT 311

Los Angeles Times January 27, 2001 Saturday

Copyright 2001 The Times Mirror Company; Los Angeles Times
All Rights Reserved
Los Angeles Times

January 27, 2001 Saturday
Home Edition

SECTION: BUSINESS; Part C; Financial Desk; Pg. 1

LENGTH: 689 words

**DEPOSITION EXHIBIT**
231
3-19-04 CATZ

HEADLINE: TELECOM FIRMS' WOES GROWING ON SEVERAL FRONTS

BYLINE: ELIZABETH DOUGLASS, TIMES STAFF WRITER

BODY:

The struggling telecommunications sector took another hit Friday as wireless heavyweight Ericsson said planned to stop making its own mobile phones and word spread that WorldCom Inc. may cut as many as 11,000 jobs from its struggling long-distance business.

Stockholm's Ericsson unveiled a larger-than-expected fourth-quarter loss, projected further woes ahead and announced plans to sell its wireless phone factories to an Asian contractor to stem losses in the handset business.

Though it is the world's third-largest cell phone maker, behind Nokia Corp. and Motorola Inc., Ericsson said it was incapable of making the phones cheaply enough. Ericsson will hand over manufacturing to Flextronics Corp. of Singapore, but it will continue to research and design the phones as well as sell them under its brand.

Meanwhile, there were rumors that Clinton, Miss.-based WorldCom was preparing to lay off as much as 14% of its work force as part of a major restructuring. The company, whose MCI long-distance unit is the nation's second largest, called the reports "speculation" and would not comment.

WorldCom said last year the company would soon split off its faltering long-distance and calling-card businesses into a tracking stock to separate them from faster-growing WorldCom units.

The phone company's stock closed up 94 cents to $ 21.31 in Nasdaq trading Friday. Ericsson's U.S. shares, also traded on Nasdaq, fell $ 1.75 to close at $ 11.25.

The latest dose of bad news follows this week's announcement from Lucent Technologies Inc. that the communications equipment maker will slash more than 16,000 jobs. Recently, Motorola said it will shutter some of its mobile phone plants, and financial updates from a string of upstart phone companies have revealed that they are teetering toward bankruptcy.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 609288

The developments show that nearly every segment of the telecommunications industry is on the skids despite record growth in wireless phone use and a continued worldwide surge in Internet.

The companies are suffering because demand for mobile phones is cooling off its once-torrid pace, making wireless carriers less willing to heavily subsidize the cost of newfangled phones. Already, many carriers sell phones below cost or give them away to attract customers.

In addition, Ericsson has been slow to expand beyond its business-basic designs to the flashier looks that have helped make Nokia dominant among younger adults and teenage cell phone users.

Ericsson said Friday that its handset unit generated an operating loss of about $ 1.67 billion in 2000. The losses pulled down the company's overall results, eating away the high profits of Ericsson's mobile network equipment business, which accounts for roughly two-thirds of its sales.

Overall, Ericsson's net income in the fourth quarter, which ended Dec. 31, dropped 63%, compared with the same period a year earlier, to about $ 239 million. For the full year, the company's earnings rose 74% to about $ 2.2 billion, and net sales rose 27% to about $ 29 billion.

Company executives said the firm would only break even in the first quarter this year and also lowered its forecast for industrywide global mobile phone demand in 2001 to 500 million to 540 million phone units, more pessimistic than Nokia's and Motorola's forecasts.

Falling prices have been the biggest factor in the long-distance market, where declining revenue has caused AT&T Corp., WorldCom and Sprint Corp. to retreat substantially from the consumer long-distance business.

Competition has become ever more fierce in the battle for phone customers, and the Big Three carriers have abandoned the once-familiar price-war mentality.

The woes at the biggest carriers are small compared with those plaguing companies that had hoped to grab market share in the local phone market. Many of them, including once-promising competitors Covad Communications Corp., Rhythms and NorthPoint, are financially strapped and unlikely to survive their challenge to dominant local phone companies such as Pacific Bell in the growing market for high-speed Internet access.

*

Times wire services were used in compiling this report.

LOAD-DATE: January 27, 2001

Los Angeles Times January 27, 2001 Saturday

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 609289

# EXHIBIT 312

230

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

Source: News & Business > News > News, Beyond Two Years (English, Full Text) ⌐
Terms: atleast5 (lucent) and atleast5 (telecom!) and declin! or slow! and date(geq (12/01/00) and leq (01/31/01)) (Edit Search)

✦Select for FOCUS™ or Delivery
⌐

*January 24, 2001, Wednesday, BC cycle*

Copyright 2001 Associated Press
All Rights Reserved
The Associated Press

These materials may not be republished without the express written consent of The Associated Press

January 24, 2001, Wednesday, BC cycle

**SECTION:** Domestic News

**LENGTH:** 404 words

**HEADLINE: Lucent** to cut 10,000 jobs to fight huge loss, 0458

**BYLINE:** By LINDA A. JOHNSON, Associated Press Writer

**DATELINE:** TRENTON, N.J.

> **DEPOSITION EXHIBIT**
> 230
> 3-19-04  CAR-2

**BODY:**
Troubled **telecommunications** giant **Lucent** Technologies is cutting about 10,000 jobs as part of an effort to reduce annual costs by more than $2 billion.

The job cuts, which represent nearly 8 percent of its worldwide work force of 125,000, were announced Wednesday as the company reported a $1.02 billion loss from continuing operations for its first fiscal quarter.

The announcements follow a series of earnings disappointments and a sharp **decline** in **Lucent's** stock price that drove the company, once part of AT&T Corp., to fire its chairman and chief executive in October.

**Lucent** said it will make the job cuts through layoffs and attrition by July, and affected employees will be notified by March.

"With this announcement, we are outlining a comprehensive set of actions to rebuild the company for long-term, sustainable profitability," Henry Schacht, **Lucent's** chairman and chief executive, said in a statement. "We are moving swiftly to implement these actions companywide. They will serve as the foundation for putting **Lucent** back on track."

The Murray Hill-based maker of **telecommunications** gear said its loss from continuing operations amounted to 30 cents a share in the quarter ending Dec. 31. That fell below even the dismal expectations of analysts surveyed by First Call/Thomson Financial, who had forecast a loss of 27 cents per share.

In the year-ago quarter, **Lucent** had net income from continuing operations of $1.08 billion, or 33 cents per share. Revenues fell 26 percent to $5.84 billion from $7.9 billion a year earlier.

The restructuring program excludes **Lucent's** Agere microelectronics unit, which the company plans to spin off this year. That unit has about 16,000 employees.

**Lucent** sells high-speed telecommunications equipment and services to long distance and regional telephone companies, wireless and Internet service providers, and competitive local

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 609284

# EXHIBIT 313

CB1

PLTFS/DFTS EXHIBIT # _249_

DEPO OF: _Ronsse_

PGS _15_   DATE _4-20-04_

YOLANDA M. PARKS, CSR



| | This week | Prior week | Δ |
|---|---|---|---|
| F.W | 130 | 225 | (95) |
| Hptds | 80 | — | 80 |
| Total Fcst | 210 | 225 | (15) |

| | | 10 - 20 |
|---|---|---|
| World run | | 5 - 15 |
| Rqst | | 5 |
| ccb/weld | | 5 |
| Converges | | 10 |
| Spread | | 15 |
| ATM | | 10 |

60 - 80

fb - 142

ORACLE
CONFIDENTIAL

CA-ORCL 037116

NDCA-ORCL 293931

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

ORACLE
CONFIDENTIAL

CA-ORCL 037117

NDCA-ORCL 293932

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

ORACLE
CONFIDENTIAL

CA-ORCL 037118

NDCA-ORCL 293933

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

ORACLE
CONFIDENTIAL

CA-ORCL 037119

NDCA-ORCL 293934

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

ORACLE
CONFIDENTIAL

CA-ORCL 037120

NDCA-ORCL 293935

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

Oracle Service Industries Forecast - Q2FY01 (1M)

ORACLE
CONFIDENTIAL

CA-ORCL 037121

NDCA-ORCL 293936

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

ORACLE
CONFIDENTIAL

CA-ORCL 037122

NDCA-ORCL 293937

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER



ORACLE
CONFIDENTIAL

CA-ORCL 037123

NDCA-ORCL 293938

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER



ORACLE
CONFIDENTIAL

CA-ORCL 037124

NDCA-ORCL 293939

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER



ORACLE
CONFIDENTIAL

CA-ORCL 037125

NDCA-ORCL 293940

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER



ORACLE
CONFIDENTIAL

CA-ORCL 037126

NDCA-ORCL 293941

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER



ORACLE
CONFIDENTIAL

CA-ORCL 037127

NDCA-ORCL 293942

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER



ORACLE
CONFIDENTIAL

CA-ORCL 037128

NDCA-ORCL 293943

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER



ORACLE
CONFIDENTIAL

CA-ORCL 037129

NDCA-ORCL 293944

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER



ORACLE
CONFIDENTIAL

CA-ORCL 037130

NDCA-ORCL 293945

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 314

NDCA-ORCL 293930

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

PLFS/DFTS EXHIBIT #

DEPO OF: Ronsse

PGS 15   DATE 4-20-04

YOLANDA M. FARKS, CSR

ORACLE
CONFIDENTIAL

CA-ORCL 037116

NDCA-ORCL 293931

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

ORACLE
CONFIDENTIAL

CA-ORCL 037117

NDCA-ORCL 293932

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

ORACLE
CONFIDENTIAL

CA-ORCL 037118

NDCA-ORCL 293933

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

North American Sales Forecast - Q3 FY01 [illegible]

| | Total Opportunity | [illegible] | Comments |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| PFIZER CORPORATION | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| ATCO I-TEK | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| ALBERTA BLUE CROSS | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| [illegible] Software | 1.0 | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| [illegible] Publishing | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| [illegible] Corporation | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| New York Times Company Inc | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| TRANSOCEAN OFFSHORE INC | [illegible] | [illegible] | |
| University of [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| Research In Motion | [illegible] | [illegible] | |
| [illegible] Software Inc. | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| CONTINENTAL AIRLINES | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| TOTAL FORECAST | | [illegible] | |
| TOTAL FORECAST | | [illegible] | |
| WORST CASE SCENARIO | | | |
| [illegible] | | | |
| [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | | [illegible] | |
| DEALS [illegible] | | [illegible] | |
| [illegible] | | [illegible] | |
| TOTAL WORST CASE SCENARIO | | [illegible] | |
| MOST LIKELY FORECAST SCENARIO | | | |
| [illegible] | | | |
| AMERICREDIT | [illegible] | [illegible] | [illegible] |
| [illegible] Corporation | 4.0 | [illegible] | [illegible] |
| [illegible] Software Corporation | [illegible] | [illegible] | [illegible] |
| [illegible] and Company, Inc. | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] |
| ROSS STORES, INC | [illegible] | [illegible] | [illegible] |
| [illegible] Communications | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] Holdings, Inc. | [illegible] | [illegible] | [illegible] |
| UNITED AIRLINES | [illegible] | [illegible] | |
| AMERICAN TELEGRAPH & TELEPHONE CORP | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | |
| [illegible] Software Corporation | [illegible] | [illegible] | |
| [illegible] Corporation | [illegible] | [illegible] | |
| TRANSOCEAN OFFSHORE INC | [illegible] | [illegible] | |
| CFO [illegible] | [illegible] | [illegible] | |

[illegible]

ORACLE CONFIDENTIAL

CA-ORCL 037119

NDCA-ORCL 293934

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

ORACLE
CONFIDENTIAL

CA-ORCL 037120

NDCA-ORCL 293935

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

Oracle Service Industries Forecast - Q2FY01 (3M)

ORACLE
CONFIDENTIAL

CA-ORCL 037121

NDCA-ORCL 293936

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

ORACLE
CONFIDENTIAL

CA-ORCL 037122

NDCA-ORCL 293937

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER



ORACLE
CONFIDENTIAL

CA-ORCL 037123

NDCA-ORCL 293938

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER



ORACLE
CONFIDENTIAL

CA-ORCL 037124

NDCA-ORCL 293939

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER



ORACLE
CONFIDENTIAL

CA-ORCL 037125

NDCA-ORCL 293940

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER



ORACLE
CONFIDENTIAL

'CA-ORCL 037126

NDCA-ORCL 293941

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER



ORACLE
CONFIDENTIAL

CA-ORCL 037127

NDCA-ORCL 293942

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER



OH Forecast Summary Report by Product Category

ORACLE
CONFIDENTIAL

CA-ORCL 037128

NDCA-ORCL 293943

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER



OPI Forecast Summary Report by Product Category

ORACLE
CONFIDENTIAL

CA-ORCL 037129

NDCA-ORCL 293944

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER



ORACLE
CONFIDENTIAL

CA-ORCL 037130

NDCA-ORCL 293945

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 315

## OSI 3Q01 Lost Big Deals

| Deal Name | Projected Value (Millions) | Comments |
|---|---|---|
| **BIG DEALS NEEDED FROM NON-TELECOM INDUSTRIES** | | |
| University of Texas | 13 [1] | Defendants knew that the University of Texas deal "MUST close" for OSI to make its 3Q01 forecast. Ex. 355. The deal, however, was lost no later than January 29, 2001. Ex. 314 at 293931; Ex. VV at 150:14-153:24. |
| Capital One | 10 [2] | Defendants knew that the Capital One deal "MUST close" for OSI to make its 3Q01 forecast. Ex. 355. The deal, however, was "Not Likely to Close" by January 29, 2001. Ex. 316 at 090542. Throughout 3Q01, its win probability was never higher than 10%. Exs. 317, 318. |
| **BIG DEALS NEEDED FROM DETERIORATING TELECOM INDUSTRY** | | |
| BellSouth | 25 [1] | Defendants knew that the BellSouth deal had to close for OSI to make its 3Q01 forecast. Ex. 355. Defendants, however, knew by the second week in January that the deal was lost. Ex. TT at 153:18-154:4. Moreover, defendants knew much earlier that the deal was in serious trouble due to severe 11i implementation issues at BellSouth. Ex. 319; Ex. UU at 118:10-119:3. The implementation issues at BellSouth cost OSI $21-22M in free consulting and caused Oracle, in 3Q01, to reverse $6.7M of previously recognized revenue. Ex. Q at 66:13-69:2; Ex. 320; Ex. XX at 153:24-154:2. |
| Lucent | 10-36 [4] | Defendants knew that the Lucent deal had to close for OSI to make its 3Q01 forecast. Ex. 355. Oracle knew, however, that Lucent was "spinning down the sink" and "totally out of control" because their CEO, a member of Oracle's Board, had been fired. Ex. Q at 58:1-7; Ex. 312. The Lucent deal was never in the forecast after January 11, 2001. Ex. 229 at 252257. It was never valued above $10 million, even in the "best case," until February 28, 2001, when it suddenly appeared in the best case at $36 million. Ex. 321 at 252257. |
| WorldCom | 3-20 [3] | Defendants knew that the WorldCom deal had to close for OSI to make its 3Q01 forecast. Ex. 355. However, the deal was never in OSI's forecast or even "best case." Defendants knew the WorldCom deal was never going to close because WorldCom was already $10-15M in arrears to Oracle for previously rendered services and it was refusing to pay. Ex. 322 at 156558.0001. According to Nussbaum, WorldCom "wasn't going to buy anything, [it] just wanted [the] 15 million dollars of software support to go away." Ex. Q at 77:19-78:2. |

| | | |
|---|---|---|
| Sprint | 10 [2] | Defendants knew that the Sprint deal had to close for OSI to make its 3Q01 forecast. Ex. 314 at 093689. The deal, however, was "Not Likely to Close" by January 29, 2001. Ex. 316 at 090542. At no point in 3Q01 was the deal's win probability higher than 10%. Exs. 323-- 325. Moreover, Ellison testified that, like Worldcom, in 3Q01 Sprint was refusing to pay for even previously rendered services. ("there's even cases where companies that were already using our software were trying to find ways not to pay for it. I'm not going to mention any names, Sprint, but a very large wireless company.") -- Ex. J at 373:22-376:5. |
| AT&T Broadband | 2 [2] | Defendants knew that the AT&T Broadband deals had to close for OSI to make its 3Q01 forecast. Ex. 355. The deals, however, were "Not Likely to Close" by January 29, 2001. Ex. 316 at 090542. At no point in 3Q01 were the deals' win probabilities higher than 10%. Exs. 323-325. |
| Convergys | 5 [2] | Defendants knew that the Convergys deal had to close for OSI to make its 3Q01 forecast. Ex. 314 at 093689. The deal, however, was "Not Likely to Close" by January 29, 2001. Ex. 316 at 090542. At no point in 3Q01 was the deal's win probability higher than 10%. Exs. 323-325. |
| Cable & Wireless | 5 [2] | Defendants knew that the Cable & Wireless deal had to close for OSI to make its 3Q01 forecast. Ex. 314 at 093689. The deal, however, was "Not Likely to Close" by January 29, 2001. Ex. 316 at 090542. At no point in 3Q01 was the deal's win probability higher than 10%. Exs. 323-325. |
| Verizon/Verizon Wireless | 7.5 [2] | Defendants knew that the Verizon and Verizon Wireless deals had to close for OSI to make its 3Q01 forecast. Ex. 299 at 610124. The deals, however, were "Not Likely to Close" by January 29, 2001. Ex. 316 at 090542. At no point in 3Q01 were the deals' win probabilities higher than 10%. Exs. 323-325. |
| **Total Big Deal Value** | 90.5-133.5 | |

[1] [Ex. 355]
[2] [Ex. 316] at 090542
[3] [Ex. 327] at 081828
[4] [Ex. 321] at 252257