# EXHIBIT 342

## DECLARATION OF CUSTODIAN OF BUSINESS RECORDS
### Pursuant to 28 U.S.C. §1746 and
### Federal Rules of Evidence 803(6) and 902(11)

I, James Ritter, for my declaration pursuant to 28 U.S.C. §1746, state:

1.    I am over 18 years of age and a resident of ___NYC___, ___NY___, and competent to make this Declaration. I am employed as a Vice President of Deutsche Bank Securities Inc. (formerly known as Deutsche Banc Alex. Brown Inc.) ("DBSI").

2.    I make this Declaration to establish that, to the best of my knowledge, the records attached as Exhibits A and B to this Declaration are "records of a regularly conducted activity" or "business records" within the meaning of Rules 803(b) and 902 (11) of the Federal Rules of Evidence.

3.    Attached hereto as Exhibit A is a true and correct copy of an equity research report dated February 22, 2001 issued by DBSI relating to Oracle Corporation. Attached hereto as Exhibit B is a true and correct copy of an equity research report dated February 9, 2001 issued by DBSI relating to Oracle Corporation. I am personally familiar with these records and the manner in which they are compiled and maintained.

4.    It is my understanding that Exhibits A and B were made at or near the time of the occurrence of the matters set forth in the record by, or from information transmitted by, a person with knowledge of those matters.

5.    Exhibits A and B were created as part of the regularly conducted business of DBSI.

6.    Exhibits A and B were maintained in the regular course of the business of DBSI.

I declare under penalty of perjury under 28 U.S.C. §1726 that the statements made by me in this Declaration are true and correct.

DATED: ___6/6/2006___          _____
                                [signature]

City and State: ___New York, NY___     ___James Ritter___
                                [print name]

Deutsche Banc Alex. Brown

Deutsche Bank 

Equity Research

North America

Moore, James A. 415-617-4269
Chen, Charles 415-617-4274
Deutsche Banc Alex. Brown Inc.

02/09/2001

---

ORACLE CORPORATION [ORCL] "STRONG BUY"
Visit with Management

| | | EPS | 2000A | 2001E | 2002E |
|---|---|---|---|---|---|
| Date: | 02/07/2001 | | | | |
| Price: | 27.69 | 1Q | 0.04 | 0.08 | 0.10 |
| 52-Wk Range: | 46 - 21 | 2Q | 0.06 | 0.11A | 0.13 |
| Ann Dividend: | 0.0 | 3Q | 0.08 | 0.12 | 0.14 |
| Ann Div Yld: | 0.00% | 4Q | 0.15 | 0.20 | 0.23 |
| Mkt Cap (mm): | 162,678 | FY(May) | 0.34 | 0.51 | 0.59 |
| 3-Yr Growth: | 25% | FY P/EPS | 81.4X | 54.3X | 46.9X |
| | | CY EPS | 0.43 | 0.54 | NE |
| Est. Changed | No | CY P/EPS | 64.4X | 51.3X | NM |

Industry:                  E-TECHNOLOGY
Shares Outstanding(Mil.):   5874.987
Return On Equity (2000) :   48.0%

---

HIGHLIGHTS:
VISIT WITH MANAGEMENT.  Yesterday, we checked in with Oracle for a mid-quarter update with
CFO Jeff Henley and VPs in the server and applications development organizations.

PERSPECTIVE ON THE MACRO ENVIRONMENT. According to management, it has yet to see macro-
related weakness in its business. That said, the full impact of the current macro
environment may not be evident until the end of the quarter, as revenue is typically back-
end loaded for Oracle.

STRONG PRODUCT POSITIONING MAY HELP WEATHER THE STORM.  E-business software remains a top
corporate IT priority, and we believe Oracle is in the midst of a strong product cycle
with its 11i applications suite and forthcoming 9i database/application server platform.
Barring a severe economic downturn, management sees continued growth driven by strong
demand in key segments such as supply chain, customer relationship management and
collaboration.

NO CHANGE TO OUTLOOK, RECENT GUIDANCE. Mr. Henley reiterated that the company's outlook
and guidance were unchanged for F3Q'01 (Feb).  Attempting to call Oracle's quarter with
three weeks remaining and a good deal of business still to be done may be premature at
this point.  Given the weakening macro environment, material upside to estimates ($2.5B
rev., $0.12 EPS) and upward revision to forward estimates seems less likely than three
months ago, particularly in light of softening outlooks provided by other tech bellwethers
such as Cisco and Sun Microsystems.

APPSWORLD CONFERENCES IN FEBRUARY.  Oracle is hosting two major applications user
conferences this month-February 11-14 in Paris and February 19-23 in New Orleans.  These
events will focus on the new 11i e-business applications suite with product announcements,
customer testimonials and partner presentations.  Oracle currently has 160 live 11i
customers with the number expected to exceed 200 by the end of F3Q.

DETAILS:
During our visit, we met with several senior members of Oracle's development organization
for an overview of recent or upcoming new product releases.  VPs Don Klaiss and Nadeem
Syed provided an update on Oracle's supply chain products including its Advanced Planning
and Scheduling suite and its new Supply Chain Exchange.  VP Thomas Kurian provided an
update on Oracle's 9i database and application server platform.

## SUPPLY CHAIN SOLUTION GAINING TRACTION

Since its introduction about a year ago, we believe Oracle is seeing improved market acceptance of its new Advanced Planning and Scheduling (APS) product. Oracle has devoted a core team of about 120 developers to build out its APS suite, which includes capabilities such as demand planning, manufacturing scheduling, constraint-based optimization, and available-to-promise. Oracle also recently introduced Supply Chain Exchange which leverages its APS optimization engines across entire trading communities. Currently, the company has licensed the 11i APS product to 130 customers, approximately one-quarter of which are new Oracle apps customers. Ten companies have licensed the Supply Chain Exchange solution with one customer, Sony, now live. Referenceable APS customers include UPS (e-Logistics division), Honeywell, Agilent, JDS Uniphase, GE Power Systems, Sony and Haworth, among others. Customers expected to go live over the near term include Ford, Odwalla, Qualcomm, Terradyne, Fosters, and Millapore. We believe many of these customers were competitive wins or displacements of best-of-breed vendors such as i2 Technologies or Manugistics. Haworth purchased APS after implementing i2 at a few of its sites. UPS selected Oracle over i2 in a head-to-head evaluation. We believe these wins were based primarily on Oracle's lower total cost of ownership, ease of integration, and database-centric architecture. While we are encouraged by many of these competitive wins, we believe Oracle still remains well behind best-of-breed vendors in terms of breadth and depth of functionality. We will be tracking Oracle's APS metrics closely over the next few quarters as more 11i customers go live.

## 9I EXPANDS THE DATABASE PLATFORM

Oracle's new 9I database is scheduled to ship in March/April and will include integrated OLAP (online analytical processing) and data mining tools and enhancements in high availability and server clustering. An additional highlight of 9i is tight integration with the Oracle application server. Oracle 9i Application Server (9iAS) is now in general release with enhancements scheduled for mid-February and August 2001. With 9iAS, we believe Oracle is more aggressively targeting BEA WebLogic, IBM WebSphere and Sun iPlanet in the application server market. The company has devoted over 300 software engineers to 9iAS development. Key features include J2EE compliance, caching technology, an integrated messaging bus for rapid connectivity, XML support, and the ability to rapidly create portals and wireless applications. While we believe it is still early in its release of 9iAS, the company has secured a number of customers, including Boeing in an enterprise deal and 14 wireless carriers in Europe. Anecdotally, Oracle stated that one customer streamlined its application server system from 15 iPlanet servers to a single 9iAS server, and will more than make up for the cost of the Oracle software on hardware cost savings alone. Oracle plans to release the next major revision to 9iAS (Version 2.0) in August with enhancements to include personalization, wireless access, and integration to third-party products.

Information herein is believed to be reliable and has been obtained from sources believed to be reliable, but its accuracy and completeness cannot be guaranteed. Opinions, estimates, and projections constitute our judgement and are subject to change without notice. This publication is provided to you for information purposes only and is not intended as an offer or solicitation for the sale of any financial instrument. Deutsche Banc Alex. Brown Inc. and its affiliates worldwide, may hold a position or act as market maker in the financial instruments of any issuer discussed herein or act as advisor or lender to such issuer. Transactions should be executed through a Deutsche Bank entity in the client's home jurisdiction unless otherwise permitted by law. Deutsche Banc Alex. Brown Inc. is a member of NYSE and NASD. Copyright 2001 Deutsche Banc Alex. Brown Inc.

Additional Information Available Upon Request

Deutsche Banc Alex. Brown Inc. maintains a net primary market in the common stock of Oracle Corporation.
The following stock(s) is (are) optionable: Oracle Corporation.
One or more authors of this comment have a long position in the common shares of Oracle Corporation.

Deutsche Banc Alex. Brown



Moore, James A. 415-617-4269
Chen, Charles 415-617-4274                    02/22/2001
Deutsche Banc Alex. Brown Inc.
--------------------------------------------------------------------
              ORACLE CORPORATION [ORCL] "STRONG BUY"
              Comments from Oracle AppsWorld Conference
--------------------------------------------------------------------

| | | EPS | 2000A | 2001E | 2002E |
|---|---|---|---|---|---|
| Date: | 02/20/2001 | | | | |
| Price: | 23.13 | 1Q | 0.04 | 0.08 | 0.10 |
| 52-Wk Range: | 46 - 21 | 2Q | 0.06 | 0.11A | 0.13 |
| Ann Dividend: | 0.0 | 3Q | 0.08 | 0.12 | 0.14 |
| Ann Div Yld: | 0.00% | 4Q | 0.15 | 0.20 | 0.23 |
| Mkt Cap (mm): | 135,888 | FY (May) | 0.34 | 0.51 | 0.59 |
| 3-Yr Growth: | 25% | FY  P/EPS | 68.X | 45.4X | 39.2X |
| | | CY   EPS | 0.43 | 0.54 | NE |
| Est. Changed | No | CY  P/EPS | 53.8X | 42.8X | NM |
--------------------------------------------------------------------

Industry:      E-TECHNOLOGY
Shares Outstanding(Mil.): 5874,987
Return On Equity (2000) :   48.0%
--------------------------------------------------------------------

HIGHLIGHTS:
- Oracle kicked off its AppsWorld conference yesterday in New Orleans.  This event and a
similar one held last week in Paris are Oracle's first company-hosted user conferences
focused on its e-business application suite.   Attendees include customers, prospects,
partners and members of the financial community.

- Focus of the event is on Oracle's 11i e-business applications suite.  We believe
Oracle's message - 100% Internet, fully integrated over best-of-bread - is beginning to
resonate in the market and should drive continued strong growth in applications revenue.
Release 11i offers fully integrated ERP, supply chain, CRM and B2B collaboration
functionality.

- Key customers and partners are highlighted in keynote presentations and general sessions
throughout the week.  They include Compaq, Cisco Systems, Hewlett-Packard, Citigroup,
PricewaterhouseCoopers, Deloitte Consulting, and EMC, among others.

- Overall tone at AppsWorld is positive from speaking with Oracle representatives,
partners and customers.  That said, the impact of current macroeconomic weakness on
Oracle's F3Q (Feb) remains somewhat of an unknown.  Given end-of-quarter timing, this
event could be important for conversion of the F3Q application sales pipeline with
numerous prospects in attendance in New Orleans.


DETAILS:
VIEW FROM ORACLE APPSWORLD CONFERENCE
Oracle kicked off its AppsWorld conference in New Orleans with a Presidents' Day keynote
speech from former President Bill Clinton.  An estimated 11,000 attendees saw President
Clinton's speech, although there appeared to be fewer than that number when the
conference's scheduled events commenced on Tuesday.  This event and a similar one held
last week in Paris (6200 attendees) are Oracle's first company-hosted user conferences
focused on its e-business application suite.  Prior events were hosted by the independent
Oracle Application User Group (OAUG).  Focus of the event is on Oracle's 11i e-business
applications suite.  The company continues to drive home the merits of its 100% Web-
enabled, fully integrated suite which include faster implementation and lower cost of
ownership with functionality comparable to best-of-breed vendors.  We believe Oracle's
message is beginning to resonate in the market and should drive continued strong growth in
applications revenue.  Release 11i offers fully integrated ERP, supply chain, CRM and B2B
collaboration functionality.

MANAGEMENT GUIDANCE UNCHANGED
CFO Jeff Henley gave a brief presentation to the financial community, but offered no commentary on the current quarter (company is in its quiet period) and no change to guidance. Management still expects growth in applications license revenue to accelerate in the second half of fiscal 2001 (May) above the 43% and 66% reported in the first two fiscal quarters. Additional comments from Mr. Henley's presentation were as follows:

- 180 customers are now live on 11i with 2500+ implementations in progress. 45% of 11i represents new modules added to prior release 11.

- Key 11i customers live or in implementation include Citibank, Hewlett-Packard, BellSouth, Compaq, MBNA Bank, Bank of Montreal, Xerox, JDS Uniphase, Hitachi Data Systems, GE Medical, GE Capital, GE Aircraft Engines, GE Industrial, Ingersoll-Rand, Belgacom, Boeing and Ventas.

- Current applications growth drivers include customer relationship management (CRM), B2B collaboration (supply chain, exchanges and procurement) and a rebound in ERP. Management cautioned that the strength in ERP may be a result of easy compares related to Y2K slowing in 1999.

- Other growth drivers include continued strength in mid-market sales (100% y/y growth the past two quarters), Business Online (ASP hosted service), and strong demand in international regions, notably Europe.

- Oracle's internal deployment of 11i continues with numerous "go lives" the last several months (sales, marketing, sales compensation, contracts, telesales, financials) and more planned for Spring (iStore, iSupport and Europe). Instances of ERP are down to 20 internally from 70 previously.

- The database market remains "alive and well" and should continue to provide steady long-term growth. No commentary was provided on near-term expectations.

- Application server revenue, currently 5% of total, could grow to 25% over time.

- Margin expansion opportunities should continue in coming quarters.

CUSTOMER/PARTNER HIGHLIGHTS
Oracle featured several key customers and partners in keynote and other presentations on the conference's first day.

- Compaq Computer. Compaq recently purchased the Oracle e-business suite and went live in December on iProcurement with 3000 users in North America. In 2001, Compaq plans to roll-out iProcurement to 60K employees worldwide. The company spends $5B annually on 30K indirect line items. Compaq is also reselling the 9i platform. Joint customers include Acxiom and the government of Quebec.

- Cisco Systems. Cisco CEO John Chambers emphasized productivity gains as a key benefit of Internet and e-business infrastructure. Last year, Cisco saved $1.4B using Internet applications off of an expense base of $6.5B. Oracle and Cisco are partnering on call center/CRM opportunities.

- Citibank. Citibank is currently rolling out iProcurement for internal indirect purchasing. It is also rolling out Citibank Global Xchange, an indirect marketplace for Citibank and its customers hosted on Oracle Exchange. Citibank cited integration with its internal ERP systems as one of the reasons it selected Oracle over other vendors such as Commerce One. Citibank is also developing and integrating payment technology into Oracle Exchange. Global Xchange is expected to go live in April.

- Hewlett-Packard. Hewlett-Packard implemented Oracle CRM modules for sales, inside sales, marketing, call center and sales compensation. Integration and providing a consistent customer experience were key decision factors in choosing Oracle. Currently, 1000 sales reps in North America are live with four other regions planned for roll out in May. By October 31, HP hopes to have its CRM platform largely standardized on Oracle.

- KPMG. KPMG developed an Oracle practice around consumer and industrial clients and a proprietary implementation methodology. KPMG was involved in Oracle installs at GE Industrial, GE Medical, GE Power and Honeywell.

OTHER CONFERENCE OBSERVATIONS

- A Big Five consultant sees strong demand in its Oracle practice which numbers 2500 dedicated consultants worldwide. Anecdotally, this consultant noted that 90% of current Oracle deals include a CRM component compared to 5% a year ago. Bechtel is one of several large global client projects this firm is performing for Oracle.

- The single data model, integrated suite, fast implementation and low cost of ownership were recurring themes heard from non-Oracle conference attendees on the benefits of 11i.

- A few shortfalls of the 11i suite as noted by another Big Five consultant. The first release of 11i was somewhat unstable with a large number of code patches required. 11i is now in release 3 (shipped at the end of January). Also, a trade-off of purchasing a full suite is reduced leverage in price negotiations from engaging fewer vendors than in a comparable best-of-breed bake-off.

Information herein is believed to be reliable and has been obtained from sources believed to be reliable, but its accuracy and completeness cannot be guaranteed. Opinions, estimates, and projections constitute our judgement and are subject to change without notice. This publication is provided to you for information purposes only and is not intended as an offer or solicitation for the sale of any financial instrument. Deutsche Banc Alex. Brown Inc. and its affiliates worldwide, may hold a position or act as market maker in the financial instruments of any issuer discussed herein or act as advisor or lender to such issuer. Transactions should be executed through a Deutsche Bank entity in the client's home jurisdiction unless otherwise permitted by law. Deutsche Banc Alex. Brown Inc. is a member of NYSE and NASD. Copyright 2001 Deutsche Banc Alex. Brown Inc.

Additional Information Available Upon Request

Deutsche Banc Alex. Brown Inc. maintains a net primary market in the common stock of Oracle Corporation.
The following stock(s) is (are) optionable: Oracle Corporation.
One or more authors of this comment have a long position in the common shares of Oracle Corporation.

# EXHIBIT 343

### DECLARATION OF CHARLES CHEN

I, _Charles Chen_, for my declaration pursuant to 28 U.S.C. §1746, state:

1.      I am over 18 years of age and a resident of _Danville_, _CA_, and competent to make this Declaration. I am a former analyst of Deutsche Banc Alex. Brown, Inc. My duties at Deutsche Banc Alex. Brown, Inc. consisted of _equity research_.

2.      The reports attached hereto as Exhibits A and B are true and correct copies of the Deutsche Banc Alex. Brown, Inc. reports that I authored on the dates identified in the reports. I am personally familiar with these records and the manner in which they were compiled and maintained.

3.      On February 7, 2001, I met with Jeffrey Henley and witnessed firsthand Jeffrey Henley make the statements that I quoted in my February 9, 2001 report (Ex. A). My February 9, 2001 report (Ex. A) accurately quotes statements that Jeffrey Henley made on February 7, 2001.

4.      I attended the Oracle AppsWorld Conference held on February 19-23, 2001. I witnessed firsthand Jeffrey Henley make the statements that I quoted in my February 22, 2001 report (Ex. B). My February 22, 2001 report (Ex. B) accurately quotes the statements that Jeffrey Henley made during the Oracle AppsWorld Conference.

I declare under penalty of perjury under 28 U.S.C. §1726 that the statements made by me in this Declaration are true and correct.

DATED: _6/24/06_                         _____
                                          [signature]

City and State: _Danville, CA_           _Charles Chen_
                                          [type or print name]

# EXHIBIT A

```
⌐6:04am EST  8-Feb-01 Deutsche Banc Alex. Brown Inc. (J. Moore/C. Chen) ORCL
  CL: Visit with Management-Strong Buy
```

Moore, James A. 415-617-4269                          02/09/2001
Chen, Charles 415-617-4274
Deutsche Banc Alex. Brown Inc.
------------------------------------------------------------------------
                ORACLE CORPORATION (ORCL) "STRONG BUY"
                        Visit with Management
------------------------------------------------------------------------

| Date: | 02/07/2001 | EPS: | 2000A | 2001E | 2002E |
|---|---|---|---|---|---|
| Price: | 27.69 | 1Q | 0.04 | 0.08 | 0.10 |
| 52-Wk Range: | 46 - 21 | 2Q | 0.06 | 0.11A | 0.13 |
| Ann Dividend: | 0.0 | 3Q | 0.08 | 0.12 | 0.14 |
| Ann Div Yld: | 0.00% | 4Q | 0.15 | 0.20 | 0.23 |
| Mkt Cap (mm): | 162,678 | FY(May) | 0.34 | 0.51 | 0.59 |
| 3-Yr Growth: | 25% | FY P/EPS | 81.4X | 54.3X | 46.9X |
| | | CY EPS | 0.43 | 0.54 | NE |
| Est. Changed No | | CY P/EPS | 64.4X | 51.3X | NM |

------------------------------------------------------------------------
Industry:   E-TECHNOLOGY
Shares Outstanding(Mil.):  5874.987
Return On Equity (2000) :   48.0%
------------------------------------------------------------------------

HIGHLIGHTS:
VISIT WITH MANAGEMENT.  Yesterday, we checked in with Oracle for a mid-quarter
 ⌐date with CFO Jeff Henley and VPs in the server and applications development
 ⌐ganizations.

PERSPECTIVE ON THE MACRO ENVIRONMENT.  According to management, it has yet to
see macro-related weakness in its business.  That said, the full impact of the
current macro environment may not be evident until the end of the quarter, as
revenue is typically back-end loaded for Oracle.

STRONG PRODUCT POSITIONING MAY HELP WEATHER THE STORM.  E-business software
remains a top corporate IT priority, and we believe Oracle is in the midst of a
strong product cycle with its 11i applications suite and forthcoming 9i
database/application server platform.  Barring a severe economic downturn,
management sees continued growth driven by strong demand in key segments such
as supply chain, customer relationship management and collaboration.

NO CHANGE TO OUTLOOK, RECENT GUIDANCE.  Mr. Henley reiterated that the company's
outlook and guidance were unchanged for F3Q'01 (Feb).  Attempting to call
Oracle's quarter with three weeks remaining and a good deal of business still
to be done may be premature at this point.  Given the weakening macro
environment, material upside to estimates ($2.9B rev., $0.12 EPS) and upward
revision to forward estimates seems less likely than three months ago,
particularly in light of softening outlooks provided by other tech bellwethers
such as Cisco and Sun Microsystems.

APPSWORLD CONFERENCES IN FEBRUARY.  Oracle is hosting two major applications
user conferences this month-February 11-14 in Paris and February 19-23 in New
Orleans.  These events will focus on the new 11i e-business applications suite

 · FIRST CALL --

th product announcements, customer testimonials and partner presentations. Oracle currently has 160 live 11i customers with the number expected to exceed 200 by the end of F3Q.

DETAILS:
During our visit, we met with several senior members of Oracle's development organization for an overview of recent or upcoming new product releases. VPs Don Klaiss and Nadeem Syed provided an update on Oracle's supply chain products including its Advanced Planning and Scheduling suite and its new Supply Chain Exchange. VP Thomas Kurian provided an update on Oracle's 9i database and application server platform.

SUPPLY CHAIN SOLUTION GAINING TRACTION
Since its introduction about a year ago, we believe Oracle is seeing improved market acceptance of its new Advanced Planning and Scheduling (APS) product. Oracle has devoted a core team of about 120 developers to build out its APS suite, which includes capabilities such as demand planning, manufacturing scheduling, constraint-based optimization, and available-to-promise. Oracle also recently introduced Supply Chain Exchange which leverages its APS optimization engines across entire trading communities. Currently, the company has licensed the 11i APS product to 130 customers, approximately one-quarter of which are new Oracle apps customers. Ten companies have licensed the Supply Chain Exchange solution with one customer, Sony, now live. Referenceable APS customers include UPS (e-Logistics division), Honeywell, Agilient, JDS Uniphase, GE Power Systems, Sony and Haworth, among others. Customers expected to go live over the near term include Ford, Odwalla, Qualcomm, Terradyne, Fosters, and Millapore. We believe many of these customers were competitive ins or displacements of best-of-breed vendors such as i2 Technologies or Manugistics. Haworth purchased APS after implementing i2 at a few of its sites. UPS selected Oracle over i2 in a head-to-head evaluation. We believe these wins were based primarily on Oracle's lower total cost of ownership, ease of integration, and database-centric architecture. While we are encouraged by many of these competitive wins, we believe Oracle still remains well behind best-of-breed vendors in terms of breadth and depth of functionality. We will be tracking Oracle's APS metrics closely over the next few quarters as more 11i customers go live.

9I EXPANDS THE DATABASE PLATFORM
Oracle's new 9I database is scheduled to ship in March/April and will include integrated OLAP (online analytical processing) and data mining tools and enhancements in high availability and server clustering. An additional highlight of 9i is tight integration with the Oracle application server. Oracle 9i Application Server (9iAS) is now in general release with enhancements scheduled for mid-February and August 2001. With 9iAS, we believe Oracle is more aggressively targeting BEA WebLogic, IBM WebSphere and Sun iPlanet in the application server market. The company has devoted over 300 software engineers to 9iAS development. Key features include J2EE compliance, caching technology, an integrated messaging bus for rapid connectivity, XML support, and the ability to rapidly create portals and wireless applications. While we believe it is still early in its release of 9iAS, the company has secured a number of customers, including Boeing in an enterprise deal and 14 wireless carriers in Europe. Anecdotally, Oracle stated that one customer streamlined its application server system from 15 iPlanet servers to a single 9iAS server, and will more than make up for the cost of the Oracle software on hardware cost

-- FIRST CALL --

rvings alone.  Oracle plans to release the next major revision to 9iAS
(Version 2.0) in August with enhancements to include personalization, wireless
access, and integration to third-party products.

Information herein is believed to be reliable and has been obtained from
sources believed to be reliable, but its accuracy and completeness cannot be
guaranteed.  Opinions, estimates, and projections constitute our judgement and
are subject to change without notice.  This publication is provided to you for
information purposes only and is not intended as an offer or solicitation for
the sale of any financial instrument.  Deutsche Banc Alex. Brown Inc. and its
affiliates worldwide, may hold a position or act as market maker in the
financial instruments of any issuer discussed herein or act as advisor or
lender to such issuer.  Transactions should be executed through a Deutsche Bank
entity in the client's home jurisdiction unless otherwise permitted by law.
Deutsche Banc Alex. Brown Inc. is a member of NYSE and NASD.  Copyright 2001
Deutsche Banc Alex. Brown Inc.

                    Additional Information Available Upon Request

Deutsche Banc Alex. Brown Inc. maintains a net primary market in the common
stock of Oracle Corporation.
The following stock(s) is (are) optionable: Oracle Corporation.
One or more authors of this comment have a long position in the common shares
of Oracle Corporation.
 rst Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500

                        -> End of Note <-

 - FIRST CALL --

# EXHIBIT B

`:04am EST 21-Feb-01 Deutsche Banc Alex. Brown Inc. (J. Moore/C. Chen) ORCL
ORCL: Comments from Oracle AppsWorld Conference-Strong Buy

Moore, James A. 415-617-4269                            02/22/2001
Chen, Charles 415-617-4274
Deutsche Banc Alex. Brown Inc.
-----------------------------------------------------------------------------
                ORACLE CORPORATION (ORCL) "STRONG BUY"
               Comments from Oracle AppsWorld Conference
-----------------------------------------------------------------------------

| Date: | 02/20/2001 | EPS: | 2000A | 2001E | 2002E |
|-------|------------|------|-------|-------|-------|
| Price: | 23.13 | 1Q | 0.04 | 0.08 | 0.10 |
| 52-Wk Range: | 46 - 21 | 2Q | 0.06 | 0.11A | 0.13 |
| Ann Dividend: | 0.0 | 3Q | 0.08 | 0.12 | 0.14 |
| Ann Div Yld: | 0.00% | 4Q | 0.15 | 0.20 | 0.23 |
| Mkt Cap (mm): | 135,888 | FY(May) | 0.34 | 0.51 | 0.59 |
| 3-Yr Growth: | 25% | FY P/EPS | 68.X | 45.4X | 39.2X |
| | | CY EPS | 0.43 | 0.54 | NE |
| Est. Changed No | | CY P/EPS | 53.8X | 42.8X | NM |

-----------------------------------------------------------------------------
Industry:   E-TECHNOLOGY
Shares Outstanding(Mil.):  5874.987
Return On Equity (2000) :    48.0%
-----------------------------------------------------------------------------

HIGHLIGHTS:
   Oracle kicked off its AppsWorld conference yesterday in New Orleans.  This
ent and a similar one held last week in Paris are Oracle's first
company-hosted user conferences focused on its e-business application suite.
Attendees include customers, prospects, partners and members of the financial
community.

- Focus of the event is on Oracle's 11i e-business applications suite.  We
believe Oracle's message - 100% Internet, fully integrated over best-of-breed -
is beginning to resonate in the market and should drive continued strong growth
in applications revenue.  Release 11i offers fully integrated ERP, supply
chain, CRM and B2B collaboration functionality.

- Key customers and partners are highlighted in keynote presentations and
general sessions throughout the week.  They include Compaq, Cisco Systems,
Hewlett-Packard, Citigroup, PricewaterhouseCoopers, Deloitte Consulting, and
EMC, among others.

- Overall tone at AppsWorld is positive from speaking with Oracle
representatives, partners and customers.  That said, the impact of current
macroeconomic weakness on Oracle's F3Q (Feb) remains somewhat of an unknown.
Given end-of-quarter timing, this event could be important for conversion of
the F3Q application sales pipeline with numerous prospects in attendance in New
Orleans.


DETAILS:
VIEW FROM ORACLE APPSWORLD CONFERENCE
Oracle kicked off its AppsWorld conference in New Orleans with a Presidents'

  - FIRST CALL --

y keynote speech from former President Bill Clinton.  An estimated 11,000 attendees saw President Clinton's speech, although there appeared to be fewer than that number when the conference's scheduled events commenced on Tuesday. This event and a similar one held last week in Paris (6200 attendees) are Oracle's first company-hosted user conferences focused on its e-business application suite.  Prior events were hosted by the independent Oracle Application User Group (OAUG).  Focus of the event is on Oracle's 11i e-business applications suite.  The company continues to drive home the merits of its 100% Web-enabled, fully integrated suite which include faster implementation and lower cost of ownership with functionality comparable to best-of-breed vendors.  We believe Oracle's message is beginning to resonate in the market and should drive continued strong growth in applications revenue. Release 11i offers fully integrated ERP, supply chain, CRM and B2B collaboration functionality.

MANAGEMENT GUIDANCE UNCHANGED
CFO Jeff Henley gave a brief presentation to the financial community, but offered no commentary on the current quarter (company is in its quiet period) and no change to guidance.  Management still expects growth in applications license revenue to accelerate in the second half of fiscal 2001 (May) above the 43% and 66% reported in the first two fiscal quarters.  Additional comments from Mr. Henley's presentation were as follows:

- 180 customers are now live on 11i with 2500+ implementations in progress. 45% of 11i represents new modules added to prior release 11.

- Key 11i customers live or in implementation include Citibank, Hewlett-Packard, BellSouth, Compaq, MBNA Bank, Bank of Montreal, Xerox, JDS Uniphase, Hitachi Data Systems, GE Medical, GE Capital, GE Aircraft Engines, GE Industrial, Ingersoll-Rand, Belgacom, Boeing and Ventas.

- Current applications growth drivers include customer relationship management (CRM), B2B collaboration (supply chain, exchanges and procurement) and a rebound in ERP.  Management cautioned that the strength in ERP may be a result of easy compares related to Y2K slowing in 1999.

- Other growth drivers include continued strength in mid-market sales (100% y/y growth the past two quarters), Business Online (ASP hosted service), and strong demand in international regions, notably Europe.

- Oracle's internal deployment of 11i continues with numerous "go lives" the last several months (sales, marketing, sales compensation, contracts, telesales, financials) and more planned for Spring (iStore, iSupport and Europe).  Instances of ERP are down to 20 internally from 70 previously.

- The database market remains "alive and well" and should continue to provide steady long-term growth.  No commentary was provided on near-term expectations.

- Application server revenue, currently 5% of total, could grow to 25% over time.

- Margin expansion opportunities should continue in coming quarters.

CUSTOMER/PARTNER HIGHLIGHTS
Oracle featured several key customers and partners in keynote and other

-- FIRST CALL --



·esentations on the conference's first day.

- Compaq Computer. Compaq recently purchased the Oracle e-business suite and went live in December on iProcurement with 3000 users in North America. In 2001, Compaq plans to roll-out iProcurement to 60K employees worldwide. The company spends $5B annually on 38K indirect line items. Compaq is also reselling the 9i platform. Joint customers include Acxiom and the government of Quebec.

- Cisco Systems. Cisco CEO John Chambers emphasized productivity gains as a key benefit of Internet and e-business infrastructure. Last year, Cisco saved $1.4B using Internet applications off of an expense base of $6.5B. Oracle and Cisco are partnering on call center/CRM opportunities.

- Citibank. Citibank is currently rolling out iProcurement for internal indirect purchasing. It is also rolling out Citibank Global Xchange, an indirect marketplace for Citibank and its customers hosted on Oracle Exchange. Citibank cited integration with its internal ERP systems as one of the reasons it selected Oracle over other vendors such as Commerce One. Citibank is also developing and integrating payment technology into Oracle Exchange. Global Xchange is expected to go live in April.

- Hewlett-Packard. Hewlett-Packard implemented Oracle CRM modules for sales, inside sales, marketing, call center and sales compensation. Integration and providing a consistent customer experience were key decision factors in choosing Oracle. Currently, 1000 sales reps in North America are live with four other regions planned for roll out in May. By October 31, HP hopes to have its CRM platform largely standardized on Oracle.

- KPMG. KPMG developed an Oracle practice around consumer and industrial clients and a proprietary implementation methodology. KPMG was involved in Oracle installs at GE Industrial, GE Medical, GE Power and Honeywell.

OTHER CONFERENCE OBSERVATIONS

- A Big Five consultant sees strong demand in its Oracle practice which numbers 2500 dedicated consultants worldwide. Anecdotally, this consultant noted that 90% of current Oracle deals include a CRM component compared to 5% a year ago. Bechtel is one of several large global client projects this firm is performing for Oracle.

- The single data model, integrated suite, fast implementation and low cost of ownership were recurring themes heard from non-Oracle conference attendees on the benefits of 11i.

- A few shortfalls of the 11i suite as noted by another Big Five consultant. The first release of 11i was somewhat unstable with a large number of code patches required. 11i is now in release 3 (shipped at the end of January). Also, a trade-off of purchasing a full suite is reduced leverage in price negotiations from engaging fewer vendors than in a comparable best-of-breed bake-off.

- FIRST CALL --

nformation herein is believed to be reliable and has been obtained from
sources believed to be reliable, but its accuracy and completeness cannot be
guaranteed.  Opinions, estimates, and projections constitute our judgement and
are subject to change without notice.  This publication is provided to you for
information purposes only and is not intended as an offer or solicitation for
the sale of any financial instrument.  Deutsche Banc Alex. Brown Inc. and its
affiliates worldwide, may hold a position or act as market maker in the
financial instruments of any issuer discussed herein or act as advisor or
lender to such issuer.  Transactions should be executed through a Deutsche Bank
entity in the client's home jurisdiction unless otherwise permitted by law.
Deutsche Banc Alex. Brown Inc. is a member of NYSE and NASD.  Copyright 2001
Deutsche Banc Alex. Brown Inc.

Additional Information Available Upon Request

Deutsche Banc Alex. Brown Inc. maintains a net primary market in the common
stock of Oracle Corporation.
The following stock(s) is (are) optionable: Oracle Corporation.
One or more authors of this comment have a long position in the common shares
of Oracle Corporation.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500

-> End of Note <-

-- FIRST CALL --

# EXHIBIT 344



Simon, Phillip  9/6/2006  1:30:00 PM

1    page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

-oOo-

IN RE

ORACLE CORPORATION

SECURITIES LITIGATION

MASTER FILE NO.

C-01-0988-MJJ

This Document Relates To:

ALL ACTIONS

_____/

-oOo-

CONFIDENTIAL

VIDEOTAPED DEPOSITION OF PHILIP B. SIMON

September 6, 2006

-oOo-

SHEILA CHASE & ASSOCIATES

REPORTING FOR:

LiveNote World Service

221 Main Street, Suite 1250

San Francisco, CA 94105

Telephone: (415) 321-2300

Fax: (415) 321-2301

-oOo-

Reported by:

KELLIE A. ZOLLARS, CSR, RPR, CRR

CSR License No. 5735

Exhibit O

Δ π EXHIBIT 47
Deponent
Date_____Rptr._____
WWW.DEPOBOOK.COM

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 300655

Fwd: Re. Bank Lines, Sale Proceeds and Cash Update

Return-Path: <psimon@howson-simon.com>
     Received: from inet-smtp2.oracle.com (inet-gw2.oracle.com [205.227.43.29]) by
          gmgw02.oraclecorp.com (8.8.8+Sun/8.8.8) with ESMTP id QAA29384 for
          <Carolyn.Balkenhol@oracle.com>; Thu, 8 Mar 2001 16:59:29 -0800 (PST)
     Received: from atlas.dnai.com (atlas.dnai.com [207.181.194.95]) by inet-smtp2.oracle.com
          (8.9.3/8.9.3) with ESMTP id QAA09653 for <Carolyn.Balkenhol@oracle.com>;
          Thu, 8 Mar 2001 16:58:20 -0800 (PST)
     Received: from neptune.dnai.com (neptune.dnai.com [207.181.194.93]) by atlas.dnai.com
          (8.9.3/8.9.3) with ESMTP id QAA12553 for <Carolyn.Balkenhol@oracle.com>;
          Thu, 8 Mar 2001 16:58:59 -0800 (PST)
     Received: from dnai (dnai-216-15-88-125.cust.dnai.com [216.15.88.125]) by neptune.dnai.com
          (8.9.3/8.9.3) with SMTP id QAA52700 for <Carolyn.Balkenhol@oracle.com>; Thu,
          8 Mar 2001 16:58:59 -0800 (PST)
     Message-ID: <200103090058.QAA52700@neptune.dnai.com>
     X-Sender: psimon@howson-simon.com@corp.toast.net
     X-Mailer: QUALCOMM Windows Eudora Pro Version 4.0.1
          Date: Thu, 08 Mar 2001 11:35:58 -0800
            To: "Carolyn S. Balkenhol" <Carolyn.Balkenhol@oracle.com>
          From: "Philip B. Simon" <psimon@howson-simon.com>
       Subject: Fwd: Re: Bank Lines, Sale Proceeds and Cash Update
  Mime-Version: 1.0
  Content-Type: multipart/mixed; boundary="=====================_179864717==_"
X-Mozilla-Status: 8003
X-Mozilla-Status2: 00000000


FYI,  I didn't see you copied on this reply.

Philip
.............................
>Date: Wed, 07 Mar 2001 23:34:00 -0800
>From: "Lawrence J. Ellison" <Larry.Ellison@oracle.com>
>Organization: Oracle Corporation
>X-Mailer: Mozilla 4.7 [en]C-CCK-MCD  (Win98; U)
>X-Accept-Language: en
>To: "Philip B. Simon" <psimon@howson-simon.com>
>Subject: Re: Bank Lines, Sale Proceeds and Cash Update
>X-RCPT-TO: <psimon@howson-simon.com>
>
>It's good to be a bit more liquid in light of the economic downturn.  larry
>
>"Philip B. Simon" wrote:
>
>> Dear Larry:
>>
>> Here's a brief update on the status of your bank lines, stock sale proceeds
>> and cash position:
>>
>> 1.  LIBOR Lines - the total amount currently outstanding on the various
>> banks lines is $907
>> million.  This includes $43 million loaned to nCUBE and guaranteed by you.
>> In case you want additional info, I've attached my "LIBOR Line" excel
>> spreadsheet.  This provides detail by bank, including advance/maintenance
>> ratios, amount of collateral pledged, etc.
>>
>> 2.  Stock Sale Proceeds - as previously reported, you sold 29,084,576
>> Oracle shares in
>> January.  Gross sale proceeds totalled $894,786,576 ($30.76/sh).  After

ORACLE
CONFIDENTIAL                              ORCLA 0023505

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER                                    NDCA-ORCL 300656

Fwd: Re: Bank Lines, Sale Proceeds and Cash Update

>> paying mandatory withholding on the option exercise (28% federal, 6% Calif
>> and 1.45% medicare) and the strike price, net cash proceeds totalled
>> $648,308,808.
>>
>> 3.  Application of $648m Net Sale Proceeds - $340 million has been used so
>> far to pay down the various bank lines.  After paying a few add'l items,
>> including paying off the mortgage on your Atherton home, the current cash
>> balance is about $300 million.  I've tentatively decided to allocate this
>> $300 million as follows:
>>
>> a.  $86 million as reserve to pay residual income taxes due with the filing
>> of your 2001 tax returns (due April 15, 2002, though we'll prepay the
>> California portion due on 12/31/01).
>>
>> b.  $150 as million reserve to fund personal expenditures expected over the
>> next 12 months.  These personal expenditures include completing
>> construction of your Woodside home and installment payments to Lurssen on
>> the new yacht, etc.  Lurssen payments projected for this 2001 total $90m -
>> $45m due in the next few weeks and a further $45m toward the end of
October.
>>
>> As previously discussed, I am retaining the reserve for income taxes and
>> personal disbursements (rather than paying down the lines further and then
>> reborrowing) because the income tax rules provide that the interest expense
>> on funds borrowed for personal purposes (which include income tax payments)
>> is nondeductible.  Thus, if I paid down the bank lines
>> and then reborrowed, the interest expense on the borrowed funds would be
>> nondeductible.
>>
>> c.  $64 million as additional pay down of the bank lines - to happen over
>> the next few weeks as the LIBOR contracts at the various banks mature.
>>
>> 4.  Cash Reserve Receptacle - I'm using Vanguard's Prime Institutional
>> Money Market Fund as the vehicle to hold your cash reserves.  I've already
>> dropped $100 million into this account and will move the remaining cash
>> funds from Merrill Lynch by the end of March.
>>
>> 5.  Oracle Holdings - post January's option exercise and stock sales, you
>> currently own 1,318,796,324 Oracle shares (plus 47,875,000 vested stock
>> options).
>>
>> Yours truly,
>>
>> Philip
>>
>> -----------------------------------------------------------------------
>>                                     Name: LIBOR Line Summary.xls
>>     LIBOR Line Summary.xls          Type: Excel File (application/msexcel)
>>                                 Encoding: base64
>>                          Download Status: Not downloaded with message
>>
>> -----------------------------------------------------------------------
>> ........................................................
>> Philip B. Simon
>> Telephone #:  (925) 977-9060, ext. 180
>> Fax #:  (925) 977-9064
>> Cell Phone #:  (925) 683-9644
>> Email Address:  psimon@howson-simon.com
>> Mailing Address:
>>     Philip B. Simon
>>     Howson & Simon CPAs L.P.
>>     101 Ygnacio Valley Road, Suite 310
>>     Walnut Creek, CA 94596

ORACLE
CONFIDENTIAL

2

ORCLA 0023506

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 300657

Fwd: Re: Bank Lines. Sale Proceeds and Cash Update

>> •••••••••••••••••••••••••••••••••••••••••••••••••••••••••••
>
>

```
Lawrence J. Ellison <Larry.Ellison@oracle.com>
```

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••
Philip B. Simon
Telephone #:  (925) 977-9060, ext. 180
Fax #:  (925) 977-9064
Cell Phone #:  (925) 683-9644
Email Address:  psimon@howson-simon.com
Mailing Address:
    Philip B. Simon
    Howson & Simon CPAs L.P.
    101 Ygnacio Valley Road, Suite 310
    Walnut Creek, CA 94596
•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

ORACLE
CONFIDENTIAL

ORCLA 0023507

3

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 300658

# EXHIBIT 345

17 of 18 DOCUMENTS

Copyright 2001 Washington Service Associates, Inc.
U.S. Insider Trading Database

COMPANY: ORACLE CORP
TICKER: ORCL
CUSIP: 68389X10

Form 4

FILING-DATE: February 9, 2001
TRANSACTION-DATE: January 31, 2001

**LENGTH:** 28 words

**Filer/Addr/Relation * * * * * Transaction * * Shares * * * Price * * Holdings** ELLISON LAWRENCE J
   Sale  1,300,000    $30.35      N/A
REDWOOD CITY, CA 94065
CHIEF EXECUTIVE OFFICER

**LOAD-DATE:** February 14, 2001

16 of 18 DOCUMENTS

Copyright 2001 Washington Service Associates, Inc.
U.S. Insider Trading Database

COMPANY: ORACLE CORP
TICKER: ORCL
CUSIP: 68389X10

Form 4

FILING-DATE: February 9, 2001
TRANSACTION-DATE: January 30, 2001

**LENGTH:** 28 words

**Filer/Addr/Relation * * * * * Transaction * * Shares * * * Price * * Holdings** ELLISON LAWRENCE J
   Sale  1,560,000    $30.44    N/A
REDWOOD CITY, CA 94065
CHIEF EXECUTIVE OFFICER

**LOAD-DATE:** February 14, 2001



15 of 18 DOCUMENTS

Copyright 2001 Washington Service Associates, Inc.
U.S. Insider Trading Database

COMPANY: ORACLE CORP
TICKER: ORCL
CUSIP: 68389X10

Form 4

FILING-DATE: February 9, 2001
TRANSACTION-DATE: January 30, 2001

**LENGTH:** 28 words

**Filer/Addr/Relation * * * * * Transaction * * Shares * * * Price * * Holdings** ELLISON LAWRENCE J
    Sale   352,000   $30.54    N/A
REDWOOD CITY, CA 94065
CHIEF EXECUTIVE OFFICER

**LOAD-DATE:** February 14, 2001

Case 3:01-cv-00988-SI   Document 1552-29   Filed 11/18/08   Page 29 of 52



14 of 18 DOCUMENTS

Copyright 2001 Washington Service Associates, Inc.
U.S. Insider Trading Database

COMPANY: ORACLE CORP
TICKER: ORCL
CUSIP: 68389X10

Form 4

FILING-DATE: February 9, 2001
TRANSACTION-DATE: January 30, 2001

**LENGTH:** 28 words

**Filer/Addr/Relation * * * * * Transaction * * Shares * * * Price * * Holdings** ELLISON LAWRENCE J
        Sale  1,000,000    $30.83        N/A
REDWOOD CITY, CA 94065
CHIEF EXECUTIVE OFFICER

**LOAD-DATE:** February 14, 2001

13 of 18 DOCUMENTS

Copyright 2001 Washington Service Associates, Inc.
U.S. Insider Trading Database

COMPANY: ORACLE CORP
TICKER: ORCL
CUSIP: 68389X10

Form 4

FILING-DATE: February 9, 2001
TRANSACTION-DATE: January 30, 2001

**LENGTH:** 28 words

**Filer/Addr/Relation * * * * * Transaction * * Shares * * * Price * * Holdings** ELLISON LAWRENCE J
   Sale   300,000   $30.21   N/A
REDWOOD CITY, CA 94065
CHIEF EXECUTIVE OFFICER

**LOAD-DATE:** February 14, 2001



12 of 18 DOCUMENTS

Copyright 2001 Washington Service Associates, Inc.
U.S. Insider Trading Database

COMPANY: ORACLE CORP
TICKER: ORCL
CUSIP: 68389X10

Form 4

FILING-DATE: February 9, 2001
TRANSACTION-DATE: January 30, 2001

**LENGTH:** 28 words

**Filer/Addr/Relation * * * * * Transaction * * Shares * * * Price * * Holdings** ELLISON LAWRENCE J
    Sale   25,576   $30.25     N/A
REDWOOD CITY, CA 94065
CHIEF EXECUTIVE OFFICER

**LOAD-DATE:** February 14, 2001

11 of 18 DOCUMENTS

Copyright 2001 Washington Service Associates, Inc.
U.S. Insider Trading Database

COMPANY: ORACLE CORP
TICKER: ORCL
CUSIP: 68389X10

Form 4

FILING-DATE: February 9, 2001
TRANSACTION-DATE: January 29, 2001

**LENGTH:** 29 words

**Filer/Addr/Relation * * * * * Transaction * * Shares * * * Price * * Holdings** ELLISON LAWRENCE J
  Option Sale  1,082,000     $30.03        N/A
REDWOOD CITY, CA 94065
CHIEF EXECUTIVE OFFICER

**LOAD-DATE:** February 14, 2001

10 of 18 DOCUMENTS

Copyright 2001 Washington Service Associates, Inc.
U.S. Insider Trading Database

COMPANY: ORACLE CORP
TICKER: ORCL
CUSIP: 68389X10

Form 4

FILING-DATE: February 9, 2001
TRANSACTION-DATE: January 29, 2001

**LENGTH:** 28 words

**Filer/Addr/Relation * * * * * Transaction * * Shares * * * Price * * Holdings** ELLISON LAWRENCE J
    Sale   815,000   $30.22   N/A
REDWOOD CITY, CA 94065
CHIEF EXECUTIVE OFFICER

**LOAD-DATE:** February 14, 2001

9 of 18 DOCUMENTS

Copyright 2001 Washington Service Associates, Inc.
U.S. Insider Trading Database

COMPANY: ORACLE CORP
TICKER: ORCL
CUSIP: 68389X10

Form 4

FILING-DATE: February 9, 2001
TRANSACTION-DATE: January 29, 2001

**LENGTH:** 28 words

**Filer/Addr/Relation * * * * * Transaction * * Shares * * * Price * * Holdings** ELLISON LAWRENCE J
    Sale  1,500,000    $30.49    N/A
REDWOOD CITY, CA 94065
CHIEF EXECUTIVE OFFICER

**LOAD-DATE:** February 14, 2001



8 of 18 DOCUMENTS

Copyright 2001 Washington Service Associates, Inc.
U.S. Insider Trading Database

COMPANY: ORACLE CORP
TICKER: ORCL
CUSIP: 68389X10

Form 4

FILING-DATE: February 9, 2001
TRANSACTION-DATE: January 26, 2001

**LENGTH:** 29 words

**Filer/Addr/Relation * * * * * Transaction * * Shares * * * Price * * Holdings** ELLISON LAWRENCE J
  Option Sale  4,225,000    $30.09        N/A
REDWOOD CITY, CA 94065
CHIEF EXECUTIVE OFFICER

**LOAD-DATE:** February 14, 2001



7 of 18 DOCUMENTS

Copyright 2001 Washington Service Associates, Inc.
U.S. Insider Trading Database

COMPANY: ORACLE CORP
TICKER: ORCL
CUSIP: 68389X10

Form 4

FILING-DATE: February 9, 2001
TRANSACTION-DATE: January 25, 2001

**LENGTH:** 29 words

**Filer/Addr/Relation * * * * * Transaction * * Shares * * * Price * * Holdings** ELLISON LAWRENCE J
  Option Sale  3,825,000     $30.14      N/A
REDWOOD CITY, CA 94065
CHIEF EXECUTIVE OFFICER

**LOAD-DATE:** February 14, 2001



Page 1

6 of 18 DOCUMENTS

Copyright 2001 Washington Service Associates, Inc.
U.S. Insider Trading Database

COMPANY: ORACLE CORP
TICKER: ORCL
CUSIP: 68389X10

Form 4

FILING-DATE: February 9, 2001
TRANSACTION-DATE: January 24, 2001

**LENGTH:** 29 words

**Filer/Addr/Relation * * * * * Transaction * * Shares * * * Price * * Holdings** ELLISON LAWRENCE J
 Option Sale  4,900,000    $30.73       N/A
REDWOOD CITY, CA 94065
CHIEF EXECUTIVE OFFICER

**LOAD-DATE:** February 14, 2001

Case 3:01-cv-00988-SI   Document 1552-29   Filed 11/18/08   Page 38 of 52



5 of 18 DOCUMENTS

Copyright 2001 Washington Service Associates, Inc.
U.S. Insider Trading Database

COMPANY: ORACLE CORP
TICKER: ORCL
CUSIP: 68389X10

Form 4

FILING-DATE: February 9, 2001
TRANSACTION-DATE: January 23, 2001

**LENGTH:** 29 words

**Filer/Addr/Relation * * * * * Transaction * * Shares * * * Price * * Holdings** ELLISON LAWRENCE J
  Option Sale  5,100,000    $31.64       N/A
REDWOOD CITY, CA 94065
CHIEF EXECUTIVE OFFICER

**LOAD-DATE:** February 14, 2001

4 of 18 DOCUMENTS

Copyright 2001 Washington Service Associates, Inc.
U.S. Insider Trading Database

COMPANY: ORACLE CORP
TICKER: ORCL
CUSIP: 68389X10

Form 4

FILING-DATE: February 9, 2001
TRANSACTION-DATE: January 22, 2001

**LENGTH:** 29 words

**Filer/Addr/Relation * * * * * Transaction * * Shares * * * Price * * Holdings** ELLISON LAWRENCE J
  Option Sale  3,100,000    $32.01       N/A
REDWOOD CITY, CA 94065
CHIEF EXECUTIVE OFFICER

**LOAD-DATE:** February 14, 2001

# EXHIBIT 346

Re: LJE option exercise

**Subject: Re: LJE option exercise**
       **Date:** Wed, 10 Jan 2001 15:43:14 -0800
     **From:** Deborah Lange <Deborah.Lange@oracle.com>
**Organization:** Oracle Corporation
         **To:** Jeff Henley <Jeffrey.Henley@oracle.com>

Understood.

Jeff Henley wrote:

> yes but ultimately it's his right to do what he wants.
>
> Deborah Lange wrote:
>
> > Jeff, we are working with Larry's accountants re the timing of him
> > exercising his options which expire August of this year.  Larry may be
> > willing to exercise in April if it is beneficial to the company.  My
> > philosophy is that a bird in the hand is worth 2 in the bush - by
> > exercising as much as possible in FY01 we reduce our tax liability NOW
> > and if we should end up in a loss position have the opportunity to take
> > any resulting net operating loss back to FY99.  If the exercise is
> > delayed to FY02 the reduction in tax happens in the FY02 and any
> > resulting NOL can only be carried back as far as FY00.
> >
> > The unknown factor is the relative stock price April versus August - a
> > lower stock price means lower income to Larry but a lesser deduction for
> > the company.
> >
> > My general recommendation is to ask Larry to do as much as possible in
> > April, but to have the right to modify that advice in April when we have
> > more visibility to FY01 results and the stock market.  Are you OK with
> > this - realizing that if the stock price rises between April and August
> > the company gets a lesser deduction than it would have - but in an
> > earlier year and allowing for carryback to FY99 (although we don't know
> > if we will actually have an FY01 loss).
> >
> > Deb

Deborah Lange <Deborah.Lange@oracle.com>
SVP Tax
Finance & Administration
Tax Department

ORACLE CONFIDENTIAL



Δ π EXHIBIT 19
Deponent  P. Symon
Date 9-6-06   Rptr. Zito RB
WWW.DEPOBOOK.COM

NDCA-ORCL 060974

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 347

mailbox:///C|/Documents%20and%20Settings/dlange/Application...

**Subject:** Re: Larry's option exercise
**From:** "Philip B. Simon" <psimon@howson-simon.com>
**Date: Mon, 22 Jan 2001 17:41:56 -0800**
**To:** "Deborah Lange" <Deborah.Lange@oracle.com>

Got it.  Thanks, Deb.

Philip
***********************************

At 03:55 PM 1/10/01 -0800, you wrote:
 Our general philosophy is "the earlier the better".  It is obviously
 Larry's call but there is a possible benefit to the company of
 exercising in FY01 (April) rather than FY02 - if the stock option
 deduction cause or increase an NOL then I want the ability to carry back
 against FY99, if the deduction is in FY02 then I can only carry back as
 far as FY00.

 Many thanks, Deb

********************************************************************
Philip B. Simon
Telephone #: (925) 977-9060, ext. 104
Fax #:  (925) 977-9064
Cell Phone #: (925) 683-9644
Email Address:  psimon@howson-simon.com
Mailing Address:
 Philip B. Simon
 Howson & Simon CPAs L.P.
 101 Ygnacio Valley Road, Suite 310
 Walnut Creek, CA 94596
********************************************************************



8/23/2002 2:05 PM

ORACLE CONFIDENTIAL        CA-ORCL 021202

NDCA-ORCL 024193

# EXHIBIT 348

Larry Ellison, 09:35 AM 6/5/2000, Option Expiration Date, etc.

To: Larry Ellison <lellison@us.oracle.com>
From: "Philip B. Simon" <psimon@howson-simon.com>
Subject: Option Expiration Date, etc.
Cc: "Carolyn S. Balkenhol" <cwuesten@us.oracle.com>
Bcc:
Attached:

Dear Larry:

I checked my file and reconfirm that the 11,523,500 options, strike price $0.4507/sh, expire on August 1, 2001 – 14 months from now, NOT in 2 months.

You currently hold vested and unvested options on 51,961,000 shares, with an aggregate exercise price of $421,042,692. You also own outright 662,582,550 shares. Thus, counting both vested and unvested options, you control 714,543,550 shares.

Also, as discussed, Morgan Stanley put together a proposal for me (which I'm having them refine to show you) whereby you can in effect extend the option out for a number of years. With a "prepaid forward", you could raise cash to pay the taxes on exercise of the options next August, have downside protection and retain a portion of future appreciation.

In one example, with a 5 year maturity date from date you enter into the contract, you can cash out 56.5% of the value of the underlying shares, be protected against a more than 20% Oracle share decline, and retain the 1st 150% of appreciation.

I'm not sure it's worth fussing with prepaid forwards since the 11,523,500 expiring options represent less than 2% of your Oracle holdings. But, it's something worth considering.

Yours truly,

Philip



Δ π EXHIBIT 9
Deponent P. Simon
Date 9-6-06 Rptr. Elliott
WWW.DEPOBOOK.COM

Printed for "Philip B. Simon" <psimon@howson-simon.com>                                            1

CONFIDENTIAL

PS0018

NDCA-ORCL 042804

# EXHIBIT 349

· 190

NDCA-ORCL 294187

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER





190

Larry Ellison, 12:46 PM 4/7/2000, Fwd: CONFIDENTIAL: Larry's sto

To: Larry Ellison <lellison@us.oracle.com>
From: "Philip B. Simon" <psimon@howson-simon.com>
Subject: Fwd: CONFIDENTIAL: Larry's stock options
Cc: "Carolyn S. Balkenhol" <cwuesten@us.oracle.com>
Bcc:
Attached: c:\clients\dlange.vcf

Larry:

Deb Lange called this morning right after we spoke to discuss your upcoming option exercise and
the impact on Oracle -- both for the upcoming year budget and in managing Oracle's tax liability.
Note that if you pick up $1.0bn of option income, Oracle gets an offsetting $1.0bn tax deduction.

I took the opportunity to raise with Deb the idea that maybe Oracle would want to purchase your
position -- since you'd probably want to do a simultaneous option exercise and sale, at least to
cover your income tax liability.

Deb then prepared the email below which she sent to Dan Cooperman, Bruce Lange and Jennifer
Minton.

Philip
*********************************************
>Date: Fri, 07 Apr 2000 12:41:05 -0700
>From: Deborah Lange <dlange@us.oracle.com>
>Organization: Oracle Corporation
>X-Mailer: Mozilla 4.7 [en] (Win95; U)
>X-Accept-Language: en
>To: "Cooperman,Daniel" <DCOOPERM@us.oracle.com>,
>      "blange@US.ORACLE.COM" <blange@us.oracle.com>,
>      Jennifer Minton <jminton@us.oracle.com>, psimon@howson-simon.com
>Subject: CONFIDENTIAL: Larry's stock options

>Larry is holding a large number of non-qualified stock options which
>expire August 1, 2001 - so he has to exercise them by then.  The gain
>will be very large so he will have to sell some in order to pay the
>income tax payable.  Additionally Oracle will get a tax deduction for
>the spread at the time of exercise but will have to pay 1.45% Medicare
>tax.
>
>We are working proactively with Larry's accountant to figure the best
>time to exercise and sell from both a market and tax standpoint.
>
>One question that has come up - can Larry sell directly to Oracle?  We
>need to figure out if this is legal, we assume the same disclosures
>would be required but the stock would not go through the market. Jen
>and I have not "got our arms around" the pros and cons of this, there
>is a possibility that the public could put a negative spin on this, even
>if all above board.

Printed for "Philip B. Simon" <psimon@howson-simon.com>                    1

CONFIDENTIAL          PS0013

NDCA-ORCL 294188


CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

Larry Ellison, 12:46 PM 4/7/2000, Fwd: CONFIDENTIAL: Larry's sto

>
>Bruce, Dan - your thoughts?
>
>Philip Simon, Larry's accountant, would like a meeting on this in the
>next couple of weeks, because if Larry is going to exercise and sell in
>this fiscal year we have only a small window of time left.
>
>Regards, Deb
>
>

Printed for "Philip B. Simon" <psimon@howson-simon.com>                    2

PS0014

CONFIDENTIAL

NDCA-ORCL 294189

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 350

193



Δ π EXHIBIT 11
Deponent P. Simon
Date 9-6-06 Rptr. E. Nas
WWW.DEPOBOOK.COM

NDCA-ORCL 294194

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

Re: Oracle Form 5471 filings 

Subject: Re: Oracle Form 5471 filings
Date: Tue, 10 Oct 2000 12:03:36 -0700
From: Kris Fisher <Kris.Fisher@oracle.com>
Organization: Oracle Corporation
To: Catherine Ong <cong@howson-simon.com>
CC: "Lange,Deborah" <DLANGE@US.ORACLE.COM>

193

Catherine,

It may be to Oracle's benefit if he exercises more before May 31, 2001 versus after May 31 which could put Oracle US into a taxable loss that we could carry back, or at least lump most of the deduction into one fiscal year. We would limit the foreign source income we trigger from the subs until after May 31, 2001 so that we manage the FTC limitation. We are trying to keep all of our options open for now, but we would like to keep up to date on this issue. If he exercises in December and it would be beneficial to Oracle to do more before May 31, would it be possible for him to do some exercises before the May 2001 quiet period begins instead of in August, 2001?

Kris

Catherine Ong wrote:

> Kris,
>
> I'm glad you asked because Larry has an absolute ton of options that will
> expire 8/1/01.  Given the amount of the options (I'm talking about hundreds
> of millions of taxable income), we may have him exercise some by December
> 2000 and the remainder in August of 2001, but that will depend on our
> year-end tax planning after review of 2000 transactions.  It will also of
> course depend on Oracle's stock price and Larry's mood.
>
> That's the big picture.  Please let me know if you need more details in
> order to do your tax planning and I can provide them.  Also, let me know if
> it is beneficial to Oracle for Larry to exercise before versus after your
> May 31, 2001 year end.  We certainly don't mind doing something for
> Oracle's benefit as long as it is tax neutral to Larry.
>
> Catherine
>
> At 09:05 AM 10/10/00 -0700, you wrote:
> >Catherine,
> >Does Larry have any plan for exercising options for 2000 and 2001?  Deb Lange
> >is going to call to discuss this issue.  It makes a significant difference in
> >our corporate tax planning, mostly related to  utilization of foreign tax
> >credits.  By planning the timing of triggering foreign source income
> >before or
> >after May 31 we can make the best use of / try not to lose the foreign tax
> >credits.
> >Thanks
> >Kris
> >
> >
> >
> >

ORACLE CONFIDENTIAL

ORCL 0093843

NDCA-ORCL 294195

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER