# EXHIBIT 351

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 1

# ORACLE CORPORATION

## Moderator: Stephanie Aas
## March 1, 2001
## 4:30 p.m. CT

Operator:  Good day everyone, and welcome to today's Oracle Corporation conference call.

Today's conference is being recorded.  At this time, I would like to introduce Oracle Corporation's Senior Director of Investor Relations, Stephanie Aas.  Ms. Aas, please go ahead.

Stephanie Aas:  Thank you.  Good afternoon and thank you for joining us to discuss Oracle's Q3 preliminary results.

I would like to introduce to you Larry Ellison, Chairman and Chief Executive Officer and Jeff Henley, Executive Vice President and Chief Financial Officer.  Today's call will begin with opening remarks from Larry Ellison.

Larry Ellison:  Actually I think Jeff -- Jeff do you want to kick this off?

Jeff Henley:  Yes.  Stephanie would you please read the Safe Harbor, please?

Stephanie Aas:  Sure.  Our discussion may include predictions, estimates or other information that might be considered forward looking.  While these forward-looking statements represent our best

ORACLE
CONFIDENTIAL

NDCA-ORCL 092600

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 2

current judgment on what the future holds they are subject to risks and uncertainties that could cause actual results to differ materially.

Throughout today's discussion we will attempt to prevent some important factors relating to our business that may affect our predictions.

Jeff Henley:  OK, this is Jeff. I apologize. I'm here on a freeway on a cell phone in Miami.  I was at a Business Week -- e-business conference where I was the speaker and obviously we didn't plan on having a phone call today.  But we were obviously very disappointed over the last couple of days.  Going in to as late as last Friday we still felt very good about our quarter and then on Friday we started to see a few cracks.  The cracks got a little bit wider earlier in this week, and then on Wednesday we just had a significant amount of deals that were deferred.

And again, I think we're seeing what other people who have pre-announced before us are seeing. It's just that it was very difficult because we just kept asking the questions and talking to customers but at the end a lot of people just, because of the economy we believe, delayed decisions.

So because this cell phone may not be the greatest way to communicate, I'll turn it over to Larry and let him go through some of the numbers and then we can take your questions.  I would hasten to add that I don't think either Larry or I can really add a lot beyond the comments that we're making here because we don't have a lot of information yet.  We'll be providing some more information on our regularly scheduled conference call.

Larry Ellison:  Again, I'll reiterate. This is Larry Ellison.  What Jeff said -- a lot of our approvals ((inaudible)) senior management amongst our customers for purchases of software, both our applications software and our database software.  Managers are -- senior managers are deferring expenses and pushing out IT expenditures in light of the uncertain U.S. economy.

ORACLE
CONFIDENTIAL

NDCA-ORCL 092601

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 3

In spite of that, in spite of that, our application growth was still about 50 percent year-over-year. Though we expected substantially higher. We probably were expecting at least 75 percent in a normal economy, maybe even as much as 100-percent growth of our applications business in a normal economy.

Our margins -- we again, I guess the (street) expectations in round numbers. Expect about $1 billion in operating income. In fact we delivered about $900 million in operating income. That's up 20 percent from where we were last year. It's very difficult -- it's very disappointing to us but in a very difficult economy we're glad that we're in a position to deliver improved margins and improved income in the light of this background of a very difficult economy.

And as long as the economy doesn't, you know, doesn't get worse we think we're going to be just fine. We think we're better equipped to deal with this slow down than almost any other company in the world because we have diligently used our e-business software to improve efficiency, improve productivity, and improve our margins.

So even in the middle of a slowdown, like this, unexpected slow down in sales, like this, our margins improved and our income improved. Nonetheless we're disappointed. We'll take your questions.

Jeff Henley: Well to make one other comment, Larry, and that is obviously these are preliminary estimates.' So we will get final numbers, which are, you know, something you can change although hopefully these numbers are fairly close and are conservative at this point.

Larry Ellison: Yeah, we think the numbers are pretty accurate.

Stephanie Aas: Operator we're ready for Q&A.

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 092602

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 4

Operator: OK, everyone.  Ladies and gentlemen, Q&A today will be conducted electronically.  If you would like to ask a question simply press the star key, followed by the digit one on your touch-tone telephone.  If you find that your question has been asked and answered and would like to remove yourself from the roster, you may do so by pressing the pound key.  Once again, that's star, one to ask a question.

We'll pause just a moment to assemble our roster.  We'll take our first question from Rick Sherlund, Goldman Sachs.

Rick Sherlund:  Thanks.  Can you help us at all understand on the data-base weakness if we have any more granularity on whether that data base for internal developments or, you know, how much of that might be indicative of how the applications business is doing more broadly across the market?

Larry Ellison:  Rick, I think the database business if you really want to drill down there are two things we can say about it.  The weakness was almost entirely in the United States.  We had two -- we had a very strong database quarter a year ago driven by the dot-coms.  So that put us, you know, put a lot of pressure on our database.  It was a combination of the disappearance of the dot-coms and just a general slowdown of database across the board in the United States.

Rick Sherlund:  So when you say across the board, that would be both driven by (packaged) aps as well as the piece that is sold for internal development?

Larry Ellison:  Absolutely.  It really appears to be economic factors, where people actually need the data base, where actually they were getting ready to sign deals, people just delayed.  Where there is no question they were going to buy, they were going to go ahead and buy but they are trying to push it out as long as possible.

ORACLE
CONFIDENTIAL

NDCA-ORCL 092603

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 5

Rick Sherlund: You know Larry, can you help me understand this? I mean clearly everybody understands that when, you know, the economy goes through a period like this, visibility is lower, you guys know to scrub the pipeline, talk to the salespeople, make sure those are real deals, yet it turns out they're not real deals. How does that work? How can the salespeople kind of not know that the deals are going to slip at the end of the quarter? Is the customer just not aware that they're going to run into resistance at the end of the quarter?

Larry Ellison: (Mill) like I can tell you. I actually was involved in a lot of the calls on some of these transactions. And really what happened is all -- a bunch of deals were already approved at the mid-high level, you know, at the Vice President or Senior Vice President level. Once it got up to the CFO, CEO level they were pushed off.

So I think we have a lot of nervous senior executives looking at this economy and being very cautious and these are ongoing. These were deals where there is ongoing projects, ongoing budgets, all of this stuff working its way up the normal chain of command where you would expect senior management approval, and the senior management approval was not coming, not forthcoming.

Though again, I talked to a lot of these people and they said, well they actually -- this was not a matter of they're not going to buy; they would just like to wait 30 days or 60 days. They're just looking at the economy. Everyone is trying to get a read on this economy and everyone is being slow to act in light of the economy.

Rick Sherlund: Did you also notice the size of deals being changed during the quarter or smaller deals?

Larry Ellison: Well actually depending on the size of the company -- certainly very large deals in large companies, anything that needed senior management approval. So it could be a rather small or

ORACLE
CONFIDENTIAL

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 6

medium-sized deal in a small company, which is a large deal for that company. So if it was a substantial expenditure for the company, and that expenditure went up to senior management, a surprising number of those decisions were deferred.

So these are not competitive losses. We have good visibility on competitive losses which occur, you know, early on. These are -- where we had drafted the contract, agreed to discount levels, agreed to terms and it just never made it through the CEOs' office.

Rick Sherlund: Thank you.

Operator: Our next question comes from Bob Austrian Bank of America.

Bob Austrian: Yeah, thank you very much. I guess I would want to ask a couple of quick ones. One, Larry you've mentioned Jeff that mostly we're talking about North America. Are you really referring to just companies with North American domicile headquarters? You know, there are a lot of multi-national companies that do a lot of business here. Is it really isolated to just companies that ((inaudible)) doing business in the U.S. or just clarify what you mean by that?

Larry Ellison: Well again, these are mainly U S  headquartered companies. And so if there is a slowdown in the U.S. economy, you know, we don't have the detailed numbers in our press release, but we have very good growth in Asia Pacific  We have very good growth in Europe. There the forecasts were absolutely predictive of what they actually delivered. All of the shortfall, overwhelmingly, was in the United States.

Bob Austrian: I guess another question, Larry, is concerning the applications. You know the applications at Oracle are really just beginning to seriously get in the game and yet they prove to be just as sensitive. Can you just comment on, you know, the shortfall in applications relative to where you

ORACLE
CONFIDENTIAL

NDCA-ORCL 092605

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

believed you would really come out?  Is this equally divided shortfall versus internal budget, let's say internal hope?

Larry Ellison:  I would say, "Yes."  That it didn't make any difference if it was a $20 million database deal or a $20 million applications deal, once the CEO saw that number they, you know, they were just reluctant to sign that PO.  Even when, and this is the case where even when it was acknowledged that within six months these applications would start saving that company money.

Bob Austrian:  Right.

Larry Ellison:  There's just a good deal of, you know, I don't need to tell you that there is a good deal of uncertainty in the market.

Bob Austrian:  Sure.  And I guess final question that I would have Larry.  You obviously have a lot of points of contact with the senior most executives in the customer base.  This seems to have just come up recently, if it's in the last days, last week, or last few weeks.  What is your guess about the trajectory of this slowdown year?  How quickly are we still sinking in the sense of those executives willingness to sign the bottom line?  And how long do you, from your vantage point, believe that this period of economic shock, as I call it, is going to really last and impair Oracle?

Larry Ellison:  OK, well the -- of course no one knows, you know, if I could predict the economy, you know, I'd have your job.  But I don't know.  I don't know what the state of the economy is.  I do know that some of these transactions can only be deferred for a short period of time.  Because these are projects that are going through an implementation cycle where they actually are using the software, or about to start using the software so they have to buy.  On the other hand there are, you know, other projects that can be deferred for three or six months.  So we ...

Bob Austrian:  ... {(inaudible)} any sense Larry?

ORACLE
CONFIDENTIAL

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 8

Larry Ellison: Do I think that our applications growth is going to get worse than 50 percent? I don't think so but I don't know.

Bob Austrian: Lastly, as you were asked about it, another one quickly comes to mind; which is a large volume of Oracle's database sales relate to existing applications that are growing e-Bay, e-Schwab and so forth. Do you have any visibility into whether that kind of ((inaudible)) is likewise effective versus new applications?

Larry Ellison: Well what people are doing, again, are just trying to defer these things a quarter. You know they can push off the decision a quarter or two quarters they're more comfortable now. You're absolutely right. They can only delay so long. So because they're actually using the software and the applications are growing. But they can, you know, not sign a contract or sign a smaller contract for a shorter period of time. So rather than buying the software they need for the next year, they could buy the software they need for the next three months.

Bob Austrian: Right.

Larry Ellison: So and we saw a whole bunch of that

Bob Austrian: Great, thanks very much Larry

Larry Ellison: Sure thing.

Operator: We'll go now to Charles Phillips Morgan Stanley.

Charles Phillips: As you entered the third month of the quarter do you think -- were you ahead of where you normally are or were you counting on more than normal for the third month of the quarter?

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 092607

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 9

Larry Ellison:  I'm sorry (chuck) I'm not hearing you.

Charles Phillips:  As you entered the third month of the quarter were you ahead of where you normally expected to be, or ...

Larry Ellison:  Yes.

Charles Phillips:  OK.

Larry Ellison:  What threw us off completely is, we had a very strong December.  We were well ahead of our numbers at the end of January.  And the pipeline looked terrific, you know, going into February.  And what happened literally, and of course you know, and I talked with (Scott McNealey) and (John Chambers) and we're hearing all these other things.  And we had just not, I mean we were all cautious but we hadn't been seeing it in our business.  And we really didn't see it in our business until the last few days as these approvals made it up the management chain.  And, you know, it doesn't take a lot of, you know, a lot of people, you know, 20 percent of the people are nervous.  It has tremendous impact on our quarter as we just demonstrated.

Charles Phillips:  Did you notice anything by industry?  Perhaps you were counting on something out of high-tech or telecom and that was particularly weak?

Larry Ellison:  Yeah.  No, I think we saw -- I think certain industries were more sensitive than others.  There is no question that telecom -- where dot-coms are gone, telecom is (strapped).  And, yeah, that's the sector where we saw people delaying where they could -- absolutely.  Probably more so than most sectors.

ORACLE
CONFIDENTIAL

NDCA-ORCL 092608

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 10

Charles Phillips: And do you think that, you know, the (sweep) strategy that you led, you know, perhaps to larger deal sizes where ((inaudible)) were concentrated?  Selling entire ...

Larry Ellison: Yes.  The (sweep) strategy is actually doing very well.  There are people -- a lot, people are still behind the (sweeps).  There were other transactions where they are committed to the (sweeps).  They say they want to do this.  I talked to -- I mean I can start naming companies.  They said they are definitely going to do this.  They want to do this.  They just can't do it right now.  And I think there will be several large transactions I think we will carry in Q4.  But again, there is a general nervousness caused by uncertainty out there that no doubt impacted, is impacting senior executives across the board, across industry.

Charles Phillips: I guess what I'm asking though was there a greater concentration of large deals as a result of the salesmen focusing on ((inaudible)) ...

Larry Ellison: Are you saying that the revenue that we brought in, what is the percentage of large deals versus small deals?

Charles Phillips:  Right, right.

Larry Ellison: Chuck we don't have, you know, it's pretty much the same as before.  I think there is no change, but I don't have that exact detail data in front of me one day after the quarter ((inaudible)).

Charles Phillips: OK, and a final question.  It may be too early, but anything -- any actions to be taken on the (cost) side as a result?

Larry Ellison:  Well the good news is we've been taking (cost) actions for almost two years.  So we're continuing, you know, we're continuing to use our own software to move every process, everyone of our business processes to the Internet.  So every quarter we improve our (costs) and, you

ORACLE
CONFIDENTIAL

NDCA-ORCL 092609

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 11

know, I think you'll see continuation of, you know, natural head-count reductions again through attrition. You know, natural improvements in productivity and efficiency that will allow us to continue to improve our margins, we think, you know, in a very difficult environment.

Charles Phillips: All right. Thanks a lot.

Operator: We'll go now to (Eric Eupin), Robertson Stephens. Mr. (Eupin) your line is open. Hearing no response we'll go to Jim Pickrel, JP Morgan.

Jim Pickrel: Is there any indication yet of how the consulting business did during the quarter? Have you seen any drop-offs there? Have you been able to make some progress on improving services (gross) or was that impacted as well?

Larry Ellison: Well again, the idea with our software is we're trying to make our software easier to install. We're trying to lower the number of days and lower, you know, lower the cost of installing our software. Nonetheless because our application (gross) is growing, our consulting business, you know, it was not yet -- our consulting business has been consistently negative over the last several quarters. It in fact was positive, consulting (growth) was positive, but again, that's because our applications are growing, have grown so quickly for so many quarters.

Jim Pickrel: OK, and I know a lot of the detail isn't at hand. But, Larry, do you have any sense about any patterns, big companies versus small companies?

Larry Ellison: No, actually it was across. I hate to use the word interesting, but it was across the board and I would say that every time it seemed to go to a CEO or a CFO they said, "We just don't have," quite frequently they used the expression, "We just don't have the money to spend right now. We're just uncomfortable spending the money right now."

ORACLE
CONFIDENTIAL

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 12

Jim Pickrel: And just to follow-up with just one more thing on that point, are you getting the sense then that IT budgets for the full year are essentially being slashed? Or is this more a matter of, 'let's wait and see' and it's sort of the deferral effect?

Larry Ellison: Yeah. I think it's definitely a wait and see. I don't think it's budget slashing. It is this uncertainty that's sitting out there.

Male: I agree with Larry.

Jim Pickrel: Yeah. So, have you heard companies tell you, "We've already made a decision that we're cutting IT spending for the full year by X percent"?

Larry Ellison: No. All the indications that we have are that people want to do these projects. People want to put in the e-business suite. They're actually -- if you look at budgets, the database budgets, are going up with the exception of the dot-coms. The database budgets are going up everywhere. So all of that looks very, very good. It's just this umbrella of uncertainty that is causing people to defer decisions.

Jim Pickrel: OK, thanks.

Operator: We'll take our next question from (Gretchen Teagarden), Salomon Smith Barney.

(Gretchen Teagarden): On your sales force in terms of customers saying that they wanted to wait for (9-i) on the database side and do you think (9-i) could be a catalyst, a positive catalyst, here in the short term, here in April?

Larry Ellison: Well we think (9-i) is a big positive; however, I don't think that's the issue. I don't think it is whether they question the competitiveness of our database technology or the competitiveness or

ORACLE
CONFIDENTIAL

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 13

(obligation) technology. These are customers who are committed to our (databank), existing customers committed to the applications, have decided they're going to buy and then at the last minute saying, "Not right now. We've got to wait." That's what is going on.

(Gretchen Teagarden): OK, and then are you seeing any alienation from third-party software vendors? Like say if people ((inaudible)) in terms of now that you're rolling out a suite of applications are they viewing IBM as a friendlier database vendor when they're selling database along with their aps?

Larry Ellison: Well there's no change in that for the last several years. That's been true for several years. I don't know if people are ever recommending the Oracle database. But the Oracle database sits under I think, I don't know, 80 percent of (FAP) applications and a huge -- a majority of people saw us and ((inaudible)) applications sit on top of Oracle even though they don't recommend it. So that's really no change. That's really -- that is not what is going on.

(Gretchen Teagarden): OK.

Larry Ellison: What is going on is senior executives have heard about the economy, wanting to keep their options open as far as spending.

(Gretchen Teagarden): OK, then the last question. I know you're doing a lot of CEO meetings to really market the suite. When you walk out of those meetings and you ask them what their timeframe is for making a decision about the suite what kind of timeframe have they been giving you, like say just in the last couple of weeks?

Larry Ellison: Well again, some of these guys are moving incredibly fast. So we have an example of going from the first meeting to deal in 30 days or 60 days. We've got several examples of those. We got, you know, my favorite example which I cited, (GE Power) from contract to live on

**ORACLE
CONFIDENTIAL**

CONFIDENTIAL—SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 14

manufacturing financial e-business suite, redoing all the business processes in five months. So we are moving very, very quickly with a variety of customers.

However, there's another sect, with all that goodness happening and all that is really happening, there -- a whole bunch of transactions went up, got to the CFO, got to the CEO and they said, "Look, we love this stuff, we're going to buy this stuff, but we want to watch the economy for the next 30 days or the next 60 days.

There is tremendous concern, maybe Alan Greenspan is not concerned but, you know, there are a lot of senior executives that are very concerned with what's going on in the economy.

Jeff Henley:  You know, Larry, I think we're starting to run out of answers.  I mean we're just repeating ourselves.  I think maybe we'll take a question or two more but I don't think we have much more to say.

Larry Ellison:  Yep.

Female:  Right.

Operator:  Thank you  We'll take our next question from Jim Mendelson with SoundView.

Jim Mendelson:  This question may be a tough one for either you, Larry, or Jeff to comment on.  But to the extent that you are seeing these deferrals and to the degree that Oracle's seasonal business pattern is such that the May quarter is the big quarter, which may still be in a period where there is this deferral process and likewise the August period may be a point where conceivable things are hopefully getting a little better, any thoughts about how your business may lay out a little bit over the next -- high level thoughts?

ORACLE
CONFIDENTIAL

NDCA-ORCL 092613

CONFIDENTIAL–SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 15

Larry Ellison: Well again there are two things. There is our seasonality, layered on top of the economy. So, yeah I suppose it's possible the economy weakened in our Q4 and got stronger in our Q1, that would certainly reflect in our numbers. The key thing here and I want to emphasize this is a lot of these transactions the people are actually using our software already or they ((inaudible)) implementation. They can only push it off so much. So these are not cases, so these were not cases of deals that we lost competitively, or deals are going away. They're just being shut down. At some point they're, you know, the customers are going to have to buy.

Jim Mendelson: And I presume on the March 15th call, that's the point where once you've had a chance to go through the numbers in greater detail that you may update some sense of how expectations might look, provided you have any confidence in the pipeline.

Larry Ellison: Well again, you know, all of this stuff is obviously dependent on the economy. Jeff, please go ahead.

Jeff Henley: Right. I mean Jim we'll do the best we can to be as honest as we always are but we obviously have less visibility right now. Nobody knows where this economy is going. So in a couple of weeks we'll have more facts about the current quarter that we just finished, and we can give whatever thoughts we have I guess, but obviously it's difficult right now to figure out.

Jim Mendelson: And do you, I'm sorry, one last point. On currency, was that much of a help relative to the drag factor ...

Larry Ellison: The currency was up four-percent negative.

Jeff Henley: It was a little bit better at the start of the quarter, but not much, (Jim), it's still in drag.

Jim Mendelson: OK. Thank you.

ORACLE
CONFIDENTIAL

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 16

Stephanie Aas: Right.  Thank you.

Operator: Our next question comes from, go ahead.

Larry Ellison:  This will be the last question.

Operator:  OK, our last question comes from Drew Brosseau SG Cowen.

Drew Brosseau:  Thanks very much.  I understand that we pushed some business out here and hopefully that will close within another 30 to 60 days.  Beyond what happened to that business, can you talk at all about what if any change has happened to the pipeline in the last 30 days since you came in to February strongly.

Larry Ellison:  Well again, the pipelines they're just a bunch of big deals, a bunch of big and small deals that have just gone to (convert).  So that's all still sitting in the pipeline.  We expect to close some of those deals starting today.  So, again, I will reemphasize.  These were not deals that we lost competitively.  These were not deals where they decided not to buy.  These are literally deferrals because of economic uncertainty.  And, you're right, as we wear on in Q4 a bunch of these deals should come in.

Drew Brosseau:  So I guess my question is, the closure rate changed on you and you couldn't see that coming obviously ...

Larry Ellison:  Right.

Drew Brosseau:  I'm wondering whether the pipeline building rate has continued at the same pace or whether that's changed at all.

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 092615

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
03-01-01/4:30 p.m. CT
Confirmation # 532812
Page 17

Larry Ellison:  No, I think the pipeline building looks normal.

Jeff Henley:  Well, I don't -- you know, we just don't know Drew.  I would really rather make more

comments on the conference call when we have more notice.  We made a call here today to kind

of give people the best quick (flex) about what happened this quarter and once we know a little

more we can share that with you.

Drew Brosseau:  OK, all right thanks.

Stephanie Aas:  Great.  I'm going to wrap up the call.  The replay number is 715-457-0820.  Pass code is

532812.  Thank you.

Operator:  Ladies and gentlemen this does conclude today's conference call.  We appreciate your

participation and you may disconnect at this time.

END

ORACLE
CONFIDENTIAL

NDCA-ORCL 092616

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# EXHIBIT 352

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 1

## ORACLE CORPORATION

### Moderator: Stephanie Aas
### March 15, 2001
### 4:30 p.m. CT

Operator: Good day, everyone and welcome to today's Oracle Corporation third-quarter financial results conference call. Today's conference is being recorded.

At this time, I'd like to introduce Oracle Corporation Senior Director of Investor Relations, Stephanie Aas. Miss Aas, please go ahead.

Stephanie Aas: Great. Thanks, Operator. I'd like to introduce Larry Ellison, Chairman and Chief Executive Officer and Jeff Henley, Executive Vice President and Chief Financial Officer.

Today's call will begin with Jeff reviewing some of the key financial results and Larry will cover the state of Company and industries trends. The discussion will then be followed by a Q&A session.

Before we begin however, I'd appreciate your patience as I review the required statement for Safe Harbor. Our discussion may include predictions, estimates or other information that might be considered forward-looking. While these forward-looking statements represent our best, current judgment on what the future holds, they are subject to risks and uncertainties that could cause actual results to differ materially.

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 2

Throughout today's discussion, we will attempt to present some important factors related to our business that may affect our predictions. You should also review our most recent Form 10-K and 10-Q for more complete disclosure of risk factors.

With that, I'd like to turn the call over to Jeff Henley.

Jeff Henley:  OK.  Thank you, Stephanie.  Well, I think I should start by just kind of -- I guess maybe reinforce on some of the things we said on our call we made last for the quarter ended on March 1st.

Despite the fact that we saw numerous companies pre-announcing in January and February, all of whom who were reciting a slowdown in the U.S. economy -- companies like Sun, Cisco, EMC -- it's like a list -- we were still surprised we missed the quarter.  We thought we had some cushion as we entered the quarter and while we knew the economy was slowing down a bit, we thought we could absorb some downsize if it developed.

Right up to the end of the quarter, we said we felt pretty good about the quarter -hadn't seen any indication of an erosion in our internal forecast or heard of significant issues in regular conversations with the U.S. sales and management.

In addition, all major enterprise software companies who reported in December felt good about their outlook.  And so we felt like the enterprise software space for e-business leaders was more recession resistant than other technology sectors where -- and this was supported by an independent research conducted in a CIO Spending Intention Survey that was done December and January in which all of products were at the top of the list of really critical things.

Also, our Q3 pipeline reports consistently shows good growth year-over-year right up to the last few days of the quarter.  And finally our last -- our first two months of actual quarterly -- monthly

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 3

actuals showed strong license growth. So there was a lot of things that kind of gave us what turned out to be, I guess, a false sense of security because clearly we didn't do as well at the end.

During our last quarter call we did 90 days ago, I emphasized how -- that the economy was a wild card. And despite the fact we had not seen any visible erosion at that point, we said that if we ever got to a hard landing or recession or depression -- I don't think we're there -- that would certainly have an impact on our business.

Beginning in early January, we added a bullet on the slides we used with investors stating that the economy was a wild card. And for some time, we've included precautionary language in our risk factor section that points out that while we use our pipeline system as the primary tool to forecast sales, it doesn't always closely correlate to actual sales growth in the quarter.

For Q2 10-Q, we added that in particular, a slowdown in the economy may cause purchasing decisions to be delayed, reduced in amount or canceled, which would therefore, reduce the overall pipeline conversion rates. Nevertheless, right to the last few days, we still thought we could there.

OK. So looking at the license growth for the third quarter, all of the decline was primarily centered in the U.S. and the Americas, the way we reported it publicly.

And the growth for the Americas for that quarter, this recent Q3, was four percent negative. And that's compared to 34 percent growth both in Q1 and in Q2 so clearly there was an enormous slowdown and far worse than we though we would be.

The dot-coms played some part in this. But we knew going into the quarter, we had a big database comparison issue and we knew that the dot-com segment was slowing down. I think in

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 4

hindsight the dot-com ended up a bit worse than we thought. But we certainly anticipated -- what we didn't realize -- the filling factor, you know, obviously was the economy.

If you take out -- and if you look at our dot-com growth in the third quarter year-over-year, it was a negative 66 percent. So it clearly was a huge decline year-over-year.

If you take out dot-coms in total and just look at the rest of the Americas' license number x dot-coms, the growth for the quarter was nine percent so again, far short of the 34 percent growth.

So again, I'd stand by what we said that we knew that the dot-coms would have an affect. But clearly, I think it was the economy that really did us in.

Since the Americas represent over 50 percent of the worldwide license revenues, the impact on the total company license growth was obviously very significant.

As Larry said on the March 1 conference call, the crack started to appear in the last four days of the quarter. At first, it showed in our general business dot-com mid-market forecast, which came down each of the last four days. But it also showed up on other U.S. business units right at the end as contract after contract slipped as a result of key executives delaying decisions to sign the deals when they represented the final signature.

Both (MEIT) and Asia-Pacific did reasonably well and were certainly -- played only a minor role in the -- in the Q3 miss. They had reasonably good results.

Turning to database, the growth was -- ended up at six percent and did somewhat better than that first estimate we made on March 1 and likewise, applications did worse. We ended up very close to what we said on the estimate we made but we did not have a detailed handle on all the different product swings. And so clearly database ended up being better, applications worse.

NDCA-ORCL 050622

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 5

The database in -- worldwide was six percent. And it actually would have been worse if the (MEIT) didn't have such strong quarter. Europe had an exceptionally strong database quarter. And the converse of that -- (MEIT) had an exceptionally weak applications quarter. So they sort of flip-flopped in terms of what they did in database and apps for the first half of the year.

We had, in the -- in the -- in the -- in the Americas area, allowed the same comments. We knew we had a tough comparison in database somewhat because the dot-coms et cetera, et cetera. And in the applications space, clearly, I think part of the reason we did so poorly was because of the slowdown in the U.S. economy.

The total Americas applications growth was 31 percent -- far less than we thought because we did have a good (Covista) deal that we talked about on the Q2 conference call.

But Europe was the bigger disappointment actually. It had a weak growth of about three percent, I think, in local currency terms so -- versus a 104 and 92 percent growth in the first two quarters. So we're still trying to understand it. It's clearly disappointing in virtually all of the major countries of Europe. So we didn't do as well but we did better than we thought we would have done in the first half.

In total, Europe did well. It was just a complete reversal in the first half in terms of the splits between apps and database.

Turning to the forecast, I guess, visibility for Q4 is obviously, much more limited based on what happened to us in Q3. Our traditional pipeline tools are much more difficult to use when you're in this kind of environment.

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 6

Our initial pipeline for Q4 looks good.  It's — we're showing good strong growth but remember, you know, what happened to us in Q3.  So this pipeline system is real-time.  We give constant updates as we did with Q3.  But I think given that the conversion rates were much less than normal in Q3, we have to assume something like that will probably happen again this quarter.

And obviously, our visibility into next year is even more difficult. I think for now, again, our assumption is probably things aren't getting better and maybe they'll get worse.  We have no idea.  These results are really going to end up being reflective of what happens to the economy.

If the economy does better, we'll do better.  If the economy does worse than people think, then we'll probably see that as well.  So it's very difficult right now to say what we're going to do.

My assumption right now and this is as good as anyone's, I guess, would be that we might do a little bit worse, to be conservative.  So maybe our license growth instead of six percent like it was in Q3, it might be zero.  And again, I stress it could be worse than that.  It could be better than that.  Who knows?

If it were zero, then our earnings and net income would be roughly flat.  So we did 15 cents a year ago.  Before investment gains, I think we would do 15 cents this quarter.

Looking forward into this next year, it's even murkier.  So again, I have no idea about — our assumption is that probably the U.S. economy takes a while to recover.  So the scenario I played with is just assume that it lasts a year and that by the end of the calendar year, by the end of our fiscal second quarter, the U.S. economy starts to pick up.

If that were the case, if our license growth were like flat for two more quarters, if our license growth then began to rebound against much easier comparisons in Q3 and Q4 and grew maybe 20 percent for the last two quarters, we can -- by historic sayings that would be fairly modest.

NDCA-ORCL 050624

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 7

Then we would end up with, you know, 56, 57 cents -- something like that. So that would end up being -- if we did the 15 cents this quarter, our full year would be a 31 percent growth in earnings per share. And next year, it would be 25 to 30 percent growth in earnings per share next year.

And again, it's all predicated upon the economy. How far down do you think it'll go? How quickly will it recover? So I'm not even suggested this is good guidance. I'm just saying this is -- gives you some sense for the way the model works and the way the -- you can run different assumptions. But I think that's basically the thing I've heard out there. It may be a realistic assumption.

I think recessions eventually do end. But none of us know when this will happen. And we don't know if it'll get a lot worse -- whatever -- so. But I think it's certainly reasonable to think that it will take a while until things recover.

We're fortunate that our costs are in good shape. And so, we're not going to, I think, have to hopefully do a lot here. We're under good control. And we're just going to continue to keep these costs under control and do what we have to do to try to hang onto the hard -- the good margins that we've earned over these couple of years.

Just turning to a couple of more facts and then I'll turn over to Larry. To review, again, some of the data -- so the total -- the total revenue for the -- for the -- for the quarter was 2.7 billion, up nine percent.

As I said, the license revenue was up six. The server revenue, worldwide, was six. The ((inaudible)) was down 57. Apps were up 25.

NDCA-ORCL 050625

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 8

The percentage of large deals, over half a million, was 45 percent versus 46 percent in Q3 a year ago.

Our service's revenue was up 12 percent. And again, I don't think I mentioned we had a negative currency effect in the -- for a total revenue of the quarter of four points. That was pretty close to what we had predicted, I think, going into the quarter.

And I didn't comment on -- into my comments really about the forecast. But at current rates, the forecast for currency this quarter would be two percent negative. And then for next year, it's roughly a percent positive or so.

So if the -- if the currencies stay where they are, we shouldn't be burdened with currency negatives next year like we had last year.

So it terms of -- I'm just looking through the numbers -- in terms of headcount, we actually saw a little bit of sequentially growth this time of about three percent. And that's again one of the reasons why we're going to go back and work harder on our headcount to make sure this doesn't continue.

The -- certainly, the turnover rates are slowing down. I think that's what's happening. Our turnover has gone way down and so it's easier to hire people. It's -- we're not losing as many but we'll have to definitely screw down those numbers.

We were very pleased with our operating margins -- grew. They were -- ended up at 33 percent versus 31 percent a year ago.

Another piece of information, I think, our current view on our tax rate for next year is that it will drop a point. So it's 35.5 this year. We expect it to drop to 34.5 next year.

NDCA-ORCL 050626

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 9

And I think that's about it. So I'll turn it over to Larry for some more comments.

Larry Ellison: OK. Given the change in economic climate, we really are changing the way we're going about marketing our software, specifically our applications. And we're focusing on rapid application implementation.

We think one of the virtues of the Oracle E-Business Suite is that again, all the pieces are integrating together. And one of the -- one of the immediate benefits is the fact that the Suite is complete. It's integrated. Therefore, we can install it and get you up and running very, very fast. And that -- and actually executives focus on projects that have a very -- that they have to return -- have a return on investment very quickly. Rapid return on -- rapid implementation means rapid return on investment.

So we've launched two new programs globally. One is CRM. Actually, it's Global CRM. We can put our CRM system up in all the countries in which you do business in 90 days.

In fact, in our E-Business Suite is in fact, global software. So as we run it and we find a number of deals this quarter, CRM and we had -- we had wins at America, over at Siebel -- it went to Qwest over Siebel.

We've got a lot -- we had a pretty CRM quarter. And one of the big -- very, very large technology companies that we signed, whose name we can't use, we actually are going to get them running up and live on CRM within 90 days. That's in every country in which they do business.

Another big program is Internet Procurement. And Internet Procurement, again, is in 30 days. We think we can do the entire procure-to-pay cycle -- buying things on the Web, you know, using

NDCA-ORCL 050627

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 681069
Page 10

Internet to make the purchase; conducting an auction while you save a lot of money and we can get -- have you -- you can start saving money within 30 days of signing the Oracle contract.

And that's what I think executives are looking for right now. They say yeah. They look at each of these projects. The project looks promising but unless the return is there in fairly short order, they're quite willing to triage this project in favor of another one with more rapid returns. So again, you'll see a major shift here and we think we're -- I -- you know, we're pretty -- our software is pretty well suited for delivering that very rapid return.

As Jeff mentioned, we -- you know, we've used it over the last couple of years to improve our margins constantly. Even in a very difficult quarter, our margins did go up a couple of points.

We should -- we should be able to do -- you know, do more with one of our major customers. General Electric has an E-Business Suite project going live actually this month.

We signed a contract in March -- excuse me, going live in March. We signed the contract in November. They go live in March. It's a five-month from signing the contract to actually going live on the E-Business Suite. It's a very rapid implementation.

The secret there was no modification source software. And in all of these rapid implementations -- whether this is a big one, a General Electric -- and these are large companies -- were Americredit or Qwest.

The key to the rapid implementation of the software is complete and integrated and does not require modification. And it thereby, delivers a very rapid return on investment. It's quick to install. And by the way, that means you don't spend a lot of money installing it. If you install it in 30 days or 90 days, there aren't a lot of big consulting fees you have to pay. Not only do you get the returns quickly, the overall cost of the implementation and the risks associated with the

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 11

Implementation are greatly reduced.  Less cost, less risk and very rapid return.  In the database, we have a new version of our database coming out this quarter, our release, 9i that delivers pretty spectacular performance on real applications.

On feature end, it's called Real Application Clusters. And again, we think -- we think that again puts us in a very -- you know, it continues to improve our competitive position in database because our two primary competitors, IBM and ((inaudible)) as large as IBM in the database business and Microsoft, which is -- seems to be dropping back.

So again, we have a major release of our database that was several years in the works.

We also have this thing called the Internet Application Server, IS.  And we compete with a number -- with IBM's (WebFear) and BEA.

We've had competitive wins at Cisco, at Cap Gemini and McGraw-Hill, you know, it's with live ((inaudible)) technologies.

IS is relatively new product for us but it's going -- it's going very well.  Again, the same push there -- highly reliable, delivering very, very good performance.  And it's tightly integrated with our database -- easy to manage.  So that's a -- you know, we're doing very, very well there.

We've had -- we've got over 3,000 -- as the press release highlighted, 3,000 companies in the process of implementing version 11i of our applications.  Over 210 of those customers are live on version 11i applications, the E-Business Suite.

We have a number of big customer wins -- again, McGraw-Hill, Healthsouth on the entire E-Business on the number -- in a number of database wins.

NDCA-ORCL 050629

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 12

So in a very difficult quarter and a very difficult economic climate, we did make $900 million in operating profit where the market was looking for a billion nine.

So we think we -- our margins are in good enough shape. And our cost controls are in good enough shape and our products are competitive enough that we -- you know, that we're pretty well equipped to weather the storm -- better equipped than virtually all of our competition in the enterprise software space.

Stephanie Aas: All right. We're ready for Q&A.

Operator: If you'd like to ask a question today, please signal us using your telephone -- press the star followed by the digit one. And your questions will be addressed in the order that you signal. Again, that's star one.

First up in the roster is Jim Moore at Deutsche Bank.

Jim Moore: Hi. I was wondering if you could talk about the potential to do layoffs. Jeff, you mentioned that you had that sequential headcount growth due to the lack of attrition. Would you consider doing layoffs at this point?

Larry Ellison: Yeah. This is Larry Ellison. I think you'll see us looking at controlling our costs. And one of the ways we control our costs is to manage headcount. So there's no organization that isn't being -- isn't being asked to do more with less.

Jim Moore: And would this be across the board, Larry? Or would it be in one specific area?

Larry Ellison: Oh, I think, a variety of areas. I mean, you know, if you look at our headcount reductions over the last couple of years, we've been steadily reducing headcount.

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 681069
Page 13

We had a little bit of a jump in Q3 that we're looking at right now. And some of it was in -- you know, some of it was in consulting, which grew. So that -- by and large, with the exception of R&D -- with the sole exception of R&D, Oracle should constantly be reducing headcount in virtually every area.

Jim Moore: So the intent is to sort of hold the mid 30 percent operating margin goal over the next 12 months or so?

Larry Ellison: Absolutely.

Jim Moore: OK. Thank you.

Jeff Henley: Again, I'd -- Jim, it goes without saying that it's all a function of revenue. So assuming that we don't have some calamity in the economy or something -- but I think we can -- with short of something just horrendous, I think we can -- our costs are in good control and we can keep hanging onto good margins.

That's really ...

Larry Ellison: And we're going to keep on working and tuning that costs. So we're going to make improvement on the cost side of things and improvement on the technology side of things. And we think that -- again, that gives us some degree of cushion, some reason for optimism in a very difficult climate -- an unpredictable climate.

Jim Moore: Great. Good luck with that. Thank you.

NDCA-ORCL 050631

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 681069
Page 14

Operator: And again, that's star one if you'd like to ask a question. And also in the interest of making sure

all questions are answered in a timely manner, please limit yourselves to one question.

We'll continue now with Bob Austrian, Bank of America Securities.

Bob Austrian: Great. Thanks very much. I guess, Jeff, could you go back and review what you described

as the dot-com contribution? It went by a little quickly.

Jeff Henley: Sure.

Bob Austrian: And in particular, if you're in a position to help us understand how tough are the

comparisons in May, August or November ahead as a result of that? Maybe what dollars should

we describe the dot-coms in the prior?

Jeff Henley: It's almost insignificant. So we had -- we kind of hit a crescendo in Q3 and Q4 a year ago.

And then it really fell off in Q1. But it's a little less as a percentage of Americas license business

in Q4 than you know, a point or two less. So it's still significant.

We still have a comparison problem but if you remember, we also had some slippage in database

last year in other areas, especially in Q1. So I would describe our database comparison as

somewhat easier despite the fact that we still have a strong dot-com comparison problem.

Again, to review the numbers, what I did -- is I said that, if you took out -- well, first of all, if you

segmented the dot-com number in the third quarter in terms of the affect on the Americas license

-- first of all, the dot-come dropped 66 percent year-over-year. OK? So it was obviously huge.

It didn't go to zero, but it felt like it. All right? If you then extract those dot-com figures from the

total Americas license numbers in both last year's and this year's third quarter, the remaining --

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 581069
Page 15

the rest of the business grew nine percent. So that's still substantially below the Americas' total license growth in Q1. In Q2, it's 34 percent.

Bob Austrian: OK. Great. I think that's very helpful. And then just one follow-up -- you mentioned, I think, Jeff that there was some irony in Europe versus Asia on apps versus database and which was strong and which wasn't.

Jeff Henley: Right.

Bob Austrian: I think you said in Europe, the applications were weak. I mean can you give us any sense of what's going on in this area?

Obviously, apps are real important and they've had this huge pipeline. Was the pipeline smooth across Americas, India and rest of world and then it just dropped off over there more than somewhere else? Just give us some color on how worldwide 11i and other applications look.

Jeff Henley: I think the pipeline initially was good for both the Americas and Europe and Asia when we started the quarter. So I think we did well across the board in Q2. And the indications starting out the quarter was that everyone felt like they would have another good applications quarter around the world.

Larry, you want to comment on Europe?

So clearly, I think the U.S. is more understandable than Europe at this point. But again, I'll say that Europe was surprisingly, I mean, strong in Q1 -- better than we thought. So these numbers do bounce around. But I honestly -- I think everybody is still scratching their head. There's not one thing we can point to. It's just every country kind of fell apart a little bit and didn't do as well as they thought they would do in apps.

NDCA-ORCL 050633

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 681069
Page 18

They still feel good, I think, about the applications business. They still think they'll have a good

Q4. So we're not getting the sense that the world's coming to an end and all of a sudden -- but I

mean that's all I can say.

Larry Ellison: No, I would just say it looks like an anomaly. I mean Q4, like -- it's -- the numbers are

interesting once they tell you about the numbers.

But again, it looks somewhat anomalous. And it should be -- should return to normal distribution

of growth between apps and database in Q4 in Europe.

Bob Austrian: Is it still, Jeff -- there's really no migration of revenue between these two? You've answered

that question with conviction over the last year but just seeing these numbers shift a little from the

first of the month ...

Jeff Henley: Well, I'm sure -- what does that mean?

Bob Austrian: Between the apps and the database, you know, you've said in the past there's really no

ambiguity about revenues that belong in one ...

Jeff Henley: Yeah. Well, actually, I mean I think we have, in a very consistent way, of pricing deals and

it's very clear when we finally add up all the numbers what's database and what's apps.

We never count any database associated with our own apps as part of apps. So that's always

counted in database and always has been.

Bob Austrian: Great. Thanks. We'll turn it over. Thank you, Jeff and ...

NDCA-ORCL 050634

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 681069
Page 17

Jeff Henley:  If I could add that the discount levels -- the discount level is applied to apps and database in exactly the same ways. But there's no way to discount one more than the other. So we think -- we think the distribution comes right off the price lists and we take the same discount on both lines.

Operator:  Moving on to the next question, this is Charles Phillips at Morgan Stanley.

Charles Phillips:  Thanks. First question, on the dot-com impact, is that primarily focused on the database or did the apps business also ...

Larry Ellison:  It's both. I mean it -- you know, because database is a much bigger than apps number, it had more total dollar effect. But it affected both. And we had -- we did a lot of apps business with dot-coms. That all went away too.

Charles Phillips:  And also, IBM continues to say that, I think, they're OK without seeing numbers. And so far Peoplesoft and SAP haven't said much.

Are you convinced that it's not a market share issue that -- in your win rate against those competitors?

Jeff Henley:  You know, I think, obviously, we're not -- I mean we can't be certain but we have every reason to believe that we're pretty much going through what a lot of other companies are ((inaudible)) the issue.

We don't have any sense. We do have win-loss reports. I mean we've done -- we hear what Craig Conway said of all these wins. We've looked on all of our reports; we don't think we're losing any deals to him. So I don't think it's competition. I mean maybe time will prove us wrong.

NDCA-ORCL 050635

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 681069
Page 18

But at this point, I don't have any sense that it's a competitive issue. It is pure and simple primarily this economy thing that happened in the U.S.

And I think the enterprise software companies, unfortunately, probably are going to have some of the visibility issues we had. But I can't be certain of that. We'll have to see how they do.

Charles Phillips: Yeah ...

Larry Ellison: Chuck, this is Larry. The deals were delayed. I mean the deals were already won. So the revenue that slipped out of the quarter were not deals that were -- we lost sometime in the sales cycle.

These were deals that were won. They didn't sign. This had -- this had -- I don't think this had anything to do with our competitive position at all.

Charles Phillips: And any info on some of those deals that any chance they might close any time soon? Or they are kind of delayed ...

Larry Ellison: Well, some of them are already closed. And yeah, absolutely, we're working to -- we're working to close them, you know, every month.

Jeff Henley: I think the issue though, Chuck, is we may see similar -- could -- slippage at the end of the quarter. So you picked them up this quarter and you lose them more at the end of the fourth quarter.

So I ...

Charles Phillips: Yeah.

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 19

Jeff Henley: ... and I'd head some of the cautions that -- if we're in bad economy, the conversion rates will probably be lousy again this quarter. That's why it's so tough to figure out what we're going to do.

Charles Phillips: OK. And last question, did the Power unit pricing factor in here at all because, you know, I guess all the other things equal, it does tie you more to that hardware shift than you used to be? Is that a way to look at or to be -- it could not have any impact?

Larry Ellison: You know, the answer, again, is I think not. The -- it really wasn't a pricing issue. These were -- you know, a lot of the transactions were -- we did have smaller transactions slip as well.

But this is not seem to be a pricing issue and anything other than people agreed to prices, they agreed to terms, they agreed to conditions, they selected our software and the deal's been signed.

Charles Phillips: OK. Thanks a lot.

Jeff Henley: Thanks a lot. Again, I'd add the Power unit pricings been out there for 15 months. So you know, it made a -- saw a sudden, huge impact in one quarter. I doubt that was because of prices.

Operator: Next up in the roster is Eric Upin at Robertson Stephens.

Eric Upin: Yeah. Thank you. Two questions -- can you comment on the status of where you are in implementing 11i within Oracle itself? How far along? When do you expect to fully in?

And then secondly, is it -- presents -- as it pertains to the shortfall experience this quarter, are you seeing any evidence of or do you feel there's any saturation within the existing customer base when budgets were rich last year? Were companies buying ahead of the curve and essentially

NDCA-ORCL 050637

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 20

loading up for a couple quarters on things they planned to roll out anyway?  And is there any of

that saturation issue that you're seeing that could be a factor?

Larry Ellison:  No.  Again, all of the buying surveys that we saw showed that budgets were increasing per

database.  So it looked like -- you know, we're right at -- right at the top of list.  And those who list

were -- you know, people were planning and budgeting to spend more on database than they

spent last year.  So it was all very encouraging.

What we saw at the end of the quarter where people delaying decisions that they didn't need the

software right now.  Even if they could delay 90 days and buy the software 90 days later, they

wanted to have that flexibility.

They made deals that were large and became smaller.  And some view it when they didn't need

the software immediately, they didn't buy.

So there was definitely propensity not to buy ahead, which is due to the uncertain economic time.

The other question is where are we with 11i.  The bulk of our business -- you know, the bulk of our

revenue is going -- you know, is going through our 11i accounting system -- our 11i -- you know,

both of our people on our 11i HR systems -- the 11i store.

So we're probably two-thirds of the way for -- you know, down the road with 11i.  And you know,

CRM ((inaudible)) is global.  Right now, the entire sales force is on CRM.

Our telesales are -- you know, our largest telesales centers are all on 11i CRM.  Globally

Marketing is completely -- is completely -- that's all on global.

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 21

Some countries are still on -- some of our European countries are still on 11o. But we expect to be, you know, completely global approximately 12 months, a project that we would hope to take 18 -- 24 months. It will only take, you know, a little bit longer -- probably ((inaudible)).

Eric Upin: OK. And one quick follow-up, can you and will you be providing breakup on the applications side? How much coming from different classes -- CRM, ERP and various other ways that you cut up the applications base?

Larry Ellison: Again, when -- as people buy the E-Business Suite, it's really very difficult -- the way we sell the software right now is -- and when we stop during CRM, ERP because it's also supply chain. There's Internet Procurement.

I mean, people want to compare us with -- and we want to compare ourselves by the way in supply chain and to i2 and Internet Procurement and Ariba, et cetera -- marking you know, to (Tiffanics) and so on.

It's very difficult -- the way we sell our software, a lot of people buy the complete suite on a per -- you know, per headcount basis. It'd be very misleading -- our -- for us to break this up one segment to another. We don't know how to do it.

Operator: We have a question now from Gretchen Teagarden, Solomon Smith Barney.

Gretchen Teagarden: Great. Thanks. As far as -- I know Oracle had -- sometimes does forward selling in terms of offering a large -- to close a large database deal. It'll be like a two year -- multi-year for a discount.

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 22

What kind of message are you sending to sales people and south management in terms of giving in some latitude, to have some more options of types of deals they can offer in this difficult environment?

Larry Ellison:  Well, you know, we have, over the last couple of years, you know, tried to do less and less of that.  We're kind of encouraging our customer and our salespeople that -- you know, that sell to our customers, to buy what they need or you know, buy for the near term ((inaudible)) and not to buy for the next two to five years.

So we are not -- we have not been -- for the last couple of years, been encouraging companies to load up on our software, you know, well ahead of their needs.

Now it doesn't mean the companies don't -- you know, we don't do some of those because we only do some.  But we do a lot less than we used to.

Gretchen Teagarden:  OK.  And then last question, I know you're doing a lot of the CEO Seminars, marketing the 11i Suite.  What's the most frequently asked question that you're getting in those seminars?

Larry Ellison:  How do I get from where I am today to the E-Business Suite?

The notion of having a completely integrated set of software and having all your customer information in one place is a very seductive notion.  Everyone would love to be there.  And plus, you save a fortune in IT costs.  You get much better information.  And you're whole company is vastly more efficient.

NDCA-ORCL 050640

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 681069
Page 23

But how do I get from my collection of legacy systems, my -- you know, all of these different computer systems I have built all over the world. How do I progress from where I am today to a global E-Business Suite?

That's the number one question. That's the roadmap from getting here to there. And one of the things we've done to try to -- to try to address that is show how you can do global procure-to-pay, immediately take -- not -- you know, not try to put in the whole suite at once but you can make real impact very, very quickly by putting in Internet Procurement all the way through the accounts payable cycle, procure-to-pay cycle -- do that globally and do that within 30 days ...

Gretchen Teagarden:  And does ...

Larry Ellison:  ... ((inaudible)) huge amount of savings.

Same thing on the CRM side, where you can put, you know, global sales force automation in. And every country around the world wants you to do business and get that done in 90 days to help you sell more efficiently.

So those -- you know, that is the big issue is how do I -- how do I make progress toward a global E-Business Suite?

Gretchen Teagarden:  And are those implementation cycles also true if they're running -- using a different database vendor in their current back-office?

Larry Ellison:  Well, most of customers -- most people we talk to use Oracle.  I mean Oracle is overwhelmingly the most popular database in the world.

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 681069
Page 24

So I have actually never heard anyone say, "I'm not interested in Webware applications because it doesn't run on Informix."

Gretchen Teagarden: I was just saying that if they wanted to implement the Suite and say they ran Oracle primarily but ...

Larry Ellison: No, the CEOs really don't have a lot interest database technology. They have a lot of interest in business information and they want to move -- you know, make their companies as efficient as possible.

So rarely do we even discuss, you know, database technology with CEOs relative -- at the business level and how can I get a rapid return on my software investment? How do I -- OK, I've got all these different systems. I've got FAP for accounting and Peoplesoft for, you know, HR. I've got, you know, (Euphony) and Broadvision and Siebel and all this other stuff. OK. I've got all this stuff and it's costing me a fortune. I've got all these different countries.

How do I make progress where it's moving to a coherent E-Business Suite? What can you do for me quickly? How can you help me save money quickly? How can you help me sell more efficiently quickly?

And that's what our global CRM in 90 days in all about and our Internet Procurement in 30 days is all about.

Gretchen Teagarden: Great. Thank you.

Operator: And before we move to our next question, I'll remind everyone to press star one if you'd like to ask a question.

NDCA-ORCL 050643

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 25

Having said that, we'll move to Rick Sherlund at Goldman Sachs.

Rick Sherlund:  Thanks.  I guess I'm most surprised on the apps business.  Without Covis ((inaudible)), I would estimate it was probably about flat with last year.

And I don't know if you have other big contracts in for the May quarter but it's looking ...

Larry Ellison:  Rick, ((inaudible)) had a lot of database in it -- an awful lot of database in ((inaudible)).

Rick Sherlund:  OK.  Well, you've got -- you've got a particularly easy comparison, I think, for database for Q4 and a tougher apps number.  Jeff, were you suggesting let's just assume no growth for both in license?

Jeff Henley:  No.  Let me look back -- go back and look at my assumptions but you know, I -- there's probably some -- there's probably some exchange.  And again, I think that apps should rebound and do a bit better.

So when we again, open up the quarter, we see apps with a stronger pipeline again issuance the convergence rates.  So I assume that apps will do somewhat better than database.

But again, because of the conversion issues and everything else, I just don't know.  So ...

Rick Sherlund:  Are the same issues operative for both apps and database, which is you know, Company's ability to sign purchase orders?

Larry Ellison:  Yes.  Rick, yes.  The answer is yes.  And I think we're assuming the economy gets a little bit worse in Q4 than it is in Q3.  I think -- you know, I'll let Jeff speak for himself but in discussing the

NDCA-ORCL 050642

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 26

assumptions with Jeff on these -- on these things, we're assuming that the economy actually had -
- because we were ahead.

If you look at our -- if look at our numbers after the second month in Q3, we were well ahead and
had very strong pipeline. And it seems that the problem really was in February. So we are
assuming a somewhat worse economy as the background to Jeff's forecast of -- well, let's just
assume, you know, flack -- the truth is we don't know.

If the economy is better, we'll do -- you know, we'll sell more database and we'll sell more
applications. But we don't -- we just don't know. We're just -- what the economy does is kind of
what we'll do. That's apparently the case.

It is impact -- that the economy has impacted our applications. Some very, very large deals didn't
sign and -- as well as database.

Rick Sherlund:  Did you ...

Larry Ellison:  In fact, ((inaudible)).

Rick Sherlund:  ... did you notice that their deals were -- that downsized? Were there smaller deals of
were they just not closing?

Larry Ellison:  Some of them were downsized.  In fact, the database deals were often downsized.
Application deals were often postponed because you know -- if I, you know, generalize between
the two.

Rick Sherlund:  Are database decisions more deferrable than the applications decision?  I mean can you...

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 27

Larry Ellison: They're timing. You know, there is not a large -- database customers are usually existing customers who are just writing a check for a piece of software. And they can of course, do that quarterly, you know, annually, every -- depending on what kind of discount they're trying to negotiate.

If you -- a larger deal is eligible for a large discount according to our standard pricing.

And the issue with applications is it's normally not simply a matter of buying our software, it's buying our software, it's starting a project, which I should have, associated services with it, it's often there's new pieces of hardware and network extensions and normally our software is, you know, a small portion of a larger application project.

And in light of those larger projects -- those larger projects that we're getting, you know, scrutinized and delayed.

Rick Sherlund: Right. Thank you.

Operator: Moving on now to a question from Robert Schwartz, Thomas Weisel Partners.

Robert Schwartz: Thank you very much. I know that you're hesitant to go product-by-product through deals. But I'm wondering if you could give us some more color again on Europe and maybe just talk about the strength of CRM versus supply chain and if there were some regional differentiation of some countries stood out more than others in terms of how well they did or how poorly they did.

Jeff Henley: I -- again, I don't -- you know, there's a bunch of different countries over there. In general, I would say that CRM actually was good.

NDCA-ORCL 050645

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 28

We didn't do as well the first part of the year. I think we felt like we bounced back and did better. But some of the ERP stuff didn't do as well.

The public sector didn't do as well in the quarter. We certainly saw some Telecom delays and decisions and that was kind of what they gave us as the color around Q3.

But again, I think the key thing they said was that, you know, they still think they're -- they -- on balance for -- the first three quarters have done well and they think they'll do well in Q4.

So it's kind of hard to totally explain it. But I agree with Larry, it's kind of an anomaly at this point. And I'm -- that's my belief based on conversations with several of these countries.

Larry Ellison: Yeah, again, I would expect that kind of database by the ((inaudible)) in Q4. You know, where I expect that kind of ((inaudible)) by Q4 ...

Jeff Henley: Right. It'll be actually ...

Larry Ellison: ... actually should come back much, you know, strong in Europe and database should not -- you know, growth should go back to a much more normal rate ...

Jeff Henley: Right.

Larry Ellison: ... it was -- it wasn't -- it appears like an anomaly.

Robert Schwartz: OK. And just one clarification, if we looked at incremental sales -- so people coming back to you not for Greenfield sales -- first-time sales but people just buying incremental seeds are buying incremental units.

NDCA-ORCL 050646

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 29

Did that come in fairly as expected during the quarter or did you see that drop off as well?

Larry Ellison: Well, I've got -- some people who were actually already using the seeds and absolutely had to buy the seeds, deferred.

Because we had some very peculiar deferrals -- we had people that were actually -- again, without going into it, were using far more seeds than they had licensed. And this is several cases and it's far more people than they had licensed. And they wanted to delay.

So it's -- that's about as bad as it gets, Chuck. We lost deals -- we lost deals where they're already using the licenses.

So it was a very -- and there were -- there were -- that's a -- that's not an isolated case. And these were some very large transactions; you know, 10, $20 million transactions where they would say we think we'll pay you in 90 days.

Robert Schwartz: OK. Thank you very much.

Larry Ellison: OK.

Operator: We have a question now from Wendell Laidley at Credit Suisse First Boston.

Wendell Laidley: Yeah, thanks. Two questions -- Jeff, could you just talk a little bit more about the basis for your confidence that you can deliver a 62 percent sequential license revenue to generate a flat Q4 license number?

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 681069
Page 30

And then the comment on the apps business -- isn't it natural to assume that your competitive position will be more challenged over the next couple of quarters to the extent that your growth on a reference base on the application side is slowing?

Jeff Henley: Well, OK. Let me see on the first one, I guess the rational is that we've had – I don't know, how many years have we been in business, Larry? Twenty -- almost 20 years and we always have a pretty strong sequential pattern. It's pretty -- been consistent over the years. And so I think that's point one.

Point two is we have a pipeline that is growing, at the start of the quarter, about the same as we saw in Q3 and again, it may not convert as well just like Q3 but the pipeline would show the comparable kind of significant increased activity and so forth.

So I have a feeling the reason we won't be at the same kind of seasonal pattern but we've -- by using the zero, we've assumed maybe the economy is even a little bit worse and our conversion rates are, you know, worse than they were in Q3. That's how I kind of came to my zero number.

Wendell Laidley: Can you talk, Jeff, about how you might have adjusted ...

Larry Ellison: ((inaudible)) ...

Wendell Laidley: ... your closure?

Larry Ellison: Let me comment about one of the -- two things. This is Larry.

One is the pipeline growth in Q4 is very close to the pipeline growth in Q3. So we're seeing certainly a – you know, which is strong – which is reason to be optimistic. But we're extremely -- being extremely cautious here. We're seeing very strong pipeline growth.

NDCA-ORCL 050648

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 681069
Page 31

The next thing, your comment about the fact that our application only grew 25 percent, won't that hurt us in terms of reference base?  You know, actually, the reference base is determined when Release 11i came out.  We delivered Release 11i, you know, almost a year ago -- nine months ago.  And in fact, now we have 210 references where a year ago, we had none.

And we have a lot -- we have 3,0000 customers in middle of implementation.  We have hundreds of more go-lives.  So our reference position will improve dramatically during this next 90 days, as 11i will reach its one-year anniversary.  So we think that will put us in a better competitive position.

And again ...

Wendell Laidley:  OK.

Larry Ellison:  ... the pipelines -- the pipelines look good.  We are being cautious.

Wendell Laidley:  Jeff, how did the -- how -- or can you talk about the magnitude of how you might have adjusted your closure expectations given that you think the environment's going to be tougher in Q4 than Q3?

Jeff Henley:  Well, I mean, like Larry said, the pipeline growth rate started on course about the same as last quarter.  So I obviously assumed somewhat lower closure rates.  And then you know that's as best I can tell you.

Larry Ellison:  Yeah.  We talked about this and said, OK ...

Jeff Henley:  And again, I -- you know, it's a rough number.

NDCA-ORCL 050649

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 32

Larry Ellison: Yeah.

Jeff Henley: You know, I mean I could have picked five positive or five negative. Who knows? So I just -- you know, I have to make a guess.

Larry Ellison: The real data that we have -- the real data that we have because we don't know what the economy is going to do.

We know the pipeline now is about the same growth year-over-year as it was in Q3, which is good. But we don't know, you know, what March and April and May are going to bring in terms of background of this economy -- a lot of uncertainty.

Operator: And we have another question, this is from Chris Shilakes at Merrill Lynch.

Chris Shilakes: Great. Thanks very much. It looks like the large deal contribution was similar in this quarter to where it was last year as a percentage of deals. I was wondering if you could maybe talk a little bit about the pipeline and whether there's been any variation in the large deal factor doing into the fourth quarter? Thanks.

Jeff Hanley: You know, I don't -- I haven't tried to analyze that Chris. So I just don't know.

Chris Shilakes: OK.

Jeff Hanley: I've got feel. I don't -- I have every reason to believe to being different but I just don't know.

Larry Ellison: I can tell you that in terms of Q3, it looked like the large deal -- had we had a normal closure rate in Q3, we have had a higher percentage of large deals.

NDCA-ORCL 050650

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 33

So as we analyze the pipeline going in the last -- you know, the last week or so of the quarter, it looked like the large deal rate was up substantially over the previous quarter. And we saw a falloff in, you know -- again, not last week and that -- you know, in the large deals.

So it looked like we would -- we were increasing large deals, which makes sense because application deals tend to be larger than database deals.

It looked like we were going to increase our percentage of large deals. Again that fell off in the last several days of the quarter.

Chris Shilakes: OK. Thanks for the help.

Operator: Moving on next, we'll hear from Richard Davis at Needham & Company.

Richard Davis: Yeah. Just a quick question. I'm trying to figure out if, I guess the whole world's going through a mass psychosis. But the companies that delayed the deals with you, have you looked at them to see if it was really, for them, if it wheels off. Their businesses were really struggling. Or was it more like the CEOs were sitting there saying, "Boy, I don't know what the economy's going to be like. I'll just pocket veto this for just a bit and then reopen the purse later on." Did you get any sense in the delay deals on how that looked?

Larry Ellison: Yeah. A little of each. I mean, some companies were really struggling themselves and some companies who were not struggling are just being very cautious with every dime they spend. So, some of our very biggest customers want to, you know, want to buy the software, literally the day before or the day after they need it. And even businesses that are doing very well. Other -- and a lot of the -- you know, we have a lot of companies and customers who are in the technology business. And I think if there's -- I'm not sure it's a mass psychosis, but certainly in the

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 681069
Page 34

technology business, you know, this is uncharted territory and a lot of executives were -- are much slower to spend than they were a short while ago.

Richard Davis: Great. OK. Well, thanks a lot.

Operator: The next question we have is from Laura Lederman at William Blair.

Laura Lederman: Yes. Just a few quick questions. Were there some applications in the U.S. that were more resilient than others? Also, vertical markets in the U.S. -- which Industries seemed to push up purchasing more in the U.S. than others? Thanks.

Larry Ellison: Well, again, this is Larry. No, again, I, you know, I think (your) supply chain, as we know, you know, look at our business supply chain or ERP, CRM -- all the -- it's not that we had a higher winner. You know, we had competitive wins in a variety of areas. But, those deals, even if we'd won the deal, some of those deals were delayed in data bases, you know, they were, you know, they were delayed.

The industries that are most affected tend to be the technology industries where -- telecommunication -- you know, you know, the computer, you know, computer technology. Clearly, those guys are all slowing their rate of investment.

Laura Lederman: Also, can you talk a little bit more about is this environment actually leaning to fewer suite sales, even in smaller companies, so there's more of just best of breed picking right now?

Larry Ellison: No, it's not more best of breed picking. I said, this is not a matter of competitive issue, at all. This is a matter of smaller companies are delaying their purchases, larger companies have been delaying their purchases. I am not saying -- you know, this has nothing to do with best of breed. Best of breed's actually a very -- it would be very interesting because best of breed

NDCA-ORCL 050652

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 35

requires a lot more consulting to put in. Best of breed is a much slower and more labor-intensive implementation.

So, we think -- at least, I think -- that we have a competitive advantage selling the suite because we can install it more quickly. You know, you give your rapid return on investment, it costs less to install. So, those should be advantages in an economic slowdown.

Laura Lederman: All right. Final question. Is the competition giving this environment -- are you saying (you need) more pricing? In other words, what type of competitive actions are you seeing?

Larry Ellison: I'm not -- I'm not sure we've seen it yet. But, so far -- the answer is so far, not a lot. But, again, the real price on the applications -- the real price on the applications business, again, is usually not the price of the software. It's the price of the implementation. So, the issue is not so much, you know, if one of our competitors is willing to give the software away, well, that's nice, but maybe 75 percent or 80 percent of the cost is in implementing, is in consulting services to implement the application. What we've been trying to do is get our cost of implementation down so we're much more competitive on pricing.

We think we have the cheapest applications on the block right now. We can -- the cost of the application software itself is very attractive. Add onto that a very rapid implementation, quick return on investment and we think we've got the -- we've got the low price spread.

Laura Lederman: Thank you.

Operator: We go onto the next question. This is a question from Drew Brosseau at SG Cowen.

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 36

Drew Brosseau: Thanks. Two things. First, can you talk a little bit more broadly about Europe and why
we shouldn't expect the deceleration that took place in the U.S., this quarter, to start hitting
Europe over the next couple of quarters?

Larry Ellison: Well, if you're an economist -- if you're an economist, that, you know, neither -- no one in
this room is an economist. So, I think the answer is if the European economy slides, that will
impact our business.

Drew Brosseau: Are you assuming that it's going to slide or not?

Larry Ellison: We -- I think we said we don't know, you know, what's going, you know, what's going to
happen. I think we are assuming that the economy continues to deteriorate somewhat. Let me
repeat. Our pipelines are the same in Q4 as they were in Q3 -- showing the same, you know,
similar growth in Q4. Pipelines are up and look fairly strong.

However, we are, in terms of guidance, assuming that the economy continue to deteriorate --
we're not saying where. We don't know where. We don't know how to do this. But we're
assuming, rather than having, you know, 25, you know, percent growth in applications and six
percent growth in database, just -- we're building out models and looking -- you know, looking at
managing our business, assuming that things get worse -- and what happens if we go to flat
license? And we're saying, if we go to flat license, then we go to flat profits. And, you know, that's
what would happen.

But we don't know -- I mean, we don't know whether the -- I mean, I don't know, does anyone
know what the economy's going to do in Europe or what the economy's going to do in North
America or Asia? We will be reflective of the economy. If the economy gets worse in Q4, which
we're -- which we're -- and we're making that assumption when we give you these -- this
guidance. We're making that assumption that it's possible to push us down to (flat) roads. But we

don't know. The economy might get better and then our growth will not get worse, but our growth will get better.

Drew Brosseau: But you're not getting any indication, at the moment, that Europe is deteriorating.

Larry Ellison: No, all we -- you know, we see -- the only hard data we have, which was somewhat misleading last quarter, was the pipelines look very strong. Now, having said that, the closure rate, at the end of the quarter, dropped off precipitously. So, we are just saying, you know, we don't know what's going to happen. But, in terms of the management team making decisions and running the business and controlling costs, is we're going to be very cautious. And we're going to assume, for our own management models, that economy continues to deteriorate where our license sales do not go up.

What do we have to do? What do we have to insure that we can deliver flat profits in the case of no increase sales and we're taking those actions? If the economy's better than that, we'll do better than that. And we hope it will be.

Drew Brosseau: OK. Besides the change in the assumed closure rate, are you doing -- making any process changes to the pipeline management effort?

Larry Ellison: Well, no. The pipeline management -- it's really, it's just a closure rate. I mean, you know, the pipeline that's been -- have been very, very accurate. What changed suddenly was executives vetoing decisions made by the people in the organization. That has nothing to do with our pipeline management. That has to do with the change in the variable in the model -- is what's the conversion rate of pipeline.

How -- you know, if pipeline is X, how much of it -- will we convert 60 percent of the pipeline, 30 percent of the pipeline, 40 percent of the pipeline -- we had to change that variable in light of the

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 38

slower economy.  So, it's just changing one number -- but the actual pipeline management was

very accurate, albeit misleading, because of the changing, you know, the changing economy.

Drew Brosseau:  OK.  Thanks.

Stephanie Aas:  One more question, please.

Operator:  The last question we'll take is from Doug Crook, Prudential Securities.

Doug Crook:  Hi.  Thank you, very much.  Of the deal that did close, is there a threat of consistency

through them?  And if you were to handicap what was common about the deals that did close,

what would that be?

Larry Ellison:  That's a good question.  I'm not -- I'm not sure.  Again, the impression I got -- again, this is

Larry -- and I was involved in an awful lot of these deals and looking at them both during, you

know, the closed cycle and after the fact, as a post mortem.  And it seemed to be very broad

based.  It seemed to be extremely broad based and caused by just a general lack of confidence in

the economy, where executives wanted to be, you know, to be very conservative in their

expenditures.

Doug Crook:  But ...

Larry Ellison:  I can't generalize any more than that.

Doug Crook:  Excluding the whole best of breed issue, is there any correlation between a customer buying

a portion of the suite as opposed to the entire suite.

NDCA-ORCL 050656

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 39

Larry Ellison: No, again, no one can implement the entire -- well, OK, a very large company -- small companies can't implement the entire suite all at once as a bit bang. But large companies always buy -- they might commit to the entire suite and then they'll put in CRM first or ((inaudible)) automation first or they'll put in Internet Procurement first. They always have -- they phased implementation and, usually a phase payment schedule. They buy the -- you know, you buy the portion the portion that they need and then implement the portion that they need is the rule.

So, we have attractive let's get started pricing and timing for the e-business suite. Again, the most -- maybe the most attractive is a 30-day implementation where we can put your entire procurement cycle through a payment cycle onto the Internet and get you running in 30 days, conducting auctions, doing electronic -- doing electronic ordering, electronic payments.

Doug Crook: All right. So there would be -- you don't think there would be any benefit to changing the way you sell this as opposed from a comprehensive suite solution to a component sale and component marking message.

Larry Ellison: I think I just said that we are selling a project called Procure to Pay, which is part of the suite, in 30 days. We're selling a part of the suite called CRM Sales Automation -- Global Sales Automation -- or Global CRM in 90 days. We always sell portions of the suite, as well as the whole suite. We've never said you have to take the whole thing at once. We've never really -- we've never sold it that way.

Doug Crook: OK. So, it sounds like you're able and doing both.

Larry Ellison: Right. Absolutely.

Doug Crook: All right. Great. Thank you, very much.

ORACLE CORPORATION
Moderator: Stephanie Aas
03-15-01/4:30 p.m. CT
Confirmation # 661069
Page 40

Stephanie Aas: All right. I'm just going to have some closing comments.

Jeffrey Henley: Yeah. I think I'll go back to Rick's comment. Maybe I wasn't quite specific on the forecast. So let me just give you a little more color on the assumption. I think I said, for the Q4 assumed flat growth -- we've -- Larry and I have gone over that all -- different ways. But, I assumed that the database number would be zero and I assumed that the applications would have no feel for it -- 15 to 30 percent kind of range. Again, I'm -- I think that there is more vulnerability in database because I think people can put that off a little more that they can. And in services, I had assumed 10 percent. So that's kind of how I got to some of these numbers to get to the flat earnings growth.

Stephanie Aas: OK. Thank you, everyone, for participating in today's fiscal third quarter conference call.

An audio replay will be available for 24 hours. The number is 719-457-0820. The pass code is 661069. There will be a replay available through March 22 on the Investor Relations Web site at oracle.com/investor. And I want to give you an update on the spring analyst day -- we've actually moved the date to May 8. The location will remain here at headquarters in Redwood Shores, California. Thank you, very much.

Operator: Again, that concludes today's conference call. Thank you for joining us. Thank you for using Premiere Conferencing.

END

NDCA-ORCL 050658

# EXHIBIT 353

ORACLE

News Release

Contact:       Stephanie Aas
               Investor Relations
               Oracle Corporation
               (650) 506-4073

### ORACLE NET INCOME UP 16%, EARNINGS PER SHARE $0.10
### APPLICATIONS SALES UP 25%, DATABASE SALES UP 6%

*3,000 Customers Implementing 11i E-business Suite*

Redwood Shores, Calif., March 15, 2001   [http://www.oracle.com/tellmemore/7624479] Today, Oracle Corporation announced that third quarter income increased 16% to $583 million or $0.10 per share, while revenue grew to $2.7 billion.  This compares to $2.4 billion in revenue, $503 million in net income, and $0.08 per share in Q3 last year, excluding extraordinary investment gains.  Application software sales increased 25% to $248 million while database software sales grew 6% to $825 million.  Service revenue increased 12% to $1.5 billion for the quarter.

Oracle has over 3,000 customers in the process of implementing the 11i E-business suite. More than 210 of those customers have already gone live on 11i applications including JDS Uniphase, TeliaNet, Compaq, Fosters Brewing Company, and Westpac.  This past quarter, hundreds of additional companies have committed to the E-business Suite including Healthsouth, Cisco, Qwest, Americredit, Ciena, and McGraw Hill.

"Rapid application implementation is the key to customers getting a quick return on their software investment," said Oracle CEO Larry Ellison.  "Oracle applications are ideally suited for rapid implementations because our E-business suite is complete and integrated — no application customizations are required.  Customers can begin selling more with our Global CRM in 90 days, and spending less with our Internet Procurement in 30 days.  No other applications can implemented so quickly and inexpensively.  Rapid application implantation is important in this economic climate because companies focus on projects with a rapid ROI."

"The U.S. economic downturn over the past several months clearly affected our revenue and profit growth  more than we anticipated, and continues to limit our visibility going forward," said Oracle CFO Jeffrey O. Henley.  "However, we are proud of our ability to achieve 33%

-more -

CA-ORCL 036052
ORACLE CONFIDENTIAL

operating margins in the quarter, resulting in a 2 percentage point improvement compared to last year.  Our ongoing efforts to improve our cost structure over the past two years has positioned us well to weather the current economic storm  Looking ahead, we plan to tightly adhere to the e-business cost reduction plan already in place, which hopefully will allow us to maintain our improvements in productivity and efficiency despite a difficult environment."

Oracle Corporation is the world's second largest software company.  With annual sales of more than $10.7 billion, Oracle provides the software that powers the Internet.  For more information about Oracle, please call Investor Relations at (650) 506-4073 or visit Oracle on the web at www.oracle.com.

"Safe Harbor" Statement Under the Private Securities Litigation Reform Act of 1995: Information in this release relating to Oracle's future prospects which are "forward-looking statements" are subject to certain risks and uncertainties that could cause actual results to differ materially, including, but not necessarily limited to, the following: (1) A weakening of economic factors, particularly in the United States economy, may affect the overall demand for computer software and services which could result in decreased revenues or lower revenue growth rates. (2) Delays in closing of sales or product delivery can cause quarterly revenues and income to fall significantly short of anticipated levels  (3) Oracle is introducing new products, such as internet procurement and supply chain management software, customer relationship management applications and application hosting services, as well as assisting its customers in forming exchanges for a number of business procurement needs; the market acceptance and contribution to Oracle's revenues of these products and exchanges cannot be assured.  (4) Management's ability to manage growth, continuously hire and retain significant numbers of qualified employees, forecast revenues and control expenses, especially on a quarterly basis, continues to be a challenge.  An unexpected decline in the growth rate of revenues without a corresponding and timely slowdown in expense growth could have a material adverse effect on results of operations. (5) Oracle has made changes to its pricing model which could lead to a decline or delay in sales as its sales force and customers adjust to the new pricing policies and practices. Intense competition in the various markets in which Oracle competes may also put pressure on Oracle to reduce prices on certain products. (6) The market for Oracle's products is intensely competitive and is characterized by rapid technological advances and frequent new product introductions. There can be no assurances that Oracle will continue to introduce new products and new versions of existing products that keep pace with technological developments, satisfy increasingly sophisticated customer requirements and achieve market acceptance. Oracle undertakes no obligation to update information contained in this release. For further information regarding risks and uncertainties associated with Oracle's business, please refer to the "Risk Factors" section of Oracle Corporation's SEC filings, including, but not limited to, its annual report on Form 10-K and quarterly reports on Form 10-Q, copies of which may be obtained by contacting Oracle Corporation's Investor Relations Department at (650) 506-4073 or Oracle's Investor Relations website at http://www.oracle.com/

# # #

CA-ORCL 036053
ORACLE CONFIDENTIAL

# EXHIBIT 354

Re: Trading Clearance

**From:** Dan Cooperman <daniel.cooperman@oracle.com>                1/26/2001 12:37 PM
**Subject:** Re: Trading Clearance
   **To:** psimon@howson-simon.com
   **CC:** "Ng, Matthew" <matthew.ng@oracle.com>,
       "Wallace, Barbara" <barbara.wallace@oracle.com>,
       "Henley, Jeff" <jeff.henley@oracle.com>

Philip,

At your request, the trading clearance below is extended an additional seven
days, now expiring at the close of the market on Friday, February 2, 2001.

Dan


Dan Cooperman wrote:

> Philip,
>
> I understand that Larry Ellison is contemplating a same day exercise and
> sale of options.  This note constitutes clearance in accordance with
> Oracle's trading policy for executive officers and directors for Mr.
> Ellison's proposed transaction in Oracle stock, effective as of this
> date.  This clearance is based on my understanding that there is at this
> time no material inside information which would, if known by him, make
> his trade improper.
>
> Please note the following conditions to this clearance:
>
>   1. This clearance is effective only for the transaction for which you
> requested clearance.  If Mr. Ellison wishes to make any other
> transaction, he should request another clearance for that trade.  This
> clearance will expire at the close of the market seven calendar days
> from the date of this note.  If Mr. Ellison has not completed his
> transaction by that time, you should request and receive an additional
> clearance or extension prior to continuing.
>
>   2. If Mr. Ellison should gain access to material, undisclosed
> information prior to effecting his transaction, he should not trade.
>
>   3. Mr. Ellison should verify that he has had no opposing transactions
> in the last six months.
>
> Check with me or Barbara Wallace if you or Mr. Ellison are unsure on any
> of these points.
>
> Print and save a copy of this clearance for your records.
>
> Dan

---

Dan Cooperman <daniel.cooperman@oracle.com>
Senior Vice President, General Counsel & Secretary
Oracle Corporation

Δ π EXHIBIT 32
Deponent_____
Date_____ Rptr._____
WWW.DEPOBOOK.COM

ORACLE
CONFIDENTIAL

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 357858

# EXHIBIT 355

Trading Clearance

From: Dan Cooperman <daniel.cooperman@oracle.com>                    1/19/2001 4:30 PM
Subject: Trading Clearance
   To: psimon@howson-simon.com
   CC: "Ng, Matthew" <matthew.ng@oracle.com>,
       "Wallace, Barbara" <barbara.wallace@oracle.com>,
       "Henley, Jeff" <jeff.henley@oracle.com>

Philip,

I understand that Larry Ellison is contemplating a same day exercise and
sale of options.  This note constitutes clearance in accordance with
Oracle's trading policy for executive officers and directors for Mr.
Ellison's proposed transaction in Oracle stock, effective as of this
date.  This clearance is based on my understanding that there is at this
time no material inside information which would, if known by him, make
his trade improper.

Please note the following conditions to this clearance:

   1. This clearance is effective only for the transaction for which you
requested clearance.  If Mr. Ellison wishes to make any other
transaction, he should request another clearance for that trade.  This
clearance will expire at the close of the market seven calendar days
from the date of this note.  If Mr. Ellison has not completed his
transaction by that time, you should request and receive an additional
clearance or extension prior to continuing.

   2. If Mr. Ellison should gain access to material, undisclosed
information prior to effecting his transaction, he should not trade.

   3. Mr. Ellison should verify that he has had no opposing transactions
in the last six months.

Check with me or Barbara Wallace if you or Mr. Ellison are unsure on any
of these points.

Print and save a copy of this clearance for your records.

Dan

Dan Cooperman <daniel.cooperman@oracle.com>
Senior Vice President, General Counsel & Secretary
Oracle Corporation

NDCA-ORCL 03428
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0033297