# EXHIBIT 356



# "Absolutely Excessive!"

IT'S not clear how Larry Ellison, His strategy for ... recognition ... in the world, seemed flawed ... when he ... thought he too big. His America's Cup ... It all ... sailed into his new boat—photographed ... ... that ... fit ... his billion bricks on a fresh tank. ... is ... from the dazzling, telecommunications, and retail ... SECONDS reveals what it takes to make an ... image shiny again

EXHIBIT 7
105
Ellison 33007
FRICHE 800-531-6989



"It's really only the size of a very large house."



Just eight guest suites on *Rising Sun.* Ellison is picky about his friendships.



Ellison can be
as impatient as
he is aggressive.

> Ellison would be the first
> to admit no one actually deserves
> to be as wealthy as he is.



Ellison concedes the humility of the buildings is an illusion.



In the software business, the winners leave, only scraps for everyone else.

# EXHIBIT 357

Jeff Henley Roundtable                                          1

Key:

　　__: Unidentified Person

　　Questionable words or phrases in [brackets].

__: You had a [inaudible] question about support.  Well,
you could ask.  You can ask.

Jeff: You can ask, I won't answer but.

__: Just so you're aware that it's the [inaudible]

__: Maybe you could start off by talking about your stock
price.  Why it's where it's at and [inaudible]

Jeff:  Sure, I think, again you can obviously talk to the
[First Boston] people whatever but I think in general the
biggest thing that's affected Cisco and Sun and Oracle and
Veritas and everybody is that there has been a significant
multiple contraction that is sort of averse to every huge
expansion that appeared in calendar 1999  So there was an
open debate at the end of '99, is this crazy, is the market
nuts, are these valuations sustainable, etc., etc.  At least
for now it appears that the people that questioned it were
right.

　　I think the biggest thing is we're just not selling at
the same PE we were a year ago and we're not alone.  I don't
think it has, I think it has little to do with fundamentals
and then we've basically done everything we've said we're
going to do over the last year or two.  We tremendously
expanded our margins quicker than we even though we could do

                                        **ORACLE**
                                     **CONFIDENTIAL**

                                     **CA-ORCL 013554**



Jeff Henley Roundtable                                                  2

certainly the market though we could do.  We've had
continual improvement in our applications business which is
what we said we'd do.  We think, we're very excited.

I don't think it's really about fundamentals and I
don't think it's about the economy.  There's people out
there saying the economy's slowing down, and we've seen no
change in demand for our business nor has our competitors.
The Siebel guy too.  If your' in the e-business space, in
the right space out there, I think everyone's buying like
crazy.

If the economy slows down a little bit, it may cut
spending a little bit but I don't think it's going to be cut
in our space.  It'll be cut in some of the not so important
spaces and I think the problems in semis and PCs are totally
unrelated to enterprise software.  So I think there's a
little bit of that where people are just bashing everybody
at once but more than anything it's an evaluation feeding
frenzy than anything.

I think our company maybe our multiple's been hammered
a little bit because of concern over applications.  I hear
that just constant refrain, gee, you only did only 42
percent growth in Q1 that sort of thing, so maybe when we
start bouncing back and showing really strong numbers the
rest of this year maybe that'll help our multiple.  I
personally would love to see that happen.  I'm not sure it's

ORACLE
CONFIDENTIAL

CA-ORCL 013555

Jeff Henley Roundtable                                                    3

going to happen.  We might get a little bit of a multiple
expansion that people are more comfortable about our 11I E-
Business Suite and believe it's going to win but I think
most of it's just valuation.

        And then of course just like it set upon itself going
up last year it kind of feeds on itself going down, so
you've just got mass hysteria and paranoia going on out
there, and every rumor that goes out just feeds on itself
and Jeff Henley's retiring and Larry Ellison died.  These
are the rumors.

        The latest rumor I've been here this week telling
everybody we're not going to make our numbers, there's short
sellers there's [inaudible] creating all this hype and bull
shit, driving stocks down every day, these are all symptoms
of just a massive tech correction that we're undergoing.  At
some point we'll find the bottom and then at some point some
people will start, they're already rushing to quality, but
this is the time when they'll keep rushing to quality.  So I
think you'll see the good high tech companies emerge out of
this much stronger and the ones that will rebound and double
or triple over this next year once we find the bottom.  I
think we'll be one of them.

        ___:  As to select of quality, do you see any of your
customers, I mean most of your customers are these [strip]
companies, have you been serving any kind of, or independent

ORACLE
CONFIDENTIAL

CA-ORCL 013556

Jeff Henley Roundtable                                                    4

entrepreneurial companies that are now having a hard time
and may not be even around or have the income to
Jeff: We did, last fiscal year, I think we did something
less than 10 percent of our business with the dot.com, ASPs,
all these new emerging firms, so while that's not 50 percent
it's still some good business and good money. We're
definitely going to see smaller amounts of money from those
guys in general.

A lot of it was with the big well-entrenched guys, the
Exodus, the eBays, and so I guess you read the market,
there's this concern there's this huge, everybody's going to
go broke and we're going to have to write off, that's not
the case. We did not recognize revenue on flakes and all
that sort of thing.

And so while that part of the business won't be quite
as strong this year, it's been offset with bricks and mortar
companies that are buying e-business software a lot faster
than they were last year. So I think in the aggregate you
have some areas that do better than others, that's clearly a
little bit lesser but I don't think it's going to materially
impact our results or change our thinking on how we're going
to do this year or anything like that.

We thought about that last Spring when we first started
seeing this. We've communicated it to the market so I don't
see this as a big issue.

ORACLE
CONFIDENTIAL

CA-ORCL 013557

Jeff Henley Roundtable                                        5

__: Could you specify how much the Internet business or the dot.com business was last year?

Jeff: It was a little less, I don't know something less than 10 percent. It's hard to, in the broadest definition that you can define on what it is. Talk about any part of that segment you could figure out it could possibly be, it was still less than 10 percent. So it wasn't like 30, 40 percent of our business because there were these rumors running around months ago about, oh, boy, oh these companies are going to blow up now because they've been selling all their business to these dot.coms.

Well, there's no question we made some good money and so forth but we advertised heavily because we were trying to promote the notion of, hey, there's a new way of doing business on the Internet and so now the next thing is, well, the dot.coms are dying, is the whole e-business thing crazy. Absolutely not. It's just that some of these crazy dot.coms had these ridiculous business models that made no economic sense. We commented on that repeatedly for the last year. And we thought this was nuts. We thought this was insane that people could just go out and keep losing money.

So but what's happening in is that the mainline people have all come around to starting to try e-business themselves, so e-business is alive and well, it's just some of the craziness that was going on with some of these

**ORACLE
CONFIDENTIAL**          CA-ORCL 013558

Jeff Henley Roundtable                                        6

startup companies is being washed away.  Because at the end
of the day you have to have a solid business, you have to
make money and if you can't, you die.  So it's the most
[suspended trade] I've ever seen in my business career, what
happened in the '98/'99 time frame.

       So while I'm kind of depressed in the short-term to see
the tech stocks get bashed, us included, it's a healthy
cleansing process that we're going through.

__:  Just to come back on that.  Do you think that that
period, we got so used to it we just called it growth, but
was that a hyper growth that we'll never really get back to
in the technology sector across the board.  When you look
and forecast out.

Jeff:  Are you talking about demand or stock prices, or
what?

__:  No, not the multiples, the fundamentals in terms of the
growth of top and bottom line of these [talk over]

Jeff:  Well, gosh, the '90s, the mid-'90s were stronger even
than I think than more recently.  So there was a period
called the Y2K hype and all that, and then you actually saw
a slow down in '99, not in the dot.com space for a while
then that, so no I think actually if anything you're going
to see a resurgence of spending.

       I just looked at the [SoundView] forecast, all there
studies, all the surveys they just finished and are about

**ORACLE
CONFIDENTIAL**

**CA-ORCL 013559**

Jeff Henley Roundtable                                             7

publish say that tech spending will be up in 2001, so the
implication is the best years are over, and I don't think
so.

___: It just seems very gloomy around here lately, that's
why.

Jeff: Because of all the valuations.  There are fundamental
problems in some industries.  Semis, PCs, so but in our
industry there's no fundamental problem, demand's the same.
How else can you account for the fact that our stocks have
been whacked so bad, it's just is a big valuation
contraction and obviously people don't like that.  It's a
lot more fun to come to these conferences when everybody's
way up in the air and their clients aren't kicking them in
the butts and all that sort of thing.

     So these are not fun times, but don't confuse that with
what's really going on in the business.  It's hard, it's
hard.  Everybody gets a bit confused in times like this.

     I thought that the recent Fortune, I don't know if
anybody here's from Fortune, but the recent Fortune article,
they did a whole thing on is the tech sector, I'm not trying
to tout Fortune but, there were some wonderful articles that
I gave to my kids.  They're in their 20's, I kept telling
them all the time I was saying, look, I lived through a lot
of cycles.  I was in '73 to '83, for ten years stocks went
sideways, they never moved for ten years.  You guys have

                                    **ORACLE**
                                  **CONFIDENTIAL**

                                 **CA-ORCL 013560**

NDCA-ORCL 017075

Jeff Henley Roundtable                                    8

never, you don't understand what a tough market is.  Tough
markets are not two months of correction, they're two years
or three years.

So but leaving that tech thing and [Andy Grove] course
very, very bright guy, read what he said.  He said, nothing
fundamentally has really changed here.  Fundamentals aren't
much different now than they were a year ago, and I told in
our case, even Andy's, Andy's business which has been
affected by some of the structural things in PCs.  But it's
really this valuation thing, the PEs went nuts, and now
they're coming back to reality.  I think that's really
what's going on.

I think the fundamentals fortunately are still very
strong.  People are still buying lots of tech.  You need to
be in the right segment to tech.  We think we're in some
really attractive parts of tech so, and then you've got to
win, you've got to build relative market share.  If you can
do that, continue to do that, and we think we're going to do
that, good things happen to your stock.

The great thing about Oracle is it's a great buy now.
I've got to be positive.  What can you do?  I mean let's go
forward.  As long as we keep blowing and going here, this
stock will come right back in the course of a year or two
and it'll be a great investment for people.

**ORACLE
CONFIDENTIAL**

**CA-ORCL 013561**

Jeff Henley Roundtable                                    9

I can't say that about all tech stocks.  I think a lot of other tech stocks won't necessarily double or triple in the next year.

___: Okay, but it's trading at 21 or something, right?

___: 22.

___: What's your P&E?

Jeff: I don't know off the top, it's very close now to where it was in most of the '90s.  So look at this is that for the '99, by 18 months there, these PEs for all of us went to very, very high ratios way beyond history.  The Internet's, and so there was a bit of insanity.  So the reason I'm optimistic about our stock coming back is we're back to kind of normal PE ratios.  We've got the best product line we've ever had.  I think we're going to win big, our margins are expanding so, I'm not assuming we're getting a lot of PE expansion over this next couple of years, I'm just saying we're going to deliver a lot of earnings.  And so the "E" is what we focus on, and if the PE doesn't change, you make a lot more E then the price of your stock goes up.

___: So you think that that could double or triple from here?

Jeff: I think again, you're better, I'm not a prognosticator of the stock market.  I never try to hype our stock, I never try to tell people what to do about our

ORACLE
CONFIDENTIAL

CA-ORCL 013562

stock.  I'm just saying that assuming that we execute and
deliver what Larry's saying and continue to expand our
margins, grow our top line faster and faster and the
earnings growth goes up and we certainly think there's a
good chance of that happening, that I would think that,
given that the PEs have come back to normal that that would
bode well for our stock.

        I will fall short of making a hard prediction, but I
mean, and I think investors are all going to finally feel
like they found the bottom and then they're going to say,
okay, now what stocks are safe, what stocks have a good
chance to grow their earnings pretty rapidly and people are
going to be a little more careful about where they put their
money in stocks and I think that all bodes well for Oracle.
I think we're a pretty safe choice.  Big, safe company and
yet we've got great earnings growth, a big franchise, got an
opportunity like we've never had before in applications so I
think all those are good things.  But I can't predict what
PEs will be in a year or two.  Maybe they'll fall in half
again.  I doubt it, but who knows?

__:  I was just listening to Larry Ellison's presentation in
[inaudible] this morning and when I listened to Larry
Ellison I thought that he has the car in the garage and
ready to run and hit the highway.  And your presentation is
more like, well, we kind of have it in the garage but

ORACLE
CONFIDENTIAL          CA-ORCL 013563

there's still some loose ties and we still need to tinker
with it.

Jeff:  Larry is the mass marketer and the optimist.  I'm the
pessimist and I always look at the back rear view mirror and
everything that could possibly go wrong.  So that's what
you're hearing.

___:  [talk over] customer attitude.  I mean is this what I
would hear from the customers as well?

Jeff:  Sure, I think if you went out and talked to early 11I
customers, they would tell you that the products are still
buggy, they've still got problems, but most people who
implemented early, go talk to JD [Interface] [inaudible] I
met them recently, they were very early adopter and I said
how's it going.  This was a dinner a month ago or something,
and he said, ah, it's okay.  And I said, well, I guess we've
got quite a few bugs.  He said, oh yeah, but we can live
with it.  We knew what we were getting into.  We know it'll
probably be stable in a few months, we're fine.

So I think that this is a normal process unfortunately
when you build something this complicated.  You just can't
shake all the bugs out and so you go through traditionally,
we did this with Oracle Seven in our database years ago as
the big, same thing.  Took a couple of quarters till you
kind of stabilize it, yeah, to her point, we just shipped
what we call the Dot2 or the second major rev now of 11I

**ORACLE
CONFIDENTIAL**          CA-ORCL 013564

NDCA-ORCL 017079

which kind of consolidates all the bug fixes, so we're just about there.

And if you sat down and really asked Larry, Larry would tell you the same thing. He glosses over stuff, but the major thing is that this is normal, this is not abnormal, we're not having abnormal problems. We always have problems with big complex releases and it takes about six months to get through it. So I think we're just about there.

I don't think there's any customer now that's got all the patches and everything else but they're making progress, getting better, getting better. We've been testing internally. We're going live on it in December so. Because we test it all the time ourselves, all of our demo environments [inaudible] so I talk to our sales force all the time and they've told me recently in the last two weeks, they keep talking, yeah, it's finally getting stable, finally getting better. So I think we're just about there.

___: What happens if [talk over]

Jeff: In fairness to Larry I think he's trying to deliver a very big message, very, very broad strategic message and not get into the nits and gnats of where we are in bug counts and stuff like that. It's also a little bit of the difference in the tone of what you hear from Larry versus me.

**ORACLE  
CONFIDENTIAL**

CA-ORCL 013565

__: I guess the question is the (inaudible) Larry
articulated this afternoon. What happens if that, you're
talking about the safe company, is there a safety net if
the, he's kind of betting the house that this suite strategy
is it. (talk over)

Jeff: I really don't think so. I think if it doesn't work,
we won't do as well because we won't (well up) the whole
industry, like Larry says, we won't win every deal. But
we'll still compete at a point level like we always have.
We've always competed for financials and HRs. So I mean if
you've got good products and you compete well we can still
do our fair share of business.

   But you're right, if the suite message doesn't get more
and more and more traction, then maybe we can't have this
enormous success that we think that we can have, but I think
we can still do well. And it's too early to tell. I think
it will take a few more quarters to start to get a sense of
who's right. This thing takes time. So we shall see. But
I've believed it for some time. I think we're (spot on), I
think we're spot on.

   We talk to enough customers, and what Larry said out
there is true. We really understand technology. We build
databases, and we build application servers, nobody else
does that and builds complex aps.

ORACLE
CONFIDENTIAL

CA-ORCL 013566

So as much as Larry is again, this flamboyant image and
showman and all this stuff, he wrote the first database,
he's actually quite technical and he actually, we are an
engineering company.  And we all hype and do all this stuff
but the fact of the matter is this has been a mass
directive, he's personally driven.  And nobody can replicate
what we've done.  We've spent years doing this, other people
aren't even close to trying to do this stuff.

If we're half right about it, we've got some
significant [differentiation] that's going to be very, very
long-lasting.  And it won't take you long, by the way, I
think two more quarters and then I think you'll turn around
and say, hey, maybe Larry's right.

__: One of the big questions is the leadership.  People
were both, half the people were ecstatic when Larry came
back, at least was perceived as coming back into the
company, and the other half were saying, oh my God, I've got
to get out of this company because there is no magic
company.  So what part of it is true, what part of it isn't
true, and how does the leadership?

Jeff:  You know, let's give Larry some credit for growing.
Larry started the company in 1977 and he presided over the
company blowing up in 1990.  That was ten years ago, so, he
wasn't a kid by then but still he learned a lot through
that.  Larry Ellison has shown me that he has the ability to

ORACLE
CONFIDENTIAL

CA-ORCL 013567

NDCA-ORCL 017082

Jeff Henley Roundtable                                          15

continue to learn.  He's learned a lot about the integration issues, he's constantly growing and learning.  So I don't think Larry is making some of the same mistakes he used to make ten years ago when I first came into the company.

So Larry's I think capable of learning from some of his mistakes.  So that's the first thing.  This is not Larry making some of the same mistakes at least that he made way back when, and I think the thing that people don't understand is Larry's not going to just [sit there handling] running the company forever, but I think he felt like he had to for this last couple of years and the next couple of years for speed, for urgency, to make sure we had just this massive overarching thing done and if he personally baby-sits all of it, there's a better chance it's going to happen quickly.

But we have lots of people as Larry points out running parts of our business.  It's not a total one man effort.  It can't obviously do all this, so he's master-minding the strategy, certainly personally staying involved in a lot of the selling and marketing.  He's got lots of able people many of whom, like myself, have been here ten years or longer.

And again, like you said, think of all these names of these guys that are running all these companies.  Greg Conway and Greg [Beatty] and Tom Siebel and Gary Kennedy,

ORACLE
CONFIDENTIAL

CA-ORCL 013568

NDCA-ORCL 017083

Jeff Henley Roundtable                                          16

you go down this long list of names, so maybe that was
different, maybe we don't know how to grow good people
anymore. Maybe we're just bankrupt with that, we just have
a bunch of kids and 40,000 people are all idiots and Larry's
the only capable guy in the company. And Gary Bloom's the
last guy out the door and there's just nobody left.
Everybody's just fools and it's just Larry running this
whole place, maybe I'm not because there [inaudible] and it
shows Larry and me [inaudible]. That is preposterous.
We've got a thousand Gary Blooms coming up the ranks here
just like Gary's here 14 years.

          So I mean I think there is this perception that somehow
the whole company's just gone nuts and Larry's doing
everything and there's no management. My Lord. Why is
that? It's because the tech sector's tanked and everybody's
scared as hell and so there racing for everything that'll
make them nervous. And Larry's a bit flamboyant I must
admit, he's his own worst enemy sometimes and so he can do a
better job with that, but he's not going to, that's Larry.
Likes the notoriety, likes to be controversial, there's a
positive and there's a negative to it.

          But, I'm sorry, it's a little offensive to think that
we don't have a lot of able management in the company, and
as Larry wants to disengage a bit, he will have to deal with
some of these succession issues and I think he's fully

                                          **ORACLE**
                                       **CONFIDENTIAL**

                                       **CA-ORCL 013569**

NDCA-ORCL 017084

Jeff Henley Roundtable                                    17

prepared to do that.  And if we can't grow enough people
we'll go out and find them and bring some in, but I think
we'd like to grow within as much as possible, just like we
grew the Tom [Setons] and all these other guys, we've got a
lot more of those folks around, you just don't hear about
them, but they're there.  Very smart, very capable, very
aggressive people.

__:  With this decision to not name a COO, does that sort of
make you the number two person by default.

Jeff:  I really don't worry about number twos or threes or
any

__:  Will you take on any additional responsibilities do you
think?

Jeff:  Not really.  When Ray left, we all picked up a little
more of the customer stuff.  So I'm doing a little bit more.
I always did a lot of customer stuff, I'm doing a little bit
more.  Larry's doing more.  George Roberts and Gary was
doing some, so we'll pass a little of that around so there a
number of us that are doing some of the customer stuff that
Ray did very, very well.  Ray did it as well as anybody
could do.

    But other than that I really at this point don't see
the need to have a COO.  Larry said never.  I would never
say never, but certainly for the next few years I don't
think we need to do it.

**ORACLE
CONFIDENTIAL**

**CA-ORCL 013570**

**NDCA-ORCL 017085**

Jeff Henley Roundtable                                          18

But if Larry wants to disengage at some point then
we'll see what happens, so, I never say never, but certainly
we have no immediate plans or thoughts right now at least of
naming the COO.

__: Why have you stuck around here?

Jeff: I've enjoyed myself by and large. I can't tell you
every day is a great delight to go to Oracle but nine days
out of ten it's fun to get up in the morning, and it's fun
to go to Oracle.

It's evolved, it's grown mightily in the ten years that
I've been here and right now we're on the verge of something
really big. I think Larry's as excited as I've ever seen.
I'm actually as excited as I've ever been at Oracle. It's a
whole new opportunity. Now whether we'll do it or not, I
have no idea, but it's the thrill of doing something really
big with 11i.

So I have strong financial incentives to want to stay,
and certainly the stock has imploded. I'd like to see it
regain, do a double or triple, and get some of my capital, I
want my money back, that sort of thing. I've got a lot of
vested options, so a lot of reasons, a lot of reasons that
I've stayed.

So but if at the end of the day you're tired, if you're
not having fun, if you're not excited, you ought to get out.
And I just don't feel that way at this point so I haven't

ORACLE
CONFIDENTIAL

CA-ORCL 013571

NDCA-ORCL 017086

Jeff Henley Roundtable                                              19

given it a lot of thought.  But someday I'll probably retire
but I honestly don't have any dates or thoughts about
[inaudible].  The moment you start thinking about it and
start putting dates down, I think it's time to roll it up
and get out.

___: Could the perception of the one man show actually hurt
the company?

Jeff:  Well, I think it's going to be there because people
want to make a big thing of it.  I think the best way to
dispel it is to have good results.  So I think we'll just
keep throwing up good numbers and particularly if the stock
market picks up that'll help too.

     So people need to write stories.  People need to get
nervous about something, so this story'll probably bounce
around and be up and down and that sort of thing.  But it's
amazing what happens when the stock market goes up and your
stocks going up and everything good then.  It'll probably
lessen, but I think people, in all fairness the journalists,
I mean I feel like there's this boilerplate when every
article I read comes out with this obligatory, Larry
Ellison, flamboyant, fancy-spending, women-chasing, yacht-
racing, driven out, waylaying Gary Bloom, all the executives
have gone.  It's kind of like it's got to be in the story
somewhere.  It's a boilerplate.  It's got to be there and

ORACLE
CONFIDENTIAL

CA-ORCL 013572

NDCA-ORCL 017087

Jeff Henley Roundtable                                           20

there's a statement this small to remind you of all this
other shit.

    I don't know if that's ever going to go away.  Larry's
somewhat responsible for creating some of that image and so
he can look in the mirror at some of this, I guess.  But the
other side is I think that people like to write about Larry.
They're going to play on some of this stuff as long as
Larry's around.  So we have to take the good with the bad.

    But I'm absolutely comfortable with Larry's approach to
the management team right now.  I don't think it makes any
sense to have a president.  Larry wants to make all these
calls.  I don't think that we need to replace Ray Lane.  I
don't think we need to replace Gary.  Do we need to grow and
mature the management teams?  Absolutely because Larry's not
going to be around forever, I'm not going to be around
forever, some of our senior guys, we're working on that.
And if we don't feel like we can do that and we talk about
this active [inaudible] on board, we'll bring in some
talent.  We've hired outsiders before, we can do that again.

    But I think we're in pretty good shape right now, so we
shall see.  I don't think we're crazy.  Sometimes I get the
feeling that everybody thinks we're just nuts, you know?
__:  Is the team now let's say more [inaudible] yet based on
his [inaudible]

ORACLE
CONFIDENTIAL

Jeff Henley Roundtable                                    21

Jeff:  I think we're pretty harmonious.  When Ray was here,
Ray got along with people.  Ray and Larry, I don't think
they'd even fight that often.  I have fights with Larry, we
all have.  I thought Ray did a great job and Ray was well
thought of, it's just Larry really wanted to take control
and do things a little bit differently and he felt like Ray,
and Ray was actually willing to do whatever Larry wanted.
It wasn't that he was arguing with it, Larry just felt like
if he took it, he could move it quicker.

___:  There was just one man too many.

Jeff:  Yeah.  And it was just inefficient to have to go
through Ray and get his interpretation of things and so
forth   So he had basically taken a real lot of Ray's
responsibility for a year, so when Ray left we had made this
transition the year before.  So it wasn't, again, that Ray
was a bad guy or whatever.  The times called for something
different and I think the results have spoken vividly as how
well it's worked.

     There was more concern when Larry first started doing
this.  Because people were nervous a bit.  If Larry gets
involved here, what's going to happen, that sort of thing.
So by the time Ray left, I think everybody felt comfortable.
A year had gone by, our margins has gone through the roof,
everybody was really pretty happy.  And of course 111 was
shipping.

                                              **ORACLE**
                                            **CONFIDENTIAL**

                                          **CA-ORCL 013574**

So there was more dissension and concern the year previous because Larry intercepted, Larry was changing things, he was pushing hard for people to do things differently. We had this whole e-business idea. Lot of people thought he was nuts. Lot of people have told me said, this is too much, we can't do this this fast. He basically proved everybody wrong.

So now I think people are very much, hey, E-Business Suite, grab the market [inaudible] that was not, people didn't believe that 18 months ago, they really didn't. Much more controversial back then.

Is everybody thrilled, is everybody happy? Not at all. But by and large I think people really believe internally in our business, they believe it of the E-Business Suite, they believe that we've got the best product around. I think morale's pretty good.

And of course there's less reason to leave because you can't go out and go to a dot.com and get rich now because that as the [inaudible] we were losing lots of people. Everybody wanted to be a millionaire, billionaire, go to some dot.com and get [inaudible] shares. So that hype is over. So I think our retention rates will actually go up again. And again, people left, they weren't unhappy at Oracle so much as, can't blame them, they wanted to get rich, so there's less of that opportunity now.

ORACLE
CONFIDENTIAL

CA-ORCL 013575

___: Are they coming back?

Jeff: If we ask them back. Yes. We're looking selectively
at rehiring some of them. Because we lost some good people,
we'd love to get some of them back. But you don't want to
set up, we hate to set this message that it's okay to leave
Oracle, we'll bring you back if it doesn't work. So we have
to be careful and be selective, but we will do some of it.
We lost some good people in that crazed period, we'd be glad
to get a few of them back.

___: And who are some of the rising stars at Oracle right
now?

Jeff: There's just tons of people. I don't want to
pinpoint one or two people, we've got lots of talented
engineering people, sales people, marketing people, so it's
the same as it was ten years ago when I joined. There's
lots of younger people that are moving up the ranks. Some
of them will get frustrated and try to be a bigger fish in a
smaller pond, that always happens. Some of them will hang
in there and we'll keep promoting and growing them.

Gary got very high and then finally said, you know,
gee, I got this CEO thing at Veritas, how can I refuse? I
would have done the same thing. Why gamble on trying to get
to Larry's job at some stage? Who knows when Larry's going
to leave? Take a bird in the hand. Veritas is a terrific
company. So you go through this and I think that's the

ORACLE
CONFIDENTIAL

CA-ORCL 013576

Jeff Henley Roundtable                                             24

thing will continue.  We will continue to have a lot of
attractive people, we'll try to retain as many of them as we
can, and we'll lose some of them.  That's the way it works.

The biggest thing we can do is have good products.  If
we have great products and a winning strategy and we're
successful to market, that's the best thing we can do
because that keeps the stock going up and let's you get into
big corrections like we're in now, and keeps people excited
and that's the best way to hang on to your people and create
excitement.  Very optimistic.  Very optimistic.  We've never
had a product lineup like we have now.

__: One question about this cost, I mean this immense
amount of money you've saved by implementing your own
software, this billion that you shaved the cost off.
Jeff:  Right.  And we're trying for another billion this
year.

__: There's one thing on those costs, you centralized a lot
of these different tasks.  Everything's pretty much
centralized now in one or two big data centers, right?
Jeff:  We're centralizing our data centers now they're
rolled into one, so we're going from three big regional and
some other tiny ones to one.  And we're getting everybody on
the same version of the all the Oracle aps.  They were
onsite versions and we're replacing all of our legacy CRM
with Oracle CRM.  So there's a whole bunch of things we're

ORACLE<br>
CONFIDENTIAL<br><br>
CA-ORCL 013577

doing.  As a matter of fact we're cutting our global IT
costs in half.

__:  Whatever happened to, so is what you're saying is there
are no differences [inaudible] global?

Jeff:  That's correct.  That's correct.

__:  Different customers around the globe all get the same
stuff from Oracle?

Jeff:  The way we'll practice business, the way we'll go to
market, the prices we'll charge, are exactly identical in 60
countries.  And the notion that we're different in France
and different in Germany is poppycock.  It's poppycock.

__:  Okay.

Jeff:  Now, it can be different if you want to be different
but there's no good business reason for us to be different
other than we have to have local language, and you have to
file tax returns differently in the different countries and
that sort of thing.  There are some real, real differences.

__:  There are no higher fees for some software?

Jeff:  No.  We have one price.

__:  The killer margins in the UK now is because you can't.
Because [inaudible] seem to go [inaudible]

Jeff:  We used to have significantly higher prices in Europe
when I started and we gradually brought them down and then
with the latest pricing that we put on the Web, all the
prices are the same worldwide.

**ORACLE
CONFIDENTIAL**

**CA-ORCL 013578**

__: Does that affect margins?

Jeff: We don't think that in the Internet world when you put everything on the Internet you can hide this thing.  You can't justify why your prices are different in the UK, there's not duties difference.  So, yeah, we bit the bullet. So it probably hurt us a little bit in margins but I think the benefit of simplicity and standardization and equity and that sort of thing outweighs it.  So I think it's going pretty well.

But the big thing is we're changing, as Larry said in his speech, we're changing, he says it differently.  I actually like the way I say it better.  He says we're moving these processes to the Internet.  What he means is we're moving to sell service by and large.  Your getting customers to come on and do their support calls on the Internet. They're coming in and looking at the price in the Web. We're creating quotes for them on the Web.  All that is a more efficient, quicker way for us to do a transaction.  We don't need to do it with people.

__: What you're doing is, you're shifting your costs towards the customer, right?

Jeff: No. No.  I love this.  I get them all the time. Understand how this works.  Think about the logic of this. This is totally voluntary.  So if you're a support customer, most customers have support, you traditionally call in your,

**ORACLE CONFIDENTIAL**          CA-ORCL 013579

Jeff Henley Roundtable                                        27

your IT people call in if they have a question, problem, whatever. It turns out that most of the problems are actually fairly simple questions. Sometimes it's a disaster. "My database just crashed, what do I do?" That sort of thing. But most of them are questions.

So those are the ones that are going to the Web. These people can log on, get a quick question real fast rather than wait hanging on the call center waiting for them to pick up the phone, or they can leave a little e-mail message and we'll send them an electronic response in a day or something like that. And it's totally voluntary.

So we're now at 30 percent of the calls being done that way, and by May we guess, based on trends, we'll be at 50, and so we've shifted the work onto self-service, we've shifted the work. Well, why would the customers do this if we're making them do all this work? Because it's less work than they used to do.

They used to have to sit in a line, wait for us for a few minutes, and then repeat all the information, then wait for us to tap in, so they're just simply doing work differently. The fact that they're actually logging onto the Web and doing some things, it's different I grant you, but it's not necessarily more work, and the response time is much faster, and they're getting the answers faster and that's why they're moving to the Web.

                                        **ORACLE
                                        CONFIDENTIAL**

                                   **CA-ORCL 013580**

Jeff Henley Roundtable                                                    28

We're doing remote downloads, Web casts, now with customers rather than always coming out and visiting them and doing a presentation. We'll still come and see them if they want us to but many times they know what, great just let me log on and I'll do it remotely.

People go onto our Web sites now and they can actually on the Internet get streaming video of my presentation that I do on saving a billion dollars or a bunch of different ones.

So the notion of self-service is not about imposing more work on the customer, it's about doing business differently on the Internet, and the customers actually like it or they wouldn't be doing it. Because we still give them a choice to do business the old way. And yet there is this relentless move to self-service for at least some of what they do with it. It's not going to be totally self-service by any means, but there's some body of work that we think logically moves to the Internet because it makes sense to customers. It's faster, it's quicker, they like it better, better information, and by the way, it's more productive for us and we get productivity saved.

So that's the only way this works. And it just doesn't work by us saving a bunch of money and imposing more work on our customers, that will never work, and that's not the

ORACLE
CONFIDENTIAL

CA-ORCL 013581

NDCA-ORCL 017096

Jeff Henley Roundtable                                       29

notion of working on the Web.  But it is a misconception.

It really is and I'm glad you asked the question.

__:   Thank you all.

Jeff:   Thank you.

[END OF TAPE RECORDING]

ORACLE
CONFIDENTIAL

CA-ORCL 013582

# EXHIBIT 358

5 of 8 DOCUMENTS

Copyright 2000 Time Inc.
Fortune

November 13, 2000

EXHIBIT  B

156

Ellison 3·30·07

PENGAD 800-531-6539

**SECTION:** FEATURES/COVER STORY; Pg. 98

**LENGTH:** 6260 words

**HEADLINE:** The Next Richest Man In the World;
Larry Ellison is a very lucky guy: He has more money than anyone--except Bill Gates. He's CEO of the most powerful software company in the world--besides Microsoft. What's so bad about that? For Ellison, everything.

**BYLINE:** Andy Serwer, Reporter Associates Julia Boorstin, Jessica Sung

**BODY:**

It is one of those golden, glowing autumn days when, despite all the traffic and hassle of the new Northern California, you understand why people still flock here and never leave. Some 20 miles south of San Francisco the hills are gilded by the setting sun. But down in the bayside flatlands of Redwood Shores, the source of the dappling light would seem to be the Emerald City, the glittering blue-green complex of office towers of the **Oracle** Corporation. Brilliant, dazzling Emerald City, the would-be center of the e-commerce universe.

Here, inside building 500 on the 11th floor, CEO Larry Ellison, sleek as ever in his $ 7,000 suit, glides into a spacious office. Paneled in warm, blond wood and with a panoramic view of the giant man-made lake on the company's campus, the office seems part inscrutable sanctuary, part New Age power statement. In other words, vintage Ellison. But it turns out that this isn't really Ellison's office. It's actually the former office of Ray Lane, **Oracle's** ex-president-- and erstwhile heir apparent of Ellison. Given the contentious nature of Lane's departure, it seems a truly bizarre venue for a chat about the company's future. But maybe Ellison is sending a message: My underlings are as replaceable as furniture. No employee departure can harm the prospects of this company.

If there is such a message, it's quickly lost in the "dialogue" that follows. For nearly an hour the 56-year-old Ellison careens from one unexpected topic to the next: from Mother Teresa to Bismarck to the Sacramento Kings' star forward Chris Webber to the late Supreme Court Justice Louis Brandeis to country singer Faith Hill to Al Gore's and George W.'s SAT scores to relational databases. And then, finally, toward the end of his fascinating harangue, Ellison alights upon his glorious epiphany.

This big revelation, this strategy-changing moment, came to him in the fall of 1997 when **Oracle** was doing $ 5.7 billion a year in sales--about half of what it does now. Yes, **Oracle** had been immensely successful. Yes, its database software business was flourishing, in spite of Microsoft's big push to sell a much cheaper database called SQL Server. And yes, traditional database rivals like Sybase and Informix were fading further and further from view. But Ellison knew that the database business was showing signs of maturing, and that his company would be hard-pressed to continue delivering 30% growth rates year after year after year--especially when faced with a slew of upstart competitors. **Oracle** had always thought its software would be the core of operations in corporate America, but now a host of new rivals--Siebel, PeopleSoft, and SAP among them--were offering programs that threatened to relegate the database to mere plumbing. Some observers viewed the threat as modest, believing that **Oracle** could simply coexist with these relative neophytes, whose applications were predicated on tapping into databases. But that wasn't Larry Ellison's take. That wasn't his take at all.

The question he faced was simple: Where would **Oracle** go from here? How could Ellison take his company to the next level--the leadership role he so deeply believed it deserved? And then it hit him, he says. **Oracle** would create a suite of Internet-based enterprise application software. These enterprise applications would work perfectly with **Oracle** databases. The resulting combination would be irresistible to corporate IT guys looking to make their lives simpler. It would be an unbeatable combination. And **Oracle** would wipe out its competitors, wipe 'em all right out, just as it had



The Next Richest Man In the World;Larry Ellison is a very lucky guy: He

marginalized Sybase and Informix. "I realized this was the right thing to do for two reasons," recalls Ellison. "Number one, we're the big guys. We have the size and the brainpower to do this. No other software company does. If we're going to do applications, let's do it. Let's really do it. Two, I of course saw how incredibly successful Microsoft's Office suite was. Here we had a chance to do the same thing."

Whoa! Hold on here. The same strategy as Microsoft? Isn't this the same Larry Ellison who hired private detectives to dive into Mister Softee's dumpsters to dig up dirt on the company? ("Unsavory, yucky--kind of. But legal," Ellison says.) Aren't **Oracle** and Microsoft the bitterest blood rivals in techland? The new economy's Celtics and Lakers, Corn Huskers and Sooners, Hatfields and McCoys?

Exactly. And though Ellison may be flattering Bill Gates by copying him, he's also hoping to thrash him. To that end, **Oracle's** famously flamboyant chief has committed himself to a radical, bet-the-company strategy to build a colossus of finely integrated business applications that will do for the Net what Microsoft's software did for the old world of personal computers.

Indeed, one might argue that databases are already the system software of the e-commerce Internet, just as Windows is the key software of the PC realm (though the market share of **Oracle's** database software, roughly 40%, is less than half of what Microsoft's flagship program controls in PCs). So a suite of **Oracle** Net software applications, says Ellison, is a natural extension. Making **Oracle** the one-stop shop for database and application software is the right thing to do for his corporate customers. "It's like if you want to buy a car," says the high-energy CEO in one of his familiar rants. "Would you get an engine from BMW, a chassis from Jaguar, windshield wipers from Ford? No, of course not. Right now with the software that's out there, you need a glue gun--or hire all these consultants to put it together. They call it best of breed. I call it a mess. We want to put an end to that. Sometimes choice is a bad thing. If you say that our strategy is like Microsoft's in that it's giving customers what they want in one seamless package, then yes, it's like Microsoft."

On March 12, 1986, **Oracle** Corp. went public at $ 15 a share. It closed the day at $ 20.75, giving it a market value of $ 270 million. Twenty-four hours later, on March 13, Microsoft went public at $ 21. It ended the session up $ 7, giving it a market cap of $ 700 million. From that day on--now almost 15 years ago--these two wildly successful companies have become inextricably linked. Linked, perhaps as opposites, in the way north and south poles are.

In the bizarro universe of high-tech titans, the matchup is between California playboy and disheveled Seattle nerd. It's gonad vs. brain. Satyr vs. geek. For the longest time, of course, the geek had the upper hand. Microsoft was substance. **Oracle** was...a sideshow. Microsoft (until recently) never hit so much as a speed bump. **Oracle** crashed--and almost burned--not that long ago.

But then a funny thing happened. On Feb. 23 of this year the value of $ 10,000 invested in **Oracle's** IPO surpassed the value of $ 10,000 invested in Microsoft's IPO. The lines on the graph had crossed. Since then, they have continued to diverge. This particular point could be as insignificant as any Wall Street chartist voodoo, of course. But to Ellison, at least, it portends something monumental. He believes that **Oracle** will soon supplant Microsoft as the world's dominant software company. And if that occurs he believes that another critical thing will happen too: Ellison, who owns 24.2% of **Oracle**--a mammoth position for a CEO of an S&P 500 company--will supplant Bill Gates as the richest man in the world.

To some who know him well, this goal may matter even more to Ellison than his company's becoming the dominant software player on the Net. But then, knowing the real Ellison isn't easy. When Apple founder and CEO Steve Jobs (whom Ellison repeatedly refers to as his best friend) is asked what he thinks is the driving motivation of his pal, he chuckles, thinks for a moment, and then whispers into the phone: "Rosebud."

Born to an unwed mother who gave him to some relatives to raise, Ellison has never known his biological father and met his biological mother only once. Ellison says his family, Jewish immigrants from Europe, took the name "Ellison" after Ellis Island. He grew up working class in an apartment building in Chicago. His adopted father, Louis, was an accountant who was forever telling Larry that he was a good-for-nothing. According to The Difference Between God and Larry Ellison, by Mike Wilson, Ellison was considered smart but bridled under authority and was not a particularly great student. He attended the University of Illinois and the University of Chicago, quit both, and headed west to work for technology companies.

In 1977 he and programmers Bob Miner and Ed Oates founded a software company. They named their first product **Oracle** and sold it to various early clients, including the CIA. Ellison wasn't the star programmer--Miner (an extremely likable guy who died of lung cancer in 1994) and Oates were--but he was the venture's driving force. And even then he

 

The Next Richest Man In the World;Larry Ellison is a very lucky guy: He

was a memorable character. One **Oracle** VP, who joined the company in 1981, remembers Ellison's picking him up at the airport back then. "He showed up in a Mazda RX-7, which didn't really have a back seat, but somehow there is this blonde back there. He drove to his home, and the gal got out and walked off. We went inside the house, and there was another woman inside." Also impressive was Ellison's technical expertise: "He knew chip speeds and drive specs," says the VP.

Identifying relational databases as a great business opportunity is one of several unquestionably brilliant moves Ellison has made over his career. Databases existed back then, but they were static and couldn't interact with each other. A maker of sweaters, for example, might be able to ask for the number of pink sweaters one customer had ordered but not how many pink sweaters all customers had bought. In the 1970s computer scientists at IBM wrote about a new kind of database that was flexible and could do ad hoc queries. It could sort through all the sweaters. IBM management failed to capitalize on the idea, however, and Ellison seized upon it. While it is common lore that IBM essentially handed over the PC system-software business to Microsoft, it is less known that Big Blue also took a pass on what would become **Oracle's** business.

And so **Oracle** began writing database software for Digital Equipment Corp.'s VAX minicomputers and mainframes. Customers such as government agencies and manufacturers used **Oracle** programs to manage their data, such as supplier lists and accounts. From the beginning, **Oracle** was a sales-driven, win-at-all-costs pirate ship of a company. Ellison drove everyone hard, going through wives and top executives like pairs of boots. He developed a reputation for falling out of love with **Oracle** execs just before their options vested or their bonuses were due. "For most people there really is only a certain number of years they can take," says one ex-executive. "It's not like he's necessarily a bad guy. He's just very, very intense."

Intense, complicated, and a bit off-putting. Ellison's like the kid that came up to you on the playground when you were in fourth grade and said, "Everything I say to you is a lie, including this." Friends and colleagues describe him as insecure, arrogant, brilliant, sleazy, funny, cool, and ruthless. A celebrity billionaire. A rogue. His own CFO calls him a dictator. He says he's engaged (it will be his fourth marriage) to Melanie Craft, an author of Danielle Steel-like fare such as Hard-Hearted Man. He's preparing to race for the America's Cup and loves to talk sailing with Walter Cronkite. A huge hoops fan, he says NBA commissioner David Stern has suggested that he buy an NBA team.

Indeed, gossiping about Larry is one of the most popular spectator sports in Silicon Valley. Here is some of the latest dish about him served up at Buck's, the Valley's famed eatery: Larry's maid stole his Rolex. (Not true.) Larry forged the smog sticker on his McLaren. (Ellison will neither confirm nor deny this one.) Larry stiffed his boatyard. Larry--a huge fan of Bill Clinton's--is going to hire former White House spokesman Mike McCurry to be his personal publicist. (Who knows?)

"He works very hard at his bad-boy image," says Ellison's pal, former Intel CEO Andy Grove. But what makes all the boats and babes and braggadocio bearable--barely--is the fact that Ellison and his company have just been knocking the cover off the ball. In a business that chews companies up and spits 'em out by the quarter, **Oracle** has made it big.

Here are the numbers: The company did over $ 10 billion in sales last year. It had over $ 3 billion in operating profits, which are growing over 40% a year. (You don't even want to talk net income. Last year **Oracle** logged a nearly $ 7 billion gain in marketable securities.) Its operating profit margin has marched steadily upward over the past two years, reaching as high as 41% in a recent quarter. Since September 1998 the stock is up more than tenfold. (I don't own ORCL, but I wish I did!) The company now has a $ 184 billion market cap, making it one of the largest in the world. Beyond that, **Oracle**--along with Intel, Hewlett-Packard, Cisco, and Sun--is now one of the Silicon Valley elite. Not bad for a company that used to be best known for vaporware and an insaniac CEO.

Analysts describe the new business Ellison is attacking as the "Internet applications business" and estimate it is a $ 30 billion market, growing by 25% a year. As for Ellison, he's dead set on wrapping his arms around the whole thing, starting with his suite of Internet-based integrated business applications, 11i, introduced this past spring. "I would be surprised if we didn't do it," he said in a recent conversation. A good many observers, of course, think that's crazy.

First of all, his scheme carries huge risk. The market for these software applications is changing at Internet speed and is enormously complex. Consider what these applications actually do: They take whole segments of a company's operations and streamline them--sifting through all the sales, financial, and customer data that a company might have and then distributing them to managers and employees in all sorts of usable packages. And now, thanks to the Internet, a company can tie suppliers and customers into this movable data feast as well. For instance, such programs can help salespeople on the road have access to the corporate data they need and can configure products on the fly for their cus-

The Next Richest Man In the World;Larry Ellison is a very lucky guy: He

tomers. Still other applications totally reorganize supply-chain management. Not surprisingly, given the complexity of all this, Ellison's company doesn't have nearly the leverage in this world that Microsoft had when it started serving up suites of desktop applications to PC users.

And then, of course, there's the issue of how much the new strategy will benefit **Oracle** on Wall Street. Some analysts caution that even if the plan does work, its success is already factored into **Oracle's** pricey stock--right now ORCL has a forward P/E of 32, about the same as Microsoft's. "The debate isn't whether it's a great company," says Robertson Stephens analyst Eric Upin, "but how much **Oracle's** stock should be worth given the risk factors."

Over the past couple of years **Oracle's** "apps" sales have accounted for between 5% and 13% of revenues, depending on the quarter. And explosive growth beyond that threshold won't be as easy as Ellison makes it sound. One problem: Companies that are already leaders in enterprise applications--including PeopleSoft in the human resources category (see box); SAP, the giant German maker of enterprise resource software; and Siebel, in customer relationship management software--are migrating to the Web as well. What's more, a whole new crop of enterprise software companies has built entire businesses around the Web from the ground up: Ariba and Commerce One in procurement and exchanges, Broadvision in e-commerce, and i2 in the supply-chain arena. In any event the situation is so in flux that it would be hard for even the savviest Sand Hill Road player to pick a definite winner.

Meanwhile, there's a potentially big pricing problem with the Net apps suite strategy. Again, it's helpful to revisit the Microsoft Office analogy. When the Beast of Redmond began to bundle its desktop computing software for word processing, spreadsheets, and presentations, it was able to price the additional programs so dirt cheap that it knocked the competition (WordPerfect, Lotus) nearly out of the market. **Oracle**, however, would likely find such a marketing strategy--for example, essentially giving away an entire HR department's software for the price of a single program--to be a dangerous drag on its bottom line.

The aggressiveness of Ellison's strategy scares some. "**Oracle** hasn't been a leader in this business," points out Upin of Robertson Stephens, "and all of sudden they are talking about $ 1.3 billion in applications revenue for fiscal 2001 [May year-end]." Nor is Ellison's good buddy Andy Grove optimistic. "So often, when you see companies try to move from one area of dominance to another, they fail," says Grove. "I have my doubts about this one."

You don't have to be a software expert to understand what might be raising Grove's cautionary flags. Imagine taking all of a company's business software applications, ripping them out department by department, and replacing them with one global package. There's no small amount of institutional inertia that prevents companies from simply throwing over one app for another. These applications are to a large degree customized--and even though it will be far easier to make Internet-based apps fit a particular business without a lot of modification, it still is not an easy thing to pull off. Like crossing the desert on foot.

Nor is it easy to design standard apps that work for all the different kinds of customers that **Oracle** says it's trying to serve. An e-business has very different app needs than a manufacturer. A bank needs different kinds of apps than a trucking company.

Ellison says he's aware of all this. He knows its an enormous job. But he's got the programmers to do it. "No other company could create a suite of applications," he says. "They just aren't big enough."

In fact, Ellison's loyal lieutenants say that size factor--and **Oracle's** famously aggressive sales pitch--is already working. "I see CEOs come in here and get on their knees and weep after we explain this to them," says Mark Barrenechea, head of **Oracle's** CRM business. Says **Oracle** EVP Jay Nussbaum: "I went with Larry to visit Sandy Weill at Citigroup. And after Larry pitched Sandy, Sandy said, 'You don't have to sell me anymore. I'm a numbers guy. This is awesome. I want some of that.' " (Weill confirms the conversation but says he phrased it a little differently.)

Still, rhetoric aside, Wall Street was clearly a little disappointed in **Oracle's** apps biz for the quarter ended in August. Sure, applications revenue grew more than 42%, to $ 156 million, but analysts like Goldman's Rick Sherlund were looking for 65% growth. Likewise, though **Oracle** CFO Jeff **Henley** predicts the company will have 50 corporate applications customers by the end of the November quarter, the company has just about 27 now, with the recent signing of Agilent. Interestingly, most of **Oracle's** applications customers thus far have been smaller businesses or divisions--or newer ones that don't have many legacy systems to throw away.

"I think you'll be able to tell if they're on track over the next few quarters," says Morgan Stanley software analyst Chuck Phillips. "**Oracle's** sales force needs to really focus on applications. And the company could use one key executive besides Ellison who champions this cause."



The Next Richest Man In the World;Larry Ellison is a very lucky guy: He

One likely scenario is that Ellison's applications strategy will initially play hit-and-miss, making it a rough ride for shareholders. As the whole business evolves, though, many are putting their faith in Ellison's ability to reshape these products and make them work somehow, somewhere. That sort of finessing is something Ellison is very good at. "Who knows [what the outcome will be]?" says Jobs. "But at least Larry is moving forward, going somewhere that makes sense. Then if he has to change, he will. You can't get anywhere by standing still."

As with all things **Oracle**, in the end, it all comes back to Larry. And that may be the way he likes it. "Larry is misunderstood," offers Dave Roux, former head of corporate development at **Oracle** and now at buyout firm Silver Lake Partners. "Is he a great technologist? No, there are 100 guys in the Valley as good as he is. Is he a great manager? No, but he's been smart enough to get them. What he is is a great leader. His great strength is to make exceptional employees do the impossible."

To Roux's point, Ellison has become a master at rallying the troops. At **Oracle's** recent user group conference, the Larry faithful line up outside an auditorium for hours before his speech. When the doors open, 8,000 programmers race into the hall as if they're in some kind of frontier land grab. The pyrotechnics are cutting edge. Pulsing, futuristic sounds pound through the room. Abstract, flashing techno-images, like something out of The Matrix, blink across giant screens. And then Larry and his entourage march in. It's almost a rock star thing, with the buzz of the crowd and dozens of cameras flashing. Though surrounded by high-level executives, such as his enigmatic chief of staff, Safra Catz (the top woman executive at **Oracle**), marketing chief Mark Jarvis, and others--all wearing black--Ellison stands out. He's the tall one, wearing a gray suit this time, with the de rigueur black mock turtleneck. The whole thing is like a group of Romulan ministers surrounding their Romulan-in-chief. That's one metaphor. Sighs one employee watching: "Sometimes I feel like I work for Mephistopheles."

No question about it, the Ellison persona is powerful stuff. While some senior **Oracle** employees seem to get a kick out of him, others fear him (as in, "What kind of mood is he in today?"). He does not tolerate the uninformed. Says **Oracle's** IT chief Gary Roberts: "Larry will say, 'If I know more about your business than you do, we have a problem.' " Like Churchill, whom he professes great admiration for, Ellison likes to keep the message simple and repeat it often.

He is also a big believer in being a contrarian just for the sake of being one. "You can't win without being completely different," he says. "When everyone else says we are crazy, I say, 'Gee, we must really be on to something.' The louder they say it, the more excited I get."

It's true in his personal life too. He says his Japanese-style estate in tony Woodside will take almost a decade to complete. For years now it's looked like a gravel pit or a permanent construction site, pleasing the neighbors no end. Ellison isn't part of the club. Any club. "He will never be invited to Sun Valley," says a knowledgeable insider regarding Herb Allen's vaunted CEO confab. "Never." Ellison laughs in response. Or the Business Roundtable either, presumably.

But of all his personality quirks, the one that worries the Street most is Ellison's surprising ability to disengage from the company ship. Indeed, he has long had a history of popping in and out of a day-to-day leadership role, depending on how well the company is performing and how involved he is in his myriad outside interests.

Lately he has been very engaged. As it has become clear that the Internet is revolutionizing business, Ellison has charged back into **Oracle**, delving into parts of the company in which he had previously expressed little interest: "The way businesses worked changed," he says, getting up a head of steam. "Suddenly computers are central to the way we do marketing. Computers are central to the way we do selling. Computers are central to the way we do support. Hold it, hold it! I'm good at this computer stuff. I can help. I'm suddenly competent. An e-business--oh, I can run one of those. I'm good at that. A conventional business, I'm not very good at that."

Ellison has boiled down all this change to what he considers a couple of salient points about business: First, the Internet provides executives with incredible access to information. Second, you can take huge chunks of cost out of your business using that information. Third, **Oracle's** software can help executives do this. And finally, what better place to try this out than at **Oracle** itself?

And so Ellison has set out to make **Oracle** an e-business. A brutal evaluation of personnel has been instituted, with Ellison very much at the helm. "Larry asks, 'If you aren't making or selling **Oracle** software, explain to me again what you are doing at this company,' " notes one employee. Amazingly, even as **Oracle's** revenue grew almost 15% over last fiscal year, its head count actually fell 5.6%, from 43,800 to 41,320. The parsing involves hardware too. (For a detailed account of Ellison's cost-saving program, see the November 2000 issue of eCompany Now.) **Oracle** recently went from having 97 e-mail servers to having two, and from 140 global pricing models to just one. And so on. "When we started

this effort last year, I thought we could save $ 500 million," says Ellison. "We ended up saving $ 1 billion, and I'm convinced we can save $ 1 billion, maybe $ 2 billion more."

So where is Microsoft in all this? Well, it's around. The software behemoth to the north has a product called SQL Server, a database product that has made some inroads. "SQL Server?" taunts **Oracle** executive vice president Gary Bloom. "Yawn. Yawn. Yawn." No, the folks at Redwood Shores don't have much fear of the folks up in Redmond anymore. Not for years, really--ever since Netscape became **Oracle's** "heat shield," to use Ellison's phrase. "Microsoft looked at Netscape and got terrified because they thought the browser would make Windows moot. They spent all of their efforts trying to beat Netscape, and they broke the law too," Ellison says in his most serious voice. "In the end they won that battle, but they ended up losing the war because the real important battle wasn't fought on the desktop. It was fought on the server. They ignored **Oracle**. Maybe they thought they'd take care of us later after they dealt with Netscape. Now, my cat could write a browser, but the **Oracle** database? Very complicated. They'll never catch us now."

Do Ellison and Gates talk? "We used to years ago," says Ellison, who claims he cut off the conversations because Gates was poaching his ideas. [A spokesman for Microsoft declined comment.] "Bill did call me up a few years ago and invited me up to Redmond," Ellison continues. "He wanted me to speak to his people. He said, 'Come on, we have a lot of smart people up here.' I said, 'I know. That's why I don't want to go up. Why should I go up there and talk to them?' "

It's an early October morning at the Emerald City, and Jeff **Henley** is sputtering mad. Some say the 55-year-old **Oracle** CFO has his foot out the door--he's been at the company for almost a decade and has $ 500 million of ORCL options and stock--but at the moment he looks pretty engaged. "Those !@#$ %& idiots," he says, grimacing as he rushes by. "I'm going to issue a press release!" It's no wonder **Henley** is pissed. **Oracle** stock is in a free fall because of a presentation **Henley** made to analysts the day before, in which he said...nothing. Nothing new at all. Just reiterated what he'd said when **Oracle** announced its first-quarter earnings a few weeks before: "Don't worry, application sales are on target. Database sales are great, but don't expect them to keep growing 30%. The pipeline is full. If you loved [fiscal] 2000, you're going to love 2001." And yet immediately after his presentation at San Francisco's Palace Hotel, the stock begins to tank, ending the day down more than 12%. At that point **Henley** is surprised but not particularly upset. After all, there were rumors that Merrill Lynch downgraded the stock (not true), and this is earnings warning season. A little confusion here--no big deal.

Then the next morning, the stock hits the fan. On the front page of the San Francisco Chronicle's business section is the screaming headline **ORACLE** STOCK DIVES AFTER SALES WARNING. CNBC's Squawk Box reports that **Henley's** presentation looked "canned" and that he had "cautious body language." (This later amuses Ellison because **Henley** has just lost 20 pounds. "Maybe we need to fatten Jeff back up," he chuckles.) At the market open **Oracle** stock drops another 12% right off the bat. The general perception is that Intel and Apple had already warned about their business going forward, and that the previous day's analyst conference had been **Oracle's** turn. **Oracle** board members call the company asking what the hell is going on. And it's all in **Henley's** lap. And so at 3 P.M. that afternoon, **Henley** issues a press release: "There is no change in the outlook for **Oracle's** financial results   We believe this is going to be a terrific year." The stock firms up a bit, but the damage is done.

In this market, if it wasn't the sales-warning-that-never-happened, something else would have pushed **Oracle's** stock down, as almost all tech stocks are well off their highs these days. But still, **Henley** is in a singular position. It ain't easy being Larry Ellison's CFO. "Larry will say one thing, and then I'll notch it down a bit," **Henley** explains. "I think the analysts are used to that." Like when Ellison says that **Oracle** will have 40% profit margins forever. **Henley** later tells the gang it's a stretch target. For reasons like that--Ellison's aggressiveness, to say nothing of his unconventional strategizing--**Oracle** stock has never been for the faint of heart. Even after the stock's incredible run over the past two years, lots of Wall Streeters have a traumatic history with **Oracle**. "The feeling is that this is a stock you can ride, but if you don't watch it, at some point Larry will burn you," says one trader. Witness the big air pocket in the fall of 1997, when the company began to move to Web-based applications. Sales dropped, the Street got scared, and the stock caved 40%.

Another area of concern for Wall Street is management. Who's running **Oracle** besides Ellison? Who's going to succeed Ellison? What happens if Larry gets hit by a bus? (Or crashes his plane? Or sinks his 78-foot yacht? Or drowns while bodysurfing?) For much of the past decade those fears were somewhat assuaged by the presence of Ray Lane. But **Oracle's** president departed suddenly in June, raising these issues anew. Lane came to **Oracle** in the wake of the company's near-death experience in 1990--a crisis born out of **Oracle's** cowboy sales culture. What happened is that the superincentivized and loosely supervised sales force was routinely exaggerating or simply falsifying numbers. (It was around this time that an **Oracle** sales chief instituted the infamous "Go for the gold" program, in which sales reps were

 

The Next Richest Man In the World;Larry Ellison is a very lucky guy: He

actually paid in gold!) Write-offs and losses piled up into the tens of millions of dollars. The company faced all sorts of litigation. The SEC later fined **Oracle** for its behavior, and the board reportedly even discussed removing Ellison. On Oct. 31, 1990, ORCL bottomed out at (split adjusted) 13 cents a share.

Somehow Ellison managed to turn the company around. (The stock is up some 26,000% since then!) **Oracle** released its **Oracle** 7 product, vastly superior to the bug-infested version 6. ("A dog could sell 7" is how one **Oracle** exec put it.) The company's migration from specializing in writing programs for minicomputers to making software for Unix-based servers--another one of Ellison's critical calls--began to pay dividends. And just as significantly, Ellison hired some experienced managers, including **Henley** and Ray Lane from Booz Allen. Today there is a fair amount of revisionism going on at **Oracle** that diminishes Lane's contributions, but especially in the early and mid-1990s, there is no question that he helped pull **Oracle** up and take it to the next level. "He professionalized the sales and service organizations," says one ex-**Oracle** exec. "He sold **Oracle** to CEOs. And he stood up to Larry. There were just a few who did that."

But Ellison went from perceiving Lane as a great asset to the organization to seeing him as a hindrance. The roots of this change go back to 1995, when Ellison, who was in Paris at the time, grandly announced the death of the PC. Largely ridiculed then, Ellison's notion hardly sounds far-fetched today. "I came to realize that computing power doesn't have to reside on the desktop," Ellison recalls during an interview, "that putting the power onto the PC was distributing complexity. Computing should be like water or electric power. You don't have a nuclear power plant at people's houses. Computing should be centralized."

What made this vision possible, of course, was the Internet. But instead of gradually moving the company (and customers) to the new model, Ellison wanted a revolution. In 1997 he told his troops they would make no more client/server-based software. This caused an uproar in the sales staff. Lane called Ellison into a meeting with a dozen or so other top **Oracle** execs and told him in no uncertain terms that they had to keep doing client/server. "I looked around the room," recalls Ellison, "and said, 'Gee, I'm sorry. I didn't know you all felt that way. Okay, we'll still make client/server.' " Then Ellison pauses for effect: "But I was lying." Hogwash, says Lane. "I simply told Larry that we had to make better application software. Ours was terrible then."

By 1998, sources say, Ellison was looking to force Lane out of the company. It wasn't done according to anyone's HR handbook. "Larry took responsibility away from Ray hoping that he would just leave," says one source. Lane didn't.

Then, last spring, Ellison brought in Safra Catz, **Oracle's** former banker at DLJ. Catz is a mystery to many **Oracle** watchers. "She's very smart, and Larry really depends on her," says one source. "When you're around the two of them you feel like the third person in the hot tub." Some suggest that Ellison pitted Catz against Lane. In any event, it's pretty evident that they didn't get along. It's also fair to say that Catz's arrival did nothing to delay Lane's departure. Finally, Lane took his $ 700 million-plus package of **Oracle** stock and options and left, soon thereafter joining VC firm Kleiner Perkins. Ellison took Lane's title and divided his remaining responsibilities among Bloom, **Henley**, and Catz.

"**Oracle** is sort of like the Red Sox," says one insider. "It's always been, 'Where's the pitching?' It's Larry and the seven dwarfs. At other companies they move execs around to give them different experiences. They don't do that at **Oracle**."

That's not to say there's no management depth at **Oracle**. "I could run this company," says Gary Bloom, who has operational expertise, though the word is that he needs more seasoning in the leadership department. Ellison also points to Safra Catz as a possible future CEO, though insiders scoff at that notion, saying it's simply Ellison's way of building her up. "Hey, this is the team I had over the past two years," says Ellison, apparently forgetting about Lane, "and they did pretty well, right? What's not to like?"

So how long will Ellison stick around? "Larry is fully engaged right now," says his buddy and fellow iconoclast Jobs. "He isn't going anywhere." Indeed, last year Ellison decided to forgo his salary for a monster 40-million-share option package with a strike price of $ 7, worth well over $ 1 billion. (Not surprisingly, Ellison doesn't believe options should be expensed.) And Ellison himself suggests that he'll stick around for another three or four years ("the duration," as he calls it), at which point he believes the great application war will be over. In the meantime, he says, a successor will emerge, "and there are several candidates." But one insider says the **Oracle** board is "petrified" about succession. "There is no one in sight, and they've been pounding away on this topic for years."

The fact is, though, it will be extremely difficult for anyone to succeed Larry Ellison. Ellison, for all his foibles, built **Oracle** brick by brick. It's his baby. He is the only tech company CEO who has launched a business in the era of mainframes and taken it to client/server and then to the Internet. At some point he'll have to let go. "After this is all over

 

The Next Richest Man In the World;Larry Ellison is a very lucky guy: He

I'm going to run Quark, this Israeli biotech company I own," says the next richest man in the world, who, as it happens, is deeply interested in the science of longevity. Makes sense. Anyone with this much ambition might have to live forever.

REPORTER ASSOCIATES Julia Boorstin, Jessica Sung

FEEDBACK: aserwer@fortunemail.com

BOX STORY:

A Tale of Two Billionaires

Gates' net worth: $ 56.4 billion Age: 44 Height: Microsoft won't say Raised: Seattle Residence: a $ 30 million state-of-the-art lakefront mansion Times married: 1 Number of kids: 2 Passions: golf, bridge, his Leonardo da Vinci Codex Biotech holdings: Pain Therapeutics, ICOS Clothes: Very Lands' End

Ellison's net worth: $ 47.4 billion Age: 56 Height: 6 feet Raised: Chicago Residence: a $ 40 million replica of a 16th-century Japanese palace Times married: 3 (Currently engaged) Number of kids: 2 Passions: his samurai helmets, Italian fighter jet, and 78-foot racing yacht Biotech holdings: Supergen, Quark Clothes: Armani to Zegna

**GRAPHIC:** COLOR PHOTO: PHOTOGRAPH BY MICHAEL O'NEILL, COVER, The Next Richest Man In The World Larry Ellison is sick of playing second banana to Bill Gates. So what's his plan to become No. 1? Make **Oracle** the Microsoft of the Internet.; COLOR PHOTO: PHOTOGRAPHS BY MARK PETERSON--SABA, COLOR CHART: FORTUNE GRAPHIC, Microsoft is bigger... REVENUES in billions Microsoft **Oracle**; COLOR CHART: FORTUNE GRAPHIC, [See caption above] and more profitable... OPERATING MARGIN, Microsoft **Oracle**; COLOR CHART: FORTUNE GRAPHIC, [See caption above] PROFITS in billions Microsoft **Oracle**; COLOR CHART: FORTUNE GRAPHIC, [See caption above] but investors are betting on **Oracle** If you had invested $ 10,000 in both **Oracle** and Microsoft in 1986, you'd have many millions of dollars today **Oracle** IPO March 12, 1986 Microsoft IPO March 13, 1986; COLOR PHOTO: GATES: AJIT KUMAR--AP, COLOR PHOTO: MIKE SIEGEL--AP, COLOR PHOTO, COLOR PHOTO: ELLISON: MICHAEL O'NEILL, COLOR PHOTO: LOUIS PSIHOYOS--MATRIX, COLOR PHOTO: ED KASHI, COLOR PHOTO: PHOTOGRAPHS BY MARK PETERSON--SABA, When journalists missed his signals, CFO **Henley** flipped: "Those !@#$ %& idiots!"; COLOR PHOTO: PHOTOGRAPHS BY MARK PETER-SON--SABA, **Oracle** has so many engineers from India, it has a cafeteria that specializes in Indian food.; COLOR PHOTO: PHOTOGRAPHS BY MARK PETERSON--SABA, "I could run **Oracle**," says executive VP Gary Bloom. Others aren't so sure.; COLOR PHOTO: PHOTOGRAPHS BY MARK PETERSON--SABA, The back-to-back shift: two of the 10,000 employees who work in **Oracle's** Emerald City; COLOR PHOTO: PHOTOGRAPHS BY MARK PETERSON--SABA, Part of Ellison's inner circle: **Oracle's** chief marketing officer Mark Jarvis; COLOR PHOTO: PHOTOGRAPHS BY MARK PETERSON--SABA, Ellison strategizing with senior **Oracle** execs as his chief of staff, Safra Catz (background), casts a watchful eye.

**LOAD-DATE:** November 1, 2000