# EXHIBIT 359

Cooperman

31

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

## SECOND INTERVIEW OF JENNIFER MINTON

On Tuesday September 24, 2002, counsel for the Special Litigation Committee (James Kreissman and Jessica Spiegel of Simpson Thacher & Bartlett) conducted a follow-up interview with Jennifer Minton, Senior Vice President and Corporate Controller for Oracle Corporation, at Oracle's headquarters in Redwood Shores. The interview lasted approximately three hours. What follows is a summary of the interview with impressions of the counsel. It is not, and does not purport to be, a verbatim account of what was said.

**Creation of Upside Reports**

    a.    Process of Data Collection

Minton first reviewed the process by which forecasting data is entered into Oracle's computer systems. The field agents enter their data into Oracle Sales Online (OSO), which is a data consolidation database. OSO data is then manually fed into Oracle Financial Analyzer (OFA), which is the application used by Minton to create her Upside Reports.

    b.    Basis for Upside Adjustments

Minton relied on the following factors during FY 2000 and the first three quarters of FY 2001 when determining whether to make an upside adjustment: (1) information about potential large deals that she learns through discussions and written communications with the EVPs and/or Finance Directors for the various license sales organizations, (2) pipeline data, (3) her experience with EVPs "sandbagging" their numbers, (4) her experience with how forecasts tend to move over the course of a quarter, and (5) historical conversion rate trends.

Minton explained that her upside adjustments are not a "finely tuned" process; she collects and distills the information that she receives in different ways depending on the particular quarter and the substance of the information she receives from others about how the



CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

2

quarter is going.  She described the process by which she made upside adjustments as "more art than science."

Minton stated that after Q3 of FY 2001, she altered her method for making upside adjustments.  She stated that in light of the economic downturn that surfaced at the very end of Q3 of FY 2001, she is more conservative in her use of upside adjustments.

### c.    Who Makes Upside Adjustments?

Minton was asked if Ivgen Guner made upside adjustments in Q3 of FY 2001. Prior to Q3 of FY 2001, Guner was the finance director for Ray Lane, former President and COO of Oracle.  At the end of Q2 of FY 2001, Guner transitioned into her position as Assistant Corporate Controller.  Once she became Minton's assistant (Q3 of FY 2001), she would sometimes make upside adjustments when she was given specific information by an EVP responsible for that business unit.  Currently, however, Guner makes the upside adjustments for Oracle's Upside Reports, subject to Minton's supervision.  When asked, Minton confirmed that Jeff Henley does not make upside adjustments.  However, Minton reviews her rationale for making certain adjustments with Henley and considers his insights.

### d.    Forecasting Conference Calls

Minton confirmed that the purposes of the Thursday conference calls are primarily (1) to discuss the deals in the pipeline within each sales organization, which make up that organization's forecasts and (2) to identify any issues that need to be addressed for successful closure of any questionable deals before quarter-end, including possible involvement of Larry Ellison or other Oracle senior executives.  Further, she stated that between the Thursday call and the Monday Executive Management Committee (EMC) meeting, the organizations'

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

3

numbers frequently change and Minton revises her Upside Report accordingly, making adjustments to the Upside column to reflect the changes.

Minton stated that Henley participates in the Thursday forecast calls as frequently as possible (i.e. whenever he is in town or able to call in). She said that Henley participates in these calls as much as Safra Catz participates. On the other hand, Minton stated that Ellison "rarely" participates, and that he typically participates only toward the end of the quarter.

e.    Forecast Column v. Upside Column in the Upside Report

Minton stated that the Forecast column in her Upside report reflects numbers that come directly from the sales organizations as of Wednesday night (the deadline for the sales organizations to submit their weekly forecasts). The Upside column reflects anything that Minton has learned between Wednesday night and the Monday EMC meetings. Minton explained that EVPs typically expect to achieve certain numbers to which they will not formally "commit" in a forecast. As these numbers change, she adjusts her upside number. Minton stated that the Potential column of the Upside Report reflected her best estimate of Oracle's results for a particular quarter. Further, she believed that prior to Q3 of FY 2001 she had a good record of projecting Oracle's quarterly results and that her projections were more reliable than the forecasts coming from the sales organizations.

f.    Corporate Adjustments

While the Corporate Adjustments line item is distinct from the Upside column, according to Minton, the two sometimes serve overlapping purposes. Minton described the three uses for the Corporate Adjustments line item.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 609538

4

### 1.    International Revenue Transfers

Minton runs a quarterly international revenue report to monitor the revenue transfers that occurred during the quarter and she includes those transfers in her Upside report to make sure there is no double counting of revenue.  She provided an example: SAP pays royalties to Oracle for use of Oracle's databases.  Initially, the revenue from those royalties flows into the U.S. revenue stream, but the revenue is subsequently transferred back out to the appropriate Oracle subsidiary that is located where the SAP customer resides.  Minton reviews those revenue transfers and, if warranted, she will make any forecasting adjustments in the Corporate Adjustment line item.

### 2.    U.S. Bad Debt Adjustments

Minton reviews Oracle's sales return reserve and the company's bad debt expense and makes an adjustment that is a percentage based on her historical experience.  On a monthly basis, Minton determines Oracle's accounts receivables reserve requirements and if Oracle is "over-reserved," she will make an adjustment called an "add back."

### 3.    Management Judgment

Prior to Q3 of FY 2001, Minton sometimes made adjustments to Oracle's projections by including a positive or negative amount in the management judgment line of Corporate Adjustment.  She stated that she typically did this based on an analysis of historical conversion rate trends.  When asked why there were no numbers in that line item on the Upside reports for Q3 of FY 2001, Minton explained that as of Q3 of FY 2001, she did not input any

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

5

management judgment in Corporate Adjustments because she was getting the information at the organizational level and inputting it directly into the Upside column.[1]

### Ease And/Or Difficulty of Forecasting

Minton stated that it is much harder to forecast for Oracle in the beginning of the quarter than at the very end of the quarter because of the "hockey-stick" effect, which prevents Oracle from having a clear understanding of its results until the very of the quarter. Minton also stated that it is more difficult to forecast more back-end loaded businesses because of this lack of visibility.

Minton was asked to name the most back-end loaded businesses at Oracle, to which she answered NAS, OPI and OSI in the U.S. She explained that both EMEA and APAC are more disciplined in their forecasting processes and have a much lower percentage of large deals, making their quarters less "lumpy" than the U.S. organizations. Minton stated that large deals create a more dramatic swing in revenue, which makes forecasting them more difficult. Because the U.S. organizations rely heavily on big deals, Minton stated that they are the most difficult to forecast. On the other hand, forecasting in EMEA and APAC is easier because those regions have a greater concentration of smaller deals and large deals comprise a smaller percentage of their revenue.

Minton stated that Education is also difficult to forecast because Education is dependent to some extent on license sales, and while Education does its own forecasting, Licensing actually sells the licenses. Education ultimately receives the revenue credit, but

---

[1]    At this point in the interview, Ivgen Guner (VP of Finance) and Lia Burke (Finance Director) joined the interview for approximately five minutes to discuss the management judgment line item.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

6

because one entity is forecasting and the other one is selling, the disconnect makes forecasting more difficult in Education than it is in other organizations.

### Henley's Quarterly Earnings Call

### Henley's Use of Stephanie Aas' Investor Relations Model

Minton stated that prior to and during Q3 of FY 2001, Aas would meet with Minton at the beginning of each new quarter to discuss Minton's forecasting data and her insights into that quarter. Subsequently, Aas used Minton's data and insights to create her own quarterly model for Investor Relations.[2] Prior to Oracle's quarterly earnings call, Aas, Minton and Henley would meet to review Oracle's latest upside report, as well as Aas' model. Aas would revise her model according to the discussion. Minton confirmed that this practice occurred in Q3 of FY 2001.

### Henley's 12/11/00 and 12/12/00 Emails re: Q2 FY 2001 Earnings Call

On December 11, 2000 Minton provided Henley with information given to her by Larry Garnick that compared Oracle's EPS for Q2 and Q3 dating back three years. ORCL 69151-52, attached hereto as Exhibit A. Henley responded to Minton by writing, "I think we should position the folks at the call that historically Q3 isn't a lot more EPS than Q2. so a penny more per share would seem right." When asked, Minton could not recall being asked by Henley to ask Larry Garnick to generate this comparison.

On December 12, 2000, Henley sent to Minton an email with "summary points/sound bites" for the Q2 earnings call. ORCL 69431-32, attached hereto as Exhibit B. Minton was asked about Henley's "Point 6" in the email, which stated,

---

[2]     Minton explained that prior to Q3 of FY 2001, Oracle thought that it could model out its business, but with the current economic downturn, no analytical models can predict one quarter to the next.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

> The average split-adjusted EPS improvement for the last 3 years from Q2 to Q3 was one cent per share. We think that probably makes sense again this year. Due to holidays Q3 is usually not much different than Q2 and then there is a spike in Q4. We have no reason to believe that this year should be any different (keep expectations low enough to beat by a penny).

Minton explained that management was comfortable with their Q3 FY 2001 projections at the beginning of the quarter, particularly in light of the Covisint deal that had closed early in the quarter. She did not specifically recall whether Henley thought Oracle would beat its $0.12 estimate by a penny at that time. When asked, she also said that she did not recall discussing the possibility of announcing a $0.13 projection to analysts. Minton could not recall any further details about the email (e.g. discussions with Henley about 11i Suite being through its "birthing phase" mentioned in Point 1).

### Minton's Upside Adjustments During Q3 of FY 2001

**OSI Business and Minton's Upside Adjustments**

Minton reviewed OSI's Q3 FY 2001 upside numbers.

1. <u>December 8, 2000 Upside</u>

When asked where the $25 million upside originated from on December 8, 2000, Minton could not recall. ORCL 3003-3017, attached hereto as Exhibit C. However, she speculated that she may have based that number either on a statement made by Jay Nussbaum (head of OSI) or from a revised forecast from Sarah Kopp (Financial Director of OSI).

2. <u>December 25, 2000 Upside</u>

Minton reviewed this Upside report and noted that the $25 million upside was still showing for OSI. ORCL 3192, attached hereto as Exhibit D.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

8

3.    January 15, 2001 Upside

    As of this Upside report, Minton took the $25 million upside number out of the OSI forecast.  When asked, Minton could not recall why she did removed the upside adjustment and suggested comparing these dates with the Pipeline Reporting Packages to see if there was a corresponding drop in the pipeline.

4.    January 29, 2001 Upside

    When asked about the $35 million reduction in upside as of this Report, Minton again had no recollection.  She speculated that Nussbaum could have thought he saw hints of weakness at this time, but she stated that she did not recall him saying that.

5.    February 14, 2001 Email from Sarah Kopp to Jennifer Minton

    On February 14, 2001, Sarah Kopp emailed Jennifer Minton the OSI's "latest projections after yesterday's Sr Staff meeting."  ORCL 45582-45583, attached hereto as Exhibit E.  Kopp was holding OSI's forecast "somewhere between $210 and $220 but there is really such a huge swing in the number that it is difficult to pinpoint with only $34M booked as of today."  After reviewing the email, Minton vaguely recalled receiving it.  She commented that Nussbaum had a reputation for bringing out a hidden deal at quarter-end to help OSI exceed its projections, and that, consequently, emails such as this did not raise any alarm bells.  In fact, Minton stated, these emails were fairly typical.

    Minton commented that in order to try and figure out Nussbaum's secret deal of the quarter, she would get a list of deals from the contract administrators and compare the list to Loren Mahon's A2K spreadsheets for the quarter and look for deals that were un-accounted for.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 609543

**NAS Business and Minton's Upside Adjustments**

   Minton was asked why she had inputted a $50 million upside adjustment on NAS at the beginning of the quarter. She could not recall her rationale for making that adjustment at that time.

   1.  <u>December 6, 2000 Email From David Winton</u>

   Minton was shown a December 6, 2000 email from David Winton about the initial Q3 forecast for NAS in an attempt to refresh her recollection. ORCL 122384 – 122386, attached hereto as Exhibit F. NAS' initial forecast was $346 million. In the email, Winton noted that NAS only had one deal worth more than $5 million in the pipeline, compared with four deals over $5 million in the pipeline during this time in Q3 of FY 2000. Reviewing the email did not refresh Minton's recollection, but she suggested that we review the Pipeline Report for this time period. Upon review, Minton noted that the NAS pipeline growth was at 97% from Q3 of FY 2000 while NAS was only forecasting 12% growth for the quarter. Minton stated that she probably imposed the upside adjustment because of the dramatic increase in pipeline. ORCL 3086 – 3095, attached hereto as Exhibit G.

   2.  <u>January 29, 2001 Email from David Winton to Jennifer Minton and George Roberts</u>

   On January 29, 2001, David Winton sent Jennifer Minton and George Roberts an email with an analysis of the database License revenue projection for NAS, divided into "dot.com/ASP" and "Bricks-and-Mortar" components. ORCL 19052 – 53, attached hereto as Exhibit H. Winton's charts show that as of January 29, 2001 NAS was forecasting that its New Economy database sales would decline by 54% compared to the New Economy database sales in Q3 of FY 2000. When asked if Minton was concerned about this, she replied that she was not, because these numbers were already included in her projection at the time, and that projection

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

NDCA-ORCL **609544**

showed that Oracle would meet its projections for the quarter. In other words, Minton stated that she had already factored in the dot.com weakness and the company hoped that the "bricks-and-mortar" companies would make up for that weakness. Minton could not recall any discussions that she had about this email with Jeff Henley, George Roberts, or David Winton.

**OPI Business and Minton's Upside Adjustment**

      1.    <u>January 17, 2001 Email from Jim English to Jennifer Minton</u>

On January 17, 2001, Jim English sent Jennifer Minton an email with OPI's updated quarterly forecast. ORCL 45571, attached hereto as Exhibit I. He stated that OPI is "holding at $150M but I'll be a bit more aggressive and say a likely of $150 - $170." Minton vaguely recalled receiving this email. She remarked that the Covisint deal had made it seem as if OPI would make its numbers relatively easily.

**Miscellaneous**

    <u>Jeff Henley's 01/04/01 Email Prior to F&A Committee Meeting</u>

On January 4, 2001, Henley wrote an email with notes for the upcoming Finance and Audit Committee Meeting. ORCL 45275, attached hereto as Exhibit J. When asked if Minton remembered attending the meeting or seeing this email, she thought Henley might have passed out the email at the meeting. She stated that she did not recall whether he had passed out such an email on other occasions but that it was not a practice he followed in every such meeting.

Minton reviewed Henley's email and stated that his comments in the email were accurate for that time in the quarter and they were consistent with her forecast at that time. Minton stated that she and Henley had repeatedly asked the "3 big boys" (Roberts (NAS), Sanderson (OPI) and Nussbaum (OSI)) during the Thursday forecast calls and at the Monday



11

EMC meetings if they were seeing any weakness in their organizations, and that they

consistently said that they had not and that they were optimistic about their prospects for the

quarter. Minton thought that the three executives were convinced that they would make their

numbers; she specifically recalled George Roberts being truly "blown away" when NAS fell

short of its projections.

**GB Shortfall**

Minton was asked to review the chain of events leading up to Oracle's Q3 FY

2001 earnings disappointment.

**Friday February 23, 2001**

On Friday, February 23, 2001, John Nugent told George Roberts that NAS would

be reducing its forecast by $20 million due to an abrupt fall out in approximately 70 separate

transactions.

**Monday February 26, 2001**

George Roberts sent an email to Larry Ellison about Nugent's Friday email on

Monday February 26, 2001, to which Ellison responded, "George, do you think that these deals

have slipped into Q4 or have they simply disappeared?" ORCL 19279-19280, attached hereto as

Exhibit K. In response, Nic Classick wrote to Roberts, stating that

> "NET -- lost to competition 5%; firm q4 projects 25%; delayed until economic or
> business conditions are clearer 70%. We had 5 PSs cut that Presidents pulled
> until April as they wanted to see what their q1 would look like. The uncertainty
> of their business and outlooks for the year has caused many client to delay until
> they better understand what the directions 2001 will take." *Id.*

Minton was out of town and heard about the email at some point over the weekend, but did not

see the email until the Monday EMC meeting.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 609546

Minton explained that by the time of the Monday EMC meeting, Roberts had reduced his forecast even further, and that he continued to drop it during and after the meeting. She stated that her February 26, 2001 Upside Report reflected NAS' forecast reduction. Despite this large forecast reduction, Minton stated that even at that EMC meeting, it was not clear whether Oracle was going to miss the quarter because there were still many large deals "in play."

When asked, Minton could not recall Henley ever stating that he suspected Oracle might miss the quarter. She stated that everyone knew the state of the macro-economic environment and that, in good faith, management believed that Oracle was not yet affected by the economic slowdown. Minton emphasized that big deal swings are very common, and although Oracle's quarter always comes down to the wire, the company has always met or exceeded its projections and management had no reason to believe otherwise for Q3 of FY 2001.

**March 5, 2001 Upside Report**

Minton was shown an Upside Report from March 5, 2001. ORCL 4661, attached hereto as Exhibit L. Her handwriting is on the Report, listing the deals that rolled over from Q3 to Q4 of FY 2001. Minton speculated that these notes were taken during the first Thursday forecast call or Monday EMC meeting of Q4 FY 2001 because she was making notes for the Q4 forecast. Minton stated that she thought the slipped deals had a decent chance of closing in Q4 of FY 2001; and, in fact, many of them did close that quarter.

**Minton's Contemplated Stock Sale in January 2001**

Minton indicated in her initial interview that she sought permission to sell some of her stock in January 2001, but she did not ultimately trade. When asked about clearance for this contemplated stock sale, Minton stated that she had sent an email to Henley requesting clearance for her planned trades. She vaguely recalled receiving her clearance from Cooperman.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 609547

13

However, because Henley was out of town, he did not reply to her email. She did not recall asking Henley a second time for clearance after her initial email to him. Ultimately, Minton did not trade.

J.G.K.
J.L.S.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 609548

# EXHIBIT 360

239

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 611337

## INTERVIEW OF JENNIFER MINTON

On Friday June 21, 2002, the Special Litigation Committee (Joseph Grundfest and Hector Garcia-Molina) and its counsel (James G. Kreissman, Alexis Coll and Jessica Spiegel of Simpson Thacher & Bartlett) interviewed Jennifer Minton, Senior Vice President and Corporate Controller for Oracle Corporation, at Oracle's headquarters in Redwood Shores. Lynn Neuner, also of Simpson Thacher & Bartlett, attended the interview by telephone from New York. The interview lasted approximately three and one-half hours. What follows is a summary of the interview with impressions of counsel. It is not, and does not purport to be, a verbatim account of what was said.

### Minton's Education and Work Experience

Minton attended the University of California at Berkley, receiving a bachelor's degree in Business in 1983. She went to work for Arthur Anderson immediately upon graduation as an accountant. She worked for Arthur Anderson for six years, becoming a manager in the firm's San Francisco office. She joined Oracle Corporation in 1989.

Minton's first position with Oracle was as an Account Manager; her responsibilities included fixed assets and payroll. She was promoted to Assistant Controller in 1990. In that role, she gained responsibility for back office accounting. She gained additional responsibilities over time, including (1) corporate financial planning and analysis and (2) financial forecasting. In early 1999, she was promoted to her current position. She is responsible for the entire Finance Department, including business practices and contract administration. Two or three years ago there was a restructuring of the Finance Department, resulting in all of the Finance Department reporting to her, not Henley.

NDCA-ORCL 611338

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER



DC - 239
DEPOSITION
EXHIBIT
Minton 4/1/04

Minton's current direct reports include: William Plant (VP Finance Europe), Greg Davies (VP Finance Asia Pacific), Cheryl McDowell (VP Finance Latin America), Loren Mahon[1] (VP Finance North America), Tom Williams (VP Finance Operations), Larry Garnick (Assistant Controller), Dan Sharpel (VP Finance for Education), Anika Magnusun (VP, Internal Audit) and Ivgen Guner (Assistant Controller).  Her work with Larry Ellison is limited to shared attendance at Executive Committee meetings, budgeting meetings in April of each year,  post-quarter financial reviews and various special meetings (*e.g.*, IT or development issues meetings). Ellison almost never calls her at any time other than during the last week of the quarter and the first morning of the new quarter.  On occasion he will participate in the North America Forecasting Call (*see infra*).

A Typical Quarter

Minton described her job responsibilities by going through a typical quarter and explaining what she is normally does at a given point in time.

a.  Weeks 1-2:  Minton's focus is on closing the books of the prior fiscal quarter. She also helps prepare the earnings estimate to be given to the investor community for the new quarter.  She spends approximately 4 hours per week on forecasting issues and approximately 4 hours per week attending Executive Committee meetings.

b.  Weeks 3-8:  Minton's focus is on operational issues, including the organization of her staff and the Finance Department.  She spends approximately 4 hours per week on forecasting issues and approximately 4 hours per week attending Executive Committee meetings.

c.  Weeks 9-13:  Minton's focus is on financial forecasting information.  Minton looks to actual results in non-license businesses to see if they are on-track.  She also looks to pipeline and other indicators for license revenue.

d.  Last week:  Minton's main focus is on tracking the license sales revenue to determine whether the company will meet their earnings projections.  She tracks it daily and communicates this information to other members of the Executive Committee.  Her focus is largely on the "big deals" (*e.g.*, deals > $500,000).

[1]  During Q3 FY01, Mahon reported to Tom Williams, not Minton.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

3

Earnings calls were not her responsibility during Q3 FY01. While not technically her responsibility now, she is more heavily involved than before. During Q3 FY01, Investor Relations (specifically Stephanie Aas) would use its own model to generate an earning per share target. Aas would bring this number to Henley and Minton would get involved in confirming that the Investor Relations' target was consistent with Minton's own target. Today, Finance prepares the numbers for Investor Relations, which no longer runs its own model.

<u>On-Line Systems at Oracle</u>

Minton was asked to name and describe the electronic databases to which she has access (and/or had access in Q3 FY01)

a.  OASIS: on-line sales. This is a "limited", "narrow", and "ignorant" database that did not include global data and only included U.S. on-line sales and telesales from the Internet Sales Division ("iSD").

b.  OSO: database for tracking potential deals.

c.  OSA

d.  OFA: this is the primary database for forecasting.

e.  OKS: this is the system by which Support tracks both renewals as well as monthly or quarterly billings.

<u>Oracle's Forecasting Process</u>

a.  <u>Her experience</u>

Minton has been responsible, at least in part, for Oracle's internal forecasting for approximately 10 years. However, Minton said that she was not involved with the "Upside" decision until June 1999. Before that time, the "upside" number was developed by Graham Smith and Ray Lane. She explained that during that time frame, the Finance Department would collect the data from the sales force (i.e., "the field") and prepare the unadjusted report and then pass this information over to Smith and Lane who would conduct an "upside" analysis.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

4

According to Minton, the process has become more sophisticated over time: she used to rely on an Excel Spreadsheet requiring manual input while today she can generate a worldwide forecast within a few hours using Oracle's internet capabilities. While the process has become more sophisticated, the methodology has not changed. For examples Minton noted: (1) licensing forecasts have always relied on weighted pipeline data and historical conversion rate information and (2) consulting and educational models have not changed at all.[2]

        b.   The Process

Generally, Minton spends approximately 3 to 4 hours per week on forecasting (with the exception of the last week of any given quarter). During the first two months of a quarter, every other Thursday she holds a forecasting conference call with all the North American senior sales personnel and each North America sales group financial support person.[3] This conference call occurs every week during the last month of the quarter. Henley and Catz periodically participate. Ellison sometimes participates in the last call of the quarter. In advance of this call, the sales force present their forecast projections on Wednesday evening.

The purpose of this conference call is for sales personnel to inform her whether: (1) they have changed their forecast numbers (compared to the prior forecast), and if so, why; (2) there are any problems that might benefit from the help of senior management; and (3) there are big deals likely to close in the upcoming week(s). Minton noted that she presses the participating

---

[2]    Minton noted that the forecasting model has changed for Support. In Q4 FY01 her group changed the model due to problems encountered in Q3 FY01 related to the transfer of data onto OKS (the online contracts systems) and resulting data integrity issues. Minton described the Support financial issues in Q3 FY01 as "messy," requiring lots of time to fix. The changes to the model that she has implemented were intended to improve the tracking of contracts to improve forecasting over time.

[3]    Minton explained that beginning in 2000, the financial support personnel assigned to each sales group began to report directly to her, with an indirect reporting structure to the EVP of sales for that group.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 611341

5

sales persons to give her both a best case and a worst-case scenario — she wants to know the total possible range. She uses this information to prepare the "upside" number for the "Upside Report." She usually prepares this report on Friday. This report is then circulated to the Executive Management Committee for its use at its weekly Monday morning meeting.

Minton said the other sources of information for her adjustments to the "Upside Report" are: (1) anecdotal information she receives from the sales force by phone or email; (2) deal status reports received from her staff and/or sales force by phone or email; (3) trends analyses conducted by her staff; (4) Larry Garnick's Flash Reports; (5) Pipeline Reports (prepared by Ivgan Guner); and (6) Loren Mahon's Big Deal Reports.

Minton explained the nomenclature of the Upside Reports. She stated that the "forecast" column represented the raw sales forecast from the field. The "upside" column represents the adjustment to the forecast column. Minton noted that although her adjustments to the forecast column came to be known at Oracle as the "upside" number, the number is not always positive. There are times that her "upside" is negative. Indeed, since Oracle's earnings shortfall in 3Q of FY01, her upside adjustment is more likely to be negative than positive. Thus, the label is to a certain extent, a misnomer.

Second, the purpose of the "upside" adjustment is for Minton to apply her "own informed judgment" to the information from the field — based on historical trend data (most significantly historical conversion ratios) and her knowledge of the various sales organization — to determine what the "real growth" might be. According to Minton, historically, Oracle sales personnel were notorious for "sand-bagging" (*i.e.*, intentionally underestimating their forecasted revenues so that

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

they are assured of making their projected numbers). Although most of the sales groups did this, some were more extreme than others.[4]

Minton stated that adding her "upside" adjustments to the forecast number from the field provides the "potential" column on each forecast report. The potential column represents Minton's best-estimated projection for the quarter. It is not a best-case scenario, but rather, her view of the most likely scenario. Minton further stated that historically (prior to Q3 of FY01) the projections that included her "upside" adjustments proved to be far more accurate than the pure forecast number coming out of the sales organizations.

Minton noted that while she occasionally consults with Jeff Henley regarding the "upside" number before she finalizes the Upside Report, she considers the work primarily hers. When asked whether Henley ever changes her numbers, Minton could not recall any instances where he did this, including in Q3 FY01. Minton reiterated that the "upside" number is her own, not Henley's, Ellison's or Catz's.

Minton explained that areas of Oracle's business other than licensing booked revenue in a more regular pattern. Accordingly, forecasting was much more predictable for these areas of Oracle's business (e.g., Consulting, Support, Education). With these areas, Minton requests forecasting information every two weeks (on a Wednesday) and expects "best case numbers" and "worst case numbers" so that she has a range. At the end of each month, she incorporates the actual results from these areas into her calculations for the remaining forecast for the quarter. This was also her practice in Q3 FY01.

Minton also forecasts Oracle's quarterly expenses, although this task is somewhat less time consuming. According to Minton, Henley believes that she always forecasts expenses

---

[4]     For example, Jay Nussbaum (SVP of OSI) was known for consistently having a deal in his "back pocket" that he would pull out at the quarter-end.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

7

higher than actual performance. Minton claims that her goal is to forecast to actuals; she does not try to inflate expenses in order to have a cushion for reaching earnings at the end of a quarter.

c.      The Hockey-Stick Effect

Minton noted that Oracle's licensing revenue (and U.S. license revenue in particular) is extremely back-end loaded. Thus, U.S. licensing is very dependent upon big deals closing at the end of a quarter. This constitutes a very large percentage of Oracle's U.S. licensing revenue. Minton further stated that the phenomenon of having most big deals close in the last week or so of the quarter is typical of software companies in the U.S. She refers to this phenomenon as the "cardiac close" but acknowledges others refer to it as the hockey-stick phenomenon. Minton stated that other regions (e.g., Europe) are more regular regarding revenue during the quarter, although they do see increased activity at the end of the quarter as well.

**Executive Management Committee Meetings**

There is an Executive Committee ("EC") meeting every Monday that typically lasts approximately 4 hours. The first half of the meeting usually involves a discussion of Minton's "Upside Analysis." Any information she may gather from these meetings — they were described as a broad discussion — would be incorporated into the next "Upside Analysis." She described these meetings as "very political" with lots of competition among the various EVP's of Sales (in Q3 FY01 — Nussbaum, Sanderson, and Roberts).

When asked whether the Executive Committee normally discusses Garnick's "Flash Reports" after they are released, Minton answered that during the first two months of the quarter, the Flash Reports are circulated for discussion and to create competition among various sales groups. They are discussed at the regular Executive Management Committee meeting. During the last month only a few people are given access to any actual results — Minton, Henley, Catz and Ellison only in order to avoid any risk of premature disclosure.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

8

### Q3 FY01 Forecasting

    a.    <u>Entering the Quarter</u>

Minton noted that she was a bit nervous entering into Q3 FY01 because Q2 FY01, while

very successful, had been even more back-end loaded than usual.  When asked whether there is a

trend at Oracle that Q3 is better than Q2 in any given year, she answered that the only

discernable pattern is that Q1 is the worst quarter and Q4 is best; Q3 and Q2 can vary.  Minton

further noted that the Holiday Season (which falls in Q3 of Oracle's fiscal year) is not good for

its business.

    In Minton's opinion, the Executive Management Committee was very bullish over the

Company's Q3 FY01 prospects.  This attitude was amplified by the closing of the $60M Covisint

deal during the first week of Q3 FY01.  That deal had slipped from Q2 FY01, although Minton

stated that Oracle tried very hard to get it booked in Q2.  She spent the entire day on November

30, 2000 on the phone getting very frequent reports on the status of the deal — she was carrying

a $53 M upside on her Q2 FY01 forecast because of this deal.  In turn, that led her to project an

EPS of 10.34 cents for Q2.  Minton noted that even though the Covisint deal failed to close in

Q2, Oracle still closed enough other deals at the end of the quarter to earn $10.22 cents per

share.[5]  The Covisint deal was the largest deal in Oracle's history.  Minton said that in hindsight,

she believes that the Covisint deal had the effect of making the sales force overly optimistic

about 3Q prospects.  However, at the time, all she knew was that people were confident.

    b.    <u>Forecasting</u>

Minton explained that an accurate comparison of the pipeline between Q3 FY01 and Q3

FY00 was not possible because OSO was not used consistently across time in FY00.  She

---

[5]    Minton said that at the end of the Q2 FY01 she felt very confident about the accuracy of
her forecasting.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 611345

explained that OSO rolled-out slowly worldwide, but that by Q3 FY01 it was almost complete. She noted that as a result of more deals being captured electronically in the pipeline, the conversion ratio numbers were dropping slightly. Accordingly, in conducting her forecast analysis during Q3 FY01 she compared the pipeline on a group-by-group basis, not on an aggregate basis.

Minton explained that the Pipeline Report does not involve a weighted average; rather, it works on the assumption that all deals will be closed (*i.e.*, 100% conversion rate). The pipeline in the Big Deal Reports, on the other hand, included only those deals likely to close in the given quarter as of the last week of the quarter.

    c.    <u>Minton's View of Q3 FY01</u> .

Minton recalls that in January 2001 the Executive Committee began dedicating a significant amount of time at each weekly meeting to a discussion of the macroeconomic climate. Because she was concerned about that environment, Minton says she regularly challenged the sales force during her forecasting calls regarding the possible impact of the slowing economy on Oracle's customers. According to Minton, no one was reporting any significant downgrades to their forecasts during the January time period. In fact, Minton stated that at this time, the sales executives were very bullish and reported that they were not seeing any adverse impact from the economy.

Minton says that her concerns became stronger while she was on vacation around February 4, 2001. She was at a spa and spent some time reading various press reports regarding the economic slowdown. She called Ivgen Guner at Oracle from her vacation to see whether any of the sales groups were backing down from their forecasts; Minton learned that the sales force was still on track according to their forecast reports, although there had been some minor tweaks to the numbers in the past week. Upon her return to the office, she read an email from Larry

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

10

Garnick (ORCL 20303-06, attached hereto as Exhibit A) that gave her additional concerns. Minton stated that the email from Garnick was not atypical but it struck her as relevant at the time. In fact, it showed Oracle in a better position then it had been at the same time in the preceding quarter.

Later in February, Minton noted that the forecast numbers from NAS slowly began to decrease. However, she stated that she was not alarmed at the time because pipelines remained strong and she believed that the numbers were still sufficiently large to enable Oracle to meet projected earnings. In fact, Minton stated that Oracle's sales executives remained bullish up until the final days of the quarter.[6]

Minton says the first news she heard that NAS' projected sales were slipping in a significant way was on or about February 26, 2001. At the time, George Roberts received information from his sales force that one group was going to miss its forecast by $20M. At the Executive Committee meeting on February 26, Roberts reported that over the weekend the number had dropped again. This was during the "cardiac close" period.

Minton then stated that in that last two days of the quarter they saw an extraordinary and unprecedented failure in conversion rates. Oracle lost at least $100M in the last 2 days of the quarter (resulting in a 1 cent EPS drop in two days). *See* ORCL 22145-46, ORCL 22148-49, ORCL 22150-51, ORCL 22152-53, ORCL 22154-55, ORCL 22156 (attached hereto as Exhibits B – G respectively).

When asked whether she ever called colleagues at competitor companies or at other peer companies to inquire about the impact of the macroeconomic climate on their business, Minton

---

[6]  Minton stated that she believes, in retrospect, that Oracle's sales executives may have been "fooling themselves" by not anticipating a negative impact from the weakening economy, however, she and (to her knowledge) the sales executives were truly surprised when Oracle failed to meet its quarterly projections.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

11

answered "never." She said that Henley or Ellison might have made such contacts, but that she never did. She has no knowledge of either Henley or Ellison doing so in Q3 FY01.

### Q3 FY01 Earnings Disappointment

Minton said that she first realized they would not make guidance very late in the day on February 28. She wanted to prepare an announcement but wanted to make sure Oracle had sufficient information to give to analysts and investors. It was important to her that the company be accurate in its announcement. Ultimately, the numbers Oracle reported to analysts on March 1 were misallocated (as she had feared): Oracle overstated applications license revenue and understated technology revenue by offsetting amounts. By March 15, Oracle had a better understanding of the reasons for the earning disappointment: it resulted from an unforeseen and unexpected fall off in U.S. licensing revenues (both Big Deals and small deals) created by (1) customer hesitation to make large investments in IT during the economic slowdown and (2) a greatly accelerated downturn in the dot.com sector. She said while she had some idea that Big Deals were slipping in the last week, the collapse of the small deals took her by complete surprise. She said the biggest and most surprising shortfall came from the "mid-market space" (i.e., Nugent's GB group). Minton and her staff worked with Henley to draft his script for the March 15 quarterly earnings call.

When asked about the $20M shortfall in Support in Q3 FY01, Minton described the miss as "insignificant" to Oracle's failure to make its projected earnings. She explained that the transition onto the OKS system was difficult and created a significant data problem; accordingly, Support could not track deals accurately and could not account for revenues properly. Upon her return from vacation in mid-February 2001, Minton was charged with the responsibility of

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

12

correcting any problems caused by the OKS implementation in order to capture all possible Support revenue in Q3 of FY 2001.[7]

<u>Stock Sales</u>

Minton has not sold any stock "for a long time." She did not sell any stock in 2001. She recalls that in early January she was sufficiently nervous about the economy that she wanted to sell some Oracle stock. She recalls sending an email to Henley for clearance to trade sometime in early January, but she did not recall receiving a response to her request; therefore, she never traded. She recalls Sanderson wanting to trade in this same time frame. Minton interpreted this as Sanderson sharing her concerns about the macroeconomic climate. She said that she would have been comfortable selling in January because she had no material inside information about the company and its Q3 prospects.

Minton recalls learning about Ellison's sales. She was not surprised because she knew he had many options expiring later that year and that he would be looking to exercise and sell during the calendar year. Given the narrow opportunities for him to do so given the 6 week quiet period each quarter (2 weeks from end of quarter to earnings call and last month of the quarter), she was not surprised he sold in January, the new tax year. She recalls hearing from Catz, Henley, Deb Lange or Ellison that the sales (and their timing) had tax implications. Specifically, she recalls an issue about the tax implications of these sales for Oracle (not Ellison) and that the company took the position that Ellison should sell whenever he felt it was proper, regardless of the impact on the company.

---

[7]     When asked whether the OKS implementation was related to the initial Suite 11i roll-out, Minton responded that the two are wholly unrelated events.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 611349

13

She does not recall when or how she learned of Henley's sales. She did not know
anything about what motivated these sales. She had no information regarding the sales of Boskin
or Lucas.

J.A.G.
H.G.M
J.G.K.
L.K.N.
A.S.C.
J.L.S.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 361

Re: Permission to Exercise Options

Subject: Re: Permission to Exercise Options
Date: Thu, 18 Jan 2001 09:18:05 -0800
From: Dan Cooperman <daniel.cooperman@oracle.com>
Organization: Oracle Corporation
To: Jay Nussbaum <Jay.Nussbaum@oracle.com>
CC: Jeff Henley <jeff.henley@oracle.com>, Barbara Wallace <barbara.wallace@oracle.com>

Jay,

This note constitutes your clearance in accordance with Oracle's trading policy for executive officers and directors for your proposed transaction in Oracle stock, effective as of this date. This clearance is based on my understanding that either (i) there is at this time no material inside information which would, if known by you, make your trade improper or (ii) if there is such information, it has not been made known to you.

Please note the following conditions to this clearance:

1. This clearance is effective only for the transaction for which you requested clearance. If you wish to make any other transaction, request another clearance for that trade. This clearance will expire at the close of the market seven calendar days from the date of this note. If you have not completed your transaction by that time, you must request and receive an additional clearance or extension prior to continuing.

2. If you should gain access to material, undisclosed information prior to effecting your transaction, DO NOT TRADE. If you are unsure, ask.

3. You should verify that you have had no opposing transactions in the last six months.

Check with me or Barbara Wallace if you are unsure on any of these points.

Print and save a copy of this clearance for your records.

Dan

Jay Nussbaum wrote:

Jeff/Dan, I'd like permission to exercise some options. Please let me know.

Jay

1 of 2

CA-ORCL 037255
ORACLE CONFIDENTIAL

NDCA-ORCL 039428



DEPOSITION
EXHIBIT
Nussbaum-2
DATE: 6/22/06
MARY G. VAN DINA, C.S.R.

Re: Permission to Exercise Options

Dan Cooperman <daniel.cooperman@oracle.com>
Senior Vice President, General Counsel & Secretary
Oracle Corporation

CA-ORCL 037256
ORACLE CONFIDENTIAL

NDCA-ORCL 039429

# EXHIBIT 362

Re: Permission to Exercise Options

**Subject: Re: Permission to Exercise Options**
**Date:** Thu, 18 Jan 2001 10:28:47 -0800
**From:** Jeff Henley <Jeff.Henley@oracle.com>
**Organization:** Oracle Corporation
**To:** Jay Nusshaum <Jay.Nussbaum@oracle.com>
CC: "COOPERMAN, D." <DANIEL.COOPERMAN@oracle.com>

ok joh

Jay Nussbaum wrote:

> Jeff/Dan, I'd like permission to exercise some options.  Please let me
> know.
>
> Jay

CA-ORCL 037257
ORACLE CONFIDENTIAL

1 of 1

# EXHIBIT 363

3 of 6 DOCUMENTS

Copyright 2001 Washington Service Associates, Inc.
U.S. Insider Trading Database

COMPANY: ORACLE CORP
TICKER: ORCL
CUSIP: 68389X10

Form 4

FILING-DATE: February 9, 2001
TRANSACTION-DATE: January 30, 2001

**LENGTH:** 27 words

**Filer/Addr/Relation * * * * * Transaction * * Shares * * * Price * * Holdings** NUSSBAUM JAY          Option
Sale    30,000    $31.38    25,968
REDWOOD CITY, CA 94065
VICE PRESIDENT

**LOAD-DATE:** February 14, 2001



Page 1

4 of 6 DOCUMENTS

Copyright 2001 Washington Service Associates, Inc.
U.S. Insider Trading Database

COMPANY: ORACLE CORP
TICKER: ORCL
CUSIP: 68389X10

Form 4

FILING-DATE: February 9, 2001
TRANSACTION-DATE: January 30, 2001

**LENGTH:** 27 words

**Filer/Addr/Relation * * * * * Transaction * * Shares * * * Price * * Holdings** NUSSBAUM JAY          Option
Sale    10,000    $31.38    25,968
REDWOOD CITY, CA 94065
VICE PRESIDENT

**LOAD-DATE:** February 14, 2001

5 of 6 DOCUMENTS

Copyright 2001 Washington Service Associates, Inc.
U.S. Insider Trading Database

COMPANY: ORACLE CORP
TICKER: ORCL
CUSIP: 68389X10

Form 4

FILING-DATE: February 9, 2001
TRANSACTION-DATE: January 30, 2001

**LENGTH:** 27 words

**Filer/Addr/Relation * * * * * Transaction * * Shares * * * Price * * Holdings** NUSSBAUM JAY          Option
Sale    5,000    $31.44    25,968
REDWOOD CITY, CA 94065
VICE PRESIDENT

**LOAD-DATE:** February 14, 2001

6 of 6 DOCUMENTS

Copyright 2001 Washington Service Associates, Inc.
U.S. Insider Trading Database

COMPANY: ORACLE CORP
TICKER: ORCL
CUSIP: 68389X10

Form 4

FILING-DATE: February 9, 2001
TRANSACTION-DATE: January 31, 2001

**LENGTH:** 27 words

**Filer/Addr/Relation * * * * * Transaction * * Shares * * * Price * * Holdings** NUSSBAUM JAY          Option
Sale    45,000    $30.00    25,968
REDWOOD CITY, CA 94065
VICE PRESIDENT

**LOAD-DATE:** February 14, 2001

# EXHIBIT 364

22 of 24 DOCUMENTS

Copyright 2001 Washington Service Associates, Inc.
U.S. Insider Trading Database

COMPANY: ORACLE CORP
TICKER: ORCL
CUSIP: 68389X10

Form 4

FILING-DATE: February 9, 2001
TRANSACTION-DATE: January 4, 2001

**LENGTH:** 26 words

**Filer/Addr/Relation** * * * * * **Transaction** * * **Shares** * * * **Price** * * **Holdings** COOPERMAN DANIEL
 Option Sale    5,000    $33.00    6,098
REDWOOD CITY, CA 94065
OFFICER

**LOAD-DATE:** February 14, 2001

# EXHIBIT 365



#12 Interview Memorandum
of Safra Catz
07/16/02

12

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

NDCA-ORCL 297292

## INTERVIEW OF SAFRA CATZ

On July 16, 2002, the Special Litigation Committee of Oracle Corporation ("SLC") and its counsel interviewed Safra Catz, Executive Vice President and director of Oracle Corporation ("Oracle"). Present at the interview were SLC member Joseph Grundfest and counsel for the SLC, James Kreissman, Lynn Neuner and Alexis Coll. Also in attendance were Alan Salpeter and Sherry Drucker of Mayer Brown, Rowe & Maw, Catz's attorneys. The interview lasted approximately four hours. What follows is a summary of the interview with impressions of counsel. It is not, and does not purport to be, a verbatim account of what was said.

### Catz's Background

Catz earned an undergraduate degree and an M.B.A. from Wharton School of Business at Pennsylvania University. In 1986, she graduated from Harvard Law School with a J.D. Upon graduating, she joined Donaldson, Lufkin & Jenrette ("DLJ"), an investment bank, as an associate. She ultimately earned the title of Managing Director. In 1996, she started a software industry group at DLJ and ran that group through the time she left the firm.

### Catz's Job Responsibilities

In April 1999, Catz joined Oracle as Senior Vice President. She was promoted to Executive Vice President six months later in November 1999. However, her job responsibilities have largely remained the same: "assisting Larry Ellison in promoting the business." During her tenure at Oracle she has acquired additional direct reports but Catz stated that each of these groups were within the purview of her responsibilities upon joining Oracle in 1999. Today her direct reports are: Cathy Bojack (VP, Mergers & Acquisitions), Lauren Sandrolini (VP, Corporate Development), Jaqueline Woods (VP, Global Practices), Rich Allison (HQ Approval), Ellen Ader (Contract Approval), and Lon Face (Philanthropic).

2

In 1999, Raymond Lane, Oracle's former Chief Operating Officer, left the company. She and Ellison, Oracle's founder and CEO, subsequently divided Lane's responsibilities between themselves. Catz described the relationship as "working together in a consultative way to function as the COO." They share an office suite in Oracle's corporate headquarters in Redwood Shores.

Catz described her typical weekly schedule:

- **Monday**: 11 a.m. Executive Management Committee ("EMC") meeting. This involves all of the Executive Vice Presidents — Catz, Henley, Roberts, Block, Wohl, Rozwat — all the Senior Vice Presidents — Minton, Barrenechea, Jarvis, Rocha, Fitzgerald, Giacolletto — and Ellison. It typically lasts between 4 to 6 hours. Catz described the meeting as very interactive, "a free discussion of the business." On the morning of the meeting she puts together an agenda of topics for discussion and invites others to add to it.[1] Ellison normally comes to the meeting with additional items. The first order of business is normally to review Minton's "Upside Report" forecasts.

  After the EMC meeting is over, she and Ellison attend the PVMC meeting. This meeting includes all of the "Development Leaders" as well as Global IT and Support. They discuss all research and development issues and the entire product line.

- **Tuesday**: Catz attends the Server Technology meeting at 2:00 p.m. This meeting typically lasts 2-4 hours and its focus is the database business. When that meeting is over, Catz attends a marketing/advertising meeting. Ellison typically attends these meetings as well.

- **Wednesday**: Catz attends two meetings. The first, at 2:00 p.m, is the CRM meeting to discuss all issues related to that product. Then she attends a "Tools" meeting at which that product is discussed. Ellison typically attends these meetings as well.

- **Thursday**: At 1:00 p.m. she participates in the Finance Department's "Forecast Call."[2] Jennifer Minton orchestrates these calls; Ivgan Guner and the heads of each sales group

---

[1]   Catz explained that she does not keep hard copies of these documents and edits the computer version each week. Accordingly, no records exist from the relevant time period.

[2]   Catz explained that there is no "standing meeting" with the Finance Department. She participates in the Forecast Call, which occurs every other week in the first two months of the quarter and every week in the last month, and Minton, the SVP of Finance, attends the EMC meeting each week.

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

3

worldwide also participate.  At 2:00 Catz attends an "ERP and CRM" (previously "Apps") meeting.  This meeting typically lasts between 3 to 6 hours.  Ellison typically attends these meetings as well.

- **Friday**: There are no standing meetings scheduled for Friday.

Because most of these meetings begin at 2 pm, Catz generally spends her mornings and mid-day making phone-calls, holding staff meetings, reviewing correspondence, etc.  To the best of her knowledge, Ellison does the same.

The only other meetings she regularly attends are Oracle's Board meetings and meetings of the Finance and Audit Committee.  Each of these groups meets once a quarter.

**Forecast Calls**

When Catz participates in the Finance Department's Forecast Call, she does not take notes.  She described her role as listening in to determine whether there are any problems that she and/or Larry can assist in solving.  She is looking for problem deals, big deals or escalating problems with customers.

**Sources of Financial Data**

    1.    **Upside Reports**

Jennifer Minton and her staff create the Upside Reports; Catz plays <u>no</u> role in their creation/generation.  When asked how the Forecast Call, EMC meeting, and Upside Report relate to one another, Catz said she was not sure "what was the chicken and what was the egg" (*i.e.*, she does not know how Minton takes the information provided to her to create these documents).

Catz explained that she receives the Upside Reports on Monday morning in advance of the EMC meeting.  It is sent in hard-copy, <u>not</u> by email.  Catz states that she relies on a single page of the report — the upside analysis — the rest of the document is, in her opinion, largely irrelevant.  In reviewing the document, Catz relies on Minton's "potential" column and does not challenge the basis for it.  Catz understands the "forecast" column to be the number reported by

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

4

the sales force to Minton. The "upside" column reflected Minton's adjustments to the projections coming from the sales organizations. While they were called "upside" adjustments, they could be either positive or negative. The "potential" column is simply the sum of the forecast and upside columns. It is Minton's attempt at determining the "most likely" or "best estimate" scenario. It is not, according to Catz, a "best case scenario" number.

Catz explained that going into Q3 FY01, the "forecast" column of the upside reports had to be read with a certain level of skepticism. First, at that time, the sales forecast number was always lower than the number that the company actually achieved. In Catz's opinion, the sales force regularly "sandbagged" the numbers to give them room to maneuver and to make them look good when they exceeded their forecast. Second, the expense figures were always forecast to be higher than Oracle's actual expenses for a quarter.

## 2.    Big Deal Reports

Catz acknowledged that forecasting is very difficult given the fact that the vast majority of the company's large licensing deals are closed at the very end of the quarter (i.e., within the last few days).[3] The Big Deal Reports, generated by Loren Mahon, are used by the EMC to track the most significant deals on a day-by-day basis in the last week of the quarter. The Big Deal Reports cover U.S. license revenues derived from deals greater $500,000 only. Catz explained

---

[3]    Catz explained that approximately 40% of Oracle's business comes from new sales of software licenses. This is the most volatile portion of Oracle's business. Further, it is primarily in the licensing area where last minute closure of deals most affects Oracle's quarterly results. By contrast, the remaining 60% of Oracle's business is more predictable. Oracle's Maintenance, Consulting and Support revenues are booked ratably. Thus, if Oracle closed a deal in one of these areas late in a quarter, it would not recognize significant revenue in that quarter from the deal. While Oracle's Education is booked as delivered, it also tends to be less volatile than Oracle's license business. In fact, Catz explained that in Q3 FY01, each of these areas (other than licensing) did largely as expected; there were minor shortfalls, which were largely compensated for by savings in operating expenses.

5

that this is a "big part of the business" and it is the part of the business that closes at the last minute. Accordingly, both she and Ellison focus on the Big Deals in the last two weeks of the quarter.

Catz described the information in the Big Deals report as "very interesting." A typical report gives the reader the following information:

- Number of days left in the quarter

- The number of big deals closed to date and the revenues generated from these deals on the date the report is generated compared to the same day a year prior (as measure by number of days to end of quarter, not by calendar date);

- The number and dollar value of contracts > $500,000 that have been drawn up and sent to the customer (the "current pipeline")[4].

### 3.   Flash Reports

Catz does not rely on or use the Flash Reports (which give a monthly accounting for the first two months of a given quarter of deals closed to date) because so much of Oracle's licensing business occurs at the end of the quarter. She does not think these reports are terribly helpful. She noted that in Q3 FY01 these reports were particularly unhelpful because the Covisint deal was an extraordinary and unprecedented event (a very large deal ($60 M) closed in the first days of the quarter). Catz believed that this put Oracle so far ahead in Q3 of FY01, that any year-to-year quarterly comparison was not helpful. When asked why the company generates these reports if they are not helpful, she replied that she did not know.

---

[4]      Catz thought that for some customers the software actually ships at the same time the contract is sent out (*i.e.*, before a deal actually closed). She stated that Matt Mayerson and Loren Mahon would have further details.

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

**NDCA-ORCL 297297**

6

### 4. Pipeline Reports

Catz did not recognize the exemplar pipeline report showed to her by Mr. Kreissman. She said that these reports are not circulated to her and she did not know who produced them. She noted she studies the pipeline data incorporated in the Minton Upside Report.

### 5. OSO

Catz has access to OSO but rarely uses it. She believes she has logged on to this system five times or less. She said that Ellison also has access, but she does not know how frequently he uses it.

### 6. OFA

Catz does not have access to OFA.

### 7. OASIS

Catz knew that this system was once used to track telesales. She did not know whether it was still in use at Oracle. She never had a password with which to access the system and accordingly never accessed it.

### 8. Mid-Market Dot.Com Forecast

Catz said she did not receive this report and was unaware of the document.

### 9. Live Video Board

The SLC asked Catz if she was knew of the allegation in some of the complaints that Oracle had a video board that tracked sales in real-time. Catz responded that she was unaware of any such video board anywhere at Oracle.

### Quarterly Earnings Calls

Catz plays no specific role in preparing Henley and Ellison for Oracle's quarterly earnings calls. She consults with them about what they may say but is not involved with

NDCA-ORCL 297298

scripting their comments. She does not make the decision as to what projection numbers will be given. She typically participates in the calls but does not speak.

With regard to the December 14, 2000 Earnings Call (Q3 FY01), Catz believes she was in the room with Ellison and Henley during the call but has no recollection of discussing strategy or financial projections with them before the call.

**Conversion Rates**

Catz noted that conversion rates — the percentage of deals that actually close as compared to the number of deals in the overall pipeline — is lower for Applications than for Database. She explained that Oracle's Database business is well established. Oracle is the significant dominant player in the market with few, if any, competitors. Because it does not face significant competition, Oracle has little trouble converting possible deals into actual contracts and therefore the conversion rate is high. In contrast, the Applications business is a relatively new product line for Oracle and there are several well-established companies competing head-to-head with Oracle for the business, including Siebel, IBM, and others. In addition, according to Catz, the two business lines face different approval processes within the customer corporation. Generally, database deals are negotiated with and need to be approved by a customer's technology staff and CIO only. In contrast, Application purchases regularly involve not only the CIO but also the CFO, CEO or Senior VPs. When these additional senior executives are involved, the likelihood that the deal will not close in a particular timeframe increases.

Catz stated that many deals involve both a Database portion and an Applications portion. In such deals, there are pre-established formulae for booking the revenues and allocating the costs and revenue between the two business lines. She noted that even when Oracle losses an Applications deal to a competitor, the database portion of the deal might still go to Oracle.

**CONFIDENTIAL PURSUANT**
**TO PROTECTIVE ORDER**

8

### Q3 of FY 2001

Catz discussed the attitude of Oracle's top executives going into Q3 FY01. Business in both Q1 and Q2 had been excellent. Q2 FY01 had "hugely" exceeded expectations, even in the dot.com sector, despite six months of press reports about the "dot.com bust." Therefore, they were optimistic about Oracle's prospects going forward.

1.     December

This positive attitude was buoyed by the closing of the Covisint deal — the largest in Oracle's history at $60M — within the first week of the third quarter. As of early December, Catz believed business was "spectacular" and was getting better and better.

Catz was heavily involved in closing the Covisint deal. When asked why it slipped from Q2 FY01 into Q3 FY01, Catz explained that she had insisted the customer pay cash because it was a huge deal with a large discount. The deal slipped into the third quarter because Covisint was working on getting enough cash. The cash did not hit Oracle's account in time to be logged as a second quarter deal. Catz believes that the software actually shipped in the second quarter.

Catz was asked whether Oracle allowed the deal to slip into the third quarter after it realized that it was going to make its projected revenues for the second quarter. Catz says Oracle's attitude is "get the money and get it now." She stated that Oracle does not play games with revenue recognition. Moreover, it was not clear until the last minute that Oracle was going to make its Q2 FY01 projected revenues, making this sort of gamesmanship even more unlikely.

Once the Covisint deal closed, Oracle's executives felt "very bullish." They had been exceeding expectations each quarter and by significant amounts. According to Catz, everyone was bullish and the general feeling in the office was that "business was awesome." She does not remember how the 12¢ EPS guidance was determined; she does not recall discussing it with

either Ellison or Henley. She does recall that she believed Oracle would exceed that figure and she thought 14¢ EPS was more likely. At that time, Catz thought it would be impossible for Oracle to fail to meet its projection for Q3 of FY01. She stated that Oracle's pipeline was astonishing and that Oracle was way ahead of its projections because of the Covisint transaction.

Catz does not recall anyone at Oracle saying that he or she believed the 12¢ figure was too optimistic. She endorsed the attitude of Ron Wohl's December email (ORCL 17364, attached hereto at Exhibit A) in which he speculated that he would achieve greater than 100% growth in Applications in Q3 of FY01.

When asked about her views of the macroeconomic climate in December 2000, Catz said she does not recall any details. Catz regularly reads the various press reports, including the Wall Street Journal and the Economist.

2.    **January**

Catz recalls growing uncertainty in the press regarding the macroeconomic climate in light of the dot-com implosion and the possible impact it would have on various technology companies at this time. She remembers reading press reports about huge losses in start-up companies. However, she recalls thinking that, based on Oracle's performance in Q2 FY01 (especially NAS's performance in that quarter[5]), Oracle was "immune" from that effect and that it had "positive momentum." She believed Oracle's customer base was significantly large and diverse enough to ride out any problems in the dot.com sector. Catz also pointed out that the fact

---

[5]    NAS is composed of three groups: Canada, "Majors" (*i.e.* large customers that do not clearly fall into any other business sector such as the Mormon Church and various airlines) and General Business (all companies in the United States with less than $500 million in aggregate sales). Most of the dot.com companies fell into the General Business category. This group was the responsibility of John Nugent, who reported to George Roberts.

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

that Oracle's margins were improving dramatically at that time would make up for any revenue shortfall.

When asked what she knew about Oracle's competitors during this time frame, Catz responded that Oracle seemed to be doing very well vis-à-vis its competitors in the Applications market. She believed Oracle was winning contract bids and protecting its market share. She did not recall hearing any announcements from these competitors about earnings problems. She does remember hearing announcements about economic problems at various PC hardware companies, but did not think that Oracle would be subject to the same problems, as Oracle's products helped its customers to rapidly save money and increase efficiency.

### 3. February

Catz does not recall receiving Larry Garnick's February Flash Report in which he sets forth January's actual revenues. Upon reviewing the document (ORCL 20831-20833, attached hereto at Exhibit B), Catz pointed out that there is nothing in the email that would have given her concern about whether Oracle would meet its projections for Q3 of FY01. When asked about the forecast number in the last paragraph of the document, Catz noted that the forecast number is the "sandbag" number given to Minton from the sales force. It does not take into account Minton's "potential" number.

Catz remembered Henley stating in late February that he did not have anything to add to Oracle's guidance for the quarter. She stated that this was typical of Henley, who did not like to comment on projections for a quarter after the initial quarterly call. She said that in late February she, Henley and Ellison believed that Oracle would meet its projections. She saw absolutely no reason to revise the number at this time. She does not recall discussing these statements with Henley or Ellison either before or after they were made.

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

### 3.     March 1, 2001

Typically, earnings statements are drafted by Investor Relations and revised by Catz. They then go to Ellison for comment and revision. Once Ellison's comments are incorporated, Catz elicits comment from Legal, Henley and Investor Relations. But, she does not recall writing or working on the March 1, 2001 statement. She knows it was done late at night/early in the morning as Oracle did not know it had failed to make the numbers until very late in the evening.

### Q3 FY 2001 Earnings Disappointment

### 1.     The last week of the quarter

Catz reviewed and discussed each of the Big Deal reports from February 2001:

#### a.     February 23

Catz said that the reports show that even though two deals fell off (GAP and Citicorp) the business still looked very healthy compared to the prior year.[6]  Moreover, at the end of that day the Qwest contract was finalized and sent to the customer putting an additional $16M into the "pipeline" (which made up for the $17M GAP deal).  Catz focused on the depth of the pipeline compared to the prior year — $826M versus $705M — as well as the gross amount of deals closed to date compared to the last year—$191M closed which is 151% of the prior year— and said that she "was feeling quite good."

#### b.     February 26

Looking at Mahon's email from 6:34PM (ORCL 22150 – 22151, attached hereto at Exhibit E), Catz pointed out that as of that day (two days before the end of the quarter) Oracle had closed $213M (compared to $73M in the prior year), including $22M that day.  In addition,

---

[6]     These were two reports that day, one at 2:52 p.m. and the other at 3:53 p.m.  *See* ORCL 22147 and ORCL 22148 – 22149, attached hereto at Exhibits C and D respectively.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

12

$8M was added to the pipeline that day. The "total paper on the street" (*i.e.*, the pipeline and the closed deals) was "huge" at $834M. Catz remembers feeling far ahead of where they needed to be and recalls Ellison commenting that it would be a "big blow out." She said they (*i.e.*, she and Ellison) were "ebullient" because Oracle was showing big deal revenues of 192% of the prior year. She says they were feeling "euphoric" that the company was going to meet guidance and do better than expected.

      c.    February 27

Looking at Mahon's email of 5:04 p.m. (ORCL 22152 – 22153, attached hereto at Exhibit F), Catz pointed out that this day provided mixed news. Oracle lost one deal (Capital One) but added a bigger one to the pipeline (WorldCom). However, Oracle only closed $16M (as compared to $104M in the prior year). According to Catz, because Oracle was still ahead of the prior year by 120% and the pipeline was huge ($820M) she felt "there was no reason to panic."

Additionally, Catz stated that on February 27, Minton received two emails from Sarah Kopp, Finance Director of OSI, which indicated that OSI was projecting revenue of between $225 – 243 million. Catz stated that these emails gave her reason for optimism about Oracle's performance for the quarter. (ORCL 126538 and 126539 – 126540, attached hereto at Exhibits G and H, respectively).

      d.    February 28

Reviewing two emails from Kopp sent between 6:00 – 7:00 p.m. that night (ORCL 126541-56 at 126551, attached hereto at Exhibit I) Oracle still predicted Qwest to close. They

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

closed HealthSouth and the Cingular deal was back on track. She felt, even at this late time, that Oracle would manage to close enough big deals to meet expectations. [7]

Reading the report of 8:00 p.m. (ORCL 22154-22155, attached hereto as Exhibit J), Catz says they were starting to be worried: Oracle closed only $103M, compared to $157M the year before. In addition, the pipeline has shrunk immensely (by $270M).[8] However, she said she was still hopeful they would make the numbers—there were 4 hours left in the day on the West Coast and more than $218M of deals in the pipeline.

She said it was not until early morning March 1 — *see* Mahon email of 4:50 a.m. (ORCL 22156, attached hereto at Exhibit K) — that she realized that Oracle would fail to meet expectations. Catz explained that she was "stunned" when several big deals failed to close (*e.g.*, Sprint ($15.3M), Lucent ($36.3M), Qwest ($15-16M), Gap ($17M), Fidelity ($10-15M), Sony ($5M), Worldcom ($12M), and Capital One ($11M)).[9] She described the situation as "a complete melt-down in the last day and a half" which left them "stunned."[10]

---

[7]  Catz remembers an email from Sarah Kopp to Jennifer Minton on or about February 28 in which Kopp said they were going to exceed forecast. She recalls that Kopp later send an email apologizing for the failure to convert on several large deals.

[8]  Catz explained that because it was 8 pm PST (11 pm EST), the pipeline was changed to remove any deal with a company on the East Coast unless that deal was expected to close in the next hour.

[9]  Of these deals, at least half simply slipped into the 4th quarter. The other half disappeared. Had they all closed in the third quarter, Oracle would have increased its revenues by approximately $130 million.

[10]  Catz also pointed to additional emails from Kopp to Minton dated February 28, 2001 found at Exhibit I. These emails show that OSI's forecast began February 28 ad $230 million and dropped to $175 million by the end of the day. Catz stated that the dramatic OSI drop was symptomatic of what she observed throughout Oracle on February 28, 2001.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

One of the reasons Catz was shocked that certain deals did not close was that they were deals resulting from the customer's unauthorized use of software already in its possession. Catz says it is common for a customer to purchase software and then exceed its license (i.e., buying a license for 5,000 employees and having 6,000 employees use the software). In those situations, Oracle and the company negotiate a deal for the additional users. She was certain those deals would close and many of them were very large (greater than $5M) deals. Examples of this type of deal included the Sprint deal for approximately $15.3M and the WorldCom deal for $12M.

### 2. Specifics of Earnings Disappointment

Looking at which groups in the United States failed to meet numbers, Catz noticed that:

- OSI's shortfall of approximately $80M to $90M from Oracle's December 2000 projections resulted from deals in the telecommunications industry — e.g., Qwest, Worldcom and Lucent—that fell apart. She further stated that through the end of the quarter, Oracle was confident these telecom deals would close.

- NAS's shortfall of approximately $151M from Oracle's December 2000 projections appears not to be attributable to extremely large deals (i.e. deals greater than $10M). Rather, Catz believed that much, if not most, of the slippage in this division occurred in deals less than $10M but greater than $500,000. She further suggested that a significant portion of these deals related to the dot.com sector; however, she referred the SLC to George Roberts, EVP Sales, who she stated would be more informed about the bases of the shortfall.

- Catz did not have an explanation for OPI's shortfall of approximately $35M from December 2000 projections. She does not know what happened in this sector.

Catz said that she does not recall being directly involved with many deals in the third quarter. She does remember being involved at some level in the Fidelity deal and remembers speaking with the CEO of HealthSouth, a deal that closed.

Catz said that it is now clear, but was not predictable at the time, that the conversion rate in U.S. licensing "hit the wall" in the third-quarter. It fell "shockingly" down. Had the

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

conversion rates from prior third-quarters occurred in FY01, Oracle would have exceeded their 12 cent projection.

### 3.    The Remainder Of Oracle's Business

When asked how Oracle performed but for the U.S. license revenue shortfall, Catz said she does not recall but she thought it was "fairly typical." After reviewing Oracle's forecasts (upside reports) and actual results for FY01, Catz described the performance by the international licensing groups to be "inconsequential" to the overall quarter. Catz stated that, as compared to Oracle's December 2000 revenue estimates, none of the other regions — Europe, Japan, Latin America, and Asia Pacific — missed estimates by more than about $10M.

Catz stated that while some deals abroad failed to close, she believes that fact to be largely irrelevant — international licensing was responsible for only about $20M of the shortfall compared to the December 2000 projections, a minor sum given the overall shortfall for the quarter. Catz believes that had Oracle closed the 7 U.S. licensing deals listed above, it would have made its forecast. Catz thus characterized the Q3 FY01 shortfall as a failure of the U.S. license market, and big deals in particular.

Catz was asked about the Support renewal shortfall of approximately $20M in Q3 FY01 versus the December 2000 projections. Catz discussed various emails that were sent between Finance and Support on which she was copied. She explained that during this quarter Oracle was moving support renewals information onto the OKS system. Because of a glitch in the transfer of information, some of the information was either improperly converted or was missing. Catz explained this was not a software problem but rather a data quality problem. As a result of the problems, Support had a difficult time keeping track of its business and the revenues derived

therefrom.[11]  At the same time, Rocha had just replaced Bloom as the VP responsible for this business segment.  Accordingly, many of these emails were Rocha's attempt to understand what had happened so that he could resolve the various issues.  At the time, Catz felt this was an unfortunate incident that needed to be rectified; she did not think it was a significant problem that would impact on Oracle's ability to make its projected revenues.

Catz further noted that Oracle's Consulting and Education business each fell approximately $10M short of Oracle's December 2000 projection for Q3 of FY01.  However, she stated that in the context of total quarterly revenue of $2.7 billion, these shortfalls were not material.  Catz noted that Oracle was decreasing the size of its Consulting organization as part of one executive strategy to increase Oracle's "partnering" with third party consulting organizations and thus increase the number of product referrals from those organizations.

### 4.     Specific Deals That Did Not Close

Catz was asked the extent of her knowledge about the following deals that allegedly slipped from Q3 of FY01: Telia AB, Hewlett Packard, The Principal Financial Group, Nantucket Allserve, Inc., Alliance Coal, LLC, Motorola, Inc., Health Net, and JDS Uniphase.  Catz did not recall most of the alleged transactions in question.  She recalled the Motorola Board had approved the deal in Q3 of FY01 but that the CEO of Motorola halted the deal on the last day of the quarter.  She did not think that the Motorola deal ever closed.  In addition, she believed that JDS Uniphase had closed in Q3.

Plaintiffs allege that in Q3 of FY01, Oracle failed to close several "mega deals" in its pipeline for CRM systems with certain large commercial customers.  Catz was asked the extent

---

[11]     Catz said the data problems resulted in some customers receiving support services without getting billed.  When the problems were resolved, the clients were billed but these revenues were not recognized in Q3 FY01.

NDCA-ORCL 297308

of her knowledge about these deals: FedEx, Mutual of Omaha and General Electric ("GE"). She recalled that a GE Capital deal did not close, but she did not recall the specifics of the deal and otherwise had no recollections of these deals.

Further, Plaintiffs allege that two expected deals with state and local governments failed to close during Q3: State of Michigan Human Services Department and New York City Housing Authority. When asked, Catz recalled generally that there was a State of Michigan deal that did not close, but could not recall any specifics about that deal. She could not recall a New York City deal. She suggested that Sarah Kopp might be knowledgeable about these deals.

### 5.    Conclusion

Oracle's big deal U.S. license revenue grew only 15% from Q3 FY00 to Q3 of FY01, ($420M versus $366M), not enough to meet analyst expectations. She pointed out that this all occurred "in one day." She noted that by any standard other than meeting analyst expectations, Oracle had a good quarter: it grew US license revenues by 15% and had its best third quarter in its history.

## Suite 11i Allegations in the Complaints

### 1.    Bugs and 11i Suite

Catz said that any software rollout involves bugs and related problems and that the 11i Suite did not provide any unique challenges or problems in this regard. She said the problems that did exist related to "functionality" and that these problems were exacerbated by the piecemeal roll out many companies chose to implement (*i.e.,* the customer only bought one or two modules of Suite 11i and then tried to integrate those modules into its existing network).

Catz was often involved with resolving customer complaints, especially large customers. She said that there were a number of complaints from Europe but she said that the "Europeans

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

18

were always looking for something." Mr. Kreissman then directed Catz to specific allegations of

customer complaints in the derivative complaint. She responded as follows:

- **Bell South** is a big CRM customer. It worked as a "development partner" in the early stages of the CRM rollout. It is live and is a happy customer; it presents at Oracle's AppsWorld and acts as a reference for Oracle.

- **GE Capital** is a company that also agreed to be an Oracle reference. She knows little about the account other than that it went "big bang" (*i.e.,* adopted the entire Suite 11i product at one time). It is totally live and, to Catz's knowledge, is happy with the product. She has "no doubt" that there were many TARS especially since GE Capital implemented its own rollout in India for its entire global operation. Catz remembers that Oracle loaned numerous consultants to the implementation for customer-relations purposes, but GE insisted on doing the implementation itself.

- **HP** is one of Oracle's earliest customers. HP was a partner in building the platform with Oracle. They went to market together. She recalls that HP received a very large discount on its CRM purchase because it was an early customer.

- **Tropicana** adopted all of 11i Suite and is now 100% live. It acts as a full reference for Oracle.

- **Eaton Corporation** was an automobile customer and Catz did not know of any disputes with Oracle.

- **Nike** is a company that Catz mentioned as upset with Oracle's competitor, i2, not Oracle. She was not aware of Suite 11i being used by Nike.

- **Citibank** is a company that uses Oracle procurement software and Catz recalled Citibank as a customer with a good relationship with Oracle.

Catz does not believe that any deals slipped from Q3 FY01 into later quarters as a result

of bug problems or rumors about the product not working. She bases that opinion on two facts:

(1) most of the Suite 11i customers as of Q3 FY01 were in Europe yet Oracle failed to meet

expectations in Q3 FY01 because of the United States market, not because of Europe, and (2)

CRM was a de minimis portion of Oracle's business and most deals that slipped or disappeared

were not CRM—and many were not even Applications—but were database deals.

Catz said that today the product is "spectacular." Customers think the product is "fantastic" and there are more than 100 companies using the product acting as references. Catz did not recall when she believed the product attained its current quality level.

## 2.   Discounts

Catz explained that Oracle's current policy is to have a customer buy only what it needs. Oracle does not encourage buying for the future through discount pricing. Oracle's current policy was also in effect in Q3 FY01. Oracle used to do more discounting in quarters prior to Q3 FY01. However, Catz stated that discounts are not given, and have never been given, in recognition of bug problems. Catz did acknowledge that customers that bought very early releases of a new product (*i.e.*, Betatesters) were sometimes given discounts because these customers might experience more problems than later users, and would work with Oracle to rectify those problems.

Catz explained that there are certain pre-approved deal terms, including discounts. When discounts are given, they are related, generally, to volume: the more volume, the deeper the discount. If a sales person wants to deviate from these pre-approved terms, he or she must get express approval from Catz and Ellison. In Catz's opinion, this is a "huge disincentive" to giving deep discounts.

Catz explained that older versions of software are not discounted *per se* when a newer version is released (*i.e.*, this is not like the discounts Intel gives for the Pentium 3 chip once the Pentium 4 is introduced). For example, 8i did not become a cheaper product simply because 9i was released. According to Catz, there is no need to discount these products: different customers have different needs and 8i is the top-of-the-line product for many customers' needs.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

She also said that in the Database area Oracle does not need to provide discounts because they are the dominant player in the market. Other companies cannot compete on the product; therefore, there is no need for Oracle to compete on price.

### $1 Billion Savings Campaign

Catz said that the goal of saving $1 Billion was set by Ellison in 1999/2000. He wanted to decrease expenses in order to increase profit margins at the same time as Oracle's business was growing. By using Suite 11i internally, Oracle could centralize many necessary functions on a global scale. Once globalized, the company could reduce expenses by ridding itself of system and personnel redundancies. It could decrease headcount without reducing the amount of deals in the pipeline because everything became automated. Oracle got rid of data processors, HR clerks, etc. world-wide as it centralized and automated these functions on the Internet.

Catz explained that one way to quantify the savings from the implementation of Suite 11i was to look at Oracle's margins. Catz stated that during the year that Oracle saved $1 billion from the use of Suite 11i, Oracle's margins increased by 10 basis points and Oracle had revenues of $10 billion; thus, the company saved $1 billion. As anecdotal support, Catz pointed out that every group within Oracle (with the sole exception of R&D) saved money by lowering operating costs. In addition, they were able to centralize many functions in India where educated labor (including engineers) is much cheaper than in North America and Europe.

### Sales of Stock by Henley, Ellison, Boskin and Lucas

Catz said she was aware that Henley and Ellison sold shares in Q3 FY01 but she has never spoken with them about those trades or the reasons for them. She did not recall whether she knew of the sales at the time they were made. She did not know that either Boskin or Lucas has sold stock in Q3 of FY01.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

21

**Board Meetings**

Catz was elected as a director of Oracle in October 2001. Before that she attended each Board meeting and Finance and Audit Committee meeting in her role as SVP/EVP. When asked about the Board meeting in January 2001, she answered that all of the Board meetings she has attended "blend together" and that she had no recollection at all of the January 2001 meeting. Thus, she could not comment on whether there were any presentations or discussions about Oracle's financial condition or outlook or the macroeconomic environment. She similarly had no recollection of what, if anything, was said at that meeting about the likelihood that Oracle would meet its earnings projections for Q3 of FY01.

J.A.G.<br>
J.G.K<br>
L.K.N<br>
A.S.C.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

A

Exhibit A

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297314



revenue growth from my group's products

**Subject: revenue growth from my group's products**
**Date:** Sat, 09 Dec 2000 10:46:42 -0800
**From:** Ron Wohl <ron.wohl@oracle.com>
**Organization:** Oracle Corporation
**To:** "Ellison,Lawrence" <LELLISON@US.ORACLE.COM>,
"Henley,Jeffrey" <JHENLEY@US.ORACLE.COM>,
"Minton,Jennifer" <JENNIFER.MINTON@ORACLE.COM>

In Q2, we hit 89% growth for my group's products. Anyone care to bet on breaking 3 digit growth for this quarter -- or would we all take the same side of the bet?

Highlights of growth are:

**Procurement/Exchange:** up 145% to $37M. The $5M of Exchange revenue in this figure is of course only the piece recognized ratably.

**APS** sales hit $15M. Large sequential growth over the $3M in Q1. Growth over last year is not meaningful.

**HR:** up 124% to $26.5M.

**Manufacturing (including OM):** up 87% to $47M.

**Finapps/Projects:** up 42% to $63.5M.

If you are curious, the difference between the 70% "ERP" growth that Finance shows, and the 89% for my group's products is primarily as follows:

1. Dropoff in 3rd party product sales from $10.5M to $.1M. This was primarily retek deals from last year.

2. Adding back Configurator, which gets counted in the CRM bucket. This grew 122%.

3. Taking out Clinical and Energy Apps, which are outside my org but counted as "ERP".

---

Ron Wohl <ron.wohl@oracle.com>
Executive Vice President
Applications Development

---

ORCL 0017364
ORACLE
CONFIDENTIAL

4/25/2002 10:21 AM

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL **297315**

**B**

Exhibit B

CONFIDENTIAL PURSUANT
PROTECTIVE ORDER

NDCA-ORCL 297316



> **Return-Path:** <Larry.Garnick@Oracle.com>
> **Received:** from Oracle.com (dhcp-5op6-5op6-west-144-25-178-194.us.oracle.com
> [144.25.178.194])by gmgw02.oraclecorp.com (8.8.8⊓.8.8) with ESMTP id
> OAA28544;Thu, 8 Feb 2001 14:52:23 -0800 (PST)
> **Message-ID:** <3A83228C.8A8B831D@Oracle.com>
> **Date:** Thu, 08 Feb 2001 14:49:48 -0800
> **From:** Larry Garnick <Larry.Garnick@Oracle.com>
> **Organization:** Oracle Corporation
> **X-Mailer:** Mozilla 4.76 [en] (Win95; U)
> **X-Accept-Language:** en
> **MIME-Version:** 1.0
> **To:** Jennifer Minton <Jennifer.Minton@Oracle.com>,
> Jeff Henley <Jeff.Henley@Oracle.com>,
> Jay Nussbaum <Jay.Nussbaum@Oracle.com>,
> Safra Catz <Safra.Catz@Oracle.com>,
> Chuck Rozwat <Charles.Rozwat@Oracle.com>,
> Sandy Sanderson <Sandy.Sanderson@Oracle.com>,
> Ron Wohl <Ron.Wohl@Oracle.com>,
> George Roberts <George.Roberts@Oracle.com>,
> Sergio Giacoletto <Sergio.Giacoletto@Oracle.com>,
> Larry Ellison <Larry.Ellison@Oracle.com>,
> Derek Williams <Derek.Williams@Oracle.com>
> **Subject: January FY01 QTD Revenue Results**
> **Content-Type:** multipart/mixed;boundary="------------202138D945D0DD6298CAD8AE"
> **X-Mozilla-Status:** 8001
> **X-Mozilla-Status2:** 00000000

Summarized below are the January FY01 QTD revenue results for your review. Please note:

- The license revenues growth rate was 25% in USD, 12 points better than the 13% growth we experienced in January FY00 QTD over January FY99 QTD. However, excluding the $60 million Covisint license deal, the USD growth rate would have been only 8%. Excluding Covisint, OPI QTD license revenue growth would have been (63%).

- In constant dollars, January QTD license revenues grew 32%, which represents a 7 point negative currency impact. We expect currencies to negatively impact Q3 license revenue growth by approximately 4%. The currency impact for the first two months is greater than the average we expect for the full quarter because Europe represents a much larger portion of the first two months than we are forecasting for the full quarter.

- January QTD license results represents 36% of the total forecast for Q3 FY01. In FY00 and FY99, January QTD represented 33% and 38%, respectively, of the quarter total.

- January QTD operating expenses declined 3% year over year (7% in constant dollars).

- The analyst community is expecting 23% license revenue growth and 18% overall revenue growth for Q3 FY01. To deliver 23% USD license revenue growth we need $1,341 million in CD license revenue for the quarter, $95 million (8%) more than our current forecast. January QTD CD license revenue represents 33% of that requirement.

**ORCL 0020831**
**ORACLE**
**CONFIDENTIAL**

1

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER



- Revenue results by product category are not yet available due to 11i upgrade issues in the USA. I'll send that to you as soon as we have it (probably tomorrow).

| Line of Business | January FY01 QTD Actuals in US Dollars | January FY00 QTD Actuals in US Dollars | Percent Growth in US Dollars | Percent Growth in Constant Dollars | January FY01 QTD vs January FY99 QTD Percent Growth in Constant Dollars | January FY01 QTD Constant Dollar Actuals as a Percent of Q3 Constant Dollar Forecast |
|---|---|---|---|---|---|---|
| License | $434,408 | $348,116 | 25% | 32% | 17% | 36% |
| Consulting | 330,246 | 310,323 | 6% | 10% | (8%) | 61% |
| Support | 568,671 | 494,779 | 15% | 20% | 36% | 62% |
| Education | 58,859 | 66,636 | (12%) | (7%) | 2% | 51% |
| Other | 5,696 | 574 | nm | nm | nm | 60% |
| **Total Revenue** | **$1,397,880** | **$1,220,428** | **15%** | **20%** | **15%** | **50%** |
| **License Organization** | | | | | | |
| Nussbaum - OSI | $22,747 | $27,398 | (17%) | (17%) | n/a* | 11% |
| Roberts - NAS | 55,954 | 79,163 | (33%) | (28%) | n/a* | 17% |
| Sanderson - OPI | 67,405 | 20,123 | 235% | 235% | n/a* | 47% |
| Sanderson - Latin America | 27,862 | 23,520 | 18% | 27% | 46% | 63% |
| Smith - UK, Ireland & South Africa | 38,015 | 19,466 | 95% | 117% | (40%) | 54% |
| Jaeger - Germany | 20,514 | 21,818 | (6%) | 2% | 45% | 38% |
| Anidjar - France, Middle East & Africa | 35,943 | 25,097 | 43% | 51% | (12%) | 65% |
| Bonzano - Southern Europe | 36,068 | 28,295 | 27% | 37% | 24% | 63% |
| Jarnick - | | | | | | |

ORCL 0020832
ORACLE
CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297318



| | | | | | | |
|---|---|---|---|---|---|---|
| Northern Europe | 41,393 | 28,037 | 48% | 59% | 20% | 62% |
| Shintaku - Japan | 59,853 | 42,350 | 41% | 57% | 18% | 56% |
| Williams - Asia Pacific | 27,466 | 27,139 | 1% | 11% | 18% | 37% |
| Corporate Adjustments & other | 1,188 | 5,710 | (69%) | (69) | nm | nm |
| **Total License Revenue** | **$434,408** | **$348,116** | **25%** | **32%** | **17%** | **36%** |

* Not available, because restatements between US divisions for account ownership changes for FY99 are not available for January QTD, only for the full quarter. In total, the three US divisions showed 27% growth for January FY00 QTD vs January FY99 QTD.

Regards,

Larry

| | |
|---|---|
| 📄 December Product Revenue Flash.xls | **Content-Type:** application/x-msexcel;name="De Product Revenue Flash.xls" **Content-Transfer-Encoding:** base64 **Content-Disposition:** inline;filename="December Prod Revenue Flash.xls" |

ORCL 0020833
ORACLE
CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297319

C

Exhibit C

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297320



**Subject: Big Deal Update February 23 Workday -4 am**
**Date:** Fri, 23 Feb 2001 14:52:18 -0800
**From:** Loren Mahon <loren.mahon@oracle.com>
   **To:** jennifer.minton@oracle.com, safra.catz@oracle.com

The full report for today will come out by 4pm.
The only new over $5m closed is the Jan SAP royalty for $28.8m
The GAP deal for $17m was off this am but will be back on this afternoon.
The Citicorp deal for $5.5m dropped to $275k.

On day -1 last year we had 75 deals left in the pipe for $185m. Of these we closed 36 for $52m. On this afternoon's report I'll show the net change day over day for this year and last year. lj

### Big Deal Status-February 23, Workday -4

|  | Q3FY01 Workday - 4 | Q3FY00 Workday - 4 | Percentage Growth Year over Year | Q3FY00 Final Results |
|---|---|---|---|---|
| # of Deals Closed* >$500k | 56 | 50 | 12% | 178 |
| Amount of Deals Closed >$500k | $185m | $76m | 143% | $366m |
| # of Deals >$500k in pipeline** | 224 | 273 | (18%) |  |
| Amount of Deals >$500k in pipeline | $565m | $629m | (10%) |  |
| TOTAL Amount of Deals >$500k | $750m | $705m | 6% |  |

*Closed deals are deals where we have received paperwork from the customer and the order has been booked or is in the process of being booked.

**Pipeline deals are deals where contracts has received an approval form, a quote or contract draft has been prepared, and the sales rep has indicated the deal may still close in February.

--
Loren J. Mahon
Vice President
Americas Revenue Management Services
650-506-5022
Fax 650-506-7399
http://Revenue-Management

"Manager's work in the system, leader's work on the system."-Stephen Covey

ORACLE
CONFIDENTIAL

ORCL 0022147

03/19/2001 1:54 PM

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297321



D

Exhibit D

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

**NDCA-ORCL 297322**



**Subject: Big Deal Update February 23 Workday -4**
**Date:** Fri, 23 Feb 2001 15:53:50 -0800
**From:** Loren Mahon <loren.mahon@oracle.com>
**To:** tawillia@us.oracle.com, jhenley@us.oracle.com, jennifer.minton@oracle.com,
larry.garnick@oracle.com, larry.ellison@oracle.com, safra.catz@oracle.com,
"Guner,Ivgen" <IVGEN.GUNER@ORACLE.COM>

The January SAP royalty report for $28.8m was added to closed deals today.
In the pipeline Citicorp fell from $5.5m to $275k.  Qwest was added for $16m.

Big Deal Status-February 23, Workday -4

| | Q3FY01 Workday -4 | Net change from Workday -5 | Q3FY00 Workday -4 | Net change from Workday -5 | Percentage Growth Year over Year | Q3FY00 Final Results |
|---|---|---|---|---|---|---|
| # of Deals Closed* >$500k | 62 | 14 | 50 | 4 | 4% | 178 |
| Amount of Deals Closed >$500k | $191m | $46m | $76m | $3m | 151% | $366m |
| # of Deals >$500k in pipeline** | 221 | (26) | 273 | (4) | (19%) | |
| Amount of Deals >$500k in pipeline | $635m | $17m | $629m | ($1m) | 1% | |
| TOTAL Amount of Deals >$500k | $826m | $63m | $705m | $2m | 17% | |

Size of Over $500k Pipeline Deals February 23, 2001

| | # of Deals Q3FY01 workday - 4 | %of Deals Q3FY01 workday - 4 | # of Deals Q3FY00 workday - 4 | %of Deals Q3FY00 workday - 4 |
|---|---|---|---|---|
| $500k to $1m | 107 | 48% | 118 | 43% |
| >$1m to $5m | 93 | 42% | 132 | 48% |
| >$5m to $10m | 8 | 4% | 16 | 6% |
| >$10m | 13 | 6% | 7 | 3% |
| TOTAL | 221 | 100% | 273 | 100% |

Size of Closed Deals over $500k  February 23, 2001

ORCL 0022148

ORACLE CONFIDENTIAL

03/19/2001 1:55 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 297323



brg Deal Update February 23 Workday -4

|  | # of Deals Q3FY01 workday -4 | % of Deals Q3FY01 workday -4 | # of Deals Q3FY00 workday -4 | % of Deals Q3FY00 workday -4 | # of Deals Q3FY00 Final Results | % of Deals Q3FY00 Final Results |
|---|---|---|---|---|---|---|
| $500k to $1m | 32 | 52% | 26 | 52% | 87 | 49% |
| >$1m to $5m | 24 | 39% | 22 | 44% | 76 | 43% |
| >$5m--$10m | 3 | 5% | 1 | 2% | 9 | 5% |
| >$10m | 3 | 5% | 1 | 2% | 6 | 3% |
| TOTAL | 62 | 100% | 50 | 100% | 178 | 100% |

*Closed deals are deals where we have received paperwork from the customer and the order has been booked or is in the process of being booked.

**Pipeline deals are deals where contracts has received an approval form, a quote or contract draft has been prepared, and the sales rep has indicated the deal may still close in February.

--
Loren J. Mahon
Vice President
Americas Revenue Management Services
650-506-5022
Fax 650-506-7399
http://Revenue-Management

"Manager's work in the system, leader's work on the system."-Stephen Covey

ORACLE
CONFIDENTIAL

ORCL 0022149

03/19/2001 1:55 1

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297324

E

Exhibit E

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297325

The image is a faint header text at top.



Fq: Deal Update February 26 Workday -3

**Subject: Big Deal Update February 26 Workday -3**
    **Date:** Mon, 26 Feb 2001 18:34:36 -0800
    **From:** Loren Mahon <loren.mahon@oracle.com>
      **To:** tawillia@us.oracle.com, jhenley@us.oracle.com, jennifer.minton@oracle.com,
        larry.garnick@oracle.com, larry.ellison@oracle.com, safra.catz@oracle.com

The GAP for $17m fell off today.

### Big Deal Status-February 26, Workday -3

|  | Q3FY01 Workday - 3 | Net change from Workday -4 | Q3FY00 Workday - 3 | Net change from Workday -4 | Percentage Growth Year over Year | Q3FY00 Final Results |
|---|---|---|---|---|---|---|
| # of Deals Closed* >$500k | 73 | 11 | 53 | 3 | 38% | 178 |
| Amount of Deals Closed >$500k | $213m | $22m | $73m | ($3m) | 192% | $366m |
| # of Deals >$500k in pipeline** | 222 | 1 | 244 | 29 | (9%) | |
| Amount of Deals >$500k in pipeline | $621m | ($14m) | $521m | ($108m) | (19%) | |
| TOTAL Amount of Deals >$500k | $834m | $8m | $594m | ($111) | 40% | |

### Size of Over $500k Pipeline Deals February 23, 2001

|  | # of Deals Q3FY01 workday - 3 | %of Deals Q3FY01 workday - 3 | # of Deals Q3FY00 workday - 3 | %of Deals Q3FY00 workday - 3 |
|---|---|---|---|---|
| $500k to $1m | 111 | 50% | 112 | 46% |
| >$1m to $5m | 90 | 41% | 115 | 47% |
| >$5m to $10m | 9 | 4% | 11 | 5% |
| >$10m | 12 | 5% | 6 | 2% |
| TOTAL | 222 | 100% | 244 | 100% |

Size of Closed Deals over $500k  February 26, 2001

**ORACLE CONFIDENTIAL**

ORCL 0022150

03/19/2001 1:55 PM

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297326

 

 big Deal Update February 26 Workday -3

| | # of Deals Q3FY01 workday -3 | % of Deals Q3FY01 workday -3 | # of Deals Q3FY00 workday -3 | % of Deals Q3FY00 workday -3 | # of Deals Q3FY00 Final Results | % of Deals Q3FY00 Final Results |
|---|---|---|---|---|---|---|
| $500k to $1m | 37 | 51% | 20 | 38% | 87 | 49% |
| >$1m to $5m | 30 | 41% | 29 | 55% | 76 | 43% |
| >$5m--$10m | 3 | 4% | 2 | 4% | 9 | 5% |
| >$10m | 3 | 4% | 2 | 4% | 6 | 3% |
| TOTAL | 73 | 100% | 53 | 100% | 178 | 100% |

*Closed deals are deals where we have received paperwork from the customer and the order has been booked or is in the process of being booked.

**Pipeline deals are deals where contracts has received an approval form, a quote or contract draft has been prepared, and the sales rep has indicated the deal may still close in February.

--
Loren J. Mahon
Vice President
Americas Revenue Management Services
650-506-5022
Fax 650-506-7399
http://Revenue-Management

"Manager's work in the system, leader's work on the system."-Stephen Covey

ORACLE
CONFIDENTIAL

ORCL 0022151

03/19/2001 1:55 PM

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297327



**F**

Exhibit F

NFIDENTIAL PURSUANT
PROTECTIVE ORDER

NDCA-ORCL 297328

 

g Deal Update February 27 Workday -2

**Subject: Big Deal Update February 27 Workday -2**
   Date: Tue, 27 Feb 2001 17:04:47 -0800
   From: Loren Mahon <loren.mahon@oracle.com>
      To: tawillia@us.oracle.com, jhenley@us.oracle.com, jennifer.minton@oracle.com,
         larry.garnick@oracle.com, larry.ellison@oracle.com, safra.catz@oracle.com

Worldcom was added in the pipe today for $12.6m.  Capital One dropped off for $11m.  Last year there was a weekend between day -3 and  day -2.

### Big Deal Status-February 27, Workday -2

|  | Q3FY01 Workday - 2 | Net change from Workday -3 | Q3FY00 Workday - 2 | Net change from Workday -3 | Percentage Growth Year over Year | Q3FY00 Final Results |
|---|---|---|---|---|---|---|
| # of Deals Closed* >$500k | 85 | 12 | 85 | 32 | 0% | 178 |
| Amount of Deals Closed >$500k | $229m | $16m | $177m | $104m | 120% | $366m |
| # of Deals >$500k in pipeline** | 205 | (17) | 221 | (23) | (7%) |  |
| Amount of Deals >$500k in pipeline | $591m | ($30m) | $477m | ($44m) | 24% |  |
| TOTAL Amount of Deals >$500k | $820m | ($14m) | $654m | $60m | 25% |  |

### Size of Over $500k Pipeline Deals February 27, 2001

|  | # of Deals Q3FY01 workday - 2 | %of Deals Q3FY01 workday - 2 | # of Deals Q3FY00 workday - 2 | %of Deals Q3FY00 workday - 2 |
|---|---|---|---|---|
| $500k to $1m | 104 | 51% | 98 | 44% |
| >$1m to $5m | 80 | 39% | 107 | 48% |
| >$5m to $10m | 9 | 4% | 13 | 6% |
| >$10m | 12 | 6% | 3 | 1% |
| TOTAL | 205 | 100% | 221 | 100% |

Size of Closed Deals over $500k  February 27, 2001

ORACLE
CONFIDENTIAL

ORCL 0022152

03/19/2001 1:56 PM

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297329



org Deal Update February 27 Workday -2

| | # of Deals Q3FY01 workday -2 | % of Deals Q3FY01 workday -2 | # of Deals Q3FY00 workday -2 | % of Deals Q3FY00 workday -2 | # of Deals Q3FY00 Final Results | % of Deals Q3FY00 Final Results |
|---|---|---|---|---|---|---|
| $500k to $1m | 44 | 52% | 41 | 48% | 87 | 49% |
| >$1m to $5m | 35 | 41% | 37 | 44% | 76 | 43% |
| >$5m--$10m | 3 | 4% | 3 | 4% | 9 | 5% |
| >$10m | 3 | 4% | 4 | 5% | 6 | 3% |
| TOTAL | 85 | 100% | 85 | 100% | 178 | 100% |

*Closed deals are deals where we have received paperwork from the customer and the order has been booked or is in the process of being booked.

**Pipeline deals are deals where contracts has received an approval form, a quote or contract draft has been prepared, and the sales rep has indicated the deal may still close in February.

Loren J. Mahon
Vice President
Americas Revenue Management Services
650-506-5022
Fax 650-506-7399
http://Revenue-Management

"Manager's work in the system, leader's work on the system."-Stephen Covey

ORACLE
CONFIDENTIAL

ORCL 0022153

03/19/2001 1:56 P

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297330

G

Exhibit G

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

**NDCA-ORCL 297331**

Subject: Q3 License Status
Date: Tue, 27 Feb 2001 11:57:47 –0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jennifer Minton <jennifer.minton@oracle.com>

Jennifer, updated with my projections

Here are the scenarios from my perspective at this point:

| Vertical | Wor | Stre | Hope | | | |
|----------|-----|------|------|------|----|-----------------------------|
| Federal | 15.6 | 38 | 40 | 40 | | 5.8M NAVAIR in commit |
| S & L | 9.0 | 35 | 38 | 38 | 12 | State of New York NOT in Projection |
| Higher Ed | 2.4 | 5 | 5 | 5 | | |
| Healthcare | 2.9 | 7 | 8 | 30 | 23 | HealthSouth (awaiting CIO signature today; otherwise CFO signature tomorrow) IN Projection |
| Fin Services | 4.1 | 13 | 18 | 14 | | 4.4M Upside Credit Suisse First Boston -plus- 0.5 Upside on Guardian deal CSFB NOT in Projection |
| Comms/Util | 21.8 | 57 | 60 | 116 | 36 17 6 15 | Lucent - IN Proj Qwest - IN Proj Sprint - IN Proj Worldcom - NOT IN Proj |
| TOTAL OS | 55.8 | 155 | 169 | | 243 | |

Give me a call if you'd like to discuss further.

| | Name: Q3 L status 022701am.xls |
|---|---|
| Q3 L status 022701am.xls | Type: Microsoft Excel Worksheet (application/vnd.ms-excel) Encoding: base64 Download Status: Not downloaded with message |

ORCL 0126538
ORACLE CONFIDENTIAL

05/10/2001 1 49 PM

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297332



H

Exhibit H

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

**NDCA-ORCL 297333**

Subject: [Fwd: Q3 License Status]
Date: Tue, 27 Feb 2001 17:58:40 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jennifer Minton <jennifer.minton@oracle.com>

fyi.  not good for stl or federal.

Subject: Q3 License Status
Date: Tue, 27 Feb 2001 17:58:06 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jay Nussbaum <Jay.Nussbaum@oracle.com>
CC: "Police,Ronald" <RON.POLICE@ORACLE.COM>

Jay, updated.  Now includes my projections.  We are booked at $61.2M

I understand HealthSouth will be picked up by Jeff Schimmelman at 8am tomorrow.
Federal has moved Army/USACE out to Q4; this was in their forecast, so they are down by $3.8M
In S&L, PG County Public Schools and Miami Dade moved out to Q4.  In addition, Jose has reduced his
   committed deals under $500K by $3.0M so in total he's down by $5M.
On a positive note, in Fin Svc there is life at Fidelity – Safra is involved and Tony is optimistic; I'm not
putting it in my
   projection just yet but I've added it to the swing deals

| Vertical (USD in M) | Won | For | Upside | M/N Forecast (Q1 mid/aggressive) | | |
|---|---|---|---|---|---|---|
| Federal | 15.6 | 33 | 37 | 35 | | USACE dropped |
| S & L | 10.2 | 27 | 31 | 30 | 12 | State of New York NOT in Projection |
| Higher Ed | 2.9 | 5 | 5 | 5 | | |
| Healthcare | 3.8 | 6 | 7 | 29 | 23 | HealthSouth IN Projection |
| Fin Services | 5.7 | 13 | 14 | 14 | 10 | Fidelity back to life NOT in Projection |
| | | | | | 4 | CSFB still unlikely NOT in Projection |
| Comms/Util | 23.0 | 57 | 60 | 112 | 36 | Lucent - IN Proj |
| | | | | | 17 | Qwest - IN Proj |
| | | | | | 6 | Sprint - NOT IN Projection |
| TOTAL OSI | 61.2 | 141 | 154 | 225 | | |

So, I'm not counting New York, Fidelity, CSFB or Sprint in my current projection.  Of the total "swing"
deals I am counting $76M of the $108M and have moved Worldcom out altogether.

Feel free to call me if you would like to discuss in more detail (note: mobile is 703-624-1066 should you
need it)

ORCL 0126539
ORACLE CONFIDENTIAL

of 2

05/10/2001 1:49 P)

2.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297334

 Q3 L status 022701pm.xls

| | Name: Q3 L status 022701pm.xls |
|---|---|
| | Type: Microsoft Excel Worksheet (application/vnd.ms-excel) |
| | Encoding: base64 |
| | Download Status: Not downloaded with message |

Sarah Kopp, OSI Finance <sarah.kopp@oracle.com>
Senior Director
Finance
Oracle Service Industries

ORCL 0126540
ORACLE CONFIDENTIAL

2 of 2

3    05/10/2001 1:49 P)

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297335



Exhibit I

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

NDCA-ORCL 297336

Subject: [Fwd: Q3 License Status]
Date: Wed, 28 Feb 2001 11:25:23 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jennifer Minton <jennifer.minton@oracle.com>

Jennifer, fyi.

I have moved the more definite deals into the forecast from swing at
this point.

I am starting to see some erosion in the core forecast for Comms/Util --
a few of the deals are shrinking in size.  Further updates to follow.

Subject: Q3 License Status
Date: Wed, 28 Feb 2001 11:22:40 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jay Nussbaum <Jay.Nussbaum@oracle.com>
CC: "Police,Ronald" <RON.POLICE@ORACLE.COM>,
Terry Ford <Terrence.Ford@oracle.com>

Jay, at this hour we are booked at $62.9

Latest update from Federal is that the 6M at Navy Medical is not going to happen, but many of their
other outstanding deals are now booked.

| Vertical ($O mil) | Wed | Fcst | Upside | My Projection (all inclusive) | Swing | Comments |
|---|---|---|---|---|---|---|
| Federal | 20.8 | 32 | 38 | 34 | | 3.6M at USACE alive again and in Upside |
| S & L | 11.7 | 27 | 31 | 28 | 12 | State of New York NOT in Projection |
| Higher Ed | 3.2 | 5 | 6 | 5 | | 1.5M at Howard Univ in Upside |
| Healthcare | 4.1 | 28 | 29 | 29 | | 23M at HealthSouth in Forecast |
| Fin Services | 5.9 | 23 | 25 | 23 | 4 | CSFB NOT in Projection 1.1M at Prudential in Upside |
| Comms/Util | 22.2 | 75 | 80 | 111 | 36 | Lucent - IN Proj 17M at Qwest in Forecast |
| TOTAL-OSI | 67.7 | 190 | 209 | 430 | 52 | |

I am projecting if we get Lucent we'll be at $230, without CSFB or NY.  I'm currently not counting all of
the upside so if we were to bring everything in, including all of the upside, CSFB and NY we'd get to
$261M.

Feel free to call me if you would like to discuss in more detail (note: mobile is 703-624-1066 should you
need it)

ORCL 0126541
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

d: Q3 License Status]

| | Name: Q3 L status 022801 11am.xls |
|---|---|
| Q3 L status 022801 11am.xls | Type: Microsoft Excel Worksheet |
| | (application/vnd.ms-excel) |
| | Encoding: base64 |
| | Download Status: Not downloaded with message |

Sarah Kopp, OSI Finance <sarah.kopp@oracle.com>
Senior Director
Finance
Oracle Service Industries

ORCL 0126542
ORACLE CONFIDENTIAL

of 3

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297338

Subject: [Fwd: Q3 License Status]
Date: Wed, 28 Feb 2001 13:47:53 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jennifer Minton <jennifer.minton@oracle.com>

Jennifer, $2M more booked; no other changes.

---

Subject: Q3 License Status
Date: Wed, 28 Feb 2001 13:46:46 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jay Nussbaum <Jay.Nussbaum@oracle.com>
CC: "Police,Ronald" <RON.POLICE@ORACLE.COM>,
    Terry Ford <Terrence.Ford@oracle.com>

Jay, at this hour we are booked at $69.6; we're holding at the same projection.

| Vertical (USD $m) | Won/Fcst | Upside | My Projection (All inclusive) | Swing | Comment |
|---|---|---|---|---|---|
| Federal | 21.2 | 32 | 38 | 34 | | 3.6M at USACE alive again and in Upside |
| S & L | 12.2 | 27 | 31 | 28 | 12 | State of New York NOT in Projection |
| Higher Ed | 3.8 | 5 | 6 | 5 | | 1.5M at Howard Univ in Upside |
| Healthcare | 14.0 | 28 | 29 | 29 | | 23M at HealthSouth in Forecast |
| Fin Services | 6.9 | 23 | 25 | 23 | 4 | CSFB NOT in Projection, 1.1M at Prudential in Upside |
| Comms/Util | 21.5 | 75 | 80 | 111 | 36 | Lucent - IN Proj, 17M at Qwest in Forecast |
| TOTAL OSI | 69.6 | 190 | 205 | 230 | | |

Let me know if you'd like to discuss in more detail.

---

| | Name: Q3 L status 022801 1pm.xls |
|---|---|
| Q3 L status 022801 1pm.xls | Type: Microsoft Excel |
| | Worksheet (application/vnd.ms-excel) |
| | Encoding: base64 |
| | Download Status: Not downloaded with message |

ORCL 0126543
ORACLE CONFIDENTIAL

6   03/10/2001 1:30 P

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297339

ad: Q3 License Sectors]

Sarah Kopp, OSI Finance <sarah.kopp@oracle.com>
Senior Director
Finance
Oracle Service Industries

ORCL 0126544
ORACLE CONFIDENTIAL

7

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297340

**Subject:** [Fwd: Q3 License Status]
**Date:** Wed, 28 Feb 2001 16:00:50 -0500
**From:** Sarah Kopp <sarah.kopp@oracle.com>
**Organization:** Oracle Corporation
**To:** Jennifer Minton <jennifer.minton@oracle.com>

Jennifer, FYI.  Don't shoot the messenger.  The bank said NO on Lucent.

**Subject:** Q3 License Status
**Date:** Wed, 28 Feb 2001 15:59:25 -0500
**From:** Sarah Kopp <sarah.kopp@oracle.com>
**Organization:** Oracle Corporation
**To:** Jay Nussbaum <Jay.Nussbaum@oracle.com>
**CC:** "Police,Ronald" <RON.POLICE@ORACLE.COM>,
Terry Ford <Terrence.Ford@oracle.com>

Jay, at this hour we are booked at $69.6.

- As you are aware, Lucent is out of the picture for Q3 (36M)
- American Electric Power has moved to Q4 (4M) out of Utilities
- CSFB in Fin Services is gut (4M)
- Revenue reversal from December on S&L NYPD will NOT be added back; no PO by cob today (4M)

| Vertical (ISD incl) | Worst | Best | Upside | My Projection (all inclusive) | Swing | Comments |
|---|---|---|---|---|---|---|
| Federal | 21.9 | 32 | 36 | 34 | | 3.6M at USACE alive again and in Upside |
| S & L | 12.6 | 23 | 27 | 24 | 12 | State of New York NOT in Projection; Jose at client now; expect news shortly |
| Higher Ed | 3.8 | 5 | 6 | 5 | | 1.5M at Howard Univ in Upside |
| Healthcare | 4.0 | 28 | 29 | 29 | | 23M at HealthSouth in Forecast |
| Fin Services | 7.0 | 23 | 25 | 25 | | 4M CSFB Removed 1.1M at Prudential in Upside |
| Comms/Util | 21.5 | 71 | 76 | 71 | | 36M Lucent Removed 4M AEP Removed 17M at Qwest in Forecast; looks good |
| TOTAL OSI | 70.9 | 182 | 199 | 188 | 12 | |

Let me know if you'd like to discuss in more detail.

ORCL 0126545
ORACLE CONFIDENTIAL

1 of 2

8    05/10/2001 1:53 I

JFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297341

Subject: [Fwd: [Fwd: Q3 License Status]]
Date: Wed, 28 Feb 2001 16:25:08 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jennifer Minton <jennifer.minton@oracle.com>

Just got word that Cingular dropped out for another $10M off Comms.

That brings Comms to $61M and my projection to $178M.

Subject: [Fwd: Q3 License Status]
Date: Wed, 28 Feb 2001 16:00:50 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jennifer Minton <jennifer.minton@oracle.com>

Jennifer, FYI.  Don't shoot the messenger.  The bank said NO on Lucent.

Subject: Q3 License Status
Date: Wed, 28 Feb 2001 15:59:25 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jay Nussbaum <Jay.Nussbaum@oracle.com>
CC: "Police,Ronald" <RON.POLICE@ORACLE.COM>,
Terry Ford <Terrence.Ford@oracle.com>

Jay, at this hour we are booked at 369.6.

- As you are aware, Lucent is out of the picture for Q3 (36M)
- American Electric Power has moved to Q4 (4M) out of Utilities
- CSFB in Fin Services is out (4M)
- Revenue reversal from December on S&L NYPD will NOT be added back; no PO by cob today (4M)

ORCL 0126546
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297342

| Vertical (ISD incl.) | Won | Fcst | Upside | My Projection (all inclusive) | Swing | Comments |
|---|---|---|---|---|---|---|
| Federal | 21.9 | 32 | 36 | 34 | | 3.6M at USACE alive again and in Upside |
| S & L | 12.6 | 23 | 27 | 24 | 12 | State of New York NOT in Projection; close at client now; expect news shortly |
| Higher Ed | 3.8 | 5 | 6 | 5 | | 1.5M at Howard Univ in Upside |
| Healthcare | 4.0 | 28 | 29 | 29 | | 23M at HealthSouth in Forecast |
| Fin Services | 7.0 | 23 | 25 | 25 | | 4M CSFB Removed 1.1M at Prudential in Upside |
| Comms/Util | 21.5 | 71 | 76 | 71 | | 36M Lucent Removed 4M AEP Removed 17 M at Qwest in Forecast; looks good |
| TOTAL OSI | 70.8 | 182 | 199 | 188 | 32 | |

Let me know if you'd like to discuss in more detail.

| [Q3 L status 022801 3pm.xls] | Name: Q3 L status 022801 3pm.xls<br>Type: Microsoft Excel<br>   Worksheet (application/vnd.ms-excel)<br>Encoding: base64<br>Download Status: Not downloaded with message |
|---|---|

Sarah Kopp, OSI Finance <sarah.kopp@oracle.com>
Senior Director
Finance
Oracle Service Industries

ORCL 0126547
ORACLE CONFIDENTIAL

of 3

10   03/10/2001 1:33 PM

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

Sarah Kopp, OSI Finance <sarah.kopp@oracle.com>
Senior Director
Finance
Oracle Service Industries

ORCL 0126548
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297344

Subject: [Fwd: Q3 License Status]
Date: Wed, 28 Feb 2001 18:12:13 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jennifer Minton <jennifer.minton@oracle.com>

Here you go... State Street for 1.7 in Fin Svc may come back in to play.

Subject: Q3 License Status
Date: Wed, 28 Feb 2001 18:09:10 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jay Nussbaum <Jay.Nussbaum@oracle.com>
CC: "Police,Ronald" <RON.POLICE@ORACLE.COM>,
Terry Ford <Terrence.Ford@oracle.com>

Jay, at this hour we are booked at $72.9.

| Vertical (USD bил.) | Wed Fcst | Upside | My projection (all inclusive) | Sunday | Comments |
|---|---|---|---|---|---|
| Federal | 22.3 | 32 | 36 | 34 | | 3.6M at USACE in Upside |
| S & L | 03.2 | 23 | 27 | 24 | 12 | State of New York NOT in Projection; close at client now; expect news shortly |
| Higher Ed | 3.8 | 5 | 6 | 5 | | 1.5M at Howard Univ in Upside |
| Healthcare | 4.0 | 28 | 29 | 29 | | 23M at HealthSouth in Forecast |
| Fin Services | 8.2 | 20 | 22 | 22 | | 1.1M at Prudential in Upside |
| Comms/Util | 21.4 | 61 | 76 | 61 | | 17M at Qwest in Forecast; looks good 10M at Cingular back on life supports |
| TOTAL US | 72.9 | 168 | 196 | | | |

Let me know if you'd like to discuss in more detail.

| | Name: Q3 L status 022801 530pm.xls |
|---|---|
| Q3 L status 022801 530pm.xls | Type: Microsoft Excel Worksheet (application/vnd.ms-excel) Encoding: base64 Download Status: Not downloaded with message |

ORCL 0126549
ORACLE CONFIDENTIAL

of 2                                                              / 2

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

Sarah Kopp, OSI Finance <sarah.kopp@oracle.com>
Senior Director
Finance
Oracle Service Industries

ORCL 0126550
ORACLE CONFIDENTIAL

13   05/10/2001 1:53 PM

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297346

Subject: [Fwd: [Fwd: Q3 License Status]]
Date: Wed, 28 Feb 2001 18:56:37 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jennifer Minton <jennifer.minton@oracle.com>

fyi: HealthSouth is booked.

Subject: [Fwd: Q3 License Status]
Date: Wed, 28 Feb 2001 18:12:13 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jennifer Minton <jennifer.minton@oracle.com>

Here you go... State Street for 3.7 in Fin Svc may come back in to play.

Subject: Q3 License Status
Date: Wed, 28 Feb 2001 18:09:10 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jay Nussbaum <Jay.Nussbaum@oracle.com>
CC: "Police, Ronald" <RON.POLICE@ORACLE.COM>,
    Terry Ford <Terrance.Ford@oracle.com>

Jay, at this hour we are booked at $72.9.

| Vertical (SD bgt) | Won | Fest | Upside | My Projection (all inclusive) | Swing | Comments |
|---|---|---|---|---|---|---|
| Federal | 22.3 | 33 | 36 | 34 | | 3.6M at USACE in Upside |
| S & L | 13.2 | 23 | 27 | 24 | 12 | State of New York NOT in Projection; close at client now; expect news shortly |
| Higher Ed | 3.8 | 5 | 6 | 5 | | 1.5M at Howard Univ in Upside |
| Healthcare | 3.0 | 28 | 29 | 29 | | 23M at HealthSouth in Forecast |
| Fin Services | 3.2 | 20 | 22 | 22 | | 3.1M at Prudential in Upside |
| Comms/Util | 21.4 | 61 | 76 | 61 | | 17M at Qwest in Forecast; looks good; 10M at Cingular back on life supports |
| TOTAL ($M) | 72.9 | 169 | 196 | 175 | 12 | |

Let me know if you'd like to discuss in more detail.

ORCL 0126551
ORACLE CONFIDENTIAL

03/10/2001 1:33 P2

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297347

| | Name: Q3 L status 022801 530pm.xls |
|---|---|
| Q3 L status 022801 530pm.xls | Type: Microsoft Excel Worksheet<br>(application/vnd.ms-excel)<br>Encoding: base64<br>Download Status: Not downloaded with message |

Sarah Kopp, OSI Finance <sarah.kopp@oracle.com>
Senior Director
Finance
Oracle Service Industries

Sarah Kopp, OSI Finance <sarah.kopp@oracle.com>
Senior Director
Finance
Oracle Service Industries

ORCL 0126552
ORACLE CONFIDENTIAL

2

/S      05/10/2001 1:53 PM

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297348

Subject: Re: [Fwd: Q3 License Status]
Date: Wed, 28 Feb 2001 12:01:28 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jennifer Minton <Jennifer.Minton@oracle.com>

Poor choice of words on my part; What I meant is that it is a compliance issue -- not a new deal so much as getting them to pay for what they are using.

Jennifer Minton wrote:

what do you mean it is an accounting issue

Sarah Kopp wrote:

Jennifer, I spoke with Perkins and he thinks Fidelity will come in; as you may know it is an accounting issue -- Safra is involved and they owe us the $$. Although not yet in my projections I'll probably move it in later this morning.

That would put me at a projection of $232M - although Lucent is making me nervous at this point given negotiations continue today.

Updates every two hours today.

Subject: Q3 License Status
Date: Wed, 28 Feb 2001 09:19:44 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jay Nussbaum <Jay.Nussbaum@oracle.com>
CC: "Police,Ronald" <RON.POLICE@ORACLE.COM>,Terry Ford <Terrence.Ford@oracle.com>

Jay, updated.   We are booked at $62.9

Latest update from Fin Services indicates 1.7M in revrec at State Street will not happen for Q3. This is tied to a PFP consulting project and the deliverable testing will not be complete in time to recognize.

I understand that Fidelity has gained momentum but am not yet including it in my projections.

ORCL 0126553
ORACLE CONFIDENTIAL

of 2

16

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297349

| Vertical (ISD'incl.) | Won | Fcst | Upside | My Projection (all inclusive) | Swing | Comments |
|---|---|---|---|---|---|---|
| Federal | 15.2 | 33 | 39 | 35 | | 6.0 Navy Medical in Upside |
| S & L | 11.0 | 27 | 31 | 28 | 12 | State of New York NOT in Projection |
| Higher Ed | 3.2 | 5 | 5 | 5 | | |
| Healthcare | 4.5 | 6 | 7 | 29 | 23 | HealthSouth IN Projection |
| Fin Services | 6.1 | 12 | 13 | 13 | 10 / 4 | Fidelity NOT in Projection CSFB NOT in Projection 1.1M at Prudential in Upside |
| Comms/Util | 22.3 | 57 | 60 | 112 | 36 / 17 / 6 | Lucent – IN Proj Qwest – IN Proj Sprint – NOT IN Projection |
| TOTALOS | | | | 221.500 | | |

I'm still not counting New York, Fidelity, CSFB or Sprint in my current projection. I am counting $76M of the $108M in swing deals.

Feel free to call me if you would like to discuss in more detail (note: mobile is 703-624-1066 should you need it)

Sarah Kopp, OSI Finance <sarah.kopp@oracle.com>
Senior Director
Finance
Oracle Service Industries

ORCL 0126554
ORACLE CONFIDENTIAL

05/10/2001 1:50 PM

17

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297350

Subject: [Fwd: Q3 License Status]
Date: Wed, 28 Feb 2001 09:22:22 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jennifer Minton <jennifer.minton@oracle.com>

Jennifer, I spoke with Perkins and he thinks Fidelity will come in; as
you may know it is an accounting issue -- Safra is involved and they owe
us the $5. Although not yet in my projections I'll probably move it in
later this morning.

That would put me at a projection of $232M - although Lucent is making
me nervous at this point given negotiations continue today.

Updates every two hours today.

Subject: Q3 License Status
Date: Wed, 28 Feb 2001 09:19:44 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jay Nussbaum <Jay.Nussbaum@oracle.com>
CC: "Police,Ronald" <RON.POLICE@ORACLE.COM>,
     Terry Ford <Terrence.Ford@oracle.com>

Jay, updated.  We are booked at $62.9

Latest update from Fin Services indicates 1.7M in revrec at State Street will not happen for Q3. This is
tied to a FFP consulting project and the deliverable testing will not be complete in time to recognize.

I understand that Fidelity has gained momentum but am not yet including it in my projections.

| Vertical (USD in M) | Wed | Fcst | Commit | MY Drop/Indicator | Swing | |
|---|---|---|---|---|---|---|
| Federal | 15.8 | 33 | 39 | 35 | | 6.0 Navy Medical in Upside |
| S & L | 11.0 | 27 | 31 | 28 | 12 | State of New York NOT in Projection |
| Higher Ed | 3.2 | .5 | 5 | 5 | | |
| Healthcare | 4.5 | 6 | 7 | 29 | 23 | HealthSouth IN Projection |
| Fin Services | 6.1 | 12 | 13 | 13 | 10<br>4 | Fidelity NOT in Projection<br>CSFB NOT in Projection<br>1.1M at Prudential in Upside |
| Comms/Util | 22.3 | 57 | 60 | 112 | 36<br>17<br>6 | Lucent - IN Proj<br>Qwest - IN Proj<br>Sprint - NOT IN Projection |
| TOTAL OSI | 62.9 | 140 | 155 | 222 | 108 | |

I'm still not counting New York, Fidelity, CSFB or Sprint in my current projection.  I am counting $76M of
the $108M in swing deals.

ORCL 0126555
ORACLE CONFIDENTIAL

18

of 2

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297351

Feel free to call me if you would like to discuss in more detail (note: mobile is 703-624-1066 should you need it)

| Q3 L status 022801 am.xls | Name: Q3 L status 022801 am.xls<br>Type: Microsoft Excel Worksheet (application/vnd.ms-excel)<br>Encoding: base64<br>Download Status: Not downloaded with message |
| --- | --- |

Sarah Kopp, OSI Finance <sarah.kopp@oracle.com>
Senior Director
Finance
Oracle Service Industries

ORCL 0126556
ORACLE CONFIDENTIAL

*19*

2 of 2

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297352

J

Exhibit J

CONFIDENTIAL PURSUANT
) PROTECTIVE ORDER

NDCA-ORCL 297353

**Subject: Big Deal Update February 28**
   Date: Wed, 28 Feb 2001 20:35:24 -0800
   From: Loren Mahon <loren.mahon@oracle.com>
     To: tawillia@us.oracle.com, jhenley@us.oracle.com, jennifer.minton@oracle.com,
        larry.garnick@oracle.com, larry.ellison@oracle.com, safra.catz@oracle.com

### Big Deal Status-February 28, Workday -1

|  | Q3FY01 Workday -1 | Net change from Workday -2 | Q3FY00 Workday -1 | Net change from Workday -2 | Percentage Growth Year over Year | Q3FY00 Final Results |
|---|---|---|---|---|---|---|
| # of Deals Closed* >$500k | 143 | 57 | 147 | 62 | (3%) | 178 |
| Amount of Deals Closed >$500k | $332m | $103m | $334m | $157m | (1%) | $366m |
| # of Deals >$500k in pipeline** | 65 | (156) | 61 | (160) | (7%) | |
| Amount of Deals >$500k in pipeline | $218m | ($373m) | $126m | ($351m) | 73% | |
| TOTAL Amount of Deals >$500k | $550m | ($270m) | $460m | ($194)m | 20% | |

### Size of Over $500k Pipeline Deals February 28, 2001

|  | # of Deals Q3FY01 workday - 1 | %of Deals Q3FY01 workday - 1 | # of Deals Q3FY00 workday - 1 | %of Deals Q3FY00 workday - 1 |
|---|---|---|---|---|
| $500k to $1m | 31 | 48% | 27 | 44% |
| >$1m to $5m | 25 | 38% | 29 | 48% |
| >$5m to $10m | 4 | 6% | 4 | 7% |
| >$10m | 5 | 8% | 1 | 2% |
| TOTAL | 65 | 100% | 61 | 100% |

Size of Closed Deals over $500k  February 28, 2001

ORACLE
CONFIDENTIAL

ORCL 0022154

03/19/2001 1 = 56 PM

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297354

; Final Update February 28

| | # of Deals Q3FY01 workday -1 | % of  Deals Q3FY01 workday -1 | # of Deals Q3FY00 workday -1 | % of Deals Q3FY00 workday -1 | # of Deals Q3FY00 Final Results | % of Deals Q3FY00 Final Results |
|---|---|---|---|---|---|---|
| $500k to $1m | 76 | 53% | 72 | 49% | 87 | 49% |
| >$1m to $5m | 59 | 41% | 65 | 44% | 76 | 43% |
| >$5m--$10m | 4 | 3% | 4 | 3% | 9 | 5% |
| >$10m | 4 | 3% | 6 | 4% | 6 | 3% |
| TOTAL | 143 | 100% | 147 | 100% | 178 | 100% |

*Closed deals are deals where we have received paperwork from the customer and the order has been booked or is in the process of being booked.

**Pipeline deals are deals where contracts has received an approval form, a quote or contract draft has been prepared, and the sales rep has indicated the deal may still close in February.

--
Loren J. Mahon
Vice President
Americas Revenue Management Services
650-506-5022
Fax 650-506-7399
http://Revenue-Management

"Manager's work in the system, leader's work on the system."-Stephen Covey

ORACLE
CONFIDENTIAL

ORCL 0022155

03/19/2001 1 = 56 PM

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

Exhibit K

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297356



**Subject: Big Deal Update March 1**
  **Date:** Thu, 01 Mar 2001 04:50:54 -0800
  **From:** Loren Mahon <loren.mahon@oracle.com>
    **To:** tawillia@us.oracle.com, jhenley@us.oracle.com, jennifer.minton@oracle.com,
      larry.garnick@oracle.com, larry.ellison@oracle.com, safra.catz@oracle.com

Big Deal Status-March 1

|  | Q3FY01 Final Results | Percentage Growth Year over Year | Q3FY00 Final Results |
|---|---|---|---|
| # of Deals Closed* >$500k | 171 | (4%) | 178 |
| Amount of Deals Closed >$500k | $420m | 15% | $366m |

Size of Closed Deals over $500k  March 1, 2001

|  | # of Deals Q3FY01 Final Results | % of Deals Q3FY01 Final Results | # of Deals Q3FY00 Final Results | % of Deals Q3FY00 Final Results |
|---|---|---|---|---|
| $500k to $1m | 88 | 51% | 87 | 49% |
| >$1m to $5m | 72 | 42% | 76 | 43% |
| >$5m—$10m | 5 | 3% | 9 | 5% |
| >$10m | 6 | 4% | 6 | 3% |
| TOTAL | 171 | 100% | 178 | 100% |

*Closed deals are deals where we have received paperwork from the customer and the order has been booked or is in the process of being booked.

**Pipeline deals are deals where contracts has received an approval form, a quote or contract draft has been prepared, and the sales rep has indicated the deal may still close in February.


--
Loren J. Mahon
Vice President
Americas Revenue Management Services
650-506-5022
Fax 650-506-7399
http://Revenue-Management

"Manager's work in the system, leader's work on the system."-Stephen Covey

ORACLE
CONFIDENTIAL

ORCL 0022156

03/19/2001 1:58 PM

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297357

**K**