# EXHIBIT 374

Stock Buyback

| | SHARES | PRICE | TOTAL |
|---|---|---|---|
| TOTAL FY93 | 64,941,720 | $0.6718 | $43,676,629 |
| TOTAL FY94 | 55,991,250 | $1.4495 | $81,158,720 |
| TOTAL FY95 | 37,916,878 | $2.0060 | $75,859,318 |
| TOTAL FY96 | 27,443,88 | $3.0182 | $83,438,709 |
| TOTAL FY97 | 115,167,500 | $4.5825 | $528,309,286 |
| TOTAL FY98 | 74,676,636 | $4.4295 | $330,781,847 |
| TOTAL FY99 | 195,959,048 | $5.1418 | $1,007,588,990 |
| TOTAL FY00 | 214,687,014 | $22.8924 | $4,914,650,733 |
| YTD FY01 | 194,032,556 | $26.0048 | $3,745,677,261 |
| TOTAL | 821,017,776 | $12.1124 | $10,811,030,987 |
| | | | |
| Total Q1FY01 | 51,807,654 | $38.52 | 1,995,423,014 |
| Total Q2FY01 | 39,614,902 | $35.32 | 1,399,342,183 |

Q3FY01 PURCHASES

| | | | |
|---|---|---|---|
| 12/27/00 | 600,000 | $30.65 | $18,390,625 |
| 12/28/00 | 460,000 | $30.71 | $14,128,125 |
| 12/29/00 | 850,000 | $30.50 | $25,924,375 |
| 1/2/01 | 1,250,000 | $27.14 | $33,930,313 |
| 1/3/01 | 225,000 | $26.22 | $5,900,000 |
| 1/5/01 | 500,000 | $30.76 | $15,377,500 |
| 1/8/01 | 610,000 | $28.79 | $17,561,900 |
| 1/22/01 | 650,000 | $32.32 | $21,010,340 |
| 1/23/01 | 200,000 | $31.50 | $6,300,000 |
| 1/25/01 | 510,000 | $30.37 | $15,488,445 |
| 1/26/01 | 135,000 | $29.40 | $3,969,378 |
| 2/1/01 | 700,000 | $29.81 | $20,870,290 |
| 2/2/01 | 725,000 | $28.50 | $20,659,383 |
| 2/5/01 | 900,000 | $27.26 | $24,534,992 |
| 2/7/01 | 400,000 | $26.84 | $10,737,520 |
| 2/8/01 | 725,000 | $27.58 | $19,996,878 |
| 2/9/01 | 2,000,000 | $24.48 | $48,955,400 |
| 2/12/01 | 570,000 | $23.14 | $13,189,059 |
| 2/13/01 | 400,000 | $23.47 | $9,387,520 |
| 2/14/01 | 200,000 | $23.00 | $4,600,000 |
| Total Q3FY01 | 12,610,000 | $27.83 | $350,917,040 |
| TOTAL FY01 STOCK PURCHASES | 194,032,556 | $26.00 | 3,745,677,261 |

Price for October through March 31, 2000, ESPP: 22.75 X 85% =

| Summary by Broker | Shares | % |
|---|---|---|
| Credit Suisse | 11,300,000 | 1% |
| Boston EquiServe | 102,648 | 0% |
| SoundView/Other | 12,898,286 | 1% |
| Shearson | 29,314,373 | 3% |
| UBS | 35,380,009 | 4% |
| DLJ | 39,100,000 | 4% |
| Goldman | 63,354,385 | 6% |
| Smith Barney (Chase) | 106,435,836 | 11% |
| Alex Brown | 123,201,575 | 12% |
| Merrill | 110,328,300 | 11% |
| Morgan Stanley | 461,237,327 | 46% |
| Total Shares Repurchased to Date | 992,853,274 | 99% |

SHARES AUTHORIZED FOR REPURCHASE: 1,094,200,000

Shares remaining: 52,199,974

ORACLE CONFIDENTIAL

NDCA-ORCL 117400

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# EXHIBIT 375

**From:** Jeff Henley
**Sent:** Wed, 07 Feb 2001 04:30:39 GMT
**To:** Bruce Lange
**CC:**
**BCC:**
**Subject:** Re: [Fwd: Stock buyback]

I agree that it's hard to tell. I'd stop at $300 mil so you aren't too overweighted.

Bruce Lange wrote:

> fyi
>
> ------------------------------------------------------------
>
> Subject: Re: Stock buyback
> Date: Wed, 07 Feb 2001 09:31:22 -0800
> From: "Safra A. Catz"
> To: Bruce Lange
> References: <3A809267.9F2A6D60@oracle.com>
>
> I don't know that it matters. I think you can keep buying.
>
> Bruce Lange wrote:
>
> > We've got 5 more trading days for corporate repurchases, and we've
> > bought $278MM of the $500MM we have budgeted for q3 and q4 FY01
> > combined. So, we're very slightly front end loaded for the second half.
> > Should I continue to front end load and buy more over the next few days,
> > or should I back-off. I guess it depends on how we see the quarter.
> > What's your view?
> >
> > As an FYI, the $278MM is at an average price of $29.53, and the volume
> > weighted average price was $30.20.
>
> ------------------------------------------------------------
>
> Corporate Treasurer
>
> Corporate Treasurer
> 500 Oracle Parkway Fax: (650)506-7115
> Redwood Shores, CA 94065 Work: (650)506-4118
> Conference Software Address
> Additional Information:
> Last Name Lange
> First Name Bruce
> Version 2.1

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        NDCA-ORCL 156135

**EXHIBIT 376**



# EXHIBIT 377

Copyright 2001 Bloomberg L.P.

Bloomberg News

February 9, 2001, Friday 3:25 PM Eastern Time

LENGTH: 434 words

HEADLINE: ORACLE SHARES FALL ON CONCERN EARNINGS OUTLOOK MAY TURN GRIM

BYLINE: Jim Finkle in the San Francisco newsroom (415) 912-2996 or at jfinkle@bloomberg.net/jac

DATELINE: San Francisco

BODY:

Oracle Corp. shares fell as much as 14 percent, leading other computer and software-related stocks lower, amid investor concern that the No. 2 software maker's earnings could suffer as economic growth slows.

Oracle tumbled $3.50 to $23.63 after touching $23.44. It was the second-most active stock in U.S. markets.

No. 1 software maker Microsoft Corp., networking-equipment maker Cisco Systems Inc. and No. 1 computer-chip maker Intel Corp. have said in recent months that business is being hurt as consumers and corporations curb spending.

Oracle is among a handful of software makers that have yet to report a slowdown, saying they expect to thrive in a weak economy because companies use their products to become more efficient. While Oracle said it hasn't changed its outlook, some investors said it's inevitable that businesses will cut back on software from Oracle and rivals such as PeopleSoft Inc., Siebel Systems Inc. and SAP AG as the economy worsens.

"I'm not going near them," said Morton Cohen, chairman of Clarion Capital Corp., which manages about $120 million. "I don't see tech earnings turning up. And since many of these stocks are priced to perfection, why bother?"

Oracle shares yesterday closed at $27.13, or 53 times the average fiscal-year earnings forecast of analysts polled by First Call/Thomson Financial. The Standard & Poor's 500 Index, by comparison, is trading at about 26 times estimated earnings.

Microsoft fell $3.31, or 5.3 percent, to $58.94. Siebel fell $4, or 6.4 percent, to $58.25. PeopleSoft fell $2.81, or 7.4 percent, to $35.19.

Still Upbeat

Oracle is still upbeat about its prospects for earnings growth, which will be fueled by a new suite of Internet-friendly business software dubbed Oracle 11i, spokeswoman Jennifer Glass said.

"We haven't changed our projections at all," Glass said. "This slowdown is going to provide new opportunities for Oracle as companies need to streamline and be more strategic about the technology they buy."

NDCA-ORCL 141679

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

Morgan Stanley analyst Charles Phillips said in a note to clients that he expects growth of Oracle's flagship database software to slow this year because Internet startups last year were responsible for many of that product's sales.

After the collapse of dozens of Internet companies over the past few months, that "dot-com candy" won't be around in 2001, Phillips said. He expects Oracle's database software sales to rise 10 percent to 13 percent in the current quarter, compared with 19 percent in the quarter that ended in November.

LOAD-DATE: February 10, 2001

NDCA-ORCL 141680

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# EXHIBIT 378

# Oracle sinks on fears it may feel dot-com pinch

By Mary Jo Foley
Special to CNET News.com
February 9, 2001, 2:50 p.m. PT
http://news.cnet.com/news/0-1003-201-4772960-0.html?tag=prntfr

Oracle CEO Larry Ellison may have boasted too loudly and too soon about Oracle's business being immune to the dot-com downturn.

On Friday--the eve of the Oracle AppsWorld show in Paris--the company's stock took a beating, the result of a number of reports from Wall Street analysts questioning the strength of Oracle's database business.

At the close of regular trading Friday, Oracle shares were down $3.56, or 13 percent, to $23.56. The company's fiscal 2001 third quarter ends in March.

Late last year, with a variety of software makers--including Oracle archrival Microsoft--being forced to slash their earnings estimates, Ellison and other Oracle executives made some bold predictions. Unlike Microsoft, they said, Oracle's fortunes were not tied to those of the PC industry. Instead, Oracle was in the Internet-infrastructure business, which would prove to be immune to the vagaries of the dot-com economy.

Oracle has gone on the record saying it expects its database business to grow 15 to 20 percent, year-over-year, and its applications revenue to grow 75 percent year-over-year.

But in a report issued Friday, Morgan Stanley Dean Witter software analyst Chuck Phillips questioned how long Oracle could sustain its database momentum, given the fact that at least 30 of Oracle's sizeable dot-com database customers have gone out of business. Phillips estimated that about 10 to 12 percent of Oracle's database license revenue came from dot-coms last year.

The result, according to Phillips: Oracle's database revenue should grow 10 to 13 percent this year, compared with 32 percent last year and 19 percent in its most recent quarter.

Oracle's next-generation 9i database won't contribute much to the company's bottom line until the first quarter of Oracle's fiscal 2002, Morgan Stanley estimates.

Nonetheless, Phillips said the resulting $40 million trim in licensing revenue expected by Morgan Stanley did not affect his earnings estimate of 12 cents per share. Phillips remained optimistic about the prospects for Oracle's 11i application suite.

A Wednesday report on Oracle issued by Banc of America Securities was wary about the near future. "We're optimistic long-term but a bit cautious short-term," said a note authored by several Banc of America analysts. "Though management seems confident in the progress Oracle has made thus far in the quarter, we remind investors that a good amount of the quarter's business remains to be done. The next three weeks will tell the tale."

Oracle executives did not respond to a request for comment.

Not all companies that sell databases are feeling the pinch, according to a recent Merrill Lynch report. In a survey of IT (information technology) spending plans for the coming year, Merrill found that companies are planning to spend considerably on database, data warehousing and data mining technologies.

A recent Dataquest report estimated the database market at $8 billion. The market will exceed $12 billion by 2003, the researcher estimated. Dataquest found that IBM and Oracle each hold 30 percent of the database-software market.

Go to  **Front Door**  |  **Enterprise**  |  **Search**  |  **One Week View**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                           NDCA-ORCL 358341

# EXHIBIT 379

```
12:54pm EST  9-Feb-01 Morgan Stanley/DW (Phillips, Charles E. 1-212-761 445) BL
ORACLE: GETTING THROUGH Q3 IN GOOD SHAPE P1
```

North America: United States of America
Technology: Enterprise Software

February 09, 2001
Company Update
Oracle
(NASDAQ: ORCL, Bloomberg: ORCL US)
Getting Through Q3 in Good Shape

---

Charles E. Phillips
+1 (1)212 761 4450
Charles.Phillips@msdw.com

---

-APPLICATIONS MOMENTUM CONTINUES
 Oracle got the message right - companies are responding to and intrigued by
 the one stop shopping and pre-integrated application suite.

-DOT COM CANDY
 The impact from dot coms is primarily a database comparison issue.  Startups
 tended to be long on core database technology but didn't get around to
 buying enterprise applications.

-DATABASE OSCILLATION
 Database license growth fluctuates in a wide range throughout the year, even
 in good years.  If it wasn't dot coms it would be something else.

---

STRONG BUY

Price (February 8, 2001):           $27.13
Price Target:                       $62.50
52-Week Range:             $46.47 - 21.50

---

Price: Abs. and Rel. To Market & Industry

The PDF versions of the complete document including these graphics or tables
are available to Morgan Stanley Dean Witter clients through Research Link at
www.msdw.com, contact your sales representative for access information.

Company Description

Oracle is the world's leading supplier of software for information
management, and the second-largest software company. Oracle's products
include the Oracle8 database, and an integrated family of horizontal
application products.

| FY ending May 31:          | 2000A    | 2001E | 2002E | 2003E |
|----------------------------|----------|-------|-------|-------|
| EPS ($)                    | 0.33     | 0.51  | 0.60  | --    |
| P/E                        | 82.2     | 53.2  | 45.2  | --    |
| Market Cap ($ m)           | 159,359  |       |       |       |
| L-T EPS Grth ('yy - 'yy) (%) | 20.0   |       |       |       |
| Shares Outstanding (m)     | 5,875.0  |       |       |       |

NDCA-ORCL 091498

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



| Q'trly | 2000A | 2001E | | 2002E | |
|---|---|---|---|---|---|
| EPS | actual | curr | prior | curr | prior |
| Q1 | 0.04 | 0.08A | -- | 0.09 | -- |
| Q2 | 0.06 | 0.11A | -- | 0.13 | -- |
| Q3 | 0.08 | 0.12E | -- | 0.14 | -- |
| Q4 | 0.15 | 0.20E | -- | 0.24 | -- |

E = Morgan Stanley Dean Witter Research Estimate

Getting Through Q3 in Good Shape

Applications Momentum Continues

Oracle 11i continues to gain momentum despite the weakening macro environment. Oracle got the message right -- companies are responding to and intrigued by the one stop shopping and pre-integrated application suite. The need to reduce complexity and accommodate change more easily argues for a unified application suite. A number of early wins such as JDS Uniphase (JDSU, $45), GE Aircraft Engines (GE, $47), ACT Manufacturing, Rockford Inc, UPS (UPS, $60), and BellSouth (BLS, $42) are starting to go live with the product. A few like JDS Uniphase have purchased the entire suite. Millipore (MIL, $52), Hitachi (6501.T, Yn1022), and Cummings Engine are rolling out the advanced planning and scheduling projects. The references are building but not without a lot of work. The growing pains of a new code base are evident in early bug counts and stability issues but the company seems to be working through these issues as expected.

The quarter started off well on the applications side with the large Covisint deal already booked (around $60 million). ERP is doing the best, as we expected, given the rebound in that market while supply chain is receiving surprising initial interest. CRM is still bumping along but hasn't broken out yet from what we can tell -- people are still demanding more features, better performance, and richer support for disconnected clients.

Oracle is rolling out 11i for internal use to become its own showcase account. The company has gone live on 11i Financials, Sales Online, iStore, and Telesales. Other modules are being rolled out globally throughout the year. The benefits have been real. A good example is the sales compensation module which is supporting 10% more sales reps and 30% more transactions, as compared with last year, with 20% less headcount.

Integrators are also taking to the Oracle application suite because it's an executive level sale. Consolidating the business around a consistent technology platform takes executive authority and the mandate for business units to march toward a common technology architecture. That sounds a bit like re-engineering which is what the integrators want to do anyway. Accenture, KPMG, and AnswerThink seem particularly focused on Oracle Applications and see the path to bigger deal sizes if more functional areas are pulled into the deal.

We remain comfortable with our estimate of $330 million, which represents 66% year to year growth, and sequential increase of $51 million in a gloomy macro environment for technology.

Dot Com Candy

Oracle took some of the dot com candy like everyone else during the venture capital sponsored spending spree of CQ1 2000. The impact from dot com's is primarily a database comparison issue for Oracle since these startups tended

http://www.firstcall.com/links/53/53592936411392206577/33170039755498706075/416292... 2/27/2002

NDCA-ORCL 091499

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

to be long on core database technology but didn't get around to buying enterprise applications.

Consequently, the database license comparison is even tougher than it looks since a segment of the buyers that drove last year's number are no longer around. Oracle had about 30 sizeable dot com customers last year that are no longer around. The company protected itself on receivables by demanding cash up front in most cases but we think between 10-12% of the database license revenue last year came from dot coms.

Lowering License Revenue a Tad; EPS Unchanged

The dot com comparison problem should translate to a temporary dip in database license growth. We're estimating database licenses could grow in the 10-13% range compared to 32% last year and 19% last quarter.

Database license growth fluctuates in a wide range throughout the year even in good years. If it wasn't dot com's it would be something else. We expect Q4 database license revenue to rebound given the relatively easy comparisons and the dot com comparisons will have moved through the system by then. Moreover, excluding the dot com impact -- an unusual phenomenon unlikely to be repeated anytime soon -- database license revenue from remaining customers will still be up 17-22% in our estimation.

Database revenue should start to benefit from Oracle9i by 1Q02 with perhaps a small benefit in 4Q01 as early adopters take an early peak at the product. 3Q01 should be an OK quarter for Oracle -- in a period when most technology companies aren't having OK quarters -- followed by a better quarter in 4Q01.

Our earnings number this quarter remains unchanged at $0.12 per share. The $40 million in license revenue we took out of the quarter doesn't move the earnings needle given the 5.8 billion shares outstanding. But the reduction probably takes away any earnings upside.

In the scheme of things, its not a huge change on a $2.8 billion revenue quarter but we think it's directionally correct. Since Oracle provides more revenue detail than most companies -- product line by geography and by platform -- there's always intense scrutiny on each bucket.

Our total license revenue estimate is now $1.27 billion, which is 18.5% year to year growth. We look for total revenue of $2.8 billion or 14.1% growth. Consulting and services should be up in the 10% range but with fewer billable hours from the holidays and a general cut back by IT departments on outside consultants, consulting revenue should decline sequentially.

The Database Platform - Still Getting Stronger; Some Futures

The other key reason Oracle's database revenue should improve going into next fiscal year is the simple fact that it's a dominant, important product that is about to get even better. The market seems to take Oracle's database technology for granted but it's the backbone of the franchise and the company's still adding innovative features to evolve the platform. We recently received a detailed look at Oracle 9i and the richness of new features has been under-marketed. But the techies will discover them in due time via improved performance, an easier user interface, and a more scalable product.

Oracle does rolling re-writes of parts of the database to look for more performance and efficiency. In recent years the company rewrote the SQL processor, several interfaces, and the distributed lock manager to create

NDCA-ORCL 091500

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

more simple code paths and increase reliability. In addition, Oracle has functional teams (e.g. high availability team) working across all database products to emphasize important key dimensions of database performance that need focus and specialization.

The applications business also drives new features, since the applications team is always looking for ways to make their code more efficient by getting more out of the database. Unlike most application companies, Oracle isn't afraid to use all the power and proprietary features of the database since it has no intentions of supporting other databases.

The big differentiators in the 9i release include

        (PLEASE SEE PART 2)

}

EON

NDCA-ORCL 091501

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

**EXHIBIT 380**

**oracle jeff henley**

| | |
|---|---|
| **From:** | Sandy Sanderson [sandy.sanderson@oracle.com] |
| **Sent:** | Thursday, February 01, 2001 8:11 PM |
| **To:** | Julie Cullivan |
| **Subject:** | Re: OPI Demonstration Environment/Product Issues |

wow. i have sent this to ron and mark. i know this may cause some pain, but they need to hear this. i am sure they are not indicating these issues to their management. let's hope this gets them motivated to fix these issues.

when we were talking about demos before, you said order management performance was poor. in fact, you sent a schedule showing ron specifics. how much has om performance improved since then?
sandy

Julie Cullivan wrote:

> Sandy,
>
> Per your request,
>
> The consistent themes continue to be Poor Performance, Inability to
> Prove our EBusiness Suite Integration Story, and Product
> Stability/Quality Issues.
>
> It is still very difficult to demonstrate our applications via phone
> line and getting network access through the clients' network is not
> always possible or agreeable to the client.
>
> As mentioned by Majors, most OPI clients also often require highly
> scripted demonstrations and currently, deviating from the canned ADS
> scripts can be time consuming and risky.
>
> Additionally, there was a lot of feedback specific to the number of UI's
> that are shown when a business process flow is demonstrated particularly
> on the CRM portion of the Ebiz Suite.
>
> Order Management and Configuration;
>
> - OM continues to be very buggy and slow
> - Surcharges and manual charges do not work correctly
> - OM line level workflows are extremely slow to bring up
> - Folder forms broken after last patch update
> - Queries do not work in the OM Order Organizer
> - OM Process Navigator flows were not upgraded from 11.03
> - Shipping - Containers do not work
> - Shipping - Ship sets do not work
> - ATP/APS caused performance issues or prevents enter orders completely
> is APS server goes down
> - Selling services on a sales order is very buggy
> - Order capture does not leverage Advances Pricing
> - Advanced Pricing does not work with service items
> - Agreements functionality not stable and does not consistently work
> - Marketing - Pricing rules cannot be completely set up
> - Contracts does not use Advance Pricing Rules
> - Entering new customer addresses errors out on order submit
>
> CRM;
>

ORACLE
CONFIDENTIAL

NDCA-ORCL 061313

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

> - CANNOT SHOW A COMPLETE INTEGRATED CRM DEMO LET ALONE A COMPLETE EBIZ
> SUITE (CRM/ERP) INTEGRATED DEMO. There are separate instances for
> iStore, Sales and Telesales, and Customer Care and Support.
> - Universal Work Queue, Customer Care, and Screen Pops are slow and
> unstable
> - UWQ is too unstable to allow much customization of demo data the demo
> often times out
> - Scripting is stand alone and runs in Citrix. Launching it is slow and
> ugly.
> - Telephony Servers are often down, not connected or need to be
> refreshed therefore you never know if Screenpops will work
> - Email Center scenarios do not consistently work nor can you even get
> them to all work together
> - Call Center Intelligence data and breadth of reports is inadequate
> - Trading Community Architecture - Issues between CRM and ERP use of the
> customer master. Customers set up in CRM app do not always work or show
> up in ERP.
> - Cannot see iStore shopping carts saved unless the customer is a
> customer only logged into iStore
> - Order Capture is not integrated enough for quote or order tracking.
> Cannot enter a price, configure an order, create a contract, query an
> order, etc.
> - NO quote flow available at all
> - Mobile options not readily available to demonstrate for sales or
> service
> - Service only supports that a customer is calling about one, non
> configured product.
> - Service does not recognize parties to a service contract, it only
> validates against the end customer of an install base product
> - Discoverer in Marketing takes minimum 2 minutes to launch
> - Incentive Compensation currently has two UI's. Demonstration a flow
> requires moving from HTML to Forms back to HTML etc.
> - Screenpops only work with Customer Care - should work with Telesales
> and Teleservice
> - Products that have different UI's in the same CRM demo: Field Sales,
> iStore, iSupport, Order Capture, Configurator
> - A single Call Center Agent would use a different UI for the following
> products: Universal Work Queue, eMail Center, Scripting, Contact Center,
> iSupport, Field Service Scheduling, BIS
> - iStore, Contracts, Marketing, Order Capture do not leverage Advance
> Pricing module
>
> Manufacturing/APS/Procurement;
>
> - Performance issues with APS demos
> - Demand Planner performance is especially slow and the demo and data is
> flaky
> - Project Manufacturing workflows do not work
> - Project Manufacturing data and setup not complete
> - iProcurement not working with or set up to work with Project
> Manufacturing
> - Manufacturing Scheduling is slow and difficult to start up
> - Global ATP setup scripts do not seem to work
> - Supplier Portal appears unable to display current Planning and
> Shipping Schedules, prior to the last upgrade this was working
> - OSFM not demonstrable in an integrated 11i environment. Need to go to
> 11.03 to show it.
> - Planners workbench particularly slow
>
> Business Intelligence;
>
> - Call Center Intelligence is weak and not integrated real time with the
> rest of the demo environment
> - BIS is usually so slow that we cannot demo it plus the data is

2

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 061314

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

```
> incomplete or not meaningful BIS home pages are incomplete and do not
> include any active KPI's, Graphs, or Alerts
> - Discoverer Workbooks are incomplete and often don't generate output
> - Weak overall reporting capabilities
>
> CRM and ERP Duplicate Functionality and Architecture Issues;
>
> - Order Management Portal, iStore, and iSupport - some duplicate
> capabilities
> - Costing
> - Planning (Spares versus APS)
> - Billing
> - Collections
> - iStore and Exchange (Marketplace)
> - Inconsistent UI's across the Ebiz Suite
> - Inconsistent Architecture messaging across Ebiz Suite
> - Security models duplicated between some of the ERP, Exchange, and CRM
> products
> - API's in CRM mean something different than API's in ERP
> - Folders technology is different in the CRM apps from the ERP apps
> - One organization should own demonstrations that are Ebiz Suite focused
> not CRM separate from ERP
>
> Please let me know if you have any questions. The above consolidates
> input from West, Central, and East. We all anxiously await the next
> release of the Ebiz Suite in March.
>
> Thanks
> Julie
```

ORACLE
CONFIDENTIAL

NDCA-ORCL 061315

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER