# EXHIBIT 381

**Subject:** [Fwd: 11i Issues for Discussion at the AMCM on 2/6]
**Date:** Mon, 05 Feb 2001 19:57:43 -0800
**From:** Cliff Godwin <Cliff.Godwin@oracle.com>
**Organization:** Oracle Corporation
**To:** "parekh,Lisa" <LISA.PAREKH@ORACLE.COM>

Lisa,
we should discuss the relevant parts of this before AMCM tomorrow.
Cliff

----

**Subject:** 11i Issues for Discussion at the AMCM on 2/6
**Date:** Mon, 05 Feb 2001 18:22:23 -0800
**From:** Mary Ann Anthony <mary-ann.anthony@oracle.com>
**Organization:** Oracle Corporation
**To:** apps-dev-mc_us@oracle.com, "Dover, Christine" <CHRISTINE.DOVER@oracl
"Duda, Regina" <REGGIE.DUDA@oracle.com>,
"Ginsberg, Eric" <RIC.GINSBERG@oracle.com>,
"Campbell, Harold" <HAROLD.CAMPBELL@oracle.com>,
"Van Den Brand Horninge, Steve" <STEVE.VAN.DEN.BRAND.HORNINGE@or
"Fletcher, Alan" <ALAN.FLETCHER@oracle.com>

The issues in the email below from last week are still open.   In addition, the following are
new issues for this week:

- There is a concern about the time to resolution and the quality of the patch sets
  released from ST (in addition to the NT problems).
- There have been several problems with customers who are being implemented by
  KPMG - Harmonics and Precision Castparts are examples.   Is there a specific issue
  with KPMG or is the problem with partner training in general?   Kirsten is asking
  support for a more detailed analysis of the issues which will be sent to the Alliances
  manager responsible for KPMG.
- Latest 11i live customer count:  165

Mary Ann Anthony wrote:                                      **ORACLE
                                                          CONFIDENTIAL**

Issues for discussion at the AMCM this week:

- NT Issues:
  - Pro C fix still not available
  - Instructions for setting up Apache Single Listener still not available

NDCA-ORCL 056802

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

- ○ Concerns:
    - ■ Shipments of 11i to customers on the NT platform are the second largest after the Sun platform
    - ■ Many Fast Forward implementations on NT are currently in process or are expected to start soon
    - ■ What statement should be made to the field and to customers regarding NT?
- • There is still confusion in the field regarding which customers should take Platinum
- • Consultants and customers are asking for supported TCA APIs, especially for initial customer data migrations
- • Recent survey comments on product quality:
    - ○ >From North American Manufacturing (an NT customer) - "This may be the buggiest, most ill behaved software I have ever tried to run"
    - ○ >From Indiana Mills and Manufacturing - "It just doesn't work.  Who tested this stuff?  This has been a frustrating and disappointing journey with Oracle"
- • Number of live customers:
    - ○ 156+ customers are live now.
    - ○ Another 30-40 are planned in the next couple of weeks.

Regarding references:   Marketing has experienced some turnover in the E-leaders program, and there is now a new person responsible for maintaining their reference information.   The reference site is the following:
    URL: http://marketing.us.oracle.com/e-leaders/
    Go to R11i Report under Customer Reference Reports
    Go to R11i Report

If you have any updates on customers who you think should be referenceable and who are not listed on that site, please send that information to Derek Molnar.

Thanks,
Mary Ann

ORACLE
CONFIDENTIAL

Mary Ann Anthony <mary-ann.anthony@oracle.com>
Director of Product Planning
Applications Development

6/25/2002 2:26 PM

NDCA-ORCL 056803

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Cliff Godwin <Cliff.Godwin@oracle.com>

**ORACLE
CONFIDENTIAL**

6/25/2002 2:26 PM

NDCA-ORCL 056804

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 382

**Message-ID:** <3AB9E193.4AFD9F93@oracle.com>
**Date:** Thu, 22 Mar 2001 03:27:15 -0800
**From:** Michael Rocha <Michael.Rocha@oracle.com>
**Organization:** Oracle Corporation
**X-Mailer:** Mozilla 4.7 [en] (Win98; I)
**X-Accept-Language:** en
**MIME-Version:** 1.0
**To:** Max Hill <max.hill@oracle.com>
**CC:** Sandy Sanderson <sandy.sanderson@oracle.com>,
      Lisa <lpope@us.oracle.com>, Arnold <aperper@us.oracle.com>,
      Sebastian <sebastian.gunningham@oracle.com>,
      Wayne <rrogers@us.oracle.com>,
      "Sellers,Richard" <DICK.SELLERS@ORACLE.COM>
**Subject:** Re: [Fwd: [Fwd: U: Beckman Update]]
**References:** <3AB93975.88B7CF37@oracle.com> <3AB99BF1.12F1B780@oracle.com>
**Content-Type:** multipart/mixed;boundary="------------252A85291FCF7785467D492E"
**X-Mozilla-Status:** 8011
**X-Mozilla-Status2:** 00000000

Max,

We are getting conflicting information from team.  We were told that they didn't
want an onsite person by Arnold Perper.  In addition,  when we asked how others were
rebating (ie Consulting) this customer to keep us out
of court,  he told us that he wasn't aware of any other rebate or free service.

Anyway,  we want to do what's right here.  If the customer hasn't been able to
implement a portion of the application because of product issues,  we are willing to
work with you guys tp make them whole by providing
services at no charge.  However,  we need some direct/coordinated dialog.

Max, could you please call Dick Sellers today.

Mike

Max Hill wrote:

> Sandy -
> We will need to confirm to Beckman (CIO Bob Spaid) on Monday that we will be
giving them support at no charge until September 1, and will be having an onsite
SSSsupport person to assist them with support issues.
> Can I assume by the emails below that Sales can commit this to them (perhaps
Monday - waiting for confirmation of the meeting time)?
>
> Thanks.
>
> Sandy Sanderson wrote:
>
> > as we have discussed, we need to get on this client quickly.  i'm not
> > sure how there could have been confusion on which account.  this has
> > been a burning issue for a number of weeks.  also, i appreciate you
> > commitment to absorb the costs for the onsite support until september
> > and delay the support payment until september.  our hope that this, and
> > the commitments being made by consulting, will keep the client from
> > taking legal action.
> >
> > pls make sure this gets the right attention.  thanks
> > sandy

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 101535

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

```
> >
> >    ------------------------------------------------------------------
> >
> > Subject: [Fwd: U: Beckman Update]
> > Date: Wed, 21 Mar 2001 10:37:18 -0500
> > From: Dick Sellers <dick.sellers@oracle.com>
> > Organization: Oracle Corporation
> > To: Michael Rocha <Michael.Rocha@oracle.com>,"Sanderson,Edward"
<SANDY.SANDERSON@oracle.com>
> > CC: "Perper,Arnold" <ARNOLD.PERPER@oracle.com>,"Rogers,Wayne"
<WAYNE.ROGERS@oracle.com>
> >
> > Looks like we have not put this to bed. I believe we have made some
> > progress with the latest version of the product. I will personally work
> > with Rogers and Perper to bring the plan to conclusion this week.
> >
> >    ------------------------------------------------------------------
> >
> > Subject: U: Beckman Update
> > Date: Tue, 20 Mar 2001 18:01:50 -0700
> > From: Michael Mayfield <Michael.Mayfield@oracle.com>
> > To: Dick Sellers <Richard.Sellers@oracle.com>, Marianne.Fletcher@oracle.com
> > CC: Sherman <Sherman.Terry@oracle.com>,"Fiorindo,Gregory"
<gfiorind@us.oracle.com>,"Haldane,Kenneth" <KEN.HALDANE@oracle.com>,Christopher
<Chris.Madsen@oracle.com>, Michael.Rocha@oracle.com,Sandy.Sanderson@oracle.com
> >
> > Dick,
> >
> > RE: Our phone conversation tonight on Beckman status
> >
> > I was confusing two accounts: Beckman and Interlogic.   Interlogic is
> > the account I had the call with on Friday night with John Nugent and
> > Chris Madsen, et. al.
> >
> > My last status on Beckman was that we had identifed Deepan Chakraborty,
> > from the SW Region, to go onsite as part of Marianne Fletcher's action
> > plan.   There were three threads being pursued for Beckman:
> >
> > a) Get the concerns over D-T project management shortcoming(s) on the
> > table with the client.
> >
> > DRI:  Arnold Perper, Sales AM and Wayne Rogers, OCS Project Mgr
> >
> > b) Drive the support concessions / contract issues with the Sales AM.
> >
> > DRI:  Chris Madsen
> >
> > c) Drive the technical action plan, including 2-3 days per week onsite
> > triage, through implementation.
> >
> > DRI:  Marianne Fletcher
> >
> > Note:  There was some indication from Wayne Rogers that the account team
> > didn't want to "pull" the onsite trigger until issue "b", the
> > concessions, was brought to closure.
> >
> > Marianne,
> >
> > Can you please update the current executive status (status,
> > issues/concerns, and next steps) and push it out to Dick Sellers, Mike
> > Rocha, Sandy Sanderson, and me?
> >
> > Thanks,
```

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 101536

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

```
> >
> > Mike
> >
> > --
> >
> > *********************************************************
> > * Michael Mayfield            michael.mayfield@oracle.com *
> > * GVP, US Premium Support      Phone:     +1-719-757-2060 *
> > * Oracle Support Services      Fax:       +1-719-757-2343 *
> > * 12320 Oracle Blvd                                       *
> > * Colorado Springs CO 80921                               *
> > *                                                         *
> > * Pam Ladd                     pamela.ladd@oracle.com     *
> > * Executive Assistant          Phone:     +1-719-757-2373 *
> > *********************************************************
> >
> > --------------------------------------------------------------
> >
> > Dick Sellers <dick.sellers@oracle.com>
> > Vice President
> > Oracle Support Services
> > Americas
> >
> > Dick Sellers
> > Vice President               <dick.sellers@oracle.com>
> > Oracle Support Services
> > Americas
> > 5955 T.G. Lee Blvd.          Cellular: 407-257-3389
> > Orlando                      Fax: 407-458-4850
> > FL                           Work: 407-458-1521
> > 32822
> > USA
> > Mary Werner, Exec. Assistant, Phone: 407-458-4286
> > Additional Information:
> > Last Name     Sellers
> > First Name    Dick
> > Version       2.1
```

Michael Rocha <Michael.Rocha@oracle.com>

**ORACLE**
**CONFIDENTIAL**

3

NDCA-ORCL 101537

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# EXHIBIT 383

**Message-ID:** <3CDC03F6.3C54221@Oracle.com>
**Date:** Fri, 10 May 2002 10:31:36 -0700
**From:** Susan Marks <Susan.Marks@Oracle.com>
**X-Mailer:** Mozilla 4.78 [en] (Windows NT 5.0; U)
**X-Accept-Language:** en
**MIME-Version:** 1.0
**To:** "Pope,Lisa" <LISA.POPE@ORACLE.COM>
**Subject:** [Fwd: NEEDS APPROVAL- Howard Lance, President-NCR/ Larry Call]
**Content-Type:** multipart/mixed;boundary="-----------A67D4DDFDD58D5B75E55D8B5"
**X-Mozilla-Status:** 8001
**X-Mozilla-Status2:** 00000000

```
Lisa,

Can you provide me with contact information so I can set up call once
Larry agrees.

Susan
```

**Return-Path:** <george.roberts@oracle.com>
**Received:** from oracle.com (whq4op3x38-rtr-opo0-dhcp-72.us.oracle.com
[130.35.31.164])by rgmgw1.us.oracle.com (Switch-2.1.3/Switch-2.1.0)
with ESMTP id g4AHLb426269;Fri, 10 May 2002 11:21:37 -0600
(MDT)
**Message-ID:** <3CDBF473.771603E0@oracle.com>
**Date:** Fri, 10 May 2002 09:25:23 -0700
**From:** george roberts <george.roberts@oracle.com>
**X-Mailer:** Mozilla 4.75 [en] (Windows NT 5.0; U)
**X-Accept-Language:** en
**MIME-Version:** 1.0
**To:** Susan Marks <Susan.Marks@oracle.com>, lisa.pope@oracle.com,
ron.wohl@oracle.com
**Subject:** Re: NEEDS APPROVAL- Howard Lance, President-NCR/ Larry
Call
**References:** <3CD9D93E.B1B5B4EA@oracle.com>
<3CDAAA20.D4F4555A@Oracle.com>
<3CDAABCC.86ED51F8@oracle.com>
<3CDAC697.C4248373@oracle.com>
<3CDAF8FB.3E5F230E@oracle.com>
<3CDB261A.F408C611@oracle.com>
<3CDBEC93.B9E03D69@Oracle.com>
**Content-Type:** text/plain; charset=us-ascii
**Content-Transfer-Encoding:** 7bit

```
That the client is about to extend their commitment to us in applications but has had
some
challenges with quality. We have resolved those but the client is looking to make
sure they
continue to get our support in the roll out.

Lisa anything else to add?
```

**ORACLE
CONFIDENTIAL**

1

NDCA-ORCL 059823

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

[Fwd: NEEDS APPROVAL- Howard Lance, President-NCR/ Larry Call]

Susan Marks wrote:

> George,
>
> Can you give me a quick sentence about what I should say to Larry as to why we are making
> the call.
>
> Thanks,
>
> Susan
>
> george roberts wrote:
>
> > Susan,
> >
> > I support the phone call.
> >
> > George
> >
> > Lisa Pope wrote:
> >
> > > We have approval for a net $ 8 Million in license at 70%.  This is what the deal
> > > looked like prior to the live date getting pushed back.  We think they will go with
> > > a smaller phased deal, closer to $ 3 Million at a much lower discount.  I am
> > > meeting with them on Tuesday and we will finalize the configuration and send up a
> > > revised approval.
> > >
> > > Lisa
> > >
> > > george roberts wrote:
> > >
> > > > lisa how large is the Q4 deal and what is the discount?
> > > >
> > > > Lisa Pope wrote:
> > > >
> > > > > Ron and George,
> > > > >
> > > > > Howard Lance, President of NCR, called Larry in April, very concerned about
> > > > > product issues that caused his go-live in Australia to slip.   Howard wanted
> > > > > to speak to Larry prior to his board meeting, since he would have to explain
> > > > > why the project date moved again.  We were unable to schedule time prior to
> > > > > that meeting, but development resolved the major issues, and we recovered to
> > > > > the point that Howard was able to show a recovery plan that met approval.
> > > > > Howard still wants to speak to Larry to ensure that we have the highest level
> > > > > of commitment.    We are also working on a Q4 opportunity, and I believe the
> > > > > call with Larry will ease Howard's concerns.  (Larry will not have to discuss
> > > > > the deal).
> > > > >
> > > > > Lisa
> > > > >
> > > > > Susan Marks wrote:
> > > > >
> > > > > > Lisa,

**ORACLE
CONFIDENTIAL**

**NDCA-ORCL 059824**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

[Fwd: NEEDS APPROVAL- Howard Lance, President-NCR/ Larry Call]

```
> > > > > >
> > > > > > Larry could probably do a call at 10:30 or 10:45am on May 29th (PDT).  I
> > > > > > would need to get endorsement from both Ron and George and then get okay
> > > > > > from Larry to schedule.
> > > > > >
> > > > > > Susan
> > > > > >
> > > > > > Lisa Pope wrote:
> > > > > >
> > > > > > > Susan,
> > > > > > >
> > > > > > > I will call George and get his OK on this,  but want to at least check
a
> > > > > > > date with you on trying to schedule this call between Howard Lance and
> > > > > > > Larry.   Howard called Larry as you may remember, and we were trying to
> > > > > > > see if we could postpone the call or defer it.  We have made progress
on
> > > > > > > all of the 11i issues that Howard called Larry to complain about, so
the
> > > > > > > call is more of a formality and a follow up, then a complaint call.
> > > > > > > Can you check and see if Larry has any availability on May 29th from
> > > > > > > 11-2 PM.  We would need 30 minutes.   We are working a Q4 deal, so
> > > > > > > accommodating this in May would be helpful.
> > > > > > >
> > > > > > > Lisa
```

**ORACLE
CONFIDENTIAL**

3

**NDCA-ORCL 059825**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

# EXHIBIT 384

Return-Path: <Mike.Runda@oracle.com>
Received: from oracle.com (dhcp-orlando-gen-1st-flr-east-44-250.us.oracle.com
[138.2.44.250])by gmgw02.us.oracle.com (Switch-2.1.1/Switch-2.1.0) with
ESMTP id f4TFX9j14703;Tue, 29 May 2001 08:33:10 -0700 (PDT)
Message-ID: <3B13C147.6CE820D6@oracle.com>
Date: Tue, 29 May 2001 11:33:29 -0400
From: Mike Runda <Mike.Runda@oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.75 [en] (Windows NT 5.0; U)
X-Accept-Language: en
MIME-Version: 1.0
To: "Ellison,Lawrence" <LARRY.ELLISON@oracle.com>,
"ROCHA,MICHAEL" <MICHAEL.ROCHA@oracle.com>,
"Aragon-Archila,Mary" <MARY.ARAGON@oracle.com>,
"Catz,Safra" <SAFRA.CATZ@oracle.com>,
"Richardson,Joanne" <JOANNE.RICHARDSON@oracle.com>
Subject: ECMS Report 5/29/2001
References: <3B1391DD.86CEA746@oracle.com>
Content-Type: multipart/mixed;boundary="------------D2643B9AC7A5E8D9A43FBF03"
X-Mozilla-Status: 8001
X-Mozilla-Status2: 00000000

Larry/Safra,

Listed below is the Escalated Customer Management report as of May 29th. This report is sorted by HOT
customers, then Warm, then Cool escalations for the America's and APAC. Within each of these
categories, the products are broken out by CRM, ERP, BOL, Server and so on.

The URL for this report is http://moray:12080/webdb/WEBDB.ESC_REPORTS.show. Listed on this page
are 4 reports. Click on "Customer Care ECMS System" to view this report real time.

Two additional Emails to follow, which breakdown which products are causing the most Escalations, and
which sub-components within those products have the highest TAR hits.

Please contact me if you need additional information,

thanks!

Mike

## Customer Care Escalation List
### Escalated Customer Report
#### 29-MAY-01 08.06.28 AM Page: 1 of 1

Page Items: STATUS: HOT

| Escalation Type | Customer Name | Business Problem | TAR |
|---|---|---|---|

### ORACLE
### CONFIDENTIAL

1

NDCA-ORCL 121581

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

| Applications - CRM | E-Jiva | 11i Go-Live: 31-MAY-2001: E-Jiva, a consulting partner, participates in the E-Leader program and is a reference customer. Implementing CRM (Sales Online, TeleSales, Marketing, Sales Compensation)without Oracle or Third Party Consulting assistance. E-Jiva has made excellent progress on this implementation and requires focused assistance resolving a few remaining critical issues. . No Account Manager. . Customer Contacts: . Mike Ritter: 877.354.8227 ext:2452; cell: 509.939.3667 mritter@ejiva.com Sarma Malladi: 412.249.2902; cell: 412.889.2281 smalladi@ejiva.com . Escalation Manager: Peter Winter 407.458.5056 cell: 407.595.5019 pjwinter@us.oracle.com | 1362816.0 |
| | | | 1521360.0 |
| | | | 1523392.0 |
| | | | 1524700.0 |
| | | | 1573187.0 |
| | | | 13345836.6 |
| | | | 13366118.6 |
| | | | 13383946.6 |
| | GE Medical Systems | GEMED started integrated testing April 12, 2001. All 12 SEV 1 TARS that were targeted to be completed prior to integrated testing were completed. Go live date still scheduled for 5-11-5-14-2001 Currently tracking 1 remaining SEV 1, 1499017.999 for BIOMED in France to start integrated testing, which is to start 04-17-2001, BIOMED was on holiday until 4-17-2001. Current CRM SEV 1 being worked by DEV and should be released by 4-17-2001. During pre-testing BIOMED found that when creating user defined values, they were unable to update with an end date. This capability is required in order to upgrade from R11.03, and critical for on-going business requirements. Next milestone is the current 12 open SEV 2 TARS, that were not required for start of integrated testing but customer wants completed and closed by 4-24-2001, so they can apply patches one more time prior to go live 5-11-5-14-2001. Customer plans one more patch window upon completion of the first cycle of integrated testing scheduled for around 4-25-2001 I have requested that we raise the remaining SEV 2 TARS to SEV 1, but customer informed me that they do not have the resources during the next 2 weeks to support 24/7 support, I believe as the result of this, and the internal issues the customer has, could result in a one week slip of the go live date of 5-11-5-14. I am adding the 12 SEV 2 TARS to the ECMS, and have prioritized them through both DEV and Support, and have targeted 4-20-2001 for completion. Additional 2 SEV 1 TARS 1320517.996, 1336492.996 were created for the 11.03 production data base, not applicable to the testing being done but is being worked, fix was provided for bot | 1388894.0 |
| | | | 1390075.0 |
| | | | 1402244.0 |
| | | | 1536715.0 |
| | | | 1565487.0 |
| | | | 1569275.0 |
| | | | 1570295.0 |
| | | | 1570807.0 |
| | | | 1572856.0 |
| | | | 1572875.0 |
| | | | 1572886.0 |
| | | | 1574621.0 |
| | | | 1575655.0 |
| | | | 1576411.0 |
| | NCR Corporation | SILVER CSI # 2634528: NCR is starting their Release 11i ERP/CRM Conference Room Pilot(CRP)on Monday, April 16, 2001. They have 85 people coming into Dayton from around the world to start testing. Starting today, April 11, 2001, any tar/bug entered for Release 11i ERP or CRM issues must be treated in the most expedient manner. From April 16th through April 27, NCR is supporting this initiative 7x24 and has requested that Oracle Support and Dev work with them to resolve any issues. NCR is spending $700,000 per week on the Release 11i ERP/CRM initiative. In addition, a sales proposal of $10 million for additional CRM products is being considered for their customer service organization. Support of this effort by the Oracle Internal Team will be greatly appreciat | 1518667.0 |
| | | | 13337736.6 |
| | PaPa John's | Final Performance Benchmark: 5/28/2001 (was 5/21) | 1322873.0 |

2

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 121582

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

| | | | |
|---|---|---|---|
| | | Note: Customer already go live. The May 28 is the target date to resolve performance issue. First benchmark test: 5/14 Second benchmark test: 5/21 Third benchmark test: 5/25 Since the Oct 2000 implementation, PaPa John's is able to achieve a peak order rate of 27 pizzas per minute vs. the 90 goal. The customer is very concerned about incurring the additional cost to get the system from 27 pizza per minute to the 90 ppm. Project Contacts: Beth Ann Ziebarth (Triage Manager), Tel:650-633-6434/650-799-8529 Linda Lam (OSS Customer Care Manager), Tel: 407-458-6031/813-508-0266 Steve Johnson (AVP,SALES), Tel:972-868-3437/972-401-5804 | 13364691.6  13372065.6 |
| | Sanford de Mexico SA de CV | Sanford (CSI-4427100120)Customer is implementing APPS ERP and CRM. They represent $601,000. They have confronted several problems with the Order Management module. This has created a complicated situation with the customer and they will not go live until a complete business cycle is succesfully done. | 1358397.0  1383178.0 |
| | Telcordia Tech. | 11i ERP Go-Live: 06/04/2001 (OM only) Telcordia Technologies, formerly Bellcore, is a spin-off of the 1984 divestiture of Bell Systems. Eighty percent of the U.S. telecommunications network depends on software developed, implemented, or maintained by Telcordia. Telcordia is attempting a self-directed upgrade from 10.7 to 11i with fresh install of Order Management. They currently have Platinum 3.2 and are awaiting release of Platinum 3.3. Current issues focused largely in Applications Install. ... Customer Contacts: Bill Hines: 732.699.5900 Paul Cardone: 732.699.3998 John Radvanski: 732.699.5242 Bruce Dietel: | 1356440.0  1366487.0  1500564.0  1510097.0  1563578.0  1576001.0  13383389.6  13393204.6 |
| | Xerox Omnifax | 11i Go-Live: 06/04/01. (For CRM and OM.) OCS on site. Note: 6/04 go-live pushed back from previous 4/30 go live, which was pushed back from original 4/02 target. 5/21 is pilot date. Customer currently live on GL and AP. ORDER CAPTURE go-live suspended indefinitely pending resolution of product functionality deficiencies. | 1340540.0  1354347.0  1507771.0  1530080.0  1548120.0 |
| Applications - ERP | AEROPOSTAL ALAS DE VENEZUELA | Customer represents $1,300,000 in License, Consulting and Support revenue. They are up for renewal and refuse to renew until Development provides a translated version of the patch for Bug# 1662273. | 1242581.0 |
| | Alcatel at 1000 Coit Road | Alcatel is in the process of implementing the 11.5.5 version of Configurator. This version contains fixes to four of their currently open TARs. In testing this version they have encountered additional product problems. Four of these they have escalated to Sev 1 status. These problems are preventing them from moving 11.5.5 into production. | 1572180.0  1573456.0  1573478.0  13389402.6  13389714.6 |
| | American Power Conversion Corp (APCC) | 11i Go-Live: 1/1/2001. 11i Customer Success Program - Customer Contact Lisa Hosack 401.789.5735.x-2454. This is a 10.7 migration to 11i. APC went live with 11i on January 4, 2001. Development has been engaged with APC since their go-live. As APC approaches their Quarter close, we need to resolve those issues that will impact the closing. | 1242131.0  1273675.0  1304353.0  1542204.0  2469092.1  13310753.6  13311859.6 |

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 121583

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

| | | | |
|---|---|---|---|
| | | | 13341761.6 |
| | | | 13376892.6 |
| CMGI | 11i Go-Live: 31-MAY-2001: CMGI is an internet hosting company. They currently have a project that is in jeopardy due to huge financial implications. The UBID.com project is going into production on 27-APR-2001. If customer does not meet their go live-dates,they have estimated a potential cost to them of $500,000 per month for back office support due to a contract they have with their existing provider. They will also be required to pay for warehouse management services currently under contract for another $200,000 per month. CMGI revenue with Oracle is over $10 million. Executive sponsor: George Roberts. Contacts: Dorothy Hatzikonstantis (CMGI, VP of EBS)978-247-5792 John Clark (Oracle Prac Mgr) 312-961-4614 Cindy Eastwood (Customer Care) 407.70 | | 1373782.0 |
| | | | 1379922.0 |
| | | | 1382373.0 |
| | | | 1389098.0 |
| | | | 1560353.0 |
| | | | 1561973.0 |
| | | | 1569131.0 |
| | | | 13363946.6 |
| | | | 13379104.6 |
| Chick-Fil-A | 11i Golive 8/27/01 Upgrade testing starting 05/21/01. 10.7 to 11i upgrade. Customer has spent more than 500K for this project. Showstopper issues will keep them from being able to freeze the code set they are on, particualrly in the OM area. They need to perform several test upgrades with the same identical upgrade process including patch application to ensure a successful upgrade. Customer must freeze code by 6/15/01 | | 1299382.0 |
| | | | 1367355.0 |
| | | | 1380722.0 |
| | | | 1385338.0 |
| | | | 1390453.0 |
| | | | 1392455.0 |
| | | | 1556369.0 |
| | | | 13362630.6 |
| | | | 13368297.6 |
| | | | 13383296.6 |
| | | | 13384826.6 |
| | | | 13387644.6 |
| | | | 13387787.6 |
| | | | 13391461.6 |
| Comercial California (CASIO) | (CSI-3220100160)Customer purchased Oracle Financials a year ago through a partner. They represent $175k in revenue and is due to purchase Premium Services. The Premium Services sale is on hold due to customer's problems with financials. Go-live date is also at risk. | | 1298037.0 |
| | | | 1423539.0 |
| Danka | 11i ERP/CRM Go-Live: 11/15/2001. Danka is an international provider of digital imaging equipment with 1997 sales of $2.1 billion. Implementing FIN (GL,AP,AR,FA,CE,PO), ERP (MRP,INV,BOM,ASCM,OM,QP,CZ) and CRM (OKC,OKS,CS,CSF,Spares). CRP is at risk due to extensive time required to patch applications. Platinum not yet available for IBM AIX platform. . CUSTOMER Contacts: Don Brewer: 919.345.9091 Chris Netzband: OCS ERP Practice Manager: 727.424.5040 Erik Marsh, OCS CRM Practice Manager: 813.505.5989 Peter Winter, OSS Escalations Manager: 407.458.5056/407.595.5019 | | 1545875.0 |
| | | | 1554989.0 |
| | | | 1574069.0 |
| | | | 13391500.6 |
| Deckers | 11i Go-Live: 6/4/2001. Client installing 11.5.3 ERP on Sun. Go-live has slipped fom April 2 to April 9 due to outstanding bugs in development. Assistance has been requested by Sales to expedite resolution of bugs | | 1296020.0 |
| | | | 1356770.0 |
| | | | 1358585.0 |

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 121584

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

| | | | |
|---|---|---|---|
| | | critical to achieving go-live. | 1376539.0 |
| | | | 1388298.0 |
| | | | 1393218.0 |
| | | | 1393299.0 |
| | | | 13366302.6 |
| | | | 13386629.6 |
| | FOSTERS BREWING GROUP LIMITED | Fosters is currently Hot due to their disatisfaction with the progress of their projects and their 11i upgrade. They have confidence in neither the products or the project team implementing them and are looking for Oracle's commitment to the success of Fosters use of Oracle's products. To continue with this project, Fosters require that Oracle demonstrates defined KBFs over the whole footprint of our products. This is in 3 phases. Key dates are 15th June, 30th June, 15th July for various agreed KBFs. This Customer was previously just being tracked due to the following.. The Fosters Brewing Group currently have six active projects underway across CUB, Mildara Blass, Vinpac and Nexday Divisions. These projects are being managed by Oracle Consulting with payments based on meeting project milestones. The contract includes financial penalties. Sue Crew attending weekly project meetings. Closure Condition: Successful competion of the projects. | 1327463.0<br><br>1334028.0 |
| | GE Energy Products | GE Energy Products went live March 19, 2001. OCS is still engaged onsite in Budapest with an additional team in Schenectady, NY. GSAMs are involved in Hungary, Orlando, and RMSC. Triage is involved with this customer's issues. | 1166786.0 |
| | | | 1543146.0 |
| | | | 1548784.0 |
| | | | 2469879.1 |
| | | | 2473376.1 |
| | | | 9417600.7 |
| | | | 9426786.7 |
| | | | 13251022.6 |
| | | | 13358452.6 |
| | GE Industrial Control Systems | GE-ICS successfully conducted their final data migration test last weekend for their pending iProcurement implementation. They are currently planning to complete their upgrade over the Memorial Day weekend. GE-ICS has identified three Show-Stopper issues, both of which must be resolved immediately if the Ct is to hold to their current Go-Live Schedule. | 1522522.0 |
| | | | 1543767.0 |
| | | | 1553384.0 |
| | | | 1568239.0 |
| | | | 1574275.0 |
| | | | 13383458.6 |
| | GE Medical Systems | GEMEDICAL 11i release is currently 5-21-2001, right behind this release, will be the Project name (Colossus), which will be the Additional Advanced Functionality's for the manufacturing areas, plus full ERP rollout to additional sites in the US, China, and Hungary, along with this are also additional CRM functionality's. Current schedule is on June 7, go into production setups with a current go live date of 7-23-2001 | 1330608.0 |
| | | | 1389936.0 |
| | | | 1524034.0 |
| | | | 1545611.0 |
| | | | 1545736.0 |
| | | | 1565487.0 |
| | | | 1575449.0 |
| | | | 13354747.6 |
| | | | 13376901.6 |
| | | | 13377997.6 |

**ORACLE**
**CONFIDENTIAL**

NDCA-ORCL 121585

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

|  |  |  |
| --- | --- | --- |
|  |  | 13382376.6 |
|  |  | 13389980.6 |
| Hertz | Hertz is in the process of upgrading their European FinApps instances from 10.7C to 11.0.3, and implementing MRC and EFC. From the beginning of the 11.0.3 upgrade project, Hertz has actively resisted assistance offers by OCS and OSS, choosing instead the lowest price approach of relying their own staff exclusively. In recent months, significant project planning gaps have surfaced, and have impacted Hertz's ability to regularly engage OSS and OCS resources on a selective basis to resolve specific problems. They are currently struggling with implementing EFC (Euro as Functional Currency). Due to the cumulative schedule slips to date, Hertz faces a highly compressed schedule for completing their upgrades and implementations on 8 instances which are subject to the 12/31/2001 Euro deadline. | 1375706.0 |
|  |  | 1376297.0 |
|  |  | 13389379.6 |
| Hitachi Data Systems | 11i Go-Live: 12/1/2001. Hitachi Data Systems will be implementing Financials, Manufacturing and HR. The original go-live date was delayed from July to December. The implementation will be conducted by Hitachi staff along with some Oracle Consulting and Premium Support staff. OCS contact, Bernie Engelhart, 612-850-6566. Customer Care Manager, Soile Berg, 719-757-2836. | 1572067.0 |
| NCR Corporation | GOLD CSI # 2413090: NCR is starting their Release 11i ERP/CRM Conference Room Pilot(CRP) on Monday, April 16, 2001. They have 85 people coming into Dayton from around the world to start testing. Starting today, April 11, 2001, any tar/bug entered for Release 11i ERP or CRM issues must be treated in the most expedient manner. From April 16th through April 27, NCR is supporting this initiative 7x24 and has requested that Oracle Support and Dev work with them to resolve any issues. NCR is spending $700,000 per week on the Release 11i ERP/CRM initiative. In addition, a sales proposal of $10 million for additional CRM products is being considered for their customer service organization. Support of this effort by the Oracle Internal Team will be greatly appreci | 1343033.0 |
|  |  | 1351559.0 |
|  |  | 1351594.0 |
|  |  | 1519034.0 |
|  |  | 1522217.0 |
|  |  | 1538094.0 |
|  |  | 13337736.6 |
|  |  | 13364650.6 |
|  |  | 13369736.6 |
|  | Oracle Release 11 - NCR is trying to complete their conversion and rollout of MRC/EFC to 8 of their European sites. NCR is on an aggressive schedule for this rollout and they cannot afford any delay. NCR has started their UAT testing, for Spain and Portugal which is identified as Wave I. They will be starting UAT's as follows: Austria and Germany Wave II; Italy and France Wave III; Netherlands and Belgium Wave IV. NCR's current schedule requires that they have the UAT testing completed by April 20th for both the Spain and Portugal instances. The GO LIVE dates are: 07/23/01 Wave I; 08/20/01 Wave II; 09/17/01 Wave III; 10/22/01 Wave IV. Oracle Support was contacted to rectify this situation (TAR 1367190.996/BUG.1769465). NCR has a GO LIVE date of July 23, 2001 for their Spain and Portugal instances, but they need to have the UAT for both Spain and Portugal completed by April 20, 2001. | 1176003.0 |
|  |  | 1336865.0 |
|  |  | 1360503.0 |
|  |  | 1363168.0 |
|  |  | 1363929.0 |
|  |  | 1367191.0 |
|  |  | 1375641.0 |
|  |  | 1375805.0 |
|  |  | 1378294.0 |
|  |  | 1469295.0 |
|  |  | 1549777.0 |
|  |  | 1560061.0 |
|  |  | 13239632.6 |
|  |  | 13245357.6 |

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 121586

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

| | | | |
|---|---|---|---|
| | | | 13247141.6 |
| | | | 13280779.6 |
| | | | 13342584.6 |
| | | | 13350136.6 |
| | | | 13369380.6 |
| | | | 13370680.6 |
| | | | 13376077.6 |
| | | | 13380024.6 |
| | | | 13386592.6 |
| | | | 13387560.6 |
| | | | 13387618.6 |
| | | | 13387647.6 |
| | | | 13387778.6 |
| | | | 13389144.6 |
| Now Food aka Fruitful Yield | 11i Go-Live: 6/1/2001. Now Foods is planning to go live on Financials, Process Mfg, Order Management and CRM on 6/1/2001, and on HR on 7/1/2001. e-Waken Consulting is doing the implementation. As the go-live is approaching, they need faster resolution of outstanding issues or the go-live will be in jeopardy. e-Waken Project Manager: Karen Wybrow, 847-274-3026. Oracle Customer Care Manager: Soile Berg, 719-757-2836. | | 1379944.0 |
| | | | 1381949.0 |
| | | | 1396846.0 |
| | | | 1406266.0 |
| | | | 1517964.0 |
| | | | 1525808.0 |
| | | | 1527071.0 |
| | | | 1528810.0 |
| | | | 1543576.0 |
| | | | 1563686.0 |
| | | | 1568585.0 |
| | | | 13346523.6 |
| | | | 13382256.6 |
| PartMiner, Inc. | PartMiner is a provider of online business-to-business procurement services for the electronic components industry. They operate an online marketplace, The Free Trade Zone. Currently experiencing problems with Order Management and Accounts Receivable during a legacy system conversion from Siebel Systems. OCS is managing the implementation. . Customer Contacts: ~~~~~~~~~~~~~~~~~~~ Jim Deaver: 631.501.8083 Dennis Wykoff, OCS Practice Manager: 732.319.8083/732.310.4991 Peter Winter, Escalations Manager: 407.458.5056/407.595.5019 CSI: 3180831 | | 1506972.0 |
| | | | 13389401.6 |
| | | | 13389452.6 |
| | | | 13390175.6 |
| Pizza Hut | 11i Go-Live: 6/19/2001. Original go-live date April 3. Customer is implementing 11.5.3 ERP (AR, GL, INV, OM, BOM, Configurator, Advanced Pricing) and 11.5.4 CRM (Foundation, Sales; TeleSales and Marketing, Call Center; Scripting, OTM, Order Capture). They have 12 outstanding tars to fix. Nine are very critical. Customer is concern with some of the patches, because the patch may break or introduce new issues. They applied RUP 2A Sales and Marketing 11.5.4 patchset which resulted to TeleSales and Advanced Pricing not working. In addition, planned business flows from | | 1274263.0 |
| | | | 1295136.0 |
| | | | 1296966.0 |
| | | | 1342684.0 |
| | | | 1346894.0 |
| | | | 1351410.0 |
| | | | 1355455.0 |
| | | | 1355509.0 |

**ORACLE
CONFIDENTIAL**

7

NDCA-ORCL 121587

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

| | | | |
|---|---|---|---|
| | | Scripting to Order Management were reviewed by Scripting team and stated the functionality didn't exist and would have to have a product enhancement. Pizza Hut will need to meet their critical milestones, otherwise as per Paul Holland the project will be canned and no revenue for next year. Customer Care has been engaged by Paul Holland to facilitate TAR resolution. Perot Systems/Solutions Consulting is managing the implementation. Solutions Consulting is the Systems Integrator. Apparently, Systems Integrator team had no formal training on the products. Oracle contact: Paul Holland - Sr. Sales Consultant/Oracle Pilot Mgr. 513.768.6858 Stephen L. Smith - CRM Solutions Specialist 972.401.5824 / 214.392.5824 cell# Perot Systems/Solutions Consulting contacts: Scott Colvill, Project Lead 972.338.8489 / 513.235.0408 cell# Tim Oxender, Sr. Consultant 972.338.7365 Pizza Hut contacts: David Pascal, IT Director 972.338.8510 / 214.505.7229 cell# Richard Wallace 972.338.8501 | 1360823.0 |
| | | | 1362940.0 |
| | | | 1370573.0 |
| | | | 1435926.0 |
| | | | 1439189.0 |
| | | | 1449093.0 |
| | | | 1483542.0 |
| | | | 1485118.0 |
| | | | 1529143.0 |
| | | | 1532140.0 |
| | | | 1532181.0 |
| | | | 1532371.0 |
| | | | 1536408.0 |
| | | | 1544608.0 |
| | | | 13330660.6 |
| | | | 13360905.6 |
| | | | 13368454.6 |
| | SONUS NETWORKS | 11i Go-Live: 05/01/2001 Sonus Networks offers the first comprehensive suite of voice infrastructure products purpose-built for the integration of voice and data traffic and the implementation of innovative services over the new public network. Sonus products are designed to offer high reliability, toll-quality voice, improved economics, interoperability, rapid deployment and an open architecture. This escalation was triggered by an increase in Tars causing a delay of Sonus Go-Live being moved back from 04/1 to 05/1. The customer feels that they have a problem in the Service area applying patches. | 157605.0 |
| | | | 1308031.0 |
| | | | 1315418.0 |
| | | | 1342432.0 |
| | | | 1375819.0 |
| | | | 1382272.0 |
| | | | 1382384.0 |
| | | | 1382488.0 |
| | | | 1382542.0 |
| | | | 1489067.0 |
| | | | 1489070.0 |
| | | | 1489082.0 |
| | | | 1512055.0 |
| | | | 1514108.0 |
| | | | 1517149.0 |
| | | | 1532355.0 |
| | | | 1540290.0 |
| | | | 1544780.0 |
| | | | 13374602.6 |
| | Service Electronics, Inc. | Service Electronics is live on ERP. Ran into a series of critical issues. DEV has been involved directly. Customer Care is involved to ensure proper process and communication is maintained. | 1328796.0 |
| | | | 1372156.0 |
| | | | 1383000.0 |
| | | | 1385701.0 |
| | | | 1415937.0 |
| | | | 1545662.0 |
| | | | 1545731.0 |
| | | | 1545830.0 |

**ORACLE CONFIDENTIAL**

8

NDCA-ORCL 121588

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

| | | |
|---|---|---|
| | | 1558044.0 |
| | | 1561718.0 |
| | | 13388398.6 |
| TMP Worldwide | 11i Go-Live: TBD. TMP Worldwide is a multi-billion dollar organization implementing a global single instance of Oracle's 11i Financials in six languages throughout nine European countries. TMP Worldwide was unable to meet the original January 1, 2001 go-live date due to multiple language translation and product issues. TMP was recently unable to meet secondary May 1, 2001 go-live date due to non User-Acceptance signoff in all TMP Worldwide European business units. This was primarily due to the insufficient product testing and training mananged by third party consultant CGEY. The CIO is expected to release the new go-live date. Oracle risks the opportunity for further business with the customer. TMP's current situation is critical in that all twenty-two of their business units throughout Europe have employed users who only speak the local language (French, German, Italian, Spanish, Dutch) hence, their need for patch translations in multiple languages. Customer Contact: Jane Aboyoun TMP Worldwide CIO 212.351.7032 Julie Mullin Project Manager TMP Worldwide jmullin@tmpw.co.uk Robin Hammond CGEY Consulting rbhammond@tmpw.co.uk UK Phone Number: 011 44 207 872 1684 US Cell Phone Number: 978-902-0671 Oracle Key Contacts: Steve Miranda Vice President Oracle Financial Applications Development 650.506.2087 Julie Thiemann US Senior Customer Care & Escalations Manager US Phone Number: 407.458.7159 US Cell Number: 407.256.0708 CSIs: 3071342(US) 2939744(US) 16094100(UK) 40727(FR) 10002816(GER) Please contact Julie Thiemann at 407.458.7159 or 407.256.0708 should you require further information regarding the TMP Worldwide escalation. | 1332190.0 |
| | | 1364584.0 |
| | | 1366663.0 |
| | | 1370497.0 |
| | | 1374687.0 |
| | | 1376926.0 |
| | | 1379621.0 |
| | | 1384258.0 |
| | | 1465879.0 |
| | | 1504889.0 |
| | | 1513123.0 |
| | | 1521127.0 |
| | | 1532503.0 |
| | | 1535171.0 |
| | | 1537161.0 |
| | | 1537488.0 |
| | | 1537696.0 |
| | | 1539514.0 |
| | | 1539857.0 |
| | | 1541890.0 |
| | | 1544895.0 |
| | | 1549299.0 |
| | | 1554974.0 |
| | | 1559828.0 |
| | | 1564929.0 |
| | | 1566144.0 |
| | | 1570158.0 |
| | | 13361742.6 |
| | | 13363331.6 |
| | | 13374609.6 |
| | | 13375002.6 |
| | | 13375207.6 |
| | | 13382929.6 |
| | | 13389067.6 |
| | | 13389076.6 |
| Xerox Corporation, GMO Project | 11i Go-Live: 07/20/2001. Xerox GMO is scheduled to go-live on 7/20/2001 with Oracle Applications 11i CRM & ERP. Integration Testing among Oracle Application is scheduled for 6/15/01. Xerox continues to encounter product and set-up issues that they believe will jeopardize their go-live. | 1225801.0 |
| | | 1419596.0 |
| | | 1495679.0 |
| | | 13280979.6 |
| | | 13340047.6 |
| | | 13363859.6 |

**ORACLE CONFIDENTIAL**

NDCA-ORCL 121589

CONFIDENTIAL–SUBJECT
TO PROTECTIVE ORDER

| | | | |
|---|---|---|---|
| Internet Products | DOTS Adventures | Customer go live delayed to June 1 (from April 1) Many problems with Web Apps will cause delay in implementation. Problems with Oracle ERP suite contributing to general customer dis-satisfaction. Customer also threatening legal action. | 11903869.6 |
| | | | 11903906.6 |
| | | | 11904515.6 |
| | | | 11954745.6 |
| | | | 12001768.6 |
| Other | Globalnetxchange | Customer is having difficulty with the application of the 6.1 Patch Set C MLS. Secondary issue: Need to have Japanese Support | 13350681.6 |
| | | | 13352953.6 |
| | | | 13378501.6 |
| | | | 13391835.6 |
| | | | 13393871.6 |
| | Telefonos de Mexico - Exchange | Telmex (CSI-6128100120) is one of the most (if not the most) important and influential business enterprise in Mexico. If Oracle has problems with Telmex, it will effect our standing not only in the telecommunications industry but in all industries with which Telmex does business. As an example, Jaime Chico, TELMEX CEO has a direct line of communication with Vicente Fox, President of Mexico. To give you an idea of the size of this client: Telmex has over $10 billion in annual sales Over 60,000 employees The biggest telco in LAD TELMEX represents only about 20% of its Parent, Grupo Carso. We are currently working in several Q4 and Q1 opportunities with Telmex which amount to over $2.5 million. If we do not clear up these pending issues, the Mexico subsidiary's numbers for FY 01 may be jeopardized. Mr. Jaime Chico Pardo, CEO for Telmex received an invitation to be part of Larry Ellisons's CEO roundtable on May 17. We need to clear all pending issues and be on track with this client way before this meeting. Telmex is one of the first clients we want to bring to the e-squared environment through Ernie Connon's group. Because of the shear size of this client, this opportunity has had visibility all the way up to Larry Ellison's I | 1332968.0<br><br>1353814.0<br><br>9427387.7 |
| Server Technology | ABN AMRO NORTH AMERICA INC | ABN is a global mortgage company that offers financial services via the WEB. Since upgrading the database to 8.1.6.3 (from 8.1.6.0) on February 3, ABN has experienced numerous back-to-back hanging conditions requiring the instance to be bounced. Support provided work-arounds and have filed a P1 bug (1703362 23MAR) against a possible Library Cache Pin Wait new bug discovery. Customer Care is in daily contact with ABN executive management until a permanent solution is in place. Customer Contact: Gary Richardson VP Mortgage Group 734.216.0908 cell. Oracle Contact: Cathy Scully (OSS) 407.458.1029, Rich Ware (CC) 407.458.1029. | 13388310.6 |
| | Ford Motor Company | Ford's AWS (Analytical Warranty System) is Oracle's largest global instance at the account. It supports Ford's global warranty management and administration needs for Manufacturing, Product Development, Corporate Risk management, Dealer-Networks and Product Liability Repository. The system has been unstable for over two years as Ford has worked to migrate to newer versions of our software trying to reach a stable environment. The application runs on a Numa-Q platform. It is large, complex and requires multiple | 13377632.6<br><br>13386193.6 |

**ORACLE**
10    **CONFIDENTIAL**

NDCA-ORCL 121590

CONFIDENTIAL–SUBJECT
TO PROTECTIVE ORDER

| | | | TAR |
|---|---|---|---|
| | | parties to pursue an effective problem resolution process. The current issues, coming out of the move to 8.1.7, have been ongoing since January. Although Ford acknowledges responsibility for some of the delays, they are experiencing the entire process as slow, confusing and inefficient. There are multiple issues, TAR's and BUGs. | |
| | OfficeNet | OfficeNet is an office supply store chain in Argentina. They represent $500k in revenue. They are implementing 11i and have missed the oriignal Go-Live date of April 30. They have an applications issue along with an ST issue and they will not be able to meet their new Go-Live date of May 14 unless they are both resolved. | 1354340.0 |
| | Standard & Poors | Standard & Poors School Evaluation Services Web Application for the State of Michigan will roll out Friday morning (25MAY) at 0800 EDT. Customer Care has been designated as the Oracle point of contact in the event of an Oracle issue surfacing. Customer Contacts: Carrie Bernstein (IT Manager) 212.438.7449, Oracle Contacts: Rich Ware (Escalation Manager) 407.701.6235. | 1553085.0 |

## Customer Care Escalation List
### Escalated Customer Report
**29-MAY-01 08.07.15 AM Page: 1 of 1**

Page Items: STATUS: WARM

| Escalation Type | Customer Name | Business Problem | TAR |
|---|---|---|---|
| Applications - CRM | Celulares Telefonica | CT, a subsidiary of Verizon, formerly GTE, is implementing iStore with a "soft launch" date of November 3.Customer needs to implement iStore in both Spanish and English which is creating multiple problems. The success of this project will directly influence other Caribbean deals, (Popular, Inc and CODETEL - part of Verizon) in Puerto Rico and the Dominican Republic that represent more than $ 7 million in License sales and over $3 million in consulting. This issue has been escalated to the Executive level management in Sa | 147551.0  1291124.0  1350735.0  1360295.0  1454389.0  1474005.0 |
| | Corrugated Services Inc | Corrugated Services went live with the Financials modules in September 2000 and OPM in February 2001. They were the first customer to go-live on 11i OPM. On April 16, 2001 they went live on Order Management. Their next milestone is to go-live with CRM (iStores, Order Capture, Foundation) on June 11, 2001. Weekly tar reviews with the customer are being conducted with participation from the OPM Product /Development Groups and Customer Care to address outstanding OPM and OM issues. Starting next week a separate weekly status meeting will be conducted with the Customers iStore Program Manager. Arthur Andersen is managing the implementation, however OCS is involved with the CRM project. Customer FRQDFWYCDP HV 0 LNH: DQK &5 0 3URUUDP Manager) - 214.515.6473; Cell - 214.868.6534 Melissa 0 FNLOH %XVLQHVV CDOW 230 DQG2 0 SUMHFW 214.515.6470 Oracle contact names: iStores Director | 1335283.0  1346118.0  1361857.0  1362565.0  1378809.0  1380881.0  1490640.0  1522096.0  1523561.0  1528526.0  1529350.0 |

**ORACLE**
**CONFIDENTIAL**

11

NDCA-ORCL 121591

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

| | | |
|---|---|---|
| | Product Mgr.: Sabina Knotter - 650.506.2987 Order Capture Product Mgr.: Elaine Barnwell - 650.506.0438 OPM Product Mgr.: Leslie Hershey - 914.773.8453 OPM Doc Manager (Dev): Michele Fields - 914.773.8139 OPM DEV Group Mgr: Diane Comforti - 914.773.8514 OPM Prod Mgr: Mark Yingling - 914.773.8107 CRM Triage Manager: Kuldeep Khanijow - 650.633.7271 Yonghe Xue - Sr. Principal Consultant - 913.638.8348 Bill Lyons - Sr. Principal Consultant - 720.330.1654 Roger Rich - Practice Director - 913.663.9810 | 1535750.0 |
| | | 1555853.0 |
| | | 13305006.6 |
| | | 13327795.6 |
| | | 13372046.6 |
| | | 13383134.6 |
| Enigma | 11i Go-Live: International rollout of ERP 01-JUN-2001. CRM Integrated test 04-JUN-2001. CRM Go Live 09-JUL-2001. Customer attempting to implement CRM and Apache server while experiencing several issues. Customer upgrading to 11.5.4. Third party consultant on site is Whitbread. Customer contact (Whitbread) Amy Tang Project Manager 781.910.1880 Customer Care contact Deeb J. Farris 407.458.5546. | 1315219.0 |
| | | 1349039.0 |
| | | 1360013.0 |
| | | 1360614.0 |
| | | 1382405.0 |
| | | 1578052.0 |
| | | 13376067.6 |
| | | 13388856.6 |
| GE ACCESS GRAPHICS | GE Access Graphics, currently working on upgrading to 11i on August 14 2001. Met with customer today and have 3 issues that I am working to meet their test completion schedule to go live August 15,200 based upon their testing of the product. Acess Graphics is currently on 10.7 and is in the testing stage to determine whether or not they will be migrating to 11I ERP/CRM/OM | 1387101.0 |
| | | 1387660.0 |
| | | 1569589.0 |
| | | 1570943.0 |
| | | 13380983.6 |
| | | 13381453.6 |
| Hostcentric | 11i Go-Live: 02/19/01. Hostcentric is a web hosting and Oracle applications service provider and one of the most requested references regarding the CRM applications suite. Client currently live on Oracle financials, working towards go-live of 20-Nov for AR, INV, BOM, iPayment, e-mail center, Service, Support, and Contracts. Client is anxious to achieve latest go-live milestone, as project to implement suite began with a July go-live projection. Customer Care, Development exec mgmt, and OCS engaged to assure client success. | 1280296.0 |
| | | 1313516.0 |
| | | 1435842.0 |
| | | 1454465.0 |
| | | 1479776.0 |
| | | 1550055.0 |
| Humana | 11i Go-Live: ASAP (Call Center), 7/15/01 (eMail Center) and 6/30/01 (Sales On-Line). Humana has three distinct CRM projects in various implementation phases. Critical issues in Call Center are threatening successful go-live. The Call Center go-live has already been postponed several times. Call Center UAT is in jeopardy due to outstanding issues. CRM Program Contact: Richard Abrera (OCS) 703-628-1975. CSI# 3026675 and 2950521. | 1316923.0 |
| | | 1347083.0 |
| | | 1347497.0 |
| | | 1382283.0 |
| INTESA-VENGAS | PDVSA / INTESA is the largest Energy/Oil company in Latin America Area, placed in Venezuela, with annual support revenue of USD 2 Million. INTESA manages and recommend the use of ORACLE technology in many of its subsidiaries. VENGAS is one of them. They are implementing ORACLE Release 11i. The revenue generated by this project is about 500 K (License & Consulting ). INTESA is actually who contract us. The "Go live date" for this project is March 21. The project team has been following a successful but streamlined | 1389893.0 |
| | | 1393322.0 |

**ORACLE**
**CONFIDENTIAL**

12

NDCA-ORCL 121592

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

| | | |
|---|---|---|
| | schedule to reach this DATE. By today, they have seventeen (17) iTars opened. And some of them are putting in DANGER the GO LIVE DATE very seriously with the consequence of a cost back charge of this delay to ORACLE.(about 70K). The key issue is iTAR is # 1214305.996 who is in Development waiting for a patch released. | |
| Lexmark International | 11i Go-Live: 10/1/2001 CRP: 6/1/01 BST: 8/1/2001 Go Live: October 1, 2001 Lexmark purchased Oracle 11i CRM/ERP in June. 2000. Due to issues with CRM Training, documentation and 11.5.3 Platinum v3.1 availability, customer has escalated their concerns to Oracle Sales Executive Management (Steve 0 F/ DUU KQDT C &XVWRP HU VSDDQWP SDP HQW GPEDO call center plus world wide service and support is at risk. At the request of our sales team, immediate action was taken by Dick Sellers(VP-Support to WP SRUDUDO VHV H[P DUN VVXSSRUUQ DUU CRUG VWWV for 3 months. Customer contact: Gary Mitchell, Lexmark IT manager, 859-338-1962 Oracle Support On Site: Robert Knecht, 937-257-0073/513-320-1085(cell) Customer Care Contact: Linda Lam 407-458-6031/813-508-0266(cell) | 1366776.0 |
| | | 1376230.0 |
| | | 1385042.0 |
| | | 1388102.0 |
| | | 1395291.0 |
| | | 1507707.0 |
| | | 1531246.0 |
| | | 1538405.0 |
| | | 1538741.0 |
| | | 1548316.0 |
| | | 1566902.0 |
| | | 1566975.0 |
| McData | 11i Go-Live: 05/01/01. (For CRM, (Service), ERP (OE, INV, MRP, AR)) | 1385481.0 |
| | | 1566182.0 |
| Pac_West Telecomm | Production version is now 11.5.3 Production = Financials, OM, and Projects. Sales Compensation go-live is scheduled for 6/1. Pac West has been live on 11i Financials since August, 2000. They just went live on OM and Projects on 4/11 (go live was postponed multiple times). Currently, Pac West is struggling to maintain their production instance, and manage the go-live projects. Pac West has a very limited staff, which is responsible for both production and the go-live projects. From my vantage point, I can see several areas of risk at this account: 1) The size of the customer's staff is not adequate to support projects of this nature. 2) The customer needs some patch management assistance. 3) The customer has not been trained in Order Management setup. 4) The customer appears to need some more training in Projects. It is very important for the customer to get up to the latest version of the code and stabilize their production environment. | 1312415.0 |
| | | 1512893.0 |
| | | 1558792.0 |
| | | 1568819.0 |
| | | 1571148.0 |
| | | 1578905.0 |
| | | 13260027.6 |
| | | 13391273.6 |
| Silicon Graphics Inc. | Sgi is beginning their Global User Acceptance Test to test our 11i Applications on HP platform running HPUX. The desired outcome of this testing is to roll their production applications onto this configuration by July. The schedule for this testing is very tight due to the necessity to coordinate global resources. Any issue that impacts this schedule has the possibility of escalating to upper management. | 1487082.0 |
| | | 13372042.6 |
| Videojet/Marconi Data | Videojet/Marconi Data implemented Oracle Sales and Marketing in order to be able to utilize the Mobile 10.7 disconnect feature. They have not been able to make the Mobile part of the product work. They would like to launch and demo the Mobile 10.7 product during the Marconi National Sales Conference, 4/26. It is highly | 1377805.0 |
| | | 1394899.0 |
| | | 1404805.0 |
| | | 1544863.0 |

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 121593

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

| | | | |
|---|---|---|---|
| | | critical to meet this date, since Oracle and Marconi are in discussions about a global agreement for a CRM 11i 30K user base. Other branches of Marconi are using the Siebel mobile product and there is a lot of internal pressure to choose Siebel over Oracle. | 1571441.0 |
| | | | 1575995.0 |
| | | | 13379909.6 |
| Applications - ERP | A&P | A&P is implementing 11i and has hit several show stopper issues. They are very frustrated with the number of patches which must be applied and all the testing which it implies. The feeling they have (and IBM who was present at the meeting) is they are "beta testing" for Oracle. They have asked for the following: 1) A&P needs to better plan for released patches. 2) The patch release notes do not contain sufficient information about what issue the patch is addressing. A&P needs more information about this. 3) Successful patch application is determined by review of the log file and testing. However, the patch release notes do not contain instructions on how to test the application to see if the patch was installed properly. On Site Oracle Contacts: Dave Gnau, Office:973.771.1166, Cell:973.632.5859 and Joselito DeLusong, Pager: (800) 524-3932, Work: (732) 635-0993. Customer Care Contact: Valerie Milligan 407-458-7141. | 1269869.0 |
| | | | 1285552.0 |
| | | | 1287950.0 |
| | | | 13340228.6 |
| | | | 13380951.6 |
| | AT&T | Presently, AT&T can not close its books on several business units. AT&T is VERY upset at this fact and is placing a great deal of pressure on Oracle for resolution. NOTE: Oracle is in the process of a 60-70 million dollar CRM deal with AT&T. Mr. Larry.Ellison will be negotiating with AT&T over the next few days on this matter. | 1345447.0 |
| | | | 13368426.6 |
| | | | 13369968.6 |
| | All Weather Windows Ltd | 11i Go-Live: 05/19/2001. This Go Live date pertains to GL, FA, INV, PO and AP, upgrades from 11.0.3. OM, Flow Mfg, AR and Cash Mgmt will Go Live July 1. This is the second time this customer is attempting to upgrade to 11i from 11.0.3. During their first attempt, they tried to go to 11.5.2 and there were numerous problems with the OM portion of the software and the customer delayed their implementation. They are now going to 11.5.3. Other Milestones: CRPs MAy 14 and 30, UAT, "during June" | 1395797.0 |
| | CMGI (Production) | CMGI went live on 11i Financials in February, 2001. Ct is currently experiencing severe HR issues on their Dev instances, and are not able to apply any HR patches to their Production instance due to issues with the application of HR Patchset C to their test. Contact: Terry Taylor (CMGI) 978.247.5932 Cindy Eastwood (Customer Care) 407.709.0470 | 1189697.0 |
| | | | 1311191.0 |
| | | | 1311284.0 |
| | | | 1359576.0 |
| | | | 1435492.0 |
| | | | 13276208.6 |
| | | | 13311182.6 |
| | | | 13360870.6 |
| | | | 13378640.6 |
| | | | 13387350.6 |
| | | | 13394240.6 |
| | Chipotle Mexican Grill | Customer is live on 11i. This is a BOL account. After the 11i upgrade by Consulting Customer is complaining about performance issues. They have upgraded their network side and it showed some | 1213202.0 |
| | | | 1269563.0 |

**ORACLE**
**CONFIDENTIAL**

NDCA-ORCL 121594

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

| | | |
|---|---|---|
| | performance improvements but still not satisfied. Customer has come out of Reference Program due to 11i related issues and a deal of 8 - 15 M is pending. Five Tars were placed on the critical list for assistance. COE (Center Of Expertise) is currently engaged. The products impacted include: AP, GL, FA, HR, Inv. Contact Name and Title: Juan Thompson, Director IT (303) 222 | 1295607.0 / 1510004.0 / 1517400.0 / 13384634.6 |
| Clarks Companies | Clarks had several outstanding issues with Support - many of them related to AR module. They are already in production in US operations and were scheduled to go live in Canadian operations in August. They were unable to do a merge in AR and could not completely go-live until this merge was complete. | 11258850.6 / 11266277.6 |
| Color Kinetics | Color Kinetics went live the first week of January, 2001 with the following ERP products; GL, AP, AR, PO, INV, BOM,& OE. (11.5.2.) The customer has been experiencing OE related problems that have been becoming progressively worse since the third party consultants (Whitbread) role has been less active. Customer contact Chris Tyrell 617.423.9999 Customer Care contact Deeb J. Farris 407.458.5546 | 1394181.0 / 1530699.0 / 1532324.0 / 1558192.0 / 1558206.0 / 13390448.6 |
| Dresser Rand | 11.0.2 Go-Live: Customer is Live: Dresser Rand had discrepancies in database objects between their 11.0.2 application instance and the standard Oracle 11.0.2 instance. We believe these have all been resolved. Customer has been experiencing a critical problem with the Oracle HRMS Deposit Advice since 4/20. Ongoing ora-600[6033] error messages when running HRMS Deposit Advice. They are also experiencing ongoing index corruption. Jim Cairn (ST Escalation Manager) engaged assistance from Application Customer Care team to manage the escalation and work with Dresser Rand on progressing their live production issues. | 13380705.6 / 13383364.6 / 13385280.6 |
| FIREPOND | Go - live March 1, 2001 Firepond went live recently with several Oracle products and overall the cut over was successful. However, the one module that they are having the most problems is with implementing iexpense. This is the one system that their internally users have complained about the most. The customer would like help in get resolution to several critical TARs. FirePond contact: Linda Holly, Manager, Information Systems 781-487-8593. Customer Care Contact: Valerie Milligan, 407-458-7141. | 1309740.0 / 1484701.0 / 1510731.0 / 13379983.6 |
| Fitel Lucent Technologies | 11i Go-Live: Postponed indefinitely... Fitel was not able to go-live on their 11i NT European instance on 4/30/01 due to internal and external issues. Most of their external issues are with the OE/OM modules. Ct will be implementing Financials, CASH, iExpenses, ENG, MFG, CRP, and Quality. Contacts: John Hotaling OCS 813.505.8506 Cindy Eastwood Customer Care 407.709.0470 | 1386758.0 / 1390610.0 / 1391704.0 / 1565374.0 / 1566811.0 / 13385475.6 / 13392679.6 |
| FormFactor | 11i Go-Live 6/15/01 FormFactor has missed their scheduled go live date of May 7. New go live date 15 June 2001. | 1351961.0 / 1358906.0 / 1567139.0 |
| GE Corporate | GE Corp is rolling out a single global procurement | 1372245.0 |

**ORACLE CONFIDENTIAL**

15

NDCA-ORCL 121595

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| | instance using IP 5.0/11i. There were initial upgrade issues which were worked through successfully by IP/PO/ATG Development and Support. GE is now live but continues to encounter system issues due to various problems on production. GE Internal monitoring of the production system combined with product related performance bugs is causing GE concern due to the loss of efficiency and user confidence. Business rollout and continuity are taking a hit. Additionally, GE is ramping up to roll out PO FamilyPack E and DB 8.1.7.1. Their anxiety level as they approach these milestones is increasing weekly. | 1570999.0<br><br>1572009.0<br><br>13389143.6 |
| Harmonic Inc | 11i Go-Live:04/01/2001 CRP 3 to commence 1.12.2001 Users have missed scheduled milestone and have requested CC assistance in maintaining their schedule. CRP2 11/27 - 12/08. CRP3 1/19 - 1/31 Go Live date 4/1 | 1052923.0 |
| | | 1195896.0 |
| | | 1550608.0 |
| | | 1566612.0 |
| | | 13228278.6 |
| | | 13230951.6 |
| | | 13236420.6 |
| | | 13237312.6 |
| | | 13238398.6 |
| | | 13239685.6 |
| | | 13240426.6 |
| | | 13241697.6 |
| | | 13279967.6 |
| | | 13293033.6 |
| | | 13295720.6 |
| | | 13297713.6 |
| | | 13298797.6 |
| | | 13304460.6 |
| | | 13307188.6 |
| | | 13369017.6 |
| Hudson Bay Company | Hudson Bay Company (HBC) - customer at risk. The customer threatening to pull the plug on their SSE implementation if the following 3 bugs are not resolved for them by Friday January 12th. 2001: 1523865 1571035 1551105 HBC has already gone into limited production with SSE but is still committed to backing out on the product if these issues are not resolved by the deadline. These bugs are all related to itemization entry functionality which is critical to HBC, who is insisting that all three bugs be fixed at the same time. If SSE is not fixed per HBC's needs they will drop the Oracle product and revert back to their legacy system. The result will be a significant loss of revenue for Oracle and the loss of a high profile reference. HBC is the oldest continually operating company in Canada and thus has a very high business and public profile. | 1300618.0<br><br>1318412.0<br><br>1326873.6 |
| Indiana Mills & Mfg. | 11i Go-Live: 6/28/2001. Cus very anxious with new 11i implementation and seems to be creating a stir among the 11i customer base via chat networks. Customer is in the middle of their conference room pilot and have | 1486362.0<br><br>1553258.0 |

**ORACLE
CONFIDENTIAL**

16

NDCA-ORCL 121596

CONFIDENTIAL–SUBJECT
TO PROTECTIVE ORDER

| | | |
|---|---|---|
| | several issues preventing them from moving forward. Customer installing Manufacturing, Purchasing, Financials, OM, Cus Care (CRM). | 1553628.0 |
| Ingersoll Rand Thermo King | Thermo King is a division of Ingersoll Rand Production: 11.5.3 with OM and MFG Family Pack D - Langeskov, Denmark. Migrated Financials from Legacy system, SAP. Global 11i implementation of Financials, Mfg., Flow Mfg., Order Management, and Shipping. Single global instance. Langeskov has been live since 5/2/01. There are several issues that need to be resolved, in order to stabilize the production environment. It is very important for Langeskov to be successful, as it will set the precedence for the other Thermo King sites. Support through OSS in Europe needs to be implemented. This is critical now that Langeskov is in production. Dan Ackley is working on implementing this. Thermo King has plans to bring 12 more sites online with 11.5.3. The locations include: Kolin, Czech Republic, Galway & Shannon, Ireland, Hockenheim, Germany, Barcelona, Spain, Tokyo & Kohnan, Japan, Hong Kong & Shenzhen, China, Hastings, NE, Louisville, GA, & Minneapolis, MN. The next site scheduled is Hastings. | 1261025.0<br>1363332.0<br>1365642.0<br>1373309.0<br>1373352.0<br>1427679.0<br>1505518.0<br>1554440.0<br>13361743.6<br>13370717.6<br>13377054.6<br>13382666.6 |
| Interlogix | 1-June-2001 CRP1: 1-Nov-2001 11.5.3 upgrade from 10.7 with addition of European countries, iStore and some CRM applications. The first attempt at the upgrade (10.7SC to 11.5.1) went very badly. With the help of OCS, a direct upgrade from 10.7SC to 11.5.3 is underway. While going better, it is slow and problems are being encountered but resolved. The past experience has created an impression of poor software quality, poor scripts and lack of expertise at Oracle on how to perform and support this upgrade. Contacts: Mike Hutchinson, OCS, RVP, 425.637.3837 Jim Rooney, NW Regional Mgr - Apps, 425 637 3232 David Shefner, Interlogix project manager, 503.691.4739 Steve Harris, OCS, US Project Manager, 503.525.3140 Denise Kinsfather, KPMG, Global Project Manager Michael Ogden, OCS, iStore project manager, 720.330.1518 Tim O'Toole, Apps Sales Mgr., 503.220.5120 Manette Steele, Sales Consultant, 970.325.9845 | 1265806.0<br>1342243.0<br>1399666.0<br>1491001.0<br>1495893.0<br>13380996.6 |
| Intertek | 11i Go-Live: 7/2/2001. Moved from 4/30 Intertek is new to Oracle and is in the process of implementing Oracle 11iERP. They still have to apply 7 - minipacks and 31 individual patches. This can be overwhelming for new users and Intertek is requesting Customer Care Escalations help. They had a Conference Room Pilot (CRP) scheduled for 1/8/01 which now had to be rescheduled for 1/22 with a go live date of 4/30. They are now in User Acceptance Testing (UAT) and would like all critical issues resolved and tested before UAT ends. | 1214568.0<br>1378391.0<br>1380257.0<br>1385193.0<br>1389887.0<br>1390328.0<br>1539448.0<br>13388630.6 |
| Invensys | Customer is in process of upgrading to release 11i. Bi-weekly concalls are being conducted between the project manager (Bev Simpson), her staff and Sue Crew. Scheduled go live for upgrade is 1st June 2001. They are planning another test upgrade in early May with UAT expected to take place in late May. They do NOT want to apply 11.5.4 before they go live as applying 11.5.3 caused them to lose 15 days (the June | 1362928.0 |

**ORACLE**
**CONFIDENTIAL**

NDCA-ORCL 121597

CONFIDENTIAL–SUBJECT
TO PROTECTIVE ORDER

| | 1 date is a revised golive date) Closure - successful golive. Review for closure 1 week after goli | |
|---|---|---|
| JACKSON LABORATORY | 11i Go-Live: 6/4/2001 (Phase 3, OM). ***** LIVE ***** (Phase 2). The Jackson Laboratory is an independent non-profit mammalian research laboratory. They conduct basic biomedical research training and education of scientists worldwide and provide genetic resources to the global scientific community. Jackson Laboratory was forced to postpone their initial 11i conference room pilot due to the many bugs encountered during the implementation. Jackson Labs phase 2 is currently live with: OPM - inventory, Common Purchasing, Costing, Product Development and Execution, Order Fulfillment, Financials and Grants. Phase 3 go-live is scheduled for June and is to include Order Management. | 13391963.6 |
| Kinetic Concepts Inc. | 11i Go-Live: 01-Aug-01. Kinetic Concepts is migrating from 10.7 character to 11i with a scheduled go-live date of August 1. Code freeze is planned for June 1, CRP starting on May 14th. Applications affected are Manufacturing and Financials. The customer had planned to go live in February 2001, but had to delay due to the number of issues they were encountering. Additional new license revenue is contingent upon a successful upgrade. Customer contacts: Sam Peace, CIO, 210-255-6940 and Marvin Wolf, IT Director, 210-255-6337. Customer Care Manager: Soile Berg, 719-757-2836. | 13355918.6<br><br>13381808.6 |
| LG Philips LCD | LG LCD are part of LG group. US$1,000,000 license and consulting. Integration testing during may and june, with go live beginning of July. Being watched as part of overall LG group monitoring. Closure on successful go live | 1311022.0<br>1339641.0<br>1418086.0 |
| LG-Innotek | Client went live in March and went through their first monthly closing earlier this month. Many issues came up and client still has not been able to close (going on third week). The PM on the project is an important partner of ours--LG EDS. Because the client cannot close, they will not release LG EDS, who planned to withdraw their consultants earlier this month (right after closing). LG EDS see the inability to close as a product issue and is threatening to sue. Closure condition: Being able to complete a monthly close without excessive manual procedures | 1316417.0<br>1376582.0<br>2468631.1<br>9426077.7 |
| Life Fitness | 11i Go-Live: 07/01/01. (For OM) Conference room pilot 5/15/01. (Note change in milestone dates.) Life Fitness is a division of Brusnwick, and license contracts (Q4 timeframe) for other divisions hang in the balance on the success of this installation. | 1356063.0<br>1356239.0<br>1360232.0<br>1367380.0<br>1368892.0<br>1368942.0<br>13350697.6 |
| Lite On Technologies - Taiwan | LiteOn is an industry leader and they brought Oracle ERP (incl Teasury). License is dealing with them to add on APS modules. This is a very good reference of a whole Oracle solution in addition to give us $M of order. The target production date has slipped from | 44454.5<br><br>46444.5 |

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 121598

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

| | | |
|---|---|---|
| | March 1 to July 1st due to implementation issues mainly in the Treasury product. We need to monitor this customer with the rest of their 11i Implementation. (Key dates - Integration testing starts April 9th, for 8 weeks, June will be spent preparing for go-live). CLOSURE CONDITION: Successful go-live due July | 46468.5 |
| | | 46867.5 |
| MILNE FEEDS PTY LTD | Milne Feeds is experiencing two critical technical issues, which are both having a significant business impact. Firstly, an Order Management issue (TAR 1359249.996) has resulted in an inability to process orders and therefore generate invoices. The second issue (TAR 1520500.999) is concerned with Inventory and if unresolved will become the 'show stopper' that delays Milne Feeds parent company (Rural Traders Co-operative) from 'going live' at the end of May. Closure Condition - Resolution of TARs 1359249.996 and 1520500.999 | 1359250.0 |
| | | 9427857.7 |
| Meritor Automotive | 11i Go-Live: 08/01/2001. 11.5.3 with OM and Distribution Family Packs D applied. Meritor Automotive is an early customer success program customer for 11i OM. They are beginning to have problems with the product install and Vision DB. They are logging TARs and would like some assitance in getting education and TAR resolution. It was agreed that they would be brought into Customer Care and conduct weekly meetings to go over their impending project plan and upgrade to 11i. | 1232043.0 |
| | | 1318202.0 |
| | | 1337861.0 |
| | | 1369485.0 |
| | | 1399731.0 |
| | | 1437334.0 |
| | | 1530539.0 |
| | | 1576646.0 |
| | | 1579086.0 |
| | | 13374747.6 |
| Motorola MCG | 11i Go-Live: 8/01/2001. Motorola is upgrading from 10.7 to 11i on Financials, Manufacturing and Sales Compensation. They have requested Customer Care assistance due to some outstanding issues which could jeopardize the go-live date. Next critical date is CRP on June 11. | 1187151.0 |
| | | 1325047.0 |
| | | 1344609.0 |
| | | 1352250.0 |
| | | 1354280.0 |
| | | 1357300.0 |
| | | 1385604.0 |
| | | 1387886.0 |
| | | 1442204.0 |
| | | 1515357.0 |
| | | 1536034.0 |
| | | 1561595.0 |
| | | 13345923.6 |
| | | 13357937.6 |
| | | 13367141.6 |
| National Office du Film | "11i Go Live: 06/12/2001." National Office du Film is implementing iStore,iMarketing, iPayment, Marketing online, Sales online GL,AP,AR,PO,FA,INV,OM,PA. PriceWaterhouse is implementing They identified 12 show stopper TARs March 20. April 23, they identified 7 other TARs that they wanted resolved for Go Live. | 1272708.0 |
| | | 1305234.0 |
| | | 1500057.0 |
| | | 1506473.0 |
| OneOK | OCS on site with partner, Grant Thornton, to install 11.5.3 with the following milestones : HR/Payroll/OAB/OTM/OTA - go live was 4/1/01 | 1473440.0 |
| | | 1504549.0 |

**ORACLE**
19    **CONFIDENTIAL**

NDCA-ORCL 121599

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

| | | |
|---|---|---|
| | GL/AP/AR/PA/FA/INV - go live 6/1/01 Need assistance to resolve showstopper issues blocking go live. | 1508719.0 |
| Ontario Ministry of Finance | 11i Go-Live: ??/??/2001. Next Milestone: CRP May 7. This is a large implementation and a high visibility customer. They are implementing 11.5.3: AR, PA, PO and AP on Sun Solaris. Oracle Consulting is on site (Scott Innes). Additional detail will be gathered tomorrow. | 1367361.0 |
| | | 1375736.0 |
| | | 1506569.0 |
| | | 1537588.0 |
| | | 2467649.1 |
| Paxar | 11i Go-Live: 01-JUL-2001. Paxar Corporation is implementing Oracle's 11i ERP suite including Financials, Human Resources, and Manufacturing including Advanced Supply Chain Management and EDI Gateway. On-site contacts, Paul Thomas, Paxar Project Lead: 973.684.6564 ext: 207; Barry Brown, OCS Practice Manager: 908-803-9973. . Escalation Manager: Peter Winter 407.595.5019 . CSI: 3026609 | 1375127.0 |
| | | 1468262.0 |
| | | 1523527.0 |
| | | 1527049.0 |
| | | 1540992.0 |
| | | 1552983.0 |
| | | 1556574.0 |
| | | 1560256.0 |
| | | 1566515.0 |
| | | 13373026.6 |
| PlusMark | Plus Mark went Live 11i 23-APR-01. Plus Mark, a subsidiary of American Greetings is upgrading from 10.7.Character to 11.5.2. While experiencing several issues. While some of the customer's critical TAR's have been closed, there are still several open. Plus Mark Customer Contact: Ron Hurley, 423-636-2145. Oracle consulting on site. Dave Rosochacki 423.636.2134 CSI# 1871836. Customer Care contact Deeb J. Farris 407.458.5546 | 1369454.0 |
| | | 1375618.0 |
| | | 1377393.0 |
| | | 1380077.0 |
| | | 1494448.0 |
| | | 1508812.0 |
| | | 1547659.0 |
| | | 1555458.0 |
| | | 1567066.0 |
| | | 13372175.6 |
| | | 13377448.6 |
| | | 13389466.6 |
| Rosenbluth International | 11.0.3 Go-Live 7/1/2001: Client going live on GL, AP, PO, AR, FA, PA and CE (Cash Mgmt). Client has already delayed their go live 3 times and is frustrated. Customer Care engaged as of 5/22/01 to help get through this critical stage. | 1396308.0 |
| | | 1539457.0 |
| | | 1549201.0 |
| | | 1561740.0 |
| | | 1562925.0 |
| | | 1579814.0 |
| | | 13382453.6 |
| | | 13389491.6 |
| SUNY RF | Go-Live Date Jan., 2001 SUNY RF is a governmental agency that was established for the sole purpose of processing all research and grant funds for all the University schools throughout the State of New York. Since going live they have continued to have problems with application & database performance issues, getting research funds to a specific group or the ability to recover funds for research grants and they can not pay their research personnel correctly due to so many payroll problems. Another important problem is the FXVWPHU·VUHFRUGVKRZWKDWDUHFXUUHQWDWRW | 1295565.0 |
| | | 13191225.6 |
| | | 13338446.6 |

**ORACLE CONFIDENTIAL**

NDCA-ORCL 121600

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

| | | |
|---|---|---|
| | encumbered, but the Oracle reports show they are. Swen Larsen, Oracle Product Support Director has asked that Customer Care help manage the current list of 63 critical TARs for SUNY. | |
| Sierra Pacific Products and Engineering | Sierra Pacific is anxious to upgrade to 11i from 10.7sc. They are on an NT platform and have encountered numerous patching issues from installation. They have received the 11.5.3 new install code and are well into the installation. | 13331815.6<br>13361339.6<br>13373269.6<br>13375187.6 |
| SynQor | 11i Go-Live: 04/01/2001 Live as of 4/1/01 SynQor manufactures to ISO 9001 standards high efficiency dc/dc converters for distributed power supply architectures. SynQor is on the final stretch with their first 11i NT install. They had to moved back their Go-Live date from 3/4/01 to 4/1/01. SynQor was able to meet their Go-Live of 4/1/01. They are now live and in the process of closing their remaining issues. | 1332183.0<br>1335712.0<br>1367131.0<br>1516254.0<br>1550358.0<br>13389499.6<br>13389523.6<br>13392190.6 |
| UPS - Atlanta | UPS is in a post go live status seeking the help of Oracle to get their OM system up and running. Currently,the customer is placing orders to their external customers and these orders are not being shipped or prices correctly. On 4/26/01 Clay Early, UPS Applications Services Manager informed that one of their customer's (Colorjet) generally gets 200 services call a day. Due to the large number of mistakes with their orders, they received 1,700 service calls. UPS e-logistics is an up-start and they are trying to build their business, however,the customer feels that if these types of problems continue their whole operation is in jeopardy. UPS is requesting resources from Oracle support, consulting and sales to rectify this situation.Customer Contact: Clay Early, Applications Service Mgr.(678-358-1255). Customer Care Manager, Valerie Milligan (407-458-7141). | 1365001.0<br><br>13364360.6 |
| Unipresident Enterprises Corporation | PEC is currently undergoing 3 major implementations. As the largest food manufacturing company in Taiwan these implementations have high visibility and it is critical that the go live dates for the implementations are achieved. These dates are: . Implementation 1: Oracle Financials Upgrade: Go Live 7/1/01 Implementation 2: Oracle OM: Go Live 8/1/01 Implementation 3: Oracle OPM: Go Live 8/1/01 . To date TARs have not been logged for problems encountered due to project time constraints. Closure condition is successful im | 45651.5<br>1356892.0<br>1510147.0<br>1511517.0<br>9427948.7<br>9428028.7 |
| United AD Label | 11i Go-Live: 7/02/2001. 11i Customer Success Program. Client is going live on 11i ERP (Financials, Manufacturing, and Distribution) on May 1, 2001 and is coming upon some critical CRP and testing dates. Steve Norman, 11i Release Manager has engaged Customer Care to provide TAR and account management so that the customer can stay on track and be successful with their implementation. Entechsol is the third party consultant on-site. Customer contact: Murthy Subramanyamurthy, Entechsol Project Lead - 949.275.8826 Cell# TVK (Krishna), Entechsol Project Manager - 714.990.2700 ext. 161 / 714.227.9539 cell# | 1561945.0<br>13294461.6<br>13306635.6<br>13339769.6<br>13341529.6<br>13370032.6 |

**ORACLE CONFIDENTIAL**

NDCA-ORCL 121601

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

| | VODAFONE | There are some issues which revolve around the customer's comfort with Patching, Oracle Service and Property Implementation. Closure Condition - Successful GO-LIVE for ERP & CRM | 1025422.0 9412989.7 |
|---|---|---|---|
| | Viant | Viant has requested assistance via Sales Consultant group (Dom Antinucci) on several issues affecting the following products: AP(Workflow), AR and AOL. A prioritized list of seven (7) TARs was released to Customer Care as critical issues requiring immediate attention from Support and Development. Contact: Tiffany Jones Phone: 617 531-6748 | 1236470.0 1240761.0 1262547.0 1429110.0 |
| BOL Business Online | Bank of Montreal - Hosted Servies Projct | "11i Go-Live: 05/07/01" iProcurement Upgrade. Next Milestone: April 19 User acceptance Testing. This is an Oracle Hosted Services (BOL) project not to be confused with another Bank of Montreal project (iStore) currently underway. The Bank is generally happy with the project. They are currently running live on SSP4 on 11.0.3 and are pleased with it. They are concerned about the apparent lack of knowledge around the External Catalog loader. They are also unhappy with the length of time it takes for the migration from 11.0.3 to 11.5.2. OCS is engaged for the implementation. Their original Go Live was April 2. | 13378955.6 13380053.6 |
| | Worldcrest Group | Upgrade to OEX 6.1 - 3/30/01 Worldcrest was upgraded to OEX 6.1 in production on Friday 3/30/01 as scheduled. The customer continues to have problems since their upgrade. Customer Care will continue to help until all critical issues are resolved.Customer Contact:Michelle McCormick, 678-496-4012. Customer Care Manager: Valerie Milligan, 407-421-9370. | 1310092.0 1321512.0 1490731.0 1497800.0 1497949.0 13365792.6 13366751.6 |
| Internet Products | GlobalOne | Go Live - April 1, 2001 GlobalOne is a world wide communications company implementing 11i Web Expense on a stand alone Sun Solaris platform. The customer is live and is trying to get approximately 1200 users on line with iExpense. The users need to create and edit expense reports. The users are requesting help in getting these new issues resolved. 3rd Party Contact: Jean Michel Texier, Office: 703-689-7589 and Cell: 301-675-8032. Customer Care Manager: Valerie Milligan, 407-458-7141. | 13386762.6 |
| Other | AeroXchange | Customer next major milestones are: June 1 - Process transaction with Cathay Pacific June 15 - 25 Paris Air Show Demonstration | 13383709.6 |
| Server Technology | ABB PROCESS AUTOMATION CORPORATION | Customer is having a memory leak when using the Transparent Gateway product within Windows NT which integrates their SQL Server based tracking system with Oracle based Quality Management system. When run automatically, the memory problem becomes severe and they must reboot their gateway system every other day. A patch was supplied to them from development a year ago which they just recently applied and while it solved the memory leak, it causes the server to crash. Alternatives discussed were a) allowing development to work on problem, b) upgrading to 8.1.7 (currently at 8.0.6), c) writing a script that would manually run the program avoiding the leak and crash We have currently escalated the | 1528403.0 |

**ORACLE**
**CONFIDENTIAL**

22

NDCA-ORCL 121602

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

|  | bug within development but are concerned as to the response being "Why did the customer wait so long to apply the patch" and/or "8.0.6 is an older release, transparent gateways are being replaced by hetrogeneous services - have the customer upgrade to 8.1.7" - this is a large customer with sites world wide and it would be unfeasible for them to upgrade to 8.1.7 in a short time frame. |  |
|---|---|---|
| CARGIL AGRICOLA S/A | The customer is facing a problem with files greater than 2 gb in Oracle Server 8.1.6.2 with JDEdward application. In V8.1.6.2.0 is supposed to not have 2gb limitation, so customer is having big problem to manage their Oracle datafiles size. We opened the bug# 1623390 and it was in development team but we do not have any news for 2 days. Customer needs a quick response because in the first time they had that problem they lost a lot of money and they do not want to face that error again. Customer will escalate this issue to their executive manager in USA on Tuesday (Feb, 13 2001). | 13294358.6 |
| CMA Consulting | This issue (1 month old)is having asignificant impact on the Office of Mental Health's ability to role out the Medicaid Data Warehouse. This delay affects approximately 57 counties for OMH. This highly visible initiative,which has the full support and attention of OMH's executive Staff, cannot be implemented without the dramatic performance improvements that are inherent when this critical performance tuning tool is functioning properly. Issue: After upgrading from 8.1.7 32-bit to 8.1.7 64-bit, running with star_transformation_enabled=true and statistics on a large table simple queries result in incorrect results while complex queries result in ORA-7445 core dumps with no stack trace in the trace file. A patch was provided, however it didn't fix the problem. Available Workarounds: Workaround #1 is where star_transformation_enabled=false, but this returns unacceptable response times for complex queries. Workaround #2 is to set star_transformation_enabled=true and to delete statistics on partitioned tables. This produced reasonable results on the limited queries I have run, but would need more extensive user testing to determine if it would be acceptable as a temporary interim solution for production. | 13380524.6 |
| Florida Power & Light | Florida Power and Light has been experiencing Oracle shared memory allocation issues during bulk inserts using SmallWorldWide Systems (SWWS) LTD data transfer processes for an Asset Management System (AMS) since 07MAR2001. A similar Oracle BUG (1627802) was filed by the application developer (SWWS) on 04FEB regarding memory leaking and PGA/UGA growth without resolution. Oracle DDR determined root cause of this issue on 22MAY. Customer Care has engaged to become the customer Oracle point of contact. Status conference calls are scheduled daily at 1200 EDT by dialing 888.694.8914 pc FPL. Customer Contacts: David Bloom (Apps Program Manager) 561.694.7379, Gita Patel (DBA Manager) 800.447.2433 pin 9117, Oracle Contacts: Rich Ware (Escalation Manager) 407.458.1029. | 13371909.6 |

**ORACLE
CONFIDENTIAL**

23

NDCA-ORCL 121603

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

| | | |
|---|---|---|
| Hopital du Haut-Richelieu | Customer situation is a hospital that is running production systems for admissions, blood bank, etc. The database crashes are unpredictable and happen approximately every 4 or 5 hours. If they happen to be at a critical time for a patient, there could be life threatening repercussions. The original TAR was logged Feb 7, 2001 and the bug has been open since March 13, 2001. The bug has been escalated since March 22, 2001. Oracle database is 8.1.6.2 on NetWare 5.0 SP6A + NetWare PIII/server.exe patch. They begin with a series of ORA-602 errors, eventually causing an abend. | 13333749.6 <br><br> 13342246.6 |
| IKON | 11i go-live: 01-DEC-01 IKON is implementing the entire release 11i ebusiness suite CRM , Fin Apps ERP, EDW into IKON North America. The customer is also in the middle of an 11.0.3 to 11.5.3 upgrade of their current Oracle Apps production environment. Oracle consulting is on-site and is helping direct the flow of critical tars into Customer Care. Contact: Ken McNeal(Program Director OCS) 914-855-5504 Don De Santis(Technical Manager OCS)610-745-2689, Scott McCall Customer Care 407-458-6280. | 13381117.6 <br><br> 13388699.6 |
| MCI | Mission Critical application routinely crashes. Escalated to Sr. Mgr levels at customer, vendor and Oracle development. Vendor Compaq/vms engaged. | 1553780.0 <br> 13379823.6 |
| Salesforce.com | Salesforce.com is experiencing production issues which cause critical session aborts but not crashes. | 13325812.6 <br> 13354612.6 |
| State Street Boston | State Street Boston has been reporting corruptions in memory for the past 6 months (corruption occurring approximately once a month). This memory corruption has resulted in corruption on disk at least twice in the past six months. Oracle is reporting SEGV's and invalid address alignment all over the place. DBV does not find any corrupt data files. The application programs run on another machine, so memory corruption from application programs seems remote. This is a production system and further diagnostic and troubleshooting on this system is not feasible. The customer has a UAT environment, but has not determined a way to simulate the production load in this environment. This is the first Oracle project of 400+ at State Street and future sales have been impacted. | 13320955.6 <br><br><br> 13330987.6 |

## Customer Care Escalation List
### Escalated Customer Report
**29-MAY-01 08.07.49 AM Page: 1 of 1**

Page Items: STATUS: COOL

| Escalation Type | Customer Name | Business Problem | TAR |
|---|---|---|---|
| Applications - CRM | Franklin Covey | 11i Go-Live: 04/28/2001. This Go Live date is not set in stone and is on an ASAP basis but it is anticipated that it will be Mid March. Franklin Covey is changing their iStore from Broadvision software to Oracle iStore. | 1356614.0 <br> 1373649.0 <br> 1529733.0 |
| | KOREA ELECTRONICS COMPANY LTD | 11i implementation partnering with PWC. Worth approximately US1M. Implementing 11i and OSFM11i. Note, APS instead of MRP Module. Go live is June 1st. Date has slipped due to issues with OSFM - which is | 9426659.7 |

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 121604**

CONFIDENTIAL–SUBJECT TO PROTECTIVE ORDER

| | | | |
|---|---|---|---|
| | | the primary reason for this escalation. Conference calls with customer, DEV and SUP scheduled for 5pm Tuesdays (PST). Closure condition: resolution of outstanding OSFM issues. | |
| | National Instruments | Customer has a planned go live for the Japan instance on May 1, 2001. They have a project plan that is rapidly falling behind schedule and is adversely their go live date. | 1269399.0 |
| | | | 1331251.0 |
| | | | 1338291.0 |
| | | | 1345397.0 |
| | | | 1346571.0 |
| | | | 1378963.0 |
| | | | 1385339.0 |
| | | | 1395191.0 |
| | | | 1418978.0 |
| | | | 1495217.0 |
| | | | 1511955.0 |
| | | | 1517813.0 |
| | | | 1549895.0 |
| Applications - ERP | ALCOA Aluminio S/A | 11i go-live: 6/1/01 Alcoa is currently trying to go-live on 6/1/01 on their France, Italy, and Spain instances for Financials. Ct has Oracle technical support onsite (Vasu Rao) who is helping to direct the flow of any critical tars towards Customer Care. Contact: Vasu Rao 412.553.2586 Cindy Eastwood Customer Care 407.709.0470 | 1314921.0 |
| | | | 1349982.0 |
| | | | 1369695.0 |
| | | | 1397422.0 |
| | | | 1498025.0 |
| | | | 1561228.0 |
| | | | 13389017.6 |
| | American Chemistry Council | Go - Live April 30,2001 Customer is implementing Oracle 11.5.1 with OSP/PSINET. Repeated delays due to constant patching and testing. The customer uncovered a significantly delayed of Go Live following customer meeting with Oracle sales consultant Lisa 3/16/01. Customer wishes to go Live on PO, & Projects first. On-site contact Lance Duvall, Independent Costultant, 301.641.4122. Customer Care Manager: Valerie Milligan, 407-458-7141. | 1277629.0 |
| | | | 1503053.0 |
| | American Management Association | 11.0.3 Go-Live: 6/11/01 AMA has been live on GL, AP, PO, AR, iStore, and iPay since 11/30/99. Their Phase II go-live for AR, OE, INV, MRP, and BOM was slated for 9/30/00. But, because of mostly AR issues, ct has had to push that date back. Ct feels that they have received push back from support concerning escalating their issues with development. Contact: Vivian Kiroy (AMA Mgr) 518.891.1500 x2485 Drew McNichol (Oracle) 716.553.0148 Cindy Eastwood (Customer Care) 407.709.047 | 1246695.0 |
| | BTI - Business Telecom Inc | BTI is live on 11i (11.5.3) The original problem started with an Oracle bug compounded by a script from Development which was modified by support on its behalf. Unfortunately, Reconciliation Accounting was not taken into consideration from the script which led to ᵾᶴᵾᵿᵿᶢᵿᵭᵿᵿᶢᵿᵿᵿᵿᵿᵿᶢᵿᵿᵿᵿᵿᵿᶢᵿᵿᵿᵿᵿᵾᶢ Bug 1657808 was filed for the data fix. Customer's Contact: Debbie Edmark - Proj.Mgr (919) 863-7608 Steve Ritchie: (919) 863-7032 phone (800) 840-2007 pager | 13327722.6 |

**ORACLE**
**CONFIDENTIAL**

NDCA-ORCL 121605

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

| | | |
|---|---|---|
| Beckman Coulter, Inc. | 11.5.3 Global implementation centralized in US (all support from US): 16-Apr Are live in production on 11.5.3 (upgrade from 11.0.3) for GL, FA, Projects in US & Canada. 1-Jul Scheduled go live for finapps, HRMS, parts of manufacturing and supply chain planning in Netherlands, Belgium, UK, Italy, Switzerland, Spain, Sweden, Belgium. Other countries tentatively planned for Q4 2001. 1-Jan-02 US finapps with new chart of accounts and GL for the EC, HR/payroll, some CRM as well as more global manufacturing, supply chain planning and HR. Monthly thereafter, additional countries and applications will be added through 2002. Beckman Coulter, Inc. is a major client involved in a global rollout of ERP and CRM. They have spent approximately $25-30M on licenses and close to $5M/yr in support. Deloitte Consulting is the prime. Eight Oracle Consultants on-site. Feb 5 steering committee meeting was attended by OCS, Sales and Field Support Sr. Management. Beckman executives expressed loss of confidence. Customer is live on 11.5.3 GL, FA, Projects (NT middle tier/HP data base server). Will add HRMS, Payroll, OTA, AR, Payables, Purchasing, iProcurement, BOM and Inventory. The plan is to add CRM modules including Sales, Contracts and Service and others with hope of going live with all July 1. Oracle contacts: Arnold Perper, Sales Account Mgr. - 818.992.8974, 818.632.1666 cell# Bryan Williams, Sales Account Mgr. - 714.444.8308, 949.632.8802 cell# Anil Yamani, OCS Technical Lead - 714.444.8418 Alex Veitsman, OCS (DBA/technical) - Wayne Rogers, OCS Practice Director - 714.342.4554 Marianne Fletcher, Escalation Mgr. - 719.757.5533, 877.359.1735 pager Kuldeep Khanijow, CRM Triage Mgr. - 650.633.7271, 510.589.7929 cell# Customer contacts: Don Cruikshank, Infrastructure Mgr. - 714.773.6070, 714.330.1048 cell# Mahmoud Baagil, Deliotte Consultant - 704.906.7898 cell# | 1323085.0<br><br>1325192.0<br><br>1498511.0<br><br>1532466.0<br><br>13373495.6 |
| Chevron USA, Inc.(Hosted 11i) | 11i Go-Live: 12/04/2000. Chevron has participated in the 11i Hosted Early Customer Success Program as part of the Chevron, Oracle Exchange joint venture (RMX). Financial Apps went live in June and iStore and Exchange in Dec. They are now implementing iSupport. | 1524567.0<br><br>1566945.0 |
| City of Chicago | Go-Live UNKNOWN City of Chicago has cancelled their scheduled go live date of 1 June. The City is not 'ready'. They will publish their nest 'go live' schedule with in the next week | 1218120.0<br>1290754.0<br>1297814.0<br>1466656.0<br>1486670.0<br>13308584.6 |
| Emulex Corporation | 11i Go-Live: 4/1/2001. Customer has upcoming CRPs that will have customer visibility to problems currently being encountered mostly in the OM area. OCS is on site through the implementation and is the current interface to Support and Customer Care. Customer is implementing GL, AR, AP, FA, OM, CST, SS Expense, SS Purchasing, INV. | 1137372.0<br>1149058.0<br>1193685.0<br>1203560.0<br>1215057.0<br>1248407.0<br>1290153.0<br>1293976.0 |

**ORACLE
CONFIDENTIAL**

26

**NDCA-ORCL 121606**

**CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER**

| | | |
|---|---|---|
| | | 1294145.0 |
| | | 1298796.0 |
| | | 1311981.0 |
| | | 1368274.0 |
| | | 1390547.0 |
| | | 1392627.0 |
| | | 1433977.0 |
| | | 1560949.0 |
| | | 1563968.0 |
| Ford - Everest Project | The Ford Everest project is a major iProcurement implementation. This will be the first large scale applications implementation at an Automotive Manufacturer, thus visibility is very high. Numerous locations will implement across the globe during 2001. Success in implementing iProcurement may lead to other licensing opportunities. Next milstone: Another CRP will take place the week of May 7 - 11 and Phase 3 Goes Live June 1. | 1295645.0 |
| | | 1299869.0 |
| | | 1327885.0 |
| | | 1367170.0 |
| | | 1371517.0 |
| | | 1505137.0 |
| | | 1505609.0 |
| | | 13323515.6 |
| | | 13380952.6 |
| GE Transportation | Re: GETS BUG.1642888 [TAR # 13339944.600 (Con't of TAR # 1212472.996)] MRP will only look at enhanced sourcing rules when determining the supplier type. It will ingnore the Autosource rules even when the profile option PO: User enhanced sourcing rules is set to 'No'. Purchasing, however, does recognize the Autosource rules. | 13339944.6 |
| Honeywell Corporation | Honeywell plans a 10.7 (character) to 11i upgrade on 3 domestic instances and 3 European instances during summer, 2001. The company participated in very early beta upgrade testing and is part of a Customer Success Program intended to assist key customers with their 11i implementation. The GE acquisition has been delayed and has not yet had a noticeable affect. Current Schedule: Home & Building Controls, Sensing & Control, Industrial Automation Control, and Central Europe all plan to upgrade during July, 2001. Two other European instances will follow in August/September. These dates have slipped over the last year and cannot be slipped any further. The customer has expressed concern about 11i product quality compared to other releases, and has felt that Support is not fully meeting their needs on critical upgrade issues. | 1084649.0 |
| | | 1099860.0 |
| | | 1106493.0 |
| | | 1134659.0 |
| | | 1217560.0 |
| | | 1218023.0 |
| | | 1337668.0 |
| | | 2405310.1 |
| | | 2411498.1 |
| | | 9409340.7 |
| | | 12011522.0 |
| | | 13188015.6 |
| Hudson Advisors LLC | Customer is upgrading from 11.03 to 11.5.3, planned for 4-9-01, and has encountered difficulties currently evidenced in a small number of tars that need attention. Hudson staff appears to be long time users of Oracle apps, but need faster turnaround from Support to make the upgrade date. Customer Contact: Janis Hogue, CTO jhogue@hudson-advisors.com 214-754-8410 (office) or 214-676-2745 | 1288406.0 |
| | | 13329624.6 |
| | | 13331072.6 |
| Humana | Humana went live on HR/Payroll Rel. 11.0.3 January 1,2001. Several issues remain that are effecting Humana's ability to process payroll. OCS Contact: Jeff Admonius, 248-614-8813. Humana Contact: Gary | 13373324.6 |
| | | 13374487.6 |

**ORACLE**
**CONFIDENTIAL**

NDCA-ORCL 121607

CONFIDENTIAL–SUBJECT
TO PROTECTIVE ORDER

| | Smith 502-580-1267 CSI#: 2950521 | |
|---|---|---|
| Intecom | Intecom currently plans to go-live with 11.5.3 Financials, ERP, and Configurator on May 28, 2001. They are currently implementing the project along two distinct paths, 1) Financials & ERP, and 2) Config, and are experiencing difficulties with both. They are continuously applying patches, submitting enhancement requests, and debugging what they consider an unstable system. Continuation under the current circumstances is expected to seriously jeopardize the Go-Live date. $250,000.00+ is on the table for Oracle in Q4'01 that is contingent on the success of this project. | 1488690.0 13349226.6 13385915.6 |
| Laclede Gas Co | 11.5.3 HR/Payroll/Time Management go live 1-Jul-2001 on NT. V.P. of Information Systems, Muawiya Huneidi, is alarmed by the number of problems encountered during installation of the software, patches to be applied, etc. Has contacted LJE's office. OCS is engaged. Per OSS analysts, the problems encountered are fairly typical of a payroll install and the pure NT platform is a factor. Mr. Huneidi maintains very tight control over all aspects of the project. There are concerns about the time management application functionality in this business environment. Customization may be required which was not expected by the customer. | 1543236.0 |
| Liberate | 11i Go Live 6/4/01 on GL, AP, AR, FA, PO, Projects, iProcurement, iExpense, Internet Time. Andersen consultants onsite. Currently having problems with iProcurement, AP and AR. Escalation submitted by Marc Ottenville, Alliances Mgr for Andersen. | 1363208.0 13335288.6 13371685.6 13375488.6 13380094.6 13383601.6 13383874.6 13393011.6 13393020.6 |
| PCC Wyman Gordon | New 11i Go-Live: 07/02/01 (delayed from 04/30/2001 because of customer training & testing issues). PCC Wyman Gordon currently planned to go live with OM on February 12, 2001, after missing their first target date on January 1, 2001. They are having significant problems, and have not yet gotten to a point where they can ship product. Customer POC is: R.R. Kongovi @ 281-856-3124. Escalation submitted by Steve Brittan, Install Base Sales Consultant on 12/14/00. | 1219568.0 1493413.0 1563051.0 |
| PPG Industries Inc | 11i Go-Live: 5/18/2001 PPG is planning to implement Order Management 11i throughout out of the company. In the past, PPG have implemented Oracle fin. mfg and hr apps . Based on past experienced with PPG, it has been advised by product management to have support involved due to potential implementation problems with OM application. Dennis Hagerman (CSD: phone 412-299-8839 David Rhing (PPG): Phone 412-434-3675 Beverly Depetropaolo (On site Oracle PM): Phone 610-659-6767 Sunil Patel (On site Oracle PD): phone 302-521-2565 Linda Lam (Customer Care Mgr): phone 407-458-6031/813-508-0266(cell) | 1547536.0 |
| Panduit | 11i Go-Live: 4/21/2001. on GL, AP, AR, CM, FA, HR | 1270036.0 |

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 121608

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

| | and PAYROLL. This is an upgrade from 10.7 SC to Release 11i on HP 64 bit. | 1309696.0 |
| | | 1327066.0 |
| | | 13320346.6 |
| | | 13339869.6 |
| | | 13341351.6 |
| | | 13341570.6 |
| | | 13369474.6 |
| Select Medical | Select Medical is live on 11.5.1 - upgraded from 10.7 This escalation evolves around performance issues for three Payroll reports: 1)Payroll Register Report, 2)Payroll Activity Report, 3)Federal and State Tax Remittance Report running over 2 hours in 11i as opposed to 30 minutes in 10.7 The Payroll Director Kim Cassel is very unhappy about the progress being made. The client is unable to run more that a couple payroll processes or reports at a time and is running behind on reports execution. Internal Contact: Lisa Tershak, Oracle Install Base Sales Consultant (703) 749-5915 Onsite Contact: Teresa Laudien (717) 972-1352 Randall Kreiser (717) 972-1112 | 1206772.0 |
| | | 1275358.0 |
| | | 1468890.0 |
| | | 1474734.0 |
| | | 13275913.6 |
| | | 13314862.6 |
| | | 13329473.6 |
| | | 13349512.6 |
| | | 13353099.6 |
| | | 13366413.6 |
| | | 13372040.6 |
| | | 13374234.6 |
| TIMEX_11i | 11i Go-Live: 07/15/2001 Timex is a long time Oracle user using Oracle for over eight years. They are now in the process of upgrading from 10.7 character to 11i, and have patched up to 11.5.3. They are focusing on the implementation of OM and experiencing problems with getting orders booked and ship. They are also experiencing performance problems with order import and pick release. | 1296501.0 |
| | | 1329342.0 |
| | | 1351889.0 |
| | | 1356237.0 |
| | | 1517111.0 |
| | | 13324530.6 |
| Tellium | 11i Go-Live: 07/04/2001 Tellium sells a simple migration path to an all-optical network. They are the industry's first In-Service Developer and Manufacture of High Capacity Optical Switches. Tellium is new to Oracle and is now in their Conference Room Pilot. They are in danger of not making their User Acceptance Testing (on 5/21 and their Go-Live on 7/4) due to critical issues in Oracle Purchasing and Order Management. | 13384608.6 |
| UNITRIN | UNITRIN is currently production 10.7 on Sequent. They have an 11.03 instance in test environment. This instance is to be spun off to Pyramid Life, a subsidiary of Unitrin. Unitrin applied OE patch F to their 11.03 test instance. The application of this patch has prevented the forms from generating putting at risk Pyramid's go live on BOL by 3/1/01. | 1510629.0 |
| WAITEMATA Health Limited | This customer is part of the 'early adopters' program and a reference site. Since 'go-live' Waitemata have experienced numerous problems. In an attempt to resolve these issues a single patch strategy was adopted, which has introduced complications. Closure Condition: Restore Waitemata Health to stable condition by 30 April, 2001. 07-May-01..Review Closure Condition 31 May 2001 | 1012925.0 |
| | | 1024792.0 |
| Zhone Technologies, INC | 11.0 Go-Live: 02/01/2001. 10 issues have been identified as critical or show stopper TARs as Zhone | 13358519.6 |

**ORACLE**
29    **CONFIDENTIAL**

NDCA-ORCL 121609

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

| | | Technology's OM go live is fast approaching. Go Live has been pushed back until after the first of the year. Zhone is considering purchasing 11i and has implemented 3i Service earlier this year. | |
|---|---|---|---|
| BOL Business Online | Mercury Computer Systems | Mercury Computer Systems, Inc., is the leading independent producer of high-performance stream computing systems. Mercury is a BOL customer and is currently live with HR and GL. They have escalated to executive management within BOL due to communication issues with BOL and Support. Customer Care has been engaged with Mercury and due to bi-weekly conference calls with participation from Customer Care and key personnel from BOL, Mercury is now satisfied with Oracle's commitment for them to be successful. | 1333345.0 <br> 1345078.0 <br> 1517444.0 <br> 13370514.6 |
| Development Tools | Enron Corp | Customer is encountering a bug which causes the system to hang if more than one processor is used. Since all processes have to single thread, trading on the Enron online trading system is not meeting SLAs. | 1334976.0 |
| Server Technology | ADP | Rollout of ADP's customized PC Payroll System delayed until issue with Oracle Universal Installer is resolved. Rollout delay affects an install base of 95,000 PCs, additionally, ADP's sales force is expecting to sell more than 2000 clients/month. | 1313280.0 <br> 1321634.0 <br> 1521438.0 |
| | LDS Church | Oracle 8.0.5.1 database on an Alpha VMS system. Intermittent corruption problems that are not isolated to any particular area of the database. Possible memory related issue. | 1356070.0 |

Mike Runda <Mike.Runda@oracle.com>

**ORACLE CONFIDENTIAL**

NDCA-ORCL 121610

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 385

**Subject:** Upgrade from 10.7 to 11i
**Date:** Thu, 14 Jun 2001 16:02:39 -0700
**From:** "George, Doug" <Doug.George@nike.com>
**To:** "'cgodwin@us.oracle.com'" <cgodwin@us.oracle.com>
**CC:** "Smith, Greg (IT-WHQ)" <Greg.Smith@nike.com>,
"Nasmyth, Scott" <Scott.Nasmyth@nike.com>,
"Foster, Patricia" <Patricia.Foster@nike.com>

Cliff,

I don't know how aware you are of this situation, but if you are not, here
is a heads up. Nike, like hundreds of other companies in your client base
is out there either in the process or getting ready to start an upgrade from
10.7 to 11i. We have been working on our initial test upgrade here for over
two months and still have not gotten through the pre-upgrade steps. We seem
to make progress slowly, working through the conversion, bug by bug. During
the last two months we have worked with some great folks at Oracle, some not
so great and some down right rude, but that is not the point I am trying to
make. It seems like with the huge installed base on 10.7, that Oracle would
have a dedicated team of upgrade experts learning everything they could
about the process and proliferating the knowledge throughout the support
organization. It really seems odd to me that there is not a group dedicated
to the 10.7 to 11i upgrade. Currently the most common suggestion that we
keep receiving is we should hire some Oracle consultants and that they could
help us through the process. To me, this is a great opportunity for Oracle
to jump in and do something proactive or wait and watch what I am sure is
going to be a real mess. This is not just an 11i quality issue, it won't
help to have a quality product if you can't complete an upgrade from 10.7.

Best Regards,

Doug George
503-532-2239
Manager; Global Model Systems Group
Nike, Inc.

**ORACLE
CONFIDENTIAL**

7/5/2002 4:29 PM

**NDCA-ORCL 059399**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

# EXHIBIT 386

**Subject:** Re: [Fwd: Serious Quality Issues Surrounding 11i]
**Date:** Mon, 03 Jul 2000 11:10:34 -0700
**From:** Sam <saddison@us.oracle.com>
**To:** Ric Ginsberg <eric.ginsberg@oracle.com>
**CC:** Kirsten Shaw <Kirsten.Shaw@oracle.com>, Ron Wohl <ron.wohl@oracle.com>,
"Labat,Jerome" <JLABAT@us.oracle.com>,
"Shaw,Kirsten" <KSHAW@us.oracle.com>,
"Ginsberg,Eric" <EGINSBER@us.oracle.com>,
Greg Seiden <gseiden@us.oracle.com>, cgodwin@us.oracle.com

>From talking to with Support and reading his email it appears that they hit the
Database Bug 1325540, a known issue with the migration utility. Keith has asked ST
for backports for all the major tiers.

Support is researching Telcordia's Bug & TAR history and is compiling an issue
list. From that we'll get a better picture of all the issues they've encountered.

Thanks,
Sam

Ric Ginsberg wrote:

> The best I can tell from the text below is that the customer is having trouble
> migrating their DB from 7.3.4 to something, but they do not specify what.  I
> assume the something is 8.1.6.
> I checked around and people have heard there are problems with the migration
> from 7.3.4 to 8.1.6, and that migrating first to 8.0 is a possible work-around.
> I found a half dozen bugs in bugDB on this subject.  Maybe Sam can review them.
>
> Please send us the bugnumber from the issue described below.
>
> --> Ric
>
> Kirsten Shaw wrote:
>
> > Ron,
> >
> > They are having problems with the HP install.  (Frankly, alot of customers
> > have had problems with the HP install.)  They apparently made no progress
> > over the weekend, and are fuming.  Am a little concerned with that, because
> > we set up a safety net for support, which they didn't use.  Sam is managing
> > it, and will give you an update after he has a chance to discuss it with
> > support.
> >
> > However, part of that issue is that Bell South went bullistic over the
> > weekend too, and I think Support got dragged into that instead.  CRM dragged
> > Sam and Bill and me into it over the weekend, and it was really not pretty.
> >
> > I urgently need to discuss working with CRM with you.  Please do not give
> > out my pager number or home phone number to any one in CRM development, or
> > in Jay Nussbaum's organization.  If you already have, I will get them
> > changed.
> >
> > I am going to insist that if they want involvement from my team that the
> > request needs to come from Support management (Kurt Larsen or Dick Sellers
> > in the east.)  They have been totally badgering people over the weekend, and

**ORACLE
CONFIDENTIAL**

6/25/2002 2:40 PM

NDCA-ORCL 057301

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

> > they want us to do 2 concalls a day.  We have 21 other accounts across 4
> > people, and I do not have headcount to support account management in the
> > style that CRM is currently managing it.
> >
> > --Kirsten
> >
> > Ron Wohl wrote:
> >
> > > what are the problems referred to below?
> > >
> > > -------- Original Message --------
> > > Subject: Serious Quality Issues Surrounding 11i
> > > Date: Mon, 3 Jul 2000 07:21:50 -0400
> > > From: "Paul Cardone" <pcardone@telcordia.com>
> > > To: bdietel@us.oracle.com
> > > CC: "Bill Hines" <bhines@telcordia.com>,"John Radvanski"
> > > <jradvans@telcordia.com>, ayapaolo@us.oracle.com,rwohl@us.oracle.com,
> > > "Allen H. Nelson" <anelson@telcordia.com>,"Benjamin P. Chapman"
> > > <bchapman@telcordia.com>,"Krishna D. Shah"
> > > <kshah1@telcordia.com>,"Dennis Poulson" <dpoulson@telcordia.com>
> > >
> > > Bruce,
> > >
> > > The situation described below is the culmination of what our DBA has
> > > been
> > > experiencing at Oracle Corporate headquarters over the course of the
> > > last
> > > eight weeks.  This is totally unacceptable and certianly not indicative
> > > of
> > > a quality product.  It is disheartening to say the least.  I believe a
> > > conference call is in order.  Please arrange this for Wednesday, July
> > > 5th
> > > at 2:00 PM our time and ensure that Ron Wohl is on the call along with
> > > Bill
> > > Hines, John Radvanski and myself.
> > >
> > > --------------------- Forwarded by Paul Cardone/Telcordia on 07/03/2000
> > > 07:11 AM ---------------------------
> > >
> > > John Radvanski
> > > 07/03/2000 02:15 AM
> > >
> > > To:  Bill Hines/Telcordia@Telcordia, Paul Cardone/Telcordia@Telcordia,
> > >      Allen H. Nelson/Telcordia@Telcordia, Benjamin P.
> > >      Chapman/Telcordia@Telcordia, Krishna D. Shah/Telcordia@Telcordia,
> > >      Dennis Poulson/Telcordia@Telcordia
> > > cc:
> > > Subject:  Well ...... we're S-O-L !!
> > >
> > > The bottom line is that the database migration completely trashed our
> > > dev11i database.
> > > It's so hosed up, that the ONLY thing to do now is to restore it from
> > > the
> > > 7.3.4.2 image that we have on profit1.  I am serious ...... the
> > > migration
> > > utility really sucks!!!
> > >
> > > Dennis - please begin this restore at your earliest convenience.  This
> > > will
> > > entail recopying all of the "/b" mount points on profit1 to `/e" mount
> > > points on profit8.  PLease ONLY replace the files that conform to this
> > > path: /e*/oracle/data/dev11i/*.  Do not overlay anything else.

**ORACLE
CONFIDENTIAL**

6/25/2002 2:40 PM

NDCA-ORCL 057302

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

> > >
> > > My personal opinion is that ORACLE has a very serious bug in their
> > > migration software.  However they are blaming these "type" of problems
> > > on
> > > the Operating system.  The "good news" here is that the problem has also
> > > ocurred in SOLARIS!!
> > >
> > > Earlier tonight , while running the database convert command, I
> > > encountered
> > > an error that one of our index datafiles for the FLASH app did not have
> > > the
> > > correct number of blocks.  I was so determined to resolve this that I
> > > even
> > > missed my plane!  However, after many failed attempts, both the  ORACLE
> > > techs and I have  confirmed that I am  screwed!   (It does not even
> > > matter
> > > that the datafile just contains flash data.) Even if I wanted to drop
> > > the
> > > datafile, I must revert back to 7.3.4.2 to just drop the datafile! If it
> > > was a datafile that I absolutely needed, I have to revert back to
> > > 7.3.4.22
> > > and play another game of "resizing" it so the migration *might* work.
> > > It
> > > boils down to a game of chance, and you keep at it until ALL the
> > > datafiles
> > > cut the mustard. It's an "all or none" proposition.
> > >
> > > I'll provide more details when I get back.  Right now I am too disgusted
> > > to
> > > continue, so I am packing up and catching the 7:30AM flight home.
> > > Because
> > > of this mess, instead of being "off" tomorrow, now I'll be  traveling.
> > >
> > > I went into doing this database migration really "feeling good" since
> > > the
> > > conversion that I did here was pretty smooth.  BUT .... now that I have
> > > learned about how "fragile" this process really is, we will have to
> > > consider scheduling the database migration prior to the production 10.7
> > > to
> > > 11i upgrade.  The main reason being that there are many situations when
> > > the
> > > ONLY recourse is to restore back to the original backup and try, try,
> > > try,
> > > try, try ... again!!!!!!  Since the probability of encountering
> > > datafile
> > > corruption is  quite high given that we have *many* datafiles, we'll
> > > also
> > > have to consider allocating "swing" disks on profit8.  so that when we
> > > encounter a fatal error, we can minimize the restore time.
> > >
> > > I am sorry to disappoint you, but right now no one can be more
> > > frustrated
> > > and more disappointed than me - so we can commiserate together and just
> > > start over and hope for the best!
> > >
> > > JR

ORACLE
CONFIDENTIAL

6/25/2002 2:40 PM

NDCA-ORCL 057303

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 387

[Fwd: Carly Fiorina Meeting Update]

**Subject:** [Fwd: Carly Fiorina Meeting Update]
**Date:** Fri, 13 Oct 2000 09:39:41 -0700
**From:** Carolyn Balkenhol <Carolyn.Balkenhol@oracle.com>
**Organization:** Oracle Corporation
**To:** sandy.sanderson@oracle.com

---

**Subject:** Carly Fiorina Meeting Update
**Date:** Thu, 12 Oct 2000 00:10:09 -0700
**From:** Michael Rocha <Michael.Rocha@oracle.com>
**Organization:** Oracle Corporation
**To:** larry.ellison@oracle.com
**CC:** "Catz,Safra" <SAFRA.CATZ@oracle.com>,
"Balkenhol,Carolyn" <CAROLYN.BALKENHOL@oracle.com>,
"Rocha,Michael" <MICHAEL.ROCHA@oracle.com>,
"Bloom,Gary" <GARY.BLOOM@oracle.com>,
"Jones,Juan" <JUAN.JONES@oracle.com>

Larry,

We understand that you are meeting with Carly Fiorina tomorrow.   In
spite of their marketing campaign,  this is still the same old HP and
you need to be prepared for a lot of unproductive complaining.    That
said, according to Mike DeCesare, we have a 25 million dollar
opportunity (15m in CRM and 10m in technology).  Anyway,   this is what
you can expect.

1.  HP isn't happy with the quality of the CRM products.   While the
lead sharing system is operational,  HP believes that they received an
uninstallable  product and were asked to pay consulting fees to make it
work.   They have withheld payment of consulting fees.  Mark is
directly involved in the account.  HP will ask that you get involved.

2.  HP does not believe that Oracle has purchased the hardware that we
committed to last year.   Our IT organization is purchasing HP
hardware at a 2:1 rate over Sun.   HP has a great opportunity to promote
our email implementation. To date, they have not capitalized.    They
need to be reminded that we are consolidating data centers and still
purchasing HP hardware.

3.  HP expects that we will transition our development environments from
Sun to HP.   As you are aware, we made remarkable progress this year.
With 8i and 9i,  not only have we achieved simultaneous release,  we
built sooner and more frequently (right along side Sun).    This means
that early builds (labels) are available for development and internal
implementation throughout the development cycle.   In fact,  HP has
unique advantages with 64bit environments that we are starting to
exploit (i.e.. in memory planning in MRP) -- we build much sooner
relative to Sun.    In applications and CRM,  we achieved simultaneous
release with 11i.   No small feat -- we had to convince several 'plug
in' vendors like Cybercash to support HPUX.

note:  HP will admit progress has been made here.

4.   HP expects that we will purchase the hardware required to make our
build and integration environments comparable to Sun (power unit
equivalent).   I'm sitting on a 1.7 million dollar request for the 9i
line (complete with OPS).   My opinion is that based on the Wall Street

ORACLE
CONFIDENTIAL

CA-ORCL 010055

1

[Fwd: Carly Fionna Meeting Update]

Journal article Bill Russell feels that he was screwed by us.
Therefore, he isn't willing to be reasonable on the development
environments.  Given the size of our software sales opportunity, you
may want to agree that we'll purchase the hardware.  We need it.

5.  HP will probably take issue with our go to market activities.
Specifically, they are not happy that we included EMC in the CRM
roadshow.    The bottom line is that our joint investment has paid
dividends.  HP has 18 wins worth 30 million and a pipeline of 878
suspects worth ~60 million.

6.  HP expects a Business Online configuration based on HP.  -- we
should move them to appliances.

HP has profited from this deal.  They have achieved development parity
in server (when measured by code availability) and simultaneous release
with 11i.  Our most visible internal implementations (email and CRM)
are on HP gear.  In addition to, we are buying development hardware
that we expect vendors to fund (build, test and integration).  And they
are our reference implementation of CRM.

Mike

Michael Rocha <Michael.Rocha@oracle.com>

Carolyn Balkenhol <Carolyn.Balkenhol@oracle.com>

ORACLE
CONFIDENTIAL

CA-ORCL 010056

NDCA-ORCL 013670

# EXHIBIT 388

The presentation is done (see attached ) or download from:
http://iworld.us.oracle.com/mktgs/docs/MKTG_ANALYSIS/GARTNER_REVIEW.ZIP
The sendmail sent on Friday referred to that presentation as well as a presentation with positive quotes from Gartner.
Isabelle.

Jeremy Burton wrote:

> sendmail is out.  we are putting together a powerpoint.
>
> George Roberts wrote:
>
>> For an organization that is becoming irrelevant they are costing me deals. I have a company called Fiskars who went to their seminar and now the CEO is concerned because of what they say on the immaturity of 11i and the computerworld article etc that they may just go with JDE. 90 days ago we were winning this one.
>>
>> How many more will we lose or not be invited into because of irrelevant "national enquirer" type companies.
>>
>> Are we doing anything to counter this or do we just grin and bear it?
>>
>> Can marketing prepare a counter document for sales?
>>
>> Jeremy Burton wrote:
>>
>>> I heard this had been escalated to Gary.  we are currently not briefing Gartner on anything.  as the internet makes them more irrelevant they have been getting more and more outrageous with their public statements in an attempt to drum up controversy and (therefore) business.
>>>
>>> George Roberts wrote:
>>>
>>>> Have we called the CEO of Gartner lately to try and get them to back o
>>>> their ridiculous claims? 91 late, UPU pricing CRM shallow and !!i not
>>>> ready for prime time?
>>>>
>>>>
>>>> **Subject:** Oracle Executive Daily Competitive News
>>>> **Date:** Tue, 14 Nov 2000 04:00:40 -0800
>>>> **From:** compete <compete@us.oracle.com>
>>>> **To:** compete <compete@us.oracle.com>
>>>>
>>>> Oracle Executive Daily Competitive News - brought to you
>>>> by Worldwide Marketing.
>>>>
>>>> The stories below were carefully pulled from over 6,000
>>>> on-line information sources, including the Wall Street
>>>> Journal, BusinessWeek, NewsWeek, Reuters, global wire
>>>> services, and other top industry and trade publications.
>>>>
>>>> Rather than FORWARD this email, please instruct your staff
>>>> to email compete@us.oracle.com and ask to be added to the
>>>> distribution by putting SUBSCRIBE TO EXECNEWS in the subject

NDCA-ORCL 171466

line.  We'll take it from there.  To see the interactive
version of this real-time newsfeed along with a 90 day
historical story archive, just point your browser to:

http://compete3.us.oracle.com/rt/rt.factiva

Competitive Intelligence Team
http://compete3.us.oracle.com/

NDCA-ORCL 171467

# EXHIBIT 389

**Return-Path:** <mark.israelsen@oracle.com>
**Received:** from oracle.com ([140.83.144.54])by rgmgw1.us.oracle.com
(Switch-2.1.3/Switch-2.1.0) with ESMTP id fAFMpVY21683for
<valerie.borthwick@oracle.com>; Thu, 15 Nov 2001 15:51:32 -0700 (MST)
**Message-ID:** <3BF454B3.94F317E1@oracle.com>
**Date:** Thu, 15 Nov 2001 15:50:11 -0800
**From:** Mark Israelsen <mark.israelsen@oracle.com>
**Organization:** Oracle Corp
**X-Mailer:** Mozilla 4.75 [en] (Win98; U)
**X-Accept-Language:** en
**MIME-Version:** 1.0
**To:** Valerie Borthwick <valerie.borthwick@oracle.com>
**Subject: Re: Patching Progress**
**References:** <3BF3C82F.E59B1BA6@oracle.com> <3BF43DD8.C3A76D9A@oracle.com>
**Content-Type:** multipart/mixed;boundary="-----------D04778138F176242DB877362"
**X-Mozilla-Status:** 8011
**X-Mozilla-Status2:** 00000000

Valerie

Probably 2 ways - first is through the professional communities and second is through the GVPs and RVPs.  I am pushing them to have their regional customer priority list to focus on and to help us track progress and issues..  The West and NE are off and running on this already.

I also want field lock in as we need to harvest additional things they learn and develop going forward.

Regards,

Mark

Valerie Borthwick wrote:

> Good...have you thought about ways to ensure that ALL the field teams use this process?

> Mark Israelsen wrote:

>> I'd like to update you all on progress we are making on patching issues with the team we assembled over the past month. Participating on the team were reps from each of your regions including USI, as well as Support,  CRM and ERP development and Oracle.Com.

>> Focus of the team was to resolve current patching problems with our customer and field teams which includes huge downtimes,  patching errors, and general disatisfaction with the patching processes and timing coming from development.  We also agreed to target building some longer term deliverables on regression testing/automated install validation scripts coming from development to assist customers and field teams.

>> **CURRENT CUSTOMERS on 11i**

>> Objective agreed upon is to migrate customers from current point releases up to 11.5.5.  This release contains an internal database for tracking patches and therefore provides for incremental

1

**ORACLE
CONFIDENTIAL**

**NDCA-ORCL 056042**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

patching going forward. Net benefit will be to reduce the pre-requisite and duplicate patches currently part of the process, reduce patching down time and potential for errors in applying the patches.

Indications are that 11.5.5 is a more stable release than previous 11i releases and we are monitoring this to validate it. Customers and our field teams report that we are getting error free upgrades to 11.5.5 with predictable upgrade times.

We have 2 activities to resolve current customer and field team issues on patching and previous releases:

1.   Build up our internal knowledge and reusable scripts and process on upgrading all 11i point releases up to 11.5.5 on the major hardware platforms.  We have developed some inexpensive and error free patching processes in the estudio teams on installs and patching including use of the OSSI teams.  We are running simulations in the studios this month to update the 11.5.5 information and with the participation of our global methods team will be providing updated methods and scripts to our field teams by mid-December which they can use for their customers.

2.   Provide inexpensive hosted upgrade offerings for our customers through the studios.  The technical upgrade will take 12 man days for 3 rounds of upgrades for customers in production using our studios and India teams at a cost of about $18k.  Our field teams will then need to do the functional testing and customization upgrades and validation.

I would like to leverage the hosted upgrades and push this broadly to get as many upgrades done as possible.  We will have this offering ready by the end of the month and will expand our estudio capacity if needed to accomodate the upgrades.

Each region has also nominated key customers to participate in the hosted upgrades.  We will use the first 4 to 6 customers to build our knowledge base in the studios and refine the process.  I have offered to do the technical upgrades from the studio at no cost to these initial accounts to get the ball rolling.   West has the first customer - ON Semi - starting January 1st using a VPN connection to the studio with the potential to upsell over $250k in new services on top of the upgrade. Most of the other customers also want to wait until January to begin - mainly for reasons relating to year end.

I'd like to also focus on some major accounts where we could improve customer satisfaction and position new services by providing the hosted technical upgrades to get them to 11.5.5. I'd welcome your nominations on this.

## FUTURE RELEASES AND PRP

The patching team agreed that we need to be proactive with development going forward. Development is working on regression testing (RT) scripts for future releases to validate the releases and allow customer and field teams to use these scripts.  We are currently training some apps tech consultants on Mercury to build up our skills on RT and will be working with development to provide some consulting offerings around this in Q3.  The end game here is to provide test scripts which are flow based and can be modified to fit customer flows for testing after installation.

Apps development has agreed to a major point release every 4 months.  The incremental patching capability should make customer upgrades less complex and provide more predicable down times for the upgrades.  We will be moving customers away from individual patching unless it is for

2

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 056043

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

priority bug fixes.

We will be installing and testing future releases - starting with the 11.5.6 release this month - in the estudios and will provide information back to the field on quality, upgrade duration, patching and other issues. We will make this available to our professional community for validation work also. I'd suggest we hold off on 11.5.6 upgrades until we get this hands-on experience in the studios and the professional community.

Our apps tech professional community is organizing a sub-community around Release Management and will be our ongoing interface with development in the patching area. Each region has been asked to nominate some strong practioners to participate in the community. They have consolidated patching information from our field teams, support and development on ixchange and will maintain this as a prof community going forward. The patching team I have been working with will act as an advisory board to the professional community and will hold a monthly call to review progress and issues.

Regards,

Mark

Mark Israelsen <mark.israelsen>
Group Vice President
Oracle Corporation
Global Consulting Service Lines

**ORACLE
CONFIDENTIAL**

3

**NDCA-ORCL 056044**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

# EXHIBIT 390

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 279167



# Fiscal 2002 Budget

**Jeffrey O. Henley**
**Executive Vice President**
**Chief Financial Officer**

Oracle Confidential

ORACLE

1

# FY02 - Assumptions

US economy remains weak until Q3

European market beginning to soften

Negative currency impact of 4% points

No Q1 sales reorganization

11*i* e-business suite gains momentum

*9i* is technically superior -- no performance issues

Gain momentum in apps market with stable products

Solid marketing plan with correct vision

Significant productivity gains from internal CRM implementations improve operating margins from XX% to XX%

Oracle Confidential

ORACLE

2

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 279169

# FY01 – Performance vs. Plan



Unforeseen slowdown in US economy in Q3 & Q4

11*i* e-business suite instability issues

**Took one full year to stabilize**
**Lost market momentum to SAP and Peoplesoft**
**i2 and Siebel moved ahead in the marketplace**

Apps server was a disappointment when compared with BEA and Webserver

Support

**Renewal issues:**
**Stronger customer negotiation**
**Increase in cancellations due to economic slow down**
**Migration to e-business pricing**
**System Issues:**
**Oracle Contracts**
**Productivity loss**

Oracle Confidential

ORACLE

3

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 279170

# License Business



## FY01 – What went wrong

### Economic slow down

### Marketing

### Competition

**Total License margin down XX**

**Total License growth down XX**

Oracle Confidential

ORACLE

4



# License Business

## Opportunities – Data Server

Change advertising impact on the market

Combat competitors successful marketing campaigns (e.g. IBM)

9*i* release

Competitive pricing strategy

Develop stronger product demos

Compile customer wins and provide testimonials

Oracle Confidential

ORACLE

5



# License Business

## Opportunities – *iAS*

- Reposition as a category leader
- Take advantage of product superiority in market
- Build references
- Replace BEA base
- Become the category leader

Oracle Confidential

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 279172

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 279173

# License Business



## Opportunities – CRM

**Take market share from from Siebel**

**Develop stronger product demos**

**Compile customer wins and provide testimonials**

**Fend off Peoplesoft**

**?**

Oracle Confidential

ORACLE



# License Business

**Opportunities – ERP**

Take market share from SAP, Peoplesoft, and i2

Develop stronger product demos

Compile customer wins and provide testimonials

Fend off Commerce One and Ariba

?

Oracle Confidential

ORACLE

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 279175

# License Business



# License Business

## Challenges

Economic woes in US and Europe

Fierce competition

Oracle products perceived as catching up in the marketplace

Marketing, marketing, marketing

Oracle Confidential

ORACLE

10

# Support Business

ORACLE

## FY01 – What went Wrong

**Non-renewal of support due to economic slow down**

**Migration to e-business pricing caused revenue shift from Support to License**

**Reduction in prices from 28% to 22%**

**New accounting rules on pricing uniformity**

**Compensation plan favored Premium Support over Support renewals.**

**Productivity loss due to the longer than expected implementation of Oracle Contracts**

Oracle Confidential

11

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        NDCA-ORCL 279177



# Support Business

## Opportunities

**Customer self-service (*iTAR*) is increasing rapidly**

    Americas achieved an adoption rate of 70.5% in FY01 compared to a 50% target

    Europe and APAC are up 14% and 18% respectively from FY00

**Capitalize on remote service offerings (DBA, backup/recovery, etc.)**

**Create compensation plan incentives for renewals**

**Productivity gains on Oracle Contracts rollout**

***iSupport* standardization and improvement of services globally**

Oracle Confidential

ORACLE

12



# Support Business

## Challenges

**Dependency on delivery of new systems**

***i*Support products not available globally**

**New accounting rules on pricing uniformity**

Oracle Confidential

ORACLE

13

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 279180

# Consulting Business



## Opportunities

**Partnering with and beyond Big 5**

**11*i* global E-business Suite including upgrades**

**Continue improving country margins**

**Leveraging lower cost sales and delivery channels (Oracle Store, *i*SD, internet delivery, India)**

**Better alignment with Development leading to higher quality products with more functionality**

Oracle Confidential

ORACLE

14

# Consulting Business

## Challenges

**Consistent Global Execution**

**Integration of ERP and CRM**

Managing a higher volume of projects of shorter duration with fewer consultants

11*i* references

ORACLE

15

Oracle Confidential

CONFIDENTIAL -SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 279181

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 279182

# **Education Business**



## **FY01 – What went Wrong**

**Accounting adjustment of $31.7M due to historical difference between ERS system and G/L account**

**US GSI implementation led to revenue loss of $30M due to system availability and very long hold times**

**CRM curriculum delayed until after Q3 impacting internal readiness and classroom revenue opportunities**

Worldwide education margin dropped 1% pt

Americas margin dropped by XX

Europe margin improved by XX

Japan margin improved by XX

APAC margin improved by XX

Oracle Confidential

ORACLE

16



# Education Business

## Opportunities

Leverage *i*Store channel for Education offerings

Move more student registrations to Self Service

Maximize Online Learning Network subscriptions

Establish *i*Learning as preferred Learning Mgmt Sys.

Exploit the early release of 9*i* curriculum courses

Move 50+ heads to India for Curriculum Dev. Support

Oracle Confidential

ORACLE

17

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        NDCA-ORCL 279183

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 279184

# Education Business



## <u>Challenges</u>

Economic impact on Corporate IT training budgets

Global rollout of 11$i$ Registration systems in Q2/Q3

Integration between OTA, $i$Learning and $i$Store

Customer acceptance of hosted $i$Learning solution

Reaching critical mass on online education offerings

Oracle Confidential

ORACLE

18



# FY02 Budget - Margin Offsets

**Salary inflation** (Average cost per head increased by 3% in FY00; 8% increase assumed in FY01)

**Marketing Spending** (Up 27% in FY01)

Oracle Confidential

ORACLE

19



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        NDCA-ORCL 279186

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 279187

# FY02 Margin Improvement



IT

GSI Schedule

CRM Schedule

ERP

Oracle Confidential

ORACLE

21

# Americas Shared Services

Average transaction cost of providing service to countries will decrease in FY02 by nearly 50% from FY01 costs

Overall margin improvement is slow due to the following:

- Critical products (modules) are not implemented in several countries (Order Management, Oracle Contracts, Oracle Projects), creating an incomplete technology solution

- Implementations slower than expected due to limited IT resources due to GSI rollout

- Not yet obtained full economies in the SSC (e.g. infrastructure within departments)

Oracle Confidential

ORACLE

22

# EXHIBIT 391



NDCA-ORCL 101552

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# Commercial Consulting

## Keith's Opening Comments

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 101553

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# Hello / welcome to FY02 Commercial kickoff
# Lot of ground today
# <u>Agenda</u>

## Cover FY01......Talk about FY 02
- Vision + Program Overview

## Valerie/Mark – key drivers on War on Complexity
- Mark – 9i vs. IBM
- Valerie – internet business flows

## Rudi / Bernie / Paul – programs to leverage in 02
## GVP's – How to leverage programs
## Q&A
## So, Let's get going.......



ORACLE CONFIDENTIAL

NDCA-ORCL 101554
CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



Kick off with thoughts on 01

-Yesterday – announced sub par Q4

01 had challenges

Product Quality:
- foot print / Architecture
- Stalled economy
- Competitive landscape – IBM
- Not just in apps, but technology

Despite this…..Executed great work…..

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL I01555

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

## Great Work in 01

| | |
|---|---|
| GE Power | Boeing |
| GE Medical | Agilent |
| McGraw Hill | Myriad |
| Ikon | Vandelande |
| Papa Johns | Bank of Montreal |
| Ford | Teamsters |
| Americredit | |

PLUS MANY MORE......

Amazing feats despite conditions.

We can be proud..........

ORACLE®

ORACLE
CONFIDENTIAL

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# Let's look at 02

## Larry's Vision: War on Complexity

## Definition: War on Complexity:

- Faster, Cheaper, simpler

## What does this mean to us?

- Change way we do business
- Going to war with all assets
  - I.e. FastForward Flows
  - OffShore, e-Studios, project frameworks
- Partnering w/ Development
- Functionality not customization......

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 101557

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE

Let's look at 02

Demonstrating discipline (ourselves + our customers

Great example....GE Power

Need right PEOPLE To deliver on Vision

You are!   Best in the industry

Best at e-business enabling

Economy showing signs of life

Q4 Bookings = $260 million

ORACLE
CONFIDENTIAL

NDCA-ORCL 101558

CONFIDENTIAL–SUBJECT
TO PROTECTIVE ORDER

# We have the right PRODUCTS

11i stabilizing:  Started year w/ 400 references

9i: great weapon…..
 -  scaleability, reliability, performance

9i + 11i e-Biz Suite – rally to beat IBM + become dominant in industry

# Plus, we have the right ORGANIZATION

ORACLE

ORACLE CONFIDENTIAL

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

ORACLE

## ORGANIZATION

Integration of NAC + OPI

Maximum account coverage

Leverage complimentary skills

Leverage investments/program efficiency

Variety of engagements for you

Prosecutes large opps – nimbly

GB not like GE

Right Model for future!

Let's review the ORGANIZATION

ORACLE
CONFIDENTIAL

NDCA-ORCL 101560

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# ORGANIZATION

## Review Org Chart Briefly.....

## Next:  We have the right PROGRAMS.....

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 101561

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

## PROGRAMS

All around Multi-Channel demand creation, virtual delivery, partnering

TeleSales:  Actionable leads, broader account coverage

OffShore:  speed + value

E-Studios:  instant start ups + e-Delivery

Hosting:  New + incremental revenue

Continued........

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 101562

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# PROGRAMS

Partnerships:  Strategy firms, "no fly zones", complimentary consulting

Business Consulting:  I-Discovery, Oracle Impact, Architecture + Blue Print

Program Management:  Ensure execution excellence

Continued........

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 101563

CONFIDENTIAL–SUBJECT
TO PROTECTIVE ORDER

# PROGRAMS

Specialty Practices:  Global Deployments,
material handling, pharmaceuticals, retail…

# CLOSE INTRO

With all of this:  Truly believe FY02 is our year

So with that, let's get going.

Up next, Valerie Borthwick.

Stick around, we'll be right back (show teeth!)

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 101564

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



# Keith's Close

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 101565

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



NDCA-ORCL 101566

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

## Finish with a few thoughts

Have Organization: up + running, aligned

Programs: full functioning, traction, ready

- Key Business Flows
- OffShore
- Project Frameworks
- E-Business Stuios

Products: Stable, competitive, compelling

Continued.....

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 101567

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# Finishing thoughts

## Competitive:  Sights set on IBM

- When we go after a competitor – We Win!
- (Ingris, Sybase, SQL Server...)

## People:  Most important

- Thankyou
- Professional, dedicated, and you're the "best consulting organization in the world"

Continued..

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 101568

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

## Finishing thoughts

Have a lot to look forward to

Looking forward to making it happen with you

That's it for today... I want to thank you for joining me.

So long from headquarters, this is Keith Block, signing off.

ORACLE

ORACLE CONFIDENTIAL

NDCA-ORCL 101569

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# EXHIBIT 393

**Subject: Re: [Fwd: [Fwd: Re: UPS APS and Order Management]]**
**Date:** Sun, 11 Feb 2001 08:34:05 -0800
**From:** Ron Wohl <ron.wohl@oracle.com>
**Organization:** Oracle Corporation
**To:** Jon Chorley <jon.chorley@oracle.com>
**CC:** Drew Campbell <harold.campbell@oracle.com>,
Manju Juneja <manju.juneja@oracle.com>,
Saverio Ferme <saverio.ferme@oracle.com>,
JOHN_CEARLEY <JOHN.CEARLEY@oracle.com>,
"Mourad,Chihaoui" <BEN.CHIHAOUI@oracle.com>,
"Shivram,Rohit" <ROHIT.SHIVRAM@oracle.com>,
"Chennalath,Sureshbabu" <SURESHBABU.CHENNALATH@oracle.com>

please keep me apprised of progress. I especially want to know when the performance of all parts of the system are good enough so that UPS will make the decision to go live.


Jon Chorley wrote:

> Ron, Drew,
>
> I would summarize it this way:
>
> - Great progress tuning the individual flows (UPS is OK for now but they are looking for some more)
> - Some more progress possible but nearing the end of the line there. Some things done so far:
>   ○ Batching Shipping calls to Inventory API in Ship Confirm
>   ○ Eliminating redundant builds of the Quantity tree in Pick Release
>   ○ Using a Hash table to determine need to rebuild Quantity Tree rather than line by line checks
>   ○ General SQL tuning
> - Next goal it to support multiple workers for both the Pick Release and the Ship Confirm processes
> - As a lot of this is Shipping code, Ben, John and Manju are collaborating with Rohit on designs
> - This is not straightforward as we want to ensure that the multiple workers will not affect the business flows (i.e. support for "Pick Sets", "Pick Lists", "Ship Sets", etc.) so no estimates on completion yet.
> - I suggest that we use the American Greetings review sessions to track progress.
>
> Jon.
>
> Drew Campbell wrote:
>
>> Thanks Manju.
>>
>> Drew
>>
>> Manju Juneja wrote:
>>
>>> Sav and all,

**ORACLE**
**CONFIDENTIAL**

4/25/2002 12:03 PM

NDCA-ORCL 052514

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

This is the update from our side...

*Ben Chihaoui wrote:*
*Jon,*

*Our work has been primarily focused on the Pick Release process (this is based on the customer feedback).*
*We have made major improvements so far. We can still make some more improvements, although they will*
*not translate into a doubling of the performance. However, we want pick release to be the best it can be, since*
*we will be adding more processing for a WMS environment. To that end, we are asking UPS to send us a*
*raw database trace file from their latest pick release run. This will help us account for any remaining inefficiencies that are not SQL related (i.e. in PLSQL).*
*So far, they seem to be able to pick release around*
*the 3000 lines per hour (potentially up to 3500). We are trying to get to 4000.*
*Also, as you know we are*
*working on multi-processing the pick release which will further improve this.*
*However, the multi-processing code, will not be released to customers until it has gone through system testing and the AG benchmark. So,*
*potentially around the beginning of April.*
***For now it seems that UPS is satisfied with the improvements we have made.***
***In regards to Drew's message, we think that the issue for UPS is the performance of the Ship confirm process***
***which calls the Inventory interface (the inventory interface in turn, adjusts the Onhand quantities appropriatly).***
***This process is primarily owned by the Shipping team and they have not asked for our involvements yet.***

*Ben*

Regards
Manju

Saverio Ferme wrote:

Drew,
Inventory has been sending patches to UPS to improve the picking performance and I am not sure where things stand now at UPS (Ben, John can you comment?)
In the meantime there is quite a bit of work Inventory is also doing to modify the API footprint in the picking code for the AG benchmark. We are working with John Cearley and Ben Chiaoui from the INV/WMS teams
to rearchitect the integration for performance.

We do not have an ETA yet but it has to be in early March I would guess if we are to meet the AG benchmark deliverables.

Thanks

ORACLE
CONFIDENTIAL

4/25/2002 12:03 PM

NDCA-ORCL 052515

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Drew Campbell wrote:

> What specific things are being done to further enhance the performance
> for UPS?  When will they be completed?
>
> Drew
>
> ----------------------------------------------------------------
>
> Subject: Re: [Fwd: Re: UPS APS and Order Management]
> Date: Thu, 08 Feb 2001 10:38:57 -0800
> From: Ron Wohl <ron.wohl@oracle.com>
> Organization: Oracle Corporation
> To: Drew Campbell <harold.campbell@oracle.com>
> CC: "Klaiss,Donald" <DON.KLAISS@oracle.com>,"Syed,Nadeem"
<NADEEM.SYED@oracle.com>,"Shaw,Kirsten" <KIRSTEN.SHAW@oracle.com>,jgould
<jgould@us.oracle.com>, sferme <sferme@us.oracle.com>,jchorley@us.oracle.com
> References: <3A82B532.D96A368@oracle.com> <3A82C7F8.E5A5F192@oracle.com>
>
> when do you expect that the shipping transactions will have appropriate
> performance?
>
> Drew Campbell wrote:
>
> > The issues have been around performance.  We have been working closely with
> > the account team and have had several calls with UPS, provided guidance and
> > patching recommendations.  The benchmarking that they are doing now shows more
> > than a tenfold improvement from where they started and they are satisfied with
> > the performance of order entry through pick release.  The shipping functions
> > beyond pick release are still running too slowly (by a factor of 2) and the
> > shipping and inventory teams are working those issues.  We also believe that
> > they have not done a proper job of understanding what machine size they need
> > and could be heading for trouble when they bring up their entire 11i suite
> > unless they do further sizing and potential hardware upgrades.  We have
> > encouraged UPS to do this analysis.  I have spoken with Jay. Ross, their IT
> > Director, several times and am currently scheduling another call with him to
> > further discuss.
> >
> > Ron Wohl wrote:
> >
> > > Drew, what are the OM issues at UPS?  They are apparently holding up UPS
> > > being a reference for APS.
> > >
> > > -------- Original Message --------
> > > Subject: Re: UPS  APS and Order Management
> > > Date: Wed, 07 Feb 2001 22:58:48 -0600
> > > From: George Roberts <George.Roberts@oracle.com>
> > > Organization: Oracle Corporation
> > > To: Steve Johnson <stephen.c.johnson@oracle.com>

ORACLE
CONFIDENTIAL

4/25/2002 12:03 PM

NDCA-ORCL 052516

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

> > > CC: mary.anne.gillespie@oracle.com,
> > > Mike.Peterson@oracle.com,"Perrigan,Anthony" <TONY.PERRIGAN@oracle.com>,
> > > jeff.henley@oracle.com,ron.wohl@oracle.com, mark.jarvis@oracle.com,
> > > larry.ellison@oracle.com,stephanie.aas@oracle.com
> > > References: <3A8178BD.32702E15@oracle.com>
> > >
> > > I just wanted everybody to be aware of the sensitivity of UPS around
> > > being
> > > used as a reference without their permission at this time. If we are
> > > going
> > > to use them with analysts we just need to make sure they agree first.
> > > I would hate for Chuck to call about APS and hear about how OM is not
> > > running well.
> > >
> > > Thanks for your consideration on this one.
> > >
> > > Steve Johnson wrote:
> > >
> > > > Last year, when Mark Rhoney, President of UPS e-ventures gave us an
> > > > order for APS to replace I2, he specifically requested that UPS not
> > > > become the "poster child" for replacing I2.
> > > >
> > > > Last July, Chuck Phillips of Morgan Stanley/Dean Witter contacted UPS to
> > > > discuss why they selected Oracle to replace I2. It was mentioned that
> > > > someone at Oracle had suggested that Morgan Stanley call UPS. In any
> > > > event, Rhoney responded to Morgan Stanley in a very Oracle positive, I2
> > > > negative manner.
> > > >
> > > > In the past couple of weeks, Morgan Stanley has placed a number of calls
> > > > into UPS for an update on the Oracle APS implementation. (which is going
> > > > fairly well and will be live hopefully in a couple weeks) Tomorrow, Mark
> > > > Rhoney is going to speak again with Chuck Phillips at Morgan Stanley.
> > > >
> > > > Yesterday, Mark Rhoney put the account team in a tough spot. He notified
> > > > them he was giving an interview to Morgan Stanley. He also notified the
> > > > team of his displeasure with our Order Management software they are
> > > > implementing. Product problems and performance issues caused Mark to
> > > > have to engage Oracle Consulting to work essentially product quality
> > > > issues. The fees for Oracle consulting are about $30k. He does not feel
> > > > he should have to pay for poor product quality issues.  He also
> > > > expressed some concern again about becoming I2 to Oracle reference
> > > > point.
> > > >
> > > > We have taken care of the consulting issue with Mr. Rhoney, as we did
> > > > not want him to be tempted in his Morgan Stanley interview to express
> > > > concern with Order Management. Nevertheless, it is the account team's
> > > > desire to once more communicate that UPS does have a high degree of
> > > > sensitivity to being referenced by Oracle without their permission.  I
> > > > would ask that, as best we can, we take requests for reference thru the
> > > > account team.

ORACLE
CONFIDENTIAL

4/25/2002 12:03 PM

NDCA-ORCL 052517

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

```
> > > >
> > > > warmest regards,
> > > >
> > > > steve
>
> -------------------------------------------------------------
>
> Ron Wohl <ron.wohl@oracle.com>
> Executive Vice President
>
> Ron Wohl
> Executive Vice President    <ron.wohl@oracle.com>
>                  HTML Mail
> 500 Oracle Parkway 3 OP 354
> Redwood Shores
> CA
> 94065
> Additional Information:
> Last Name    Wohl
> First Name    Ron
> Version    2.1
```

Ron Wohl <ron.wohl@oracle.com>
Executive Vice President
Applications Development

ORACLE
CONFIDENTIAL

4/25/2002 12:03 PM

NDCA-ORCL 052518

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 392

final booard pitch

Subject: final booard pitch
Date: Sun, 07 Jan 2001 21:22:03 -0800
From: Ron Wohl <ron.wohl@oracle.com>
Organization: Oracle Corporation
To: "Wohl,Ronald" <RWOHL@US.ORACLE.COM>

Name: Apps2001.zip
Apps2001.zip     Type: Zip Compressed Data (application/x-zip-compressed)
Encoding: base64

Ron Wohl <ron.wohl@oracle.com>
Executive Vice President
Applications Development

CA-ORCL 008557

ORACLE
CONFIDENTIAL

4/25/2002 10:52 AM

NDCA-ORCL 012444



CA-ORCL 008558

ORACLE
CONFIDENTIAL

NDCA-ORCL 012445

ORACLE

# Ron Wohl

Executive Vice President,
Applications Development

CA-ORCL 008559

ORACLE
CONFIDENTIAL

# Agenda

- E-Business Suite: Strategy to Date

- Current Financial Results and Product Status

- E-Business Suite: Strategy Going Forward

- The E-Hub -- The Future of B to B

NDCA-ORCL 012447

CA-ORCL 008560

ORACLE
CONFIDENTIAL

ORACLE

## Our Strategy

# Offer an E-Business Suite,
# so that Customers Don't Have
# to Build a Kit

NDCA-ORCL 012448

CA-ORCL 008561

ORACLE
CONFIDENTIAL

ORACLE

# The Conventional Approach -- Kit Assembly



Financials

HR

Project Management

Order Mgmt

Service

Marketing

Web Store

Sales

CA-ORCL 008562

ORACLE
CONFIDENTIAL

NDCA-ORCL 012449

# Kit Complexity Worsens with Global Operations



NDCA-ORCL 012450

CA-ORCL 008563

ORACLE
CONFIDENTIAL

# Kit          vs.          Suite

Financials

Human Resources

Supply Chain

**ORACLE**

Requisitions

**E-Business Suite**

Exchanges

Marketing/Campaign Mgmt.

Sales Force Automation

Service

E-mail Management

Web Store

ORACLE

NDCA-ORCL 012451

CA-ORCL 008564

ORACLE
CONFIDENTIAL

# The Benefits of the Suite: Consolidate Your Business Information



**100 Fragmented Systems**

**1 Complete Database**

- Better information at lower cost

- Fewer computers

- Less software

- Fewer people to manage IT

NDCA-ORCL 012452

CA-ORCL 008565

ORACLE CONFIDENTIAL

ORACLE

# FY Q2 Financial Results

| | Q2 Revenues | Y-Y Growth% |
|---|---|---|
| ERP | $ 201M | 86% |
| CRM | 78M | 60% |
| 3rd Party Resale | 0M | (99%) |
| Reported Total | $ 279M | 66% |

ORACLE

CA-ORCL 008566

ORACLE
CONFIDENTIAL

NDCA-ORCL 012453

# FY Q2 Financial Results -- ERP Detail

| | Q2 Revenues | Y-Y Growth |
|---|---|---|
| Financials/Projects | $ 64M | 42% |
| Manufacturing | 47 | 87% |
| Procurement/Exchange | 37 | 145% |
| Human Resources | 27 | 124% |
| Advanced Planning | 15 | NM |
| Other | 12 | 0% |
| Total "ERP" | $201M | 86% |

ORACLE CONFIDENTIAL

CA-ORCL 008567

NDCA-ORCL 012454

ORACLE

# 11*i* Customer Adoption

# 120 Live Customers

## *Both New Installs and Upgrades*



NDCA-ORCL 012455

CA-ORCL 008568

ORACLE
CONFIDENTIAL

ORACLE

# A Selection of Live 11*i* Customers

- **Westpac:**          Largest GL customer

- Compaq:  Internet Procurement

- Boeing:          Internet Procurement, Inventory, Financials

- APC:          Full ERP, 2000 users

- Oracle:          11 countries, 20,000 users, most business functions.  We are our largest live site!

NDCA-ORCL 012456

ORACLE
CONFIDENTIAL

CA-ORCL 008569



ORACLE

# Oracle is Live

## Oracle's $2 Billion Dollar Savings Target

| | Previous | Now |
|---|---|---|
| Consolidate Operations | $200 | $250 |
| Customer Side | $550 | $1450 |
| Supplier Side | $150 | $200 |
| Inside | $100 | $100 |
| **Total** | $1,000 | $2,000 |

Note: Based on Oracle estimates.

ORACLE

CA-ORCL 008570

ORACLE
CONFIDENTIAL

NDCA-ORCL 012457

# 11*i* Product Releases

- 11*i*.1        May 2000        First shipped release

- 11*i*.2        Oct 2000        Major quality improvement

- 11*i*.3        Jan 2001        First integrated ERP/CRM release

- 11*i*.4        Mar 2001        Approaching rock solid quality

NDCA-ORCL 012458

ORACLE
CONFIDENTIAL

CA-ORCL 008571



# Agenda

- E-Business Suite: Strategy to Date

- Current Financial Results and Product Status

- E-Business Suite: Strategy Going Forward

- The E-Hub -- The Future of B to B

NDCA-ORCL 012459

CA-ORCL 008572

ORACLE
CONFIDENTIAL

ORACLE

# E-Business Suite Plans

- Full Stabilization & Accumulation of References

- Make Suite More Valuable:
  "Complete" the Suite by Industry

- Reduce Cost, Shorten Implementations:
  "Simplify" -- Automate Software Operation

*Make it a Clear Choice to Replace Current Systems in Favor of the Suite*

ORACLE

NDCA-ORCL 012460

CA-ORCL 008573

ORACLE
CONFIDENTIAL

# "Complete" the Suite By Industry

| Industry | Current Fit | Features Needed |
|---|---|---|
| • Most Manufacturing | Excellent | |
| • CPG Manufacturing | Good | Just Released |
| • Distribution | Good | Warehouse - May |
| • Service Industries: | | |
| – Software | Excellent | |
| – Professional | Good | Resource Mgmt - Mar |
| – Financial | Core | |
| • Retail | Core | Start this year |
| • Healthcare | Core/ Benefits | Effort underway |

ORACLE

NDCA-ORCL 012461

CA-ORCL 008574

ORACLE CONFIDENTIAL

# "Simplify" --
# Automate Software Operations

## *Conceptual Breakthrough*:

Automate Not Just Customer Software Operations,
but the <u>Continuous Flow of Software</u>
from our Design to our Customers' Use

NDCA-ORCL 012462

ORACLE
CONFIDENTIAL

CA-ORCL 008575

# "Simplify" --
# Automate Software Operations

- Specific Goals: Factor of 2 Improvement

- To be Achieved by Automating:
  - Design coordination
  - Environment maintenance, testing
  - Install
  - Patching
  - Translation
  - Configuration
  - Upgrade

NDCA-ORCL 012463

CA-ORCL 008576

ORACLE
CONFIDENTIAL

# "Simplify" --
# Automate Software Operations

## *On a Scale of:*

- 1 …………………For an Individual Customer

- Or 10,0000 ……. For Hosting

NDCA-ORCL 012464

CA-ORCL 008577
ORACLE
CONFIDENTIAL

# "Simplify" --
# Automate Software Operations

## *An Example:*

- The "Black Box" Project: an E-business Suite Configuration for use with Exchanges

- Offer hosted, pre-installed, pre-configured, XML enabled software

- So that End Customer Price is suitable for very small company market

NDCA-ORCL 012465

ORACLE
CONFIDENTIAL

CA-ORCL 008578

# Agenda

- E-Business Suite: Strategy to Date

- Current Financial Results and Product Status

- E-Business Suite: Strategy Going Forward

- The E-Hub -- The Future of B to B

ORACLE

NDCA-ORCL 012466

CA-ORCL 008579

ORACLE
CONFIDENTIAL

# The E-Business Suite is not Enough

## *It only automates <u>1</u> company*



CA-ORCL 008580

ORACLE CONFIDENTIAL

NDCA-ORCL 012467

ORACLE

# A New Offering … the E-Hub

## *Automates flow of information <u>across</u> companies*



NDCA-ORCL 012468

CA-ORCL 008581

ORACLE
CONFIDENTIAL

# E-Hub



- Exchange Marketplace

- Supply Chain Exchange

- Transport Logistics Exchange

- Product Development Exchange (PDX)

- Banking Interfaces

ORACLE

NDCA-ORCL 012469

CA-ORCL 008582

ORACLE
CONFIDENTIAL



# Exchange -- Global Customer Basis

CA-ORCL 008583

ORACLE
CONFIDENTIAL

# ...Representing A Range of Industries

- Airline
- Automotive (2)
- Chemicals (2)
- Consumer Products (5)
- Engineering (2)
- Forest and Paper (2)
- Financial Services (6)
- Healthcare (3)
- High Tech (2)

- Industrial Equipment (2)
- Metals/Mining (6)
- Petroleum (2)
- Public Sector (4)
- Retail (2)
- Real Estate
- Telecom (8)
- Transportation (5)
- Startups / Other (6)

NDCA-ORCL 012471

ORACLE
CONFIDENTIAL

CA-ORCL 008584

**ORACLE**



# Key Industry Exchange Customers

ORACLE

CA-ORCL 008585

ORACLE
CONFIDENTIAL

NDCA-ORCL 012472

# Key Company Exchange Customers

- Sony Electronics

- Fiat

- Technip

NDCA-ORCL 012473

CA-ORCL 008586

ORACLE
CONFIDENTIAL

**ORACLE**

# E-Hub -- Likely Direction Change

- Key customers will be the strong individual companies seeking to optimize their full supply chain

NDCA-ORCL 012474

ORACLE
CONFIDENTIAL

CA-ORCL 008587



**ORACLE**

# E-Hub: The Network Effect

*The more customers that use our product,*
*the more others benefit from using it as well*

NDCA-ORCL 012475

CA-ORCL 008588

ORACLE
CONFIDENTIAL

ORACLE

# E-Hub: The Network Effect

## *Our Opportunity: Turn this picture …*



NDCA-ORCL 012476

CA-ORCL 008589

ORACLE
CONFIDENTIAL

E-Hub: The Network Effect

... into this one

CA-ORCL 008590

ORACLE
CONFIDENTIAL



CA-ORCL 008591

ORACLE
CONFIDENTIAL

NDCA-ORCL 012478

# EXHIBIT 394

Oracle Education & GSI

Return-Path: <sabbasi@us.oracle.com>
Received: from us.oracle.com (sabbasi-pc.us.oracle.com [130.35.100.246])by
gmgw01.oraclecorp.com (8.8.8⊟.8.8) with ESMTP id NAB08182;Fri, 26 Jan
2001 13:53:56 -0800 (PST)
Message-ID: <3A71F1C1.1225E36D@us.oracle.com>
Date: Fri, 26 Jan 2001 13:53:05 -0800
From: Sohaib Abbasi <sabbasi@us.oracle.com>
X-Mailer: Mozilla 4.73 [en] (Win98; U)
X-Accept-Language: en
MIME-Version: 1.0
To: "Ellison,Lawrence" <LARRY.ELLISON@ORACLE.COM>
CC: "Wohl,Ronald" <RON.WOHL@ORACLE.COM>,
"Hall,John" <JOHN.L.HALL@ORACLE.COM>
Subject: Oracle Education & GSI
Content-Type: multipart/alternative,boundary="------------5BEAE42A3F2B020C9B790FAB"

Yesterday, the OU call centers started using GSI/11i  The following note highlights a critical performance issue.

Yesterday, the average time to handle a call was 24 minutes instead of the historical average of 6 minutes.  The average hold time for customers was 42 minutes instead of 45 seconds  The abandonment rate was 83% instead of the average of 8%.  As a result, we processed 175 calls instead of an average of 1000.

Over the last five weeks, Ron's team has addressed several quality issues and continues to address additional quality and performance issues.   We have identified further changes to improve performance.  We are tracking, with Ron's personal involvement, the critical issues on a daily basis and monitoring the performance on a hourly basis.

We hired 12 temps to deal with the backlog and now will hire an additional 24 temps for the two call centers to deal with the calls.

Sohaib

Scott Stoll wrote:

Dear John, Dennis, Sohaib et al.

The following is a summary of how we did yesterday in the call centers with the new applications, I apologize for the delay in getting this to you.
I wish I had better news to report, unfortunately we didn't fare as well as we would have liked.

Good news:
- Everyone used the new application and didn't resort to the web queue for a crutch at all

Bad news:
- The application performance was fair (total time to create & book an order) in the morning (8-9 min); and waned as the day progressed (15 - 30min)
- The application was very unstable, one minute certain functionality worked, the next minute it doesn't  (feedback from

2

CA-ORCL 031389
ORACLE CONFIDENTIAL

NDCA-ORCL 034365

Oracle Education & GSI

reps and managers)
- The telesales reps have also recorded close to 5 new major &/or minor bugs an hour, they've been so busy with upset customers, we have little time to log them all
- Our call statistics suffered to a point where we can't process calls in a timely fashion, nor help most of our customers
- Unfortunately we fared better using the manual web system during the previous 3 weeks than we did yesterday

**Standard key business metrics that we manage to on a daily basis:**

| Call Center Statistic for OU | Standard Performance (average day in OU Call Center) | Performance on 1/25 (with new application) |
|---|---|---|
| 1. Total calls received in a day | 1100 | 1018 |
| 2. Total calls "taken" and processed | 1000 | 175 |
| 3. Percentage handled calls v received | 92% | 17% |
| 4. Percentage of calls "abandoned" | **8%** | **83%** |
| 5. Average time to book order | 2 min. | 11-30 min. (depending on time of day) |
| 6. Average length of call | 6 min. | 24 min. |
| 7. Average hold time (time customer waits for assistance) | 45 seconds | 42 min. (yes. minutes) |

While I now have approval to hire more folks to help with the backlog and call volume, it will take some time to train new hires to have an impact on the phone.   I'm confident we can work down the backlog within 2 weeks, I'm not as confident the new application will put us in a position to reconsile each student payments to recognize all required revenue given the system performance and time we have to close the books before Feb 28.

I will continue to work on my speed of entry report for today so you can see what our performance looked like on an hourly basis.

Please call with questions,
Scott

Scott Stoll
Oracle
Sr. Director, OU Direct Sales
United States & Canada

PH: 972.868.3440
CL: 972.679.5052
FX: 972.401.5734

"Prefer a loss to a dishonest gain. One brings pain for the moment,
the other for the remainder of time" - Paul Vallery

3

CA-ORCL 031390
ORACLE CONFIDENTIAL

NDCA-ORCL 034366

Oracle Education & GSI

John L. Hall <John.L.Hall@oracle.com>
Senior Vice President
Oracle University

CA-ORCL 031391
ORACLE CONFIDENTIAL

NDCA-ORCL 034367

# EXHIBIT 395

[Fwd: An interesting response...I've edited out the sender]

**Message-ID:** <u>3A9FEAB0.D4636E0A@oracle.com</u>
**Date:** Fri, 02 Mar 2001 10:47:12 -0800
**From:** Sharon Montoya <sharon.montoya@oracle.com>
**Organization:** Oracle Corporation
**X-Mailer:** Mozilla 4.75 [en] (Win95; U)
**X-Accept-Language:** en
**MIME-Version:** 1.0
**To:** "Sherry,Jean" <JEAN.SHERRY@ORACLE.COM>
**Subject:** [Fwd: An interesting response...I've edited out the sender]
**Content-Type:** multipart/mixed;boundary="------------C4316A70DB9AEA72E65C33C0"
**X-Mozilla-Status:** 8001
**X-Mozilla-Status2:** 00000000

```
Jeanie La Tour'

just fyi.....Jeff's response brings up a good point.   It's not really
purchasing's issue...it's APPLICATIONS...hmmmmmm

not to worry...no on knew it was from you!

xoxox
s
```

---

**Return-Path:** <Jeffrey.Henley@oracle.com>
**Received:** from oracle.com (whq4op3x38-rtr-opw0-78.us.oracle.com
[130.35.32.118])by gmgw01.oraclecorp.com (8.8.8□.8.8) with ESMTP id
IAA26468;Fri, 2 Mar 2001 08:21:23 -0800 (PST)
**Message-ID:** <u>3A9FCA57.A88669CA@oracle.com</u>
**Date:** Fri, 02 Mar 2001 08:29:11 -0800
**From:** Jeff Henley <Jeffrey.Henley@oracle.com>
**Organization:** Oracle Corporation
**X-Mailer:** Mozilla 4.7 [en] (Win95; I)
**X-Accept-Language:** en
**MIME-Version:** 1.0
**To:** Sharon Montoya <sharon.montoya@oracle.com>
**CC:** "Henley,Jeffrey" <JEFF.HENLEY@oracle.com>,
"Tennyson,Gregory" <GREG.TENNYSON@oracle.com>
**Subject:** Re: An interesting response...I've edited out the sender
**References:** <u>3A9EC607.4288FDF0@oracle.com</u>
**Content-Type:** text/plain; charset=us-ascii
**Content-Transfer-Encoding:** 7bit

```
I agree it seems odd but the purchasing department can't control 11i
quality.  The upgrade has been a large challenge.

Sharon Montoya wrote:
```
**ORACLE
CONFIDENTIAL**
```
> Purchasing!!! I can't believe this one - our system has been down for
> the last 2 months!!!!!! and none of our vendors can get paid.
> I spend 20 % of my day being a bill collector!  Ok - I am not yelling at
>
> you I am just amazed at this one.................
>
```

1 of 3                                                          8/27/2002 1:50 PM

NDCA-ORCL 060383

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

[Fwd: An interesting response...I've edited out the sender]

```
> PS how are you !
>
>      Subject:
>              Recognition Awards
>        Date:
>              Mon, 26 Feb 2001 16:40:37 -0800
>      From:
>              Veronica Jones <veronica.jones@oracle.com>
> Organization:
>              Oracle Corporation
>          To:
>              henleyorg_us <henleyorg_us@oracle.com>
>          CC:
>              "Reinke,Kristin" <KRISTIN.REINKE@oracle.com>,
> "Tennyson,Gregory" <GREG.TENNYSON@oracle.com>,
>              "Kawanishi,Ashton" <ASHTON.KAWANISHI@oracle.com>,
>              "Crowley,Christina" <CHRISTINA.CROWLEY@oracle.com>,
> "Dalthorp,Lesa" <LESA.DALTHORP@oracle.com>,
>              "Shott,Peter" <PETER.SHOTT@oracle.com>, "Jones,Veronica"
> <VERONICA.JONES@oracle.com>
>
> Dear Finance & Administration Employees:
>
> The Recognition Awards selection committee is proud to announce the
> prize winners for Q1 & 2, FY01!
>
> The eBusiness Contribution Award goes to Corporate Procurement!
> Corporate Procurement has done an exceptional job implementing SSP5,
> which also has dramatically reduced the procure to pay transaction cost
> resulting in significant savings to Oracle.
>
> The Impact Award goes to the License Management Services group!  LMS
> performs license reviews of customers and partners to ensure contractual
>
> compliance and to protect Oracle's intellectual property.  To that end,
> the group has contributed significantly to Oracle's bottom line.
>
> The Customer Achievement Award goes to Benefits Administrator, Ashton
> Kawanishi!  Ashton is responsible for a 4,000+ client base and has
> received countless letters of appreciation for her exemplary customer
> service.
>
> Please join the selection committee in congratulating Corporate
> Procurement, LMS, and Ashton Kawanishi for successfully helping Oracle
> move towards operating as an eBusiness; for having a positive impact on
> Oracle's revenue, and for making Oracle stand out with stellar customer
> achievement.  In addition, the committee would like to congratulate all
> the nominees for their outstanding efforts!  Further, we look forward to
>
> recognizing groups or individuals for their outstanding achievement
> during Q3 and Q4.  Again, all nominations are welcome, including those
> nominated for recognition for Q1 and Q2.
>    .
> The winners will be presented with their prizes by the selection
> committee at 4:00 on March 12, 2001.  The HQ location and further
> details will follow.
>
> Regards,
>
> Veronica Jones
```

**ORACLE
CONFIDENTIAL**

**NDCA-ORCL 060384**

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

[Fwd: An interesting response...I've edited out the sender]

Sharon Montoya <sharon.montoya@oracle.com>

**ORACLE
CONFIDENTIAL**

3 of 3

8/27/2002 1:50 PM

NDCA-ORCL 060385

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 396

Subject: [Fwd: **Urgent: Status of Interlogix 11i Upgrade**]
Date: Mon, 05 Mar 2001 22:00:25 -0500
From: John Nugent <john.nugent@oracle.com>
Organization: Oracle Corporation
To: "Wohl,Ronald" <RON.WOHL@oracle.com>
CC: "Hutchinson,Michael" <MICHAEL.HUTCHINSON@oracle.com>,
"Simler,Gary" <GARY.SIMLER@oracle.com>,
"Rooney,James" <JAMES.ROONEY@oracle.com>

```
Ron, here is the latest update regarding Interlogix.  Though we are
working the issues through the prescribed process, it's just not
resolving their TARs fast enough.  The account is getting more
frustrated and their issues with Oracle have now been escalated to their
board.

Per my earlier note, I'm hoping you will give Mike Hutchinson direct
access to your development team to get things resolved quickly.

--
Regards,
John

John Nugent
Senior Vice President
General Business U.S.
Oracle Corporation
Bay Colony Corporate Center
1000 Winter Street
Suite 2200
Waltham, MA  02451

781-684-7921
781-768-5688 - Fax

EMail:  jnugent@us.oracle.com
```

Subject: **Urgent: Status of Interlogix 11i Upgrade**
Date: Mon, 05 Mar 2001 14:20:42 -0800
From: Mike Hutchinson <michael.hutchinson@oracle.com>
Organization: Oracle Corporation
To: "Nugent,John" <JOHN.NUGENT@oracle.com>,
"Rooney,James" <JAMES.ROONEY@oracle.com>,
"Simler,Gary" <GARY.SIMLER@oracle.com>,
"Underwood,Michael" <MICHAEL.UNDERWOOD@oracle.com>
CC: "Harris,Steve" <STEVE.HARRIS@oracle.com>,
"Ewbank,Robert" <ROBERT.EWBANK@oracle.com>

```
As you know, Interlogix scrapped their previous upgrade and started a
fresh upgrade to 11.5.3. recently.  As of my meetings with the customer
(Dave Shefner) early last week, the upgrade was proceeding well.
However, late last week the project was hit a bug (TAR #13321199.600).
As I understand it, the bug was a result of a developers misplaced
comments in the code.  The resolution for this bug was determined on
Friday and we are awaiting a patch.  Since then, we have encountered a
new  unrelated issue and a new TAR is being worked.  There also remains
```

ORACLE
CONFIDENTIAL

4/25/2002 2:37 PM

NDCA-ORCL 052985

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

a third open issue (TAR 1207730.996) regarding the upgrade of order
records.

I established contact with Kirsten Shaw (Sr. Director of Customer
Programs) last week as we began working the bug issue.  She helped get
us an Escalation Manager assigned from Support (Bob Ewbank).  I believe
we did get the appropriate help on getting this issue resolved and will
repeat this process for new issues.

However, the project has lost the confidence of the Interlogix Steering
Committee as a result of the bug found last Friday.  They called an
emergency meeting this morning to consider alternatives to continuing
the upgrade.  The are planning a follow-up meeting next week to make a
decision on how to proceed.  At the same time, they are going to write a
letter to John Nugent asking when Oracle will provide them a stable
product so they can complete the upgrade.   They are obviously not happy
with the quality of the product.   They are also awaiting a response to
their "money question" that they raised at the meeting at Apps World.

I think our best course of action is to continue to rapidly work the
issues as they arise with the help of support, including the necessary
escalation for all issues.  Bob Ewbank is committed to continuing to
help this customer through the Customer Care program.  The customer is
asking us to answer "are there more issues to come?".  Obviously it is
hard to answer this question...I think our best course of action is to
get through the upgrade as quickly as possible.   The Steering Committee
will be suspect of the project until we reach conclusion.

This email is just an FYI to alert everyone of the letter we will soon
receive.

Mike

---

Mike Hutchinson <michael.hutchinson@oracle.com>

---

John Nugent <john.nugent@oracle.com>

ORACLE
CONFIDENTIAL

4/25/2002 2:37 PM

NDCA-ORCL 052986

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 397

**oracle jeff henley**

| | |
|---|---|
| **From:** | Charles Phillips [charles.phillips@morganstanley.com] |
| **Sent:** | Monday, March 25, 2002 5:43 AM |
| **To:** | CFO Jeff Henley |
| **Subject:** | FW: AMR Research: Oracle 11i Quality? |

this sums it up; if you guys have any metrics to show progress on quality, this would be a good time to get them out

-----Original Message-----
From: Freyermuth, Jeffrey [mailto:JFreyermuth@amrresearch.com]
Sent: Monday, March 25, 2002 8:23 AM
To: undisclosed-recipients:
Subject: AMR Research: Oracle 11i Quality?

Overview
Since its release in May 2000, many customers have expressed concerns about the quality of Oracle's E-Business Suite 11i. AMR Research recently interviewed more than fifty large companies implementing or upgrading to 11i and found that these problems still persist. Oracle has also damaged its credibility by frequently patching the software and recommending "Family Packs" of patches that have sometimes introduced additional new problems while resolving the old ones.

At AMR Research's Strategy 21 Conference earlier in the year, a CIO called Oracle's 11i, one of the biggest disappointments of 2001.

User Feedback
Almost every customer we spoke with expressed disappointment with the quality of Oracle's software releases. The following represents a sample of the challenges faced by customers upgrading to 11.5.5 and 11.5.6 versions as recently as February 2002:

*       A company with only three outstanding problems to solve before they could go live, was encouraged to load a "Family Pack" of patches.  The patch kit fixed one problem and introduced over 20 more.  Many of these were as basic as software still containing debug code, which should have been caught in the test and integration process by Oracle.
*       Another customer uses regular biweekly downtime to load up to 30 patches each time.  They have a 5 person team doing nothing but analyzing and applying new patches weekly.  They believe they will need this team, possibly expanded, for the foreseeable future.
*       While some instability can be expected early in a product's lifecycle, even software deliveries from as late as November was exhibiting a lack of basic configuration control.  As one recent implementer said, "We thought we had waited long enough for it to be safe!"

Conclusions
The proof that Oracle has improved its quality will be a series of relatively trouble-free 11.5.6 and 11.5.7 installs and upgrades over the next few months. If the new processes are working, these releases should require fewer patches, and customer regression tests should run cleanly after software upgrades. Unfortunately, finding bugs in new functionality is expected, but patches or upgrades should not break working code. There is some concern about Oracle's decision not to make 11.5.6 a fully tested maintenance release. This may mean that it has lost an opportunity to create a stable base for those upgrade customers who do not need the new functionality promised for 11.5.7.

**ORACLE CONFIDENTIAL**

NDCA-ORCL 061300

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

In spite of the quality problems with 11i, Oracle customers still like the product architecture, concepts, functionality, and vision. Some customers that have both SAP and Oracle experience claim that Oracle's applications are simpler to configure and understand and are generally easier to integrate into a complex IT environment.

There is little doubt that Oracle's 11i quality problems have significantly slowed its momentum in the enterprise application market. Existing customers have delayed upgrades, add-ons, and wider deployment of the applications. These concerns have also had an impact on some new sales opportunities. Over the past year, Oracle has lost market share to SAP and its application product revenue has continued to decline while SAP, PeopleSoft, and Siebel are all growing. E-Business Suite 11i is functionally and architecturally competitive, but Oracle's application sales won't recover until the cloud of 11i's quality problems lifts.

The full AMR Research Report entitled, "Has Oracle 11i Quality Update" by Bill Swanton can be accessed via our web at http://www.amrresearch.com/search/view.asp?id=10176 <http://www.amrresearch.com/search/view.asp?id=10176>

2

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 061301

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

**oracle jeff henley**

| | |
|---|---|
| **From:** | Charles Phillips [charles.phillips@morganstanley.com] |
| **Sent:** | Thursday, December 13, 2001 5:26 AM |
| **To:** | Barrenchea Mark; Ron. Wohl@Oracle. Com |
| **Cc:** | CFO Henley Jeff |
| **Subject:** | FW: 11i |

and this one was worse.  as you know these market analysts can have
significant impact with customers and two of the most influential analysts
at key firms are decidely negative on the quality of the apps suite and with
this sort of feedback i can see why.  without a full court press to provide
them with some poisitive references and more data about your expereinces,
its will be nearly impossible to change market perception about oracle apps.
and its impossible to calculate what deals you don't see because a
reputation and perception preceding you and keeping you from getting the
call.

——Original Message——
From: Miller, Byron [mailto:BMiller@gigaweb.com]
Sent: Tuesday, December 11, 2001 2:58 PM
To: chasp@ms.com
Subject: 11i

Chuck,
I saw your very positive review of 11i. This is what is typical of what I
see. They are on 11.5.4.  Any reaction?

        Is our disastrous experience with Oracle 11i  typical? You have some
circa early-2001 research on  this, but I was wondering what it's like now
that  the product is (supposed to be) a little more mature. Here's our
experience... We have recently (Oct. 2001) upgraded from Oracle 10.7 to 11i
. We use almost all the Financials, OM, & Manufacturing modules, along with
the Product Configurator and iStore (the latter for order status only, so
far).  We have several customizations, mostly focusing on our use of product
serialization, but in most cases our modules are fairly out-of-the-box.
While the actual conversion itself went fairly well, we have been extremely
disappointed with the quality of the software. We have opened 158 TARs since
going live (well over 100 being Sev 1 or 2) and consistently have dozens of
TARs open at any one time. The responsiveness & quality from Oracle support
has been spotty at best. Our local Oracle developers have been able to
provide very little value-add since going live -  they spend nearly all of
their time acting as an interface between end user and Oracle support,
managing TARs, diagnosing problems, coordinating the application of patches,
etc. While the product is running our business, it is not without
significant crises, manual workarounds, financial adjustments, and general
pain. What are other businesses experiencing with 11i? Thanks in advance for
your response.

Regards,
Byron

Byron D. Miller
Vice President, ERP
Giga Information Group
Technology advice. Business results.
O: 847.855.2930
F: 847.855.2931
E: bmiller@gigaweb.com
Ask me how Giga can help you Communicate the Value of IT

1

**ORACLE
CONFIDENTIAL**

**NDCA-ORCL 061302**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

The information contained in this transmission may contain privileged and confidential information of Giga Information Group, Inc. It is intended for review only by the person(s) named above. Dissemination, distribution or duplication of this communication is strictly prohibited by all recipients. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Thank you.

**ORACLE CONFIDENTIAL**

2

**NDCA-ORCL 061303**

**CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER**

**oracle jeff henley**

| | |
|---|---|
| **From:** | Charles Phillips [charles.phillips@morganstanley.com] |
| **Sent:** | Thursday, December 13, 2001 5:26 AM |
| **To:** | Barrenchea Mark; Ron. Wohl@Oracle. Com |
| **Cc:** | CFO Henley Jeff |
| **Subject:** | FW: 11i |

and this one was worse.  as you know these market analysts can have
significant impact with customers and two of the most influential analysts
at key firms are decidely negative on the quality of the apps suite and with
this sort of feedback i can see why.  without a full court press to provide
them with some posisitive references and more data about your expereinces,
its will be nearly impossible to change market perception about oracle apps.
and its impossible to calculate what deals you don't see because a
reputation and perception preceding you and keeping you from getting the
call.

——Original Message-----
From: Miller, Byron [mailto:BMiller@gigaweb.com]
Sent: Tuesday, December 11, 2001 2:58 PM
To: chasp@ms.com
Subject: 11i

Chuck,
I saw your very positive review of 11i. This is what is typical of what I
see. They are on 11.5.4.  Any reaction?

        Is our disastrous experience with Oracle 11i  typical? You have some
circa early-2001 research on  this, but I was wondering what it's like now
that  the product is (supposed to be) a little more mature. Here's our
experience... We have recently (Oct. 2001) upgraded from Oracle 10.7 to 11i
. We use almost all the Financials, OM, & Manufacturing modules, along with
the Product Configurator and iStore (the latter for order status only, so
far).  We have several customizations, mostly focusing on our use of product
serialization, but in most cases our modules are fairly out-of-the-box.
While the actual conversion itself went fairly well, we have been extremely
disappointed with the quality of the software. We have opened 158 TARs since
going live (well over 100 being Sev 1 or 2) and consistently have dozens of
TARs open at any one time. The responsiveness & quality from Oracle support
has been spotty at best. Our local Oracle developers have been able to
provide very little value-add since going live -  they spend nearly all of
their time acting as an interface between end user and Oracle support,
managing TARs, diagnosing problems, coordinating the application of patches,
etc. While the product is running our business, it is not without
significant crises, manual workarounds, financial adjustments, and general
pain. What are other businesses experiencing with 11i? Thanks in advance for
your response.

Regards,
Byron

Byron D. Miller
Vice President, ERP
Giga Information Group
Technology advice. Business results.
O: 847.855.2930
F: 847.855.2931
E: bmiller@gigaweb.com
Ask me how Giga can help you Communicate the Value of IT

1

**ORACLE
CONFIDENTIAL**

**NDCA-ORCL 061304**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

The information contained in this transmission may contain privileged and confidential information of Giga Information Group, Inc. It is intended for review only by the person(s) named above. Dissemination, distribution or duplication of this communication is strictly prohibited by all recipients. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Thank you.

**ORACLE CONFIDENTIAL**

2

**NDCA-ORCL 061305**

**CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER**