# EXHIBIT 398

**Subject:** [Fwd: [Fwd: [Fwd: URGENT ACTION REQUIRED! [Fwd: [Fwd: [Fwd: [Fwd: Papa Johns Information]]]]]]]]
**Date:** Mon, 26 Mar 2001 09:04:42 -0800
**From:** Kirsten Shaw <Kirsten.Shaw@oracle.com>
**Organization:** Oracle Corporation
**To:** "Wohl,Ronald" <RON.WOHL@oracle.com>

Ron,

Do you want to discuss this?  say, before Thursday?

--Kirsten

---

**Subject:** [Fwd: [Fwd: URGENT ACTION REQUIRED! [Fwd: [Fwd: [Fwd: [Fwd: Papa Johns Information]]]]]]]
**Date:** Mon, 26 Mar 2001 10:28:02 -0500
**From:** Kurt Larsen <Kurt.Larsen@oracle.com>
**Organization:** Oracle Corporation
**To:** "Shaw,Kirsten" <KIRSTEN.SHAW@oracle.com>

fyi

---

**Subject:** [Fwd: URGENT ACTION REQUIRED! [Fwd: [Fwd: [Fwd: [Fwd: Papa Johns Information]]]]]
**Date:** Mon, 26 Mar 2001 10:17:20 -0500
**From:** Harmohan Suri <Harmohan.Suri@oracle.com>
**To:** "dfiguero@US.ORACLE.COM" <dfiguero@US.ORACLE.COM>,
    "gmcgowan@US.ORACLE.COM" <gmcgowan@US.ORACLE.COM>,
    "yelfstro@US.ORACLE.COM" <yelfstro@US.ORACLE.COM>,
    "rmoss@US.ORACLE.COM" <rmoss@US.ORACLE.COM>,
    "broth@US.ORACLE.COM" <broth@US.ORACLE.COM>, jlirette@US.ORACLE.COM
**CC:** "klarsen@US.ORACLE.COM" <klarsen@US.ORACLE.COM>,
    "darsmith@US.ORACLE.COM" <darsmith@US.ORACLE.COM>,
    "jmuchnok@US.ORACLE.COM" <jmuchnok@US.ORACLE.COM>,
    "dmeeks@US.ORACLE.COM" <dmeeks@US.ORACLE.COM>

Folks -

Larry seems to be getting very upset with all the escalation's.  Please make sure we are focussed
on all our escalated customers.

Regards,

Harmohan

---

ORACLE
CONFIDENTIAL

l

NDCA-ORCL 054074

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

**Subject: URGENT ACTION REQUIRED! [Fwd: [Fwd: [Fwd: [Fwd: Papa Johns Information]]]]**
**Date:** Sun, 25 Mar 2001 09:25:39 +0100
**From:** Steve Cox <steve.r.cox@oracle.com>
**Organization:** Oracle Corporation
**To:** "Mercer,Richard" <RICHARD.N.MERCER@oracle.com>,
"Ziebarth,Beth Ann" <beth-ann.ziebarth@oracle.com>,
"Suri,Harmohan" <HARMOHAN.SURI@oracle.com>

Rich, Beth-Ann, Harmohan

Can you have a look at the attached email trail and get back to myself & the cc's (Mark Barrenechea, Max Shireson, David Williamson, Carl Theobald) of the last message with any additional info you have on this account. As the TAR/Bug report tells us little of the state of the account, pls include details of any action plans in place, concalls arranged, etc.


Thanks

-- Steve




---
Steve Cox
Snr. Director, CRM Products Division
(Office) +1 650-607-5453
(Mobile) +44 7785 738704
(SMS/Pager) +447785738704@mmail.co.uk



---

**Subject: Re: [Fwd: [Fwd: [Fwd: Papa Johns Information]]]**
**Date:** Sun, 25 Mar 2001 09:14:22 +0100
**From:** Steve Cox <steve.r.cox@oracle.com>
**Organization:** Oracle Corporation
**To:** mark.barrenechea@oracle.com
**CC:** "Schireson,Max" <MAX.SCHIRESON@oracle.com>,
"Williamson,David" <DAVID.WILLIAMSON@oracle.com>,
"Theobald,Carl" <CARL.THEOBALD@oracle.com>

Mark,

At the moment, no issues have been escalated to the MGL team since the end of January. We will do some more discovery on this and get you a full report but in the mean time, this is the info I have from Support's ITS system.

**6 TARS, 3 bugs**

| | | | LAST | | BUG LAST | | |
|---|---|---|---|---|---|---|---|

2

ORACLE
CONFIDENTIAL

NDCA-ORCL 054075

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

| TAR# | SEV | TAR STATUS | AGE | UPDATED # DAYS AGO | BUG# | BUG STATUS | UPDATED # DAYS AGO | ABSTRACT | P |
|------|-----|-----------|-----|------|------|-----------|------|----------|---|
| 1117117.996 | 2 | CUS | 156 | 3 | 1274254 | 80 | 139 | 1488518 UNABLE TO UPDATE ITEM DEC | C D |
| | | CUS | 156 | 3 | 1488518 | 30 | 4 | 1488518 UNABLE TO UPDATE ITEM DEC | C D |
| 13250005.6 | 2 - | DEV | 104 | 3 | 1530455 | 40 | 56 | CT CNTER DISPLAY BLANK SCN POPS INTERMITTENTLY IN IB/CALL BACK MODE | C C C |
| 1293436.996 | 2 | WCP | 8 | 4 | | | | ORA-04068: EXISTING STATE OF PACKAGE HAS BEEN DISCARDED ORA-04063: PACKAGE BOD | C S |
| 1295685.996 | 2 | ICB | 6 | 3 | | | | ASG> NEED TO TUNE TAX_EXEMPTIONS_V VIEW IN ISTORE 11I | C R |

3

ORACLE
CONFIDENTIAL

NDCA-ORCL 054076

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

| 1295712.996 | 2 | ICB | 6 | 3 | ASG> NEED TO TUNE RA_ADDRESSES_MORG VIEW IN ISTORE 1I1 | C R |
| --- | --- | --- | --- | --- | --- | --- |

-- Steve

What are the issues at Papa John's ?

--mark

_____

**Subject:** Re: [Fwd: [Fwd: Papa Johns Information]]
**Date:** Fri, 23 Mar 2001 20:42:47 -0800
**From:** "Lawrence J. Ellison" <Larry.Ellison@oracle.com>
**Organization:** Oracle Corporation
**To:** George Roberts <George.Roberts@oracle.com>

**C:** mark.barrenechea@oracle.com, ron.wohl@oracle.com,"Catz,Safra" <SAFRA.CATZ@oracle.com>,"S

**References:** <3AB6BDAB.70637C72@oracle.com>

OK. I want all escalated customers to belong to development managers. Mark B. will own Papa John. Mark, I need daily reports until the customer is happy.

I need a list of the other escalated customers and I need it now. And I need support to resurrect the reports grading whether products are within the agreed quality parameters. Mike R. is responsible for delivering the reports.

We will meet on this on Wednesday to review every escalated customers and every product quality rating. Until further notice every Thursday applications meeting will begin with a review of all escalated customers and application product quality. The only allowed topics will be demo status and internal implementation requirements.

larry

George Roberts wrote:

```
I know we did not have an EC today and we don't have one next week.
However this situation can no longer wait. I have 3-4 clients where we
are about to lose control. Over the last several years we have all
enjoyed a chuckle or two as we read the headlines on our competitions
clients and their inability to implement the software they
bought(Hersheys, Nike, ETC) from them.

We have avoided all of this ink in the press but that may be about to
come to an end. I have 6 situations like this or more depending on the
day of the week. I don't have all the answers for this but it is time to
```

4

ORACLE
CONFIDENTIAL

NDCA-ORCL 054077

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

get more focused and organized on this situation as well as the rest of
them from NAS, OPI and OSI. I know we canceled next Monday but maybe we
should have just a meeting on the topic of client projects that are on
the edge before we read about it in the paper.

Inquiring minds want to know and the rags of our industry would love to
nail us if they can.

---

**Subject:** [Fwd: Papa Johns Information]
**Date:** Mon, 19 Mar 2001 16:08:04 -0600
**From:** Steve Johnson <stephen.c.johnson@oracle.com>
**Organization:** Oracle Corporation
**To:** Mary.Anne.Gillespie@oracle.com, George.Roberts@oracle.com
**CC:** Tim.Fay@oracle.com, "Tate,Craig" <CRAIG.TATE@oracle.com>

On Wednesday, March 14 we met with the Papa Johns management team, including John Schnatter, Chairman and CEO of Papajohns, Julie Larner, CAO, John Black, CIO, and their Chief Counsel.

I will summarize and synthesize John Schnatter's comments...

1. "The lawyers and the press would love to see us butt heads over this problem. However, it is not our desire to get to this point. We would like to see the system do what we bought it to do. "

2. " From my point of view, I have spent $6m to be able to conduct 5% of my business over the web. To date, we are only able to get 1% before the system bogs down and I am losing orders."

3. " I am not a technical person and am somewhat spooked by all of this. I have committed to my franchisees that we will get to 5% on the web with this system and they believe me and they have paid for it. I don't want to have to write this off."

**History:**

In May of 2000 we sold Papa Johns a number of CRM components (see attached). The Call center products were attempted but soon throw out because of difficulty in getting anything to work. The iStore product was implemented to address on-line, web based orders for pizzas. The customer's business goal in buying this system was to be able to take 5% of their orders on the web (90 pizzas per minute during peak times). From their financial analysis 4% of orders would be break even with their costs. Our software cost for this was about $900k for iStore and the estimate for Consulting was $3m.

**Current Situation:**

5 months from initiation of the project the customer was taking orders on the iStore.
We have been able to achieve a peak order rate of about 27 pizzas per minute vs. the 90 goal. The customer has spent $3.1m in consulting fees. They have bought hardware and software. Oracle consulting has not charged the customer for $1.1m in time associated with analyzing and fixing product problems, though the customer somewhat feels as though they have paid for some amount of "fixing bad software". The customer is very concerned about incurring the additional costs to get the system from 27 pizzas per minute to the 90 ppm objective which justifies this system. Papa John's

ORACLE
CONFIDENTIAL

5

NDCA-ORCL 054078

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

believes this is Oracle's responsibility primarily, along with their support. As with most of these situations, a lot of issues reside with the customer. They have neglected a few of our recommendations, not implemented everything they needed to do and are not probably well staffed to manage an endeavor of this scope. The customer has witheld payment of about $650k in OCS fees which they agree we have earned. I believe they are simply holding on to this as leverage.

**Action Plan:**

We (largely Oracle Consulting) has agreed to remain on-site to install version 11.5.3 and detail all compnents and their corresponding dependencies by March 30.

Oracle Consulting has agreed to assist the customer in conducting a series of 6 benchmark tests designed to identify bottlenecks in the performance of the system and improve upon same.

This activity is presumed to be not chargeable to Papa Johns. The current estimate of OCS time is 8 man weeks for the 11.5.3 installation and approximately 6 man/months for the benchmarking/performance tuning.

Last weekend, based upon a subset of 11.5.3 patchset being installed, Papa Johns was able to run orders during peak without having to go down. About 1000 additional orders were achieved during this period as compared to prior weekend nights. OCS is fairly confident that, with proper benchmarking, test and design review we will get fairly close to the goal of 90ppm.

We are proceeding with the assumption that Oracle needs to see this matter thru to a successful outcome. Not at all costs, perhaps, but responsibly. I invite Tim Fay to make any comments in addition to my own, especially since OCS is delivering the talent to help resolve this customer sat issue.


steve

---

**Subject:** Papa Johns Information
**Date:** Sun, 18 Mar 2001 14:00:50 -0500
**From:** Douglas Semple <Doug.Semple@oracle.com>
**Organization:** Oracle Corporation
**To:** stephen.c.johnson@oracle.com, Tim Fay <tim.fay@oracle.com>
**CC:** Craig Tate <craig.tate@oracle.com>,
    Shahrad Shaheedian <shahrad.shaheedian@oracle.com>

Steve/Tim,

Please review and add your comments.  Thanks.

---

Steve Cox
Snr. Director, CRM Products Division

ORACLE
CONFIDENTIAL

6

NDCA-ORCL 054079

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

(Office) +1 650-607-5453
(Mobile) +44 7785 738704
(SMS/Pager) +447785738704@mmail.co.uk

---

Steve Cox <steve.r.cox@oracle.com>
Sr Director
Oracle Corp., CRM Products Div.
PRP

---

Steve Cox <steve.r.cox@oracle.com>
Sr Director
Oracle Corp., CRM Products Div.
PRP

---

Kurt Larsen <Kurt.Larsen@oracle.com>

**ORACLE
CONFIDENTIAL**

7

NDCA-ORCL 054080

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 399

Re: [Fwd: [Fwd: Fwd: GIGA RESPONSE: SETT.. T ON ORACLE'S CRM 11i RELEASE SCHEDULE]]

**X-Mozilla-Status:** 0001
**X-Mozilla-Status2:** 00000000
**Message-ID:** <38E3AF19.F27C0DAC@us.oracle.com>
**Date:** Thu, 30 Mar 2000 11:46:33 -0800
**From:** Stephanie Aas <saas@us.oracle.com>
**Organization:** Oracle Corporation
**X-Mailer:** Mozilla 4.51 [en] (Win95; U)
**X-Accept-Language:** en
**MIME-Version:** 1.0
**To:** "Deborah G. Athens" <dathens@us.oracle.com>
**CC:** "Modanlou,Bijan" <BMODANLO@us.oracle.com>
**Subject:** Re: [Fwd: [Fwd: Fwd: GIGA RESPONSE: SETTING THE FACTS
STRAIGHT ON ORACLE'S CRM 11i RELEASE SCHEDULE]]
**References:** <38E3825D.567FC1A7@us.oracle.com>
**Content-Type:** multipart/mixed;boundary="------------E798B9AD03E71F713D84E291"

Here is Chuck Phillip's report.

12:02pm EST 16-Feb-00 Morgan Stanley\DW (Phillips, Charles E.) ORC
ORACLE: STILL ROLLING P1

North America: United States of America
Technology: Enterprise Software

February 16, 2000
Company Update
Oracle
(NASDAQ: ORCL, Bloomberg: ORCL US)
Still Rolling

---

Charles E. Phillips
(chasp@ms.com)  (212) 761-4450

-BACKOFFICE COMPONENT OF 11T ON TRACK FOR MARCH
  This is an important release since it flushes out Oracle's Internet message
  and delivers the company's promise of integration.

-PLANS TO WEIGH INTO THE ECRM SECTOR IN A BIG WAY
  E-mail management products and free online opportunity management and
  calendaring, could increase eCRM presence.

-ORACLE'S FAMOUS $1 BILLION COST SAVINGS TARGET
  Oracle has been making progress on the margin front while leveraging their
  own technology.

---

OUTPERFORM

Price (February 15, 2000):        $ 61.38
Price Target:                         $UR
52-Week Range:          $ 62.31 - 10.72

WHAT'S CHANGED
Change of Target Price:        $40 to UR

---

Price: Abs. and Rel. To Market & Industry

CA-ORCL 028601
ORACLE CONFIDENTIAL

1

Re: [Fwd: [Fwd: Fwd: GIGA RESPONSE: SETT...T ON ORACLE'S CRM 11i RELEASE SCHEDULE]]

The PDF versions of the complete document including these graphics or tables are available to Morgan Stanley clients through Research Link at www.ms.com, contact your sales representative for access information.

Company Description

Oracle is the world's leading supplier of software for information management, and the second-largest software company. Oracle's products include the Oracle8 database, and an integrated family of horizontal application products.

| FY ending May 31: | 1999A | 2000E | 2001E | 2002E |
|---|---|---|---|---|
| EPS ($) | 0.44 | 0.56 | 0.66 | -- |
| P/E | 139.5 | 109.6 | 93.0 | -- |

| | | |
|---|---|---|
| Market Cap ($ m) | 184,512 | |
| L-T EPS Grth. ('yy - 'yy) (%) | 20.0 | |
| Shares Outstanding (m) | 3006 | |

| Q'trly EPS | 1999A actual | 2000E curr | prior | 2001E curr | prior |
|---|---|---|---|---|---|
| Q1 | 0.07 | 0.08 | -- | 0.09 | -- |
| Q2 | 0.09 | 0.13 | -- | 0.15 | -- |
| Q3 | 0.10 | 0.13 | -- | 0.15 | -- |
| Q4 | 0.18 | 0.22 | -- | 0.27 | -- |

E = Morgan Stanley Dean Witter Research estimate.

Still Rolling

Investment summary and conclusion:

We visited Oracle late last week and came away with the sense that the strategy is still unfolding according to plan.  On the eve of one of its most important product family updates (Oracle Applications) the company is still expanding its share of mind with customers and industry influencers.  The upcoming product flow should only help.

KEY POINTS

- The backoffice component of release 11i of the Oracle Applications is still on track for March.  This is an important release since it flushes out Oracle's Internet message and delivers the integration the company has been promising.

- The bulk of the CRM component of release 11i is scheduled for May with follow on enhancements coming in August and December of this year.

- Oracle also plans to weigh into the eCRM sector in a big way with its own e-mail management product and free online opportunity management and calendaring.

- Oracle's famous $1 billion cost savings target has become a strong marketing tool.  Not only is the company making progress on the margin front, but customers want to know how they did it with technology.  Oracle has been hosting a series of seminars at its headquarters for both CIO's and line of business executives.  Several large companies are evaluating switching to Oracle's backoffice products after difficult implementation experiences in the distributed model.

- Oracle's consulting business will likely remain flattish to down for the near term.  ERP related consulting is down 15% year over year as the projects wind up and customers look to get rolling in months and not years. Utilization has bottomed and the company looks for 10% consulting growth next

**CA-ORCL 028602**
**ORACLE CONFIDENTIAL**

**NDCA-ORCL 031579**

year.

- The pricing change in the quarter is generating significant new account growth.  The salesforce has adjusted well as there is now only a monthly forecasting plan instead of quarterly.

- The near term pipeline sounds sufficient to hit our 17% license growth number assuming normal conversion rates.  Oracle is finding it easier to get an audience with senior executives since technology is of more interest to them than ever before.

ORACLE APPLICATIONS RELEASE 11i

-THE BACKOFFICE

The backoffice component of release 11i of the Oracle Applications is still on track for March.

This is an important release since it flushes out Oracle's Internet message and delivers the integration the company has been promising.  Oracle acquired several point products last year, some with overlapping functionality, and had to spend the last year rationalizing its architecture.  The result is an integrated, Internet based suite with a broad span of functionality.  This release also pulls all country localizations and languages into a single unicode to eliminate separate, regional versions.

The release is chock full of new functionality as well with key advancements in the areas of

- Supplier management portal

- Advanced supply chain management

- Global ATP server

- Manufacturing scheduling

- Process manufacturing

- Engineer to order

- Internet based order management

- Advanced pricing

- Product configuration

- Improved order management

As usual, Oracle took a centralized data model approach to enhance insight. Supply chain planning data is often spread across many applications and databases since several systems and job roles touch planning data.  Oracle's supply chain planning product places all planning data in a single data model to allow planning across multiple scenarios, time frames, and job roles.

The company has 2000 customers using its earlier, more elementary planning and scheduling products but those products lacked optimization capabilities.

Oracle partnered with i2 and Manugistics for a few years for customers with advanced planning and scheduling needs but has since backed away from those partnerships.  About 5% of Oracle's manufacturing customers went with the i2-Oracle solution and a few tried the Oracle-Manugistics product but generally integration wasn't robust and the companies had problems synchronizing products and salesforces.

CA-ORCL 028603
ORACLE CONFIDENTIAL

NDCA-ORCL 031580

Re: [Fwd: [Fwd: Fwd: GIGA RESPONSE: SETT...T ON ORACLE'S CRM 11i RELEASE SCHEDULE]]

Oracle has now added its own supply chain optimization with embedded pre-built algorithms from ILOG. Customers will be able to allocate production capacity according to target metrics such as fill rates, stock out levels, profitability, or market share. The company still lacks products in the areas of transportation management and advanced distribution management but those are next on the list.

The company has been demonstrating the new feature to prospects and it's already helping to build pipelines. Oracle's demos have improved substantially as well. This was always a sore point since the demo's were not well designed and weren't a priority which hurt in sale cycles. Oracle focused on it and the demo's are consistent across applications and can be delivered remotely over the Internet. The company has finally gotten all its product development division in synch and the applications support the latest release of the database and tools and the database developers do the load testing for the applications.

- THE FRONTOFFICE

The bulk of the CRM component of release 11i is scheduled for May with follow on enhancements coming in August and December of this year. Oracle is aiming for 1000 customers by year-end and has a team of 800 people focused on this area and is significantly expanding their suite of products throughout this year. Significantly enhanced products in the suite include:

- Closed loop marketing

- Salesforce automation

- Integrated call center

- Customer service

- Depot repair

- Field service

>From a distribution perspective, Oracle is focusing on more "quick hits" as opposed to marketing the entire suite in extended sales cycles. The company has trained subject matter experts in several segments of CRM, procurement, and supply chain management to go head to head with the specialist. Oracle has also built an SAP integration kit to sell into the SAP installed base.

Oracle has also set up a formal program to ensure different divisions of the company use release 11i where relevant. Products aren't released in some cases until internal units sign off on the functionality and quality. For example, Oracle plans to put 1.2 million inquiries a year through its online support product, which should reduce support telephone calls by 40%.

All these new products are quite a load for the Oracle salesforce to muster. Consequently, the company is focusing the broader salesforce on six key areas that they can all sell and articulate:

- E-mail management

- Sales compensation

- Customer intelligence

- Sales online

- I-store

- I-support

CA-ORCL 028604
ORACLE CONFIDENTIAL

NDCA-ORCL 031581

Re: [Fwd: [Fwd: Fwd: GIGA RESPONSE: SETT...T ON ORACLE'S CRM 11i RELEASE SCHEDULE]]

eCRM COULD GET INTERESTING

Oracle also plans to weigh into the eCRM sector in a big way.  The eCRM
companies (e.g. Annuncio, RightNow, Kana, eGain, NetPerceptions, and others)
are building products that facilitate online customer relationships.  The
eCRM company aims to have analogous products to function in the offline world
such as salesforce automation, customer support, and outbound marketing.  No
company has pulled together a suite that handles all these functions both in
the on-line and off-line world.

Oracle is working on an e-mail management, calendaring, and opportunity
management product that will be a free hosted service.  That could change a
few business models out there.  The hope is to up-sell customers to other
value added products and deliver an integrated support channel.  Oracle's CRM
suite is getting large and spans multiple channels and functions.  Via joint
development with its largest customer, General Electric, Oracle has developed
some value added applications in more complicated areas of customer
interaction.  Some areas are more specialized but are big revenue generators
like depot repair, dispatch, proposal building, and field service.

Oracle has a lead in these selected CRM areas which are indeed customer
related.  The company has a different focus and strength than Siebel which
explains the limited head to head competition between the two.  Oracle won't
likely take Siebel head-on in salesforce automaton and call center
applications until early next year.  The company is also working on content
management and personalization to eventually compete with Broadvision and
NetPerceptions.

Oracle will be one of the few companies that will be able to offer customers
a traditional software product to install, a hosted service of the same
application that that still supports integration with legacy systems
(Business Online) and straight online service with no integration and no
upfront charge (Oraclesalesonline.com).  All three models appeal to different
segments of the marketplace.

ORACLE'S THIN CLIENT EVOLUTION

Architecturally, Oracle redesigned many of the screens to not just run in a
browser, but the company optimized for a browser based metaphor.  First
generation thin client apps normally stuffed a Windows based screen inside of
a browser and it showed.  Oracle has learned a lot about how thin clients
should look and behave. The new release will reflect that evolution.

Oracle uses Java components for about 40% of its application and the rest is
straight HTML.  There is still considerable debate in sale cycles on whether
straight HTML or a Java based client is appropriate.  The Java client will
always look better and since it allows screen controls that straight HTML
doesn't support.  On the other hand, straight HTML is simpler to deploy and
will work with any browser.  Java requires a run time engine to be present on
each user's machine but that's a one-time install with rare updates.

Java on the client doesn't fully recreate a fat client but there are enough
similarities to cause legitimate debate.  Oracle is moving significant
amounts of code to straight HTML where it makes sense and will keep Java for
a minority of the applications that require sophisticated, browser-based
screens.

PORTAL-TO-GO

Oracle has been working on wireless database technology and applications with
several partners for quite some time.  With 400 million wireless devices in
the world and growing, these devices could become the dominant Internet
access device in short order.  Oracle is working Motorola on a voice to XML
standard and with Sun on appliance technology around JINI.  The company

5

CA-ORCL 028605
ORACLE CONFIDENTIAL

Re: [Fwd: [Fwd: Fwd: GIGA RESPONSE: SETT...T ON ORACLE'S CRM 11 RELEASE SCHEDULE]]

already has several large telecom providers in Europe who have embraced the
concept earlier than the U.S.  The company plans to compete with Phone.com to
become a wireless application platform.

BUSINESS ONLINE

Oracle's hosting service is now up to 45 customers, most of which are
technology start-ups and dot coms.  Oracle's ASP services offer these
companies a quick start backoffice on a scalable platform.  Oracle has
focused on repeatable process and controlled configuration to scale the
business globally.  Oracle will host all customers out of centralized
facilities in the U.S. over the Internet and saw no need for its European
data center which has been closed down.

Most of the customers started with financials.  Pricing for a power user is
$695 per month and scales down from there based on the user's role.

Oracle can now turn an ASP customer on in two to three weeks in many cases.
The company is also hosting the Ford Auto-xchange.com B2B marketplace, which
allows them to iterate new technology quickly into the portal.

MARGIN IMRPOVEMENT -- ALSO A SALES TOOL

Oracle's famous $1 billion cost savings target has become a strong marketing
tool.  Not only is the company making progress on the margin front, but
customers want to know how they did it with technology.  Oracle has been
hosting a series of seminars at its headquarters for both CIO's and line of
business executives.  Usually the business executives immediately see merit
to consolidating infrastructure and having all data aggregated to get a
comprehensive, online view of the business.

It's usually the CIO that is used to distributed architectures of the past
and has to be convinced it's alright to re-centralize the servers.  But the
economics are hard to argue with and given the technology fragmentation most
companies struggle with, a message of simplification is difficult to ignore.

B2B MARKETPLACES -- STILL BUILDING

Oracle has already learned a lot from its Ford experience and is building out
functionality in its marketplace suite as quickly as possible.  Of the deals
we are seeing across the industry through some of the integrators and
solution partners, Oracle is usually on the short list along with Commerce
One and Ariba.  i2 has an increasing presence on the list in certain
industries.

ORACLE CONSULTING

Oracle's consulting business will likely remain flattish to down for the near
term.  ERP related consulting is down 15% year over year as the projects wind
up and customers look to get rolling in months and not years.

Oracle has also been shifting more of this work to third parties in an effort
to gain favor with the systems integrators who've been leery of Oracle in the
past.  Just as Oracle's competitors take more consulting in-house, Oracle is
reaching out to these integrators and has a strong product portfolio and an
Internet message that has momentum in the marketplace.

About 30% of the low-end business and 15% of overall projects have shifted to
the Fastforward implementation methodology.  Fastforward is a turnkey, fixed
cost, and known timeframe implementation service to get customers up and
running quickly.  Customers trade off customization for pre-built
configurations that get slammed in 60-90 days.  Moreover, it trains Oracle to
think in shorter and shorter implementation timeframes and focus on volume.

The company expects 10% consulting growth next year on improving margins.

CA-ORCL 028606
ORACLE CONFIDENTIAL

NDCA-ORCL 031583

Re. [Fwd: [Fwd, Fwd: GIGA RESPONSE: SETT...T ON ORACLE'S CRM 11i RELEASE SCHEDULE]]

The momentum is Oracle's CRM business, which is doubling year over year, and should produce related consulting growth next year as the mix shifts away from ERP.

Utilization rates have bottomed and are trending up.  The skills set on board is aligned with the pipeline so we don't expect any dislocations in that regard.

NEAR TERM DEMAND

The sales pipeline sounded as if it was right where management needed it to be and according to plan.  At normal conversion rates, the pipeline is more than sufficient to get to consensus estimate and our forecast of 17.5% license growth in the quarter.

The salesforce began forecasting monthly instead of quarterly this quarter, which should help visibility.  Oracle took some accounts out of the major accounts group and put them into vertical units.  That transition seems to be complete and is resulting in more focused account coverage.


The consulting business is likely to be down sequentially with the holiday season and could be down year to year as well because of a strategic decision to work with third party integrators more closely.  We are comfortable with our $0.13 per share estimate in the quarter.

Over the last seven years, from second to third quarter, Oracle has been flat to up sequentially by $0.01 per share.  We look for a similar pattern this year.  The company implemented several pricing and salesforce changes that bode well for the long term but we aren't looking for an immediate change in trend line growth.  Instead, the company is building better business practices, improving margins, creating more backlog and visibility, and preparing to launch one of its most important products (Oracle 11i) in March.

PRICING CHANGE IN THE QUARTER

Oracle implemented a pricing change in the quarter which we've been tracking closely since these changes always imply some near term disruption.  The prices only apply to users buying on a power unit basis as opposed to "per user" pricing of the past.  Power unit pricing ties list price to the amount of processing power of the underlying hardware.  Most customers are still on per user pricing but the lower power unit pricing is attracting attention and could potentially build a recurring revenue base for Oracle.  Customers have to purchase additional licenses as they upgrade to more powerful hardware with a higher power unit rating.

Prices were lowered 40% from $25 per power unit to $15 per power unit on Oracle 8i Standard Edition and 50% on the Enterprise Edition to $100 per power unit.  Annual technical support  service (24x7) was lowered to 7% of the license price and annual maintenance (right to updates) was lowered to 15% of the list price.

The company standardized pricing to get away from the tedious and expensive custom contracts that take forever to negotiate.  Instead of starting off with highly inflated prices and the objective of negotiating down to a real price, Oracle decided to just reduce its prices, publish standardized discount schedules for volume, and simplify the process.  The time-honored negotiation mating dance is increasingly outmoded with everyone trying to move at Internet speed.  It was simply too difficult to buy products from Oracle.

The pricing changes have spurred a significant increase in smaller account activity.  Smaller account normally experience sticker shock with Oracle's list prices and didn't have the skills or inclination to negotiate for three months.  Moreover, the previously inflated list prices worked against Oracle

7

CA-ORCL 028607
ORACLE CONFIDENTIAL

NDCA-ORCL 031584

Re: [Fwd: [Fwd: Fwd: GIGA RESPONSE: SETT...T ON ORACLE'S CRM 11i RELEASE SCHEDULE]]

in third party pricing comparisons in the trade press.  Adjusting the pricing
just as Windows 2000 ships was probably a timely call.

STILL ROLLING

Oracle has evolved as the Mick Jagger of Software -- great appeal to mature
companies that have known the company for two decades while still being a
cool choice for dot coms and start-ups.  The first set of buyers look for
scalability, reliability, and process.  The other market is interested in
features, technology, and time to market.  With the exception of Sun and
Oracle, not many technology companies can appeal to both camps.

"Deborah G. Athens" wrote:

> *Leslie Doyle said you might have a copy of the below mentioned analyst*
> *report to forward to the original sender. If I need to contact another*
> *dept., please let me know. Thank you.*
>
> --------------------------------------------------------------------
>
> *Subject: Re: [Fwd: Fwd: GIGA RESPONSE: SETTING THE FACTS STRAIGHT ON ORACLE'S*
>     *CRM 11i RELEASE SCHEDULE]*
> *Date: Wed, 29 Mar 2000 18:45:43 -0800*
> *From: Leslie Jeong Doyle <ljdoyle@us.oracle.com>*
> *Organization: Oracle Corporation*
> *To: "Deborah G. Athens" <dathens@us.oracle.com>*
> *References: <38E2BC22.3A0D44C7@us.oracle.com>*
>
> *Either Stephanie Aas or Bijan Modanlou in Investor Relations should have a copy*
of this report.
>
> *Leslie*
>
> "Deborah G. Athens" wrote:
>
> > *Could you help by letting this person know how they can obtain the*
> > *Morgan Stanley report? Is this something the public can get on their own*
> > *or do we need to order?  Let me know how I can facilitate. Thx.*
> >
> > --------------------------------------------------------------------
> >
> > *Subject: Fwd: GIGA RESPONSE: SETTING THE FACTS STRAIGHT ON ORACLE'S CRM 11i*
> RELEASE SCHEDULE
> > *Date: 29 Mar 2000 17:46:50 -0800*
> > *From: "ORACLE WORLDWIDE MARKETING " <MKTG@us.oracle.com>*
> > *To: DATHENS@us.oracle.com*
> > *CC: jyan@hk.oracle.com*
> >
> > *Deborah,*
> >
> > *Can you direct?*
> >
> > *Thanks.*
> >
> > *Pam*
> >
> > *Pam Evans*
> > *---*
> > *Oracle Worldwide Marketing*
> >
> > --------------------------------------------------------------------

CA-ORCL 028608
ORACLE CONFIDENTIAL

NDCA-ORCL 031585

Re {Fwd: [Fwd: Fwd: GIGA RESPONSE: SETT...T ON ORACLE'S CRM 11i RELEASE SCHEDULE]]

```
> >
> > Subject: Re: GIGA RESPONSE: SETTING THE FACTS STRAIGHT ON ORACLE'S CRM 11i
> >      RELEASE SCHEDULE
> > Date: Thu, 30 Mar 2000 09:37:32 +0800
> > From: Juni <jyan@hk.oracle.com>
> > To: mktg@us.oracle.com
> > References: <3993245210596O688@InterOffice>
> >
> > Dear Sir/Madam,
> >
> > Please advise where I can access the Morgan Stanley Dean Witter Report
mentioned
> > in the article.  I have tried
> > http://crm.us.oracle.com/ssi/stools/analystreports/index.html but it is not
posted
> > there.
> >
> > Best regards,
> >
> > Juni Yan
> > Product Marketing Manager, Greater China
> > Oracle Systems Hong Kong Limited
> > 39/F The Lee Gardens, 33 Hysan Avenue,
> > Causeway Bay, Hong Kong SAR
> >
> > Phone: (852) 2821-2855
> > E-mail: jyan@hk.oracle.com
> > Fax: (852) 2866-7303
> > URL: http://www.oracle.com
> >
> > ORACLE WORLDWIDE MARKETING wrote:
> >
> > >
> > >   ***Oracle Confidential - For Internal Distribution Only***
> > >
> > > Giga Response: Setting the Facts Straight on Oracle's CRM 11i Release
Schedule
> > >
> > > A recent Giga report is claiming CRM delays on several modules of Oracle's
CRM
> > > 11i release.  This is incorrect.  The release is still shipping in May and
the
> > > following details resolve Giga's misleading findings with the straight
facts
> > > from Oracle.
> > >
> > > - What did the Giga report claim Oracle reported on its release schedule?
> > > - What are the proof points of the success of the 11i release?
> > > - Why is Oracle's E-Business Suite superior?
> > > - What are some facts to support this claim?
> > > - What do we do about these skeptical analyst's reports?
> > > - What was the actual report?
> > >
> > > WHAT IS THE GIGA REPORT ALLEGING ON ORACLE'S RELEASE SCHEDULE?
> > >
> > > The recent Giga report (to follow below) erroneously charged Oracle with
> > > delaying several modules of its CRM 11i release.  However, Oracle is
holding
> > > fast to its scheduled 11i release dates of May 19. All products are
available.
```

9

**CA-ORCL 028609**
**ORACLE CONFIDENTIAL**

> > > Not "several", as noted in the report, but only three of the 63 CRM modules
> > > are available, but under managed care.  Additionally, Giga incorrectly cited
> > > Oracle Web Sales as one of the modules that will be delayed.  First, the
> > > product name is wrong.  Secondly, the product, Oracle iStore, is absolutely in
> > > general availability in May.
> > >
> > > The only products under managed care are Oracle Sales Online, Oracle
> > > TeleSales, and Oracle Mobile Sales modules.  Details on the managed care
> > > program are available from Brad Scott.  Some of the new functionalities under
> > > managed care are those which Oracle developed for its own use in its
> > > transformation to an e-business.  This new functionality incorporated into 11i
> > > will in turn help our customers transform to an e-business.
> > >
> > > Giga also cites that business-to-business (B2B) companies will have difficulty
> > > establishing their customer relationships without a way to sell and manage
> > > accounts.  This is incorrect.  Oracle demonstrates that B2Bs can continue
> > > their sales operations via the existing 3i CRM release applications and have
> > > them augmented with the upcoming 11i products soon to be released.  In fact,
> > > the capability to manage accounts is in customer care and is fully available
> > > in May.  In addition, customers, such as Staff Leasing, are part of the
> > > release cycle and have been externally vocal about 11i's completeness and
> > > positive market impact.
> > >
> > > WHAT ARE THE PROOF POINTS OF THE SUCCESS OF THE 11i RELEASE?
> > >
> > > Oracle has internally rolled out a broad base of its sales products which are
> > > currently live and in use at several Oracle locations, including Oracle iStore
> > > and Oracle TeleSales in several U.S. call centers and Sales Online in our
> > > largest field sales organization.  Progress is also being demonstrated in
> > > EMEA, Latin America and Canada.  Sales reps can point to this with concerned
> > > prospects as proof points of Oracle's robust enterprise CRM suite and scale of
> > > product availability for its sales applications.
> > >
> > > Charged with industry specific CRM concerns, Oracle sustains there will be no
> > > unexpected delays in our vertical CRM offerings due to a large foundation
> > > already in place with its 11i releases.  Oracle's one schema/one technology
> > > strategy enables a robust and accelerated development for CRM products
> > > offering the most robust CRM modules in the industry.
> > >
> > > WHY IS ORACLE'S E-BUSINESS SUITE SUPERIOR?
> > >
> > > Giga suggests that other vendors offer a complete "CRM" solution.  Again, this
> > > is not true.  Other vendors have point solutions, but none can deliver a
> > > complete solution that offers marketing, sales, and service over the phone,
> > > over the web, and in the field through a direct sales organization.  As

10

CA-ORCL 028610
ORACLE CONFIDENTIAL

> > > Gartner reports, "CRM is a business strategy, not a market."
> > >
> > > Oracle is the only vendor that can offer a simple and complete E-Business
> > > Suite which includes a comprehensive CRM solution.  To obtain this breadth of
> > > e-business functionality, customers would have to glue together "kits" from
> > > Kana, SilkNet, Octane, Broadvision, Siebel, Vantive, and Clarify to come close
> > > to Oracle's offering.
> > >
> > > In fact, top investor analyst, Charles Phillips of Morgan Stanley Dean Witter,
> > > recently gave high praise to Oracle's e-business solution.  Phillips says,
> > > "Virtually no company has pulled together a suite that handles all these
> > > functions both in the on-line and off-line world."1
> > >
> > > In addition, in order to be an e-business, a company must implement a unified
> > > e-business solution.  Oracle's E-Business Suite provides a unified set of
> > > architectures to support an e-business via a single information set of
> > > architecture; a single functional architecture; and a single technology
> > > architecture.
> > >
> > > WHAT ARE SOME FACTS TO SUPPORT THIS CLAIM?
> > >
> > > * "Businesses wanting to implement customer relationship management software
> > > could be forced to piece together applications from multiple suppliers, and
> > > pay consultants double or three times the cost of the license fee to integrate
> > > them."
> > >                 -- Michael Moaz- Gartner Group
> > >
> > > * "Eighty two percent of Global 2000 organizations have an incomplete view of
> > > the customer."
> > >                 -- MetaGroup
> > >
> > > * "Oracle also plans to weigh into the eCRM sector in a big way.  The ecrm
> > > companies (e.g. Annuncio, Right Now, Kana, eGain, NetPerceptions, and others)
> > > are building products that facilitate on-line customer relationships."
> > >                 -- Charles Phillips, Morgan Stanley Dean Witter
> > >
> > > * "Oracle has a lead in these selected CRM areas, which are indeed
> > > customer-related.  The company has a different focus and strength than Siebel
> > > ($122), which explains the limited head-to-head competition between the two."
> > >                 -- Charles Phillips, Morgan Stanley Dean Witter
> > >
> > > * "Oracle is to be one of the few companies that will be able to offer
> > > customers a traditional software product to install, a hosted service of the
> > > same application that still supports integration with legacy systems (Business
> > > Online), and straight on-line service with no integration and no upfront
> > > charge (Oraclesalesonline.com).  All three models appeal to different segments
> > > of the marketplace."

CA-ORCL 028611
ORACLE CONFIDENTIAL

NDCA-ORCL 031588

Re: [Fwd: [Fwd: Fwd: GIGA RESPONSE: SETT...T ON ORACLE'S CRM 11i RELEASE SCHEDULE]]

> > >                    -- Charles Phillips, Morgan Stanley Dean Witter
> > >
> > >
> > > WHAT DO WE DO ABOUT THESE SKEPTICAL ANALYST'S REPORTS?
> > >
> > > You can assure prospects that Oracle is confident in its ability to deliver on
> > > its May release.  Also assure customers that analysts tend to be skeptical and
> > > extremely conservative.
> > >
> > > Giga implies that our 11i release will not be available until the end of 2000.
> > > This is false and there is no basis for this opinion.  In fact, in suggesting
> > > that customers wait until the end of 2000, Giga is implying that readers delay
> > > the transformation to an e-business.  This is not strategic, as we know
> > > customers are hungry for an e-business solution that enables them to expand
> > > their markets, retain customers and improve efficiencies.
> > >
> > > The report in its entirety is immediately below for reference.  With Q4 being
> > > very competitive in the market, this erroneous report may surface by our
> > > competitors.  Please use the above response as a vehicle to counter concerns
> > > and issues.
> > >
> > > WHAT WAS THE ACTUAL REPORT?
> > >
> > > Oracle Delays Parts of CRM: Buyers Beware by Erin Kinikin  23-MAR-2000
> > >
> > > Oracle confirmed this week that it will delay several modules of its
> > > long-awaited customer relationship management (CRM) 11i release, a caution
> > > flag to companies with pressing CRM needs considering Oracle. The two modules
> > > (Oracle Telesales and Oracle Web Sales) will be a controlled release, subject
> > > to installation restrictions and additional handholding. While Oracle
> > > emphasizes that only two of 63 CRM modules are affected by the slip, Giga
> > > notes that business-to-business (B2B) companies will have great difficulty
> > > establishing customer relationships without a way to sell products and manage
> > > accounts.  (Mobile Sales was initially a controlled release as well, but has
> > > now been added to the general availability list.) Oracle's plan to release
> > > several industry-specific CRM modules (e.g., banking, utilities,
> > > telecommunications) concurrent with base CRM functionality also points to
> > > significant release cycle compression and added risk, and will likely result
> > > in additional delays.  (Siebel and SAP ship industry-specific functionality at
> > > least a quarter after the base product.) We reiterate our position that Oracle
> > > will not deliver a robust enterprise CRM suite until the end of 2000, and urge
> > > companies to proceed with caution.
> > >
> > > 1 Source: Morgan Stanley Dean Witter, U.S. and the Americas Investment
> > > Research, March 1, 2000.

12

CA-ORCL 028612
ORACLE CONFIDENTIAL

Re: [Fwd: [Fwd: Fwd: GIGA RESPONSE: SETT...T ON ORACLE'S CRM 11i RELEASE SCHEDULE]]

```
> > >
> > > ---
> > > Oracle Worldwide Marketing
> > >
> > >
> > >
> >
> >   ----------------------------------------------------------------
> >
> >   Deborah G. Athens <dathens@us.oracle.com>
> >
> >   Deborah G. Athens
> >     <dathens@us.oracle.com>
> >   Additional Information:
> >   First Name    Deborah
> >   Version       2.1
>
>   ----------------------------------------------------------------
>
>   Leslie Jeong Doyle <ljdoyie@us.oracle.com>
>   Director, Industry Analyst Relations
>   Worldwide Marketing
>
>   Leslie Jeong Doyle
>   Director, Industry Analyst Relations  <ljdoyle@us.oracle.com>
>   Worldwide Marketing
>                                       Fax: 650 506-7122
>                                       Work: 650 506-2520
>                                       Conference Software Address
>                                       Default Directory Server
>   Additional Information:
>   Last Name   Doyle
>   First Name Leslie Jeong
>   Version     2.1
>
>   ----------------------------------------------------------------
>
>   Deborah G. Athens <dathens@us.oracle.com>
>
>   Deborah G. Athens
>     <dathens@us.oracle.com>
>   Additional Information:
>   First Name    Deborah
>   Version       2.1
>
     -----------------------
```

Stephanie Aas <saas@us.oracle.com>
Senior Director
Oracle
Investor Relations

CA-ORCL 028613
ORACLE CONFIDENTIAL

NDCA-ORCL 031590

# EXHIBIT 400

**Subject:** Re: [Fwd: crm issues at 3pardata]
**Date:** Thu, 11 Apr 2002 11:51:00 -0700
**From:** David Williamson <david.williamson@oracle.com>
**Organization:** Oracle Corporation
**To:** Mark Keever <Mark.Keever@oracle.com>,
        "david.williamson" <david.williamson@oracle.com>

I'm here to do the right thing, Mark.  I can accept that your experience in this space
greater than my own, I'm certainly interested in your ideas, and I would enjoy the opp
to work closely with / for you.

If we (and Mark I) can meet to agree upon the scope, objectives, boundaries, processes
etc for the Day 1 Ref Prgm,  I'm happy to leverage-forward our experiences in such a w
that we can be more successful going forward.  Works for me.

I'll call you after I speak with MB.

d

Mark Keever wrote:

> dont assume your program has died
> you and yours live on
> you still own it
> Mark and team need to engage in addition i suspect
> we will do whats right
>
> David Williamson wrote:
>
> > BTW, I have a wealth of info to share about
> >     where these go wrong
> >     what CRM products work and don't
> >     the people in support who are good at this and aren't
> >     processes to connect dev and support
> >
> > We also have a fairly sophisticated system to track and manage this
> >     CITE
> >     a "Day 1 Ref Program" site
> >     Quality Metrics
> >     etc.
> >
> > I've been up to my elbows in this work for 18 months, a few patterns have emerged.
> >
> > d
> >
> > Mark Keever wrote:
> >
> > > get ready , here they come
> > > Mark , your team needs to engage
> > >
> > >  -------------------------------------------------------------------
> > >
> > > Subject: Re: crm issues at 3pardata
> > > Date: Thu, 11 Apr 2002 08:58:52 -0700
> > > From: Mark Barrenechea <Mark.Barrenechea@oracle.com>
> > > Organization: Oracle Corporation
> > > To: Larry Ellison <larry.ellison@oracle.com>
> > > CC: Safra Catz <safra.catz@oracle.com>, Ron Wohl <ron.wohl@oracle.com>,
> > >      Michael Rocha <michael.rocha@oracle.com>,
> > >      "Keever,Mark" <MARK.KEEVER@oracle.com>,
> > >      "Shaw,Kirsten" <KIRSTEN.SHAW@oracle.com>

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 060827

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Re: [Fwd: crm issues at 3pardata]

> > > References: <3CB4ABA3.ED0FC5BA@oracle.com> <3CB51D49.73E38D9F@oracle.com>
> > >
> > > I will stay 100% engage on CRM customers.  Further, Mark K. and I will organize
> > > session with Support, Kirsten (escalation and recovery) and consulting, and help
> > > manage the escalated accounts.  This is critical to market development,
> > > referencabilty, etc.
> > >
> > > --mark
> > >
> > > Larry Ellison wrote:
> > >
> > > Mark, we need to personally follow up with all of our unhappy CRM customers an
> > > monitor them until they are happy.  Ron, we need to identify all of our HOT
> > > applications accounts and develop a redemption plan for each one of them.
> > > Perhaps, Mike R's applications support team can take the lead on this.  larry
> > > >
> > > Safra Catz wrote:
> > > >
> > > > 3Pardata is a company in which Oracle venture has an investment.  They
> > > > are a friend. This is their experience.
> > > >
> > > > --------------------------------------------------------------
> > > >
> > > > Subject: crm issues at 3pardata
> > > > Date: Wed, 27 Mar 2002 14:00:51 -0800
> > > > From: "Laurent Sandrolini" <laurent.sandrolini@oracle.com>
> > > > To: "Safra Catz \(E-mail\)" <scatz@oracle.com>
> > > >
> > > > Safra,
> > > > As we discussed at staff meeting, here is the memo from 3par.  The sales
> > > > team got them back on track on the upgrade to 11.5.6  and is now  working
> > > > on outstanding issues around mobile sales and mobile configurator.  On the
> > > > "positive" side, 3par might become an oracle.com customer as a result.
> > > >
> > > > --------------------------
> > > >
> > > > Here are some of the problems that we had.
> > > >
> > > > Please note, I did not try to put together a feedback summary.  Feedback
> > > > would entail the positives and the negatives and would probably include more
> > > > items.  The following are only the items that were top of mind for me in my
> > > > role of driving the definition of the go - to -market processes and
> > > > therefore the requirements for CRM
> > > >
> > > > 1. This is input from our Director of IT
> > > >
> > > > The 11.5.4. CRM Sales Online components were not functional. Performance was
> > > > unacceptable and the number of bugs made it basically impossible to use.
> > > >
> > > > We chose to immediately take the 11.5.6 upgrade path since according to
> > > > information from Oracle a very significant number of the problems we saw in
> > > > 11.5.4 are supposed to be resolved. The upgrade required a very substantial
> > > > amount of time (5 days downtime in the test environment not to mention the
> > > > time it takes to prepare the upgrade) and was completed in the last week of
> > > > December.
> > > > The ERP components in 11.5.6 were pretty robust and after a week of testing
> > > > and minor follow-up patches we felt comfortable with the ERP environment.
> > > > However when we shifted our focus to the CRM side we were confronted with a
> > > > whole series of issues. Some of them so simple in nature (e.g., not able to
> > > > open a screen) that it is impossible these components could have ever gone
> > > > through an integrated quality assurance test at Oracle. The software seemed
> > > > in an alpha state with very basic problems that stopped us from even getting
> > > > further into some of the modules (e.g., all data in the Support Online

2

ORACLE
CONFIDENTIAL

NDCA-ORCL 060828

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Re: [Fwd: crm issues at 3pardata]

```
> > > > > screens had 'disappeared' even though it still existed in the database).
> > > > > We tried to work through the standard Oracle Metalink support for 3-4 weeks
> > > > > however it became very obvious that this is not going to do the trick. The
> > > > > quality of the support (some responses consisted of copying the Oracle help
> > > > > file) and response time (>12h and in a lot of cases completely unrelated
> > > > > follow-up questions to win more time) are unacceptable to work through the
> > > > > complexity and number of issues we were seeing.
> > > > >
> > > > > After making it very clear to the account rep that we will not continue to
> > > > > work on it in this manner we did receive better support and also on-site
> > > > > support for approximately one week.
> > > > >
> > > > > Currently it seems the major problems are resolved and only minor issues are
> > > > > open.
> > > > >
> > > > > 2. The situation on Sales Mobile turned out different from what
> > > > > we expected.  We thought this was a real and high value product and  we
> > > > > were  counting on it for our CRM functionality ramp.  We actually purchased
> > > > > it.   To date, we have not been able to get even a demo.
> > > > >
> > > > >    3. Getting going on the Configurator was a lot more difficult than
> > > > > expected.   There were  numerous times when we were held up (sometimes for
> > > > > lengthy periods  of time)  due to bugs, and when the new version of SW
> > > > > arrived, we needed to re-enter all of the content.
> > > > >
> > > > > Again, this is not bitching, just inputs on our experiences.
> > > > >
> > > > > Thanks
> > > > > Gabe
> > > > >
> > > > > Laurent Sandrolini
> > > > > Managing Director
> > > > > Oracle Venture Fund
> > > > >
> > > > > (650) 506-2518
> > > > >
> > > > > 500 Oracle Parkway - MS 5OP11
> > > > > Redwood Shores, CA 94065
> > >
> > > --
> > >
> > > ------------------------------------------------
> > > Senior Vice President, Oracle
> > > e-Business Suite Market Development
> > > ... as simple as possible, but no simpler.
> > >
> > > -------------------------------------------------------
> > >
> > > Mark Barrenechea <Mark.Barrenechea@oracle.com>
> > > Senior Vice President
> > > eBusiness Suite Market Development
> > >
> > > Mark Barrenechea
> > > Senior Vice President                <Mark.Barrenechea@oracle.com>
> > > eBusiness Suite Market Development
> > > Additional Information:
> > > Last Name  Barrenechea
> > > First Name Mark
> > > Version    2.1
> > >
> > > -------------------------------------------------------
> > >
> > > Mark Keever <Mark.Keever@Oracle.com>
```

ORACLE
CONFIDENTIAL

3

NDCA-ORCL 060829

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

```
> > >   Vice President - Industries
> > >   CRM Product Development
> > >   310-607-4547office 310-245-5676 cell
> > >
> > >   Mark Keever
> > >   Vice President - Industries              <Mark.Keever@Oracle.com>
> > >   CRM Product Development                  HTML Mail
> > >   310-607-4547office 310-245-5676 cell
> > >   310-607-4547office 310-245-5676 cell
> > >   Additional Information:
> > >   Last Name    Keever
> > >   First Name   Mark
> > >   Version      2.1
```

David Williamson <david.williamson@oracle.com>

ORACLE
CONFIDENTIAL

4

NDCA-ORCL 060830

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 401

**Message-ID:** <3CEEB0DA.C28948E4@Oracle.com>
**Date:** Fri, 24 May 2002 14:30:03 -0700
**From:** Susan Marks <Susan.Marks@Oracle.com>
**Organization:** Oracle Corporation
**X-Mailer:** Mozilla 4.79 [en] (Windows NT 5.0; U)
**X-Accept-Language:** en
**MIME-Version:** 1.0
**To:** Safra Catz <safra.catz@oracle.com>
**CC:** "Balkenhol,Carolyn" <CAROLYN.BALKENHOL@ORACLE.COM>
**Subject:** Re: [Fwd: 5/24 Alcoa Call Briefing - 11:15am PDT]
**References:** <3CEE8F49.CF85E3C6@Oracle.com> <3CEFE2BD.32F245D9@oracle.com>
**Content-Type:** multipart/mixed;boundary="------------2D8EDEF826441A49A8AABA16"
**X-Mozilla-Status:** 8011
**X-Mozilla-Status2:** 00000000

```
No, I didn't forward it to you and I take total responsibility for the screw
up.  I'm not sure what else to say because it shouldn't have happened and I
don't have any excuses.  I do apologize.

Susan

Safra Catz wrote:

> May I ask why I never got any of this?
> Did I lose it?
>
> Susan Marks wrote:
>
> > 2nd summary for Alcoa.....
> >
> > Susan
> >
> > --------------------------------------------------------------------
> >
> > Subject: 5/24 Alcoa Call Briefing - 11:15am PDT
> > Date: Wed, 22 May 2002 11:11:45 -0700
> > From: Susan Marks <Susan.Marks@Oracle.com>
> > Organization: Oracle Corporation
> > To: "Higashi,Joyce" <JOYCE.HIGASHI@ORACLE.COM>,
> >     "Balkenhol,Carolyn" <CAROLYN.BALKENHOL@ORACLE.COM>
> > CC: "Marks,Susan" <SUSAN.MARKS@ORACLE.COM>
> >
> > --------------------------------------------------------------------
> >
> > Subject: [Fwd: Alcoa Update]
> > Date: Tue, 21 May 2002 17:05:41 -0400
> > From: Keith Block <Keith.Block@oracle.com>
> > Organization: Oracle Corporation
> > To: "Marks,Susan" <SUSAN.MARKS@oracle.com>
> >
> > better summary for larry's call
> >
> > --------------------------------------------------------
> >
> > Subject: Alcoa Update
> > Date: Tue, 21 May 2002 13:42:56 -0700
> > From: Lisa Pope <Lisa.Pope@oracle.com>
> > Organization: Oracle Corporation
> > To: "Roberts,George" <GEORGE.ROBERTS@oracle.com>
```

**ORACLE
CONFIDENTIAL**

1

NDCA-ORCL 059865

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Re: [Fwd: 5/24 Alcoa Call Briefing - 11:15am PDT]

```
> > CC: "Block,Keith" <KEITH.BLOCK@oracle.com>
> >
> > George,
> >
> > Keith and I did speak to Kevin Horner today, and reiterated the message
> > regarding the discount rate and the terms going forward. Alcoa remains
> > adamant that they receive the 85 % through the next year, since they
> > feel product quality has slowed down their rollout and prevented them
> > from meeting their project schedules.
> >
> > Rick Kelson, Alcoa's CFO, will want to speak to Larry, and I believe
> > Keith will work this with Larry. A couple of important points:
> >
> > 1) Alcoa continues to say that the impact of the 85% discount going to
> > 70% costs them $ 12 Million in additional costs. The account team has
> > put together a 5 year TCO that clearly shows that the 17% of net and the
> > 70% on ALL products going forward is much closer to the 85% than Alcoa
> > thinks.   We made significant concessions on extending the discount
> > across all product lines, and also gave them a 5 year hold on support
> > of 17 % of net.
> >
> > 2) If Larry decides to offer them an "olive branch" and increase the
> > discount up to 75% for a shorter duration, it should be under the
> > condition that they license a minimum in Q4. We can work the details,
> > but if we give anything else in the form of a discount, there should be
> > at least a $ 3 Million commitment.
> >
> > 3) There is still significant opportunity for next fiscal year in the $
> > 5 - 10 Million range. We can continue to work on new application areas
> > like Warehouse Management, and further rollout of EAM. Preserving the
> > relationship, while still saying NO, is important.
> >
> > 4) Alcoa will mention that they have spent $ 12 Million on Quality
> > Costs. Oracle has invested a significant amount of $ and resources as
> > well. They also have the ability to pick up the phone and call anyone
> > in Development and get a return call, so although I understand their
> > point, the investment has clearly been made on both sides.
> >
> > Let me know if you need any additional details.
> >
> > Lisa Pope
> >
> > --------------------------------------------------------------------
> >
> > Lisa Pope
> > Area Vice President
> > Oracle Product Industries - East OPI
> > Office: 714-444-8474
> >
> > Lisa Pope
> > Area Vice President
> > Oracle Product Industries - East OPI
> > Office: 714-444-8474
> > Lisa.Pope@oracle.com          Work: 714-444-8474
> > Additional Information:
> > Last Name      Pope
> > First Name     Lisa
> > Version        2.1
> >
> > --------------------------------------------------------------------
> >
> > Keith Block <Keith.Block@oracle.com>
> > Executive Vice President
```

**ORACLE
CONFIDENTIAL**

2

NDCA-ORCL 059866

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Re: [Fwd: 5/24 Alcoa Call Briefing - 11:15am PDT]

```
> >   North America Consulting
> >
> >   Keith Block
> >   Executive Vice President   <Keith.Block@oracle.com>
> >   North America Consulting
> >   1000 Winter Street       Fax: 781-768-5638
> >   Waltham                  Work: 781-684-7969
> >   MA
> >   02451
> >   Additional Information:
> >   Last Name      Block
> >   First Name     Keith
> >   Version        2.1
> >
> >   --------------------------------------------------------------
> >
> >   Susan Marks <Susan.Marks@oracle.com>
> >
> >   Susan Marks
> >     <Susan.Marks@oracle.com>
> >   Additional Information:
> >   Last Name      Marks
> >
> >   --------------------------------------------------------------
> >
> >   Susan Marks <Susan.Marks@oracle.com>
> >
> >   Susan Marks
> >     <Susan.Marks@oracle.com>
> >   Additional Information:
> >   Last Name      Marks
```

Susan Marks <Susan.Marks@oracle.com>

**ORACLE**
**CONFIDENTIAL**

NDCA-ORCL 059867

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 402

**Subject: Re: FBGprod report**
**Date:** Thu, 31 May 2001 09:36:53 -0700
**From:** Victoria Crisostomo <victoria.crisostomo@oracle.com>
**To:** Sue Crew <sue.crew@oracle.com>
**CC:** "Shaw,Kirsten" <kirsten.shaw@oracle.com>,
    "Addison,Samuel" <samuel.addison@oracle.com>,
    "David,Morton" <DAVID.MORTON@oracle.com>,
    "Farrant,Patricia" <ANN.FARRANT@oracle.com>,
    "Subramanian,MURALIDHARAN" <MURALI.SUBRAMANIAN@oracle.com>,
    "Deshpande,Prakash" <PRAKASH.DESHPANDE@oracle.com>,
    "Johnson,Martin" <MARTIN.JOHNSON@oracle.com>,
    "Andrews,Amy" <AMY.ANDREWS@oracle.com>,
    "Screven,Sally" <SALLY.SCREVEN@oracle.com>,
    "Miranda,Steven" <STEVEN.MIRANDA@oracle.com>,
    "Wohl,Ronald" <RON.WOHL@oracle.com>,
    "Mathur,Santosh" <SANTOSH.MATHUR@oracle.com>,
    "Tu,Henry" <HENRY.TU@oracle.com>,
    "Srinivasan,Rajagopalan" <RAJAGOPALAN.SRINIVASAN@oracle.com>,
    "TILAK,MANDA" <TILAK.MANDA@oracle.com>,
    OTAHBOUB_US <OMAR.TAHBOUB@oracle.com>,
    "Comforti,Diane" <DIANE.COMFORTI@oracle.com>,
    "Souza,Douglas" <DOUG.SOUZA@oracle.com>

Sue,

I had made this request yesterday but the list still shows bug 1783220 as being owned by AR. This bug is actually TCA, please make the correction to your list.

thanks,
Victoria

Sue Crew wrote:

> file:///C|/temp/FBGprod report.html
>
> _____
>
> All,
>
> **Please note that the following issues are for the PRODUCTION system at Fosters and is not involved in the Footprint build.**
> **This list is current as at 31st May**
>
> **Items requiring some particular response requested are in red.**
>
> Any questions please let me know.
>
> Regards,
> Sue

ORACLE
CONFIDENTIAL

1

NDCA-ORCL 054982

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

**Fosters Critical Bugs/Issues - Production**

| Product | Owner | Bug/TAR | Status |
|---|---|---|---|
| Costing | Cus | 1785345 (1566964.999) severity 1 | Accrual Rebuild report. Cus testing fix. |
| AP | Dev | 1790040 (9427856.700) | AP Tax - Bug at 37 (does this mean it will be included in next patchset?) |
| Costing | Cus | 1785497 (1564390.999) | Fix being tested |
| AP | Dev | 1698100 | AP work bench performance - Perf is better but still unacceptable for Cust purposes.  Investigating Dev suggestion that FBG consider using invoice gateway for high volume.  **Need Dev to confirm short term fix as detailed in this bug.** |
| AR | Sup | 1783220 (1381125.996) | Further details to be provided by Supp |
| PO | Dev | 1793842 (9427972.700) | Requistion defaulting incorrect recovery rate.  Dev had trouble dialing in due to the line being in use by another developer. |
| AP | Cus | 1795657 (1562063.999) | AP Import fails for FMS.  Dev requested some debugging processes to be run.  Cus to provide output. |
| AP | Sup | 1795674 (1397941.996) | EXTRA NEGATIVE TAX LINE CREATED.  Dev have explained that this is std functionality.  Support to confirm Cust is happy with the explanation. |
| PO | Cus | 1730953 (9425085.7) | GST data fix - This appears to be fixed but still appears on FBG open list.<br>Need to get Cus to confirm. |
| AR | Cus | 1789778 (1505817.999) | WET/GST combined in autoinvoice - Development requested debug info. |
| PO | Cus | 1762305 (1522922.999) | ERS not creating invoices - Cus testing patch |
| AP | Sup | 1706882/1713000 (1474282.999) | Reversing invoice distributions causes negative qty in PO<br>Seems to have been tied back to bug 1752719.<br>Support to request oneoff fix. |

Victoria Crisostomo <victoria.crisostomo@oracle.com>
Development Manager
Financial Applications
Product Quality and Enhancements

ORACLE
CONFIDENTIAL

2

NDCA-ORCL 054983

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 403

[Fwd: Early delivery of 11i, R3 components]

**Subject: [Fwd: Early delivery of 11i, R3 components]**
**Date:** Wed, 01 Nov 2000 11:05:29 -0500
**From:** Jay Nussbaum <Jay.Nussbaum@oracle.com>
**Organization:** Oracle Corporation
**To:** "Hoechst, Timothy" <TIM.HOECHST@ORACLE.COM>

Tim, to whom should this be distributed?

P

------- Original Message -------
From: Mark Barrenechea <mbarrene@us.oracle.com>
Subject: Early delivery of 11i, R3 components
To: "Ellison,Lawrence" <LELLISON@us.oracle.com>,"Catz,Safra"
   <SCATZ@us.oracle.com>,"Henley,Jeffrey" <JHENLEY@us.oracle.com>,"Roberts,George"
   <GROBERTS@us.oracle.com>,"Nussbaum,Jay"
   <JNUSSBAU@us.oracle.com>,"Sanderson,Edward" <ESANDERS@us.oracle.com>,"Scott,W."
   <BSCOTT@us.oracle.com>,"Linn,Charles" <CJLINN@us.oracle.com>,"Wheeler,John"
   <JAWHEELE@us.oracle.com>, sergio.giacoletto@oracle.com,"Bloom,Gary"
   <GBLOOM@us.oracle.com>, ian.tatcher@oracle.com,"Wohl,Ronald"
   <RWOHL@us.oracle.com>

Forward as necessary ...

**WHAT IS 11i, R3**

The 11i, R3 rapid install CD will consist of:
   1. All ERP patches and code as of Oct 25 (approx)
   2. All ERP patches and code necessary for CRM completeness
   3. All CRM patches and code as of Oct 25 (approx)
   4. Matched Vision for Conference Room Pilots
   5. New rapid install

I and Ron are working on that delivery. 11i, R3 represents a complete eBusiness Suite on CD!  Under separate cover, Ron will publish a note on 11i R1/R2 usage guidelines.

**WHAT ARE WE ANNOUNCING TODAY**

In advance of the 11i, R3 CD, CRM is pleased to announce immediate availability on Metalink:
   - Item 2 ... all 11i, R3 ERP patches and code necessary for CRM completeness in ONE PATCH
      - CRM has packaged approx 4000 ERP dependent issues.
   - Item 3 .... all 11i, R3 CRM patches and code (approx 6 patches)

Thats right, in advance of a singular 11i, R3 rapid install, we are down to approx 10 total patches...

Within two weeks, we will upgrade our online Platinum V1 environments to V2, to include Items 2 & 3 ... fully installed HP and SUN versions zipped up for consulting.

**CA-ORCL 025798**

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 028775

[Fwd: Early delivery of 11i, R3 components]

## WHO SHOULD TAKE THIS

It works with 11i, R1!
It works with 11i, R2!

Any new or early CRM implementation should take this.
Any new or early eBusiness suite implementation should take this.

## IMMEDIATE BENEFITS

- 11i, R3 CRM code and quality
- 11i, R3 dependent ERP code and quality
- All Sales, Marketing and Partner Relationship Management Applications
- 24 Demo Instances within mini-ads (managed by Alan)
- Less then a dozen patches

## EARLY SUCCESS

Xerox, Ingersoll Rand and HP have all installed these early 11i, R3 patches (on 11i, R1 and on 11i, R2).
Oracle is NOW Live on Oracle Marketing Online.

These items should significantly improve the field experience.

## WHERE DO I GET MORE INFORMATION

http://crmwebhost1.us.oracle.com/ssi/develop/relinfra/appspatching

Brad Scotts early implementation call (kimberly.kane@oracle.com)

CRM PRP calls ... Steve Cox (steve.r.cox@oracle.com) ... CRM escalation manager

--mark

CA-ORCL 025799

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 028776

# EXHIBIT 404

Critical Account Concession Request for Paxar Corporation

**Subject: Critical Account Concession Request for Paxar Corporation**
**Date:** Tue, 26 Dec 2000 13:03:41 -0500
**From:** Michael Cochran <michael.cochran@oracle.com>
**Organization:** Oracle Corporation
**To:** "GEORGE.ROBERTS" <GEORGE.ROBERTS@oracle.com>,
"Henley,Jeffrey" <JEFF.HENLEY@oracle.com>,
"Wohl,Ronald" <RON.WOHL@oracle.com>, "Vora,Anil" <ANIL.VORA@oracle.com>,
Mary Anne Gillespie <mgillesp@us.oracle.com>,
"Snyder,Allen" <ALLEN.SNYDER@oracle.com>
**CC:** "Meehan,Timothy" <TIMOTHY.MEEHAN@oracle.com>,
ESANDERS <SANDY.SANDERSON@oracle.com>,
"Block,Keith" <KEITH.BLOCK@oracle.com>,
"Seminara,Paul" <PAUL.SEMINARA@oracle.com>,
"Rodriguez,Andrew" <ANDY.RODRIGUEZ@oracle.com>

Victor Heschaft, Paxar's Vice Chairman, has been dealing with an
extremely critical 11i implementation. By all accounts from those
involved, this has been very ugly.... and we've put the customer through
extreme hardship.

Here is an Executive Summary of Paxar's Experience with 11i as well as
recommendations for resolving the situation.

Paxar Corporation Background - Paxar is a $700M publicly traded
worldwide enterprise that manufactures identification and tracking
products, systems and services to manufacturers and retailers. Their
products are primarily labeling and tagging products for the apparel
market. Their HQ is in White Plains, NY.

Paxar's Oracle History - Paxar's Monarch Marking Systems Division in
Ohio had implemented 10.7 in the 1997 timeframe. The implementation was
painful, late and over budget but Paxar decided that they needed one
global system for all their businesses and that since Oracle was already
implemented at one of their divisions it made sense to implement Oracle
Apps globally within their Apparel Division.

Paxar's 11i Product History - After a 6 month sales cycle and
reassurances from Drew Campbell and Ron Wohl that 11i (specifically
Order Management) would be a tested and stable release they decided to
go forward with Oracle.  Paxar signed a $1.8M license contract on
2/28/00 for the complete 11i E-Business suite including FIN, Order Mgt.,
Discrete Mfg., APS, Configurator, iStore and HR.  The $1.8M was financed
by OFC at 0% interest to the customer as one lump sum payment due 1/1/01
to offset the fact that 11i was not yet in production status.  Paxar
would be given early access to 11i code in beta form.  Paxar was one of
the EARLIEST customer to commit to a large scale, single instance
implementation of 11i.  Release 11 was not an option because of required
Order Mgt functionality only in 11i.

Paxar's Implementation History
Paxar selected Oracle Consulting after a competitive bidding process
with IBM and CSC.  The Agreement was a $2M fixed bid for
implementation of the pilot plant.  The original go live date for the
pilot plant was 11/1/00.  Paxar procured the appropriate hardware,
infrastructure and data center to be available for the November launch.
The 11/2000 date was moved out to 12/2000 then 1/2001 and
is now projected for 3/15/01 because of the necessity for more
significant parallel testing due to the lack of confidence in the
integrity
of the 11i release.

**CA-ORCL 009225**

**ORACLE
CONFIDENTIAL**

1

NDCA-ORCL 042007

Critical Account Concession Request for Paxar Corporation

In the late summer timeframe Paxar's Vice Chairman first expressed his
dissatisfaction with the 11i quality and stability. A
conference call with Ron Wohl was arranged and Bill Bounds from the
development triage team was assigned to assist. The situation
has been improving slowly but after hundreds of patches and a
significant number of severity 1 bugs which prevented conference
room pilots and user acceptance testing. OCS has logged over 1,700
hours of non-billable time on such issues. The APS
development Swat team has been dispatched to Paxar to assist in
resolution also. Andria Auerbach from Oracle Support has been
engaged as the critical care specialist escalating issues as necessary.
All indications are that the customer has done all they could do to
ensure that implementation dates were met.

Paxar's Contentions
Paxar is refusing to pay the $1.8M license fee that was financed through
OFC but later assigned to an outside financing source
(Leastec) until such time as they go live on the software which is now
projected for March 2001.

They are also looking for relief in the area of support payments of
$30K/month which they have been paying since 2/28 00. Although support
has been responsive. Paxar claims they are "beta testing" the software
and beta sites don't pay for support.

Paxar has also asked for financial relief associated with the idle data
center built and managed by IBM -- I believe this figure is around $50K
a month.

Paxar has been contacting other 11i customer to assess their experience
with 11i. They have also made some veiled threats about public
disclosure of their challenges so we need to act quickly.

Recommendations and Responsibilities for Resolution

Sales - I will continue to be responsible for discussions around relief
on license and support payments. Paul
Seminara will assist on these issues.   Sales has agreed to fund some
support relief  for Paxar.

OFC - Andy Rodriguez and Anil Vora need to define ways to adjust/delay
the current payment stream of the finance
agreement.

OCS - Tim Meehan and Nick Mastro have primary responsibility for
defining a viable project plan which Support and development
will agree to.  OCS has already funded over 1,700 hours of non-billable
time on a fixed price contract which has not been profitable.

Support - Al Snyder has agreed to fund some support relief  to be
shared with Sales. Al , Dick Sellers, Arden and Andria need to
continue to assess the project plan identified by OCS and validated by
Development to ensure their ability to support these timeframes.

Development - Ron Wohl's development team (particularly Order Management
and APS) needs to validate the OCS project plan and
provide escalated support and counsel for critical Paxar issues and
milestones.

--
Mike Cochran
Area Vice President
NE Majors

**CA-ORCL 000226**

**ORACLE
CONFIDENTIAL**

2

NDCA-ORCL 042008

Oracle Account Concession Request for Paxar Corporation

Phone: (201) 553-7036
Fax: (201) 617-2726
Email: michael.cochran@oracle.com

Sandy Scara
Administrative Assistant
Phone: (201) 553-7035
Email: sandra.scaramuzzo@oracle.com

Area Vice President
NE Majors

**CA-ORCL 009227**

**ORACLE
CONFIDENTIAL**

3

Exhibit 25

oracle

1

1          Larry Ellison Conference Call

2

3          MR. ELLISON:  Thank you.  I'd really like to

4     just spend a couple of minutes, make a few opening

5     remarks and then just open up to questions as quickly

6     as we can.  I want to talk about Oracle strategy, and

7     why we did what we did in terms of building the e-

8     business suite.

9          Oracle has been heavily criticized recently

10    for this whole notion of going against everything

11    everyone else is doing. Everyone is going with best of

12    breed.  i2 is specializing on supply chain, Epiphany is

13    specializing in marketing, Siebel is specializing in

14    sales automation, Clarify, service automation.  SAP,

15    manufacturing, i2 -- excuse me, Ariba internet

16    procurement, Commerce One, auctions -- buyer and seller

17    auctions, and PeopleSoft [inaudible] we're really

18    focusing on HR primarily.

19          Why would Oracle -- when everyone else is

20    specializing, focusing, like a laser -- why would

21    Oracle go ahead and tackle all of it?  Why would we

22    elect to compete with every single one of those

23    companies?  It seems like a, you know, Herculean task.

24    Well actually, it's an easy task compared with the task

25    every single customer faces when they try to assemble

[]

2

1     all of these different products from all of these



oracle

2   different customers -- all these different companies --

3   software vendors.

4           (To lighting tech) Can we just turn the

5   lights down just a little bit so I can -- that's great.

6   Thank you very much.

7           The idea -- it seems to me there's something

8   fundamentally wrong with the notion that the

9   responsibility for making Siebel work with Epiphany and

10  BroadVision is not the responsibility of Siebel,

11  Epiphany, and BroadVision, but responsible to the

12  customer who bought those three products. The

13  responsibility of making i2 work with SAP work with

14  Ariba is not the responsibility of SAP, Ariba and i2,

15  it's the responsibility of every single customer who

16  bought those products.

17          Where the responsibility for systems

18  integration lies -- this whole notion of system

19  integration -- it lies with the customer.  Customers go

20  out and figure out the best products to buy in each

21  area:  the best accounting product, the best HR

22  product, the best supply chain product, the best

23  marketing product, the best service product, the best

24  sales automation product. They figure out which of the

25  best products to buy, they get the pieces and then

0

3

1   they, the customer, becomes responsible of gluing these

2   pieces together.  Of course the customer often doesn't

3   have the skills to do this and so they go out and hire

4   a company called -- a consulting firm or system

oracle

5    integrator to do this.  And IBM staff is growing

6    business's systems integration.  IBM has a 130,000

7    consultants eager to help companies as they assemble

8    these pieces together and everyone is different.

9    Everyone is different.

10             The connection -- these guys with glue --

11   these 130,000 guys with glue guns, I mean think about

12   it.  130,000 glue guns trying to make Siebel attach to

13   SAP, trying to attach i2 to SAP, trying to attach all

14   these -- glue in Ariba, glue in Broadvision to web

15   stores.  Think about that.

16             It's systems integration after the fact.

17   They're taking a bunch of software written by different

18   companies at different times with different standards

19   and trying to make them all work together.  They're not

20   doing that once, they're doing that every single

21   customer site separately.  It's a bizarre notion.  This

22   is my point of view.  It seems crazy.

23             It seems to me -- it seems to me if you want

24   to make the marketing system work with the sales

25   automation system, you should engineer the products to

0

4

1    fit together.  You shouldn't build the products

2    separately by separate teams and then figure out how to

3    make them work together after the fact.  Why not

4    engineer the products to fit together so you don't need

5    any glue.  They just click together.

6             And shouldn't service, you know, also just

7    click together?

oracle

8            I mean, the whole notion of systems

9     integration's a flawed notion.  It's so labor

10    intensive.  It's so time consuming.  It's so error-

11    prone.  With the amount of money that's spend on

12    systems integration usually exceeds the amount of money

13    spent for software by a factor of five to ten.  If you

14    spend $50 million buying your enterprise software,

15    you've probably spent $250 to $500 million glueing it

16    together.  There are SAP implementations that cost well

17    in excess of a billion dollars and take years and year

18    to accomplish, they're so labor intensive.

19            And every company is different.  Exxon is

20    different than Compaq.  All these different projects

21    are different.

22            So that seems like a very strange thing to

23    me.  And it seems, again, like some company -- some

24    company that was large -- some big company that had a

25    lot of resource and a lot of technical talent should

5

1     try to build all of these pieces and engineer these

2     pieces from the ground up.  You can't do this with

3     acquisition, by the way.  You can't acquire 10

4     different companies.  We're not talking about, you

5     know, all of the different products being sold by the

6     same vendor.  We're talking about all of these

7     different products actually being engineered and built

8     to fit together from the ground up.

9            And that's what we did.  We did it because

10    the systems integration process, we think, is ungodly

Page 4

oracle

11    costly, incredibly error prone, time consuming and it's

12    very, very high risk.  An awful lot of these systems

13    integration projects just ultimately fail.

14          So everyone's building these big systems

15    integration businesses.  IBM -- I mean, it's IBM's

16    growth engine.  We're saying as a business, it should

17    largely not exist.

18          All these specialized companies building

19    these specialized products.  You know, it really won't

20    work because you can't ever make them work together.

21    Let me explain why.

22          What is systems integration?  Everyone talks

23    about it like they actually understand what the thing

24    is.  What does it mean when you hook the BroadVision

25    store to the -- you know, and the Epiphany marketing

6

1     system and the Siebel sales automation system together?

2     What does that mean?  What are you actually doing?

3     Well, let's say you run a marketing campaign.  You run

4     an e-mail marketing campaign and you want to send out -

5     - I don't know, a million direct mails to a million

6     different companies.  Or 100,000, you know, companies

7     and ten people in each of those companies.  Something

8     like that.  It means you have to have a database in

9     your Epiphany marketing system that keeps track of

10    everyone you're marketing to.  And the Epiphany system

11    comes with its own database, it's own way of keeping

12    track of perspective customers you're marketing to.

13    That's built into the Epiphany system.  You've got to

oracle

14  keep track of who you market to.

15        Now, it's also true that the BroadVision web

16  store also has to keep track of customers, right?

17  Because customers visit the store.  You've got to keep

18  track of who just visited, ask you your name.  "Who do

19  you work for?  What do you do?"  "I'm a manager.  I

20  work for Oracle."  So you're keeping track of customers

21  over in the Epiphany system.  You're keeping track of

22  customers over in the web store because when you market

23  to somebody, you really want that person to come to

24  your web store and take a look at your products, do

25  some shopping around, get more information.  When you

0

7

1  go and send these direct mails, you say, "Come on over

2  to the store.  Take a look around."  So you've got to

3  copy the customer information out of the Epiphany

4  database into the Broadvision database.

5        Now, let's say someone has visited the web

6  store and you want to give them a call.  They seemed

7  interested.  They left some information.  They asked

8  for more information.  You want to give them a call.

9  Maybe call from a call center -- your sales call

10  center.

11        Oh, you've got to move the customer

12  information out of your web BroadVision web store into

13  your Siebel sales system.  That's a third copy.  That's

14  your third customer database.

15        Oh, let's say the customer, if he buys

16  something, you're going to send him a bill.  Oh, you've

oracle

17 got to move that customer information out of the Siebel

18 system into the SAP accounting system.

19          Oh, the customer needs service?  You've got

20 to move that customer information out of the accounting

21 system into the Clarify system to provide service.

22          That's at least five different customer

23 databases.  The information is just fragmented across

24 five different databases.

25          What's meant by "systems integration" is

0

8

1 writing customer computer programs to move information

2 between all of these separate databases back and forth

3 and trying to keep it synchronized and up to date.

4 Now, this is what we do for a living, this database

5 stuff and we used to do Best of Breed.  We sell i2.  We

6 used to re-sell Manugistics.  We usually re-sell all

7 this stuff.  We used to -- we had a whole program -- we

8 had a whole bunch of executives at Oracle out selling

9 this whole notion of Best of Breed saying, "We'll

10 integrate all this stuff for you and we'll make it work

11 together."  That's when I learned how hard it was.  So

12 hard that it's impossible to do well.  You're lucky if

13 you get it to work at all.

14          That's when it became very clear to me,

15 anyway, that we needed to take a completely different

16 approach to building business systems.  You couldn't

17 just build one piece because there was no really good

18 way to glue one piece to another piece.  You had to

19 have one common database [indecipherable] -- one common

Page 7

oracle
20   database, one customer database where all of the

21   customer information was available.  So if you marketed

22   to somebody in your marketing system, the name of that

23   customer would be in your customer database.  And so if

24   that customer came to the web store, well, the web

25   store uses the same list of customers that the


0

9

1   marketing system uses.  There is no integration.  It's

2   just -- it's shared data.

3           Oh, and the call center.  You want to call

4   that person?  Well, the call center system uses the

5   same customer database.

6           The field sales force, you want to invite

7   that person to a seminar, it's the same customer

8   database.

9           The information exists in one and only one

10  place.  There's one customer database inside the

11  company, not dozens or hundreds.

12           The difference is really quite extraordinary.

13  The quality of information is dramatically better.

14  When you have a system that's integrated by

15  engineering, integrated by design that shares

16  information, versus a bunch of systems built by

17  separate companies that someone, after they're all

18  built, tries to glue together.

19           My favorite metaphor -- and I'll stop my

20  presentation in a second with this metaphor -- my

21  favorite metaphor is if the people running enterprise

22  software business were in the automobile business, they

Page 8

oracle
23   wouldn't build cars.  That would be stupid.  They would

24   build best of breed catalytic converters.  And best of

25   breed fuel injection systems.  And best of breed engine

0

10

1   blocks and pistons and suspensions and windshields and

2   bodies and the customers would come in and pick out

3   their favorite fuel injection system, their favorite

4   engine block, their favorite piston rings and

5   suspension system and then hire a bunch of mechanics

6   from Anderson Consulting and IBM to assemble this into

7   a best of breed car.  That's exactly how our industry

8   works.  It's extremely bizarre.  No one makes cars.

9   Everyone makes really good engine blocks.  Well, guess

10   what?  We think people want to buy cars.

11          Now, maybe we're wrong.  Maybe everybody else

12   is right because we're on one side of this thing and

13   theoretically everyone else is on the other side.  But

14   I think there's another possible explanation why we're

15   on one side and everyone else is on the other side.  I

16   think that other possible explanation is we're the only

17   one with a suite.  I just don't think our competitors

18   are going to say, "Oh my god, we're totally wrong and

19   they're right and they're the only ones that are

20   right."

21          One example.  A little company called General

22   Electric, from the time they signed the contract to

23   time the first factory goes live is six months using

24   the e-business software -- the 11i e-business Suite

25   software.  Six months from contract signing to going

Page 9

oracle

1   live.  A year and a half to do it completely -- to
2   route the GE power.
3           I know Greg Baer [phonetic].  I come to his
4   house [indecipherable] he says that he never sees us.
5   He must not have been at Motorola yesterday because he
6   just lost a deal to us at Motorola.  So maybe he
7   doesn't use mobile phones or something like that.
8   Maybe he's got a good Nokia phone.
9           But not only are we beating them at places
10  like Motorola.  There are places that are throwing them
11  out.  Now, it's not because i2's a bad product.  But
12  the complexity of glueing i2 into all of these other
13  products, that's the flaw in what they're doing.  They
14  might have very good components, but people don't want
15  components.  People want complete running business
16  systems.  They don't want to buy the parts and assemble
17  them themselves.  At least I don't think so.  But
18  that's what they're being asked to do.
19          IBM's software business is getting smaller
20  while their systems integrations business is getting
21  bigger.  Our systems integration business is getting
22  smaller while our software business is getting bigger.
23          One of the things I'm most proud about is the
24  only business at Oracle that's getting smaller is our
25  consulting business because we're desperately trying to

oracle

1    take the labor out of installing and "integrating our

2    software."  No systems integration required.

3           By the way, General Electric is installing

4    our manufacturing software and out accounting software

5    and our supply chain automation software and our

6    procurement software, GE power.  Do you know how many

7    changes they're putting into our e-business suite?

8    Does anyone want to guess how many modifications?

9    None.  Do you want to know how many other software

10   packages they're using as a part of this project?

11   Would you like to guess?  None.

12          Now, I know GE's a small and simply company

13   with not a lot of requirement.  But if it can work

14   there, it can work any place.  And it's unimaginable to

15   me that we got this one wrong.  In 1995 at the height -

16   - just a little patting of Oracle on the back -- at the

17   height of Windows 95 -- do you remember when the Empire

18   State Building was dressed up with the Windows logo and

19   all this stuff when Window 95 came out, and everyone

20   said, "Microsoft will just go on forever."  That was

21   the year that we decided to stop doing all desktop

22   software.  That was the year that we said, "The PC's a

23   ridiculous complex device," and came under very heavy

24   criticism for saying this.  A lot of people said, "This

25   is just sour grapes."  I mean, obviously, Microsoft and

0

13

1    the PC's is the wave of the future.  It goes on

2    forever.  We have never been more criticized than that

3    statement back in 1995.  "We're going to move

oracle

4    everything to internet servers.  We think desktop

5    software is ridiculous.  We think share information and

6    shared applications belong on big internet servers, not

7    on desktop computers.  We think client servers are

8    ridiculously complex.  We're getting out of that

9    business."  We decided to do that in 1995.  We got that

10   right.  Everyone else said that was ridiculous when we

11   did it.  Now, everyone else is in the process of doing

12   it themselves.

13          This is even bigger.  This is even bigger.

14   We are treating our customers as computer hobbyists,

15   expecting them -- literally -- literally, we're asking

16   our customers to go into the software business to try

17   to make these best of breed components work.  "Buy the

18   parts, hire a bunch of consultants and you, the

19   customer, figure out how to take these parts and take

20   this labor -- parts and labor -- and try to build a

21   complete and running business system out of its parts

22   and labor.  And you, the customer, run the project,

23   pick the technology and make it all work."  That's the

24   current model for enterprise software.  And it's wrong.

25          The right model for enterprise software is

1    "Here are all the pieces.  They've all been engineered

2    to work together.  No systems integration required.

3    You can install it in a matter of months in the largest

4    and most complex operations.  All the pieces are there:

5    marketing, sales, web store, service, internet

6    procurement, auctioning, supply chain automation,

oracle

7    manufacturing, human resources, everything.  And all

8    the pieces fit together."  And no one else has it.

9          I think I've never felt more optimistic about

10   how we're doing as a company right now.  We're winning

11   some fantastic deals, some marquis names on the e-

12   business suite.  And the e-business suite just came out

13   six months ago.  We now have 64 companies live on

14   release 11i, the E-business suite.  And larger and

15   larger companies are adopting this technology.

16          But we're still in this interesting

17   transitionary phase where everyone's saying, "Oracle,

18   what are they doing?  They can't possibly make all

19   these -- you know, do all this stuff," where just the

20   opposite is true.  There's no way customers can make

21   all this stuff work together.  I don't care how good

22   the components are.  The components could be fabulous.

23   They were never designed to fit together.  And a bunch

24   of IBM engineers -- you know, a bunch of IBM

25   programmers can't make them work together.  The whole

0

15

1    idea of repeating labor -- every time someone buys

2    these components, they're reassembled again at every

3    customer's site by IBM labor and Anderson Consulting

4    labor.  Which model to you think is better?

5          So in the early stages -- the very early

6    stages of this release 11i, we're saying, "We're right.

7    The rest of the world is wrong," where there's all this

8    controversy where we can't show lots and lots of

9    companies up and running -- big companies up and

Page 13

oracle

10    running -- they're just beginning to come live now,
11    already we're getting tremendous traction in the
12    market.  And it will be far and away the biggest
13    success in the history of our company, much bigger than
14    the database.
15              Now, the strategy -- again, back to the
16    strategy, why did Oracle try to do this?  Oracle tried
17    to do this because Oracle's a big company and Oracle
18    had to adopt a strategy that its competitors could not
19    adopt.  There's no way i2 can do this.  i2 can't go out
20    and build -- it can't even build internet procurement
21    for God's sakes.  They're teaming with Ariba and that's
22    a little thing.  So Siebel can't do this.  They can't
23    go out and build human resources and accounting and
24    supply-chain automation and procurement and auctioning.
25    They can't even build a web store.  None of these

0

16

1     companies have the scale to tackle building a complete
2     automobile.  All these other companies can do is build
3     carburetors and engine blocks and suspension systems.
4     If we can be the first car company -- be the first
5     company that builds these complete business systems,
6     how do you think we'll do?  I'll give you an answer.
7     About as well as Microsoft did when they built the
8     complete office suite.  You could say that Microsoft
9     had no chance, and how could they build a better
10    spreadsheet than Lotus?  How could they build a better
11    word processor than WordPerfect?  How could they build
12    better presentation graphics than Harvard Graphics?  Or
                              Page 14

oracle

13  better database than D-base?  There's no way.  Those

14  companies were all focused.  They were all specialized.

15  There's no way someone building a complete and

16  integrated suite could ever compete with those highly

17  specialized competitors.  What chance did Microsoft

18  have?  The same chance as we have.  I think we'll roll

19  up the entire enterprise software business because

20  companies don't want to glue this stuff together.  They

21  don't know how.

22          That's the end of my opening remarks.  Anyone

23  want to talk about it?

24          AUDIENCE MEMBER:  [indecipherable]

25          MR. ELLISON:  If I was running BroadVision or

0                                                          17

1   --

2           AUDIENCE MEMBER:  [indecipherable]

3           MR. ELLISON:  What would I do?  Well, I would

4   say that Larry Ellison's nuts.

5           AUDIENCE MEMBER:  [indecipherable]

6           MR. ELLISON:  Seriously.  The question was,

7   "If I was running BroadVision, what would I do?"  I

8   would just say that no one company could every -- you

9   know, we're going to build a better store, that our web

10  store is going to be better than their web store and no

11  one could build a better web store than us because all

12  we do it web stores.  So we have the best of breed web

13  store and our web store is better than Oracle's web

14  store.

15          It's a little bit like saying that Bob's fuel

Page 15

oracle

16    injection system is better than the fuel injection

17    system you get in your Mercedes 600SL.  That may be

18    true, but I'm not sure that anyone cares.  So --

19            But again, I would keep on trying to, you

20    know, I would keep saying, "Our product is better than

21    their product.  What you do is buy BroadVision and

22    Epiphany and Siebel and all these pieces and you should

23    glue them together yourself."

24            Now, even if it's true that their web store

25    is better than ours -- and I would argue that -- but I

0

18

1     don't think that's the important point.  Is it so

2     difficult to link up their web store to the Epiphany

3     marketing system, the Siebel sales system and all of

4     these other systems that even if the components are

5     fabulous, once you glue them together, you have a

6     mongrel.  You know, you have a Frankenstein monster.

7     "It's alive!"  But not very often.

8             AUDIENCE MEMBER:  Larry, how long will it

9     take Oracle to convince the largest customers, i.e. the

10    Global 100, Global 500, that the pains of integration

11    are far greater than best of breed?  I.e., once you

12    start rolling out the e-business suite, the theory is

13    that you should be able to knock down some very large

14    customers.  What are some realistic metrics that people

15    could expect?

16            MR. ELLISON:  Well, I think it's going to

17    vary from customer to customer.  Again, we've seen a

18    company that's very -- you know, Jack Welsh [phonetic],

Page 16

oracle

19   bless his heart, committed to save $20 billion dollars

20   by taking advantage of, you know, the internet and GE's

21   our biggest customer.  And they're moving incredibly

22   aggressively towards installing the e-business suite.

23   So there's a company -- an extremely well-managed

24   company that's moving very, very aggressively, very,

25   very fast, you know, to put in this technology.  Not

0

19

1   only are they not doing systems integration, they're

2   making the other big leap which is they're not going to

3   modify the software either.  They're going to use

4   unmodified relief 11i software to run GE Power.

5        Now, we also have a big deal with GE Capital

6   and so on but, again -- you know, that's an example of

7   a very aggressive, very well-managed company that

8   quickly sees the advantage.  "You mean I don't have to

9   be in the software business?  I can get a massive

10   implementation done in six months from the time we sign

11   the contract until the factory goes live?"

12        And here's an interesting argument.  Which

13   would you rather have?  Just in terms of software

14   modifications.  You could probably -- clearly, everyone

15   can make our software better by modifying it -- kind

16   of.  Now, it's very expensive to modify our software.

17   It take a long time to modify our software.  You might

18   break it as you modify it.  But, you know, in theory,

19   you know, theoretically you can make it better.  But

20   which would you rather have?  80% of the benefits in

21   six months, or hope of 100% of the benefits in two

Page 17

oracle

22   years?  And it's becoming very clear to more and more

23   executives.  "I'll take the 80% in six months

24   guaranteed."  It costs me a lot less money because the

25   benefits are much sooner.

□

20

1          And there's another one, without getting too

2    complex about all this, is if you make heavy

3    modifications to our software -- that's the other thing

4    we'd like you not to do, make heavy modifications to

5    our software -- and we come out with a new version,

6    release 12, you can't take it.  If you modify our

7    software, or if you did systems integration -- this is

8    another thing about systems integration, I love this

9    story -- okay, you finally get all of this stuff glued

10   together and working at Company X.  And then Siebel

11   comes out with their new version.  What do you do?

12   Well, you call Anderson back or you call IBM back and

13   they rip out the old version of Siebel and plug in the

14   new one.  Systems integration and best in breed's a

15   never ending process.

16          Companies, you know, shouldn't do this.  And

17   we'll see.  Maybe we're totally wrong.  Maybe people

18   like putting all this stuff together.  Maybe it's just

19   fun, you know?  I could be missing something.  "You

20   know, what I'd love to do, hooking that Siebel system

21   up to that Epiphany system was great.  I was going to

22   go to the game this weekend but, you know, I had a

23   chance to do some re-load of programs and move data out

24   of the Siebel database into the Epiphany database and

Page 18

oracle

25    man, that was so cool.  Now, it means my company

0

1     couldn't use either one of these systems for a couple

2     years, but man, writing this program was" -- why?  Yes?

3              AUDIENCE MEMBER:  Larry, yesterday Scott

4     Crins [phonetic] in making the case for best of breed

5     for Juniper Networks used Oracle as an example as well

6     as Intel and Sun and Microsoft.  For why?  Because IBM

7     couldn't do everything in computing, your company and

8     others were able to thrive.  So I'm wondering what your

9     thoughts are and if your ideas on best of breed are

10    enterprise software specific, or if they also apply to

11    enterprise hardware.

12             MR. ELLISON:  I don't believe we have to -- I

13    think you have to make automobiles.  I don't believe

14    you also have to have gas stations and all of these

15    other -- and make steel and make the little computers

16    that go inside of the automobiles and make all -- you

17    know.  But I think we have to make automobiles.  So

18    what is the right boundary?  I think you're asking me,

19    you know, "Where is the boundary?  Where can you

20    reasonably buy products from multiple vendors?"  And I

21    think the right boundary is, you know, enterprise

22    software, you know, the business to run your

23    enterprise.  Assembling best of breed is near

24    impossible, you know, with those software vendors I

25    talked about.  I just don't know how to do it.

0

oracle

1        You know, find some big projects.  Find out
2   how long it takes to install i2, how much you spend to
3   -- I believe Siemens, which they're very proud of, like
4   they're trumpeting the deal, but Siemens is going to
5   spend, what, $600 million in labor to install i2?  They
6   [indecipherable] but they spend $120 million -- IT
7   talks about it -- it's a $120 million software sale and
8   $600 million of labor to install it.  Now, I wouldn't
9   talk about the second part.  I think it's great work
10  while it lasts, you know?  If there's no one -- if all
11  there is is best of -- if all there is is components --
12  because that's the way the world has been -- that's all
13  there was was components.  There was no complete and
14  integrated suite.  And before there was a complete and
15  integrated -- if the only way you can have a car is to
16  buy components and put the components together, that's
17  the only way to have a car, then you're probably going
18  to buy components and put the car together.  But if
19  there's an alternative, if someone's delivering
20  complete vehicles, you'll probably buy one of those.
21        So an enterprise software, to me, is, you
22  know, one thing you'd want to -- yeah, I think you'd
23  want to buy where all the pieces fit together.  You
24  certainly can buy your computer from Sun and your
25  network from Juniper Networks and lots of other pieces,

0

1   you know.  Operating systems from other people, we

oracle

2  don't need to worry about.  Even databases can come

3  from someone else.  But the enterprise software suite,

4  you know, those pieces are inextricably linked.  You

5  really can't get those from separate companies, I don't

6  think.  I don't think you want them.

7           AUDIENCE MEMBER:  When you declare a victory,

8  what evidence will you be able to point to that shows

9  that you are right and everybody else is wrong?

10          MR. ELLISON:  Well, I think the same way we

11  declared victory on the internet, you know?  When

12  everyone was saying we're crazy back in `95 -- and

13  again, you've got to remember, in 1995 around

14  Christmas, the Empire State Building was covered with

15  all of the Windows' colors.  This was the zenith of

16  Microsoft Windows.  And everyone said is was just sour

17  grapes and jealousy and I was jealous of Bill and all

18  of this stuff and that's why -- "They're crazy.

19  They're going to run themselves out of business if they

20  stop doing Windows software and desktop software is

21  where it's at."  And we declared victory when everyone

22  was saying -- when PeopleSoft [indecipherable] client

23  servers that -- when everyone started saying -- you

24  know, Siebel said, "We're an internet software

25  company," PeopleSoft said, "We're an internet software

0

24

1  company," everyone had talked about their internet

2  release.  It's all people wanted to talk about was

3  their great internet release.  We declared victory when

4  everyone tries to copy.  Everyone starts pretending.

                    Page 21

oracle

5    So we're already seeing the beginning of

6    that.  I think PeopleSoft is already saying, "We have a

7    suite."  They don't have a suite, by the way.  But the

8    suite does not mean if one company buys Siebel,

9    Clarify, Epiphany, you know, SAP, PeopleSoft, if one

10   company buys all those companies and it's all Brand X

11   software, it doesn't mean suddenly those different

12   pieces of technology are now integrated.  You can't --

13   i2 has a problem because they've got five separate

14   products that are still not integrated.  i2 is the

15   result of acquisitions.  Ariba had trouble was having

16   trouble trying to acquire their acquisitions.  Commerce

17   One's having trouble integrating their acquisitions.

18   The reason we have to build all of this stuff ourselves

19   is not because we didn't have money to go out and buy

20   companies and buy technology.  You can't do it through

21   acquisitions.  You can't do it through acquisitions

22   because the pieces have to be engineered -- built to

23   fit together.  It's not one-stop shopping.  It's

24   unified engineering.  You've got to build the pieces to

25   fit together.


0

25

1    So I believe that we've declared victory very

2    simply when almost everyone buys our stuff.  And I

3    think that's what's going to happen.

4    I don't understand, you know, why anyone

5    would buy WordPerfect and Lotus 1-2-3 and all these

6    other pieces and try to make them work together.  I

7    just don't understand it.

Page 22

oracle

8           Joe -- in the back.

9           AUDIENCE MEMBER:  Do you think you'll have to

10    go outside to replace either Ray Lane or Gary Bloom and

11    what kind of time table and what kind of priority do

12    you attach to it?

13          MR. ELLISON:  No, absolutely not.  I mean,

14    Oracle -- keep in mind almost every software company --

15    Greg Brady worked for Oracle, Craig Conway worked for

16    Oracle.  Greg Brady's i2, Craig Conway's PeopleSoft,

17    Tom Siebel, you know, worked for Oracle.  All these

18    guys are -- you know, and on and on and on, you know.

19    Those software companies in Silicon Valley of any size

20    are run by people who worked at Oracle at one time.

21    And I think, you know, that's kind of interesting, you

22    know.  We're very proud of that, actually.  But we have

23    so many talented people inside of the company that my

24    problem is not finding, you know, management talent

25    from the outside and bringing them in.  It's hoping not

26

1     to lose some of the very, very talented people we have

2     inside the company because they don't have an option to

3     get promoted and get more responsibility.

4           So, you know, we're promoting a guy named

5     Mike Rocha who has become responsible for a lot of

6     things Gary Bloom is doing and he's a spectacular guy.

7     But we have a whole bunch of other guys that are really

8     good.  I mean, Safra Katz is spectacular.  You know,

9     Jeff Hanley's been around -- and these guys have been

10    around for a long time.  Do you know Safra?

Page 23

oracle

11          The average tenure of an Oracle senior

12   executive is more than 10 years.  These people have

13   been around for a very, very long time.  We have 12

14   executives that run the company and somebody -- oh,

15   I've been asked when will we appoint one other person?

16   Well, you know, GE's a lot bigger than Oracle and they

17   never had a chief operating officer.  They had a broad

18   route of very talented executives running their

19   business.  And we don't want to be totally reliant on

20   one person, you know?  We'd like to have -- I love the

21   way Jack ran GE -- still runs GE -- in that up until

22   the very end, you had a bunch of very senior executives

23   who all had the potential of succeeding and running the

24   company.  And I think that's the way you retain your

25   talent.

0                                                           27

1          No, we will never again go to concentrating

2   to much authority in anyone other than a chief

3   executive.  Not in a company our size.  And if GE

4   didn't go it, why would a little company like Oracle do

5   it?

6          So [indecipherable] Jack Welch, I think the

7   way he ran GE, runs GE today, not -- he assigned a

8   successor to him, you know, but Jack's 65.  I'm not.

9   So when I'm 65, I'll pick someone.  Until then, expect

10   to have a number of executives, many of whom will be

11   qualified to run the company.  And that's what Oracle

12   wants.  We want to have four or five people inside of

13   the company running divisions inside of Oracle, all of

Page 24

oracle

14    whom are capable of running the company, all of whom

15    are competing to succeed me.  Work at GE?  You should

16    work at Oracle.

17            AUDIENCE MEMBER:  If a customer moves from

18    best of breed to Oracle e-business suite, would they

19    need fewer Oracle databases?

20            MR. ELLISON:  Well, we fill the Oracle

21    database by user or by employee.  But the answer, to be

22    very precise, is the license would be the same

23    regardless of which way you went.  So the database

24    license, it would be the same because typically we

25    might license a company, a large customer that has

28

1     10,000 employees, we'd license all 10,000 employees for

2     Oracle usage.  So if they had 50 different systems on

3     top of Oracle or one integrated system on top of

4     Oracle, then the point of view of database fees would

5     make no difference at all.  We're agnostic from a

6     database point of view as to whether people go have

7     lots of separate systems that they've integrated

8     together after the fact with glue guns or they run the

9     e-business suite, it doesn't really make any difference

10    for database revenue.

11            But again, I'll go back to "why would anyone

12    want to assemble a bunch of components and hire IBM to

13    glue them together for them if they could buy the

14    components that were engineered to fit together where

15    no systems integration's required and no software

16    modification's required?"  Can anyone explain to me why

oracle

17    anyone would do that?  No one's going to be able to

18    come here.  No one's going to be able to explain it to

19    me.

20              AUDIENCE MEMBER:  [indecipherable]

21              MR. ELLISON:  Oh, so why would they go ahead

22    and install the e-business suite?

23              AUDIENCE MEMBER:  [indecipherable]

24              MR. ELLISON:  Well, I think if you want to

25    save -- ask Jack.  I don't know.  Ask General Electric.

□

29

1     Ask Motorola.  Ask, you know, a whole bunch of

2     different companies.  You do it because you run your

3     business vastly more efficiently with an integrated

4     suite of products.  You don't have to throw out

5     everything.  It doesn't have to be a big bang approach.

6     We're putting the e-business suite [indecipherable] SAP

7     and ended up being Oracle.  They used to be a part of

8     HP.  And they are, you know, installing it over time,

9     you know?  Pieces over time.  You'll see lots of

10    companies, you know, we'll put in the accounting system

11    first and then the sales automation system and they'll

12    be replacing -- they'll have to be taking best of breed

13    out, putting in an Oracle component.  They'll

14    decommission another best of breed piece, another

15    Oracle component.  So there is a step by step process

16    whereby you can decommission SAP or decommission

17    Epiphany.  You can start with just our marketing system

18    and then you put in our -- you know, the web store, and

19    then you put in the sales automation system.  You don't

oracle

20   have to just big-bang it, throw everything out at once

21   and bring in -- nobody's doing that.  We didn't even do

22   that ourselves at Oracle.  We took, you know, 18 months

23   to two years to finish the transition and we moved

24   pretty fast.

25           But as a long-term strategy, the idea that

☐                                                              30

1   all these pieces would fit together, that there would

2   be no systems integration required when a new version

3   of the software came out, you could actually take it.

4   Understand that if you've done systems integration and

5   you get new versions of all these separate components

6   when they come out, you've got to re-do the systems

7   integration.  It's never ending pain.

8           So, there is a clear strategy where you can

9   step by step replace component by component so after

10   some number of years eventually end up with a complete

11   and integrated e-business suite.  And we have a number

12   of companies going through that step by step process

13   now and these are large companies.

14           Now in the mid-market, it's a no-brainer.  In

15   the mid-market, they never could afford systems

16   integration.  They had no choice.  But that I'm just

17   kind of accepting as a given.  I know we're going to

18   win the mid-market because none of these companies can

19   be -- it's not possible.  They can't afford to hire

20   analysts and IBM to do all this stuff.  It's the very

21   wealthy companies who actually can -- who think they

22   can afford it that we're really contending for.  And

Page 27

oracle
23  when the leaders -- like, when general electric goes

24  with us, that's a good sign.

25              AUDIENCE MEMBER:  Larry, Motorola spent

1   millions already on Ariba and i2.  Can you give us a

2   sense of their thinking behind abandoning that

3   investment and then hewing further money into Oracle?

4              MR. ELLISON:  Yeah.  Again, the major issue

5   is talk to a bunch of i2 customers.  Go and call their

6   customers.  Not the references they give.  Call their

7   customers and ask them how long it took to integrate

8   all of that stuff with their ERP system, with their

9   internet procurement system, what it takes, how much

10  labor is involved in doing all of this.  And Motorola,

11  I mean, [indecipherable] just basically give up.  Just

12  can't do it.  It's unbelievably hard.  It's

13  unbelievably costly.  It's far more costly than what

14  you pay for the software.  It's all about labor.  Labor

15  is expensive, it's time consuming, it's error-prone.

16  These systems are very fragile.  I mean, think of that.

17  Consultants from just out of college working for

18  Anderson Consulting or from IBM coming in and basically

19  hand-building your business system, you know?  Writing

20  codes that connects Siebel to SAP.  And it's that code

21  you're relying on written by this consultant that

22  exists only in your company.  You paid for it.  You own

23  that code.  If something breaks, you're responsible for

24  fixing it.  You paid them -- when IBM and Anderson

25  leave, all the code that they wrote for you for hire,

oracle

1  you own.  They don't own.  We don't care how you fix
2  it.  You own it.  The customer owns it.  Every customer
3  is in the software business.  It's a really crazy idea.
4            AUDIENCE MEMBER:  How do you actually build a
5  single-enterprise application suite so that it can be
6  utilized across a wide range of industries?  Perhaps
7  all of them have quite different requirements.
8            MR. ELLISON:  Right.  Well, in some
9  industries we do better than others.  There's no
10  question that we are extremely strong in discreet
11  manufacturing for electronics, for example.  I mean,
12  we've owned that industry for a very, very long time.
13  We're weaker in other industries.  So we're very strong
14  in financial services.  Our contracts module makes us
15  extremely strong there, so there's certainly industries
16  where our e-business suite is stronger than some other
17  industries, but we're filling it out.
18            So again, very strong in telecommunications.
19  We pretty much own the telecommunications industry.
20  We're getting very strong in utilities.  We're not as
21  strong in the energy sector, for example.  And some
22  process -- we're not as strong in process manufacturing
23  as discreet manufacturing so we can discriminate which
24  industry the software's better at and where it's not.
25  And we will be adding features and functions to go

oracle

1   after industries and, in fact, we applaud our future.

2   what we need to do is add certain features to the suite

3   to make it more appropriate for specific industries.

4   And again, there's no question.  There's some

5   industries that are much stronger in that than other

6   industries.

7         But the notion of the suite, the notion of

8   all the pieces engineered to fit together, is

9   absolutely a winning idea.  And we have to fill out our

10  features set to make sure we can address virtually

11  every industry in the world.  From retail to process

12  manufacturing to industries that we're incredibly

13  strong in now like telecommunications, financial

14  services and discreet manufacturing.

15        AUDIENCE MEMBER:  Using your Microsoft Office

16  analogy as a backdrop, how easy or difficult is it for

17  you to continuously improve various portions of your

18  enterprise software suite and have it all work

19  together?  And how long do you think it would take

20  before you get to their kind of market share?

21        MR. ELLISON:  well, the good news is we're

22  pushing our customers very hard not to modify our

23  software, and it's really interesting.  Well, Ariba and

24  Commerce One have sold slightly more exchanges --

25  marketplaces -- than we have.  Almost every working

ロ

34

1   market place in the world is ours.  Almost every single

2   one is ours.  And an interesting thing about the market

3   place, these market places, is that we did not let our

Page 30

oracle

4   customers modify the software.  We forbade them.  We
5   would not let them modify the software at all.  In
6   fact, we ran the exchanges for them on our computers,
7   if you will.  Our exchanges would act as an ASP for
8   exchanges.  We are pushing our customers very, very
9   hard not to modify the software.  What that means is
10  our customers are pushing us very, very hard to extend
11  the software to meet requirements for their specific
12  industries.  You know, we have a retail exchange, we
13  have the automobile exchange, we have a variety of
14  different exchanges that we're running.
15          And we see us over the next several years
16  putting in features to better and better handle
17  specific industries.  Again, some are very strong.  And
18  again, telecommunications and discreet manufacturing
19  we're incredibly strong in today.
20          But we'll be continuously adding features, I
21  think, for several years to get all these different
22  industries.  But our customers, the new model is the
23  customers want us to change our software as opposed to
24  them changing our software.  And that's the right
25  model.  This is the thing we could have had out with

1   General -- I go back to General -- sometimes it's
2   called the General Electric methodology.  We're going
3   to install it fast, we're going to install it with no
4   modifications, we're not going to do any systems
5   integration.  In six months, we're going to start
6   getting benefits out of working systems.  Then it's up

oracle

7   to you, Mr. Customer, whether it's General Electric or

8   anybody else to lobby us to change our software.  If

9   we're missing a feature that's important to you, the

10  old way was, "Hey, just have IBM hack the feature in.

11  Have some 22 year old kids, you know, write the feature

12  for you."  Now, the new model is, "No, we don't want to

13  do that because Oracle, when you come up with release

14  12, we don't have a heavily modified release 11 that

15  prevents us from migrating to release 12."  When you

16  modify this stuff, you can't take the new version.

17  It's your own code.  You changed it.  Does everyone

18  understand that?  If you make heavy modification and do

19  systems integration, someone comes out with the new

20  version, it's not operably compatible, you can't do,

21  you can't migrate to the new version.

22          So don't modify our code.  Force us to modify

23  our code.  Work more closely with us to modify our

24  code.

25          We are developing -- we have to develop a

☐

36

1   closer and closer relationship with our customers where

2   we better understand their requirements and they push

3   us very hard to put the features in that they need and

4   to run their businesses better.  And then when we put

5   the feature into our product as opposed to them hacking

6   it into their implementation at their site, all of our

7   customers benefit.

8           So we are working much more closely with our

9   customers, we're enhancing our product at a much faster

Page 32

oracle

10    rate.  And customers are getting immediate benefit,

11    albeit maybe it's not the fantasy 100% of everything

12    they wanted, but it's enough to run their business and

13    they get 80% of the benefit in six months with very

14    little risk and no money spent on systems integration,

15    and no money spent on modification.

16         And by the way, that is 80% of the cost, the

17    systems integration and modification.  The other 20% is

18    software and hardware.

19         So we see several years of working with our

20    clients and filling out all of the features that

21    optimally address all of the different industries that

22    we need to address.  But again, we're the only ones

23    that can do this because we're the only ones that have

24    a suite.

25         AUDIENCE MEMBER:  Just to come back on this

{}

37

1    suite, why do you think a company would let you modify

2    the program and then it would also benefit its own

3    competitor?  In that case, how would they differentiate

4    themselves?

5         MR. ELLISON:  Well, that's a very interesting

6    question and, by the way, customers do ask that

7    question.  We hear that all the time.  And if you're a

8    bank and you want us to make a certain change to the

9    software and, my god, the bank says, "Now the other

10    banks who use your software, Oracle will get that

11    benefit."  And the answer is, "You bet.  They

12    absolutely will."  So if you think -- if you're a bank

oracle

13    and you want to differentiate yourself from other banks

14    by virtue of the quality of your computer software, you

15    know, you shouldn't be working with us.  I think if

16    you're a bank and you want to differentiate yourself

17    from other banks, there are better ways to

18    differentiate yourself than the quality of your

19    computer software.

20            They're just like car companies.  It

21    shouldn't be "the company with the best software is not

22    necessarily the company that makes the best car."  The

23    bank with the best software is not necessarily the best

24    bank.  There are all sorts of other things and other

25    ways for banks and car companies and manufacturing

a

38

1    companies to differentiate themselves.  Innovative

2    products, creative products and whole bunch of things

3    you can do.  It shouldn't be your computer automation

4    software.

5            And I will say to that bank, "Okay, if you're

6    ING Bank and you have a really clever idea and we put

7    that into our software, and Citibank has a really

8    clever idea and we put it into the software, you're

9    sharing.  And it's making the whole industry more

10   efficient.  It's lifting up the entire industry.  And

11   you're all benefitting from this common foundation."

12   And it's becoming very common to do that.  Oh my god,

13   the big three automobile makers got together and formed

14   an automobile exchange for god sakes.

15           So they're not differentiating on the basis

Page 34

oracle

16   of that procurement technology. There are lots of
17   other ways to differentiate yourself.  There are other
18   wants than by your computer software.  We don't think
19   it's a good way to differentiate yourself by computer
20   software because usually if you try to use computer
21   software to differentiate yourself, you will
22   differentiate yourself in the wrong way.  Because more
23   people aren't very good at writing computer software.
24            AUDIENCE MEMBER:  Do you see anyone out there
25   with the capacity or the product space existing or

0

39

1    emerging in this space to challenge you?  Specifically,
2    one might look at somebody like SAP who also claim to
3    have an integrated application set.  I realize that's
4    on the risk of getting you to say something
5    contentious.
6            MR. ELLISON:  No, no.  Actually, the -- me?
7    Me?  Upset?  Contentious?  No.  You misjudge me.
8            You know, it's very interesting.  I compared
9    us to Microsoft earlier and the Microsoft Office.  Now,
10   let me compare Oracle to SAP -- the strategy.
11           When SAP was a great company, when SAP was
12   succeeding in the applications business, they had a
13   very simply message.  A complete and integrated suite.
14   All the pieces fit together because they were all
15   engineered to fit together.  Remember that?  They
16   invented this notion of ERP and all the pieces fit
17   together and everyone's buying it because it's kind of
18   cool.  No systems integration required.  Very cool.
                    Page 35

oracle

19          Now SAP's got a new message.  We're
20   partnering with Commerce One, and we're partnering with
21   this guy and we're partnering with that guy, we're
22   partnering with Clarify and we're doing systems
23   integration.  We're going to make all these -- guess
24   what?  It's not working.  SAP went best of breed on us.
25   SAP, when they were a great company, weren't an

0
                                                                        40

1   integrated suite company, remember?  It wasn't that
2   long ago.  When SAP was succeeding, when everyone was
3   buying SAP it was a complete and integrated suite they
4   were buying.  There was no notion of CRM in those days.
5   There was no initial automating of [indecipherable]
6   office.  There was no market.  ERP, manufacturing,
7   accounting, human resources, order management.  A
8   little bit of splotching.
9          Now SAP is having an alliance with i2 which
10   has now broken off and they've got a new alliance with
11   Commerce One and an alliance with Clarify and they're
12   doing joint engineering and they're doing systems
13   integration and they're no longer selling this complete
14   integrated suite, then they're no longer succeeding.
15          So if you don't buy the Microsoft analogy,
16   take a look at SAP.  When they were winning, they were
17   in the suite business.  Now that they're losing,
18   they're in the best of breed business.
19          No systems integration required, install the
20   whole thing in six months, save 80%.  The risk of the
21   project failing has gone down dramatically.  Do you

Page 36

oracle

22  know how many of these systems integrations projects

23  just fail?  They just get cancelled?  Half.  50% of

24  them are just cancelled.  They just give up.

25          Now people don't typically advertise that.

41

1   It's a little bit embarrassing.  "Yeah, we bought SAP.

2   We bought these five pieces and we're putting it all

3   together.  We spent $700 million and we decided to

4   write the whole bloody thing off."  But they never

5   write it off.  They stop after a partial

6   implementation.  "We have it running in this one small

7   division.  We're done.  We've consumed our whole $700

8   million budget.  So we're going to depreciate that

9   slowly, but we're not going to throw any more money

10  down this sink hole."

11          But just look around.  Go call customers.

12  Talk to customers.  Take a look at all this stuff.

13  It's all very interesting.  But it's got to be simp --

14  this stuff is too complicated.  Another way just to

15  look at the issue: it's just too complicated.  We're

16  trying to make this very, very simple.  You engineer

17  the pieces to fit together, they come out of the box,

18  and all the pieces fit together.  It's still hard to

19  install.  You still have to convert your data and train

20  people and do stuff.  It's still not 15 minutes.  It's

21  still a real project to install this.  This is taking

22  us 6 months to get just the first factory up and

23  running at General Electric.  It still not like you

24  just walk in -- it's not like installing a new word

Page 37

oracle

25    processor.  It's still pretty complicated stuff.


0

42


1          But compared to the whole notion of

2    assembling five or six best of breed components and

3    hiring Anderson Consulting and IBM and glueing all this

4    stuff together, then converting all your data, then

5    changing all your business processes, doing all of that

6    -- I mean, this is tough.

7          AUDIENCE MEMBER:  I'm certainly not

8    suggesting that your strategy isn't the right one.  But

9    aren't you challenging the same sort of inertia as

10    those who are peddling the idea of a flat tax for

11    example?

12          MR. ELLISON:  Well, I don't know.  I think

13    the same kind of inertia [indecipherable] client

14    server.  You know, we said client server -- that PC's

15    were stupid, desktop software was stupid, the PC was an

16    unnecessary complex device, Microsoft was building all

17    the wrong software, they were trying to make the PC

18    more powerful and all they were doing was making it

19    more complex?  They were going to try to make the PC

20    operating system more powerful so it could support more

21    applications.  We said applications should get off the

22    PC and get onto big internet servers where they can be

23    professionally managed where you get economy to scale?

24          No, I think there's only one way to succeed

25    in this business and that's to do something different.


0

oracle

1   If we just keep on -- you know, I suppose we could --
2   you can't have a big win, and Oracle needs another big
3   win, right?  Oracle needs another big win.  You've got
4   a big win in databases, going pretty well.  We need a
5   big win.  We can't just do what everyone else is doing.
6           Now we've done something completely different
7   and it's -- everyone -- by the way, everyone I talk to,
8   every CEO, every executive, "God, I love the idea.  The
9   idea is great."  The real question that they have is,
10  "But can you do it?"  I mean, that's really the issue.
11  And that's what's so interesting about this very moment
12  in time -- it's difficult for me -- this very moment in
13  time because [indecipherable], "Yeah, yeah.  Sounds
14  great.  Sounds great.  You mean just all the pieces
15  really can run my business really works?  It's
16  incredible.  I don't need the guys from Anderson
17  Consulting and IBM in here billing me by the hour and,
18  you know, the stuff just works and I'm going to take a
19  new version that just works and runs my business and
20  everything's there?  You're telling me the truth?  Are
21  you lying?  I want this, I want this.  But have you
22  really got it?"  And that's where we are right now.
23  We're in the process of proving we've really got it.
24  And that's what makes this a very interesting time for
25  me personally and for Oracle and our sales force and

0

1   everybody else because we're in this transitional phase

oracle

2   where it came out six months ago, we have 64 customers
3   live.  But seeing isn't exactly believing, right?  64
4   is not enough.  I don't know when people really start
5   to believe it's real because conceptually is it so
6   compelling.  It is such an easy sale.  And it's so
7   different than the way the other guys sell.
8           You know, i2 comes in and gives you a million
9   incredible details about i2, and these guys give you
10  incredible details about BroadVision and they give you
11  all -- it's all crazy.  You can never make this stuff
12  work.  That may all be true, very nice components, but
13  the car will never leave the garage.
14          So now we're in this interesting transitional
15  state where we need some number -- I know there's a
16  hundred customers live or someone at GE saying, "Oracle
17  helped us save $20 billion," or at some point, people
18  say, "My god, this really works.  This works for a
19  company like mine.  And we have enough references, this
20  works in a company like mine," and it just takes off
21  and I don't see why everyone won't buy it.  I really
22  don't because it's 80% cheaper -- I mean, it's much,
23  much cheaper and there's comparatively little risk.  I
24  mean, you're live in 6 months, not two years.  You
25  know, not this vast sum of money, these projects that

                                                    45

1   never ever complete.  So -- and we're very close.  At
2   some time over the next few months, it'll click.  I'm
3   serious.  We'll win every deal.  Every deal.
4           AUDIENCE MEMBER:  Did those 64 customers pay
                    Page 40

oracle
5  for the system or did they agree to go along as a
6  guinea pig?
7          MR. ELLISON:  Oh no.  Even our guinea pigs we
8  charge.  You want to be one of those cute little guinea
9  pigs, you've got to write us a check.  No, we don't --
10  I know of know case where we've given away the
11  software.
12          AUDIENCE MEMBER:  When you started Oracle --
13          MR. ELLISON:  I'm sure some of you would love
14  for us to give away the software.  They're a tough
15  customer in terms of how hard they negotiate.  But no,
16  we've resisted and insist on charging money for our
17  software.  It's our business.
18          AUDIENCE MEMBER:  When you started Oracle, if
19  you wanted to add a feature, you could probably do it
20  in day or a week when it was a small company.  And now
21  you're going to have all these systems that are all
22  integrated.  And now when you make changes, can you
23  give us a sense of how you organize your internal
24  engineering?  How many engineers are working on this
25  one product and how you manage the complexity so that

0

46

1  when you make a change the whole thing doesn't stop?
2          MR. ELLISON:  Yeah, in fact we've had to
3  build our own source control system.  We have 7,000
4  engineers working together.  We are the largest
5  employer of Cal-Tech engineers in the world.  We're the
6  largest employer of Stanford engineers in the world.
7  We're the largest employer of Carnegie Mellon engineers

Page 41

oracle
8    in the world.  The largest employer of Harvard

9    mathematicians in the world.  we have lots and lots of

10   really smart people and this has been true of Oracle

11   for a decade.

12          Now that's all kind of cool but they are,

13   themselves, components in a larger system and they are

14   fabulous components.  And the real challenge is making

15   these fabulous components work well together.  And that

16   is actually where I spend the bulk of my time.  I've

17   run engineering at Oracle since the day we started the

18   company.  And I still spend the bulk of my time running

19   engineering.  And the most interesting thing about my

20   job right now is managing engineering at this scale,

21   getting the different teams all to work together,

22   getting them all to communicate.  It is an incredible

23   challenge.  It's been the hardest thing I've ever done

24   in my life including the race through the hurricane.

25   And actually that was the most painful thing I've ever

□

47

1    done in my life.  All those smart engineers can be

2    difficult at times.

3          The good news is this is such an enormous

4    task.  It takes so many talented people working in a

5    coordinated fashion to tackle a job of this size that

6    the barrier to entry -- the barrier for a competitor --

7    the question which I didn't completely ask or answer

8    before, "who do I see as a competitor?"  I don't know.

9    Because the scale of this thing -- I'm serious.  I

10   don't know.  Who else has 7,000 engineers?  It's not

oracle

11   IBM.   IBM doesn't make any enterprise software, right?

12   They don't even make one thing.   IBM is a distributor

13   of Ariba and a distributor of Siebel and a distributor

14   if i2 and all this stuff.   But there's no other

15   engineering company with the possible exception of

16   Microsoft that has this kind of scale.   And Microsoft

17   doesn't make enterprise software either.   They don't

18   make any of this stuff.

19           AUDIENCE MEMBER:   [indecipherable]

20           MR. ELLISON:   Well, in a sense there are

21   diseconomies of scale in terms our engineering making

22   all these cats, you know, march together in unison like

23   a band or an army is very, very difficult and there are

24   certain diseconomies of scale.   What we end up with is

25   a piece of software that no one else in the world can

0

48

1   build where the barriers are huge.   Where people -- you

2   can get a small team to build an auctioning system over

3   at Commerce One.   You get a small team to build

4   internet procurement over at Ariba.   But you can't get

5   a large team to build all of those things such that all

6   of the pieces fit together.   And it is a bigger job --

7   you know, building each one of those separately is a

8   smaller job than building each one of those together

9   that work together.   That's a much bigger job.   But we

10   are bigger.   We have bigger engineering teams than

11   Ariba + Commerce One + i2 + la dee da dee da dee,

12   Siebel and all the rest, [indecipherable], Epiphany.

13   Our engineering teams are larger.   And we've done it.

Page 43

oracle

14  The pieces actually work together.  And the barrier to

15  entry, I think, is insuperable.  I don't think anyone

16  else can do it.  And I also think it's viral.  I think

17  once one company starts running their business this

18  way, other companies have to start running their

19  business that way.

20          So I'm pretty optimistic and pretty excited

21  about this whole thing.

22          And it's going to be obvious.  One of those

23  points, it's going to be like the internet.  It's

24  exactly the same thing.  When we said, "Hey, no more

25  desktop software, we're just going to do the internet,"

0

49

1  we cancelled all existing projects for desktop software

2  on Windows and went to the internet.  We were heavily

3  criticized for that.  We were the only ones that did

4  it.  Now everyone's doing it but they're late.  This is

5  even worse because this isn't a matter of changing your

6  existing technology of the internet.  This is building

7  a whole bunch of pieces that fit together.  Small

8  companies can't do this.  There's just no way to do it.

9  The barriers are insuperable.  Like Microsoft, we're

10  the only ones that will have the complete suite.  We'll

11  just have an enterprise software versus personal

12  productivity software.  And enterprise software is a

13  $70 billion market.

14          AUDIENCE MEMBER:  So in a six month cycle

15  from sales to going live, how much of that time is

16  spent actually installing the software?  How much is

Page 44

oracle

17   spent debugging it?  How do you break it down?

18        MR. ELLISON:  Well, the interesting thing --

19   that's a very interesting question.  We can install our

20   software -- actually, we have this thing called -- and

21   it's going to sound very shocking -- this thing called

22   the "one hour install."  It takes about three or four

23   hours.  You know, it used to take about one hour and we

24   never renamed it.  And with release 11.0 we had to

25   think -- "one hour install," and it sounded so good.

〔

50

1    When the one hour install started taking longer and

2    longer, we decided not to change the name of it.

3         Anyway, in selling our software, the whole

4    11i suite, the whole business suite is about a four

5    hour project.  So installing it is not very long.  What

6    you're really doing, unlike the past, rather than

7    hacking the code to make the code automate your

8    existing business processes which is the old style of

9    installing these things, what you're doing is

10   simplifying and standardizing your business processes

11   around the internet because the old way you did

12   business didn't take into account this kind of

13   automation system, this kind of integration between

14   marketing and sales.  By the way, if you have marketing

15   and sales tightly coupled, if a marketing program sends

16   people to the web store and the web stores queues

17   people for callback from the sales call center, if

18   that's how the computer system works, clearly your

19   business processes have to change.  So what we do

Page 45

oracle

20    during an installation of the 11i e-business suite has

21    very little to do with automation -- with computer

22    technology.  It has everything to do with business

23    process mapping, looking at the current way you sell

24    and market and manage your sales force and changing

25    those business processes and simplifying those business

B

51

1    processes and mapping those business processes to the

2    internet.

3          We put every Oracle business process on the

4    net.  You've heard this before.  Oracle saved $1

5    billion dollars last year, and we'll save a second

6    billion this year by -- it was not simply a matter of

7    us putting in all this cool software.  It was a matter

8    of us dramatically changing our business processes, the

9    way we compensate business sales people, the way we

10    train sales people, the way we sell to our customers,

11    the way we support our customers.  All of that has

12    changed because of the internet.

13          So if you're really going to take full

14    advantage of one of these systems, it's not simply,

15    "Get rid of systems integration," which you should do,

16    "get rid of software modification," which you should

17    do.  It doesn't mean there's nothing left to do.  What

18    you need to do when you install the system is take a

19    look at symptomatically simplifying your business

20    processes and mapping them to the internet because it

21    will change the way you market.  It will change the way

22    you sell.  It will change the way you compensate your

Page 46

oracle
23    sales force.  It will change the way you account for

24    things.  It will change the way you manage your people.

25    The way people book travel, the way people get

D

52

1     reimbursed for expenses.  All of that changes.  All of

2     that get much simpler.  And that's what you've got to

3     do, really, when you install the software.  That's the

4     big opportunity.

5              So what Oracle Consulting is in the process

6     of becoming is less a group of people to go our and

7     hack the code and make modifications and a group of

8     people that go out and look at business processes and

9     map and simplify the business processes to the

10    internet.

11             One of the things, the process we went

12    through at GE Power, is when we said "We're not going

13    to modify the software, we're just going to keep on

14    simplifying and simplifying the processes and mapping

15    it to the software."  So we have teams of people on the

16    GE side who really understand the business that want to

17    simplify these processes, that want to explain the

18    possibilities of the internet, and that's what's going

19    on.  That's the process of installation.  That's the

20    way the six months goes.  That and just moving the data

21    out of the old system and into the new internet

22    systems.

23             But it's fascinating because there's no codes

24    being written.  There's no programs being written.

25             AUDIENCE MEMBER:  Since you mentioned

Page 47

oracle

1    BroadVision, I'm interested in your view about a move

2    from vendors like BroadVision to make the product more

3    Java compliant.  BroadVision announced that even though

4    they won't re-write the software, they will supposed

5    Java-based application service from BA.  In a world

6    where the software's written in different way, the

7    other vendors like ARC technology which do it from the

8    ground up.  Siebel and Epiphany may do it in the

9    future.  It will become easier, the integration between

10   different software.  Does this threaten your view of

11   the world?

12        MR. ELLISON:  Well, if it were true it would.

13   But it's not true.  I've been in this business for a

14   very, very long period of time and in fact, most of our

15   new software is written in Java.  We use all the latest

16   technology.  We are one of the definers of XML, SDL,

17   all of this stuff.  We are a technology -- we're the

18   only application software company that's also a

19   technology company.  We're the only one.  We make

20   databases and application servers and networking

21   systems, you know.  We're deep into technology.  It's a

22   bigger business than our application design and we

23   think we know how this integration technology works.

24   We know what's possible with XML and what kind of

25   integration is possible.  And no way in hell.  Does it

oracle

1  make it easier to integrate?  Yes.  It went from

2  totally impossible to pretty much impossible.  And

3  because the issue is you'll still have a separate

4  database in the Epiphany system.  I don't care if it's

5  written in Java or, you know, Esperanto.  It's a

6  separate database for Epiphany, a separate database for

7  Siebel, a separate database for Broadvision because the

8  systems were designed to work independently.  The have

9  to have their own customer database.  They have to.

10  They are designed to work by themselves.  Putting them

11  together is an afterthought.

12        And even using XML to move things back and

13  forth, it helps a little bit.  Tools help a little bit.

14  There's a lot of integration tools.  We make

15  integration tools.  We're in this business.  We were in

16  the best of breed business.  We make integration tools,

17  we sold best of breed applications, we did systems

18  integration, we did all this stuff.  That's exactly why

19  we got a new strategy.

20        I wish -- you know, five years ago I said,

21  "Oh and by the way, not only are we dropping the

22  internet, in terms of applications we're building a

23  complete e-business suite and getting the hell out of

24  systems integration because it doesn't work," you know,

25  that took a while.  We had to fail first at best of

0

55

1  breed to understand just how complicated it was.

2        UNKNOWN SPEAKER:  Larry, I think we're out of

3  time.

Page 49

oracle

```
 4          MR. ELLISON:  Thank you all very much.

 5          UNKNOWN SPEAKER:  Thank you.

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

0

56

```
 1   STATE OF COLORADO   )

 2                       )  SS.       CERTIFICATE

 3   COUNTY OF DENVER    )

 4

 5          I, Christopher Boone, Digital Reporter and

 6   Notary Public within and for the State of Colorado,
```
                        Page 50

oracle

7    certify that the foregoing is a correct transcription

8    from the digital recording of the proceedings in the

9    above-entitled matter.

10

11        I further certify that I am neither counsel

12    for, related to, nor employed by any of the parties

13    to the action in which this hearing was taken, and

14    further that I am not financially or otherwise

15    interested in the outcome of the action.

16

17        In witness whereof, I have affixed my

18    signature and seal this 17th day of July, 2007.

19

20

21    My commission expires August 16, 2010.

22

23

24    _____

25      Christopher Boone, Digital Reporter

Page 51

Page 56

```
 1    STATE OF COLORADO    )

 2                         )  ss.       CERTIFICATE

 3    COUNTY OF DENVER     )

 4

 5              I, Christopher Boone, Digital Reporter and

 6    Notary Public within and for the State of Colorado,

 7    certify that the foregoing is a correct transcription

 8    from the digital recording of the proceedings in the

 9    above-entitled matter.

10

11              I further certify that I am neither counsel

12    for, related to, nor employed by any of the parties

13    to the action in which this hearing was taken, and

14    further that I am not financially or otherwise

15    interested in the outcome of the action.

16

17              In witness whereof, I have affixed my

18    signature and seal this 17th day of July, 2007.

19

20

21    My commission expires August 16, 2010.

22

23

24    _____

25       Christopher Boone, Digital Reporter
```

# EXHIBIT 406





# Audit File

Client File No. __ **60020382** __

Folder No. _____ / _____ of __ / __

Client _____ **ORACLE CORPORATION** CORPORATION _____
                              **REVENUE**

Subsidiary or Division ___    _____

Audit Date or Period ___    **05/31/03**    _____

### Contents of This Folder

AGREED UPON PROCEDURES WITH

RESPECT TO DEBIT MEMOS TO

ACCOUNT #25005 IN NOVEMBER 2000

_____

_____

_____

_____

_____

_____

_____

_____

_____

**EXHIBIT**
O'Bryor **/2**
712-07

ERNST & YOUNG LLP
1331 N. California Blvd. #200
Walnut Creek, CA 94596

* WC7303011471 * **E&Y**

**Ξ⅃ ERNST & YOUNG**    Office _WALNUT CREEK_

E&Y Form U522 (10/99)    *Record must be made of any papers taken from this folder.*

EY 000001
CONFIDENTIAL

ORACLE - UNAPPLIED CASH

EY 000002
CONFIDENTIAL

From:                    John S. Banker Jr/NWPacific/AUDIT/EYLLP/US

Recipients:              <hfrahn@stblaw.com>

Subject:                 Re: Draft Insert For Your Review

Date:                    11/19/2002 02:37:32 PM




Dratt Insert.DOC
Buzz - Here is the draft marked for suggested changes by counsel and me.  Please call to discuss.
Thanks. JB.

EY 000003
CONFIDENTIAL

Deleted: Senior

On November 13, 2002, the Committee's counsel met with John Banker, Audit Partner at E&Y.[Has E&Y been defined?][1] That discussion was followed by a discussion on November 18 between Banker and a member of the Committee.[2] The purpose of these discussions was to consider both the Committee's analysis and conclusions regarding the Accounting Fraud Allegations and procedures performed by E&Y, at the request of Oracle's management with respect to those same allegations. The Committee reviewed with Banker what it had learned about (i) the accounting and customer refund processes at Oracle that caused the accumulation of the "on account" flags in the A/R software application; (ii) the methodology that Oracle employed to redesignate the "on account" items on November 17, 2000; and (iii) the $215,776,000 decrease in the Customer Advances & Unearned Revenue account for Q2 FY 2001. The Committee then summarized for E&Y its conclusions regarding the Accounting Fraud Allegations: first, that Oracle had refunded customer overpayments, including items specifically identified in the Second Amended Complaint, prior to November 17, 2000; second, that the offsetting entries Oracle made to redesignate the "on account" flags did not apply customer overpayments to "phony invoices" to generate fictitious revenue; third, that the November 17 debit memos had no revenue or balance sheet effect whatsoever; and fourth, that the decrease in the Customer Advances & Unearned Revenue account was a seasonal fluctuation not related in any way to the November 17 debit memos.

Banker informed the Committee that at the request of Oracle's management E&Y had performed certain procedures that E&Y agreed to with Oracle's management, with respect to

Deleted: 's
Deleted: analysis of
Deleted: its own examination of the Accounting Fraud Allegations. In its review, pursuant to principles
Deleted: E&Y tested the effect of

[1] See Banker Interview Memorandum, Exhibit ___. Banker is currently the partner in charge of the Oracle account for E&Y. E&Y became Oracle's independent auditors in April 2002, replacing Arthur Andersen. E&Y performed the audit of Oracle's consolidated financial statements for FY 2002.

[2] Id. at 1, Exhibit ___.

Deleted: 11/19/02 2:21 PM
Deleted: 11/19/02 1:24 PM

EY 000004
CONFIDENTIAL

the November 17, 2000 debit memos. E&Y reviewed a sample of debit memos selected from the

November 17, 2000 debit memos. The sample comprised 195 items, 145 of them greater than

$500,000 and the remainder arbitrarily selected. E&Y observed that all of the debit memos

tested had equal and offsetting debits and credits with zero effect on account 25005. E&Y

observed that the debit memos had no debits or credits to Oracle's revenues. In addition, E&Y

obtained from Oracle a summary analysis of the activity in account 25005 for the month of

November 2000. E&Y made inquiries of Oracle members of accounting management as to the

nature of the debits and credits to account 25005 during November 2000. None of the responses

to E&Y's inquiries indicated that there had been a single large entry debiting account 25005 and

crediting revenue in the amount of $228 million on November 17, 2000.

      Based upon Banker's description of the procedures performed by E&Y and the

results of these procedures, the Committee concludes that the results of E&Y's procedures are

entirely consistent with the conclusion reached by the Committee that the Accounting Fraud

Allegations lack merit. Additionally, the Committee has provided the language of the preceding

two paragraphs to Banker, who has reviewed this language and believes that it accurately reflects

the substance of the discussions described in the second preceding paragraph.

**Deleted:** on general ledger account 25005

**Deleted:** set

**Deleted:** 200

**Deleted:** set

**Deleted:** 200

**Deleted:** effect upon

**Deleted:** examined the transfers from

**Deleted:** to see whether there was a single, large entry that would be consistent with the Accounting Fraud Allegations' claim that account 25005 was the source of $228 million in revenue on November 17, 2000.

**Deleted:** Banker stated that E&Y found nothing to indicate any such transfer. Banker also stated that there was nothing in the materials that E&Y had reviewed that indicated to E&Y that plaintiffs' claims about the November 17, 2000 debit memos had any veracity. Banker also informed the Committee that E&Y had no material questions that remained unanswered by Oracle on this issue.

**Deleted:** analysis is

**Deleted:** this and

**Deleted:** E&Y. E&Y

**Deleted:** approved its inclusion in this Report

**Deleted:** 11/19/02 2:21 PM

**Deleted:** 11/19/02 1:24 PM

11/20/04 12:11 PM

EY 000005
CONFIDENTIAL

**John S. Banker Jr/NWPacific/AUDIT/EYLLP/US**
03/11/2003 04:14 PM

To   Joel E. Bonner/GenCounsel/EYLLP/US@EY-NAmerica

cc

bcc

Subject   Re: Draft Insert For Your Review

----- Forwarded by John S. Banker Jr/NWPacific/AUDIT/EYLLP/US on 03/11/2003 04:11 PM -----

**John S. Banker Jr**
11/19/2002 02:37 PM

To: "Frahn, Harrison J" <hfrahn@stblaw.com>
cc:
Subject: Re: Draft Insert For Your Review



Draft Insert.DOC

Buzz - Here is the draft marked for suggested changes by counsel and me.  Please call to discuss.
Thanks. JB.

EY 000006
CONFIDENTIAL



EY 000009
CONFIDENTIAL

On November 13, 2002, the Committee's counsel met with John Banker, ~~Senior~~ Audit Partner at E&Y.[Has E&Y been defined?][1] That discussion was followed by a discussion on November 18 between Banker and a member of the Committee.[2] The purpose of these discussions was to consider both the Committee's analysis and conclusions regarding the Accounting Fraud Allegations and procedures performed by E&Y's ~~analysis of~~ at the request of Oracle's management with respect to those same allegations. The Committee reviewed with Banker what it had learned about (i) the accounting and customer refund processes at Oracle that caused the accumulation of the "on account" flags in the A/R software application; (ii) the methodology that Oracle employed to redesignate the "on account" items on November 17, 2000; and (iii) the $215,776,000 decrease in the Customer Advances & Unearned Revenue account for Q2 FY 2001. The Committee then summarized for E&Y its conclusions regarding the Accounting Fraud Allegations: first, that Oracle had refunded customer overpayments, including items specifically identified in the Second Amended Complaint, prior to November 17, 2000; second, that the offsetting entries Oracle made to redesignate the "on account" flags did not apply customer overpayments to "phony invoices" to generate fictitious revenue; third, that the November 17 debit memos had no revenue or balance sheet effect whatsoever; and fourth, that the decrease in the Customer Advances & Unearned Revenue account was a seasonal fluctuation not related in any way to the November 17 debit memos.

Banker informed the Committee that at the request of Oracle's management E&Y had performed ~~its own examination of the Accounting Fraud Allegations. In its review, pursuant~~

---

[1]   *See* Banker Interview Memorandum, Exhibit ___. Banker is currently the partner in charge of the Oracle account for E&Y. E&Y became Oracle's independent auditors in April 2002, replacing Arthur Andersen. E&Y performed the audit of Oracle's consolidated financial statements for FY 2002.

[2]   *Id.* at 1, Exhibit ____.

EY 000010
CONFIDENTIAL

2

to principlescertain procedures that E&Y agreed to with Oracle's management, E&Y tested the effect ofwith respect to the November 17, 2000 debit memos on general ledger account 25005. E&Y reviewed a set sample of 200 debit memos selected from the November 17, 2000 debit memos. The set sample comprised 200 195 items, 145 of them greater than $500,000 and the remainder arbitrarily selected. E&Y observed that all of the debit memos tested had equal and offsetting debits and credits with zero effect on account 25005. E&Y observed that the debit memos had no effect upondebits or credits to Oracle's revenues. In addition, E&Y examined the transfers fromobtained from Oracle a summary analysis of the activity in account 25005 for the month of November 2000.to see whether there was a single, large entry that would be consistent with the Accounting Fraud Allegations' claim that account 25005 was the source of $228 million in revenue on November 17, 2000. E&Y made inquiries of Oracle members of accounting management as to the nature of the debits and credits to account 25005 during November 2000. None of the responses to E&Y's inquiries indicated that there had been a single large entry debiting account 25005 and crediting revenue in the amount of $228 million on November 17, 2000. Banker stated that E&Y found nothing to indicate any such transfer. Banker also stated that there was nothing in the materials that E&Y had reviewed that indicated to E&Y that plaintiffs' claims about the November 17, 2000 debit memos had any veracity. Banker also informed the Committee that E&Y had no material questions that remained unanswered by Oracle on this issue.

   Based upon Banker's description of the procedures performed by E&Y and the results of these procedures, the Committee concludes that the results of E&Y's analysis isprocedures are entirely consistent with the conclusion reached by the Committee that the Accounting Fraud Allegations lack merit. Additionally, the Committee has provided the

EY 000011
CONFIDENTIAL

language of this and the preceding two paragraphs to E&Y. E&YBanker, who has reviewed this language and approved its inclusion in this Reportbelieves that it accurately reflects the substance of the discussions described in the second preceding paragraph.

EY 000012
CONFIDENTIAL

# EXHIBIT 407



**NDCA-ORCL-440760.xls Properties**

General | Summary | Statistics | Contents | Custom |

Created:      Tuesday, November 02, 1999 4:37:29 PM
Modified:    Saturday, June 22, 2002 11:11:48 AM
Accessed:   Saturday, September 08, 2007 3:41:54 PM
Printed:       Tuesday, December 05, 2000 2:04:56 PM

Last saved by:      Jennifer Minton
Revision number:
Total editing time:

                                          OK              Cancel

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 440761

# TOTAL COMPANY - Q2 FY01 FORECAST

ORACLE

## $ in Thousands at Actual Rates

| | Q2 FY00 Actuals | Forecast | Q2 FY01 Forecast Upside | Potential | Q2 Forecast vs PY % | Q2 Potential Growth % | YTD Actuals | Forecast | YTD FY01 Upside | Potential | YTD Potential Growth % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | |
| License | $ 886,783 | $ 1,035,494 | $ 50,576 | $ 1,086,070 | 17% | 22.47% | $ 1,501,998 | $ 1,820,571 | $ 50,576 | $1,871,147 | 25% |
| Consulting | 578,651 | 540,942 | 1,800 | 542,742 | -7% | -6% | 1,155,132 | 1,067,733 | 1,800 | 1,069,533 | -7% |
| Support | 720,603 | 859,788 | 11,740 | 871,528 | 19% | 21% | 1,387,656 | 1,698,777 | 11,740 | 1,710,517 | 23% |
| Education | 132,605 | 123,890 | 1,100 | 124,990 | -7% | -6% | 249,721 | 225,184 | 1,100 | 226,284 | -9% |
| Other | 2,773 | 7,684 | - | 7,684 | 177% | 177% | 10,497 | 16,922 | - | 16,922 | 61% |
| Other Non-Distribution | 488 | (485) | - | (485) | -204% | -204% | 1,397 | - | - | - | -100% |
| **Total Revenues** | 2,321,883 | $ 2,567,313 | $ 65,216 | $ 2,632,529 | 11% | 13% | $ 4,306,400 | $ 4,829,188 | $ 65,216 | $4,894,404 | 14% |
| **Expenses** | | | | | | | | | | | |
| License | $ 480,296 | $ 479,699 | $ (573) | $ 479,125 | 2% | 2% | $ 893,827 | $ 893,753 | $ (573) | $ 893,180 | 0% |
| Consulting | 436,449 | 429,207 | (2,000) | 427,207 | 2% | 2% | 896,933 | 830,000 | (2,000) | 828,000 | 8% |
| Support | 191,358 | 159,976 | (1,780) | 158,196 | 16% | 17% | 367,838 | 314,953 | (1,780) | 313,173 | 15% |
| Education | 81,399 | 71,570 | | 71,570 | 12% | 12% | 161,352 | 142,895 | - | 142,895 | 11% |
| Other | 12,918 | 18,725 | - | 18,725 | -45% | -45% | 26,193 | 32,331 | - | 32,331 | -23% |
| Marketing | 82,501 | 111,279 | (7,000) | 104,279 | -35% | -26% | 161,628 | 202,345 | (7,000) | 195,345 | -21% |
| Global Alliances | 9,375 | 8,668 | - | 8,668 | 8% | 8% | 22,434 | 23,288 | | 23,288 | |
| G&A | 85,518 | 77,887 | - | 77,887 | 9% | 9% | 172,157 | 151,210 | - | 151,210 | 12% |
| Development & IT | 271,365 | 287,777 | (3,000) | 284,777 | -6% | -6% | 532,834 | 552,782 | (3,000) | 549,782 | -3% |
| Information Technology | 64,585 | 70,961 | | 70,961 | -10% | -10% | 125,126 | 139,253 | | 139,253 | |
| Corporate | 17,511 | 27,744 | - | 27,744 | -58% | -58% | 27,444 | 48,085 | - | 48,085 | -75% |
| Corporate Accruals | (15,301) | (3,848) | (25,000) | (28,848) | nm | -89% | (39,726) | (12,330) | (25,000) | (37,330) | 6% |
| **Total Operating Expenses** | 1,726,972 | $ 1,739,643 | $ (39,353) | $ 1,700,290 | -1% | 2% | $ 3,348,041 | $ 3,318,567 | $ (39,353) | $2 - 4,214 | 2% |
| | | | | | | | | | | | |
| **Operating Income** | 594,911 | 827,670 | 104,569 | 932,239 | 39% | 57% | 958,359 | 1,510,621 | 104,569 | 1,615,190 | 69% |
| **Operating Margin %** | 26% | 32% | | 35% | | | 22% | 31% | | 33% | |
| | | | | | | | | | | | |
| Other (Income)/Expense | (1,688) | (15,646) | | (15,646) | nm | 827% | (5,794) | (93,506) | | (93,506) | 1514% |
| Investment (Gains)/Minority Loss (1) | 5,083 | 11,587 | 5,266 | 16,853 | | | 8,428 | 13,846 | | (3,846) | 146% |
| **Pre-Tax Income** | 591,515 | $ 831,729 | $ 99,303 | $ 931,033 | 41% | 57% | $ 955,724 | $ 1,607,973 | $ 104,569 | $1,712,542 | 79% |
| **Pre-Tax Margin %** | 25% | 32% | nm | 35% | | | 22% | 33% | | 35% | |
| | | | | | | | | | | | |
| Tax Rate | 35.0% | 35.5% | 35.5% | 35.5% | | | 35.0% | 35.5% | 35.5% | 35.5% | |
| Tax Provision | 207,030 | 295,264 | 35,253 | 330,517 | -43% | -60% | 334,504 | 570,830 | 37,122 | 607,952 | |
| **Net Income** | 384,485 | $ 536,465 | $ 64,051 | $ 600,516 | 40% | 56% | $ 621,221 | $ 1,037,142 | $ 67,447 | $1,104,590 | 78% |
| | | | | | | | | | | | |
| Weighted Average Shares | 6,012,600 | 5,874,180 | 5,874,180 | 5,873,874 | -2% | -2% | 5,988,702 | 5,930,335 | 5,930,335 | 5,930,335 | |
| | | | | | | | | | | | |
| **Earnings Per Share** | 6.4c | 9.1c | 1.1c | $41.77r | 43% | 60% | 10.4c | 17.5c | 1.1c | 18.6c | |
| Market Expectation | | | | 10.0c | | | | | | | |

Memo:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Consulting | $ 578,651 | $ 540,942 | $ 1,800 | $ 542,742 | -7% | -6% |
| Support | 720,603 | 859,788 | 11,740 | 871,528 | 19% | 21% |
| Education | 132,605 | 123,890 | 1,100 | 124,990 | -7% | -6% |
| Other | 2,773 | 7,684 | | 7,684 | 177% | 177% |
| **Total Services Revenues** | 1,434,632 | $ 1,532,304 | $ 14,640 | $ 1,546,944 | 7% | 8% |

# EXHIBIT 408

12EM Reserve Activity

ORACLE CONFIDENTIAL

NDCA-ORCL 104764

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



Δπ EXHIBIT 10
Deponent Quinn

| Activity | Jun-98 | Jul-98 | Aug-98 | Total | Sep-98 | Oct-98 | Nov-98 | Total |
|---|---|---|---|---|---|---|---|---|
| Misc Receipts | - | - | (26,410.86) | (26,410.86) | | (3,024,800.53) | 42,884.05 | (2,981,916.48) |
| Adjustments | 163,569.80 | 15,237.41 | 284,292.99 | 463,100.20 | 229,529.01 | 1,899,726.13 | 5,290,897.71 | 7,420,154.85 |
| Trade Receipts | - | - | | | | | | |
| JE's | - | - | 998.00 | 998.00 | 15,666.29 | | | 15,666.29 |
| Activity Sum | 163,569.80 | 15,237.41 | 258,880.13 | 437,687.34 | 245,195.30 | (1,125,072.40) | 5,333,781.76 | 4,453,904.66 |

| Activity | Dec-98 | Jan-99 | Feb-99 | Total | Mar-99 | Apr-99 | May-99 | Total |
|---|---|---|---|---|---|---|---|---|
| Misc Receipts | 160,405.38 | (25,391.55) | 9,906.74 | 144,920.57 | (645,678.30) | (198,470.95) | | (1,044,149.25) |
| Adjustments | 5,494,816.49 | 2,398,265.94 | 980,795.50 | 8,873,877.93 | 34,234.30 | 408,601.20 | 1,060,698.44 | 1,503,521.94 |
| Trade Receipts | | | | | | | | |
| JE's | | | 1,215.97 | 1,215.97 | | | | |
| Activity Sum | 5,655,221.87 | 2,372,874.39 | 991,918.21 | 9,020,014.47 | (611,444.00) | 210,130.25 | 1,060,698.44 | 459,372.69 |

| Activity | Jun-99 | Jul-99 | Aug-99 | Total | Sep-99 | Oct-99 | Nov-99 | Total |
|---|---|---|---|---|---|---|---|---|
| Misc Receipts | (41,656.57) | (97,586.29) | (3,368.23) | (142,613.09) | (76,593.89) | (130,548.51) | (80,875.92) | (288,018.32) |
| Adjustments | (32,461.43) | 211,175.37 | (117,069.45) | 61,644.49 | 200,113.42 | 87,927.22 | 100,990.44 | 389,031.08 |
| Trade Receipts | | | | | | | | |
| JE's | | | (339,534.00) | (339,534.00) | | | (4,371,181.85) | (4,371,181.85) |
| Activity Sum | (74,118.00) | 113,587.08 | (459,971.68) | (420,502.60) | 123,519.53 | (42,619.29) | (4,351,067.33) | (4,270,167.09) |

| Activity | Dec-99 | Jan-00 | Feb-00 | Total | Mar-00 | Apr-00 | May-00 | Total |
|---|---|---|---|---|---|---|---|---|
| Misc Receipts | 7,633.43 | (61,561.20) | (90,308.07) | (144,235.84) | 8,449.69 | (265,582.36) | (136,332.86) | (393,465.33) |
| Adjustments | 222,755.66 | 169,243.88 | 124,552.65 | 536,552.19 | 242,244.56 | 210,935.60 | | - |
| Trade Receipts | | | | | | | | |
| JE's | | 3,422,804.32 | 882,993.92 | 4,305,798.24 | | | (2,305,649.00) | (2,305,649.00) |
| Activity Sum | 230,389.09 | 3,550,487.00 | 917,238.50 | 4,696,114.59 | 250,694.45 | (54,646.76) | (2,368,114.76) | (2,172,067.09) |

| | Q2 99 | Q3 99 | Q4 99 | Q1 00 | Q2 00 | Q3 00 | Q4 00 | Q1 01 |
|---|---|---|---|---|---|---|---|---|
| Max Amount effecting AR Reserve | (3,034,547.10) | 177,897.88 | (1,033,026.54) | (139,244.86) | (550,042.63) | (1,063,181.22) | 535,553.38 | (2,441,981.86) |

Nov-99 $4.3m adjustment to correct negative Consulting invoices, added to JE line to not over state Write Off adjustments, corrected by Jan and Feb JE

NDCA-ORCL 104765
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

ORACLE CONFIDENTIAL

# EXHIBIT 409

Oracle Corporation
Variation Analysis
Unearned Revenue
As of November 30, 2000

| USA UNEARNED REVENUE ACCOUNTS | | Balance 08/31/00 | Balance 11/30/00 | Q1'00/Q2'01 Variance (Inc)/Dec | > $5M Variance Discussion |
|---|---|---|---|---|---|
| 25001 Unearned Rev - Onsite Tech Support | $ | (24,679,668) | (26,736,123) $ | (2,056,455) | |
| 25002 Unearned Interest Income | $ | (1,956,610) $ | (408,664) $ | 1,547,946 | |
| 25003 Unearned CBT Subscription Rev | $ | - | (225,906) $ | (225,906) | Ⓓ wire x-fer |
| 25005 Customer Overpayments | $ | (73,616,273) $ | (125,377,173) $ | (51,760,900) | Ⓐ Increase is a result of a $100M cash received by Oracle from Delphi. The variance is offset by a $11M debit booked to this account to correct a reclassification entry between account 25005 and 12006. The balance was also offset by additional cash applications AALLP notes that last quarter there was n CASE of 75,000, 000 as such, the balance was $116,616,277. Previous to the CASE |
| 25006 Unearned Rev - License & Other | $ | (12,258,986) | (13,760,983) $ | (1,501,998) | |
| 25008 Unearned Rev - Support Manual Adj | $ | (24,284,227) $ | (16,099,580) $ | 8,184,647 | Ⓒ The decrease is due to a larger DSO reclass in Q2 vs Q1 based upon greater activity in Q2. reasonable considering AALLP A/R Analysis |
| 25009 Unearned Rev - Tech Support | $ | (533,025,469) $ | (419,348,772) $ | 113,676,697 | Ⓒ Decrease is due to a larger DSO reclass in Q2 vs Q1 as, Q4 and Q1 tech support was collected in Q2 for services performed in Q1. In addition more contracts were signed at lower amortization. |
| 25010 Unearned Rev - Consulting | $ | 9,638,871 | 25,407,223 $ | 15,768,352 | Ⓓ A greater amount of activity for consulting was incurred in Q2 vs. Q1. Accruals were higher as a result of a greater number of consulting projects. AALLP deems reasonable based on an examination of P&L Activity consulting revenue |
| 25011 Unearned Rev - Education | $ | Ⓔ (48,079,579) $ | (51,872,844) $ | (3,793,266) | |
| 25015 Unearned Rev - Hosting Service | $ | - $ | (5,280,913) $ | (5,280,913) | Ⓔ These deferrals primarily relate to hosting services for BOC and Exchange. In previous quarters, the deferred balances for these transactions were included in account 25009. |
| | | | | | Ⓕ PDW Jennifer Minton, the unreconcilable difference found in Q4'00 has been fully reconciled as of 11/30/00. NPNP. |
| SUBTOTAL | $ | (708,261,940) $ | (633,703,735) $ | 74,558,205 | |
| CORPORATE UNEARNED REVENUE ACCOUNTS | | | | | |
| 25007 Fixed Assets Unapplied Cash | $ | - $ | 30 $ | 30 | |
| 25013 Unearned Revenue - Corporate | $ | (2,237,300) $ | (5,016,877) $ | (2,779,577) | |
| SUBTOTAL | $ | (2,237,300) $ | (5,016,847) $ | (2,779,547) | Tie-out of subtotal  CASE as discussed in Ⓐ (708,261,940) + (75,000,000) = 783,261,940 |
| TOTAL | $ | (710,499,240) $ | (638,720,582) $ | 71,778,658 | Tie-out of total (710,499,240) + (75,000,000) = 785,499,240 as discussed in Ⓐ |

AA 000040
Confidential

Ⓐ cont. AALLP notes that PDW Cynthia Chavez, Treasury, the $100 million is a loan and should not be classified as unearned revenue. The adjustment will be posted before the end of Q3.
CASE    Dr. Unearned Revenue 100,000,000
Cr. Intercompany Imclms 100,000,000    F-6

AR and Deferred Variations Q2FY01

12/7/2000

# EXHIBIT 410

Hon. Edward A. Infante (Ret.)
JAMS
Two Embarcadero Center
Suite 1500
San Francisco, CA  94111
415-774-2611
415-982-5287 (fax)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Case No. C-01-09888-MJJ (JCS)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE THE SPECIAL MASTER'S JULY 17, 2006 ORDER AND TO COMPEL ADDITIONAL ACCOUNTING DOCUMENTS BASED ON RECENT TESTIMONY AND NEW EVIDENCE** |

On October 30, 2006, Plaintiffs submitted a motion to compel Defendants' production of accounting documents.  Defendants' opposition to the motion was submitted on November 13, 2006.  Plaintiffs' reply was submitted on November 20, 2006.   The Special Master has considered the papers and the arguments of counsel and rules as follows:

### Background

*The Revised Second Amended Complaint for Violation of the Federal Securities Laws*

On March 9, 2001, Plaintiff Local 144 Nursing Home Pension Fund, on behalf of itself and all persons who publicly traded securities of Oracle Corporation between December 15, 2000 and March 1, 2001 ("the Class period"), filed a complaint for violation of the federal securities laws (Section 10(b) of the Securities Exchange Act, and Rule 10b-5 promulgated thereunder) against Defendants Oracle Corporation ("Oracle" or "the Company") and Lawrence J. Ellison ("Ellison") arising out of Defendants' dissemination of false and misleading statements concerning Oracle's operations and prospects for Q3 2001.

On October 11, 2002, Plaintiffs filed a second amended complaint.  The complaint included, for the first time, allegations concerning Oracle's accounting during the second quarter

f fiscal year 2001. Plaintiffs' Second Amended Complaint at ¶¶ 8, 35-44. On December 9, 2002, Plaintiffs filed a Revised Second Amended Complaint ("RSAC"), which added additional facts and witnesses relating to the accounting allegations. Plaintiffs allege that in order to mask the fact that sales of Suite 11i were not growing as expected in the second quarter of 2001 and to give investors the impression that sales were accelerating, Defendants created phony sales invoices and improperly recognized revenue from past customer credits and overpayments that Oracle had held in reserve (its "unapplied account") without informing its customers between 1991 and 2000. *Id.*, ¶¶ 8, 36(c). Plaintiffs allege that on November 17, 2000, Oracle executed more than 46,000 sham invoice transactions (debit memos) in order to "clean up" the account, converting the reserved overpayments to revenue totaling approximately $228 million.[1] *Id.*, ¶¶ 8, 37. As a result of Oracle's improper conversion of customer credits to revenue, on December 14, 2000, Oracle falsely reported 2Q01 revenues, causing the Company's stock price to increase.[2] *Id.*, ¶¶ 8, 43. Plaintiffs allege that Oracle's recognition of $228 million as revenue was a violation of Generally Accepted Accounting Principles ("GAAP"), because Oracle had not earned the revenue it was reporting and was not entitled to retain the overpayments it had previously received from its customers. *Id.*, ¶ 42. "Oracle owed its customers refunds for that amount." *Id.*

### Plaintiffs' Requests for Production of Accounting Documents

On December 9, 2004, after the stay on discovery was lifted, Plaintiffs propounded upon Defendants their first set of requests for production of documents. The requests sought, *inter alia*, all documents relating to: credit or debit memos created in November 2000 (request 32); the disposition of unassigned cash receipts assigned to any Oracle reserve account, including but not limited to account 12601 and/or customer overpayments (request 36); any effort or actions reconcile Oracle's "On Account" or "unapplied cash," including unapplied cash account 25005 (request 39); any measures taken from October 2002 to the present relating to refunding customers, adjusting or reconciling invoices, or adjusting credit analyst notes for all customers

---

[1] "Debit memos" are essentially fake invoices that were created by Oracle to make it look like the customer overpayments were actually payments for legitimate invoices. RSAC, ¶ 37(c). "Each of the debit memos lists a 'credit' in the amount of the overpayment and clearly states 'Revenue' at the start of the line item." *Nursing Home Pension Fund, Local 144 v. Oracle Corp.*, 380 F.3d 1226, 1233 (9th Cir. 2004). "Each of the credit line items offsets a debit of the same amount that is identified as a 'Receivable,' which reveals that the funds apparently moved from the receivable to the revenue account ... [i]n other words, the amounts were improperly recognized as revenue." *Id.*
[2] Plaintiffs allege that a witness, Confidential Witness ("CW") 46, reported that Oracle's 2Q01 reported revenues and earnings were false when made and were the result of the improper conversion of more than $228 million of customer cash "On Account" to revenue in 2Q01. RSAC, ¶¶ 36-38. Additional corroboration of is provided by CW 49. *Id.*, ¶ 41

2

(request 40); the November 17, 2001 debit memos and/or unapplied cash (request 42); transactions in Oracle's 25005 account occurring between November 1, 2000 and November 30, 2000 and between October 11, 2002 and March 31, 2003 (request 43); and any "On Account" clean up or reconciliation of Oracle's "On Account" during the relevant time period and/or between October 2001 and March 31, 2003 (request 44).

On January 18, 2005, Defendants provided Plaintiffs with responses to the requests. Subject to and without waiving numerous objections, Defendants agreed to produce "responsive, non-privileged documents for the period June 1, 2000 to March 1, 2001 that relate to debit memoranda identified in the [RSAC] as occurring November 17, 2000." *Id.* On February 17, 2005, Oracle produced a number of documents in response to Plaintiffs' requests.[3]

*The March 10, 2005 Discovery Plan*

On March 1, 2005, Judge Spero held a day-long discovery conference with the parties regarding the Discovery Plan. During the discovery conference, Judge Spero limited production of accounting documents in two ways. First, the Discovery Plan limited production of accounting documents to only those pertaining to the November 17, 2000 account clean up, the 46,000 debit memoranda created at that time, and all documents related to the accounting treatment of those debit memoranda. Second, Judge Spero denied Plaintiffs' request for discovery into the 2002 clean up project. Judge Spero balanced both these limitations on Plaintiffs' discovery, however, by recognizing Plaintiffs' entitlement to: (1) an audit trail and complete history of account transactions for all of the debit memoranda, and (2) the opportunity to reassert a request for discovery relating to the 2002 clean up project if the documents produced in response to the Discovery Plan demonstrated a connection between the debit memos and the 2002 clean up. Specifically, Judge Spero stated to Plaintiffs' counsel:

> You are going to look at every piece of paper that has to do with these debit memos up and down and if it goes through the accounts that you suspect it is going through, well, then, that will be one thing. If it isn't, then it isn't… if it turns out that none of this money passes through the 12601 account, then why isn't that the answer? … Okay. We will find out. ·

---

[3] As part of its production, Oracle produced accounting documents, including: (1) internal and external e-mail communications regarding the creation of the computer program that effected the debit memo project, refunds to customers, and the "on account" clean up generally; (2) screenshots from Oracle's accounts receivable program showing the offsetting debits, credits, refunds and payments for a variety of customers; (3) a variety of reports, including Billing Histories, Summary Trial Balance sheets, Segment Values Listing, Sales Journals, Receipt Histories and the Invoice Register; (4) copies of refund checks; (5) accounts payable check request forms; and (6) a copy of Oracle's presentation to the SEC.

*Id.* Judge Spero concluded by stating that:

> So with respect to the accounting allegations, the subject matter is all of the documents regarding the on account clean up in 2000 – in the relevant time period, all the documents regarding or related to the 46,000 debit memos and all documents related to the accounting treatment of those memos.

*Id.*, Ex. 3 at 44:20-25. On March 10, 2005, Judge Spero issued an Amended Order Setting a Discovery Plan ("the Discovery Plan"). The Court ordered Defendants to produce by May 1, 2005:

> all documents relating to (i) the alleged 'On Account Cleanup' occurring in November 2000; (ii) the 46,000 debit memoranda; and (iii) the accounting treatment of those debit memoranda, including any audit trail, and all related accounting policies.

*Id.*, §§ I.C.4 and II.A.

On May 10, 2005, Defendants produced additional documents in response to the Discovery Plan. Defendants' production included a spreadsheet containing information for each of the 46,000 debit memos, including the debit memo amount and the corresponding credit amount. Myers Decl., ¶ 11.

### The October 19, 2005 Order

On August 5, 2005, Plaintiffs sent a letter to Judge Spero requesting an order compelling Defendants to produce all documents relating to the 46,000 debit memos. Plaintiffs took issue with the spreadsheet produced by Oracle and asserted that Defendants had failed to produce underlying or supporting documents relating to the debit memos, including, invoices, all journal entries and correspondence with customers regarding overpayments. In response, Defendants asserted that they had produced all of the documents contemplated by the Discovery Plan. On August 12, 2005, the parties participated in another conference with Judge Spero. Further meet and confer efforts failed to resolve the parties' dispute. On October 7, 2005, the parties submitted a joint letter to the Court regarding Defendants' production of accounting documents in response to the Discovery Plan.

A hearing regarding the dispute was held before Judge Spero on October 18, 2005. Judge Spero began the hearing by stating:

> I'm concerned that during the course of setting up the very detailed discovery plan in this case, the defendants argued and obtain[ed] a narrower scope of discovery in exchange for a commitment that all of the documents regarding all of these debit memos,

4

including all the underlying documents would be committed. And that, to my mind, is clear as day in the transcript that that [sic] was the position taken at that time. And you are changing your position.

Now, there may be good reasons to change your position, maybe I'll buy that, but one of the things that occurs to me is ... why shouldn't I just hold you to your position?

Judge Spero further stated that:

I'm never going to believe that every canceled check, that every canceled check on 10,000 debit memos are relevant to this case . . . You are never going to be able to convince me of that. So doesn't that mean that that we need some dramatic compromise? You both have to answer those questions.

Prior to hearing oral argument, Judge Spero proposed the following order, which accorded the Plaintiffs the right to seek additional production of documents upon an adequate showing of good cause:

That the defendants would produce all information stored in electronic form regarding all [46,000] debit memos in all underlying transactions ...; that the defendants produce all documents [not in electronic form] regarding the ... debit memos in the underlying transactions only for debit memos over $ 1 million ...; and that lastly, if after reviewing all this evidence the plaintiffs can convince me that there is a good reason why they should get more of the hard documentation regarding ... the underlying transactions ... then we'll take that up at that time.

Addressing the possibility of a further request for accounting documents by Plaintiffs, Judge Spero observed that:

Well, it depends on your showing. You are welcome if you make a good showing, you are unwelcome if you make a bad showing. Seriously, at some point it becomes such minutia. And I'm not reluctant to have them spend a thousand hours preparing what the Court has suggested in terms of the electronic data, I am reluctant to have them spend 45,000 hours or 25,000 hours preparing. It would take some more significant showing to do that.

After hearing further argument by the parties, Judge Spero ordered that Oracle must produce within 30 days:

1.    All electronic information, including electronic images of documents, relating to the debit memos at issue in this case and all transactions that underlie those debit memos, where the debit memos are in amounts of $100,000 or greater.

2.    All paper documents relating to the debit memos at issue in this case and all transactions that underlie those debit memos, where the debit memos are in amounts of $1,000,000 or greater.

There are 776 debit memos in excess of $100,000; these debit memos account for $528 million of the $692 million total of the debit memos created on November 17, 2000. July 17, 2006 Order, citing Myers Decl., ¶ 8. The October 19, 2005 Order was made "without prejudice to Plaintiffs' right to come to this Court and seek additional production of documents and electronic information related to the debit memos, upon a showing of good cause." With respect to the remaining debit memos, Judge Spero stated that "if you guys can work out a sampling on them, that would be great," and that "I think you proposed a sampling at some point."

In November 2005, Defendants produced more than 100 boxes of hard copy documents relating to the transactions underlying the debit memos worth $1 million or more. Defendants also produced an Excel spreadsheet, in native format, containing electronic-stored data regarding the 776 debit memos (that have a dollar amount in excess of $100,000). The spreadsheet or "script output" provided a complete accounting history for the debit memos, organized according to debit memo and their underlying transactions, contemplated by the October 19, 2005 Order. On February 13, 2006 and February 16, 2006, Defendants produced additional accounting documents. On April 27, 2006, Defendants produced thousands of pages of additional spreadsheets, including "call notes" related to customer overpayments and unapplied cash items.

*The July 17, 2006 Order*

On May 25, 2006, Plaintiffs submitted a motion to compel Defendants' production of accounting documents. Specifically, Plaintiffs asked the Special Master to: (1) enforce the Court's March 10, 2005, and October 19, 2005 Orders by compelling Defendants to produce all documents relating to the 46,000 debit memos and the underlying transactions as previously agreed upon by Defendants on March 1, 2005, including eight specific categories of documents; (2) issue an order permitting discovery into Oracle's improper transfers of tens of millions of dollars in customer overpayments and unapplied cash to its bad debt reserve and other accounts (including $20 million in transfers in 2Q01) to inflate Oracle's earnings; and (3) compel defendants to produce documents related to Oracle's 2002 Clean Up and investigation regarding customer overpayments and unapplied cash.

On July 17, 2006, the Special Master issued an order granting in part and denying in part Plaintiffs' motion. *See* July 17, 2006 Order. Plaintiffs' motion to compel production of all documents relating to the 46,000 debit memo transactions was denied. The Special Master, however, found that Defendants' production of a spreadsheet was insufficient to comply with the

October 19, 2005 Order and ordered Defendants to produce *all* electronic information relating to the 776 debit memo transactions that exceed $100,000 and *all* paper documents relating to the debit memo transactions that exceed $1 million. With respect to Plaintiffs' request that Defendants be compelled to produce documents related to a sample of debit memos valued at under $100,000, the motion was granted in part. Defendants were ordered to produce a sampling of documents valued at less than $100,000 (up to 150 debit memos to be selected by Plaintiffs), and to all transactions that underlie those debit memos. Defendants were also ordered to produce all documents and communications relating to Oracle Corporation's transfers of customer overpayments (Account 25005) and unapplied cash (Account 12018) to Oracle's bad debt reserve write off accounts, including Account 12601, which could also be linked to the November 17, 2000 debit memos valued at more than $100,000. Finally, Plaintiffs' request for production of documents related to Oracle's 2002 Clean Up was denied, on the grounds that:

> Plaintiffs' accounting allegations are focused upon the November 17, 2000 debit memos, not Oracle's 2002 Clean Up. As previously stated, documents related to credit memos and refunds that were issued to customers in connection with debit memos are relevant to Plaintiffs' accounting claims and must be produced. Documents related to bad transfers that can be connected to debit memos in excess of $100,000 also must be produced. Plaintiffs' request for production of all documents related to Oracle's 2002 Clean Up, however, is overbroad.

*See* July 17, 2006 at 16. Defendants were ordered to produce the above information and documents no later than August 31, 2006.

### *Oracle's Response to the July 17, 2006 Order*

On August 31, 2006 and September 8, 2006, Defendants produced approximately 350,000 pages of new accounting documents pursuant to the Court's July 17, 2006 Order. Most of the documents are accounting reports, spreadsheets and emails purporting to reflect information relating to 776 debit memos greater than $100,000, and the 150 smaller debit memos selected by Plaintiffs (the "926 debit memos").[4] These documents, however, were heavily redacted by

---

[4] Defendants have produced the following eight types of documents or information pursuant to the Special Master's July 17, 2006 Order: (1) all accounting-related correspondence, with redactions of information unrelated to one of the 926 debit memos, (2) several accounting reports, including a Billing and Receipt History Report, which "provides a comprehensive list of all billings and payment transactions...for each of the customers related to the 926 debit memos...[beginning] on the earliest date on which there is any accounting transaction...with that particular customer, and ends on the last date...", a Receipt Register Report with similar parameters, a Seven Bucket Aging By Customer Report for each of the thirteen months of the relevant time period, and an Unapplied, Unidentified , On Account Payment Report, with parameters similar to those used in the Aging Report, (3) all electronic "notes" and "comments" fields  regarding cash receipts and unapplied receipts, related to accounts payable invoices, and related

Defendants. Plaintiffs assert that: "Some of the reports have been redacted in their entirety, leaving hundreds of pages and thousands of lines of blank spreadsheets. These redactions completely distort the relevant information contained in the reports and obscure the relevant information contained in the documents." Plaintiffs Motion at 3; *see* Greenstein Decl., Exs. 2-8 (examples of Defendants' redactions).

*New Evidence Concerning the 2002 Clean Up Project*

Plaintiffs assert that since the entry of the July 17, 2006 Order, they have discovered new evidence which they believe confirms that the events beginning in October 2002 were directly related to, and used as a cover up for, the November 2000 Clean Up and Defendants' fraudulent use of debit memos and customer overpayments. Plaintiffs offer the following new evidence to support this claim.

### 1. Testimony of Ian Hatada

On October 5 and 10, 2006, Plaintiffs deposed Ian Hatada, a former Oracle Collections Manager who was involved in the 2002 clean up project and attended meetings held to discuss and implement the project. Mr. Hatada's testimony addressed the relationship between the 2002 clean up project, the debit memos created during the November 17, 2000 account clean up and the present lawsuit. Specifically, Mr. Hatada testified about a series of meetings in late October 2002 to discuss an "on account problem" and a significant amount of customer overpayments and unapplied cash that was several years old and that had previously been moved to different accounts by Oracle's creation of debit memos in November 2000 as follows:

> A.    Well, the first—the first meeting that we had to actually give us a—kind of a short overview as to what we were about to get involved with was that the unapplied that we were looking at currently or at that time, there was a lot more in the reserve that we were going to have to try to resolve because of a specific lawsuit that, you know, that we had money that we shouldn't have had, and whether it was in the reserve or the unapplied, but the best description would just be that there was money in an account that was, you know, unapplied money that we had never seen before, and we were going to all of a sudden see and have to resolve.

to credit memos and debit memos, as well as Special Instruction and Notes Relating to Invoices, Credit Memos, and Debit Memos and Dispute Notes Relating to Invoices, (4) electronic data and documents relating to refunds, (5) electronic data, documents, and communications showing any transfers of money from unapplied cash into Oracle's bad debt reserve accounts that could be linked to one of the 926 debit memos, (6) two separate reports related to all accounts receivable "write offs" linked to the 926 debit memos, (7) miscellaneous documents such as a complete copy of the presentation Oracle made to the SEC, and (8) a supplemental Script Output that contains the complete accounting trail for the 926 debit memos. *See* Opposition at 4-10.

Q: And were those the items, as far as you know, that resulted from creation of debit memos previously?

A: I believe that was one of the reasons that Mike Quinn and Greg Myers had given us. Greenstein Decl., Ex. 1 (Hatada Tr. at 128:8-129:2; 257:24-263).

Q: … [w]hat do you recall was the explanation of the on account problem?

A. Well, I—I mean, like this first item, you know, we were called together to explain exactly what it says, that you know, there's an unapplied account issue, there's—there's a lawsuit that's about to happen, and—and we need to resolve—you know, we're going to have to resolve these unapplied amounts, and, you know, there will be a meeting in the near future to explain how we're going to do it. And you know, the bottom line was that they need to figure out if it was—if we had recognized revenue on it or we had not, so if it was revenue impacting or not revenue impacting. *Id.* (Hatada Tr. at 113:19-114:7).

A. From—from what I know from meetings that we had from—with Ryan Roberts, that there was a lawsuit and it was our job to clean up the unapplied plus what had been now moved in to the unapplied account from other accounts because the lawsuit, so in an effort to—to clean that up, to—to help Oracle with this lawsuit. That was what—my understanding. *Id.* (Hatada Tr. at 264:12-265:6)

Additionally, Hatada testified that he was instructed to research and determine the "revenue impact" of Oracles' misuse of customer overpayments, told by Mike Quinn that the results of the investigation were to go to Jeff Henley, and that the revenue impact was "major." *Id.* (Hatada Tr. at 307:5-9, 266:10-21 and 153:16-154:6)  Handwritten notes taken by Mr. Hatada contemporaneously with the meetings discussing the events in 2002 also contain multiple references to "debit memos," "on account" and "revenue impact" of the items pertaining to the project. The notes also refer to a "56m" amount for "2 years" which Mr. Hatada testified was the amount of unapplied cash that was transferred to Oracle's reserve during a two year period. *Id.* (Hatada Tr. 305:13-306:21).

## 2. Testimony of Terry Elam

On September 28, 2006, Plaintiffs deposed Terry Elam, a current Oracle manager and former Accounts Receivable Manager involved in the unapplied cash project in 2002. Mr. Elam was one of the few individuals that Greg Myers named as having helped him prepare Oracle's presentation to the SEC on the debit memo issue. Greenstein Decl., Ex. 14 (Myers Tr. at 322:20-323:10). Mr. Elam gave the following testimony:

Q. Was there more than one discussion about that, about on-account debit memos being credit memoed two years after November 17th, 2000?

A. I don't recall any—how many there were.

Q. Okay. Well, what do you—just what do you recall about those discussions at all?

A. Um, specifically in the—from Greg Myers about the process related to pulling out some of the entries into the 12601 account in the October-November of 2002 time frame.

Q. Okay. So pulling out some of the entries in 12601; is that what you said?

A. Yeah. The associated entries with the debit memos. Greenstein Decl., Ex. 15 (Elam Tr. at 185:23-186:11).

. . .

A: There—it's a—there's a specific process of—associated with a debit memo that you have to follow to, um, pull—there's two—there's a miscellaneous receipt that you need to—to take out or reverse out of this system, plus unapply a debit memo to actually process the credit memo on it.

Q. Right. But why were you—why were you processing credit memos—or why were you reversing entries into 12601 during 2002?

A: Well, that's part of the spreadsheet that was given to myself, was there was a number of steps needed to credit memo the debit memo. And part of that is to reverse out the miscellaneous receipt into 12601. *Id.* (Elam Tr. at 187: 10-188:2).

### 3. Testimony of Jennifer Minton

Plaintiffs also cite as significant, the contradictory testimony by Oracle's current CFO and former Vice President of Global Finance during the Class Period, Jennifer Minton. On July 7, 2006, during the first day of her deposition, Ms. Minton testified that she had not been involved in the 2002 investigation into Oracle's unapplied cash problem, and had been told by Oracle's legal department to keep herself uninvolved from the 2002 investigation and that she did not know the results of the investigation. On September 25, 2006, the second day of her deposition, Ms. Minton clarified her testimony, stating that she was aware that there was an investigation going on, and she became aware of the results of the investigation and did discuss the financial results of the investigation with Tom Williams. Greenstein Decl., Ex. 17 (Minton Tr. at 278:15-279:20).

### 4. New Documents

Plaintiffs additionally cite several documents produced in response to the Special Master's July 17, 2006 Order as new evidence of a connection between the 2002 clean up project and the debit memos created on November 17, 2000. A key document is a 318 page spreadsheet dated April 23, 2003 with 2 tabs that includes the column headings "Total amounts to adjust up & apply," "Explanation," "Debit Memo Number if app.," "Reason for Credit Memo," "Ok to refund per Telam [Terry Elam]," "PA Reason for Credit Memo" and "Refund/Adjust." (NDCA-ORCL 274340-793547). All but 34 of over 4,500 rows of this spreadsheet, however, have been redacted by Defendants. Greenstein Decl., Ex. 20. NDCA-ORCL 835639-835763 is a 125 page spreadsheet dated May 28, 2003 with two tabs, including the column headings "Revenue Reversed?," "Amount CM'd," "Amount Paid," "Amount Adj[uste]d," "Amount in Dispute," "Scrubbed Amount," "In Dispute" and "Reason Code." All but seven of over 3,000 rows of data have been redacted. *Id.,* Ex. 21.

Finally, Plaintiffs state that after analyzing the information produced regarding the 926 debit memos, 180 of the 926 debit memos (almost 20%) were reversed and at least 68 were refunded as part of the 2002 unapplied cash project. *Id.,* Ex. 16. "Of the 150 smaller debit memos selected by Plaintiffs pursuant to the Court's July 17, 2006 Order, approximately 27% of those debit memos were reversed and/or refunded as part of the unapplied cash project in 2002. Reply at 7 (citing ex. 16).

### New Evidence Concerning Transfers to Account 12601

Plaintiffs also offer new evidence relating to Oracle's transfers of unapplied cash to Oracle's bad debt reserve in 2Q01. Plaintiffs assert that analysis of the documents Defendants have produced in response to the July 17, 2006 Order reveal that "some of the more than $20 million in customer overpayments from Account 25005 that were transferred to Account 12601, thereby inflating Oracle's 2Q01 results, were made in connection with smaller debit memos that Oracle refuses to produce." Motion at 17. Plaintiffs assert that "evidence reveals that Oracle frequently performed an 'auto-adjustment' or 'sweep' of unapplied cash to Oracle's bad debt reserve that transferred extremely small dollar amounts, in some cases as little as $0.01. Greenstein Decl., Ex. 24." *Id.* Oracle representative Tom Williams had testified that the auto-adjustment only occurred once in January 2002. Mr. Hatada testified during his deposition that from his understanding "this is something that was ran either—you know, I don't know how

often, but I know it wasn't something that wasn't ran once." Greenstein Decl., Ex. 1 (Hatada Tr. at 348:18-349:20).

Legal Standard

"Parties may obtain discovery regarding any matter, not privileged, that is relevant to the claim or defense of any party." Fed.R.Civ.P. 26(b)(1). "For good cause, the court may order discovery of any matter relevant to the subject matter involved in the action." *Id.* "Relevant information need not be admissible at the trial if the discovery appears reasonably calculated to lead to the discovery of admissible evidence." *Id.* "Whether material is relevant is ... a function of the relationship of the data to the central accusations of [the] lawsuit." *U.S. ex rel. Fisher v. Network Software Associates,* 217 F.R.D. 240, 245 (D.D.C. 2003) (citation omitted).

"All discovery is subject to the limitations imposed by Rule 26(b)(2)(i), (ii), and (iii)." Fed. R. Civ. Proc. 26(b)(1). "Rule 26(b)(2)(iii) expressly limits discovery where the burden or expense of the proposed discovery outweighs its likely benefit." *Jackson v. Montgomery Ward & Co., Inc.,* 173 F.R.D. 524, 528 (D.Nev. 1997). "The party claiming that a discovery request is unduly burdensome must allege specific facts which indicate the nature and extent of the burden, usually by affidavit or other reliable evidence. *Id.* at 528-529 (citations omitted). "Just because complying with a discovery request will involve expense or may be time consuming, does not make it unduly burdensome." *Id.* at 529 (citations omitted).

In *Seafirst Corp. v. Jenkins,* 644 F.Supp. 1160 (W.D.Wash. 1986), the Comptroller of the Currency asserted that the subpoenas seeking copies of specific reports were overbroad in that much of the information contained in the reports was irrelevant to the litigation. The court stated that:

> The court believes that disclosure of some possibly irrelevant material will cause no harm. In contrast, partial disclosure may tend to distort the tenor of the reports. *See Franklin Nat'l Bank,* 478 F.Supp. at 585. The court observes that the redacted versions of [the] reports the Comptroller supplied to class plaintiffs two years ago are incoherent and virtually useless.
> The court concludes that the best course of action is to require production of whole reports. This approach eliminates any burden on OCC to separate relevant and irrelevant portions of the reports. It also protects the litigants from possible nondisclosure of information they might consider significant.

*Id.* at 1165.

In *In re Atlantic Financial Federal Securities Litigation,* 1991 WL 153075 (E.D.Pa. August 6, 1991), a class action securities fraud case, the plaintiffs filed a motion to compel production of *inter alia* minutes of and reports to the board of directors and unredacted copies of documents previously produced. The plaintiffs asserted that the defendants had deleted and withheld highly relevant pages from the documents it produced, and that the defendants had redacted other documents to such an extent that they had been rendered meaningless. Defendants responded "that the vast majority of the documentation would be provided in unredacted form," but noted that "only those documents containing irrelevant information ... were ... redacted." After noting the plaintiffs' reliance upon *Seafirst,* the court stated that:

> In the present case, no privileges are asserted by [the defendants] and the only objection made is that the redacted information is irrelevant. Given that relevancy is broadly construed for discovery purposes ... and that plaintiffs have indicated the possibility of additional relevant information within the redacted documents, it is within this Court's discretion to order the documents produced in unredacted form. Moreover, defendants are already well-protected from improper disclosure by the confidentiality order. Therefore, in the event that there are documents yet unproduced or produced in redacted form, defendants are ordered to produce those to plaintiffs.

*Id.* at *4.

In *In re Medeva Securities Litigation,* 1995 WL 943468 (C.D.Cal. May 30, 1995), the plaintiff filed a motion for an order compelling further production of documents. The plaintiff complained that the defendants had redacted at least some material from "thousands" of documents, and that in some cases, the documents have been redacted so severely that they are unusable or devoid of context. Defendants responded that they have redacted the documents based upon a number of principles, including: (i) privilege; (ii) descriptions of pending litigation; and (iii) outside the relevant time period. The court stated that:

> The problem is less the principles than the procedure. The Court does not welcome unilateral editing of documents by the producing party. Even when implemented with restraint and in good faith, the practice frequently gives rise to suspicion that relevant material harmful to the producing party has been obscured. It also tends to make documents confusing or difficult to use. All too often, the practice results in litigation of collateral issues and *in camera* review of documents by the Court, with the result that the time of both counsel and the Court is wasted. These drawbacks ordinarily outweigh the minimal harm that may result from disclosure of some irrelevant material. Infrequently, where a document contains a paragraph of privileged or very sensitive material, redaction is a sensible solution. Under those circumstances, however, the party requesting production should be given a document-by-document indication, such as plaintiffs

received with respect to allegedly privileged documents in this case, as to the nature of the material redacted and the basis for the redaction.

*Id.* at *3. The court found that with respect to documents redacted for reasons other than privilege, corrective measures were warranted, and granted the plaintiffs' motion to compel the defendants to produce unredacted copies of documents redacted on a basis other than privilege. *Id.*

<u>Discussion</u>

*Oracle's Redactions of Documents Produced Pursuant to the July 17, 2006 Order*

Plaintiffs contend that Defendants improperly redacted hundreds of thousands of pages of documents related to the 926 debit memos. Plaintiffs assert that Defendants "have redacted all information that cannot be specifically traced to one of the 926 debit memos, even if that information contains information on other debit memos and account-level reconciliations that consolidate other smaller debit memo items. Plaintiffs object that these redactions "completely distort the relevant information contained in the reports and obscure the relevant information contained in the documents, and that Defendants' unilateral redaction for relevance or 'non-responsiveness' is improper. Plaintiffs assert that Defendants are not redacting the information based upon the attorney-client privilege, work product doctrine, trade secret or right to privacy grounds. Plaintiffs assert that "the July 17, 2006 order was premised on defendants' argument that producing information on the other 45,000+ debit memos was unduly burdensome and would cost 'millions' of dollars to produce." Plaintiffs contend that: (1) Defendants' burden argument does not apply to documents and reports already produced and (2) "the burden of searching, analyzing and redacting thousands of lines of data from reports, spreadsheets and emails…is far greater than the minimal burden of merely producing the documents in unredacted form."

Defendants contend that the redacted information has "nothing to do with the 926 debit memos" and does not relate to the 926 debit memos. Defendants assert that given the nature of the documents and the parameters of the reports produced as part of the supplemental accounting production, Defendants believe that much of the redacted information has nothing to do with any of the 46,000 debit memos." Opposition at 12. Defendants assert that given the information they have produced, the argument that the redactions distort the accounting history of the 926 debit memos is demonstrably incorrect. Defendants assert that their produced documents were guided by the prior orders of the Court and the Special Master, which "clearly set forth that Plaintiffs are

entitled only to information that relates to the 926 debit memos. Defendants assert that multiple courts have upheld a responding party's redactions of non-responsive information in discovery productions, and assert that they have redacted non-responsive, confidential, and proprietary information pertaining to transactions and customers having nothing whatsoever to do with the 926 debit memos.

Finally Defendants assert that there is a substantial burden associated with producing information unrelated to the debit memos. Defendants argue that granting Plaintiffs' request for unredacted documents would impose a substantial burden on Defendants because "Plaintiffs undoubtedly would seek (as they have in the past) documents underlying these extraneous transactions on the theory that the limited information set forth in the unredacted documents does not provide enough context for Plaintiffs to understand the transactions." Opposition at 15. Defendants claim they have already spent a massive amount of time and money complying with the accounting discovery orders and that Plaintiffs will attempt to use any additional discovery to manufacture new claims that have nothing to do with the accounting allegations in their complaint. *Id.*

In reply, Plaintiffs assert *inter alia* that: (1) speculation about the possibility of future discovery battles arising from the production of documents does not constitute an unreasonable burden under Fed. R. Civ. P. 26, because such a rule would render virtually any document request unduly burdensome; (2) Defendants' claims that they have redacted "confidential and proprietary information" are entirely conclusory, and Defendants have failed "to identify a single piece of data that is confidential or 'proprietary' under Fed. R. Civ. P. 26(c) such as trade secrets, social security numbers, private banking account numbers or other private information;" and (3) the stipulated protective order ensures that there is no risk that any proprietary information will be disclosed by production of unredacted documents.

The July 17, 2006 Order requires Defendants to produce documents and information related to the 926 debit memos. The order did not permit Defendants to redact information from the documents that Defendants believe to be non-responsive. The documents at issue were produced by Defendants in response the July 17, 2006 Order, and thus clearly contain relevant information. Any and all redactions from responsive documents must be logged and explained. Consistent with the cases cited above, while a party may redact privileged material from a responsive document, it is inappropriate for a party to redact information on the basis that

information is "non-responsive." Defendants' unilateral redaction of information from the supplemental accounting documents on the grounds it is not relevant or is "non-responsive" is improper. Defendants have failed to support their brief assertion that they have redacted "confidential" and "proprietary information" from the documents responsive to the July 17, 2006 Order. Defendants' burden argument with respect to producing unredacted copies of the documents already produced is unpersuasive.[5]

Accordingly, Plaintiffs' motion to compel production of unredacted copies of all documents (including reports, spreadsheets and e-mails) produced by Defendants pursuant to July 17, 2006 Order is GRANTED.

### All Documents Relating to Oracle's October 2002 Unapplied Cash Project

Plaintiffs' May 25, 2006 motion to compel sought production of documents related to Oracle's 2002 "Clean Up" of customer overpayments and unapplied cash. Plaintiffs asserted that the 2002 Clean Up, commenced shortly after Plaintiffs filed their Second Amended Complaint adding accounting allegations, was an attempt to conceal the previous November 2000 Clean Up, the fraudulent impact of the debit memo transactions, the improper bad debt reserves transfers and the overall unapplied cash scheme to hide customer overpayments. Plaintiffs sought an order compelling Defendants to produce "all documents and communications relating to any investigation, clean up, project or reconciliation relating to Oracle's unapplied cash, bad debt reserve, or customer overpayment accounts after November 17, 2000, including but not limited to any investigation relating to Account 25005, Account 12601, or Account 12018 and any debit memos, credit memos or refunds associated with those investigations. The motion to compel production of such documents was denied on the basis that while documents related to credit memos and refunds that were issued to customers in connection with debit memos were relevant to Plaintiffs' accounting claims, Plaintiffs' request for production of all documents related to Oracle's 2002 Clean Up was overbroad.

Plaintiffs contend that new evidence has confirmed that Oracle's unapplied cash project in 2002 was a direct result of Plaintiffs' lawsuit and the debit memo allegations, and as such, all documents relating to Oracle's unapplied cash clean up project commenced in October 2002 are relevant to Plaintiffs' accounting allegations and thus discoverable. Plaintiffs assert that: (1)

---

[5]  It is usually more burdensome and costly to redact documents than to produce documents without redaction.

contrary to Defendants' previous representations that there was "no connection whatsoever" between the events in 2002 and Plaintiffs' accounting allegations, new testimony from former Oracle collections manager, Ian Hatada, confirms that the events in 2002 were related to the November 2000 Clean Up and the debit memos; (2) new testimony by former Oracle accounts receivable manager Terry Elam and Oracle's current CFO, Jennifer Minton, confirms that the 2002 project was related to Plaintiffs' accounting allegations; (3) new documents produced since the entry of the July 17, 2006 Order confirm that the unapplied cash project beginning in 2002 is related to Plaintiffs' accounting allegations; and (4) new evidence confirms that thousands of credit memos were issued and millions of dollars were refunded for debit memo items in 2002 and 2003. Plaintiffs assert that the cited testimony and documents, not available at the time of the entry of the July 17, 2006 Order, confirms that the investigations and events beginning in October 2002 were not "separate" events unrelated to Plaintiffs' lawsuits and the debit memo transactions as defendants have repeatedly represented, and that the project in 2002 resulted in the reversal of debit memo transactions and countless refunds of millions of dollars that were directly related to debit memos and the November 2000 Clean Up.

Defendants contend that Plaintiffs have not provided any basis for additional discovery into the October 2002 unapplied cash project. Defendants assert that: (1) Mr. Hatada's testimony "amounts to little more than speculation and hearsay from a former Oracle employee who readily admitted that he did not understand what he was being told to do " and that Mr. Hatada had "no accounting background, training, or knowledge, no familiarity with Oracle's revenue recognition policies, and no involvement at any time with Oracle's revenue recognition process" (Hatada Tr. at 350-363; 473:4-11; 376:16-19; 379:7-20); (2) numerous witnesses have confirmed the lack of connection between the unapplied cash project (2002 Clean Up project) and the debit memos, citing the testimony of Molly Littlefield-Venkataramana (another Collections Manager involved in the October 2002 activities), and Michael Quinn and Thomas Williams, both former high-level Oracle executives; (3) neither Elam nor Minton "suggested even remotely that there was a connection between the creation or accounting of the debit memos and the unapplied cash project;"[6] and (4) the documents produced in response to the July 17, 2006 Order do not justify a

---

[6] When asked, "do you believe that any of the steps you took in that time period, October-November of 2002, changed the original accounting of the on-account debit memos that were created in November of 2000?" Mr. Elam answered, "No, I do not." Collins-Burgard Decl., Ex. 33, (Elam Tr. at 330:5-13). Mr. Elam further testified that he did not recall any conversations in October 2002 regarding refunds of debit memos and that he did not know even if

17

reconsideration of the scope of discovery, stating that "if there truly were a connection between the debit memos and the unapplied cash project, one would expect that a larger percentage of the debit memo transactions would have been refunded as part of the 2002 unapplied cash project, instead of the 68 debit memos identified by Plaintiffs."

In reply, Plaintiffs assert that Defendants have repeatedly represented to Judge Jenkins, Judge Spero, and now the Special Master, that the 2002 unapplied cash project and investigation had "no connection whatsoever" to the debit memos and the November 2000 Clean Up. Greenstein Reply Decl., Exs. C (March 1, 2005 Hearing Tr. at 51:19-53:2; *Id. at 52:17-22*), D (July 10, 2006 Hearing Tr. at 79:11-14 -"The creation of the debit memos had no financial impact whatsoever and that it was a discrete separate event from the unapplied cash cleanup that happened in October of 2002…and there is no link…."); *see also id.*, Ex. D at 80:9("There simply is no connection there."). Plaintiffs, after quoting statements from Defendants' opposition brief asserting that Defendants have already "produced any documents or electronic information generated as part of that [unapplied cash] project that could be linked to one of the 926 memos," ask "how can some of the 926 debit memos be 'linked' to the 2002 project if there is 'no connection whatsoever' between the two events?" and "why were senior Oracle accounting officers asking collections personnel to research, reverse, and refund debit memos as part of the 2002 unapplied cash project." Plaintiffs assert that they have established that 20% of the sampled debit memos valued over $100,000 and 27% of those sampled valued at less than $100,000 were reversed and/or refunded during the 2002 unapplied cash project. Plaintiffs note that Mr. Hatada has the same personal knowledge of the events in late 2002 as Ms. Venkataramana and that the conflicting testimony of the two only further justifies the need for discovery into the 2002 Clean Up project. Plaintiffs argue that Defendants' strategy of attacking Mr. Hatada's personal knowledge completely fails to offer evidence refuting his testimony that he and the rest of Oracle's collections staff "was told that the lawsuit and debit memos were part of the same 'problem' that had to be cleaned up immediately to determine the 'revenue impact of the debit memo transactions. Ex. 1 at 128:8-120:2; 257:24-263." Plaintiffs further reassert that Ms.

his work in October 2002 involved any debit memos. *Id.* (Elam Tr. at 188:3-13). Mr. Elam also testified that there was no accounting impact from "credit memo'ing" debit memos in October 2002. *Id.* (Elam Tr. at 332: 7-11).

Ms. Minton's clarification of her testimony on the second day of her deposition was not contradictory, but only an attempt to ensure her testimony was accurate and complete. The information she received concerning the 2002 Clean Up project undercuts Plaintiffs' position because Minton was told "there was not a material impact on [Oracle's 2001] financial statements…." *Id.*, Ex. 14 (Minton Tr. at 278:15-279:20).

Minton's deposition concerning the 2002 unapplied cash project is contradictory and further justification for discovery into the project. Finally, Plaintiffs also contend that Defendants ignore the relevant testimony of Terry Elam, which confirms that the unapplied cash project in 2002 had the effect of "unapplying" debit memos and "reversing" transactions underlying the debit memos.

Judge Spero stated during the March 1, 2005 conference concerning the discovery plan:

> You are going to look at every piece of paper that has to do with these debit memos up and down and if it goes through the accounts that you suspect it is going through, well, then, that will be one thing. If it isn't, then it isn't… if it turns out that none of this money passes through the 12601 account, then why isn't that the answer? … Okay. We will find out.

*Id.*, Ex. 3 at 44:3-19. There is no dispute between the parties that roughly 20% or more of the debit memos go "through the accounts that [Plaintiffs] suspect [they are] going through." Therefore, Plaintiffs have given the Court reason to reconsider whether discovery should be allowed into the 2002 unapplied cash project.

Mr. Hatada's testimony that he and the rest of Oracle's collections staff was told in 2002 that the unapplied cash clean up project was in response to a law suit and concerned debit memos created in 2000 cannot be negated by attacking Mr. Hatada's personal knowledge of Oracle's accounting practices. Although not conclusive on the issue, Mr. Hatada's testimony, Mr. Elam's testimony, Ms. Minton's testimony, and the documentary evidence offered by Plaintiffs in this motion together raise substantial questions about the relationship between the November 2000 debit memos and the 2002 Clean Up.

Judge Spero has already voiced concern that Defendants have made statements to the Court regarding discovery of accounting documents and then later changed their position. Here, again, Defendants have stated one position (that there is no link between the debit memos and the 2002 Clean Up project) and later shifted that position (by claiming all linked documents have been produced and that the link is not substantial). Given the Defendants' former position and the new evidence offered by Plaintiffs, the Special Master concludes that information relating to events concerning the October 2002 unapplied cash project are reasonably calculated to lead to discovery of admissible evidence regarding Plaintiffs' accounting allegations and Defendants' scienter during the Class Period. Defendants did not offer or suggest any reasonable restrictions regarding the scope of documents requested by Plaintiffs. Defendants similarly failed to offer any burden argument with respect to Plaintiffs' request. Given the new evidence presented, the

urden or expense of the proposed discovery is outweighed by its likely benefit.

Accordingly, Plaintiffs' motion to compel production of documents relating to Oracle's napplied cash clean up project commenced in October 2002 is GRANTED.

*All Documents Relating to Transfer of Customer Overpayments and Unapplied Cash
to Account 12601 in Connection with Oracle's 2Q01*

In Plaintiffs' May 25, 2006 motion to compel production of accounting documents, Plaintiffs asserted that discovery had demonstrated that Oracle overstated its 2Q01 earnings by at east an additional $20 million by improperly transferring customer overpayments (Account 25005) to Oracle's Bad Debt Reserve (Account 12601) between August 2000 and August 2002, directly impacting the Class Period, and that documents relating to Oracle's improper transfers of n017 napplied cash to the bad debt reserve are relevant to Plaintiffs' allegations that Oracle mproperly used customer overpayments and unapplied cash to inflate Oracle's earnings in 2Q01, citing paragraphs 35-41 of the RSAC.[7] In the July 17, 2006 Order, the Special Master found that documents relating to transfers of customer overpayments and unapplied cash to Oracle's bad debt reserve which can also be linked to the November 17, 2000 debit memos are relevant to Plaintiffs' accounting claims. Defendants were ordered to produce all documents and communications relating to Oracle Corporation's transfers of customer overpayments (Account 25005) and unapplied cash (Account 12018) to Oracle's bad debt reserve write off accounts, including Account 12601, which can also be linked to the 926 debit memos.

Plaintiffs contend that Defendants continue to refuse to produce documents relating to Oracle's transfers of unapplied cash to Oracle's bad debt reserve account. Plaintiffs assert that analysis of documents relating to the 926 debit memos reveals that more than $20 million in customer overpayments from Account 25005 that were transferred to Account 12601, thereby inflating Oracle's 2Q01 results, were made in connection with smaller debit memos that Oracle refused to produce. Plaintiffs assert that the bad debt transfers were not limited to the 926 debit memos, and that new evidence reveals that Oracle frequently performed an "auto-adjustment" or "sweep" of unapplied cash to Oracle's bad debt reserve that transferred extremely small dollar amounts, in some cases as little as $0.01. Greenstein Decl, Ex. 24. During his deposition, Mr.

---

[7] Plaintiffs sought an order compelling Defendants to produce "all documents and communications relating to Oracle Corporation's transfers of customer overpayments (Account 25005) and unapplied cash (Account 12018) to Oracle's bad debt reserve write off accounts, including Account 12601, from the period June 2000 through the present." *See* Plaintiffs' Proposed Order Granting Plaintiffs' Motion to Compel Defendants' Production of Accounting Documents at ¶ 3.

Hatada testified, "From my understanding this is something that was ran either—you know, I don't know how often, but I know it wasn't something that wasn't ran once." *Id.*, Ex. 1 (Hatada Tr. at 348:18-349:20). Plaintiffs assert that this evidence calls into question Tom Williams' testimony to the Special Litigation Committee that the auto-adjustment process occurred only once in January 2002.

Plaintiffs contend that they are "entitled to discovery into the bad debt transfers that occurred or impacted Oracle's 2Q01, the specific quarter that plaintiffs allege was false in the SAC." Plaintiffs assert that there is no burden in producing documents relating to Oracle's bad reserve transfers for the single quarter 2Q01 because Defendants have already preserved the documents at issue and already done the research and analysis of which debit memos had a credit balance due to cash in Account 12601 as of November 2001. Specifically, Plaintiffs cite the declaration of Greg Myers, which states, "[A]ll of the 12601 transactions (from the original cash receipt transactions through the final positive miscellaneous receipt transactions) from August 2000 up through the period immediately preceding the recent 12601 project have been electronically preserved, including all of the most recent comments associated with those transactions. *Id.*, Ex. 25. Plaintiffs also cite an email from Terry Elam to Greg Myers which states: "Greg, Attached is the data from the master file for the debit memos that have a Cr. Balance due to cash as of Nov-00 in the 12601 account." *Id.*, Ex. 26.

Defendants contend that they have fully complied with the July 17, 2006 Order which required Defendants to produce only those documents concerning transfers to its bad debt reserve accounts "which can also be linked to the November 17, 2000 debit memos valued at more than $100,000." July 17, 2006 Order at 17-18. Defendants state that they voluntarily produced documents concerning transfers to its bad debt reserve accounts which could be linked to the 150 smaller value debit memos selected by Plaintiffs. Defendants argue that the exhibit relied upon by Plaintiffs, Exhibit 24, in seeking discovery of the purported "auto adjustments" is not new and was produced long ago and was used by Plaintiffs to question numerous witnesses well before the July 17 Order. Defendants argue that Mr. Hatada's testimony on this issue has no substantive value since he "acknowledged that he had no involvement in the creation of the debit memos, did not learn about them until two years later and still does not understand the accounting function of a debit memo." Finally, Defendants state that Plaintiffs' claim that there is no burden associated with producing the requested documents is unfounded and that they would face a substantial

burden in having to produce additional documents beyond the scope of the July 17 Order.

In reply, Plaintiffs state that they seek "documents related to a discreet amount of transfers ($20+ million) related to one specific quarter (2Q01). Plaintiffs reassert that both the email from Mr. Elam to Mr. Myers and the testimony of Mr. Hatada are new evidence establishing the readily availability of a "master file" concerning "debit memo's that have a Cr. Balance due to cash as of Nov-00 in the 12601 account" and that the auto-adjustment process for transferring small amounts of overpayments into the bad debt reserve was regularly used. Plaintiffs argue that while Defendants assert in a conclusory fashion that there is a substantial burden involved in producing what Plaintiffs contend is highly relevant evidence, Defendants make no showing of this burden. Plaintiffs contend that because the July 17, 2006 Order was premised on defendants' assertions of burden, the newly proffered evidence entitles them now to seek a broader scope of discovery since "[t]he relevance of the documents far outweighs any speculative burden that defendants allege." Reply at 14.

In the July 17, 2006 Order, the Special Master concluded that documents relating to transfers of customer overpayments to Oracle's bad debt reserve, which could also be linked to the November 17, 2000 debit memos were relevant to Plaintiffs' allegations. The new or different evidence cited by Plaintiffs, Exs. 11 and 26, reveal a further connection between the debit memos and Oracle's bad debt reserve account during the relevant period. Plaintiffs now seek additional documents related to Oracle's 2Q01. The requested information is relevant to Plaintiffs' allegations. The master file created by Mr. Elam should substantially decrease the burden created by enlarging the scope of production to include all such documents related to 2Q01. Plaintiffs have also produced new testimony suggesting the possibility that the auto-adjustment process was more than a one time event. Defendants have offered no specific rebuttal as to the burden involved in using the master file referred to in Mr. Elam's email to produce the requested documents. Given the new evidence presented, the burden or expense associated with the production of all documents concerning Oracle's transfers of over $20 million in unapplied cash and/or customer overpayments from Account 25004 to Account 12601 in connection with Oracle's second fiscal quarter 2001 is outweighed by its likely benefit. Accordingly, Plaintiffs' motion to compel production of all documents relating to Oracle's transfer of the more than $20 million in transfers of customer overpayments and unapplied cash from Account 25005 to Account 12601 in connection with Oracle's 2Q01 is GRANTED.

## Order

For the reasons set forth above,

1.  Plaintiffs' motion to compel production of unredacted copies of all documents produced pursuant to the Special Master's July 17, 2006 Order re: accounting documents is GRANTED.

2.  Plaintiffs' motion to compel production of all documents relating to Oracle's unapplied cash project beginning in October 2002 is GRANTED.

3.  Plaintiffs' motion to compel production of all documents relating to Oracle's transfer of the more than $20 million in transfers of customer overpayments and unapplied cash from Account 25005 to Account 12601 in connection with Oracle's 2Q01 is GRANTED.

4.  Defendants shall provide Plaintiffs with the electronic information and documents required by this ORDER no later than January 17, 2007.

IT IS SO ORDERED.

Dated: _12-19-06_

Hon. Edward A. Infante (Ret.)
Special Master