# EXHIBIT 411

Refund Debit Memos

**Subject: Refund Debit Memos**
        Date: Tue, 14 Nov 2000 23:31:39 -0800
        From: Sanjay Kumar <sanjay.kumar@oracle.com>
Organization: Oracle Corporation
        To: "Myers,Greg" <GREG.MYERS@oracle.com>,
        "Bhat,Krithika" <KRITHIKA.BHAT@oracle.com>,
        "Hock,Paul" <PAUL.HOCK@oracle.com>, "Long,Paul" <PAUL.LONG@oracle.com>

Greg,

I ran the job to create the debit memos on test system couple of times. Here is
some findings :

- Total number of on account entries found are 46,811 (=46,793+18)
- There are 1559 receipts which has more than one On Account entry (e.g. rec#
8073, cust# 1021). For these cases, there will be more than one debit memo.
- There were 367 receipts which has customer without active bill to address. The
bill to address is a must to create debit memos.
- Out of 367, there are 297 distinct customer which does not have active bill to
address
- Out of 367, there are 9 customers does not have address at all.
- I found 18 receipts which has on account entry but because of the bad data
these can not be queried from screen.

Please see the attached document for customer without proper address and bad
receipts. I did not test the case for more than one on account entry. I will
test this also and will show how will it look.

The first run of my script will clean 99% of on account entry. The other 1% we
could clean after fixing the data in the tables. My scripts are rerun able and
each run process only the unprocessed data. I will keep you posted.

Thank You
Sanjay Kumar

| | |
|---|---|
| CustomerAddress.xls | **Name:** CustomerAddress.xls<br>**Type:** EXCEL File (application/msexcel)<br>**Encoding:** base64 |

EXHIBIT 10
Rachel A. Forster
CSR No. 6948
Date: _____
Witness:
_____

ORACLE

NDCA-ORCL 048716

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER


c: Refund Debit Memos

**Subject: Re: Refund Debit Memos**
**Date:** Thu, 16 Nov 2000 15:54:59 -0800
**From:** Greg Myers <greg.myers@oracle.com>
**Organization:** Oracle Corporation
**To:** Sanjay Kumar <sanjay.kumar@oracle.com>
**CC:** "Bhat,Krithika" <KRITHIKA.BHAT@oracle.com>,
"Hock,Paul" <PAUL.HOCK@oracle.com>, "Long,Paul" <PAUL.LONG@oracle.com>,
Debbie McKelvie <Deborah.McKelvie@oracle.com>,
Kim McMurdo <kimberly.domeney@oracle.com>

Sanjay- Kim McMurdo is taking the lead on this for my group. We are planning on creating the
address: 1001 Sunset Blvd. Rocklin, CA 95765 as the Primary Bill-to address for these customers.

Debbie- FYI.

Greg

Sanjay Kumar wrote:

> Greg,
>
> I ran the job to create the debit memos on test system couple of times. Here is
> some findings :
>
> - Total number of on account entries found are 46,811(=46,793+18)
> - There are 1559 receipts which has more than one On Account entry (e.g. rec#
> 8073, cust# 1021). For these cases, there will be more than one debit memo.
> - There were 367 receipts which has customer without active bill to address. The
> bill to address is a must to create debit memos.
> - Out of 367, there are 297 distinct customer which does not have active bill to
> address
> - Out of 367, there are 9 customers does not have address at all.
> - I found 18 receipts which has on account entry but because of the bad data
> these can not be queried from screen.
>
> Please see the attached document for customer without proper address and bad
> receipts. I did not test the case for more than one on account entry. I will
> test this also and will show how will it look.
>
> The first run of my script will clean 99% of on account entry. The other 1% we
> could clean after fixing the data in the tables. My scripts are rerun able and
> each run process only the unprocessed data. I will keep you posted.
>
> Thank You
> Sanjay Kumar
>
> ----------------------------------------------------------------------
> Name: CustomerAddress.xls
> CustomerAddress.xls          Type: Microsoft Excel Worksheet
> (application/vnd.ms-excel)
> Encoding: base64
> Download Status: Not downloaded with message

ORACLE
CONFIDENTIAL

ODCL 012464

NDCA-ORCL 048717

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

: Refund Debit Memos

Greg Myers <greg.myers@oracle.com>

**ORACLE**

NDCA-ORCL 048718

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# EXHIBIT 412

**From:** Krithika Bhat
**Sent:** Thu, 24 Oct 2002 11:34 AM
**To:** Myers,Greg
**CC:**
**BCC:**
**Subject:** [Fwd: Re: On-Account]

---

FYI

Krithika

-------- Original Message --------
Subject: Re: On-Account
Date: Mon, 20 Nov 2000 09:17:13 -0800
From: Sanjay Kumar
Organization: Oracle Corporation
To: Greg Myers , "Hock,Paul"
,"Bhat,Krithika"
References:

Greg,

I ran the script successfully. Here is the detail of how much data was
processed
:

1. Total Number of on account entries were 47200.
2. Total Number of DM created = 46880. The corresponding receipts has
been
applied to these DM.
3. Number of receipt left unprocessed = 320. These were left because the
customer did not have the active bill to address. We can process these
as soon
as we have one bill to address.
4. AutoInvoice rejected 107 DM because the address was not value.


I will be asking Paul Hock to work on this so that we can clean the rest
427
entries.

Thank You
Sanjay Kumar


Greg Myers wrote:

EXHIBIT 13
Rachel A. Ferrier
CSR No. 6948
Date: 9/8/06
Witness:
Kumar

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

> All-
>
> For many years the On Account function in AR has been used for purposes
> other than its designed functionality. These purposes included refunds,
> moving cash to a cost center and gl account, and checks returned from
> the bank. IT and I have identified standard system functionality for
> processing the above transactions. With these changes we have found we
> no longer need to use On Account as previously used.
>
> We have tested a script written by Sanjay Kumar enough times to feel
> comfortable with moving it to production (SIFAP). This weekend Sanjay
> will be running a script moving everything off of 'On Account'. The On
> Account will be replaced with a debit memo. The debit memo will be
> numbered much like a manual invoice (e.g. 55000000) and will be applied
> to the receipts previously closed by On Account. Making this change has
> many advantages including these major points: 1) it allows AR and
> Collections the ability to utilize the functionality of On Account as it
> was designed 2) it prevents a mistaken application removal of On Account
> to an invoice 3) reconciling the 25005 account will not require the
> custom reports currently needed.
>
> Adam Hahn and I still need to detail out exactly what On Account will
> now be used for going forward. However, I feel this is a huge move
> toward utilizing the product in the manner intended.
>
> Greg

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER   NDCA-ORCL 394876

**Subject: Re: On-Account**
**Date:** Mon, 20 Nov 2000 09:17:13 -0800
**From:** Sanjay Kumar <sanjay.kumar@oracle.com>
**Organization:** Oracle Corporation
**To:** Greg Myers <greg.myers@oracle.com>, "Hock,Paul" <PAUL.HOCK@oracle.com>,
"Bhat,Krithika" <KRITHIKA.BHAT@oracle.com>

Greg,

I ran the script successfully. Here is the detail of how much data was processed
:

1. Total Number of on account entries were 47200.
2. Total Number of DM created = 46880. The corresponding receipts has been
applied to these DM.
3. Number of receipt left unprocessed = 320. These were left because the
customer did not have the active bill to address. We can process these as soon
as we have one bill to address.
4. AutoInvoice rejected 107 DM because the address was not value.

I will be asking Paul Hock to work on this so that we can clean the rest 427
entries.

Thank You
Sanjay Kumar

Greg Myers wrote:

> All-
>
> For many years the On Account function in AR has been used for purposes
> other than its designed functionality. These purposes included refunds,
> moving cash to a cost center and gl account, and checks returned from
> the bank. IT and I have identified standard system functionality for
> processing the above transactions. With these changes we have found we
> no longer need to use On Account as previously used.
>
> We have tested a script written by Sanjay Kumar enough times to feel
> comfortable with moving it to production (SIFAP). This weekend Sanjay
> will be running a script moving everything off of 'On Account'. The On
> Account will be replaced with a debit memo. The debit memo will be
> numbered much like a manual invoice (e.g. 55000000) and will be applied
> to the receipts previously closed by On Account. Making this change has
> many advantages including these major points: 1) it allows AR and
> Collections the ability to utilize the functionality of On Account as it
> was designed 2) it prevents a mistaken application removal of On Account
> to an invoice 3) reconciling the 25005 account will not require the
> custom reports currently needed.
>
> Adam Hahn and I still need to detail out exactly what On Account will
> now be used for going forward. However, I feel this is a huge move
> toward utilizing the product in the manner intended.
>
> Greg

**ORACLE**

**NDCA-ORCL 048719**

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# EXHIBIT 413

**From:** Greg Myers
**Sent:** Sat, 18 Nov 2000 01:17:03 GMT
**To:** Pam Janakes; Kim McMurdo; Sam Yohannes; john.badovinac; Jean De Luzuriaga; Kathleen Edwards; Julie Chan; Michael Quinn; Adam Hahn; Sanjay Kumar
**CC:**
**BCC:**
**Subject:** On-Account

All-

For many years the On Account function in AR has been used for purposes other than its designed functionality. These purposes included refunds, moving cash to a cost center and gl account, and checks returned from the bank. IT and I have identified standard system functionality for processing the above transactions. With these changes we have found we no longer need to use On Account as previously used.

We have tested a script written by Sanjay Kumar enough times to feel comfortable with moving it to production (SIFAP). This weekend Sanjay will be running a script moving everything off of 'On Account'. The On Account will be replaced with a debit memo. The debit memo will be numbered much like a manual invoice (e.g. 55000000) and will be applied to the receipts previously closed by On Account. Making this change has many advantages including these major points: 1) it allows AR and Collections the ability to utilize the functionality of On Account as it was designed 2) it prevents a mistaken application removal of On Account to an invoice 3) reconciling the 25005 account will not require the custom reports currently needed.

Adam Hahn and I still need to detail out exactly what On Account will now be used for going forward. However, I feel this is a huge move toward utilizing the product in the manner intended.

Greg



EXHIBIT 12
Rachel A. Ferrier
CSR No. 6948
Date: 9/8/06
Witness:

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER        NDCA-ORCL 623787

# EXHIBIT 414

GROUP 2
Ex. 4

**4**

#4 Interview Memorandum
of John Banker
11/13/02

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**



NDCA-ORCL 296428

## INTERVIEW OF JOHN BANKER

On Wednesday, November 13, 2002, counsel for the Special Litigation Committee of Oracle Corporation (Harrison Frahn and Peter Dennin)[1] interviewed John Banker, Senior Audit Partner at Ernst & Young ("E&Y") at his office in Walnut Creek, California. The interview lasted approximately one and one-half hours. That interview was followed by a discussion between Banker and the Committee (Joseph A. Grundfest) on November 18, 2002. What follows is a summary of these discussions, with impressions of counsel. It is not, and does not purport to be, a verbatim account of what was said.

### Professional Background

Banker has been employed by E&Y for approximately 32 years and since 1980 has been a partner in the audit department. He is a Senior Partner in the Software group, auditing mainly software companies, although in the last 5 years he has audited some Internet companies as well. He is currently the partner in charge of the Oracle account for E&Y.

### E&Y's General Relationship to Oracle

E&Y was engaged by Oracle in April 2002 to replace their former auditors, Arthur Andersen. E&Y performed the year-end audit of Oracle's financial statements for the fiscal year end May 31, 2002. As a standard part of the initial audit of a new client, E&Y reviewed the prior workpapers of the prior auditor. Banker stated that this review was limited to ensuring that the beginning balances of accounts for FY 2001 appeared reasonable. Banker stated that subsequent to the collapse of Arthur Andersen, no former Andersen auditors who had worked on the Oracle account were employed by E&Y on their Oracle team.

---

[1]     Dennin participated by telephone.

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

**NDCA-ORCL 296429**

Banker's primary contacts at Oracle are Jennifer Minton, Senior Vice-President and Corporate Controller; Tom Williams, Vice-President of Finance Operations; and Mike Quinn, Vice-President of Americas Revenue Accounting.

## Accounting Fraud Allegations in Second Amended Class Action Complaint

The Committee summarized for Banker the Accounting Fraud Allegations in the Second Amended Class Action Complaint ("Second Amended Complaint"), specifically with regard to the November 17, 2000 debit memos and the alleged $228 million increase to revenue.[2] The Committee and Banker also discussed the general background of the Oracle accounting processes that caused the accumulation of the "on account" items, as well as the use of the debit memos to redesignate the "on account" flags.

The Committee reviewed with Banker its conclusions: first, that Oracle had refunded customer overpayments, including items specifically identified in the Second Amended Complaint, prior to November 17, 2000; second, that the offsetting entries Oracle made to redesignate the "on account" flags did not apply customer overpayments to "phony invoices" to generate fictitious revenue; third, that the November 17, 2000 debit memos had no revenue or balance sheet effect whatsoever; and fourth, that the decrease in the Customer Advances & Unearned Revenue account was a seasonal fluctuation not related in any way to the November 17, 2000 debit memos.

### 1. November 17, 2000 Debit Memos and the "On Account" Items

Banker noted that he was initially skeptical because Oracle had allowed the "on account" items to accumulate for so long. Banker stated that he had discussed this matter with

---

[2]    *See* Plaintiff's Second Amended Class Action Complaint For Violation of Federal Securities Law, Oct. 11, 2002, ¶¶ 35-44, Exhibit ___.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

Tom Williams, and has asked Williams to explain the practice. Banker further observed that, despite any initial skepticism about Oracle's processes, he was comfortable that E&Y's analysis of the Accounting Fraud Allegations indicated that the November 17, 2000 debit memos had no revenue or balance sheet impact.

Banker informed the Committee that, pursuant to principles agreed to with Oracle, E&Y has performed its own testing of the November 17, 2000 debit memos to observe their effect on general ledger account 25005 and Oracle's revenue. E&Y reviewed a set of debit memos selected from the November 17, 2000 debit memos. The set comprised 200 items, 145 of them greater than $500,000 and the remainder randomly selected. E&Y observed that all of the debit memos tested had equal and offsetting debits and credits with zero effect on account 25005. In addition, E&Y observed that the debit memos had no effect upon Oracle's revenues.

In addition, E&Y examined the transfers from account 25005 to see whether there was a single, large entry that would be consistent with the Accounting Fraud Allegations' claim that account 25005 was the source of $228 million in revenue on November 17, 2000. Banker stated that E&Y found nothing to indicate any such transfer. Banker also stated that there was nothing in the materials that E&Y had reviewed that indicated to E&Y that plaintiffs' claims about the November 17, 2000 debit memos had any veracity.

Banker described the additional testing procedures that E&Y has also performed on the debit memos. These additional measures included obtaining a complete set of the approximately 46,000 debit memos created on November 17, 2000, and reviewing summary trial balances of Oracle's accounts. Banker stated that in the materials that E&Y has reviewed to date, there is no evidence that the debit memos had any effect on Oracle's revenue.

Based upon E&Y's review of the summary trial balances, E&Y has requested that Oracle review certain monthly balances and provide an explanation for the increases and decreases in them. Banker noted that he believed that this movement in the monthly account balances was not consistent with the Accounting Fraud Allegations.

Other testing E&Y is currently performing includes a review of the Account Analysis report provided by Oracle. E&Y is still waiting for additional supporting documentation, but Banker expressed that this area was not a matter of concern. Also, Banker informed the Committee that they are performing testing on customer refunds. This includes reviewing Oracle's refund policy for customer overpayments, in addition to examining specific customer refunds. These procedures are still in progress. Finally, Banker stated that E&Y is also considering reviewing the actual computer script that was used to automatically create the debit memos on November 17, 2000.

Banker noted that although E&Y's analysis of these matters is ongoing, there are no material unanswered questions still outstanding with Oracle. Thus, even if E&Y has remaining questions, Banker does not believe that their presence or the potential answers to them would have any material effect on E&Y's analysis of the Accounting Fraud Allegations.

2.   **Q2 of FY 2001 Decrease in Customer Overpayments and Unearned Revenue**

The Committee and Banker discussed the additional Accounting Fraud Allegation that a $215,776,000.00 decrease in the Q2 of FY 2001 balance of the Customer Advances and Unearned Revenue account allegedly supports the "phony invoice" Accounting Fraud Allegations. The Committee explained to Banker the procedures it had performed in concluding that the decrease in the account resulted from the normal seasonal nature of the account, and therefore that this allegation lacks merit. Banker agreed with the Committee's conclusion.

### 3.   Accounting Fraud Allegations Regarding Unapplied Cash and Bad Debt Reserve

Banker and the Committee briefly discussed the recent claims in the Keatly Declaration that Oracle had moved unapplied cash to its bad debt reserve. The Committee discussed with Banker that certain transfers from unapplied cash to the bad debt reserve had occurred in Q3 of FY 2001, but that the maximum amount of cash moved to the bad debt reserve in Q3 was approximately $5 million. The Committee stated that Oracle was currently performing a matching procedure between the specific Accounts Receivable debits written off and the specific cash receipt credits written off and that Oracle had found that a number of cash receipts matched invoices that had been previously written off. Thus, the $5 million overstates any ultimate income effect there might be.

Banker noted that it would be a useful test to compare the written-off Accounts Receivable debits against the written-off unapplied cash, even if the write-offs occurred in different periods. Banker explained that this could be a potentially useful exercise, if Oracle could demonstrate the certain cash receipts written off were actually unmatched customer payments for Accounts Receivable items that also were eventually written off. Banker stated that the matching procedure in conjunction with reinstating the written-off invoice would be both proper and would cause Oracle's Account Receivable records to correspond with their customers' Accounts Payable records.

Banker discussed with the Committee the potential materiality or immateriality, from a financial statement standpoint, of the total dollar amount of unapplied cash moved to the bad debt reserve in Q3 of FY 2001. Mr. Frahn noted that, although the Committee was

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

continuing its investigation of the claims regarding the bad debt reserve, its present belief was that the amounts were not material to Oracle's financial statements. Banker did not disagree.

H.J.F. IV
P.J.D.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 415

# SALOMON SMITH BARNEY

Estimate Change ☑

# Oracle Corporation (ORCL)

## ORCL: Reports 2Q-Traction in Applications Sooner than Expected

**2H** *(Outperform, High Risk)*
Mkt Cap: **$168,350.2 mil.**

**December 15, 2000**

**United States**

### ENTERPRISE SOFTWARE/B2B

**Gretchen Teagarden, CPA**
212-816-8362
gretchen.teagarden@ssmb.com

**Daniele Donahoe**
212-816-4235

### SUMMARY

➤ Traction in the applications division occurred sooner than expected increasing a solid 66% to $279 million (SSB estimate of $258 million; 54% growth).

➤ We were impressed with the applications growth and the number of large eBusiness Suite, client wins including JDS Uniphase, American General and Compaq. Qualcomm and Haworth actually chose Oracle over their existing i2 applications for SCM (supply-chain management).

➤ The combination of referencable customers from the newest version of the eBusiness Suite, functional product demos and a sales force trained on the eBusiness Suite should propel growth in the applications division.

➤ We are increasing our 3Q EPS estimate from $0.11 to $0.12 based on expectations for continued strong operating margin expansion and applications revenue growth. We are raising our 2001 EPS estimate from $0.49 to $0.52.

### FUNDAMENTALS

| | |
|---|---|
| P/E (5/01E) | 54.6x |
| P/E (5/02E) | 45.8x |
| TEV/EBITDA (5/01E) | NA |
| TEV/EBITDA (5/02E) | NA |
| Book Value/Share (5/01E) | $1.09 |
| Price/Book Value | 26.1x |
| Dividend/Yield (5/01E) | NA/NA |
| Revenue (5/01E) | $12,005.0 mil. |
| Proj. Long-Term EPS Growth | NA |
| ROE (5/01E) | NA |
| Long-Term Debt to Capital(a) | 10.5% |
| ORCL is in the S&P 500® Index. | |

(a) Data as of most recent quarter

### SHARE DATA

| | |
|---|---|
| Price (12/13/00) | $28.38 |
| 52-Week Range | $46.31-$19.23 |
| Shares Outstanding(a) | 5,932.0 mil. |
| Convertible | No |

### RECOMMENDATION

| | |
|---|---|
| Current Rating | 2H |
| Prior Rating | 2H |
| Current Target Price | $33.00 |
| Previous Target Price | $33.00 |

### EARNINGS PER SHARE

| FY ends | | 1Q | 2Q | 3Q | 4Q | Full Year |
|---|---|---|---|---|---|---|
| 5/00A | Actual | $0.04A | $0.07A | $0.13A | $0.15A | $0.38A |
| 5/01E | Current | $0.09A | $0.11A | $0.12E | $0.20E | $0.52E |
| | Previous | $0.09A | $0.09E | $0.11E | $0.20E | $0.49E |
| 5/02E | Current | $0.09E | $0.13E | $0.15E | $0.25E | $0.62E |
| | Previous | $0.07E | $0.11E | $0.14E | $0.24E | $0.56E |
| 5/03E | Current | NA | NA | NA | NA | NA |
| | Previous | NA | NA | NA | NA | NA |

First Call Consensus EPS: 5/01E $0.49; 5/02E $0.60; 5/03E NA
Calendar Year EPS: 12/00E NA; 12/01E NA; 12/02E NA; 12/03E NA

### SECOND QUARTER OVERVIEW

#### Revenue Analysis

Total revenues increase 14.5% over prior year quarter to $2.66 billion; 2.3% light of our $2.72 billion estimate.

*Revenue Mix*

Software license revenue/other and services contributed 42%, and 58%, respectively versus our estimate of 40.7% and 59.3%, respectively.

• Software License Revenue and other grew 24% over the prior year to $1.11 billion in-line with our estimate.

SALOMON SMITH BARNEY

- Database and applications revenues contributed $775 and $279 million, respectively; increasing 19.2% and 66.4%, respectively. Applications revenue exceeded our estimate of $258 million as a result of traction in the applications business occurring sooner than expected. We were impressed with the applications growth and the number of large client wins. Large eBusiness Suite customers during the quarter include JDS Uniphase, American General and Compaq. Additionally, Qualcomm and Haworth actually chose Oracle over their existing i2 applications for SCM (supply-chain management).

- We anticipate the applications division will continue to accelerate given that the company has exhibited significant traction since the release of Version 2 of its eBusiness Suite in October. We are under the impression that the first version had considerable bugs and the most recent version is really gaining traction in only a matter of months. The combination of referencable customers from the newest version, functional product demos and a sales force trained on the eBusiness Suite should propel growth in the applications division going forward.

- Services revenue was $1.54 billion versus our estimate of $1.6 billion

**Expense Analysis**

Gross Profit grew 25.2% to $1.965 billion; exceeding our estimate by 20%. Gross margin increased 630bp from 2Q99 and was 380bp above our estimate. The improvement in gross margin was a result of

- The favorable revenue mix with high-margin product revenue contributing 42% versus our estimate of 40.7%. We expected more growth in services for the quarter as the company had planned to build out its consulting efforts.

The company reported $1.0 billion in total cash operating expenses (we include sales and marketing, research and development and general and administrative expenses) versus our estimate of $1.12 billion. ORCL reported $933 million in operating income, representing an 67.7% increase over the prior year and a 14.7% premium to our $842 million estimate. Oracle continues to extract excess costs out of its business at an impressive rate. Although the company will be up against tougher comparisons in the later portion of the year, we believe there is still significant margin expansion on the horizon. We are estimating operating margins to reach 37.0% for the end of fiscal 2001. Any revenue upside in the later portion of the year could result in operating margins reaching 39%-40%, in our opinion.

- Sales and Marketing expenses increased only 1.5% to $641 million representing 24.1% of total revenues; 220bp lower than our 26.3% estimate

- Research and development expenses increased 7.3% to $266 million, but decreased 70bp as a percentage of total revenues over the prior year.

- General and administrative expenses declined 1.5% to $111 million over the prior year.

**Per Share Analysis**

ORCL reported EPS of $0.11 versus our estimate of $0.09 and the First Call consensus estimate of $0.10. The per share upside resulted from the impressive revenue momentum and a 2.3% decrease in shares outstanding over the prior year to 5.87 billion fully-diluted shares outstanding.

**Revising Estimates Upward**

*Short-term*

SALOMON SMITH BARNEY

Given the momentum exhibited in the quarter, and our belief that the demand for the eBusiness Suite will accelerate during the later portion of the year., we are increasing our 3Q and fiscal year-end 2001 EPS estimates of $0.11 and $0.49 to $0.12 and $0.52, respectively. Additionally, we are raising or 2001 estimate from $0.56 to $0.62. These estimates are based on

- 3Q total revenue of $2.94 million versus our original estimate of $2.87 billion.

  - 3Q applications revenue of $349.6 million versus our original estimate of $298.8 million.

- Fiscal 2001 revenue of $12.0 billion versus our original estimate of $11.9 billion.

  - 2001 applications revenue of $1.54 billion (66.8% Yr/Yr growth) versus our original estimate of $1.38 billion (50.2% Yr/Yr growth).

### INVESTMENT THESIS
NA

### COMPANY DESCRIPTION
Founded in 1977, Oracle Corporation is the world's second-largest software company, with a presence in more than 145 countries. As of August 30, 1999, the company had approximately 40,000 employees worldwide. Oracle Corporation develops, manufactures, markets, and distributes computer software that helps corporations manage and grow their businesses. The company's software products can be broken down into two broad categories: systems software and business applications software. Systems software is a complete Internet platform to develop and deploy applications for computing on the Internet and corporate Intranets. Business applications software automates the performance of specific business data processing functions for customer relationship management (CRM), supply-chain management (SCM), financial management, procurement, project management, and human resources management.

ADDITIONAL INFORMATION AVAILABLE UPON REQUEST
Salomon Smith Barney ("SSB"), including its parent, subsidiaries and/or affiliates ("the Firm"), usually makes a market in the U.S.-traded over the counter securities recommended in this report and may sell to or buy from customers, as principal, securities recommended in this report. The Firm or employees preparing this report may have a position in securities or options of any company recommended in this report. An employee of the Firm may be a director of a company recommended in this report. The Firm may perform or solicit investment banking or other services from any company recommended in this report.
Securities recommended, offered, or sold by SSB: (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Citibank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Although information has been obtained from and is based upon sources SSB believes to be reliable, we do not guarantee its accuracy and it may be incomplete or condensed. All opinions and estimates constitute SSB's judgment as of the date of the report and are subject to change without notice. This report is for informational purposes only and is not intended as an offer or solicitation for the purchase or sale of a security. Investing in non-U.S. securities, including ADRs, by U.S. persons may entail certain risks. Investors who have received this report may be prohibited in certain U.S. states from purchasing securities mentioned in this report from SSB. Please ask your financial consultant for additional details. This report has been approved for distribution in the United Kingdom by Salomon Brothers International Limited, which is regulated by the Securities and Futures Authority. The investments and services contained herein are not available to private customers in the UK. This report was prepared by SSB and, if distributed in Japan by Nikko Salomon Smith Barney Limited, is being so distributed under license. This report is made available in Australia through Salomon Smith Barney Australia Securities Pty Ltd. (ACN 003 114 832), a Licensed Securities Dealer, and in New Zealand through Salomon Smith Barney New Zealand Limited, a member firm of the New Zealand Stock Exchange. This report does not take into account the investment objectives or financial situation of any particular person. Investors should obtain advice based on their own individual circumstances before making an investment decision. The research opinions herein may differ from those of The Robinson-Humphrey Company, LLC, a wholly owned subsidiary of SSB. Salomon Smith Barney is a service mark of Salomon Smith Barney Inc.
© Salomon Smith Barney Inc., 2000. All rights reserved. Any unauthorized use, duplication or disclosure is prohibited by law and may result in prosecution.

# EXHIBIT 416



**CIBC World Markets**

*Equity Research*

December 15, 2000

## Enterprise Software

Melissa Eisenstat          (212) 667-4665
Jeff Burnett               (212) 667-7990

# Oracle Corporation

Apps Fly; Databases Strong;
Management Okay For Now

## Investment Conclusion

- Oracle reported strong FY2Q01 EPS of $0.11, ahead of our estimate of $0.09 and consensus of $0.10. Revenue of $2.7 billion was on target with our forecast and reflected a more favorable mix of licenses to services. Earnings also benefited by $0.01 from a lower share count as the company repurchased shares.

- Oracle's applications business appears to be building the momentum management has long talked about, growing 66% to $279.3 million from $167.8 million a year ago. Although management might beg to differ, our sense is that companies are hesitant to embrace the "suite" concept and they will continue to purchase point solutions one applications at a time.

- As we have previously written, we believe Oracle will see the demand for databases increase as companies backfill their purchases of Web-enabled applications earlier in the year. This segment grew to $775 million from $650.7 million a year ago, a growth rate of 19%.

- We think long-term concerns about management depth are warranted, although the strength of the business may be masking this weakness for now. In the event of an economic downturn or a slowdown in software sales, we think the void in management could be magnified and is a longer term risk.

- We continue to like the stock based on business fundamentals and have raised our FY2001 and FY2002 EPS estimates from $0.49 and $0.60 to $0.51 and $0.61, respectively. We have lowered our price target to $42 from $59 to reflect the current stock market environment. We value the stock by applying a 19X multiple to our CY01 revenue forecast of $13.4 billion, which is the average multiple given to Oracle's competitors.

### Rating: BUY

| | |
|---|---|
| ORCL–OTC (12/14/2000): | $27 1/2 |
| 52-week Range: | $46 1/2-20 23/32 |
| Shares Outstanding: | 5.9 Billion |
| Float: | 4.4 Billion Shares |
| Market Capitalization: | $162 Billion |
| Dividend/Yield: | Nil/Nil |
| Fiscal Year Ends: | May |
| Book Value: | $0.84 per Share |
| FY 2001E ROE: | 52.0% |
| LT Debt: | $301 Million |
| Preferred: | Nil |
| Common Equity: | $4.9 Billion |

| Earnings per Share | Prior | Current |
|---|---|---|
| FY 2000 | --- | $0.34 |
| FY 2001E | $0.49 | $0.51 |
| FY 2002E | $0.60 | $0.61 |
| **P/E Ratio** | | |
| FY 2000 | --- | 80.9X |
| FY 2001E | 56.1X | 53.9X |
| FY 2002E | 45.8X | 45.1X |

melissa.eisenstat@us.cibc.com

**Company Description:**
*Oracle is the second largest software company. It dominates the enterprise software industry, selling a broad range of products including databases, tools and applications.*

CIBC World Markets Inc., P.O. Box 500, 161 Bay Street, BCE Place, Toronto, Canada M5J 2S8   •   (416) 594-7000
CIBC World Markets Corp., One World Financial Center, New York, NY 10281   •   (212) 667-7000   (800) 999-6726

CIBC World Markets                                                                    **Oracle Corporation**

## Review of FY2Q01 Results

**Strong FY2Q results despite a looming economic slowdown**

Oracle reported strong FY2Q01 results despite a slowdown in the global economy which has already affected other technology vendors. The company reported EPS of $0.11, ahead of our estimate $0.09 and the $0.10 consensus estimate. The bottom line results reflected 66% growth over last year's $0.06. Revenues of $2.7 billion were on target with our forecast and grew 15% over last year's $2.3 billion. The bottom line benefited by $0.01 from a lower share count as the company repurchased roughly 57,000 shares.

Licenses grew 24% year over year to $1.12 billion ahead of our $1.09 billion. Applications revenues was the key driver, growing 66% to $279 million, well ahead of our $250 million forecast based on a 49% growth rate assumption. The company cited 83 live sites on its e-applications, which suggests its front office applications are finally gaining the kind of traction management has alluded to for the last several quarters. As for the "suite" pitch, we continue to believe it differentiates Oracle from its competitors in selling each of its applications separately; we do not believe the vast majority of large customers have the ability to truly adopt the entire suite in any reasonable amount of time. On the other hand, it does seem that the middle market, ever the ignored and ugly step-child in the software industry, may be more fruitful territory in which the company can sell its suite of applications.

Oracle's core database products grew 19% to $775 million, just shy of our $782 million forecast. The company is benefiting from the implementation of all the applications that have been purchased over the last year, which confirms our thesis that Oracle is benefiting

CIBC World Markets Corp., or one of its affiliated companies, makes a market in the securities of this company.

This report is issued and approved for distribution by (i) in the US, CIBC World Markets Corp., a member of the NYSE and SIPC, (ii) in Canada, CIBC World Markets Inc., a member of the IDA and CIPF, (iii) in the UK, CIBC World Markets plc, which is regulated by the SFA, and (iv) in Australia, CIBC World Markets Australia Limited, a member of the Australian Stock Exchange and regulated by the ASIC. Any questions should be directed to your sales representative.

Every state in the United States, province in Canada and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, some of the securities discussed in this report may not be available to every interested investor. Accordingly, this report is provided for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. No part of any report may be reproduced in any manner without the prior written permission of CIBC World Markets.

The information and any statistical data contained herein have been obtained from sources which we believe to be reliable, but we do not represent that they are accurate or complete, and they should not be relied upon as such. All opinions expressed and data provided herein are subject to change without notice. A CIBC World Markets company or its shareholders, directors, officers and/or employees, may have a long or short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. A CIBC World Markets company may have acted as initial purchaser or placement agent for a private placement of any of the securities of any company mentioned in this report, may from time to time solicit from or perform financial advisory, investment banking or other services for such company, or have lending or other credit relationships with the same. The securities mentioned in this report may not be suitable for all types of investors; their prices, value and/or income they produce may fluctuate and/or be adversely affected by exchange rates. Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice; as with any transaction having potential tax implications, clients should consult with their own tax advisors. Past performance is no guarantee of future results.

This document and any of the products and information contained herein are not intended for the use of private investors in the UK. Such investors will not be able to enter into agreements or purchase products mentioned herein from CIBC World Markets plc.

The comments and views expressed in this document are meant for the general interests of clients of CIBC World Markets Australia Limited. In preparing the advice given in this document, CIBC World Markets did not take into account the investment objectives, financial situation and particular needs of any particular client of CIBC World Markets. Before making an investment decision on the basis of any recommendation made in this document, the recipient should consider how appropriate the recommendation is to their particular investment needs, objectives and financial circumstances. To allow CIBC World Markets to take into consideration a recipient's objectives, financial situation and particular needs, CIBC World Markets requests that, prior to acting on any of the recommendations herein, you contact one of our client advisers to discuss your particular circumstances.

Although each company issuing this report is a wholly owned subsidiary of Canadian Imperial Bank of Commerce ("CIBC"), each is solely responsible for its contractual obligations and commitments, and any securities products offered or recommended to or purchased or sold in any client accounts (i) will not be insured by the Federal Deposit Insurance Corporation, the Canada Deposit Insurance Corporation or other similar deposit insurance, (ii) will not be deposits or other obligations of CIBC, (iii) will not be endorsed or guaranteed by CIBC, and (iv) will be subject to investment risks, including possible loss of the principal invested. The CIBC trademark is used under license.

© 2000 CIBC World Markets Corp. and CIBC World Markets Inc. All rights reserved.

from the "backfill" process. We also think that Oracle's own Web-enabled applications will help drive database growth over the coming quarters.

Service revenues grew 9% to $1.54 billion which was slightly below our forecast of $1.58 billion, primarily due to the weakness in the Euro. We expect Oracle's service revenues to continue to ramp up as license sales, particularly applications, gain more momentum.

**Expense control drives margin expansion**

Oracle continues to exercise tight cost control to drive margin expansion, and operating margin came in at 36% versus our estimate of 31%. This compares with operating margin of 29% in the previous quarter and 25% in FY2Q00. The majority of the upside came from a lower cost of services, running at $695 million or 45% of revenues. This was largely due to the company's stronger mix of licenses to services.

On the balance sheet Oracle has $4.36 billion in cash, down from $5.06 billion last quarter, as the company continues to actively buy back stock on the open market. The company continues to collect payments in a timely fashion as days sales outstanding (DSO) was at a healthy 66 days, down from 67 days in the last quarter.

## Outlook

Oracle remains at the vortex of the corporate adoption of Web-enabled applications. We think demand for databases will be driven by customers backfilling this year's applications purchases with underlying infrastructure. We think applications growth will be driven by a "suite" story that, while not practical to implement in most organizations, is a compelling vision for buying Oracle applications one at a time. Our own field research confirms these views.

**Still not immune to an economic slowdown**

Although Oracle is not currently seeing a pull back in its business, we do not believe the company is entirely immune to an economic slowdown. We do think, however, that with all the applications that have been purchased but have yet to be implemented, there is likely to be strong demand for databases going forward.

**Strong quarter masks weakness in upper management**

We think the strength of the business is masking what we regard as weakness of the management team for now. However, should a slowdown in the global economy affect the company or if software sales begin to lose momentum, we think this weakness could become more exposed and critical.

## Changes To The Model

We have adjusted our model slightly to reflect faster a revenue mix that favors licenses more than we previously thought. We have also reduced our expense assumptions in the cost of services, where the company is operating more efficiently than we previously expected.

Specifically, we have fine-tuned total FY2001 revenues to $12.1B from $12.2B. Our revenue mix is more tilted towards higher margin licenses as we have raised our license

forecast from $5.55B to $5.57B. We have reduced our services forecast from $6.66B to $6.51B, although we would expect services to pick up over the next year as customers implement the increasing amount of applications software they are finally buying. For next year, we have fine-tuned revenues from $15.0B to $14.8B, making adjustments to both licenses and services revenues. We expect the upcoming Oracle 9I technology to begin contributing to the business in the second half of FY2002, and have modeled $325M, primarily in the second half of the fiscal year.

We have reduced our cost of services estimate to reflect the better operating efficiencies the company is getting out of its consulting and ed organization. However, given that we expect services to pick up steam over the next year, we are not expecting quite the amount of margin expansion management has alluded to. Our operating margin assumptions for the next two years have increased from 35% and 36% to 37% and 38%.

We have increased our EPS estimates from $0.49 and $0.60 for the next two years to $0.51 and $0.61

## Valuation

We continue to value the shares of Oracle based on a market capitalization-to-revenue multiple of comparative companies (**Exhibit 1**). Included in our comparative valuation are companies that Oracle competes directly within its respective application space. Taking the average of market capitalization-to-revenue we get a 19x multiple. By applying the 19x multiple to the company's CY 2001 revenues, we calculate a target price of $42, a 54% upside from current levels. We are lowering our 12-18 month price target of Oracle from $59 to $42 to reflect the recent slide in the technology sector and continue to rate the shares of the company a Buy.

**Exhibit 1. Market Capitalization to Revenue Valuation Table**

| Company | TKR | Price 12/15/00 | Shares Out. (M) | Mkt. Cap. ($M) | Calendar Revenues E2000 | E2001 | Market Cap/ Revenues CY2000 | CY2001 |
|---|---|---|---|---|---|---|---|---|
| Ariba | ARBA | $66.31 | 276 | $18,306 | $410.5 | $798.2 | 44.6x | 22.9x |
| BEA Systems | BEAS | $63.75 | 422 | $26,880 | $816.6 | $1,210.5 | 32.9x | 22.2x |
| Microsoft | MSFT | $55.50 | 5,567 | $308,414 | $24,100.5 | $28,796.4 | 12.8x | 10.7x |
| Siebel | SEBL | $79.38 | 497 | $39,417 | $1,727.2 | $2,559.7 | 22.8x | 15.4x |
| Veritas | VRTS | $93.75 | 404 | $37,839 | $1,120.9 | $1,720.4 | 33.8x | 22.0x |
| | | | | | | Average | 29x | 19x |
| Oracle | ORCL | $27.50 | 5,933 | $163,154 | $10,766.5 | $13,456.9 | 15.2x | 12.1x |
| | | | | | | Target Market Cap | | $250,949 |
| | | | | | | Target Share Price | | $42 |
| | | | | | | Upside | | 54% |

source: Stockval, ILX Systems, CIBC World Markets Estimates

**Oracle Corporation**                                                CIBC World Markets

**Our quarterly EPS estimates are shown below.**

|                   | 1 Qtr.  | 2 Qtr.  | 3 Qtr.  | 4 Qtr.  | Year    |
|-------------------|---------|---------|---------|---------|---------|
| FY 2000   Actual  | $0.04   | $0.06   | $0.08   | $0.15   | $0.34   |
| FY 2001E Prior    | $0.08A  | $0.09E  | $0.12E  | $0.19E  | $0.49E  |
| FY 2001E Current  | $0.08A  | $0.11A  | $0.12E  | $0.20E  | $0.51E  |
| FY 2002E Prior    | $0.09E  | $0.12E  | $0.14E  | $0.25E  | $0.60E  |
| FY 2002E Current  | $0.08E  | $0.11E  | $0.15E  | $0.26E  | $0.61E  |

**Stock prices (as of 12/14/00) of companies mentioned in this report:**

Ariba (ARBA-OTC $66 5/16, Strong Buy)
BEA Systems (BEAS-OTC $63 3/4. not rated)
Microsoft (MSFT-OTC $55 1/2, Buy)
Siebel (SEBL-OTC $79 3/8, Strong Buy)
Veritas (VRTS-OTC $93 3/4, not rated)

CIBC World Markets Corp., or one of its affiliated companies, makes a market in the securities of Ariba and Microsoft. The CIBC World Markets Corp. analyst(s) who covers Microsoft also has a position in its securities.

CIBC World Markets                                                                                    Oracle Corporation

## ORACLE CORP. - Earnings Model ($ in millions, except EPS)

| | 8/99 | 11/99 | 2/00 | 5/00 | FY00 | 8/00 | 11/00 | 2/01E | 5/01E | FY01E | FY02E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Licenses | 632.2 | 902.6 | 1,071.4 | 1,840.6 | 4,446.8 | 807.2 | 1,118.2 | 1,330.5 | 2,315.2 | 5,571.2 | 6,761.5 |
| Services | 1,352.3 | 1,419.3 | 1,378.0 | 1,533.7 | 5,683.3 | 1,454.6 | 1,541.3 | 1,588.1 | 1,923.9 | 6,508.0 | 8,021.4 |
| Total Revenues | 1,984.5 | 2,321.9 | 2,449.4 | 3,374.3 | 10,130.1 | 2,261.9 | 2,659.5 | 2,918.6 | 4,239.2 | 12,079.2 | 14,782.9 |
| Cost of services | 756.8 | 753.2 | 707.3 | 852.2 | 3,069.4 | 673.9 | 695.0 | 703.0 | 880.8 | 2,952.7 | 3,604.0 |
| S&M | 538.4 | 631.4 | 594.7 | 725.5 | 2,490.1 | 573.0 | 640.9 | 663.3 | 1,080.2 | 2,983.3 | 3,424.6 |
| R&D | 235.9 | 248.2 | 255.6 | 270.2 | 1,009.9 | 251.0 | 266.3 | 328.3 | 360.3 | 1,206.0 | 1,625.2 |
| G&A | 107.5 | 113.1 | 122.2 | 137.9 | 480.7 | 106.0 | 111.4 | 116.7 | 127.2 | 461.3 | 581.5 |
| Total Operating Exp. | 1,638.7 | 1,745.8 | 1,879.7 | 1,985.8 | 7,050.0 | 1,603.8 | 1,713.5 | 1,811.4 | 2,454.5 | 7,583.3 | 9,235.2 |
| Operating Income | 345.9 | 576.1 | 769.7 | 1,388.5 | 3,080.2 | 658.0 | 946.0 | 1,107.2 | 1,784.7 | 4,496.0 | 5,547.6 |
| Acquired techology | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Interest & other | 18.3 | 15.5 | 7.8 | 48.4 | 89.8 | 118.2 | 19.9 | 20.3 | 20.7 | 179.0 | 84.8 |
| EBT w/acctg change | 364.2 | 591.5 | 777.5 | 1,436.9 | 3,170.1 | 776.2 | 965.9 | 1,127.5 | 1,805.4 | 4,675.0 | 5,632.4 |
| Taxes | 127.5 | 207.0 | 279.9 | 511.0 | 1,125.4 | 275.6 | 343.1 | 400.3 | 640.9 | 1,659.8 | 1,999.5 |
| Tax Rate | 35% | 35% | 36% | 36% | 35% | 35% | 36% | 36% | 38% | 36% | 36% |
| EAT | 236.7 | 384.5 | 497.6 | 925.9 | 2,044.7 | 500.7 | 622.8 | 727.2 | 1,164.5 | 3,015.2 | 3,832.9 |
| EPS ex/charges | $0.04 | $0.06 | $0.08 | $0.15 | $0.34 | $0.08 | $0.11 | $0.12 | $0.20 | $0.51 | $0.61 |
| EPS w/charges | | | | | $1.63 | | | | | | |
| Shares outstanding | 5,964.8 | 6,012.6 | 5,996.4 | 6,009.6 | 5,995.8 | 5,932.9 | 5,875.0 | 5,889.7 | 5,904.4 | 5,900.5 | 5,934.0 |
| Calendar Revenues | | $9,328.6 | | | | | $10,745.1 | | | | $12,982.5 |
| Calendar EPS | | $0.24 | | | | | $0.43 | | | | $0.52 |

### MARGIN ANALYSIS

| | 8/99 | 11/99 | 2/00 | 5/00 | FY00 | 8/00 | 11/00 | 2/01E | 5/01E | FY01E | FY02E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Licenses | 32% | 39% | 44% | 55% | 44% | 36% | 42% | 46% | 55% | 46% | 46% |
| Services | 68% | 61% | 56% | 45% | 56% | 64% | 58% | 54% | 45% | 54% | 54% |
| Total Revenues | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Cost of services | 56% | 53% | 51% | 56% | 54% | 46% | 45% | 44% | 46% | 45% | 45% |
| S&M | 27% | 27% | 24% | 22% | 25% | 25% | 24% | 23% | 26% | 25% | 23% |
| R&D | 12% | 11% | 10% | 8% | 10% | 11% | 10% | 11% | 9% | 10% | 11% |
| G&A | 5% | 5% | 5% | 4% | 5% | 5% | 4% | 4% | 3% | 4% | 4% |
| Operating Margin | 17% | 25% | 31% | 41% | 30% | 29% | 36% | 38% | 42% | 37% | 38% |

### YEARLY GROWTH

| | 8/99 | 11/99 | 2/00 | 5/00 | FY00 | 8/00 | 11/00 | 2/01E | 5/01E | FY01E | FY02E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Licenses | 9% | 18% | 30% | 22% | 21% | 28% | 24% | 26% | 26% | 25% | 21% |
| Services | 16% | 10% | 10% | 7% | 11% | 8% | 9% | 15% | 25% | 15% | 23% |
| Total Revenues | 13% | 13% | 18% | 15% | 15% | 14% | 15% | 19% | 26% | 19% | 22% |
| Cost of services | 11% | -3% | -11% | 5% | 5% | 0% | -11% | -8% | -1% | 3% | 22% |
| S&M | 6% | 7% | 5% | -24% | -5% | 6% | 1% | 12% | 50% | 19% | 16% |
| R&D | 26% | 24% | 22% | 11% | 20% | 6% | 7% | 28% | 33% | 19% | 35% |
| G&A | 14% | 11% | 18% | 9% | 13% | -1% | -1% | -4% | -8% | -4% | 26% |
| Total Operating Expenses | 11% | 4% | 0% | -7% | 1% | -2% | -2% | 8% | 24% | 8% | 22% |
| Operating Income | 24% | 51% | 89% | 72% | 64% | 90% | 64% | 44% | 29% | 46% | 23% |
| Net Income | 21% | 42% | 70% | 76% | 59% | 111% | 62% | 46% | 26% | 47% | 20% |
| EPS (ex charges) | 19% | 39% | 68% | 73% | 57% | 114% | 66% | 49% | 28% | 50% | 20% |

### BALANCE SHEET

| Assets | 8/99 | 11/99 | 2/00 | 5/00 | | 8/00 | 11/00 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash & ST Invests. | 2,721.7 | 2,133.8 | 2,767.6 | 7,762.0 | | 5,062.6 | 4,356.2 | | | | |
| Trade receivables, net | 1,514.1 | 1,768.9 | 1,848.7 | 2,534.0 | | 1,696.3 | 1,935.8 | | | | |
| Prepaid & refund. incom | 296.5 | 229.3 | 240.9 | 212.8 | | 213.8 | 223.8 | | | | |
| Other current assets | 304.2 | 267.9 | 288.1 | 374.5 | | 285.9 | 307.7 | | | | |
| Total Current Assets | 4,836.5 | 4,399.9 | 5,145.4 | 10,883.3 | | 7,258.6 | 6,823.5 | | | | |
| LT cash investments | 208.5 | 193.5 | 120.0 | 110.0 | | 70.0 | 30.0 | | | | |
| Property & equip. | 966.1 | 966.4 | 966.7 | 934.5 | | 936.8 | 941.8 | | | | |
| Capitalized Software | 99.2 | 99.3 | 99.2 | 94.6 | | 88.7 | N/A | | | | |
| LT-Prepaid taxes | | | | | | | 289.6 | | | | |
| Other assets | 469.1 | 717.2 | 1,018.1 | 1,054.4 | | 1,158.5 | 838.9 | | | | |
| Total Assets | 6,579.4 | 6,376.2 | 7,349.4 | 13,076.8 | | 9,512.5 | 8,923.7 | | | | |
| | | | | | | | | | | | |
| Liabilities & Equity | | | | | | | | | | | |
| Notes payable | 3.6 | 3.2 | 2.2 | 2.7 | | 3.7 | 2.6 | | | | |
| A/P | 255.4 | 244.7 | 224.7 | 287.5 | | 253.2 | 282.7 | | | | |
| Income taxes | 157.3 | 111.9 | 270.2 | 2,821.8 | | 517.1 | 526.5 | | | | |
| Unearned revenues | 1,089.7 | 925.1 | 1,019.6 | 1,133.5 | | 1,269.6 | 1,053.8 | | | | |
| Other accrued liabilites | 1,043.4 | 1,185.8 | 1,292.7 | 1,616.8 | | 1,263.5 | 1,302.0 | | | | |
| Total Current Liabilities | 2,549.3 | 2,470.7 | 2,809.4 | 5,862.2 | | 3,307.1 | 3,167.6 | | | | |
| LT Debt | 300.8 | 300.7 | 304.8 | 298.8 | | 300.7 | 300.8 | | | | |
| LT liabilities | 71.2 | 73.7 | 72.6 | 188.2 | | 178.1 | 191.3 | | | | |
| Deferred Income Taxes | 157.6 | 130.6 | 178.3 | 266.1 | | 355.7 | 337.6 | | | | |
| Stockholders' Equity | 3,500.5 | 3,400.6 | 3,884.3 | 6,461.5 | | 5,370.9 | 4,926.5 | | | | |
| Total Liabilities & Equity | 6,579.4 | 6,376.2 | 7,349.4 | 13,076.8 | | 9,512.5 | 8,923.8 | | | | |

| | 8/99 | 11/99 | 2/00 | 5/00 | | 8/00 | 11/00 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Working Capital | $2,287.2 | $1,929.1 | $2,336.0 | $5,021.1 | | $3,951.5 | $3,655.8 | | | | |
| DSO | 69 | 69 | 68 | 68 | | 67 | 66 | | | | |
| ROA | 20% | 23% | 22% | 16% | | 24% | 46% | | | | |
| ROE | 38% | 42% | 41% | 32% | | 43% | 83% | | | | |
| BV/share | $0.59 | $0.57 | $0.66 | $1.08 | | $0.91 | $0.84 | | | | |
| Cash/share | $0.49 | $0.39 | $0.48 | $1.31 | | $0.87 | $0.75 | | | | |

Source: Company Data, CIBC World Markets

# EXHIBIT 417

07:03am EST 15-Dec-00 Credit Suisse First Boston  (Laidley, Wendell (415) 836-7
ORCL: Picture Perfect Q2:FY01 Should Even Convert the Skeptics  - Pt1      FBC

CREDIT SUISSE FIRST BOSTON CORPORATION
Equity Research
Americas
U.S./IT Software/Internet and eBusiness
Wendell H. Laidley Infrastructure Software 1-415- wendell.laidley@csfb.com
Brent Thill 836-7716 1-415-836-7712 brent.thill@csfb.com
Marie A. Kluth 1-415-836-7713 marie.kluth@csfb.com

STRONG BUY
LARGE CAP
USD 27.50
Oracle Corporation (ORCL)
Picture Perfect Q2:FY01 Should Even Convert the Skeptics

Summary

ORCL reported very solid Q2:FY01 results of $2.7 billion and $0.11 versus our
estimates of $2.7 billion and $0.10.  Street consensus EPS was $0.10.

ORCL's Q2:FY01 license revenue (in constant dollar terms) was sensational -
total license grew 32% YoY (vs our 22% estimate), database license grew 26% (
vs. our 17% estimate) and applications license grew 73% (vs our 50% estimate).

Operating margins increased to 36% compared to 29% in the prior quarter and 25
% in the year-ago quarter.

We are increasing our FY01 estimates to $11.9 B and $0.51 (from $11.8 B and $0
.48), and FY02 to $14.1 B and $0.63 (from $13.5 B and $0.57), driven
primarily by increases in license revenues.

Reiterate STRONG BUY and 12-month price target of $48, which suggests 75%
upside from current levels.

| Price | Target | | | Mkt.Value | 52-Week | |
|---|---|---|---|---|---|---|
| 12/14/001 | (12mo.) | Div. | Yield | (MM) | Price Range | |
| USD 27.50 | $48 | | None | $161,562.5 | 16.87-46.46 | |
| | Annual | Prev. | Abs. | Rel. | EV/ | EBITDA/ |
| | EPS | EPS | P/E | P/E | EBITDA | Share |
| 05/02E | $0.63 | 0.57 | 43.7X | NA | | |
| 05/01E | 0.51 | 0.48 | 53.9 | NA | | |
| 05/00A | 0.34 | | 80.9 | NA | | |
| | Aug | Nov | Feb | May | | FY End |
| 2002E | NA | NA | NA | NA | | May 31 |
| 2001E | $0.08A | $0.11A | $0.12 | $0.20 | | |
| 2000A | 0.04 | 0.06 | 0.08 | 0.15 | | |

| | | |
|---|---|---|
| ROIC (11/00) | | NA |
| Total Debt (11/00) | | NA |
| Book Value/Share (11/00) | | 0.84 |
| WACC (11/00) | | NA |
| Debt/Total Capital (11/00) | | NA |
| Common Shares | | 5,875.0 |
| EP Trend2 | | NA |
| Est. 5-Yr EPS Growth | | 25% |

Est. 5-Yr. Div. Growth                NA

1On 12/14/00 DJIA closed at 10674.99 and S&P 500 at 1340.93.
2Economic profit trend.

Oracle is a leading provider of database, application and exchange solutions, as well as consulting services, for Internet-enabled enterprises.

Summary

ORCL reported very solid Q2:FY01 results of $2.7 billion and $0.11 versus our estimates of $2.7 billion and $0.10.  Street consensus EPS was $0.10.  Total revenue grew 15% YoY and 18% sequentially. Overall license revenue of $1.1 billion was in-line with our $1.1 billion estimate, and grew 19% YoY and 39% sequentially despite a negative currency impact of 6.5%.  Measured in local currency, YoY license growth was an impressive 32% - the 1st time in 3 ½ years that ORCL has produced 2 consecutive quarters of greater than 30% license growth.  We believe that investors should view ORCL's results in the context of local currency since the negative currency in Q2:FY01 was unusually high, and local currency reflects true revenue growth patterns.  Q2: FY01 services revenue was $1.5 billion, slightly below our $1.6 billion estimate, and representing 8% YoY growth.  Breaking down the services revenue between support and consulting/education, support revenue was up 21% YoY (up 28% in local currency) and consulting/education was down 4% YoY (up 1% in local currency).  Comparing consulting/education YoY revenue growth to prior quarters, Q2:FY01 results represented an improvement over (10%) YoY growth for Q1:FY01, (8%) for Q4:FY00, and (7%) for Q3:FY00.  ORCL expects consulting/ education revenue to continue to rebound at a similar rate to Q2:FY01 results due to resurgence in the Company's applications business, and therefore services revenue should produce YoY growth rate increases in future quarters as well.  However, ORCL continues to believe that leveraging third party systems integrator (SI) relationships is key to growing its applications business and maintaining its high margins, and therefore will not aggressively grow its services business again similar to ERP-centric FY99 (22-39% YoY growth).

On a geographic basis, ORCL reported strong contribution from all territories .  Americas represented 57% of total revenue and grew 20% YoY in constant dollar terms.  EMEA composed 29% of revenue in Q2:FY01 (adjusted for currency impact) and grew 18% in constant dollar terms.  Revenue from Asia-Pacific accounted for 15% of total revenue in the quarter and grew an impressive 34% YoY in constant dollar terms.

ORCL's Q2:FY01 license revenue (in constant dollar terms) was sensational - total license grew 39% YoY (vs our 22% estimate), database license grew 26% ( vs. our 17% estimate) and applications license grew 73% (vs our 50% estimate ).  On a reported basis (not constant dollars), Q2:FY01 database revenue of $ 775 million beat our $761 million estimate while applications revenue of $279 million also exceeded our expectations of $252 million.  We believe these results were solidly better than published expectations and should be strong enough to convince the skeptics that ORCL's products business is capable of greatness.  On the applications front, these results represented the strongest growth in YoY applications since Aug '97, and the strongest back-to-back quarter in the last three years. According to ORCL management, all application products did well across the board although ORCL does not break out these revenues so we are unable to confirm the degree to which was the case for each product.  Currently, 83 customers are live on the ORCL eBusiness suite (11i) products, compared to 15 at the end of Q1:FY01.  Live customers include BellSouth, Chevron, Hitachi Data Systems, and Tegrasis.

Additionally, ORCL has shipped 11i licenses to 3,000 customers with 1,000 customers in various stages of implementation (ORCL expects about 100 by the end of December alone).  We expect ORCL's applications revenue to continue to grow at a healthy pace as ORCL continues to penetrate its installed base of applications customers (10,000 total to date), and also attracts new customers with its integrated "one stop shop" value proposition (see Brent Thill's analysis below).

Large deals (>$500K) accounted for a larger portion of ORCL's total revenue in Q2:FY01 (45% vs 36% in the year-ago quarter) driven by larger applications deals.  With approximately 70% of ORCL's customers now converted to power unit pricing which has a tendency to spread out larger transactions over several quarters, a higher proportion of larger deals will come from applications. Management set the expectation that due to the Company's switch to power unit pricing, ORCL will most likely not close as many big deals as in the past.  We view ORCL's movement away from large deal dependence as a positive strategy that will result in increased linearity of bookings and greater predictability of quarterly results.  That said, ORCL continues to close very large deals in the $10-30 million range.  Mega deals that the Company has closed recently include Compaq, the largest deal in Q2:FY01, and several large deals closed in ORCL's current quarter, including the Company's landmark deal with Covisint (mentioned above).

ORCL again delivered impressive margin expansion in Q2:FY01 as operating margins increased to 36% compared to 29% in the prior quarter and 25% in the year-ago quarter.  License revenue as a percentage of total increased to 42% compared with 36% in the prior quarter and 39% in Q2:FY00.  The mix shift if favor of license contributed to the increase in operating margin despite significant increase in operating expenses across all categories.  S&M was 24 % of revenue in Q2:FY01, compared to 25% in the prior quarter and 27% in the year-ago quarter.  R&D comprised 10% of revenues in the quarter, down from 11 % both the prior and year-ago quarters.  Finally, G&A costs were 4% of revenues in Q2:FY01, compared to 5% in Q1:FY01 and Q2:FY00.  We believe that due to higher license mix, greater profitability in services, and continued operating efficiencies in all cost categories, the Company can achieve 37% operating margin in Q3:FY01, 43% operating margin in Q4:FY01 and 37% operating margin in FY02, and therefore we have altered our model accordingly.

ORCL continues to achieve operating leverage despite the fact the Company added headcount both domestically and internationally.  The Company ended Q2: FY01 with 42,002 employees (21,342 international and 20,660 domestic), compared to 41,170 employees at the end of Q1:FY01 (21,265 international and 19,905 domestic).  This was ORCL's first sequential increase in headcount in over 5 quarters.  ORCL believes that due to the increasing pipeline of applications business, the Company will continue to modestly grow headcount, especially within sales, for the rest of this year in order to capitalize on the market opportunity.

On the balance sheet, DSO was down one day sequentially to 66 days, with cash and short term investment balance was down due to the Company's stock buyback activities in the quarter. The Company purchased roughly $5 billion in stock during the quarter, slightly higher than in the prior quarters, and therefore cash and short term investment balance was $4.3 billion at the end of Q2:FY01 compared to $7.8 billion at the end of Q1:FY01.  ROE was 49% in Q2:FY01 compared to 52% in the prior quarter, remaining high due to ORCL's cash flow generation activity.

Management characterized the pipeline of business in every region as " astounding" and were very bullish on business prospects going into H2:FY01.

We believe that robust market demand, an 11i applications sales model that is functioning on all cylinders (including trained SIs), and a strong product value proposition positions the Company well for strong license growth. Services revenue should also show a gradual uptick due to pull-through from accelerating ORCL eBusiness suite sales.

CREDIT SUISSE FIRST BOSTON CORPORATION   CREDIT SUISSE FIRST BOSTON CORPORATION

Analyst: Laidley, W Telephone: (415) 836-7716 wendell.laidley@csfb.com

CREDIT SUISSE FIRST BOSTON CORPORATION   CREDIT SUISSE FIRST BOSTON CORPORATION

Copyright © CREDIT SUISSE FIRST BOSTON, and its subsidiaries and affiliates, 2000. All rights reserved.

CSFB may, to the extent permitted by law, participate or invest in financing transactions with the issuer(s) of the securities referred to in this report, perform services for or solicit business from such issuers, and/or have a position or effect transactions in the securities or options thereon.  In addition, it may make markets in the securities mentioned in the material presented in this report.  PLEASE REFER TO TICKER CSFBDISC FOR IMPORTANT LEGAL DISCLOSURES.

= = ORACLE CORPORATION = = ORCL: STRONG BUY

# EXHIBIT 418

# FIRST SECURITY® VAN KASPER
## RESEARCH REPORT

ROB THOLEMEIER
DECEMBER 15, 2000

(941) 505-5583
BUSINESS INTELLIGENCE SOFTWARE

# ORACLE CORPORATION
## (ORCL – $27 1/2)
### *Solid Quarter, Strong Growth*

| EPS | | | | | | REVENUES (MM) | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Fiscal Year:** | | | 01/00 | | 02/01 | | | | 01/00 |
| **May** | 2000A | 2001E | Change | 2002E | Change | | 2000A | 2001E | Change |
| Q1 | $0.04 | $0.08 | 113% | $0.09 | 4.7% | Q1 | $1,984.5 | $2,261.9 | 14.0% |
| Q2 | $0.06 | $0.11A | 66% | $0.12 | 14.0% | Q2 | $2,321.9 | $2,659.5A | 14.5% |
| Q3 | $0.08 | $0.12 | 49% | $0.14 | 16.0% | Q3 | $2,449.4 | $2,931.0 | 19.7% |
| Q4 | $0.16 | $0.19 | 21% | $0.24 | 30.0% | Q4 | $3,374.3 | $3,997.7 | 18.5% |
| Year | $0.33 | $0.50 | 53% | $0.60 | 19.0% | Year | $10,130.1 | $11,850.0 | 17.0% |
| P/E | 83.3x | 55.0x | | 45.8x | | Mkt Cap/Revs | 15.2x | 12.9x | |

| | | | |
|---|---|---|---|
| **52-Week Range:** | $46 15/32–20 23/32 | **Next EPS Report:** | February 2001 |
| **Market Cap. (B):** | $153.9 | **Rating:** | Strong Buy |
| **Shares Out. (MM):** | 5,643 | **Projected 1-Year EPS:** | NM |
| **Estimated Float (MM):** | 4,220 | **Book Value/Share (11/00):** | $0.84 |
| **Est. Insider Holdings:** | 25.0% | **Operating Margin (TTM):** | 35% |
| **Est. Institutional Holdings:** | 46% | **Company HQ:** | Redwood Shores, CA |
| **10-Day Average Volume (MM):** | 43.1 | **Web Address:** | www.oracle.com |

*With more than 30% market share, Oracle Corporation is the number one database management software company. The company is also a provider of ERP, CRM and e-commerce applications. Oracle distinguishes itself as the only vendor with a complete suite of core business applications and platform technologies (i.e., databases and tools) for e-business. With more than 20,000 consultants and system integrators, the company is also one of the top five computer service companies.*

## INVESTMENT CONCLUSION

Last night after the market close, Oracle Corporation reported 2Q01 EPS of $0.11, versus our estimate and the consensus estimate of $0.10. Total revenue was $2,659.5 million, up 14.5%. Total license revenue was $1,093.2 million, up 24.6%. Database license grew 19% to $775 million. Applications license sales growth was 66.4%, to $279.3 million. Total service revenue was $1,566.4 million, up 8.4%. Net income increased 62% to $623.0 million. We reiterate our Strong Buy rating on the shares of Oracle Corporation.

## Solid Quarter

This was clearly a solid quarter for the company: database growth was very close to our long-term growth rate projections and the applications business is showing building momentum. By our calculations, a combination of average database growth of 18–20% and consistent applications growth of more than 50% would contribute to overall top-line growth acceleration.

Indeed, we were quite pleased to see applications growth in the bottom half of the 50–100% growth range that has been bantered about because hyper-growth in one quarter simply makes future comparison

*Investments made through FS Van Kasper: (1) are not insured by the FDIC; (2) are not deposits or other obligations of, or guaranteed by, FSVK, Wells Fargo & Company or any of its affiliates; (3) are not guaranteed by any Federal governmental agency (excluding U.S. Government and federal agency securities); and (4) are subject to investment risks, including possible loss of principal amount invested.*
*The study on these pages is not a complete analysis of every material fact regarding any company, industry or security. The opinions expressed herein reflect the judgment of the author at this date and are subject to change without notice. Facts have been obtained from sources considered reliable, but are not guaranteed. FS Van Kasper, its directors and employees and their families may have a position in the securities of the companies described herein, and may make purchases or sales while this report is in circulation. Additional information is available upon request.*
*First Security Van Kasper was acquired by Wells Fargo & Company on October 25, 2000*

First Security® Van Kasper·600 California Street Suite 1700·San Francisco CA 94108-2704·(800) 652-1747

difficult. It is not that faster growth is bad, it is just that a more moderate ramp seems more sustainable to us.

Once again, the company demonstrated its propensity to improve margins, which hit 35.6% this quarter versus 24.8% for the same period last year.

## Apps Kicking In

The company reported that it has about 83 current up-and-running 11i applications customers and hundreds are expected to go live in January. The company also mentioned several displacements of i2 Technologies supply chain management installations and previous Siebel sales force automation customers. We continue to believe that the Oracle message of a single source for all business applications should gain market acceptance as Oracle continues to produce good reference-able sites. We also agree with the company that Microsoft has become a non-factor in enterprise database, and that IBM has failed to gain traction.

## We're Impressed with the Guidance

Our understanding of guidance is for applications growth of close to 80% and database growth as high as 25%. These rates are somewhat higher than our official forecasts of applications growth of 77% for Q3 and 60% for Q4, and database growth of 20% for Q3 and 17% for Q4. We need a few days to digest this very bullish stance, but clearly, in our view, the company is inferring a very robust pipeline. The company also mentioned that operating margins of 40% could be reachable. This is quite a comment. We never thought we'd see a $12 billion software company bring home this level of profits.

There is no doubt that these stunning results and the company's firm position that its own remarkable profitability is based on using its own technology should have an impact across corporate America and the world.

## Financial Highlights

- Revenue this quarter was $2.65 billion versus $2.32 billion in 2Q00, representing 14.5% growth.
- License revenue was $1.09 billion versus $877.1 million, up 24.6% from last year.
- Service revenue was $1.56 billion versus $1.44 billion, or year-over-year growth of 8.4%.
- Database license revenue was $775.4 million versus $650.7 million, or year-over-year growth of 19.2%
- Tools license revenue was $38.5 million versus $58.6 million, down 34.5%.
- Application license revenue was $279.3 million versus $167.8 million, up 66.4%.
- 2Q01's operating margin improved over 2Q00 by 11.0 points—from 24.8% to 35.6%.
- License revenue mix was 70% database, 3% tools, and 27% applications during 2Q01, compared to 74% database, 6% tools, and 20% applications during 2Q00.
- Total operating expenses decreased 1.8% year-over-year to $1,713.5 million.
- General and administrative expenses decreased by 1.5% to $111.4 million in 2Q01 from $113.1 million in 2Q00.
- Sales and marketing expenses increased by 1.5% to total $640.9 million, which amounted to 24.1% of total revenue in 2Q01, versus 27.2% in 2Q00.
- Service margins were 55.6% in 2Q01, up from 47.9% in 2Q00
- Total cash at 2Q01 was $4.35 billion compared to $7.7 billion at 4Q00.
- Other income decreased sequentially to $33.3 million in 2Q01 from $102.7 million in 1Q01, due to increased share buyback and a decrease in interest income.
- 2Q01 DSOs were 66 days versus 69 days in 4Q00.

*Investments made through FS Van Kasper. (1) are not insured by the FDIC; (2) are not deposits or other obligations of, or guaranteed by, FSVK, Wells Fargo & Company or any of its affiliates; (3) are not guaranteed by any Federal governmental agency (excluding U.S. Government and federal agency securities); and (4) are subject to investment risks, including possible loss of principal amount invested.*

*The study on these pages is not a complete analysis of every material fact regarding any company, industry or security. The opinions expressed herein reflect the judgment of the author at this date and are subject to change without notice. Facts have been obtained from sources considered reliable, but are not guaranteed. FS Van Kasper, its directors and employees and their families may have a position in the securities of the companies described herein, and may make purchases or sales while this report is in circulation. Additional information is available upon request.*

*First Security Van Kasper was acquired by Wells Fargo & Company on October 25, 2000*

*FIRST SECURITY® VAN KASPER*                                                                    *3*

- Weakness in currency exchange in 2Q01 resulted in a 6.5% negative currency effect.
- Deals in excess of $500,000 accounted for 45% of revenues, versus 36% a year ago.
- Headcount was down 1.6% to 42,002 in 2Q01 from 42,682 in 2Q00.
- Oracle won 25 Advanced Planning and Scheduling deals; major customer wins included JDS Uniphase, American General Corporation, Compaq, and Hewlett-Packard.
- The 11i business suite currently has 83 live customers and 100 more customers are expected to go live before the end of December. In addition, 1,000+ customers are in the process of implementation.
- The company provided the following guidance for 3Q01:
    1) Database license growth of 20–25%;
    2) Application license growth of 75%;
    3) Total license growth of 25%;
    4) Consulting and education growth of 5%;
    5) Support service growth of 23%;
    6) Total service growth of 15–20%;
    7) Other income of $45 million;
    8) Negative currency impact of (5%); and
    9) 3Q01 EPS of $0.12.
- The company provided the following guidance for 4Q01:
    1) Similar revenue growth;
    2) Negative currency impact of (3%).



Source: ILX

Publicly traded companies mentioned in this report:
American General Corporation (NYSE: AGC $79 7/8, not rated)
Compaq Computer Corporation (NYSE: CPQ $18.7, not rated)
Hewlett-Packard Company (NYSE: HWP $33 ½, not rated)
i2 Technologies, Inc. (NASDAQ: ITWO $51, not rated)
International Business Machines Corporation (NYSE: IBM $92 7/16, not rated)
JDS Uniphase Corporation (NASDAQ: JDSU $61 ½, not rated)
Microsoft Corporation (NASDAQ: MSFT $55 ½, not rated)
Siebel Systems, Inc. (NASDAQ: SEBL $79 3/8, not rated)

*FS Van Kasper makes a market in the shares of Oracle Corporation.*

*Investments made through FS Van Kasper: (1) are not insured by the FDIC; (2) are not deposits or other obligations of, or guaranteed by, FSVK, Wells Fargo & Company or any of its affiliates; (3) are not guaranteed by any Federal governmental agency (excluding U.S. Government and federal agency securities); and (4) are subject to investment risks, including possible loss of principal amount invested.*
*The study on these pages is not a complete analysis of every material fact regarding any company, industry or security. The opinions expressed herein reflect the judgment of the author at this date and are subject to change without notice. Facts have been obtained from sources considered reliable, but are not guaranteed. FS Van Kasper, its directors and employees and their families may have a position in the securities of the companies described herein, and may make purchases or sales while this report is in circulation. Additional information is available upon request.*
*First Security Van Kasper was acquired by Wells Fargo & Company on October 25, 2000*

# Oracle Corporation
## Summary of Quarterly and Annual Income
### ($ in millions except for per share data)

Year End May 31

| | FY00 | FY01E | FY02E | Aug-99 1Q00 | Nov-99 2Q00 | Feb-00 3Q00 | May-00 4Q00 | Aug-00 1Q01 | Nov-00 2001 | Feb-01 3Q01 | May-01 4Q01E | Aug-01 1Q02E | Nov-01 2Q02E | Feb-02 3Q02E | May-02 4Q02E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | | | | | |
| Licensing Revenue | 4,315.0 | 5,378.2 | 6,909.1 | 602.6 | 877.1 | 1,043.2 | 1,792.0 | 771.2 | 1,083.2 | 1,320.1 | 2,193.7 | 967.1 | 1,408.1 | 1,873.4 | 2,860.5 |
| % of Total Revenue | 42.6% | 45.4% | 48.3% | 30.4% | 37.8% | 42.6% | 53.1% | 34.1% | 41.1% | 45.0% | 54.9% | 36.2% | 44.0% | 47.5% | 58.2% |
| % Change Y/Y | 20.2% | 24.6% | 28.5% | 8.1% | 17.7% | 29.7% | 20.8% | 28.0% | 24.6% | 26.5% | 22.4% | 25.4% | 28.8% | 26.6% | 30.4% |
| Servicing Revenue | 5,815.1 | 6,471.9 | 7,400.5 | 1,381.9 | 1,444.8 | 1,406.2 | 1,582.2 | 1,490.6 | 1,566.4 | 1,610.9 | 1,804.0 | 1,707.9 | 1,789.2 | 1,846.7 | 2,057.2 |
| % of Total Revenue | 57.4% | 54.6% | 51.7% | 69.6% | 62.2% | 57.4% | 46.9% | 65.9% | 58.9% | 55.0% | 45.1% | 63.8% | 56.0% | 52.5% | 41.8% |
| % Change Y/Y | 11.1% | 11.3% | 14.4% | 16.0% | 10.2% | 10.4% | 8.4% | 7.9% | 8.4% | 14.6% | 14.0% | 14.6% | 14.2% | 14.6% | 14.0% |
| Total Revenues | 10,130.1 | 11,850.1 | 14,310.0 | 1,984.5 | 2,321.9 | 2,449.4 | 3,374.3 | 2,261.9 | 2,659.5 | 2,931.0 | 3,997.7 | 2,674.9 | 3,197.3 | 3,520.1 | 4,917.6 |
| % Change Y/Y | 14.8% | 17.0% | 20.8% | 13.5% | 12.9% | 17.8% | 14.6% | 14.0% | 14.5% | 19.7% | 18.5% | 18.3% | 20.2% | 20.1% | 23.0% |
| **Expenses** | | | | | | | | | | | | | | | |
| Cost of Servicing | 2,942.7 | 3,034.6 | 3,549.7 | 756.8 | 763.2 | 707.3 | 725.5 | 673.3 | 695.0 | 778.4 | 887.4 | 772.0 | 872.4 | 907.3 | 988.0 |
| % Change Y/Y | -4.0% | 3.1% | 17.0% | 11.4% | -3.4% | -7.7% | -10.8% | -11.0% | -7.7% | 10.1% | 22.3% | 14.6% | 25.5% | 16.6% | 12.5% |
| Service Margins | 49.4% | 53.1% | 52.0% | 45.2% | 47.9% | 49.7% | 54.1% | 54.8% | 55.6% | 51.7% | 50.8% | 54.8% | 51.2% | 50.9% | 51.5% |
| Gross Profit | 7,187.5 | 8,815.5 | 10,760.3 | 1,227.8 | 1,568.7 | 1,742.2 | 2,648.8 | 1,588.0 | 1,964.5 | 2,152.6 | 3,110.3 | 1,902.9 | 2,324.9 | 2,612.9 | 3,919.6 |
| R&D | 1,009.9 | 1,101.6 | 1,265.5 | 235.9 | 248.2 | 255.6 | 270.2 | 251.0 | 266.3 | 280.3 | 303.4 | 291.3 | 305.8 | 318.1 | 340.3 |
| % of Total Revenue | 10.0% | 9.3% | 8.8% | 11.9% | 10.7% | 10.4% | 8.0% | 11.1% | 10.0% | 9.6% | 7.6% | 10.9% | 9.6% | 9.0% | 6.9% |
| Sales and Marketing | 2,616.7 | 2,864.6 | 3,392.8 | 538.4 | 631.4 | 594.7 | 852.2 | 573.0 | 640.9 | 679.3 | 971.4 | 718.9 | 790.7 | 822.4 | 1,060.9 |
| % of Total Revenue | 25.8% | 24.2% | 23.7% | 27.1% | 27.2% | 24.3% | 25.3% | 25.3% | 24.1% | 23.2% | 24.3% | 26.9% | 24.7% | 23.4% | 21.6% |
| General and Administrative | 480.7 | 460.6 | 476.7 | 107.5 | 113.1 | 122.2 | 137.9 | 108.0 | 114.7 | 114.7 | 128.5 | 115.7 | 118.0 | 119.2 | 123.9 |
| % of Total Revenue | 4.7% | 3.9% | 3.3% | 5.4% | 4.9% | 5.0% | 4.1% | 4.7% | 4.2% | 3.9% | 3.3% | 4.3% | 3.7% | 3.4% | 2.5% |
| Total Costs and Expenses | 7,050.0 | 7,461.5 | 8,674.7 | 1,638.7 | 1,745.8 | 1,679.7 | 1,985.8 | 1,603.8 | 1,713.5 | 1,853.4 | 2,290.7 | 1,897.8 | 2,086.9 | 2,166.9 | 2,523.1 |
| Operating Income | 3,080.2 | 4,388.7 | 5,635.3 | 345.9 | 576.1 | 769.7 | 1,388.5 | 658.0 | 946.0 | 1,077.6 | 1,707.0 | 777.1 | 1,110.3 | 1,353.3 | 2,394.5 |
| % Change Y/Y | 64.5% | 42.5% | 28.4% | 24.5% | 50.8% | 89.3% | 72.2% | 90.3% | 64.2% | 40.0% | 22.9% | 18.1% | 17.4% | 25.6% | 40.3% |
| Operating Margin | 30.4% | 37.0% | 39.4% | 17.4% | 24.8% | 31.4% | 41.1% | 29.1% | 35.6% | 36.8% | 42.7% | 29.1% | 34.7% | 38.4% | 48.7% |
| % Change Y/Y | 43.3% | 21.8% | 6.3% | 9.7% | 33.5% | 60.6% | 50.2% | 66.9% | 43.4% | 17.0% | 3.8% | -0.1% | -2.4% | 4.6% | 14.0% |
| Net Interest and other Income | 89.9 | 288.1 | — | 18.3 | 15.5 | 7.8 | 48.4 | 19.9 | 118.2 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 |
| Net Taxable Non-Recur Items | 6,953.3 | | | | | | 6,521.5 | 431.8 | | | | | | | |
| Net Income Before Taxes | 10,123.4 | 4,676.7 | 5,935.3 | 364.2 | 591.5 | 1,209.3 | 7,958.4 | 776.2 | 965.9 | 1,152.6 | 1,782.0 | 852.1 | 1,185.3 | 1,428.3 | 2,469.5 |
| Provision for Income Taxes | 3,826.6 | 1,675.1 | 2,136.7 | 127.5 | 207.0 | 446.2 | 3,046.0 | 275.6 | 343.1 | 414.9 | 641.5 | 306.8 | 426.7 | 514.2 | 889.0 |
| Tax Rate | 37.8% | 35.8% | 36.0% | 35.0% | 35.0% | 36.9% | 38.3% | 35.5% | 35.5% | 36.0% | 36.0% | 36.0% | 36.0% | 36.0% | 36.0% |
| Non-Tax-Deductible Non-Recur. Expense | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Minority Interest | | | | | | | | | | | | | | | |
| Net Income | 6,296.8 | 3,001.6 | 3,798.6 | 236.7 | 384.5 | 763.2 | 4,912.4 | 500.7 | 622.8 | 737.7 | 1,140.5 | 545.4 | 758.6 | 914.1 | 1,580.5 |
| EPS from Operations | $0.33 | $0.50 | $0.60 | $0.04 | $0.06 | $0.08 | $0.16 | $0.08 | $0.11 | $0.12 | $0.19 | $0.09 | $0.12 | $0.14 | $0.24 |
| % Change Y/Y | 51.6% | 52.0% | 19.3% | 20.8% | 38.5% | 69.3% | 74.6% | 112.6% | 65.8% | 48.8% | 20.8% | 4.7% | 14.0% | 16.1% | 30.0% |
| Reported E.P.S. | $1.05 | $0.50 | $0.60 | $0.04 | $0.06 | $0.13 | $0.82 | $0.08 | $0.11 | $0.12 | $0.19 | $0.09 | $0.12 | $0.14 | $0.24 |
| Fully Diluted Shares Outstanding | 5,996 | 5,964 | 6,325 | 5,965 | 6,013 | 5,996 | 6,010 | 5,933 | 5,875 | 5,975 | 6,075 | 6,175 | 6,275 | 6,375 | 6,475 |

* NOTE:  The $91.5 million taxable non-recurring expense the writedown of acquired in-process R&D due to the Treasury Services Corporation acquisition.
The $75.6 million non-tax-deductible non-recurring expense in Q1/F98 represents the writedown of acquired in-process R&D due to the Navio Communications, Inc. merger transaction.
The $56.8 million non-recurring expense in Q3/F97 represents the writedown of acquired in-process R&D due to the Datalogic acquisition.
The $50.0 million non-recurring expense in Q1/F96 represents the writedown of acquired in-process R&D due to the Information Resources, Inc. acquisition.

Source: company reports and FS Van Kasper estimates
Rob Thielemeier (941) 505-5583

**Oracle Corporation**
**Quarterly Balance Sheet**
($ in millions except for per share data)

| Year End May 31 | Nov-99 | Feb-00 | May-00A | ug-00 | Nov-00 |
|---|---|---|---|---|---|
| | 2Q00 | 3Q00 | 4Q00 | 1Q01 | 2Q01 |
| Current Assets: | | | | | |
| Cash and Equivalents | 2,133.8 | 2,767.6 | 7,762.0 | 5,062.6 | 4,356.2 |
| Accounts Receivable (net) | 1,768.9 | 1,848.7 | 2,534.0 | 1,696.3 | 1,935.8 |
| Pre-Paid, Refundable Income Taxes | 229.3 | 240.9 | 212.8 | 162.8 | 223.8 |
| Other Current Assets | 267.9 | 288.1 | 374.5 | 336.9 | 307.7 |
| **Total Current Assets** | **4,399.9** | **5,145.4** | **10,883.3** | **7,258.6** | **6,823.5** |
| Long Term Cash Investments | 193.5 | 120.0 | 110.0 | 70.0 | 30.0 |
| P,P & E | 966.4 | 966.7 | 934.5 | 936.8 | 941.8 |
| Capitalized Software, net | 99.3 | 99.2 | 94.6 | 88.7 | - |
| Other Assets | 717.2 | 1,018.1 | 1,054.4 | 1,158.5 | 1,128.5 |
| **Total Assets** | **6,376.2** | **7,349.4** | **13,076.8** | **9,512.5** | **8,923.8** |
| | | | | | |
| Liabilities and Stockholders' Equity: | | | | | |
| Notes Payable | 3.2 | 2.2 | 2.7 | 3.7 | 2.6 |
| Accounts Payable | 244.7 | 224.7 | 287.5 | 253.2 | 282.7 |
| Income Taxes | 111.9 | 270.2 | 2,821.8 | 517.1 | 526.5 |
| Deferred Revenue | 925.1 | 1,019.6 | 1,133.5 | 1,269.6 | 1,053.8 |
| Other Current Liabilities | 1,130.8 | 1,292.7 | 1,616.8 | 1,263.5 | 1,302.0 |
| **Total Current Liabilities** | **2,415.7** | **2,809.4** | **5,862.2** | **3,307.1** | **3,167.6** |
| LT Debt | 300.6 | 304.7 | 300.8 | 300.7 | 300.8 |
| Deferred Income Taxes | 130.6 | 72.6 | 186.2 | 178.1 | 191.3 |
| Other Long Term Liabilities | 73.7 | 178.3 | 266.1 | 355.7 | 337.6 |
| **Stockholders' Equity** | **3,455.6** | **3,984.3** | **6,461.5** | **5,370.9** | **4,926.5** |
| **Total Liabilities and Equity** | **6,376.2** | **7,349.4** | **13,076.8** | **9,512.5** | **8,923.8** |
| Current Ratio | 1.8x | 1.8x | 1.9x | 2.2x | 2.2x |
| Quick Ratio | 1.6x | 1.6x | 1.8x | 2.0x | 2.0x |
| Days Sales Outstanding (1) | 65 | 67 | 59 | 85 | 62 |
| Days Sales Outstanding (2) | 70 | 69 | 69 | 68 | 66 |
| Annualized Total Asset Turnover | 1.43x | 1.43x | 1.32x | 0.80x | 1.15x |
| Annualized Return on Average Assets | 23.7% | 44.5% | 192.4% | 17.7% | 27.0% |
| LT Debt to Capital | 7.9% | 7.6% | 5.8% | 8.8% | 9.3% |
| Total Debt to Capital | 45.8% | 45.8% | 50.6% | 43.5% | 44.8% |
| Total Debt to Equity | 84.5% | 84.5% | 102.4% | 77.1% | 81.1% |
| Average Shares Outstanding (MM) | 6012.6 | 5996.4 | 6009.6 | 5932.9 | 5875.0 |
| Book Value / Share | $0.57 | $0.66 | $1.08 | $0.91 | $0.84 |
| Net Cash / Share | -$0.13 | -$0.10 | $0.19 | $0.16 | $0.06 |

(1) (# days in the period) / [(Revenue during the period / average AR for the period)]
(2) (# days in the period) / [(Revenue during the period / ending  AR for the period)]
    Both are calculated using a 365-day year rather than a 360-day year.

*Source: company reports and FS Van Kasper estimates*
Rob Tholemeier  (941) 505-5583

# EXHIBIT 419

Document # 28 of 410

LATM0106100536
Business; Financial Desk
Oracle Says 3rd-Quarter Profit Will Miss Forecasts
JIM FINKLE
03/02/01
Los Angeles Times
LATM
Home Edition
C-3
Copyright 2001 / The Times Mirror Company
     REDWOOD CITY, Calif. -- **Oracle Corp.**, the No. 2 independent software
maker, said Thursday its fiscal third-quarter profit will miss forecasts,
its first earnings shortfall in more than three years, because of the weak
U.S. economy.
     The announcement, made after the markets closed, sent Oracle's shares
down as much as 21% in extended trading. The shares had closed up $2.38
at $21.38 on Nasdaq.
     Oracle, whose database software helps store and retrieve libraries of
information, said that a preliminary analysis of results for the period
ended Wednesday shows it earned 10 cents a share, less than the 12-cent
average forecast of analysts polled by First Call/Thomson Financial.
     A substantial number of customers cut computer-related spending, with
senior executives refusing to sign off on software purchases that had
been approved by subordinates, Oracle said.
     Most other big technology companies--including Microsoft Corp., Cisco
Systems Inc. and Intel Corp.--have already said the cooling U.S. economy
is hurting business as corporations curtail purchases.
     "There is a general nervousness caused by uncertainty out there that
is impacting senior executives across the board," said Oracle Chief
Executive Larry Ellison. The difficulties have yet to spread to Asia and
Europe, he said.
     The company said it will provide further guidance when it reports
final quarterly results March 15.
     Sales growth for Oracle's best-selling program, its database software,
was "flat to slightly negative," the company said. Sales of all software
rose about 6%, while total sales, which includes revenue from consulting
and other services, rose 9% to about $2.6 billion. Analysts expected
sales of $2.89 billion, according to First Call.
     Cost-cutting efforts will allow the company to report earnings growth,
but at a lower rate than expected, said Chief Financial Officer Jeff
Henley. Operating margin for the period widened to 33% from 31% a year
ago, the company said.
     Redwood City, Calif.-based Oracle is one of the last major technology
companies to reduce forecasts because of slowing economic growth. In
December, the company said it wasn't being hurt by the slowdown because
corporations were buying its applications software to cut costs and boost
efficiency.
18460322302001

=====

# EXHIBIT 420

**From:** Karen Houston
**Sent:** Wed, 21 Mar 2001 09:59:41 GMT
**To:** wwpr1_us
**CC:** renee.edelman@pr21.com; tj.snyder@pr21.com; Ruth Danielson
**BCC:**
**Subject:** Suggested Messages for 11i Quality Issues

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 158595

WWPR:

Over the past couple of weeks, several stories have been published on 11i product quality issues.  To date, most of these stories have been generated by US publications, but it's quite possible this story will be picked up internationally.  Below are a few suggested speaking points to help your spokespeople address any inquiries.

- With the E-Business Suite, Oracle delivered one of  largest and most comprehensive software engineering project to date.  It's only reasonable to expect there     will be some bugs and defects in early versions.
- We provide new releases/patches very quickly to customers.  The suite was initially released in May, and we've already delivered 3 subsequent versions.  And, customers can easily download patches via MetaLink.  Historically, customers would have to wait many months to receive upgrades.
- All software has bugs - and it will be significantly easier for customers to identify and address bugs with one vendor (the suite approach) than it will with multiple  vendors (kit approach).  This supports the war on complexity message - by implementing software from a single vendor, customers significantly reduce the complexity in identifying and fixing product issues.
- It's interesting to note how the same piece of software can work well at one customer site, and terribly at another.  There are many variables Oracle can't     control, such as customizations, product configurations and the resources a company chooses to apply to a project.

Additionally, we have seen several stories recently in the US that link our lower than expected apps sales to quality issues of 11i.  We need to vigorously stress that our growth was hampered not by competitive pressures or software quality issues, but with the slowing US economy.  A reporter only needs to look at other industry leaders such as Cisco and Intel to confirm the US economy is having an affect on technology companies

Please let me know if you have any questions, or suggestions.

Karen


--
************************************
Karen Houston
Director, Worldwide Public Relations, E-Business Suite
Oracle Worldwide Marketing
Phone:  650.607.0326  Fax:  650.506.7598
Cell:  650.245.7687  Email:  Karen.Houston@oracle.com
************************************

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER       NDCA-ORCL 158596

# EXHIBIT 421

```
08:15am EST  2-Mar-01 A.G. Edwards (O`Rourke, Mary 314-955-4608) ORCL
ORCL: PRELIMINARY 1ST QUARTER RESULTS. MAINTAIN
```

A.G. Edwards & Sons, Inc.
Equity Research - Technology (Computer Software)
March 1, 2001

Analyst: Mary O'Rourke     (314)955-4608

PRELIMINARY 1ST QUARTER RESULTS
------------------------------------------------------------------
ORACLE  (ORCL/ 19)
MAINTAIN/AGGRESSIVE
------------------------------------------------------------------
Pre-announcement was for total revenue growth of 9%, vs our estimate of 19%.
EPS will be around $0.10 vs our estimate of $0.11 and street expectations of
$0.12.  Most of the revenue miss was due to database performance.
------------------------------------------------------------------

Market Cap: $121 Billion              Price Objective: none
52-week price range: 18 3/4 -46 1/2   Estd. 2000-2002 EPS CAGR: 30%
Dividend: none                        Yield: none

Earnings Per Share (EPS) Estimates:

|        | Qtr1 (AUG) | Qtr2 (NOV) | Qtr3 (FEB) | Qtr4 (MAY) | Year | Growth |
|--------|-----------|-----------|-----------|-----------|------|--------|
| 1998A  | .02       | .03       | .04       | .07       | 0.16 |        |
| 1999A  | .03       | .05       | .04       | .09       | 0.21 | 34%    |
| 2000A  | .04       | .06       | .08       | .16       | 0.34 | 61%    |
| 2001E  | .08A      | .11A      | .10       | .15       | 0.45 | 30%    |
| 2002E  |           |           |           |           | 0.57 | 28%    |

------------------------------------------------------------------

RECAP
Oracle pre-announced results for its fiscal third quarter with revenue growth
at only 9%.  Oracle blamed this miss on the economy and saw this demand
slowdown only in the last few weeks of the quarter.  Most of the revenue miss
was on the database line.

HIGHLIGHTS

     Revenue: Oracle estimates that license revenue grew approximately 6%, and
total revenue grew approximately 9%.  Applications revenue grew approximately
50% and database revenue growth is estimated to be flat to negative.  This
results in an approximate $270 million miss to our expectations of $2.9 billion
total revenue (or slightly below 10%).
     Expenses: Normally expenses are difficult to control in any revenue miss
situation, but more so in a miss that occurs in the last few weeks of the
quarter.  It is usually difficult to scale back spending.  In Oracle's case
expense management appeared to scale with revenue and operating margins were
estimated at 33%.  This is below last quarters 35.6%, but above last fiscal
fourth quarter of 31%.
     Software: All the companies that we follow have tempered guidance based on
the slowing economy, but we feel there is more to this miss than just economic
factors.  First of all, the database market is a maturing market and impacts
can be harder when budgets get reshuffled and constrained.  Also, many of the

-- FIRST CALL --

software stocks we follow have said they experienced a slow January as sales cycles were somewhat longer than expected, but demand has picked up nicely and pipelines look good for the remainder of the calendar quarter.  This is the opposite of what Oracle experienced.  We feel Oracle's difficulties are more specific to Oracle.

Guidance: The question was asked on the call, but Oracle is going to wait on any changes to overall guidance until the earnings call when more details are known.  There was no indication that the pipeline looked strong for the near-term, but Larry Ellison did feel that deals were just delayed (maybe a quarter or two).  With this, we are pulling back our fiscal fourth quarter estimates to $0.15 from $0.17, and will pull back fiscal 2002 slightly to $0.57 from $0.59.

Valuation: With our new estimates, we get a forward earnings number of $0.48.  At $19, ORCL is trading at a forward multiple of approximately $40.  We feel that a significant pullback may allow for Oracle shares to begin to get interesting.  We will be watching to market reaction tomorrow and with significant weakness, we will be evaluating our rating.

SUMMARY
Oracle shares have had some weakness lately due to general market weakness and a recent pullback in revenue estimates from a few analysts (but no EPS estimate changes).  We have been at a Maintain rating on Oracle for some time due to concerns with Oracle's multiple as well as some concerns with feedback we have been getting on Oracle's applications.  This miss should be termed as mostly a database miss with some pressure on applications growth.  Expense management allowed Oracle to only slightly miss to our estimates on the bottom line, but again, we do not put a lot of weight on expense management - its lifecycle is limited.  Oracle's operating margin line is already quite impressive.  Oracle's demand shift at the end of February was the opposite of what the channel seems to be reporting for our software companies.  Basing this miss mostly on a database demand problem and indications that Oracle's demand fluctuations are different from other software stocks, we feel this is more of an Oracle specific problem.  We do not feel that all (or even many) software stocks will experience this problem, but would not be surprised if Oracle's share weakness tomorrow spills over into other stocks.  Our rating is still Maintain/Aggressive and we will be watching Oracle's valuation for a potential entry point if this pullback is strong.

Additional information available upon request.  The material contained herein has been prepared from sources and data we believe to be reliable but we make no guarantee as to its accuracy or completeness.  This material is published solely for informational purposes and is not an offer to buy or sell or a solicitation of an offer to buy or sell any security or investment product.  This material is not to be construed as providing investment services in any jurisdiction where such offers or solicitation would be illegal.  Opinions and estimates are as of a certain date and subject to change without notice.  You should be aware that investments can fluctuate in price, value and/or income, and you may get back less than you invested.  Past performance is not necessarily a guide to future performance.  Investments or investment services mentioned may not be suitable for you and if you have any doubts you should seek advice from your financial consultant.  Where the purchase or sale of an investment requires a change from one currency to another, fluctuations in the exchange rate may have an adverse effect on the value, price or income of the investment.  Certain investments may be mentioned that are not readily realizable.  This means that it may be difficult to sell or realize the

-- FIRST CALL --

investment or obtain reliable information regarding its value.  The levels and basis of taxation can change.

This document has been approved by A.G. Edwards & Sons (U.K.) Limited, regulated by the SFA.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500

                              -> End of Note <-

-- FIRST CALL --

# EXHIBIT 422

07:24am EST  2-Mar-01 UBS Warburg (US) (Research Division,) AMCC BRCM SBC GPS K
Morning Meeting Highlights (Part 1 of 2)

Morning Meeting Highlights                                    UBS Warburg
Research Division                                          RESEARCH NOTE
                                                           March 2, 2001

Morning Meeting Highlights

Estimate Revision

APPLIED MICRO CIRCUITS CORP, (AMCC-$29.56)(1), STRONG BUY, PRICE TARGET $80 ->
$70, FY01 $0.55 -> $0.49, FY02 $0.69 -> $0.49, DAVID WONG

Broadcom Corp., (BRCM-$48.00)(1), Strong Buy, Price Target $160 -> $100, FY01
$1.40 -> $0.86, FY02 $2.11 -> $1.55, David Wong

SBC Communications, (SBC-$45.50), Buy, Target $65->$60, '01 $2.50->$2.43, '02
$2.80->$2.70, Linda Meltzer

Gap, (GPS-$26.07), Strong Buy, '00 $1.00, '01 $1.22$1.20, Target $36, Richard
Jaffe

Allscripts, (MDRX-$5.63)(1), Hold, '01 ($0.37)($0.81), '02 $0.06($0.27), Target
$17$7, Michael Clulow

Company Update

ORACLE, (ORCL-$21.38)(1), HOLD, '01 $0.53, '02 $0.65, TARGET $25, ANDREW
ROSKILL/KEN CAREY

Sanmina Corp. (SANM-$28.75)(1), Buy, $71 Target, FY'01 $1.41, FY'02 $1.57,
Scott Heritage

Flextronics International, (FLEX-$26.00)(1), Strong Buy, $56 Target, FY'01
$0.90, FY'02 $1.20, Scott Heritage

KING PHARMACEUTICALS, (KG-$42.50), BUY,'01 $1.15, '02 $1.44, TARGET $51, C.J.
SYLVESTER

Industry Update

PAPER/FOREST PRODUCTS, RICHARD SCHNEIDER

AUTO SECTOR, FEBRUARY SALES AND OUTLOOK, SAUL RUBIN

Details

ORACLE, ORCL, HOLD, '01 $0.53, '02 $0.65, TARGET $25, ANDREW ROSKILL/KEN CAREY

* Oracle pre-announced lower than expected Q3 '01 results yesterday after the
  market closed with flat to negative growth in the database business.

* Total revenue is expected to be around $2.67B, representing 9% year over year
  growth and below our estimate by $240M.  License revenue grew only 6% to

-- FIRST CALL --

$1.1B versus our estimate of $1.3B.

* Though the overall economic environment was cited as the main culprit, we believe several other issues played a role including: 1) a maturation in the database market, 2) a slowdown in the e-commerce boom, 3) a lack of further share expansion in Unix, 4) Microsoft's SQL Server gaining traction, 5) tough year ago comparisons, and 5) over capacity in the marketplace as customers bought databases and server ahead of demand.

* Applications sales grew 50% year over year to approximately $300M and although this number was below our estimate of $325M, results were much better than database sales.

* We are maintaining our $25 price target and leaving our model unchanged until more detail is provided about the results once the company releases earnings on March 15th.

* Oracle pre-announced lower than expected Q3 '01 results yesterday after the market closed. Although the company cited the overall slowdown in economy and the IT environment as the major cause of the shortfall, we believe there may have been further contributors. Although the shortfall did not come as a big surprise to us, the order of magnitude did. We indicated in our note downgrading the stock in November that we had concerns about the company's ability to meet growth expectations in its database business. Those concerns were affirmed with results that were nothing less than ugly. There was limited information available on the results since the quarter just ended two days ago, so we will drill down into the numbers much more once earnings are released on March 15th.

APPLIED MICRO CIRCUITS CORP, AMCC, STRONG BUY, PRICE TARGET $80 -> $70, FY01 $0.55 -> $0.49, FY02 $0.69 -> $0.49, DAVID WONG

* AMCC has made comments indicating that March 2001 quarter revenues could drop sequentially by 10-16%; we are revising our revenue and EPS estimates downwards in line with this news.

* We believe that the rate of new orders from major customers has dropped to very small levels over the last two weeks.

* We do not believe that there is a significant inventory problem at end customers with AMCC's newer products such as framers and OC-192 chips. Thus we think that AMCC could benefit from a sudden rebound in orders and business, perhaps in the June or September 2001 quarters.

* We think AMCC is one of the best positioned high-speed communications chip companies. We are maintaining our Strong Buy rating on AMCC and reducing our 12-month price target from $80 to $70.

Broadcom Corp., BRCM, Strong Buy, Price Target $160 -> $100, FY01 $1.40 -> $0.86, FY02 $2.11 -> $1.55, David Wong

* We are reducing our estimates and price target on Broadcom because of worsening communications end markets and pre-announcements by key customers of Broadcom.


-- FIRST CALL --

* We have a 12 month price target of $100 and we are maintaining a Strong Buy rating.

* We think that Broadcom is one of the strongest and broadest communications chip companies and that the stock is an excellent long-term investment.

* Although there is near term weakness in Broadcom's revenue stream, we believe that Broadcom has tremendous value as a long-term investment.

* We believe that over the next few quarters, several key acquisitions will begin contributing to Broadcom's revenues, allowing the company to enter important new markets.

* In this note, we provide details of Broadcom's acquired product lines and our ramp expectations for each acquisition.

Sanmina Corp. SANM, Buy, $71 Target, FY'01 $1.41, FY'02 $1.57, Scott Heritage

* Sanmina held a call on Thursday providing an update on the closing of the Segerstrom & Svensson acquisition as well as current business trends.

* Not surprisingly, management indicated it was being impacted by the slowdown in the end markets, particularly communications equipment.

* As a result the company will fall short of revenue estimates for the March quarter but is on target to achieve the GAAP EPS of $0.34 to $0.35. In order to achieve the EPS estimates, the company is targeting higher margin business and is streamlining operations.

* Management lowered revenue expectations for FY 2001 but maintained GAAP EPS estimates of $1.37 to $1.42. We are maintaining our estimates, which we had lowered a couple of weeks ago, for the March quarter of $0.33 ($0.35 on a cash EPS basis) and for FY 2001 of $1.36 ($1.41 cash EPS).

Flextronics International, FLEX, Strong Buy, $56 Target, FY'01 $0.90, FY'02 $1.20, Scott Heritage

* Flextronics held a conference call on Thursday after the close to provide an update on current business trends.

* Management maintained current guidance for both the March quarter (4Q01) and for FY 2002.

* Flextronics is feeling the effects of the economic slowdown, but it appears that new outsourcing programs are helping to offset that weakness.

* In reaction to the slowing environment Flextronics is rationalizing capacity and will close some facilities, mostly in high cost manufacturing areas, and will take a charge of less than $100 million related to that.

* Management chose not to build into its guidance revenues from the Ericsson handset business, expected to be over $2.5 billion once fully ramped, due to the uncertainty in the end markets.

SBC Communications, SBC, Buy, Target $65->$60, '01 $2.50->$2.43, '02 $2.80-

-- FIRST CALL --

>$2.70, Linda Meltzer

* After the close SBC management lowered first quarter guidance due to higher costs related to several factors rendering negative year to year comparisons.

* Although the company reaffirmed full-year 2001 guidance of 8%-9% revenue growth and 11%-14% EPS growth, we are reducing 2001 EPS to $2.43.  We are choosing to be more conservative at this juncture and we are trimming our 12-month price target from $65 to $60.

* We reiterate our Buy rating on SBC shares given that SBC's revised EPS growth is above market expectations.

PAPER/FOREST PRODUCTS, RICHARD SCHNEIDER

* The paper/forest products industry usually experiences a seasonal upturn beginning in March.  As yet we are finding little evidence of that taking place.

* March is usually the strongest month of the first quarter results, as a result we expect that ours and others' earnings estimates may be coming down for the first quarter.

* There clearly has been a pick up from December, but it has been going sideways since then.

* On the positive side many companies are continuing to run "to order".  In other words taking downtime to avoid building inventories in this weak economic environment.

* The combination of a Fed easing and a potential decline in the dollar together have had a strong positive impact on these stocks.  The correlation is 0.77.

-> End of Note <-

-- FIRST CALL --

# EXHIBIT 423

```
06:03am EST  2-Mar-01 Deutsche Banc Alex. Brown Inc. (J. Moore/C. Chen) ORCL
ORCL: F3Q Shortfall on Purchase Delays, Weak Spending Environment, Downgra-Buy

Moore, James A. 415-617-4269                          03/03/2001
Chen, Charles 415-617-4274
Deutsche Banc Alex. Brown Inc.
--------------------------------------------------------------------------
               ORACLE CORPORATION (ORCL) "BUY"
F3Q Shortfall on Purchase Delays, Weak Spending Environment, Downgrade to BUY
--------------------------------------------------------------------------

Date:        03/01/2001   EPS:      2000A      2001E       2002E
Price:         21.38      1Q         0.04       0.08        0.09
52-Wk Range: 46 - 19      2Q         0.06       0.11A       0.12
Ann Dividend:0.0          3Q         0.08       0.10        0.12
Ann Div Yld: 0.00%        4Q         0.15       0.16        0.18
Mkt Cap (mm):125,607      FY(May)    0.34       0.45        0.50
3-Yr Growth: 18%          FY  P/EPS 62.9X      47.5X       42.8X
                          CY   EPS   0.43       0.46        0.53
Est. Changed Yes          CY  P/EPS 49.7X      46.5X       40.3X
--------------------------------------------------------------------------
Industry:    E-TECHNOLOGY
Shares Outstanding(Mil.):  5874.987
Return On Equity (2000) :    48.0%
--------------------------------------------------------------------------

HIGHLIGHTS:
- Oracle pre-announced F3Q (Feb.) results well below Street expectations.  The
bulk of the shortfall was in license revenue at 6% y/y growth vs. our
expectation of 23%.  Total revenue growth was 9% vs. our 18% estimate.  EPS of
$0.10 was below our $0.12 estimate.  Full results will be released March 15.

- We are lowering our rating to BUY from STRONG BUY.  Management attributed the
shortfall to weakness in the U.S. economy, resulting in delays in both database
and applications purchases.  We believe the magnitude of the shortfall was far
worse than expected, even with expectations ratcheted down by the Street
throughout February. We are also lowering our secular growth rate to 18% from
25%.

- Database revenue growth was flat to slightly negative vs. our 13-15%
expectation.  Applications revenue grew 50% y/y vs. our estimate of 65%.
Weakness was concentrated in North America affecting both small and large
company decisions. Europe and Asia/Pacific was on par with management targets.

- Management provided no forward guidance, but we are lowering estimates to
reflect the lack of visibility and weak IT spending environment.  FY'01 (May)
estimates are now $11.3B and $0.45, down from $11.8B and $0.51.  FY'02
estimates are now $12.7B and $0.50, down from $14.1B and $0.59.

- At $17 (in after-hours trading), Oracle shares trade at 34x our FY'02 EPS
estimate.  This premium to 18% secular growth may be too rich in this
environment, given very low visibility and few catalysts to drive the stock or
revenue/earnings re-acceleration over the next six months. For long-term
investors, Oracle remains attractive based on its strong database franchise and
emerging e-business application story.

-- FIRST CALL --
```

DETAILS:
## F3Q SHORTFALL DRIVEN BY PURCHASE DELAYS, ECONOMIC UNCERTAINTY
Oracle announced preliminary F3Q (Feb.) results well below Street expectations. The bulk of the shortfall was in license revenue, which will come in at roughly $1.1B (+6% y/y), 13% below our estimate of $1.3B (+23% y/y). Total revenue of roughly $2.67B (+9% y/y) is 7.5% below our estimate of $2.9B (+18% y/y). Currency impact was negative 4% to total revenue growth. EPS of $0.10 (+23% y/y) was below our $0.12 (+44% y/y) estimate. Full results will be released March 15.

## WEAKNESS FELT ACROSS THE BOARD IN NORTH AMERICA
Management provided few details, characterizing the quarter as weak across the board in North America. Purchase decisions involving both database and applications were impacted by economic uncertainty and IT spending deferrals. Database growth was flat to slightly negative, roughly $775M, or 15% below our estimate of $910M (+17% y/y), though more realistic expectations were in the 13-15% range. Applications revenue of roughly $298M (+50% y/y) is 9% below our estimate of $328M (+65% y/y). We believe the magnitude of the shortfall was far worse than expected, even with expectations ratcheted down by the Street throughout the month of February. The purchase delays were felt in all Oracle sales groups-general business (mid-market), major accounts and verticals.

## LARGE DEALS FACE MORE SCRUTINY
Oracle continued to see large deals in F3Q, though many saw increased scrutiny. We learned from the channel that rumored mega-deals on the table with Lucent (~$100M) and large telco carriers failed to close in the quarter. The General Business sales group - a stellar performer the past year - saw weak demand and significant push back from mid-market customers/prospects. Major account sales in the western region were also weak at $4M in F3Q. Overall, we believe North American license revenue was roughly $100-130M short of its F3Q target. Noteworthy applications deals in the quarter included Ford ($50M), Cisco ($5M), Agilent and Sun Microsystems. We learned that some of these deals faced significant obstacles and resistance before securing approval.

## VISIBILITY LACKING, ESTIMATES REDUCED
Management provided no forward guidance, but we are lowering estimates to reflect the lack of visibility and weak IT spending environment. FY'01 (May) estimates are now $11.3B and $0.45, down from $11.8B and $0.51. FY'02 estimates are now $12.7B and $0.50, down from $14.1B and $0.59. Our database license estimate is now $3.4B (+10.5% y/y) in FY'01, down from $3.7B (+20% y/y), and $3.7B (+8% y/y) in FY'02, down from $4.4B (+18% y/y). Applications license estimate is now $1.3B (+39% y/y) in FY'01, down from $1.4B (+55% y/y), and $1.6B (+24% y/y) in FY'02, down from $1.8B (+28% y/y).

|  | New F01 | Prior F01 | New F02 | Prior F02 |
|---|---|---|---|---|
| Revenue | $11.3B | $11.8B | $12.7B | $14.1B |
| EPS | $0.45 | $0.51 | $0.50 | $0.59 |

Source: DB Alex. Brown estimates

## DOWNGRADE TO BUY FROM STRONG BUY
We are lowering our rating to BUY from STRONG BUY and our secular growth rate to 18% from 25%. At $17 (in after-hours trading), Oracle shares trade at 34x

-- FIRST CALL --

our FY'02 EPS estimate.  This premium to growth may be too rich in this environment, given very low visibility and few catalysts to drive the stock or revenue/earnings re-acceleration over the next six months.  On a trailing P/E basis, Oracle currently trades at 38x, at the high end of its historical range of 20-40x from 1996-1999.  On a trailing PSR basis, Oracle trades at 9x, above its 4-7x range from 1996-1999.  Long-term, Oracle remains attractive based on its strong database franchise and emerging e-business application story. However, given the potential for prolonged economic weakness and impaired IT spending, investors in Oracle should have a minimum 12-18 month time horizon.

Information herein is believed to be reliable and has been obtained from sources believed to be reliable, but its accuracy and completeness cannot be guaranteed.  Opinions, estimates, and projections constitute our judgement and are subject to change without notice.  This publication is provided to you for information purposes only and is not intended as an offer or solicitation for the sale of any financial instrument.  Deutsche Banc Alex. Brown Inc. and its affiliates worldwide, may hold a position or act as market maker in the financial instruments of any issuer discussed herein or act as advisor or lender to such issuer.  Transactions should be executed through a Deutsche Bank entity in the client's home jurisdiction unless otherwise permitted by law. Deutsche Banc Alex. Brown Inc. is a member of NYSE and NASD.  Copyright 2001 Deutsche Banc Alex. Brown Inc.

          Additional Information Available Upon Request

Deutsche Banc Alex. Brown Inc. maintains a net primary market in the common stock of Oracle Corporation.
The following stock(s) is (are) optionable: Oracle Corporation.
One or more authors of this comment have a long position in the common shares of Oracle Corporation.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500

                    -> End of Note <-

-- FIRST CALL --

# EXHIBIT 424

```
08:55am EST  2-Mar-01 Dresdner Kleinwort Wasserstein  (Hingorani, Sanjiv (212)
ORCL: Pre-announces fiscal Q3 2001 revenue and earnings shortfall
```

Dresdner Kleinwort Wasserstein North America LLC

2 March 2001

Software Industry

Sanjiv Hingorani     +1 212 429 3467     sanjiv.hingorani@drkw.com
Chun Chang           +1 212 429 4546     chun.chang@drkw.com

Oracle Corp. (ORCL)
Rating:  HOLD

Price (1 March):$21.38     Market Cap.:   $125.6 bn   DJIA:   10,450
52-Week Range:  $48-$19    Shares Out:    5.875 bn    Nasdaq: 2,183
Target Price:   NA         Dividend Yield:NA          S&P 500:1,241

Fiscal Year end in May                                   P/E

| | Q1 | Q2 | Q3 | Q4 | Year | Ratio |
|---|---|---|---|---|---|---|
| 1999 Actual | $0.03 | $0.05 | $0.05 | $0.09 | $0.22 | NM |
| 2000 Actual | $0.04 | $0.07 | $0.09 | $0.16 | $0.34 | 62.9 |
| 2001 Estimate | $0.08A | $0.11A | $0.10E | $0.16E | $0.45 | 47.5 |
| Previous | $0.08A | $0.11A | $0.12E | $0.21E | $0.52 | 41.1 |
| 2002 Estimate | $0.09E | $0.12E | $0.13E | $0.19E | $0.53 | 40.3 |
| Previous | $0.10E | $0.13E | $0.15E | $0.25E | $0.63 | 33.9 |

ORCL: Pre-announces fiscal Q3 2001 revenue and earnings shortfall

We believe there is limited visibility in the company's near-term business
prospects.  Thus, we are maintaining our Hold rating on the shares of Oracle
Corporation.

* On 1 March, Oracle Corporation pre-announced revenue and earnings shortfalls
  for fiscal Q3 2001.  Oracle is scheduled to report final results for the
  quarter on 15 March 2001.
* The company now expects to report total revenue for fiscal Q3 2001 of
  $2.67 billion.  Software license revenue is now projected to be $1.106
  billion.  Oracle Corporation now expects EPS for fiscal Q3 2001 to be $0.10.
* Database server license revenue YoY growth for the third quarter is estimated
  to be flat to slightly negative.  Applications license revenue YoY growth for
  fiscal Q3 01 is now estimated to be approximately 50%, lower than Oracle's
  previous guidance of greater than 75% YoY growth.
* Oracle's management attributed the revenue shortfall to customers holding
  back purchases due to concerns in the US economy.
* We are lowering our fiscal 2001 EPS estimate to $0.45 from $0.52, and our
  fiscal 2002 EPS estimate to $0.53 from $0.63.
-----------------------------------------------------------

After the close of the market on 1 March, Oracle Corporation pre-announced
revenue and earnings shortfalls for fiscal Q3 2001 (ending 28 February).
Oracle is scheduled to report final results for the third quarter of fiscal
2001 on 15 March 2001.

-- FIRST CALL --

The company now expects to report total revenue for fiscal Q3 2001 of $2.67 billion (9% year-over-year growth), compared with our estimate of $2.95 billion (20.4% year-over-year growth). Estimates for the quarter include a 4% negative currency impact. Software license revenue is now projected to be $1.106 billion (6% year-over-year growth), compared with our estimate of $1.3 billion (24.6% year-over-year growth). Oracle Corporation now expects EPS for fiscal Q3 2001 to be $0.10 (our estimate was for EPS of $0.12).

Database server license revenue year-over-year growth for the quarter is estimated to be flat to slightly negative, compared with our estimate of 17.6% growth and the company's previous guidance of 15%-20% year-over-year growth for the third quarter of fiscal 2001.

Applications license revenue year-over-year growth for fiscal Q3 2001 is now estimated to be approximately 50%, lower than our 76% growth estimate and the company's previous guidance of more than 75% year-over-year growth.

Management attributed the revenue shortfall to customers holding back purchases due to concerns in the US economy. We would point out that Oracle's business continues to be back-end loaded during any quarter. While the company had a robust pipeline of business during the quarter, there appears to have been a significant slowdown in the conversion of that pipeline into signed contracts.

We are lowering our fiscal 2001 EPS estimate to $0.45 from $0.52, and our fiscal 2002 EPS estimate to $0.53 from $0.63. We believe there is limited visibility in the company's near-term business prospects. Thus, we are maintaining our Hold rating on the shares of Oracle Corporation.

Note: Dresdner Kleinwort Benson North America LLC is a market maker in the shares of Oracle Corp.


Additional information is available upon request. This report has been prepared by Dresdner Kleinwort Wasserstein, by the specific legal entity named on the cover or inside cover page.

United States: Where this report has been approved for distribution in the US, such distribution is by either (i) Dresdner Kleinwort Benson North America LLC (DKBNA), (ii) Wasserstein Perella Securities, Inc. (WPS), or (iii) by other Dresdner Kleinwort Wasserstein companies to US Institutional Investors and Major US Institutional Investors only. In each case DKBNA and/or WPS accepts responsibility for this report in the US. Any US persons wishing to effect a transaction through Dresdner Kleinwort Wasserstein in any security mentioned in this report may only do so through DKBNA, telephone: (+1 212) 429 2000, or WPS, telephone: (+1 212) 969 2700.

The information and opinions in this report constitute judgement as at the date of this report and are subject to change without notice. Dresdner Kleinwort Wasserstein and/or any of its clients may effect or have effected transactions for their own account in the securities mentioned in this report or any related investments prior to your receipt of it. Dresdner Kleinwort Wasserstein may provide investment banking services (including without limitation corporate finance services), or solicit such business, for the issuers of the securities mentioned in this report and may from time to time participate or invest in commercial banking transactions (including without limitation loans) with the

-- FIRST CALL --

issuers of the securities mentioned in this report. Accordingly, information may be available to Dresdner Kleinwort Wasserstein which is not reflected in this report. Dresdner Kleinwort Wasserstein and its directors, officers, representatives and employees may have positions in or options on the securities mentioned in this report or any related investments or may buy, sell or offer to buy or sell such securities or any related investments as principal or agent on the open market or otherwise. This report does not constitute or form part of, and should not be construed as, any offer for sale or subscription of, or any invitation to offer to buy or subscribe for, any securities, nor should it or any part of it form the basis of, or be relied on in any connection with, any contract or commitment whatsoever. The information and opinions contained in this report have been compiled or arrived at from sources believed to be reliable and in good faith, but no representation or warranty, express or implied, is made as to their accuracy, completeness or correctness. Dresdner Kleinwort Wasserstein accepts no liability whatsoever for any direct or consequential loss or damage arising from any use of this report or its contents. Whilst Dresdner Kleinwort Wasserstein may provide hyperlinks to web-sites of entities mentioned in this report, the inclusion of a link does not imply that Dresdner Kleinwort Wasserstein endorses, recommends or approves any material on the linked page or accessible from it. Dresdner Kleinwort Wasserstein accepts no responsibility whatsoever for any such material, nor for any consequences of its use. This report is for the use of the addressees only, but is not to be relied upon as authoritative or taken in substitution for the exercise of judgement by any recipient. This report is being supplied to you solely in your capacity as a professional, institutional investor for your information and may not be reproduced, redistributed or passed on to any other person or published, in whole or in part, for any purpose, without the prior, written consent of Kleinwort Benson Securities Limited. In this notice "Dresdner Kleinwort Wasserstein" means Dresdner Bank AG and/or Kleinwort Benson Securities Limited and any of its affiliated or associated companies and their directors, officers, representatives or employees and/or any persons connected with them. Additional information on the contents of this report is available on request.

Kleinwort Benson Securities Limited 2001

First Call Corporation, a Thomson Financial company.
All rights reserved.   888.558.2500

-> End of Note <-

-- FIRST CALL --

# EXHIBIT 425

```
09:09am EST  2-Mar-01 Needham & Co. (Richrd Davis, Jr. (617) 457-09) ORCL
The Recession Grows Teeth and Claims Another Victim
```

Equity Research Morning Note                    Richard Davis, Jr. (617) 457-0949
March 2, 2001                                              rdavis@needhamco.com

Oracle Corporation (ORCL/NASDAQ)
The Recession Grows Teeth and Claims Another Victim

Price:$21 ($17 post close)      Fully Diluted Shares Outstanding (MM): 5,916
52 Week Range: $46 25/32-$19 9/32                    Market Cap. (MM): $169,690
Recommendation/Target: Buy/$25          Average Daily Volume (MM): 47.148

|                | 5/00A | 5/01E |        | 5/02E  |        |
|----------------|-------|-------|--------|--------|--------|
|                |       | Was   | Is     | Was    | Is     |
| Revenue (MM)   | $10,130 | $11,940 | $11,085 | $14,369 | $13,128 |
| Growth         | 24%   | 19%   | 10%    | 19%    | 18%    |
| Op. Margin     | 21%   | 38%   | 34%    | 41%    | 39%    |
| EPS: 1Q        | $0.03A | $0.08A | $0.08 | $0.09  | $0.08  |
| EPS: 2Q        | 0.06A | 0.11A | 0.11A  | 0.14   | 0.12   |
| EPS: 3Q        | 0.08A | 0.12E | 0.10P  | 0.15   | 0.13   |
| EPS: 4Q        | 0.15A | 0.21E | 0.15E  | 0.28   | 0.22   |
| EPS: Year      | $0.33 | $0.52E | $0.44E | $0.66E | $0.55E |
| Growth         | 52%   | 57%   | 33%    | 26%    | 27%    |
| P/E Ratio      | 60x   | 38x   | 45x    | 30x    | 36x    |

Summary
* Oracle reported that it fell short of expectations for its February quarter.
  Revenues and EPS are likely to be about $2.6 and $0.10, respectively.  We had
  forecast $2.8 billion and $0.12.
* Following two above budget months, business simply did not close in February.
  Projects that had been approved at the Senior VP level were delayed when they
  reached the CFO or CEO's desk.  The response from the companies was that the
  firms wanted to wait to see what happened in the economy.
* We believe these delays reflect the severity, breadth and depth of economic
  uncertainty in the United States.  Both database and applications revenue
  growth were slower than expected, although only in the US.  Both Europe and
  Asia/Pacific were largely in line with forecasts.  What is remarkable, and
  disturbing, to us is that projects that would generate 6-month paybacks were
  delayed.  If companies are delaying purchases of even hard dollar ROI projects
  due to the economy, then the cornerstone of our confidence in the outlook for
  enterprise software is misguided.
* We do not believe ORCL's were self-inflicted.  Oracle was truly on a roll.
  Our field checks confirmed management's commentary that both December and
  January results were strong (and above budget).  The company's applications
  solution stack was maturing and appeared set to enter the tornado of growth.
  Oracle did not lose these deals to competitors - the business was won, but the
  deals did not close.  It is all but impossible for this turn of events to be
  good news for other enterprise software firms.
* We expect the shares to trade sluggishly from here for at least a quarter.
  Given the lower earnings visibility and relative market valuations, we believe
  ORCL should trade in the mid-teens.

What Happened
Oracle entered the third month of the quarter with a lot of momentum.  Both

-- FIRST CALL --

December was strong and we believe January was very good.  As the last week in February approached, deals that had been O.K'd by division managers were simply delayed when they reached the desk of the CFO or CEO.  We do not believe the response was a gaming tactic designed to get a better price as that negotiation had already been completed.  Oracle had not lost out to a last minute competitor.  The deals just did not close.  Instead, the buyers said that they needed to see what was going to happen in the economy over the next 30 to 60 days.  The result was flat to slightly down database sales, and applications growth of 50%.  We had forecast 17% database and 75% applications growth.

We find these delays remarkable given the fact that the deployments were likely to produce rapid paybacks (particularly for e-business applications, in our view).  The weakness was confined to the U.S. as the Rest of the World (ROW) performed in line with expectations.  As expected, the dot com business was essentially non-existent as that business is now essentially extinct.

Dissecting the Historical Numbers
The following table highlights our estimate of the probably February results versus our previous forecast.

As is usual in software company shortfalls, Oracle is likely to have hit its expense budgets, causing the revenue shortfall to largely fall to the bottom line (e.g.- 84% fell to the pre-tax line).

Our New Outlook: A Back-End Loaded 2002
Our new estimates implicitly assume that the economy remains in recession/very slow through late summer.  We further assume that Oracle does not meaningfully adjust its cost structure until later in the May quarter.  Our assumption is that the adjustment process is gradual enough not to require a one-time write-off, although this is a distinct possibility if business becomes difficult enough.

On an annual basis, it appears as if Oracle's growth will be hardly slowed by the recession.  However, we would caution that our forecasts are awfully back end loaded.  In an economy that is still decelerating, such a growth curve will require more courage to accept than in more normal times.

Outlook for the Shares: A $14-18 Band
Oracle is a leading firm in a segment with good long-term prospects.  From 1985-1997, enterprise software firms typically sold for 2-8x revenues, 15-60x P/E and 50-200% PE/G.  If the market goes to the low end of that range, Oracle would trade at around $10 per share.  Particularly bearish technicians might conclude this is where the shares are headed (see chart below).  We believe if neither monetary nor fiscal policy reverses the trend of the economy soon, such a valuation band is likely.  Assuming a more normal market and investors that give Oracle the benefit of the doubt, we believe the shares could trade at 110% of projected long-term EPS growth of a 27-31%, or about $14-15 per share.  We have lowered our one-year price target to $25 (assuming a PE/G ratio of about 125%).

The Implication for Other Enterprise Software Companies is Negative
We believe Oracle's shortfall indicates that most enterprise software firms will be hard-pressed to post good March quarters (at least).  Furthermore, we believe there is a good likelihood that formerly hyper-growth companies will decide to slow their rates of revenue growth in order to boost earnings

-- FIRST CALL --

prospects.  However, since this effort is likely to happen in the face of a poor economy, the impact is likely to be slower prospective revenue and earnings growth.  While we are not changing our estimates of companies such as Ariba, Commerce One, E.piphany, Art Technology at this point, we will closely evaluate each firm's near-term outlook.

Longer-term, the entire technology sector is likely to come under pressure as indexes re-balance their sector weightings away from the these companies due to their declining market capitalizations.  Much like mutual fund redemptions, this probable action is not a fundamental change in prospects, but it bears consideration when thinking about possible software stock valuation bands.

Oracle is the world's second largest software company and the leading provider of state-of-the-art global e-Business solutions for Internet commerce and Web-based applications.  With annual revenues exceeding $11 billion, the company offers its Internet platform, tools, and Internet-enabled applications, along with related consulting, education, and support services, in more than 145 countries.

This report is for information purposes only and does not constitute a solicitation or an offer to buy or sell any securities mentioned herein.  While the information contained herein has been obtained from sources believed reliable, we do not represent that it is accurate and it should not be relied upon as such.  Any opinions expressed herein reflect our judgement at this date and are subject to change from time to time.  This firm and/or its directors, affiliates, officers, employees or members of their immediate families may have a long or short position in the securities mentioned in the report or in options, futures or other derivative instruments based thereon.  Needham & Company and/or its affiliates may make a market or deal as principal in the securities mentioned in this document or in options or other derivative instruments based thereon.  Needham & Company may have managed or co-managed a public offering of or acted as initial purchaser or placement agent for a private placement of any of the securities of any issuer mentioned in this document within the last three years, or may from time to time perform investment banking or other services for, or solicit investment banking or other business from, any company mentioned in this document.  Additional information on the securities mentioned is available on request.  c Copyright 2000 Needham & Company, Inc.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500

                     -> End of Note <-

# EXHIBIT 426

```
07:25am EST  2-Mar-01 UBS Warburg (US) (Roskill, Andrew +1 212 821 2220) ORCL
ORCL:PREANNOUNCES DISAPPOINTING Q3 RESULTS
```

UBS Warburg                                                          March 2, 2001
Andrew Roskill  +1 212 821 2220            Ragen Stienke  +1 212 821 6732
Ken Carey  +1 212 821 3533                 Stephen Stout  +1 212 821 3624

Oracle Corp.(ORCL - NASDAQ) - Hold
US Technology, Software

| | | | | | |
|---|---|---|---|---|---|
| Price: | 21.38 | Dividend: Nil | Mkt Cap: | 126.8b | Est Debt/TC: N/A |
| Target: | 25.00 | Yield:    Nil | Shrs O/S: | 5.9b | ROE:         36% |
| 52 Week: | 46.31 - 19.00 | 5yrEGR:   20% | Avg Vol(000): | 33599 | Ent Val:    118.5b |
| | | | Est BV/Shr: | 1.86 | CV Sec:       No |

| Fiscal Year | Quarterly Estimates - EPS | | | | Fiscal Year | Estimates - EPS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1Q | 2Q | 3Q | 4Q | | Prior | EPS | P/E | Rev (m) |
| 2000: | 0.04 A | 0.06 A | 0.08 A | 0.16 A | May/2000 A: | 0.34 | | 62.9 | 10130 |
| 2001: | 0.08 A | 0.11 A | 0.12 E | 0.21 E | May/2001 E: | | 0.53 | 40.3 | 11906 |
| 2002: | 0.10 E | 0.13 E | 0.15 E | 0.27 E | May/2002 E: | | 0.65 | 32.9 | 14200 |

ORCL:PREANNOUNCES DISAPPOINTING Q3 RESULTS

Summary:

Oracle pre-announced lower than expected Q3 `01 results yesterday after the
market closed.  Although the company cited the overall slowdown in economy and
the IT environment as the major cause of the shortfall, we believe there may
have been further contributors.  Although the shortfall did not come as a big
surprise to us, the order of magnitude did.  We indicated in November that we
had concern about the company`s ability to meet growth expectations in its
database business.   Those concerns were affirmed with results that were
nothing less than ugly.  There was limited information available on the results
since the quarter just ended two days ago, so we will drill down into the
numbers much more once earnings are released on March 15th.

Highlights:

o Oracle announced revenue for the quarter would grow about 9% versus year ago
results, which puts total sales at about $2.67B or $240M below our estimate.
More significantly, license revenue grew at only 6% year over year which
indicates sequential growth was basically flat at $1.1B, about $200M below our
estimate of 25% growth.  The major shortfall came from the database business
that was apparently "flat to slightly negative", well below the company`s
guidance in the 15-20% range.  Admittedly, these results came in under even our
lowest expectations.

o Operating income actually fell about $46M sequentially to approximately $900
million.  Operating margins look to be around 34%, which is down about 160
basis points from Q2, bringing and end to the trend of sequential expansion
enjoyed over the first two quarters of fiscal year 2001. CEO Larry Ellison said
there were no immediate plans to take aggressive cost cutting measures since
the company has been expanding operating margins for the last two years by
moving their operations to the Web.  EPS for the quarter is expected to be
$0.10 versus our estimate and the Street consensus of  $0.12.

o Management went out of its way to blame this whiff on the overall economic

-- FIRST CALL --

environment and the fact that customers were delaying their purchasing decision.  Although we accept that the economy might be partially to blame, out take is that there may have been other issues including: 1) a maturation in the database market after two solid years of accelerated growth, 2) a lack of further share expansion in Unix segment, 3) Microsoft`s SQL Server gaining traction, 4) tough year ago comparisons, and 5) some degree of over capacity in the marketplace as customers bought databases ahead of demand.

Analysis:

* Perhaps the most challenging aspect about this development stems from management`s admitted lack of visibility for the future.  When questioned how the pipeline looked coming into this quarter relative to prior quarters, CFO Jeff Henley indicated that it was hard to tell.  Based on the lack of visibility and detail on the quarter, our estimates and price target are under review.  Once the company releases more detailed information on March 15th, we plan to revisit our model, but expect significant downward revisions.

Body:

* So where do we go from here?  Well, as we said earlier, this news did not exactly come as a surprise to us.  We have felt for some time that the recent growth in Oracle`s database market was not sustainable for two reasons.  First, last year there was a huge inflow from dotcoms that made for tough year ago comparisons.  Perhaps more importantly, we believe Oracle has enjoyed considerably higher than sustainable levels of growth due to lesser products being released by its competitors, which led to increased market share for Oracle.  We believe that Oracle has upwards of 80% of the Unix market, so there is not much room to grow there.  At the risk of crying "wolf", revision two of Microsoft`s re-architected SQL Server database is out and early indications are it is considerably better than past attempts and that it is being very well received by customers.  With that, we believe the overall database market will revert back to mean growth rates in the high single digits experienced in the mid to late 90s.  Additionally, we believe Oracle`s ability to gain share will become increasingly difficult and database license growth will contract to levels more in-line with the overall market.

* Unfortunately, the company did not give a lot of guidance relative to visibility going forward.  In fact, CFO Henley said that they felt very comfortable about the quarter up until last Friday, but were "very disappointed over the last couple of days" as multiple deals got pushed out of the quarter. The company indicated that most of these deals were very far along in the approval process.  In fact, each had been approved through the Vice President level, but got called off at the last minute by CFOs and CEOs who were increasingly uncertain about the overall economic environment.  When asked whether these deals were cancelled, CEO Ellison said no, that they were simply delayed and that many companies will be forced to complete the agreements in the next 30-60 days because they are already developing on the software. Management repeatedly indicated that these were not competitive losses, companies are simply delaying their purchases.  Although the company got the quarter off to a strong start with the Covisint deal, its seems particularly puzzling to attribute a $200M shortfall to the last couple of days of the quarter to a change in the economic environment

* On a somewhat more positive note, the applications business did considerably

-- FIRST CALL --

better than the database business.  Granted, the applications business missed our estimates as well, but growth for these products came in around 50% year over year.  We believe this provides further evidence that as IT budgets increasingly come under scrutiny, customers will focus more and more on products that promise high levels of ROI such as CRM, SCM and e-commerce applications.  We also believe that the weakness in Oracle`s applications business is because the company`s applications are not yet ready for prime time.  At Oracle`s applications conference last week, we learned that over 200 patches had been developed for the CRM product for the latest version. Furthermore, many customers we talked with indicated that although the CRM product showed promise, the SCM products are not even on the radar.  Although Feedback from these customers suggested that they were impressed with the idea of a fully integrated suite, we were unable to find any that had fully integrated and gone live on the suite.  Hence the reason we believe sector gorillas Siebel (SEBL - $44.63 - Buy) and I2 Technologies (ITWO- $27.56 - Buy) continue to enjoy high levels of growth and greater visibility in their pipeline.  More on that latter.

* We believe some of the weakness in Oracle`s database sales stemmed from an over supply in the marketplace, similar to Sun`s (SUNW - $20.06 - Buy) challenges.   As we indicated in our recent note on BEA Software (BEAS - $39.00 - Strong Buy), we believe customers bought servers, and database licenses to a lesser degree, ahead of demand.  All indications from the ebusiness applications companies that we cover are that a majority of licenses sold for CRM, SCM and ecommerce software are consumed immediately (upwards of 80% in BEA`s case).  This gives us further confidence in these companies` ability to plow through a restricted IT spending environment.

UBS Warburg LLC, PaineWebber Incorporated and/or one of their affiliates usually makes a market in the securities of this company: BEA Systems, I2 Technologies, Oracle Systems, Siebel Systems, Sunmicrosystems  Inc.

UBS Warburg LLC, PaineWebber Incorporated and/or one of their affiliates has acted as a manager/co-manager or placement agent in underwriting securities of this company or one of its subsidiaries in the past three years: I2 Technologies.

UBS Warburg LLC, 299 Park Avenue, New York, NY  10171-0026  Phone:  +1-212-821-6834

This report has no regard to  the  specific  investment  objectives,  financial situation or particular needs of any specific recipient.  This report is  based on information obtained from sources believed to be reliable but no independent verification has been made, nor is its  accuracy  or  completeness  guaranteed. This report is published solely for informational purposes and  is  not  to  be construed as a solicitation or an offer  to  buy  or  sell  any  securities  or related financial instruments.  Opinions expressed herein are subject to change without notice and the division, group, subsidiary or affiliate of   UBS  AG ("UBS") which produced this report is under no obligation to update or keep the information current. The securities described herein may not  be  eligible  for sale in all jurisdictions or to certain categories of investors. UBS and/or its directors, officers and employees may take positions in, and may make purchases and/or sales as principal or agent or  UBS  may  act  as  market-maker  in  the securities or related financial instruments discussed herein.  UBS may  provide corporate finance and other services to  and/or  serve  as  directors  of  the

-- FIRST CALL --

companies referred to in this report.  UBS accepts no liability for any loss or damage of any kind arising out of the use of this report.  UK: This report has been issued by UBS Warburg Ltd., a subsidiary of UBS AG, regulated in the UK by the Securities and Futures Authority, for distribution in the United Kingdom to persons who are not UK private customers.   US:   This report is being distributed to US persons by either UBS Warburg LLC or PaineWebber Incorporated, subsidiaries of UBS AG, or by a division, group or affiliate of UBS AG, that is not registered as a US broker-dealer (a "non-US affiliate"), to major US institutional investors only.  UBS Warburg LLC or PaineWebber Incorporated accepts responsibility for the content of a report prepared by another non-US affiliate when distributed to US persons by UBS Warburg LLC or PaineWebber Incorporated.  Canada: This report is being distributed by UBS Bunting Warburg Inc., a subsidiary of UBS AG and a member of the principal Canadian stock exchanges & CIPF. For transactions, please contact  ontact  your local sales representative.  Additional information will be made available upon request.

(c) 2001.  All rights reserved. This report may not be reproduced or distributed in any manner without the permission of UBS.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500

-> End of Note <-

-- FIRST CALL --

# EXHIBIT 427

Document # 3 of 410

RTR0106131427
USA:
Oracle stocks tumble in heavy trading after warning.
03/02/01
Reuters English News Service
RTR
(C) Reuters Limited 2001.
NEW YORK, March 2 (Reuters) - Shares of **Oracle Corp**. , the world's No. 2
software company, tumbled 23 percent in the first few minutes of trading on
Friday, the day after the company warned it would miss Wall Street's
first-quarter expectations.
Shares of Oracle fell 4-7/8 percent to $16-1/2, the lowest the stock has been
since late 1999 and wiping out the spectacular gains that thrust the company's
shares to top the A-list of must-own technology stocks. Shares were among the
top 20 net losers on the Nasdaq Stock Market. The Nasdaq Composite Index was
off 3.7 percent.
About 62 million of Oracle's 5.6 billion shares changed hands within the first
half hour of regular trading, making the stock the most heavily traded on the
Nasdaq.
Citing the sluggish U.S. economy, Oracle said it expects to report earnings
per share of 10 cents, excluding one-time items, instead of the 12 cents a
share analysts had expected. In a conference call following the announcement,
Oracle Chief Executive Larry Ellison said operating income would be about $900
million instead of the $1 billion analysts had expect.
On the news of the warning, Goldman Sachs noted software analyst Rick Sherlund
removed Oracle from Goldman's U.S. recommended purchase list and rated it a
market outperformer. Other analysts also cut their ratings on the stock.
Following the warning, Oracle shares fell to $17-1/2 in after-hours trading
Thursday as analysts predicted the announcement from the software giant would
drag the tech-laden Nasdaq down on Friday.
(Ilaina Jonas, New York Newsdesk, 212-859-1676)).
_R12001030202503


======

# EXHIBIT 428

# ORACLE®

Enabling the Information Age™

# INVOICE

PAGE   1 of 1

Federal Tax ID: 84-1332677

| INVOICE NUMBER | 55000390 |
|---|---|
| INVOICE DATE | 17-NOV-00 |
| YOUR P.O. NUMBER | |
| PAYMENT TERMS | 30 NET |
| YOUR REFERENCE NUMBER | |

**BILL TO:**

Attn: Accounts Payable
AMERITRADE INFORMATION SERVICES
PO BOX 2226
OMAHA NE 68103-2226

00001061      5      1061

**SHIP TO:**

## PAYMENT INSTRUCTIONS:

REFERENCE  55000390      ON YOUR REMITTANCE

MAIL CHECKS TO:      Oracle USA, Inc.
PO BOX 71028
CHICAGO IL 60694-1028

WIRE TRANSFERS TO:      WELLS FARGO BANK
ABA   121000248
ACCT  4522-020841

FOR BILLING QUESTIONS, CALL COLLECTION'S CALL CENTER (888) 803-7414

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | SHIP DATE | SHIPPED VIA | SHIPPER'S TRACKING NUMBER |
|---|---|---|---|---|---|
| | | | | | |

| ITEM NO. | QUANTITY | DESCRIPTION | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | 1 | On Account Cleanup for USA Data | N | 246,514.49 |

NDCA-ORCL 476435

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIPPING/ HANDLING | TOTAL |
|---|---|---|---|---|
| | 246,514.49 | 0.00 | 0.00 | 246,514.49 |

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

| | |
|---|---|
| Less payments/credits | 246,514.49 |
| Outstanding balance as of  28-OCT-05 | 0.00 |

ORC001  ORC00101.RTP  00001061 / 00001894      ORC017

# ORACLE®

Enabling the Information Age™

# INVOICE

PAGE  1 of 1

Federal Tax ID: 84-1332677

| INVOICE NUMBER | 5340971 |
| INVOICE DATE | 19-FEB-03 |
| YOUR P.O. NUMBER | |
| PAYMENT TERMS | IMMEDIATE- |
| YOUR REFERENCE NUMBER | |

**BILL TO:**

Accounts Payable
AMERITRADE INFORMATION SERVICES
PO BOX 2226
OMAHA NE 68103-2226

00001060      5      1060

**SHIP TO:**

**PAYMENT INSTRUCTIONS:**

REFERENCE  5340971      ON YOUR REMITTANCE

MAIL CHECKS TO:      Oracle USA, Inc.
PO BOX 71028
CHICAGO IL 60694-1028

WIRE TRANSFERS TO:      WELLS FARGO BANK
ABA   121000248
ACCT  4522-020841

FOR BILLING QUESTIONS, CALL COLLECTION'S CALL CENTER (888) 803-7414

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | SHIP DATE | SHIPPED VIA | SHIPPER'S TRACKING NUMBER |
|---|---|---|---|---|---|
| Refund | | Accounts Paya | | | |

| ITEM NO. | QUANTITY | DESCRIPTION | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | 1 | For Customer Refunds from AR | N | 246,514.49 |

NDCA-ORCL 476436

| SPECIAL INSTRUCTIONS | | SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|---|---|
| | | 246,514.49 | 0.00 | 0.00 | 246,514.49 |

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

Less payments/credits                    246,514.49
==================
Outstanding balance as of  28-OCT-05              0.00

ORC001  ORC00101.RTP  00001060 / 00001893  ORC017

# ORACLE

## Enabling the Information Age™

# INVOICE

Federal Tax ID: 84-1332677

| INVOICE NUMBER | 7244639 |
|---|---|
| INVOICE DATE | 11-NOV-02 |
| YOUR P.O. NUMBER | |
| PAYMENT TERMS | |
| YOUR REFERENCE NUMBER | |

**BILL TO:**

Attn: Accounts Payable
AMERITRADE INFORMATION SERVICES
PO BOX 2226
OMAHA NE 68103

**SHIP TO:**

### PAYMENT INSTRUCTIONS:

REFERENCE 7244639   ON YOUR REMITTANCE

MAIL CHECKS TO:   Oracle USA, Inc.
PO BOX 71028
CHICAGO IL 60694-1028

WIRE TRANSFERS TO:   WELLS FARGO BANK
ABA   121000248
ACCT  4522-020841

## FOR BILLING QUESTIONS, CALL COLLECTION'S CALL CENTER (888) 803-7414

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | SHIP DATE | SHIPPED VIA | SHIPPER'S TRACKING NUMBER |
|---|---|---|---|---|---|
| | | | | | |

| ITEM NO. | QUANTITY | DESCRIPTION | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | | On Account Cleanup for USA Data | N | <36,000.00> |
| | | 100% of Credit Memo Applied to Debit Memo 55000525 | | |
| | | ************************************************* | | |
| | | Credit Memo Confirmation | | |
| | | This is not a request for payment | | |
| | | ************************************************* | | |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIPPING/HANDLING | **TOTAL** |
|---|---|---|---|---|
| | <36,000.00> | 0.00 | 0.00 | <36,000.00> |

Less payments/credits                                     <36,000.00>
====================
Outstanding balance as of  31-JUL-06                             0.00

ORC001  ORC00101.RTP  00000716 / 00001231     ORC017

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 751598

# ORACLE®

Enabling the Information Age™

# INVOICE

Federal Tax ID: 84-1332677

| INVOICE NUMBER | 55000525 |
|---|---|
| INVOICE DATE | 17-NOV-00 |
| YOUR P.O. NUMBER | |
| PAYMENT TERMS | 30 NET |
| YOUR REFERENCE NUMBER | |

**BILL TO:**

Attn: Accounts Payable
AMERITRADE INFORMATION SERVICES
PO BOX 2226
OMAHA NE 68103-2226

00000716      5      716

**SHIP TO:**

## PAYMENT INSTRUCTIONS:

REFERENCE  55000525      ON YOUR REMITTANCE

MAIL CHECKS TO:      Oracle USA, Inc.
PO BOX 71028
CHICAGO IL 60694-1028

WIRE TRANSFERS TO:      WELLS FARGO BANK
ABA    121000248
ACCT  4522-020841

### FOR BILLING QUESTIONS, CALL COLLECTION'S CALL CENTER (888) 803-7414

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | SHIP DATE | SHIPPED VIA | SHIPPER'S TRACKING NUMBER |
|---|---|---|---|---|---|
| | | | | | |

| ITEM NO. | QUANTITY | DESCRIPTION | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | 1 | On Account Cleanup for USA Data | N | 36,000.00 |

| SPECIAL INSTRUCTIONS | | SUBTOTAL | TAX | SHIPPING/ HANDLING | **TOTAL** |
|---|---|---|---|---|---|
| | | 36,000.00 | 0.00 | 0.00 | **36,000.00** |
| | | Less payments/credits | | | 36,000.00 |
| | | | | | ================= |
| | | Outstanding balance as of  31-JUL-06 | | | 0.00 |

ORC001  ORC00101.RTP  00000716 / 00001220      ORC017

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 751599

# EXHIBIT 429

# ORACLE®
Enabling the Information Age™

# INVOICE
Federal Tax ID: 84-1332677

PAGE    1 of 1

| INVOICE NUMBER | 55003501 |
|---|---|
| INVOICE DATE | 17-NOV-00 |
| YOUR P.O. NUMBER | |
| PAYMENT TERMS | 30 NET |
| YOUR REFERENCE NUMBER | |

**BILL TO:**

 1

Attn: Accounts Payable
KFORCE.COM
4965 US HIGHWAY 42
SUITE 2900
LOUISVILLE KY 40222-6377

00000863      5      863

**SHIP TO:**

### PAYMENT INSTRUCTIONS:

REFERENCE  55003501      ON YOUR REMITTANCE

MAIL CHECKS TO:      Oracle USA, Inc.
PO BOX 71028
CHICAGO IL 60694-1028

WIRE TRANSFERS TO:      WELLS FARGO BANK
ABA    121000248
ACCT  4522-020841

FOR BILLING QUESTIONS, CALL COLLECTION'S CALL CENTER (888) 803-7414

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | SHIP DATE | SHIPPED VIA | SHIPPER'S TRACKING NUMBER |
|---|---|---|---|---|---|
| | | | | | |

| ITEM NO. | QUANTITY | DESCRIPTION | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | 1 | On Account Cleanup for USA Data | N | 258,241.84 |

NDCA-ORCL 488364

| SPECIAL INSTRUCTIONS | | SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|---|---|
| | | 258,241.84 | 0.00 | 0.00 | 258,241.84 |

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

Less payments/credits                          258,241.84
================
Outstanding balance as of   28-OCT-05            0.00

ORC001  ORC00101.RTP  00000863 / 00001549    ORC017

# ORACLE

# INVOICE

Federal Tax ID: 94-2871189

**PLEASE REFERENCE INVOICE NUMBER ON ALL REMITTANCES**

BILL TO:   KFORCE.COM

4965 US HIGHWAY 42
SUITE 2900
LOUISVILLE, KY  40222
United States

SHIP TO:

| NUMBER |
| --- |
| 7244621 |

| DATE | PAGE |
| --- | --- |
| 08-NOV-02 | 1  of  1 |

| PURCHASE ORDER NUMBER |
| --- |
| |

| OUR REFERENCE |
| --- |
| |

| SALES ORDER NUMBER |
| --- |
| |

| CUSTOMER NUMBER |
| --- |
| 247840 |

REMIT TO:

Checks:   ORACLE CORPORATION
PO BOX 71028
CHICAGO,   60694-1028

Wires:   Wells Fargo Bank
ABA   121000248
For the Benefit of ORACLE CORPORATION
ACCT 4522-020841

PLEASE INCLUDE REMITTANCE COPY WITH PAYMENT
FOR QUESTIONS OR COMMENTS CONCERNING THIS INVOICE PLEASE CONTACT ORACLE COLLECTIONS AT (800)645 3509

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
| --- | --- | --- | --- | --- | --- | --- |
| | 08-NOV-02 | No Sales Credit | | | | |

| ITEM NO. | DESCRIPTION | QUANTITY | TAX | EXTENDED AMOUNT($) |
| --- | --- | --- | --- | --- |
| 1 | On Account Cleanup for USA Data -6424537170274189496171495680 | | 1732825324N | -165,908.43 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIPPING | TOTAL($) |
| --- | --- | --- | --- | --- |
| | -165,908.43 | 0.00 | 0.00 | |

| A 1.5% PER MONTH FINANCE CHARGE WILL BE CHARGED FOR ALL PAST DUE INVOICES. ALL SOFTWARE IS LICENSED IN ACCORDANCE WITH THE TERMS AND CONDITIONS OF THE SOFTWARE LICENSE AND SERVICES AGREEMENT OR REFERENCED GSA SCHEDULE CONTRACT. | Less payments/credits($) | -165,908.43 |
| --- | --- | --- |
| | Outstanding balance as of 08-NOV-05 | ($)    0.00 |

**PLEASE REFERENCE INVOICE NUMBER ON ALL REMITTANCES**

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL **488365**