# EXHIBIT I

**Page 1**

1    IN THE UNITED STATES DISTRICT COURT
2       NORTHERN DISTRICT OF CALIFORNIA
3
In re ORACLE CORPORATION
4   SECURITIES LITIGATION
          Master File No. C-01-0988-MJJ
5   This Document Relates To:
6       ALL ACTIONS.
7   _____/
8
9              ---oOo---
10            CONFIDENTIAL
11   VIDEOTAPED DEPOSITION OF GORDON PETRIE
12       Volume I (Pages 1 through 210)
13       Thursday, September 22, 2005
14              ---oOo---
15
16       SHEILA CHASE & ASSOCIATES
            REPORTING FOR:
17          LiveNote World Service
         221 Main Street, Suite 1250
18       San Francisco, California  94105
            Phone: (415)  321-2300
19          Fax:  (415)  321-2301
20
21
22
23   Reported by:
     LORRIE L. MARCHANT, CSR, RPR, CRR
24   CSR No. 10523
25

**Page 2**

1          INDEX OF EXAMINATIONS
2                          PAGE
3   BY MR. SOLOMON              8
4   BY MR. RUBIN             118
5              ---oOo---
6          INDEX OF EXHIBITS
7   DESCRIPTION            PAGE
8   Exhibit 1  Subpoena served on Gordon Petrie,    11
        8 pages
9
10  Exhibit 2  Resume of Gordon M. Petrie, 3    14
        pages
11  Exhibit 3  "Plaintiffs' [Prosposed] Revised    19
        Second Amended Complaint for
12      Violations of the Federal
        Securities Laws Demand for Jury
13      Trial," 73 pages
14  Exhibit 4  e-mail to Michael Mayfield and    43
        Kevin Wion from Gordon Petrie,
15      dated 3/28/2000, subject:  Credit
        Memos against PA Projects,
16      Bates-stamped PETRIE 004894 through
        PETRIE 004898, 5 pages
17
18  Exhibit 5  e-mail to rstone from Gordon    62
        Petrie, dated 5/26/2000, re:  FY00
19      Sup Neg Balances for TERMS,
        Bates-stamped PETRIE 002269 through
20      PETRIE 002270, 2 pages
21  Exhibit 6  e-mail to Matt Graham from Gordon    63
        Petrie, dated 5/26/2000, re:
22      Support's Reorganization,
        Bates-stamped PETRIE 002280, 1 page
23  Exhibit 7  e-mail to C. Knowles, C. Madsen,    65
        J. Lederer and KaChan from Gordon
24      Petrie, dated 6/12/2000, subject:
        Q1-01 Revenue Forecast,
25      Bates-stamped PETRIE 002775, 1 page

**Page 3**

1          INDEX OF EXHIBITS (Continued)
2   DESCRIPTION            PAGE
3   Exhibit 8  e-mail to M. Gillis from Gordon    67
        Petrie, dated 2/3/2000, subject:
4       USA Support Revenue Jan 2000 as of
        03-Feb-2000, Bates-stamped PETRIE
5       003723 through PETRIE 003725, 3
        pages
6
    Exhibit 9  e-mail to C. Knowles from Gordon    71
7       Petrie, dated 10/14/1999, subject:
        RVMGR Gap - Why has it gone down?,
8       Bates-stamped PETRIE 009002 through
        PETRIE 009056, 2 pages
9
    Exhibit 10  e-mail to T. Pinnick and R.E.    74
10      Scott from Gordon Petrie, dated
        2/1/2000, subject:  Revenue Accrual
11      to Fix Credit Memo Rebill Issue
        Jan-00, Bates-stamped PETRIE 003602
12      through PETRIE 003605, 4 pages
13  Exhibit 11  e-mail to Dennis McCarney from    78
        Gordon Petrie, dated 3/22/2000,
14      subject:  RBA down and the numbers
        don't tie, Bates-stamped PETRIE
15      005065, 1 page
16  Exhibit 12  e-mail to C. Knowles and DJ Pratt    81
        from Gordon Petrie, dated 6/3/2000,
17      subject:  $101 Million May Revenue
        Classification & Consolidation
18      Problem, Bates-stamped PETRIE
        002612, 1 page
19
    Exhibit 13  e-mail to Bill Schonk from Gordon    85
20      Petrie, dated 3/23/2000, subject:
        Revenue Transfer Requests,
21      Bates-stamped PETRIE 004934 through
        PETRIE 004971, 7 pages
22
    Exhibit 14  e-mail to C. Madsen from Gordon    89
23      Petrie, dated 3/24/2000, subject:
        Bell South Deal, Bates-stamped
24      PETRIE 005821, 1 page
25

**Page 4**

1          INDEX OF EXHIBITS (Continued)
2   DESCRIPTION            PAGE
3   Exhibit 15  e-mail to Tammy Pinnick and Ray    95
        Paul from Gordon Petrie, dated
4       5/5/2000, subject:  Support Cost
        Centers, Bates-stamped PETRIE
5       007839, 1 page
6   Exhibit 16  e-mail to Clinton Knowles from    95
        Gordon Petrie, dated 5/22/2000,
7       subject:  1 Primary Metric for OSS,
        Bates-stamped PETRIE 001956 through
8       PETRIE 001958, 3 pages
9   Exhibit 17  e-mail to Clinton Knowles from    99
        Gordon Petrie, dated 5/22/2000,
10      subject:  Support renewals,
        Bates-stamped PETRIE 001945 through
11      PETRIE 001948, 4 pages
12  Exhibit 18  e-mail to RevINFO from Gordon    104
        Petrie, dated 5/30/2000,
13      Bates-stamped PETRIE 002301 through
        PETRIE 002302, 2 pages
14
    Exhibit 19  e-mail to various employees at    106
15      Oracle Corporation from Fan Lan
        Brenman, dated 12/1/2000, subject:
16      Q4 Forecast week of December 4th,
        Bates-stamped NDCA-ORCL 097807
17      through NDCA-ORCL 097808, 2 pages
18  Exhibit 20  e-mail to DJ Pratt and C. Knowles    111
        from Gordon Petrie, dated
19      3/22/2000, subject:  Version 2, and
        attached presentation of Oracle
20      Americas Leadership Team,
        Bates-stamped PETRIE 005008 through
21      PETRIE 005020, 13 pages
22              ---oOo---
23
24
25

**5**

1    QUESTIONS THE WITNESS WAS INSTRUCTED NOT TO AN
2                Page  Line
3                (None)
4                ---oOo---
5
6            VIDEOTAPES
7
8    BEGINNING OF TAPE 1............8
9    BEGINNING OF TAPE 2............71
10   BEGINNING OF TAPE 3............118
11
12               ---oOo---
13
14
15
16
17
18
19
20
21
22
23
24
25

**7**

1    Appearing as counsel on behalf of the witness:
2        ALAN MAYER CAPLAN, ESQ.
        Bushnell, Caplan & Fielding
3        221 Pine Street, Suite 600
        San Francisco, CA 94101-2715
4        (415) 217-3800
5    Also present: Jeff McKinney, Videographer
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**6**

1        BE IT REMEMBERED that on Thursday, September 22,
2    2005, commencing at the hour of 10:15 a.m., thereof, at
3    the offices of Lerach, Coughlin, Stoia, Gellar, Rudman &
4    Robbins, LLP, 100 Pine Street, Suite 2600,
5    San Francisco, California, before me, LORRIE L.
6    MARCHANT, CSR, RPR, CRR, a Certified Shorthand Reporter
7    for the State of California, personally appeared
8                GORDON PETRIE,
9    called as a witness by the Plaintiffs herein, who, being
10   by me first duly sworn/affirmed, was thereupon examined
11   and testified as hereinafter set forth.
12               ---oOo---
13   Appearing as counsel on behalf of Plaintiffs:
14       MARK SOLOMON, Esquire
        ELI GREENSTEIN, Esquire
15   LERACH, COUGHLIN, STOIA, GELLAR, RUDMAN & ROBBIN
    100 Pine Street, Suite 2600
16   San Francisco, California 94111
    (415) 288-4545
17   e-mail: elig@lerachlaw.com
18   Appearing as counsel on behalf of Defendants:
19       LEE H. RUBIN, Esquire
        MAYER, BROWN, ROWE & MAW, LLP
20       Two Palo Alto Square, Suite 300
        Palo Alto, California 94306
21       (650) 331-2000
        e-mail: lrubin@mayerbrownrowe.com
22       CHARLES HARRIS, Esquire
        MAYER, BROWN, ROWE & MAW, LLP
23       71 South Wacker Drive
        Chicago, IL 60606-4637
24       (312) 701-8531
        e-mail: charris@mayerbrownrowe.com
25

**8**

1        THE VIDEOGRAPHER:  Here begins videotape No. 1,
2    Volume I, in the deposition of Gordon Petrie, in the
3    matter of Oracle Securities Litigation.  Case number
4    which is C-01-0988 MJJ (JCS).
5        The video operator today is Jeff McKinney
6    representing LiveNote World Services, located at 221
7    Main Street, Suite 1250.  San Francisco, California.
8    94105.  Phone No. (415) 321-2300.
9        The court reporter is Lorrie Marchant reporting
10   on behalf of LiveNote World Services.  Today's
11   deposition is taking place on behalf of the plaintiffs
12   and is located at 100 Pine Street, San Francisco,
13   California.
14        Would counsel please introduce yourselves and
15   state whom you represent.
16        MR. SOLOMON:  Mark Solomon here with Eli
17   Greenstein on behalf of plaintiffs.
18        MR. RUBIN:  Lee Rubin and Charles Harris from
19   the law firm of Mayer, Brown, Rowe & Maw on behalf of
20   defendants.
21        MR. CAPLAN:  Alan Caplan representing the
22   witness.
23        THE VIDEOGRAPHER:  Would the court reporter
24   please swear in the witness.
25            (Witness sworn/affirmed.)

Petrie, Gordon  9/22/2005  10:15:00 AM

9

1          EXAMINATION
2      BY MR. SOLOMON:  Q.  Good morning, Mr. Petrie.
3      A.  Good morning.
4      Q.  My name is Mark Solomon, and I represent a
5  class of plaintiffs in litigation pending against Oracle
6  Corporation.
7      Do you understand that?
8      A.  M-hm.
9      Q.  Have you been deposed before?
10      A.  No.
11      Q.  Okay.  A lot of it's self-explanatory, but I'll
12  just take you through some basics.
13      I'll be asking questions.  The court reporter
14  here will be transcribing.  It will be videotaped.  It's
15  important that you give me audible answers as opposed to
16  shakes or nods of the head if you can.
17      A.  Yes.
18      Q.  And if I'm unclear or you can't hear me, don't
19  hesitate to let me know that and I'll either speak up or
20  try to clarify what I'm saying.
21      There's a lawyer here for Oracle, who will
22  perhaps enter objections at times to some of the
23  questions I ask.  Maybe he won't.  If he does, unless I
24  indicate that there's any reason not to answer, if you
25  can understand the question, you can go ahead and

10

1  answer.
2      Many of the objections are just sort of lawyer
3  stuff that will be dealt with in court potentially later
4  on.  But it shouldn't impede our ability to ask you
5  questions and for you to answer them.  Of course your
6  lawyer here, you are represented by Mr. Caplan, correct?
7      A.  M-hm, yes.
8      Q.  He will be looking after you, and to the extent
9  he makes any objections, whatever, I urge you to listen
10  to them and I'll do my best to accommodate, if I can.
11      If you need a break, just let me know.
12      At the end of the testimony, there will be a
13  period where the transcript is transcribed.  You'll get
14  an opportunity to look at it, to make any comments or
15  revisions that you deem fit, but that, of course,
16  lawyers can then make any mention of, you know, in court
17  subsequently.
18      But the bottom line is if you make a slip of
19  the tongue or if there's something that's transcribed
20  wrong, you get an opportunity to correct it.
21      Do you understand that?
22      A.  I understand.
23      Q.  Okay.  You're here today in response to a
24  subpoena that we issued.
25      Do you understand that?

11

1      A.  Yes.
2      Q.  Okay.  I'm just going to have marked as the
3  first exhibit, just for the record, the subpoena.  And
4  this will be marked as Petrie Exhibit 1, please.
5      (Marked for identification purposes,
6      Exhibit 1.)
7      BY MR. SOLOMON:  Q.  This subpoena, Mr. Petrie,
8  as you see, asks for you to attend the deposition and
9  it also asks that you produce documents that you have in
10  your possession as listed.  Are you aware of that
11      A.  Yes.
12      Q.  And, in fact, you did produce documents; is
13  that right?
14      A.  Yes.
15      Q.  And you produced documents to plaintiffs in
16  this litigation?
17      A.  Yes.
18      Q.  Okay.  And do you have an understanding whether
19  the defendants have a copy of those documents?
20      A.  I believe that they do.
21      Q.  Okay.  Thank you very much.
22      You were employed at Oracle; is that right?
23      A.  That's correct.
24      Q.  What was your position?
25      A.  Well, I served three positions there.  One was

12

1  a senior manager of financial reporting for the general
2  business group.
3      Q.  Okay.
4      A.  The second was a director of finance for the
5  industry of verticals.  And then the third position was
6  the director of finance for the support organization.
7  And that was primarily geared around revenue accounting.
8      And for a short while right before I left, I
9  was a director of finance for their Business Online
10  group.
11      Q.  You didn't hold these positions at the same
12  time; these are sequential?
13      A.  These are all sequential.
14      Q.  And when did you begin your employment at
15  Oracle?
16      A.  It was March of 1998.
17      Q.  Okay.  And when did you conclude your
18  employment at Oracle?
19      A.  December 15th, 2000.
20      Q.  And can you briefly go through your education
21  for me, please, starting from graduating high school?
22      A.  Well, I graduated high school from Woodside
23  High school in California, just down the peninsula here.
24      I got a degree in bio chemistry and bio physics
25  from the University of California at Davis.

Petrie, Gordon  9/22/2005  10:15:00 AM

**13**

1 Went to work for awhile at -- at Applied Bio
2 Systems and had a reason to get my MBA with a
3 specialization in finance from San Jose State, which I
4 did while I was working full-time.
5 Q. And you got a 3.9 GPA?
6 A. Yeah.
7 Q. While working full-time?
8 A. Yes.
9 Q. Was it after you got your MBA that you started
10 work at Oracle?
11 A. Yes. I got my MBA in -- I think it was
12 December of 1989.
13 Q. How did the employment come about at Oracle?
14 A. How did I come upon the job?
15 Q. (Nods head.)
16 A. Actually, a friend of mine was working for the
17 Revenue Automation Group, and he asked if I was
18 interested in a position there, that he would forward
19 his (sic) r sum  to some people that would be likely to
20 hire me.
21 And my r sum  ended up going to Kevin Wion, who
22 was another Oracle employee. And Kevin hired me into
23 the General Business Group.
24 Q. Who's the friend that introduced you?
25 A. Jeff Pettit.

**14**

1 Q. What was his position at Oracle at the time?
2 Do you know?
3 A. He was a manager of Revenue Automation. It was
4 a group called Revenue Automation.
5 Q. Is he still with Oracle? Do you know?
6 A. I don't know.
7 Q. He was there when you left, as far as you know?
8 A. As far as I know he was there. In fact, I know
9 he was there when I left.
10 Q. Okay. What is Revenue Automation?
11 A. You know, I'm not really sure what it is. I've
12 heard differing examples of what it is. I -- I think in
13 the latest term it was, you know, essentially revenue
14 and accounting --
15 Q. Okay.
16 A. -- and recognition.
17 MR. SOLOMON: I'm going to have marked as the
18 next exhibit a copy of what I believe is your r sum .
19 (Marked for identification purposes,
20 Exhibit 2.)
21 BY MR. SOLOMON: Q. I'll have you take a look
22 and let me know if you recognize that as your r sum ?
23 A. Yes, I do recognize it as my r sum , although
24 it looks like it's fairly old.
25 Q. In fact, I was going to ask you that. When do

**15**

1 you think this particular iteration was created?
2 A. Well, it should have come about at the time I
3 was still at Oracle, because I believe it's an Oracle
4 phone number I have for my work and messages.
5 Q. Okay.
6 A. The 633 prefix, I believe ...
7 Q. Okay. It says under the first heading
8 "Objective, I'm seeing financial management
9 opportunities in which I can utilize my diverse
10 education experience."
11 Were you seeking -- had you decided at some
12 stage to leave Oracle and look for another job?
13 A. I -- I don't know when this was from,
14 precisely. Two things I can say about this is first of
15 all, Oracle typically went through very many
16 organizational changes. And as a matter of course, it
17 was almost a good idea to keep your r sum  current,
18 because there would be a time when, you know, an
19 organization may move its headquarters, which actually
20 did happen to me, and I had to go apply for another job
21 within Oracle. And so it was always good to have a
22 r sum .
23 Now, yes, did I leave Oracle. I left Oracle in
24 December of 2000 because I had an opportunity to go to
25 work for a smaller startup, which I tend to like smaller

**16**

1 companies.
2 Also, it was a medical device company. So that
3 was utilizing my background in -- in bio technology.
4 And also it was a manufacturing organization. And I
5 have a pretty strong background in manufacturing, as
6 well. So it just turned out to be kind a better fit for
7 me at the time.
8 Q. You left Oracle voluntarily; you weren't asked
9 to leave?
10 A. No, I was not asked to leave.
11 Q. What was the company you left to join that you
12 just described?
13 A. Heartport.
14 Q. And are you still employed at that company?
15 A. No. That company was sold about four or five
16 months after I joined the company. It was sold to
17 Johnson & Johnson.
18 Q. Okay. And what did you do after that?
19 A. Well, I had a little bit of time off. And I
20 went to a company called Perkin & Elmer.
21 Q. And what were you employed there as?
22 A. I was a worldwide controller there for one of
23 their product groups.
24 Q. And are you still there?
25 A. I am not still there.

**17**

1   Q.  Okay.  Could you tell me what happened there?
2   A.  Well, long and short of it was, it was a
3  very --
4      (Reporter clarification.)
5      THE WITNESS:  It was not a good cultural fit
6  for me.  It was a bit too much of a big company.  And
7  for a variety of reasons, I left voluntarily, but it
8  was -- it was basically done through a separation
9  agreement.  And that's where I went on to join the
10  company I'm currently with, which is a company called
11  Nugen Technologies.
12      BY MR. SOLOMON:  Q.  Nugent?
13   A.  Nugen, N-U-G-E-N.
14   Q.  Thank you.  What are you employed there as?
15   A.  I'm a vice president of finance.
16   Q.  And what are your responsibilities?  Can you
17  describe them?
18   A.  Well, pretty much I oversee all of the
19  financial and accounting activities.
20   Q.  Okay.
21   A.  I also have responsibility for the information
22  technology at the company.  It's a very small company.
23  And I also coordinate the corporate legal efforts as
24  well.  But that's primarily through our other attorneys.
25   Q.  Okay.  How long have you been there?

**18**

1   A.  Three 1/2 years.  I joined them in March of
2  2002.
3   Q.  Did there come a time after you left Oracle,
4  when you were contacted by a person seeking information
5  about alleged wrongdoing at Oracle?
6   A.  Yes.
7   Q.  Do you know who that person was?
8   A.  It was Ken Keatley.
9   Q.  And did Ken Keatley describe why he was -- who
10  he was and why he was calling you?
11   A.  Yes, he did.
12   Q.  Could you tell me what you recall of that,
13  please.
14   A.  Well, there were two issues.  One was the issue
15  that's -- that's in the complaint about these -- the
16  large amount of unapplied cash that had accumulated at
17  Oracle and basically from overpayments that -- that had
18  been made by clients that was not returned to them.  So
19  there was an issue there.
20      There was also an issue around the stock price
21  being inflated by suddenly recognizing that revenue in
22  the Oracle systems.
23      And then thirdly was the -- the question as to
24  whether Larry Ellison and his senior staff were aware
25  that sales were softening and that they were making

**19**

1  statements to the public that were, at the time, not
2  known to be true, that would result in basically stock
3  manipulation for Oracle --
4   Q.  Okay.
5   A.  -- Larry and his -- his staff.
6   Q.  Okay.  And you had -- is it fair to say you had
7  a discussion with Mr. Keatley on each of those three
8  items?
9   A.  Yes, I did.
10      MR. SOLOMON:  I'd like marked has the next
11  exhibit, a copy of the operative complaint in the
12  litigation.
13      (Marked for identification purposes,
14      Exhibit 3.)
15      BY MR. SOLOMON:  Q.  I want you to take a look,
16  Mr. Petrie, please, at page 11, paragraph 27, 27 sub S,
17  please.
18      MR. RUBIN:  Twenty-seven sub what?  I'm sorry.
19      MR. SOLOMON:  S.  It's on page 11.
20      THE WITNESS:  Sub S, confidential --
21      MR. SOLOMON:  Yes.
22   Q.  And if you could read that -- that paragraph,
23  please.  Just read it to yourself.
24   A.  M-hm.
25   Q.  And when you're done, let me know.

**20**

1   A.  Okay.
2   Q.  Okay.  Does that paragraph fairly describe your
3  role at Oracle when you were employed there?
4   A.  Yes, it does identify my role.  That's correct.
5   Q.  And then I want to go to page 19, paragraph 38
6  subG, which is at the bottom of the page?
7   A.  M-hm.
8   Q.  You'll see that there's a reference to CW19,
9  which was the reference that -- which was the CW that
10  describes your position, so you are CW19.
11   A.  Yes.
12   Q.  Do you understand that?
13   A.  Yes.
14   Q.  And you'll see that there's a reference to CW19
15  providing some further corroboration to WC46.  Do you
16  see?
17   A.  M-hm.
18   Q.  Then it goes on to say, "according to CW19
19  because Oracle incurred significant costs related to
20  excessive technical problems with Suite 11i, many
21  support agreements turned into money-losing engagements
22  for Oracle."
23      Do you see that?
24   A.  Yes.
25   Q.  Now, just focusing on that sentence, did you

21

1  tell Mr. Keatley that at some stage during your
2  employment at Oracle because of the excessive technical
3  problems with Suite 11i, Oracle had incurred such costs?
4      A.  I did.
5          MR. RUBIN:  I'll just object for the record.
6  Concerning the use of the complaint, excuse me, in this
7  fashion.  I think it's inappropriate.  I think,
8  Mr. Solomon, you're entitled to ask questions about his
9  conversation with Mr. Keatley and if he, in any way,
10  needs his recollection refreshed or his memory
11  refreshed, then it may be appropriate, but not in the
12  order in which you're doing it.  So I would object on
13  that basis.
14         MR. SOLOMON:  Okay.
15     Q.  Carrying on in subG, it then says, "CW19 while
16  prefacing his comments with, I really shouldn't be
17  talking about this, confirmed that we had a fund we
18  could pull from to compensate for Oracle's money-losing
19  engagements."
20         Do you see that?
21     A.  Yes.
22     Q.  Is it fair to say that when you were talking to
23  Mr. Keatley, you did have a concern about to what extent
24  you could discuss confidential information?
25     A.  I did.

22

1      Q.  Do you understand that for these proceedings,
2  there's a protective order in place that protects the
3  confidentiality of Oracle's information?
4      A.  I -- I didn't understand that.  Can you
5  elaborate on that?
6      Q.  Yes.  There is, in these proceedings, an order
7  that's been entered by the court which provides that
8  information that's gleaned in this case is protected in
9  various ways.  And one of the ways it's protected is,
10  the information that's provided in this litigation
11  through discovery, is to be used only in this
12  litigation.
13         And to the extent that Oracle designates
14  documents or information confidential, there's an
15  obligation within the litigation and the witnesses and
16  the parties to keep that information confidential unless
17  the court either rules it as not confidential or Oracle
18  decides not to make that assertion.
19         Do you understand that?
20     A.  Yes, I do.
21     Q.  Okay.  And I'm making that representation to
22  you.
23         In light of that, notwithstanding your
24  sentiment that you really shouldn't have been talking
25  about something when you were talking to Mr. Keatley,

23

1  can you expand a little bit more now on what the fund
2  was that you were referring to?
3          MR. RUBIN:  Objection.  Form of the question.
4  Objection to the use of the complaint in this fashion
5  and, Mark, if you don't mind, I would just like to make
6  a standing objection at to the use of the complaint and
7  then I won't have to interrupt every time, to the extent
8  you're using the complaint that way.
9          MR. SOLOMON:  Okay.  Thank you.
10     Q.  So you can go ahead.
11     A.  Could you reclarify your question, please.
12     Q.  Okay.  So, again, I'm focusing on --
13  notwithstanding the objection, I'm focusing on that subG
14  on page 19.
15     A.  M-hm.
16     Q.  And I'm really just focusing now on your
17  statement that you shouldn't be talking about it, but
18  that there was a fund you could pull from to compensate
19  for Oracle's money-losing engagements.
20     A.  Yes.  In -- in two cases, in two positions that
21  I was in specifically in general business, there was a
22  fund that was called an LFU fund.  And I don't know what
23  the acronym means, but that was a fund to basically take
24  care of customers that had -- had difficulty with
25  implementation.  It was there to cover some of the cost.

24

1          There was also a similar fund that I was aware
2  of in the verticals.  And to my knowledge, the existence
3  of these funds is within GAAP, simply because what
4  you're doing is you -- you hold back some revenue to --
5  in order to realize that you're going to have some
6  additional cost incurred in -- in getting some of these
7  things done.
8          Now, the reason I was very uncomfortable about
9  talking about that is at -- is at Oracle when I was
10  there, it was -- it was not an account that, you know,
11  you were allowed to really say much about.
12     Q.  Okay.  And how did you have the understanding
13  that it wasn't an account or a fund that you should --
14     A.  I had been told on two occasions.
15     Q.  And who told that?
16     A.  Kevin Wion was one.
17     Q.  Yeah?
18     A.  And the second one I can't really recall, but
19  I -- you know, it was kind of understood that that was
20  something that, you know, you didn't really bring up.
21     Q.  Did anybody tell you any reason why?
22     A.  No.  Not -- not that I can recall.
23     Q.  And apart from Kevin and the other person whose
24  name you don't recall, do you recall the identities of
25  anybody else at Oracle with whom you had any discussions

25

1   concerning this fund?
2       A.  Um -- you know, that's so long ago, I really
3   can't recall.  You know, it may have been Bret White,
4   who was there in the verticals.
5       Q.  Okay.  Okay.  Thank you.
6           I want to go next to page 32 and paragraph 47Y.
7       A.  47?
8       Q.  Y, which actually begins on 31.
9       A.  Right.
10      Q.  And then over the page onto 32 is a reference
11  to CW19.  When you've had a chance to look at that, just
12  let me know.
13      A.  M-hm.
14      Q.  Now, you said you left on December 15, 2000,
15  correct?
16      A.  Correct.
17      Q.  Do you recall as of that time whether or not --
18  whether or not there was any weakness in support
19  revenues coming into Oracle?
20      A.  I -- it -- it doesn't really work in such a
21  fashion that you could tell directly that the support
22  revenue was -- was going away.  And the reason for that
23  is that typically, when a license is purchased, a
24  software license is purchased, then -- then there is a
25  support contract that goes alongside that for the first

26

1   year.  There was a proportion of the revenue that was
2   recognized for support.  And then typically customers
3   will renew their support over a long period of time.
4   So -- and you would see these support contracts renewing
5   every year.
6           So as a result of that, there were a couple of
7   things that were routinely tracked in support, and that
8   was the level of license activities that was generating
9   new support contracts, and then we also worried about
10  the renewal rate, those customers that, you know, had
11  bought software a long time ago and were renewing
12  their -- their contracts.
13          Now, I had visibility to the license revenue
14  because that had a direct impact on our revenue and,
15  yes, I was aware that the license revenue, the new
16  business that Oracle was generating, had dramatically
17  fallen off.
18      Q.  And can you tell us how it was that you -- you
19  knew that?  What was it that you could see that allowed
20  you to know that?
21      A.  Well, there was Oracle Financial Analyzer that
22  reported actual sales, and we could look at the close
23  rates.  And you could see the actual sales coming in on
24  a month-to-month basis.
25      Q.  That would be the principal tool?

27

1       A.  M-hm.
2       Q.  When -- you talk about Oracle's Financial
3   Analyzer, can you describe what that -- that was
4   composed of?
5       A.  Well, essentially, it's a software program for
6   reporting the different parameters of Oracle's
7   financials.  And within it, there was a hierarchy of all
8   the different Oracle organizations around the world that
9   reported into it.
10          And so you could actually go in, depending on
11  your level of access, and you could see what -- you
12  know, what was happening to actual revenues and how they
13  were being booked.
14      Q.  When you say "level of access," what level of
15  access did you have?
16      A.  Well, when I was in the verticals, I had
17  complete visibility of the company's financials.  And I
18  had that until I was in support for some time.
19          Then because my role was restricted to the
20  Americas, my -- my level of visibility was reduced to
21  just the -- well, to the Americas.
22      Q.  Okay.  I just want to quickly go over what you
23  mean by "verticals," and that really is probably best
24  approached by going through the different positions that
25  you had.

28

1           You said when you started at the company, I
2   believe, that you were involved in the business group;
3   is that right?
4       A.  In general business.
5       Q.  Okay.  And just describe a little bit more of
6   that role, please.
7       A.  General business was defined as being Oracle's
8   smaller companies that were -- they had a separate group
9   called major accounts and those were all the really big
10  customers.
11          General business was for primarily North
12  American accounts with revenues under $500 million.  And
13  so it was kind of geared towards a much larger group of
14  companies.  And there wasn't really any specificity as
15  to what -- what industry they were serving or anything
16  like that.  So it was fairly straightforward.  It was a
17  collection of smaller companies.
18      Q.  Okay.  And your specific role in that group?
19      A.  I was manager of financial reporting.  And
20  really it was, in effect, it was revenue reporting.
21      Q.  And in that capacity, who did you then report
22  to?
23      A.  Kevin Wion.
24      Q.  How long did you perform that role?
25      A.  Through, I think it was September of '98.  That

29

1 business group got reorganized, basically, got folded
2 into majors. I actually facilitated the reorganization.
3     And it was kind of interesting, because I kind
4 of organized myself out of a job because the group was
5 disbanded and I was told as I was going through the
6 process -- and it was Kevin that was telling me this --
7 that don't worry, we'll find a place for you. It may be
8 a temporary assignment and that's essentially what
9 happened.
10     I ended up going to the verticals, essentially,
11 as a financial -- a financial reporter, as well. And I
12 was working for Bret White at that time.
13     Q. Okay.
14     A. Now, what the verticals were is -- and I cannot
15 remember exactly how many there were. I think it was
16 six. But they were -- there was software and consulting
17 services. So it was software and consulting that was
18 dedicated to a specific industry. So there was -- I
19 know for sure big one was, energy was one. I believe
20 it was transportation. I'm not sure. There was another
21 commercial group which was primarily for companies that
22 had retail operations, and I can't remember the others.
23     Q. And how long did you perform that role?
24     A. I was in that role -- I think I left general
25 business around September of '98 and I moved to support,

30

1 which is after the verticals. That was on -- I remember
2 this because it was on April 1st of 1999.
3     Q. Okay. And then you became director of finance
4 for support?
5     A. Yes. And that was for the North American
6 revenue group.
7     Q. And when you say "support," can you describe
8 what you mean by "support"?
9     A. Well, support is -- was the service for --
10 well, is a service for when the software is not working
11 correctly, that customers can call or they may have
12 bigger accounts, may actually have a support person
13 on-site who can resolve any software issues, any
14 problems with the software, if there's user issues and
15 things like that.
16     Q. Is support the same as maintenance?
17     A. Yes.
18     Q. And how long did you perform in that role?
19     A. I was there roughly from -- as I say, April of
20 '99 through September of 2000. And then I transitioned
21 into the Business Online Group. And that transition was
22 not a clean break, as I recall. I was kind of filling
23 in both roles for a little while.
24     Q. Okay. And would you have -- okay.
25     You testified a few minutes ago about having

31

1 access to the Oracle Financial Analyzer when you were a
2 director of finance for support.
3     A. M-hm.
4     Q. Did that continue as you transitioned into
5 director for Business Online?
6     A. It did, because I -- because there was a
7 transition and I still had a requirement to see -- to
8 have that level of -- of access.
9     Q. Okay. Let's go to page 34, paragraph 48F.
10 You'll see in that paragraph, which I'd ask you to read
11 again, there's a reference to CW19.
12     A. What is incorrect about this statement is that
13 the CRM system, I did not interface with directly. And
14 that was primarily because the 11i implementation at
15 Oracle had not been -- at least from my understanding --
16 complete.
17     So we didn't actually use -- I did not actually
18 use the CRM system, so to speak.
19     Q. Okay.
20     A. And -- and I think there's another statement
21 I'm -- I mention that it was months of hell when it was
22 being implemented. The reason for that was we didn't
23 have a CRM system that was functional. So we were
24 reduced to using spreadsheets.
25     Q. Okay. So to the extent you -- is this fair --

32

1 and don't hesitate to tell me if it's not -- to the
2 extent you had any interaction with the CRM system, it
3 wasn't a working or a bus CRM system, it was something
4 that didn't provide what it needed to provide?
5     A. Correct.
6     MR. RUBIN: Objection. Mischaracterizes the
7 testimony. Leading.
8     BY MR. SOLOMON: Q. Is that fair?
9     A. That's a fair question -- I mean a fair
10 statement.
11     Q. And the reference --
12     A. May I clarify that?
13     Q. By all means.
14     A. It's a fair statement to say that it was not
15 implemented throughout Oracle's organization.
16     Q. Okay. And I think you've testified that
17 because it wasn't implemented throughout the system, you
18 were looking to Excel spreadsheets --
19     A. Yes.
20     Q. -- whereas were it functioning throughout the
21 system, you would have been looking at CRM as opposed
22 to --
23     A. Yes.
24     MR. RUBIN: Objection to the question.
25     (Discussion off the record.)

33

1  BY MR. SOLOMON:  Q.  And if you go to page 45
2  to subO, you'll see the reference I think to the months
3  of hell you just described.
4  A.  Yes.  Yeah.  And I recall that there were also
5  issues that were being felt in the accounts receivable
6  departments in Rocklin at that time.  So it was
7  difficult to get information from them as well.
8  Q.  And do you know what those issues were that
9  were confronting them?
10  A.  Primarily software.  That's my understanding.
11  Q.  When you say "software," do you mean CRM again?
12  A.  Yes.
13  Q.  Was it well known during this time frame in the
14  fall of 2000 that, internally, the CRM at Oracle wasn't
15  functioning properly?
16  MR. RUBIN:  Objection.  Form.  Vague.  Leading.
17  THE WITNESS:  Um -- it -- it was evident that
18  the software was -- was having -- that people were
19  having difficulty with it.  We had heard, you know, some
20  reports of it, but there was never any official
21  statement in the company that said, we are having
22  problems with this implementation.
23  BY MR. SOLOMON:  Q.  Do you recall in March of
24  2000, the dot com crash?
25  A.  In March of 2000?

34

1  Q.  M-hm.
2  A.  No, I don't.  I believe, you know, I feel that
3  it happened much later than that.  It was towards the
4  end of 2000, not at the beginning.
5  Q.  Okay.  And what led you to -- what leads you to
6  say that it was at the end rather than the beginning?
7  A.  Well, I think one was certainly that we saw
8  revenues falling off.  But the other was really the
9  media and the fact that the stocks -- tech stocks in
10  particular were beginning to get hit very hard.  In
11  other words their prices were going down.
12  Q.  Did that have an impact generally at Oracle,
13  that you can recall?
14  MR. RUBIN:  Objection.
15  THE WITNESS:  I would say no.
16  BY MR. SOLOMON:  Q.  When you say -- when you
17  say you saw revenues falling off as evidence of the dot
18  com decline, how is it you saw revenues falling off
19  MR. RUBIN:  Objection.  Mischaracterizes
20  testimony.  Leading.
21  THE WITNESS:  Again, it was -- it was looking
22  at "Oracle Financial Analyzer" and comparing it to what
23  had occurred in previous years in the same time period.
24  I would say also in relation to my role at
25  Business Online, that we simply were not getting

35

1  attraction in that new business.  We were not selling a
2  lot.
3  BY MR. SOLOMON:  Q.  You say it was a new
4  business?
5  A.  It was a new business.
6  Q.  When was that business initiated at Oracle?
7  A.  I believe it was initialed in early 2000 and
8  just what Business Online is --
9  Q.  Yes?
10  A.  Because I think you're going to ask that.
11  Business Online was Oracle's hosted service, where --
12  where a customer doesn't have to buy dedicated servers
13  and a dedicated instance of the software.  It was
14  actually hosted off-site of the customers and they
15  access it through the web.
16  Q.  Right.  You say it started in early 2000.  How
17  did it perform prior to you becoming involved?
18  A.  How did Business Online?
19  Q.  M-hm.
20  A.  I wouldn't know.
21  Q.  Okay.
22  A.  I don't recall.
23  Q.  Okay.  And you recall in the fall of 2000 being
24  disappointed with lack of traction?
25  A.  Yes.

36

1  Q.  And did you communicate that disappointment to
2  other people at Oracle?
3  A.  Well, yes, I mean it was widely known.
4  Q.  When you say -- who was in charge of that unit?
5  A.  My direct boss was Priscilla Morgan.
6  Q.  Okay.
7  A.  And I forget -- I can't remember who the guy
8  was who was running it.  It was Tim something.  I can't
9  remember his name.
10  Q.  And do you recall there being any revenue
11  targets that you were made aware of when you became
12  involved?
13  A.  Yes.  There were.  I cannot recall what they
14  were, though, at this time.
15  Q.  And do you recall how you were made aware of
16  revenue targets?
17  A.  I believe they were communicated to me by
18  our -- by my boss.
19  Q.  By Ms. Morgan?
20  A.  Yes.
21  Q.  And do you recall whether or not you made those
22  targets?
23  A.  We were not close to making those targets.
24  Also, I recall that a big issue was
25  collections.  There were customers that were not paying

Petrie, Gordon  9/22/2005  10:15:00 AM

37

1   their bills. And my understanding, at that time, was
2   that the service was not as functional as promised.
3       Q. Did you have an understanding what was the
4   cause for customers not paying their bills and it
5   becoming a big issue?
6       A. Again, it was primarily that the software was
7   not working as promised.
8       Q. Do you recall whether there was a strategy
9   to -- to get payment, nonetheless, or was there some
10  other strategy to deal with customer dissatisfaction?
11      A. Well, when I was there it was primarily getting
12  consultants involved, Oracle consultants involved.
13      Most of the time, from my understanding, and
14  this -- I am quoting from recollection here, that
15  primary issues were that the software was not easily
16  customized for the customers of this service.
17      And so what Oracle, I believe, was offering at
18  that time was kind of a one-size-fits-all software
19  package. And I think some of the customers were having
20  difficulty integrating it into their other systems, and
21  that was one of the reasons that there were issues
22  there.
23      Q. So was it a fact that there were disappointing
24  revenues and increased expenses associated with that?
25      A. I think that's a fair characterize --

38

1       MR. RUBIN: Objection. Mr. Petrie, if you
2   could let me, just for the record, get in my objection.
3       Objection. Form.
4       Thank you.
5       MR. CAPLAN: Did you finish your answer,
6   Mr. Petrie?
7       THE WITNESS: I don't believe I did.
8       Yes, I -- I believe that there were
9   disappointing sales. And there was -- I'm not going to
10  say in terms of an expense, but there were definitely
11  resources, in other words, headcount, people that were
12  having to pay attention to these accounts.
13      BY MR. SOLOMON: Q. Right. Is it fair to say
14  that you can't quantify the amount, but the fact that
15  there was the necessity to devote those resources --
16      MR. RUBIN: Objection. Form.
17      BY MR. SOLOMON: Q. -- suggested that there
18  would be an increase in expense?
19      A. Yes. That's -- that's a fair characterization.
20      Again, just -- just to be clear, there was
21  definitely more resource that was being put into these
22  implementations than was expected. I did not have
23  specific numbers as to the actual expense that was being
24  spent on that.
25      Q. Okay. When you left in December of 2000, did

39

1   you have discussions with anyone around that time about
2   the performance of Oracle?
3       A. Not beyond the Business Online Group. Well,
4   actually, that's not quite fair, because I was aware
5   that there were software issues with the accounts
6   receivable. So it was difficult getting information out
7   of the groups that were in Rocklin. And I was led to
8   believe at the time, and I still believe, that that was
9   due to the software implementation internally that had
10  not gone as expected.
11      Q. And when you refer to that, is that really the
12  11i implementation?
13      A. That's my understanding, yes. And I believe
14  that was also the product offering that was offered
15  through Business Online, because it was accessible
16  through the Internet exclusively. And that was one of
17  the big selling points of 11i.
18      Q. Because the "i" is for Internet; is that your
19  understanding?
20      A. Yes. That's as I understand it.
21      Q. Again, around the time of your departure, did
22  you learn from any -- any source of the performance or
23  perceived performance of other areas of Oracle's
24  business?
25      A. I did not. Primarily, my exposure was to

40

1   accounting and -- and specifically, revenue accounting
2   and CRM tracking.
3       Q. When you were departing from Oracle in December
4   of 2000, were you aware of the satisfaction or lack of
5   satisfaction any customers -- Oracle customers,
6   experienced with their own implementations of 11i?
7       A. Well, again, I had firsthand knowledge of
8   problems with implementation with the Business Online
9   people. I had heard from people that were in support of
10  other implementations that were going more difficult --
11  much more difficult than usual.
12      Q. Which particular implementations were those?
13      A. I can't recall the exact ones. There -- some
14  of the ones that are in the complaint, I believe, I was
15  familiar with. One was Foster's. I knew that there was
16  an ongoing implementation issue with Shell Oil. And I
17  cannot -- I can't remember the other ones. They were
18  big accounts. I do remember that.
19      Q. Okay. Do you recall whether you had any
20  discussions with anybody, as you were leaving Oracle,
21  about any prospect of a decline in Oracle's business or
22  financial performance?
23      A. I don't recall that I did.
24      Q. Now, you've testified that you've seen the
25  complaint. Have you reviewed the complaint from start

41

1 to finish?
2      A. Yes, I have.
3      Q. And if you turn to page 47, paragraph 54,
4 you'll see that --
5      A. Paragraph 54? Oh, yes.
6      Q. Yes. Paragraph 54. There's a lot of subs. It
7 goes through to subM on page 50. And included on a
8 number of customers --
9      A. Yes.
10      Q. -- identified?
11      A. Yes.
12      Q. Could you just go through there and let me know
13 if, looking at this, refreshes your recollection at all
14 as to --
15      A. Yes. I do specifically recall Hewlett Packard
16 being an issue. JDS Uniphase I recall being an issue.
17 GE Capital I recall being an issue. And I believe
18 that's it --
19      Q. Okay.
20      A. -- that I had heard specifically of.
21      Q. Okay. And do you recall how you'd heard of
22 those or not?
23      A. It was primarily through the people that sold
24 the Oracle support, the people that made sure that there
25 were no holes.

42

1      Q. And do you recall any of them by name?
2      A. Well, yes. There's the vice president of sales
3 was Chris Madsen. And he had let me know about that.
4      Q. Anybody else?
5      A. Gosh, I can remember the faces, but I don't
6 remember the names. That was five years ago.
7      Q. Yes. Okay.
8      I want to go through shortly, Mr. Petrie, with
9 you some of the documents that you produced.
10      Did you essentially produce all of the
11 Oracle-related documents that were --
12      A. Yes.
13      Q. -- in your possession?
14      A. Yes.
15      Q. And they were all in paper format; is that
16 right?
17      A. No, they were not in paper format. They were
18 in data format. What they were, was, as a normal course
19 of business -- and I still do it today -- I backup my
20 e-mail and I specifically backup my outgoing e-mail.
21      Q. I see.
22      A. And that's what I had done.
23      Q. So what this represents is the backup of your
24 outgoing e-mail --
25      A. Yes.

43

1      Q. -- printed out?
2      A. Yes.
3      Q. Do you know, at the time you left Oracle, was
4 it the practice of everybody at Oracle to backup their
5 e-mail?
6      A. Um -- no, I don't believe so.
7      Q. And why did you?
8      A. Well, the purpose was at the time we were
9 limited as to the amount of disk space that we were
10 allowed to have on the -- on the system. And so you
11 would quickly run out of your -- your quota. And so
12 what I did to -- to get around that, is I backed up --
13 routinely backed up my outgoing mail onto CD-ROM. And I
14 believe -- I know of other people that did that and did
15 this practice. I -- but I don't think it was widely
16 used at the time.
17      Q. Okay. Thank you.
18      I want to have marked as the next exhibit, a
19 printout of one of those e-mails. And it bears the
20 control number PETRIE 004894 through 898.
21      (Marked for identification purposes,
22      Exhibit 4.)
23      BY MR. SOLOMON: Q. And if you could take a
24 look at these few pages and then confirm, if you can,
25 that these are printouts of an e-mail exchange involving

44

1 you, that you produced.
2      A. M-hm. Okay.
3      Q. Okay. Do you recognize these exchanges?
4      A. Vaguely. Vaguely.
5      Q. If you go into the details, maybe it will be
6 helpful.
7      A. Right.
8      Q. I'm looking at the bottom of page 4896. And I
9 think if you look at the bottom of that page, what I
10 plan on doing is starting with that exchange and then
11 going up the page and then back to the preceding page.
12 I think that was the order of the communication.
13      A. Okay.
14      Q. So the first one I'm looking at, at the bottom
15 of 4896 says "All," and then it includes the following
16 language: "Please find attached files with a listing of
17 credit memos that have been applied to your projects.
18 We neither have sight into why credit memos are
19 initiated nor have knowledge of their existence until
20 after they appear on our deferred account analysis."
21      Do you see that?
22      A. M-hm.
23      Q. Do you know who wrote that?
24      A. I don't.
25      Q. You'll see that at the end there's a reference

45

1   "Cheers, Ralph".
2         Does that help identify him?
3         A.  Yes.  That may have been Ralph Alvisu and he
4   worked -- I believe he worked for me.
5         Q.  Okay.
6         A.  And that would -- this is refreshing some of my
7   memory, because he was working on project accounting for
8   the support group.
9         Q.  Okay.  Back up a minute.  This is dated
10  apparently in March of 2000 when you were involved in
11  the support group?
12        A.  Yes.
13        Q.  Do you have an understanding of what the first
14  paragraph that I wrote means -- that I spoke means?
15  Excuse me.
16        A.  Yes.  It appears that there were credit memos.
17  In other words, a reversal of an invoice that got billed
18  to a specific project and that we did not know why that
19  had occurred.
20        Q.  Okay.  And then just going up the page, then
21  the next exchange says:  "Ralph, no one is authorized
22  any charge to engagement 300037955.  We have submitted
23  all intra-company transfers.  Best, Roger."
24        Do you see that?
25        A.  Yes.

46

1         Q.  Do you know who the Roger is involved?
2         A.  I don't.  I don't recall.
3         Q.  And do you understand the sentence that I just
4   read?
5         A.  Yes.  It looks like this may have been either
6   a -- it looks like there was not an authorization for
7   this credit memo to occur.
8         Q.  And typically, an authorization would be
9   required; is that right?
10        A.  Yes.
11        Q.  And required by what?
12        A.  As I recall, typically that was done by e-mail.
13        Q.  The next exchange above says:  "Roger, the
14  e-mail was not a request for approval, but rather to
15  advise you of the credit memo applied to your projects.
16  Cheers, Ralph."
17        Do you see that?
18        A.  Yes.
19        Q.  Is that consistent with what was required at
20  the time at Oracle?
21        MR. RUBIN:  Objection.  Form.
22        BY MR. SOLOMON:  Q.  You can go ahead and
23  answer.
24        A.  Okay.  I -- I don't know.  My -- my guess is --
25  and it is only a guess -- after looking at this after

47

1   five years, that this may be a case where, for some
2   reason, the customer may have been refunded -- they may
3   have been refunded some payments.  They may have, you
4   know, refunded their payment because an implementation
5   wasn't going well.  It could be an example of that.  But
6   I -- I don't know enough about this to -- to
7   definitively say.
8         Q.  All right.  That's fair.
9         To the next exchange, it says "Roger Ellert,"
10  E, double L, E-R-T, wrote:  "Ralph, who authorized the
11  CM?  Question mark.  If I understand this, the funding
12  of our engagement increased."  And in parens, "credit to
13  the deferred account.  Why is not the additional funding
14  processed through the Oracle alert?"
15        Do you see that?
16        A.  Yes.
17        Q.  Do you have an understanding of what that
18  means?
19        A.  Yes.  Again, I think this -- this -- it looks
20  like there was a credit memo that was issued to the --
21  issued to the client or the customer.  And the reference
22  to "funding our engagement has increased," I believe
23  that that's saying that they have been authorized to
24  send more resources on that implementation.
25        And then there was a system that was called

48

1   Oracle Alert, and what Oracle Alert did is, it sent the
2   appropriate person that had to approve these, an e-mail
3   and then they could respond to that e-mail, and -- and
4   the Oracle Alert actually managed the approval and
5   tracked the approval process.
6         So if somebody that reported to me needed to
7   get something approved and they needed to do that, they
8   could generate the request and then the Oracle Alert
9   system would actually send me an e-mail saying you need
10  to approve this or do something with it and then you can
11  go on that way.
12        Q.  Okay.  So if a credit memo was issued, in your
13  experience, there would be an e-mail trail?
14        A.  Yes.
15        Q.  Okay.  At the top of the page the exchange
16  reads:  "Roger, please reread my original e-mail.  I do
17  not know who authorized the credit memo.  Credit memos
18  decrease the amount available for funding because they
19  reduce the amount in the deferred account.  Cheers,
20  Ralph."
21        Do you see that?
22        A.  Yes.
23        Q.  Do you understand that?
24        A.  Yes.
25        Q.  And then the next exchange, if you go to

Petrie, Gordon  9/22/2005  10:15:00 AM

49

1  page 4895, says: "Roger Ellert wrote: Ralph, DMs
2  decrease credit balances. Deferred revenue normally is
3  a credit balance. Please return the DMs to the sender."
4      Do you see that?
5  A.  M-hm.
6  Q.  Do you have an understanding of what's being
7  asked there?
8  A.  I believe it says "please return the debit memo
9  to the sender."
10  Q.  And do you have understanding why that's being
11  requested?
12      MR. RUBIN: Objection. Form. Foundation. You
13  haven't waived predicate about any of his knowledge
14  concerning this entire transaction. Objection.
15      BY MR. SOLOMON: Q.  You can answer.
16  A.  Can you repeat the question?
17  Q.  Do you have an understanding why there's a
18  request for the debit memo to be returned to the sender?
19      MR. RUBIN: Same objection.
20      THE WITNESS: Let me -- let me just think about
21  the accounting of this for a second.
22      MR. SOLOMON: Sure.
23      THE WITNESS: I believe that -- that they were
24  being asked to put in the opposite entry, which would
25  actually draw -- at least on a P & L basis, it would

50

1  draw expenses from the P & L to -- and they would be
2  drawing from the deferred revenue account. That's --
3  that's my only guess. But again, that's a guess.
4      They may have been trying to get extra funding
5  for their implementation. But again, I -- I don't have
6  sufficient information in front of me to determine
7  whether that's, you know, definitively what was going on
8  here.
9      BY MR. SOLOMON: Q.  Then up to the next
10  exchange: "Roger, please refer further inquires
11  regarding this credit memo to the sales rep for the
12  account or the collections analyst assigned to the
13  customer. Thanks. Cheers, Ralph."
14      Do you see that?
15  A.  M-hm.
16  Q.  And then preceding that there's an exchange
17  that says: "Bill, apparently a CM is really a DM --"
18  A.  Yes.
19  Q.  "-- also, it appears that a CM/DM may be
20  processed without any audit trail. Is this internal
21  control, question mark."
22  A.  M-hm.
23  Q.  And it goes on to say: "Pertaining to the
24  project accounting policies proposal, I'm not sure if
25  this comports to ABC principals. Will advise after

51

1  reread and analysis."
2      Do you see that?
3  A.  Yes.
4  Q.  Just back to that first sentence, "apparently a
5  CM is really a DM," et cetera, can you -- do you have an
6  understanding of what that means?
7  A.  Yeah.
8      MR. RUBIN: Objection. Form. Foundation.
9      BY MR. SOLOMON: Q.  Go ahead.
10  A.  Yes. It appears that somebody -- this sounds
11  like it was a transaction that was originally booked
12  backwards. It was originally designed to -- to -- well,
13  what actually happened was there was a credit memo where
14  the customer was -- was getting essentially their --
15  their payment reversed.
16      But what this case says, is that the -- the
17  opposite was what was intended. It says that they
18  should have had a debit memo which would have generated
19  an invoice for the customer to pay.
20  Q.  Right. Do you have an understanding why it
21  wasn't done?
22      MR. RUBIN: Objection. Form. Foundation.
23      THE WITNESS: I -- I do not. I do not, other
24  than it may have been an aberrant entry.
25      BY MR. SOLOMON: Q.  What at Oracle is a debit

52

1  memo? Do you know?
2  A.  Well, a debit memo is, essentially, the same
3  thing as an invoice. So if -- let's just say -- let's
4  say a customer actually had overpaid something, a credit
5  memo would essentially be the customer is relieved of
6  having to pay the company a certain invoice. So that
7  would be a credit memo.
8      A debit memo actually works in the opposite.
9  It would serve to actually increase the -- the amount
10  that a company would owe Oracle, and ultimately how much
11  revenue could be recognized.
12  Q.  And when are credit memos, in your experience,
13  typically issued at Oracle?
14  A.  Typically, when I've seen them at Oracle, it
15  was because there was a billing error. So perhaps
16  Oracle had billed the customer too much.
17      There were cases where a credit memo would be
18  issued because there may have been a return where the
19  customer decided they didn't need something or they
20  wanted to cancel a support contract in the middle of it,
21  that they had some rights to the money that was coming
22  back.
23      Occasionally, it occurred for other reasons,
24  such as we had an invoice that was billed to the wrong
25  customer. So obviously to fix that, what you would need

Petrie, Gordon  9/22/2005  10:15:00 AM

53

1    to do is issue a credit memo to the customer that was
2    improperly billed, and then issue the debit memo or
3    invoice to the proper customer.  So that was the primary
4    reasons that those would happen.
5         Q.  And when typically would a debit memo be used?
6         A.  A debit memo would -- and again, let me think
7    about the -- the accounting here.
8         A debit memo was fairly uncommon.  It would
9    have resulted from -- again, it could conceivably happen
10   from a billing error.
11        It could also -- as I recall, in the context of
12   this, I believe that, you know, this was a longer-term
13   support contract where there may have been milestones or
14   there may have been a time component to when the revenue
15   could be recognized.
16        And what typically happens is the customer may
17   pay their bill all up front, but that revenue that comes
18   in, goes to a deferred revenue account, which is
19   typically a credit balance.  And then the debit memo
20   would actually -- would relieve that credit balance and
21   post it to revenue that's actually recognized.
22        Q.  Got you.
23        A.  Does that make sense?
24        Q.  Yeah.  I understand that much, at least.
25        A.  I had to sit there and think about the debits

54

1    and credits myself, so ...
2         Q.  Back to that sentence, it says:  "Apparently a
3    CM is really a DM, also it appears that a CM/DM may be
4    processed without any audit trail."
5         In your experience was that possible?
6         A.  It should not have been possible.  Particularly
7    any time a credit memo was generated, there was a fairly
8    rigid approval process for that to occur.
9         Q.  And what was the approval process, in your
10   recollection?
11        A.  I -- I don't recall exactly, but I believe any
12   credit memo that occurred in the Americas' support had
13   to come through me.
14        Now, I believe it was possible for Rocklin --
15   because understand how we're organized.  I -- I was
16   primarily responsible for reporting and forecasting and
17   sales commissions; but the actual invoicing and
18   collections process occurred at a central group in
19   Rocklin, California.
20        So I believe that it was possible that credit
21   memos and debit memos could be generated in the Rocklin
22   organization.  But typically, they would notify me that
23   that was occurring, or they'd get approval for it.
24        Q.  Do you recall this issue of CMs or DMs being
25   processed without an audit trail arising while you were

55

1    at the company?
2         A.  You know, this, refreshes my memory, yes, I
3    must have seen it because obviously I -- I had been
4    involved in this.  I don't think it was exactly routine.
5         Q.  And would -- would the processing of the credit
6    memos or debit memos without an audit trail violate any
7    internal Oracle policies or procedures that you're aware
8    of?
9         A.  Yes, it would.
10        Q.  And where would one find the policies or
11   procedures violated?  How would you locate them?
12        A.  You mean the actual procedures that were --
13        Q.  Yes.
14        A.  Oracle had a pretty good intranet where
15   policies and procedures were generally posted.  I am not
16   sure that I -- I don't know directly if there was a
17   specific policy and procedure around that.  And if there
18   was, I -- I don't recall looking specifically at that.
19        Q.  Okay.  Do you recall any resolution to the
20   issues that we've seen being discussed in these e-mail
21   exchanges?
22        A.  Um -- I do not.
23        Q.  Is it fair to say that every debit memo or
24   credit memo at Oracle should have a detailed audit
25   trail?

56

1         MR. RUBIN:  Objection.  Leading.  Foundation.
2         THE WITNESS:  Yes.  I believe, as a matter of
3    routine, internal controls that should be in place in
4    any company, there should be an audit trail of who has
5    approved credit memos or debit memos.
6         BY MR. SOLOMON:  Q.  Do you know at Oracle how
7    the audit trail was kept?
8         A.  It was kept electronically through the Oracle
9    Alert System.  And if there was anything that was
10   processed outside of that system, I usually required an
11   e-mail trail that said I approved this, here's why it
12   occurred, et cetera.  So -- so that's why this one might
13   have been very unusual, is because there wasn't a clear
14   audit trail on this.
15        Now, I will preface it with what I do recall
16   about this specific instance.  We were in the process of
17   implementing a project accounting module at Oracle.  I
18   believe it was part of 11i.  I don't know that, for
19   sure.  You may need to check that.
20        And we were having all kinds of difficulties.
21   I think for -- for two reasons:  One is that the
22   software was not working quite as expected; the other
23   was that the business process was not, in my opinion,
24   well matched up to how the -- how the software operated.
25        So I believe that there were some procedural

57

1  issues that may have given rise to this, as well.  So
2  not necessarily just the direct software; it could have
3  been a procedural issue that was violated here, as well.
4      Q.  Okay.  Who at Oracle at the time you were there
5  had access to the Alert System?
6      A.  You mean access to override?
7      Q.  To access the information, first of all.
8      A.  Well, pretty much any manager had the ability
9  to access information that they were -- that they had
10  privileges for.
11         And I -- you know, I don't recall exactly, but
12  I believe that the overall system was maintained --
13  well, obviously it was maintained by the IT department,
14  but I would imagine, and again, this is -- this is --
15  you'd probably have to go back and check other sources,
16  but I would imagine that that was managed through the
17  controller's office.
18      Q.  Okay.  And back to overrides, who -- who had
19  the ability to override?
20      A.  I -- I don't recall.  It may have been accounts
21  receivable.  I don't recall.
22      Q.  At the time you left the company, if one wanted
23  to analyze Oracle's accounts receivable and amounts and
24  days outstanding, was there a problem -- was there a
25  problem in accessing that information?

58

1      A.  It was not easily accessible to get that level
2  of detail.  In fact, one of the things that I did in
3  revenue accounting is I -- I designed a database that
4  would go in and would actually pull all of the support
5  contracts and who -- who has paid, what was -- what was
6  outstanding.  And I believe you could also request
7  reports from the accounting group in Rocklin.
8      Q.  Back into that exchange.  The sentence below
9  the sentence talking about the lack of audit trail, it
10  says: "Pertaining to the -- to the project accounting
11  policies proposal, I'm not sure if this comports to ABC
12  principals."
13         Do you know what ABC principals are?
14      A.  I believe it's Activity Based Costing.
15      Q.  And do you have a recollection of what the
16  projecting accounting policies proposal was that's
17  referred to here?
18      A.  Let me just find this again.
19      Q.  It's on page 4895, in the middle of the page.
20      A.  M-hm.  I do not remember the project accounting
21  policies proposal; however -- well -- actually, I can
22  tell you what I think it was.
23      Q.  Sure.
24      A.  I think that it was, when you -- when you have
25  project accounting, again, you may have -- the customer

59

1  may pay you, let's say, a lump sum of $100,000, and that
2  covers all their support needs for the year.  And so --
3  and it may be tied to the number of hours a consultant
4  is in there.
5         So the way it was supposed to work is that
6  if -- if it was -- it was hours based.  In other words,
7  number of hours that a support rep was there, all that
8  $100,000 would be booked to a deferred revenue account.
9  It would be sitting there as a credit account.  Right?
10         And then as -- as that -- the hours were used
11  up on a monthly basis, then the -- then there would be a
12  debit from that deferred revenue, and then a credit to
13  revenue.  So you'd actually start showing the revenue.
14         So I think in reference to this, what -- what
15  they're saying is -- is that there wasn't an audit
16  trail.  There was nothing that -- that generated these
17  two transactions.  There wasn't any verification that,
18  say, as in the example that I just gave, that a support
19  rep worked those hours.  Right?
20         So I would believe that from what this says, is
21  that there was not any -- anything that triggered the
22  revenue to be recognized here, or at least there was not
23  an audit trail that existed for that to be recognized.
24      Q.  And then if you go to the first page of that
25  exhibit, and I believe -- I believe that this is from

60

1  you, on the 28th of March.  There's a reference that
2  says: "Roger's response is really inappropriate.  This
3  is another example of an emotional reaction to a small
4  financial event."
5         Do you see that?
6      A.  M-hm.
7      Q.  Is that you writing that?
8      A.  Um -- yeah.  It looks like I wrote it.  I have
9  to read Roger's response now.
10         So it looks like this was done on a fairly
11  small transaction basis.  Yes.  This is beginning to
12  make more sense.
13         I believe that -- that Roger may have been the
14  sales rep that was involved with this transaction.  And
15  obviously, he wanted that to go against his commission.
16  And it looks like in this case, you know, I had -- I had
17  contacted accounts receivable or credit and collections,
18  and the reason that they wanted to debit memo this or --
19  or I believe credit memo it -- yeah, it was a credit
20  memo, that looks like it was actually meant to be
21  transferred, was that the customer was overbilled.
22  Right?  And so they need to money back.
23         It's fun piecing this stuff together after five
24  years.
25      Q.  Maybe I should have started with the first

Petrie, Gordon  9/22/2005  10:15:00 AM

61

1  page.
2      MR. RUBIN:  I think so.
3      BY MR. SOLOMON:  Q.  So, in fact, it turns
4  out -- tell me if I'm right or wrong -- that there was
5  an audit trail that you went down it.  Is that fair?
6      A.  Yeah.  It sounds to me like the credit -- it
7  was a credit memo that was intended.  The credit memo
8  was processed by Victor Vasquez (phonetic) who I'm
9  sure -- well, it's got a 916 area code, so that's in
10  Rocklin.  And the reason for the accounts receivable --
11  the reason that it was credit memoed, was that the
12  customer was overbilled.
13      Q.  Okay.
14      A.  And I think everything else was the sales rep
15  being unhappy that he lost $1,500 on his quota.
16      Q.  Right.
17      A.  Okay.
18      Q.  In fact, were there other occasions
19  where -- strike that.
20      Were there occasions where you sought to claw
21  back commissions that had actually been paid to sales
22  reps?
23      A.  Oh, yes.
24      Q.  And you say "oh, yes" sort of quite readily.
25  That was not unusual?

62

1      A.  That was not unusual.
2      Q.  And that would apply to terminated reps, even
3  if they'd left the company?
4      A.  There were cases, I believe.  And I do recall
5  that there was a specific case, and I think it's in
6  there --
7      Q.  Yeah.
8      A.  -- of a rep that was -- we tried to claw back
9  after they had left the company, and I think the -- the
10  decision was, we can ask, but we're probably not going
11  to get it back.
12      MR. SOLOMON:  Just to make sure we're on the
13  same page, I'll just mark this as the next exhibit,
14  which is the e-mail exchange dated May 26, 2000.
15      (Marked for identification purposes,
16      Exhibit 5.)
17      BY MR. SOLOMON:  Q.  And let me know if this is
18  what you were alluding to.
19      A.  Yep.  This looks like it was exactly that case.
20      Q.  Okay.  Thank you.
21      MR. RUBIN:  Is there a question?
22      MR. SOLOMON:  No.
23      MR. RUBIN:  Oh, okay.
24      MR. SOLOMON:  Marked as the next exhibit, an
25  e-mail exchange dated May 26, 2000.

63

1      (Marked for identification purposes,
2      Exhibit 6.)
3      (Discussion off the record)
4      MR. SOLOMON:  Before I showed him the document,
5  I asked him to confirm that that was the situation he'd
6  just been alluding to.
7      MR. RUBIN:  Okay.  I just missed that.
8      BY MR. SOLOMON:  Q.  And if you'd just take a
9  look at this and let me know if you recognize this
10  exchange.
11      A.  Okay.
12      Q.  You'll see that there's a reference to Matt
13  Graham writing to Ray and Steve and that he refers to
14  collections going through a reorganization, as well as
15  support.
16      Do you see that?
17      A.  Yes.  Yes.
18      Q.  Can you tell me what you know about the
19  reorganization that's mentioned there?
20      MR. RUBIN:  Objection.  Foundation.  Form.
21      THE WITNESS:  Um -- well, first of all, this is
22  occurring right after the fiscal year-end close.  My
23  experience, in the three years that I was at Oracle, was
24  that quarter one was reorganization season.  It
25  typically happened, and that had occurred when I left

64

1  general business.  It had been reorganized.
2      So ... I believe that at one point, the credit
3  and collections was organized into alphabetical, by
4  customer name.  And I believe that they were dividing
5  that up differently so that it was more aligned along
6  the lines of Oracle's business, so that you could deal
7  with one credits analyst for, you know, all of your
8  support needs would be an example.
9      And -- and that's pretty much what I know of it
10  at that time.
11      BY MR. SOLOMON:  Q.  Who is Matt Graham?
12      A.  I do not recall.
13      Q.  Okay.  Do you know who Raymond Paul is?
14      A.  Yes.  Ray worked for me.
15      Q.  And Steven Johnson?
16      A.  Steve Johnson also worked for me at one time.
17  He had transitioned out of the group later on.
18      Q.  Christopher Mattson (phonetic)?
19      A.  Chris Mattson was the vice president of support
20  sales.
21      Q.  And Adam Hahn?
22      A.  Adam Hahn, I believe, was the manager of
23  accounts receivable in Rocklin.
24      Q.  Not in your department?
25      A.  Not in my department.  Again, what we had was,

Petrie, Gordon  9/22/2005  10:15:00 AM

65

1  you know -- I was the central resource for reporting
2  revenue, forecasting revenue, dealing with sales
3  compensation issues, and dealing with aberrant accounts,
4  you know, where there may have been a billing error.
5      I received the credit memo request would be a
6  typical way it would work.  And then I would, you know,
7  research it and then I'd either approve it or -- or not
8  approve it.
9      And we all relied on the central accounts
10  receivable that was in Rocklin, California.  And that
11  did not fall under my purview.  I was not responsible
12  for that.
13      MR. SOLOMON:  Okay.  Mark as the next exhibit,
14  an e-mail exchange, dated June 12, 2000.
15      (Marked for identification purposes,
16      Exhibit 7.)
17      MR. RUBIN:  Bob, are you marking these as
18  exhibits in the dep or are you just using the
19  Bates-stamped number?
20      MR. SOLOMON:  These are being marked as
21  exhibits.  Yeah.  Do you need the number?
22      MR. RUBIN:  Are we on five?
23      THE REPORTER:  Seven.
24      MR. RUBIN:  Seven.  Thank you.
25      BY MR. SOLOMON:  Q.  If you let me know if you

66

1  recognize this e-mail?
2      A.  Yeah.  It looks like mine.  I have to read --
3      Q.  Sure.
4      A.  -- remember what I was thinking at the time.
5      Yes.
6      Q.  First of all, you were -- is it fair to say
7  that you were trying to minimize the error rate in your
8  forecast?
9      A.  M-hm.
10      MR. RUBIN:  Objection.  Form.
11      BY MR. SOLOMON:  Q.  Was that in response to
12  any change in direction or emphasis on forecasting at
13  the company?
14      A.  I -- I don't believe so.  I -- I believe it was
15  really what -- and this should have gone to Chris
16  Mattson, yeah, and it did.  You know, Chris being in
17  sales, he had to have a fairly -- he wanted to have some
18  backup as to what his revenue forecast was.  And so he
19  wanted me to do some analysis here.  And for planning
20  purposes, I put -- put things together.
21      Q.  And when you state at the top, "I looked at my
22  activity and the Q1 dropoff;" do you see that?
23      A.  Yes.
24      Q.  What's the dropoff that you're referring to?
25      A.  The dropoff is customers who are failing to

67

1  renew their support contract.  That was one of the
2  parameters that -- three parameters that we looked at.
3      Q.  Were you rewarded at Oracle for meeting
4  forecasts that you'd made?
5      A.  No, I was not -- I mean, not directly.
6      Q.  Okay.
7      A.  Not directly.  I mean, if -- if we had done
8  well then that meant, you know, more of a bonus.
9      Q.  But it wasn't tied to being accurate, in your
10  forecast at all?
11      A.  No.  No.  Not directly.
12      Q.  And were there parameters that were acceptable
13  in terms of sort of errors in forecasting and things
14  that --
15      A.  Yeah.  I recall that we were looking for around
16  5 percent would be the maximum error.
17      MR. SOLOMON:  I'll have marked as the next
18  exhibit, an e-mail exchange, dated February 3, 2000.
19      (Marked for identification purposes,
20      Exhibit 8.)
21      THE WITNESS:  Okay.
22      BY MR. SOLOMON:  Q.  On the first page there's
23  a reference to credit memo rebills.
24      A.  Yes.
25      Q.  What do you mean by that?

68

1      A.  There were cases where invoicing had been
2  incorrect.  And the normal way to fix that was to do a
3  credit memo and then immediately as part of the same
4  transaction do a rebill.
5      And it was -- what it essentially did is it
6  generated an invoice that may not -- typically, was not
7  sent to the customer.  And it was to correct things like
8  maybe the sale got booked to the wrong sales rep --
9      Q.  Okay.
10      A.  -- et cetera.
11      Q.  Okay.  At the very start of that exchange, you
12  talk about a lot of contributory reasons for the booking
13  errors and quotes for this month.
14      Do you recall there being a particularly high
15  error rate that month for any particular reason?
16      A.  I remember that it was an ongoing problem.
17  That, you know, we would routinely have, you know,
18  errors in -- in booking some of the revenue.
19      So, you know, I think it's fair to point out
20  that we had a very high transaction volume rate in
21  support.  I think we were transacting around 60,000
22  transactions a month.  And that really would translate
23  to AR having to process about that many per year.  So,
24  you know, I think with that kind of transaction rate,
25  you know, you're bound to have some errors.

69

1      Q.   At the second page on the bottom there's a
2   reference to the following, "Additionally, we have
3   discovered that" -- sorry.  Additionally, we have
4   discovered $2.4 million that should have been recognized
5   in January, but will not be recognized until February
6   close."
7          Do you see that?
8      A.   Yes.
9      Q.   When you say "recognize," what do you mean?
10     A.   When we say recognized, again, it's the
11  situation that you have where a customer may pay
12  $100,000 upfront for a support contract.
13         Per GAAP, we can't recognize that whole
14  $100,000 because that $100,000 is meant to pay for
15  support over a defined period, usually a year.
16         So what -- what that means is that in -- when
17  you hit maybe your first month of that support contract,
18  you can typically recognize 1/12th of it.
19         And so when we're talking about revenue
20  recognition here, it apparently would have been a
21  contract or a support -- a support contract that may
22  have had, you know -- what's two point four times 12 --
23  it would be that amount of money would have to get
24  recognized in that particular month.
25         And so this is where, you know, revenue gets

70

1   booked to a contra-asset account where you've got it
2   sitting on the balance sheet as a credit, because it
3   hasn't been recognized as revenue.  Then because the
4   time period may have expired or -- transpired for that
5   particular support contract, then there would be a debit
6   to that balance sheet account and then a credit to the P
7   & L, showing the revenue.
8      Q.   First of all, in your experience at Oracle was
9   that appropriate accounting that you've testified
10  recognizing rateably as the support was provided, was
11  that practice deviated from at all, as far as you know?
12     A.   No.  No.  That was -- and that was something
13  that, you know, at least from where I sat, we were
14  very -- we were very strict about that.
15     Q.   And in your experience, was there -- were there
16  ways that you were ever told about or that you're aware
17  of, of constructing a deal to allow the revenue to be
18  recognized earlier and in larger amounts than otherwise
19  with respect to support?
20     A.   No, I was not.
21         MR. SOLOMON:  The tape is almost over.  It
22  would be a good time to take a break.
23         THE WITNESS:  Okay.
24         MR. SOLOMON:  Fifteen minutes.
25         THE VIDEOGRAPHER:  This marks the end of

71

1   videotape No. 1, Volume I in the deposition of Gordon
2   Petrie.  Going off the record.  The time is 12:00 p.m.
3          (Recess was taken from 12:00 to 1:02)
4          THE VIDEOGRAPHER:  This marks the beginning of
5   videotape No. 2.  We're on the record.  The time is
6   1:02.
7          MR. SOLOMON:  I'll have marked as the next
8   exhibit, a document dated -- an e-mail exchange dated
9   10/14/99.
10         (Marked for identification purposes,
11         Exhibit 9.)
12         BY MR. SOLOMON:  Q.  And if you could take a
13  look at this and let me know if you recognize this as an
14  e-mail exchange involving you that you produced in the
15  litigation, please.
16     A.   Okay.
17     Q.   Okay.  Starting on the first page, just trying
18  to find out what some of this means.  What does "RVMGR
19  GAAP" refer to?
20     A.   Rev Manager.  RVMGR refers to Rev Manager which
21  was essentially -- it's a subledger of all of the
22  revenue-recognition entries that would be made for a
23  particular month.
24         So it would capture any of the credit memo and
25  debit memo activity.  It would also track -- one of the

72

1   things I did in my job is I would look at two rev
2   managers at different points in time and I could tell
3   you what was different between the two.  So you could
4   see which deals may have fallen off that people didn't
5   renew, which it looks like, in this particular month, in
6   October, there were quite a few of these contracts that
7   did not renew.  And so that -- that made the revenue
8   drop by 7.1 million.
9      Q.   Going into the text of the e-mail on the first
10  page, halfway down: "Question:  Why has Rev Manager
11  gone down?  The short answer is it appears we have a
12  high dropoff of contracts in September, combined with
13  the SAP revenue recognition routine for October."
14         What's the "SAP revenue recognition?"
15     A.   That I do not recall what it is.
16     Q.   It goes on to say:  "We also had many deals in
17  September that were backdated for prior periods, thus
18  inflating September revenue."
19         Can you tell me what that means?
20     A.   Yeah.  What I would suppose that that would
21  mean is -- is that there were transactions that -- that
22  should have been recognized in prior periods and because
23  they weren't, when we hit September, we realized that
24  those transactions were in error.
25         So we recognized several months of revenue in

Petrie, Gordon  9/22/2005  10:15:00 AM

73

1  that one month to catch up, essentially, to the revenue
2  recognition. Does that make sense?
3      Q. I see what you're saying. So in other words,
4  you were saying there were deals that were recognized in
5  September, that should have been recognized in months
6  prior to that?
7      A. Correct.
8      Q. And was that an unusual occurrence or was that
9  just business as usual?
10     A. That -- that was somewhat unusual.
11         When I first came there that that organization
12  was not running as smoothly as -- as it was. And so
13  there was some cleanup that was occurring.
14     Q. And just to confirm, is this an e-mail from you
15  to Clinton?
16     A. Yes.
17     Q. And what's Clinton's full name?
18     A. Clinton was my boss. Clinton Knowles.
19     Q. Clinton Knowles, yes. Okay.
20         And then on the second page, there's an e-mail
21  that reads: "Eva Litke," L-I-T-K-E, "Hi all. The
22  credit memo situation needs to be addressed. Until all
23  invoicing is conformed in PA, there is a disconnect
24  between AR and PA."
25         What does that mean?

74

1      A. PA was project accounting. And that was this
2  module that actually would take individual support
3  consultants' hours or deliverables, and it would
4  recognize the revenue as the hours were incurred.
5         And I think this is -- this is evidence here
6  that, as we were implementing project accounting, that
7  it was not completely in sync with the accounts
8  receivable module.
9      Q. Was this something that you recall was fixed
10  and you moved on from it or was it a lingering problem?
11     A. It was a lingering problem.
12     Q. Was it a problem that still persisted when you
13  left the company?
14     A. Yes.
15     Q. And who, if you know, was aware of the -- of
16  the problem, other than yourself?
17     A. I think it was commonly known. Certainly,
18  my -- my superiors did, as -- as did the people that
19  were on the project accounting program.
20     MR. SOLOMON: Okay. I'm going to move on to
21  another exhibit now, an e-mail exchange again produced
22  by Mr. Petrie, Bates range, the document control number
23  range is 003602 to 605, it's dated 2/1/2000.
24         (Marked for identification purposes,
25         Exhibit 10.)

75

1      BY MR. SOLOMON: Q. If you can take a look at
2  this again, and let me know if you recognize it.
3      A. Okay.
4      Q. The first page has e-mails between you and T.
5  Pinnick?
6      A. Yes. That was Tammy Pinnick.
7      Q. And R.E. Scott. Do you know who R.E. Scott
8  was?
9      A. I don't recall.
10     Q. Okay. It starts: "Addressed to Rachel,
11  attached is the detail for the JE necessary to correct
12  for CM-Rebills for January that were rebilled through
13  Deals. Not all of the rebooked amount was recognizable
14  in January 2000, and -- 2000, and some was not support."
15         And then there's some tables and underneath it
16  says: "Total to be recognized January '00, $5,830,927."
17         Below that it says: "Note that this JE should
18  be auto reversing in Feb '00 because these orders will
19  be rebooked for Feb '00."
20         Do you see that?
21     A. Yes.
22     Q. Can you explain what that means?
23     A. Well, it looks like there were some
24  transactions that were not booked properly. So it looks
25  like there was a journal entry to properly reflect the

76

1  revenue in January.
2         And then the auto reversing entry, basically --
3  I think what should have happened is there was a deal
4  that should have been booked, but it didn't get booked
5  properly through the system in January. So it looks
6  like it got booked through a journal entry?
7         That journal entry will reverse out and then
8  when the actual transaction was processed in February,
9  it would correct the transaction. And from then on
10  report it correctly.
11     Q. Sorry.
12     A. That's ...
13     Q. Does this reflect, then, that the amount was,
14  in fact, recognized in the -- in January, in that
15  quarter?
16     A. I believe so. I believe so.
17     Q. And then it would have been de-booked, as it
18  were --
19     A. Yes.
20     Q. -- then? Okay.
21     A. All of this was to correctly -- between months
22  of January and February, to correctly recognize the
23  revenue. In other words, put it on the books as it
24  should have been per GAAP.
25     Q. And was this unusual?

77

1      A.  Um -- again, I mean, there was always something
2   every month that was a bit unusual.  You know, I can't
3   recall whether this was particularly unusual.  Although
4   it strikes me, you know, $5 million is a lot of money.
5      Q.  Do you recall after this transaction had
6   occurred, this counting had occurred, whether you
7   discussed it any further?
8      A.  Typically what I would do, particularly if
9   there was a -- you're accounting on an auto reversing
10   entry and things to be rebooked in the following month,
11   what I did is every month when we went through a close,
12   I would be recording things I've got to look at in the
13   next close.
14      So I would have had on my list to do is to make
15   sure that the proper transaction -- first of all, that,
16   the auto reverse occurred.  And then secondly, that the
17   correct booking after the fact was done correctly.
18      Now, these two transactions also they have CC,
19   means "Cost Center" account is the account number.  So
20   they refer to specific accounts in Oracle's general
21   ledger at that time.  And I believe that this -- that
22   this comment says that the credit side, which would be
23   the revenue side of -- of this journal entry.
24      Q.  What -- CC is what did you say, Cost Center?
25      A.  Cost Center.

78

1      Q.  What does the 312 refer to underneath that?
2      A.  Those are the -- those are specific cost
3   center.  In Rev Manager and also in Oracle Financial
4   Analyzer, every department has a number, and that number
5   corresponds to -- I believe it was support.
6      Q.  312 corresponds to support?
7      A.  Yeah.  Yeah.  And it may have been specifically
8   to a division of support, because the country was
9   divided into different regions.  And as I recall, they
10   had separate cost centers.
11      (Reporter clarification.)
12      THE WITNESS:  Cost centers.
13      MR. SOLOMON:  I'll have marked as the next
14   exhibit, an e-mail dated 3/22/2000.  Control number is
15   005065.
16      (Marked for identification purposes,
17      Exhibit 11.)
18      THE WITNESS:  Okay.
19      BY MR. SOLOMON:  Q.  Do you recognize this?
20      A.  Yes.
21      Q.  There's a reference to Rev Manager and RBA.
22   What is RBA?
23      A.  I believe RBA was a separate database that we
24   had, that showed -- it was another way of checking what
25   had been invoiced to customers.

79

1      And it appeared in this case that -- and I
2   think RBA refers to "revenue by account" is what it
3   stands for.  And it appears that there was revenue that
4   was -- that said it should have been recognized by RBA,
5   but in Rev Manager, which is really the subledger, if
6   you will, that that should characterize things, was --
7   was in disagreement.
8      So that means that there was probably some
9   payments that were unapplied to invoices.  That's what
10   this would pick up.  That's why we say here for all
11   three months it looked like unmatched invoices is quite
12   high.  And there are several invoices that should have
13   been paid up -- or picked up.
14      I think this refers to, perhaps, some of the
15   unapplied cash that was spoken to later in the
16   complaint.
17      Q.  And when you say that, you're talking about the
18   difference between the Rev Manager figures on the left
19   and the RBA on the right?
20      A.  Right.
21      Q.  Did you have any involvement in how unapplied
22   cash was dealt with at Oracle?
23      A.  I did not, directly.  There was an e-mail that
24   I recall writing.  I don't think it ever made it into
25   the -- the evidence, because I had -- I did have a

80

1   CD-ROM that, for some reason, was unreadable.
2      And I remember writing a memo.  And I think it
3   was to -- it was somebody in AR, but basically saying
4   that we've got -- we've got a very big problem with
5   this.  And we've got to do one of three things with the
6   money.  Either we figure out where it gets applied to
7   and recognize the revenue or if we can't, we return it
8   to the customers.  Or thirdly, if -- if there's a
9   compelling reason and, you know, we understand that it's
10   the right thing to do, to recognize the revenue.  But to
11   do that, you're going to have to apply it to, you know,
12   the proper accounting.
13      Q.  And do you recall who you sent that e-mail to?
14      A.  I don't recall.
15      Q.  Do you recall around when that e-mail would
16   have been generated?
17      A.  I think that that may have been as early as
18   late 1999.  And I think it was in response to a couple
19   of e-mails that I know are in there about the unapplied
20   cash account being pretty big.
21      Q.  Okay.  Do you associate any particular names of
22   Oracle people with respect to unapplied cash?
23      A.  Adam Hahn was one.  And I -- I can't remember.
24   I'd have to look back at the e-mails.
25      Q.  Okay.  Do you recall any responses to the

81

1  e-mail that you're talking about?
2      A.  Not really; other than we should form a
3  committee to get it resolved.  And for some reason, that
4  committee never really met.
5      Q.  Okay.  In the fall of 2000 up until when you
6  left in December, do you recall any -- having any
7  conversations or learning any -- anything about the
8  treatment of unapplied cash?
9      A.  I did not.
10      MR. SOLOMON:  I'll have marked as the next
11  exhibit, an e-mail dated June 3, 2000, control
12  No. 002612.
13      (Marked for identification purposes,
14      Exhibit 12.)
15      THE WITNESS:  Okay.
16      BY MR. SOLOMON:  Q.  Do you recognize this
17  e-mail?
18      A.  Yes, I do.
19      Q.  Go ahead and describe it to me.
20      A.  Well, what this was, there was a restructuring
21  of -- of first of all, the support organization in
22  early -- this would actually be, I guess, their quarter
23  one fiscal -- because they've got a funny financial
24  calendar.
25      But a couple of things happened.  There was a

82

1  major restructuring of the organization, so that the
2  Cost Center hierarchy, in other words, how the
3  departments will roll up into, you know, different
4  organizations changed.
5      Also the product hierarchy changed.  They
6  started -- they started classifying things in terms of
7  different levels of support.  You had, you know, bronze,
8  silver and gold, I think it was.
9      And so all this -- at the beginning of 2001,
10  fiscal 2001, which was in June 2000, required that we
11  had to restructure the -- the accounting, the account
12  definitions and the hierarchy for how things were
13  consolidated in the financial books.
14      And what occurs -- what it looks like happened,
15  is the person that was responsible for doing this and
16  submitting it to the corporate IT group, to get it put
17  in correctly, had submitted it for -- for fiscal --
18  fiscal 2000.
19      So what ended up happening in the -- the
20  historicals then got messed up because there was a wrong
21  reporting hierarchy, reporting the prior month's
22  results.
23      So we had to -- a very big mess that we had to
24  untangle here.
25      Q.  It says:  "The mistake is already very visible

83

1  at the upper levels in Oracle's finance organization."
2      A.  M-hm.
3      Q.  Who are you referring to there?
4      A.  I think in this case it was probably all the
5  way up to the controller's office.
6      Q.  And when you say:  "I can only say that we are
7  giving the correct message that we don't have our act
8  together," are you referring to the message to the upper
9  levels?
10      A.  Yes.  That our group didn't -- didn't do this
11  right.  It was poorly executed.
12      Q.  Was this problem resolved while you were at the
13  company?
14      A.  Yes.
15      Q.  Within that -- within June?
16      A.  Yes.
17      Q.  I'm looking at the second paragraph, second
18  sentence says:  "I also believe this will make the
19  restatement done last month unintelligible, but I
20  haven't been able to look at that yet."
21      What "restatement" were you referring to there?
22      A.  I believe what they wanted to do was to -- to
23  compare different -- different months with these two
24  structures.  So I think what they wanted to do in the
25  prior month was to -- and again, this is -- this is from

84

1  recollection, so I'm not a hundred percent certain on
2  this.  But I think that they wanted to, when they went
3  through a hierarchy change, to report the prior month
4  both in the new form -- new hierarchy and the old
5  hierarchy.  And I think that was -- that was what they
6  were trying to do with this.
7      Q.  When -- when you say "rejected for
8  consolidation of May '00 revenue," then in parens, "not
9  bookings," what do you mean?
10      A.  This is going to Clinton Knowles and Dan Pratt.
11  Well, you understand the difference between revenues and
12  bookings.
13      Revenues is what you actually would record that
14  we've invoiced the customer for.  Bookings is just that
15  we've received an order, but it may not be invoiced.
16      And there may have been -- may have been
17  confusion, had I just left it and not clarified that --
18  that we weren't talking about bookings.
19      Q.  Okay.
20      A.  And I believe where that would be important is
21  that the -- the revenue would include support contracts
22  that had already been booked, may have been booked up to
23  11 months ago, and we're just recognizing the revenue.
24  Whereas, bookings would just be, you know, new orders
25  that came in this month.

Petrie, Gordon  9/22/2005  10:15:00 AM

85

1      MR. SOLOMON: The next exhibit is another
2   e-mail exchange produced by the witness dated 3/23/2000.
3   Control No. 004934 to 4971.
4      (Marked for identification purposes,
5      Exhibit 13.)
6      BY MR. SOLOMON: Q.  If you'd take a look and
7   let me know if you recognize this e-mail exchange?
8      A.  M-hm.
9      Okay.
10     Q.  The -- I'm looking at the first page,
11  entitled -- the title "Revenue Transfer Requests."
12     What does that refer to?
13     A.  This refers to -- there were revenue --
14  revenues would be transferred -- Oracle had several
15  groups where they could recognize revenue.  There was
16  the license end of the business; there was the
17  education, there was consulting, and there was also
18  support.
19     In time periods where there might be a high
20  demand for either consultants or support people, very
21  often, organizations within Oracle would take people
22  from elsewhere in the organization to apply the
23  resources to, for example, get something fixed, to work
24  on an implementation, whatnot.
25     And so the -- the issue was then raised that

86

1   well, if -- if I've got support people that are helping
2   consulting, shouldn't we be getting some of the revenue?
3   And so that was what these were primarily about.
4      In this case, it appears that it was support
5   revenue going to consulting.
6      Q.  What group had the larger revenue stream,
7   support or consulting?
8      A.  I don't recall.  I don't recall.  I do recall
9   that support was running on the order of 100 -- 100 to
10  $150 million per month.
11     Q.  And around this time period, was there a
12  particular -- was there a different -- difference in the
13  amount of crossover to permit or -- or mandate this sort
14  of revenue transfer?  Was this anomalous, is what I'm
15  trying to get at or was this fairly routine?
16     MR. RUBIN:  Objection.  Form.
17     THE WITNESS:  You know, I really don't recall
18  what the level was of this.
19     BY MR. SOLOMON: Q.  Did -- okay.
20     Did the implementation of 11i or the sale of
21  11i, have any impact on whether or not there would be
22  cross -- there would be transfers --
23     A.  I believe that it did.
24     Q.  And do you have a recollection of how it would
25  have impacted?  In what direction?

87

1      A.  Well, I think it would have gone any one of a
2   number of ways.  It could have gone from support to
3   consulting.  And that would happen if -- if consulting
4   people were taken from a normal consulting job and then
5   put on to fixing a different implementation, because
6   something went wrong with it; or it could easily go the
7   other direction, where support personnel were borrowed
8   to -- to support an implementation that consulting was
9   running.
10     I do recall that there was -- you know, now
11  that you mention it, there was a higher level of
12  that kind of activity.  And I do recall that there were
13  resourcing issues in -- I would say towards middle to
14  later 2000.
15     Q.  Okay.
16     A.  But that's really -- in my opinion, that's a
17  qualitative statement, not distinctly quantitative.  I
18  don't think I can put numbers it on.
19     Q.  Okay.  Then I'm looking halfway down that first
20  page, where it says: "Per your request, I'm forwarding
21  a list of revenue transfer requests that we are holding.
22  Most revenue transfers between support and consulting
23  have now been stopped."
24     And I just want to stop there.  Do you recall,
25  was there a time where there was a directive that these

88

1   transfers should cease?
2      A.  As I recall, and this came from my upper
3   management, and I think it was -- it may have also been
4   consensus around my peers, that it was creating a lot of
5   extra work to -- to do this.  And it wasn't really
6   benefitting the company at all.
7      I mean, a consulting resource and a support
8   resource were essentially the same thing.  And if
9   they're both working on solving a customer problem, you
10  know, what is the point about arguing who gets the
11  revenue?
12     Q.  And then just looking over the page, and it
13  appears to be from Ralph to you.  He says that, at the
14  end of that message "I do not want to approve revenue
15  transfer requests between support and consulting for the
16  reasons we previously discussed."  Do you see that?
17     Do you recall a discussion between you and
18  Ralph concerning this?
19     A.  I don't recall a specific discussion with him;
20  however, I was -- I was fairly vocal regarding the
21  position I just stated, which was there -- there's no
22  need to be arguing, you know, who gets the revenue if
23  it's both Oracle resources in either case doing this.  I
24  just -- I philosophically disagreed with doing that.
25     MR. SOLOMON:  Okay.  I'm going to have marked

89

1 as the next exhibit, an e-mail dated 3/24/2000, control
2 No. 005821.
3    (Marked for identification purposes,
4    Exhibit 14.)
5    THE WITNESS: Okay.
6    BY MR. SOLOMON: Q. Okay. Do you recognize
7 this e-mail exchange?
8    A. Vaguely.
9    Q. Okay. It appears to be from you to C --
10 Clinton Madsen, no. C Madsen, is that Chris Madsen?
11    A. Chris Madsen.
12    Q. I'm sorry. Do you recall the Bell South deal
13 that this e-mail discusses?
14    A. I do recall, a recall a Bell South deal being
15 particularly problematic.
16    Q. And do you recall what the Bell South deal
17 involved?
18    A. I -- I don't.
19    Q. Okay.
20    A. I do know that there was a consulting portion
21 of it, in addition to a support issue. And I do recall
22 that as being one of the problematic accounts when I was
23 in support. It was -- it was the Teleco vertical.
24    Q. When you say it was problematic, how did the
25 problems manifest themselves?

90

1    A. All I had heard was that the implementation
2 was -- was not going well and that the -- particularly
3 the integration of -- of their -- their implementation
4 was not going well.
5    Q. And who's Peter Donnelly?
6    A. Peter Donnelly was a senior financial manager.
7    Q. Do you know who -- sorry.
8    A. Yeah. He -- I think he was the financial
9 manager for Gary Bloom. And I forget what Gary's
10 position was at the piece. I think he -- he may have
11 taken consulting, was it? Or -- I can't remember. I'm
12 sure you guys know more about who he is than I do.
13    Q. Do you know who Safra is, referred to there?
14    A. That would be Safra Katz (phonetic). I didn't
15 know a lot about Safra, other than -- and I think it was
16 around the beginning of 2000 that she had previously
17 worked with Larry Ellison. And that now, she was
18 stepping -- and she had left the company for some period
19 of time and then she had kind of come back in as one --
20 onto Larry's staff, and then her role was really kind of
21 a -- of a GM, general management, type of role. And I
22 can't recall what her official title was. But she
23 was -- she was digging into a lot of the financial
24 issues and bigger strategic issues of the company.
25    Q. And in the text it says, "Peter thought that

91

1 was very disturbing," referring to the Bell South deal
2 conversation.
3    A. Yes.
4    Q. And that --
5    MR. RUBIN: Objection. Objection. Let the
6 witness testify.
7    MR. SOLOMON: Well, I haven't finished the
8 question.
9    Q. "And this is especially timely because Safra
10 does not believe the 130 million-dollar contingency for
11 migration lost for global support sales next year."
12    Do you have an understanding of what Safra not
13 believing the 130 million contingency means?
14    MR. RUBIN: Objection. Form.
15    THE WITNESS: Um -- I don't believe that I know
16 exactly what that reference is reference to. I think
17 the clue to that might be in the -- the second to last
18 sentence, where it says "Please put together a short
19 summary describing what happened" -- "what happens, and
20 the GAAP rules about truing up the license discounts so
21 that revenue receives 22 percent."
22    I believe that --
23    MR. RUBIN: I just note for the record I think
24 it says --
25    (Reporter clarification.)

92

1    MR. RUBIN: "So that support."
2    THE WITNESS: Oh, "So support receives" --
3 thank you. "So support receives 22 percent. Peter will
4 discuss with Safra next week."
5    There was -- there was a restructuring of how
6 much support revenue was recognized upon every license
7 deal. And it was set at a certain percentage, because
8 very often when you go to sell a software license, it's
9 not like you -- you pick every item from a menu and you
10 add up all the menu pieces. Very often it's, okay,
11 we're going to have support for all of the stuff that
12 you bought and it's wrapped up in the price.
13    And towards the beginning of 2000, Oracle
14 started implementing some procedures in place that
15 basically said, okay, every time a license revenue is
16 booked, that -- that, you know, support if there's a
17 support component to it, we'll get 21 -- pick your
18 number. I think it was 22 percent in this case -- of --
19 of the license revenue will be recognized as support.
20    So what I believe happened with this is that
21 there was a true-up. In other words, they were doing
22 this mid year and they wanted to retrospectively
23 recognize that the revenue according to similar, you
24 know, standards all the way through it. And I think
25 what it meant is that there was going to be a reduction

93

1 in the revenues for support that would probably go
2 somewhere else. And I think that's what they may be
3 referring to.
4     Q. Sorry if I'm unclear on this, but what would
5 the true-up involve?
6     A. Prior months that had gone by that had
7 recognized revenue at a rate different than 22 percent
8 here.
9     Q. So if it -- if it had been recognized at a
10 higher rate, what would happen?
11    A. If I understand this memo correctly, that if it
12 were recognized at a higher rate, then the contingency
13 would be lower.
14    Q. And reverse if it was --
15    A. Yes. Yes. And I believe -- and if I kind of
16 look at it more, it appears to me that the -- the issue
17 was -- and I do recall this being an issue -- was that
18 when revenue was -- was booked for a license, very
19 rarely does a customer ever buy a software license for
20 the list price. So there's always a discount involved.
21        And I think that before this was instituted,
22 the license organization usually got hit the hardest
23 because they got most of the discount applied against
24 them, and I believe that what they were doing then in
25 this true-up was to -- to ascribe some of that discount

94

1 to support.
2     Q. So for your support group, that would have a
3 negative impact?
4     A. Yes. But in total Oracle, it should make no
5 difference.
6     Q. Right.
7        Then the 130 million-dollar contingency, what
8 would -- how would that manifest itself?
9     A. Well, that's -- I -- I believe it was a
10 calculation about how much their revenue is going to go
11 down that they would have to restate. Yeah.
12 "100 million contingency for the migration lost for
13 support next year."
14    Q. Okay.
15    A. So in other words, we're saying that their
16 revenue is going to go down by that amount.
17    Q. And that would be significant, right, within
18 the support group?
19    A. Yes.
20    Q. That's almost a month's revenue?
21    A. Yes.
22    Q. Do you know who Jay Nussbaum is?
23    A. Yeah. He was in -- I think he was in the
24 Corporate Finance Group. Is that right? No, no, no. I
25 think -- I think he was a sales manager. I can't

95

1 recall.
2     Q. Okay.
3     A. I do remember the name.
4        MR. SOLOMON: I'll mark as the next exhibit an
5 e-mail dated May 5, 2000 with the control No. 007839.
6        (Marked for identification purposes,
7        Exhibit 15.)
8        THE WITNESS: Okay.
9        BY MR. SOLOMON: Q. Again, do you recognize
10 this e-mail exchange?
11    A. Yeah. This looks like it's related again to
12 the Cost Center roll-up change. And what this
13 establishes is that the group in Rocklin would be
14 catching any transactions that went to Cost Centers that
15 were no longer valid, and then putting them into the
16 correct Cost Center, which was 312, which as I recall
17 was the support Cost Center.
18        MR. SOLOMON: Okay. The next exhibit is dated
19 May 22nd, 2000, another e-mail exchange, the Bates range
20 is 001956 to 58.
21        (Marked for identification purposes,
22        Exhibit 16.)
23        THE WITNESS: Okay.
24        BY MR. SOLOMON: Q. Do you recognize this?
25    A. Yeah. It does look like we were striving for

96

1 forecast accuracy. And Graeme, Mair was -- EMEA refers
2 to Europe, Middle East and Africa. So what they were
3 doing is they were globalizing the support organization
4 in this case. And we were being pushed to increase our
5 forecast accuracy.
6     Q. And you'll see if you go to the second page
7 the -- at the very end of the message it refers to the
8 Americas' level of plus five-minus 5 million, which I
9 think you testified to.
10    A. Yes.
11    Q. What changes, if any, were made to increase the
12 accuracy?
13    A. Well, one of them was the institution of the
14 RBA tool, which was Revenue by Account. And that was
15 something that I actually did. And that RBA tool could
16 actually -- what it did is it looked at all the
17 contracts that are due for revenue recognition. And
18 since most of the business came from renewals at that
19 point, you could get a pretty good idea of -- of a very
20 large part of your business what was going to be
21 recognizable that month and what wasn't.
22        What you needed to do then on top of that was
23 to figure out how much of the -- how many of the
24 contracts that were coming up for renewal, what
25 percentage of those was going to renew, because that

97

1   was -- that was an opportunity for the revenue to fall
2   off.
3       And the other component was how much -- how
4   many new licenses were going to be booked and what does
5   that mean for our revenue as well.
6   Q.   And were you at the company during the period
7   in which that was put in place and results were
8   experienced?
9   A.   Yes.  You mean with the RBA tool?
10  Q.   Yes.
11  A.   Yes, yeah.
12  Q.   And there's a reference to "40 million
13  light" -- "on the light side" on the first page.  And it
14  says "that equates to about one cent per share."
15      Do you have an understanding -- first of all,
16  did you write that?
17  A.   Actually, it appears that Clinton Knowles wrote
18  it.
19  Q.   Okay.
20  A.   Because it -- actually, no.  It was from Al
21  Snyder.  Yeah.  It was Al Snyder who wrote that.
22  Q.   Who's Al Snyder?
23  A.   Al was -- he was the head of all of support in
24  the -- in the -- in the Americas, not just sales.
25  Q.   Okay.

98

1   A.   But he had the support operations as well.
2   Q.   And do you understand the reference to the one
3   cent per share to be a reference to the -- the amount
4   the $40 million translates into?
5   A.   Yes.  I mean, I -- I didn't do that
6   calculation, but I -- I assume that it means earnings
7   per share.
8   Q.   And I guess the message from you is at the top
9   of the page starting with, "With Graeme being in EMEA."
10      Do you see that?
11  A.   Yes.
12  Q.   How was there this opportunity to leverage that
13  you mentioned?
14  A.   Well, until -- until very late in the process,
15  the Americas had kind of been its own organization.  And
16  it was really divided more regionally than -- than by
17  function.
18      And what occurred in this case was, in the
19  latest reorganization that was going on at Oracle at the
20  time was to bring all the support services under one
21  management organization, and that was being supplied by
22  Graeme.
23  Q.   And is that what ultimately happened?
24  A.   I believe so, yes.
25      MR. SOLOMON:  I've marked as the next exhibit

99

1   an e-mail dated May 22, 2000.  Control No. 001945 to 48.
2       (Marked for identification purposes,
3       Exhibit 17.)
4       MR. RUBIN:  Would you mind saying the exhibit
5   number on the record so it will be clear.
6       MR. SOLOMON:  Could you tell us what the
7   exhibit is, please?
8       THE REPORTER:  Seventeen.
9       MR. RUBIN:  Thank you.
10      THE WITNESS:  Yep.  I remember this.
11      BY MR. SOLOMON:  Q.  Okay.  Do you recall one
12  way or another whether, with respect to renewals, that
13  revenues recognized without the cash first being
14  collected?
15  A.   Well, yeah.  That -- that would happen under a
16  normal billing cycle, you know, which is typical here
17  where -- where the purchaser has to issue a PO number.
18  And then once that PO number is received, then we could
19  invoice.  And, you know, basically upon invoicing, then
20  you can begin -- you can begin to start recognizing
21  revenue, provided that the contract had -- had started.
22  And that had you time to recognize against that
23  contract.
24  Q.   Okay.
25  A.   The issue that's being brought up here in this

100

1   one is that there were some countries that -- what --
2   what would basically happen in the United States is --
3   is that you have these support contracts that had to be
4   renewed every year.
5       And so the process of renewals would be that
6   there would be a -- somebody -- a sales rep, who were
7   either on the phone or would actually go visit the
8   customer and say, your support renewal is now coming up
9   for renewal.  And we need to get you a purchase order
10  number or something to -- to bill you for the next
11  period.  And it took a lot of resource to do that.
12      So one of the things that was looked at when
13  this global organization started coming together is --
14  is the implementation of Evergreen contracts, where
15  basically, the customer had to say, you know, I don't --
16  the only way they could not be billed is to say, that we
17  don't want to renew our contract.  Otherwise, you know,
18  the contract would be Evergreen.
19      I think the issue that we ran into in
20  implementing that in the United States was that we were
21  on a very strict policy that -- that we were not
22  supposed to book any invoice unless we received a PO.
23      Now, there was -- a purchase order.  So there
24  was actually a way around that for a while.  There was
25  something called a POEF, which is Purchase Order

101

1  Exception Form. And that would be -- that would be the
2  case where the customer says, hey, I don't really need
3  to give you a purchase order, you know. Send us the
4  bill, we'll pay it, or there might be some other means.
5  Maybe they're even paying by credit card. You might
6  have to do it that way.
7        But -- so I think the point is that we were
8  trying to go around that; we were trying to also
9  eliminate -- eliminate the use of POEFs because there
10 were a lot of cases where they were being misused by the
11 sales reps. And what it amounted to is we had a
12 significant amount of exposure.
13       And I didn't want to recognize any revenue
14 unless it had gone through the process, and there was a
15 PO in place, or if they couldn't get that, then I'm
16 going to hold up the revenue until we actually receive
17 payment. And that's, you know, for every sale we had
18 to -- we had to recognize the four things that -- that
19 allow us to recognize the revenue.
20    Q.  I'll get back to the four criteria in a second.
21       First of all, were the contracts rewritten to
22 provide auto renewal clauses?
23    A.  I don't recall exactly. My -- my inclination
24 is to say no, because I think there was -- there were
25 significant legal issues to doing that, contract legal

102

1  issues for us doing that. So while I was in support, I
2  know it was not. Now, it may have been afterwards.
3     Q.  Okay. And you said POEFs would be abused by
4  the sales force on occasion. In what way would they be
5  abused?
6     A.  Well, they would get -- see, a PO is -- is a
7  way to assure that the customer has -- has committed to
8  the sale. Right? And they're basically saying, this is
9  our -- our means of tracking, that we have approved you
10 and to invoice us.
11       Sales reps, because they often get -- they get
12 compensated based on their bookings, not necessarily
13 on -- on the revenue that's recognized, they would say,
14 well, you know, the customer said he's going to pay us
15 and they said they don't need a PO. And so they -- so
16 they would go fill out a POEF form; we would recognize
17 the revenue, and then we'd find out that, well, the
18 reason we didn't get a PO was because the sales rep
19 didn't, you know, didn't represent this one correctly.
20 Right?
21       So it was a check-and-balance to make sure
22 that, you know, there was a -- that there is a
23 commitment on behalf of the customer to pay it.
24    Q.  And what were the four criteria --
25    A.  The four criteria are defined, and it's very

103

1  fundamental GAAP. The first is that there's -- there is
2  consideration. In other words, that there is a service
3  or an item that is -- is exchanged for sales.
4        The second is that the price is fixed and
5  determinable.
6        The third is that you're going to receive
7  payment.
8        And the fourth is that there's been service
9  delivered, service or a product delivered.
10       Excuse me. I think I put one of them twice.
11 That the service had been transferred. There has to be
12 evidence of an arrangement, of some contractual
13 arrangement, which the PO-invoicing process assures.
14    Q.  Okay.
15    A.  Going back to my Wiley's GAAP book.
16    Q.  And you started off by saying "In other
17 countries..." In other countries there would be -- was
18 there a practice of auto renewal?
19    A.  Yeah. It says so right here. On the third
20 page it says: "In a number of a EMEA countries
21 (Holland, Germany and Nordic) we've implemented
22 auto-renewals where we automatically renew --
23 automatically invoice the clients when their support
24 expires."
25       MR. SOLOMON: Okay. Thank you. The next

104

1  exhibit, Number 18, I believe, is an e-mail exchange
2  dated May 30th, 2000. The control numbers are 002301
3  and 2302.
4        (Marked for identification purposes,
5        Exhibit 18.)
6        BY MR. SOLOMON: Q. Do you recognize this,
7  Mr. Petrie?
8        MR. RUBIN: Let me just make an objection on
9  the grounds of relevance. I -- this e-mail is dated
10 May 30th, 2000. And really, all I'm asking for is
11 some -- even sentence proffer -- of what you believe
12 what kind of admissible evidence and discoverable
13 evidence you think --
14       MR. SOLOMON: I know you've been quiet a long
15 time, but I'm not about to start volunteering that stuff
16 to you in a deposition. So just make your objection.
17       MR. RUBIN: I'll just make a relevance
18 objection to this document. And, frankly, others that
19 date from '99 and 2000, even outside the discovery
20 period in this case, that -- I mean, I've given a lot of
21 leeway, but --
22       MR. SOLOMON: Well, I would imagine you've
23 waived it, given your silence all day.
24       Let's just go back into this document.
25       MR. RUBIN: I'm going to object.

Petrie, Gordon  9/22/2005  10:15:00 AM

105

1    MR. SOLOMON: You've already objected.
2    Q. You'll see that this references "Applied
3  Materials invoice 1290977, JE request."
4    Do you know what transaction this refers to?
5    A. Yeah. This looks like there were some invoices
6  that were not properly recognized. And we were simply
7  trying to correct the books so that they would be stated
8  correctly for May 2000.
9    Q. Okay. And I'm looking at the second page which
10  has a paragraph beginning with "This order has several
11  items wrong with it."
12    Do you see that?
13    A. Yes. And we're kind of spelling out why we
14  made the journal entry that we did.
15    Q. Right.
16    A. And apparently it just looks like there were
17  wrong account numbers, Cost Centers were incorrect. So
18  it was booked to the wrong place in the general ledger.
19    And then it also appears that there may have
20  been some advanced revenue that may have been reported
21  on this and we wanted to take it off -- off of the
22  revenue recognition because the support didn't start
23  until a later month.
24    Q. Got you. And Applied Materials, is that a
25  customer?

106

1    A. Yes.
2    Q. Do you recall any other issues with that
3  customer?
4    A. I do not.
5    Q. And this is to ReVINFO. Can you tell me what
6  ReVINFO refers to?
7    A. ReVINFO was a generic e-mail address that was a
8  place where you sent all requests for journal entries.
9  And ReVINFO was forwarded to the accounts receivable
10  department in Rocklin.
11    Q. Okay.
12    A. Adam Hahn was the one that -- I think oversaw
13  most of this. And I believe -- I believe Tammy Pinnick
14  record to Adam.
15    Q. Okay.
16    MR. SOLOMON: The next exhibit is another
17  e-mail exchange. This is dated December 1, 2000. This
18  was not produced by the witness; it was produced by
19  Oracle with the control number MDCA-ORCL097807 and 808.
20    (Marked for identification purposes,
21    Exhibit 19.)
22    BY MR. SOLOMON: Q. You'll see -- or you might
23  not see it immediately, but you are copied on this,
24  you're an addressee on this exchange.
25    A. M-hm.

107

1    Q. Do you recognize this?
2    A. Yes. Vaguely. Let me just read through it for
3  a second.
4    Q. Sure. Go ahead. Take your time.
5    A. Okay.
6    Q. Okay.
7    A. M-hm.
8    Q. Do you recall receiving this shortly before you
9  left?
10    A. Vaguely.
11    Q. Do you see that there's references to some
12  changes to the forecasting process?
13    A. M-hm.
14    Q. Do you recall being aware that these changes
15  were being suggested?
16    A. Yes, I do.
17    Q. Were you involved in any discussions concerning
18  the changes?
19    A. No, I wasn't; other than we were trying to
20  get -- there were attempts -- several attempts to get
21  the forecasting process onto OFA prior to that.
22    Q. And what does that refer to?
23    A. Oracle Financial Analyzer.
24    Q. And do you understand that the -- strike that.
25    Sub1 says, "Starting with next week's forecast,

108

1  the week of December 4th, we're requiring that a full Q3
2  and Q4 forecast be submitted by all organizations into
3  OFA." Do you see that?
4    A. M-hm.
5    Q. Was that not the case beforehand?
6    A. I don't believe that all of the customers -- or
7  excuse me, all of the reporting groups were on OFA at
8  the time. So -- and it was as a result of 11i not being
9  completely integrated.
10    So, you know, until that point we were largely
11  using, you know, spreadsheets and other things to -- to
12  do the forecasting.
13    Q. Then, it goes on to say, "This is required for
14  each forecast period during Q3. Please instruct your
15  users accordingly and begin sending tie-outs for both Q3
16  and Q4 forecast data to corporate finance."
17    Do you see that?
18    A. M-hm.
19    Q. Were you involved in issuing any instructions
20  following this e-mail?
21    A. I don't recall.
22    Q. What -- at that particular time, how would you
23  describe the reliability of OFA?
24    MR. RUBIN: Objection. Vague.
25    BY MR. SOLOMON: Q. Go ahead and answer,

Petrie, Gordon  9/22/2005  10:15:00 AM

109

1  please.
2      A.  You know, I really can't say, because this is
3  really about the first time there was an instance of
4  everybody being forced to put their forecast into OFA.
5      Q.  Then 2 says, "Also starting with next week's
6  forecast, the week of December 4th, we are requiring
7  that both Q3 and Q4 pipeline submissions are made into
8  OFA."
9          Was that a new requirement, as far as you know?
10     A.  Yes.  I believe so.  And it appears that they
11  were also extending the forecast period out further
12  here.
13     Q.  Do you have an understanding why they were
14  doing that?
15     A.  Well, yeah, I do.  I think, you know, I think
16  there was a concern for forecast accuracy and what was
17  going on.
18         I also -- I think the other reason that there's
19  particular focus on Q3 and Q4 is -- is that those were
20  Oracle's biggest sales months, and particularly Q4 was.
21     Q.  Okay.
22     A.  And so I think they wanted some visibility into
23  that.
24     Q.  Okay.  Prior to being required to submit
25  forecasts into OFA, would those same forecasts have been

110

1  required to be submitted in another form?
2      A.  Yes.  They would have either been submitted
3  through OFA or they would have been done through a
4  spreadsheet.  And I think even when they were done by a
5  spreadsheet at a very top level, we do put them into
6  OFA.
7      Q.  OFA was realtime; is that right?
8      A.  Yes.
9      Q.  If I wanted to get a snapshot of any one
10  particular day, for example, say, December 14, 2000, and
11  I wanted to look at what OFA was displaying on that
12  date, could I do that now?
13     A.  Yes.
14     Q.  And how could I do that?
15     A.  You go onto OFA and you would look at a Cost
16  Center roll-up that has everything in.  In other words,
17  all the different components that would report up and
18  comprise the revenue for Oracle.
19     Q.  And as far as you know, that -- that is able to
20  be done as of today?
21     A.  Yes.
22         MR. SOLOMON:  Marked as the next exhibit, a
23  document produced by Mr. Petrie.  It's dated March 22,
24  2000 and the control numbers are 005008 through 020.
25

111

1          (Marked for identification purposes,
2          Exhibit 20.)
3          THE WITNESS:  Okay.
4          BY MR. SOLOMON:  Q.  Just let me know -- take
5  your time, but the first question will be:  Do you
6  recognize this?
7      A.  Yes, I do.
8      Q.  And it appears to be a presentation at an
9  Americas' leadership team meeting; is that right?
10     A.  Yes.
11     Q.  And it says January 25, 27, 1999.
12     A.  M-hm.
13     Q.  Did you attend?
14     A.  I do recall this being -- yes, I believe this
15  was presented in Colorado.
16     Q.  I just want to refer to a particular page which
17  is 005018.
18         MR. RUBIN:  I'm sorry, was there -- you asked
19  whether he attended.  Was there an answer to that
20  question?
21         MR. SOLOMON:  I think that there was.
22         THE WITNESS:  I recall that I did.
23         MR. RUBIN:  You did?
24         THE WITNESS:  Yeah.
25         BY MR. SOLOMON:  Q.  Looking at page 5018, did

112

1  you have any involvement in preparing this?
2          MR. RUBIN:  Objection.  Relevance grounds.
3          THE WITNESS:  I would imagine that I did.
4          BY PLFATTY:  Q.  And I'm just looking at
5  issues/opportunity where it says, "Revenue recognition
6  timing not consistent with expense reporting."
7          Do you know what that refers to?
8      A.  Yeah, I think -- I think that the revenue was
9  being recognized in -- I think the bottom line was that
10  the project accounting wasn't -- was not accurately
11  picking up the costs and reporting the revenue when it
12  should have.
13         I think what the aim of it was at the time and
14  it's also good GAAP practice, is that you should
15  recognize your revenue along the same -- same time
16  period as you're recognizing expenses that you're
17  incurring.  And obviously, it appears that there's a
18  disconnect between the two.
19         MR. SOLOMON:  Okay.  Let's take a break and go
20  off the record for five minutes and I'll streamline and
21  hopefully have a couple of more questions.
22         THE WITNESS:  Okay.
23         THE VIDEOGRAPHER:  Going off the record.  The
24  time is 2:24.
25         (Recess was taken from 2:24 to 2:45)

113

1      THE VIDEOGRAPHER:  We are back on the record.
2  The time is 2:45.
3      BY MR. SOLOMON:  Q.  I want to direct you to
4  the complaint in just a moment, Mr. Petrie.  I've just
5  got a couple of general questions first.
6      Focusing on the summer of the year 2000 through
7  to your departure from the company, were there
8  significant layoffs of staff at that time at Oracle?
9      A.  There were layoffs.  I don't know how extensive
10  they were.  There was always kind of a running joke that
11  Oracle went through a stealth layoff every first
12  quarter.
13      I can say that there was an unusual amount of
14  reorganization that occurred, including myself.  I had
15  the choice of either going to Hong Kong to run a support
16  group there or to Orlando, and it was not a good time
17  for me to move my family.  So ...
18      Q.  Are you familiar with a representation that a
19  billion dollars in savings had been made at Oracle as a
20  result of the implementation of 11i?
21      A.  Yes.
22      Q.  Do you have a view as to whether or not there
23  was a billion-dollar savings as a result?
24      A.  I don't --
25      MR. RUBIN:  Objection.  Form foundation.

114

1      BY MR. SOLOMON:  Q.  Go ahead.
2      A.  I did not see how that was possible.  The only
3  way that that's possible is that you streamline your
4  operations to the point that you can afford to get rid
5  of people.
6      So ultimately I figure that -- you have to save
7  money somehow.  You going to have to either lay off
8  people and continue your operations.  That's -- that's
9  really how a company like Oracle is going to save money.
10  So I think the fact that they saved a billion dollars
11  and it -- and that they did it through laying off people
12  are not mutually inconsistent.  I mean, they're very
13  consistent, I think.
14      Q.  In your experience at Oracle at the time, did
15  the -- was the implementation of 11i sufficiently
16  successful to permit the layoffs that you went
17  through --
18      MR. RUBIN:  Objection.  Foundation.
19      THE WITNESS:  In my opinion, I -- I believe
20  that it was not.
21      BY MR. SOLOMON:  Q.  You testified earlier that
22  you had visibility through the Financial Analyzer into
23  the pipeline for support.  Did you have any
24  conversations with anybody in other revenue-generating
25  divisions at Oracle around that time

115

1      A.  Yeah.  I did have a few acquaintances that were
2  sales reps, and I -- did hear, you know, that there --
3  that things were softer.
4      Q.  And around what time did you hear that?
5      A.  It was certainly the summer of 2000.  But one
6  of the things you have to understand if you ever look at
7  Oracle's sales patterns is that the first quarter of the
8  year has the least amount of sales.  And it
9  progressively goes up.  And then the day that Oracle
10  does -- transacts most of its big accounts and big deals
11  is -- is the last day of quarter four.
12      So I -- I think that it, you know, while sales
13  were down in Q1, that was partly expected due to the
14  regular season -- seasonality.  I think it was a bit
15  softer than what they had anticipated or expected, but
16  we didn't really know what that meant at the time.
17      Did that mean the rest of the year was going to
18  be that way, no; or was it just a case of seasonality.
19      Q.  Okay.
20      A.  And again, that's -- that's my opinion.
21  That's --
22      Q.  I hear you.
23      Were you aware at the time -- was it brought to
24  your attention at any time during your tenure at Oracle
25  that Larry Ellison was planning to sell shares?

116

1      A.  No.
2      Q.  When -- did you ever become aware that he did
3  sell a significant number of shares?
4      A.  After I left.  And I think that occurred in
5  2001.
6      Q.  And when you say that you spoke to people in
7  other revenue-generating divisions at Oracle in the
8  summer of 2000, can you tell me who you spoke to?
9      A.  I don't recall the exact names.  But they were
10  mostly out of the general business and specifically the
11  General Business West.  I also did speak to the tech
12  support sales reps.
13      Q.  And with respect to the individual defendants
14  in the case, have you ever met Larry Ellison?
15      A.  I have met Larry Ellison on two occasions.  And
16  the first of which I was not -- I was not an employee of
17  Oracle; I was actually a perspective buyer of their
18  software.
19      The other time I was in a very brief meeting
20  with him and there was virtually no interaction between
21  he and I.
22      Q.  Okay.  And what about Don Henley?
23      MR. RUBIN:  I think it's Jeff.
24      MR. SOLOMON:  Excuse me.
25      MR. RUBIN:  I'd be --

117

1    THE WITNESS:  I'm a big fan of the Eagles.  You
2  hit one of my favorite artists.
3    MR. SOLOMON:  Let's talk about Don, first.
4    THE WITNESS:  He's great in concert, by the
5  way.
6    I have never met Jeff Henley, personally.
7    BY MR. SOLOMON:  Q.  Okay.  Have you met --
8  let's go through defendants first.  Edward J. Sanderson?
9    A.  I have met Sandy Sanderson as he was called.  I
10  met him once.
11    Q.  And did you have any substantive conversations
12  with him?
13    A.  No, not really.  Just pleasantries.
14    Q.  Have you met Jennifer Minton?
15    A.  Yes, I have met Jennifer Minton.
16    Q.  And have you had substantive dealings --
17  conversations with Jennifer Minton?
18    A.  Yes, I did have discussions with her in my role
19  in the business units for developing a SIC code-based,
20  revenue-reporting system.  In other words, it reports
21  precisely to which industries we were selling.
22    There were a variety of other conversations I
23  had with her along those lines of -- of revenue
24  reporting.
25    Q.  What does SIC stand for?

118

1    A.  Standard Industry Code.  It's a method that's
2  used to classify businesses into distinct industries.
3    Q.  Did you ever have any conversations with her
4  that touched upon the performance of Oracle at any point
5  in time?
6    A.  The formance?
7    Q.  Performance.
8    A.  No.  Not directly.
9    Q.  And Ray Lane, have you ever met Ray Lane?
10    A.  I have met Ray Lane on a couple of occasions.
11    Q.  Any substantive conversations?
12    A.  No.
13    MR. SOLOMON:  Okay.  Thank you very much,
14  Mr. Petrie.  Those are all the questions I have and it's
15  now the turn of Oracle.
16    THE VIDEOGRAPHER:  I'm going to change tapes.
17  This concludes videotape No. 2 in the deposition of
18  Gordon Petrie.  Going off the record the.  The time is
19  2:53.
20    (Recess was taken from 2:53 to 2:58)
21    THE VIDEOGRAPHER:  This is the beginning of
22  videotape No. 3 in the deposition of Gordon Petrie.
23  We're on the record.  The time is 2:58.
24    EXAMINATION
25    BY MR. RUBIN:  Q.  Good afternoon, Mr. -- is it

119

1  Mr. Petrie or --
2    A.  It's Petrie.
3    Q.  Petrie.  Okay.  My name is Lee Rubin.  I
4  introduced myself earlier.  This is Charles Harris.
5  We're both from the law firm of Mayer, Brown, Rowe &
6  Maw, and as you know we represent Oracle and the
7  individual Oracle defendants in this litigation.
8    A.  Yes.
9    Q.  So the same ground rules apply.  I will be
10  asking you questions.  And if you have any question
11  about my questions, please ask me to clarify and I'll do
12  so.  If you don't ask me to clarify, I'll assume you
13  understood my question.
14    Is that all right?
15    A.  Yes.
16    Q.  And that leads me to my next reminder, to make
17  sure that you answer audibly --
18    A.  Yes.
19    Q.  -- because we have a court reporter and a
20  videographer.
21    A.  Right.
22    Q.  And of course, you're still under oath.
23    A.  Yes.
24    Q.  What I'd like to do, Mr. Petrie is, pick off to
25  some -- pick up to some extent, where we left off.

120

1    A.  Yes.
2    Q.  And that is in talking about the forecasting
3  process and your role in that and some of the technology
4  that you had available in connection with the process.
5    And what would be helpful to me is to
6  understand, first of all, the very -- your various
7  positions while at Oracle.  And I ask you that not to
8  ask you to repeat all your testimony, but to understand
9  your role in the forecasting process, as to each of
10  those roles.
11    So -- so, again, starting from your first
12  position.
13    A.  Yeah.  My first position in business -- general
14  business, was primarily reporting actuals.  So I didn't
15  get terribly involved in the forecasting process.  It
16  was really more after the fact, you know, who did we
17  sell to?  What was the typical size of the organization
18  that we sold to?  What industry was it in?  You know,
19  what was the average selling price we had for the
20  various products that were being sold?
21    Q.  And when you say "general business," was that
22  within support sales?
23    A.  No.  No.  General business refers to the -- the
24  license arm -- the arm that was actually selling the
25  software.

Petrie, Gordon  9/22/2005  10:15:00 AM

121

1    Q.  Okay.  So that would have been database and
2  applications?
3    A.  That would have been database and applications,
4  yes.
5    Q.  And that was the position you held from the
6  time you began at Oracle --
7    A.  Right.
8    Q.  -- in March of 1998?
9    A.  Yes.
10    Q.  Until?
11    A.  About September '98.  September, October.
12    Q.  So in that position, your -- you did not play
13  any forecasting role?
14    A.  I did, but it was not extensive.  It was not
15  like the next two --
16    Q.  How would you describe it at that time?  So --
17      (Reporter clarification.)
18      BY MR. RUBIN:  Q.  So whatever limited extent
19  just describe what, if any, role you played in the
20  forecast.
21    A.  At that time, it was really a matter of being
22  on the weekly phone calls with the sales reps where they
23  would talk to their superiors about what deals they were
24  working on, and what the likelihood of all those deals
25  were that they would close.

122

1      And I would roll up some very high-level
2  numbers that were kind of given to us by various
3  regional managers.  And that was kind of built into a
4  forecast for what the revenue was going to look like at
5  the end of that quarter.
6    Q.  So would it be fair to say that you were --
7  your role in the process was gathering data that was
8  ultimately used at a level above where you stood to try
9  to make forecasting judgments?
10    A.  Yes.
11    Q.  Is that accurate?
12    A.  That is accurate.
13    Q.  Okay.  And other than that is -- did you have
14  any other role in that -- in the forecasting process?
15    A.  No, I did not.
16    Q.  And then you said most of your time was devoted
17  to actually reporting actuals.  What did you mean by
18  that?
19    A.  That means after the sale is closed -- because
20  typically the way, you know, if -- if you're buying a
21  big, expensive license from Oracle and Oracle is a -- is
22  a Wall Street based company, you're going to get the
23  very best deal on the very last day of the quarter.
24      And you know, so what usually ended up
25  happening was that all of the revenue would end up

123

1  coming in the last couple of days of the quarter.  It
2  would all get booked, and then there was quite some time
3  that had to be devoted to looking at the actual orders,
4  who ordered the products, what did they order, what was
5  the average selling price, you know, how did that -- how
6  did the order volume look, compared to prior quarters
7  and things like that.  So it was primarily an analytical
8  role.
9    Q.  Now, if you would explain that process a little
10  bit that you just described, the economic incentives or
11  the economic -- I'll use the term incentives that you
12  just described in terms of people waiting until the end
13  of the quarter, what did you understand that phenomenon
14  to involve?
15    A.  Well, again Oracle is a company not unlike any
16  other -- any other public company that is -- is very,
17  you know, they have to report their sales on some
18  regular basis, you know, through their 10Ks or their
19  10Qs.  And so they're very sensitive to, you know, what
20  the quarter looks like.
21      And when people were negotiating to buy an
22  Oracle system, you know, typically it's a pretty big
23  economic event.  In other words, you know, in some cases
24  it could be in the tens of millions of dollars of
25  license and support fees that are being paid.

124

1      So you can imagine there's a lot of negotiation
2  that goes along with it, and there's a fairly lengthy
3  sales cycle.  And if you're on the buying end, you're
4  going to want to leverage, you know, everything you can
5  from Oracle and if you know that their sales reps are --
6  are under pressure to achieve certain sales quotas by
7  the end of the quarter, the more you can push that --
8  that deal towards the end of the quarter, the better
9  deal you're probably going to get.  Because that sales
10  rep is going to keep coming back to you and saying,
11  okay, I'm going to drop the price on this.  Will you buy
12  if I drop it by 10 percent or will you buy if I drop it
13  my 20 percent?
14    Q.  So the theory of the purchaser is as you get
15  nearer and nearer to the end of the quarter, the
16  pressure on the seller, in this case Oracle, bills to
17  give them the best price possible to bring in the sale
18  before the end of the quarter?
19    A.  Yes.  Exactly.  And I think that's also why --
20  and I believe you still see the phenomenon of, you know,
21  Quarter One is very light.  Quarter Two is heavier.
22  Quarter Three is heavier.  And then Quarter Four is
23  enormous because Oracle has to report out the -- the
24  year ending.
25    Q.  The annual.

Petrie, Gordon  9/22/2005  10:15:00 AM

125

1    A.  Yeah, the annual report.
2    Q.  And you're describing -- that's on a macro
3  basis and you're describing it taking place on a
4  quarterly basis as well, right?
5    A.  Correct.
6    Q.  And have you ever heard -- and -- and during
7  your time at Oracle, did the numbers bear that -- that
8  phenomenon out and by -- by asking that, I mean, did you
9  see a disproportionate amount of sales coming through in
10  the last few days of the quarter?
11    A.  Oh, yeah.
12    Q.  Do you remember what percentages typically that
13  you saw in the last few days of the quarter for
14  percentage of overall revenue, the last week of the
15  quarter, let's say, compared to the overall revenue for
16  the quarter?
17    A.  I don't -- I don't know exactly.  I do know in
18  Q4, which typically ends right around Memorial Day, that
19  there would be significant order volume coming in on
20  that last day.  And I -- all I can say is I recall it
21  being more than a third.  I mean, it was significant.
22    Q.  And that was true for the last few days of each
23  quarter, as well, you saw a spike in the activity?
24    A.  Yes.
25    Q.  And have you ever heard of the term "hockey

126

1  stick affect?"
2    A.  Yes.
3    Q.  And is that what -- does the term hockey stick
4  affect correspond to the what -- the phenomenon you're
5  describing?
6    A.  Yes.  More so there -- every company has it.
7  Because of the same economics that play out.  But Oracle
8  was probably the most extreme case that I have seen of
9  that.
10    Q.  And that's because?
11    A.  Of the economics.
12    Q.  And it's because of the large-ticket items that
13  Oracle is selling?
14    A.  Yes.
15    Q.  And that increases the leverage of the buyer in
16  that sense?
17    A.  Yes.  Yes.
18    Q.  And during your time at Oracle, you saw this
19  hockey stick affect in a quarterly basis, during your
20  time?
21    A.  Yes, we did.  Now -- she's going to hit me.
22    Q.  Did you --
23    MR. SOLOMON:  I don't think he finished his
24  answer.
25    MR. RUBIN:  Oh, I'm sorry.

127

1    THE WITNESS:  That was decidedly true of the
2  license business.  It was not true so much of the
3  support business, because support you had this very
4  large base of -- of renewals that was coming up every --
5  every month.  Of course, May was a big time when things
6  had to renew because their licenses mostly got booked in
7  May.
8    But support and consulting sales -- consulting
9  sales and education sales, which was another profit
10  center for Oracle, they tend to be more even throughout
11  the year.
12    BY MR. RUBIN:  Q.  Now, in terms of the
13  forecasting process, you -- going back to your -- to the
14  role you played, I think we talked about while you were
15  in the general business unit, your next role was in
16  vertical markets.  Yes?
17    A.  Yes.  Yes.  And in the vertical markets, I
18  would say that the bulk of my job was tracking the sales
19  pipeline and managing the, you know, weekly reports that
20  came in, whereby all of the reps that were in the field
21  would list the accounts they're working on, would list
22  how big the deal they think they're going to close,
23  would list a proposed close date which invariably was
24  close to the end of the quarter.  And then they
25  associated with that a probability of that deal closing

128

1  in the given --
2    Q.  A percentage?
3    A.  Yes.  Yeah.  And you know, the percentage was
4  on -- on the order of, you know, 20 percent increments
5  just, you know, kind of, you get a rough idea of, you
6  know, rare, medium or well done.  Is this order going
7  to, you know -- do I have a low probability of this
8  closing?  Do I have a high probability of it closing or
9  is this, you know, a coin toss?
10    Q.  Now, where were these sales being reported up
11  through?  What -- what part of Oracle, what component of
12  Oracle?
13    A.  This was coming up through the verticals.  And
14  the verticals is specific industries that -- that Oracle
15  builds into and the reason they call it verticals
16  because it was vertical throughout the industry, but
17  then if you look at it on a matrix, you would also have
18  consulting, license -- support was still handled outside
19  of that.
20    Q.  Were there acronyms for these verticals?
21    A.  Yeah.  There was an energy vertical; there was
22  a telecommunications, and that's the one that JD
23  Uniphase was in.
24    And the energy ones, Shell Oil was obviously
25  one.  So that's how I was aware that they were having

129

1   implementation issues there.  I believe there was a
2   transportation.  And then there was -- I can't
3   remember -- I think it was commercial, which was geared
4   towards retail, you know, organizations that have retail
5   shops.
6       Q.  And you said this crossed the different
7   revenue -- the revenue centers, for lack of a better
8   term?
9       A.  Yes.
10      Q.  Is that a term?  Is that a cost center, a
11  revenue center?
12      A.  Well, the verticals were actually organized as
13  their own -- as their own organization.  And within that
14  organization, they had consulting and they had, you
15  know, licensed sales reps.
16      Q.  So you would have -- oh, excuse me.
17      A.  Go ahead.
18      Q.  Okay.  So in other words, just as an example,
19  then, you would have a transportation sector, and then
20  you would have license revenues --
21      A.  Yes.
22      Q.  -- which would include both database and
23  applications, correct?
24      A.  Yes.
25      Q.  And then you would have consulting revenue?

130

1       A.  Yes.
2       Q.  Education revenue?
3       A.  Yes.
4       Q.  And support revenue?
5       A.  Support was really its own group all along.
6   They did not break out support separately from the rest
7   of the organization.  So it was sort of like you had
8   predominantly license and consulting, you know.  So
9   somebody could go in and they could buy the software
10  that's specific for, say, the energy industry and then
11  they can get consultants that are experienced at
12  implementing Oracle in energy companies that know enough
13  about the business to do it.
14          Support then, thereafter, was really kind of
15  supported on its own, if you will.
16      Q.  Okay.  And explain, then, how the forecasting
17  numbers that you were assisting in developing, how they
18  were rolled up into the different -- the broader -- the
19  broader centers.
20          So let's just take license for a moment.
21  Would -- would the numbers that you were reporting or
22  that you were offering as part of your forecast, would
23  that then be integrated or included in a larger license
24  revenue forecast?
25      A.  Yes.  Yes.  What we were doing was on a weekly

131

1   basis, we would have a -- call with all the regional
2   managers, and there would be a discussion of what deals
3   they're working on.
4           Along with that, I had developed a -- because
5   we didn't have a good infrastructure within Oracle's own
6   databases to handle this, we actually used Excel
7   spreadsheets where -- where the spreadsheets were things
8   that I had put together, that people working for me had
9   also put together, where they would go out to the sales
10  reps, they would put in information about what deals
11  they're working on, how big they are, the likelihood of
12  closing, and they would send those back to us.
13          We would consolidate those and roll those all
14  up on.  I would submit that to Bret White, who was my
15  boss, and he would, obviously -- that would go to Sandy
16  Sanderson as well, because he was involved in -- in
17  the -- in the verticals.  And then from there, I'm sure
18  that it got rolled up into a forecast for the total
19  Oracle.
20      Q.  Okay.  Now, you said you would send people out
21  to talk to regional sales managers or sales
22  representatives.  Is that what you said?
23      A.  There was a weekly phone call --
24      Q.  Okay.
25      A.  -- where the -- the managers would be on the

132

1   phone talking to each other.
2       Q.  And you were part of that call?
3       A.  Not always.  Not always.  But I always did --
4   we always did send out the spreadsheets for updating.
5       Q.  So you would furnish them with the spreadsheets
6   and ask them to update the information?
7       A.  Yes.
8       Q.  And this information included pipeline
9   information?
10      A.  Pipeline information.
11      Q.  And I -- when I use the term "pipeline," is it
12  accurate to describe the information that you had just
13  spoken of, the potential sale, percentage of likelihood
14  of closing; is that pipeline information?
15      A.  Exactly, yes.  That is pipeline information.
16      Q.  And then would sales -- would it go to a sales
17  representative or regional sales manager?  Do you know
18  who would be responsible for updating those spreadsheets
19  that were circulated?
20      A.  Actually, most of the sales managers took it
21  all the way down to the sales reps' level and then
22  rolled it up from there.
23      Q.  So they would then, in turn, farm it out --
24      A.  M-hm.
25      Q.  Collect the information --

Petrie, Gordon  9/22/2005  10:15:00 AM

133

1      A.  Yes.
2      Q.  And how -- what was the cycle; how often did
3  that happen?
4      A.  Weekly.
5      Q.  So this is, again, still within the vertical
6  markets --
7      A.  Yes.
8      Q.  -- sectors.
9          You would then receive weekly reports back from
10  the different regions?
11      A.  Yes, and then we would consolidate them and
12  then they would go to my superiors.
13      Q.  Now, on those weekly updates did -- did those
14  reports indicate when a sale had actually closed?
15      A.  Yes, they would.  And we would always
16  corroborate that with what was in the financial system.
17          So if a deal had closed and had invoiced, you
18  know, you were going to go see that on the financial
19  system.  And then you would have to go look on the
20  reports that you just had -- that you just had rolled up
21  and make sure you don't double count that.
22      Q.  I see.  Because you were separately --
23      A.  They were -- two distinctly separate systems at
24  the time.
25      Q.  And when you say you're looking at the invoice,

134

1  what system were you looking at to get the information
2  or --
3      A.  That was -- that was Oracle Financial Analyzer.
4      Q.  I think she's going to kill both of us.
5      A.  Okay.
6      Q.  If you can -- I'm doing the same thing.  If you
7  can just wait until my question is finished.  I'm sorry.
8  That was the --
9      A.  It was the Oracle Financial Analyzer system.
10      Q.  To the extent you can describe in detail, what
11  did that show you in terms of closed sales?
12      A.  Well, that would show you what sales had
13  actually occurred, and it would show you how much had --
14  had been -- how much sales had occurred in each one of
15  the verticals and what type of revenue it was.
16          So you could tell whether it was license
17  revenue coming to consulting or whether it was
18  consulting that was coming through -- through this
19  channel.
20      Q.  And how was that information updated?  Was it
21  connected through --
22      A.  That was actually connected to the accounting
23  system, the financial accounting system.
24          So when a deal was closed, it generates an
25  invoice.  That invoice generates an entry on the general

135

1  ledger and then Oracle Financial Analyzer, basically,
2  takes the accounting information, the debits and
3  credits, and then produces reports that you can run, to
4  get an idea of what was being sold and what cost centers
5  they were being sold from.
6      Q.  And did that -- and that information was
7  connected in an automated fashion?
8      A.  Yes.
9      Q.  That was not entered manually?
10      A.  That was -- yes, that was not entered manually.
11  Once the sale had actually occurred, it was just a
12  matter of pulling the information out of the -- out of
13  the financial accounting system.
14      Q.  But the -- the pipeline data, that is any
15  changes on a weekly basis -- let's take an example.
16  Somebody has had a -- on their pipeline at the beginning
17  a month that there was an 80 percent chance that a deal
18  was going to close and then the next week, they reduced
19  to 60 percent because of some information they received.
20  That information then was transmitted through the
21  spreadsheets; is that correct?
22      A.  That is correct.
23      Q.  And then how -- and was that information then
24  that you're describing, was it ever entered into the
25  OFA system?

136

1      A.  Not at the time that I was in the verticals.
2      Q.  It was not?
3      A.  No.
4      Q.  Okay.
5      A.  It was a separate system and it was cumbersome
6  to use.
7      Q.  Okay.  So what would -- describe for me how the
8  information, then, would be relayed from -- from you and
9  your -- your unit up to the higher levels where it was
10  actually rolled into a larger forecast.
11      A.  My understanding was that the result of these
12  spreadsheets that were coming from various parts of the
13  organization -- now bear in mind, I do know that at the
14  time there were other pieces of the organization that
15  were actually doing their forecasting on OFA, but --
16  but --
17      Q.  But for vertical, we're talking about.
18      A.  Yeah.  But the verticals, as they rolled up,
19  those spreadsheets got incorporated into other
20  forecasts.  And I believe at some point, they may have
21  been put into OFA.
22      Q.  But you're not certain?
23      A.  I'm not certain.  But I do know that people
24  above me were looking at them, and I have to imagine
25  that it got all the way to the top of -- of Oracle, to

137

1    Larry, otherwise why are you doing it?
2        Q.  Now, did FP & A play any role in inputting that
3    information?
4        A.  Well, in a sense, we were FP & A.  I think if
5    you're asking about a corporate FP & A, that -- that
6    would be -- you know, that would be largely a
7    consolidation function, taking the reports that we had
8    developed and sent up to their group for consolidation.
9    And I believe that was Jennifer Minton's group, as well.
10       Q.  I see.  So you're essentially coming back
11   around -- you were serving the function of FP & A for
12   the vertical markets?
13       A.  Correct.
14       Q.  Gathering the information from sales and then
15   providing the pipeline information?
16       A.  That's correct.  And that's -- that's largely
17   what I did in all my positions there, even in -- in
18   support --
19       Q.  Okay.  I want to turn to that in a moment.
20       A.  Fine.
21       Q.  But that's helpful.
22           And then what was the lag time -- let's take
23   a -- December.  Were you at vertical markets in December
24   of 1999?
25       A.  No, I was not.

138

1        Q.  Okay.  So take a month, January '99.
2        A.  January '99, I believe I was.
3        Q.  Okay.  So take January '99.  And you begin at
4    the beginning of the month and you said that the -- you
5    send -- excuse me, you sent out Excel spreadsheets to be
6    updated on a weekly basis.  What was -- what was the
7    time lag between the information that -- that was being
8    communicated and when you received it?
9        A.  It was typically, I recall, about three days.
10       Q.  Okay.  So it would it be fair to say, then that
11   for the week ending December 14th, you would get the
12   information on the 17th or 18th?
13       A.  Yeah.
14       Q.  And then it would be rolled up after that?
15       A.  Yes.
16       Q.  And what is your sense, then, of how long it
17   would take to be integrated into --
18       A.  I think -- I think it was relatively quick.
19       Q.  Another few days?
20       A.  That would be surprising if it were more than a
21   day or two.
22       Q.  Once you sent it off?
23       A.  Yes.
24       Q.  Now, was there a set period of time at that
25   time -- again, we're just talking about vertical markets

139

1    where intervals of times in which Oracle updated its
2    forecast?
3        A.  Yes, it was a fairly strict cycle, as I recall,
4    that had to be done on a weekly basis.
5        Q.  All right.  Now, did you -- in vertical
6    markets, did you play any role in -- in separately
7    monitoring the amount of revenues that was being
8    generated by vertical markets on a weekly or daily
9    basis?
10       A.  Yes, I did; because I also reported the
11   actuals, as well.
12       Q.  And what -- describe what you did in -- in that
13   context.
14       A.  Well, again, it was -- it was very much looking
15   at the deals that came in and -- and looking at Revenue
16   Manager to determine what deals had been invoiced.
17           We would also compare that to -- as I said, to
18   the forecast and spreadsheets so that we could
19   determine, you know, which deals that had been
20   forecasted, had closed, versus those that we needed a
21   forecast and was supposed to close at a particular date
22   but did not.  And so that's largely what we did.  It was
23   really more or less a reporting function.
24       Q.  Now, in light of the phenomenon you discussed
25   earlier about the disproportionate amount of sales being

140

1    booked at the end of the quarter, were you ever able to,
2    at the time you were in vertical markets, ever able to
3    reach any conclusion about the -- where the quarter was
4    likely to end up vis-a-vis the forecast by virtue of
5    what happened during the first two weeks of the quarter?
6        A.  By virtue of the first two weeks of the
7    quarter?
8        Q.  Yeah.  The first two weeks --
9        A.  I think the first two weeks would be difficult
10   to really infer anything.
11       Q.  Why is that?
12       A.  Other than -- other than how -- how deep or
13   how -- how much revenue do you have in that pipeline of
14   a reasonably certain probability of closing.
15       Q.  M-hm.  So let me just -- let me just follow up
16   on that.
17           So in terms of actual sales that were occurring
18   in the first two weeks, your -- your testimony is that
19   you wouldn't be able to draw any conclusions?
20       A.  No.
21       Q.  And why is that?
22       A.  Well, partly because of what we just described
23   about most of the sales happening towards the end of a
24   particular quarter.
25           And very often, you know, it's -- it kind of

141

1    goes two ways.  It was the sales rep, you know, wanting
2    to get the deal closed and so they drop the price.  And
3    they may actually be bringing in a sale that might have
4    normally occurred a couple of weeks later in the next
5    quarter.
6          So, you know, typically you had a very dry
7    spell at the beginning of every quarter.
8          So --
9        Q.  And that was true -- that was a pattern that
10   you -- that you observed?
11       A.  Yes.  True for the license -- for license
12   sales.
13       Q.  Right.
14       A.  But, again, if I were, you know -- later in the
15   quarter, you could infer, you know, reasonably well by
16   looking at the depth of the pipeline what deals you had
17   in the pipeline, what their probability was of closing.
18         And one of the things I typically did was
19   what's called an expected value calculation, where you
20   multiply the deal size, times the probability and you
21   kind of get a weighted average idea of how that revenue
22   would close.
23       Q.  M-hm.  And when you say sort of later in the
24   quarter, what is your memory of sort of when you could
25   start to get -- when you, based upon your personal

142

1    participation, when did you start to get a sense, during
2    the quarter, of being able to get a sense of where the
3    quarter was going to end up, based upon the depth --
4        A.  Yeah.
5        Q.  -- and the other matrix in the pipeline?
6        A.  Sorry.  I've got to stop doing that.
7        Q.  Go ahead.
8        A.  I would really get a good feel probably within
9    about three weeks of the end of the quarter, because
10   usually what happened is the smaller deals start
11   closing.  And the reason the reps did that is because
12   obviously they knew they had to work on the bigger deals
13   because they were going to come down more to the wire.
14   So they would -- they would be more apt to close the
15   smaller deals first.
16         So you'd get a pretty good idea of what was
17   going to close.  And usually it kind -- the activity
18   got, you know, much, much higher as you approached the
19   end of the quarter.  And usually by the very last couple
20   of days, you had a list of the major deals that were
21   pending that you'd be looking on -- on the Revenue
22   Manager to see what's actually closed.
23       Q.  And I would assume, again, based on the
24   phenomenon you described, it was the big deals that
25   typically were waiting until the end to close?

143

1        A.  Yes.  That's correct.
2        Q.  Now, if you can, tell me about a conversion
3    rate.  What does a conversion rate mean.  For purposes
4    of forecasting a pipeline, have you ever heard of the
5    term conversion rate?
6        A.  Well, conversion rate meaning that they
7    actually buy.  I believe that's what it would mean.  I
8    don't know -- I need to know what context it was used
9    in.
10       Q.  Well, I'll back up.
11         Have you ever heard of the term conversion rate
12   used as part of the forecasting process that was done by
13   the finance group at Oracle?
14       A.  Not that I can recall.
15       Q.  And you don't have any knowledge of to the
16   extent there is such a conversion rate that's used, how
17   that was calculated or determining whether it should be
18   changed from one quarter to the next?
19       A.  Yeah.  I don't recall that.  I recall the
20   term -- I assume that it would be, you know, how you
21   convert prospects somebody you're working on, to -- to a
22   purchase.
23       Q.  In your individual capacity, did you ever --
24   your testimony is you never assisted anybody in working
25   on coming up with a conversion rate?

144

1        A.  Overall?
2        Q.  Yes.
3        A.  Yes.  We did -- we did look at conversion
4    rates.  It was much more relevant in the support
5    business.
6        Q.  It was more relevant in support?
7        A.  Yeah.  Yeah.
8        Q.  How so?
9        A.  Well, actually -- excuse me, I misspoke.  It
10   was the renewal rate.
11       Q.  The renewal rate?
12       A.  Right.
13       Q.  But again, going back to the forecasting
14   process, does the term "conversion rate" mean anything
15   to you?
16       A.  No.  Other -- other than it would be converting
17   a customer from pipeline -- you know, from the pipeline,
18   to working on the deal, to they've purchased.
19       Q.  Right.  And in terms of working on a
20   methodology or -- or coming up with a rate or a ratio to
21   use for purposes of overall, did you work on --
22       A.  In other words, what percentage do I use at
23   what stage of the sales process?
24       Q.  Yes.
25       A.  I do recall working on that and developing some

Petrie, Gordon  9/22/2005  10:15:00 AM

145

1 standards for, you know -- when you say a customer is at
2 80 percent chance that they're going to convert or that
3 they're going to purchase versus 50 percent versus 40
4 percent.
5    Q.  For individual customers?
6    A.  Yes.
7    Q.  Right.  What about for a conversion rate that
8 would be applied to the pipeline generally?
9    A.  I don't recall that.
10    Q.  Okay.
11    A.  Other than doing what I just mentioned, which
12 was an expected value calculation.
13    Q.  Okay.  Anything else on the -- your vertical --
14 on your -- during your tenure at vertical markets that
15 related to forecasting that you haven't spoken to me
16 about?
17    A.  No.  Other than the infrastructure for
18 forecasting at least in that part of the organization
19 was relatively poor at the time I was there.
20    Q.  How so?
21    A.  Well, it was not -- it was not done in a -- in
22 a super, highly-structured system such as -- as OFA.  It
23 was done with the spreadsheets, and -- and again, I
24 think, as you mentioned in your question, that there was
25 not really a well-defined, how you classify the

146

1 probability of accounts closing.
2    Q.  All right.  Let's turn to support.  Describe
3 your role in the forecasting process for support sales.
4    A.  Okay.  My role in support was, again, very much
5 around forecasting.  It was also around reporting
6 actuals.  And it was also around monitoring our systems
7 to capture and correct any transactions that were not
8 correct or, you know, something went wrong with them to
9 correct -- identify and correct inconsistencies and --
10 in billing and in revenue recognition.
11       And then the other point that I got involved
12 with there as well was the calculation of -- and to some
13 degree, the administration of the commission packages
14 and payouts.
15    Q.  Okay.  During your examination by Mr. Solomon
16 you -- I believe you had indicated that as part of the
17 forecasting process for support, you have a few
18 different components.  You've got renewals --
19    A.  Yes.
20    Q.  -- and then you've got new sales that would
21 have a support contract --
22    A.  Yes.
23    Q.  -- accompanying it and was there a third be
24 component?
25    A.  Yeah.  There was a third component which was at

147

1 what rate does the renewal occur?  In other words, if I
2 were to -- last year I paid $100 for my support
3 contract.  And then this year, I paid -- I paid $102,
4 because the price went up.  Then that would be said to
5 have a, you know, renewal cost increase of 2 percent.
6 So those were the three primary components.
7    Q.  So you're looking at the -- your -- your
8 realize rates to some extent?
9    A.  Yes.
10    Q.  Now, in terms of new sales that would have a
11 support contract accompanying them, what data did you
12 look to, to -- as part of your computation or analysis
13 of -- of forecasting support revenue?
14    A.  Well, in a -- in support, I looked at OFA, you
15 know, particularly as revenue was coming in, to see what
16 deals had closed.  And then, you know, it was fairly
17 easy to get a -- a percentage from that -- from the
18 license revenue that you would expect to be converting
19 into support revenues.
20       And as I got later into support, remember we --
21 we dealt with that one memo where we had gone to a
22 standard percentage of the license deal got booked in
23 there, as well.
24    Q.  Right.
25    A.  And previously it hadn't quite been that

148

1 straightforward.
2    Q.  But in terms of your -- you would exclusively
3 rely upon actual sales for purposes of -- of estimating
4 new sales for purposes of your forecasting?
5    A.  Well, estimating new sales, I would get, you
6 know, I would get reports from the various license
7 entities.
8    Q.  That's what I was wondering.
9    A.  Right.
10    Q.  So you were relying on the license entities for
11 that information?
12    A.  Right.  But it was very high-level information.
13 I was not -- I was not in the loop to any much
14 account-by-account level information what was in the
15 pipeline.
16    Q.  So you had -- you had the information at a
17 fairly high level?
18    A.  M-hm.
19    Q.  Were you able to acquire any more granular
20 information for purposes of your forecasting analysis?
21    A.  Really, no.  Not -- not significantly more
22 detailed, unless I happen to, you know, talk to a rep
23 who was directly involved in that.  And that was not
24 frequent.
25    Q.  Okay.  So to that -- to that extent that

149

1 component you were effectively relying on your
2 counterparts in license to provide you with the general
3 information that you would use?
4    A. That's correct.
5    Q. I know that a few e-mails that you were
6 provided with during Mr. Solomon's examination indicated
7 a continuing effort to refine the forecasting process.
8 Do you recall those?
9    A. Yes.
10   Q. Would it be fair to say that at Oracle during
11 your tenure there that there was an overall effort to
12 refine and improve the accuracy of forecasting?
13   A. Absolutely. That was the case. And, you know,
14 from where -- from where I -- I actually kind of feel
15 like I kind of came from the whole evolution of it from
16 the standpoint that we started off with -- with, you
17 know, basically phone calls and Excel spreadsheets. And
18 that developed into a final implementation where it had
19 all been rolled up through OFA.
20   Q. Just as you were leaving the company?
21   A. Just as I was leaving the company.
22   Q. And this continuing effort to improve the
23 accuracy and the reliability of the forecast, was
24 that -- was it your sense that that was a corporate
25 imperative, that that was something that the company was

150

1 spending a lot of time and resources on?
2    A. Yes.
3    Q. And was the -- based upon the work that you did
4 in support, did you believe that the -- that the
5 forecasting numbers that you were producing were being
6 prepared in good faith?
7    A. Yes.
8    Q. Were they -- did you feel comfortable in people
9 at the higher levels of the organization relying on the
10 numbers you were preparing?
11   A. Yes.
12   Q. Was there ever a time, while you were in
13 support, that you believe that there were numbers that
14 you were passing on, that were materially inaccurate in
15 any respect, based upon your best sense of where the
16 company stood?
17   A. No, not really.
18   Q. Would you have brought that to somebody's
19 attention if you thought the numbers that you were
20 receiving or that -- that numbers that were being given
21 to you, you thought were inaccurate, would you have
22 raised that with someone?
23   A. Yes.
24   Q. You understood that management was relying upon
25 these numbers for purposes of -- of financial reporting

151

1 and -- and forecasting, correct?
2    A. Yes.
3    Q. And that, in fact, these forecasting numbers
4 were part of representations being made to the investing
5 public?
6    A. Yes.
7    Q. So you took your job seriously?
8    A. Yes.
9    Q. And -- and is it your sense that all your
10 counterparts in license did, as well?
11   A. Yes.
12   Q. Now, in terms of -- of the OFA, if you could,
13 explain to me what -- what was the state of affairs or
14 what did OFA look like before what's been marked as
15 Exhibit 19? I want to get a better understanding of it
16 before and after.
17   A. I'm kind of piecing this together because I
18 didn't really get -- well, did I get exposed to the OFA
19 in the verticals. I would characterize it as -- a tool
20 that, when the data was in there correctly, it was a
21 very good, useful tool.
22       The problem was in the implementation. There
23 was not -- not all the groups were in, and had put
24 everything on to OFA, had put their forecast on. They
25 were still doing -- some of them were doing it by

152

1 spreadsheets and at some point, those spreadsheets got
2 uploaded to OFA.
3    Q. Do you know when that was?
4    A. When those spreadsheets -- where that happened?
5 I assume that it was -- I would have to guess, but I
6 would assume that it was at the controller's office,
7 because I think that's when everything got rolled up.
8    Q. It was at the controller's office? In other
9 words, it wasn't within OFA?
10   A. No. You mean within the verticals or support?
11   Q. Well, let's talk about support. I wanted to
12 talk about the support period.
13   A. Okay.
14   Q. So -- yeah, so in other words -- well, let me
15 take a step back.
16       You had access, in your role as director of
17 support of --
18   A. Yes.
19   Q. -- director of finance of support sales; is
20 that what your position was?
21   A. Yes.
22   Q. You had access to OFA, correct?
23   A. Correct.
24   Q. Okay. So -- and you entered a password to get
25 in; is that right?

Petrie, Gordon  9/22/2005  10:15:00 AM

153

1    A.  Yes.
2    Q.  And then when you went in, tell me as of the
3  time, June 2000, what did you have access to?
4    A.  Oh, in June of 2000, I had access to the North
5  American revenue from all sources.  So I could see -- I
6  had visibility into what license revenue was expected.
7  And then I also had input what support revenue was going
8  to be expected, based on those license.
9    Q.  That was part of your input?
10    A.  That was part of my input.
11    Q.  And was that -- and was that globally or for
12  the Americas?
13    A.  It was for the Americas only.
14    Q.  Only for the Americas' OFA?
15    A.  Right.  Now, when I was at -- in the verticals,
16  I did have worldwide view of -- of revenue not coming in
17  because the verticals were not geographically divided.
18      And for a portion of the time that I was in
19  support, because I didn't change my -- my access, I
20  still had access to worldwide numbers.  I believe it was
21  probably right around January -- or January of 1999 --
22  not January '99 -- excuse me, January 2000.  My -- my
23  access was restrict to the Americas.
24    Q.  So as I understand it, then, there were fields
25  of information on OFA that you had access to and some

154

1  that you did not?
2    A.  Yes.  It was more -- remember how I talked
3  about the -- the cost centers and how they roll up in a
4  hierarchy?  What would really be restricted, is what
5  different views of that hierarchy you could see.
6      So I -- I had one tree that was down that
7  showed the North American revenue that I was allowed to
8  see.
9    Q.  And were you allowed to see, while you were in
10  support North American revenue, for all the different
11  centers, that is for license --
12    A.  Yes.
13    Q.  -- consulting, education and support?
14    A.  Primarily -- I don't believe I got to see
15  education and consulting.  I saw -- I did see the
16  license and I did see support.  Those were the only two
17  areas that I would really want to see.  Because, you
18  know, the license revenue is the only one that really
19  affected the support revenue.
20    Q.  Right.  For your purposes, license was the data
21  that you needed to do your job?
22    A.  Right.  Right.
23    Q.  Education and consulting would have provided
24  you with additional information on how the company is
25  doing as a whole, but it wouldn't have assisted you in

155

1  your function.
2    A.  That's correct.
3      Now, I will go on to say that, you know, Oracle
4  was very careful about who got to see, you know, the
5  entire picture.  And I think the concern -- well, in
6  fact, I know the concern that was brought up about that,
7  was the fact that you had a large number of people, if
8  you did expose them to everything that was being booked,
9  that that increased the possibility that somebody might
10  try to trade stock at the wrong time, and things like
11  that.  So by design, a lot of people were restricted.
12    Q.  Did you own any Oracle stock during your time
13  at Oracle?
14    A.  Yes, I did.
15    Q.  And do you still?
16    A.  I do not.
17    Q.  When did you -- how many shares did you own
18  over time?
19    A.  I can't recall.  You know, it was -- it was in
20  the tens of thousands of shares.
21    Q.  And do you recall when you sold your stock?
22    A.  The last sale I did -- I think I sold some
23  about six months ago.
24    Q.  Okay.  So as of six months ago, you still had
25  Oracle stock?

156

1    A.  Yes.
2    Q.  And that was your last --
3    A.  Yeah.
4    Q.  -- stock?
5    A.  -- last stock I had from stock options.
6    Q.  Now, during -- do you still have the documents
7  in front of you?
8    A.  Yes.
9    Q.  If you could, turn to the document with the
10  Bates stamp rage of Petrie 001956.
11    MR. CAPLAN:  Which exhibit is that?
12    MR. RUBIN:  Exhibit No. 16.
13    THE WITNESS:  1956?
14    MR. RUBIN:  001956, correct.
15    THE WITNESS:  Got it.
16    BY MR. RUBIN:  Q.  There was a -- Mr. Solomon
17  asked you some questions about this document.  And I
18  wanted to ask you about a reference in the first full
19  paragraph in the e-mail from Mr. Snyder.
20    A.  M-hm.
21    Q.  I'm at the sentence:  "Presently at the OSS
22  level, we have consistently misforecast by approximately
23  40 million.  (to the light side).  This equates to about
24  one cent per share."
25      What is your understanding of what the term "to

157

1  light side" means?
2       A.  That means that we had underforecast the
3  revenue that would come in.  And that the revenue would
4  come in higher than -- than would be forecasted.
5       Q.  And does that -- is that consistent with your
6  memory that -- this is support sales, correct?
7       A.  That's correct.
8       Q.  And is that -- is that consistent with your
9  memory that as of May 22nd, 2000, that you all had
10  consistently missed your forecast by underestimating how
11  much revenue you would earn?
12       A.  That is correct, because I recall that the
13  fiscal year 2000 was a very, very good year for Oracle.
14  In fact, I remember seeing the numbers as they were
15  coming in.  And I think it was around about the last
16  week of the quarter that, you know, I -- I reminded my
17  people that had visibility to this, that they were not
18  allowed to sell shares --
19       Q.  Because --
20       A.  -- or buy shares.
21       Q.  You mean, when you saw some of the big sales
22  coming in right at the end?
23       A.  Yes.
24       Q.  And that was the last week, you said?
25       A.  It was -- yeah.  It was within the last week.

158

1       Q.  And so that was a consistent pattern of support
2  sales that you were understating how much revenue you
3  were going to be --
4       A.  For that year, yes.
5       Q.  -- reporting.
6       A.  I'm sorry.  I keep doing it.
7       Q.  And do you recall whether that was a phenomenon
8  for license forecasts, as well?
9       A.  Well, it was largely driven by license, because
10  I remember most of -- of support revenue could be
11  forecasted by assuming a certain renewal rate which
12  typically ran in the 90 percents, and then the added
13  component that was -- was sort of the wild card is how
14  much new business are you going to be picking up as a
15  result of new license sales coming through?
16       Q.  So -- so the license numbers were a big driver
17  for what support services were projecting?
18       A.  It was a driver.  I wouldn't say it's a huge
19  driver.
20       Q.  Because renewal rates was another significant
21  piece?
22       A.  Renewal rates and then the renewal price.
23       Q.  Do you recall in support, what steps were taken
24  to try to bring the forecast back into more -- or to try
25  to improve its accuracy so that you weren't understating

159

1  quarter after quarter?
2       A.  Yes.  One was the RBA database that we had
3  developed.  And it was -- it was very good at
4  forecasting what the renewal rates are likely to be.
5  And you could plug in a number on, you know, what you
6  think the renewal price is going to be, the price
7  factor.
8            And then, you know, a big component and I think
9  a large component of this was reflective of the fact
10  that in -- in December -- not in December, but in
11  May 2000, they had a number of very large deals close,
12  that I think at the time had been -- they'd been a
13  little more pessimistic about them closing.
14       Q.  So in other words, deals came through at the
15  end that they weren't necessarily predicting would?
16       A.  Yes.
17       Q.  And that happened on more than one occasion in
18  2000, correct?
19       A.  Yes.
20       Q.  And do you recall anything about the first two
21  quarters of 2001 in terms of that phenomenon, deals
22  closing?
23       A.  I couldn't say, specifically.
24       Q.  Okay.  Now, there's one other -- there's one
25  other position that we hadn't spoken about yet in terms

160

1  of your -- any forecasting role you played and that was
2  in the Business Online.
3       A.  Yes.
4       Q.  Could you tell me about what, if any,
5  forecasting role you played when you transferred to that
6  unit?
7       A.  Again, it was -- it was relatively similar to
8  what was going on in the verticals, in that there was
9  primarily a spreadsheet that was passed around the
10  various sales reps that sold it.
11       Q.  Now, as I understand it, when you transferred
12  to Business Online, your position was more like it was
13  in vertical; is that right?
14       A.  Yes.
15       Q.  Because you were in a business unit --
16       A.  Yes.
17       Q.  -- not a component of revenue, essentially?
18       A.  Yes.  Yes.
19       Q.  So, for example, you wouldn't -- you didn't
20  have any role at that point in estimating or forecasting
21  any renewal rates for anything?
22       A.  Well, renewal rates were a consideration
23  because it was a subscription service.  And so it had
24  some of the same dynamics that you would see in support.
25  That you would have a subscription that would be

161

1   converting, you know, into a subsequent subscription.
2       The issue was that it wasn't that old of a
3   business. So there wasn't that many -- I don't -- I
4   can't remember how many there were. There were a couple
5   that were over -- engagements that were over a year old,
6   but most of them were still on their first subscription.
7       So while ultimately the dynamics were there
8   to -- to be able to forecast it over time, we didn't
9   have enough information or enough of the customers that
10  were at that level or had that line of experience to,
11  you know, to be able to forecast. It wasn't relevant at
12  that time.
13      Q. Now, how -- when had Business Online been
14  initiated? When did it begin?
15      A. I don't know for sure. I believe it would have
16  been late '99, early 2000. And I think it was somewhat
17  concurrent with the 11i release. And the reason I say
18  that is because the big deal was that it was all
19  accessible through the Internet. And they were hosting
20  it through the Internet.
21      Q. And you transferred to Business Online unit
22  when?
23      A. It happened in -- in the fall of 2000. And
24  there was not a specific transition date, as I say,
25  because I was -- I was still transitioning out of

162

1   support. So I was still, you know, was kind of living
2   out of two offices for a little while.
3       Q. Did there come a time when that wasn't true
4   anymore?
5       A. Yeah. I would say by October, it was to the
6   point where I was fully converted over, September,
7   October.
8       Q. So -- okay. So for purposes of quarterly
9   forecasting, what would have been the first quarter you
10  would have played any role in assisting in the forecast
11  for Business Online?
12      A. That would have most likely been -- I always
13  have to think about their quarters. I think that would
14  be their -- it would be the Q3 forecast.
15      MR. RUBIN: Can we just take a --
16      THE WITNESS: Sure.
17      MR. RUBIN: Go off the record.
18      THE VIDEOGRAPHER: Going off the record. The
19  time is 3:51.
20      (Recess was taken from 3:51 to 3:59)
21      THE VIDEOGRAPHER: We are back on the record.
22  The time is 3:59.
23      BY MR. RUBIN: Q. Mr. Petrie, I think we
24  had -- when we broke, we were talking about, I think,
25  the Business Online sector and your position there --

163

1       A. Yes.
2       Q. -- and you said that you thought that you --
3   that you'd finished your transition right around
4   October --
5       A. That's correct.
6       Q. -- of 2000.
7       A. M-hm.
8       Q. And again, if you could, in terms of the
9   forecasting process, could you describe what -- what
10  role you played?
11      A. Well, again, in this position, we were rolling
12  up forecasts that were coming in from sales reps on
13  Excel spreadsheets. And I cannot remember whether we
14  entered those into OFA directly or not?
15      Q. Okay. You're not certain?
16      A. I'm not certain. But I do remember there was a
17  lot of spreadsheet work involved in running the
18  forecast.
19      Q. So would it be fair to say then that your use
20  of OFA at Business -- at the Business Online -- in the
21  Business Online position dropped?
22      A. Yes.
23      Q. Considerably?
24      A. Clearly, yes.
25      Q. In fact, it doesn't sound like you were really

164

1   using it much for any -- any part of the forecasting?
2       A. Yeah. At that point, I was not. And again,
3   the dynamic of Business Online was different because it
4   was not dependent on the license revenues directly; it
5   was dependent -- because basically, you're selling
6   subscriptions. And that's what it was.
7       Q. So from October to the time that you left the
8   company, you didn't have an occasion to keep up with the
9   license pipeline at that point?
10      A. No; other than curiosity, to see how the
11  business was doing.
12      Q. And what kind of access did you have at
13  Business Online to do that?
14      A. I had a good portion of the Americas through
15  most of the time that I was there, again, but I didn't
16  watch it as closely because it wasn't as critical to the
17  forecasting. I was really more concerned about Business
18  Online.
19      Q. Right. That was your position.
20      A. Yeah.
21      Q. So other than a look for your own curiosity,
22  you didn't monitor it?
23      A. Right.
24      Q. And you were not-- and in contrast to your job,
25  for example, in -- in vertical markets, you were not --

165

1   because you did not depend on the license revenue, you
2   were not interfacing with sales reps or regional
3   managers in the way you were at vertical markets,
4   correct?
5       A.  That's correct.
6       Q.  So would it also be fair to say then, that the
7   interface that you had with the license sales side of
8   the business dropped at the time that you went over to
9   Business Online?
10      A.  It would be fair to say that it dropped, but it
11  would also -- it would be incorrect to say that it
12  stopped altogether.
13      Q.  On what occasions would you have it?
14      A.  Oh, when I would run into people that I knew or
15  in general business or in major accounts, sales reps
16  that I had encountered, there were support reps that I
17  still talked to.
18      Q.  Were you based at Redwood Shores?
19      A.  Yes.
20      Q.  So -- and you would -- when you would run into
21  them you -- in other words would it be fair to say you'd
22  have interface with them but it was as part of a social
23  or familiarity kind of interface?
24      A.  Casual conversation is what you would
25  characterize it as, yes.

166

1       Q.  Right.  Not the kind interface you're having in
2   which you had a responsibility in gathering data and
3   they had a responsibility to provide it to you?
4       A.  That is correct.
5       Q.  You left the company -- your last day at the
6   company was December 15th, 2000?
7       A.  That's correct.
8       Q.  And when did you announce that you were leaving
9   the company?
10      A.  I think that it must have been late November.
11      Q.  Between the time that you announced that you
12  were leaving and the day you left, do you remember
13  whether those days changed in any way in terms of
14  cleaning up the office and sort of winding up as opposed
15  to the duties that you had had while you were -- while
16  you were an employee who was not about to leave, to go
17  to another company?
18      A.  Yeah.  Well, yeah I would say that the -- that
19  the daily activities changed somewhat, but I still had
20  forecasts that had to get in, and I had to train other
21  people to -- to step in and do them.
22          They did not have a replacement for me
23  immediately picked.  So I was distributing some of that
24  responsibility to others that were in the organization.
25      Q.  And at that time for any forecasting work you

167

1   did between October of 2000 when you were fully on board
2   at Business Online and the time you left, that was all
3   the -- during that whole period of time, you were using
4   Excel spreadsheets primarily for your work?
5       A.  Primarily, yes.
6       Q.  Do you recall participating or assisting in any
7   way in the forecast for Business Online for the third
8   quarter of 2001?
9       A.  I must have, because the -- the memos indicate
10  that that was the case, but I was probably just a
11  consolidation role --
12      Q.  What does that mean?
13      A.  -- at that point.  Meaning that we get the
14  forecasts in from each of the sales reps and that gets
15  consolidated onto a spreadsheet which is then passed on.
16      Q.  That would have been the limits of your
17  function at that point?
18      A.  That would have been the limits of my function.
19      Q.  And do you recall reviewing, during that
20  October to December 15th time period, any of the
21  forecasts for license for Q3 '01?
22      A.  I don't recall that, specifically.
23      Q.  Now, you had said -- I believe, that you had
24  testified earlier that it was while you were in vertical
25  markets sector that you had first heard that there were

168

1   implementation problems with Suite 11i; is that -- is
2   that correct?
3       A.  Well, yeah.  I heard that there were
4   implementation problems.  I don't know if they were
5   specifically related to 11i.
6       Q.  Okay.  What do you remember hearing about that?
7       A.  Well, I remember hearing that Shell Oil was one
8   company that there was just a tremendous amount of
9   problems with the implementation.  And that there had
10  actually been a reserve account that had been set up to
11  cover the extended consulting costs that were required
12  to resolve that issue.
13      Q.  And you left verticals March 29th of 1999?
14      A.  March 29th.  That sounds about, right.
15      Q.  Okay.  So anything -- anything that you heard
16  about difficulty in implementation problems at Shell Oil
17  would have occurred sometime before then?
18      A.  Would have --
19      Q.  You would have heard of it?
20      A.  Would have heard of it, but then, you know, I
21  did hear of other implementation issues when I was in
22  support because some support reps were being pulled
23  into -- fill in or account -- or for consulting --
24      Q.  Okay.
25      A.  -- on particular implementations.

169

1    Q.  And is -- I think Mr. Solomon had asked you
2  about some other -- some other customers that had had
3  some implementation problems.
4    A.  Right.
5    Q.  Does your knowledge of those date back to that
6  period while in you were in vertical markets, as well?
7    A.  JDS Uniphase I believe does.
8    Q.  Okay.
9    A.  I'm trying to think of who else.  Most of the
10  others.  HP, I remember specifically being -- when I was
11  in support.
12    Q.  HP was in support?
13    A.  Right.  And I believe GE Capital was also when
14  I was in support.
15    Q.  Okay.  So in terms of Shell Oil, then -- and in
16  terms of Shell Oil, that would have been the time you
17  were at vertical markets?
18    A.  Yes.
19    Q.  Okay.  And are you aware, sitting here today,
20  of when Oracle rolled out the Suite 11i product?
21    A.  Well, I think it was the beginning of 2000.
22  But I think there were modules that actually went out in
23  advance of that.
24    Q.  Okay.  And when do you think they went out
25  before 2000?

170

1    A.  I think it was probably the fall of '99.
2    Q.  Okay.  So after you had left vertical markets?
3    A.  Right.
4    Q.  So does that refresh your memory that the Shell
5  issue whatever implementation --
6    A.  I don't know.  I would have to -- you know, I
7  really don't know, because there was not a date where we
8  said okay we're releasing 11i.
9    Q.  So you don't know, sitting here today, whether
10  that was a Suite 11i issue are not?
11    A.  Exactly.  That's why I said I don't know.
12    Q.  And is that true for the other companies as
13  well, just based on your memory, whether it was Suite
14  11i or not or some other software issue?
15    A.  That's correct.  That's correct.  I had not --
16  put it this way:  I had not heard any formal issues
17  particularly with Uniphase and HP that it was 11i.
18    All I knew is that they were having issues with
19  their implementations and that there were problems.
20  They were problematic.
21    Q.  Now, other than the companies you've
22  identified, Shell -- well, strike that.
23    With respect to GE Capital and HP, other than
24  those two companies, do you remember hearing about any
25  other companies that were having implementation problems

171

1  with Oracle software applications while you were in
2  support?
3    A.  Well, Foster's was one.  And you know, I'd have
4  to look at the list again.
5    Q.  Now, with respect to -- let's take GE first.
6  Describe for me the kinds of problems that you had
7  understood that GE was having with implementation.
8    A.  Primarily what I heard was issues with
9  integration with other systems, integrations within 11i.
10    Q.  When you say -- when you say "integration with
11  other systems," what do you mean?
12    A.  Well, different modules of it.  For example,
13  you know, did, you know -- did their -- did their GL
14  interface with accounts payable?
15    Q.  Did different modules of Suite 11i?
16    A.  Right.  Did -- their CRM system within 11i, did
17  that attach to their enterprise, ERP system, things like
18  that.
19    Q.  And did you understand whether, at the time
20  that you heard of it, whether that -- the problems that
21  were occurring were a result of any customization or
22  unique business process demands that GE Capital had?
23    A.  Well, typically on the bigger implementation,
24  such as these were -- were, there's a -- there is a high
25  degree of customization that has to go on.

172

1    Q.  It's not unusual?
2    A.  It's not unusual, no.
3    Q.  And that was -- and that was -- and that's true
4  for other software applications at Oracle as rolled out,
5  correct?
6    A.  Every software that I've implemented has, you
7  know, with the exception of, you know, desktop Microsoft
8  software has to have some degree of -- of customization
9  to it.
10    Q.  And so having some initial issues with respect
11  to the implementation was not unusual, from your
12  advantage point at all?
13    A.  Certainly not within Oracle.  I would say the
14  frequency and the intensity of the complaints and the --
15  the issue that, you know, it was clearly taking up more
16  of support's time and effort on particular accounts, it
17  did seem to be more frequent.
18    Q.  Was there ever a -- during the time that you
19  were at Oracle, was there ever a time that Oracle --
20  excuse me, that support did not meet or exceed its
21  forecast?
22    A.  I can't recall.  I think we were usually pretty
23  close to or exceeding our forecast.
24    Q.  Was that what you recall?
25    A.  Yes.

173

1    Q.  And, in fact, some -- based upon other e-mails,
2  some quarters you were well below --
3    A.  Well, below, yeah.
4    Q.  Do you ever remember a quarter where you --
5  where you missed by any percentage that you would
6  consider significant?
7    A.  I -- I cannot recall.
8    Q.  Okay.  All right.  So, is it your understanding
9  that at some point that GE -- we're talking about GE
10  Capital, correct?
11    A.  M-hm.
12    Q.  That GE Capital, the Suite 11i did go live, GE
13  Capital went live with the Suite 11i software, do you
14  know?
15    A.  I don't know.
16    Q.  Are you aware, sitting here today, that there
17  are companies that went live with Suite 11i during 2001?
18    A.  That I know specifically 11i?
19    Q.  Yeah.
20    A.  Again, I don't -- I don't really know.
21    Q.  Okay.  Are you aware of whether the specific --
22  whether Oracle was able to successfully resolve the
23  issues that they were dealing with at GE Capital?
24    A.  I -- I don't know that, as well.
25    Q.  Okay.  Now, you also said HP.  What was your

174

1  understanding of what the problems were at HP?
2    A.  I don't recall.  You know, again, it was -- it
3  was just hearing that they had implementation problems
4  there.  It was really nothing more specific than that.
5    Q.  So you don't remember -- you don't recall any
6  detail --
7    A.  No, but there was concern that we would lose
8  their account, that they might stop the implementation.
9    Q.  During your tenure at Oracle, were you ever
10  aware of any company cancelling the purchase of -- a
11  Suite 11i module because of problems they were having
12  with other deponents of Suite 11i?
13    A.  And I think -- I think HP did.  And I can't
14  recall.  There may have been a General Motors that had a
15  deal that slipped.
16    Q.  And when was that?  First of all, let's take
17  Hewlett-Packard.
18    A.  I believe that that was all in the summer of
19  2000.
20    Q.  Summer of 2000?
21    A.  Right.
22    Q.  Okay.
23    A.  Now, we had a big issue with the Business
24  Online where we had customers that were not paying
25  because the software was not working to their

175

1  expectations.
2    Q.  Well, I want to ask you about that but let me
3  first ask you about the Hewlett Packard.
4    You said that your memory is that sometime in
5  the summer of 2000 --
6    A.  Yes.
7    Q.  -- a sale was cancelled.  Do you know what
8  particular product it was or what particular module?
9    A.  I don't recall.
10    Q.  The amount involved?
11    A.  She controls the traffic here.
12    No, but I recall that it was in the tens of
13  millions.  And that was the license impact.  But ...
14    Q.  Okay.  And that was -- so, in the summer of
15  2001, so would that place it in the first quarter of
16  2001, assuming that the quarter starts in June -- June,
17  July August is the first quarter?
18    A.  Boy, that doesn't seem right to me, because I
19  think the bigger deals would have been pushed back into
20  May.
21    Q.  So you think it was the fourth quarter of 2000?
22    A.  Yeah.  Yeah.  I would think.
23    Q.  Go ahead.
24    A.  Again, this is recollection and you know, five
25  years ago.

176

1    Q.  And your understanding is that HP cancelled
2  that deal, correct?  Your testimony is that they
3  cancelled the deal because of other problems they were
4  having with Suite 11i?
5    A.  I can't say that they cancelled it.  I know
6  that there was talk about them not ordering and not --
7  not proceeding with a significant portion of their
8  implementation.  But I don't -- I don't know -- I can't
9  tell you specifically whether they did cancel or not.
10  I --
11    Q.  I thought I heard you testify that you thought
12  this was one example where a customer cancelled an
13  order.
14    A.  No.  I can't -- I can't say whether they
15  cancelled an order or reduced the size of an order.  But
16  I do recall hearing that they had issues with the
17  implementation.  They were not a happy customer and that
18  there was a likelihood that they could cancel orders.
19    Q.  Okay.  So just to back up to be sure I
20  understand your testimony.  So your testimony is you
21  recall hearing that they had some unhappiness or
22  discontent about the products that they had purchased
23  and there was some discussion that they may not proceed
24  with purchasing other modules?
25    A.  That's correct.

177

1    Q.  And you don't know whether they had already --
2  had already agreed to purchase the other modules or not?
3    A.  I don't.
4    Q.  Or you don't know whether there had been talk
5  of purchasing the other modules or not?
6    A.  I don't.
7    Q.  Okay.  Now, is it your understanding that the
8  company as a whole met its -- met its earnings forecast
9  in the fourth quarter of 2000?
10    A.  I believe 2000 was a good year and we finished
11  strong at the -- the end of 2000.  So --
12    Q.  So if Hewlett Packard had -- assuming Hewlett
13  Packard had backed out or not gone forward with its
14  contract in the fourth quarter of 2000, it did not alter
15  Oracle's ability to meet its forecast, correct?
16    A.  At that time, probably not.
17    Q.  Yeah.
18    A.  Yeah.
19    Q.  And -- and the same would be true for the first
20  quarter of 2001; is it your memory that Oracle also met
21  its earnings forecast for that quarter?
22    A.  I don't -- I really don't recall that, but
23  again, remember Quarter One was sort of the quarter
24  everybody expects to be relatively soft.
25    Q.  So you don't remember whether Oracle met its

178

1  quarter or not then --
2    A.  I don't.
3    Q.  -- met it's forecast, excuse me.
4    A.  Met its forecast.  I don't.  That would be a
5  matter of public record, I guess.
6    Q.  Right.
7    A.  Right.
8    Q.  And the HP deal that you spoke of wouldn't be
9  any later than -- than September of 2000, would it?
10    A.  I don't believe so, no.
11    Q.  Okay.  And you also mentioned General Motors.
12    A.  Yeah.  I seem to recall there was a big
13  question on General Motors, as well.  And I didn't see
14  it in the complaint, but I recall that there -- there
15  were issues with -- and General Motors implementation.
16  And that's --
17    Q.  And I was specifically asking about do you
18  remember whether General Motors cancelled a sale of
19  Suite 11i because of other problems?
20    A.  Again, I didn't get to that level of detail.
21    Q.  So you don't know with respect to General
22  Motors --
23    A.  Right.
24    Q.  -- on that question?
25    A.  Right.

179

1    Q.  Any other companies that come to mind of
2  anybody that you know of --
3    A.  No.  I think other than -- other than the ones
4  we have already spoken about.
5    Q.  Okay.  Do you recall any quarters at Oracle in
6  which you -- in which there was anxiety going into the
7  last week about whether Oracle was going to meet its
8  earnings forecast and it ended up meeting it or
9  exceeding it?
10    A.  Um, you know, for the bulk of the time I was
11  there, with the exception of the fall of 2000, you know,
12  revenue was so strong and the overall earnings were so
13  strong, that it wasn't much of a concern as to whether
14  we would make the earnings forecast or not.
15    Q.  What about the fall of 2000?  Do you remember
16  any --
17    A.  Fall of 2000, I remember there being some
18  concerns, but I think I may have had a heightened sense
19  of awareness because we were in a business line that was
20  underperforming.
21    Now, one of the -- the other things that did
22  come up as -- as a continuous issue, was the mix of
23  revenue coming from applications versus database.
24    Q.  Now -- and I'll ask you about that.
25    A.  Okay.

180

1    Q.  In -- in the first quarter of '01, you said you
2  don't have a memory of whether Oracle met its earnings
3  forecast or not?
4    A.  I don't.  I recall it being relatively close,
5  but I don't remember it being so far off that it would
6  be something I would remember.
7    Q.  Okay.  And do you remember having -- do you
8  remember there being any discussion in the first quarter
9  about, in the last week about whether certain big deals
10  were going to come through or not?
11    A.  Every quarter there were conversations about
12  that, about which big deals were going close or not.
13    Q.  Because even if the quarter was proceeding as
14  planned, if a number of big deals didn't close, you may
15  not make your quarter even if it's gone well, right?
16    A.  That's correct.  And that's kind of the nature
17  of at least their software business in that you've got a
18  lot of very large deals that are multi -- you know,
19  multimillion or tens of multimillions of dollars that
20  it's sort of a digital forecast.  They're either going
21  to close or they're not.  And if you forecast that
22  they're going to close and they don't, you've got a very
23  big mess just on that one judgment call.
24    Q.  Right.  And that's all it could come down to,
25  correct?

181

1      A.  That's all it could come down.
2      Q.  And judgment call could be based upon -- is
3  based upon an entire team of -- of FP & A personnel
4  doing the best they can to forecast, correct?
5      A.  Well, ultimately it comes down to the sales
6  reps --
7      Q.  Right.
8      A.  -- and how well they can forecast.
9      Q.  Right.  Because ultimately the sales reps --
10  it's their information and the percentages they ascribe
11  that is being rolled up into the forecast, correct?
12      A.  That's correct.
13      Q.  Right.  And so your information could only be
14  as good as what the sales reps provide?
15      A.  Right.  And there was -- there was a third
16  component to it and that is that, as these reports got
17  rolled up through various layers of management,
18  management would also put on their own judgment on it as
19  well, you know, they could say John Smith here tends to
20  forecast low.  He closes 20 percent more of the deals
21  than he does.  So I think he's really going to do X.
22  And, you know, Mary Jane Doe here always overestimates
23  so I'm going to take and reduce her forecast by a
24  certain percentage.  So there was a fair amount of
25  management judgment that went in each of those, as well.

182

1      Q.  And where -- and where was that -- at what
2  level did that take place, as the regional manager's
3  vantage point?
4      A.  At the regional manager's vantage point.  At
5  the, you know, the vice president's level.  I think it
6  happened all the way up through the organization.
7      And that was actually one of the reasons that
8  Oracle Financial Analyzer, OFA, wasn't implemented
9  terribly well, because it was difficult for the managers
10  to put in their own -- their own judgment at each level
11  without it being explicitly shown.
12      So I think that's where I alluded to earlier in
13  my discussions that -- that the business process wasn't
14  really well matched to 11i as well.  And so I think that
15  was one -- one aspect of it.  Because there was this
16  tendency to want to put management judgment in it.
17      Q.  So one aspect of the delay was the forecasting
18  process that was taking place had this human element
19  that was not conducive to the OFA system.
20      A.  Yes.
21      Q.  Is that accurate?
22      A.  That is accurate.  That's very accurate.
23      Q.  And so by the time you -- if I understand your
24  description of the process, you -- you have some
25  judgments that begin right down at the bottom -- not the

183

1  bottom, the bottom as in -- I'm not suggesting that
2  they're bottom crawlers in any way, but at the bottom of
3  the sales chain.  And then you go all the way up and at
4  each level as it reaches the highest levels of
5  management at Oracle, management judgment is being
6  applied?
7      A.  That is correct.
8      Q.  Right.  And obviously the top level of Oracle
9  management, that top level is relying upon the good
10  faith judgment of all the people along the chain in
11  providing the best forecast they can.
12      A.  That's correct.
13      Q.  Did you ever witness any personnel at Oracle
14  intentionally manipulating the forecast for improper
15  purposes?
16      A.  No.
17      Q.  Mr. Petrie, I wanted to try to get a better
18  understanding of your interface with Rocklin, and in
19  particular the collections department.
20      Could you explain -- I know you explained
21  earlier and during Mr. Solomon's examination how you --
22  they were essentially separate entities, but I want to
23  understand sort of how you operated in parallel
24  during -- on issues that pertained to both units.
25      A.  Well, essentially credit and collections and

184

1  accounts receivable was all based in Rocklin.  So when a
2  deal was -- well, let's just start from the purchase
3  process where a company decides they're going to
4  purchase Oracle.  And so what they typically would do is
5  supply the sales rep with a purchase order number and
6  then that purchase order number would get forwarded to
7  Rocklin, where it would be entered into the AR system.
8      Once the license and -- and the license was
9  shipped to the customer and the support contract that
10  went along with the license would be shipped, of course,
11  there would be an invoice that's sent to the customer
12  and that would come from Rocklin.
13      And that would also be reported -- that sale
14  would be reported in Revenue Manager, which was a system
15  that I tapped into to report on the sales and do the
16  forecasting, et cetera.
17      Once the customer receives the invoice, of
18  course they would pay it.  You know, they would send
19  payment -- I assume it's to a lockbox location.  And
20  that would get reported to Rocklin.
21      Rocklin would apply the payment to the invoice,
22  hopefully.  In cases where that didn't happen, that
23  generated this unapplied cash account.  And then that
24  payment would also be reported on -- on our books.  And
25  I would see that, as well.

185

1    If there were any credit or collection issues
2  where there was a customer that, say, didn't pay, we
3  could run reports that would indicate who that is, what
4  invoices were outstanding. And then we could go call
5  credit and collections to say, okay, where are we with
6  this invoice and what's there?
7    So really Rocklin was handling all of the
8  transactional stuff and physically taking care of the
9  transactions. I was, for the most part, reporting on it
10  and monitoring its activities to look for transactions
11  that didn't appear to be correct for various reasons.
12    And then I would work with Rocklin to actually
13  draft the -- the transactions that would reflect the
14  transaction properly.
15    Q.  When you say "draft the transaction," what do
16  you mean?
17    A.  Drafting a journal entry or -- or authorizing a
18  credit memo.
19    Q.  And that's essentially what journal entries are
20  for, correct?
21    A.  Yes.
22    Q.  To manually journal entries to correct an error
23  that's been made?
24    A.  To the financial system. A credit memo is one
25  way that you would -- you could also do it to reverse an

186

1  invoice. Debit memo could, you know, do the opposite.
2    So very often we would do a credit memo and
3  then a debit memo to -- to take an erroneous transaction
4  off the system would be done with the credit memo and
5  then once it had been taken off the system, obviously,
6  you need to put it back in with the correct information.
7  And so that would be handled through a debit memo.
8    Q.  The debit memo would be -- run that last part
9  by me, again?
10    A.  The debit -- well, let's just say that you're
11  the customer and we sent you a bill for something that
12  you owe us for. And for some reason when we sent you
13  the bill, we put the wrong account number that goes to
14  us. And so that transaction got recorded incorrectly
15  internally to Oracle.
16    Q.  Right.
17    A.  The customer -- it may not care because, you
18  know, they saw the bill; they paid it, end of story.
19    Well, for us to fix that transaction, what we'd
20  do is we'd issue a credit memo which would essentially
21  nullify the -- the invoicing and the revenue recognition
22  that was done on that. And then we would create a debit
23  memo that would actually create the correct entry that
24  should have been done in the first place. So it's
25  reversing the erroneous and putting in the -- the

187

1  correct one.
2    Q.  And would it be fair to say that a number of
3  the e-mails that Mr. Solomon showed you and asked you
4  about all -- can fairly be categorized as efforts on
5  your part, essentially, to get the accounting right at
6  Oracle?
7    A.  That's correct.
8    Q.  Correct?
9    A.  Yeah.
10    Q.  You're -- you identify some error in -- in the
11  accounting or the revenue recognition for some
12  transaction and you're attempting to -- to correct it?
13    A.  That's correct.
14    Q.  Right. And, in fact, your job, am I right, at
15  support sales, was to insure to the best you could that
16  at least for support sales that all revenue was being
17  recognized in accordance with GAAP, correct?
18    A.  Yes.
19    Q.  And your interactions whether with Rocklin or
20  others was part of an effort to do that?
21    A.  Yes.
22    Q.  Now, I wanted to ask you about Exhibit 8, for a
23  moment.
24    A.  What's the number on that?
25    Q.  I'm sorry. That's Petrie 003723.

188

1    MR. CAPLAN: What's the exhibit number?
2    MR. RUBIN: Exhibit No. 8.
3    THE WITNESS: Okay.
4    BY MR. RUBIN: Q.  This was -- this was an
5  e-mail from you to an individual named Mike Gillis, I
6  believe?
7    A.  M-hm.
8    Q.  And in the course of your discussion with
9  Mr. Solomon, I believe you made mention of the fact that
10  typically credit memos are not sent to customers?
11    A.  That's correct.
12    Q.  Could you explain that internally at Oracle how
13  credit memos are used and why they aren't sent to
14  customers when there's a refund or --
15    A.  Well, if there's a refund then it would be sent
16  to a customer.
17    Q.  Okay. But what about when -- what are you
18  referring to when you say it's not sent to the customer?
19    A.  If there was a credit memo that was issued for
20  a reason that was other than we owed the customer money
21  back.
22    Q.  So what would be another reason?
23    A.  That there was an erroneous entry that was
24  made. So we had to do a credit memo and then re-bill.
25    Q.  So internally, there was some erroneous entry

189

1      made?
2          A.  Right.
3          Q.  So in other words, the company may not even
4      have any visibility into that?
5          A.  Correct.
6          Q.  So a credit memo would not be generated?
7          A.  That's --
8          Q.  Or a credit memo would be generated but not
9      sent to the customer?
10         A.  Right.
11         Q.  Now, who was -- who was in charge to the extent
12     that there were customer refunds, who was in charge of
13     implementing or executing those refunds?  "Who" meaning
14     what unit?
15         A.  That would be the Rocklin group.
16         Q.  Okay.
17         A.  Because they handle all the invoicing and
18     collections, so ...
19         Q.  And are you -- are you personally familiar with
20     their practices where refunds were issued of -- about
21     what was sent?
22         A.  No, I was not.  So I -- meaning, did I ever
23     have notice that other than from the credit memo that
24     the customer actually received a check or that it was --
25     about the only thing that I could see is -- is if there

190

1      was a refund that was due and a credit memo was issued,
2      that that credit memo would be matched to an invoice so
3      that the customer said, okay, invoice number, you know
4      whatever -- we don't have to pay that because there's
5      been a credit memo that's applied to that and our
6      account balance is now zero.
7          Q.  But you don't have any personal familiarity
8      with what Rocklin actually sent to the customer?
9          A.  No.
10         Q.  When they sent the refund?
11         A.  No.
12         Q.  So your response to my question about credit
13     memos being sent was, based upon your understanding of
14     how Oracle practices --
15         A.  Yes, but --
16         Q.  -- but not any personal involvement?
17         A.  Yes.  That's correct.
18         Q.  So you don't know whether Rocklin may have, at
19     any particular time, departed from the practice of
20     actually sending physical credit memos?
21         A.  That's -- that's correct.
22         Q.  Okay.  And other than if -- what you've
23     described, are there any other occasions for
24     producing -- creating credit memos, other than you said
25     an error, customer refund, anything else?

191

1          A.  Error, customer refund.  I mean, there really
2      shouldn't be any other reasons unless the customer
3      returned the product or, you know, something happened.
4          Q.  Right.  Okay.
5          A.  You know, I think that errors are always going
6      to ultimately be the reason that they were done.
7          Q.  Now, you had -- you had indicated, I believe,
8      when Mr. Solomon was asking you about certain portions
9      of the complaint, particularly those that made reference
10     to your -- to your CW number --
11         A.  Yeah.
12         Q.  -- you had indicated I believe what is this
13     Exhibit No. 3?  Let's see.  Paragraph 27S.  If you could
14     just pull that out for me?
15         A.  Page 27?
16         Q.  It's paragraph 27S.  I'll tell what you page,
17     or somebody else might find it first.
18         A.  Oh, here it is.  Confidential sources.
19             MR. CAPLAN:  What page?
20             THE WITNESS:  I think --
21             MR. HARRIS:  Eleven.
22             THE WITNESS:  Eleven?
23             BY MR. RUBIN:  Q.  And I believe you told
24     Mr. Solomon that the reference to the fact that you used
25     the 11i CRM Suite internally at Oracle was incorrect?

192

1          A.  Yeah.
2          Q.  And it's incorrect because you didn't use a
3      CRM, correct?
4          A.  I did not use a CRM.
5          Q.  What was the CRM at Oracle?
6          A.  Customer Relations Management.  You know, I
7      don't really know exactly what that refers to.  You know
8      I really was a bigger user of -- of OFA.
9          Q.  Right.  So that's --
10         A.  So that is --
11         Q.  That's inaccurate?
12         A.  It is inaccurate.
13         Q.  And when you had this conversation with
14     Mr. Keatley, would you have even mentioned CRM as
15     something that you would have used?
16         A.  I don't believe so.
17         Q.  There's also a -- if you could just refer back
18     to paragraph S, again.  27S it says "CW19 also accessed
19     Oracle CRM Oasis sales pipeline database."  Do you know
20     what CRM Oasis is?
21         A.  Yeah.  That's also where I'm confused because
22     Oasis, from my understanding, was a legacy system.  It
23     was a database that tracked the sales pipeline process.
24             And I remember first hearing of Oasis when I
25     was in general business, which is long before 11i was

193

1    implemented.  So to me, to use interchangeably Oasis and
2    11i, doesn't exactly make sense.
3        Q.  Okay.  So let me see if I understand.  So
4    Oasis, as you understood it, was an Oracle system that
5    existed as far back as 1998?
6        A.  That's correct.
7        Q.  And what did you understand Oasis was?
8        A.  That it was a means of tracking the sales
9    pipeline, and I think as you had mentioned, conversion
10   rates.
11       Q.  Okay.  And -- and did you ever use the Oasis
12   system, in any fashion?
13       A.  Not spelled out as a different system, no.  I
14   don't believe so.
15       Q.  Only --
16       A.  Unless -- unless it was --
17       (Reporter clarification.)
18       THE WITNESS:  Unless it was loaded into OFA.
19   In other words unless it was accessed for --
20       BY MR. RUBIN:  Q.  Was that -- well, I think
21   what you're answering is if -- it may have been --
22   you're answering a different question than I'm asking.
23       Was it ever your understanding that you were
24   using the Oasis system in 1998?
25       A.  Not specifically.

194

1        Q.  And when you spoke to Mr. Keatley, would you
2    have indicated to him that you used the Oasis system
3    during your time at Oracle?
4        A.  Not specifically.  I believe he may have asked
5    me what Oasis was or what my understanding was.
6        Q.  Do you recall that question?
7        A.  I don't.
8        Q.  Okay.  But sitting here today, you wouldn't --
9    you have no recollection of telling him that you used
10   the Oasis system?
11       A.  That is correct.
12       Q.  And, in fact, as you mentioned, you wouldn't
13   have put the terms "CRM" and "Oasis" together in the
14   same phrase because your understanding is those two
15   aren't connected?
16       A.  That's my understanding; that's correct.
17       Q.  So you wouldn't have linked two different
18   systems that aren't, in your mind, connected?
19       A.  That's correct.  Now, it's very possible that
20   the information from an Oasis database found its way
21   into 11i.
22       Q.  But you never used the CRM, correct?
23       A.  That's -- to my knowledge, no.
24       Q.  Okay.  Now, if you would, tell me what you
25   remember -- first of all, do you remember the time in

195

1    terms of the -- in terms of a date when you were
2    contacted by -- is it Mr. Keatley?
3        A.  Yes.
4        Q.  Do you remember when?
5        A.  I think it was -- I think it was summer, maybe
6    fall of 2001.
7        Q.  Okay.  So your memory is that you had left the
8    company about six to nine months before you were
9    contacted?
10       A.  That's correct.
11       Q.  Okay.  And at the time you were contacted, did
12   Mr. Keatley identify himself as a -- as a representative
13   or investigator of plaintiffs' counsel?
14       A.  He indicated that he was looking into
15   allegations that Oracle had -- I think at the time there
16   was more emphasis on the -- the transactions around the
17   unapplied cash account.
18       Q.  Okay.  Yeah.  I want to ask you about this
19   stuff in a minute.  But how -- how, if any way, did he
20   identify himself?  If at all.
21       A.  I believe he identified himself as an
22   investigator looking into a potential wrongdoings at
23   Oracle.
24       Q.  Did he indicate that -- who he was working for,
25   if anybody?

196

1        A.  I believe he did.
2        Q.  And who did he say he was working for?
3        A.  I can't recall.
4        Q.  Okay.  Did he indicate to you whether a lawsuit
5    had already been filed at the time that he was speaking
6    to you?
7        A.  I don't believe so; but I am not certain on
8    that.
9        Q.  Okay.  Now -- and you said that -- and how long
10   did you all speak this first contact?
11       A.  Maybe half an hour.
12       Q.  Did he contact you at your home?
13       A.  Yes.
14       Q.  Did he indicate to you how he identified you or
15   determined to contact you?
16       A.  He said it was through other witnesses.
17       Q.  Did he say who?
18       A.  No.
19       Q.  Did he indicate to you whether he was recording
20   your conversation?
21       A.  I remember asking.  And I would have not
22   proceeded with the discussion had he said it was
23   recorded.
24       Q.  And why is that?
25       A.  Well, you know I just -- I think it's just --

197

1  it's too easy to take things out of context and -- and I
2  believe it's already been done in some cases here.  But
3  it's just -- it's just something I wasn't comfortable
4  doing.
5      Q.  And so you said you spoke to him for about a
6  half hour.  And tell me, first of all, why don't you
7  tell me about the -- the substance of your conversation
8  related to the issue you just raised, relating to the
9  unapplied cash.
10     A.  Well, the focus of that conversation was
11  really, were you aware of an unapplied cash account.
12     Q.  Okay.
13     A.  And the fact that there was a significant
14  amount of money that Oracle had that was not applied to
15  specific invoices.
16     Q.  And I want to -- to the extent -- to the extent
17  possible -- and I know I'm asking about a conversation
18  from a long time ago -- so believe me I understand, but
19  to the extent possible, if you could attribute, when I
20  ask you about the conversation, attribute who's
21  speaking.
22        So let me know when you tell me something, tell
23  me you recall him saying or asking you a question or
24  making mention of something and then what you said in
25  response.  So in terms of what you just relayed, was

198

1  that his statement to you?
2      A.  That was his statement to me that they had
3  heard about this account.  That there were significant
4  sums of money where Oracle had -- and he implied that it
5  was from overpayments from customers that had not been
6  returned to them.
7        My response was I was aware of the account.
8      Q.  And when you say "the account," the unapplied
9  cash account?
10     A.  The unapplied cash account.  I was aware of it
11  being a big problem.  I did not know exactly how that
12  account arose.  And that I was somewhat surprised when I
13  was at Oracle, that an information company would have
14  this big of a problem with something like that.
15     Q.  Okay.
16     A.  Ken then, as I recall, and I am trying to piece
17  this together from, you know, four and a half years ago
18  or whatever -- and Ken did talk about how this related
19  to the -- the fact that Oracle's revenues were slowing
20  down and that, first of all, the release of -- or
21  basically, the recognition of all this unapplied cash
22  contributed to the revenue falsely, and that later on,
23  that there was this case where, as the complaint states,
24  that Larry and -- and Sandy Sanderson and I think there
25  were others that were also in there, Jeff Henley, had --

199

1  had made potentially misleading statements to the public
2  to lead them to believe that Oracle was still on a very
3  fast revenue path, that they would meet their targets,
4  et cetera.  And that later on that proved not to be the
5  case.
6      Q.  And he was telling you all this?
7      A.  Yes.
8      Q.  And he was telling you all of it as if he had
9  discovered this all to be true?
10     A.  Right.
11     Q.  Okay.
12     A.  And, in fact, the reason -- the reason I even
13  talked to him in the first place was because he had
14  clearly had a lot of information already.
15     Q.  And so that gave you comfort?
16     A.  Some comfort that, you know, I wasn't letting
17  too much, you know, be told to him.
18     Q.  I see.  So he relayed what you just described
19  and then did -- did he ever ask you whether you were
20  aware of the treatment of any unapplied cash in the fall
21  of 2000?  Did he ask you that question?
22     A.  Whether I was aware of the treatment?
23     Q.  (Nods head.)?
24     A.  I -- I don't recall whether he asked me that or
25  not.

200

1      Q.  Okay.
2      A.  But if you asked me that today, no, I did not
3  know of any specific cases other than what's been
4  released in the complaint.
5      Q.  Right.  I'm asking about your knowledge.
6      A.  Yes.  You're asking about my knowledge today?
7      Q.  No.  Your knowledge -- well, first of all, your
8  knowledge back in the fall of 2000.
9      A.  My knowledge back in 2000 was that I did not
10  know what the ultimate fate of that account was and how
11  it was -- how it was resolved.
12     Q.  Have you -- at the time you were at Oracle, had
13  you ever heard of quote "on account" status being used
14  within the collections or accounts receivable
15  department?
16     A.  Yes.  "On account" basically meant that there
17  had been potentially an overpayment or whatever.  And it
18  was basically held as a credit on the customer's
19  account.  In other words, we had their money and it was
20  still sitting on our books as -- as an asset.
21     Q.  And your understanding was when it's in "on
22  account," it has not been taken into revenue?
23     A.  That's correct.
24     Q.  Now, were you -- strike that.
25        Do you have any knowledge of the creation of

201

1    approximately 46,000 debit memos in the fall of 2000?
2        A.  No.  Not specifically.
3        Q.  Other than the complaint, do you have any
4    knowledge at all about --
5        A.  No.
6        Q.  -- that?
7        A.  I was out of support by that time.
8        Q.  So -- so you have no knowledge of why those
9    debit memos were created?
10       A.  Well, I -- I do --
11       Q.  And again, independent of the complaints?
12       A.  Yeah.  I do recall in some of the e-mails and I
13   think it's in there, that there was discussion that they
14   were considering recognizing that revenue.  I was not
15   there at the time when that actually occurred.  But
16   there was discussion of how that might be resolved and
17   what that might mean to the support revenue.
18       Q.  Do you have any -- did you play personally any
19   role or participate in any way in the creation of the
20   46,000 debit memos?
21       A.  I did not.
22       Q.  Do you know the date that it occurred?
23       A.  Only from the complaint.
24       Q.  But other, independent of the complaints?
25       A.  Well, independent of the complaint, I know it

202

1    occurred after I left, I left the support group.
2        Q.  After you left the support group?
3        A.  Yes.
4        Q.  Okay.  And do you know what the accompanying
5    credits and debits were in connection with those debit
6    memos --
7        A.  Well I --
8        Q.  -- independent of the complaint?
9        A.  Independent of the complaint, I don't.
10       Q.  And you understand the complaint or
11   allegations?
12       A.  Yes.  But I would say -- I'm sorry.  She needs
13   to get a big stick.
14          From a GAAP perspective, what you would have is
15   a very large debit that is sitting on the -- on the
16   balance sheet.
17       Q.  Well, what I'm asking is just in particular,
18   were you aware of any script that was run in connection
19   with these 46,000 debit memos?
20       A.  No.  No, I was not.
21       Q.  And were you aware of how that script, the
22   accounting entries that occurred as a result of that
23   script?
24       A.  No.
25       Q.  Okay.  And you're not aware of whether, at the

203

1    end of the creation of those debit memos and that
2    script, whether there was any revenue impact or not; is
3    that correct?
4        A.  No.  I do not.
5        Q.  You don't have any idea, sitting here today?
6        A.  I did not see any of those direct transactions.
7        Q.  Okay.
8        A.  I mean, I could -- I could guess as to what the
9    transactions were and the debits and credits, but --
10       Q.  But anything that you were saying on the
11   subject would be a guess?
12       A.  Yes.
13       Q.  Would be speculation?
14       A.  It would be speculation, based on what I know
15   about GAAP.
16       Q.  Right.  But it wouldn't be based upon what the
17   script was that was actually run?
18       A.  That's correct.
19       Q.  Okay.  And when you spoke to Mr. Keatley, did
20   you -- did you indicate to him what you just told me,
21   that you didn't have any knowledge of --
22       A.  Yeah.  I believe so.
23       Q.  You did?
24       A.  Yeah.  What I did -- what I did say is that I
25   was aware that the account existed.

204

1        Q.  Right.
2        A.  I was aware it was a -- it was a big problem.
3    But I did not state to him that I -- I knew how it was
4    resolved.
5        Q.  And when you say "resolved," you mean the
6    unapplied cash?
7        A.  The unapplied cash was recognized as revenue.
8        Q.  Do you remember Mr. Keatley specifically asking
9    you about the treatment of the on account flag or on
10   account status?
11       A.  No.
12       Q.  He did not ask you about that?
13       A.  No.
14       Q.  Okay.
15       A.  Not that I recall.
16       Q.  And when he asked you -- as I understand it,
17   you recall that he asked you whether you knew of the
18   creation of the debit memos and what its impact was?
19       A.  Yes.
20       Q.  And you told him you didn't?
21       A.  I told him I didn't.
22       Q.  Okay.  All right.  Anything else about the --
23   about the unapplied cash accounts that you remember?
24   Any other discussions with Mr. Keatley that you can
25   recall, other than what you've just described?

Petrie, Gordon  9/22/2005  10:15:00 AM

205

1    A.  Well, there was a discussion that occurred, I
2  think it was about a year later.
3    Q.  Okay.
4    A.  We really covered the same ground.
5    Q.  Okay. We'll get to that in a minute.
6    A.  All right.
7    Q.  All right. So in this first call, what else do
8  you remember discussing with Mr. Keatley, other than the
9  unapplied cash account?
10    A.  He had asked me if there was anybody else he
11  should talk to. And I -- I basically gave him a list of
12  names that -- of people that I have worked with and that
13  was it.
14    Q.  So in the first call that you said lasted about
15  a half hour was substantively devoted only to the
16  accounting-related allegations of the complaint; is that
17  correct?
18    A.  Primarily the accounting allegations.
19    Q.  Okay.
20    A.  There was some -- there was some questioning
21  about the forecast and my opinion of what -- what the
22  senior management, such as Larry, might have known.
23  But, again, I made it very clear to him that, you know,
24  first of all, the comments that were made and -- and the
25  actual event of the quarter not materializing, was after

206

1  I had left.
2    Q.  Right. And that's one question I was going to
3  ask you. Did you specifically tell Mr. Keatley that you
4  had left the company in December --
5    A.  Yes.
6    Q.  -- on December 15th of 2000?
7    A.  That was one of the first things that we
8  clarified was when I was there and when I was not there.
9    Q.  And then you've had a chance to look at the
10  complaint, correct?
11    A.  M-hm.
12    Q.  Did you see anywhere in connection with any
13  comments or quotes or references to you, did you see
14  anywhere where the complaint indicates that you left on
15  December 15th of 2000?
16    A.  No.
17    Q.  Was that of concern to you when you saw that?
18    A.  It was of concern to me, because there are
19  references, I think, to Q3 2001, and so their fiscal
20  year, and I think if I'm not mistaken, that would only
21  cover 15 days in -- in my tenure there. Because it
22  started in -- I think their quarter started December,
23  January, February. That's right. Because they were off
24  by a month. And so I was concerned because I was linked
25  to a statement that going into Q -- Q3 -- fiscal year

207

1  2001 for them --
2    Q.  Right.
3    A.  -- was awfully late in my tenure there. It
4  was only 15 days. So I was concerned about that.
5    Q.  Concerned because you thought that that might
6  be -- there might be a misimpression that you were
7  actually commenting on Q3 when, in fact, you didn't?
8    A.  That is correct. That is a concern of mine.
9    Q.  And, in fact, you -- during your telephone
10  conversations with Mr. Keatley you -- it sounds like you
11  said you wouldn't have been able to comment at all about
12  Q3 of 2001, is that right, in terms of what was actually
13  happening after December 15th?
14    A.  It would only be speculative. And I remember
15  making that very clear that, you know, I can comment on
16  what I knew had occurred, you know, up until that date,
17  but then beyond that, it's -- it's all going to be a
18  guess.
19    THE VIDEOGRAPHER:  I have to change the tape.
20    MR. RUBIN:  Okay. Sorry.
21    THE VIDEOGRAPHER:  This concludes videotape
22  No. 3, Volume I in the deposition of Gordon Petrie.
23  Going off the record. The time is 4:55.
24    (Recess was taken from 4:55 to 4:59)
25    THE REPORTER:  Counsel, would you like a copy

208

1  of this transcript?
2    MR. RUBIN:  Well, I guess for now just if you
3  could just send me an e-mail rough draft of the
4  transcript.
5    MR. GREENSTEIN:  Same thing. I don't know what
6  the protocol is. I've never seen it, you know, stop and
7  then -- and so I don't know if we get a final version of
8  this day's testimony or at some point --
9    THE REPORTER:  Yeah.
10    (Discussion off the record.)
11    THE VIDEOGRAPHER:  Back on the record. The
12  time is 5:01. And this concludes today's testimony of
13  Gordon Petrie. We are going off the record. The time
14  is 5:02.
15    (Deposition adjourned at 5:02 p.m.)
16
17
18
19
20
21
22
23
24
25

Petrie, Gordon  9/22/2005  10:15:00 AM

209

1          CERTIFICATE OF WITNESS
2
3          I, the undersigned, declare under penalty of
4     perjury that I have read the foregoing transcript, and I
5     have made any corrections, additions, or deletions that
6     I was desirous of making; that the foregoing is a true
7     and correct transcript of my testimony contained
8     therein.
9
10    EXECUTED this _____ day of _____,
11    20___, at _____, _____.
         (City)               (State)
12
13
14
15    _____
         GORDON PETRIE
16
17
18
19
20
21
22
23
24
25

210

1          CERTIFICATE OF DEPOSITION OFFICER
2          I, LORRIE L. MARCHANT, RPR, CSR NO. 10523, duly
3     authorized to administer oaths pursuant to Section
4     8211 of the California Code of Civil Procedure, hereby
5     certify that the witness in the foregoing deposition
6     was by me sworn to testify to the truth, the whole truth
7     and nothing but the truth in the within-entitled cause;
8     that said deposition was taken at the time and place
9     therein stated; that the testimony of said witness was
10    reported by me and was thereafter transcribed by me or
11    under my direction by means of computer-aided
12    transcription; that the foregoing is a full, complete
13    and true record of said testimony; and that the witness
14    was given an opportunity to read and correct said
15    deposition and to subscribe same.
16         I further certify that I am not of counsel or
17    attorney for either or any of the parties in the
18    foregoing deposition and caption named, nor in any way
19    interested in the outcome of the cause named in said
20    caption.
21         IN WITNESS WHEREOF, I have hereunto subscribed
22    by my hand this _____ day of _____, 2005,
23
24    _____
         LORRIE L. MARCHANT, CRR, RPR, CSR NO. 10523
25

```
 1              CERTIFICATE OF DEPOSITION OFFICER

 2         I, LORRIE L. MARCHANT, RPR, CSR NO. 10523, duly

 3   authorized to administer oaths pursuant to Section

 4   8211 of the California Code of Civil Procedure, hereby

 5   certify that the witness in the foregoing deposition

 6   was by me sworn to testify to the truth, the whole truth

 7   and nothing but the truth in the within-entitled cause;

 8   that said deposition was taken at the time and place

 9   therein stated; that the testimony of said witness was

10   reported by me and was thereafter transcribed by me or

11   under my direction by means of computer-aided

12   transcription; that the foregoing is a full, complete

13   and true record of said testimony; and that the witness

14   was given an opportunity to read and correct said

15   deposition and to subscribe same.

16         I further certify that I am not of counsel or

17   attorney for either or any of the parties in the

18   foregoing deposition and caption named, nor in any way

19   interested in the outcome of the cause named in said

20   caption.

21         IN WITNESS WHEREOF, I have hereunto subscribed

22   by my hand this ___4___ day of __October__, 2005,

23

24   _____
     LORRIE L. MARCHANT, RPR, CSR NO. 10523
25
```