390

1    A.  Go ahead.  I'm sorry.
2    Q.  It says, "Defendants incorporate their
3  general objections as though fully set forth herein.
4  Defendants further object to Request No. 1 as vague
5  and ambiguous as to 'between December 11th, 2000,
6  and December 25th of 2000.'  Defendants further
7  object to Request No. 1 as vague and ambiguous as to
8  the revenue metric.
9      "However, subject to and without waiving
10  these objections, Defendants admit that on
11  December 11th, 2000, Oracle's sales pipeline
12  growth for 3Q was 52 percent in constant dollars and
13  on December 25th, 2000, Oracle's sales pipeline
14  growth for 3Q '01 was 34 percent in constant
15  dollars."
16    A.  Okay.
17    Q.  You see that?
18    A.  Yes, I do.
19    Q.  Do you recall those being the facts?
20    A.  I don't.
21    Q.  Okay.  Have you ever seen these requests
22  for admissions?
23    A.  I don't recall.  I don't recall.
24    Q.  You understand that that response to
25  Request No. 1 is a response by you, Larry Ellison,

391

1  Jeff Henley and the company?
2    A.  Yes.  And anything like that, I did -- I
3  don't recall this one specifically.  But I did --
4  any time it was a document like that, Oracle and my
5  attorneys were good to -- very good at making sure
6  that I participated appropriately.
7    Q.  Okay.
8    A.  I just don't recall it specifically.
9    Q.  That's fine.
10      I'm going to show you what's been
11  previously marked as Roberts No. 15.  Roberts No. 15
12  is Bates numbered NDCA-ORCL 00544 through 546.
13      I'd ask you to take a look at it and let
14  me know when you're done.
15    A.  Okay.
16    Q.  You recognize the document?
17    A.  I do not.
18    Q.  But it's an e-mail from Larry Garnick to
19  you, Jennifer Minton, Jeff Henley, Safra Catz, Chuck
20  Rozwat, Ron Wohl, Sergio Giacoletto, George Roberts,
21  Larry Ellison and Derek Williams, right?
22    A.  Correct.  That's what the e-mail says,
23  correct.
24    Q.  And it's similar to one of the e-mails
25  we were talking about earlier with respect to the

392

1  December revenue results, right?
2    A.  Correct.
3    Q.  But this one appears to be for January
4  of 2001 --
5    A.  Correct.
6    Q.  -- is that right?
7      And it's dated January -- I'm sorry.
8  It's dated February 8th of 2001.
9    A.  Yes.
10    Q.  All right.  You were laughing.  Why were
11  you laughing?
12    A.  Because I obviously had tremendous
13  impact on Larry Garnick.
14    Q.  That was going to be my question.  So,
15  Larry Garnick -- the e-mail states, "Summarized
16  below are the January fiscal '01 quarter to date
17  revenue results for your review."  See that?
18    A.  Yes, I do.
19    Q.  And then he goes on to say, "License
20  revenue growth rate was 25 percent in U.S. dollars,
21  12 points better than the 13 percent growth we
22  experienced in January fiscal '00 quarter to date
23  over January fiscal '99 quarter to date.  However,
24  excluding the $60 million Covisint deal, the U.S.
25  dollar growth rate would have been only 8 percent."

393

1    A.  Uh-huh.
2    Q.  "Excluding Covisint, OPI quarter to date
3  license revenue growth would have been negative
4  63 percent."  You see that?
5    A.  Yes, I do.
6    Q.  Do you recall reacting to this e-mail
7  from Larry Garnick at the time?
8    A.  I don't recall this one.  I may have put
9  all my ammo into the -- ammunition into the first
10  time.  But needless to say -- not needless to say,
11  my reaction was I still thought that to arbitrarily
12  pull out a deal was wrong.
13    Q.  I guess that's -- when you say "pull out
14  a deal," what are you referring to?  Even talking
15  about it separately?
16    A.  No.  To pull out -- to talk about --
17  when I say "pull out," to extract a deal -- the
18  revenue associated with a deal that I did and then
19  do calculations based on pulling -- you know,
20  extracting that, excluding that, from my number was
21  wrong.
22    Q.  Okay.  Going down to the last bullet
23  point, he writes, "The analyst community is
24  expecting 23 percent license revenue growth and
25  18 percent overall revenue growth for Q3 '01.  To

394

1 deliver 23 percent U.S. dollar license revenue
2 growth, we need 1.341 million in constant dollar" --
3 I'm sorry -- "in constant," yeah, "license revenue
4 for the quarter, 95 million, or 8 percent more than
5 our current forecast. January quarter to date
6 constant dollar license represents 33 percent of
7 that requirement." Do you see that?
8     A.  Okay. Uh-huh.
9     Q.  And so, here Mr. Garnick is indicating
10 that the company needs to make $95 million more than
11 forecasted to meet the analyst community
12 expectations, right?
13    A.  For Oracle Corporation, correct.
14    Q.  Right. For the company, right?
15    A.  Correct.
16    Q.  Did you react to that?
17    A.  I don't recall reacting to that. I --
18 I'm sure that I continued to focus on whatever my
19 forecast was at the time and the specific deals that
20 I had, the specific deals that I had that I was
21 working on.
22    Q.  That you were working on.
23    A.  And let me just give one more
24 clarification. When I say "I," I mean that, in this
25 case, that OPI was working on.

395

1     Q.  Okay. And would you also say
2 Consulting, or would you exclude that from your
3 comment?
4     A.  I -- I worked less on Consulting or
5 focused less on Consulting. One is Keith Block and
6 I had worked together for a number of years, and I
7 had absolute faith in him as a consulting manager,
8 number one.
9         Number two, what happens in consulting
10 is oftentimes the consulting revenue that Oracle
11 Consulting is delivering, for example, in Q3 is
12 based on license deals that were sold in Q1 and Q2.
13 If -- for example, if we sold a million-dollar
14 license deal in Q3 '01 on the last day of the
15 quarter and we had a million-dollar consulting
16 engagement as well, we wouldn't get a single dollar
17 of that consulting revenue that quarter.
18        So, this is -- Consulting is much more
19 predictable because it was revenue that would be --
20 or bookings, contracts, consulting contracts that
21 were signed in previous quarters.
22    Q.  Right, 'cause they would trail license
23 sales, right?
24    A.  Exactly.
25    Q.  Okay. Do you -- did you and the members

396

1 of the executive committee discuss the fact that as
2 of February 8th of 2001, the company needed
3 95 million more than its current forecast to meet
4 analysts' expectations?
5     A.  I don't recall.
6     Q.  I'm going to show you what's been
7 previously marked as DeCesare No. 11, and it's Bates
8 numbered NDCA-ORCL 084863 through 891. Why don't
9 you take a look at it and let me know when you're
10 done.
11    A.  Okay. I'm ready.
12    Q.  Okay. Do you recognize the document?
13    A.  I don't recognize the document
14 specifically, but I remember this was our forecast
15 package format.
16    Q.  Okay. For your division, for OPI?
17    A.  Correct.
18    Q.  And does it include Consulting or no?
19    A.  I'd have to go back and look, if you
20 want me to look.
21    Q.  And --
22    A.  Do you want me to look?
23    Q.  Where would you have to go back to?
24    A.  I'd have to flip through the document to
25 see that.

397

1     Q.  Sure. Go ahead.
2     A.  You're asking does it include
3 Consulting?
4     Q.  Right.
5     A.  "License, license, license, license and
6 consulting."
7        There's a page -- it's Bates 873, it
8 says "license and consulting." But as I look at it,
9 I don't see Consulting on here.
10    Q.  Okay.
11    A.  Then product information, pipeline
12 information, targets -- closed deals -- I don't
13 believe there's any Consulting information in there.
14    Q.  Okay. All right. Who prepared this
15 document for your organization?
16    A.  The finance group.
17    Q.  Possibly Jim English --
18    A.  Correct.
19    Q.  -- and his people?
20    A.  Yes.
21    Q.  And then it was circulated to you?
22    A.  Yes, among others.
23    Q.  I'm going to ask you to turn to the
24 third page with the ending 865.
25    A.  Okay.

398

1    Q.   And you see some handwriting on that
2    page?
3    A.   Yes, I do.
4    Q.   Is that your handwriting?
5    A.   No.
6    Q.   Do you know whose handwriting it is?
7    A.   I do not.
8    Q.   Okay.  Going back to the first page, it
9    appears that as of --
10    A.   Okay.  First page --
11    Q.   I meant to say the second page Bates
12    page 64.
13    A.   Okay.
14    Q.   Looking at the top of the page, there is
15    a line for -- well, a Q3 '01 summary of revenue,
16    right?
17    A.   Yes.
18    Q.   And two lines down, it indicates that
19    best dropped from 30 million to 195 million.  See
20    that?
21    A.   Yeah, dropped 30 million to 195 million,
22    right.
23    Q.   Right.  And what is best?
24    A.   When you forecast, at least the practice
25    we use and I think it's an industry practice, is you

399

1    forecast worst case, most likely and best case.  And
2    best case is what you think the maximum dollars
3    you'll do for that quarter.
4    Q.   And so, at least as of February 14th,
5    OPI's best had dropped by 30 million, right?
6    A.   Right.  But it's not unusual, as a
7    quarter goes along, you get more definition of
8    whether a deal is going to come into the forecast or
9    out.  And in this case, we had some deals that
10    either fell out or moved to the Q4.
11    Q.   Okay.  And see the next line where it
12    says "Pipeline"?
13    A.   Yes.
14    Q.   It says "Pipeline is 295 million."
15    A.   Right.
16    Q.   And that's down 63 million from last
17    week?
18    A.   Right.
19    Q.   All right.  See the next line where it
20    says "Expenses"?
21    A.   Yeah.  But did you want to comment on
22    pipeline is -- the fact that it's down, we were
23    still 41 percent growth over the prior year, number
24    one.
25    And, number two, the fact that the

400

1    pipeline is 295, and then it dropped, again, it's
2    not unusual, particularly that time in the quarter,
3    because as you work the management judgment, you may
4    have deals that ultimately move out of the pipe for
5    that quarter into the next quarter, as an example.
6    So, the down 63 million is not -- is not a surprise
7    or alarm to me at all.
8    Q.   It's not -- okay.  It's not -- for the
9    quarter, though, it means -- well, withdrawn.
10    If, as you explain, that some deals may
11    go out to the fourth quarter, which is not unusual,
12    right, that could cause the -- this -- the current
13    quarter's pipeline to drop, but it may increase the
14    next quarter's pipeline; is that fair?
15    A.   It could.  It's going to have some
16    impact in the next quarter.  But the next quarter is
17    also going to have deals that are going to come in
18    and drop out as well.
19    Q.   I understand that.  All I'm saying is
20    that what you're saying here is the fact that Q3
21    pipeline dropped 63 million --
22    A.   Uh-huh.
23    Q.   -- it could be that those deals went
24    into the fourth quarter.
25    A.   Right.  Or it could be that -- yeah, I

401

1    mean, that's an example.  I mean, there are a number
2    of reasons why your pipeline -- a dollar amount
3    could change.
4    Q.   Sure.  But it's something that the
5    company looked at, you know, per quarter at least,
6    right?
7    A.   Right.  As you can see, forecast
8    coverage is 204 percent.
9    Q.   Right.
10    A.   So, that's the kind of numbers you want
11    to see.
12    Q.   Right.  If you go to the next page, I
13    think there's some detail around the pipeline,
14    right?
15    A.   Next page.
16    Q.   Next page.
17    A.   Yeah, I'm with you.
18    A.   Okay.
19    Q.   You see where I'm talking about?
20    A.   Yes, I do.
21    Q.   And there's a little bit more detail
22    surrounding why --
23    A.   Yeah.
24    Q.   -- in that one week that the pipeline
25    dropped.  So, in the East 10 million -- it was

402

1 reduced 10 million due to a couple deals moving into
2 the fourth quarter, like we just talked about?
3     A.  Right, exactly.
4     Q.  Meaning that those deals aren't going to
5 come in in the third quarter, right?
6     A.  Right.  At that point in the quarter,
7 that was our best guess.
8     Q.  Right.  And as you look through that
9 entire section, it gives an explanation of why the
10 pipeline fell 63 million.
11    A.  Right.  And then I think you'd see in
12 any of these kinds of forecast reports that it would
13 have this kind of detail and explain to you what
14 happened -- or explaining to me what happens to the
15 pipe.
16    Q.  Right, right.
17    A.  I think it also gives you a sense of the
18 level of detail that we manage the business.
19    Q.  Right.  Going back to 864 --
20    A.  Okay.
21    Q.  -- to the expense line, it says,
22 "Expense forecast remains at budget, 49 million.
23 Bottoms up analysis gives us approximately
24 2.5 million in cushion in this FC."
25         What's FC mean, do you know?

403

1     A.  "Bottoms up analysis gives us
2 approximately 2 1/2 million cushion in this" -- I
3 don't know.
4     Q.  And then it states, "I've contacted
5 legal for heads-up on any legal settlements that may
6 impact Q3."
7     A.  Uh-huh.
8     Q.  Do you think that that's a reference to
9 whoever created the document, not you?
10    A.  Yeah.  I didn't create the document,
11 yeah.
12    Q.  Whoever created the document also looked
13 at Covisint again and the forecast with and without
14 it?
15    A.  Yeah.  You can tell I was having
16 tremendous impact at that point.
17    Q.  Right.  And so, it appears from the
18 middle of the page in December with Covisint, Oracle
19 SalesOnline was forecasting 63 deals, and without
20 Covisint, it was three deals?
21    A.  I think that's 63 million.
22    Q.  Okay.  I'm sorry.  63.  And without
23 Covisint, 3 million?
24    A.  3 million.
25    Q.  Okay.

404

1     A.  Again, I'll just restate my point, I
2 thought the fact that anybody would pull it out was
3 wrong, and it was a disservice to a sales team that
4 worked quite hard to bring that deal in.
5     Q.  Uh-huh.  Looking at the next page, in
6 the middle of the page, there appear to be
7 additional comments, and it states, "Additional
8 comments.  Detailed below in the impact on the FC
9 products growth and pipeline without Covisint."  See
10 that?
11    A.  Yeah.
12    Q.  And apparently there -- well, withdrawn.
13         There appear to be two different
14 scenarios, one with 60 million of Covisint backed
15 out of the forecasting pipeline, and one with
16 40 million of Covisint backed out of the forecasting
17 pipeline.  Do you see that?
18    A.  Yes, I do.
19    Q.  Do you know why there would be a 60- and
20 a 40-million-dollar back-out?
21    A.  I don't recall.
22    MR. WILLIAMS:  I'd like to take five minutes
23 if that's all right.
24    THE VIDEOGRAPHER:  Off the record at
25 11:45 a.m.

405

1         (A brief recess was taken.)
2    THE VIDEOGRAPHER:  We are back on the record
3 at 11:56 a.m.
4    MR. WILLIAMS:  I'm going to ask the reporter
5 to mark this document as Sanderson No. 22.  It's
6 Bates numbered NDCA-ORCL 005785 through 788.
7         (Document from Gretchen Teagarden dated
8 1/10/01 marked Exhibit 22 for identification.)
9    THE WITNESS:  Thank you.
10 BY MR. WILLIAMS:
11    Q.  Do you know Gretchen Teagarden?
12    A.  The name is familiar, but I don't
13 remember her.
14    Q.  Okay.  Why don't you take a look at the
15 document and let me know when you're done.
16    A.  Okay.
17    Q.  Okay.  Do you recognize the document?
18    A.  I do not.
19    Q.  It appears to be a January 10th, 2001,
20 Salomon Smith Barney analyst's report; is that fair
21 to say?
22    A.  That's what it appears to be, yes.
23    Q.  And you visited Salomon Smith Barney
24 sometime during the week prior to January 10th of
25 2001?

406

1     A.  It's obviously right around -- it says
2  "on Tuesday."  So, it was a recent visit just before
3  this document was created.
4     Q.  Right.  And do you now recall who
5  Gretchen Teagarden was?
6     A.  I remember her as an analyst with Smith
7  Barney, and I remember going to New York, but -- and
8  talking to her, her group.  But I don't remember
9  anything more than that.
10    Q.  So, she writes that you visited Salomon
11 Smith Barney's office on Tuesday to address investor
12 inquiries with traction with 11i E-Business Suite,
13 right?
14    A.  That's what it says.
15    Q.  And there's no reason to believe that's
16 not true, is there?
17    A.  It says "to address investor inquires
18 [sic] about traction with 11i E-Business Suite."  I
19 don't remember that was specifically what I was
20 there for.  I think I was giving an update on the
21 E-Business Suite and 9i is the way I recall it.
22    Q.  And she writes that you noted that
23 Oracle -- well, withdrawn.
24        She writes, "Oracle sees robust demand
25 for both its database and applications business.

407

1  Specifically, Sanderson noted demand for ERP is
2  surprisingly robust, while advanced planning and
3  scheduling, CRM and SCM, products also are
4  performing well."  See that?
5     A.  Yes, I do.
6     Q.  Did you do a PowerPoint presentation?
7     A.  I -- I don't recall what I used for
8  the -- for my meeting there.
9     Q.  And when you told her that CRM and SCM
10 products are also performing well, did you mean that
11 they were selling well or they were functioning well
12 technologically?
13        MR. GIBBS:  Objection.  Lack of foundation.
14        THE WITNESS:  Those are her words, and that
15 was -- as I said, I don't ever remember seeing this
16 document.  I think you'd have to ask Gretchen what
17 she meant by those terms.
18 BY MR. WILLIAMS:
19    Q.  Well, she says that you noted "demand
20 for ERP is surprisingly robust, while advanced
21 planning and scheduling, CRM and SCM, products are
22 also performing well."
23    A.  I may have said that.  My only point is
24 this is not a direct quote from me.
25    Q.  Okay.

408

1     A.  This was Gretchen's interpretation of
2  what I said.
3     Q.  Okay.
4     A.  That's the only point that I'm making.
5     Q.  All right.  As you sit here today, do
6  you believe that she was incorrect here?
7     A.  You're asking me to recall something
8  from a long time ago and questioning, the way I
9  interpret is, Gretchen's veracity.  And I obviously
10 don't have any reason to -- on 787, it highlights
11 120 live customers, 1300 implementations in process,
12 3500 copies of the application shipped.  And that
13 must have been the basis for her making that
14 statement.
15    Q.  Well, what must have been the basis for
16 her making that statement?
17    A.  I'm sorry.  When you look at these
18 numbers, and this would be the kind of information
19 that I would walk in with into an analyst meeting.
20 And I -- I am speculating that from that kind of
21 information she would draw those conclusions.
22    Q.  You're not saying that you did not say
23 to her substantively, not quoting, that demand for
24 ERP is surprisingly robust, while advanced planning
25 and scheduling, CRM and SCM, products are also

409

1  performing well?
2     A.  My challenge, Shawn, is you're asking me
3  to recall something that happened five and a half
4  years ago.  And I just don't recall.
5     Q.  That's fair.  Do you know if she
6  e-mailed this report to you or anyone at Oracle?
7     A.  I don't recall.
8     Q.  It's fair to say --
9     A.  I don't recall receiving it.
10    Q.  Okay.  On 786 she writes again "Oracle
11 EVP Sandy Sanderson visited our offices on Tuesday.
12 Mr. Sanderson is responsible for Oracle Exchanges,
13 Oracle Product industries, Oracle Consulting, and
14 Latin America Division."  You see that?
15    A.  Yes, I do.
16    Q.  That's correct, right, at least at the
17 time?
18    A.  No.
19    Q.  No, it wasn't correct?
20    A.  The reason I say that is, as an example,
21 it's largely correct, Shawn.  But Oracle Consulting,
22 if you recall, I had Oracle Consulting for U.S.,
23 Canada, Latin America and OPI.  I did not have
24 worldwide consulting.  I mean, I didn't have
25 responsibility for consulting in AsiaPac, EMEA.  I

410

1  didn't have responsibility for OSI Consulting.
2      Q.  Okay.  So, are you saying that you did
3  not tell her that you were responsible for
4  consulting generally?
5      A.  I said -- I believe what I would tell
6  her is that I had responsibility for Oracle
7  Consulting, followed by being more descriptive of
8  what part of the consulting group I had
9  responsibility for.
10     Q.  Okay.
11     A.  She just happened to capture it as
12  Oracle Consulting.
13     Q.  I just want to clarify.  So, you're
14  saying you think you said something more than what
15  she's written here?
16     A.  I believe I told her what is on this
17  page, but where it says "Oracle Consulting," that I
18  most likely gave her more specifics about what part
19  of the consulting business that I had responsibility
20  for.
21     Q.  Okay.  And she again writes, "The
22  purpose of the event was to address investor
23  inquires [sic] into the following issues:  Traction
24  with 11i E-Business Suite and 9i products, Oracle's
25  view on the strength of database and applications

411

1  market, given the projected projection in IT
2  spending in 2001."  See that?
3      A.  Yes, I do.
4      Q.  Is there any reason to believe that
5  she's incorrect when she wrote that?
6      A.  She says the purpose of the event, you
7  know, I'm sure I -- I say "I'm sure."  I would
8  imagine that I was there.  Most likely I was there
9  at her request.  And that was what she wanted out of
10  the conference.
11     Q.  And you presented, I guess, your -- or
12  the company's position on these two issues to her?
13     A.  What I -- what we typically do on this
14  was we would have a corporate presentation that we
15  would use for these presentations.  It was not
16  something that I prepared myself or even had
17  somebody that worked for me prepare it.  It was
18  typically done by -- I'm sure marketing had some
19  input, Finance had input too, Investor Relations or
20  PR to prepare the topic.
21     Q.  Okay.
22     A.  Most likely Investor Relations.
23     Q.  Stephanie Aas -- withdrawn.
24         Stephanie Aas's group.
25     A.  Yeah.  Was Stephanie Aas Investor

412

1  Relations?
2      Q.  Okay.
3      A.  Was she?  If she was -- I can't remember
4  if she was Investor Relations or PR.  I believe it
5  was Investor Relations.
6      Q.  Okay.
7      A.  Okay.  And if that's the case, yes, it
8  would have been her group.
9      Q.  Okay.  And Miss Teagarden goes on to
10  write, "To recap, Oracle's 11i E-Business Suite
11  includes modules for traditional ERP (HR,
12  financials), CRM (sales and marketing),
13  eProcurement, supply chain management (SCM), and
14  exchanges.  Oracle reiterates two value propositions
15  for the suite solution versus the best-of-breed
16  approach."
17         Then for the bullet points, she writes,
18  "The suite provides a single view of the customer
19  across the enterprise by incorporating a single data
20  module."  See that?
21     A.  "Data model."
22     Q.  I'm sorry.  Data model.
23     A.  Correct.
24     Q.  And that's something that you told her,
25  right?

413

1      A.  Yes.  I mean, I say "yes," that was one
2  of our key messages around 11i, correct.
3      Q.  Okay.  And the next is that "The suite
4  is pre-integrated and fully interoperable out of the
5  box, helping to lower consulting costs and time to
6  value."
7         That's something that you would have
8  told her too, right?
9      A.  Along that line, what -- the message
10  that we had was that it was all about the Oracle
11  solution versus best-of-breed.  And if you use
12  best-of-breed, meaning that you would couple
13  together interface products from different vendors,
14  you would have to do that interfacing.
15         For example, if you were interfacing
16  Oracle -- Oracle financials to PeopleSoft's HR, what
17  we did with E-Business Suite is we did all of that
18  interfacing or integration already for the customer.
19     Q.  I understand.
20     A.  And that was a very distinct difference
21  to best-of-breed.
22     Q.  Sure.  I understand.  So -- so, where
23  she writes, "The suite is pre-integrated and fully
24  interoperable out of the box, helping to lower
25  consulting costs and time-to-value," that's

414

1  something that you would have indicated to her?
2      A.  No.  I would have -- to be -- if we're
3  going to get that specific, the suite is
4  pre-integrated, that's true.
5          Fully interoperable out of the box, I
6  wouldn't say that because you've got to -- it
7  implies if it's fully operable out of the box, you
8  take it out of the box and you put it on the table
9  and somehow it works.  It has to be put on the
10  customer's hardware, unless they were having a
11  hosted environment.  You've got to set the
12  parameters with the additional -- for each of the
13  applications specific to that customer, et cetera.
14      Q.  Okay.
15      A.  Now, helping to lower consulting costs
16  is true, because one of the things that we did in
17  Consulting that was counter to other consulting
18  businesses out there, many of the consulting
19  businesses, like Accenture or IBM Services
20  Consulting Services, wanted to maximize the amount
21  of consulting services.
22          At Oracle, our play was around the
23  product.  And so, the more that we could integrate
24  the product, the less consulting time that required.
25      Q.  Okay.  So, the section that says "fully

415

1  interoperable out of the box," you're saying you
2  would not have said that to her?
3      A.  I -- no.  I -- no.
4      Q.  Because that wasn't true.
5      A.  Yeah, it -- based on my understanding of
6  what "fully interoperable out of the box" -- I don't
7  know of any software package that's fully
8  interoperable out of the box.  If you buy Microsoft
9  Word in a box and you pull it out of the box there's
10  still a little more work that has to be done before
11  anybody uses it.
12      Q.  She then writes "Sanderson quantified
13  the second value proposition with the services to
14  product ratio comparison.  Instead of spending 4 to
15  $7 on consulting for every dollar spent on software,
16  as many industry suggests is the norm, Oracle sees a
17  1:1 ratio internally."
18          Is that something you told her?
19      A.  Right, which would have been based on
20  the performance of implementing -- when she says
21  "Oracle sees a 1:1 internally," I believe when she's
22  saying "internally," she's talking about within
23  Oracle.  And our implementation ratio between
24  services and license costs was probably around 1:1.
25      Q.  Okay.  Now, let me just clarify.  Why do

416

1  you think she is referring to what Oracle is seeing
2  internally, based on what you read here?
3      A.  Fair point.  I am speculating on what
4  she meant by "internally," and probably in fairness,
5  we should -- you should ask Gretchen Teagarden what
6  she meant by "internally."  I was just giving my
7  interpretation.
8      Q.  Because as of January 10th, Oracle had
9  not fully upgraded to 11i, right?
10      A.  No.  But by then, some of the
11  applications had been implemented.
12      Q.  Some of them.  Okay.
13      A.  Right.
14      Q.  She then says, "According to Sanderson,
15  this reduction is a key component of the $1 billion
16  Oracle purports to have saved by transitioning to a
17  fully Web-enabled e-business and will contribute
18  substantially to the second 1 billion the company
19  expects to save."  See that?
20      A.  Yes, I do.
21      Q.  Is that something that you told her?
22      A.  What I recall saying about that topic is
23  that one of the things that led to our
24  billion-dollar savings at Oracle with the E-Business
25  Suite is we put a number of self-service

417

1  applications in.  For example, time and expenses.
2  And that could be for consulting, for sales,
3  whatever.
4          And before, you would typically fill out
5  a form, and somebody would have to process it.  With
6  the E-Business Suite around time and expense, the
7  consultants did that online.  So, they were -- you
8  could disintermediate people, you know, or
9  departments or rationalize departments that you
10  didn't need anymore because it was an online system.
11      Q.  The example you just gave is one of
12  those applications that, at least at some point
13  during January, wasn't working properly, right?
14      A.  I gave it, Shawn, by way of example.
15      Q.  I understand.
16      A.  I'm just -- and to say that, I'd have to
17  go back and look to see where -- time and expense.
18  We did talk about an e-mail yesterday where there
19  were issues around it.  I also recall that there was
20  a work-around with some of that to overcome the
21  issue.
22      Q.  Right.
23      A.  We also talked about the system was down
24  at 10:00 a.m. that day.  It didn't talk about
25  whether it was down just that day or whether it was

418

1  down for a week or for a month.  So, on a specific
2  day, at 10:00 a.m., we knew that application wasn't
3  working --
4       Q.  Right.  Well --
5       A.  -- as I recall from what we reviewed
6  yesterday.
7       Q.  The work-around you're talking about, it
8  was a manner to fill out a form offline, right?
9       A.  That was my interpretation, but I don't
10  recall.
11       Q.  Okay.  And if you heard that time and
12  expense didn't work for three or four weeks in
13  December and January, would that surprise you?
14       A.  You're asking me to speculate on
15  something I don't recall.
16       Q.  Okay.  If you go to the next page ending
17  787, on the top, Miss Teagarden writes that you gave
18  her -- or "Oracle provided Salomon Smith Barney with
19  the following statistics," right?
20       A.  I see those words --
21       Q.  You see that?
22       A.  -- up at the top.  Yes, I do.
23       Q.  Do you think that was part of the
24  presentation that you may have provided to her?
25       A.  Yes.  I don't recall specifically, but

419

1  this is the kind of information that I would be
2  given in order to be able to speak factually about
3  the product.
4       Q.  Okay.  And later -- well, you also --
5  so, one of the things you told her was that the
6  pipeline looks strong, right, on the second or third
7  bullet point?
8       A.  "3500 copies of applications shipped.
9  Pipeline looks strong."  She -- you know, there are
10  two different points.  And so, you'd have to talk to
11  her.  If she's concluded -- you know, did she
12  conclude because 3500 copies of the application
13  shipped that the pipeline was strong, or was she
14  making that a separate point?
15       Q.  So, you don't think that you provided
16  that information to her?
17       MR. GIBBS:  Objection.  Vague.
18       THE WITNESS:  I -- it is an abstract phrase
19  in a document --
20       MR. WILLIAMS:  Okay.
21       THE WITNESS:  -- that I didn't prepare, so
22  it's hard for me to comment --
23       MR. WILLIAMS:  Well, let's --
24       THE WITNESS:  -- one way or the other.
25       MR. WILLIAMS:  I'm sorry.

420

1  BY MR. WILLIAMS:
2       Q.  Let's go down to the next section where
3  it begins "Market Update" --
4       A.  Okay.
5       Q.  -- where she writes, "Oracle sees robust
6  demand for its database and applications business.
7  Specifically, Sanderson noted demand for ERP is
8  surprisingly robust, while advanced planning and
9  scheduling, CRM and SCM, are also performing well."
10  See that?
11       A.  Yes, I do.
12       Q.  So, that appears to be something that
13  you told her, right?
14       A.  What I would have done is this would be
15  most likely based on some pipeline numbers that
16  Oracle kept, you know, as we've talked about
17  earlier, on pipeline data.  And it would -- and to
18  make those statements, we would have data that would
19  support what the pipeline was for those various
20  products.
21       Q.  Right.  But what I'm saying is that this
22  is something that you told her; at least that's what
23  she writes?
24       A.  She wrote in here this is what I told
25  her.

421

1       Q.  And do you have any reason to believe
2  that you didn't tell her these things?
3       A.  Do I have any reason to believe?  I
4  don't, but it was five years ago, and I don't
5  recall.  As I told you, I vaguely remember going to
6  New York to meet with her and other analysts.
7       Q.  Okay.  All right.  She goes on to write,
8  "Oracle says it's also seeing sustained demand for
9  its database product, despite industry-wide concern
10  over contracting IT budgets."  You see that?
11       A.  Yes, I do.
12       Q.  Is that something that you provided to
13  her?
14       A.  Again, I don't recall.  It would have --
15  my answer or statement would have been based on what
16  we were seeing as far as pipeline --
17       Q.  Okay.
18       A.  -- for the product.
19       Q.  All right.  And you then go on -- well,
20  withdrawn.
21       She then writes, "Sanderson noted two
22  trends driving demand for databases is demand for
23  the 11i applications that are typically bundled with
24  the database as well as applications of other
25  vendors that rely on the functionality of the Oracle

422

1  database." See that?
2      A.  Yes, I do.
3      Q.  And so, you told her that two trends
4  driving demand for database was demand for
5  applications -- demand for 11i applications?
6      A.  No.  She's talking about here demand for
7  databases.  And two of the drivers for database are
8  just the two identified here.  As the more demand
9  around 11i applications, it would require typically
10  the customer to buy more database.
11      And, typically, you sold database
12  through what we call seats, the number of seats; in
13  other words, the number of users using the database.
14  And then if the customer bought more 11i
15  applications, that would be more users, and so, you
16  would sell more database under the context of the
17  number of seats.
18      Also, you know, because of Oracle's
19  database position in the marketplace, as Siebel sold
20  more applications, as SAP sold more applications, as
21  an example, oftentimes it was with Oracle database
22  and creating a demand for our product -- our
23  database product.
24      Q.  All right.  My question was:  So, it's
25  fair to say that you told Miss Teagarden that two

423

1  trends driving demand for databases is demand for
2  the 11i applications that are typically bundled with
3  the database as well as applications of other
4  vendors that rely on the functionality of the Oracle
5  database?
6      A.  I don't remember saying the word
7  "trends."  I'm sure that, as I recall today, as
8  being two ways that we drove our database project,
9  two drivers driving demand for database is the
10  demand for 11i applications as well as applications
11  from other vendors.  I don't know if I used the word
12  "trends."
13      MR. WILLIAMS:  Okay.  I'll ask the reporter
14  to mark this document as Sanderson No. 23.
15  Sanderson 23 is Bates numbered NDCA-ORCL 141672
16  through 678.
17      (Document titled "TSC Streetside Chat:
18  Oracle's Executive Vice President Sandy Sanderson,
19  Jr." marked Exhibit 23 for identification.)
20      THE WITNESS:  Thank you.
21  BY MR. WILLIAMS:
22      Q.  I'm going to ask you to take a look at
23  the document and let me know when you're done.
24      A.  Why don't we go ahead.  I haven't
25  finished the document, but I know we're going to run

424

1  out of time.
2      Q.  Okay.  Do you recognize the document?
3      A.  I don't recall it.
4      Q.  It appears to be an interview or a
5  transcript of an interview of you by a Mr. Joe
6  Bousquin, right?
7      A.  Yes.
8      Q.  And do you know Joe Bosquin?
9      A.  I don't remember him.
10      Q.  Is there any reason to believe that you
11  did not give him an interview on or around
12  March 20th of 2001?
13      A.  No.  I remember talking to somebody
14  from -- I think it's thestreet.com, and it must have
15  been Joe Bousquin.
16      Q.  Okay.  And on January 16th of 2001,
17  Oracle held, I guess, a business-to-business day?
18      A.  Yes.  That's what it says here.
19      Q.  And Joe Bousquin asked you to tell him
20  about your responsibilities at Oracle, right?
21      A.  Uh-huh.
22      Q.  And you said, "I probably do four
23  things.  First, I'm responsible for all our
24  products' industries.  So, I have responsibilities
25  for all our customers in automotive, high tech, also

425

1  process industries like consumer packaged goods,
2  energy, retail, chemical.  I have all those
3  customers.  Second, I have responsibility for
4  consulting at Oracle."
5      A.  Uh-huh.
6      Q.  "We have about a 13,000-person
7  consulting organization.  I'm responsible for that."
8  See that?
9      A.  Yes, I do.
10      Q.  Were you responsible for the entire
11  Oracle consulting organization?
12      MR. GIBBS:  Objection.  Asked and answered.
13      THE WITNESS:  We talked earlier what I have
14  responsibility for.  The -- what I was responsible
15  for in that regard of the 13,000, as I mentioned,
16  the service lines and the methodology and the
17  training.  And apparently, I chose to characterize
18  it that way that day.
19  BY MR. WILLIAMS:
20      Q.  Okay.  Just going over to the next page
21  in the middle of the page -- or just above the
22  middle of the page, Joe Bousquin asks you, or he
23  says, "And when you say suite, you meet a collection
24  of computer programs and each unit within that
25  collection of programs performs a different

Sanderson, Jr., Edward J  7/26/2006  9:00:00 AM

426

1  function."
2      And you respond, "Exactly. And we're
3  talking about the E-Business Suite from a functional
4  perspective. We're talking about ERP, enterprise
5  resource planning. So, it's included in there.
6  ERP, being financials, manufacturing, order
7  management, human resources. And CRM, customer
8  relationship management, which is marketing, sales
9  and service. And then what we've done in our
10  E-Business Suite is we've brought all of that
11  together, ERP and CRM, so it's integrated from a
12  business perspective and a technical perspective,
13  and again, it provides you with a single view of the
14  customer no matter what the interaction with the
15  customer is." Do you see that?
16      A. Yes.
17      Q. All right. As of January 20th, do you
18  know if any customer was live on both ERP and CRM of
19  the 11i suite?
20      A. One, I don't recall; and, two, I don't
21  understand the relevance of the question to the
22  quote here.
23      Q. I'm just asking you a question. I guess
24  the answer is you don't recall?
25      A. I don't recall.

427

1      Q. Okay.
2      A. Although, when I spoke on January 10th
3  or sometime shortly before January 10th with
4  Gretchen Teagarden, I mentioned in there that there
5  were 120 live customers, and I included names
6  listed.
7      So, my answer still is I don't recall,
8  but here's another -- I mean, here's some evidence
9  that says that we did have some customers up on the
10  product about that time.
11      Q. Okay. When you say -- when it's written
12  here that "there are 120 live customers" --
13      A. Right.
14      Q. -- are you saying that that means that
15  you had 120 live customers on the entire E-Business
16  Suite, including ERP and CRM?
17      A. It would be -- at that point, it would
18  be customers up on some portion of 11i E-Business
19  Suite.
20      Q. Okay. So, not necessarily ERP and CRM
21  together?
22      A. Not necessarily.
23      Q. Okay. Which is the question that I had
24  asked you. I asked you: As of -- as of the time
25  you spoke to Mr. Bousquin in January of 2001 whether

428

1  there was any customer that was using 11i ERP and
2  CRM together. And I think your answer was you don't
3  recall.
4      A. Correct. There's 120 customers listed
5  on a page, and I don't know those 120, specifically
6  what they had implemented at that point.
7      Q. Okay. All right. Very quickly, on the
8  previous page, Bates ending 672, I guess
9  Mr. Bousquin writes, "On January 16th, the company
10  hosted a B2B day at its Redwood Shores, California,
11  campus to introduce new software that helps
12  companies collaborate with suppliers and customers
13  over the Internet, allowing them to operate more
14  efficiently. This software is the cornerstone of
15  Oracle's much-touted 11i E-Business Suite, a
16  collection of complex business software programs
17  designed to streamline a corporation's business
18  processes." You see that?
19      A. Yes, I do.
20      Q. Based on our conversation yesterday,
21  would you disagree with his characterization of 11i
22  E-Business Suite as complex business software
23  programs?
24      A. Those are his terms.
25      Q. Okay.

429

1      A. It's not a quote. That was his terms.
2      Q. Okay. Looking at 141673, on the bottom
3  you talk a little bit about Ariba.
4      A. Uh-huh, yes.
5      Q. And then you talk a little bit about the
6  number of developers that Oracle has, and you talk a
7  little bit about the exchanges, right?
8      A. Now, the 3,000 developers, I believe,
9  was the total developers that we had at Oracle
10  working on all products.
11      Q. On all products, right?
12      A. Yeah.
13      Q. Okay. Well, later in the same section,
14  you write, "Third, we've implemented those solutions
15  within Oracle. So, the bottom line, the fact that
16  we've got integration already built in really is a
17  quick way to save tremendous costs and get the value
18  out of this much more quickly." You see that?
19      A. No, I don't.
20      Q. I'm sorry. It's at the beginning
21  with -- it's the third paragraph.
22      A. Oh, "Third"?
23      Q. Yeah. It says, "Third," yeah.
24      A. Okay.
25      Q. Okay. As of January 20th of 2001, do

Sanderson, Jr., Edward J  7/26/2006  9:00:00 AM

430

1  you know whether any 11i customer had actually saved
2  tremendous costs due to the integration of the
3  modules within 11i?
4       A.   Let me read this carefully, because I'm
5  not sure it's talking about 11i.
6       Q.   Okay.
7       A.   It's not talking about 11i E-Business
8  Suite.  It's talking about the exchange software.
9       Q.   Had Oracle implemented its exchange
10 software?
11      A.   As I recall, they had.
12      Q.   What was it called?
13      A.   It was -- there were different
14 exchanges, but Oracle Exchange was how I believe it
15 was referred to.
16      Q.   Okay.
17      A.   Was one of the key exchanges.
18      Q.   A little further down, you say, "I don't
19 know why you would" -- well, withdrawn.
20      In response to one of Joe Bousquin's
21 questions when he suggests that maybe Oracle is a
22 jack-of-all-trades, you respond by saying, "No.  I
23 don't know why you would conclude that a
24 jack-of-all-trades is a master of none.  We are
25 world-class in supply chain."

431

1       What did you mean by that?
2       A.   We had been doing supply chain software
3  for a number of years and selling that to customers.
4       MR. WILLIAMS:  Okay.  He has to change the
5  tape.
6       How long will it take you?  Five
7  minutes?
8       THE VIDEOGRAPHER:  Yeah.
9       Off the record at 12:39 p.m., and this
10 marks the end of Tape 2 of Volume II.
11      (A brief recess was taken.)
12      THE VIDEOGRAPHER:  We're back on the record
13 at 12:43 p.m., and this marks the beginning of
14 Tape 3 of Volume II.
15 BY MR. WILLIAMS:
16      Q.   I just want to direct your attention to
17 Bates ending 674.
18      A.   Okay.
19      Q.   And Mr. Bousquin says to you, "I saw an
20 article this morning where Ariba CEO Keith Krach was
21 talking about procurement, and I think the question
22 was who was Ariba seeing out there as competition?
23 Was it seeing Oracle?  And Keith Krach said that
24 since former Oracle president Ray Lane departed in
25 June, you guys had, quote, 'vaporized.'"

432

1       And you laughed, apparently, and
2  responded by saying, "I would respond by saying
3  66 percent application growth in Q2, and I would
4  respond by saying 55 percent or 50 percent
5  application growth for the year."  You know, you're
6  going to see -- you're going to say -- "You know,
7  people are going to say whatever they want, but in a
8  company like Oracle we have a pretty strong presence
9  out there in our competitors, you know, Oracle
10 alumni."
11      Now, when you were referring to the
12 66 percent applications growth, you were referring
13 to the entire company, right, not your division?
14      A.   I don't recall.  That's what it should
15 be.
16      Q.   What should be?  Should it be --
17      A.   Should be for the company.
18      Q.   -- the entire company?
19      A.   Right.
20      Q.   Okay.  Directing your attention to Bates
21 ending 677 --
22      A.   Okay.
23      Q.   -- Joe Bousquin says, "By some analysts'
24 estimates, as far as applications growth goes, you
25 were talking earlier about 66 percent, which pleased

433

1  many analysts on Wall Street, but there is still
2  some discussion out there that in order to make the
3  numbers for the year, you guys will have to do a
4  billion dollars in applications sales for the fiscal
5  fourth quarter, which ends in May.  Now, Oracle's
6  quarters are, or its year, is back-ended loaded, in
7  that most of your business does come in the fourth
8  quarter."
9       And he then asks you, "Can you make
10 those applications numbers on applications sales
11 this year?"  And you respond by saying, "You know,
12 it's a big hill to climb.  Every year we climb that
13 hill.  I expect we'll do it again.  Our pipelines
14 are strong, and we're well-positioned from a
15 products perspective, so it's all about execution."
16 You see that?
17      A.   Yes, I do.
18      Q.   Isn't it true that between
19 December 11th and December 25th, Oracle's sales
20 pipeline had dropped from -- its growth pipeline had
21 dropped from 54 percent to 34 percent?
22      A.   Are you going back to the request for
23 admissions?  Okay.  One, I don't recall.
24      Q.   Okay.
25      A.   Okay.  The comment I'd give you, though,

434

1  is that was a point in time.  And, as we've talked
2  about previously in my testimony, is that the
3  pipeline will change over time.  Some deals become
4  clear for the quarter.  Some deals are going to move
5  out to another quarter.  Some deals are going to go
6  away.
7      Q.  Right.
8      A.  And to arbitrarily pick a certain time,
9  you know, to me is -- is, in the end, a bogus
10  question --
11     Q.  Well, I don't think it --
12     A.  -- with all due respect.
13     Q.  I don't think it was a bogus time.  But
14  your answer is you don't recall?
15     A.  Right, I don't recall.
16     Q.  One of the things I wanted to clarify
17  with you, because we talked about trends earlier,
18  and you said that -- you said that you didn't
19  typically use the term "trends" or you didn't
20  evaluate trends in the company because, from your
21  perspective, it was about whether or not you were
22  going to get there at the end of the quarter, right?
23     A.  Right.
24     Q.  Now, do you -- you indicated --
25     A.  But that's a, to some degree, statement

435

1  out of context --
2      Q.  Okay.  That's fine.
3      A.  -- or around a specific point.
4      Q.  That's fine.
5      A.  I'd look at all the data that was
6  available to me --
7      Q.  And that's fair.
8      A.  -- and I would use that.  But to take
9  something out of context like that I think is a
10  little unfair.
11     Q.  Did you think that when we were talking
12  about trends earlier, I was taking it out of
13  context, even though the document we were talking
14  about said "trends"?
15     A.  I --
16     MR. GIBBS:  I'm going to object to that as
17  argumentative.
18     MR. WILLIAMS:  Okay.  Go ahead.
19     MR. GIBBS:  Answer the question.
20     THE WITNESS:  All I'm saying is that we
21  talked about a very specific point at that time
22  during the testimony.  To now take that and
23  generalize it and say, you know, you're not -- "You
24  didn't pay attention to trends," I would use trends
25  as I needed to --

436

1      MR. WILLIAMS:  Okay.
2      THE WITNESS:  -- as I felt it was important.
3  BY MR. WILLIAMS:
4      Q.  Okay.  Understood.  Well, yesterday you
5  testified that you recalled testifying in at least
6  one other deposition related to this case -- I mean,
7  related to Oracle.  Right?
8      A.  Yes.  I said, yeah, I had two cases
9  related to Oracle.
10     Q.  And I think you said that you recalled
11  one in, I think, September 2004.
12     A.  I believe it was March of 2004.
13     Q.  March of 2004.  My mistake.
14         I'm going to read to you questions that
15  you were asked and your responses, and let me know
16  if you recall being asked these questions and
17  responding in the way that I have read.
18     "Q.  I mean" -- this is Mr. DeGhetaldi.
19     "I mean, you log into Oracle's server or
20  one of Oracle's servers or one of Oracle's databases
21  to find out how you're doing at a particular time.
22  Were you able to do that?
23     "A.  Yes.  I could go into OSO and get
24  that information.
25     "Q.  Okay.  Did you?

437

1      "A.  Infrequently.
2      "Q.  All right.  Was that -- other than
3  OSO were you able to go anywhere else to get that
4  information?
5          Question again, "In electronic form?"
6      "A.  In electronic form, I might get an
7  e-mail with an attachment that would have a forecast
8  package.  So, that's electronic.
9      "Q.  Okay.
10     "A.  And I could access it in that way.
11     "Q.  All right.  Any other databases?
12     "A.  None that I recall.
13     "Q.  OFA, or Oracle Financial Analyzer?
14     "A.  No, I did not use that product.
15     "Q.  All right.  Did you use any data
16  warehouse products?
17     "A.  None that I recall.
18     "Q.  In the process of forecasting
19  during this same time period, these -- the first
20  three quarters of 2001, did you look at any trends,
21  intraquarter trends?
22     "A.  It's a -- it's a fairly broad
23  question.  I -- what I would specific -- as an
24  example, it was -- it was important to me, trends
25  were, or our pipelines looked like for the quarter.

Sanderson, Jr., Edward J  7/26/2006  9:00:00 AM

438

1    That was a trend I watched pretty closely."
2          Do you recall being asked those
3    questions and giving those answers?
4          A.  Not specifically, but I don't have a
5    problem with the answers.
6          Q.  Okay.
7          "Q.  Okay.  In other words, you watched
8    how the pipeline numbers developed throughout the
9    quarter?
10         "A.  Right, how it changed throughout
11   the quarter."
12         Do you recall being asked that question
13   and giving that answer?
14         A.  I don't recall it specifically, no.
15         Q.  Okay.
16         "Q.  Did you also look at those figures
17   together; that is, how the license growth and the
18   pipeline growth numbers were behaving compared to
19   each other?
20         "A.  Yes.
21         "Q.  Okay.  And can you tell me about
22   the comparison that you did there?
23         "A.  I would look at whether the
24   pipeline was growing, staying the same or declining,
25   and I would look at what our license forecast was.

439

1    And there was a broad-based association with the
2    two, and in the sense that you would like to make
3    sure that your license forecast was covered by your
4    pipeline.
5          "Q.  Okay.
6          "A.  As an example, I would look at
7    that.
8          "Q.  Okay.  I guess I was asking about
9    something slightly different.  You're talking about
10   the -- a more static relationship between -- or it
11   seems like you're talking about a more static
12   relationship."
13         A.  Shawn, I'm sorry.  Excuse me.  Who's
14   talking?
15         Q.  This is question, Mr. DeGhetaldi.
16         A.  Thank you.
17         Q.  "What I was asking about was more trends
18   intraquarter to see how the pipeline trends were
19   comparing to the forecasting trends.
20         "A.  I'm not sure my answer would be any
21   different, Dario.
22         "Q.  Okay.
23         "A.  I would watch the pipe, for
24   example -- pipeline to see how it changed during the
25   course of the quarter.  It was not unusual, for

440

1    example, that after the quarter started, the
2    pipeline would increase, and then as you start to
3    substantiate deals, the pipeline might decrease
4    somewhat.  For example, a deal might move out of
5    this quarter to the next quarter.
6          "Q.  Okay.
7          "A.  I would look at that.  I would look
8    at license trends with the expectation, and I think
9    I delivered it every quarter, that I would deliver
10   against the forecast for that quarter based on my
11   experience."
12         Do you recall being asked those
13   questions and giving those answers?
14         A.  I don't.  But I don't have any questions
15   about the answers.
16         Q.  Okay.  And is there a clarification with
17   respect to how you viewed trends or whether or not
18   you analyzed trends in the pipeline that you'd like
19   to give?
20         A.  Yes.  If we go back to DeCesare 11,
21   which was one of the documents we had this morning,
22   and if you go to 870 --
23         Q.  Okay.
24         A.  -- and look at the line that says "Total
25   License," which is the last line of the table

441

1    there --
2          Q.  Okay.
3          A.  -- and go over to the right.  And it
4    says "Total Pipeline."  Here's an example of a trend
5    that I would use.
6          Q.  Let me just make sure I'm in the right
7    place.  The last box?
8          A.  Yeah, where it says 295.  It's "Total
9    Pipeline" --
10         Q.  I got it.
11         A.  -- yeah, and here's an example.  "295,
12   change prior," as we've discussed, was from the
13   prior week or the prior forecast was 63 million
14   down.  We still had a 204 percent coverage.  And I'd
15   look at -- so, I'd look at that.  And then how does
16   it compare to the trend -- to the pipe the previous
17   same quarter of the previous year.  It was
18   210 million.  So, that was a 41 percent growth.  I
19   would pay attention to those numbers.
20         I -- the number that ultimately mattered
21   was what was the revenue that I delivered for the
22   quarter, as we've talked about.  But here's an
23   example where I would look at that information.
24         Q.  Okay.
25         A.  It would be interesting.  It would be

442

1  helpful, but the number ultimately I had to focus on
2  and deliver was the forecast for the quarter.
3       Q.  Okay.  Like I said, I just wanted to
4  make sure that I was clear on trends because
5  Miss Teagarden wrote that you noted one of the
6  trends that you had seen, and you responded to me by
7  saying that you don't think that you would have used
8  the term "trends."
9       A.  I -- I think if -- if we want to check
10  the testimony, we can.  What I was reacting to was
11  something different in the notion of the word
12  "trends."  And if you go to Sanderson Exhibit 22,
13  787, about 40 -- I'm sorry, about 50 percent of the
14  way down --
15       Q.  Right.
16       A.  -- with the paragraph under "Market
17  Update," it says, last sentence, "Sanderson noted
18  two trends."  And I just said there were two -- what
19  I recall was saying that there were two drivers --
20       Q.  Okay.
21       A.  -- for database technology, database
22  sales.  I don't recall using the word "trends" in
23  that case.
24       Q.  Okay.  That's fair.
25       A.  Okay.

443

1       MR. WILLIAMS:  It's three minutes to 1:00.
2  It makes sense for us to break for lunch now.
3       THE WITNESS:  Okay.  Sounds good.
4       THE VIDEOGRAPHER:  Off the record at
5  12:57 p.m.
6       (Lunch recess taken at 12:57 p.m.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

444

1  SAN DIEGO, CALIFORNIA, WEDNESDAY, JULY 26, 2006
2       1:49 P.M.
3
4       THE VIDEOGRAPHER:  We are back on the record
5  at 1:49 p.m.
6       MR. WILLIAMS:  I'm going to ask the reporter
7  to mark this document as Sanderson -- 24, are we on?
8  It's Bates numbered NDCA-ORCL 276934 through 276943.
9       (E-mail dated 2/9/01 re Oracle Under
10  Pressure article marked Exhibit 24 for
11  identification.)
12  BY MR. WILLIAMS:
13       Q.  I'd ask you to take a look at the
14  document.  Let me know if you recognize it.
15       Do you recognize the document?
16       A.  I've not seen it before.
17       Q.  All right.  Turning your attention to
18  the first page, Bates ending 934, it's an e-mail
19  from Stephanie Aas, but it doesn't say who it's to,
20  right?
21       A.  Correct.
22       Q.  And the subject line is "ORCL Under
23  Pressure," right?
24       A.  Correct.
25       Q.  And "ORCL" refers to Oracle; would you

445

1  agree with that?
2       A.  Yes.
3       Q.  And it appears to be attaching a
4  February 8th, 2001, Morgan Stanley analyst report
5  regarding Oracle, right?
6       A.  Correct.
7       MR. WILLIAMS:  Just for the record, Counsel,
8  I don't know if you guys have a copy of this
9  document or something similar which indicates who
10  Stephanie Aas actually sent this e-mail to.  But if
11  you can try to find, I'd appreciate it.
12       MR. GIBBS:  I'll take it under advisement.
13  I'm not sure it was sent to anybody.
14  BY MR. WILLIAMS:
15       Q.  Okay.  This Morgan Stanley report
16  appears to be written by Chuck Phillips, right?
17       A.  Correct.  It has his name on the report
18  on page 936.
19       Q.  Right.  And you testified yesterday that
20  you know Chuck Phillips, right?
21       A.  As I said, I had met with him a few
22  times.  I don't remember how many.  And he came to
23  Oracle after I had left.
24       Q.  Right.  I'm talking about while he was a
25  Morgan Stanley analyst.  I think you testified

446

1  yesterday that you had met with him --
2      A.  That's correct.
3      Q.  -- on a few occasions.
4          And let me correct the record.  Looking
5  at 276936, the article, it has two different dates
6  on it.  One says February 8, 2001, on the left-hand
7  side, and on the top right-hand column, it says
8  February 9th of 2001.
9          Have you seen this document before?
10     A.  No.
11     Q.  No?
12     A.  I have not.  I don't recall seeing it.
13     Q.  Okay.  Do you know whether it was usual
14  or unusual for Stephanie to kind of get these
15  analysts' reports directly from the analysts?
16         MR. GIBBS:  Objection.  Lack of foundation.
17         THE WITNESS:  I have no basis for answering.
18         MR. WILLIAMS:  Okay.  I'm going to ask the
19  reporter to mark this document as Sanderson 25.
20  It's Bates numbered NDCA-ORCL 276944 through 949.
21         (Report dated 2/9/01 by Charles E.
22  Phillips marked Exhibit 25 for identification.)
23  BY MR. WILLIAMS:
24     Q.  Do you recognize the document?
25     A.  I do not.  Okay.

447

1      Q.  It appears to be the same analyst's
2  report in text form with an e-mail written by
3  someone by the name of Stephanie above it, right?
4      A.  It appears to be.  I didn't study the
5  document page by page, but it appears to be.
6      Q.  Appears to be the same, okay.
7          And do you know whether or not Stephanie
8  sent this -- Stephanie Aas sent you this e-mail with
9  the Morgan Stanley analyst's report attached?
10     A.  I don't -- I don't recall seeing it.
11     Q.  Okay.  All right.  She writes to an
12  unknown recipient here, "Oracle closed down
13  13.13 percent to 23 9/16 on heavy trading volume of
14  92 million.  Average equals 50 million shares in a
15  rough market.  Chuck Phillips issued a report today
16  sparking investor concern over the outlook on the
17  database business."
18         Do you recall being informed of this
19  fact on or around February 9th of 2001?
20     A.  No, I don't.
21     Q.  Okay.  She further writes, "He lowered
22  his third-quarter database license growth estimate
23  to 10 to 13 percent from his original estimate of
24  15 percent growth.  Chuck's concern over database
25  growth stems from a tough comparison that results

448

1  from 32 percent reported growth in Q3 a year ago."
2  See that?
3      A.  Yes, I do.
4      Q.  She writes, "This growth a year ago was
5  driven primarily by the surging dot-com market that
6  does not exist anymore.  His reasoning has nothing
7  to do with Oracle's competitive position vis-a-vis
8  IBM or Microsoft."
9          Do you have any idea what she might mean
10  by that, "the competitive position vis-a-vis IBM or
11  Microsoft"?
12         MR. GIBBS:  Objection.  Calls for
13  speculation.
14         THE WITNESS:  It would be speculating on my
15  part --
16         MR. WILLIAMS:  Okay.
17         THE WITNESS:  -- yeah, and I suggest
18  Stephanie could tell you.
19  BY MR. WILLIAMS:
20     Q.  All right.  She then writes, "Chuck met
21  with several executives over the last several weeks
22  for detailed briefings on the major product
23  segments."  See that?
24     A.  Yes, I do.
25     Q.  Did you meet with Chuck Phillips in

449

1  either January or February of 2001?
2      A.  I don't recall.
3      Q.  "Chuck remains very bullish on the
4  application business and believes that customers are
5  responding well to the E-Business Suite message.
6  Unfortunately, Chuck's cautionary comments on Q3
7  database growth outweighed his positive reviews."
8  See that?
9      A.  Yes, I do.
10     Q.  Now, is this something that Stephanie at
11  the time would likely have communicated to Oracle
12  senior executives?
13         MR. GIBBS:  Objection.  Calls for
14  speculation.
15         THE WITNESS:  I don't recall.  I don't
16  remember seeing anything like that.
17         MR. WILLIAMS:  Okay.  I'll ask the reporter
18  to mark this document as Sanderson No. 26.  It's
19  Bates numbered NDCA-ORCL 146668 through 675.
20         (E-mail string dated 2/01 re ORCL Under
21  Pressure marked Exhibit 26 for identification.)
22  BY MR. WILLIAMS:
23     Q.  Just take a look at that document and
24  let me know if you recognize it.
25         Just for the record, it's the same --

450

1  appears to be the same e-mail from Stephanie but
2  with an addition on the top of the first page, 668.
3      A.  Okay.  And you asked me a question.  I
4  don't recognize it.  Sorry.
5      Q.  Okay.  And the top portion of Bates
6  ending 668 appears to be a response to Stephanie
7  Aas's e-mail from Sohaib, right?
8      A.  It does.
9      Q.  And that's Sohaib Abbasi?
10     A.  Yeah.  Sohaib Abbasi, correct.
11     Q.  Now, if you look just below his name
12  there, there's a header for the e-mail that
13  Stephanie sent, right?  But it doesn't say who the
14  e-mail went to?
15     A.  Correct.  I think it's the same issue we
16  had on Exhibit 24.
17     Q.  Right.
18     A.  It looks to be, in fact, the same.
19     Q.  Same e-mail, right --
20     A.  Yeah.
21     Q.  -- with the same title, "ORCL Under
22  Pressure."
23     A.  Correct.  In fact, it's the same exact
24  time as this Exhibit 24, date and time.
25     Q.  Right.  Do you know why on the -- the

451

1  e-mail that it doesn't have the "to" line or who it
2  went to?
3      A.  No, no.
4      Q.  Okay.  So, it may have gone to you; you
5  just don't know, sitting here today, right?
6      A.  Yeah, it may have gone.  I don't recall
7  it.
8      MR. WILLIAMS:  Okay.  That's fine.
9      I'm going to ask the reporter to mark
10  this document as Sanderson No. 27.  It's Bates
11  numbered NDCA-ORCL 03281 through 03311.
12      (Transcript titled "Oracle Presentation"
13  marked Exhibit 27 for identification.)
14      THE WITNESS:  What would you like me to do?
15  BY MR. WILLIAMS:
16     Q.  We're going to talk about it, so you can
17  just -- if you want to flip through it --
18     A.  Yeah, let me do that.  I won't read
19  every bit of it.
20     Q.  Okay.  We can work our way through it.
21     A.  Yeah.  Let me just flip through to see
22  if there are any charts or anything attached at the
23  end or something.
24      Okay.
25     Q.  Okay.  Do you recognize this document?

452

1      A.  I do not.
2      Q.  This appears to be a transcript, though,
3  right?
4      A.  Yes, it does.
5      Q.  A transcript of a presentation that you
6  gave?
7      A.  I -- it looks like it's me.  It says
8  that -- it's got Stephanie was there, and I was
9  there.  In fact, it has "Stephanie Aas, Senior
10  Director of Investor Relations," which relates to a
11  question we had earlier.
12     Q.  Okay.  If you can't answer that question
13  just yet, then that's fine.
14     A.  Yeah.  Okay.  It does look like a
15  presentation I gave.
16     Q.  Okay.  Do you recall doing a
17  presentation or giving a presentation to Goldman
18  Sachs in or around February 13th of 2001?
19     A.  I did give a presentation.  I don't
20  recall when it was.
21     Q.  Okay.  And just looking at the first
22  page of this document, the first -- the top of it
23  says "Oracle Presentation," which suggests somebody
24  at Oracle gave it, right?
25     A.  Yes.  Right, agree.

453

1      Q.  The first couple lines says, "Okay.
2  It's a pleasure to welcome Oracle Corporation to our
3  conference.  We have with us today from the company
4  Andy Sanderson" -- I guess that's you, they left the
5  "S" off -- "executive vice president of Product
6  Industry Sales Division & Consulting," right?
7      A.  Right.
8      Q.  And below that it says, "We also have
9  Stephanie Aas, Senior Director of Investor Relations
10  up here with us."  See that?
11     A.  Yes, I do.
12     Q.  Was it unusual for Stephanie to
13  accompany you to investor conferences?
14     A.  I don't remember.  I mean, you say was
15  it unusual?
16     Q.  Right.
17     A.  No, it wouldn't be unusual.  I don't
18  know that she was there at every one, but it's not
19  unusual.
20     Q.  Because I think one of the things you
21  testified to yesterday was that either someone in PR
22  or Investor Relations would schedule these types of
23  things for you, right?
24     A.  Correct, correct.
25     Q.  And they would help prepare you for

454

```
1   those presentations?
2       A.  That's correct.
3       Q.  All right.  And sometimes help you or
4   people in your organization create slides and things
5   of that nature?
6       A.  Yeah.  All true, Shawn, except typically
7   it wasn't people in my organization.  They would end
8   up preparing the presentation.  They may reach out
9   to my organization.  They may reach out to Finance,
10  different organizations.  But as I recall, it was,
11  in this case, Investor Relations that typically put
12  the presentations together.
13      Q.  Okay.  Was it typical for you to give a
14  presentation on behalf of the entire company, not
15  just your division?
16      A.  I did some of it.  I didn't do a lot of
17  it, but I did some of it, correct.
18      Q.  Okay.  Going down to line 17, it appears
19  that you are describing some of your
20  responsibilities.  And you say, "I just want to
21  touch on my responsibilities.  I've spoken at a
22  number of these events, but I think it's worthwhile
23  just giving you a sense since I may be a new face to
24  some of you.  I have responsibility probably for
25  four things at Oracle."  You see that?
```

455

```
1       A.  Yes, I do.
2       Q.  That's kind of similar of what you said
3   to Joe Bosquin a couple weeks before --
4       A.  Yeah.
5       Q.  -- right?
6           And you say, "One of them is all our
7   products industries, so our discrete and process
8   manufacturing, retail industries are my
9   responsibility.  That includes automotive, A&D, high
10  tech, in the discrete side," correct?
11      A.  Yes.
12      Q.  What's discrete side?
13      A.  Yeah.  Discrete processing, or discrete
14  manufacturing process, process -- making a candy bar
15  is a process.  Making an automobile that is --
16  'cause what they do on a candy is they create a big
17  sheet of candy.  I used to work with M&M, so I know
18  this -- as a client.  And then they chunk up the
19  candy bars at the end.  That's process
20  manufacturing.
21          In discrete manufacturing, it's building
22  an aircraft or building a car, something like that
23  that's stand alone.  It's a discrete product.
24      Q.  The next page, you say, "I have global
25  responsibility for consulting."
```

456

```
1       A.  Uh-huh.
2       Q.  And that kind of goes back to the issue
3   we've been talking about whether or not you
4   communicated to people that you had global --
5       A.  Right.
6       Q.  -- responsibility for consulting.
7       A.  And I would say the same thing here as I
8   told the reporter from thestreet.com, obviously,
9   thinking about my global responsibilities that I
10  carried out in methodology training and service
11  lines.
12      Q.  Okay.  Same page --
13      A.  Uh-huh.
14      Q.  -- you say, "Another thing, I've been at
15  Oracle about six years.  And I don't normally point
16  that out, but I'm actually one of the junior members
17  in that regard, tenure of the management team, even
18  though I think I run about 25 percent of the
19  business."  Do you see that, right around line --
20  between line 17 and 21?
21      A.  Yes.
22      Q.  Were you running 25 percent of the
23  business in February of 2001?
24      A.  We'd have to go look and see what the
25  revenue was for the company and then the revenue
```

457

```
1   from my business.
2       Q.  All right.  I'm going to ask you to
3   turn -- actually, turn to page 5.
4       A.  Okay.
5       Q.  And you write -- or you say that, "I
6   think -- and I may -- I think our applications are
7   written in 23 different languages.  So not only do
8   we have, you know, for example an E-Business Suite,
9   which I'll tell you more about.  But it's basically
10  ERP and CRM all integrated together.  But it's
11  written in 23 different languages."  See that?
12      A.  Yes, I do.
13      Q.  As of February 13th, 2001, was the
14  E-Business Suite actually written in 23 different
15  languages?
16      MR. GIBBS:  Objection.  Vague.
17      THE WITNESS:  One, I don't know.  I don't
18  believe it was.  But we did have applications --
19  since 11i was not our first release of applications,
20  we did have release of applications in 23 different
21  languages, I believe.
22          And then, secondly, what you do when you
23  launch a product, an application product, you also
24  provide a time frame that's available to customers
25  of when that product would be in their language.
```

458

1  So, there was -- would have been a schedule
2  associated with that, when the E-Business Suite
3  would be in all 23 different languages.
4  BY MR. WILLIAMS:
5  Q.  Okay.  So, are you saying that here you
6  weren't referring to the E-Business Suite when you
7  said that "it's written in 23 different languages"?
8  A.  When I say "I think our applications are
9  written in 23 different languages," as I recall, I
10  believe that was historically speaking that our
11  applications were written in 23 different languages.
12  Q.  Okay.  Ask you to turn to page 8.
13  A.  Okay.
14  Q.  And you can just take a look at, say,
15  line 8 through 20, and I'll ask you a couple
16  questions.
17  A.  Okay.
18  Q.  See where you say -- it looks like
19  you're talking about implementation of the
20  E-Business Suite, and it's saving consulting dollars
21  generally.  Is that fair?
22  A.  It is.  And I do say with the E-Business
23  Suite, this focus-on-reducing theme here is the
24  number of -- the amount of consulting effort --
25  Q.  Right.

459

1  A.  -- related with our applications.  We
2  had started that even before the E-Business Suite.
3  Q.  Okay.  But here you're talking about the
4  E-Business Suite, aren't you?
5  A.  We were talking -- yeah, "leading into
6  the E-Business Suite."
7  Q.  Okay.
8  A.  Leading into -- implying that it is the
9  E-Business Suite.  But, again, we were making
10  efforts in that regard about consulting-to-license
11  ratios even before the E-Business Suite.
12  Q.  And so, you say that "in the General
13  Business space, the mid-market space, where we've
14  had a number of rapid implementation programs, we've
15  actually been able to get down to less than a dollar
16  for consulting for every dollar of license.  And so,
17  this is a significant benefit."  You see that?
18  A.  Yes I do.
19  Q.  And are you referring to the partners of
20  Oracle that were spending less to implement, or were
21  you talking about Oracle Consulting?
22  A.  Here what I would speculate is that I'm
23  talking about Oracle Consulting.  What we did is --
24  when I say, if you notice here in line 18, it
25  mentions -- or line 17 and 18, it mentions rapid

460

1  implementation programs.  We launched a program
2  called Fast Forward.
3  And we had Fast Forward ERP, Fast
4  Forward CRM, those kinds of things.  And as we
5  developed those, we also shared them with our
6  development part -- with our other implementation
7  partners in the GB marketplace.
8  Q.  So, was Oracle Consulting doing the fast
9  forward implementations for General Business.
10  A.  Yeah, we did some of those, yes.  Yes.
11  Q.  Do you have a sense of how much of it
12  Oracle Consulting was doing?  I ask because you
13  indicated to me earlier that the majority of
14  consulting implementations for Sales and General
15  Business was done by third parties.
16  A.  I'm sure you could find out from John
17  Nugent just how many license deals we did.  The
18  interesting thing about General Business versus
19  others like Majors and OPI and OSI, it was a volume
20  business.  I mean, you were -- it was a very high
21  number of customer business.
22  As you -- I'm just referring back to,
23  actually, a document we talked earlier, Exhibit 19,
24  Sanderson.  I'll just show you -- it was where we
25  listed GB and Major --

461

1  Q.  Right.
2  A.  -- accounts where Oracle Consulting was
3  involved.  And --
4  Q.  Those are the top 14 or something like
5  that?
6  A.  Yes, it was the top 14.  And some of
7  these were GB accounts where, in fact, we were doing
8  the implementation.  So, again, we did some of them.
9  But as I recall, the majority or large portion of
10  those implementations were -- my recollection is
11  that they were being done by third parties.  We did
12  some, but third parties did them as well.
13  Q.  And with those, you were spending less
14  than a dollar for every consulting dollar -- or
15  every license dollar?
16  A.  Yeah, just to give you an example to
17  bring that to life a little bit, if we were
18  implementing financial applications for a client, if
19  it was a large client, you would go in and actually
20  work with them to help define their chart of
21  accounts for their general ledger.
22  In a smaller account, you'd go in and
23  say, basically, "This is what we think your chart of
24  accounts should look like, given our understanding
25  of companies of your size."

Sanderson, Jr., Edward J  7/26/2006  9:00:00 AM

462

1   And so, we would -- and we'd review that
2   with the client, and they'd sign off on it.  But we
3   would show that to the client.  That was a way we
4   could save time.
5       Q.  Now, yesterday we talked a little bit
6   about the partner program.  And I can't remember the
7   person's name now, but was there someone in your
8   consulting organization that was in charge of
9   implementation partner relationships?
10      A.  There -- yes.  The answer is yes.
11  Valerie Borthwick, that fell into her responsibility
12  as well.  And my guess is she had somebody
13  underneath her that did that.  And then John Nugent
14  also had a similar person playing that role is his
15  sales -- license sales organization.
16      Q.  And if you go to the next page, one of
17  the things that you say at the top of the page is
18  that "One of the missions, for example, within
19  Oracle Consulting and working with our partners is
20  to make Oracle successful, not the consulting
21  business successful.  And in fact, as you look at
22  our numbers -- and in consulting we're forecasting
23  this year that we'll be somewhere around zero to
24  5 percent growth.
25      "And can really attribute that to two

463

1   factors.  One is that we're doing everything we can
2   to increase the implementation of our applications.
3   And secondly, leveraging partners more, which has
4   been something that we've really needed to do.  So,
5   we've been successful there."
6       What did you mean when you wrote
7   "leveraging partners more" -- or when you said
8   "leveraging partners more"?
9       A.  That using more companies for -- you
10  know, other implementation companies such, again, as
11  Cap, Gemini or Bearing Point, companies such as
12  that.
13      Q.  And when you say "So we have really been
14  successful there," what were you referring to?
15      A.  I think -- what I would speculate is
16  that I was talking about that we had been successful
17  in leveraging partners.  And I think a perfect
18  example of that is what we did in the GB space.
19      Q.  In the --
20      A.  In the General Business.
21      Q.  -- General Business space?
22      A.  In the General Business space, yeah.
23      Q.  Okay.  Do you know Renee Ni?
24      A.  Yes, sure.
25      Q.  And how do you know her?

464

1       A.  She used to work for me.  She was in my
2   group, and then she -- she ran my applications
3   service line.  And then she had an opportunity to
4   have a promotion, and I believe that she went over
5   and ran the partnering program, I think, for the
6   company or for the Americas.  I think probably for
7   the -- I'm not sure, but she went into some
8   partnering role, but it was a promotion for her.
9       Q.  And that was similar to what Valerie
10  Borthwick was doing?
11      A.  Valerie's focus on partnering was
12  largely around the General Business space.  What
13  Renee, as I recall, was doing, was focusing on
14  partner programs in general, whether it applied to
15  Majors, whether it applied to OPI.
16      She would have relationships with
17  companies like Accenture, Deloitte.  I remember she
18  actually brought Deloitte into my office a couple of
19  times.  And it could be Price Waterhouse when --
20  before they became part of IBM Global Services,
21  those kinds of things.
22      So, she would have kind of the more
23  executive-level relationships, broad-based
24  relationships within those companies.  And in those
25  companies, they would typically have a Renee Ni-like

465

1   person that she would connect with.
2       Q.  Okay.  Let's take a look at page 11 --
3       A.  Okay.
4       Q.  -- and from line 12 down to 25.  If you
5   can just read that to yourself.
6       A.  Okay.
7       Q.  Okay.  Here's what you're talking about,
8   the E-Business Suite, right?
9       A.  It is, but particularly a subset of the
10  E-Business Suite, and that is the one -- the concept
11  of one data model for all the applications.
12      Q.  Right.  And then you talk about that,
13  the single customer database.  And line 22, you say,
14  "Whether you're touching them there.  Whether you're
15  touching them through once you've taken the order,
16  through orders that once you capture that order,
17  that that impacts your manufacturing," et cetera,
18  are you referring to order management or supply
19  chain management there?
20      A.  What I'm talking about is, regardless of
21  the application, if -- within the E-Business Suite
22  or the module within the E-Business Suite, if it's
23  touching the customer, it's going to go to one
24  database.
25      So, to answer your question, if it's

466

1  accounts receivable, if it's taking an order, if
2  it's -- if it has something to do with manufacturing
3  a product, a discrete product for a particular
4  customer, that would all be captured in that single
5  database.
6      Q.  Okay.  So, you're not talking about a
7  specific module in that section?
8      A.  No.  It's actually a series of
9  modules --
10     Q.  Okay.
11     A.  -- just showing that the architecture of
12  the product was that you had one database, which was
13  a real advantage over best-of-breed solution because
14  then everybody brings their own customer database
15  in, and that's when you have to do the interfacing.
16     Q.  Okay.  If you go to page 13 at the
17  bottom --
18     A.  Okay.
19     Q.  -- you -- looks like you're talking
20  about -- well, you say, "For example, in the sales
21  area, the sales automation area, I can now -- Larry
22  can look at, for example, our forecast on a global
23  basis, our forecast around the world up to the
24  minute at any level of detail you want to see.  You
25  can go down to that account rep in Hungary or you

467

1  can look at it on a global around the world."  See
2  that?
3      A.  Yes, I do.
4      Q.  And that's referring to Oracle
5  SalesOnline there?
6      A.  That would be -- yes.  At least -- I
7  can't say it's only Oracle SalesOnline but, clearly,
8  Oracle SalesOnline is the module that comes to my
9  mind that does that.
10     Q.  Okay.  And that's what -- well,
11  withdrawn.
12         Then later on on page 14, you say, "Now
13  I can see every deal out there that my reps around
14  the world are working.  So, that's a significant
15  benefit."
16     A.  Yeah.
17     Q.  Still talking about Oracle
18  SalesOnline --
19     A.  Most likely, yes.
20     Q.  -- mostly?
21         On the bottom of page 15, you say, "It's
22  all about 11i.  That's our E-Business Suite.  Here's
23  the status of our internal rollout because we're
24  implementing these in Oracle."  Right?
25     A.  Uh-huh.

468

1      Q.  It appears that maybe you had a
2  PowerPoint presentation or something like that?
3      A.  It does appear like that, yeah.
4      Q.  And you say, as you can see here, "We've
5  made significant progress around marketing, sales
6  compensation, contract, sales online, financials,
7  telesales, all those applications have been
8  implemented at Oracle worldwide.  Worldwide."  You
9  see that?
10     A.  Yes, I do.
11     Q.  Do you know whether any of those modules
12  had been at the time of -- as of February 13th of
13  2001, implemented and working at Oracle?
14     A.  What I recall is marketing, sales
15  compensation, sales online, financials and
16  telesales, to my best of my recollection.  I can't
17  remember contracts.  I just don't recall it.  But
18  I -- that we had -- were using those applications.
19     Q.  Okay.  Isn't it true that contracts, in
20  fact, was not working at Oracle in February of 2001
21  or at least as of February 13th?
22     MR. GIBBS:  Objection.  Asked and answered.
23     THE WITNESS:  I would only base it on -- I
24  mean, as far as -- I can't recall.  The way that I'd
25  base it is on the discussion yesterday in the

469

1  documents.  And I remember there was an e-mail, as
2  we recall, from Mark Barrenechea about December,
3  January time frame and getting time -- for the
4  timing of implementing contracts.  I don't recall
5  beyond that.
6  BY MR. WILLIAMS:
7      Q.  Okay.  Turning to page 19, you say at
8  line 6, "And with Release 3 of 11i, we think that we
9  now have product that is clearly stable and meets
10  the needs.  And we just launched that at the end of
11  January."  See that?
12     A.  Yes, I do.
13     Q.  Isn't it true that the release of 11i.3
14  was not clearly stable?
15     A.  You know, I don't recall, Shawn.
16     Q.  Okay.
17     A.  Each -- I know that each release
18  improved the product, and as it does today.  I'm
19  sure that Oracle's continued to make releases to 11i
20  to add functionality and make it even better.
21     Q.  Okay.  Turning to the next page,
22  page 20, you say, "And then if you look at the
23  mid-market customers also, we continue to be very
24  successful in that space as well with 11i."
25         When you say "mid-market," you're

470

1  talking about General Business?
2      A.  Yeah, exactly.
3      Q.  Okay.  And you say, "We also just on the
4  partner front -- it's actually quite interesting --
5  I haven't seen the interest among the partners in
6  the way that we've seen now.  We've got -- I told
7  Larry a while ago.  I said, 'It really takes three
8  things for us to be successful with our partners.
9  We have to have a great product, we have to have
10  mind share, and we have to have a good go-to-market
11  plan with a partner.'"  See that?
12      A.  Yes, I do.
13      Q.  What did you mean when you said "We have
14  to have mind share"?
15      A.  I just was reading it, if it applies
16  just to General Business or more broadly.  "Mind
17  share" just means that when they walk in to a
18  client, to a customer, or to a prospect, Oracle is
19  going to be at the top of the list or -- you know,
20  for them to talk to the customer about or one of the
21  top products that they're going to talk to the
22  customer about.
23      Q.  Okay.  And that's one of the products
24  that the partner is going to talk to the customer
25  about?

471

1      A.  Correct.
2      Q.  Okay.  And -- and would you -- you list
3  three things here.  "We have to have a great
4  product, mind share and a good go-to-market plan."
5  What's a good go-to-market plan?
6      A.  If you walked into a partner -- and
7  let's call it Acme Consulting as a name -- just
8  making it up.  And you say, "We want to partner with
9  you," they go "Great."
10      But then the question is, "How are we
11  going to go to market together?"  And you might look
12  at Acme Consulting and see that they work with a lot
13  of small discrete manufacturers, maybe making little
14  engineered products, for example.  And so, they've
15  done a lot of work with those kinds of customers.
16      So, we'll say, "We'll work with you to
17  help you be successful in that space.  Maybe you've
18  worked with aerospace discrete manufacturers, and
19  we're going to introduce you to defense
20  manufacturers that have that product."
21      So, you lay out specifically
22  geographically by product those -- by product,
23  meaning Oracle product, how you'd work together,
24  what kind of resources you'd put on it, what kind of
25  training you might give them, that kind of thing.

472

1      Q.  Looking at page 29 --
2      A.  Okay.
3      Q.  -- you're asked a question by someone,
4  and they say, "Sandy, I'm curious about this new
5  sales forecasting you have.  How is that working?"
6  I guess they were referring to Oracle SalesOnline?
7      A.  That would be my guess.
8      Q.  And you say it's working great.
9      A.  Right.
10      Q.  The next question is, "As you get
11  together every week and sort of roll up your
12  numbers, the economy -- what's the sense, what are
13  you hearing from the field in terms of how -- the
14  economy and sales cycles, anything changing there?"
15  See that?
16      A.  Yes, I do.
17      Q.  And you respond by saying, "We're
18  actually -- I guess I'd start out by saying our
19  pipelines are -- at application and database have
20  never been stronger."  You see that?
21      A.  Yes, I do.
22      Q.  Isn't it true that prior to
23  February 17th -- prior to February 13th of 2001,
24  the application and database pipelines had been
25  stronger than they were as of February 13th?

473

1      A.  Ask that question one more time.  I'm
2  sorry.
3      Q.  Isn't it true that prior to
4  February 13th of 2001, the pipelines around
5  database and application had, in fact, been stronger
6  just weeks before?
7      Q.  What's your basis for saying that?
8      Q.  That's a question.  I have a good-faith
9  basis for asking the question.
10      A.  Yeah, and I don't know the basis that
11  you're asking for.  And I don't recall.
12      Q.  So, your answer to that question is --
13      A.  I don't recall.
14      Q.  -- you don't recall?
15      Okay.  You did see the request for
16  admission that Oracle responded to, right?
17      A.  Right.  But your assumption is it went
18  from 52 to 34 percent and that it never went back up
19  again.
20      Q.  No, I'm not assuming that.
21      A.  Yeah.  Well, yeah -- it happened, but
22  any time during a quarter you're going to have
23  fluctuations in the growth of your pipeline.
24      Q.  I'm not assuming that.  I'm just asking
25  you a question.  And your answer is you don't

474

1  recall?
2      A. You said, sometime before February,
3  hadn't it been larger --
4      Q. Right.
5      A. -- I believe is the essence of your
6  question.
7      Q. Right.
8      A. I don't know the answer to that. It
9  could have, in fact, been larger; it could have been
10  smaller.
11      Q. Okay.
12      A. I don't recall.
13      Q. And you go on to say that that -- "and
14  that continues to be the case" --
15      A. Right.
16      Q. -- right?
17          You later say, "In some cases it may be
18  deals moving to the next quarter," right?  Kind of
19  what you explained to me earlier today.
20      A. Yeah.
21      Q. On page 30 --
22      A. Yes.
23      Q. -- you say that -- on line 9, "But we're
24  also seeing other companies out there because of the
25  economy, knowing the competition isn't going away,

475

1  that see the power of leveraging the Internet that
2  are actually accelerating their decisions around
3  applications."
4      A. Right.
5      Q. See that?  Then you say, "I was with a
6  company that they were going -- it was going to be
7  our Q4, March, April, May time frame is when we had
8  them targeted for making a decision.  I met with the
9  COO.  They want to do it in February.  The COO
10  brought his entire management team out to Oracle."
11  You see that?
12      A. Yes, I do.
13      Q. Do you recall which company that was?
14      A. I do not.  Just to be clear, I wouldn't
15  say a statement like that unless it was -- unless it
16  was true.
17      MR. WILLIAMS: We'll mark this document as
18  Sanderson No. 27 -- 28.
19          (Article from TheStreet.com titled
20  "Goldman Conference: Its Stock Weak, Oracle Talks
21  of Strong Business" marked Exhibit 28 for
22  identification.)
23      MR. WILLIAMS: Sanderson 28 is Bates numbered
24  NDCA-ORCL 141794, 795.
25      THE WITNESS: Okay.

476

1  BY MR. WILLIAMS:
2      Q. Okay.  Do you recognize the document?
3      A. No, I do not.
4      Q. It looks like a Street.com article, kind
5  of summarizing the Goldman Sachs conference that you
6  spoke at, right?
7      A. Right.
8      Q. And it's dated February 13th of
9  2001 --
10      A. Correct.
11      Q. -- is that correct?
12          It says -- does it refresh your
13  recollection as to when you may have given that
14  speech or that presentation?
15      A. I know I spoke to Goldman -- I remember
16  speaking to a Goldman conference.  I remember making
17  comments about some companies slowing down and some
18  speeding up.  I remember that.  I just don't
19  remember -- recall specifically when.
20      Q. Okay.  Well, looking at this document,
21  about a third of the way down, it says, "TSC
22  Conference Coverage, Goldman Sachs," and there's a
23  date below there, February 12th --
24      A. Right.
25      Q. -- through 15th.  So, safe to assume it

477

1  was somewhere between those dates?
2      A. Yeah, safe to assume it was around that
3  period of time.
4      Q. Okay.  Just going back to the prior
5  exhibit very quickly.  I think it was Sanderson
6  20- --
7      A. -- 7.
8      Q. -- 7.  And we talked about Stephanie Aas
9  there.  And at the end somebody says, "Sandy and
10  Stephanie, you know, thanks so much."
11          Prior to this presentation, did
12  Stephanie Aas brief you on Chuck Phillips'
13  February 9th analyst report?
14      A. I don't know.
15      MR. WILLIAMS: Actually, I need to take five
16  minutes.
17      THE VIDEOGRAPHER: Off the record at
18  2:45 p.m.
19          (A brief recess was taken.)
20      THE VIDEOGRAPHER: We are back on the record
21  at 2:53 p.m.
22      MR. WILLIAMS: I'm going to ask the reporter
23  to mark this document as Sanderson 29, Bates
24  numbered NDCA-ORCL 016268 through 318.
25          (Presentation papers titled "Oracle,

478

1   Software Powers the Internet" marked Exhibit 29 for
2   identification.)
3   BY MR. WILLIAMS:
4       Q.   Looks like this may be a PowerPoint
5   presentation for the Goldman Sachs --
6       A.   Okay.
7       Q.   -- conference.  Take a look at it and
8   let me know when you're done.
9       If you look at the first page of the
10  document, it says, "Sanderson -- Goldman Sachs
11  Presentation."  The first page, very first page,
12  cover page.
13      A.   Yes, I see that.
14      Q.   So, maybe this is that PowerPoint that
15  you used during the February Goldman Sachs
16  presentation.
17      I'm going to ask you to turn to Bates
18  ending 286.
19      A.   Okay.
20      Q.   It says, "11i E-Business Suite Update."
21      A.   Uh-huh.
22      Q.   Indicates that there are 2500-plus
23  customers implementing, right?
24      A.   Correct.
25      Q.   Is that the 11i E-Business Suite, as it

479

1   indicates on the top of the slide, or does it refer
2   to one or two applications of 11i?
3       MR. GIBBS:  Object to your characterization
4   of what it says at the top of the page.
5       MR. WILLIAMS:  Okay.  Well, what -- I'm
6   sorry.  Go ahead.
7   BY MR. WILLIAMS:
8       Q.   What it says on the top of the page is
9   "11i E-Business Suite Update"; isn't that correct?
10      A.   Correct.
11      Q.   My question is whether the third bullet
12  point down where it says "2500-plus Implementing,"
13  does that imply that 2500-plus customers were
14  implementing the 11i E-Business Suite?
15      MR. GIBBS:  Objection.  Vague.
16      THE WITNESS:  Versus part of the E-Business
17  Suite?
18      MR. WILLIAMS:  Right.
19      THE WITNESS:  My guess would be that was part
20  of the E-Business Suite --
21      MR. WILLIAMS:  Okay.
22      THE WITNESS:  -- some portion of the
23  E-Business Suite.
24  BY MR. WILLIAMS:
25      Q.   Okay.  And when it says "160 Live

480

1   Customers," does that refer to what it says, "11i
2   E-Business Suite" or some part of the --
3       MR. GIBBS:  Same objection.
4   BY MR. WILLIAMS:
5       Q.   -- E-Business Suite?
6       MR. GIBBS:  Same objection.  Mischaracterizes
7   the document.
8       THE WITNESS:  You're implying an
9   interpretation up there that "11i E-Business Suite"
10  means the entire suite as far as with your questions
11  below.
12      Any of those products, if we implemented
13  the time and reporting feature of 11i, that's an 11i
14  implementation.  If we were implementing supply
15  chain management, that's 11i implementation.
16  BY MR. WILLIAMS:
17      Q.   Okay.  Is that --
18      A.   The "160 live customers" meant that we
19  had 160 customers using some or all of the
20  E-Business Suite.
21      Q.   Okay.  I wasn't implying anything.  I
22  was reading.  It says "11i E-Business Suite."  Now,
23  if you have an interpretation that is different from
24  what it says, that's the question I was asking you.
25  And you've answered it I think.

481

1       A.   Good.
2       Q.   Okay.
3       A.   Great.
4       Q.   Now, going to the next page --
5       A.   Okay.
6       Q.   -- where it says "11i Enterprise
7   Customers" --
8       A.   Yes.
9       Q.   -- what does that mean?
10      A.   "11i Enterprise Customers."  I don't
11  recall what the word "enterprise" means.
12      Q.   Okay.  And the "Live and Implementing,"
13  what does that mean?
14      A.   I -- again, I'm guessing, but I would
15  imagine it means customers that are both live as
16  well as customers that are implementing.
17      Q.   Okay, some live, some implementing?
18      A.   Correct.
19      Q.   Some customers may be live on one module
20  but implementing another?
21      A.   Correct.
22      Q.   Some of these customers were customers
23  that members of your consulting organization were
24  working with at the time; is that fair?
25      A.   Yeah -- with the number of customers on

Sanderson, Jr., Edward J  7/26/2006  9:00:00 AM

482

1 there, I'm sure that we, Oracle Consulting, was
2 participating in some of these implementations.
3       MR. WILLIAMS:  I'm going to ask the reporter
4 to mark this document as Sanderson No. 30.
5       (E-mail string dated 1/01 re Software:
6 What Happened & What to Do From Here marked Exhibit
7 30 for identification.)
8       THE WITNESS:  Thank you.
9       MR. WILLIAMS:  It's Bates numbered NDCA-ORCL
10 014162 through 181.
11       THE WITNESS:  Okay.
12 BY MR. WILLIAMS:
13       Q.  You recognize the document?
14       A.  I do not.
15       Q.  It appears to be an e-mail -- at least
16 the first page appears to be an e-mail from Jeff
17 Henley to you and several other Oracle employees,
18 right?
19       A.  Correct.
20       Q.  Forwarding one of Chuck Phillips'
21 analyst's reports titled "What Happened and What to
22 Do From Here"; is that fair?
23       A.  Correct.  That's what the topic -- title
24 says, yes.
25       Q.  All right.  Do you know whether or not

483

1 you met with Chuck Phillips in early January of
2 2000 [sic]?
3       A.  I do not.  You're saying in early 2001?
4       Q.  Yeah.
5       A.  Yeah, no.
6       Q.  How about December 2000?
7       A.  I don't -- I don't recall.
8       Q.  Okay.  I want to kind of switch gears a
9 bit and talk a little bit about Q2 of '01 and
10 specifically a sale to -- a large sale to
11 Hewlett-Packard.
12       A.  Okay.
13       Q.  Are you familiar with that transaction?
14       A.  We did have some sales with
15 Hewlett-Packard.  As I hear more, I might be able to
16 recall better.
17       Q.  Okay.  And Hewlett-Packard was a
18 customer within OPI?
19       A.  Correct.
20       Q.  And do you know who was the account
21 manager or the account rep for HP?
22       A.  I don't recall.
23       Q.  Was it in the East, Central or West?
24       A.  That would be West.
25       Q.  So, the area VP was Michael DeCesare?

484

1       A.  Yes.  Yes -- yes.  I'm sorry.  I was
2 trying to think.  I know Mike left, but I was trying
3 to think.  I think he was still there.
4       Q.  And he left -- withdrawn.
5       And he reported directly to you?
6       A.  Yes.  He initially reported to Frank,
7 and then after Frank Varasano left, he reported to
8 me --
9       Q.  Okay.
10       A.  -- until I brought Sebastian Gunningham
11 in to take over.
12       Q.  Have you ever met Carly Fiorina?
13       A.  Yes, I remember being in a meeting with
14 Larry and Carly and other executives in the
15 room from HP.
16       Q.  And what was -- when was that, if you
17 remember?
18       A.  I don't.  It was -- I remember it more
19 towards the latter time of my time at Oracle.  So,
20 2000, 2001, something like that.
21       Q.  Do you know what -- do you recall what
22 the meeting was about?
23       A.  As I recall, it was a meeting, the kind
24 of meeting we'd periodically have or Larry would
25 have with HP, with Sun, companies like that, to talk

485

1 about how we'd work together.
2       Q.  And you were probably there because it
3 was in your territory?
4       A.  Is there any other reason?  That would
5 be a logical reason, yes.
6       Q.  Aside from you, Larry and Carly, do you
7 recall anyone else being at the meeting that you're
8 talking about?
9       A.  I wouldn't be surprised if Safra was
10 there, but I don't recall.
11       Q.  And did it occur in Redwood Shores?
12       A.  As I recall it, we did it at HP
13 headquarters.
14       Q.  And that's in Palo Alto, is it?
15       A.  In that area, yeah.
16       Q.  In that area.  Okay.
17       I'm going to have the reporter mark this
18 document as Sanderson 31.  It's Bates numbered
19 NDCA-ORCL 028927 and 928.
20       (E-mail string dated 10/00 re Carly
21 Fiorina Meeting Update marked Exhibit 31 for
22 identification.)
23       THE WITNESS:  Okay.
24 BY MR. WILLIAMS:
25       Q.  Do you recognize the document?

486

1     A. I do not.
2     Q. Do you recognize that it's an e-mail or
3  series of e-mails, the last one October 18 --
4  October 13th, 2000, sent from Carolyn Balkenhol to
5  you, right?
6     A. Correct.
7     Q. And it's concerning HP?
8     A. Correct.
9     Q. Are you familiar with the subject matter
10  of the document?
11     A. "Carly Fiorina Meeting Update." This
12  could have been the meeting that I attended.
13     Q. Okay. In October of 2000?
14     A. Yeah -- yes.
15     Q. Well, the e-mail -- I guess one, about
16  an inch and a half down the page, appears to be from
17  Michael Rocha to Larry Ellison, Safra Catz, Carolyn
18  Balkenhol, Gary Bloom and Juan Jones. You see that?
19     A. Yes, I do.
20     Q. Do you know who Juan Jones is?
21     A. I don't recall.
22     Q. Michael Rocha in October of 2000, was he
23  in your organization, or was he in Support?
24     A. No. Mike Rocha ran -- I believe at that
25  point ran the Support organization for Larry.

487

1     Q. Okay. And he writes, "Larry, we
2  understand that you are meeting with Carly Fiorina
3  tomorrow. In spite of their marketing campaign,
4  this is still the same old HP and you need to be
5  prepared for a lot of unproductive complaining.
6  That said, according to Mike DeCesare, we have a
7  25-million-dollar opportunity, 15 million in CRM and
8  10 million in technology. Anywhere, this is what
9  you can expect." See that?
10     A. Yes, I do.
11     Q. And Mike DeCesare -- the opportunity
12  that Mike DeCesare seems to have referred to Michael
13  Rocha would be in OPI, right?
14     A. Yeah. The CRM -- I remember it was CRM
15  with HP or that we did a CRM deal with HP, and that
16  would have been in OPI West.
17     Q. OPI West, right?
18     A. Right.
19     Q. Okay. Do you know whether in or around
20  October 13th, 2000, your division was on track to
21  meet its 2Q '01 number?
22     A. I don't recall. I think we had a good
23  quarter, but I don't recall.
24     Q. Okay. See No. 1, "HP isn't happy with
25  the quality of the CRM product"? You see that?

488

1     A. Yes, I do.
2     Q. Did you know that at the time?
3     A. I recall that there were issues, but I
4  don't recall much beyond that.
5     Q. You see where he writes, "HP believes
6  that they received an uninstallable product and were
7  asked to pay consulting fees to make it work." You
8  see that?
9     A. Yes, I see that.
10     Q. Do you know that to be true?
11     A. As I said, I don't recall.
12     Q. Okay. Well, as of October 2000, Oracle
13  didn't have any customers live using the 11i CRM;
14  isn't that true?
15     A. I don't recall.
16     Q. You see where he writes in the second
17  paragraph, "HP does not believe that Oracle has
18  purchased the hardware that we committed to last
19  year." You see that?
20     A. Yes, I do.
21     Q. Do you know what he's talking about
22  there?
23     A. I remember that Ron Wohl, through his
24  working with Larry or Larry working with Ron, made a
25  commitment to use more HP product in our Development

489

1  organization than we had been using.
2        To answer your question more
3  specifically, I don't remember -- I don't recall
4  what the details of that were. I, frankly, wasn't
5  involved in that. My focus was on the CRM deal and
6  the technology, the database deal, the license deal.
7     Q. Okay. But this quarter apparently.
8     A. In this quarter. But any time there was
9  any agreement between HP or Sun, Intel, which was
10  also a client of ours -- customer of ours, if there
11  was any negotiation on using their hardware or
12  buying their hardware or whatever, that was done
13  separately from anything we did on the license side.
14     MR. WILLIAMS: Okay. I'll ask the reporter
15  to mark this document as Sanderson No. 32.
16     (E-mail string dated 10/00 re HP Update
17  marked Exhibit 32 for identification.)
18     MR. WILLIAMS: It's Bates numbered NDCA-ORCL
19  028737 and 738.
20  BY MR. WILLIAMS:
21     Q. I'd ask you to take a look at the
22  document and let me know when you're done.
23     A. Okay.
24     Q. Okay. Do you recognize the document?
25     A. I do not.

490

1    Q.   It appears to be an e-mail, the last of
2  which, October 24th, 2000, is an e-mail from you
3  to Gary Bloom, Mike DeCesare, Michael Rocha and
4  Conway Snyder, right?
5    A.   Correct.
6    Q.   And its subject line is the "HP Update"?
7    A.   Correct.
8    Q.   And appears to have several e-mails
9  below it that kind of end up with you, right?
10   A.   Correct.
11   Q.   Okay.  Starting from the bottom, see
12  where it says "Michael DeCesare wrote"?
13   A.   Yes, correct.
14   Q.   He writes, "Gary and Sandy," so it
15  appears that he sent this one to you directly,
16  right?
17   A.   Yeah, and to Gary Bloom, it looks like.
18   Q.   To Gary Bloom.  "Over the past week
19  Conway and I met with the procurement/alliance team
20  from HP.  Although both teams were still working
21  today's having executable contracts ready for
22  November close (About 20-25 million license for tech
23  and CRM), HP has made it clear that they will not
24  sign any additional business with Oracle until the
25  issues Carly and Larry discussed are fixed."

491

1         You see that?
2    A.   Yes, I do.
3    Q.   At the time do you know what the issues
4  that Carly and Larry had discussed were?
5    MR. GIBBS:  Objection.  Lack of foundation.
6    THE WITNESS:  Did I know what the issues that
7  Larry and Carly discussed?  I don't recall.  I don't
8  know if there were issues that raised -- that were
9  raised in the meeting that I attended or was it a
10  separate conversation that Larry had with Carly.  I
11  don't know.
12  BY MR. WILLIAMS:
13   Q.   Okay.  You see where Michael DeCesare
14  wrote, second bullet point, "They still feel we have
15  not fulfilled our obligation on achieving parity
16  with Sun"?
17   A.   Yes.
18   Q.   Do you know what he meant by that?
19   A.   What I would believe it means is what I
20  referred to just a few minutes ago, that -- or at
21  least implied, that I believe we used primarily Sun
22  for development -- product development servers.
23         And what they're asking -- what the
24  discussion -- I recall a discussion that took place
25  between HP and Oracle and I, assume, Larry and Carly

492

1  about using more HP hardware, buying more HP
2  hardware.
3         And I think that's what they're talking
4  about here, is they -- Carly or HP wants us to be --
5  wants to be on more of a parity with Sun as far as
6  number of servers or the fact that we're building
7  our product on HP product -- HP hardware.
8    Q.   Okay.  Just above Michael DeCesare's
9  e-mail, Gary wrote, "Have any of you actually talked
10  to Larry to get his version of what he said he would
11  do?  He did not reply to my e-mail requesting an
12  update on the meeting."  See that?
13   A.   Yes, I do.
14   Q.   So, it seems to suggest that Larry did
15  meet with Carly at some point, right?
16   A.   Correct.
17   Q.   And did you know that Larry met with
18  Carly?
19   A.   As I said, I was in that one meeting, I
20  don't know if he had other meetings with her.
21   Q.   Okay.  Then you reply, saying, "I did.
22  He committed to have 100 percent of Oracle's data on
23  HP by June."  Do you see that?
24   A.   Yes, I do.
25   Q.   And what did Larry say to you?

493

1    A.   I don't recall.  I'm reading the e-mail
2  as we're seeing here, both of us.
3    Q.   Okay.  He -- you also wrote, "He
4  admitted that he didn't know what this precisely
5  meant, but he wants it to be worked out."  See that?
6    A.   Yes.
7    Q.   And what do you mean by that?
8    A.   Just one point that might help clarify.
9  I remember the question, and it's actually asked,
10  answering your question as well, at least partly.
11         When Larry -- I remember this question
12  about 100 percent of Oracle's data, and there's a
13  lot of question of what that means.  And Larry said
14  that it meant Oracle production data.
15         So, for example, if we were using OSO,
16  the actual data that's stored on a server for that
17  system, for that application, that module would be
18  on HP, what Larry was committing to do by June or --
19  by June.
20   Q.   I'm sorry.  When you say "data," what --
21   A.   Data.  For example, remember we were
22  talking about pipeline in OSO that lists customers
23  and who the account rep is and all that?  That's
24  data.
25   Q.   Sure.

494

1    A.  So, that's production data versus test
2  data, where you're just testing the applications.
3  And so, I remember Larry committing to having Oracle
4  production data on HP for at least some of the
5  applications.  I don't remember if it was all.
6         And he -- you know, when he said -- he
7  admitted that he didn't know what this precisely
8  meant but wants it to be worked out, he is a senior
9  executive, was giving us a direction, and expected
10  me or somebody to work out exactly what that meant.
11    Q.  I understand.  You then go on to say,
12  "As I indicated in another e-mail, we have a
13  25-million-dollar deal with HP this quarter that's
14  dependent upon putting details against Larry's
15  commitment."  You see that?
16    A.  Yes, I do.
17    Q.  And that means -- that sounds like what
18  you're saying is "Unless we get this ironed out or
19  get these details corrected, we're not going to get
20  this 25-million-dollar deal this quarter."
21    A.  Yeah.  HP, even though it was a separate
22  thing about using their hardware, was using it as
23  leverage --
24    Q.  Right.
25    A.  -- as you can imagine one company does

495

1  to another, as leverage, in whether they were going
2  to sign our deal or not.
3         MR. WILLIAMS:  Right.  I'm going to show you
4  what's been previously marked as DeCesare No. 2.
5  It's Bates numbered NDCA-ORCL 055957 through 962.
6  BY MR. WILLIAMS:
7    Q.  I'll ask you to take a look at it and
8  let me know when you're done.
9    A.  Okay.
10    Q.  Do you recognize the document?
11    A.  No, I don't.
12    Q.  You recognize the subject matter,
13  though, right?
14    A.  I do.
15    Q.  Okay.  And --
16    A.  I do.
17    Q.  And the first page of the document
18  appears to be an e-mail from Michael DeCesare to
19  you, Frank Varasano and Kurt Speck, right?
20    A.  Correct.
21    Q.  Forwarding -- or it's trailing a couple
22  of other e-mails regarding "HP Q2 Execution Plan
23  Update for November 10 Thursday" --
24    A.  Correct.
25    Q.  -- right?

496

1         And this appears to be --
2    A.  I'm sorry.  Did you say November 10th?
3    Q.  Isn't that what's in the subject line?
4    A.  Correct.  I'm sorry.  I was looking at
5  the date.
6    Q.  The date is actually November 9th,
7  though, right?
8    A.  You're correct.
9    Q.  It appears that maybe there's some
10  deadline that you guys are trying to make on
11  November 10th.  I don't know.
12         Anyway, appears to be talking about the
13  same issues, this transaction with HP that Oracle is
14  trying to get for 2Q, right?
15    A.  Right.  There's one that Development is
16  making a commitment to regarding hardware, and then
17  there's the license deal that we have around CRM and
18  Technology.
19    Q.  Uh-huh.  Okay.  Michael DeCesare writes
20  to you, "Sandy and Frank, HP confirmed today that
21  they will try and pull the CRM portion of the order
22  off providing we deliver what we have outlined in
23  Development and Production systems."  You see that?
24    A.  Yes, I do.
25    Q.  And since they don't need all of the

497

1  license users right now, they're hedging on how big
2  the order they will do until they see how much
3  production hardware Oracle comes back with."  See
4  that?
5    A.  Yes, I do.
6    Q.  Do you know why he capitalized the word
7  "all"?
8         MR. GIBBS:  Objection.  Calls for
9  speculation.
10         THE WITNESS:  I don't recall.
11  BY MR. WILLIAMS:
12    Q.  Okay.  And who's Conway Snyder?
13    A.  I don't know for sure, but I believe he
14  was in the alliance organization.  And when I spoke
15  earlier and I mentioned -- you asked about Renee Ni,
16  and I said she ran the partner organization.  I
17  believe her actual title was, like, senior vice
18  president of alliances.  And I would imagine Conway
19  Snyder was in her group.
20    Q.  Okay.  What are alliances?
21    A.  Alliances would be -- it could be
22  related to partners, implementation partners like
23  we've talked before like Bearing Point.  It could be
24  alliances like Sun and HP, Compaq when Compaq
25  existed, where we would identify ways to work

Sanderson, Jr., Edward J  7/26/2006  9:00:00 AM

498

1  together.
2        For example, I remember we had an
3  alliance with Dell and the -- the world was moving
4  from mainframe computers to actually small servers,
5  given the power of PCs. And so, we had an alliance
6  with Dell where we worked collaboratively together
7  so that our database worked on their product, and
8  alliances would help facilitate that.
9        Q. Okay. Could the reason that Michael
10  DeCesare capitalized "all" be that HP didn't intend
11  to use all of the licenses that it bought but only
12  some of them currently?
13        MR. GIBBS: Objection. Lack of foundation,
14  calls for speculation.
15        THE WITNESS: It is speculation. I can't
16  imagine a customer buying -- take a step back.
17  Remember I said in database we sold by seats,
18  typically, as the number of users.
19        MR. WILLIAMS: Right.
20        THE WITNESS: It's the same thing in
21  applications. We just happen, instead of using
22  "seats," we said "users" for application side. I
23  can't imagine a client, a customer, buying --
24  spending money for something they're not going to
25  use.

499

1        On the other hand, what Oracle would do
2  sometimes, if the customer came back and said, "You
3  know, I'm going to need -- I'm going to need 100
4  users for an application. I want to pay for 100
5  users." But their plan is to roll it out to the
6  entire company, and that means that there's going to
7  be a thousand users in the end, what we would do, as
8  any software company would do, is go back and say,
9  "Okay. If you buy 100 users, we'll give you a
10  10-percent discount. If you buy a thousand users
11  now, we'll give you a 25-percent discount."
12        And so, companies would look at not only
13  what their current needs are but their projected
14  needs, and so, sometimes companies would buy on that
15  base. It was a win for them; it was a win for us.
16  BY MR. WILLIAMS:
17        Q. Now, in circumstances like you've
18  described where a customer might say, "Well, I have
19  need for 100 now, but I intend to roll out to the
20  entire company over the next couple of years, so I'm
21  going to buy 1,000 now," would Oracle recognize the
22  revenue, the license revenue, for the entire 1,000
23  on that sale up front?
24        MR. GIBBS: Objection. Lack of foundation.
25        THE WITNESS: One, it goes through rev req.

500

1  I mean, any deal --
2  BY MR. WILLIAMS:
3        Q. What does that mean?
4        A. Any deal goes through revenue
5  recognition. It was a group in Finance that looked
6  at the deal. And if there was any questions, they
7  went to our accountants, outside external
8  accountants, to verify it.
9        But if it was a legitimate license deal,
10  HP bought, you know, license from Oracle, and it was
11  a legitimate deal, whatever our deals were, then you
12  got to recognize that revenue. That's standard
13  revenue-recognition practices.
14        Q. Okay. I kind of got lost there.
15        A. Okay.
16        Q. When you say it's a -- if it's a
17  legitimate deal --
18        A. Yeah.
19        Q. -- just based on my hypothetical, are
20  you saying that if a customer said that it was going
21  to implement 1,000 users two years from now but only
22  was going to roll out 100 now --
23        A. Uh-huh.
24        Q. -- but you told them 1,000 licenses now,
25  are you saying that Oracle could recognize the

501

1  revenue on the -- on 1,000 licenses upon the sale?
2        A. Yeah, because that's what --
3        MR. GIBBS: Objection. Lack of foundation.
4        THE WITNESS: Yeah, because that's what the
5  customer bought.
6  BY MR. WILLIAMS:
7        Q. Okay. Even if they weren't going to use
8  it for a couple years?
9        A. That's the customer's decision, but
10  that's what they bought from Oracle.
11        Q. Okay.
12        A. It's as if a company said to an
13  automobile dealership, "I only need one car now, but
14  I'm going to need ten in a year," and we say, "Okay.
15  We'll give you 10 percent on that one car. We'll
16  give you 25 percent on all the ten."
17        They might buy the ten. That dealer
18  recognizes the revenue on all ten cars, even though
19  their customer may only be using one initially.
20        MR. WILLIAMS: I'm told that the tape has to
21  be changed --
22        THE WITNESS: Okay.
23        MR. WILLIAMS: -- so why don't we take five.
24        THE VIDEOGRAPHER: Off the record at
25  3:34 p.m., and this marks the end of Tape 3 of

Sanderson, Jr., Edward J  7/26/2006  9:00:00 AM

502

1   Volume II.
2           (A brief recess was taken.)
3           THE VIDEOGRAPHER:  We are back on the record
4   at 3:39 p.m., and this marks the beginning of Tape 4
5   of Volume II.
6   BY MR. WILLIAMS:
7       Q.  Still on DeCesare No. 2, if you turn to
8   Bates ending 958, that's at the top of the page.
9   Appears to be an e-mail that -- a continuation of an
10  e-mail from Conway Snyder to Juan.  He writes, "HP
11  confirmed again today that they're willing to do a
12  Q2 CRM deal in some amount if we can pull together
13  machine requirements into a binding PO and resolve
14  the development issues we're working on.  According
15  to Phil May, HP is willing to buy as much CRM from
16  Oracle as we buy in HW," which I'm assuming is
17  hardware, right --
18      A.  Yes.
19      Q.  -- "Support and other requirements,"
20  right?
21      A.  Uh-huh.
22      Q.  So, you knew that this CRM sale was,
23  like you said, dependent upon an agreement with HP
24  to actually buy HP hardware and support?
25          MR. GIBBS:  Objection.  Lack of foundation,

503

1   mischaracterizes the document.
2           THE WITNESS:  As I said, I knew that there
3   was discussion that Larry had had with Carly around
4   HP -- using HP product and, as I pointed out also,
5   that it was around production data.
6           I don't recall a lot beyond that now.  I
7   don't recall the fact that there was a purchase
8   order -- you know, that there would be need to be a
9   binding purchase order.  I don't recall that.
10  BY MR. WILLIAMS:
11      Q.  Right.  I understand that.  But I mean,
12  all I'm saying is that Michael obviously forwarded
13  you this information --
14      A.  Right.
15      Q.  -- at the time, right?
16      A.  Correct.
17      Q.  All right.  I'm going to show you what's
18  been previously marked as DeCesare No. 5.  DeCesare
19  No. 5 is Bates numbered NDCA-ORCL 020850 and 851.
20      A.  Okay.
21      Q.  Do you recognize the document?
22      A.  I do not.
23      Q.  It's an e-mail from Mark Barrenechea to
24  Michael DeCesare, cc'ing Larry Ellison, you, Gary
25  Bloom, Frank Varasano, Gary Roberts, Ron Wohl,

504

1   Conway Snyder, Kurt Speck and Andrea Fletcher,
2   right?
3       A.  Correct.
4       Q.  Dated November 11th, 2000, right?
5       A.  That's what the e-mail says.
6       Q.  And the subject line is "HP Q2 Order
7   Update," right?
8       A.  Correct.
9       Q.  And it's still talking about the same
10  subject that we've been discussing for the past few
11  minutes, a Q2 HP sale of CRM in exchange for
12  purchase of hardware from HP?
13      A.  Yeah.  I think what you said is right,
14  Shawn, as far as an exchange.  But I wouldn't -- I
15  mean, it was -- as I recall, it was treated as two
16  separate items.  It was a CRM deal, and then there
17  was an agreement with HP around product.
18          And it says in here based on an MOU that
19  had been done, quote, "last summer."  "Exchange" can
20  imply to somebody that it was something other than
21  that.
22      Q.  Right.  Well, let's just work through
23  this.
24      A.  Okay.
25      Q.  So, the e-mail that Mark sent to you

505

1   actually forwards an e-mail that Mike DeCesare
2   wrote, and he writes, "We have an opportunity to
3   move a Q3 15-million-dollar-plus CRM order into Q2.
4   For this to occur, we need tight coordination
5   between all the needed Oracle parties.  Because of
6   this, I'm copying all the Oracle executives I
7   believe need to be involved to make this happen."
8           Then he goes on to say "Development
9   Issues:  There's a meeting scheduled next week
10  between members of our development organization and
11  HP.  The goal is to generate a document which is
12  more specific than the MOU from last summer that
13  spells out what Oracle will do to further improve on
14  the parity issues that HP perceives exists between
15  Oracle on HP versus Oracle on Sun," right?
16      A.  Yes.
17      Q.  "This document will be nonbinding but
18  needs to be bought into from all the stakeholders on
19  Oracle side since HP will expect us to execute
20  against these commitments.  Conway Snyder owns this
21  process on the Oracle side."
22          And you think Conway was in alliances,
23  right?
24      A.  That is my best guess.
25      Q.  Okay.  Then he goes on to say,

Sanderson, Jr., Edward J  7/26/2006  9:00:00 AM

506

1    "Production Hardware Commitment:  Conway Snyder is
2    currently working with all Oracle organizations to
3    come up with what hardware Oracle will need to
4    purchase to fulfill our commitment of 100 percent of
5    the database servers on HP by June."  You see that?
6        A.  Yes, I do.
7        Q.  Okay.  Then deeper into the -- he also
8    says, "We need to ensure this list is comprehensive
9    and lists what time frame Oracle will need the
10   hardware.  We will then need to cut HP a binding
11   purchase order for the hardware, even though it will
12   be ordered as needed.  To ensure that we are not
13   rushing at the end, I would like to ask that we
14   begin to work the contract issues with HP now to
15   ensure that all documents are in place before
16   November close."
17       So, it looks like Michael DeCesare is
18   doing what he can to make sure this deal gets into
19   the second quarter of 2001, right?
20       A.  Yes.
21       Q.  "Provided HP has confidence that both
22   companies have a common game plan on the development
23   side and HP has confidence that Oracle is stepping
24   up to all the hardware they feel we've already
25   committed to purchase, they've committed to move

507

1    forward on the CRM order.  I believe we will need
2    Larry to speak to Carly after we have the above
3    needed documentation as a final step."
4        Do you know whether Larry spoke to Carly
5    regarding this transaction?
6        A.  I do not.
7        Q.  Okay.  I'm going to show you what's been
8    previously marked as DeCesare No. 3.  It's Bates
9    numbered NDCA-ORCL 020844 through 849.
10       Take a look at DeCesare No. 3 and let me
11   know when you're done.
12       A.  Okay.
13       Q.  Okay.  DeCesare No. 3 is an e-mail from
14   Michael DeCesare to Larry Ellison, you and Safra
15   Catz, right?
16       A.  Correct.
17       Q.  Regarding the close plan for HP -- well,
18   regarding the HP CRM close plan?
19       A.  Correct.
20       Q.  Still discussing the same transaction,
21   CRM transaction, that we've been discussing over the
22   past few minutes, right?
23       A.  Right.  Appears that, yes.
24       Q.  And, apparently, Michael DeCesare spoke
25   with Phil May again on or around November 28th of

508

1    2000.  Actually, he says tonight he spoke with him.
2        He writes, "I spoke again to Phil May,
3    HP GM of Oracle business unit, tonight and he
4    informed us that Karen Slatford, HP SVP WW Sales, is
5    gaining support from Duane Zitsner to go to Carly
6    tomorrow to try to get approval to move forward on
7    our deal."  See that?
8        A.  Yes, I do.
9        Q.  Do you know Karen Slatford?
10       A.  I remember meeting with her.
11       Q.  Did you meet with her in November of
12   2000?
13       A.  I don't recall.
14       Q.  Do you know Phil May?
15       A.  I don't recall whether I met him or not.
16       Q.  Okay.  Going down to the first bullet
17   point, he writes -- Michael DeCesare writes,
18   "Consistent with Larry's conversations with Carly,
19   HP will expect a purchase order for the following
20   amounts."  See that?
21       A.  Yes, I do.
22       Q.  Did you know that Larry Ellison had
23   spoken with Carly Fiorina concerning this
24   transaction?
25       MR. GIBBS:  Objection.  Lack of foundation.

509

1        THE WITNESS:  You know, consistent with my
2    previous testimony, I don't recall -- I mean, I
3    don't recall that, and this doesn't help refresh my
4    memory.
5    BY MR. WILLIAMS:
6        Q.  Any reason to believe that he did not,
7    based on what is in the document?
8        A.  You know, I have difficulty with those
9    kinds of questions because you're -- I mean, I'm
10   reading the same thing that you are.  And, again,
11   it's questioning the veracity of somebody.  And I
12   assume if DeCesare put that in there, that it
13   probably happened.  I just don't recall.
14       Q.  Okay.  And going down to the next bullet
15   point, "CRM Development:  As a follow-up to Larry's
16   conversation with Carly, Mark Barrenechea will be
17   sending me a note tonight which will spell out
18   exactly what Oracle will do within the CRM
19   development environment to move to HP."  See that?
20       A.  Yes, I do.
21       Q.  Did you ever see such a note from Mark
22   Barrenechea?
23       A.  I don't recall.
24       Q.  Going down to the last bullet point on
25   the page, "CRM Functional Issues:  There are 14 show

510

1   stoppers that HP feels are keeping them from being
2   able to achieve their global rollout which is
3   scheduled between April and October." See that?
4        A.  Yes, I see that.
5        Q.  Do you know whether Oracle Consulting
6   was doing the implementation of Oracle software at
7   HP during this time frame?
8        A.  I don't recall specifically.
9        Q.  Going to the next page, going down one,
10  two, three -- four bullet points where it begins
11  with "Tomorrow by 10:00 a.m." --
12       A.  I see that.
13       Q.  See where he writes, "Tomorrow by
14  10:00 a.m., we will be delivering a new version of
15  the Order Documents that have the following changes:
16  The payments have now been moved to an operating
17  lease that will keep the expense for HP out of the
18  current quarter and allowing the payments and
19  expense recognition of the licenses with when HP
20  will be going live." You see that?
21       A.  I do.
22       Q.  Do you have an understanding of what
23  that means?
24       A.  I assume the "Order Document" means the
25  order document for HP purchasing CRM. "The payments

511

1   have now been moved to an operating lease," which is
2   another vehicle that customers could use to purchase
3   product, "that will keep the expense of HP out of
4   the current quarter." I don't know if they're
5   talking about our quarter or their quarter. "And
6   align the payments and expense recognition of these
7   licenses when HP will be going live."
8        So, what they've done is somehow HP
9   tied -- it appears, tied their purchase of the
10  software to when they go live in various parts of
11  the company.
12       Q.  Right. And it appears that they're
13  going to recognize the expense for the purchase
14  later than the current quarter and when they are
15  actually live on the software, right?
16       A.  Yeah, but I'm not an accounting expert,
17  so I can't comment other than what I read here.
18       Q.  Okay. Going down to the last bullet
19  point on that page, "CRM Development Document: To
20  incent HP to move on Oracle order in November and to
21  get closer to HP as a partner, Oracle is committed
22  to move the entirety of our CRM development
23  environment to HP." See that?
24       A.  Yes, I do.
25       Q.  Was that what you understood?

512

1        A.  I don't recall that specific commitment,
2   but I see what it says here.
3        Q.  Going to the next page, on the next
4   page, see where it says "Hardware Spend Document"?
5        A.  I do.
6        Q.  See where he writes, DeCesare writes,
7   "As an incentive to move on the Oracle order in
8   November, we are prepared to issue a binding
9   commitment for 20 million in total revenue" -- I
10  mean, "in total hardware. Oracle expects the HP
11  sales force to work aggressively on ensuring demand
12  is created and configurations are finalized prior to
13  these dates expiring."
14       And below that, the third bullet point
15  says, "Larry Ellison will issue an internal note to
16  Oracle confirming the commitment to HP." See that?
17       A.  Yes, I do.
18       Q.  Did you see a note from Larry Ellison
19  confirming the commitment to HP?
20       A.  I don't recall.
21       Q.  You see where it says "good" there?
22       A.  Yes.
23       Q.  Is that your handwriting?
24       A.  It does look like my handwriting.
25       Q.  Okay. And do you know why you wrote

513

1   "good" in that section?
2        A.  "Instead of allowing each member within
3   Oracle to purchase HP machines when the machines
4   they are currently using need to be upgraded, this
5   is a corporate wide commitment to move everything to
6   HP according to a schedule we have discussed. This
7   will result in more money and a more rapid sales
8   process than HP would ever be able to achieve
9   selling business unit by business unit."
10       What Oracle -- it appears from Oracle is
11  doing here, which is what you see companies do --
12  and I was giving the example of GE yesterday -- that
13  they put their procurement control at a senior level
14  in a consolidated level. It appears that's the same
15  thing that Oracle was doing to deal with HP.
16       Q.  So, it appears that you were -- even
17  though you don't recall, you were clearly involved
18  in the transaction, right?
19       A.  Yeah -- yes, I obviously saw these
20  documents.
21       Q.  Can you go to Bates ending 848.
22       A.  Okay.
23       Q.  Is that your handwriting on that page
24  too?
25       A.  It looks like it.

514

1  Q. Can you just go to the bottom right-hand
2  corner and tell me if you can read what that says,
3  the handwriting?
4  A. "Bought HP solution. 'Dazzle' software.
5  Will take six to nine months to get this done.
6  Doing in all of our offices."
7  Q. What does that mean, do you know?
8  A. I have no idea.
9  Q. If you go to the top of the document,
10 there's more handwriting there. What does that say?
11 A. It looks like it says "Plans being done.
12 May go to summer" is what I guess I wrote.
13 Q. And how about on the left-hand side of
14 that chart?
15 A. Where my handwriting is?
16 Q. Right, the handwriting.
17 A. "Will be June" something "to 5/31"
18 something.
19 Q. Okay. Can you go to the next page.
20 First, do you recognize the handwriting on this page
21 to be yours?
22 A. Yeah, it looks like it's mine.
23 Q. Can you read it for me?
24 A. The left side where it's next to the
25 bullet "Hardware requirements to get 100 percent

516

1  points. List price on the new licenses is
2  46 million, and we are currently in front of them at
3  a 50 percent discount for a net license deal of
4  23 million."
5  A. Yeah.
6  Q. Do you know what the discount ultimately
7  was?
8  A. I don't recall.
9  Q. Michael DeCesare uses the term
10 "exchange" here, and he says that HP is willing to
11 commit to these licenses in exchange for the above
12 points even though they don't need the -- or don't
13 require the additional licenses until January 2001
14 through June of 2002.
15 A. Is that a question?
16 Q. Well, I'm asking if -- you see that,
17 right?
18 A. I do see the words, yes.
19 Q. And it appears that he is saying that
20 this order was indeed in exchange for, I guess, the
21 above points, the, I guess, hardware requirements to
22 get to 100 percent date database servers on HP.
23 A. Okay.
24 Q. Do you agree with that?
25 A. That's the term he uses there, correct.

515

1  database service on HP," it says, "5 to 10 million
2  for," I imagine that's "production data, plus
3  development requirements plus printers and
4  maintenance plus middle" something. Maybe "middle
5  tier." I don't know.
6  Q. Okay.
7  A. Down at the bottom, the two bullets "We
8  can make happen now, requiring hardware purchase or
9  wait 'til May showing we have delivered."
10 The last bullet, "They've given us a
11 commitment" -- I don't know what that is.
12 "46 million list rates, 23 million at 50 percent
13 discount, 15 million at 70 percent discount."
14 Q. Okay. And it looks like you wrote -- or
15 you have a couple bullet points there. It appears
16 that they fall under that last section there,
17 "Q2 CRM order to HP," right?
18 A. I mean, it physically falls there. I'd
19 have to study the memo pretty closely to figure out
20 whether those two bullets relate to that topic.
21 Q. Okay. So, there it looks like Michael
22 DeCesare writes that "2Q CRM Order to HP. HP will
23 not require the additional licenses until
24 January 2001 through June of 2002, but is willing to
25 commit to the licenses in exchange for the above

517

1  This is an example also of what I was talking about
2  where, in order to get a bigger discount, customers
3  will buy the additional licenses they're going to
4  need to have ahead of time so that they get the
5  benefit of the price discount.
6  MR. WILLIAMS: Ask the reporter to mark this
7  document as Sanderson No. 33.
8  (E-mail string dated 11/00 re HP Deal &
9  Discounts marked Exhibit 33 for identification.)
10 THE WITNESS: Thank you.
11 MR. WILLIAMS: It's Bates numbered NDCA-ORCL
12 025020 and 021.
13 MR. GIBBS: Shawn, the last page of this is
14 not a consecutive Bates number. I've got three
15 pages, the third of which is Bates numbered 020703.
16 It doesn't appear to be part of the document.
17 MR. WILLIAMS: I think you're right. And why
18 don't we just take that page off.
19 MR. GIBBS: Okay.
20 THE WITNESS: You want me to take it off of
21 this?
22 MR. WILLIAMS: Yeah. And you can give it
23 back to me. Thank you. And the exhibit, again,
24 it's 025020 and 21.
25 THE WITNESS: Okay.

518

1  BY MR. WILLIAMS:
2      Q.   You recognize the document?
3      A.   No, I do not.
4      Q.   It's an e-mail, however, from Jeff
5  Henley to Tom Williams on November 30th of 2000,
6  right, forwarding, right --
7      A.   Right.
8      Q.   -- forwarding an e-mail from Gary
9  Roberts to you -- I'm sorry -- to Larry Ellison,
10 cc'ing Safra Catz, Jennifer Minton, Jeff Henley,
11 Maria Maskiewicz and you, correct?
12     A.   Correct.
13     Q.   Who's Maria Maskiewicz?
14     A.   I'm trying to recall -- I mean, I don't
15 recall 100 percent, but I believe she was the
16 procurement person for Gary Roberts, who was the --
17 our CIO at that time.
18     Q.   All right.  And "procurement," meaning
19 purchasing, right?
20     A.   Yeah.
21     Q.   And this is the last day of the second
22 quarter of 2001, isn't it, November 30?
23     A.   Yes, it is.
24     Q.   And so, Gary writes to Larry, "I believe
25 you'll be discussing discounts with HP today.

519

1  Please keep these figures in mind."  See that?
2      A.   Yes, I do.
3      Q.   As you reviewed the document, was it
4  consistent with your understanding and the documents
5  that we've been reviewing concerning this HP deal
6  for the second quarter of 2001?
7      MR. GIBBS:  Objection.  Compound.
8      THE WITNESS:  Shawn, when you say
9  "consistent," in what way?
10 BY MR. WILLIAMS:
11     Q.   Well, it just seems like a continuation
12 of the same subject matter --
13     A.   Yeah, it does appear --
14     Q.   -- of the same deal?
15     A.   Yeah, it does appear that it's related
16 to the hardware purchase that we've been talking
17 about with HP.
18     Q.   And the software sale to HP of CRM,
19 right?
20     A.   Yeah, I don't see anything here that
21 specifically refers to the CRM purchase.  I think
22 this memo itself is talking about purchase of HP
23 product.
24     Q.   Okay.
25     MR. WILLIAMS:  I'll ask the reporter to mark

520

1  this document as Sanderson No. 34.  It's Bates
2  numbered NDCA-ORCL 03 -- I'm sorry -- 020839 through
3  843.
4      (Letter Agreement between Oracle
5  Corporation and Hewlett-Packard Company on 11/30/00
6  with handwritten notes marked Exhibit 34 for
7  identification.)
8  BY MR. WILLIAMS:
9      Q.   Just take a look at the document and let
10 me know if you recognize it.
11     A.   Okay.
12     Q.   All right.  Do you recognize the
13 document?
14     A.   I do not.
15     Q.   It appears to be a letter agreement
16 between Oracle and Hewlett-Packard dated
17 November 30th, 2000, correct?
18     A.   That's correct.  That's what it says on
19 there, yeah, first page.
20     Q.   And it appears to be in relation to what
21 we've been talking about, the CRM sale to HP and the
22 hardware purchase by Oracle --
23     MR. GIBBS:  Objection.
24 BY MR. WILLIAMS:
25     Q.   -- right?

521

1      MR. GIBBS:  Objection.  Compound,
2  mischaracterizes the document.
3      THE WITNESS:  I'm sorry, Shawn.  If you'd ask
4  that question again.
5  BY MR. WILLIAMS:
6      Q.   I'm just asking you if it appears to be
7  related to what we've been talking about for the
8  past half an hour --
9      A.   It does.
10     Q.   You see some handwriting on this
11 document?
12     A.   Yes, I do.
13     Q.   Do you know whose handwriting it is?
14     A.   Looks like mine.
15     Q.   Okay.  And on the top right-hand corner,
16 you write "the real story"?
17     A.   Uh-huh.
18     Q.   And do you know why you wrote that?
19     A.   I do not.
20     Q.   Okay.  And would it suggest that this is
21 the real story behind this transaction between HP
22 and Oracle?
23     A.   I would speculate that, as we saw in the
24 Gary Roberts e-mail which was Exhibit -- Sanderson
25 Exhibit 33, there was still questions about what

Sanderson, Jr., Edward J  7/26/2006  9:00:00 AM

522

1   discounts were going to be given, and then this
2   ultimately implies what the final terms that were
3   agreed upon between HP and Oracle.
4      Q.  Okay.  And on the top -- on the
5   left-hand side, you write "To demonstrate
6   partnership."  But it looks like it's related to
7   another note that you wrote, right?
8      A.  Right.  I made -- it says, "I made
9   30 million deals happen to demonstrate partnership."
10      Q.  Okay.
11      A.  And I don't know who the "I" is.  As I
12   read this, I don't know if I was on the phone with
13   somebody, and these are the comments they were
14   making or if this is -- it seems to me I'm getting
15   feedback from somebody.
16      Q.  Okay.  The next point you make -- you
17   write is what?
18      A.  "Sun is really unhappy."
19      Q.  What does that mean?  What was Sun
20   unhappy about?
21      A.  I was going to speculate, but this kind
22   of deal is -- we saw earlier Larry was going to do a
23   communication within Oracle.  That could have gotten
24   over to Sun.  It could be the Sun alliances at
25   Oracle found out about the deal and was unhappy

523

1   about it.
2      But as you might imagine, my best
3   guess -- I mean, my best guess is and, as you might
4   imagine, if Sun found out -- or when Sun found out
5   about this deal, they wouldn't be very happy, just
6   as if we did the deal with Sun, HP wouldn't be
7   happy.
8      Q.  Sure.  What's the next comment you write
9   there?
10      A.  "Is this the way we are going to do
11   deals, each has to buy something."
12      Q.  Do you know what you meant by that?
13      A.  I think either I or somebody was
14   questioning, saying, you know, when you're working
15   with HP and Sun, you know, for example, when we do
16   Sun, are they going to place requirements on us
17   would be my guess.
18      Q.  Looking at the agreement No. 4, entry
19   No. 4, it states, "If Oracle does not complete the
20   commitments in 1 through 3 above, then Oracle will
21   pay a cancellation fee of $15 million less the
22   invoiced amount of products delivered from this
23   blanket purchase order and paid for by
24   June 15th of 2001."  You see that?
25      A.  Yes, I do.

524

1      Q.  Were you aware of that at the time --
2   well, withdrawn.
3      Do you know who negotiated that
4   cancellation?
5      A.  It certainly wasn't me.  As I said, this
6   was a totally separate deal.  It's signed by Safra
7   Catz.  I think if you talk to Safra, she can explain
8   it for you.
9      Q.  Okay.  You see these fax lines on the
10   top here.  Do you know what Bardwick is?
11      A.  I do not.
12      Q.  Okay.  I can't recall if I asked you
13   what the handwriting on the right-hand side was on
14   this page.
15      A.  It says "Gives flexibility."
16      Q.  "Gives flexibility," okay.
17      Turn to the next page, please.  Can you
18   tell me what the handwriting -- well, withdrawn.
19      Is the handwriting on this page your
20   handwriting?
21      A.  It appears to be.
22      Q.  Can you tell me what it says on the
23   left?
24      A.  It looks like on the left it's next to
25   No. 3, where it says "Oracle will operate CRM online

525

1   services, the Oracle Store," et cetera, specified in
2   this document, and I've written there "almost all
3   done."
4      Q.  And how about on the bottom left?
5      A.  "Ask sales team," I --
6      Q.  Okay.
7      A.  -- believe is what it says.
8      Q.  How about on the right-hand side?
9      A.  Related to No. 2, it looks like, "Done
10   as of last weekend, even middle tier, disk too."
11      Q.  Do you know whether HP actually
12   implemented the CRM software that was sold to
13   them --
14      A.  I don't --
15      Q.  -- as part of this agreement?
16      A.  I don't recall.
17      Q.  Do you know if Oracle paid any
18   cancellation fee related to this agreement?
19      A.  I don't recall hearing anything like
20   that, and I think, frankly, something that
21   significant, I would recall, but I don't recall
22   anything like that.
23      Q.  Do you know whether Oracle recognized
24   the revenue from the CRM sale in Q2 '01?
25      A.  Why wouldn't they recognize the CRM

526

1   revenue?
2       Q.  I'm -- does that mean, as far as you
3   know, yes?
4       A.  I don't -- I don't remember, frankly,
5   whether we did the deal with HP.  It implies here
6   that we did in Q2.
7       Q.  Okay.
8       A.  But I don't even remember whether we did
9   it or not.
10      Q.  Okay.  I'll show you what's been marked
11  as DeCesare No. 4.
12      A.  Okay.
13      Q.  You recognize DeCesare No. 4?
14      A.  I do not.
15      Q.  It appears to be an e-mail from Mark
16  Barrenechea to Michael DeCesare, cc'ing Larry
17  Ellison, Safra Catz, you and Frank Varasano, right?
18      A.  Yes, correct.
19      Q.  Forwarding an e-mail from Michael
20  DeCesare, in which he writes -- well, in the subject
21  line "HP is in, for over 21 million in CRM license."
22  See that?
23      A.  Yeah.  The subject line is "HP is in."
24      Q.  Right.
25      A.  And then under Mike DeCesare's note, it

527

1   says, "for over 21 million in CRM license."
2       Q.  Okay.  And that suggests that --
3       A.  That suggests --
4       Q.  -- that it actually made it in 2Q '01?
5       A.  Yes, that's correct.
6       MR. WILLIAMS:  I actually have a couple of
7   copies that I need to make that I wish that I had,
8   so I'd like to take five minutes.
9       THE VIDEOGRAPHER:  Off the record at
10  4:22 p.m.
11      (A brief recess was taken.)
12      THE VIDEOGRAPHER:  We are back on the record
13  at 4:31 p.m.
14      MR. WILLIAMS:  Ask the reporter to mark this
15  document as Sanderson No. 35.
16      (E-mail string dated 12/00 re Early
17  Returns Q2 CRM update marked Exhibit 35 for
18  identification.)
19  BY MR. WILLIAMS:
20      Q.  It's Bates numbered NDCA-ORCL 020728
21  through 30.  Ask you to take a look at the document
22  and let me know when you're done.
23      A.  Okay.
24      Q.  Do you recognize the document?
25      A.  I do not.

528

1       Q.  It appears to be an e-mail from Jeff
2   Henley to Stephanie Aas on December 4th of 2000,
3   forwarding an e-mail from Mark Barrenechea to
4   Ellison, Catz and Henley.  Is that a fair
5   characterization?
6       A.  That's what the document says, yes.
7       Q.  Did you know that Mark Barrenechea had
8   kind of -- did a summary of all the CRM sales,
9   including from your division, for Q2?
10      A.  I don't recall.  I don't think I saw
11  this.
12      Q.  Okay.  And going to the last page,
13  ending 730, see where he writes "Special
14  Highlights"?
15      A.  Uh-huh -- yes.
16      Q.  He writes, "OSI:  We missed BellSouth
17  but the convertible Q3 pipeline looks good."  See
18  that?
19      A.  "Looks great," correct.
20      Q.  I'm sorry.  "Looks great."  And with
21  respect to OPI, he writes, "Without HP, it would
22  have been different.  The East did not bring in any
23  business.  Steve M. has a large Q3 pipeline."
24      A.  Right.
25      Q.  Is that consistent with your

529

1   understanding of Q2 --
2       A.  As --
3       Q.  -- for your division?
4       A.  For OPI, as I mentioned to you, I didn't
5   remember that we had gotten the HP deal, so I don't
6   remember any specifics -- other specifics either
7   about the quarter.
8       Q.  You don't, okay.
9       It looks like -- if you go to the
10  previous page, it looks like that HP transaction was
11  21 million -- 21.5 million in license revenue for
12  the quarter.
13      A.  Right.  That's what it says here.
14      MR. WILLIAMS:  I'd ask you to take a look at
15  this document as Sanderson No. 36.
16      (Letter dated 11/30/00 to Carly Fiorina
17  from Larry Ellison with handwritten notes
18  marked Exhibit 36 for identification.)
19  BY MR. WILLIAMS:
20      Q.  I'd ask you to take a look at Sanderson
21  36.
22      A.  Okay.
23      Q.  You recognize that document?
24      A.  I do not.
25      Q.  Appears to be a letter to Carly Fiorina,

530

1  dated November 30th, 2000, from Larry Ellison, but
2  it's not signed, right?
3      A.  Correct.
4      Q.  And is that your handwriting on the
5  document?
6      A.  Yes, it appears to be.
7      Q.  Okay.  Can you tell me what you wrote on
8  the first page, top right-hand corner?
9      A.  "Where is this the same as committed in
10 the MOU?  How many servers?"
11     Q.  Right.
12     A.  "What do we need for HP to make this
13 work?"
14     Q.  What did you mean by "What do we need
15 for HP to make this work"?
16     A.  I don't know.
17     Q.  How about the bottom of the page in your
18 handwriting?
19     A.  "We have weekly calls to track
20 progress."  We've -- "We are" or "We're committing
21 30 million."
22     Q.  Okay.  And the next page handwriting?
23     A.  "CRM and ERP."
24     Q.  And if you'd go to the next page.
25     A.  Under -- next to No. 7, "Ongoing

531

1  implementation."  And then further down next to
2  "Oracle SalesOnline.com.  Already on HP, learning
3  experience for both of us, work well together, in
4  production 100 days, blew through 200,000
5  subscribers."
6          Next to "Oraclesupport.com," it says
7  "customer care."  And then down at the bottom of
8  837, it says, "Including mid-tier."
9      Q.  Okay.  Go to the next --
10     A.  Okay.  Next to "field readiness,"
11 No. 10, "Field Readiness," it says, "This is where
12 latest and greatest CRM demo will exist.  Will
13 complete" -- no, "will compete with Sun."  And then
14 in parentheses, it looks like it says something like
15 "for updates."
16         Also related to No. 10, it says,
17 "Opportunity."  That was a shorthand I used for
18 "opportunity."  "Opportunity to compare HP versus
19 Sun."  And then under "ADS," which was the
20 demonstration environment, "Updated four times a
21 year."
22     Q.  Okay.  And this -- this appears to be a
23 draft of a letter, right, simply because it's not
24 signed by Larry?
25     A.  It could -- it could be a draft, or it

532

1  could be that this was what was sent, and they just
2  electronically sent -- Larry signed the letter and
3  mailed it to Carly or however he had it delivered,
4  hand-delivered, and then --
5      Q.  And they sent you one?
6      A.  -- and somebody sent an electronic
7  inversion of what Larry signed.  So, it could either
8  be a draft or the final.
9          MR. WILLIAMS:  I'm going to ask the reporter
10 to mark this document as -- I'm sorry.
11         Ask the reporter to mark this document
12 as Sanderson Exhibit No. 37.
13         (Letter dated 11/30/00 to Carly Fiorina
14 from Larry Ellison marked Exhibit 37 for
15 identification.)
16     THE WITNESS:  Thank you.
17     MR. WILLIAMS:  It's Bates numbered NDCA-ORCL
18 021378 through 381.
19     THE WITNESS:  Okay.
20 BY MR. WILLIAMS:
21     Q.  That appears to be a signed version of
22 that letter?
23     A.  That's -- it does appear to be the case,
24 yes.
25     Q.  Signed by Larry Ellison, right?

533

1      A.  Correct.
2      Q.  On November 30th, 2000?
3      A.  Right.
4      Q.  Do you know whether or not OPI would
5  have made its 2Q '01 forecast without the HP
6  transaction?
7      A.  Two comments:  No, I don't recall.  Two,
8  I put that in the same category as suggesting we
9  pull Covisint out, or maybe we should find some
10 other deals in that quarter that we could pull out
11 and then see if we were going to make the quarter or
12 not.  I don't.  Short answer is I don't.
13     Q.  I just have a couple of questions about
14 the Covisint.
15     A.  Okay.
16     MR. WILLIAMS:  I'll ask the reporter to mark
17 this document as Sanderson No. 38.
18         (E-mail string dated 12/00 re Covisint
19 Contract marked Exhibit 38 for identification.)
20     MR. WILLIAMS:  It's Bates numbered NDCA-ORCL
21 041967 through 969.
22     THE WITNESS:  Okay.
23 BY MR. WILLIAMS:
24     Q.  Okay.  Do you recognize the document?
25     A.  No, I don't.

Sanderson, Jr., Edward J  7/26/2006  9:00:00 AM

534

1   Q. Okay.
2   A. I do remember the issue.
3   Q. Okay. It appears to be an e-mail,
4  December 31st, 2000, e-mail, from Safra Catz to
5  Tom Williams, Jennifer Minton, Jeff Henley, Larry
6  Garnick, forwarding a series of e-mails, one of
7  which you are the recipient, a December 22nd,
8  2000, e-mail to you, Safra, cc'ing Mike Rosser, from
9  Mark Barrenechea, discussing the -- I guess the
10  product breakdown of the Covisint transaction,
11  right?
12   A. Correct.
13   Q. All right.
14   A. It's the -- I'm sure this is what you're
15  saying, but it's the allocation of revenue across
16  the different license components for the Covisint
17  deal.
18   Q. That's exactly what I meant to say.
19   A. Right.
20   Q. You said that you do recall the issue?
21   A. I do.
22   Q. What do you recall about it?
23   A. The issue that I'm talking about is I
24  remember Mark was unhappy -- Mark Barrenechea was
25  unhappy that CRM -- on a 60-million-dollar deal, CRM

535

1  which was included in the deal was only going to
2  give revenue to recognize for CRM of $128,000.
3   Q. All right. That's all that you remember
4  about the issue?
5   A. That was -- yeah, that's the only thing
6  that was at issue. I remember Mark being unhappy
7  about that. He wanted more revenue recognized for
8  CRM, as Mike Rosser, who worked for Mark, suggested
9  in the last page of this document.
10   Q. Now, the Covisint transaction was a
11  transaction out of OPI, right?
12   A. Correct.
13   Q. Been negotiated for a long time, many
14  months --
15   A. Yeah.
16   Q. -- fair?
17   A. Yeah. It was a very complex deal, yes.
18   Q. And Ray Lane had been negotiating the
19  contract for OPI up until he left, right?
20   A. That's correct.
21   Q. And you kind of picked up the leadership
22  on the transaction sometime in July, early August of
23  2001?
24   A. Yeah.
25   Q. I'm sorry. 2000.

536

1   A. 2000, right after Ray left.
2   Q. And do you know how long it had been in
3  the making prior to that?
4   A. I don't, but it was a number of months.
5   Q. Okay. And the way that it appears to be
6  broken down here on the last page of this document,
7  can you explain to me what the list price for the
8  Oracle software represents? It appears to show --
9  at least the top breakdown shows a list price of
10  12 billion -- is that billion dollars for exchange?
11   A. Twelve -- I guess so, yeah, 12 billion.
12   Q. I think it's 12 billion, right?
13   A. No, it is, but I also -- I know that's
14  what the numbers say, but I was also trying to see
15  if I recall what the list price was. Okay.
16  12 billion.
17   Q. Okay. Was that not the list price?
18   A. I have no reason to question that price.
19   Q. Right. Had Oracle sold exchange
20  software prior to selling it to Covisint?
21   A. We did have other exchange customers,
22  and I don't know what the timing was, whether they
23  were before or after Covisint.
24   Q. Okay. Was the exchange that was -- the
25  exchange software that was sold to Covisint software

537

1  that was built for Covisint, or was it Oracle
2  Exchange that it had built for customers?
3   A. It was -- it was primarily the Oracle
4  Exchange product. It's not unusual, when you're
5  working with a strategic customer, that they may
6  provide input into what they'd like to see in the
7  product.
8   Q. Right. Okay. So, do you know how
9  Oracle came up with the list price of $12 billion
10  for the exchange piece of the software?
11   A. I -- I vaguely remember. We -- we used
12  units, for example, as I talked about earlier on
13  database used number of users -- I'm sorry, number
14  of seats, and then on the applications, you said the
15  number of users.
16   The -- so, we had parameters like that
17  that you applied against our pricing schedule or
18  pricing software that would produce that number.
19  The -- I remember -- hopefully, this is helpful. I
20  remember when we were negotiating with General
21  Motors, DaimlerChrysler and Ford, which frankly was
22  one of the challenges to get them to agree and had a
23  lot to do with why the deal took so long, that at
24  one point they were giving us astronomical -- what I
25  would term as astronomical numbers of users for the

Sanderson, Jr., Edward J  7/26/2006  9:00:00 AM

538

1  product because they envisioned the Exchange being
2  used by employees of Covisint and, as I recall, some
3  employees within Ford, within DaimlerChrysler,
4  within GM, and it created a huge number.
5       And, in fact, I even remember us going
6  back and challenging them as to whether they really
7  needed that many users because it was at one point a
8  transaction much larger than 60 million.
9       Q.  And so, you think that's how you,
10  Oracle, came up with the $12 billion --
11       A.  Billion dollars --
12       Q.  -- list price, and it was based upon the
13  number of users that Covisint had intended to have
14  using the software?
15       A.  Yes.  Excuse me for interrupting.
16       Q.  Okay.
17       A.  Yeah, or it was either number of users
18  or some parameter like that that we used for the
19  exchange.  And I don't recall what the specific
20  parameter was.
21       Q.  Okay.  And how about the database
22  portion?  Same issue, number of users --
23       A.  Most --
24       Q.  -- planned?
25       A.  I apologize again.

539

1       Q.  Okay.
2       A.  Most -- in most cases, database was sold
3  on number of seats, which led to a
4  1.3-billion-dollar number at list price.
5       Q.  Would you say the same for the CRM and
6  the ERP?
7       A.  Yes.  And I think the difference here,
8  as I recall, was the exchange and the database was
9  going to be used by a large number of users, which I
10  want to -- I just thought of one other thing I
11  should tell you.  But to answer your answer
12  specifically around CRM and ERP, that was only going
13  to be used within Covisint itself.  It wasn't going
14  to be used by employees outside the company.
15       One other thought I thought about the
16  exchange and the database, the exchange was a -- is
17  business-to-business, and it was going to allow
18  companies like Ford to work with its suppliers.  And
19  it was electronic business environment.  And so, you
20  actually factored in supplier, you know, users as
21  well.
22       Q.  Okay.  What was the basis of the
23  99.5 percent discount?
24       A.  Are you talking about -- is that what
25  the overall discount -- yeah, I see it.  I'm sorry.

540

1  Now I see it.
2       I don't recall specifically how we
3  landed at it.  I don't know how we landed on the
4  60 million, which -- I don't know if the 60 million
5  came first or the 14 -- I know the 14 -- we probably
6  shared the 14 billion with the customer just to help
7  them understand the number of users that they were
8  asking for.
9       Q.  The 12 billion you mean?
10       A.  Yeah.  I was just doing 12, and I was
11  adding the other --
12       Q.  Oh, the remainder?
13       A.  -- remainder, and I was rounding up.
14       Q.  Okay, I see.
15       A.  Yeah, 12 billion.  I don't know how we
16  came to the 99.5 percent discount.  It was
17  negotiation with those three companies and Oracle,
18  and, as I indicated to you, it was quite a
19  protracted negotiation.
20       Q.  Did you share that number with Covisint,
21  the 12-billion-dollar list price?
22       A.  I can't recall, but I wouldn't be
23  surprised that one of our salespeople shared it with
24  them.
25       Q.  But a 99.5 percent discount is pretty

541

1  much giving the software away, right, in terms of
2  percentage of the discount?
3       A.  Yes.  On one hand, yes.  On the other
4  hand, we never believed in Oracle that they were
5  going to have as many users as they said they were
6  going to have on this software, and we got into a
7  debate on that.
8       Q.  Right.
9       A.  And I mentioned to you, we actually
10  tried to get them to reduce the numbers of people
11  they said that would use it.  And as I recall, we
12  weren't very successful at that, because I think
13  they determined that that was some -- we were trying
14  to reflect on what -- how successful we thought it
15  would be or wouldn't be.
16       And we thought the number of users would
17  be ridiculous and, as a result, we gave them,
18  obviously, a very substantial discount that still
19  led to a very substantial deal for Oracle.
20       Q.  Do you know whether Covisint said, "All
21  right.  $60 million is what we intend to spend.  I
22  don't -- and you guys figure out how you want to
23  break down the software package"?
24       A.  Yeah, I don't recall that.  And, in
25  fact, as I recall also, we did not -- CEO was a

Sanderson, Jr., Edward J  7/26/2006  9:00:00 AM

542

1  incorporated company joint venturer across the three
2  firms that I just mentioned, automobile
3  manufacturers.  And I believe at this time -- I'm
4  not sure that the CEO was in place --
5       Q.  I see.
6       A.  -- so, which made it more, you know,
7  obviously, challenging in doing this deal.
8       Q.  If you turn to the first page of the
9  document, the e-mail from Safra to Tom Williams --
10       A.  Right.
11       Q.  -- and, actually, the e-mail from Tom
12  Williams below that.  You can't tell who he's
13  writing it to, but the fact that Safra responds to
14  it, one would assume that she was at least one of
15  the recipients.  Is that fair to say?
16       A.  That would be fair to say.
17       Q.  And he writes to whomever, "We should
18  discuss following our normal policy of allocating
19  discounts to all products based on relative list.
20  This is what the deal is (minimal revenue for apps).
21  I can't change that.
22            "However, this is obviously an unusual
23  deal in that they are I believe using our database
24  and selected other products but relying on
25  Commerce 1 for the exchange software."  See that?

543

1       A.  Yes, I do.
2       Q.  So, do you know whether Covisint
3  intended to use any of the exchange software that
4  was part of the deal?
5       A.  I don't think they would have bought the
6  product if they weren't planning on using it.
7       Q.  Do you know what Tom Williams is
8  referring to here when he says "I believe" -- "This
9  is obviously an unusual deal in that they are, I
10  believe, using our database and selected other
11  products but relying on Commerce 1 for the exchange
12  software"?
13       MR. GIBBS:  Objection.  Lack of foundation,
14  calls for speculation.
15       THE WITNESS:  What I do recall is they did
16  have Commerce 1 in-house, and they were unhappy with
17  it.
18  BY MR. WILLIAMS:
19       Q.  Covisint did?
20       A.  Yeah.  Covisint had Commerce 1 software
21  in-house and was -- and was unhappy with it.
22  They -- as I recall, and I -- I recall to the best
23  of my recollection, they also wanted our software.
24  And I think our expectation was that the Commerce 1
25  software would be removed and our software would be

544

1  put in place.
2       Q.  Wasn't Covisint a relatively new
3  conglomerate?
4       A.  Joint venture.
5       Q.  Joint venture.  And they had already
6  purchased Commerce 1, based on your recollection --
7       A.  Yeah.
8       Q.  -- for the exchange.
9       A.  And I'm not sure, as an example,
10  Covisint even existed when they bought Commerce 1.
11  It could have been the three companies -- you know,
12  or somebody within those three companies decided to
13  buy the Commerce 1 software even before Covisint was
14  created.
15       Q.  Okay.  Still looking at this e-mail from
16  Tom Williams, he goes on to say, "As an incentive to
17  help them consider switching to our technology, we
18  gave them as much (actually likely more) as they
19  could ever use (some 2.4 trillion in annual volume
20  for exchange platform, though I might be off a digit
21  or so).  Who knows what the real value of the
22  component are?"
23       A.  Yes.
24       Q.  So, at this point as of December 31st
25  of 2000, Oracle did not know whether Covisint was

545

1  going to use the exchange software that was sold to
2  them, right?
3       MR. GIBBS:  Objection.  Lack of foundation.
4       THE WITNESS:  I recall them clearly using it.
5  But the fact that they were going to use it or not,
6  there was a legal transaction between Covisint and
7  Oracle, and which was represented in $60 million of
8  license revenue and some additional support revenue.
9       MR. WILLIAMS:  Okay.
10       THE WITNESS:  So, I think that's an
11  interesting question, but I don't know that it
12  impacts the deal at all.
13       MR. WILLIAMS:  All right.
14       THE WITNESS:  It doesn't.
15  BY MR. WILLIAMS:
16       Q.  You don't know or it doesn't?
17       A.  I'll leave it at this:  Since we're
18  talking about five and a half years ago -- I mean,
19  let me take a step back.  We would have never been
20  able to do this deal unless it went through revenue
21  recognition, which was Tom Williams --
22       Q.  Right.
23       A.  -- that reviewed that deal.  The fact
24  that we got to recognize $60 million, my speculation
25  is, because of the size of the deal, we even had our

546

1  auditors review the deal.
2      Q.  Right.
3      A.  And we recognized $60 million in the
4  third quarter of '01.
5      Q.  Like I said, I was just wondering if you
6  knew why he would write something like that, which
7  sounds like they're using Commerce 1.
8      A.  As you notice, I'm not copied on this
9  e-mail. I don't recall seeing it, and I'm sure Tom
10  Williams -- I would like to think Tom Williams can
11  explain it for you.
12      MR. WILLIAMS:  Okay. I'm going to ask the
13  reporter to mark this document as Sanderson No. 39.
14          (E-mail string dated 11/00 re Kaiser
15  Customer Call Report marked Exhibit 39 for
16  identification.)
17  BY MR. WILLIAMS:
18      Q.  Sanderson 39 is Bates numbered NDCA-ORCL
19  266718 through 719. I'm going to ask you to take a
20  look at this document and let me know when you're
21  done.
22      A.  Okay.
23      Q.  All right. Do you recognize the
24  document?
25      A.  I don't.

547

1      Q.  Appears to be an e-mail from Tyler
2  Hofinga to Kathryn Dalton and several other people
3  forwarding an e-mail that you wrote to Tom Williams.
4  Is that right? Or an exchange between you and Tom
5  Williams.
6      A.  Yeah -- yes.
7      Q.  And it's -- the subject matter says
8  "Kaiser Customer Call," but appears to be related to
9  Covisint, right?
10      A.  I had -- that's why I was a little
11  confused. Yeah, the title is different than the
12  substance of the e-mail.
13      Q.  Do you know why?
14      A.  No.
15      Q.  Okay. Do you recall the subject matter
16  of this exchange between you and Tom Williams?
17      A.  I don't. I was just reading it now. It
18  doesn't -- I don't recall this issue.
19      Q.  Okay. Well, Tom Williams appears to
20  write to you that he is -- it is his nature to
21  question the nature of every aspect of a
22  transaction, referring to Covisint, right?
23      A.  Yeah. But he -- he clearly was very
24  diligent on any revenue recognition issue, correct.
25      Q.  Right. And he says to you, "If they say

548

1  they're unwilling to wire us the money by
2  November 30th, I ask myself why."
3          As far as you know, was Covisint
4  refusing to wire the money for the transaction by
5  November 30th, 2000?
6      A.  I don't recall. I do refer you to my
7  comments up above where I say "I don't know that
8  they are unwilling to wire us the money by
9  November 30th."
10      Q.  Right.
11      A.  "This is an assumption on your part."
12      Q.  Okay. Was the intent, from your
13  perspective, to close the transaction by
14  November 30th?
15      A.  My intent was to close the transaction
16  as soon as I could.
17      Q.  Okay. But November 30th is the date
18  that's repeated at least twice or three times in
19  this -- this exchange between you and Tom Williams,
20  and that's why I'm asking the question.
21      A.  Yeah, it seems you could draw a
22  conclusion from this that, yes, we were trying to --
23  I was trying to get this done by the end of Q2.
24      Q.  Okay. And do you know why it wasn't
25  done by Q2?

549

1      A.  I don't recall specifically. I do -- I
2  do recall -- as I said, it was a complex
3  transaction. It was very hard to get somebody that
4  was in a decision-making role, and I remember having
5  a meeting up at -- in Detroit with a senior
6  executive from each of the three companies, and we
7  would reach agreement in the room. I was
8  negotiating with all three.
9          And then as soon as we got the attorneys
10  involved, I -- I mean, and I know that everybody's
11  trying to protect their own interest -- it would
12  become problematic.
13          As we talked about earlier, there was
14  issues on number of users. And I recall the GM had
15  some have tough contract requirements typically in
16  their contracts around liability and -- that were
17  very onerous. And we literally spent a lot of time,
18  Safra and I -- and Safra was really the one that led
19  the legal negotiation for us -- trying to work
20  through those issues. All that said, it was a
21  complex deal, and I tried to get it done as soon as
22  I could.
23      Q.  Okay. So -- but Safra -- withdrawn.
24          Do you know who Tyler Hofinga is?
25      A.  Tyler Hofinga -- the name's familiar,

550

1    but I don't recall who they are.
2        Q.   Do you have any recollection of actually
3    talking to Safra about this deal approximately --
4    well, withdrawn.
5        Do you recall talking to Safra with Tom
6    Williams on or around November 17th?
7        A.   I don't -- I don't recall.  As you can
8    see, what's implied in my message as well is I found
9    that when you have issues of disagreement that I
10   felt talking to each other on the phone was a better
11   way to resolve than firing e-mails back and forth at
12   each other.
13       Q.   Right.
14       A.   Thus the term "e-mail hell."
15       MR. WILLIAMS:  Why don't we take five.  I'm
16   almost done.
17       Do you intend to have a lot of cross
18   or some?
19       MR. GIBBS:  Very little.
20       MR. WILLIAMS:  Okay.  All right.  Take five.
21       THE VIDEOGRAPHER:  Off the record at
22   5:12 p.m.
23       (A brief recess was taken.)
24       THE VIDEOGRAPHER:  We are back on at
25   5:17 p.m.

551

1        MR. WILLIAMS:  I'm going to ask the reporter
2    to mark this document as Sanderson No. 40.  It's
3    Bates numbered NDCA-ORCL 027949.
4        (E-mail dated 9/19/00 re OPI Forecast
5    marked Exhibit 40 for identification.)
6    BY MR. WILLIAMS:
7        Q.   Ask you to just take a look at it and
8    let me know when you're done.
9        Don't write on the document.
10       A.   You're right.  Thank you.
11       MR. GIBBS:  You can write on this one if you
12   like.
13       THE WITNESS:  Yeah.  Let me -- okay.
14   BY MR. WILLIAMS:
15       Q.   You recognize the document?
16       A.   I do not.
17       Q.   It's an e-mail written by you to Frank
18   Varasano, Jim English and Ivgen Guner on
19   September 19th of 2000, right?
20       A.   Correct.
21       Q.   And the subject line is the "OPI
22   Forecast"?
23       A.   Yes.
24       Q.   And this is just a couple months after
25   you took over OPI; is that fair?

552

1        A.   Correct.
2        Q.   So, you're sending an e-mail to Frank
3    Varasano, and it appears that you're discussing one
4    of the forecast packages or something like that.
5        A.   Right.  And, specifically, the results
6    or projected results for the first month of the
7    quarter.
8        Q.   Right.  And you write Frank, "As I
9    mentioned in a prior e-mail, I most likely won't be
10   on the forecast call today.  I looked at the
11   forecast package, and there are three things I'd
12   like you to pursue on the call."
13       The first thing you say is the number of
14   September -- "The number for September has dropped
15   by half."
16       Do you know what you meant by that?
17       A.   I don't remember that specific point,
18   but I know what's behind it.  One of the things that
19   I was encouraging OPI to do was to not be so
20   back-end loaded in a quarter and that we delivered
21   revenue in all three months so that at the back end
22   we weren't having to work extra hard to make the
23   number.
24       And so, I had started the process of
25   asking OPI to forecast their numbers for each month

553

1    of the quarter.  That was new.  They had not done
2    that in the past.  We had gotten them to do it, and
3    then you can see right after I had done that or
4    sometime after I had done that, they originally said
5    that they would deliver -- OPI would deliver
6    20 million -- the sales team would deliver
7    20 million in September, the first month of the
8    quarter, and in fact it dropped to 10 million.
9        Q.   Okay.  And then you say "and this drop
10   is concerning.  My view is there are a number --
11   there are some October/November deals that should
12   fall into September.  Let's make sure we don't let
13   half the year go by before we start to deliver,
14   e.g., November."
15       What do you mean by that?
16       A.   I believe -- and that's why I underlined
17   a point.  I believe I meant that let's don't let
18   half the quarter go by before we start to deliver.
19       Q.   Well, end of November would be half the
20   fiscal year, wouldn't it?
21       A.   You're right.  You're right.  Maybe I
22   did -- you may -- I stand corrected.  Maybe that is
23   correct, the way the e-mail's written.
24       Q.   Okay.  The next thing you write second
25   is "Steve's management judgment."  Talking about

554

1  Steve McLaughlin there?
2      A.  Yeah.
3      Q.  And he was in the East, right?
4      A.  Correct.
5      Q.  Area vice --
6      A.  He was the East AVP.
7      Q.  Right.  And you write, "His positive
8  judgment is as big as OPI's negative judgment."
9          What does that mean?
10     A.  What Steve was doing was projecting a
11  number, a revenue number, for the quarter.  And what
12  I take from this is that he was putting a lot of
13  judgment against his number.  So, he wouldn't have
14  deals against it; he just had management judgment in
15  there of some millions of dollars.
16         And -- and then OPI -- and I would
17  assume this is Frank Varasano at this point since he
18  was the AVP responsible for OPI reporting in to
19  me -- is he was applying negative judgment overall,
20  which meant he was taking the forecast from the
21  three AVPs and bringing it down.
22     Q.  Okay.  And based on what Mark
23  Barrenechea wrote to Safra and Jeff Henley in
24  December, Steve McLaughlin didn't bring in anything
25  for Q2; is that fair?

555

1      A.  No.  He didn't bring in any CRM deals in
2  Q2.
3      Q.  Any CRM.  Okay.
4      A.  That doesn't mean he didn't bring in
5  database and ERP application deals.
6      Q.  Right.  Thank you.  So, then you say,
7  "Steve needs to talk about the specific deals that
8  cover his judgment or he needs to lower his
9  judgment."
10         That's kind of what you were just
11  explaining to me, right?
12     A.  Correct.
13     MR. WILLIAMS:  All right.  I'm going to ask
14  the reporter to mark this document as Sanderson 41.
15         (E-mail dated 10/3/00 re Forecast Prep
16  for 10/3 marked Exhibit 41 for identification.)
17  BY MR. WILLIAMS:
18     Q.  It's Bates numbered NDCA-ORCL 101602.
19     A.  Okay.
20     Q.  Okay.  You recognize the document?
21     A.  I do not.
22     Q.  It's an e-mail from Richard Blotner to
23  you on or around October 3rd, 2000, right?
24     A.  Correct.
25     Q.  Regarding forecast prep for the same

556

1  day, October 3rd, right?  That's what the subject
2  line says.
3      A.  Correct.
4      Q.  And Richard Blotner was -- what was his
5  position again?  Actually, withdrawn.
6          He's vice president of operations for
7  Americas Consulting, Latin America and OPI Sales,
8  correct?
9      A.  Correct.
10     Q.  And he writes to you "Closed in
11  September was very weak, negative 3 million.  I
12  think probably the lowest first month in three
13  years."  See that?
14     A.  Yes.  I don't know that -- it may be
15  negative -- I didn't know if that was 3,000 or
16  3 million.  It probably was 3 million.  Okay.
17     Q.  And he says, "A sense of urgency must be
18  there to make this up in October.  Time is right now
19  where you and Sebastian can make some executive
20  calls for the big deals.  This situation definitely
21  makes me worry a little."  You see that?
22     A.  Yes, I do.
23     Q.  Do you recall being worried as well?
24     A.  I don't.
25     Q.  He writes to you "Perhaps time to make

557

1  special incentives to the ones like Prepa that have
2  been hanging around for a while."  See that?
3      A.  Yes.
4      Q.  The special incentives he's referring
5  to, is that something for the salespeople?
6      A.  Yes, exactly.  It's along -- when we
7  talked earlier where Jay was suggesting --
8      Q.  Right.
9      A.  -- a special -- it's called a SPIF, a
10  special incentive program.  And Prepa was a
11  customer -- or client in Latin America.  This is all
12  about Latin America.
13     Q.  How can you tell?
14     A.  Because Sebastian was running Latin
15  America for me.  Prepa was -- I remember, was a
16  Latin America customer.  And then we mentioned later
17  on Mexico was a little light at this time.  Mercosur
18  and Ela were all Latin America clients.
19     Q.  He writes later, "Most November
20  deals are dated November 30.  This is bad in my mind
21  set."
22         Do you know what he meant by that?
23     A.  Yeah, most -- I now see what you're
24  saying.  Yeah, what they would have in their
25  pipeline or their deal list for Latin America was

Sanderson, Jr., Edward J  7/26/2006  9:00:00 AM

558

1  that they were going to close -- if it was projected
2  for a November close, they were projecting a
3  November 30th close date.
4         And this, frankly, was part of -- you
5  would find sales reps that just weren't being
6  diligent. The easiest thing for them to say was
7  November 30th. If they put November 10th, and
8  they didn't close it on November 10th, they know
9  they'd start getting calls.
10     Q.  When he writes "Good activity in Brazil
11  so hopefully we're back on track there. Critical to
12  close out this Bank Boston exchange deal," was the
13  Bank Boston exchange deal a Latin America deal?
14     A.  Yeah -- yes, they were -- Bank of Boston
15  was doing a deal down in -- in, I believe, Sao
16  Paulo.
17     Q.  Sao Paulo, okay.
18         Do you recall when this lawsuit was
19  filed in March of 2001?
20     A.  I recall that it was filed shortly after
21  the quarter was over. And you said March of 2001 --
22     Q.  Right.
23     A.  -- and I'll take you at your word that
24  it was sometime during that month.
25     Q.  And how did you learn about it?

559

1     A.  I don't recall. I don't recall.
2     Q.  And did anyone ask you to preserve all
3  of the documents in your files that might be
4  relevant to the lawsuit?
5     A.  Yeah. What I recall is right when I
6  found out -- and I don't recall specifically how --
7  there was an e-mail and a phone call, and I can't
8  remember who did the phone call, that I was to
9  preserve all -- you know, all my documents. I think
10  they said that they were going to copy my hard
11  drive -- you know, my laptop, and that was fine.
12     Q.  Do you recall anyone coming to do that?
13     A.  I do. I do recall somebody coming to do
14  that and also going through all my files.
15     Q.  In your office?
16     A.  Yeah.
17     Q.  And did you -- did you talk to any of
18  the people that reported to you about preserving
19  their documents?
20     A.  I don't recall. I remember Legal took a
21  pretty active role on this to make sure that we were
22  responsive, and I don't know what kind of
23  conversations they had with my directs.
24     Q.  I'm actually just talking about you,
25  whether or not you told your direct reports?

560

1     A.  Yeah. I said I don't recall.
2     Q.  Okay. And do you know whether they
3  actually did preserve all documents that might be
4  related to the case?
5     MR. GIBBS:  Who's "they"? I'm sorry.
6     THE WITNESS:  They are --
7  BY MR. WILLIAMS:
8     Q.  "They," your direct reports.
9     A.  I don't recall. I don't recall being
10  involved in that. I may have. I just don't recall.
11     MR. WILLIAMS:  I don't have anything further.
12     MR. GIBBS:  I have just a couple of minutes.
13  Just because of the way the table's shaped, I would
14  like to switch.
15     MR. WILLIAMS:  Yeah, that's fine.
16     MR. GIBBS:  It won't take long. We don't
17  need to go off the record.
18     MR. WILLIAMS:  Thank you.
19     THE WITNESS:  You're welcome. Will you come
20  over now and help me?
21     MR. WILLIAMS:  Yeah. I'll sit next to you.
22     THE WITNESS:  Thank you.
23     MR. WILLIAMS:  They might need some help
24  questioning you.
25     MR. GIBBS:  Go ahead?

561

1     MR. WILLIAMS:  Yeah.
2
3         EXAMINATION
4  BY MR. GIBBS:
5     Q.  Mr. Sanderson, I just have a couple of
6  topics I want to cover with you. First of all, you
7  spent some time yesterday talking to Mr. Williams
8  about the demo environment at Oracle during 2000 and
9  2001. Do you remember that topic?
10     A.  Yes, I do.
11     Q.  How, if at all, did issues involving
12  Oracle's demo environment during that time period
13  relate to your forecast for the third quarter of
14  fiscal year 2001?
15     A.  The -- as we discussed, there were
16  issues around the demo. That was known. It wasn't
17  a hidden fact. And the sales teams would know it as
18  well.
19         That said, typically, in the sales
20  process, the demo is one of the things that you do
21  early on to help the customer understand what the
22  product does. And then there is a period of time
23  after that that it takes to have the deal to specify
24  what the deal is, get agreement within the customer
25  to get -- get agreement with the customer at the

562

1  level that you're working with, to get that deal to
2  work up the chain within the customer to somebody
3  that had signing authority for the deal.  So, that
4  would take a period of time.
5          When we had a demo, as we -- also, I
6  want to bring forecasting in for a minute, I think,
7  in answering the question.  As you recall, I tracked
8  three cases -- three situations on deals:  Worse
9  case, most likely and best case.
10         And this is something that I tracked
11  regularly and, obviously, talking with the AVPs, the
12  RAMs and the account managers, as appropriate.  And
13  if a deal -- if we had a deal out there and the demo
14  did not go well or was problematic and, for example,
15  if that deal was in forecast, it would move to
16  upside.  And it was not something that we kept in
17  the forecast if, in fact, we were having
18  demonstration problems.
19     Q.  So, during the third quarter of 2001,
20  did you ever consider changing your forecast because
21  of the general demonstration environment issues that
22  you discussed with Mr. Williams yesterday?
23     A.  Because of the general demonstration
24  environment issues?  No.  It's -- I put that -- no.
25  And I put that in the same category as I would if we

563

1  were talking about trends for -- economy -- trends
2  in the economy, because I would -- you know, I've
3  been asked that in the past as well.
4          It all gets down to what's my forecast
5  by account and what's the revenue associated with
6  that and was it going to happen this quarter and
7  what did we do -- you know, what was left to make it
8  happen.  The fact that there was a troubled demo
9  environment was of concern, but on the other hand,
10  my forecasts were deals that -- that were live
11  deals.  I knew where they stood and what we need to
12  do to make it happen.
13     Q.  Let me switch to a slightly different
14  topic.  You also discussed with Mr. Williams, I
15  think yesterday, your expectations of your
16  salespeople with regard to the information they put
17  into the OSO database.  Do you recall that issue?
18     A.  Yes.  Oracle SalesOnline.
19     Q.  I think you said that you expected your
20  salespeople to put accurate information into the OSO
21  database?
22     A.  Right.
23     Q.  I want to talk about some of the
24  specific information that was in the OSO database.
25  One of the fields in the database was win

564

1  probability, correct?
2     A.  Correct.
3     Q.  When you were doing your forecasts that
4  you then sent up the organization, did you rely on
5  the win probabilities in the OSO database?
6     A.  I would -- I would look at them, but
7  where I really relied was on the spreadsheet that I
8  talked about where it extracted data out of OSO
9  and -- that I had for East, Central and West in
10  categories -- categorized in the three categories
11  that I just mentioned a few minutes ago.
12         And that's where I focused on most
13  likely -- you know, what was most likely going to
14  happen, for a couple reasons.  One is I -- as much
15  as I would ask the sales reps to update OSO and keep
16  it accurate or keep it current, by human nature, it
17  didn't always happen.
18         And it could be for different reasons.
19  Somebody could have a million dollar -- I mean,
20  sorry -- a 5-million-dollar deal, and they'll put it
21  in as a million dollars.  And the reason is, most
22  likely, the people above or they're going to, most
23  likely, get less phone calls around a million dollar
24  deal than they will a 5-million-dollar deal.  It's
25  just the nature of salespeople.

565

1          Also, as you go through the quarter, and
2  particularly towards the end of the quarter in the
3  last month, last couple weeks, last week,
4  particularly in the last couple of weeks, the sales
5  reps are not, by nature, keeping OSO -- at least
6  when I was there, keeping OSO current because they
7  were putting their energy around the deal and what
8  it took to -- you know, they were putting all their
9  focus specifically on the deal and not coming back
10  and updating OSO.
11         Also, just on the question -- so, that
12  was one issue about not being able to rely on the,
13  to your question, the probability factor that was in
14  percentage of OSO.
15         The second thing, again, I used those
16  spreadsheets, the extracted data, now formatted in a
17  way that I use particularly towards the end of the
18  quarter.  I found that was the best tool for me to
19  manage the process.
20     Q.  So, how did you go about determining
21  which deals were likely to close and how likely they
22  were to close during the quarter?
23     A.  I would talk to the AVPs.  I'd talk to
24  the regional managers.  Oftentimes I was talking to
25  the customers.  The sales reps like it when you came

Sanderson, Jr., Edward J  7/26/2006  9:00:00 AM

566

1  out and visited their customers, bringing an
2  executive out to the customer.  So, I'd hear it
3  directly from the account managers.  And the fact
4  that I visited the customer, I'd oftentimes get the
5  input of that.
6        So, I'd take that various input, and
7  that would triangulate to me whether it fell -- what
8  category of those three categories it fell into, a
9  deal fell into.
10     Q.  You referred, in addition to win
11  probability, to the deal value --
12     A.  Right.
13     Q.  -- field within OSO.  Did you rely
14  solely on the deal value within OSO to figure out
15  what potential deals were worth?
16     A.  No.  I mean, it would give me -- at
17  particularly the beginning of the quarter, it might
18  give me an idea if I wanted to go online to -- I
19  mean, look at OSO.  But, no, for the reason I just
20  cited, is that they -- the sales rep sometimes
21  would -- I think Shawn used the term yesterday
22  "sandbag."  And at times, they would sandbag, and
23  they wouldn't highlight the size of the deal.
24     Q.  So, how, in addition to OSO, would you
25  go about figuring out what potential deals were

567

1  worth?
2     A.  For the very same process that I just
3  described on -- I mean, the same sources of
4  information as I described on the percentage
5  probability for the deal.  Talking to the customer,
6  account reps and other people within the sales
7  organization.
8     MR. GIBBS:  That's all I have.  Are we done?
9     MR. WILLIAMS:  Yep.
10     THE VIDEOGRAPHER:  Off the record at
11  5:42 p.m., and this marks the end of this
12  deposition.
13     (Deposition adjourned at 5:42 p.m.)
14             * * * * *
15        I declare under penalty of perjury that
16  the foregoing is true and correct; that I have read
17  my deposition and have made the necessary
18  corrections, additions or changes to my answers that
19  I deem necessary.
20        Executed on this _____ day of
21  _____, 2006.
22
23
24  _____
             EDWARD J. SANDERSON, JR.
25

568

1
2
3          REPORTER'S CERTIFICATE
4
5        I, KAE F. GERNANDT, a Certified
6  Shorthand Reporter for the State of California, do
7  hereby certify:
8        That the witness in the foregoing
9  deposition was by me duly sworn; that the deposition
10  was then taken before me at the time and place
11  herein set forth; that the testimony and proceedings
12  were reported by me stenographically and were
13  transcribed through computerized transcription under
14  my direction; and the foregoing is a true and
15  correct record of the testimony and proceedings
16  taken at that time.
17        IN WITNESS WHEREOF, I have subscribed my
18  name this 3rd day of August, 2006.
19
20
21
22
23  _____
             Kae F. Gernandt, CSR No. 5342
24
25

1

2

3                         REPORTER'S CERTIFICATE

4

5              I, KAE F. GERNANDT, a Certified Shorthand

6     Reporter for the State of California, do hereby certify:

7              That the witness in the foregoing deposition

8     was by me duly sworn; that the deposition was then taken

9     before me at the time and place herein set forth; that

10    the testimony and proceedings were reported by me

11    stenographically and were transcribed through

12    computerized transcription under my direction; and the

13    foregoing is a true and correct record of the testimony

14    and proceedings taken at that time.

15             IN WITNESS WHEREOF, I have subscribed my

16    name this 3rd day of August, 2006.

17

18

19

20    _____

21             Kae F. Gernandt, CSR No. 5342

22

23

24

25

568