# EXHIBIT M

Myers, Gregory Scott (30b6)  4/12/2005  9:00:00 AM

**1**

```
 1          IN THE UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3
 4   In re ORACLE CORPORATION
 5   SECURITIES LITIGATION
 6            Master File No. C-01-0988-MJJ
 7   This Document Relates To:
 8      ALL ACTIONS.
                                     /
 9
10
                      ---o0o---
11
              CONFIDENTIAL
12
13   30(b)(6) DEPOSITION OF GREGORY SCOTT MYERS
13
             Tuesday, April 12, 2005
14
                   ---o0o---
15
16      SHEILA CHASE & ASSOCIATES
17          REPORTING FOR:
18          LiveNote World Service
19       221 Main Street, Suite 1250
20       San Francisco, California 94105
21         Phone: (415) 321-2311
22          Fax: (415) 321-2301
23   Reported by:
24   DIANA NOBRIGA, CSR, CRR
25   LICENSE NO. 7071
```

**2**

```
13   Two-page e-mail dated 4/8/2002        330
14   Four-page Declaration of Greg Myers   336
```

```
                      ---o0o---
```

**1**

```
 1                 I N D E X
 2            INDEX OF EXAMINATION
 3                              PAGE
 4   EXAMINATION BY MR. WILLIAMS         6
 5   EXAMINATION BY MR. RUBIN          340
 6   FURTHER EXAMINATION BY MR. WILLIAMS   346
 7                  ---o0o---
 8
 9            INDEX OF EXHIBITS
10   DESCRIPTION                    PAGE
11   1   Twenty-eight-page excerpt from Oracle
12       Receivables User's Guide       42
13   2   One-page Debit Memo with Tax    104
14   3   One-page copy e-mail dated 20 Nov 2000  118
15   4   Ten-page Transaction Register     183
16   5   Three-page e-mail            192
17   6   Eleven-page Sales Journal by GL
18       Account Report            227
19   7   Six-page Oracle Refund Check Register   234
20   8   Five-page Account Analysis Report   246
21   9   One-page Oracle Invoice        269
22   10  Eight-page document          273
23   11  Presentation to the SEC Staff on Behalf
24       of Oracle Corporation        313
25   12  One-page printout of computer screen   327
```

**3**

```
 1       BE IT REMEMBERED that on Tuesday, April 12,
 2   2005, commencing at the hour of 9:16 a.m., thereof, at
 3   the LAW OFFICES OF LERACH, COUGHLIN, STOIA, GELLAR,
 4   RUDMAN & ROBBINS, LLP, 100 Pine Street, Suite 2600,
 5   San Francisco, California, before me, DIANA NOBRIGA, a
 6   Certified Shorthand Reporter in and for the State of
 7   California, personally appeared
 8       GREGORY SCOTT MYERS,
 9   called as a witness by the plaintiffs herein, who, being
10   by me first duly sworn, was thereupon examined and
11   testified as hereinafter set forth.
12                  ---o0o---
13   Appearing as counsel on behalf of Plaintiffs:
14       SHAWN WILLIAMS, Esquire
         ELI GREENSTEIN, Esquire
15       DOUG BRITTON, Esquire (Via Internet)
         LERACH, COUGHLIN, STOIA, GELLAR,
16       RUDMAN & ROBBINS
         100 Pine Street, Suite 2600
17       San Francisco, California, 94111
18
19   Appearing as counsel on behalf of Defendants:
20       LEE RUBIN, Esquire
         VINCENT P. SCHMELTZ, Esquire
21       MAYER, BROWN, ROWE & MAW, LLP
         190 S. LaSalle Street
22       Chicago, IL  60603-3441
23   Also Present:
24       DAVID REDDIX, Videographer
         JILL MICHELI, LiveNote World Service
25       JAMES FELDMAN, CPA; KEITH MAUTNER
```

4

1    VIDEOGRAPHER:  Good morning.  My name is David
2  Reddix.  I'm a videographer employed by Advanced
3  Courtroom Technologies, located at 109 Second Street,
4  Sausalito, California, 94965.  Our phone number is
5  415 331-3326.  Videotaping for LiveNote World Service
6  today.  The court reporter is Diana Nobriga of Sheila
7  Chase and Associates.  Today's date is April 12th, 2005,
8  and the time on the videotape is 9:16.
9    Today begins tape one, Volume I, in the
10  deposition of Greg Myers in the matter of Oracle
11  Corporation Securities Litigation, Case
12  No. C-01-0988-MJJ, filed in the United States District
13  Court, Northern District of California.  This deposition
14  is being taken on behalf of the plaintiff.  The location
15  of this deposition is 100 Pine Street, 32nd Floor,
16  San Francisco, California.
17    Counsel, please voice identify yourself and
18  state whom you represent.
19    MR. WILLIAMS:  Shawn Williams; Lerach,
20  Coughlin, Stoia, Gellar, Rudman and Robbins, on behalf
21  of plaintiff.
22    MR. GREENSTEIN:  Eli Greenstein; Lerach,
23  Coughlin, on behalf of plaintiff.
24    MR. FELDMAN:  James Feldman, on behalf of
25  Lerach, Coughlin.

5

1    MR. MAUTNER:  Keith Mautner, also with Lerach,
2  Coughlin.
3    MR. RUBIN:  Lee Rubin with the law firm of
4  Mayer, Brown, Rowe and Maw on behalf of the defendants.
5  And with me is Trace Schmeltz also from Mayer, Brown,
6  Row and Maw, here representing defendants and Mr. Myers.
7    MR. SCHMELTZ:  If Mr. Britton is on the line
8  should we put his --
9    MR. WILLIAMS:  Sure.  I neglected to do that.
10  There is another attorney attending the deposition via
11  LiveNote feed, and that is Doug Britton, and he's down
12  in San Diego, California, of the same firm, Lerach,
13  Coughlin, representing the plaintiffs.
14    VIDEOGRAPHER:  Are there any stipulations for
15  the record?
16    MR. WILLIAMS:  I don't think so.
17    VIDEOGRAPHER:  Would the court reporter please
18  swear in the witness.
19    GREGORY SCOTT MYERS,
20  having been duly sworn, testified as follows:
21    EXAMINATION BY MR. WILLIAMS
22    MR. WILLIAMS:  Q.  Good morning, Mr. Myers.
23    A.  Good morning.
24    Q.  I'm just going to ask you to state your full
25  name and address for the record, please.

6

1    A.  Yes.  Gregory Scott Myers.  Spell it, too?
2    Q.  Sure.
3    A.  G-r-e-g-o-r-y, Scott, S-c-o-t-t, Myers,
4  M-y-e-r-s.  6210 Swan Court, Rocklin, California.
5    Q.  And, Mr. Myers, I just wanted to kind of go
6  over some of the procedures about what's going to happen
7  here today.  The reporter sitting next to you and me is
8  going to take down everything that I ask here today,
9  my questions, your answers, and any comments by counsel.
10  Do you understand that?
11    A.  Yes.
12    Q.  The reporter cannot record head nods or hand
13  gestures, so I'm going to ask you in response to any of
14  my questions to please do so orally.
15    A.  Okay.
16    Q.  I'll ask you to do that in a loud and clear
17  voice.  Do you understand that?
18    A.  Yes.
19    Q.  And we're going to take several breaks; take a
20  break whenever you would like to.  I may ask to complete
21  a line of questioning.  But if you ever want to take a
22  break, just let me know and we'll take a five-minute
23  break.  Do you understand that?
24    A.  I do.
25    Q.  You understand the oath that you've taken is

7

1  the same oath you would take in a court of law and
2  applies the same here.  Do you understand that?
3    A.  I do.
4    Q.  And I'm going to ask you several questions,
5  I'll do the best that I can to be as clear as possible.
6  Sometimes I may fumble.  Don't hesitate at all to ask me
7  to clarify the question and I'll do the best that I can
8  to clarify it for you.  Do you understand that?
9    A.  I do.
10    Q.  And I know you've probably had some
11  discussions with your lawyer, but I just want to explain
12  to you that I'm going to ask several questions, and you
13  have to answer each of those questions, unless your
14  attorney instructs you not to answer.  Do you understand
15  that?
16    A.  I do.
17    Q.  During the process he may make several
18  objections.  Even if he makes an objection to a
19  question, unless he instructs you not to answer the
20  question, you have to answer the question.  Do you
21  understand that?
22    A.  I do.
23    Q.  Okay.  Any reason why you can't give your full
24  and complete testimony today?
25    A.  No.

8

1      Q.  You on any medication that might impact your
2  ability to recall facts?
3      A.  No.
4      Q.  Have you ever had your deposition taken
5  before?
6      A.  I have not.
7      Q.  And do you know what you're here -- withdrawn.
8         Do you know what the subject matter of your
9  testimony is to be today?
10     A.  I do.
11     Q.  And what do you understand that to be?
12     A.  My understanding is that it's related to the
13  debit memos alleged in the complaint.
14     Q.  And that is -- how long have you known that
15  you'd be testifying in this matter about that subject?
16     A.  Approximately three months.
17     Q.  And how is it that you learned about that?
18     A.  I was contacted by an internal counsel.
19     Q.  Who is that?
20     A.  Jim.
21     Q.  And have you done anything in preparation for
22  your testimony today?  And when I say anything, I mean
23  review documents or talk to people?
24     A.  I have.
25     Q.  And starting with the first, have you reviewed

9

1  any documents in preparation of your testimony today?
2      A.  Yes, I have.
3      Q.  And did any of the documents that you reviewed
4  help refresh your recollection about the matters
5  asserted in the complaint that you referred to?
6      A.  No.
7      Q.  Okay.  So is it fair to say that the issues
8  and matters in the complaint are relatively fresh in
9  your mind regardless of the documents that you've
10  reviewed?
11        MR. RUBIN:  Objection; form.
12        THE WITNESS:  Can you repeat the question one
13  more time?
14        MR. WILLIAMS:  Q.  I'm just asking if the
15  events that you're here to testify to, were they
16  relatively fresh in your mind regardless of the
17  documents that you reviewed?
18        MR. RUBIN:  Same objections; fresh in your
19  mind.  I don't know what that means.
20        THE WITNESS:  And relatively, can you provide
21  a little more detail what you're asking?
22        MR. WILLIAMS:  Q.  Well, I'm just asking, when
23  you reviewed the documents, right, did any of the
24  documents help you recall the facts that occurred during
25  the events alleged in the complaint?

10

1      A.  I'm --
2         MR. RUBIN:  Objection; it was asked and
3  answered.
4         MR. WILLIAMS:  Q.  Go ahead.
5      A.  I did not need them to refresh my memory.
6      Q.  That's all I was getting at.  Okay.  And did
7  you meet with anyone in preparation for your testimony
8  here today?
9      A.  Yes, I did.
10     Q.  And who did you meet with?
11     A.  I met with our outside counsel from Mayer,
12  Brown.
13     Q.  And who is that?
14     A.  I met with Trace Schmeltz and Lee Rubin, as
15  well as two people from Deloitte and Touche.
16     Q.  Who were the people that you met with from
17  Deloitte and Touche?
18     A.  I only recall their first names.  But it would
19  be Jerry and Tony.
20     Q.  And when did you meet with them?
21     A.  I met with them twice.  I met with them
22  approximately two weeks ago, and I met with them again
23  yesterday.
24     Q.  Okay.  And the first time when you met with
25  them two weeks ago, where did that occur?

11

1      A.  It took place at Oracle's headquarters in
2  Redwood Shores.
3      Q.  And how long did you meet with them?
4      A.  Approximately three hours.
5      Q.  Was anyone else present at that meeting?
6      A.  No, there was not.
7      Q.  And do you know where -- can you tell me their
8  names again, the two first names?
9      A.  From Deloitte and Touche?
10     Q.  Yes.
11     A.  It was Jerry and Tony.
12     Q.  And what was the purpose of your meeting with
13  Jerry and Tony?
14     A.  We familiarized -- I familiarized them with
15  the facts of the debit memos and what occurred.
16     Q.  And did they take notes during that meeting?
17     A.  I don't recall whether they took notes or not.
18     Q.  Did you show them any documents during that
19  meeting?
20     A.  I did not show them any documents, no.
21     Q.  Did they show you any documents?
22     A.  Yes, I believe they might have shown me some
23  documents.
24     Q.  And what were they?
25        MR. RUBIN:  Objection; calls for privileged

**12**

1   information.
2         MR. WILLIAMS:  Q.  What were they?
3         MR. RUBIN:  I'm going to instruct him not to
4   answer that question, because that was a privileged
5   communication.
6         MR. WILLIAMS:  How do you figure that's
7   privileged communication between Deloitte and Touche and
8   Mr. Myers?
9         Well, let me go back a minute.
10        Q.  Were the two people from Deloitte and Touche,
11  were they attorneys?
12        A.  Not to my knowledge.
13        MR. WILLIAMS:  How do you figure --
14        MR. RUBIN:  I -- ask him if he recalls whether
15  there was anybody else there.
16        MR. WILLIAMS:  I did ask him that.
17        Q.  Was there anyone else at that meeting?
18        A.  Two weeks ago?
19        Q.  Yeah.
20        A.  Yes.
21        Q.  And who else was there?
22        A.  The two people from Deloitte and Touche.
23        Q.  Right.  Was anyone else there?
24        A.  Trace Schmetze and Lee Rubin.
25        Q.  Oh, you didn't indicate that before.  I asked

**13**

1   you before and you just said that it was the two people
2   from Deloitte and Touche.  That's fine.
3         Okay.  So that was your meeting two weeks ago.
4   And did you indicate that you spoke to Trace and/or Lee
5   Rubin sometime this week or last week?
6         A.  I met with Lee Rubin, Trace Schmeltz, as well
7   as the two people from Deloitte and Touche yesterday,
8   Jerry and Tony.
9         Q.  And that was also at Oracle's headquarters?
10        A.  The meeting yesterday?
11        Q.  Yes.
12        A.  Occurred at the office of Mayer, Brown.
13        Q.  Okay.  And how long was that meeting?
14        A.  It was the better part of a working day.
15        Q.  And did you review documents yesterday?
16        A.  Yes, I did.
17        And really quick if I could go back and
18  clarify something.  The meeting that happened two weeks
19  ago, Lee Rubin was not there.  I believe only Trace
20  Schmeltz was in that meeting two weeks ago.
21        Q.  Okay.  Just going to ask you a little bit
22  about your background, and if you could just give me
23  your educational background after high school.
24        A.  Okay.  I started taking classes at a community
25  college out of high school.

**14**

1         Q.  Which one?
2         A.  Which college?
3         Q.  Um-hum.
4         A.  I attended Moorpark Community College.
5         Q.  Where is that?
6         A.  It is in Southern California.
7         Q.  Okay.
8         A.  I then transferred from Moorpark Community
9   College to University of Nevada, Reno.  And that is
10  where I received my degree.
11        Q.  And what year was that?
12        A.  I received my degree in 1997.
13        Q.  And what is that -- what kind of degree did
14  you receive?
15        A.  Bachelor of arts.
16        Q.  And what -- is that the extent of your formal
17  education after high school?
18        A.  I took some follow-up classes at a community
19  college in Rocklin called Sierra Community College after
20  I graduated from University of Nevada, Reno.
21        Q.  And what kind of closes were those?
22        A.  I took some follow-up accounting classes.
23        Q.  Follow-up accounting classes?
24        A.  Yes.
25        Q.  Did you take accounting classes in undergrad?

**15**

1         A.  I did take some accounting classes in
2   undergrad.
3         Q.  Okay.  And these follow-up accounting classes,
4   when did you take those?
5         A.  The undergrad accounting classes?
6         Q.  No, no, no.  The follow-up.
7         A.  The follow-up classes?
8         Q.  Yes.
9         A.  I believe those were taken in 2000.
10        Q.  And did you receive any type of diploma or
11  degree that was specific to that school or those
12  classes?
13        A.  The classes at Sierra?
14        Q.  Yeah.
15        A.  No, I received no certificate from Sierra.
16        Q.  No, like, certificate or anything like that?
17        A.  No.
18        Q.  And why did you take those classes?
19        A.  Personal enrichment.
20        Q.  And after 1997, when you graduated from
21  Nevada, Reno, did you work after that?
22        A.  After I graduated from Nevada, Reno in 1997?
23        Q.  Yes.
24        A.  Yes, I did work.
25        Q.  And who did you work for?

16

1   A.   I worked for Oracle Corporation.
2   Q.   And where is that?  Here in California or in
3 Nevada?
4   A.   The office I started out was in Sacramento,
5 California.
6   Q.   And what was your position at Oracle in 1997?
7   A.   I began my employment at Oracle Corporation as
8 a collections analyst.
9   Q.   And what was the scope of your duties as
10 collections analyst in 1997?
11   A.   The primary responsibility was resolving and
12 collecting outstanding receivables.
13   Q.   And what do you mean by -- when you say
14 receivables?
15   A.   Outstanding invoices.
16   Q.   From Oracle customers?
17   A.   From Oracle customers; correct.
18   Q.   And did your duties consist of collecting on
19 anything else -- withdrawn.
20       Was it solely collecting on outstanding
21 invoices?
22       MR. RUBIN:  Objection; form.
23       MR. WILLIAMS:  Q.  Go ahead.
24   A.   You're asking was my sole responsibility to
25 only collect on outstanding invoices?

17

1   Q.   That's right.
2   A.   That was our primary responsibility, yes.
3 There could be related tasks to that main
4 responsibility.
5   Q.   Can you recall any of those related tasks?
6   A.   Related tasks could be, for example,
7 submitting an invoice to be credit memoed or written
8 off.
9   Q.   And how long did you hold that position?  I
10 think you said you were a collections analyst?
11   A.   I was.
12   Q.   How long did you hold that position?
13   A.   I was a collections analyst for approximately
14 one year.
15   Q.   And were you promoted or did you just change
16 positions?
17   A.   After my position as a collections analyst, I
18 was promoted to a collections manager.
19   Q.   And how did your duties change?
20   A.   It changed from front-line calling customers
21 for the resolution of open invoices to now managing a
22 set of people that were doing that collections analyst
23 role.
24   Q.   And you said that you had the collections
25 analyst job for about a year.  So is it fair to say

18

1 sometime in '98 or early '99 you were promoted?
2   A.   Yes.
3   Q.   And as a -- how many people did -- well,
4 withdrawn.
5       Who did you report to when you first came on
6 to Oracle in '97?
7   A.   In 1997, when I first started Oracle
8 Corporation, I worked for Cory Aves.
9   Q.   Aves, A-v-e-s?
10   A.   A-v-e-s.
11   Q.   Is that a male or a female?
12   A.   That is a man.
13   Q.   And how long was -- withdrawn.
14       How long did you report to him?  The entire
15 year that you were a collections analyst?
16   A.   No, I don't believe I reported to Cory the
17 full year.
18   Q.   Did it change at some point?  Did the person
19 change at some point?
20   A.   Yes, my direct supervisor did change during
21 that year.
22   Q.   And who was that?
23   A.   I believe I reported to a supervisor by the
24 name of Robin Spitzer.
25   Q.   Is that a male or female?

19

1   A.   That's a female.
2   Q.   Female; okay.
3       And so once you were promoted to, I guess,
4 manager of collections -- is that the title or --
5   A.   No.  It would have been collections manager.
6   Q.   Collections manager.  Who did you report to
7 then?
8   A.   At the time when I was promoted to collections
9 manager, I reported to Scott Neil.
10   Q.   Scott Neil.  And did you have direct reports
11 at that time?
12   A.   I did.
13   Q.   And do you recall who your direct reports
14 were?  I guess this is still '98, '99?
15   A.   Yes.
16   Q.   And who were those people?
17   A.   I don't recall everybody that reported to me
18 in 1998.
19   Q.   Okay.  Well, some people, whoever you may
20 recall.
21   A.   Ron Kemper is one person I know reported to me
22 back in 1998.
23   Q.   Now, was this office in Sacramento?
24   A.   We moved into originally a temporary office in
25 Sacramento, and then as the office in Rocklin was being

20

1  built, then moved to the Rocklin office once it was
2  finished.
3      Q.   How many people worked in that office?
4      A.   In the Sacramento office?
5      Q.   No.  Once you moved to Rocklin.
6      A.   At what point?
7      Q.   We're talking about '98, early '99.
8      A.   To approximate?  I don't know everybody.
9      Q.   Sure.  That's fine.
10     A.   Two hundred.
11     Q.   Were they all collections analysts?
12     A.   No.
13     Q.   No?  What other, I guess, business functions
14  were occurring at that Rocklin office; do you know?
15     A.   I couldn't state them all.
16     Q.   Sure.
17     A.   But, you know, functions such as accounts
18  payable had been moved to Rocklin, and a team called
19  license management also was in the Rocklin facility at
20  the time.
21     Q.   Okay.  So you indicated in '99 you were
22  reporting to someone by the name of Robin Spitzer, and
23  then a person -- who is the next person?  I'm sorry.
24     A.   I think we've only covered -- Robin Spitzer
25  was when I was a collections analyst, which would have

21

1  been in the '97, early '98 time frame.
2      Q.   Okay.  And after that you indicated someone
3  else; right?  Who did you report to after Robin?
4      A.   After Robin, I was promoted to collections
5  manager, I reported to Scott Neil.
6      Q.   Scott Neil; I'm sorry.
7           And how long were you the collections manager?
8      A.   I wouldn't phrase it as the collections
9  manager.  I was a collections manager.
10     Q.   A collections manager.  Okay.
11     A.   So how long was I a collections manager; is
12  that the question?
13     Q.   Right.
14     A.   I was a collections manager for approximately
15  18 months.
16     Q.   And were you promoted again?
17     A.   After my collections manager position, I took
18  a later position as an accounts receivable manager.
19     Q.   And that was 18 months after some --
20  approximately what date was that?  What month?
21     A.   Approximately January of 2000.
22     Q.   And what were your duties as an accounts
23  receivable manager?
24     A.   Responsibilities included ensuring that
25  invoices were generated, invoices were printed, credit

22

1  memos were processed, cash receipts were processed in
2  the system.
3      Q.   And who did you report to as accounts
4  receivable manager?
5      A.   My initial immediate supervisor was -- I'm
6  sorry, which position?
7      Q.   Accounts receivable manager; yes.
8      A.   My first immediate supervisor was Alex Seven.
9      Q.   Alex what?
10     A.   Seven.
11     Q.   Seven, S-e-v-e-n?
12     A.   Correct.
13     Q.   Okay.  Anyone else?
14     A.   Did I report to anybody else -- well --
15     Q.   Aside from Alex Seven.
16     A.   I reported to Mike Quinn approximately three
17  to four months after reporting to Alex Seven.
18     Q.   Okay.  And why did that change?
19     A.   Alex Seven moved on to a different position.
20     Q.   Okay.  And did you have direct reports as
21  accounts receivable manager?
22     A.   Yes, I did.
23     Q.   And do you recall any of the people that were
24  reporting to you then?
25     A.   I do.

23

1      Q.   Can you tell me?
2      A.   Yes.  Sam Yohannes, Kimberly McMurdo and Pam
3  Janackes would be three.
4      Q.   Were there more that you just don't recall,
5  or --
6      A.   It depends upon the time frame.  I mean, there
7  was -- I was an accounts receivable manager for more
8  than, you know, a little bit, so, you know, through the
9  span there was different people that reported to me.  So
10  it would have to really depend upon the time.
11     Q.   Okay.  And what's your position -- withdrawn.
12          Are you still at Oracle?
13     A.   Yes, I am.
14     Q.   And what's your position now?
15     A.   Director of global operations for the order to
16  cash cycle.
17     Q.   I'm sorry.  For the order to cash cycle?
18     A.   Correct.
19     Q.   Is that still in Rocklin?
20     A.   Yes, the position is in Rocklin.
21     Q.   Can you describe what your duties are in that
22  position?
23     A.   Primary duties are to ensure that we have a
24  standard process in relation to generally accounts
25  receivable, collections and credit, and ensuring that

24

1  it's an efficient process and has, you know, solid
2  controls, and ensuring that that process is utilized at
3  a global level.
4      Q.  Between your current position as director of
5  operations, was there a position that you held in
6  between the time that you were an accounts receivable
7  manager and your current position?
8      A.  Yes.  I was promoted -- after the accounts
9  receivable manager position, I was promoted to a senior
10  manager of accounts receivable.
11      Q.  And what is the difference between being the
12  manager of accounts receivable and senior manager of
13  accounts receivable?
14      A.  So as accounts receivable manager, I only was
15  responsible for the United States receivables and the
16  receivable activity for the U.S.  As the senior manager
17  of accounts receivable, I took on additional
18  responsibilities including the Latin American division
19  accounts receivable processing, as well as Canada.
20      Q.  And you indicated earlier, and correct me if
21  I'm wrong, that as accounts receivable manager, one of
22  the things you did was made sure that, you know,
23  invoices were printed, and can you state what the other
24  responsibilities were?
25      A.  To ensure timely invoice generation, cash

26

1  occur generally in accounts receivable.  Possibly
2  collections.
3      Q.  Okay.  And you said that one of your
4  responsibilities was to make sure that cash receipts
5  were recorded properly in the system.  What did you mean
6  when you say that?
7      A.  As customers are making payments for
8  outstanding receivables, they make a payment to our bank
9  and our account, and we ensure that that payment is
10  recorded in accounts receivables application for the
11  right amount against the right customer the best we can.
12      Q.  And how is that done?  What's the process --
13  what was the process in which that was done back in
14  2000?
15      A.  How were receipts recorded in the application?
16      Q.  Yeah.
17      A.  Generally customers would make a payment to
18  one of two different lock boxes, one at our Wells Fargo
19  Bank and one at our Harris Bank, and then those banks
20  would send us a file of the payments that were received
21  within those lock boxes on a daily basis, on a weekday
22  daily basis, and we would take the file sent from the
23  bank and upload it into our accounts receivable module.
24      Q.  So it was an electronic file?
25      A.  Yes.

25

1  receipt creation, so when customers made payments, to
2  ensure they were recorded properly in the system.  And
3  then the processing of any credit memos that were
4  approved.
5      Q.  Okay.  During that period, let's just say
6  2000, how were customers sent their invoices?  Was it
7  electronically?  Was it via mail?  Via fax?
8      A.  In the United States?
9      Q.  Sure.  Let's start there.
10      A.  So the United States, the invoices are mailed
11  to the customer.
12      Q.  And is that -- that's generally?
13      A.  When you say generally, all invoices sent from
14  the United States are mailed?
15      Q.  Yes.
16      A.  Yes.
17      Q.  Okay.  So there weren't any instances, or
18  would it be uncommon for an invoice to be faxed to a
19  customer in the United States?
20      A.  Would it be uncommon for a customer to be
21  faxed an invoice?  It would be uncommon for an invoice
22  to be faxed from the accounts receivable team, yes.
23      Q.  And how about outside of the United States?
24  Mail?  Faxed?
25      A.  Generally also mailed.  The faxing does not

27

1      Q.  So someone at the bank would -- withdrawn.
2          Say, if a customer sent a check to one of
3  Oracle's banks, let's just say Harris Bank, Harris Bank
4  would convert it into some sort of electronic form and
5  send it to Oracle?
6      A.  Harris Bank would take the payments and
7  convert the information on the payment into electronic
8  form.
9      Q.  And what would -- pardon me if I don't
10  articulate this well -- what form would that be in?
11  Would they photocopy the checks and then send them to
12  you so that you know who wrote it, or would it just be
13  maybe a spreadsheet saying we received check number X
14  from a certain customer?
15      A.  I believe the file they send us is in a --
16  what do they call dat format, .dat format, and so they'd
17  send us -- that would be all the information that was
18  received in that bank for that day.  That would have all
19  the relevant information we would need in order to
20  create the receipt.  They would then Fed Ex or courier
21  the backup to those payments the following day, which
22  would have a photocopy of the check, plus the original
23  remittances sent from the customer.
24      Q.  What do you mean when you say the original
25  remittances?

Myers, Gregory Scott (30b6)  4/12/2005  9:00:00 AM

28

1    A.  Generally customers when they make a payment
2  will -- there will be two things that will be in the
3  envelope; there will be a check plus, you known, some
4  remittance advice, and the remittance advice will
5  provide information as to where they would generally
6  like that payment applied.
7    Q.  And did Oracle keep those records at that
8  time?  Well, withdrawn.
9         What did Oracle do with the remittance records
10  when they were received from the bank?
11    A.  So once we received the remittance we would
12  file them, and then we would store them.
13    Q.  And where would they be stored?
14    A.  I believe the remittances from back in 1998
15  were probably stored in Iron Mountain.  It's a storage
16  facility.
17    Q.  And what did you use the remittance
18  information for?
19    A.  We would use the remittance information for
20  resolving payments that we were unable to determine
21  where we should apply the cash.  So for example, if a
22  customer were to make a payment for $100 and did not
23  reference any invoice information on their check, or
24  they had referenced invoice information on the check,
25  but our upload was not able to capture that, by looking

29

1  at the check remittance information, we can sometimes
2  decipher what the proper applications are.
3    Q.  So when Oracle would receive checks and
4  remittance information, would they be -- I'm sorry --
5  input into Oracle systems manually?
6    A.  Can you state your question one more time?
7    Q.  I'm just asking, once you received -- once
8  Oracle received remittance information from its banks,
9  would that remittance information be input into Oracle's
10  system manually?
11    A.  So, if the customers referenced an invoice
12  number, a valid invoice number in the AR system, then as
13  we upload the file from the bank, the cash is generally
14  automatically applied if they've referenced an open
15  receivable.  If they have not referenced an open
16  receivable or valid invoice, open invoice in the Oracle
17  AR system for that country, then the cash will not be
18  able to be applied and that remittance information would
19  be used for researching proper applications.
20    Q.  So when you say that it would be applied
21  automatically, that would be applied automatically from
22  the electronic form of what you received from, say,
23  Harris Bank, once it was input into whatever Oracle
24  system you were using at the time?
25    A.  Yes, provided the file had the right

30

1  information, the cash payment would be automatically
2  applied to the customer's invoice they referenced in the
3  remittance.
4    Q.  And what type of application was Oracle using
5  in, let's say, the first half of 2000, electronic
6  application?
7    A.  It was our -- it was Oracle's accounts
8  receivable application.
9    Q.  Is that the same application -- withdrawn.
10         Was -- let's say, for instance, Harris Bank,
11  was Harris Bank using the same type of application so
12  that the information that they sent you was easily
13  readable by Oracle applications once it was input?
14    A.  Are you saying are the formats the same from
15  bank to bank?
16    Q.  Well, from bank to Oracle.
17    A.  So if we received two files, one from Wells
18  Fargo Bank, one from Harris, were the formats the same
19  to Oracle?
20    Q.  Let me -- let me rephrase the question.  I'm
21  asking if the electronic format that you receive
22  information from either Wells Fargo or Harris Bank,
23  would it be in a format that was readable by Oracle
24  applications?
25    A.  Yes.

31

1    Q.  And do you know if those banks were using
2  Oracle applications?
3    A.  I don't.
4    MR. RUBIN:  Let me just interject here for a
5  moment.  The scope of this deposition, I think, was set
6  forth in the order that laid out the entire discovery
7  plan, and I want to -- I certainly want to give you some
8  leeway because I know some of this is background
9  information that ultimately, you know, could reasonably
10  bear upon the question that the court did say this
11  Rule 30(b)(6) was permitted to go forward on, which is
12  the 46,000 debit memos and the circumstances surrounding
13  it.  But I would say that, you know, there is a point at
14  which I think we're going too far afield from that, from
15  that order.  So I'm not cutting you off now, but I just
16  want to put on the record that I think moving too much
17  farther into issues concerning invoice creation or
18  preparation, unless you want to make a proffer of why
19  you think it ties in --
20    MR. WILLIAMS:  I'm not going to make a
21  proffer.  I -- you know, your objection is noted.  And
22  when you think that it's gone beyond somewhere that
23  you're comfortable with, you can, you know, do what you
24  have to do.
25    MR. RUBIN:  Okay.  Good.

32

1      MR. WILLIAMS: Q.  Now, during that period,
2   did you -- did accounts receivable interface with
3   collections?  Let's say, 2000, you were in accounts
4   receivable in 2000.  Did accounts receivable interface
5   with collections?  And if so, what purposes?
6      A.   Yes.  We worked with collections.
7         It could be a number of purposes.  You know,
8   for example, they would -- as I discussed earlier, when
9   I was a collections analyst, you could, as a collections
10  analyst, submit a credit memo request and accounts
11  receivable would be the ones that would be processing
12  it.  The collections team, you know, sometimes would
13  inquire as to the status of when their credit memo would
14  be processed, would it be processed today or tomorrow,
15  so they could set expectations with their customer.
16     Q.   Did collections use the same accounting
17  systems?  And when I say that, I'm assuming that
18  collections would be trying to collect on an open
19  receivable; is that fair to say?
20     A.   Um-hum.
21     Q.   And how would collections interface with
22  accounts receivable once an invoice was collected upon?
23  Did the information go into the same system?
24     MR. RUBIN:  Objection; form, compound.
25     THE WITNESS:  So restate your question one

33

1   more time.
2      MR. WILLIAMS: Q.  I'm just asking if in
3   collections, if collections actually collected on an
4   open accounts receivable, would the information that
5   they received or the receipt that they received be input
6   into the same system that was being used by accounts
7   receivable?
8      MR. RUBIN:  Objection; form.
9      THE WITNESS:  So, generally, I mean,
10  collections didn't receive the payments.  The payments
11  from the customers generally go directly to our lock
12  box.
13     MR. WILLIAMS: Q.  Okay.
14     A.   It could happen where a collections analyst
15  could receive a check directly, in which case they would
16  then just mail it directly to the lock box.  You could
17  have a collector who, you know -- so, for example, a
18  payment's received from our bank and we are unable to
19  apply it based upon lack of remittance information from
20  our customer.  We did sometimes utilize the collections
21  analysts to assist in, you know, application
22  instructions.  You know, for example, if they called a
23  customer on an outstanding invoice and we happened to
24  receive payment from that customer, the collections
25  analysts could instruct accounts receivable that this

34

1   was the proper application.
2      Q.   Okay.  Do you know a person by the name of
3   Neil Mennon?
4      A.   Yes, I do.
5      Q.   And how do you know him?
6      A.   He was in the collections department.
7      Q.   While you were working there?
8      A.   I don't remember the exact time, if he was
9   there while I was a collections manager.  He was a
10  collections analyst, you know, to the best of my
11  knowledge, when I was in accounts receivable.
12     Q.   I'm just going to jump around a little bit
13  now, because there are things I forgot to ask you about.
14  Who do you report to now?
15     A.   I report to Jennifer Burke.
16     Q.   And what is Jennifer Burke's position?
17     A.   She is a vice-president.
18     Q.   Of?
19     A.   I don't know her exact title, but she's a
20  vice-president.
21     Q.   Is she in the Rocklin office as well?
22     A.   No, she's not.
23     Q.   Where is she located?
24     A.   She's located at Redwood Shores, California.
25     Q.   Redwood Shores; okay.  And did you speak with

35

1   her at all about your deposition?
2      A.   Yes.
3      Q.   And when did you talk to her?
4      A.   Approximately three months ago when I was
5   notified.
6      Q.   And what was -- what was the discussion?
7      A.   Just letting her know that I was requested to
8   assist with the 30(b)(6).
9      Q.   And did you talk about the subject matter of
10  the litigation at all?
11     A.   Not in any detail.
12     Q.   Did you talk about it generally?
13     A.   I perhaps gave her a broad overview of what it
14  was related to.
15     Q.   And what was her reaction, if she had one?
16     A.   I don't recall her reaction.
17     Q.   Did you talk to anyone else about your
18  deposition -- withdrawn.
19        Did you talk to anyone else at Oracle about
20  your deposition?
21     A.   I let my staff know that I would be out for
22  two days, and the purpose for the two days was to take
23  this deposition.
24     Q.   And did you discuss with any members of your
25  staff the subject matter of your testimony?

36

1    A.  Not to my recollection.
2    Q.  Did they ask you?  Did anyone ask?
3    A.  Not to my recollection.
4    Q.  You indicated that you knew that you were
5  going to have to testify about allegations in a
6  complaint.  Is that fair to say?
7    MR. RUBIN:  Objection; I think that misstates
8  what he said.
9    MR. WILLIAMS:  Q.  Did you indicate that you
10  understood that the subject matter of your testimony was
11  going to relate to allegations regarding debit memos in
12  a complaint?
13    A.  I don't understand your question.
14    Q.  Do you recall me asking you earlier today
15  whether or not you knew what the subject matter of your
16  testimony was going to be?
17    A.  Yes.
18    Q.  Right.  And do you recall testifying in
19  substance that it was supposed to be about allegations
20  in a complaint regarding debit memos?
21    A.  Yes.
22    Q.  And when was the first time -- well,
23  withdrawn.
24    Have you seen a complaint in this action?
25    A.  Yes.

37

1    Q.  And when was the first time you saw one?
2    A.  Approximately two or three years ago.
3    Q.  And did you read it?
4    A.  Yes, I did.
5    Q.  And did you have an opinion on the allegations
6  in the complaint regarding the debit memos?
7    MR. RUBIN:  Objection; not reasonably
8  calculated to, you know, get admissible evidence.
9  His -- Mr. Myers' opinion of the complaint I don't think
10  is germane to any subject matter that you'd be
11  proceeding on.
12    MR. WILLIAMS:  Q.  Go ahead.
13    A.  So you're asking if I had an opinion about
14  the --
15    Q.  The allegations.
16    A.  Yes.
17    Q.  And what was your opinion?
18    A.  They were false.
19    Q.  Okay.  And did you see your name at all in any
20  of what you read?
21    A.  I don't believe I remember seeing my name in a
22  complaint.
23    Q.  Okay.  I just want to -- are you familiar with
24  the Oracle Receivables User's Guide?
25    A.  Yes.

38

1    Q.  And do you use it in your practice at Oracle?
2    MR. RUBIN:  Objection; form.
3    MR. WILLIAMS:  Q.  Do you use it at Oracle to
4  do your job?
5    MR. RUBIN:  Objection; form.
6    THE WITNESS:  Do I use it as a guide?
7    MR. WILLIAMS:  Q.  Sure.
8    A.  A reference material?
9    Q.  Yes.
10    A.  I do occasionally in my position, you know, if
11  I have a question about how the applications function, I
12  will consult the user's guide.
13    Q.  And do you know -- are you familiar with the
14  glossary in that guide?  Do you ever use it?
15    MR. RUBIN:  Objection; form.
16    THE WITNESS:  I'm familiar that there is a
17  glossary.
18    MR. WILLIAMS:  Q.  Okay.  I just want to ask
19  you about some of the terms that are used internally at
20  Oracle.  It might facilitate our discussion --
21    A.  Okay.
22    Q.  -- going forward.
23    Do you know what -- you indicated -- you
24  talked a little bit about credit memos before.  What is
25  a credit memo?

39

1    A.  A credit memo generally is a reversal of the
2  open receivable or an offsetting entry to the open
3  receivable.
4    Q.  And under what circumstances would a credit
5  memo be used or issued?
6    MR. RUBIN:  Are you asking Mr. Myers based on
7  his own knowledge or the user's guide?
8    MR. WILLIAMS:  No.  His own knowledge.
9    MR. RUBIN:  Okay.
10    THE WITNESS:  So, Internal Oracle why we issue
11  credit memos?
12    MR. WILLIAMS:  Q.  Um-hum.
13    A.  Internally at Oracle we issue credit memos for
14  a number of reasons.  It could include a write-off of an
15  invoice that we feel is no longer collectible.  It could
16  also be simply that we need to credit memo the original
17  invoice for the purpose of reissuing the invoice because
18  it was issued in error.
19    Q.  And when a credit memo is generated -- let's
20  talk about 2000 and before, just in case the process has
21  changed.  Is it something that's generated
22  electronically or on paper?
23    A.  I want to make sure I understand your
24  question.  So the entry of the credit memo into the
25  system, is that what you're asking?

40

1    Q.  Okay.  Then -- so it's an entry; it's not
2  generated.  Someone just enters information regarding a
3  credit memo?
4    MR. RUBIN:  Objection; form.
5    MR. WILLIAMS:  I withdraw the question.
6    Q.  How is a credit memo created?
7    A.  A credit memo can be created two ways.
8    Q.  Okay.
9    A.  There is an applied credit memo -- that's what
10  I call it internally.  I'm not sure what the user's
11  guide calls it -- which allows a user to query an
12  invoice, an existing invoice in the system and credit a
13  portion or all of that invoice.  And it takes the
14  attributes from the original invoice to populate the
15  information on the credit memo.
16    Q.  But is it done electronically?
17    A.  It is done in the Oracle accounts receivable
18  application, as far as the entry of the credit memo,
19  yes.
20    Q.  Right, so -- okay.  And now, does that impact
21  accounts receivable at all?  If, for instance, a credit
22  memo is created, does it impact accounts receivable?
23    A.  If a credit memo is created, generally it will
24  impact accounts receivable.
25    Q.  In what way?

41

1    A.  It will generally decrease the value of
2  accounts receivable.
3    Q.  Okay.  And what's a debit memo?
4    A.  A debit memo -- and I don't know what the
5  user's guide definition is of a debit memo.  You know, a
6  debit memo can be used for any number of purposes.  It's
7  very similar to an invoice.  It's generally an increase
8  in your AR, generally, I mean.
9    Q.  Generally?
10    A.  Generally.
11    MR. WILLIAMS:  Okay.  I'll have the reporter
12  mark this document as Myers No. 1.
13    And just for the record, what we've been
14  doing -- actually, can we go off just for one minute?
15    VIDEOGRAPHER:  Going off the record.  The time
16  is 9:59.
17    (Discussion off the record.)
18    VIDEOGRAPHER:  Going back on record.  The time
19  is 9:59.
20    MR. WILLIAMS:  I'm just going to ask the
21  reporter to mark this document as Myers No. 1.  It's
22  dated number NDCA-ORCL 048657 through 048684.
23    (Exhibit No. 1 marked for
24    identification.)
25    MR. WILLIAMS:  Q.  Just going to ask you to

42

1  take a look at what's been previously marked as Myers
2  No. 1.  Just let me know if you recognize it.
3    A.  Okay.
4    Q.  Do you recognize what's been previously marked
5  as Myers No. 1?
6    A.  It appears to be the accounts receivable
7  user's guide glossary.
8    Q.  And I'm just going to ask you to turn to
9  048665; it's about six or seven pages in.  You see on
10  that page where it says -- defines debit memos?  I think
11  it's on the right-hand column.
12    A.  I do.
13    Q.  Can you just read that for me?
14    A.  "Debit memos:  Debits you assign your customer
15  for additional charges that you want to collect.  You
16  may want to charge your customers for unearned discounts
17  taken, additional freight charges, taxes and finance
18  charges."
19    Q.  Is that your general understanding of what a
20  debit memo is?
21    A.  That is how the Oracle user's guide classifies
22  use of debit memos.
23    Q.  Okay.  I'm asking you is that your general
24  understanding of what a debit memo is?
25    A.  Generally, yes.  However, I mean, it doesn't

43

1  mean that's the only use.
2    Q.  I understand.  But, so you indicated earlier
3  that generally a debit memo -- withdrawn.
4    In what other ways do you understand debit
5  memos to be used?
6    A.  Internal to Oracle?
7    Q.  Sure.
8    A.  We use debit memos for even doing a reference
9  that a refund is being processed, which would not --
10  would not, you know, kind of follow what the user's
11  guide says as far as that we had additional collections.
12  It is a tool we use to record that we have a refund
13  going out so that we can close the open receipt in the
14  AR system.  So it's not the only purpose.
15    Q.  Okay.  Was this -- as it's defined here, I
16  guess on page 9 of the glossary, is this one of the
17  purposes that they were used for at Oracle?
18    A.  We generally don't use debit memos for this
19  purpose, no.
20    Q.  So the user's guide -- withdrawn.
21    So the definition here in the Oracle user's
22  guide does not -- does not describe how debit memos are
23  used at Oracle?
24    MR. RUBIN:  Objection; form.
25    THE WITNESS:  Let me make sure I understand

44

1  your question.  So the definition here -- why don't you
2  restate your question.
3        MR. WILLIAMS:  Q.  I'm asking you if Oracle
4  used debit memos as described in the Oracle user's guide
5  on page 9.
6     A.  Generally this is not how we would use debit
7  memos, no.
8     Q.  Is there any other Oracle document that
9  defines how internally Oracle would use debit memos?
10     A.  I don't think we necessarily have a document
11  that describes how we use debit memos.  We have process
12  documents.
13     Q.  What do you mean by process documents?
14     A.  We have documents that state how we, as a
15  standard process, accomplish certain tasks.
16     Q.  Now, do any of those documents indicate how
17  debit memos are used in the way that you say they are
18  used at Oracle?
19     A.  Yes, I believe some of the documents do
20  discuss the process, do discuss using a debit memo as
21  part of the process.
22     Q.  Part of which process?
23     A.  Part of our refund process.
24     Q.  Looking at the definition here on page 9 of
25  the glossary --

45

1     A.  Um-hum.
2     Q.  -- do you understand how debit memos could be
3  used in this way, as indicated in the glossary?
4        MR. RUBIN:  Objection; form.
5        THE WITNESS:  Do I understand that this user's
6  guide is a guide that some customers could use for this
7  purpose?
8        MR. WILLIAMS:  Q.  Some customers or Oracle?
9     A.  I'm trying to understand your question.
10     Q.  I'm just asking you, did you understand this
11  definition?
12     A.  Yes.
13     Q.  And separate from how you indicated it is used
14  at Oracle, are you familiar with the way that debit
15  memos are used consistent with this definition?
16        MR. RUBIN:  Objection; form, vague.
17        THE WITNESS:  I've only worked at Oracle, so I
18  don't know how other customers possibly use the debit
19  memo.
20        MR. WILLIAMS:  Q.  So, but this definition
21  doesn't apply to Oracle, from your perspective?
22     A.  We don't -- generally do not use debit memos
23  for the purpose as defined in this user's guide.
24     Q.  What is an invoice?
25     A.  From the definition of the user's guide?

46

1     Q.  No, just from -- you know, you don't have to
2  look at the user's guide.  You can, if you like.  But
3  what is your understanding of an invoice?
4     A.  Generally an invoice is raised for the purpose
5  of recording the receivable on your balance sheet and
6  for recording that a customer owes Oracle some value of
7  money.
8     Q.  And is that -- now, you can take a look at the
9  user's guide.  It's actually on page NDCA-ORCL 048670.
10  And is that your understanding how invoices were used at
11  Oracle?
12        MR. RUBIN:  Is that, being the definition?
13        MR. WILLIAMS:  Q.  The definition that you
14  just stated, was that your understanding of how invoices
15  were used at Oracle?
16     A.  Yes.
17     Q.  And were there any other uses of invoices at
18  Oracle?
19     A.  To my knowledge, this is the primary use of
20  invoices.
21     Q.  Do you recall any other uses?
22     A.  I don't recall any other uses, no.
23     Q.  Okay.  So is it fair to say that an invoice
24  would create a receivable on Oracle's balance sheet?
25     A.  Well, the accounting is driven based upon a

47

1  number of attributes, but an invoice being created would
2  generally put an entry on the trade account.  But the
3  accounting is really dependent on how the system has
4  been set up.
5     Q.  Okay.  What do you mean when you say on the
6  trade account?
7     A.  Generally when you would raise an invoice, you
8  would make a debit to the accounts receivable balance
9  sheet account.
10     Q.  And is that what typically Oracle did when
11  they raised an invoice?
12     A.  Typically when Oracle raised an invoice, yes,
13  we would make a debit to accounts receivable.
14     Q.  And when you say raise an invoice, can you
15  tell me what that means?
16     A.  Create.
17     Q.  And is that it?
18     A.  Systemically enter it, yeah.
19     Q.  And how are invoices created at Oracle?  Are
20  they created automatically by some other process, or
21  does someone have to manually trigger the creation of an
22  invoice?
23     A.  So internally at Oracle?
24     Q.  Yes.
25     A.  We have -- depends upon the country.  But the

48

1   United States, in particular, there are generally three
2   feeder systems that feed data into accounts receivable,
3   and that data would then be the data that was used to
4   create the invoice in the accounts receivable
5   application.
6       Q.  But would the data that you're talking about,
7   would someone have to use the data to create the
8   invoice, or would an invoice just be created once some
9   other event occurred?
10      A.  So there is other processes that would -- you
11  know, those processes would result in the entry of
12  information in another application other than accounts
13  receivable.  Once that data has been entered in, the
14  data automatically populates the information to the
15  accounts receivable system through what they call an
16  interface.
17      Q.  And that creates a debit -- I'm sorry.  That
18  creates an invoice?
19      A.  That creates, generally would create -- for
20  the majority of our transactions, that would generally
21  create an invoice based upon the information being
22  entered into the one of the feeder systems, and then
23  that system pushing the data into the interface.
24      Q.  And what happens to those invoices once they
25  are created?

49

1       A.  Generally once the invoices have been created,
2   they are then printed and mailed to our customers.
3       Q.  And what is an offset account?
4       A.  I'm not familiar with the term used
5   internally.
6       Q.  Okay.  How about internally the use of the
7   term On Account?  You can use the user's guide if you
8   like, but if you have, you know, an answer that is, I
9   guess, different or something you know personally.
10      A.  So you said -- your question was regarding
11  On Account?
12      Q.  Yeah, the term On Account.  What is your
13  understanding of the term On Account, or the phrase
14  On Account?
15      A.  It really depends upon the time, time frame
16  we're talking about.
17      Q.  2000.
18      A.  2000, prior to November 17th?
19      Q.  Yes.
20      A.  On Accounts for -- there was two types of
21  On Accounts I alluded to earlier.  On Account can be an
22  On Account credit memo, or it could be On Account cash.
23      Q.  Okay.  And so is your testimony that the
24  phrase On Account by itself does not have a specific
25  meaning to you for the period prior to November 17th,

50

1   2000?
2       MR. RUBIN:  For the period all the way back to
3   when?  I mean --
4       MR. WILLIAMS:  Well, it was his testimony.  He
5   said prior to November 17th, 2000, so --
6       MR. RUBIN:  Well, I'm just saying in your
7   question, you might want to set some parameters to -- it
8   might facilitate --
9       MR. WILLIAMS:  Q.  You were at Oracle between
10  1997 -- well, prior to November 17th, 2000, you were at
11  Oracle from sometime in 1997; right?
12      A.  Um-hum.
13      Q.  Is it your testimony that the phrase
14  On Account does not have a specific meaning other than
15  On Account for credit -- did you say credit memo or
16  On Account for cash?
17      A.  I just wanted to make sure I understood your
18  question.  Because I think, you know, when you say
19  On Account, there could be two ways you could derive
20  that.  It could be On Account credit memos which we can
21  create, or the payment, could that be placed in the
22  status of On Account.
23      Q.  Okay.  Well, all I'm saying -- all I'm asking
24  is if the phrase On Account means something to you or at
25  Oracle separate from those two categories.

51

1       A.  From the system's perspective, that's what it
2   means to me, either the payment has been placed
3   On Account or an On Account credit memo has been raised.
4       Q.  Okay.  So what does it mean when a payment is
5   placed On Account prior to November 17th, 2000?
6       A.  The placing of the item On Account prior to
7   November 17th was generally used for a few different
8   purposes.  One would be to reference that the money had
9   been refunded and that Oracle was no longer in
10  possession of this cash.  That would be one example of
11  why a payment or receipt would be placed into an
12  On Account status.
13      There are a couple other.  One would be, for
14  example, we received a payment and the cash was being
15  moved to directly offset an expense account.
16      Q.  So if someone said that a payment was -- a
17  payment was On Account, it could mean that Oracle had
18  already refunded the money, or that the money was being
19  moved to where?
20      MR. RUBIN:  Objection; form.
21      THE WITNESS:  So, you know, so if a receipt
22  was placed On Account, it generally meant for people not
23  to touch the money, because the accounts receivable team
24  has done something else with it.
25      MR. WILLIAMS:  Q.  Okay.  I'm just -- I want

52

1  to -- can you read his last answer back, please?
2      (Record read as follows:  QUESTION:  The
3      placing of the item On Account prior to
4      November 17th was generally used for a few
5      different purposes.  One would be to reference
6      that the money had been refunded and that
7      Oracle was no longer in possession of this
8      cash.  That would be one example of why a
9      payment or receipt would be placed into an
10     On Account status.  There are a couple other.
11     One would be, for example, we received a
12     payment and the cash was being moved to
13     directly offset an expense account.)
14     MR. WILLIAMS:  Q.  Okay, so if a payment was
15 On Account, it could mean that a payment was moved to
16 directly offset an expense account?
17     A.  Well, the placing of the item On Account was
18 just one step of maybe a couple additional steps.  It's
19 a series of transactions.  So if we're going to -- so
20 narrow in on just the placing of the item On Account,
21 that was to reference that the cash really should not
22 be -- no future activity should really happen against
23 this payment in relation to moving this money to an open
24 receivable.  I mean, it would -- at that time, you know,
25 prior to November 17th, meant as a signal for people in

53

1  the system that the money -- that something
2  additional -- some additional transaction had occurred
3  that meant not to, you know, touch this money, or don't
4  touch this receipt in the way that we would use it for
5  some other purpose.
6      Q.  So it indicated that another transaction had
7  already occurred or was going to occur?
8      A.  Was in process.  So, for example, you would
9  place the money On Account, and then possibly the next
10 transaction was to then issue the refund to the
11 customer.  Or another example would be a stop -- stop
12 payment.
13     Q.  Well, I don't want to just go too far down the
14 line, because you understand this a lot better than I
15 do; okay.  So it could be -- withdrawn.
16     Are you saying that an item On Account would
17 reference that something has already occurred with this
18 money, or that something was going to occur?  Is that a
19 fair characterization?
20     A.  Not really.  The first step was, you know, was
21 to place the money On Account.  And we can go through
22 kind of a normal transaction, if that helps.
23     Q.  We'll get there.
24     A.  Okay.  So, you know, so the first step would
25 be to put the money On Account.  And that was basically

54

1  a flag or a designation that the item was not to be
2  touched or moved.
3      Q.  Okay.  Because of what?
4      A.  Some additional transaction had occurred.
5      Q.  Okay.  Can you read the -- if you turn to
6  048672 for me, and can you just read the definition of
7  On Account there.
8      A.  There is a couple different On Accounts.
9      Q.  Just the On Account.
10     A.  Okay.  "On Account payments where you
11 intentionally apply all or part of the payment amount to
12 a customer without reference to a debit item.
13 On Account debit items include prepayments and
14 deposits."
15     Q.  Okay.  The manner in which you just described
16 for me what On Account meant at Oracle, is that
17 consistent with what you've read as the definition here
18 of On Account, or is it different?
19     A.  At what time?
20     Q.  Prior to November 17th, 2000.
21     A.  Okay.  So prior to November 17th, 2000, no,
22 this is not how we used On Account.
23     Q.  Okay.  And now, why would an item or a payment
24 be designated, quote/unquote, On Account?
25     A.  So, example would be a refund.

55

1      Q.  Well, how would Oracle know that it should go
2  to On Account status once it was received?
3      MR. RUBIN:  Unless you otherwise say so, I'm
4  assuming all these are pre-November 17th, 2000
5  questions.
6      MR. WILLIAMS:  Right.  I think that's what
7  we're talking about now, yes.
8      MR. RUBIN:  Well, I'm just saying, for the
9  record, then you don't have to repeat it every time.  If
10 you want another date --
11     MR. WILLIAMS:  No, I understand.
12     Q.  We're talking generally about prior to
13 November 17th, 2000.
14     A.  Sorry, I lost your question.
15     Q.  That's fine.  How would one know that a
16 payment had to go to On Account status once it was
17 received?
18     A.  It would be the responsibility of the accounts
19 receivable analyst to make the determination whether or
20 not the item should go to On Account.
21     Q.  And how -- how is that determination made
22 generally?
23     A.  The determination was made that you would move
24 to On Account if you were -- again, you know, if you
25 needed to issue a refund, the first step to that refund

56

1  process, the first step was to take the payment that we
2  were going to be refunding and the amount we were going
3  to be refunding and we would place that item into an
4  On Account status.
5      Q.   Okay.  How would you know?  How would one
6  determine whether it was going to be a refund once the
7  payment was received?
8      A.   Based upon someone's research that somebody
9  had completed.  So, for example, somebody had called the
10  customer, and the customer requested that the money that
11  they had paid us that was open on their -- on the record
12  needed to go back to them, they would submit the request
13  to have that refund processed.  It would go through a
14  series of approvals, and once the approvals had been
15  retained, then the accounts receivable analyst, the
16  first step they would go then and do would be to put the
17  item that was going to be refunded, the receipt that was
18  going to be refunded, and the amount that was going to
19  be refunded, and place that item into an On Account
20  status.
21      Q.   So where would that money be prior to it being
22  designated as, or put in On Account status?  Where would
23  it be held?
24      A.   It could be held -- generally it would be an
25  unapplied status.  You could have a scenario where it

58

1      Q.   Prior to November 17th, 2000.
2      A.   Unapplied status meant that this was an open
3  item for the customer to use for an open receivable or
4  for whatever -- you know, whatever purpose they were
5  designating.
6          So, the unapplied would mean that the customer
7  has something they can use for a future purpose.
8      Q.   And is that different from the On Account?
9      A.   Yes.
10      Q.   And for On Account, the term On Account, did
11  Oracle have -- internally, prior to November 17th, 2000,
12  how is that account identified?
13      A.   How was the On Account identified?
14      Q.   Right.  How would one recognize that something
15  was On Account?
16      A.   There is a form called the receipts form, and
17  if you -- off the receipts form there is a button that
18  says applications.  If you click on the applications
19  button, there is a field that displays how much money is
20  On Account.  And also in the application details, you
21  can see the On Account applications and the amount
22  that's been applied On Account.
23      Q.   Does the account itself have a number, the
24  On Account?
25      A.   I don't understand your question.

57

1  was an applied status, a credit memo was issued and it
2  was moved from applied to unapplied to On Account, if
3  the credit memo resulted in a refund request as well.
4      Q.   Well, I don't think I was asking you about a
5  credit memo.  I was saying if a payment came in to
6  Oracle and it ultimately went to On Account, where would
7  the payment be held prior to that?
8      A.   It would be held in unapplied status.
9      Q.   Unapplied status.  That would be based on a
10  determination by, I guess, an analyst?
11      A.   (Nods head.)
12      Q.   And what would cause it to go to unapplied
13  status?
14      A.   The payment made by the customer, as they --
15  if we were unable to apply it, as we discussed earlier,
16  as far as the automatic applications through our lock
17  box file we receive from the bank, if the item was
18  unable to be applied through that process, it would
19  automatically go to unapplied status.
20      Q.   Okay.
21      A.   The only other exception to that would be is
22  if the customer was unknown, in which case it could go
23  into an unidentified status.
24      Q.   Well, what does unapplied status mean?
25      A.   Unapplied --

59

1      Q.   Okay.  So you said that a receivable could be
2  On Account for a couple of reasons; is that fair?
3      A.   You said a receivable could be On Account.
4      Q.   Withdrawn.  I'm sorry.
5          That a payment could be On Account for a
6  couple of different reasons.
7      A.   Um-hum.
8      Q.   And was there an account where all of the, I
9  guess, payments that were On Account were held?
10      A.   So is your question, was there -- are you
11  saying like a general ledger account?
12      Q.   Sure; yes.
13      A.   Yes, there was a general ledger account that
14  held the On Account status.
15      Q.   And how was that general ledger account
16  identified?
17      A.   The general ledger account that held the
18  On Account status was 25005.
19      Q.   Were there any -- was there any prefix to
20  25005 or any suffix to that number?
21      A.   Not to my knowledge.  I mean, there was
22  additional accounting in the -- so there was cost
23  centers and other associated items in our accounting
24  string, but there was no subaccount or anything of that
25  matter.

60

1    Q.  And before I forget, with regard to the
2  unapplied, was there a general ledger account that was
3  identified as the unapplied?
4    A.  The unapplied account or the unapplied status
5  was also linked to the 25005 account.
6    Q.  What do you mean when you say linked?
7    A.  The Oracle applications have basically
8  accounting linked to different functions within the
9  application itself.
10   Q.  Okay.  So, if one saw that an item was in
11  25005, based on that fact alone, could one determine
12  whether or not it was On Account or unapplied?
13   A.  Your question is if somebody was looking in
14  the general ledger --
15   Q.  Yes.
16   A.  -- and not looking at the subledger, could
17  they tell if it was unapplied or On Account?
18   Q.  Right.
19   A.  No, they could not.
20   Q.  Okay.  Let me back up a little because it just
21  got a little confused.  You indicated that the 25005 did
22  not have subaccounts, but you just indicated that if
23  someone looked at -- without looking at a subledger, you
24  couldn't identify whether it was unapplied or
25  On Account.  What do you mean when you say subledger?

61

1    A.  When I say subledger, the subledger being the
2  accounts receivable system, as a whole.  It's a log --
3  you know, unless you were looking at the receipts form
4  and the applications form and seeing whether or not the
5  item was On Account, you couldn't tell.  That was the
6  easiest way.  And there's reports you could run.  But
7  that was the easiest way to tell if an item was
8  On Account was by looking at this form.
9    Q.  And how would one have access to this form?
10   A.  You'd have to be granted access.
11   Q.  Were there certain people at Oracle prior to
12  November 17th, 2000 that had access to this form?
13   A.  Yeah.
14   Q.  And generally who would those people be?
15     MR. RUBIN:  Objection; form.
16     MR. WILLIAMS:  Q.  When I say generally, what
17  I mean is, does everyone in collections have access to
18  it?  Does everyone in accounts receivable have access to
19  it?  And if not, then who are the individuals that
20  would?
21   A.  So your question is do teams such as accounts
22  receivable and collections have access to the accounts
23  receivable module?
24   Q.  Okay.
25   A.  Yeah.

62

1    Q.  Everyone?
2    A.  Generally everybody on those teams are going
3  to have access to the accounts receivable module.  But
4  there's different security levels within the module that
5  says what one can or can't do within those
6  responsibilities.  And there is different
7  responsibilities based upon the job you hold.
8    Q.  Well, with respect to looking at, I guess,
9  what you identified as the receipts to make the
10  determination whether something was On Account or
11  unapplied, would everyone in collections and accounts
12  receivable have the authority to look at that?
13   A.  Would the people in the collections team have
14  access to look at that form?
15   Q.  Yes.
16   A.  Yes.
17   Q.  And how about accounts receivable?
18   A.  Yes.
19     MR. RUBIN:  Shawn, whenever it's convenient,
20  can we take a break?
21     MR. WILLIAMS:  Sure.  Do you want to take a
22  short break?
23     THE WITNESS:  Sure.
24     MR. WILLIAMS:  Five minutes?
25     THE WITNESS:  Yeah.

63

1      VIDEOGRAPHER:  Going off record.  The time is
2  10:28.
3      (Recess, 10:28 - 10:41 a.m.)
4      VIDEOGRAPHER:  Going back on record.  The time
5  is 10:41.
6      MR. WILLIAMS:  Q.  I asked you earlier what
7  happens when an invoice is created, what is debited or
8  credited, and I think you indicated that AR is debited;
9  is that fair?
10   A.  On most invoices, yes, we generally debit AR.
11   Q.  And what's the -- what is that debit offset
12  by?  Where is the offset?  What account is offset?
13  Revenue?
14   A.  It depends upon the transaction.
15   Q.  Well, generally when an invoice is created and
16  AR is debited, what's credited?
17   A.  I can't answer the question without more
18  detail.
19   Q.  Were you able to answer the question as to AR
20  being debited generally when an invoice is created?
21     MR. RUBIN:  Objection; form.
22     THE WITNESS:  So when we raise an invoice,
23  when we create an invoice in accounts receivable, the
24  underlying accounting would on most invoices debit an
25  accounts receivable GL account.

64

1      MR. WILLIAMS: Q. Right. And generally what
2   would be credited? What account would be credited?
3      A. I can't give you an answer unless you give me
4   much more information.
5      Q. Okay. Is that because Oracle -- the way that
6   Oracle did things is very different than, say, general
7   accounting procedures? Or is it because you believed
8   that one could not answer that question without more
9   information?
10      MR. RUBIN: Objection; form, compound.
11      THE WITNESS: My -- as I stated earlier, I
12   need more information to answer the question.
13      MR. WILLIAMS: Q. Okay. Like what
14   information would you need to answer that question?
15      A. I would need a lot of information. You know,
16   you would need to know what was sold, you know, if it
17   had been delivered, if the service had been rendered,
18   what the contract content was. I mean, every -- I'm not
19   in revenue recognition. I can't tell you what -- you
20   know, what accounting happens and money transactions.
21   So to make a general statement is not appropriate.
22      Q. But it would -- when AR is debited, based on
23   your understanding, there would have to be an offset, a
24   credit somewhere in the accounting; is that fair to say?
25      A. Yes, for every debit there should be a credit.

65

1      Q. Right. And so you would have to credit either
2   cash or revenue; is that fair?
3      A. Again, I mean, it really depends upon the
4   transaction we're talking about. I don't want to make
5   generalizations regarding accounting.
6      Q. That's fine. That's okay. I'm just trying to
7   understand, you know, your perspective and Oracle's
8   perspective. If something had to be credited -- and you
9   can give me examples of what could be credited. I gave
10   you a cash or revenue. But I'm understanding that there
11   may be other factors in there. What else could be
12   credited at Oracle?
13      A. Again, depends upon --
14      MR. RUBIN: Objection; form.
15      THE WITNESS: Again, it depends upon the --
16   upon the transaction. You're just not giving me enough
17   information to give a good answer.
18      MR. WILLIAMS: Q. Just in your understanding
19   of accounting, if something is credited, if an accounts
20   receivable is debited, and there is an offset on the
21   other side, you would say that in some circumstances
22   that revenue could be credited; right?
23      MR. RUBIN: Objection; that misstates -- I
24   don't think he's ever said that.
25      MR. WILLIAMS: Q. Is that fair to say? In

66

1   some circumstances, that revenue could be credited in
2   some circumstances?
3      A. In some circumstances --
4      Q. Sure.
5      A. -- you could debit accounts receivable and
6   credit revenue in some circumstances.
7      Q. Right. Right. Sure. And in some
8   circumstances cash could be credited; is that fair to
9   say?
10      A. When an invoice is generated?
11      Q. Yeah.
12      A. It doesn't make sense to me why you would
13   credit cash with an invoice being generated.
14      Q. Okay. Is there anything else that you
15   understand could be credited once an invoice is created?
16   Any other account?
17      A. Unearned revenue.
18      Q. Okay. Any others?
19      A. Unbilled.
20      Q. Unbilled what?
21      A. Accounts receivable.
22      Q. Unbilled accounts receivable. Okay, any
23   others?
24      A. Those would be, I think, the primary ones.
25      Q. And how would one -- so how would one at

67

1   Oracle, if an account -- if an invoice is created,
2   accounts receivable is debited, how would one determine
3   what account was credited?
4      A. So your question is for a, you know,
5   day-to-day transaction on an invoice being raised --
6      Q. Sure.
7      A. -- what accounts would be debited and
8   credited?
9      Q. No. I'm asking if -- how does one determine
10   which accounts were debited and credited?
11      A. It's all based upon system setup for initial
12   accounting, and then additional review could occur past
13   the fact to ensure the accounting is appropriate and
14   correct.
15      Q. But in general, if an invoice is raised,
16   and -- which would generally debit AR, if one -- if
17   someone in accounts receivable or someone at Oracle
18   needed to determine what account was credited, how would
19   that be done?
20      A. For most transactions, the credit is
21   determined by the bill of materials on an invoice. So
22   when an invoice is created, the credit side of the entry
23   for most invoices is derived from the item that we sold.
24      Q. Okay. Can you give me an example of that?
25      A. Sure. Again, I don't, you know -- this is

68

1 going to be very general, not, you know -- the problem
2 is, again, I don't have enough information to give
3 you --
4     Q.  Sure.
5     A.  I don't know what the contract says with the
6 customer.  But assuming all the revenue recognition
7 requirements were met, if you sold the customer some
8 database licenses, your general accounting would be a
9 debit to accounts receivable, credit to revenue, and
10 generally also credit to tax liability.
11    Q.  And that would be -- we've talked a little bit
12 about credit memos, or you mentioned them.  And then I
13 had a follow-up question as to whether or not it's
14 possible to generate a credit memo without an invoice or
15 an invoice number.
16    A.  Yeah.
17    Q.  And under what circumstances can that be done
18 or would that need to be done?
19    A.  We very rarely even use what you're referring
20 to as an On Account credit memo, which doesn't reference
21 a specific invoice.  And the occurrences of those are
22 very, very rare at Oracle.
23        The one occurrence where it could happen would
24 be where we need to maybe change who or what cost center
25 is being hit with the -- with the possible debit to

70

1     Q.  And who would that be?
2     A.  Jennifer Burke.
3     Q.  And so if you had an expense, just say, for
4 instance, you know, you had a business expense that was
5 a million dollars, that would be attributed to your cost
6 center?
7     A.  If I incurred the expense and it was approved,
8 then, yes, it would be to my cost center.
9     Q.  Okay.  Now, you also indicated earlier that
10 the unapplied and the On Account were both linked to the
11 25005 general ledger account; is that fair?
12    A.  Yes.
13    Q.  And did they have -- well, withdrawn.
14        Were there customer tie-ins?  For instance, if
15 you looked at an item in the unapplied, could you
16 determine which customers had money in unapplied, or
17 which customers had money in the On Account?
18    A.  Yes, generally speaking.
19    Q.  And how would that be done?
20    A.  The receipt is associated with a customer, or
21 the payment is associated with a customer.  The
22 unapplied, On Account or applied is simply a status of
23 that payment associated with that customer.
24    Q.  Now, let's talk about unapplied, the unapplied
25 portion of 25005.  Was there any specific account,

69

1 revenue, and making a very generalization.
2     Q.  And what is a cost center?
3     A.  Cost center, I don't know what the textbook
4 definition is, but, you know, generally teams are
5 grouped into cost centers.  So, for example, my team has
6 its own cost center that's used for budgeting purposes.
7     Q.  So help me understand it.  So what do you mean
8 it's used for budgeting -- withdrawn.
9         How does one use a cost center?
10    A.  I actually don't think I'm the right person to
11 even ask the question to.
12    Q.  Well, how do you use it?
13    A.  How I use my cost center?
14    Q.  Yeah.
15    A.  It's something where if I'm going to incur an
16 expense, I associate my expense to that cost center.
17    Q.  So is it fair to say that it's your budget or
18 your team's budget, generally?
19        MR. RUBIN:  Objection; form.
20        THE WITNESS:  I don't know.  I don't deal with
21 budgeting.  I don't think I'm the right guy to answer
22 the question.
23        MR. WILLIAMS:  Q.  And, well, who determines
24 how much money is in your cost center?
25    A.  My management.

71

1 general ledger account number that related to only the
2 unapplied?
3     A.  So the unapplied cash sat in 25005 from a
4 general ledger perspective.
5     Q.  Okay.  And, but there was no separate general
6 ledger number that specifically referred to the
7 unapplied?
8     A.  The unapplied cash from an accounting
9 perspective sat in 25005, in the accounts receivable
10 system.
11    Q.  Okay.  And would you say the same for the
12 On Account sat in 25005 in the accounts receivable
13 system?
14    A.  Prior to November 17th?
15    Q.  Prior to November 17th.
16    A.  Yes, prior to November 17th, the On Account
17 sat in 25005.
18    Q.  Okay.  Now, why would an item go or a payment
19 go to unapplied?
20    A.  Because we had no indication from the customer
21 where those -- that payment or those funds should be
22 applied to.
23    Q.  And would that be cause -- withdrawn.
24        What would create that scenario generally?
25 Like a customer may not put a reference number on a

72

1 check or a contract number on a check, or something like
2 that?
3          MR. RUBIN:  Objection; form.
4          THE WITNESS:  Is that a --
5          MR. WILLIAMS:  Q.  Generally, that was a
6 hypothetical.  How would that scenario occur where
7 Oracle would not know how to apply a customer payment?
8     A.  I think a couple different scenarios.  I mean,
9 I'll give you two.  One would be, yes, the example you
10 provided, which was that the customer makes a payment to
11 Oracle Corp. and they don't reference any information
12 that we can use in order to determine where those funds
13 or that payment should be applied.  That would be one
14 example of why an item would go to unapplied cash.
15     Q.  Okay.  Any other examples?
16     A.  I'll give you one more.  A customer makes a
17 payment against an invoice and for whatever reason that
18 invoice has been credited, some sort of concession, and
19 we unapply the cash to issue that credit memo.  That
20 unapplied cash now sits as a credit against that
21 customer's account.
22     Q.  Now, where would it have been prior to it
23 being unapplied?
24     A.  In the second example?
25     Q.  Yes.

73

1     A.  It would have been applied against the
2 original invoice the customer paid.
3     Q.  And when you say -- what do you mean when you
4 say applied?
5     A.  It would have been applied against the
6 outstanding invoice the customer was meaning to pay when
7 they made the payment.
8     Q.  Right.  And that -- and would that be revenue?
9     A.  I don't know.  I mean, what was the
10 transaction?
11     Q.  I'm just asking you, so if a customer --
12 withdrawn.
13          If a customer sent a payment for an invoice,
14 would that go to revenue?
15     A.  I don't know.  I mean, your question is very
16 similar to the last one, in that I can't make the
17 distinction whether it went to revenue without having
18 details of what the contract said, I mean, if there was
19 an acceptance clause, if we had delivered service.  So I
20 don't think we can make generalizations without having,
21 you know, further information.
22     Q.  So you can't answer the question?
23     A.  Well, not just on the information you've given
24 me, no.
25     Q.  Okay.  And so generally at Oracle, one

74

1 could -- if a payment -- if a customer paid an invoice
2 which, I think you indicated, debited AR, that
3 information would not be enough to determine whether
4 that payment went to revenue?
5          MR. RUBIN:  Objection; form.
6          THE WITNESS:  There is no way based upon the
7 information you've given me that I can tell you if a
8 customer makes a payment and we've applied that payment
9 to an invoice, whether or not revenue has been
10 recognized or not.
11          MR. WILLIAMS:  Q.  Okay.  And --
12     A.  I could tell you -- I could look in the system
13 to determine, but I can't make any generalizations.
14     Q.  What would you look at in the system to
15 determine that?
16     A.  You could look at the invoice's accounting to
17 determine the history of the accounting, of that
18 transaction.  Because every invoice keeps the accounting
19 history.
20     Q.  Okay.  And so how would you do that?  Say, for
21 instance, you got a payment for an invoice.  How would
22 one check to see if it ultimately impacted revenue?
23     A.  You would need to query the invoice in the
24 system and then click on the -- or push the
25 distributions button within the application or accounts

75

1 receivable module, and you would have to look through
2 all the accounting entries that occurred through the
3 history of that invoice to determine what had transpired
4 as far as the accounting.
5     Q.  So if someone gave you 50 payments and they
6 were all related to invoices, would one have to go
7 through each one manually to determine whether or not it
8 had a revenue impact?
9     A.  Yeah.
10     Q.  Now, going back to a payment being put on
11 On Account status, prior to November 17th, 2000, how
12 would a customer know if it had money at Oracle at
13 On Account status -- well, in On Account status?
14     A.  How would the customer know if they had
15 On Account cash?  I guess they could call the Oracle
16 collections or accounts receivable department and ask.
17     Q.  But would that information be on a billing
18 statement or an invoice that was sent to the customer?
19     A.  It would not be on the invoice.  We generally
20 don't send statements to our customers unless they
21 request them.  If they request them, we give it to them.
22 And the On Account cash could and would show up on that
23 report, I believe.
24     Q.  Upon request?
25     A.  Upon request.

76

1  Q.  And what if there was no request, where --
2  how -- how long would that money sit in the On Account?
3  A.  So if the cash was put On Account for the
4  purpose of, say, the example of a refund, how long would
5  that item stay as an On Account status?
6  Q.  Yes.
7  A.  It would stay as -- prior to November 17th, it
8  would have stayed in On Account indefinitely.
9  Q.  Okay.  And what other purpose, aside from a
10  refund, would monies be On Account or in On Account
11  status?
12  A.  For example, a customer had made a duplicate
13  payment but caught the duplicate prior to it clearing
14  their bank and they put a stop payment on that check.
15  Q.  And are those the only two instances -- only
16  two reasons monies would be placed in On Account?
17  A.  No.  There is a third.  We receive payments
18  from customers that are -- for a nonreceivable related
19  transaction.  Probably a good -- give you an example
20  would be Oracle hosts an event called Oracle Open World.
21  We do not raise invoices for the purposes of our, I
22  guess, customers' vendors that would like to rent a
23  booth at that event.  Customers would make a payment for
24  the booth rental, and we would need to debit cash for
25  the receipt of that payment.  And the offsetting entry

77

1  to the cash entry in the example I'm providing would be
2  to an expense account that Oracle has incurred in
3  relation to putting that event on.
4  Q.  So how would that get into On Account?
5  A.  The original payment that we get in from our
6  lock box, as we discussed a little bit earlier, all of
7  the payments that we receive from our lock box are
8  received in a status of what is called cash.  And there
9  is two statuses on a receipt.  It can be a cash receipt
10  or it can be a miscellaneous receipt.  Every receipt we
11  receive from our lock box file is received as a cash
12  receipt.
13  So in order to move it to -- in the example I
14  used, the event, the Oracle Open World event, in order
15  to get it to offset that expense account, a series of
16  transactions need to take place to get that payment to
17  offset expense account.  The first step, once the
18  payment had been validated and verified that that
19  payment was for a booth rental at Oracle Open World, the
20  first step was that the accounts receivable analyst
21  would have placed the item into an On Account status,
22  and that was the cash receipt we received and we
23  recorded upon the lock box upload from the bank.
24  The next step would have been to record a
25  negative miscellaneous receipt, and miscellaneous

78

1  receipts are applied to general ledger accounts.  That
2  would debit 25005, credit cash, such that the cash
3  payment received initially from the bank was offset by
4  the negative miscellaneous receipt just recorded, and
5  then a third transaction would be entered into the
6  accounts receivable system also as a miscellaneous
7  receipt that debits cash and credits the expense
8  account.
9  Q.  But why would it have to debit 25005?  Why
10  would it touch that account at all?
11  A.  The reason why that debits 25005 is that it
12  was offsetting the entry that we placed On Account.  As
13  we discussed earlier, when you place the item onto
14  On Account, it sits in 25005.  Therefore, to -- from a
15  general ledger perspective, to pull it back out of
16  25005, we created a negative receipt that debited 25005
17  and credited cash.  Therefore, the cash receipt created
18  as the upload to the bank is offset by that negative
19  miscellaneous receipt.
20  Q.  I think I understand that.  What I don't
21  understand is why, if a customer made a payment to use a
22  booth at Oracle Open World, why would that money go to
23  the On Account?  I think you explained to me that the
24  On Account was monies that were received for, you know,
25  one purpose or another that was then going to be

79

1  refunded to a customer, and it was placed in the
2  On Account; is that fair?
3  MR. RUBIN:  Objection; form.  That misstates
4  what was said.
5  MR. WILLIAMS:  Q.  You can say it is not fair.
6  A.  It does misstate.  I mean, that was an example
7  why one could be placed On Account.  It wasn't the only
8  reason.
9  MR. WILLIAMS:  Q.  Okay.  Well, I'm really
10  just trying to understand why if someone was paying for
11  a booth, why that would -- what was the reason why it
12  would touch the On Account?
13  A.  The reason why is that, as I just kind of
14  alluded to earlier, or discussed earlier, is that all of
15  our payments that we received when we upload our lock
16  box file from the bank are all created as cash receipts.
17  At that point, this would be an example of when a cash
18  recept was recorded from the bank and was put into
19  unapplied status --
20  Q.  Right.
21  A.  Then somebody would need to call the customer
22  and request why, what was this payment for, and at that
23  point the customer maybe will give you the answer, oh,
24  this is a booth rental for Oracle Open World.  You need,
25  you know, that's what this is for.  And then based upon

80

1  that research, we determine, okay, we know where this --
2  we now know where this payment needs to be applied.  We
3  do not have a receivable in our systems, because we
4  don't create receivables for the Oracle Open World
5  event.  Therefore, because we do have the cash receipt
6  sitting in our system and we're going to move it to be
7  offsetting an expense account, we place the item
8  On Account, again, to highlight that this cash has now
9  been moved, and should not be used for the purpose of
10  applying to an open receivable, and then we created the
11  subsequent two transactions I just discussed.
12       Q.  Okay.  So items in the On Account, it sounds
13  like items in the On Account need investigation to
14  determine where they go.
15       A.  That's not accurate.
16       Q.  No?  But you just indicated that this -- that
17  if someone paid for a booth and it came in as a cash
18  receipt to the lock box, it would be sent to On Account
19  until there was a determination made as to whether or
20  not it was going to -- as to a determination made where
21  it was supposed to go; is that fair?
22       MR. RUBIN:  Objection; misstates prior
23  testimony.
24       MR. WILLIAMS:  Is that fair?
25       A.  That's not what I said.

81

1       Q.  I'm not saying it's what you said, I'm asking
2  you if that's a fair characterization of what you said.
3       MR. RUBIN:  Objection; form, same objection.
4       MR. WILLIAMS:  Q.  Is that a fair
5  characterization of what you said?
6       A.  No.
7       Q.  Okay.  You indicated also that -- I asked how
8  long monies would sit in On Account.  And -- prior to
9  November 17th, 2000.  And I think you said that it would
10  sit there indefinitely.
11       A.  Um-hum.
12       Q.  Why would it sit there indefinitely if it was
13  put there as a refund?
14       A.  It would sit there indefinitely, because the
15  item -- again, to put the item On Account was a
16  reference to the people that this payment -- a
17  subsequent transaction has occurred and that that cash
18  receipt should no longer be used for the same reasons
19  that maybe a user would use the unapplied.  And,
20  therefore, this was a way to signal or flag or, you
21  know, make a way to determine this cash receipt -- an
22  additional event has occurred and it should not be
23  touched for purposes of resolving possibly an open
24  receivable.
25       Q.  Right.  I understand that.  What I was asking,

82

1  why would it sit there indefinitely?
2       A.  I don't know where else it would go.
3       Q.  But I -- you know, my understanding is that it
4  would be put there for purposes of a refund.  At least
5  one of the purposes.
6       A.  It would be put --
7       MR. RUBIN:  Well, hold on.  I'm not -- is that
8  a question?
9       MR. WILLIAMS:  Yeah, it is a question.
10       MR. RUBIN:  You're saying my understanding --
11       MR. WILLIAMS:  Let me rephrase the question.
12       Q.  Is it fair to say that your testimony was that
13  one of the reasons that items would be put in On Account
14  was because it was going to be refunded?
15       A.  The item would be put into On Account status
16  in the first step toward sending the refund out to the
17  customer.
18       Q.  Okay.  And that's why I'm asking you, if that
19  was the first step, why would or could an item sit in
20  On Account status indefinitely?
21       MR. RUBIN:  Objection; form.
22       THE WITNESS:  I really don't know where else
23  it would go.  I mean, it was placed On Account as a flag
24  that this cash receipt is -- a subsequent transaction
25  has transpired and that this receipt should not be

83

1  touched.  So putting it On Account was an indefinite
2  flag that do not touch this receipt, another transaction
3  has taken place, therefore, this money should not be
4  taken to an open invoice, or no other transactions
5  against this payment should occur.
6       MR. WILLIAMS:  Q.  Okay.  What is the next
7  step toward going, or toward getting an item refunded to
8  the customer after it's placed in On Account, an
9  On Account status?
10       A.  So, it really depends upon the time frame
11  we're talking about.
12       Q.  Prior to November 17th, 2000.
13       A.  Even -- there's subsets within that period
14  where there were different forms that were used and
15  different processes that were used.
16       Q.  Okay.  Well, tell me the processes that you
17  can recall.
18       A.  The process that we would use is once the
19  payment was put into On Account status, there was a
20  custom refunds form that we used to populate all the
21  information that should be used to issue the refund to
22  the customer, such as who the refund is for, the address
23  that the payment should be sent to, what the amount of
24  the refund, maybe some comments of why the refund is
25  required.  And that form would be completed by the

84

1  accounts receivable analyst.
2      Q.  Okay.
3      A.  That form would interface to the accounts
4  payable system, and an invoice in the accounts payable
5  system would be created, and when that AP invoice was
6  generated, it would debit 25005, credit accounts
7  payable.  After that invoice was --
8      Q.  I'm listening.
9      A.  After the invoice was generated and had that
10  accounting, then accounts payable would issue the
11  payment to the customer.  Upon that payment being
12  created in the Oracle system, a debit to accounts
13  payable and a credit to cash would occur.
14      Q.  Okay.  So those are the two examples of the
15  processes or just one?
16      A.  That --
17      MR. RUBIN:  I think -- well, I just think you
18  misunderstood what he was describing.
19      MR. WILLIAMS:  That's okay.  Fine.
20      MR. RUBIN:  But I'll object to the form.  The
21  witness can tell you --
22      MR. WILLIAMS:  Q.  Was that one of the
23  processes, or was it two of the processes?
24      A.  I took you through the process that you asked
25  me about from beginning to the payment being sent to the

85

1  customer.
2      Q.  Okay.  I think what your testimony was, that
3  prior to November 17th, 2000 there were a couple
4  different processes that would occur.  Now, what you
5  just explained to me, was that one process?
6      A.  That was one process.
7      Q.  Okay.  Are there any others that you recall?
8      A.  Yeah, the processes would have been very
9  similar.  The only difference would have been that the
10  custom form I discussed as far as entering all the
11  information to this form that interfaced into accounts
12  payable -- all the information -- this custom form did
13  not exist at earlier points, and therefore, instead of
14  the custom form interfacing into accounts payable, the
15  AR team would have had to send an e-mail or some sort of
16  communication to accounts payable to have them raise the
17  invoice manually.
18      Q.  Okay.  And did collections -- did the
19  collections department have the authority to issue
20  refunds prior to November 17, 2000?
21      A.  I need more information what you mean by
22  issue.
23      Q.  Or to generate a refund?
24      A.  The accounts payable team had the ability to
25  initiate a refund.

86

1      Q.  Okay.  I was talking about collections.
2      A.  I'm sorry.  Collections had the ability to
3  initiate a refund.
4      Q.  And how would that be initiated generally?
5      A.  Generally through some sort of template
6  request.
7      Q.  What do you mean by a template request?
8      A.  They would complete an e-mail with certain
9  standard fields that had to be completed that would then
10  be sent to the approvers of that, you know, refund.  So
11  collections analyst completes the e-mail template with
12  the relevant information, sends it to the appropriate
13  people for approvals for the refund to be created.
14      Q.  Okay.  And between -- well, during 2000,
15  between 1999 and 2000, who is it in collections that
16  would be the person to approve a refund; if you know?
17      A.  You know, I don't recall the approval matrix
18  from '99.
19      Q.  Who is it now?
20      A.  The refunds today go through the finance
21  chain.  And it really depends upon a matrix as far as
22  the value of the refund.
23      Q.  Now, you indicated that -- well,
24  withdrawn.
25      With regard to the On Account, is the

87

1  monies -- are the monies in the On Account reflected on
2  Oracle's balance sheet in any given quarter or year?
3      A.  The On Account items would be sitting in
4  25005, but the thing with On Account in the examples I
5  discussed is that there was generally a separate entry
6  that cleared the item out of -- though it sat still in
7  On Account as far as a flag, from an accounting
8  perspective, there was an offsetting debit that cleared
9  that credit from sitting on Oracle's balance sheet.  So
10  in the example I gave of the refund, you put the item
11  into On Account, which had it sitting in 25005, but then
12  the accounts payable invoice that was used to generate
13  the refund debited 25005 and credited accounts payable.
14  So, it sat in there from an AR perspective, but was
15  offset by another entry generally.
16      Q.  Okay.  But I'm just -- say, for instance,
17  there's a million dollars at any given time in
18  On Account status.  Is that reflected in any way on
19  Oracle's balance sheet, that there is a million dollars
20  in On Account status?
21      A.  Generally, no, because it -- again, it depends
22  upon the scenario we're talking about.  But, you know,
23  for the most prominent scenario which are the refunds,
24  and then moving the cash to offset an expense account,
25  such as the Oracle Open World account, the example I

88

1  provided earlier, there is an offsetting debit that
2  would clear that credit. So in those two examples,
3  which are the most prominent examples, then, no, that
4  million dollars would not sit in Oracle's balance sheet.
5      Q. So how would -- so is it -- generally the
6  On Account consists of monies to be refunded; is that
7  fair?
8      A. No.
9      Q. No? So is it -- and I'm just trying to get an
10  understanding of, say, for instance, there is a million
11  dollars in On Account status. Is there a way to
12  generally say what that money is for?
13      A. Unfortunately there is not a way to tell
14  exactly what each On Account item is for.
15      Q. And so if you just see a number, well,
16  On Account status we have a million dollars, one would
17  have to do more investigation to determine, you know,
18  what -- how many items that were that made up that
19  million dollars and what they were for?
20      A. Yes. If you had an item On Account, further
21  investigation would be required to determine what that
22  million dollars was comprised of.
23      Q. But some of it could be refunds; is that fair?
24      A. Some of the items that are in an On Account
25  status could be refunds.

89

1      Q. Right. And without doing that additional
2  investigation, one couldn't determine how much of it was
3  refunds?
4      A. Yes.
5      Q. I just want to talk a little about the
6  unapplied portion of 25005. What is an unapplied
7  payment?
8      A. An unapplied payment is a -- you know, I
9  talked about this a little earlier. I mean, it could
10  be -- I mean, it's generally money that could be used
11  for customers to apply to open receivables or future
12  receivables.
13      Q. How would -- how would an item ultimately be
14  designated at Oracle as an unapplied payment?
15      A. I think the example we discussed earlier is
16  that we received a payment from our customers, they did
17  not provide any sort of remittance information on that
18  payment, and, therefore, it's sitting in an unapplied
19  status until we can determine where those monies should
20  be used.
21      Q. Okay. Let me go back and ask you a question.
22      In our prior discussion just a minute ago,
23  when the On Account is debited for any reason, I think
24  one of the examples you gave me was when there is an
25  expense with Oracle Open World, an On Account would be

90

1  debited. What would be the offsetting credit? Where
2  would that occur?
3      A. I don't think your question is stated
4  correctly.
5      Q. Okay. Well, tell me what -- did you
6  understand what I was trying to say?
7      A. I believe I understand what you're trying to
8  say, which is, so the item has been placed On Account --
9      Q. Right?
10      A. -- what is the subsequent accounting that
11  would occur?
12      Q. No. I'm asking you -- say, let's go back to
13  the example that you gave, that, you know, someone paid
14  Oracle to use a booth for Oracle Open World. The item
15  is placed in On Account until the expense is identified,
16  and then what happens next?
17      A. I don't think that statement is accurate,
18  either.
19      Q. Okay.
20      A. It is not put in an On Account status until we
21  know where it's going to go.
22      Q. Okay. What happens?
23      A. So once we know where it's supposed to go?
24      Q. Yeah.
25      A. So the item would first start in unapplied

91

1  cash. The person would then identify that this was a
2  payment for a booth at Oracle Open World, for example.
3      Q. Right.
4      A. The next step they would take, the accounts
5  receivable analyst would move the cash from status
6  unapplied to status of On Account. That generates net,
7  net, no accounting impact, 25005, 25005 debit, credit.
8      They then would create a negative
9  miscellaneous receipt that would debit 25005 and credit
10  cash. And at that point, again we have no net
11  accounting impact between the positive cash receipt that
12  we placed On Account and the negative miscellaneous
13  receipt we just created. So at this point, we are net
14  zero accounting impact between those two transactions.
15      There is then a third transaction that's
16  required to record the cash against the expense account,
17  so debit, cash credit the Oracle Open World expense.
18      Q. Credit expense; okay.
19      I'm going to ask you to turn to, still in
20  Myers No. 1, NDCA-ORCL 048682.
21      MR. RUBIN: What page, I'm sorry?
22      MR. WILLIAMS: It's ending in 682.
23      Q. You see on that page where it says unapplied
24  payment?
25      A. Yeah.

92

1    Q.  And can you just read that for me, please?
2    A.  "Unapplied payment: The status of a payment
3  for which you can identify the customer, but you have
4  not applied or placed On Account all or part of the
5  payment.  For example, you receive a check for $1,200
6  and you pay an open debit item for $1,000.  The
7  remaining $200 is unapplied until you either apply the
8  payment to a debit item or place the amount On Account."
9    Q.  And is that your understanding how -- of what
10  unapplied payment meant at Oracle prior to
11  November 17th, 2000?
12    A.  Yes.  I think that's a good characterization.
13    Q.  And these payments would go into 25005?
14    A.  The payments as they were in unapplied status
15  would go to 25005; that's correct.
16    Q.  And how long would a payment remain in
17  unapplied status generally, prior to November 17th?
18    A.  Until it was resolved.  It's -- it has no date
19  impact.  Unapplied has relatively remained unchanged,
20  and if it was in unapplied, it stayed in unapplied until
21  it was resolved.
22    Q.  And how would one resolve an unapplied
23  payment?
24    A.  Generally contacting the customer, accounts
25  payable department and inquiring as to where they

93

1  intended this payment to be applied.
2    Q.  So was that done typically -- if an item came
3  in that could not be accurately applied immediately,
4  what would the process be after it went into unapplied,
5  the unapplied account?
6    A.  When you say accurately, so, you're saying the
7  payment comes in, we don't know where to apply the cash
8  to?
9    Q.  Right.
10    A.  Then, yes, the next step would be to call the
11  customer and request information as to where they wanted
12  it to go or what invoice or receivable they wanted it
13  applied to.  Or in another example, if they wanted a
14  refund or wanted it applied to an expense account or a
15  nonreceivable related transaction.
16    Q.  Is that typically what happened with all
17  unapplied payments?
18    A.  That all unapplied payments were --
19    Q.  Well, where someone would call the customer
20  and ask for additional information, was there a process
21  by which that occurred?
22    A.  Yes.
23    Q.  And so what was that process, if it's
24  different from what you just explained to me?
25    A.  I think that's pretty much it.  You have an

94

1  unapplied payment and the person would go and contact
2  the customer to best determine where these funds should
3  be applied.
4    Q.  So is it fair to say that whenever Oracle
5  received a payment that it could not apply, that it
6  would contact the customer and let the customer know
7  that, "Hey, we got a payment that we can't apply"?
8    A.  That was generally the practice, yes.
9    Q.  Okay.  What would happen when -- what would
10  happen with the monies if whatever investigation
11  occurred, occurred and it couldn't be applied?
12    A.  They --
13    MR. RUBIN:  Objection; form.
14    MR. WILLIAMS:  Q.  Couldn't be applied to an
15  invoice.
16    A.  It would generally sit in unapplied.
17    Q.  And that's in 25005?
18    A.  So, you know, the item would sit in 25005
19  until a designation of where it should go was made.
20    Q.  And prior to 2000 -- I'm sorry, prior to
21  November 17th, 2000, did monies accumulate in unapplied?
22    A.  I don't know if accumulate is the right word.
23  But, you know, as customers made payments and we were
24  unable to resolve them through the automatic application
25  or through initial research, the monies would sit in

95

1  unapplied status until the research had been completed
2  and resolved the item.
3    Q.  Okay.  And was there -- withdrawn.
4    Were there monies in unapplied prior to
5  November 17th that were in there for -- in unapplied for
6  more than a year?
7    A.  Yeah, there could have been items in the
8  unapplied cash that were older than a year, yes.
9    Q.  How about two years?
10    A.  Sure; yes.
11    Q.  Would you say that there was money in
12  unapplied for 20 years?
13    A.  I don't know what the aging looked like in
14  November of 2000, if that's what you're saying.
15    MR. WILLIAMS:  Okay.  I think he has to change
16  the tape.
17    VIDEOGRAPHER:  In the deposition of Greg
18  Myers, this marks the end of tape one, Volume I.  Going
19  off the record, the time is 11:24.
20    (Recess, 11:24 - 11:40 a.m.)
21    VIDEOGRAPHER:  In the deposition of Greg
22  Myers, this marks the beginning of tape two, Volume I.
23  Going on the record, the time is 11:40.
24    MR. WILLIAMS:  Q.  Okay.  My last question was
25  whether or not items could be sitting On Account for

96

1  20 years, and I think you said something like you didn't
2  know.
3      MR. RUBIN:  Oh, I think that misstates what
4  your question was, On Account.
5      MR. WILLIAMS:  Q.  I'm sorry.  Unapplied.
6      A.  If your question was could items sit on
7  unapplied cash for 20 years?
8      Q.  For 20 years, yeah.
9      A.  I don't think we had any items that were that
10  old.
11      Q.  Okay.  How about five years?
12      A.  It's possible.  I don't recollect the aging of
13  the unapplied cash.
14      Q.  I understand that.  Based on your knowledge,
15  do you know whether an item or -- withdrawn.
16      Do you know whether any items in unapplied
17  cash could have been in unapplied cash for five years?
18      MR. RUBIN:  Asked and answered.  I think he
19  told you that he didn't know what the aging was.
20      THE WITNESS:  Right.  I don't know what the
21  aging was.
22      MR. WILLIAMS:  Q.  Okay.  Have you ever, in
23  your time at Oracle, seen an item in unapplied cash that
24  was in unapplied for more than five years?
25      A.  It's really hard to answer that question

97

1  really well, because the age of the item actually
2  defaults to when the cash was received.  And I'll try to
3  explain this as clear as I can.  But if we received a
4  payment in 1998, and that payment was applied against an
5  invoice, and then four-and-a-half years later it was
6  credited, for whatever reason -- I'm just using an
7  example -- the cash would have an unapplied, and at that
8  point the age of that receipt would have been four and a
9  half years, or, you know, four or five years.  And,
10  therefore, it hadn't been sitting in unapplied cash for
11  five years, but from an aging perspective, it would look
12  like it was, you know, four-and-a-half, five years,
13  so --
14      Q.  Now, what would it -- when you say it would
15  look like it was four-and-a-half to five years, what
16  would look like that?  Just the date on a document or
17  the date of receipt?
18      A.  The way the system would have aged that
19  payment.
20      Q.  And when you say system, what are you
21  referring to?  Accounts receivable?
22      A.  The accounts receivable module that Oracle
23  has.
24      Q.  Now, we've also been using the term applied
25  pretty regularly.  What do you mean when you use the

98

1  term applied?
2      A.  I use the term applied to mean that the --
3  that the payment, the receipt has been applied or has
4  netted down the receivable that -- that was referenced
5  in the invoice.  So, you know, debit, cash, credit,
6  unapplied cash, as the invoice is determined where that
7  unapplied needs to go, that invoice would be applied in
8  the system to that payment.
9      Q.  Okay.  And you indicated that the manner in
10  which an item can get into the unapplied is if a
11  customer remits a payment without the necessary
12  information to apply it correctly; is that fair?
13      A.  That was an example I provided, yes.
14      Q.  An example.
15      A.  Um-hum.
16      Q.  But you just said that there -- in some
17  instances, something can be applied and then unapplied
18  later; is that fair?
19      A.  Yes.
20      Q.  That would also end up in the unapplied cash
21  account?
22      A.  Yes.
23      Q.  And are there any other ways that monies could
24  end up in the unapplied cash account?
25      A.  Those are the two, you know, major reasons.

99

1      Q.  Primary.
2      A.  Yeah.
3      Q.  And how does one track an item in unapplied to
4  determine its history?
5      A.  To determine the history of where it was
6  applied?
7      Q.  Well, yeah.  Where it was applied, or when it
8  came in and it was -- didn't have enough information.
9      A.  So there is a system functionality that allows
10  you to query the receipt and show the history of where
11  it had been applied, where it had been unapplied, when
12  and where.  So, for example, if it was received on
13  January 1 and applied on January 2nd against invoice
14  number 123, it would reflect those applications and when
15  it occurred and for how much.  If a subsequent
16  unapplication occurred, the system would also reflect
17  and store permanently the unapplication, when it
18  occurred, how much was unapplied and against what
19  invoice.
20      Q.  The same AR system, the accounts receivable
21  system?
22      A.  Yeah.
23      Q.  What is an unapplied receipts register?
24      A.  An unapplied receipts register is used to
25  provide, I guess, the detailed listings of the items

100

1 that are sitting in the status unapplied and/or
2 On Account.
3     Q.  And, well, you said unapplied or On Account.
4 But the unapplied receipts register, will that also show
5 you what's On Account, or will it just show you what's
6 on an unapplied status?
7     A.  It will show you both, I believe.
8     Q.  And what does it look like?
9         MR. RUBIN:  Objection; form.  You mean like
10 what does it actually --
11        MR. WILLIAMS:  Q.  What is the -- what is it?
12 Is it a spreadsheet?
13    A.  It's a report that provides the details of the
14 item that's been unapplied or On Account.  It provides
15 you the customer information.  I believe it provides you
16 the receipt number.  I don't have a copy of the report
17 in front of me so I'm --
18    Q.  Okay.  So, I --
19    A.  I'm kind of going off memory here.  But, you
20 know, the customer, the receipt number that, you know,
21 is unapplied and the amount.  But again, I'm going off
22 of memory.
23    Q.  Now, is there an On Account receipts register
24 as well?
25    A.  There is no system On Account receipts

101

1 register.  I believe -- like I said, I believe the
2 unapplied receipts register captures the On Account
3 items as well.
4     Q.  And does it tell you whether an item is
5 unapplied or On Account?  Does it differentiate between
6 the two?
7     A.  I believe there is a column to identify how
8 much is unapplied versus how much is On Account.  So I
9 believe there are separate columns.
10    Q.  Okay.  And so one could determine -- if
11 someone ran an unapplied receipts register, one could
12 determine if, say, one customer had money On Account and
13 also if the same customer had money that was unapplied?
14    A.  Yes.
15    Q.  Were they given any codes that you can recall
16 to determine whether one is unapplied or On Account?
17    A.  Just what you said.  They would be coded
18 unapplied or coded On Account.
19    Q.  I'm sorry.  Just in language, not by numerical
20 code or anything?
21    A.  The only unique identifier would be the
22 receipt number or check number we would receive from the
23 customer.
24    Q.  And so you indicated that, you know, in
25 unapplied cash, some items may be in unapplied cash for

102

1 a year or more; is that fair?
2     A.  I think I said that, yeah, an item could sit
3 in unapplied cash for more than a year if we were unable
4 to resolve it.
5     Q.  Right.  And where would that be reflected on
6 the company's balance sheet?
7     A.  If there was a payment sitting in unapplied.
8 It would be sitting -- if it was in unapplied status, it
9 would be in 25005, if we're talking prior to
10 November 17th.
11    Q.  Right.  But how -- would it appear on Oracle's
12 balance sheet?
13    A.  The unapplied amount?
14    Q.  Yeah.
15    A.  Yes.
16    Q.  And where on the balance sheet would it be?
17    A.  It would be in account -- the general ledger
18 account 25005.
19    Q.  And was that -- was that -- was 25005 in any
20 way reported to the public; if you know?
21    A.  I don't do public reporting.  I'd assume it
22 would be, but I don't do public reporting.
23    Q.  Do you know -- you don't know -- withdrawn.
24       Do you know who would know whether monies in
25 25005 was reported to the public in any way in any line

103

1 item in Oracle's public financial statements?
2     A.  I'm sure we'd have to talk to whoever
3 consolidates and reports on that information.
4     Q.  Do you know who that is or that was back in
5 November 2000?
6     A.  No.  I worked in accounts receivable.  I
7 didn't work in consolidations or reporting.
8     Q.  Was there a division called consolidations and
9 reporting?
10    A.  No, I don't know what the name of the group
11 was.  But that would be essentially the task.
12       MR. WILLIAMS:  I'm going to ask the reporter
13 to mark this document as Myers No. 2.  Bates numbered
14 NDCA-ORCL 048552.
15          (Exhibit No. 2 marked for
16          identification.)
17       MR. WILLIAMS:  Q.  Just ask you to take a look
18 at what's been marked as Myers No. 2.  Let me know if
19 you recognize it.
20    A.  It looks like a screen shot of some sort out
21 of the Oracle Receivables User's Guide.
22    Q.  And what does it -- what is it a screen shot
23 of, if you know?
24    A.  It appears to be a screen shot of a printed
25 debit memo.

104

1    Q.  And does this appear to be what an Oracle
2  debit memo looks like or looked like in November, or
3  prior to November 17th, 2000?
4    A.  So we don't generally issue debit memos for
5  the purpose of sending out transactions to customers.
6  So I don't think this is what it would look like.  I
7  mean, if we had sent an invoice, this is what it would
8  look like.  But we generally didn't -- we don't issue
9  debit memos externally.
10    Q.  Okay.  Well, I'm not sure if -- does this
11  appear to be something that would be distributed
12  externally?
13    A.  Would a debit memo be sent out externally?
14    Q.  No.  I'm asking what's been printed on Myers
15  No. 2, does this appear to be something that would be
16  distributed externally?
17    A.  At Oracle internal?  Would we distribute
18  something like this?
19    Q.  No.
20    A.  I'm sorry, I just don't understand your
21  question.
22    Q.  I understand.  It's okay.
23      I'm just asking you, what you're looking at as
24  Myers No. 2, does this appear to be something that was
25  distributed or would be distributed externally?

105

1    A.  It appears to be a screen shot in the, Oracle
2  Receivables User's Guide.
3    Q.  Right.  And were these -- of what?  Of a debit
4  memo, right?
5    A.  Yes.
6    Q.  Now, is this what debit memos looked like at
7  Oracle prior to November 17th of 2000?
8    A.  Again, we don't -- generally don't issue debit
9  memos externally.  We have used them for internal
10  transactions.
11    Q.  But that's what I was asking you, because I
12  didn't say anything about distributing them externally.
13  I just asked if this is what a debit memo looked like
14  prior to November 17th of 2000.
15    A.  So, but, we wouldn't have -- I mean, it looks
16  like this debit memo has product charges and additional
17  lines with tax, and this is generally not what it would
18  look like.
19    Q.  Okay.  So this is -- so even though it's in
20  Oracle's user's guide, and it's titled debit memo with
21  tax, this is not what an Oracle debit memo typically
22  looked like back in November of 2000?
23    A.  No.
24    Q.  Okay.  What are the differences between what's
25  depicted here in Myers No. 2 and what a typical debit

106

1  memo looked like at Oracle in -- or prior to November
2  2000, or during November 2000?
3    A.  Again, prior to November 2000, we really
4  didn't issue, to my knowledge, debit memos.  We issued
5  invoices.  And, therefore, I can't answer your question,
6  because we really didn't issue debit memos for the most
7  part.
8    Q.  Okay.  When you say -- did you create debit
9  memos?
10    A.  Prior to November 17th?
11    Q.  Yeah.
12    A.  I don't recall creating debit memos prior to
13  November 17th, as a practice or a process.
14    Q.  So it was something that Oracle had the
15  capability to do but didn't do?
16    A.  We didn't utilize the functionality as they've
17  depicted it in the user's guide.
18    Q.  Okay.  Do you know of any functionality of
19  using debit memos prior to November 17th, 2000?
20    A.  I don't recall, you know, using the debit memo
21  feature at Oracle prior to November 17th.  I mean, it's
22  not to say it couldn't have been used prior to my
23  arriving in accounts receivable, but I don't recall it
24  as a process to use debit memos on a frequent basis or
25  even on a normal course of business.

107

1    MR. RUBIN:  I'm sorry, are you asking about
2  debit memos generally or as depicted here?  Debit
3  memos --
4    MR. WILLIAMS:  No.  I'm asking -- I asked him
5  if this is what they looked like, and he said no.
6  And -- do you have an objection?
7    MR. RUBIN:  I just wasn't sure whether we were
8  still on the subject of this particular memo or whether
9  about debit memos in general.
10    MR. WILLIAMS:  All right.
11    Q.  So looking at Myers No. 1, prior to
12  November 17th, is it fair to say that you weren't
13  familiar with a debit memo appearing the way that this
14  one appears in the user's guide?
15    A.  I'm not familiar with having debit memos in
16  the accounts receivable system that would appear as the
17  user's guide depicts them.  I mean, they would be
18  similar, but not identical.
19    Q.  Well, tell me what the similarities would be,
20  you know, in comparison to what is depicted in Myers
21  No. 2.
22    A.  Well, again, prior to November 17th, we really
23  didn't issue debit memos as a practice.  So, if -- is
24  your question if we did issue a debit memo?
25    Q.  Yeah.

108

1    A. Customer name, you know, obviously wouldn't be
2  identical as the billed to customer level defaults,
3  which I believe is the billed to on this. So, but there
4  would be a billed to customer and there would be a
5  shipped to customer. But again, we generally don't use
6  debit memos to transact with our customers.
7    Q. Okay. Only, would you use them to do internal
8  transactions; is that fair?
9    A. Prior to November 17th --
10   Q. Right?
11   A. -- we really didn't use debit memos at all.
12   Q. What's a miscellaneous transaction report?
13   A. The report sounds familiar, but I don't know
14  off the top of my head exactly what the logic of the
15  report is. The report does sound familiar, but I don't
16  know exactly the logic of what it pulls.
17   Q. Did you use -- did you use miscellaneous
18  transaction reports in the performance of your duties
19  in, you know, November of 2000 or prior to that date?
20   A. Like I said, it sounds like a familiar report,
21  but I'm not recalling exactly, you know, what the report
22  is used for and what the logic of it is.
23   Q. What's a miscellaneous receipt?
24   A. Miscellaneous receipt is what we discussed
25  earlier a little bit in relation to where you can create

109

1  a receipt, and the -- you can use that receipt to record
2  an entry to an account that you specify.
3    Q. Okay. Do you know what a miscellaneous
4  receipt activity report is?
5    A. It sounds to me like it would probably depict
6  the miscellaneous receipts created in that period to
7  some extent.
8    Q. Did Oracle create or generate miscellaneous
9  receipt activity reports in 2000?
10   A. I don't know. I don't know if we created -- I
11  mean, I have no way -- I don't remember.
12   Q. Did you have any, or anyone in your division
13  create miscellaneous receipt activity reports in 2000?
14   A. So you're asking did we ever run the report?
15   Q. Right. And if so, what it was used for.
16   A. I don't recall. I mean, it is not something
17  that I'm familiar with as of today as far as a
18  process -- or a process we have that we would utilize
19  that report today.
20   Q. You said prior to November 17th, 2000 the
21  company didn't really -- as far as you knew, didn't
22  really use debit memos; is that fair?
23   A. Um-hum.
24   Q. And on November 17th, what precipitated the
25  creation of debit memos on November 17th, 2000?

110

1    A. So, it was a part of an exercise, we were
2  going to 11i, we were standardizing our processes, and
3  via meetings we had with representation from different
4  countries, it was determined that our practice of
5  putting something On Account was not a practice that was
6  used in every country, and it was decided that it was
7  not something we would continue to use as a process. In
8  other words, we would not use On Account as a process
9  going forward, once we went to 11i and we started
10  standardizing our processes.
11   Q. Okay. Well, who was it that made the decision
12  that Oracle would not use the On Account processes
13  anymore?
14   A. I believe it was my suggestion that we move
15  away from the On Account -- you know, the On Account
16  designation and move away from that use.
17   Q. And why is that? Were you asked to address
18  it, or did you just, you know, one day decide that, you
19  know, we're not going to use On Account anymore?
20     MR. RUBIN: Objection to form. You can just
21  ask him why he -- that'll get you to your answer.
22     MR. WILLIAMS: Go ahead.
23     THE WITNESS: So what's the question?
24     MR. WILLIAMS: Q. I'm asking you, did someone
25  suggest that it be changed, or did you just decide that

111

1  it ought to be changed?
2      MR. RUBIN: Objection to form.
3      THE WITNESS: So, as I, you know, discussed,
4  we had a meeting with representation from different
5  parts of the world where it was discovered that we were
6  the only ones using the On Account functionality in this
7  way, and I made the decision to move forward and not use
8  that On Account functionality in that way.
9      MR. WILLIAMS: Q. And who was at that
10  meeting?
11   A. At the -- the country representation?
12   Q. Sure.
13   A. I don't recall who was at the meeting.
14   Q. And what was the meeting -- what was the
15  purpose of the meeting?
16   A. The purpose of the meeting was to begin
17  standardizing Oracle's processes. So instead of each
18  country doing its own process, we would adopt a global
19  standard process.
20   Q. And how did that relate to 11i?
21   A. I don't know if there was a direct correlation
22  between the two.
23   Q. Well, I thought you just said that you were
24  standardizing your processes on 11i, if that's accurate.
25  Is that what you said?

112

1    A. Yeah, that's the correlation. I mean, I
2  don't -- and I don't know. I wasn't at the point of
3  management where I would have made the decision. I
4  mean, the standard processes were going live in
5  conjunction with 11i, but I don't know if there was some
6  other greater tie between the two.
7    Q. Was the AR, the accounts receivable
8  application that you were using prior to November 17th,
9  2000, was that 11i? Was it part of 11i?
10   A. I don't believe a version of the application
11 we were on prior to November 17th was 11i, no.
12   Q. Did at some point the accounts receivable
13 department transition to 11i?
14   A. Yes.
15   Q. Do you know when that was?
16   A. Approximately January of 2001.
17   Q. And so as you were saying, there was a meeting
18 where the functionality of the, quote, On Account was
19 discussed, and you were at that meeting?
20   A. Correct.
21   Q. But you don't recall who else was at that
22 meeting?
23   A. I believe Lauren Mann.
24   Q. Who is that?
25   A. She's one of our vice-presidents, was in

113

1  attendance at that meeting, and possibly Alex Seven was
2  at the meeting, who was my -- at the time my immediate
3  supervisor.
4    Q. Is that all you can remember?
5    A. Actually, you know what? Yes, Alex Seven was
6  at the meeting, but he was not my immediate supervisor
7  at the time. He was brought in as kind of a -- as a,
8  kind of a consultant, because I was still relatively new
9  to the AR team, so he came in just to kind of help out a
10 little bit with it. Outside of that, I know there were
11 other people there, but I don't totally remember
12 everybody.
13   Q. Where was the meeting held?
14   A. We had a couple meetings. One was held at
15 Redwood Shores, and one meeting was held in Rocklin,
16 California.
17   Q. So you were relatively knew to AR at that
18 time?
19   A. Relatively new to the group, yes. I'd spent a
20 few years in collections, but relatively new to the
21 accounts receivable team.
22   Q. And so who did you make the suggestion to that
23 you would do something different with the On Account?
24   A. I believe I discussed it with my immediate
25 supervisor at the time, which would have been Mike

114

1  Quinn. But I didn't really discuss it. I mean, I
2  discussed it with our IT group, because I said they
3  needed to be involved in the building of the solution,
4  and it was discussed with, you know, I believe our
5  development team, but --
6    Q. And was there an approval that was going to be
7  necessary from anyone above Michael Quinn --
8    A. I don't know.
9    Q. -- to do it?
10   A. Mike Quinn was my immediate supervisor, so
11 that's who I took it to.
12   Q. At some point he gave you approval to kind of
13 execute whatever needed to be done?
14   A. Yes, I believe he did give us some sort of
15 approval or it would not have occurred.
16   Q. And do you recall when that might have
17 occurred, what month of 2000?
18   A. The approval, you mean?
19   Q. Yeah.
20   A. I don't. I mean, I know we executed on
21 November 17th, 2000. But I don't remember the time line
22 as far as the dates that the decisions were made and the
23 approvals were obtained.
24   Q. Do you recall what month you were -- in 1997
25 you were hired at Oracle?

115

1    A. I believe it was August 1997.
2    Q. And you were new to the -- well, withdrawn.
3      And you were in collections for a couple of
4  years?
5    A. So I was a collections analyst for
6  approximately a year, collections manager for
7  approximately a year and a half.
8    Q. Right. And so what -- what -- did you have
9  any -- did you use On Account or have any
10 responsibilities that related to the On Account or
11 unapplied cash while you were in collections?
12   A. So I believe when I was a collections manager,
13 the responsibilities of unapplied cash resolution was
14 moved from accounts receivable to the collections team,
15 and that happened, I believe, when I was a collections
16 manager.
17   Q. Okay. So what would your -- what -- what type
18 of use did you -- well, withdrawn.
19      How did you use On Account or unapplied while
20 you were in collections?
21   A. Well, you know, like I said, the On Account
22 was not to be -- was not to be touched. We worked on
23 the unapplied.
24   Q. Okay. And, well, what did the -- what was the
25 unapplied used for while you were in collections?

116

1    A.  The unapplied was -- I don't know -- I really
2  don't understand your question regarding used.  Maybe be
3  a little more specific about what you mean by used.
4    Q.  Well, for what reasons would you touch the
5  unapplied account?
6    MR. RUBIN:  As an accounting manager, or in
7  his work as collections?
8    MR. WILLIAMS:  Q.  In your work in
9  collections.
10    A.  So as a collections manager, my collections
11  analysts who I supervised were responsible for the
12  resolutions we discussed earlier as far as calling the
13  customer to determine where the appropriate applications
14  were for that unapplied item.
15    Q.  And is that it?  Was that the only reason that
16  people in collections, including yourself, would touch
17  the unapplied?
18    MR. RUBIN:  Objection; form.
19    THE WITNESS:  Yeah, I mean, that was the
20  primary responsibility of unapplied was to, you know,
21  figure out where this unapplied cash should go as far as
22  the customer's, you know, account.
23    MR. WILLIAMS:  Q.  And was there any other
24  reason why people in collections would have to touch or
25  make any changes to the unapplied account?

117

1    A.  I mean, that's the major -- the major goal of
2  unapplied is to resolve it by figuring out where it
3  goes.
4    Q.  Where it goes; okay.
5    MR. WILLIAMS:  I'm going to ask the reporter
6  to mark this document as Myers No. 3.
7    (Exhibit No. 3 marked for
8      identification.)
9    MR. WILLIAMS:  Q.  Just ask you to take a look
10  at Myers No. 3.  Let me know when you've had an
11  opportunity to look at it.
12    A.  Okay.
13    Q.  Do you recognize what's been marked as Myers
14  No. 3?
15    A.  Yes.  It looks like it was the communication
16  regarding the execution of moving off the On Account
17  flag.
18    Q.  Right.
19    A.  In creating debit memos.
20    Q.  And did you review this document in your
21  preparation for your testimony today?
22    A.  I did not.
23    Q.  Okay.  Have you seen this document before?
24    A.  Yes.
25    Q.  And when was that?

118

1    A.  I believe I saw it as they, you know, looked
2  in my computer to retrieve e-mail that I had kept.  I
3  don't -- I didn't recall reading through the entire
4  e-mail, but I did see it.
5    Q.  How long ago was that?
6    A.  Approximately, I guess, two or three weeks
7  ago.
8    Q.  Two or three weeks ago?
9    A.  Yes.  It could have been earlier.  I know that
10  it was retrieved again two weeks ago.  It could have
11  been retrieved, as they have taken a number of, you
12  know, files off my computer for this purpose.  So it
13  could have been sent as early as like two or three years
14  ago, so --
15    Q.  Okay.  I'm going to direct your attention --
16  well, withdrawn.
17    Do you see your name on Myers No. 3?
18    A.  Yes, I do.
19    Q.  And does it appear that this is an e-mail that
20  was sent to you or at least communicated to you back in
21  November of 2000?
22    A.  Yes.
23    Q.  And going down to the second half of the
24  e-mail, you see where it says "Greg Myers wrote"?
25    A.  Yes.

119

1    Q.  Does it appear -- when you look at that, does
2  it appear to be a message that you wrote to someone at
3  Oracle back in 2000?
4    A.  It does appear to be an e-mail I wrote.
5    Q.  And can you read the first sentence of the
6  section that you wrote?
7    A.  "For many years the On Account functions in AR
8  has been used for purposes other than its design
9  functionality."
10    MR. RUBIN:  Slow down a little bit.
11    THE WITNESS:  I'm sorry.
12    MR. WILLIAMS:  Q.  What was the design
13  functionality of the On Account?
14    A.  We need to read through the user's guide.  But
15  I believe the intended use of On Account was to
16  reference payments made by customers that, you know,
17  could be used for future purposes.  I'd have to go -- I
18  mean, I could read the definition.
19    Q.  No, I just wanted to know if you know.  I
20  mean, you wrote that it was -- the function in AR has
21  been used for purposes other than the design
22  functionality, and I want to know if you know what the
23  design functionality was.
24    A.  I mean, my opinion of the design functionality
25  is to place a payment that's been received against a

120

1  customer's account for future use.
2      Q.   Like a prepayment or deposit, or something
3  like that?
4      A.   Yes.  Yeah.
5      Q.   And it wasn't being used for the design
6  functionality back, at least several years prior to
7  November, say, 20th of 2000; is that fair to say?
8      A.   At least November 17th, yes, it was not used
9  the way the development team intended its use.
10     Q.   And can you read the next sentence?
11     A.   "These purposes include refunds, moving cash
12  to a cost center and GL account, and check returned from
13  the bank."
14     Q.   Okay.  Now, there are you referring to its
15  design functionality or the other purposes that it was
16  being used for?
17     A.   This would relate to the other purposes.
18     Q.   And so On Account was used for refunds.  What
19  do you mean by used for refunds?
20     A.   So, this was where we placed an item
21  On Account to reference that the money was being moved
22  for another purpose, and then the subsequent other
23  purpose could be a refund.
24     Q.   And how was is being used as -- for moving
25  cash to a cost center?

121

1      A.   This would have been the example I used
2  earlier in relation to Oracle Open World where we had
3  received a payment, we had no receivable to apply that
4  payment to, but we knew that it needed to -- and we knew
5  it wouldn't generate a receivable for this purpose, and
6  therefore, we needed to apply the cash directly to an
7  expense account.
8      Q.   And how about, how is it used to move money to
9  a GL account?
10     A.   Isn't that what we just covered?
11     Q.   I thought you said -- I thought you said --
12         MR. RUBIN:  Cost center and GL account.
13         MR. WILLIAMS:  Q.  Cost center and GL account
14  is the same to you?
15     A.   Well, accounting string, so cost center and GL
16  accounts, those are meant to be grouped together.
17     Q.   Okay.  And so each of those, for example,
18  would ultimately impact the company's balance sheet; is
19  that fair to say?  If you made a refund to a customer,
20  that would impact Oracle's balance sheet?
21     A.   Yes.  So if we made a refund to a customer, it
22  would impact Oracle's balance sheet.
23     Q.   And would you say the same for moving cash to
24  a cost center or GL account?
25     A.   It could impact Oracle's balance sheet, yes.

122

1      Q.   And you see the next sentence where it says,
2  "IT and I have identified standard system functionality
3  for processing the above functionalities" (sic)?
4          MR. RUBIN:  I think you misread that.  "The
5  above transactions," you mean?
6          MR. WILLIAMS:  Q.  I'm sorry.  You see where
7  it says, "IT and I have identified standard
8  functionality for processing the above transactions"?
9      A.   Yes.
10     Q.   What were the standard system functionalities
11  that you identified?
12     A.   So do you want me to go through each one of
13  these above examples?
14     Q.   Yeah.
15     A.   So for refunds, the functionality that we
16  discovered should be used based upon discussions with
17  development was that, you know, they suggest to raise a
18  debit memo to reference that that payment has been
19  refunded.
20     Q.   To reference it as being already refunded?
21     A.   Similar to the On Account where you're
22  basically changing -- updating the -- you know, or
23  taking that payment that was sitting on unapplied cash
24  and being able to reference it such that it is no longer
25  available for applications, that the money has been sent

123

1  to a customer.
2      Q.   So to reference it to tell another user that
3  this money has already been sent out --
4      A.   That's correct.
5      Q.   -- to a customer?
6      A.   Correct.  And obviously you need to somehow
7  have a way to close out the 25005 and reference that
8  that open payment is no longer open and been moved along
9  back to the customer.
10     Q.   So initially it would show that it was open if
11  it was sitting in On Account, right?
12     A.   Unapplied?
13     Q.   I thought you said On Account.  But is it
14  unapplied?  Are you referring to unapplied?
15     A.   Let me start all over.
16     Q.   Okay.
17     A.   Why don't you reask your question.
18     Q.   I think your testimony was, similar to the
19  On Account where you're basically changing, updating or
20  taking that payment that was sitting on unapplied cash
21  and being able to reference it such that it's no longer
22  available for applications, that money has been sent to
23  a customer.  So you're referring to unapplied?
24     A.   Yes.  So basically what I'm referring to is
25  that if we had a payment that was sitting in unapplied

124

```
 1   cash, we call the customer and the customer said,
 2   "Please send my money back."  No problem.  Prior no
 3   November 17th, we would put the item On Account and then
 4   done the subsequent entry that we discussed earlier.
 5        After November 17th, the functionality we're
 6   now going to use was instead of putting it On Account,
 7   we are now going to raise a debit memo for the amount of
 8   refund, and apply that unapplied amount to that debit
 9   memo.
10        Q.  Okay.  But some of those monies would be in
11   the On Account, not unapplied?
12        A.  So, again, we make sure we're clear about the
13   time.
14        Q.  Sure.
15        A.  So prior to November 17th, we would have put
16   the money On Account.
17        Q.  Right.
18        A.  After November 17th, when we took everything
19   off of On Account and did the exercise I'm sure we'll
20   get into, after that point in time, if a refund was
21   requested, we no longer would put the item On Account.
22   We now would have created the debit memo and applied the
23   debit memo to the receipt instead.
24        Q.  I understand that.  But I think by creating
25   the debit memo as you're referring to in this e-mail,
```

125

```
 1   the debit memo would be related to items On Account
 2   rather than items unapplied; is that fair?
 3        THE WITNESS:  Go ahead.
 4        MR. RUBIN:  I was just going to say, I don't
 5   know if you're drawing a distinction correctly.  But, go
 6   ahead, if you can answer, great, go ahead.
 7        THE WITNESS:  I think where you're getting
 8   confused is, we were talking about how we were going to
 9   do the process for refunds going forward, so not related
10   to the debit memos that are discussed later on in this
11   e-mail.
12        MR. WILLIAMS:  Q.  Okay.
13        A.  So I think your question is relating to -- and
14   correct me if I'm wrong -- was related to what was the
15   new standard functionality -- or not new, but what was
16   the standard functionality you're going to be moving to
17   for the purposes of the refunds.
18        Q.  Right.  And I apologize, you're right.  And
19   that's what I was asking you.
20        A.  Okay.
21        Q.  So I'm going to ask you to go down to the next
22   paragraph where -- beginning with, "This weekend."
23        A.  Okay.
24        Q.  Can you just read that for me, the sentence?
25        A.  Sure.  "This weekend Sanjay will be running
```

126

```
 1   script moving everything off of On Account."
 2        Do you want me to keep reading?
 3        Q.  Yes.
 4        A.  "The On Account will be replaced with a debit
 5   memo."
 6        Q.  And one more sentence.
 7        A.  "The debit memo will be numbered much like a
 8   manual invoice and will be applied to the receipts
 9   previously closed by On Account."
10        Q.  Okay.  What do you mean by receipts previously
11   closed by On Account?
12        A.  So it's probably not worded the best in that
13   paragraph.  But, you know, and prior to November 17th,
14   2000, by putting the item On Account, let's say the
15   receipt was received for $100 and we had to send that
16   full $100 back to the customer.  By putting that $100
17   onto On Account, it was viewed that that receipt was
18   closed, because there is no further action.  Because we
19   weren't -- you know, we weren't -- you weren't supposed
20   to touch the items sitting as On Account, because,
21   again, some other transaction had transpired and those
22   monies were really not to be used for applications to an
23   open invoice.
24        Q.  Okay.  Well, but when you write that they will
25   be applied to the receipts previously closed by
```

127

```
 1   On Account, are you saying that there is no identifier
 2   to determine whether or not a receipt was actually
 3   closed by On Account?
 4        A.  Other than the report we discussed earlier as
 5   far as the unapplied receipts report, that would show
 6   that the status of the items On Account -- I think we're
 7   getting into maybe some semantics of the system, in that
 8   if you say On Account from a system perspective, the
 9   system views that as it's still open.  It's still --
10   because the standard functionality, as we discussed
11   earlier, On Account and the standard functionality in
12   the user's guide as they discussed it would be to be
13   used for future prepayments or future deposits.
14        Q.  Right.
15        A.  But the way we were using it was not in that
16   way.  Therefore, you know, we felt it was closed, but
17   from a system perspective and user's guide, and a
18   standard functionality perspective, I don't know if
19   you'd classify it as closed, but more as open.
20        Q.  All right.  So someone who was not familiar
21   with how Oracle was using the On Account would look at
22   On Account and believe that these items were open?
23        A.  That is correct.
24        Q.  Okay.  And the -- and open meaning -- well,
25   withdrawn.
```

128

1 But, in fact, the items On Account, I think
2 your testimony is, had already been refunded to
3 customers?
4 A. Well, I think my testimony is that the placing
5 the item On Account meant that another transaction had
6 occurred, and we've walked through a couple different
7 examples, one of those being that it had been refunded.
8 Q. Okay. And, you know, and forgive me, but one
9 of those examples of that would be that the customer was
10 already refunded. And what were the other examples?
11 A. The other examples was we had moved the monies
12 to a cost center, GL account.
13 Q. Right.
14 A. Or like a stop payment had occurred on the
15 payment. So, for example, receive a check today, record
16 it in our system, but then tomorrow the customer put a
17 stop payment on it, and therefore, it is pulled back out
18 of Oracle's cash account.
19 Q. And so one could not -- unless someone did
20 some additional investigation, by just looking at what's
21 On Account, one could not determine what, in fact, had
22 happened with a particular receipt that was On Account?
23 A. Not by simply looking at the receipt, you
24 couldn't know by just looking at that receipt whether --
25 what was the subsequent, or the other entry that

129

1 occurred.
2 Q. Okay. And -- or if any subsequent entry had
3 occurred?
4 A. Well, so, you're right. I mean, there's no
5 way that just looking at the receipt you could tell if a
6 subsequent entry occurred.
7 But, you know -- so, yes, you're right. By
8 looking at the receipt you couldn't tell the subsequent
9 entries.
10 Q. I'm going to ask you to go down, just read the
11 next sentence for me, beginning with, "Making this
12 change."
13 A. "Making this change has many advantages,
14 including these major points: 1, it allows AR and
15 collections the ability to utilize the functionality of
16 On Account as it was designed; 2, it prevents a mistaken
17 application of removal of On Account to an invoice; 3,
18 reconciling the 25005 account will not require the
19 custom reports currently needed."
20 Q. What do you mean when you say that it prevents
21 a mistaken application removal of On Account to an
22 invoice?
23 A. If an item was On Account and at this time the
24 collections team did have access to move items off of
25 On Account, it prevented -- there was obviously new

130

1 employees that didn't totally understand what On Account
2 meant, and there were occasions where somebody
3 mistakenly moved something off of On Account and tried
4 to apply it to an invoice, and that was incorrect. And
5 so we wanted to avoid that confusion, because I think to
6 a point you made earlier, if it's On Account, which is
7 the status of open, there could be some confusion that
8 the customer has that they think this money is really
9 theirs, but it really isn't. A subsequent transaction's
10 occurred, such as it's been refunded or it's been moved
11 to another account.
12 Q. Well, but would it be that the customer
13 believes that the money's theirs, or that someone at
14 Oracle believes the money is -- belongs to a customer?
15 MR. RUBIN: Objection; form.
16 THE WITNESS: So I think the confusion could
17 be that the customer thinks that it's theirs, and then
18 you, you know, you compound that with a very new
19 collector maybe, that, you know, maybe is still very new
20 to the system and the applications and the processes,
21 and they could make a mistake.
22 MR. WILLIAMS: Q. Well, how would a customer
23 think is theirs without a communication with someone
24 at Oracle?
25 A. It's, again, the same answer. I mean, if you

131

1 send a statement to a customer that shows an item
2 On Account, the statement meaning the customer requested
3 can I see everything that has occurred in my account in
4 the last, you know, 90 days or 120 days that they
5 requested it, and it shows the item sitting On Account,
6 they could think that that money is theirs and make that
7 mistake.
8 Q. Okay. And then let me back -- so, say, for
9 instance a customer made a request for an invoice or --
10 what would a customer be making a request for that would
11 allow them to get something that was On Account or an
12 indication that something was On Account?
13 A. So your question is how could a customer get
14 confused?
15 Q. No. I'm asking -- my question is, how -- what
16 is it that a customer could request that would give them
17 the belief that they had money On Account?
18 MR. RUBIN: I think this was asked and
19 answered before in terms of a statement. But go ahead.
20 THE WITNESS: If you want the exact name of
21 the report, I believe like a billing and receipt history
22 report would -- possibly could cause that confusion.
23 And I believe that report would show possibly that the
24 receipt is open. But I'd have to go back and look at
25 the report to confirm.

132

1    MR. WILLIAMS:  Q.  Okay.  It would -- would it
2  show the receipt was open or would it just show that the
3  receipt was On Account?
4    A.  I don't know.  I would have to take a look at
5  the report.
6    Q.  Is there -- do the reports -- withdrawn.
7    Do the reports generated from the On Accounts
8  show whether or not a receipt is open or closed?
9    A.  I mean, depends upon the report we're talking
10 about.  The billing receipt, history report, like I
11 said, my belief -- and I'm not totally confident without
12 looking at the report and running it myself, you know --
13 is that the report could show that the customer -- that
14 they have On Account, which could be confused with money
15 that they have available to them.
16   Q.  And that confusion could be something that is
17 exacerbated by an Oracle employee believing the same
18 thing; is that fair?
19   A.  Yeah.  I think, you know, if you have a new
20 employee, it kind of -- it does exacerbate the problem,
21 because they may not be as familiar with the Oracle
22 processes and get confused and say, oh, it's On Account,
23 and have the same basic understanding as the customer
24 may.
25   Q.  And if they looked at the Oracle user's guide,

133

1  they would not be clear about what Oracle's processes
2  were, either?
3    MR. RUBIN:  Objection.
4    MR. WILLIAMS:  Is that fair?
5    MR. RUBIN:  Objection to form.  It's asking
6  what other people would be clear or unclear about.
7    THE WITNESS:  Yeah, I mean, I don't know
8  what -- I can -- I can tell you that it is possible that
9  somebody would get confused if they saw an item
10 On Account and they weren't familiar with our processes.
11   MR. WILLIAMS:  Q.  Right.  What I'm saying is,
12 you said that a newer employee could get confused if
13 they saw something On Account, and they might believe
14 that it was available for use.
15   A.  Um-hum.
16   Q.  Is that fair?
17   A.  Um-hum.
18   Q.  And if that newer employee referred to
19 Oracle's user's guide, would that clarify what Oracle's
20 processes were, or would it -- would it confirm that
21 monies were available for use?
22   MR. RUBIN:  Objection; form.
23   THE WITNESS:  Again, I mean, if the collector
24 was new, they weren't familiar with Oracle's processes,
25 they read the user's guide, it is possible that it

134

1  could -- it could add to the confusion.
2    MR. WILLIAMS:  Q.  And when you say it
3  prevents a mistaken application or removal from
4  On Account to an invoice, that's kind of -- is that the
5  type of mistake that you're referring to there?
6    A.  That's correct.
7    Q.  And do you know whether or not that was
8  something that occurred prior to November 17th, 2000?
9    A.  I think it is possible, yes.  And, you know,
10 we have -- we did have examples of it occurring.
11   Q.  Right.  That you were aware of prior to
12 November 17th --
13   A.  Yes.
14   Q.  -- 2000?
15    And do you recall any of those examples?
16   A.  I don't remember specific examples, no.
17   Q.  Okay.  Going to the next section, you see
18 where you write, "Reconciling the 25005 account will not
19 require the custom reports currently needed."
20   A.  Um-hum.
21   Q.  What were you referring to there?  What
22 customer reports were you referring to?
23   A.  Well, again, to avoid confusion, we had a
24 customer report built that just segregated the unapplied
25 from the On Account.  We -- you know, because

135

1  collections was only to be dealing with unapplied,
2  because On Account, again, was not to be used.  Because
3  there had been some other transaction that had occurred
4  subsequently, you know, we really wanted to know the
5  unapplied and what items were sitting in applied
6  balance, because those are the items that truly needed
7  to be resolved and have future work done.  So,
8  therefore, we had a report that specifically dealt with
9  just the unapplied items as of a specific day.  And what
10 we were trying to do is move more to a standard report.
11   Q.  What was the name of that report?
12   A.  The name of the report that we used to
13 segregate the unapplied value --
14   Q.  Right.
15   A.  -- was the unapplied, unidentified receipts
16 periodic report, I believe was the name.
17   Q.  Okay.  And that would show how much was in
18 unapplied, or what was in unapplied?
19   A.  Yes.
20   Q.  As opposed to what was On Account?
21   A.  Correct.
22   Q.  And who had the power to generate that report,
23 or the ability to generate that report?
24   A.  I believe the collections responsibility and
25 the accounts receivable responsibilities allowed them to

136

1 run that report. I don't know specifically, exactly all
2 the responsibilities that had access to use that report,
3 but collections and AR had the access to run that
4 report.
5     Q. What did you mean when you said reconciling
6 the 25005 account?
7     A. So what you'd expect is because the 25005
8 should be the unapplied items, you should be able to run
9 a report out of AR that shows everything that's
10 unapplied, and that should tie to the general ledger
11 balance of 25005.
12     MR. RUBIN: Shawn, anytime you think -- I
13 don't want to interrupt your examination of these
14 documents, but whenever you're --
15     MR. WILLIAMS: Okay. I'm almost -- I'll be
16 done with this soon.
17     MR. RUBIN: I mean, it's up to you, but if
18 you're ready to take a lunch break, I thought now would
19 be a good time. Whatever.
20     MR. WILLIAMS: I'm almost done with this line.
21     MR. RUBIN: Yeah. No, no, exactly. I don't
22 want to interrupt your questioning on this.
23     MR. WILLIAMS: Q. So reconciling the 25005
24 account would basically balance out what was unapplied
25 to the bottom line of the general ledger?

137

1     A. I wouldn't say bottom line, I mean --
2     Q. Well, the total.
3     A. The general ledger account balance for that
4 account 25005 should tie to the unapplied report.
5     Q. Okay. And, therefore, it would not -- it
6 would no longer have that amount that was On Account?
7     A. Correct.
8     Q. Now, for the On Account -- well, withdrawn.
9     I'm going to ask you to read the next sentence
10 there, beginning with Adam Hahn.
11     A. "Adam Hahn and I still need to detail out
12 exactly what On Account will be now -- will now be used
13 for going forward. However, I feel this is a huge move
14 toward utilizing the produce in the manner intended."
15     Q. And who is Adam Hahn?
16     A. Adam Hahn at this time was the -- I believe he
17 was the senior manager of collections for the United
18 States.
19     Q. Okay. And did he work with you in trying to
20 reconcile the On Account?
21     A. I don't believe Adam worked on the
22 reconciliation of the On Account. I mean, again, the
23 On Account is simply a flag to say this money has been
24 moved. I don't think there is really anything to
25 reconcile.

138

1     Q. Well, what did you mean when you said, "Adam
2 Hahn and I will still need to detail out exactly what
3 On Account will be now used for"?
4     A. I believe what that sentence intended was, you
5 know, so the On Account functionality is intended for
6 prepayments and deposits. You know, do we want it to
7 just be prepayments? You know, how do we want to use
8 the functionality of On Account, you know, to have the
9 best process.
10     Q. So, is it fair to say that you were working
11 with him to determine how On Account would be used going
12 forward?
13     A. So, yeah, at this time, you know, now that --
14 you know, once we moved everything off of On Account, we
15 would need to figure out what's -- you know, what would
16 the parameters or how we wanted to use the On Account to
17 best mirror standard functionality.
18     Q. So at this point there was no -- say, in
19 November 2000, there was no plan as to how the,
20 quote/unquote, On Account was going to be used?
21     A. On November 20th, no, we did not know yet. I
22 mean, we know we wanted to use it more in line with the
23 standard functionality so that we didn't go back into
24 the same problem we had before. But we hadn't, you
25 know, confirmed exactly what the parameters that were

139

1 going to be.
2     Q. So where was the monies on On Account? Where
3 was it being moved to through the creation of the debit
4 memos?
5     A. So you're saying November 17th when we moved
6 everything off of On Account and created the debit
7 memos?
8     Q. Right. Where was it being moved to?
9     A. So -- so as of November 16th, we had, you
10 know, all these debit -- all these -- excuse me. On
11 November 16th, we had all these items on On Account.
12 And your question is, so then we -- November 17th, we
13 moved them off of On Account and generated the debit
14 memos?
15     Q. Right.
16     A. So you're saying where did that move to. So
17 from an accounting perspective?
18     Q. No, just -- well, whatever perspective you
19 know.
20     A. Okay. So the generation of the debit memos
21 as, you know, I think discussed in here is that it moved
22 the item off of On Account, which, when you moved the
23 item off of On Account, just like when you placed it on
24 On Account, it generated a debit/credit, 25005, same
25 account. So moving it up from On Account to unapplied

140

1  had no impact.
2      Q.  Is that -- well, I'm going to stop you there
3  for a moment.
4      A.  Yeah.
5      Q.  Is that what you did?  So you moved items from
6  On Account to unapplied?
7      A.  As part of this cleanup exercise that was done
8  via the script, yes.
9      Q.  Okay.  So did the definitions of unapplied and
10  On Account change?  Because I think you indicated
11  earlier that unapplied was monies that were remitted
12  without the required information.
13      A.  Right.  So this occurred over a weekend, and
14  that's on purpose to avoid any sort of confusion that
15  we -- that collections may have had.  Because you have
16  to go from On Account to unapplied to then applied
17  status just from a system perspective.  You -- you --
18  the system requires you to make a progression through
19  the system.  So you have to go from On Account to an
20  unapplied status to an applied status.  So we had to
21  move them off of On Account in order to get them to
22  unapplied status.
23      Q.  So I think I understand that.  I think what
24  you indicated, the first step was you moved it from
25  On Account --

141

1      A.  Correct.
2      Q.  -- to unapplied?
3      A.  Yes.
4      Q.  Okay.  And so that meant that both unapplied
5  and On Account were one, at least for some period in
6  time?
7      A.  So some fraction of a second, yes, there was.
8  You know, everything that was On Account was now sitting
9  in the unapplied status.
10      Q.  And at that point there was no -- there was
11  really no plan as to what the, quote/unquote, On Account
12  functionality was going to be used for?
13      MR. RUBIN:  Objection as to form.  You mean in
14  that fraction of a second or what -- I don't know what
15  you're asking.
16      MR. WILLIAMS:  Q.  As of November 20th.  Let's
17  say as of November 20th.
18      A.  So as of November 20th, as the e-mail states,
19  I think Adam and I were still trying to figure out,
20  okay, so we freed up some new functionality that was
21  previously reserved for this purpose that we discussed
22  earlier, and now that we had moved items from the
23  On Account status, or we were moving items off the
24  On Account status to a debit memo, it freed up
25  functionality that was previously really unavailable to

142

1  us.
2      Q.  Okay.  But really -- but there was no plan as
3  to how it was going to be used going forward at that
4  time?
5      A.  November 20th, as the e-mail alludes to, we
6  did not know exactly the parameters.  I mean, again, I
7  believe we wanted it to stay as close as we could to the
8  standard functionality -- let it be prepayments, or let
9  it be customer payments that could be used for future
10  transactions, but we hadn't put the, I guess, the
11  parameters around it yet.
12      MR. WILLIAMS:  Okay.  You want to stop?
13      MR. RUBIN:  Did you finish your answer on the
14  process when --
15      THE WITNESS:  Yeah.
16      MR. RUBIN:  -- he asked you what you -- where
17  it went?
18      THE WITNESS:  Yeah, I think we should finish
19  up.  We went through step 1, where we took it from
20  On Account to unapplied.  I think we should walk through
21  the remaining steps.
22      MR. WILLIAMS:  Q.  We have the whole
23  afternoon, unless you just want to tell me now.  I mean,
24  it's fine.
25      A.  Well, maybe just finish the answer now and

143

1  then you can --
2      Q.  If you have something to say, sure, go ahead.
3      A.  Okay.  So the first step was to move the item
4  from On Account to unapplied.  And again, that generated
5  a debit/credit in 25005.  No accounting impact, no
6  different than when we applied it to On Account, a
7  debit/credit to 25005, which I think we discussed
8  earlier.
9      The second step was to create the debit memos
10  in the system -- and I think we'll be discussing this
11  all afternoon.  And by raising the debit memos in the
12  system, we debited and credited 25005 as well.  So no
13  accounting impact, no net accounting impact by the debit
14  memos being raised.
15      Then the third step was to apply the items
16  that were previously On Account, now sitting in
17  unapplied, to the debit memos, such that now the items
18  that were On Account were now in applied status to these
19  open debit memos.  And when we did the applications of
20  the unapplied to the debit memos, again, debit/credit
21  25005, no accounting entries.  So at the end of the day,
22  all we really did was move the status from On Account to
23  a debit memo with no accounting impact.
24      MR. WILLIAMS:  Okay.
25      MR. RUBIN:  Okay.  What do you want?  You want

144

1  to say an hour or --
2  MR. WILLIAMS: However much -- do you want an
3  hour to take a break or 45 minutes? It's up to you
4  really.
5  THE WITNESS: I just want some food.
6  MR. SCHMELTZ: Can you give us an hour so that
7  we can --
8  MR. WILLIAMS: Sure. Twenty to 2:00, then?
9  MR. RUBIN: That's fine.
10  VIDEOGRAPHER: Going off record. The time is
11  12:39.
12  (Lunch recess, 12:39 - 1:48 p.m.)
13  VIDEOGRAPHER: Going back on record. The time
14  is 1:48.
15  MR. WILLIAMS: Q. Okay. We left off and you
16  were telling me about the steps that were taken to do
17  this process that occurred on November 17th. Do you
18  recall that? And you said the first step was to remove
19  the item from On Accounts to unapplied; right?
20  A. Yes.
21  Q. And what was -- what was required to make that
22  move? What was the entry into the system or documents
23  created to do that?
24  A. It is a compound question. I'll try to make
25  sure I answer each of the questions or each of the

145

1  pieces of that. I think you're asking what entries were
2  made, what documents were created. So when the item is
3  moved from On Account to unapplied, a journal entry
4  would have been created that debits 25005 and credits
5  25005.
6  Q. And that was simply to move -- simply to move
7  it from On Account to unapplied, the first step?
8  A. That's the first step is by, you know, kind of
9  unclicking the On Account, you know, box or by changing
10  the status from On Account to unapplied. When you made
11  that change it would generate to debit to 25005 and a
12  credit to 25005, so offsetting entries.
13  Q. Okay. And where would that -- if I were to
14  run a report, a paper report, where would the report of
15  that part of the transaction be?
16  A. You know, I can't think of a report off the
17  top of my head that would pull the accounting history of
18  a receipt. I'm sure we have one. I just can't think of
19  one off the top of my head.
20  Q. Okay. So you the first step, one would have to --
21  well, the first step would be to create a debit and a
22  credit to 25005?
23  A. Yeah, the first step is to move it from
24  On Account status to unapplied status, and when you made
25  that move it would create the journal entries.

146

1  Q. Right.
2  A. Debit/credit, things like --
3  Q. How do you make that move?
4  A. To make that move, the On Account designation
5  is down in the applications section of the applications
6  form.
7  Q. All right. Let me stop you there so I know.
8  So if I were sitting at somebody's desk at Oracle, it's
9  the applications segment of the application form; is
10  that what you said?
11  A. So you have a receipts form that holds the
12  history of the payment from the customer.
13  Q. In AR?
14  A. In AR. In the AR, okay. And then you have to
15  drill down off of the receipt and to see the
16  applications of where that receipt has been applied.
17  And in that applications form, one of the applications
18  would be an application of On Account. And therefore,
19  what you would do is you just click on the unapply from
20  On Account. And by unclicking the applied box, it would
21  immediately, once you saved it, move it from On Account
22  status to unapplied status.
23  Q. Okay. So it sounds like if it's On Account
24  it's the same as applied?
25  A. Not necessarily. I don't think you can draw

147

1  that designation.
2  Q. I think that that was your testimony, and
3  correct me if I'm wrong. I thought you said that you'd
4  have to click on the applied box to unapply it?
5  A. I think the mechanics are the same as far as
6  how you apply cash and how you would apply something
7  On Account and to take something off On Account and to
8  unapply an invoice. So the mechanics behind those items
9  are similar. But they are very different in that if you
10  apply an invoice and you apply the invoices that it
11  closes out the receipt, the status of that receipt is
12  not closed, versus if you put that On Account, the item
13  would appear to be as open, which is what we discussed
14  earlier.
15  Q. Okay. Well, I'll back up so that I can
16  understand that.
17  A. Okay.
18  Q. So you just were explaining to me how one
19  would go in and do the first step. And what you said
20  was you'd go into the AR module in the applications
21  segment, and you would click on the applied box to
22  unapply an amount from the On Account?
23  A. Correct. So the box -- it just says --
24  there's two boxes that sit next to the transaction
25  number and it says apply and save. And so when you

148

1 apply something you click the box; to unapply you click
2 that same box. There is not a separate box.
3 Q. Okay. All right. But when you click the box,
4 it has the effect of unapplying an amount from
5 On Account?
6 A. If the status of the applications was
7 On Account; yes.
8 Q. Right. That's what we're talking about,
9 though; right? We were talking about what -- the first
10 step from -- of moving something from On Account to
11 unapplied?
12 A. Correct. Would be to uncheck the apply box,
13 which would unapply the On Account and put it in
14 unapplied status.
15 Q. Okay. And that's -- well, did you say that
16 that was a journal entry? Would there be a journal
17 entry of that portion of this transaction?
18 A. Yeah, it would generate a journal entry.
19 Q. And in what ledger?
20 A. It would generate a journal entry in the
21 accounts receivable system, and that entry would debit
22 25005 and credit 25005.
23 Q. Simply by unapplying an amount would debit and
24 credit the same account?
25 A. If you're unapplying something that was

149

1 On Account, then, yes.
2 Q. Okay. So then, I think your testimony was
3 that that generated a debit and a credit to 25005, and
4 you said there was no accounting impact by doing that?
5 A. No net accounting impact, because you're
6 hitting the same account. So if you're debiting the
7 account and crediting the account for the same amount,
8 then the net impact to the balance sheet would be zero.
9 Q. Okay. Now, would there be a journal entry on
10 the balance sheet when you made that -- when you
11 unapplied an amount from On Account, would there be a
12 journal entry of zero on the balance sheet?
13 A. There would be an entry in the general ledger
14 that would reflect that you had unapplied, you know, the
15 debit and the credit to 25005.
16 Q. And it would be zero?
17 A. The impact to the balance sheet would be zero.
18 Q. And that's why you say there is no accounting
19 impact to that portion of it, I guess.
20 A. Right. There's no net accounting impact if
21 you debit and credit the same account for the same
22 amount.
23 Q. But when you say net accounting impact, what
24 do you mean?
25 A. That would be if you take the total amount of

150

1 the debit, the total amount of the credit, and if you
2 hit the same account, then there really is no net
3 accounting impact. If the accounting used on the debit
4 and the accounting used on the credit was the same
5 amount and same accounting, then you've got really no
6 impact. You've just debited and credited the same --
7 Q. So what you're saying is ultimately there is
8 no accounting impact, even though the credit and debit
9 do have some accounting effect each, but they kind of
10 wash each other out; is that --
11 MR. RUBIN: Objection as to form.
12 MR. WILLIAMS: Q. Is that what you're saying?
13 A. So what I'm saying is, if you make a debit
14 entry to an account or an accounting combination, and
15 that same accounting combination in that same amount is
16 made on the credit side, then the net impact is zero.
17 Q. Okay. So what was the second step that you
18 referred to in the process of, I guess, creating these
19 debit memos?
20 A. November 17th?
21 Q. Sure.
22 A. The second step was that we created the debit
23 memos, and the debit memos were based -- they took the
24 customer information from the receipt and the amount
25 that was previously On Account was created as the amount

151

1 of debit memo. So, for example, if previously there was
2 $100 On Account for a customer, then a debit memo would
3 have been created for that same customer for that same
4 $100. And the accounting of that debit memo would debit
5 25005 and credit 25005. So, it again had no net impact.
6 Q. But so that -- but the second step was the
7 creation of a debit memo for a specific account, or a
8 specific item that was unapplied from the On Account?
9 A. Correct. The second step was to raise a debit
10 memo for the value of the amount that was previously
11 On Account and that debit memo debited and credited
12 25005.
13 Q. Okay. And why was it necessary to create a
14 debit memo to do that?
15 A. Well, I mean, once we -- we had a flag of --
16 the item was previously On Account, which was a flag as
17 we discussed earlier that said, you know, this item
18 should not be touched, so some subsequent entry has
19 occurred. We needed to now have -- since we were taking
20 it off On Account, we needed to do something with that
21 money, because it should not sit in unapplied. It's
22 really not unapplied cash. And, therefore, we need to
23 do something with that cash. We changed the designation
24 from On Account and we applied it instead to a debit
25 memo.

152

1  Q.  Right. But I'm saying, why was it necessary
2 to create a debit memo to accomplish what was -- what
3 you were doing on November 17th?
4  A.  I guess my question -- I guess what I don't
5 understand is, you got to do something with it. You
6 can't leave it on unapplied cash. Because unapplied
7 cash is credits that we owe back to the customer, and
8 these are clearly not credits that should be given back
9 to the customer, because they are things that we have
10 refunded or, as we discussed, you know, had been applied
11 to an expense account. So we had to do something with
12 it, and the decision was made that a debit memo was a
13 good alternative as far, you know, where to move the
14 flag as far as On Account.
15  Q.  All right. It's still -- I'm just a little
16 confused and I want to understand.
17  A.  Okay.
18  Q.  The creation of a debit memo, why was it
19 necessary to create a debit memo to do the movement that
20 was going to -- that was happening on November 17th?
21 Why couldn't the movement just be -- if you were moving
22 money from one account to another, why couldn't you just
23 move it without creating a debit memo?
24  MR. RUBIN: Objection; form.
25  THE WITNESS: We weren't really moving money

153

1 from an account. We were really changing essentially a
2 status of the payment. We were changing it from a
3 status of On Account to a status of applied. And it was
4 applied against a debit memo.
5  MR. WILLIAMS: Q.  Right. But why would it
6 need to be applied against a debit memo if it had
7 already -- for instance, those things that had been
8 refunded. Why was it necessary to create a debit memo
9 and apply the same amount since many or some of those
10 things had already been refunded?
11  MR. RUBIN: Objection. I think it has been
12 asked and answered.
13  MR. WILLIAMS: Certainly hasn't been asked and
14 answered.
15  MR. RUBIN: Well, I think you've asked the why
16 question several times.
17  MR. WILLIAMS: Q.  Okay. Go ahead.
18  A.  So is your -- restate your question to make
19 sure I understand.
20  Q.  What I'm asking is, why would an amount need
21 to be applied to a debit memo if it had already been
22 refunded to a customer?
23  A.  Maybe I'll take a different approach.
24  There is only so many statuses that you can
25 have in the Oracle accounts receivable application for a

154

1 receipt. It can be essentially On Account, which we
2 discussed, you can have unapplied, you could have
3 unidentified, or you could have it applied.
4  And we didn't want it On Account, which was
5 the impetus behind this. We didn't want it to be
6 sitting as the On Account status, which we covered
7 earlier. We didn't want it sitting on unapplied,
8 because that would just confuse what we had -- we were
9 using unapplied for. Unidentified means that you don't
10 know who the receipt's even from. So you're really left
11 to -- you need to apply it to something. And so what we
12 decided to do is we would apply it to a debit memo, and
13 that the net accounting of that debit memo would be
14 zero.
15  Q.  Okay. I'm not sure if that really answered my
16 question. Question is: If monies in the On Account had
17 already been refunded to customers, why would it need --
18 why would the same amount need to be applied to a debit
19 memo?
20  MR. RUBIN: And I'm going to object. It's
21 asked and answered. I know that you don't, for whatever
22 reason --
23  MR. WILLIAMS: -- understand. Well --
24  MR. RUBIN: -- you're not making the
25 connection. But I think that he answered you this last

155

1 time. That was a specific question you asked. I think
2 he gave you the best answer he can in terms of the
3 status and what he explained, so --
4  MR. WILLIAMS: You can make your objection.
5  MR. RUBIN: I'll let him give it one more try,
6 and then I'm going to say we're going to move on.
7  MR. WILLIAMS: I don't think that question
8 was -- fine. I don't think the question was answered.
9  Q.  What I'm trying to understand, if money was
10 already refunded to a customer, why does the same amount
11 need to be applied to a debit memo?
12  A.  So the amount that was previously On Account
13 needs to be consistent, when we move it from On Account
14 status to a debit memo. Again, we're just changing the
15 flag. We're changing how it is represented.
16  Q.  I think I understand that portion. Let's
17 break it up. So say, for instance, you have $50,000
18 that's in On Account. It was already refunded to a
19 customer.
20  A.  Okay.
21  Q.  Why is it still On Account as $50,000?
22  A.  Well, we still want to keep the history of
23 what had transpired as far as the payment being
24 received. You know, so I'm trying to make sure I
25 understand your question there, or your confusion. But

156

1 the check has still been received, and so we still have
2 to record that we received cash on a certain day.  As we
3 discussed, you know, at some point the decision was made
4 on this receipt we're using as an example, the decision
5 was made to refund it, and, therefore, the status was
6 changed to On Account.
7     Q.  I think I understand that portion.
8     A.  Okay.  So now the decision is made, we no
9 longer want to have all these items On Account.
10 Instead, you know, because it's causing confusion and
11 everything else that we discussed in the e-mail prior to
12 lunch.  So, therefore, we had to have some other status
13 to move this to.  My options are limited as far as it
14 has to go somewhere.  That cash that we had refunded,
15 the way we had represented that payment as putting it
16 On Account, we now need to represent it in another way
17 so that it was clear to everybody subsequent from that
18 time that this money still wasn't there for use.
19     Q.  Well, if it was refunded -- well, if it was
20 refunded to the customer, wouldn't it just be a debit to
21 cash?
22     A.  I don't know why when you're refunding cash
23 you would debit the cash account.
24     Q.  I'm sorry, or credit cash?
25     A.  Yes.  But the credit to cash happens in the

157

1 accounts payable system, not in accounts receivable.
2     Q.  I mean, why wouldn't it be in accounts
3 receivable?
4     A.  So accounts receivable is for receiving money
5 and payables, I guess, and being generic, is for paying
6 money.
7     Q.  I understand.  But it sounds like the
8 On Account -- so the On Account, if it represents that
9 there is a million dollars in On Account prior to
10 November 17th, it didn't really mean there was a million
11 dollars in On Account; is that what you're saying?
12     A.  There was a million dollars referenced in an
13 On Account status, and the decision was made to change
14 that status from On Account to something else, and the
15 something else that we decided to go to was a debit
16 memo.
17     Q.  Okay.  And why did you decide to go to a debit
18 memo -- withdrawn.
19         Why couldn't -- why couldn't you just identify
20 those items as already refunded?
21     A.  I'm not quite sure what functionality we would
22 have used to do that.
23     Q.  Well, is there -- is there a way that accounts
24 payable indicates that an amount was refunded to a
25 customer; if you know?

158

1     A.  Accounts payable keeps a record, I'm sure, of
2 a check being cut to a customer, but I'm not as familiar
3 with the AP system.
4     Q.  And does collections keep a record of when
5 they refund monies to a customer?
6     A.  So prior to November 17th?
7     Q.  Yeah.  Um-hum.
8     A.  So, yeah.  I mean a record was kept.  And
9 that's what we discussed earlier about the custom refund
10 form that we used for a period of time.  That stored
11 kind of the details behind that refund.
12     Q.  So collections would have a record of a refund
13 made to a customer if they initiated a refund?
14     A.  So, yes, we would, you know, at some period of
15 time have a record of the refund details.
16     Q.  I'm asking about collections.  Collections,
17 would collections have a record of a refund that it
18 initiated for a customer?
19     A.  Record in the system?  Record in e-mail?
20 Record --
21     Q.  Any record.
22         MR. RUBIN:  Objection as to form, vague.
23         MR. WILLIAMS:  Q.  Any record, whether it be
24 e-mail, in the accounts receivable system, some sort of
25 record that there was a refund to a customer.

159

1     A.  I can tell you while I was in accounts
2 receivable -- I don't know too far back, but when I was
3 in accounts receivable, we would have a record of the
4 refund, because we had a refund form that captured the
5 details of that refund.
6     Q.  How about accounts receivable?  Say, for
7 instance, accounts receivable received two payments for
8 the same invoice, all right, and one of them was
9 refunded to the customer.  Would there be a record of
10 that refund in accounts receivable?
11     A.  Again, if you're talking about the period of
12 when I --
13     Q.  Before November 17th, 2000.
14     A.  Okay.  And again, during my tenure at Oracle,
15 yes, there would be a record of that refund.
16     Q.  And where would that be?
17     A.  The record would be maintained, and there is a
18 refunds form that we were previously using.
19     Q.  From accounts receivable?
20     A.  It's an accounts receivable form.
21     Q.  And so how did -- well, withdrawn.
22         Was that just a paper form that was
23 handwritten, or was it in the, quote/unquote, AR system?
24     A.  It was in the AR system.
25     Q.  Okay.  So if the On Account -- the On Account

160

1  was a reference to monies that were already refunded,
2  some of it was, at least; is that fair?
3       MR. RUBIN: Objection to form.
4       THE WITNESS: There was a percentage of items
5  that were in On Account status prior to November 17th
6  that would, you know, represent that the money had been
7  refunded.
8       MR. WILLIAMS: Q. And -- and on
9  November 17th, for those and other items, the company
10  just created a debit memo for the same representation?
11       A. Yes. The decision was made we wanted to
12  use -- we didn't want to use this On Account to
13  reference what we discussed earlier. Therefore, the
14  decision was made, let's change essentially a flag or a
15  representation that the money was no longer there for
16  use from On Account status to apply to a debit memo.
17       Q. So when a debit memo is created, was there any
18  way, by looking at the debit memo, to determine whether
19  or not that amount had been refunded?
20       A. Similar to our discussions as, could you look
21  at the receipt and look at the On Account status and
22  determine if it had been refunded, the debit memo was
23  just kind of the same case. You could not look at the
24  debit memo and confirm what the prior action was.
25       Q. Okay. So one would not know, if you looked at

161

1  a debit memo, you would not know whether or not that
2  amount had been refunded?
3       A. No, you would need to do further research.
4       Q. Okay. So if you -- if someone printed for you
5  a debit memo on November 17th, what would that -- what
6  would it mean to you by looking at it? What would it
7  signal to you?
8       MR. RUBIN: Objection to form, vague.
9       MR. WILLIAMS: Q. If anything?
10       A. So if somebody printed out a debit memo
11  from --
12       Q. Right, on November 17th, someone printed out
13  one of these debit memos that was created, what would it
14  signal to you, the information on the debit memo?
15       MR. RUBIN: Objection; form.
16       THE WITNESS: The information that it would
17  provide to me would be the customer that was on the
18  debit memo would be the same customer that previously
19  had a payment On Account, and that the debit memo
20  represented the On Account work we had done on
21  November 17th.
22       MR. WILLIAMS: Q. So when you say that the
23  customer had a payment On Account, it wasn't really a
24  payment; it was just Oracle had a flag that indicated
25  that there was money related to this customer?

162

1       MR. RUBIN: Objection; form.
2       THE WITNESS: Again, we're not talking about
3  money. I mean, we're -- a lot of times this money has
4  been refunded. It's simply that we recorded -- we
5  recorded cash at a point in time, and then at a
6  subsequent point in time the decision was made to, you
7  know, maybe, as an example, refund the money.
8  Therefore, the item was put On Account, and then the
9  money refunded back to the customer. So I don't think
10  you can classify that the items On Account are money.
11  It's -- a lot of times we don't have the money anymore.
12       MR. WILLIAMS: Q. So if a customer made an
13  overpayment, so they paid something twice or paid an
14  invoice -- they paid more on an invoice than they should
15  have, where would that overage go?
16       A. So you're saying the customer made a payment,
17  and we had just discovered that they had made an
18  overage, and, therefore -- is that correct?
19       Q. Well, you can answer that question. Say, for
20  instance, a customer made a payment and there was an
21  overage.
22       A. Okay.
23       Q. Where would the overage go?
24       A. At that point in time that they made the
25  overage payment, the overage would be sitting in

163

1  unapplied cash.
2       Q. In unapplied cash. And was that always the
3  case if that's what happened? An overpayment always
4  ended up in unapplied cash?
5       MR. RUBIN: Always, meaning what time period?
6       MR. WILLIAMS: Q. Prior to November 17th.
7       A. To the best of my knowledge, all overpayments
8  would end up in unapplied cash.
9       Q. Now, is -- was there a journal entry made when
10  an overpayment is received by Oracle?
11       A. A journal entry is made at the time we receive
12  the payment from the customer.
13       Q. And would Oracle make a journal entry for the
14  entire payment and then move -- then move the overage to
15  unapplied cash?
16       MR. RUBIN: Objection; form, compound.
17       THE WITNESS: So, the process that occurs, if
18  a customer made a payment to us for, let's say, the
19  invoice they were paying was $100, and the payment they
20  made was $105, is that kind of an accurate depiction of
21  what you're saying?
22       MR. WILLIAMS: Q. Sure. Yeah.
23       A. So we would record debit to cash for 105,
24  because that's the payment they made. We credited 25005
25  for 105. Okay. Because the customer is making a

164

1  payment of 105 against a $100 invoice.  Then once we
2  determined that the customer is paying this invoice,
3  which is $100 in value, we would debit 25005 for 100,
4  credit accounts receivable for 100; therefore, the
5  balance in the 25005 would have been $5, which was the
6  amount of overpayment.
7      Q.  So it sounds like the payment initially goes
8  to unapplied rather than to -- than directly to the
9  invoice; is that fair to say?
10     A.  Yeah, I think that's fair to say.
11     Q.  Why would it go directly to unapplied cash
12 rather than just to settle the invoice?  I'm just
13 curious why that --
14     A.  That's a great question.  I guess we would
15 have to talk to whoever designed the system.  I mean,
16 it's just the way the system operates.  It originally
17 makes a debit cash, credit to 25005, and as it applies
18 the invoice, it debits 25005 and credits AR.
19     Q.  So everything that -- all the payments that
20 come in go to 25005 at some point?
21     MR. RUBIN:  Objection; form.
22     MR. WILLIAMS:  Q.  Go ahead.
23     A.  So the payments that we receive from the bank
24 generally debit cash and credit 25005, as we receive the
25 payments and record the payments in our system.

165

1      Q.  So all payments somehow touch unapplied cash
2  or On Account?  There is no objection.
3      A.  So the initial payment from the customer --
4      Q.  Sure.
5      A.  -- as we upload the file from the bank debits
6  cash and credits unapplied.
7      Q.  Okay.  So -- I'm sorry.  And then someone
8  reconciles the invoice and 25005 is, I guess, debited or
9  credited the amount of the invoice and any overage is
10 left in 25005; is that what you're saying?
11     MR. RUBIN:  Objection; form.
12     THE WITNESS:  So to walk through the entries
13 again, so, as we receive the payment from the bank, we
14 debit cash, we credit 25005, which is the initial
15 payment from the customer.  Then either the system
16 auto-applies, based on our earlier discussions.  If the
17 customer referenced an invoice number, then it would
18 apply that invoice at that point.  If not, possibly
19 subsequently somebody would apply that invoice.
20     MR. WILLIAMS:  Q.  Right.
21     A.  But as the entry is received from the bank, we
22 would debit cash --
23     Q.  Right.
24     A.  -- credit 25005 on initial payment from the
25 customer --

166

1      Q.  Right.
2      A.  -- and then once the invoice was determined
3  where it should go as far as application, we would debit
4  25005 and credit AR.
5      Q.  I see.  Okay.  So, and correct me if I'm
6  wrong.  So the payments would go to 25005, and once the
7  invoice, whatever the system did with the invoice --
8  withdrawn.
9      Like I said, correct me if I'm wrong.  I just
10 want to make sure I'm understanding what you're saying.
11     So if an invoice was $100, customer paid $105,
12 that would come in, it would go to 25005, and then once
13 the invoice -- once it was applied to the invoice, $100
14 would come out of 25005, and $5 would remain; is that --
15     MR. RUBIN:  Objection.  Are you talking about
16 where the bank doesn't know where the invoice goes?  Or
17 I -- that's where I'm lost, or I think the witness might
18 be.
19     MR. WILLIAMS:  Come on, you know you're not
20 supposed to do that.
21     MR. RUBIN:  I'm just --
22     MR. WILLIAMS:  He answered the question, and
23 all I'm asking him is if I'm understanding his question
24 correctly.
25     MR. RUBIN:  His question?

167

1      MR. WILLIAMS:  I'm sorry, his answer
2  correctly.
3      MR. RUBIN:  Okay.  Well, I would think you
4  would want accurate information, so I just want --
5      MR. WILLIAMS:  Well, if I don't have accurate
6  information, it's to your benefit.
7      Q.  So what I'm trying to determine is, if a
8  customer -- if there is an invoice for $100, customer
9  pays 105, 105 would go to 25005; is that correct?
10     MR. RUBIN:  Objection; form, compound.
11     MR. WILLIAMS:  Q.  Is that correct?
12     A.  So the initial entry, as we received the -- as
13 we upload the file from the bank and record the payment
14 from the customer, we would debit cash 105, credit
15 unapplied 25005.  And then once we determine where the
16 invoice -- where the application should go, and again,
17 this could happen immediately, as soon as the system
18 identifies that the payment is to pay this $100 invoice,
19 it would debit 25005 and credit accounts receivable,
20 leaving a $5 balance --
21     Q.  Exactly.  Okay.
22     A.  -- in the 25005 account for unapplied cash.
23     Q.  I understand that.  Okay.  And once that was
24 done, the $5 would not be automatically refunded to the
25 customer; is that fair?

168

1    A.  That's fair.
2    Q.  But at that time Oracle would know which
3  customer it was that made an overpayment; right?
4    A.  In the example you provided as far as the
5  customer making an overpayment, right, yes, generally.
6    Q.  Okay.  And was it Oracle's policy not to
7  refund those monies when it knew that a customer had
8  overpaid?
9    A.  It was not a policy that said we didn't refund
10  money.
11    Q.  But you just didn't under those circumstances?
12    MR. RUBIN:  Objection; form.
13    THE WITNESS:  Your question is a little bit
14  leading.
15    MR. WILLIAMS:  Q.  I can lead.  So --
16    A.  So why don't you ask -- why don't you restate
17  your question.
18    Q.  I'm just asking, was it Oracle's policy in
19  instances where it received an overpayment, and that
20  overpayment sat in unapplied cash, was it Oracle's
21  policy not to refund that money?
22    A.  We had no policy that said we would not refund
23  money.
24    Q.  Okay.  Did Oracle initiate refunds of those
25  overages without a request from the customer prior to

169

1  November 17th, 2000?
2    A.  Generally that's where the request would come
3  is from the customer, you know, if they realized -- you
4  know, we called them and said, "Hey, we have $5
5  remaining of your cash, you know, that you made a
6  payment for, what would you like for us to do with this?
7  Would you like us to apply it to an open invoice; would
8  you like us to refund it?"  If they requested a refund,
9  we would send them the money back.
10    Q.  Okay.  So it's your testimony that once -- if
11  there was an overage, Oracle would actually call the
12  customer and let them know that there was, you known,
13  some money in unapplied cash?
14    MR. RUBIN:  Objection; that misstates his
15  testimony.
16    MR. WILLIAMS:  Q.  Is that fair to say?
17    A.  Restate it again, please.
18    Q.  Was it Oracle's practice to call and notify
19  customers who have paid an amount above an invoice and
20  let them know that they had money in Oracle's possession
21  as unapplied cash?
22    A.  So as we discussed earlier, I mean, we would
23  contact customers and let them know that we had some
24  sort of overpayment, in the example you provided me.
25  It's not the only example where we would call a

170

1  customer, but it is an example where we would, you know,
2  call a customer and request, you know, information from
3  them as far as where they would like the additional
4  monies --
5    Q.  Was it Oracle's practice to do so?
6    A.  Yeah.
7    Q.  Now, what would happen if a -- if there was an
8  overpayment that -- well, withdrawn.
9    And there was no -- well, what would happen if
10  there was a payment and there was no invoice to apply
11  the payment to?  So for instance, a customer sent a
12  check to Oracle, had no information on it.  What would
13  Oracle do with that check or that cash?
14    A.  Do their best to research which -- you know,
15  who sent us the cash.
16    Q.  Okay.
17    A.  We did, as I said, get copies of the checks --
18  you know, the majority of the payments are made via
19  check, and so we did receive copies of the checks from
20  the -- you know, from the bank such that, you know, we
21  could investigate who made the payment.
22    Q.  And is that what was done typically prior to
23  November 17th, 2000?
24    A.  Yes.
25    Q.  Okay.  But the money would be where?  In

171

1  unapplied cash?
2    A.  From an account perspective, it was actually
3  in a status of unidentified, but it would still be
4  sitting in the 25005 account.
5    Q.  And was there a specific -- and how would one
6  know whether something was unidentified or just
7  unapplied?
8    A.  The difference, distinction being that
9  unidentified, you don't -- you haven't identified that
10  with a customer.
11    Q.  So you indicated earlier when I was asking you
12  about the second step, the creation of the debit memos,
13  that the company no longer wanted this information or
14  monies to be in On Account status.
15    MR. RUBIN:  Objection --
16    MR. WILLIAMS:  Q.  Is that fair?
17    MR. RUBIN:  -- form, use of the terms monies,
18  which we've been over quite a few times.
19    MR. WILLIAMS:  Q.  They don't want these items
20  On Account status?
21    A.  Well, you said the company.  I mean, so, as --
22  I mean, I didn't think that having the items On Account
23  was the right direction as an AR manager.  And so -- and
24  again, there are monies -- I mean, you know, it was a
25  flag that said a subsequent transaction had taken place.

172

1  So I made the decision to move the items off of
2  On Account.
3      Q.  And why didn't -- why didn't -- oh, you made
4  the decision, or you and some of your superiors made the
5  decision?
6      MR. RUBIN:  Objection; form.
7      THE WITNESS:  So, it was -- it was my, you
8  know, idea to move the items off account, which I then,
9  you know, discussed with my immediate supervisor.
10     MR. WILLIAMS:  Q.  Okay.  And they approved
11  it?
12     MR. RUBIN:  Objection; form, vague.
13     THE WITNESS:  I'm assuming they approved it
14  since we executed on the creation of debit memos.
15     MR. WILLIAMS:  Q.  And why didn't you want --
16  why didn't you want the items On Account any longer?
17     MR. RUBIN:  Objection; asked and answered.
18  This was the whole explanation that we went through
19  before.  So --
20     MR. WILLIAMS:  Q.  Okay.  Go ahead.
21     A.  We discussed it in this e-mail.  I think we
22  covered it.
23     Q.  You indicated earlier when I was asking you
24  about the second step that you didn't want these items
25  that were partially -- some of them were refunds -- on

173

1  On Account status.
2      MR. RUBIN:  Are you reading back his
3  testimony, or what's the question?
4      MR. WILLIAMS:  No, I'm not reading back his
5  testimony.
6      Q.  Isn't that true?
7      A.  What's the question?
8      Q.  I'm asking you if -- well, withdrawn.
9      You indicated that you no longer wanted these
10  items on On Account status, and the second part of the
11  process of changing that was creating debit memos.
12     MR. RUBIN:  Objection.  I don't -- Shawn, I'm
13  just not sure what you're doing.  Asking him to reaffirm
14  his prior testimony, or is that what he said or --
15     MR. WILLIAMS:  Yeah, I am.
16     MR. RUBIN:  Okay, so --
17     MR. WILLIAMS:  Q.  Is that -- was that your
18  testimony?
19     A.  So, you know, my belief is that my testimony
20  was that we had items sitting that were On Account, we
21  didn't think -- you know, I didn't think it was the
22  perfect solution.  I mean, I mean, it wasn't using the
23  standard functionality, which is where we were asked to
24  go as far as direction as a department was to begin --
25  start using the standard functionality and stop -- you

174

1  know, and not use it, you know, for ways that it was not
2  necessarily designed for.
3      Q.  So once you created the debit memos, this
4  third step, was that to apply the debit memo to
5  something else?
6      A.  To make sure -- I want to make sure we're all
7  clear, so I'm going to go through all -- can I go
8  through all the steps, and then -- is that okay?
9      Q.  If that's -- if it's easier for you to answer
10  that question that way, fine.
11     A.  It is.  For the first step was, again, we
12  moved the item off the receipt, we moved the amount that
13  was previously On Account and moved it into an unapplied
14  status.  And again, the accounting entries behind that
15  move were debit 25005 credit 25005.
16     The second step in this process was that the
17  debit memo was created in the system.  And the debit
18  memo was for the amount that had previously been
19  On Account.  So again, if the amount had been $100
20  On Account, we created a $100 debit memo.  And the
21  accounting on that debit memo creation was to debit
22  25005, and credit 25005 for that same amount.
23     The third step, which I think is what your
24  question is, was to take the amount that was moved to
25  unapplied cash in step one, and now apply that to the

175

1  debit memo.  Again, debit 25005 and credit 25005.
2      Q.  Now, that third step was to -- so what happens
3  when you apply -- it's an amount, right, an amount to a
4  debit memo?
5      A.  Um-hum.  What's the question?
6      Q.  What happens when one applies an amount to a
7  debit memo?
8      A.  There are a couple things that happen.  First,
9  the receipt that had the amount in unapplied would now
10  be in the status of applied, and it would be applied to
11  a open debit memo.  So basically the previous amount
12  that was On Account is now closed as applied to the
13  debit memo.  And in that application, you would debit
14  25005 and credit 25005.
15     Q.  But when one generally applies an amount to a
16  debit memo, one is applying or satisfying or settling an
17  open invoice; is that fair to say?
18     A.  Generally when you're applying cash to an
19  invoice you are, you know, settling the customer's
20  account as far as an open invoice.
21     Q.  And here, you're -- do you know of any -- in
22  your experience, do you know of any other -- well,
23  withdrawn.
24     But in this case you're saying you weren't
25  applying cash to an invoice; is that right?

176

1    A.  In this instance we were applying cash to the
2  debit memos.
3    Q.  Right.  Now, then that's where I get confused,
4  because we've been saying that we're not talking about
5  cash, and now you're saying that you're applying cash to
6  the debit memos.  I just wanted to make sure I'm clear
7  on what you mean.
8    A.  Okay.  Now, that's a very valid point.  You're
9  right.  It really isn't cash.  We're basically taking a
10  payment that at one time represented cash and had status
11  of On Account, and now applying that to the debit memo.
12    Q.  So the debit memo -- withdrawn.
13    The debit memo is the functional equivalent of
14  an invoice; would you agree with that?
15    MR. RUBIN:  Objection; form.  "Functional
16  equivalent."
17    MR. WILLIAMS:  Q.  Well, why don't you take a
18  look at Myers No. 1.
19    A.  Okay.
20    Q.  And look at the definition of debit memo from
21  Oracle's Receivables User's Guide on NDCA 048665.
22    Can you read the debit memo definition there
23  for me?
24    A.  "Debits that you assign to your customer for
25  additional charges you wanted to collect.  You may want

177

1  to charge the customer for unearned discounts taken,
2  additional freight charges, taxes and finance charges."
3    Q.  Okay.  Now, the debit memos that were created
4  on November 17th, each one had a specific customer
5  identified with it; is that right?
6    A.  There was a customer identified with the debit
7  memo; yes.
8    Q.  Okay.  With each one?
9    A.  Each debit memo?
10    Q.  Right.
11    A.  Yeah.
12    Q.  And each debit memo had a specific amount
13  assigned to it; is that right?
14    A.  Each debit memo did have an amount.
15    Q.  And each debit memo -- well, withdrawn.
16    Items that were originally on On Account were
17  applied to the debit memos to close them out; is that
18  right?
19    A.  So the -- again, we're simply changing the
20  status of a receipt in the system from an On Account
21  status to an applied status.  And it was applied against
22  a debit memo.  But in this case, the debit memo doesn't
23  follow the textbook definition of what a debit memo
24  generally would be.  Our accounting was debit/credit
25  25005.  There was nothing we were charging to the

178

1  customer.
2    Q.  I'm not asking you if there was anything you
3  were charging to the customer.
4    What I'm saying -- what I'm asking is, the
5  amounts, or the amount items that were On Account were
6  used to settle or satisfy each specific debit memo that
7  was created on November 17th; is that a fair assessment
8  of what happened?
9    A.  The items that were On Account were used to
10  close the debit memo open amount.
11    Q.  Okay.  And so once those debit memos were
12  closed, what was the final -- what was the final impact?
13  Was there nothing on On Account anymore?
14    A.  Yeah, there was -- obviously impact is a very
15  broad -- I mean, there is a lot of impacts, you know.
16  So we had debits and credits going to 25005, so there
17  was an accounting impact, though no net accounting
18  impact, because we debited and credited the same
19  account.  But there was journal entries created.  And
20  then -- and then, yes, the On Account flag was now
21  removed and now we had, you know, some 46,000 debit
22  memos now in the AR system.
23    Q.  Right.  But was it -- what did they mean?
24  What did the debit memos mean?  If they don't mean what,
25  you know, the definition of Oracle -- in Oracle's

179

1  receivables guide -- withdrawn.
2    If they don't mean the same thing as what
3  appears in Oracle's debit memo or receivables guide,
4  what did they mean?
5    MR. RUBIN:  Objection; form.
6    MR. WILLIAMS:  Let me -- let me.  Oh, I'll
7  rephrase it.
8    Q.  What did the debit memos mean once they were
9  closed out on November 17th, 2000?
10    MR. RUBIN:  Same objection.
11    THE WITNESS:  The meaning of the debit memos
12  was essentially no different than what the meaning was
13  when it was sitting in the status of On Account.  We
14  didn't change the meaning.  We just changed the flag.
15    MR. WILLIAMS:  Q.  So after November 17th,
16  there were 46,000 debit memos somewhere in accounts
17  receivable?
18    A.  Um-hum.
19    Q.  And they didn't mean anything different than
20  they meant -- than the information meant when it was in
21  On Account?
22    MR. RUBIN:  Objection; form.
23    MR. WILLIAMS:  Q.  Go ahead.
24    A.  We went from having 46,000 receipts that were
25  On Account to now having 46,000 debit memos.

180

1    Q.  Each identifying -- is it fair that each was
2 identifying a customer with a specific amount?
3    A.  That each debit memo identified the customer
4 and an amount?
5    Q.  Um-hum.
6    A.  Yes, each debit memo identified the customer
7 that was originally on the receipt that originally had
8 the On Account flag and the amount on the debit memo was
9 equal to the amount that was previously On Account.
10    Q.  Now, after November 17th, 2000, were there any
11 refunds to -- made by Oracle to any of the customers for
12 whom debit memos were made on November 17th, 2000?
13    A.  So, yes.  But I believe that the refund that
14 occurred was a duplicate refund, because the money had
15 already been sent, and somebody didn't do their due
16 diligence, and that money was actually refunded a second
17 time.
18    Q.  So there was only one refund after
19 November 17th for any of the items that were debit
20 memoed on November 17th?
21    A.  I have no way to know how many exact were
22 issued.  I mean, I know of the one occurrence that
23 happened for one customer.  But I don't know --
24    Q.  What customer was that?
25    A.  My recollection it was Household.

181

1    Q.  What I'm asking is, the items -- the debit
2 memos, the 46,000, after November 17th of 2000, did
3 Oracle refund any of those -- any customers that debit
4 memos were created for on November 17th, 2000?
5    A.  Of the example I gave, I don't know.
6    Q.  You don't know.  And if they were, where would
7 that information be?
8    A.  It would be -- any information related to any
9 accounts receivable transaction would be stored in the
10 accounts receivable module.
11    Q.  Did you at any time investigate -- well,
12 withdrawn.
13    After November 17th, did you at any time
14 investigate whether or not additional refunds were made
15 from the amounts that were debit memoed on
16 November 17th, 2000?
17    MR. RUBIN:  Objection as to form.
18 "Investigate."
19    THE WITNESS:  I investigated a couple
20 instances of debit memos, and the resulting
21 investigation found that money had accidentally been
22 refunded twice on a previous item that had been
23 On Account.
24    MR. WILLIAMS:  Q.  That had been refunded
25 before?

182

1    A.  Correct.
2    MR. WILLIAMS:  Okay.  I'm going to ask the
3 reporter to mark this document as Myers No. 4.
4    (Exhibit No. 4 marked for
5    identification.)
6    MR. WILLIAMS:  Q.  I'm just going to ask you
7 to take a look at what's been marked as Myers No. 4.
8 Let me know if you recognize it.
9    A.  It looks like a transaction register.
10    Q.  What is a transaction register based on your
11 understanding at Oracle?
12    A.  Well, a transaction, if you look at the
13 glossary, I believe a transaction is defined as either
14 an invoice, a credit memo, a debit memo, a deposit or a
15 guarantee.  I don't know if I mentioned debit memo, but
16 I will mention it again.  And, therefore, a transaction
17 register would report on transactions created based upon
18 the parameters that you entered into the report, you
19 know, request.
20    Q.  And does this -- does Myers No. 4 appear to
21 depict what -- the transactions occurring on
22 November 17th, 2000 that we've been discussing?  And I
23 should say that this report purports to be 853 pages,
24 but I didn't want to use the entire 853 just to get some
25 reference material, so you have pages 1 through 9 and

183

1 then the last page of the report.
2    A.  Okay.
3    Q.  So it's Bates number NDCA-ORCL 049208 through
4 216, and then ending 060.
5    MR. RUBIN:  And then -- well, that's actually
6 a 050060.
7    MR. WILLIAMS:  Right.
8    MR. RUBIN:  So you're representing this was
9 produced as a much larger report; right?
10    MR. WILLIAMS:  It's an excerpt, yeah.
11    MR. RUBIN:  And you pulled out selected pages.
12    MR. WILLIAMS:  Well, I pulled out the first,
13 say, nine pages then the last page.
14    THE WITNESS:  I'm sorry, what was the
15 question?
16    MR. WILLIAMS:  Q.  I'm just asking you if you
17 recognize it.
18    A.  I recognize the report, yes.
19    Q.  Okay.  And it's a transaction register of the
20 transactions that occurred on November 17th; is that
21 fair to say?
22    A.  That looks accurate, yes.
23    Q.  Okay.  And is there anything on this report
24 that indicates that these transactions were related to a
25 debit memo?

184

1    A.  If you look on page 1, the class is debit
2  memo.
3    Q.  And what -- there's a portion of this that's
4  cut off on the left-hand side.  Do you know what that
5  usually says or what it would say if it were complete?
6    A.  It could -- I'm going to assume or speculate,
7  but -- if that's okay.  My assumption is that's probably
8  the transaction number.
9    Q.  And on the left-hand side?
10   A.  Yes.
11   Q.  Okay.  Is there anything else that's cut off
12  there; if you know?
13       MR. RUBIN:  I think that does call for
14  speculation.  Do you know if there's anything else?
15       MR. WILLIAMS:  Q.  If you know.
16   A.  No, I don't know.
17   Q.  Well, you're familiar with these reports;
18  right?
19   A.  Absolutely.
20   Q.  So, if you know, you could say.  If you don't,
21  then you don't.
22   A.  I don't know.
23   Q.  Okay.  And you see where the heading says
24  type?
25   A.  Yes.

185

1    Q.  And what does the word type indicate?
2    A.  That is the transaction type.
3    Q.  The type of transaction?
4    A.  So transaction type is an Oracle receivables
5  term.  But, yes, transaction type.
6    Q.  And so what is an On Account transaction?
7    A.  So, we -- as part of creating the debit memos
8  there are certain fields that are absolutely mandatory
9  when creating the debit memo.  One of those fields
10  that's absolutely required is the transaction type.  And
11  so as part of this work that we did to move items from
12  On Account onto the debit memo, we needed to create a
13  new transaction type specifically for this project.  And
14  so, therefore, since it was specifically for this
15  project, we named the transaction type On Account.
16   Q.  Okay.  So this is an unusual type of
17  transaction?
18   A.  Unusual?
19       MR. RUBIN:  Objection; vague.  The term
20  unusual, I think, is not subject to precision.
21       MR. WILLIAMS:  Q.  Was the On Account
22  transaction a transaction that was typically done in
23  Oracle's accounts receivable?
24   A.  So when you say typical, I mean, the
25  On Account transaction type was created for this

186

1  purpose, this November 17th debit memo creation.
2    Q.  Okay.  And would it be fair to say that there
3  are other transaction types that are typical that are
4  used regularly in Oracle's accounts receivable?
5    A.  We do use other transaction types.
6    Q.  And can you give me a few examples of titles?
7    A.  Of a transaction type name?
8    Q.  Yes.
9    A.  Liccustinv, which is licensed customer
10  invoice, L-i-c-c-u-s-t-i-n-v.  Supcustinv, support,
11  S-u-p-c-u-s-t-i-n-v.
12   Q.  So moving over a couple columns where it says
13  invoice date, do you see that?
14   A.  Yes.
15   Q.  And what does that refer to?
16   A.  Again, there is mandatory fields.  Whenever we
17  raise a debit memo the date is a mandatory date, and so
18  there is a transaction date.  And we -- the date
19  reflects the date the transactions were created.
20   Q.  Right.  But why does it say invoice date?
21   A.  Again, this is a standard product report.  I
22  would have to ask the person who coded the report.  I
23  don't have any control over what the columns' headings
24  are.
25   Q.  And, well, what does it mean typically in the

187

1  invoice date column?
2        MR. RUBIN:  Objection; form.  "Typically."
3        THE WITNESS:  So what is normally the date,
4  the transaction date?
5        MR. WILLIAMS:  Q.  The invoice date.
6    A.  I'm sorry, the invoice date?
7    Q.  Right.
8    A.  It's the transaction date.  So if we raised an
9  invoice date today, it would generally have today as the
10  transaction date or invoice date as the column heading.
11   Q.  And how about the GL date, what does that
12  refer to?
13   A.  That is the general ledger date, which is the
14  date we intend on posting this to the general ledger.
15   Q.  And so these were -- the intent was to post
16  these on November 17th?
17   A.  The intent was to have them post in the month
18  of November, with November 17th general ledger date.
19   Q.  Okay.  That was a little unclear to me.  So
20  the general ledger date for these transactions was going
21  to be -- the intent was they would occur on
22  November 17th, 2000?
23   A.  That they would post to the general ledger,
24  you know, with the date of November 17th.  What I'm
25  trying to, I guess, make sure you understand is, just

188

1  because the transaction, the GL date of November 17th,
2  that doesn't necessarily mean that's the date it got
3  posted to the general ledger.  We could post these a day
4  or two later.  This is the date that we -- you know,
5  that we want to reflect in the system.
6     Q.  Okay.  Is there any reason why you wanted the
7  November 17th date to be reflected in the system as the
8  GL date?
9     A.  I'm going to speculate a little bit, but I'm
10 assuming November 17th was probably a Saturday, and so
11 we wanted to isolate these transactions, because, again,
12 they were not normal course of business, they were not,
13 you know, invoices charging customers of any kind, so we
14 wanted to make sure we were able to isolate these.
15    Q.  And just tell me the difference, if there is
16 one, between invoice currency and functional currency.
17    A.  Yes.  They could be different.  So, for
18 example, if we do business in Argentina, our functional
19 currency in Argentina would be the Argentine peso.
20 However, if we issue an invoice in U.S. dollar, the
21 invoice currency would be the U.S. dollar, so the
22 functional currency would be Argentine peso.
23    Q.  Okay.  So sometimes there would be an invoice
24 for, say, $20 in U.S., and it might be different if the
25 customer was in another country; is that fair?

189

1     A.  I don't think that's how I explained it.  How
2  I explained it was that if you were doing business in a
3  country and you did a transaction in a currency other
4  than the normal functional currency, which, again, for
5  the example, you did a transaction in our Argentina
6  operating unit in U.S. dollars, where their functional
7  currency is Argentine peso, you would have a difference
8  in the two different -- invoice currency versus
9  functional currency.
10    Q.  Okay.  So is it fair to say that all the
11 customers on this list, at least as it appears in front
12 of you as Myers 4, were all U.S. companies; if you know?
13    A.  I have no idea if these are U.S. companies.
14    Q.  Okay.  I'm going to ask you to turn to the
15 last page, which is NDCA-ORCL 050060.  And tell me if
16 you see totals on the bottom of that page.
17    A.  I do.
18    Q.  And can you tell me what they are?
19    A.  Total invoice currency was $692,415,514.97.
20    Q.  Okay.  For both invoice currency and
21 functional currency?
22    A.  That's correct.
23    Q.  Okay.  Now, does that -- do these totals
24 represent the total amounts of all the debit memos
25 created on November 17th, 2000?

190

1     MR. RUBIN:  Objection; form.
2     THE WITNESS:  This represents the debit memos
3  that were part of the On Account project that we worked
4  on.
5     MR. WILLIAMS:  Q.  Right.
6     A.  On November 17th.
7     Q.  Right.  And the debit memos that were created
8  on that day?  Including the debit memos that were
9  created on that day?
10    MR. RUBIN:  Objection; form.
11    THE WITNESS:  This list lists the debit memos
12 that were created as part of the On Account project that
13 were created as part of that project on November 17th.
14    MR. WILLIAMS:  Okay.  You want to take a short
15 break?
16    VIDEOGRAPHER:  In the deposition of Greg
17 Myers, this marks the end of tape two, Volume I.  Going
18 off the record, the time is 2:44.
19    (Recess, 2:44 - 3:04 p.m.)
20    VIDEOGRAPHER:  In the deposition of Greg
21 Myers, this marks the beginning of tape three, Volume I.
22 Going on the record, the time is 3:04.
23    MR. WILLIAMS:  I'm going to ask the reporter
24 to mark this document as Myers No. 5.
25

191

1        (Exhibit No. 5 marked for
2         identification.)
3     MR. WILLIAMS:  It's Bates No. NDCA-ORCL 048710
4  through 712.
5     Q.  Ask you to take a look at what's been marked
6  as Myers No. 5.
7     A.  Okay.
8     Q.  Have you seen what's been marked as Myers
9  No. 5 before?
10    A.  I've seen it before, yes.
11    Q.  Did you review it in your preparation for your
12 testimony?
13    MR. RUBIN:  Objection.  Objection.  I'm going
14 to ask him -- direct him not to answer.
15    MR. WILLIAMS:  How can you ask him -- direct
16 him not to answer a question whether or not he has
17 reviewed this document in preparation for his testimony
18 today?
19    MR. RUBIN:  Because that goes to the issue
20 of -- he had already told you that he looked at some
21 documents.
22    MR. WILLIAMS:  That's fine.  But I'm certainly
23 allowed to ask him if he has seen this document in
24 preparation for his testimony.
25    MR. RUBIN:  I think that would invade work

192

1  product, so --
2       MR. WILLIAMS: Q. When was the last time you
3  saw this document?
4       A. For sure? October 30th, 2002.
5       Q. Well, after October 30th of 2002.
6       A. I don't recall a specific time where I saw
7  this document since October 30th of --
8       Q. Have you seen it since October 30th, 2002?
9       A. I just answered. I don't recall seeing it
10  since October 30th, 2002.
11       Q. Okay. I'm going to ask you to -- well, what
12  does the document appear to be?
13       A. The document appears to be an e-mail from
14  Diana Ferguson, and it looks like a compiled e-mail
15  where people have answered on top of answer, and so it's
16  an ongoing dialogue between product development and our
17  applications IT team.
18       Q. Okay. And were you either cc'd or in the to
19  line of this e-mail back in 2000?
20       A. It appears that on the e-mail on
21  September 20th, 2000, that I was in the cc section of
22  the e-mail.
23       Q. Okay. And do you know what the,
24  quote/unquote, refunds discussion was?
25       A. What the refund -- I think at a very high

193

1  level, this discussion was around how we were going to
2  proceed with changing the flag from On Account to
3  something else.
4       Q. Did you see anything in this e-mail that used
5  the word flag?
6       A. I don't recall seeing -- you know, hearing the
7  word or reading the word flag in this e-mail.
8       Q. Did you see anything in this e-mail that
9  indicated -- well, withdrawn -- that referred to
10  On Account designation?
11       A. I could reread it, but I don't recall that
12  exact wording.
13       Q. Okay. And I'm going to ask you to -- who is
14  Krithika Bhat?
15       A. Krithika Bhat was our applications IT manager
16  for the accounts receivable product at this time.
17       Q. And what was your position in or around
18  October 2002?
19       A. Accounts receivable manager.
20       Q. Okay. And I'm going to ask you to go down
21  to -- well, withdrawn.
22       Who is Sanjay Kumar?
23       A. Sanjay Kumar reported directly to Krithika
24  Bhat and was one of the accounts receivable IT personnel
25  at the time.

194

1       Q. And when you internally talked with --
2  withdrawn.
3       Back in 2000, internally when you discussed
4  the 25005 or the On Account, was that typically
5  discussed with terms of On Account flag or the
6  On Account designation?
7       A. I don't remember what wording we used in 2000.
8  I'm sorry.
9       Q. Okay. Is that possible?
10       MR. RUBIN: Objection; form, calls for
11  speculation.
12       THE WITNESS: I don't remember what we -- what
13  we -- what terms we used back then. I'm sorry.
14       MR. WILLIAMS: Q. Okay. I'm going to ask you
15  to go down to -- do you see where it says Krithika in
16  the middle of the page?
17       A. Yes.
18       Q. Left-hand side?
19       A. Yes.
20       Q. You see where it says, "Krithika, I arranged a
21  meeting with product development and Greg Myers today to
22  discuss the existing refund data sitting in AR"?
23       Do you see that?
24       A. I do.
25       Q. Do you know what is being referred to when the

195

1  writer, which appears to be Sanjay Kumar, indicates or
2  refers to the existing refund data sitting in AR?
3       A. Your question is what's that referring to?
4       Q. Yeah, if you know.
5       A. I'm going to speculate, but my assumption is
6  he's referring to the refund form, the custom refund
7  form that we used to use for entering refund information
8  that was no longer going to be used with the move to the
9  new Oracle 11i, because we were being pushed in a
10  direction to standardize and get away from our custom
11  forms.
12       Q. He's referring to a form here?
13       MR. RUBIN: I'm going to object on the grounds
14  of speculation. Object to form because it calls for
15  speculation. He said that he was speculating initially.
16       MR. WILLIAMS: That's fine. He can speculate.
17       THE WITNESS: So my speculation is that when
18  Sanjay says, "I arranged a meeting with product
19  development and Greg Myers today to discuss the existing
20  refund data sitting in AR," he is discussing the data
21  that was entered into a custom refund form.
22       MR. WILLIAMS: Q. Into a form, like a
23  customer refund form?
24       A. A custom customer refund form.
25       Q. Oh, a custom customer refund form?

196

1      A.   That's correct.
2      Q.   Okay.  And --
3           MR. RUBIN:  Custom customer, you said?
4           THE WITNESS:  Custom customer refund form.
5           MR. WILLIAMS:  Q.  Okay.  And so I want you to
6    go down, see where it says number 1?
7      A.   I do.
8      Q.   Can you just read that for me?
9      A.   "What should be done to existing refund data
10   sitting in AR application?"
11     Q.   Okay.  And do you believe that when the writer
12   here is referring to the existing refund data sitting in
13   AR application, that they are referring to a custom
14   customer refund form?
15     A.   That would be my assumption was that he's
16   referring to.  So we had this custom refund form that
17   for a number of years was used to enter information in
18   for customer refunds, and his question is, what should
19   we do with that data that we've entered in, as far as
20   data migration into -- I mean, again, this is the time
21   that we're going to be upgrading our application to 11i,
22   so the question is, well, if this custom form is going
23   away in 11i, what are we going to do with this data
24   that --
25     Q.   That was in the forms?

197

1      A.   That is in the current version of this
2    receivable system we were using.
3      Q.   Now, okay.  Well, are you talking about the
4    data that was in the forms or the data in the system?
5      A.   I don't draw the distinction between data in
6    the forms and data in the system.
7      Q.   Okay.  So when you say custom customer forms,
8    is it fair to say that that meant the customer data in
9    the system?
10     A.   I don't know if I would say customer data.
11   Again, this is a custom refund form that we had prior to
12   the 11i upgrade.  And once we upgraded to 11i, this form
13   was not going to be -- was not in the standard product
14   obviously as I looked at the custom form.  So my belief
15   is what Sanjay is referring to here is that we've been
16   using this custom form for, you know, two or three years
17   for entering customer refund information.  Now, as we're
18   moved to 11i, what are we going to do with this data in
19   relation to the form, you know -- again, the form is no
20   longer going to exist.  What do we want to do with that
21   data in that form.
22     Q.   Okay.  Well, what do you mean when you say
23   form?
24     A.   When I say form, it's when you open an
25   application, you're going to enter data into the system,

198

1    there is generally a format that you enter that data
2    into.
3      Q.   Okay.  So I'm going to ask you, you see where
4    it says, "Receipts with On Account transaction for
5    refunds should be offset by creating a debit memo in
6    AR"?  It's right below there.
7      A.   Yes.
8      Q.   Okay.  And then you see right under there
9    there's an A?
10     A.   Correct.
11     Q.   Can you read that where it says A for me?
12          MR. RUBIN:  Well, can we just finish the
13   paragraph so it's complete?  Following was the two --
14          MR. WILLIAMS:  No.  Answer my question.  He
15   answered my question, as for the document --
16          MR. RUBIN:  Well, I just think if you're
17   having him look at a document --
18          MR. WILLIAMS:  The document's in the record.
19     Q.   So I'm asking you, did you see letter A under
20   there?
21     A.   I do see letter A.
22     Q.   Can you just read the A for me, please?
23          MR. RUBIN:  I will object to the form.
24          THE WITNESS:  "Create debit memos for all old
25   data sitting in AR for refunds."

199

1           MR. WILLIAMS:  Q.  Now, so, is the writer, if
2    you know, referring to creating debit memos for the old
3    data, or the -- creating debit memos for the form that
4    you were referring to?
5           MR. RUBIN:  Objection; calls for speculation,
6    asking what the writer intended.
7           MR. WILLIAMS:  Q.  If you know.
8      A.   I don't know what the intention was.  I mean,
9    the overall e-mail is really development IT and myself
10   kind of understanding how we're going to go about this
11   project and making sure that development understands the
12   project and the discussions with development and Apps IT
13   around the details of the project.
14     Q.   I understand that.  That's why I'm asking you.
15   Because you got this e-mail; right?
16     A.   Um-hum.
17     Q.   And are you able to tell by looking at Myers
18   No. 5 if you responded to any of these comments in this
19   e-mail?
20     A.   Do I know if I responded?
21     Q.   Are you able to tell by looking at it if any
22   of the comments were written by you?
23     A.   I have no way of knowing --
24     Q.   Okay.
25     A.   -- which comments, if any, I wrote.

200

1   Q.  Okay.  So what I'm asking you is, where it
2   says -- under A where it says, "Create debit memos for
3   all old data sitting in AR for refunds," I think your
4   testimony was earlier old data was simply the forms, the
5   custom customer forms.
6   A.  So, I think my testimony was with regard to
7   number 1, which was what should be done with the refund
8   data sitting in the AR application.
9   Q.  Okay.
10  A.  And that was one section.  I'm unsure -- I
11  mean, now, number A is, "Create debit memos for all data
12  sitting in AR for refunds."  I don't know if these are
13  necessarily linked.  Again, I didn't write the e-mail.
14  Q.  How do you know?
15  A.  How do I know --
16  Q.  How do you know if you wrote any of these
17  comments?
18  A.  Well, I can't be for sure.  I mean, it doesn't
19  reference me anywhere that I wrote any of this.
20  Q.  All right.  But you were the project manager
21  for this project; is that fair to say?
22  A.  Sure.  I mean, it was a -- it was -- yes,
23  sure, it was a project.
24  Q.  Okay.  So that's why I'm asking you if you
25  understand what's written here.  That's all.

201

1   A.  So, it's hard to go back five -- or, you know,
2   three -- I think it's five years, and really
3   determine -- we'd have to discuss context and what this
4   is written in, prior discussions.  I mean, that's really
5   where I'm struggling.
6   Q.  All right.  Well, let me ask you to go to the
7   next page.  See were -- well, actually, I'm sorry.  Why
8   don't you back up.
9       You see where it says B, "Correction," on the
10  bottom of the page?
11  A.  Um-hum.
12  Q.  Can you read that for me over as it rolls into
13  the next page, please?
14  A.  "Correction: The On Account cash receipt is
15  to be applied to the debit memo, not the other way
16  around."
17  Q.  Okay.  Go ahead.
18  A.  "Because of the volumes of the data -- volume
19  of the data, it is not possible to do debit memo
20  manually though application screen, so there must be
21  some sort of -- some sort of the scripts need to be
22  written to achieve A and B.  Here are some statistics as
23  of today."
24  Q.  Okay.  So I just want you to go to where it
25  says the total numbers.

202

1   A.  Okay.  You want me to read these?
2   Q.  Yes, please.
3   A.  "Total number of records in AR with On Account
4   entries as of September 19th, 2000, 44,029."
5   Q.  Okay.
6   A.  "Total number of --"
7   Q.  Go ahead, I'm sorry.
8   A.  "Total number of records in refunds, 11,761.
9   Total number of non-refunds, 44,029, minus 11,761,
10  equals 32,268."
11  Q.  Okay.  So, total number of records in refunds,
12  11,761, what does that mean, total records in refunds;
13  do you know?
14      MR. RUBIN:  Objection.  To the extent you're
15  asking what he thinks it means or what he thinks the
16  writer intended?
17      MR. WILLIAMS:  Q.  Sure.  No, what do you
18  think it means?
19  A.  My speculation is that this is, again, it's a
20  custom refunds form we used for I believe a period of
21  about four years, and my assumption what Sanjay is
22  referring to here is that we have 11,761 refund entries
23  into this form.
24  Q.  And what's a refund entry?
25  A.  We'd have to look how Sanjay compiled this

203

1   number.
2   Q.  Well, would it be fair to say that refunds are
3   at least one category of items that were in the
4   On Account in September of 2000?
5   A.  Yes.
6   Q.  And refunds were items that, based on your
7   testimony, are items that were already refunded?
8   A.  So your question is if the item was
9   On Account, that there is a subset of items that have
10  been refunded, and those refunds had already occurred?
11  Q.  That's what I'm asking you; yes.
12  A.  Yes.
13  Q.  And that is -- do you understand if that's
14  what's being referred to here when it says total number
15  of records in refunds is 11,761?
16  A.  Again, I don't know how he calculated refunds.
17  I mean, so I guess you could draw that conclusion, but I
18  can't be totally sure.
19      I don't know how he arrived at this number.  I
20  didn't build it.  I didn't --
21  Q.  Okay.  Is it fair to say that at some point
22  you knew -- well, withdrawn.
23      Do you think that you knew what he meant back
24  in 2000 when you received this e-mail?
25      MR. RUBIN:  Objection; form, speculation.  I

204

1 don't know how one would answer that question, "Do you
2 think that you knew what he meant?"
3 　　　MR. WILLIAMS:  Q.  Go ahead.
4 　　A.  It's possible that I followed this up with a
5 phone call to ask him.
6 　　Q.  Okay.
7 　　A.  I don't know.
8 　　Q.  All right.  So what does it mean when it says,
9 "Total number of non-refunds"?  Do you know what that
10 means?
11 　　A.  This whole e-mail is, again, speculating,
12 assuming that what Sanjay meant by total number of
13 records and refunds is, in fact, the total number of
14 records in this custom refund form, then my assumption
15 what he's doing here is he's subtracting the number of
16 records in the refunds form from the total number of
17 On Account entries to get to the total number of other
18 entries.
19 　　Q.  Of non-refunds or things that aren't refunds?
20 　　A.  That were On Account, yes.
21 　　Q.  Right.  Now, what other entries would be in
22 On Account that are not refunds -- that were not
23 refunds?
24 　　A.  This was kind of -- gave some examples earlier
25 about customers making payments to Oracle for an Oracle

205

1 Open World booth where we did not raise a receivable for
2 that payment.  And then also customers that made a
3 duplicate payment but caught that duplicate payment
4 before -- before it cleared, and therefore, they were
5 able to request their bank to do a stop payment.  And
6 therefore, we had already recorded the entry in our
7 system, it had not cleared, and therefore, we needed to
8 record that the cash was taken out of our account.
9 　　Q.  I'm going to ask you to go down to just under
10 No. 2.
11 　　A.  Okay.
12 　　Q.  See where it says, "If we create debit memos
13 as explained in the above, we do not require to migrate
14 any refund data to AR."
15 　　　Do you know what that means?
16 　　A.  I have no idea.
17 　　Q.  Okay.  I'm going to ask you to go down to just
18 below No. 3.
19 　　A.  Okay.
20 　　Q.  Well, I'm going to ask you to read where it
21 says No. 3.
22 　　A.  I'm sorry, what was that?
23 　　Q.  No. 3, where it begins, "How should the
24 process be -- how should the process should be triggered
25 in new refund solution"?

206

1 　　A.  Yes.
2 　　Q.  And do you know what's meant by that sentence?
3 　　　MR. RUBIN:  Objection; form, asking for
4 another author's intent.
5 　　　THE WITNESS:  I'll speculate that in addition
6 to discussing the On Account project, we were also now
7 discussing what are we going to do after we do the
8 On Account project in relation to refunds.
9 　　　MR. WILLIAMS:  Q.  And can you just go down
10 just another paragraph, see where it says, "You may
11 still want to consider."  Do you see that section there?
12 　　A.  I do; yeah.
13 　　Q.  Do you know who wrote that section?
14 　　A.  I have no way of knowing who wrote it.
15 　　Q.  And can you read that section for me?
16 　　A.  Sure.  "You may still want to consider an
17 approval step.  It is always dangerous to allow the same
18 person to credit a debit memo for a refund and to also
19 trigger the creation of that refund.  I would suggest an
20 approval step be included in this AR process unless
21 there is an approval process in AP once a debit memo has
22 been transferred to AP.  You need some type of checks
23 and balances in place between requesting refund and
24 issuing payment."
25 　　Q.  Okay.  When a person credits a debit memo,

207

1 does that generate or create a refund; if you know?
2 　　A.  So my personal belief on what the author of
3 this meant was not the word credit, but possibly the
4 word create.
5 　　Q.  Um-hum.
6 　　A.  So I think it is actually just an incorrect
7 usage of words.
8 　　Q.  So when one creates a debit memo -- so,
9 withdrawn.
10 　　　How does one create a debit memo for a refund;
11 if you know?
12 　　A.  Well, it's our current process for what we use
13 today for issuing refunds, is that we would create a
14 debit memo in the accounts receivable system, and that
15 debit memo would be applied to the payment that we are
16 now sending back to the customer.
17 　　　And then that information would be transferred
18 to accounts payable.  Accounts payable would create an
19 invoice in the accounts payable system that they would
20 then pay off of and issue the check back to the
21 customer.
22 　　Q.  Okay.  How was it done prior to -- how was
23 a -- how was a company or a customer refunded prior to
24 November 17th, 2000?
25 　　A.  Well, again, there was a couple different

208

1   processes that I've seen prior to November 17th, 2000.
2   Now, when I was in accounts receivable, we had this
3   custom form that we discussed a little bit earlier that
4   was used to capture the refund.  And you could really
5   just make the drawing between -- the old process, we
6   entered the information customer refund form.  And then
7   post-November 17th, instead of using this custom refund
8   form, we began using the debit memo to record the refund
9   information.
10      Q.  To record the refund information or to make
11  the refund happen?
12      A.  It was one step in a process, and so that
13  would be the start of the refund process from a system
14  perspective.  The same approvals we talked about earlier
15  would still be in place in regards to somebody would
16  have to request the refund, the refund would have to be
17  approved, then, you know, somebody would have to go into
18  the system and record the information into the -- prior
19  to November 17th, into this custom refund form,
20  post-November 17th, put it into a debit memo format.
21  And then from there the process, I believe, is left
22  unchanged.  That information is passed into accounts
23  payable for payment to our customers.
24      Q.  I thought you indicated earlier that the
25  company didn't use debit memos as far as you knew prior

209

1   to November 17th of 2000.
2       A.  That's correct.
3       Q.  Maybe we misunderstand each other.  I was
4   asking you what the process was prior to November 17th,
5   2000 to create -- to make a refund happen.
6       A.  They would enter the refund information into
7   this custom refund form.
8       Q.  And would it create a debit memo?
9       A.  No.
10      Q.  I just want you to go down to No. 4.
11      A.  Okay.
12      Q.  And see where it says, "Also, there are two
13  types of On Account entries done"?
14      A.  Um-hum, I do.
15      Q.  And below that it says, "For refunds" -- "A,
16  for refunds, B, to reverse a miscellaneous receipt."
17          Do you know what a reversal of a miscellaneous
18  receipt is, or was back in 2000?
19      A.  So, I mean, reversing a miscellaneous receipt
20  is just reversing a miscellaneous receipt.  It's just
21  that.  I mean, but I think whoever wrote this No. 4
22  really didn't articulate what was going on very well.
23  I'm not sure why they wrote to reverse a miscellaneous
24  receipt.  It doesn't quite make sense based upon the
25  process that occurred back then.

210

1           I think what he's referring to is the
2   miscellaneous receipt process we discussed earlier.
3       Q.  Now, you indicated earlier that -- well,
4   withdrawn.
5           How -- withdrawn.
6           How were the debit memos created?  What was
7   the process?  Was a script written that was run through
8   all the debit memos, or done to create all the debit
9   memos, or were they done manually?
10      A.  Make sure I'm clear with your question.
11  You're saying how were the 46,000 debit memos created on
12  November 17th?
13      Q.  Right.
14      A.  The 46,000 debit memos created on
15  November 17th were created via a script.
16      Q.  Okay.  And who wrote it?
17      A.  I can't tell you for sure who write all the
18  code.  I can tell you that it was somebody in Krithika
19  Bhat and in Sanjay Kumar's team.  But I don't know who
20  wrote the code.
21      Q.  And they were with -- they were part of
22  accounts receivable?  They were, I guess, IT people
23  within accounts receivable?
24      A.  If you want to talk HR structure, I mean, they
25  didn't report through finance.  They reported up through

211

1   the applications IT team.
2       Q.  Okay.  And did you have to approve the script
3   that was written?
4       A.  I wouldn't have approved the wording and the
5   verbiage on the script.  I don't know -- I'm not that
6   technical where I could decipher everything, every piece
7   of code that was actually being executed.
8       Q.  Right.
9       A.  So no, I would not have approved the script.
10      Q.  I'm sorry.  Are you an accountant?
11      A.  Am I an accountant?
12      Q.  Right.
13      A.  What do you mean by that?
14      Q.  Well, you said you had some accounting
15  background, you took some classes back in '98; was it?
16      A.  2000.
17      Q.  '98, 2000, I'm sorry.  Do you have a CPA?
18      A.  I do not.
19      Q.  And, but do you have some accounting functions
20  at Oracle, or you did in 2000?
21      A.  So --
22          MR. RUBIN:  Objection to form.
23          MR. WILLIAMS:  Okay.  Withdrawn.
24          MR. RUBIN:  Just time-wise.
25          MR. WILLIAMS:  Q.  Did you have any accounting

212

1   functions at Oracle in 2000?
2       A.   The accounts receivable process, some of it
3   reported to me as one of the accounts receivable
4   managers.
5       Q.   Right.  And were there any instances where
6   monies that came into account receivable would be
7   recognized as revenue?
8       A.   So you're saying would we ever take cash
9   directly to revenue?
10      Q.   No, I'm not asking if you take cash directly
11  to revenue.  Say, for instance, a customer paid a
12  receivable, and it came to accounts receivable and it
13  was recorded in the way that you typically record them.
14  Are there any instances where that money would be taken
15  to revenue?
16      A.   The receiving of cash is a debit to cash.  It
17  credits unapplied, as we discussed a little earlier.
18  Upon application to an open invoice, you would debit
19  25005 or unapplied account and credit the receivable.
20  So the process of receiving cash and applying it to an
21  invoice has no impact on the revenue account.
22      Q.   So who determines whether or not -- whether or
23  not monies that come into accounts receivable are
24  recorded as revenue?
25      A.   I'm confused by your question, because I think

213

1   we just discussed that monies received debit cash,
2   credit 25005, and then if you were able to apply that
3   cash, you would debit 25005 and credit the receivable.
4   I don't -- I don't see your draw to revenue.
5       Q.   Okay.  Well, let's talk about it in layman's
6   terms; okay.
7       A.   Okay.
8       Q.   If Oracle sold software to a customer and it
9   sold for a million dollars, and the customer remitted a
10  check for a million dollars, would that or would that
11  not go to revenue?
12      A.   So, I think if you want to aggregate
13  everything that happened with all those transactions, it
14  is possible that a revenue entry could be made --
15      Q.   Some of it.
16      A.   -- based upon an invoice being raised and all
17  the revenue recognition, you know, as, you know,
18  outlined in all the standard FASB and GAAP, you know,
19  mandates.
20          As long as -- and this is not my area of
21  expertise.
22      Q.   Sure.
23      A.   We have a revenue recognition team that's
24  responsible for this.
25      Q.   Right.

214

1       A.   But assuming that all the revenue recognition
2   guidelines were met, and we sold the product to the
3   customer, then we would generally raise an invoice to
4   that customer debiting accounts receivable, crediting
5   revenue and generally crediting like a tax liability
6   account.
7       Q.   Right.  And what I'm asking is -- but you're
8   saying that's not something that is done by accounts
9   receivable; is that what you're saying?
10      A.   Which piece?
11      Q.   The piece that credits revenue.
12      A.   So as an invoice is generated, the invoice
13  could impact revenue.
14      Q.   And how would someone in accounts receivable
15  know that, whether or not an invoice impacts revenue?
16      A.   If an accounts receivable analyst wanted to
17  know, they could drill down on the invoice and look at
18  all of the accounting that back up or support that
19  invoice.
20      Q.   Do all -- when Oracle makes a sale, do all of
21  the proceeds of that sale initially come through
22  accounts receivable?
23          MR. RUBIN:  Objection; form.
24          THE WITNESS:  Sale of what?
25          MR. WILLIAMS:  Q.  Either a license or

215

1   services.
2       A.   So if we're talking general, yeah, if we sold
3   licenses and support services to a customer, that
4   generally would flow through accounts receivable.
5       Q.   Comes through accounts receivable; right?
6       A.   Um-hum.
7       Q.   And so somewhere in the process, monies that
8   come through accounts receivable, at least some portion
9   of it, is recorded as revenue; is that fair to say?
10          MR. RUBIN:  Objection; "Monies."  Objection to
11  form, to the use of the term "Monies."
12          MR. WILLIAMS:  Q.  Payments.
13      A.   So I think what we need to do is separate the
14  two transactions.  It seems like you're putting the two
15  transactions together when they really are two separate
16  transactions.  So we have an invoice in the system that,
17  assuming all of the requirements based upon regular
18  guidelines have been met, we would debit accounts
19  receivable and credit revenue, then subsequent to that
20  time, a payment would be made by a customer that would,
21  you know, debit cash, credit unapplied then debit
22  unapplied, credit the open invoice.
23      Q.   Okay.  So at times, the creation of an invoice
24  alone would impact revenue, is what you're saying?
25      A.   So if we've made a sale and we've met the

216

1 guidelines for revenue, we would raise an invoice to the
2 customer and the accounting behind that invoice, you
3 know, could, again, as long as it met the guidelines,
4 credit revenue.
5     Q.   Well, let's assume you're meeting the
6 guidelines.  I'm not -- that's not what I'm going after.
7     A.   Okay.
8     Q.   All I'm saying is that when Oracle raises an
9 invoice, that that generally has some revenue impact; is
10 that fair to say?
11     MR. RUBIN:  Objection; form.  You say that
12 that's not what you're going after, but then it's
13 difficult for him to answer the question, because --
14     MR. WILLIAMS:  Well, he's already answered it.
15 He's already said --
16     Q.   Let's assume -- I'm saying, let's assume that
17 all of the GAAP and FASB requirements are met.  I'm just
18 asking about the process.  So when Oracle raises an
19 invoice, that invoice has some revenue impact, and I'm
20 asking if that's fair to say --
21     A.   It could.
22     Q.   -- generally?
23     A.   It could generally impact revenue.
24     Q.   Right.  And that's because that the company --
25 all of the company's receivables come through AR; is

217

1 that right?  And invoices are raised through AR?
2     A.   All of Oracle's open invoices are raised
3 through accounts receivable.
4     Q.   Right.  Have you seen -- during your -- well,
5 withdrawn.
6         Let's go back to 2000.  Were there different
7 types of invoices?  And when I say that, do all of
8 Oracle's invoices, does the form look the same, even if
9 they may have like different products or services or
10 support on them?  Do the forms look the same, or did
11 they look the same?
12     MR. RUBIN:  Objection; form.
13     THE WITNESS:  So you're saying regardless of
14 what we sold, from a system perspective, as far as
15 looking into the application, into the accounts
16 receivable module --
17     MR. WILLIAMS:  Q.  Right.
18     A.   -- would the invoices look the same?
19     Q.   Yeah.
20     A.   Regardless of what we sold?
21     Q.   Right.
22     A.   Yeah.
23     Q.   And how would one determine whether an invoice
24 had -- well, let me withdraw that.
25         Were there any other -- withdrawn.

218

1         Can you tell me why Oracle would raise an
2 invoice other than making a sale of product or license
3 or support?
4     A.   I can't think of a reason why we would raise
5 an invoice unless we had a sale.
6     Q.   And when the company raised invoices, was one
7 typically mailed to the customer and Oracle would keep a
8 copy?
9     A.   So you're saying so we raise an invoice, we
10 would definitely mail the customer a copy of the
11 invoice.  As far as keeping a hard copy of that invoice,
12 no, we wouldn't keep a hard copy on file because we
13 would reprint the invoice.
14     Q.   Okay.  So where would it be?  In some database
15 somewhere, a copy?
16     A.   Yeah.  Yes.  You could -- the information on
17 the invoice and all the backup for the invoice is all
18 maintained in the system, so you could reproduce it and
19 reprint it.
20     Q.   Would that be straight -- in the AR system --
21 in the AR system or module?
22     A.   The invoice information?
23     Q.   Yeah, the invoice information.
24     A.   Would be in the accounts receivable module,
25 yes.

219

1     Q.   Okay.  And would that be -- I just want to
2 back up a little bit.
3         Earlier you said if an analyst wanted to see
4 the revenue impact of an invoice or a sale, they could
5 drill down on it and kind of work their way through any
6 of the accounting processes if they were interested in
7 doing that.  Is that fair?
8     A.   I think what we said is that if an analyst
9 wanted to see if there was a revenue impact, they
10 could --
11     Q.   Okay.  They could do that.
12     A.   They could drill down on the invoice and look
13 through the accounting.
14     Q.   All right.  How would that be done?  Like in
15 what -- what screens within the AR module would one have
16 to go through to get to that information?
17     A.   Drilling starting from the transactions form,
18 you could really drill two different ways.  You could
19 click on the distributions button, which would show you
20 the accounting distributions.  There is another way you
21 can also look at the accounting, which is if you go to
22 the tool bar menu, there is a tools view accounting
23 function.
24     Q.   Okay.  And there you can just view the
25 accounting for a transaction?

220

1      A.   Yes.

2      Q.   Now, within AR, and if you go down and you get

3  to the section that discusses the accounting for a

4  transaction, who is it that makes those accounting

5  determinations with regard to a transaction?  Are they

6  people in AR or other people in the finance

7  organization?

8      A.   It's a difficult question to answer, because

9  there's multiple scenarios that we have there.  If we

10  had sold, for example, a license, the accounting behind

11  that invoice is driven based upon the transaction type,

12  which we discussed a little bit earlier, and then the

13  credit side would be driven based upon the part that we

14  had sold.

15      So, for example, if we had sold a database

16  license, that, that part in our billing materials would

17  drive what the offset to the receivable would be.

18      Q.   So is it fair to say that -- say, for

19  instance, you're drilling down into the AR module to get

20  to the accounting for a specific transaction.  Are there

21  people outside of AR who have access to that -- to that

22  portion of the AR module that relates to the accounting

23  for a transaction?

24      A.   So your question is, other people have had

25  access to accounting information other than the accounts

221

1  receivable team?

2      Q.   Right.  People who could manipulate it or do

3  whatever they need to do to adjust it?

4      MR. RUBIN:  Objection; form.

5      THE WITNESS:  So we need to be very careful.

6  So there are people who have access to view the data,

7  but once accounting has been generated and that

8  accounting is posted to our general ledger, you cannot

9  change that history.  That history is now permanent.

10      MR. WILLIAMS:  Q.  No, I understand that.

11  Well, who fixes the accounting?  It's not someone in AR,

12  is it?

13      A.   Who fixes the accounting?

14      Q.   Maybe I shouldn't say -- use the term fix.

15      Originally, a few questions ago, my question

16  was who determines what the accounting is going to be

17  for a specific transaction.  And, well, is that someone

18  in AR?

19      MR. RUBIN:  Objection; form.  I think you

20  asked two questions there.

21      THE WITNESS:  Restate your question to make

22  sure I understand it.

23      MR. WILLIAMS:  Q.  Is the person who makes the

24  determination about the accounting for a transaction a

25  person within AR, generally?

222

1      A.   Again, it depends upon the scenario we're

2  talking about.  We have multiple different lines of

3  businesses.  We have, you know, different scenarios we

4  have.  And it's hard just to make a generalization.

5      Q.   Generalization.  Okay.  So in -- so would it

6  be fair to say in some instances someone in AR is the

7  person responsible for determining how a transaction is

8  going to be accounted for?

9      A.   A very rare instance, but there are a select

10  number of invoices -- generally our invoices are -- I

11  think we talked about earlier, our invoice information

12  or how the invoices get created are passed from one of

13  three different feeder systems.  And very few of our

14  invoices are actually generated directly in the accounts

15  receivable module.  So, therefore, you know, there is

16  not a lot of accounting decisions that are made by the

17  AR analyst.

18      Q.   What kind of accounting decisions are made by

19  the AR analyst?

20      A.   Again, very few.  I mean, the system is set up

21  such that the AR analyst only has to choose certain

22  attributes which would derive the accounting for you.

23      So maybe I should have even stated that they

24  derive the accounting -- that they choose the

25  accounting, because a lot of it is driven based on

223

1  setups in the system.

2      Q.   Okay.  So one could choose accounting for a

3  transaction by maybe clicking on a certain icon or

4  something?

5      MR. RUBIN:  Objection to form.

6      THE WITNESS:  A user -- so, for example, we

7  talked about transaction types and other transaction

8  types that exist, and we talked about, I think,

9  Liccustinv and Supcustinv.  By choosing those

10  transaction types, you are setting which receivable

11  account we're going to place this invoice in, whether it

12  would be the licensed trade AR account or the support

13  trade AR account.  So that would be, you know, based

14  upon the decision they make and which transaction type

15  they choose, that would impact which trade AR account

16  that we chose to place that item into.

17      MR. WILLIAMS:  Q.  Okay.  So once an analyst

18  chooses one of those categories, is it fair to say that

19  the accounting is done automatically or systematically

20  by the system?

21      A.   I think that's a fair statement.

22      Q.   So no one has to -- no one in AR has to

23  decide, okay, we're going to, you know, apply this much

24  of this to, you know, the license, and this much to

25  support.  Someone in AR doesn't have to make that

224

1 decision; is that fair?
2      A.  Well, I mean, again, going back to my earlier
3 statement, we don't -- AR analysts really don't -- we
4 don't do that many manual invoices directly in accounts
5 receivable.  If we want to talk about specifically like
6 a license transaction, the information is entered
7 upstream in a feeder system called order entry.
8      Q.  Right.
9      A.  And that's -- and attributes that they enter
10 into order entry become the attributes that derive the
11 accounting in accounts receivable.
12      Q.  That's actually -- it took me a long time to
13 get there, but that's where I was trying to get.  I
14 wanted to understand -- so someone in order entry might
15 make entries that ultimately determine the accounting
16 for a transaction?
17      A.  So based upon like the part that they chose to
18 send to the customer, or as far as bill the customer
19 for, that ultimately could determine which account is --
20 for example, an invoice credited on the invoice.
21      Q.  Right.  And so -- but all of that -- all of
22 that information does ultimately flow to accounts
23 receivable?
24      A.  Does all the data that's in order entry flow
25 to accounts receivable?

225

1      Q.  Right.  Right.
2      A.  Not every field, not every attribute, no.
3      Q.  So say, for instance, on a given quarter, you
4 know, someone at a high level wants to know what are the
5 receivables, the outstanding receivables for a quarter,
6 for a given quarter.  Is that information accessible
7 through accounts receivable only, or can someone outside
8 of accounts receivable view that information?
9      MR. RUBIN:  Objection to form.
10      THE WITNESS:  So if your question is can
11 people see what the -- what our balances of open
12 invoices are?
13      MR. WILLIAMS:  Q.  Right.
14      A.  Somebody can run a report to determine our
15 listing of open invoices.
16      Q.  I'm asking who has access to do that.
17 Everyone in the company?
18      A.  No.  It would be based upon your role, your
19 job role and whether you needed to see that data.
20      Q.  All right.  And who in accounts receivable
21 would have access to that data?
22      A.  The accounts receivable team would all have
23 access to be able to run reports based upon how much
24 open -- how much open AR we had.
25      MR. WILLIAMS:  There is some documents I

226

1 wanted to see if you can help me understand, that I
2 don't really understand.  I'm going to show them to you.
3      I will ask the reporter to mark this document
4 as Myers No. 6.
5           (Exhibit No. 6 marked for
6           identification.)
7      MR. WILLIAMS:  Q.  I'm just going to ask you
8 to take a look at Myers No. 6 and let me know if you
9 recognize it.
10      A.  Looks like a sales journal, a GL account
11 report.
12      Q.  Okay.  And are these -- do you have access to
13 this type of report, or did you have access to this type
14 of report from accounts receivable in 2000?
15      A.  Yes.
16      Q.  And would you have any use for this type of
17 report in the performance of your duties back in 2000?
18      MR. RUBIN:  Objection; form.  "Have any use,"
19 did you say?
20      MR. WILLIAMS:  Yeah.
21      MR. RUBIN:  Object to that as vague.
22      THE WITNESS:  I can't think of a, you know, a
23 process that would rely on this report.  I could have
24 ran it.  But I can't think of a day-to-day operation
25 that required me to run this report every day.

227

1      MR. WILLIAMS:  Q.  Okay.  What information is
2 provided by this report?
3      A.  It depends upon how the report is ran.  But
4 essentially this report will give you the information
5 from a transaction, the accounting information from a
6 transaction.
7      Q.  Okay.  And when you --
8      MR. RUBIN:  Can I just ask for a second,
9 Shawn, do you know whether this, Myers Exhibit 6, is a
10 subset of a larger set of documents or a larger report?
11      MR. WILLIAMS:  I think it is part of a larger
12 set, but I couldn't make that determination when I
13 pulled it out of the box that you gave us.  So let me
14 put on the record that Myers No. 6 is NDCA-ORCL 049197
15 through 049207.  And it may or may not be an excerpt of
16 a larger document.
17      Q.  But it appears to be a sales journal to you?
18      A.  Sales journal by GL account report, yes.
19      Q.  And typically how big are these sales
20 journals, if you run them?  Does it depend on what type
21 of information you're seeking?
22      A.  Yeah, it really depends upon the parameters
23 that you kick the report off with.
24      Q.  Okay.  Well, just based on this document,
25 maybe you can tell me what -- on the top left-hand

228

1  corner, it says, "S primary." I can't tell whether or
2  not there is something that's cut off there.
3      A.  My assumption is that means U.S. primary,
4  which would be -- which is the name of the operating
5  unit for the United States.
6      Q.  Okay. Well, what does -- below that I think
7  it says currency account. Do you know what that means?
8      A.  I think it just says currency. And I'm
9  assuming --
10     Q.  Oh, currency, I'm sorry. It's blank.
11     A.  Yeah. Right, looks like it's blank.
12     Q.  And you see where it says, "Account"?
13     A.  Yes.
14     Q.  And what is that number next to it; do you
15  know?
16     A.  That is the account string combinations that
17  we use at Oracle.
18     Q.  Okay. Do you know what account this is based
19  on, that string?
20     A.  I do. I mean, we need to go through each of
21  the whole string --
22     Q.  Okay. That's fine.
23     A.  -- if that's okay. So the 001 is highlighting
24  this is for the United States. The first set of numbers
25  is the United States. The second set of numbers is the

229

1  cost center.
2      Q.  Okay.
3      A.  The third set of numbers, which is the 30000,
4  is the general ledger account. The next set of four
5  zeros following that is the general ledger subaccount.
6  The next set of three zeros is the line of business.
7  The next set of three zeros is the external reporting
8  number. And the next set of 9s are both spares that we
9  do not use.
10     Q.  What do you mean when you say external
11  reporting number?
12     A.  That's just the name of the field. I don't
13  know how -- I'm sure it's probably used at
14  consolidations level. I don't know how to use it.
15  That's the name of the field.
16     Q.  Okay. And how about where it says -- next to
17  that it says 2, and then there are a bunch of, I guess,
18  letters and numbers there?
19     A.  Um-hum.
20     Q.  Do those relate to an account as well?
21     A.  My assumption in what this is showing us, it's
22  showing the parameters that were used to run this
23  report, and what the person's requested essentially is
24  show me the revenue transactions from November 17th,
25  2000. Because the 3 series indicates that this is

230

1  revenue series.
2      Q.  The 3 series with the four numbers, the 39999?
3      A.  Well, the parameter low appears to be 30000,
4  and the parameter high, so the two, is 39999. So that
5  would be the range of our revenue accounts.
6      Q.  What does the ZZZZ mean, the first four Zs?
7      A.  That's the cost center.
8      Q.  And do the four Zs refer to a specific cost
9  center?
10     A.  They don't. Because our cost centers can be
11  both alpha and numeric, they wanted to make sure they
12  capture all the revenue activity for that day,
13  regardless of what cost center that revenue was recorded
14  to.
15     Q.  Okay. So this is just one day?
16     A.  This appears to be one day, GL date 17th
17  November 2000 through 17th November 2000, so it appears
18  to be a day worth of revenue activity.
19     Q.  Okay. And I'm going to ask you to go down, I
20  guess, into the body of the document. And where it says
21  number, part of it looks like it's cut off on the left.
22  Do you know what that usually says under number, and it
23  says something, n-g field, I mean Flexfield?
24     A.  My belief is that that's the transaction
25  number. That's what that says, or invoice number.

231

1      Q.  Okay. Do you know what Flexfield means?
2      A.  I believe the n-g, if we were to see the whole
3  thing, would say accounting Flexfield.
4      Q.  Okay. And what accounts -- do you see where
5  it says 001.0T85, so on, so on?
6      A.  I do.
7      Q.  Do you know what these entries mean?
8      A.  It's essentially that this revenue was for --
9  actually, there's no revenue on this line. But again,
10  001 being company code, 0T85 would indicate what -- the
11  cost center. 31300 would indicate the general ledger
12  account. Do you want me to keep going?
13     Q.  Yeah, please.
14     A.  The 0000, the four zeros that follow are the
15  subaccount. The H39 would be the line of business.
16  Then the 010 is the external reporting number.
17     Q.  Okay. And now, when this report is run from
18  beginning to end, does it have a chart of accounts in
19  the front so that -- or table of what the account
20  numbers mean?
21     A.  I don't believe there is a chart that precedes
22  the report, no.
23     Q.  Or at the end?
24     A.  No, I don't believe there is.
25     Q.  How do you -- how does one at Oracle know what

232

1   each of the, I guess, the numbers mean in the account,
2   in the account line?
3       A.  How does somebody know?
4       Q.  Right.  Experience, just being there for a
5   while?
6       A.  I guess you would have to go through training
7   to understand the accounting string and how it -- what
8   it means.
9       Q.  Okay.  Now, do you know if -- well, withdrawn.
10          Can you tell from looking -- you could just
11  flip through this report and let me know if you can tell
12  if these entries on November 17th, if any of them relate
13  to the debit memos that were created on that day.
14      A.  It would not appear to me like this report is
15  pulling any information about the debit memos.
16      Q.  And how can you tell?
17      A.  The indication I'm using is that the debit
18  memos were all created with a debit to 25005 and a
19  credit to 25005, and the account range used on this
20  report was a revenue range which was 30000 through
21  39999, and I don't see any -- the 25005 entries pulled
22  into this report.
23      Q.  Oh, I see.  So based on your knowledge, you
24  could look at this and just look at the account numbers
25  and make a determination that the debit memos wouldn't

233

1   show up here, because you don't see any 25005s up there?
2       MR. RUBIN:  Objection as to form.
3       THE WITNESS:  The range that they've used to
4   run this report, the third field which we discussed
5   earlier, which was the general ledger account, is not in
6   the range of where the debit memos were created.  The
7   range where the -- or the GL account where the debit
8   memos were created was 25005, and these range from 30000
9   to 39999, so I don't think this report would have pulled
10  these.
11      MR. WILLIAMS:  Okay.  I'm going to ask the
12  reporter to mark this document as Myers No. 7.
13          (Exhibit No. 7 marked for
14           identification.)
15      MR. WILLIAMS:  Myers No. 7 is Bates stamped
16  NDCA-ORCL 050451 through 050415 (sic).
17      Q.  Can you tell me what type of document is
18  depicted by Myers No. 7?
19      A.  It's hard for me to tell for sure.  This is --
20  appears to be some sort of -- I mean, it doesn't appear
21  to be a system report.  And the reason why I'm making
22  that designation is that you can see that the kind of
23  formatting of the system report appears to be different
24  than the formatting in this report.  It almost appears
25  like it's -- it's an Excel-based, you know, report which

234

1   you provided me, or information that's been printed out
2   of Excel.  I can decipher most of the fields that are on
3   this on -- this document.
4       Q.  So are you saying that this is not the type of
5   report that's generated by the accounts receivable
6   system?
7       A.  No, I don't think you'll find this exact
8   report in the accounts receivable system.
9       Q.  Have you seen this report prior to today?
10      A.  I'm sure I have, but I don't recall it.
11      Q.  Why are you sure that you have?
12      A.  Just because it looks something familiar to
13  what I would have worked on as far as any kind of debit.
14  Looks to me like some sort of debit memo information
15  report, as far as, you know, the debit memo, where it
16  was applied to and those types of things.
17      Q.  Okay.  In the top left-hand corner of, I
18  guess, Bates ending 451, see where it says invoice?
19      A.  Yes.
20      Q.  In that column, there are a bunch of numbers
21  beginning with 550.  Are those debit memos?
22      A.  The left-hand column, the invoice number --
23      Q.  Yeah?
24      A.  -- or the invoice new column, would appear to
25  be the debit memo number, yes, or the transaction

235

1   number.
2       Q.  Is that -- I'm sorry.  Well, does it -- should
3   that say invoice number, or do you think that that's
4   what that means, where it says invoice new?
5       A.  Yeah, I think if it weren't truncated it would
6   say number.
7       Q.  Okay.  And you see, what's the next, the title
8   of the next column?
9       A.  That would look to say type, which we
10  discussed earlier, like the On Account transaction type.
11      Q.  Does it appear that the type of accounts that
12  are referred to here are On Account?
13      A.  I can look through the rest of the document,
14  but it appears like all these are transaction type
15  On Account.
16      Q.  And --
17      MR. RUBIN:  Did you have a chance to look
18  through the document?  If you want --
19      THE WITNESS:  I can -- I'm okay.
20      MR. WILLIAMS:  Q.  And do you know -- and they
21  all appear to be dated November 17th; is that fair to
22  say?
23      A.  I'm sorry, I should have looked at it in
24  greater detail.
25          It does appear they are all dated

236

1　November 17th.
2　　Q.　And where it says currency with a piece kind
3　of cut off, does that refer to, I think it's dollars; if
4　you know?
5　　A.　I'm going to assume that that's probably like
6　functional currency amount, or in U.S. the functional
7　amount is generally the same as the entered amount since
8　the functional amount is U.S. dollar.
9　　Q.　Right.　Now, going over to the column that
10　says notes.
11　　A.　Um-hum.
12　　Q.　Many of them look different; you agree?
13　　A.　Yeah.　That was the other indicator that I
14　don't think this was system generated.
15　　Q.　Is this something that looks like it may have
16　been done manually?
17　　A.　The notes column would appear as if -- you
18　know, was somebody that had researched these debit memos
19　to determine what each of the root causes of the debit
20　memo were.
21　　Q.　Do you have any idea when this document was
22　created?
23　　A.　Again, I'm going to assume it was probably --
24　it was probably me that did some of this research, and
25　therefore, I would make the assumption it was probably

237

1　around 2002.
2　　Q.　Around 2002?
3　　A.　Yes.
4　　Q.　I'm going to ask you to go down about, you
5　know, maybe 12 lines where it says -- I don't know if
6　it's 12, but debit memo 55008073, and I think it says
7　On Account H-e-w, and I'll assume that's Hewlett-Packard
8　maybe?
9　　A.　You said 8073?
10　　A.　Yeah.
11　　A.　Yes.
12　　Q.　Going over to the M -- all the way to the
13　notes column, you see where it says M-i-s-c?
14　　A.　Yes.
15　　Q.　What does that refer to?
16　　A.　This would be an example of the miscellaneous
17　receipts, where we had moved the, you know, the cash
18　that originally came in, it was determined that later
19　that the cash needed to be applied to an expense account
20　directly.　This would be an example of that scenario.
21　　Q.　How could you tell this had to be applied to
22　an expense account based on looking at this document?
23　　A.　Again using what we discussed earlier as far
24　as the format of our code combinations, the third set of
25　numbers, 53207, the 5 would generally indicate this is

238

1　an expense account.
2　　Q.　Okay.　And what about the second set of
3　numbers, 0839?
4　　A.　0839.　Oh, that would indicate the cost
5　center.
6　　Q.　And how about, I guess, the fourth set, 7721?
7　　A.　That would indicate the subaccount.
8　　Q.　And why don't you just take me through the
9　last two.
10　　A.　Okay.　509, which would be the line of
11　business, and 020, which would be the external reporting
12　number.
13　　Q.　Okay.　What is 25006; do you know?
14　　A.　Where are you at?
15　　Q.　Oh, go down about another four lines, debit
16　memo 55046466.
17　　A.　Okay.
18　　Q.　And across it says, I guess, the third group
19　of numbers is 25006.
20　　A.　Um-hum.　I don't know what account 25006 is.
21　　Q.　What are -- is it typical to be able to
22　determine what an account is based -- let me -- looking
23　at the first number in the series?
24　　A.　I can draw some conclusions as far as
25　generally what type of account this is.　So --

239

1　　Q.　So what's a 2 stand for?
2　　A.　Generally a liability.
3　　Q.　A liability account.
4　　　And the 3 is?
5　　A.　3, the first number being a 3?
6　　Q.　Right.　So the first number being a 3?
7　　A.　So the third set of numbers, the first number
8　being a 3 would generally indicate revenue.
9　　Q.　And what about 1?
10　　A.　1 is generally an asset.
11　　Q.　Okay.　And now, each of these -- well, I don't
12　want to say each.
13　　　So the ones on this document that say
14　On Account, and it refers to a miscellaneous, you're
15　saying that each of those relates to an expense, or
16　would one have to go all the way over to the third
17　column or the third set of numbers to make a
18　determination where it went?
19　　MR. RUBIN:　Objection; form.
20　　THE WITNESS:　So, if you wanted me to tell you
21　where each of these items, if they were miscellaneous
22　receipt, went to, I would need to -- based upon only
23　this report, I would take the information that was
24　provided, and if it says M-i-s-c, I'm going to assume
25　that's a miscellaneous receipt, followed by a set of

240

1  accounting strings, I would assume that's a
2  miscellaneous receipt, and I would look at the third set
3  of numbers to determine what account this was posted to.
4      MR. WILLIAMS: Q. Okay. Now, looking at
5  these -- looking at least at the first page, I don't see
6  any 25005 entries.
7      And I think it was your testimony that on
8  November 17th, the On Account was -- all of the debit
9  memos were done in 25005, were created in 25005. Why is
10  it that I don't see any 25005 entries on this page; if
11  you know?
12      A. So I think we need to separate the two. So
13  the debit memos did debit and credit 25005. I believe
14  what we're looking at here is the investigation. I
15  think we talked about earlier, that you asked me could
16  you look at a receipt and tell me exactly where it went,
17  and I told you no, you would have to do some level of
18  investigation. What I believe this report is doing is
19  that investigation of, okay, what was the original
20  reason or impetus behind the item being placed
21  On Account.
22      And so in the example of the Hewlett-Packard,
23  the item at some point was put On Account, a debit memo
24  was created to replace that On Account status. Again,
25  we're just changing X for Y, they have -- it's just a

241

1  designation. And in this instance it's Hewlett-Packard,
2  it was investigated that that payment was moved to an
3  expense account.
4      Q. And this is -- what this reflects is where it
5  was prior to the creation of the debit memos?
6      A. So, it doesn't matter if it's prior or post.
7  If we -- if we moved it to that account, it stayed
8  against that account. The November 17th actions didn't
9  impact what had happened as far as, you know, whether we
10  refunded or didn't refund or moved the item to an
11  expense account. November 17th didn't have an impact on
12  those items. It was simply -- November 17th was all
13  about just changing a flag or designation from
14  On Account to something else.
15      Q. So I'm going to ask you to turn to the next
16  page. And go down to, say, the bottom third of the
17  page, and you'll see some On Accounts to Sprint and
18  something to Cargill.
19      You see in the notes column, those say
20  refunded?
21      A. I do.
22      Q. And what does that mean?
23      A. It means that the payment that was made from
24  the customer, which, you know, the original payment was
25  put On Account, and the reason why the original payment

242

1  was put On Account was because that payment was refunded
2  back to the customer.
3      Q. Right. And is there -- there's no date
4  column -- well, let me withdraw that.
5      Now, the date column that says November 17th,
6  2000, what does that refer to?
7      A. That refers to the debit memo being created,
8  is my belief. It is not tied to when the notes -- you
9  know, what happened when the notes occurred. There is
10  no direct correlation.
11      Q. So the date column here just, this says --
12  well, withdrawn.
13      I'm going to just make a general statement and
14  let me know if it's correct. Does it appear that this
15  document looks at debit memo transactions that occurred
16  on November 17th, and the notes provide just more
17  investigative information about where that money was or
18  what it -- what it was previously associated with?
19      MR. RUBIN: Objection; form. If you can
20  answer.
21      THE WITNESS: I'll answer the best I can. So
22  my belief of what this report is, is that it's probably
23  actually based upon the transaction register report
24  which we looked at earlier, which that report was taken,
25  put into Excel to get the listing of debit memos that

243

1  were going to be looked at in further detail, and that
2  was the basis for the first number of columns, and a
3  column was added to enter in some notes or comments
4  about the research investigation outcome.
5      MR. WILLIAMS: Q. Okay. And did this
6  investigation you're referring to, did the company or
7  did you look at the backup for the note, the items in
8  the notes columns, for example, we talked about, say,
9  Sprint on the second page there, which was refunded, or
10  appears to be refunded? Did you go back and find the
11  check that apparently refunded that amount? Or do you
12  know if anyone did?
13      A. I don't recall if we investigated -- you know,
14  once we -- once we looked into the system and made the
15  determination based upon the system information which
16  had been captured and kept intact, once we determined
17  that, for example, the refund -- this appeared from the
18  AR system to be a refund, we didn't investigate every
19  single one of these all the way through to a check
20  payment.
21      Q. Now, going back to the On Account, was that
22  designated as a liability account or an asset account;
23  if you know?
24      A. Well, again, you know, making the assumption
25  that the 2 series accounts generally rolled through a

244

1 liability account, then you can make the distinction
2 that the --
3     Q.  But so the On Account and the applied -- and
4 the applied -- I'm sorry.
5         The On Account and the unapplied both were in
6 the 25005 account, that was all a liability?
7     A.  Well, we got to be careful, because the
8 On Account, we don't hold anything in the On Account;
9 it's a designation.  Now, the balance that's sitting in
10 unapplied that we're researching for our customers, that
11 unapplied balance sits in 25005.
12     Q.  And that's a liability?
13     A.  And that's my assumption from, you know, if
14 you were to roll it up, and that we talked about, you
15 know, that if we really want to look at how it was
16 reported externally, we would need someone from that
17 group.  But my assumption is that it would be reported
18 as a liability.
19     Q.  Okay.  And the -- based on the same
20 assumption, if the items -- let's assume that it's cash,
21 and the items in the On Account are in 25005, then it's
22 a -- then that would be consistent with it being a
23 liability as well?  Right?
24     A.  I don't understand your question, because you
25 keep saying there is money sitting in On Account.  There

245

1 is not really money sitting in an On Account.
2     Q.  I just said assuming, assuming that it's
3 money.  If it's in 25005, it would be a liability?
4         MR. RUBIN:  Objection as to form.  It assumes
5 a hypothetical that doesn't exist, so --
6         MR. WILLIAMS:  Well, okay.
7         MR. RUBIN:  I'll object.  So I'm not sure the
8 witness can answer the question on a premise that
9 doesn't exist.
10        MR. WILLIAMS:  Okay.
11    Q.  The 2 series you said generally refers to a
12 liability.
13    A.  That's a pretty good generalization.
14        MR. WILLIAMS:  All right.  I'm going to ask
15 the reporter to mark this document as Myers No. 8.
16        (Exhibit No. 8 marked for
17         identification.)
18        MR. WILLIAMS:  Just ask you to take a look at
19 Myers No. 8, which is Bates No. NDCA-ORCL 050356 through
20 360.
21        MR. RUBIN:  And, Shawn, for the record, do you
22 know if this is a full report as it was produced to you,
23 or did you make an excerpt?
24        MR. WILLIAMS:  I think it is a full report.
25 The first page begins on page 1, through 5.

246

1         MR. RUBIN:  Okay.  Very good.
2         MR. WILLIAMS:  Q.  Have you had a chance to
3 take a look at it?
4     A.  I did.
5     Q.  What type of report is this?
6     A.  This is an account analysis report which is
7 ran out of the general ledger application.
8     Q.  Okay.  And what does -- an account analysis
9 report, what kind of information does it provide?
10    A.  It depends upon, again, the parameters that
11 you use to run this report.  But it shows you from a
12 general ledger perspective, and again, based upon the
13 parameters you use.  So, for example, in this case, the
14 account from the account 2 are that they are looking to
15 get all the general ledger activity in the 25005 account
16 for the three months that they ran this report.
17    Q.  And would this reflect all of the activity in
18 the 25005 account in the months from October 2000
19 through December 2000?
20    A.  I think that's a fair statement.
21    Q.  But the debit memos that -- the debit memo
22 transactions don't appear to be in here; do they?
23    A.  I think they do.  I believe it is on page 2
24 of 5.
25    Q.  Okay.

247

1     A.  Approximately 10 rows from the bottom.
2     Q.  Right.  Where it says debit memo receivables?
3     A.  Where it says debit memo receivables.  And you
4 can see a debit and credit for 692,415,514.97, which I
5 believe was the exact amount from the transaction
6 register report.
7     Q.  What is 12012 -- 1202120?
8     A.  Oh, you're looking at the batch name.
9     Q.  Is that what that is?
10    A.  I believe that's a unique batch identifier for
11 when the subledger posts to the general ledger, I
12 believe, and we would need to get somebody on the
13 general ledger team to validate this.  It's their
14 system.  But I believe when you post to subledger to the
15 general ledger, you receive a unique batch identifier
16 for those items you've posted.
17    Q.  Now, does it indicate that -- where this debit
18 came from?
19        MR. RUBIN:  Objection; form.
20        MR. WILLIAMS:  Withdrawn.
21    Q.  Is there anything on this page that tells the
22 reader that -- I was going to ask whether, if there is
23 anything on this page that tells the reader that this
24 transaction was from the On Account.  But that's the
25 25005; right?

248

1      MR. RUBIN:  Objection; form.
2      MR. WILLIAMS:  Q.  Is that right?
3      A.  I'll answer the question in the fact that it
4  is just the total activity for the month for this
5  account.  I mean, there is, you know, other -- obviously
6  other activity other than the debit memos being created
7  in the month of November.
8      Q.  Right.  I was talking about that one line item
9  that we were referring to, the 692.
10     A.  The way I would draw the distinction is, we
11  looked at the transaction register report a little bit
12  earlier that showed all the debit memos listed that were
13  created on November 17th, and that transaction register
14  that lists all the debit memos would appear to, and
15  exactly, I believe, does tie out to the penny the debit
16  and the credit we show on this account analysis.
17     Q.  Okay.  I'm going to ask you to turn to page 4
18  of 5.  And ask you to take a look, maybe about 20 lines
19  down.
20     A.  Okay.
21     Q.  See where there are debit memos in here?  And
22  that is probably about 20 lines down.
23     A.  Yes, I do see debit memo activity.
24     Q.  There's a group of debit memos?
25     A.  I do.

249

1      Q.  Do you know what those refer to?
2      A.  Specifically I don't.  I mean, I would have to
3  go back and research this.  The best I could do is make
4  an assumption for you what those are.
5      Q.  Your assumption is going to be better than
6  mine.
7      A.  My assumption is that, again, November 17th we
8  said that all refunds are going to no longer be
9  processed in this custom form.  That all refunds after
10  November 17th are going to be processed via debit memo.
11  My assumption is that this has something to do with the
12  new process.
13     Q.  Does it appear that there were more debit
14  memos created aside from the ones that resulted in the,
15  I guess, the number of 692 million?
16     A.  Can you rephrase your question.  I guess --
17     Q.  I'm just asking -- well, on page 2, we looked
18  at the line item that has $692 million credit -- I mean
19  debit and credit from the 25005 account; right?
20     A.  Yes.
21     Q.  And those were related to debit memos?
22     A.  Yes.
23     Q.  And on page 4, looks like there is some debit
24  memos that we were discussing about 25 lines down;
25  right?

250

1      A.  Um-hum.
2      Q.  And just so -- does it appear that there were
3  additional debit memos created between October 2000 and
4  December 2000 in the 25005 account?
5      MR. RUBIN:  Objection to the form.  Additional
6  to?
7      MR. WILLIAMS:  Q.  Additional to the ones that
8  we were just talking about on page 2.
9      A.  So I don't believe that the debit memos
10  created in December on page 4 that we are looking at are
11  related to the On Account project that we completed,
12  that moved the flag from On Account to debit memo.
13     Q.  Right.  That's what I'm asking.  But they are
14  debit memos that were created, and maybe -- I don't know
15  if you can tell me what they were for now, but it looks
16  like they were debit memos created; right?
17     A.  There were debit memos obviously created in
18  December of 2000.
19     Q.  Okay.  And --
20     A.  It looks like the accounting was debit memos
21  essentially also nets to zero.  But just an observation.
22     Q.  Meaning there were debits and credits of the
23  same amount?
24     A.  Yeah.  I'm just looking at the debit memo
25  lines and it appears the debit memos have a debit and

251

1  credit that equal each other.  So, I don't know what
2  they are, but just making that observation.
3      MR. WILLIAMS:  Okay.  Why don't we take five
4  minutes.
5      VIDEOGRAPHER:  Going off the record.  The time
6  is 4:27.
7      (Recess, 4:27 - 4:44 p.m.)
8      VIDEOGRAPHER:  Going back on the record.  The
9  time is 4:44.
10     MR. WILLIAMS:  Q.  I just want to take you
11  back to Myers No. 7.  I think that's the spreadsheet
12  that is the investigation.  I think you indicated that
13  you may have created this, but I don't know if you
14  confirmed that.
15     A.  So, I think I may have created this --
16     Q.  Okay.
17     A.  -- did some of the research.
18     Q.  Okay.
19     A.  I don't know if I did it all, but I definitely
20  had a hand in it.
21     Q.  Well, I'm going to take you to page -- I guess
22  the second page of it, Bates 050451.  And back to the
23  entries that says refunded.  All right?
24     A.  Um-hum.
25     Q.  Do you know if this indicates that it was --

252

1 that it was refunded -- well, let me back up.
2      Do you know when this was created?
3      A.  When the document was created?
4      Q.  Yeah.
5      A.  My belief is around 2002.
6      Q.  Sometime in that year?
7      A.  Yeah.
8      Q.  Late in the year?  Early in the year?  First
9 six months?  Last six months?
10      A.  I have no idea.  No, I don't recall exactly.
11      Q.  Okay.  Do you know, where it says refunded,
12 does this indicate that it was refunded prior to
13 November 17th, 2000, or refunded prior to the creation
14 of this document?
15      A.  Because the way the events transpired as far
16 as the item being placed On Account and then the item
17 being moved off of On Account and then the debit memo
18 being created, and there's a debit memo here, my belief
19 is that this money had already been refunded prior to
20 November 17th.
21      Q.  Had you con --
22      MR. RUBIN:  November 17th, 2000?
23      THE WITNESS:  2000, sorry.  Yes.
24      MR. WILLIAMS:  Q.  Did you go back and confirm
25 that, or what is -- what was your basis of putting in

253

1 here refunded?  Did you go back and determine that it
2 was indeed refunded or --
3      MR. RUBIN:  Objection; foundation.  I don't
4 think he said he is certain that he did this.  So you're
5 assuming facts.
6      MR. WILLIAMS:  No.  He said he believed that
7 he did it.  I didn't put that in his mouth.
8      MR. RUBIN:  Well, I don't think it's
9 appropriate.  You're -- you're -- no, no, I -- whatever
10 he said he said.  But I don't believe that he said that
11 he -- "I created this."  He said, "I may have."  So
12 you're saying, "When you did this."
13      MR. WILLIAMS:  Okay.
14      MR. RUBIN:  So I don't think you have a
15 factual basis to asserting the question like that.
16      MR. WILLIAMS:  I understand.
17      Q.  So going back to where it says refunded, do
18 you know if it was confirmed that these were actually
19 refunded prior to November 17th, 2000, or whether it was
20 believed to have been refunded prior, or these were
21 believe to be refunded prior to December -- I'm sorry,
22 November 17th, 2000?
23      A.  So, again, just based upon how the events
24 occurred as far as -- we wouldn't have created an
25 On Account debit memo if there wasn't an On Account

254

1 application earlier.  And, therefore, my belief is that
2 the refund occurred prior to the November 17th, 2000
3 time frame.  But I didn't confirm each one of these.
4      Q.  Right.  I'm just wondering how -- how it was
5 determined that they were actually refunded.  Because
6 some of the things in On Account weren't refunds; right?
7      A.  Sure.
8      Q.  So that's why I'm trying to figure out how it
9 was determined that these were refunded.
10      A.  Without being absolutely sure, the research
11 probably was based upon the custom form we used to use
12 for entering refund information.
13      Q.  But as you sit here today, you're not sure how
14 that process was done?
15      A.  As far as how the designation of it being
16 refunded?
17      Q.  Yeah.  Right.
18      A.  I'm not absolutely sure.  But my assumption is
19 that it was tagged as refunded.  The notes were
20 indicating refund based upon research into the custom
21 refund form.
22      Q.  Okay.  On the top right-hand corner, it says
23 Oracle refund check number.  So it looks like there are
24 some check numbers here.  For example, if you go down to
25 close to the bottom, maybe saw one for Verizon and maybe

255

1 one for, I don't know, Applied, something, maybe
2 Applied.  But there are no check numbers for the others
3 that say refunded.  Do you know why?
4      A.  Again, my assumption is that somebody took
5 this to the very end to go dig into the accounts payable
6 system to actually get the check number that Oracle
7 issued.
8      Q.  And they couldn't get some -- they got some
9 and couldn't get others?
10      A.  I don't know if they couldn't have got them.
11      Q.  Well, they didn't --
12      A.  They didn't get them.
13      Q.  Okay.  Well, they didn't.  They didn't end up
14 in this spreadsheet.
15      What is the last column in this document on
16 the right?
17      A.  Looks to be like the original receipt number.
18      Q.  Okay.  So, is it fair to say that Oracle still
19 has these receipts?
20      A.  In the system as far as --
21      Q.  Somewhere.
22      A.  It's fair to say that this -- you know, for
23 example, using the WIRE 7/31/00 OCC, the audit trail of
24 receiving that payment still exists in the Oracle
25 accounts receivable system.

256

1    Q.  Okay. I'm going to ask you to turn to, I
2  guess, Bates 050455.
3        The last two entries on that page, if you
4  could explain to me what they mean.
5    A.  The ones for 58 million?
6    Q.  Right. Both of those.
7    A.  This is partially based upon the notes,
8  partially based upon recollection of what occurred here.
9        MR. RUBIN: Which number are we on? I'm
10  sorry.
11        MR. WILLIAMS: The last two entries.
12        MR. RUBIN: Okay. 025792580?
13        MR. WILLIAMS: Right.
14        MR. RUBIN: Okay. Sorry.
15        THE WITNESS: I believe what occurred, and
16  again, I would have to go back and look at the details
17  of this transaction, but I believe what had occurred was
18  we received a payment that was too large to be accepted
19  by our account. I assume that means bank account. And,
20  therefore, we had recorded the payment into our AR
21  system for a payment that originally was made -- looks
22  like August 31st. I'm unsure on what year. But that
23  because the bank could not accept the size of the
24  payment, that they had to put stop payment on it and
25  reissue.

257

1        MR. WILLIAMS: Q.  Does it look like it's a
2  payment from Oracle?
3    A.  You're looking at the custom number as far as
4  the ORAC?
5    Q.  Yes, that's what I'm looking at.
6    A.  So there are payments that if we need -- so in
7  this example, and again, you know, looking at how the
8  process was back then, it is likely if we did not have
9  the customer as a customer set up in our customer
10  database the day they made this payment, that we would
11  need to -- in order to put it On Account, we would have
12  needed of a customer to use in this instance, and my
13  assumption is that at the point that this payment was
14  received and we needed to put it On Account, the
15  customer that made the payment didn't exist in our
16  customer database, and therefore, they had to code it to
17  something, so they coded it to Oracle as the customer.
18    Q.  Now, what year -- can you tell what year this
19  payment was made?
20    A.  Nothing on this document would indicate year,
21  that I see.
22    Q.  Do you have any idea who that customer was?
23    A.  I have no idea.
24    Q.  That's a pretty big payment, $58 million.
25        MR. RUBIN: Objection to form. Is that a

258

1  question? It is just sort of a Shawn Williams comment?
2  I'm sorry.
3        MR. WILLIAMS: Q.  At some point -- did you at
4  some point learn what customer this was?
5    A.  I'm sure I did.
6    Q.  Do you know what customer it is?
7    A.  I don't recall which customer it was.
8    Q.  Now, on the right-hand column, the receipt
9  number, would the receipt indicate on it which customer
10  it was?
11    A.  The receipt number would not be directly tied
12  to a customer. Customers could have any number of
13  receipt numbers or check numbers.
14    Q.  Well, what does the receipt number refer to,
15  then?
16    A.  For payments made by check, it would reference
17  the check number that the customer sent us, or was made
18  out to Oracle. For wires which would not have a check
19  number, we use the designation of, you know, wire and
20  then the date it was received.
21    Q.  I'm not sure I understand why there would be
22  two -- withdrawn.
23        So does this seem to indicate that there were
24  two debit memos created for these transactions at the
25  bottom of the page?

259

1    A.  It would appear there would be two debit memos
2  that were created for this.
3    Q.  For this one payment -- well, yeah, one
4  payment.
5    A.  Yeah.
6    Q.  In the, I guess, the body of the first
7  section, it says that it was reversed -- well, general
8  entry reversed the entries out of cash for August.
9    A.  Um-hum.
10    Q.  And it's going back to your explanations
11  earlier when the check came in, it would debit cash and
12  25005?
13    A.  Debit cash, credit 25005.
14    Q.  And credit 25005. And then -- so there was a
15  reversal after that, for this one?
16    A.  You're talking about the journal entry?
17    Q.  Yeah.
18    A.  Based upon the notes, it appears that, yes,
19  because the cash was taken back out of our bank account,
20  a journal entry was done to reverse that original
21  payment back out of cash. It looks like on 9/1 we were
22  able to rerecord the cash.
23    Q.  When you say rerecord it, what do you mean?
24  What does it mean here?
25    A.  And I, this -- again, this is my memory of

260

1  what occurred in this individual transaction was that
2  August 31st the payment was made to our account. For
3  whatever reason we could not get the payment into our
4  checking account. I don't know if it's more of a
5  banking question as to why. Because August 31st is the
6  end of our first quarter, we -- net cash actually was
7  not in our bank account when we closed August. A
8  journal entry was recorded to reverse the impact of that
9  cash entry, and it looks like on September 1st, they
10 figured out how to actually get it into our checking
11 account.
12    Q.  September 1st is the first day of Oracle's
13 second quarter; is that right?
14    A.  That's correct.
15    Q.  I wanted to follow up on a question that I
16 asked you earlier. I don't know if I ever got to this
17 point. In the unapplied -- in the unapplied cash, if
18 there is a customer who overpays, learns that they have
19 money in unapplied cash and makes a request to have that
20 money returned, how is that -- how is that -- what's the
21 process by which that money is returned to a customer,
22 prior to November 17th, 2000?
23    A.  So it would start off -- I mean, again, it
24 depends on who they notified. So, let's say,
25 collections called the customer, is that -- you want to

261

1  start with that assumption?
2    Q.  Um-hum. Sure.
3    A.  So, collections calls the customer with a
4  request. The customer requests that money is sent
5  back to them. They would initiate a, or fill out a
6  template and initiate a refund request. It would go
7  through the proper approvals. Once the approvals had
8  been obtained to send this money back to the customer,
9  then the refund information, such as, you know, who we
10 refund this money to, what address they want us to send
11 this money to, would all be entered into this refund
12 form by accounts receivable.
13    Q.  Okay.
14    A.  So accounts receivable takes the information
15 provided and approved by, and enters that information
16 into this refund -- let me take a step back.
17        They would first take the receipt and put it
18 On Account -- forgot about the first step. So they
19 receive the refund request, the first step is they'd put
20 the item On Account.
21    Q.  What do you mean put it On Account?
22    A.  So maybe I should start back over again. So
23 the customer requests the money be refunded. The
24 collections team fills out the template that requests
25 the money be refunded, it goes through the proper

262

1  approvals.
2        Once the approvals are obtained it would be
3  sent to account -- the collections team fills out the
4  template, the template is then sent to the proper
5  approval, you know, matrix. Once the approvals have
6  been obtained, the approved, you know, chain of e-mails
7  would be sent to the accounts receivable team.
8        The accounts receivable team would query the
9  receipt that is being requested to be refunded and place
10 that receipt on an On Account status.
11    Q.  So it would move from unapplied to On Account?
12    A.  That's correct.
13    Q.  And how would that happen? Is there an entry
14 that's made to do that?
15        MR. RUBIN: Objection; form.
16        MR. WILLIAMS: Q. Is there a journal entry
17 that's made to move from unapplied to On Account?
18    A.  There is a system designation which we talked
19 about earlier, the box that says apply where we would
20 apply that cash into an On Account status, and journal
21 entries would occur, debit 25005, credit 25005.
22    Q.  Okay. Well, I thought when we talked about
23 hitting that box we were talking about On Account. But
24 does the same apply to the unapplied cash?
25    A.  So whether you are applying or unapplying, we

263

1  only have the one check box that allows you to apply it
2  or unapply it. And so to put something On Account, you
3  would go on the applications screen and designate it as
4  On Account and click the apply and save button.
5    Q.  Same process for items On Account and
6  unapplied?
7    A.  Well, I think we were talking about earlier is
8  how did they get taken off of On Account.
9    Q.  That's right.
10    A.  And same answer, you know, you unclick the
11 apply button which would unapply it from On Account.
12 It's just -- it's the same process essentially both
13 ways, off or on. You've got to put the information --
14 so you're putting on, you would have to put On Account
15 in the designation of where you want it to go, and hit
16 apply, and then save your work. To take it back off of
17 On Account, you would have to hit the apply box again,
18 which would have the reversing entry, and save that,
19 which would now take it back off On Account.
20    Q.  Okay. So -- but to move an item that's been
21 requested for a refund from unapplied to On Account,
22 would you do substantially the same thing, go to the
23 item, unapply, click unapply?
24    A.  No. So you'd query the receipt that is being
25 requested to be refunded. You would then click on the

264

1 applications button, which would open up a new form
2 called the applications form. You would then designate
3 through the applications form that this money is to be
4 placed On Account or into an On Account status.
5     Q.  On Account status.
6         And what's the journal entry?
7     A.  When it was moved from unapplied to
8 On Account?
9     Q.  Yeah.
10     A.  Debit 25005, credit 25005.
11     Q.  Okay.  So -- and what's the next step in the
12 process?
13     A.  So once the receipt that we're going to be
14 refunding is in an On Account status, they went through
15 this custom refund form, filled out all the information
16 as to, again, where should the check be sent, whose
17 attention, which customer, what amounts need to be
18 refunded, and that data would be entered into the
19 system, or into that refund form.  Entered into the
20 system through that refund form.
21     Q.  Okay.
22     A.  The AR analyst would then save that data,
23 commit it to the system, which then the data is saved.
24 Okay.  So far so good?
25     Q.  Yeah.

265

1     A.  Okay.  There was then a next step where an
2 approval would have to be done from an accounts
3 receivable manager, so an accounts receivable manager
4 would need to log in, query this form and approve the
5 refund progressing.
6     Q.  Okay.
7     A.  Once the approval was entered into the refund
8 form, a program would push the refund information into
9 accounts payable, which would generate an invoice in the
10 accounts payable system.
11         When that invoice was generated in the
12 accounts payable systems, it would debit 25005, credit
13 accounts payable.  And then on the weekly check run or
14 biweekly check run, the accounts payable team would cut
15 a check to the customer, debit accounts payable and
16 credit cash.
17     Q.  So ultimately -- well, let me just -- so you
18 would debit 25005 and credit accounts payable, and from
19 there a check would be sent?
20     A.  So that is one of the steps in the process
21 that I described where once the information was passed
22 from AR to accounts payable, an invoice would be raised
23 in accounts payable debiting 25005, crediting accounts
24 payable.
25     Q.  And so after that -- so is that -- once that

266

1 refund is processed and it's with accounts payable,
2 what's left in the On Account as it relates to that
3 item?  What --
4         MR. RUBIN:  Objection as to form.  Can you
5 just further clarify what you mean by what's left?
6         MR. WILLIAMS:  Q.  What information is left in
7 the On Account as it relates to that item?  Let's just
8 go through -- a customer asks for a refund for money
9 that was in unapplied.  We'll go through the process you
10 just described, and ultimately it goes to accounts
11 payable, debiting 25005, crediting accounts payable, and
12 accounts payable ultimately writes a check to this
13 customer.
14     A.  Okay.
15     Q.  After that process, is there any information
16 left in On Account that relates to that unapplied --
17 that originally unapplied item?
18     A.  So your original movement of the payment from
19 unapplied status to On Account status is still the same
20 in accounts receivable.  We don't go back and do any
21 further transacting against that receipt.
22     Q.  So say, for instance, it was a $50 receipt, so
23 that $50 -- that $50 receipt is still in On Account?
24     A.  Prior to November 17th?
25     Q.  Right, prior to November 17th.

267

1     A.  It would still stay in On Account status.
2     Q.  On Account -- or there's an On Account status
3 with a flag -- well, with an On Account flag in 25005?
4         MR. RUBIN:  Objection; form.
5         THE WITNESS:  Again, there -- the receipt is
6 flagged as the status of On Account, but there is
7 nothing really in 25005, because it's been offset by the
8 payable that's been entered into the system.  So though
9 you've put it On Account, which does debit/credit the
10 same account on the AR side as far as 25005, it is then
11 offset with the debit of 25005 when you create that
12 payable invoice.
13         MR. WILLIAMS:  Q.  It's offset, but the record
14 is still -- the record is still there in -- as
15 On Account status?
16     A.  The receipt is still in an On Account status.
17     Q.  So what happens if a customer never realizes
18 that they've overpaid for an item and it's been sitting
19 in unapplied cash, in Oracle's unapplied account?  It
20 just sits there, prior to November 17th, 2000?
21     A.  Yeah -- well, unapplied had nothing to do with
22 November 17th.  If it was sitting in unapplied status
23 November 16th, unless something occurred, like an
24 application per the customer's request, it was still in
25 unapplied status on November 18th.

268

1      Q.   Okay.  So, disregard the November 17th portion
2  of my question.
3           What happens if a customer doesn't know that
4  it overpaid an item, and it's in unapplied cash?
5      A.   What do you mean, what happens?
6      Q.   Does it just stay there indefinitely?
7      A.   It stays there until somebody does something
8  with it, yes.
9           MR. WILLIAMS:  Okay.  Ask the reporter to mark
10  this -- I'm sorry -- mark this as Myers No. 9.  Are we
11  at 9?
12           (Exhibit No. 9 marked for
13            identification.)
14           MR. WILLIAMS:  Q.  Just going to ask you to
15  take a look at Myers No. 9 for me.
16      A.   Okay.
17      Q.   When you're ready, just tell me what it is.
18      A.   I'm ready when you are.
19      Q.   Can you just tell me what it is?
20      A.   This would appear to be a printout using a
21  custom program to print out one of the debit memos out
22  of the system.
23      Q.   Now, is this a -- is this an invoice or is it
24  a debit memo?
25      A.   This is a debit memo.

269

1      Q.   And how do you know that it's a debit memo?
2      A.   It's based upon the invoice number, that it
3  has a 5 series number, 55, which was the sequence we
4  used for the debit memos.  Also using the description on
5  the line item, it says On Account cleanup for U.S.A.
6  data, would be two indicators that this is a debit memo.
7      Q.   And why is it printed out on an invoice form?
8      A.   This was a program, and again, it's a custom
9  program that's not part of the standard AR product, and
10  my guess, the reason why it's an Oracle invoice is that
11  has been hard coded into the program, because this is a
12  program that generally would be used to print out an
13  invoice that a customer requested, to be like reprinted
14  or for whatever requirements.
15      Q.   And so where it indicates, I guess in the
16  center of the page where it says order number, what is
17  that?
18      A.   My belief is that we used -- and again, order
19  number is generally stored -- if it was -- if it was a
20  license transaction coming from our order entry system,
21  the order number from the feeder system is stored in
22  what is called the reference field.  If you're looking
23  at the transactions form, it's called the reference
24  field.  And therefore, that reference field generally
25  does store the order number for most of our invoices.

270

1           For the On Account project we did, we put the
2  customer's payment, original payment into the reference
3  field so that they could be linked together.  So this --
4  in this instance, the order number of 471539 would
5  indicate to me that was probably the receipt number that
6  originally had the On Account -- On Account value.
7      Q.   Okay.  So is it fair to say that there was a
8  receipt somewhere in On Account for -- for like Kemet
9  Electronics valued at around $49,990?
10      A.   So your question is, was there a payment in
11  the AR system that was prior to November 17th On Account
12  for $49,990?
13      Q.   Right.
14      A.   Yes.
15      Q.   And this is the debit memo that was created on
16  November 17th that moved or -- was in the process of
17  moving this item from On Account to a debit memo -- to a
18  debit memo, and then the amount applied to the debit
19  memo?
20      A.   I don't understand your question.
21      Q.   Well, this was created on November 17th as
22  part of the cleanup, so-called cleanup process.
23      A.   This particular document?
24      Q.   Yes.
25      A.   I don't believe this particular document was

271

1  created on November 17th.  The invoice .dat or invoice
2  date, is my assumption, which is pulling from the system
3  debit memo was created on November 17th.  But the
4  printout can be reproduced at a future date.
5      Q.   So are you saying nobody -- on November 17th,
6  no one printed these things out?
7      A.   We shouldn't have.  They were an internal
8  transaction to change a designation of On Account to
9  what we chose as debit memo.  They shouldn't have been
10  mailed to the customer, because they really had no --
11  shouldn't have had any kind of customer impact.
12      Q.   Do you know why one would print one of these
13  things out at some later date?
14      A.   Again, my assumption is, and I don't believe I
15  printed this out, but my assumption is the same
16  assumption I asserted earlier, which is a customer
17  calls, see a debit memo on some sort of -- or the debit
18  memo number on some sort of billing and receipt history
19  report, and requests a copy of that debit memo.  If you
20  have a new collector that doesn't really understand what
21  these represent, they could have printed this out and
22  sent it to the customer based on their request.
23           MR. WILLIAMS:  Okay.  I'm going to ask the
24  reporter to mark this document as Myers No. 10.
25           Do you want to go ahead and change the tape?

272

1  VIDEOGRAPHER: Okay. In the deposition of
2  Greg Myers, this marks the end of tape 3, Volume I.
3  Going off the record. The time is 5:13.
4  (Exhibit No. 10 marked for
5  identification.)
6  (Recess, 5:13 - 5:19 p.m.)
7  VIDEOGRAPHER: In the deposition of Greg
8  Myers, this marks the beginning of tape four, Volume I.
9  Going on the record. The time is 5:19.
10  MR. WILLIAMS: Q. Can you just take a look at
11  Myers No. 10 for me, please, and tell me what it is.
12  Myers No. 10 is Bates numbered 050287 through
13  294.
14  A. Okay.
15  Q. What is Myers No. 10?
16  A. It is a series of screen shots from the Oracle
17  applications.
18  Q. And what do they -- what do they reference?
19  A. Can you be more specific?
20  Q. Yeah.
21  A. No. Can you be more specific?
22  Q. Oh, can I be more specific. I thought you
23  said do I mean more specific.
24  Well, do these screen shots relate to a debit
25  memo or debit memos?

273

1  A. Do any of these screen shots reference a debit
2  memo?
3  Q. Relate to.
4  A. Yes.
5  Q. Okay. And what's the, I guess, the debit memo
6  number or the reference number?
7  A. So are we talking about page 1 of this packet?
8  Q. Yes, we are.
9  A. So what was your question again? I'm sorry.
10  Q. What's the number that this relates to?
11  What's the debit memo number?
12  A. The debit memo number is 55046825.
13  Q. Okay. And so is it fair to say that there was
14  a debit memo -- well, which company? Who is the
15  customer?
16  A. Looks like the customer is Kemet Electronics
17  Corporation.
18  Q. And is it fair to say that on, I guess,
19  November 17th, 2000, there was a debit memo related to
20  this customer for the amount of $2,894.49?
21  A. Yes. On November 17th we did create a debit
22  memo for Kemet Electronics for $2,894.49.
23  Q. And up in the top left -- the box in the top
24  left-hand corner, where it says reference WIRE, what
25  does that refer to?

274

1  A. It's what I was referring to earlier, that we
2  used the reference field to tie the debit memo back to
3  the receipt that had the On Account applications. This
4  was similar to the invoice we looked at in Exhibit 9
5  that said order number. This would have been the field
6  that it was pulling that information on to when it
7  printed this transaction.
8  Q. Okay. And can you just explain to me what the
9  remainder of Exhibit No. 10 is, what the pages refer to?
10  A. Well, let's finish up page 1. So page 1, it's
11  really two forms, and two forms within the receivables
12  module in one screen shot. The screen shot in the
13  foreground is the view transactions accounting, which is
14  the accounting that supports this debit memo. And if
15  you look in the accounting date, it says November 17th,
16  2000, and the account is 25005, both on the debit for
17  $2,894.49, as well as a credit of $2,894.49, also going
18  to the 25005 account.
19  Q. Okay.
20  A. Okay. Anything else you wanted me to discuss
21  on page 1?
22  Q. Not right now.
23  A. Okay.
24  Q. I want you just to explain to me what the
25  remainder of this --

275

1  A. Page 2 is a screen shot of the receipts form,
2  which is the location where we record our payments that
3  we receive from a customer.
4  The receipt number again, generally if it was
5  paid via check would reference a check number. In the
6  example we're looking at right here, it appears that the
7  payment was received via wire, in which case we would
8  have no check number, and therefore, we reference wire
9  and then the date that the wire was received into our
10  bank account.
11  The receipt type is cash. There are two
12  options on this receipt type. You can have a cash
13  receipt or a miscellaneous -- as the receipt type. The
14  currency on this receipt is U.S dollars. The receipt
15  amount is -- was originally received for $393,239, and
16  the receipt date was August 31, 1996, and that is the
17  same as the general ledger date.
18  The payment method is more of an internal
19  reference, but this would indicate that the money was
20  received via wire into our Wells Fargo account, the WF
21  designation. We did not enter it into the document
22  number field. The status is that this payment has been
23  cleared, and the functional amount is the same as the
24  receipt amount, because this was entered into the U.S.
25  Oracle stripe, so to speak, and the functional currency

276

1  in the U.S. system is U.S. dollars, and the entered
2  currency is U.S. dollars.  Therefore, our functional is
3  going to be the same as our receipt amount.
4      Q.  Okay.
5      A.  Again, we have done an overlay of screen shots
6  where the receipt header information has been displayed,
7  and in the foreground is the receipt -- view receipt
8  accounting form that supports this receipt with the
9  accounting backup.  You can see that, for example, on
10  line 1, the line type is cash.  The accounting date was
11  August 31st, 1996.
12      And by looking at the third set of numbers in
13  the account string, that the debit was to 10013, which
14  would have been and still is our cash account.
15      Q.  What is -- so what is the On Account
16  reference -- I'm sorry, the November 2000 debit memo
17  reference, I guess, on line 3 for $2,894?
18      A.  So line 3 is representing the item being
19  removed from an On Account status.
20      Q.  Do you know why it was On Account?
21      A.  Again, not looking at the form itself, I can't
22  tell you the details behind this payment.
23      Q.  So what is this April 23rd, 2002 entry?
24      A.  I'd have to look further into what the entry
25  is.  I'd have to look at the history of the -- the full

277

1  history.
2      Q.  Is there anything you can tell about it just
3  by looking at it?
4      A.  It would appear that could be the -- some sort
5  of applications against this transaction No. 55046825.
6      Q.  Well, that's a debit memo, isn't it?
7      A.  That's correct.  And it looks like that could
8  be the unapplications of the debit memo.
9      Q.  What do you mean by the unapplications of the
10  debit memo?
11      A.  So when we walked through the progression of
12  the On Account project where we unapply the -- you
13  know -- actually, maybe what we should do is try to tie
14  this into the screen shot.  So on November 17th, the
15  first step was we removed the On Account designation
16  from the receipt, and that would be referenced on the
17  third line which we just discussed, which shows
18  November 17th, 2000, accounting date, hitting 25005 for
19  $2,894.49.
20      The next step of the debit memo actually being
21  created would not be in this document.  That would be on
22  the prior document that we looked at, the transactions
23  document.
24      Q.  Okay.
25      A.  The third step was applying the debit memo to

278

1  the original receipt, and that would appear to be the
2  second to last entry on this form.  It looks to me like
3  somebody has unapplied this debit memo on the fourth row
4  for 2,894.49, and that's transaction No. 55046825.
5      Q.  So it's the same amount.  So the -- so a debit
6  memo will have two different numbers?
7      A.  Debit memo having two different numbers, I
8  don't understand the question.
9      Q.  Let me -- I'll withdraw that.  I misread that.
10      Okay.  So that's the same debit memo, either
11  applying or unapplying?
12      A.  Right.  So it looks to me like it was applied
13  November 17th, 2000 to debit memo No. 55046825, and then
14  on April 23rd, 2002, the debit memo was unapplied from
15  this payment.
16      Q.  Okay.  And then what's this entry on
17  April 24th of 2002?
18      A.  I can give you the information based upon -- I
19  believe this was an additional debit memo that was
20  raised and applied to this receipt.
21      Q.  So the transaction No. 515 refers to a debit
22  memo as well?
23      A.  It -- the numbering -- so the number of the
24  transaction number is based upon batch source.  So I can
25  tell you this invoice was raised in accounts receivable.

279

1  I can't tell you based upon the sequence whether or not
2  it was a debit memo or an invoice.  It could be either,
3  because the batch source is going to drive your
4  transaction number.  Based upon my familiarity, I
5  believe that that 5152463 transaction is, in fact, a
6  debit memo.
7      Q.  It is?
8      A.  I believe so.
9      Q.  What's the basis of your belief?
10      A.  Based upon my belief, because I did these
11  screen shots, and therefore, I did the research on this
12  transaction and built these screen shots.  In addition,
13  further in the packet, I believe the 5152463 transaction
14  is on page 050291.  So I guess that reaffirms my belief.
15      Q.  What do you mean you built these screen shots?
16      A.  I logged into the application and used
17  software that would take a shot of the system, or a
18  photograph of the system.
19      Q.  And do you know when you built them?
20      A.  I would -- it would have to be after April 24,
21  2002.  But I believe it would have been late in the year
22  2002.
23      Q.  So is what we looked at as -- well, just a
24  second.
25      I'm going to ask you to turn to 050292, and

280

1  tell me what is reflected on that page.  It looks like
2  they are refunds.
3      A.  Yeah, this is an accounts payable form more
4  than an accounts receivable form.  And this would appear
5  to be the payment overview from the accounts payable
6  system, and the payment that was made to Kemet
7  Electronics Corporation.
8      Q.  Did you build this one as well?
9      A.  Did I take this screen shot?
10     Q.  Yeah.
11     A.  If I didn't, it would have been my accounts
12  payable peer would have taken it for me.
13     Q.  Okay.  And do you know what this $49,000
14  refund is for?
15     A.  I don't know specifically what caused the
16  $49,990 to be refunded, no.
17     Q.  Wasn't it a debit memo -- wasn't there a debit
18  memo created for Kemet for the exact same amount for
19  November 17th, 2000?  I mean, I thought that's what we
20  looked at as Myers No. 9.
21     A.  Yes.  This -- this -- you know, that this
22  entry would appear to be that refund tied to this debit
23  memo that was created.
24     Q.  So is it fair to say this debit memo that was
25  created on November 17th that appears in Myers No. 9 was

281

1  ultimately refunded to Kemet?
2      A.  That is how I'm reading the screen shots, yes.
3      Q.  And do you know -- so, do you know how long --
4  well, withdrawn.
5          Is it fair to say that Oracle had
6  approximately, I guess, this $49,000 in its system,
7  whether it be On Account or unapplied since 1996?
8      A.  Well, the payment overview screen is -- I'm
9  sorry, what was your question?  I should answer your
10  question first.
11     Q.  I'm asking if it's fair to say that Oracle had
12  this $49,000, approximately $49,000, in its system,
13  whether it be unapplied or On Account since sometime in
14  1996?
15     MR. RUBIN:  Are you referring to any document
16  in particular?
17     MR. WILLIAMS:  I'm talking about the $49,000
18  reflected in --
19     MR. RUBIN:  No, no, I know where you're
20  talking about.  I just didn't know whether you're
21  referring to any other page in saying is it fair to say
22  since '96.  Is there some reference on any of the
23  documents to '96 that you're referring to?
24     MR. WILLIAMS:  There was a payment of
25  $393,000, I think, right, in August of 1996?

282

1      MR. RUBIN:  Okay.  All right.  So you're
2  asking does it relate back to that payment?
3      MR. WILLIAMS:  No.  I'm asking him if it's
4  fair to say this $49,000 was in Oracle's possession
5  since sometime in 1996.
6      THE WITNESS:  No, I don't think that's fair to
7  say.
8      MR. WILLIAMS:  Q.  Okay, and why not?
9      A.  This was a unique scenario where confusion
10  caused a duplicate refund to be sent to the customer.
11  So a refund had been sent prior to November 17th, 2000.
12  And then, unfortunately, a second refund was sent for
13  the same amount to the customer again.
14     Q.  Okay.  And is that the refund that's reflected
15  in, I guess, 050292, at least one of the entries on that
16  page, the 49,000?
17     A.  So if you look at the debit memo on 050291, it
18  is 5152463 that was raised in 2002?
19     Q.  Yep.
20     A.  That then ties or should be on this second
21  page, which is 050293, the 2,894.49.
22     Q.  Okay.
23     A.  So that is the additional refund we sent to
24  Kemet.
25     Q.  An additional -- in addition to what?

283

1      A.  So taking this -- and there's screen shots
2  missing that show, I guess, the whole picture, as far as
3  this packet does not show the refund that occurred
4  prior.
5      Q.  To November 17th?
6      A.  To November 17th.  This shows the refund that
7  occurred in 2002.
8      Q.  Okay.  So, there was -- how much was the
9  refund that occurred prior to November 17th; do you
10  know?
11     A.  I don't know, because I don't -- it doesn't
12  have the documents in this packet to show.
13     Q.  But you recall a refund to Kemet prior to
14  November 17th, 2000?
15     A.  I'd have to go back and look at all the
16  documentation.  I don't specifically refer -- remember
17  every refund.  But this refund, there are two debit
18  memos created, one as part of the On Account cleanup,
19  and a second debit memo created for the purpose of the
20  refund.  And so if you look at 050291, the type is not
21  On Account cleanup; the type is refund.
22     Q.  What page are you looking at?
23     A.  I'm sorry, I'm looking at 050291.  I'm looking
24  at another debit memo, a second debit memo, 5152463,
25  that is another refund going to Kemet.

Myers, Gregory Scott (30b6)  4/12/2005  9:00:00 AM

284

1    Q.  Well, I want to go back to 29 -- 292.  Okay?
2    A.  Okay.
3    Q.  And I guess the three entries here on the
4  bottom are three refunds; is that fair to say?  I
5  guess -- yeah, three refund entries.
6    A.  So --
7    MR. RUBIN:  Okay.
8    THE WITNESS:  My belief is that what we're
9  looking at here it -- 050292 and 050293 are the same
10  screen shot.  But if you look on the right side, we had
11  to scroll down to capture -- because there is only three
12  rows of data that can be displayed at any one time in
13  this form.  And therefore, if you look at the number at
14  the top, 1506107, it's the same number.  They've just
15  scrolled down the right side to capture more of the
16  data.
17    MR. WILLIAMS:  Q.  Okay.  So but, okay, but if
18  you look at both pages, all of them appear to be, at
19  least on these pages, refunds going to or for Kemet; is
20  that right?
21    A.  You know, if you take the two pages and
22  they're, you know, together, and there could be even a
23  third pages, because I don't see the scroll bar, all the
24  way at the bottom on 050293, this would appear to be
25  related to a refund to Kemet.

285

1    Q.  Right.  And the total amount, does it appear
2  to be $85,559?
3    A.  So it would appear that we issued a refund to
4  Kemet on April 25th, 2002 for the amount of $85,559.97.
5    Q.  And part of that was this entry of $49,990.48,
6  at least as it appears on these forms?
7    A.  That seems to be a component of the 85,000.
8    Q.  Right.  And what I'm trying to understand is
9  that -- now, is this what you indicated earlier was a
10  duplicate refund?
11    A.  That's my recollection, is that this refund
12  that was issued in 2002 is actually made in duplicate.
13    Q.  So, and it was -- so it was refunded
14  sometime -- you think it was refunded sometime prior to
15  November 17th, 2000?
16    A.  That's my belief.
17    Q.  And have you seen any documents that indicate
18  that there was a refund of this amount to Kemet prior to
19  November 17th, 2000?
20    MR. RUBIN:  Objection as to form, "This
21  amount."  Just to specify what you --
22    MR. WILLIAMS:  Q.  Well, the $85,559.97.
23    A.  Do I think another refund occurred for this?
24    Q.  Okay.  Well, you said this appeared -- your
25  recollection is that this is a duplicate refund.

286

1    A.  Right.
2    Q.  Have you seen documents that indicate that
3  this is likely a duplicate refund?
4    A.  In this --
5    Q.  Not in this set, but generally.
6    A.  I don't recall.  I mean, I do remember that
7  some of the debit memos did result in some duplicate
8  payments or refunds to the customer.  But I don't recall
9  the exact transactions that were duplicately refunded.
10    Q.  But you said that you think this is one of
11  them?
12    A.  I believe it is one of them, yes.
13    Q.  Okay.  And -- I'm sorry, go ahead.
14    A.  Well, see, I would need to go do, you know,
15  additional investigation.
16    Q.  Now, in order for a customer to be refunded,
17  the process that you explained to me a few minutes ago,
18  it seems like there has to be a couple of approvals
19  before a check is actually cut to a customer.  Is that
20  fair to say?
21    A.  Yes, we generally ask for approvals to be
22  obtained before issuing a refund check.
23    Q.  Now, what does -- is there an amount, a dollar
24  amount that requires a higher level of approval?  So,
25  for instance, say, if it's $10,000 a collections manager

287

1  or someone at that level can approve it, and if it gets
2  up to 50, then it may need a vice-president or something
3  like that?
4    A.  Yeah, there definitely is a matrix that goes
5  up the chain with approvals.
6    Q.  Do you know what that is, at least what it was
7  in 2002?
8    A.  I don't remember the matrix in 2002.
9    Q.  So you testified that some of these debit
10  memos ultimately resulted in a duplicate refund.
11  Generally, I think that is what you're saying.
12    A.  Yeah, there was a small subset of debit memos
13  that -- or let me rephrase this.
14    So there was a small subset of receipts that
15  were placed On Account for the purpose of refunds that
16  then, when we did the On Account cleanup, was moved from
17  On Account status to the debit memo, that then a
18  subsequent refund was sent out to the customer.
19    Q.  A duplicate, which was a duplicate refund?
20    A.  I think Eli Lily was an example that I can
21  remember off the top of my head that was a duplicate
22  refund to the customer.
23    Q.  Were there any of those debit memos that
24  resulted -- were there any items that Oracle had created
25  debit memos for that were ultimately refunded to a

288

1  customer that were not duplicates?
2      A.  I don't know.
3      Q.  Don't know.
4          How did you learn that some of them were
5  duplicates?
6      A.  Upon investigation into the debit, you know --
7  a couple of these debit memos, we ran across that.
8      Q.  And when did you do that investigation?
9      A.  Approximately 2002.
10     Q.  Late in 2002?
11     A.  Yeah, late 2002.
12     Q.  And what was the purpose of the investigation?
13     A.  I believe this was instigated based upon the
14 complaint that was filed, we investigated the
15 transactions.
16     Q.  Did you do that -- I guess you were a
17 participant in that investigation; right?
18     A.  I did do some investigation as far as that
19 complaint.
20     Q.  And did you compile a report based on that
21 investigation?
22     A.  Compile like a written report?
23     Q.  Yeah.
24     A.  I don't believe I compiled a written report.
25 I might have submitted something to my manager that

289

1  was -- I believe we did submit something to my
2  management that kind of outlined what I had found.
3      Q.  And did you -- did you -- who was your manager
4  at the time?
5      A.  At the time my manager was Mike Quinn.
6      Q.  And did you give a presentation to Oracle's
7  audit committee at all?
8      A.  I did not give a presentation to Oracle's
9  audit committee.
10     Q.  Do you know if one was given to the audit
11 committee relating to, I guess, these allegations?
12     A.  I believe one was given, but I have no
13 firsthand knowledge.
14     Q.  Why do you believe that one was given?
15     A.  It is just my recollection of what was, you
16 know, discussed with me.
17     Q.  Okay.  And who discussed it with you?
18     A.  My manager, Mike Quinn.
19     Q.  Mike Quinn?
20         And did he tell you that there was a
21 presentation that was given?
22     A.  I believe he mentioned that there was going to
23 be a presentation to the audit committee, yes.
24     Q.  And did he tell you after -- well, withdrawn.
25         MR. WILLIAMS:  You know, I need to take two

290

1  minutes.
2          VIDEOGRAPHER:  Going off the record.  The time
3  is 5:43.
4          (Recess, 5:43 - 5:54 p.m.)
5          VIDEOGRAPHER:  Going back on record.  The time
6  is 5:54.
7          MR. WILLIAMS:  Q.  Do you know Raul Campos?
8      A.  Yes.
9      Q.  And how do you know him?
10     A.  I believe he was a collections analyst.
11     Q.  And was he at -- is he still at Oracle?
12     A.  I don't think so.
13     Q.  Was he at Oracle when -- in 2000?
14     A.  I don't know.
15     Q.  And -- I'm sorry.
16         Did he work at Oracle when you worked -- at
17 the same time you worked there?
18     A.  Yes.
19     Q.  And was he a collections analyst when you were
20 a collections manager?
21     A.  I don't know his employment start and end
22 date.  I don't know.
23     Q.  I'm not asking his start and end date.  I'm
24 asking when you were a collections manager, was he a
25 collections analyst?

291

1      A.  I don't know the answer.  I don't know when he
2  started and when he ended.  I don't specifically
3  remember.
4      Q.  And you -- well, you started in '97; right?
5      A.  (Nodding.)
6      Q.  And there was a time that you both were
7  working at Oracle; isn't that fair to say?
8          MR. RUBIN:  Objection; form.
9          THE WITNESS:  So between 1997 and this moment,
10 there was a time when Raul Campos and I both worked at
11 Oracle.
12         MR. WILLIAMS:  Q.  Right.  And do you know
13 when that was?
14         MR. RUBIN:  Objection; asked and answered.  I
15 think he said he doesn't know.
16         THE WITNESS:  I don't know when Raul worked at
17 Oracle.
18         MR. WILLIAMS:  Q.  You worked -- well, was he
19 working in collections at any time that you were working
20 in collections?
21     A.  I don't know.
22     Q.  You think it is funny.  I'm serious.  Was he
23 working in collections at any time that you were working
24 in collections?
25         MR. RUBIN:  Objection; asked and answered.

292

1    He's told you he does not remember specifically whether
2    they were there at the same time, or they were in
3    collections at the same time. That's what he testified
4    to.
5        THE WITNESS: We were at Oracle at the same
6    time. I don't know --
7        MR. WILLIAMS: Q. I'm sorry, go ahead.
8        A. I don't know his employment start and end
9    date; therefore, I can't validate whether we were in
10   collections at the same time.
11       Q. How large was the collections department in
12   2000?
13       A. I'm going to have to estimate, but probably
14   total number of collectors was approximately, I don't
15   know, 35 to 40.
16       Q. Were there any -- when you start -- withdrawn.
17       When you were a collections manager, were
18   there any analysts at -- collections analysts in Rocklin
19   that had been at Oracle longer than you had?
20       A. When I was a collections manager, were there
21   any collections analysts that had been there longer than
22   I had?
23       Q. Um-hum.
24       A. Yes.
25       Q. And can you recall who they might have been or

293

1    one of them might have been?
2        A. I don't recall. I was one of the first
3    collections personnel hired to transfer the collections
4    responsibility from headquarters Redwood Shores up to
5    Rocklin, and we were all hired right around the same
6    time. So if somebody started before me, it would have
7    been a matter of months before me. But I don't remember
8    who specifically started before me or after me.
9        Q. Okay. And you worked with Ryan Roberts;
10   right?
11       A. Yes, I did.
12       Q. Does he still work at Oracle?
13       A. I don't believe he does.
14       (Discussion off the record.)
15       MR. WILLIAMS: Q. Was he -- did you -- was he
16   a collections analyst when you were a collections
17   manager?
18       A. I believe Ryan was a collections analyst when
19   I was a collections manager. I think there was a little
20   bit of overlap there.
21       Q. And is there anyone else that you can remember
22   who was a collections analyst while you were collections
23   manager?
24       A. There were -- you know, like I said, there was
25   probably a staff of 35 to 40 collections analysts that

294

1    would have been analysts while I was a manager.
2        Q. Right.
3        A. But it's a number of years ago, and I don't
4    remember exactly who was there when I was there.
5        Q. I asked because you indicated earlier that
6    people with -- maybe a new analyst might confuse what
7    the process was at Oracle. And I'm wondering if you're
8    thinking of anyone in particular.
9        A. I'm not. And I think even some -- well,
10   even -- so you have a new analyst, I think even some
11   little bit more experienced analysts still had struggled
12   a little bit with the On Account designation and really
13   what it represented. I think that's a pretty fair
14   statement.
15       Q. Is that one of the reasons why you thought
16   that maybe you should change the process and just not
17   use On Account for its historical purposes or what it
18   had been used for previously in 2000?
19       MR. RUBIN: Objection as to form.
20       THE WITNESS: So, I think one of the documents
21   we looked at earlier, which I believe was Exhibit 3,
22   No. 2, it prevents a mistaken application removal of
23   On Account to an invoice.
24       MR. WILLIAMS: Q. I'm sorry, what --
25       A. I'm sorry. Exhibit 3.

295

1        Q. Okay, that's your e-mail.
2        MR. RUBIN: 048719.
3        MR. WILLIAMS: Okay.
4        Q. It prevents a mistaken application?
5        A. I think it is easier to detect a mistake and
6    easier for a -- it still is as confusing as it was when
7    it was a status of On Account. So again, all we did is
8    we changed the flag from On Account to a debit memo with
9    no net accounting, and so, therefore, the confusion of
10   the debit memo still existed as evidenced by, I think,
11   some duplicate refunds. So I think the debit memo just
12   made it easier for us to capture or to highlight if
13   somebody had moved something off of the debit memo, or
14   unapplied the debit memo from the receipt.
15       Q. Right. So why would someone in 2002 believe
16   that there was an item, quote/unquote, On Account if it
17   wasn't being used since -- well, if there was -- let me
18   withdraw that.
19       What was On Account used for after
20   November 17th, 2000?
21       A. So, I believe they used -- so the On Account
22   designation, one of the ways they used it was to
23   reference a payment that was still owned by the customer
24   but essentially they were unable to resolve it. So, for
25   example, if there was some amount remaining, some

296

1  nominal amount that they were unable to resolve, they
2  would put it in On Account status.  It still sat against
3  the customer's account, because we still owed them that
4  money, but it was a way to redesignate they just -- they
5  were unable to resolve it.
6      Q.  So when did the company start using On Account
7  for that purpose you just described?
8      A.  So, the U.S. AR collections team started using
9  that, I believe, around March of 2001.  February, March
10  2001.
11     Q.  And was that still -- I'm sorry, U.S.
12  collections started using that designation for that
13  purpose sometime in March of '01?
14     A.  So, I don't totally understand your question.
15  So, can you repeat it, please?
16     Q.  I was just actually making sure that I heard
17  what you said.  But I'll just read it here.
18         You said, "The U.S. AR collections team
19  started using that, I believe, around March 2001."
20         So using the On Account for the purposes you
21  described sometime in March of 2001, that's
22  approximately when they started using it?
23     A.  So approximately March 2001 they started using
24  On Account to not reference as they did prior to
25  November 17th that the cash should not be touched and

297

1  used for a future purpose, but this was more in line
2  with the intended functionality, which is that we had a
3  payment from a customer that could be used for future
4  purposes.
5      Q.  Okay.  So items in On Account after
6  November -- well, starting maybe in March of 2001 would
7  reflect funds that could be used by a customer for a
8  future purpose?
9      A.  Items that were On Account after March 2001,
10  yes, the customers could have used them for a future
11  purpose.
12     Q.  And what was the source of those funds?
13     A.  I don't understand your question.
14     Q.  Well, how did funds end up in On Account after
15  March 2001?
16     A.  So after around March 2001, if a payment was
17  made, using your example of a customer overpayment of
18  $5, and the collector was unable to determine where it
19  went, they would put it onto the customer's account,
20  which would just be another designation.
21         But unlike prior to November 17th, this
22  On Account status meant it truly was against the
23  customer's account and they could use it as a future.
24     Q.  So what was unapplied cash used for after
25  November 17th, 2000?

298

1      A.  Unapplied cash was still used the same way it
2  was used before.
3      Q.  It sounds like -- and correct me if I'm
4  wrong -- it sounds like they are used for the same
5  thing.
6      A.  It's just a designation, it was a way for
7  collections to kind of -- to kind of make a designation
8  that said, all right, this item, we've done our best, we
9  just -- we can't keep following up on this $5
10  transaction as far as, you know, time.  You know, we've
11  got to allocate time based upon, you know, a matrix
12  based upon dollar level, as far as, you know, you
13  probably get to $1,000 overpayment faster than you would
14  a 10 cent overpayment.  And so this On Account status
15  was a way for them to designate to themselves that we
16  tried our best on this payment; we're putting it to the
17  customer's account.  They can use it for future
18  purposes.  But, you know, it has a different designation
19  now.
20     Q.  Isn't that the same as unapplied cash?  How is
21  that different from unapplied, the unapplied cash?
22     A.  It is very similar.  It's just a different
23  designation that collections could use to differentiate
24  between items that they had done their best on and felt
25  that they had no other ability to resolve, and

299

1  therefore, were able to allow themselves to say, all
2  right, this payment received two years ago, I've done my
3  best, I've called the customer, I've left messages, or
4  maybe I couldn't even find the customer.  I'm going to
5  put it on their account, and if they come back to us, we
6  can use it for future purposes.  But it essentially
7  allowed them to kind of make that designation to
8  themselves.
9      Q.  And was it still under 25005?
10     A.  I don't remember the accounting of the
11  On Account.  I would have to go back and look.
12     Q.  Was it a -- was it a reserve account or an
13  asset account; do you know?
14     A.  I'd have to go back to look for sure.
15     Q.  Who would know that?  Who would know the
16  answer to that question?
17     A.  You know, we'd have to go investigate.  I
18  mean, I'm sure I could tell you once I had a chance to
19  look into it.
20     Q.  Now, it would have to be a reserve account;
21  wouldn't it?  It didn't belong to -- the money -- those
22  monies didn't belong to Oracle; right?
23     A.  We'd have to look at it.  I don't know for
24  sure.
25     Q.  I'm just basing that off of your testimony.

300

1   You said that the money would be there for the
2   customer's use at a, you know, at a later date.  So it
3   would have to be in a reserve account; is that right?
4       A.  I don't know where you're drawing the
5   distinction between it would have to be in a reserve
6   account based upon it having future use.
7       Q.  It didn't belong to Oracle?
8       A.  The payment could be used by the customer for
9   future purposes.
10      Q.  Right.  Which meant it didn't belong to
11  Oracle.
12      A.  If the customer requested it back, we would
13  refund it back to them.
14      Q.  Okay.  And that's not different from unapplied
15  cash account; is it?
16      A.  I don't understand your question.
17      MR. RUBIN:  For 2002?
18      MR. WILLIAMS:  Q.  Yeah.  Well, after
19  November 17th, 2000.
20      A.  So after November 17th, 2000, the status of
21  On Account?  I'm sorry, restate your question.
22      Q.  I think what you explained -- you have been
23  explaining to me how On Account was used after March of
24  2001; is that right?
25      A.  Yes.

301

1       Q.  How is the use of -- well, withdrawn.
2       And I think what you were trying to explain to
3   me is how after 2001 On Account was different from
4   unapplied cash.
5       A.  Yes.
6       Q.  And you indicated that they are very similar.
7       A.  Well, yes.  I mean, they are very similar
8   after November 17th, 2000 in that, you know, it's just a
9   way you can redesignate the item for how we stratified
10  the open payments from a customer.
11      Q.  Okay.  Like I said, I was really -- I'm really
12  just trying to find a distinction after November 17th,
13  2000, between unapplied cash and On Account.
14      A.  And I think the distinction that we should --
15  that I believe the distinction was that unapplied meant
16  they still had some work, there still was due diligence
17  to do against that item, versus On Account, in that they
18  had done what they felt was their due diligence against
19  that payment and had, you know, had really no future
20  activity to go against -- no future tasks to do against
21  that payment, unless some new information became
22  available.
23      Q.  But Oracle knew who the customer was that made
24  the payment; is that right?
25      A.  Yes.

302

1       Q.  So why wouldn't Oracle just refund the money?
2       A.  Just, we don't know where it goes, so we just
3   send a check out?
4       Q.  What do you mean you don't --
5       A.  I'm trying to understand --
6       Q.  Let me back up.  The question is, Oracle knew
7   who made the payment; right?
8       A.  Yes.
9       Q.  Why wouldn't Oracle just refund the money to
10  the customer?
11      A.  I don't know.
12      Q.  Okay.  And was there a policy that you know of
13  that Oracle was not going to refund the money --
14      MR. RUBIN:  Okay, I'm going to -- unless,
15  Shawn, you want to make a proffer, I think we're pretty
16  far afield now from the scope of the court's order.
17  I'm --
18      MR. WILLIAMS:  I think you're wrong.  You can
19  instruct him not to answer, if you want to.  But I think
20  you're wrong.  I disagree.
21      MR. RUBIN:  Well, I mean, I want to engage you
22  on it.  I mean, if you want to tell me how it relates to
23  the November 17th, 2000, because now --
24      MR. WILLIAMS:  He testified -- I'll tell you
25  why.  I'll tell you why.

303

1       MR. RUBIN:  Okay.  Let me just finish my
2   position, stating my position, that you asked him about
3   On Account and the unapplied cash post-November 17th,
4   2000.  And I was allowing him to answer those questions,
5   because I think it is fair for you to ask him to further
6   clarify what On Account meant afterwards, and I think
7   your leading question was why would somebody believe
8   that On Account still existed.  What -- how would
9   somebody believe --
10      MR. WILLIAMS:  That wasn't my question, but go
11  ahead.
12      MR. RUBIN:  Something like that, and so I
13  allowed you to answer that question.
14      Now you're asking about was there some policy
15  in 2001 or 2002 relating to customer refunds.  And I
16  don't know how that would possibly relate to the
17  November 17th, 2000 memos --
18      MR. WILLIAMS:  It absolutely does, and I'll
19  tell you why.  He's testified that they were using the
20  On Account for a certain purpose prior to November 17th,
21  and he was the one who actually changed -- made the
22  decision to change that.  He also indicated that even
23  after that was changed, there were people within
24  Oracle's collections organization who still believed
25  that On Account was being used or was used for customer

304

1  refunds. He also said that those people made entries or
2  caused improper refunds to be made from the On Account,
3  which for debit memos that were created on
4  November 17th. They're all -- it's entirely related,
5  Lee. I'm trying to understand. He said he changed the
6  process --
7      MR. RUBIN: That -- obviously, I mean,
8  needless to say, we don't agree with your
9  characterization, but --
10     MR. WILLIAMS: Sure.
11     MR. RUBIN: -- I'm asking for a proffer --
12     MR. WILLIAMS: But that's what it is.
13     MR. RUBIN: -- and you're characterizing it,
14  but that the court -- if you remember in front of the
15  court, we said -- the court ruled there are two areas
16  that are going to be discoverable. One is all the
17  circumstances surrounding the November 17th, 2000 debit
18  memos, and then the audit trail from those memos. And I
19  don't understand how anything you just said relates to
20  either of those two.
21     MR. WILLIAMS: I think you are wrong. And it
22  does relate to the audit trail and the status of those
23  debit memos. We just talked about a debit memo for
24  Kemet Technology that was --
25     MR. RUBIN: That's fine, and I didn't

305

1  interrupt that question.
2      MR. WILLIAMS: I know you're not. But I am
3  trying to understand why it is that if that was changed,
4  there would be a refund of an amount that was debit
5  memoed back in November 17th -- on November 17th of
6  2000.
7      MR. RUBIN: If you want to ask about refunds
8  that relate to debit memos --
9      MR. WILLIAMS: You can have -- you can tell
10  him not to answer, if you like. Okay?
11     MR. RUBIN: I'm just -- okay. I'm just
12  telling you that I think we're on the edge.
13     MR. WILLIAMS: I understand. Sure, I
14  understand. And if you feel we've gone over the edge,
15  then instruct him not to answer.
16     MR. RUBIN: I will. Go ahead.
17     MR. WILLIAMS: I'm going try to find where we
18  left off.
19         If you want to take a break, you can take a
20  break to talk to your client. But I don't want to --
21     MR. RUBIN: Yeah, we'll take a couple minute
22  break.
23     VIDEOGRAPHER: Going off the record. The time
24  is 6:12.
25     (Recess, 6:12 - 6:20 p.m.)

306

1      VIDEOGRAPHER: Going on the record. The time
2  is 6:20.
3      MR. RUBIN: Go ahead.
4      THE WITNESS: So I believe there was a
5  question related to was the accounting changed after
6  March 2001 in relation to the On Account designation?
7  Did you ask a question like that?
8      MR. WILLIAMS: I don't recall asking that
9  question, but is that a question you want to answer?
10     THE WITNESS: No, I just couldn't remember you
11  asked that question, whether or not there was accounting
12  changes made to the On Account designation.
13     MR. SCHMELTZ: We talked about reserves
14  versus -- remember that?
15     MR. RUBIN: If it's not a question that you
16  believe you asked or think is -- then that's fine.
17  Because maybe there was a misunderstanding there.
18     MR. WILLIAMS: Q.  Okay. Where do customer --
19  well, withdrawn.
20         If the customer makes a deposit, does it come
21  to AR, or did it come to AR in 2000?
22     A.  When a customer makes a payment to Oracle, did
23  it come to accounts receivable in 2000?
24     Q.  Right.
25     A.  Yes.

307

1      Q.  And how about, say, prepayments, would that go
2  through accounts receivable?
3      A.  Yes.
4      Q.  And where -- where would those monies be held?
5  In what account?
6      A.  Prior to November 17th?
7      Q.  Yeah.
8      A.  Actually, prior to November 17th it would have
9  sat in unapplied cash.
10     Q.  Unapplied cash, okay. And it would just be
11  identified by customer and then, I guess, applied when
12  it was appropriate?
13     A.  Generally what they would do is they would --
14  the collectors, if they received a payment that was for
15  a future transaction, they would put some sort of notes
16  against the receipt that would indicate that it's for a
17  future purchase.
18     Q.  Okay. So, for instance, if somebody was -- if
19  a customer was prepaying support for a year, would that
20  be in unapplied cash?
21     A.  If the invoice had not been generated yet and
22  we had no knowledge that the invoice had been generated,
23  then it is possible it sat in unapplied cash.
24     Q.  Okay. Well, say, for instance, what if an
25  invoice had been created for, say, a year of support.

308

1 Where would that -- and it was paid. Where would that
2 sit?
3     A. So you're saying the invoice had been
4 generated for one year of support?
5     Q. Right.
6     A. We had -- the customer made a payment against
7 that?
8     Q. Yeah.
9     A. But we had not yet matched the payment from
10 the customer with the invoice that we had generated?
11     Q. No. I'm just asking if a customer made
12 payment -- withdrawn.
13        Say, for instance, a customer enters into a
14 contract today for support over the next year.
15     A. Okay.
16     Q. And pays for the support up front, where would
17 that -- where would that be held?
18     A. Again, I'm trying to really understand your
19 question.
20     Q. Yeah.
21     A. So we raise an invoice to the customer; is
22 that correct?
23     Q. Sure.
24     A. So we raise an invoice to the customer for the
25 one year of support. And then the customer has also

309

1 paid us for that one year of support. Where does the
2 cash sit?
3     Q. Yes.
4     A. If we have not yet figured out or determined
5 that this prepayment or this payment from the customer
6 is related to this invoice that we raised for the same
7 customer, then that payment would sit in unapplied cash.
8     Q. Okay. Are you familiar with Oracle's, I
9 guess, balance sheet entry, cash advances in unearned
10 revenue?
11     A. To some extent.
12     Q. Do you know what it is?
13     A. Which piece?
14     Q. Both. Either one.
15     A. Do I know what customer advances --
16     Q. Sure. Customer -- do you know what a customer
17 advance is?
18     A. I'm not familiar with what that means.
19     Q. And how about unearned revenue?
20     A. Yes, I'm familiar with unearned revenue.
21     Q. What does that mean?
22     A. It means that it is revenue that yet Oracle
23 does not have the ability to earn or to recognize.
24     Q. Or to recognize. And if Oracle has money that
25 is -- is holding money that is unearned revenue, where

310

1 is it held?
2     A. I don't understand your question, as far as
3 holding money that's unearned revenue.
4     Q. Okay. Well, if Oracle has money for, say,
5 maintenance over a year, which it hasn't -- it hasn't
6 given those services yet, where is that held? Where is
7 the money held until the services are actually rendered?
8     A. I think it's very similar to what I just
9 stated. But if a customer is going to have a year's
10 worth of services and they were going to pay for those
11 all in advance per the terms of contract, an invoice
12 would be generated that would debit accounts
13 receivable -- let's keep it easy -- for $120. And that
14 service was going to be delivered over the course of one
15 year or 12 months. Therefore, Oracle would recognize
16 $10 of revenue per month for each of those 12 months.
17        Therefore, when the invoice was originally
18 generated, it would debit accounts receivable for 120,
19 credit unearned support revenue for 120, and then you
20 would have a subsequent monthly entry debiting unearned
21 revenue for 10 and crediting support revenue for 10, and
22 that would -- those entries would occur for 12 months.
23     Q. Is that something that accounts receivable
24 would do, or would the accounts receivable system just
25 automatically do it every month?

311

1     A. The accounts receivable system would
2 automatically recognize the $10 in my example each
3 month.
4     Q. And prior to -- as the months go by -- well,
5 say, for instance, only six months have gone by and
6 there is $60 left. Is that in the unapplied cash
7 account?
8     A. So you're saying that on that $120 invoice
9 we've only delivered services for six months.
10     Q. Sure, sure.
11     A. And there's six months remaining?
12     Q. Right.
13     A. It has nothing to do with unapplied cash. It
14 has $60 sitting in the unearned account.
15     Q. Okay. And is there a numerical designation
16 for the unearned account?
17     A. Yes.
18     Q. Do you know what it is?
19     A. There is multiple unearned accounts. But
20 generally they start with the same 2 number as far as
21 the liability.
22     Q. Okay. In 2000, was there a -- well,
23 withdrawn.
24        I'm assuming that the applied, unapplied was
25 where customer overpayments were held. I think you

Myers, Gregory Scott (30b6)  4/12/2005  9:00:00 AM

312

1   testified to that earlier.
2        A.   If a customer had overpaid on a transaction
3   and that money could not be resolved, then it would be
4   sitting in unapplied cash.
5        MR. WILLIAMS:  Okay, I'm almost done.  I'm
6   going to ask the reporter to mark this document as Myers
7   No. 11.
8            (Exhibit No. 11 marked for
9             identification.)
10       MR. WILLIAMS:  Q.  I'm just going to ask you
11  to take a look at what's been marked as Myers No. 11,
12  which is Bates No. 050209 to 050255.
13       A.   Okay.
14       Q.   Have you seen Myers No. 11?
15       A.   Yes, I have.
16       Q.   And when was the last time you saw it?
17       A.   It's in my office.  I've seen it in total in
18  my office, you know, recently.  But I didn't go through
19  all the details of it.
20       Q.   Do you know -- did you help to create Myers
21  No. 11?
22       A.   At some -- yeah, I did lend some assistance to
23  its creation.
24       Q.   Okay.  Do you know which portions of it that
25  you helped create?

313

1        A.   Referring to the whole document, I mean, a lot
2   of the screen shots I would have helped out with.
3        Q.   And how about, did you do the -- did you do
4   the investigation as to which items were refunded that
5   are referred to in --
6        MR. RUBIN:  Do you have a particular page
7   you're referring to?
8        MR. WILLIAMS:  No.  Generally.
9        Q.   There are some items referred to in here that
10  were refunded; is that fair to say?
11       A.   There is some reference of items that have
12  been refunded, yes.
13       Q.   Right.  Were you the person who did the
14  research to determine whether certain items were
15  refunded?
16       A.   I assisted in that research, yes.
17       Q.   Okay.  And how about the accounting
18  analyses -- let's see, let me find the page -- starting
19  on, say, page 38 of the report?  Were you the person who
20  did the chart of a typical transaction?
21       A.   I probably assisted with the -- you know, how
22  the flow of the data was.  I didn't -- I don't think I
23  prepared this, you know, particular chart.
24       Q.   And who else helped create it?
25       A.   I believe it was David Bayless, Eric Roberts

314

1   and Adrian Sawyer from Morrison and Foerster.
2        Q.   Anybody else from Oracle?
3        A.   Not to my recollection.  There could have been
4   additional people, but not to my recollection.
5        Q.   And how about the next page?
6        A.   Again, I may have assisted in the development
7   of the content, but I didn't, you know, particularly,
8   you know, create this table.
9        Q.   And would you say the same for page 40?
10       A.   I would say the same for page 40.  I
11  definitely assisted.  I don't remember creating these
12  tables, though, specifically.
13       Q.   Take a look at page 38 for me.
14       A.   Okay.
15       Q.   You see where it says -- it's half the way
16  down the page, says, "A/C 25005, customer advances and
17  overpayments"?
18       A.   Yes.
19       Q.   What does customer advances mean?
20       MR. RUBIN:  That's asked and answered.
21       MR. WILLIAMS:  Q.  As it appears in this page,
22  what does customer advances mean?
23       A.   I believe customer advances and overpayments
24  is simply the name of the general ledger account.  It's
25  what they've named it.

315

1        Q.   What who named it?
2        A.   General ledger.
3        Q.   People in general ledger, or are you talking
4   about Oracle?
5        A.   Somebody in Oracle's general ledger team.  I
6   believe that's actually the official name of the account
7   if you were to look at it.
8        Q.   Of 25005?
9        A.   Yeah, if you were to look at the official name
10  of the account from a general ledger perspective, I
11  believe that's the official name of the account.
12       Q.   I see.  And this is -- and just to make sure
13  we're talking about the same thing, we're talking about
14  the On Account and the unapplied cash.
15       A.   We're talking about the unapplied cash for
16  25005.  On Account, you know, there wasn't really a
17  balance sitting in 25005 because it was removed with
18  subsequent transactions.
19       Q.   I understand.  You understand my confusion
20  here, 25 -- I mean, you've testified that 25005, when
21  there was an entry or a debit, at least on
22  November 17th, that was the On Account, related to the
23  On Account?
24       A.   So you're saying on November 17th --
25       Q.   2000.

316

1    A.  -- when we remove the item -- November 17th,
2  2000, thank you.  We removed the item off of On Account,
3  the entry was to 25005, yes.
4    Q.  Okay.  And so that's why -- it's difficult for
5  me to make a differentiation that you're making, because
6  the On Account is referred to in the documents as 25005.
7    MR. RUBIN:  Objection; no question.
8    MR. WILLIAMS:  So if -- now, would this
9  title be on the general ledger itself?  If you are
10  printing the general ledger, would customer advances and
11  overpayments be the title?
12    A.  I believe if you printed a chart of accounts
13  listing, I believe that would be the name that would
14  appear on the account number as far as the description,
15  or name or whatever, name description.
16    Q.  Did you -- did you participate in a
17  presentation to the SEC?
18    A.  Yes, I did.
19    Q.  And where did that occur?
20    A.  San Francisco.
21    Q.  And who was there?
22    A.  So, I was there.  In addition to that, I
23  believe David Bayless was there from Morrison and
24  Foerster, as well as Eric Roberts from Morrison and
25  Foerster.  I don't recall who else was in that meeting.

317

1  There was, you know, some people from SEC I'm not
2  familiar with.
3    Q.  Is what has been marked as Myers No. 11, was
4  this a slide or PowerPoint presentation that was given
5  to the SEC?
6    A.  Yes.  Actually, and there was one more person
7  I remember that was present, which was Lawrence Segal.
8    MR. WILLIAMS:  And -- do you want to change
9  that?
10    (Discussion off the record.)
11    MR. WILLIAMS:  Do you have a problem with me
12  going ten more minutes?  Well, are we off the record?
13  Why don't we go off.
14    VIDEOGRAPHER:  Going off the record.  The time
15  is 6:37.
16    (Recess, 6:37 - 6:48 p.m.)
17    VIDEOGRAPHER:  Going back on record.  The time
18  is 6:48.
19    MR. WILLIAMS:  Q.  Going to direct your
20  attention to page 12 of this presentation, Myers No. 11.
21  What is -- what is page 12 a listing of?
22    VIDEOGRAPHER:  You're microphone's not on.
23    MR. WILLIAMS:  Q.  What is page 12 a listing
24  of?
25    A.  Page 12 in the Morrison Foerster presentation?

318

1    Q.  Yes.
2    A.  I'm sorry.  I believe what they've done is
3  taken multiple screens shots and put them together to
4  show some sort of information together.  You know, I'm
5  not totally confident in answering.  I don't know
6  exactly what -- where this was taken from.
7    Q.  So you didn't prepare this, this page?
8    A.  I didn't prepare the presentation.  I assisted
9  in the information that's in it, but I didn't prepare
10  the presentation.
11    Q.  You were there when it was given --
12    A.  Yes.
13    Q.  -- right?
14    Does this -- you see where it says refund
15  amount on the right-hand column?
16    A.  Yes.
17    Q.  Do those totals add up to $33,180.06?
18    MR. RUBIN:  Do you have a calculator?
19    MR. WILLIAMS:  Will you stop.  I'm just
20  asking -- no, we don't need a calculator.
21    MR. RUBIN:  Your accountant has one.
22    MR. WILLIAMS:  Q.  Do you know if that adds up
23  to $33,180?
24    A.  I would have to sit here and calculate this to
25  ensure that it does equal 33.

319

1    Q.  Okay.  So as you sit there, you don't know
2  without doing the calculation; right?
3    A.  If you want me to add these up --
4    Q.  No, I don't want you to.
5    A.  Okay.
6    Q.  Who was it that -- was it one of these
7  individuals that created it, Mr. Bayless, Mr. Roberts or
8  Mr. Sawyer?
9    A.  I believe they prepared the presentation.
10    Q.  Did you assist in giving the presentation?
11    A.  I did assist in giving a part of the
12  presentation.
13    Q.  Which part did you give?
14    A.  I would have to -- if recollection serves me,
15  I believe I gave the portion that is toward the end that
16  we discussed earlier, which was, you know, some of
17  the -- the table that we discussed prior to the break,
18  which I believe we were at 30, or 28, 29 or 30.
19    Q.  Why don't you see if you can find the page or
20  the tables that you created or that you gave.
21    A.  You know, actually, I believe I -- I don't
22  recall specifically which section I presented on.  But
23  I believe it was toward the end of the presentation.
24  And I don't remember exactly which section.  This was
25  over a year ago, and I don't remember exactly which

320

1   pages I presented on.  But I did have a part in the
2   presentation.
3       Q.  Okay.  And let's go to page 13.
4       A.  Okay.
5       Q.  And it indicates here that these payments by
6   Household were refunded years ago.  Was that your
7   understanding?
8       A.  Yes.
9       Q.  And on the next page Oracle indicates that
10  they weren't overpayments at all.
11      MR. RUBIN:  Page 050222?
12      MR. WILLIAMS:  Yes.  14.
13      Q.  Right?
14      A.  Yes.
15      Q.  And what does it mean when it says that,
16  "Refunded in 1991 as part of $100,000 accommodation
17  reflecting customer dissatisfaction"?
18      A.  I believe it's actually on a subsequent
19  document that discusses, or a subsequent page.  I
20  believe it's on page 18.  Let me quickly read through
21  this.
22      Page 18 is where we are, you know, essentially
23  giving this customer this credit for the
24  dissatisfaction.
25      Q.  Now, was it a credit or was it a refund?

321

1       A.  Well, the initial entry was that they were
2   dissatisfied with something here and they were given a
3   credit, and then they wanted that credit returned to
4   them in the form of a refund.
5       Q.  And how did -- well, looking at page 18, you
6   see the text on the bottom there?
7       A.  Yes.
8       Q.  Where it says, "The education department had
9   refunded $100,000 as a deal with the customer, but we
10  never had any unapplied cash to refund, so we're taking
11  a hit now to resolve the debit in 2255"?
12      A.  Um-hum.
13      Q.  What does that mean?
14      A.  I don't know.  This was not written by me.  It
15  was written back in 1990, so I don't know totally what
16  they meant by that.
17      Q.  Do you know who wrote it in 1990?
18      A.  I don't -- I don't know who wrote it in 1990.
19      Q.  Is this a screen shot on this page?
20      A.  This is a screen shot.
21      Q.  Of what -- from what?  Oracle -- from what
22  system?
23      A.  Oracle's accounts receivable system.
24      Q.  And is this -- is this how Oracle's accounts
25  receivable system appeared back in 1990, or is this just

322

1   how it looked in 2002 with information that, I guess,
2   had been loaded into it?
3       A.  So, I wasn't at Oracle back at this time
4   frame, so I don't know what it looked like back then.
5   But this is how it looked at the time I took the screen
6   shot.
7       Q.  So you just pulled up -- withdrawn.
8       So you just pulled up like, say, this --
9   the -- the invoice number, and this is what appeared in
10  accounts receivable?
11      A.  Well, because everything is stored in accounts
12  receivable, and in part of my investigation I was able
13  to take the debit memo that was created, backtrack it to
14  the, you know, to the payment, and then backtrack it to
15  this transaction.  So through investigation I was able
16  to bring myself to this transaction.
17      Q.  Did anybody help you during this
18  investigation?
19      MR. RUBIN:  Objection; form.
20      MR. WILLIAMS:  Q.  Did anybody help you do the
21  internal investigation at Oracle to find support for
22  what was represented in this presentation?
23      A.  Yes.  There were -- I think there was somebody
24  from accounts payable, which I alluded to earlier, I
25  believe, helped me get some of the screen shots from the

323

1   payable system.
2       Q.  Who were they?
3       A.  Amy Aves.
4       Q.  Is that it?
5       A.  That was the main person.  There may have been
6   one other person that helped out with screen shots named
7   Terry Elam, but that would have been the only other
8   person that helped out.  Terry Elam, T-e-r-r-y, E-l-a-m,
9   that helped me getting some of the screen shots in the
10  investigation.
11      Q.  And see where it says, "Bankrupt, out of
12  business"?
13      A.  Um-hum.
14      Q.  What does that mean?
15      A.  So this is the adjustments form.  And the
16  reason is, I believe, a preceded value that somebody
17  would have had to choose when entering this adjustment.
18  And this is, for whatever reason, the adjustment reason
19  they chose.
20      The comments are then what explains the
21  details.  In other words, the reason is a pre-list of
22  values.  It may not be a perfect explanation of what
23  occurred, and therefore, the comments assist in helping
24  a user explain the reason for the adjustment.
25      Q.  So it wasn't -- Household obviously wasn't

324

```
1   bankrupt and out of business?
2       A.  I don't believe so.
3       Q.  What is -- what account is 2255?
4       A.  My belief is that the 2255 account is the
5   account that became the 25005 after we did a chart of
6   accounts change.  So we changed our chart of accounts
7   structure from a four-digit number to a five-digit
8   number.
9       Q.  Do you know when that change occurred?
10      A.  I believe it was around in the year 2000 as
11  well.  But I was not directly involved in that project
12  so much.
13      Q.  Going to the next page -- pardon me.
14          Page 19, is this actually two screen shots on
15  one page?
16      A.  This is very similar to the prior screen shot
17  we looked at, 18, so it's a couple forms being opened at
18  once overlaid on top of each other to show kind of
19  the -- the details.  And so the account details form in
20  the background, the adjustments form in the foreground,
21  and then the editor is simply an expansion of the
22  comments field.
23      Q.  So how is this created?  Was it a screen shot
24  with a few different pages open and then just printed?
25      A.  So by having the form -- the account details
```

325

```
1   form open, I opened another form, put the additional
2   form in the foreground, and then took a picture
3   essentially of that, what that looked like.
4       Q.  Now, did you provide -- so you have 25 and 45,
5   equalling 70.  Were you able to find the other $30,000
6   that made up this $100,000 deal?
7       MR. RUBIN:  Just for the record, Mr. Williams,
8   you're referring to 050226 and 0227?
9       MR. WILLIAMS:  Yes.  Yes.
10      MR. RUBIN:  Okay.
11      THE WITNESS:  So as far as the crediting
12  issued in accounts receivable, we were not able to
13  reconcile back to 100,000.  But the page 17, I believe
14  this is the related item, this is the invoice created in
15  accounts payable back in 1991 which shows that a refund
16  was initiated to Household for $100,000.
17      MR. WILLIAMS:  Q.  And is a copy of that check
18  in here?
19      A.  I don't know.  I don't believe we found that
20  check.  I would need to go through the whole
21  presentation.  But I believe there was one check we were
22  unable to find.  And this may be the one we were unable
23  to find.
24      Q.  And that may be it?
25      A.  Yeah.
```

326

```
1       Q.  Looking at page 22, can you just tell me what
2   that is a screen shot of?
3       A.  This is a screen shot of the accounts payable
4   system, or in the accounts payable system.
5       Q.  And did you take the screen shot, or did
6   you -- yeah, did you take this screen shot?
7       A.  It was either myself or Amy Aves that took it.
8       Q.  Sometime in 2002?
9       A.  Correct.
10      Q.  And -- the account numbers on the bottom left,
11  see where it says CR000 A-T-R-A-H -- A-T-H-R-A-S-H-E
12  25A -- is that AP, or AF?  Or --
13      A.  I see the field you are talking about, yes.
14      Q.  Is that -- what are the last two letters?  Is
15  that an AP or AF?
16      MR. RUBIN:  If you know.
17      MR. WILLIAMS:  Q.  If you know.
18      A.  I don't know.  I don't.  This is not -- I
19  don't even know what the numbers even really mean.
20      MR. WILLIAMS:  Let me show you -- I will ask
21  the reporter to mark this document as Myers No. 12,
22  Bates numbered NDCA-ORCL 04320.
23          (Exhibit No. 12 marked for
24          identification.)
25      MR. WILLIAMS:  This is how it was, you know,
```

327

```
1   produced, so sorry if it's not easy to read.  It looks
2   like it is supposed to be -- it's the same thing.  Can
3   you tell?
4       MR. RUBIN:  You want him to confirm if it's
5   the same document?
6       MR. WILLIAMS:  Well, I'm just asking him if he
7   can tell.
8       THE WITNESS:  Again, I'm not an accounts
9   payable system expert, you know, so it looks similar
10  such that these could be the same screen shots.
11      MR. WILLIAMS:  Q.  Well, can you look at the
12  account number, or the invoice numbers on, I guess, the
13  second entry.
14      A.  The CR number are you referring to?
15      Q.  Yeah.  And tell me if you think -- if you see
16  the same thing, the last -- on Myers No. 12, it looks
17  like the last entries are HE26AP?
18      A.  Your guess is as good as mine.
19      Q.  Does it look like a 6 to you?
20      MR. RUBIN:  It looks like a 5 to me.
21      MR. WILLIAMS:  Q.  Looks like a 5 to you?
22      A.  Yeah, the third to the last number looks to be
23  a 5 to me.
24      MR. WILLIAMS:  Okay.  I just couldn't tell.
25          Do you know if you guys have a better shot of
```

328

1  this one?
2      MR. RUBIN:  We'll look.
3      MR. WILLIAMS:  Okay.  Going to page 23.
4      A.  Okay.  Here you indicate that there's a
5  duplicate payment made by Texas Instruments to Oracle in
6  May of '98.
7      MR. RUBIN:  Objection to form here.  You said
8  here you indicate.  The report indicates.
9      MR. WILLIAMS:  Okay.  The report indicates.
10      THE WITNESS:  So the report indicates that
11  Texas Instruments did make a duplicate payment to Oracle
12  in the amount of $4.8 million in May of 1998.
13      MR. WILLIAMS:  Q.  Right.  And were you able
14  to -- and you said that Oracle represented that it was
15  refunded to Texas Instruments?
16      A.  I don't believe that this was a refund.  I
17  believe this was actually a stop payment.
18      Q.  Okay.
19      A.  I would need to go back and look at the
20  details, but that's my recollection.
21      Q.  Do you have -- on page 25.  Is this a Harris
22  Bank statement, if you know, that's reprinted here?
23      A.  I can't tell which bank it's from.  There must
24  be something that I'm not seeing.  But I don't know
25  which bank it's from.  But it is a -- it looks like an

329

1  excerpt from a bank statement to Oracle.
2      Q.  Right, I know.  But you can't read it?
3      A.  I don't know what bank it's from, no.  I mean,
4  it could be either from our Harris Bank or from our
5  Wells Fargo Bank.  I would assume it's probably from
6  Wells would be actually my guess.
7      MR. WILLIAMS:  Ask the reporter to mark this
8  document as Myers No. 13.
9      (Exhibit No. 13 marked for
10      identification.)
11      MR. WILLIAMS:  Q.  I ask you to take a look at
12  Myers 13 for me, please.
13      A.  Okay.  Okay.
14      Q.  Have you seen this document prior to today?
15      A.  It doesn't look familiar, no.
16      Q.  Does not look familiar?
17      A.  Does not look familiar.
18      Q.  Okay.  And what does it appear to be to you?
19      A.  It appears to be a refund template for
20  Household Finance.
21      Q.  Is it like -- is it an e-mail, an Oracle
22  e-mail?
23      A.  Yeah.
24      Q.  Do you know who Kate Schwermann is?
25      A.  I believe she was a collections analyst at one

330

1  time.
2      Q.  And you already indicated you know who Raul
3  Campos is.
4      A.  Yes.
5      Q.  You indicated earlier today that there was a
6  mistaken duplicate refund to Household at some point?
7      A.  I believe there was a duplicate payment made
8  to Household or a refund made to Household.
9      Q.  Do you know when that occurred, or are you
10  sure that even occurred?
11      A.  I'm fairly confident.  I mean, we can go back
12  and look at some of the details.  Because I think some
13  of the details are actually in the MoFo presentation.
14  For example, the 76,645.04 is articulated in the MoFo
15  presentation as far as when the refund originally was
16  sent, and then a subsequent refund.
17      Q.  Is there something about a subsequent refund
18  in this presentation?
19      A.  I don't know if the subsequent refund is in
20  there.  I believe it does discuss the initial refund
21  made to Household in the amount of 76,000.
22      Q.  I think I saw that.  But I'm wondering if
23  there was a duplicate refund?
24      A.  I believe that -- I would have to go back
25  again and validate this, but I believe there was an

331

1  additional refund sent out to Household as a result of
2  this.  That would be my assumption.
3      Q.  Do you know whether or not there was a refund,
4  taking out the -- excuse me, taking out the 76,000 --
5  well, withdrawn.
6      Have you had a chance to review Exhibit No. 13
7  or Myers 13?
8      MR. RUBIN:  Well, he already said he didn't
9  recognize it.
10      MR. WILLIAMS:  I know.  I asked him if he had
11  a chance to review it.
12      THE WITNESS:  I reviewed it.
13      MR. WILLIAMS:  Q.  Okay.  And does it appear
14  to be a request for refund?
15      A.  It does appear to be a request for refund.
16      Q.  Do you know if there was a refund to Household
17  for the amounts, I guess, listed in this document,
18  separating out the 76,000?
19      A.  You're --
20      Q.  I'm sorry, in 2002.
21      A.  In 2002, whether there was a refund sent to
22  Household for this amount?
23      Q.  Right.
24      A.  I would need to go back and validate.  My
25  belief is that there was an additional refund sent to

332

1   Household.  But I would have to validate it in the
2   system, you know, do some research to confirm that.
3       Q.  Do you know, if you know, whether or not any
4   of those were duplicates, aside from the 76,000?
5       A.  Whether all these were duplicates?
6       Q.  Right.
7       A.  Again, I would have to go back and research
8   everything to give you a good answer.
9       Q.  Is Kate Schwermann still an employee at
10  Oracle?
11      A.  I don't know.
12      Q.  Now, is there -- well, you indicated that the
13  $76,000 was already refunded sometime in the early '90s?
14      A.  That's my belief.  We could look at that
15  exhibit in detail to confirm that.
16      Q.  No, I think I've seen that in here.
17      A.  Okay.
18      Q.  How is it that one could get the same amount
19  refunded again internally?  Where internally at Oracle
20  is the breakdown or was the breakdown that caused a
21  duplicate of that to be sent?
22      MR. RUBIN:  Objection; form.
23      THE WITNESS:  So I think your question is how
24  did this happen, how did a duplicate refund get sent
25  out?

333

1       MR. WILLIAMS:  Q.  Yes.
2       A.  There was obviously some sort of breakdown
3   such that -- or some sort of problem that somebody
4   didn't do their due diligence to do their right research
5   and somebody didn't look into why the debit memo was
6   created.  Some additional research should have been
7   completed and caught that this money had already been
8   sent out to the customer.
9       Q.  Right.  But aren't there several levels of
10  requests that need to be made before a 76,000 refund
11  check goes out?
12      A.  There generally are, yes, approvals that are
13  required to send a refund out to the customer.
14      Q.  Approximately how many; do you know?
15      A.  In 2002, I don't recall what the matrix was.
16      Q.  Okay.
17      Did you submit any additional documents to the
18  SEC aside from this presentation that was given on, I
19  guess, sometime in '03?
20      A.  To my knowledge this presentation was the only
21  one given to the SEC.
22      Q.  Okay.  In 2000, did Oracle have an accounts --
23  an accounts receivable reserve account?
24      A.  In 2000, did Oracle keep a reserve account?
25      Q.  Yeah, accounts receivable as a reserve

334

1   account?
2       A.  I believe there was an account for reserves.
3       Q.  And would there be Oracle, or customer
4   receipts in the reserve account?
5       A.  So could there be receipts in the reserve
6   account?
7       Q.  Right.  Customer receipts.
8       MR. RUBIN:  As of November 2000?
9       MR. WILLIAMS:  Yeah.
10      THE WITNESS:  So as of November 17th, 2000,
11  could there be an item sitting in the reserve account;
12  is that your question?
13      MR. WILLIAMS:  Q.  Cash receipts.
14      A.  There could have been a cash receipt sitting
15  as a debit to cash and a credit to the reserve account.
16      Q.  I'm sorry, say that again?
17      A.  There could have been a receipt sitting
18  against the reserve account.  We walked through the
19  example of the Oracle Open World.
20      Q.  Right.
21      A.  There could have been a receipt that was
22  applied to a reserve account.
23      MR. WILLIAMS:  And, actually why don't I just
24  show this to you.  Ask the reporter to mark this
25  document as Myers 14.

335

1       (Plaintiff's Exhibit No. 14 marked
2           for identification.)
3       MR. RUBIN:  Shawn, how much longer?  How much
4   more do you think you have?
5       VIDEOGRAPHER:  I've got five minutes, and then
6   that's my limit, because I'm going to have to pack up
7   the gear, and it takes me half an hour, and ten minutes
8   to walk over there.
9       MR. WILLIAMS:  I could go for -- you know,
10  I've got a couple documents I want to ask him about.  I
11  don't think that we're going to be precluded from taking
12  his deposition again.
13      MR. RUBIN:  Well, we've gone over seven hours.
14  I mean, I've tried to be very accommodating, because
15  we've gone over, and I want to finish -- I don't want
16  there to be any -- I don't want to meld the
17  Rule 30(b)(6) and the fact deposition.  I understand
18  your position; you stated it.  We'll consider it.  We
19  might agree to it, we might oppose it, but I just want
20  the Rule 30(b)(6) deposition finished.  I could say that
21  the seven hours are up, but if you --
22      MR. WILLIAMS:  That's fine.  It'll be -- he's
23  got to leave in five minutes.
24      MR. RUBIN:  So --
25      MR. WILLIAMS:  And, you know, like you said,

336

1    I'll -- I know there's some -- some -- some documents I
2    want to work through with him, and obviously we're not
3    going to be able to do that in five minutes.
4         MR. RUBIN: So, all right. So the Rule
5    30(b)(6) deposition -- I mean, you might have some
6    follow-up on any questions I ask. But if you want to
7    ask -- if you want to ask about --
8         MR. WILLIAMS: I'm not going to be able to get
9    through these documents in five minutes.
10        MR. RUBIN: Okay.
11        MR. WILLIAMS: If you want to get through --
12   you said you have a few documents -- few questions --
13        MR. RUBIN: Questions. Uh-huh.
14        MR. WILLIAMS: -- you wanted to ask him? If
15   you want to go ahead and ask him I think, you know,
16   that's fine.
17        MR. RUBIN: Okay. All right. Look, can you
18   turn that off for a second?
19        VIDEOGRAPHER: Yeah. Going off record. The
20   time is 7:17.
21        (Discussion off the record.)
22        VIDEOGRAPHER: Going back on the record. The
23   time is 7:18.
24        MR. RUBIN: Okay, so, Mr. Williams, I just
25   want to confirm for the record that I have a couple

337

1    minutes of questions. You might have a short follow-up
2    to that. But after that we're finished with the Rule
3    30(b)(6) deposition. You've stated that you intend to
4    notice Mr. Myers as a fact witness; is that correct?
5         MR. WILLIAMS: We definitely intend to notice
6    Mr. Myers as a fact witness. There -- certainly there
7    are additional documents that he either created or was
8    cc'd on that are -- that go to, you know, the heart of
9    some of the issues in the case.
10        MR. RUBIN: Right.
11        MR. WILLIAMS: So, go ahead, you can --
12        MR. RUBIN: Well, we have an agreement that
13   the Rule 30(b)(6) deposition is over. There is not any
14   holding it open. You've gone over all --
15        MR. WILLIAMS: No, I'm not going to hold
16   over -- hold open the 30(b)(6) deposition.
17        MR. RUBIN: Right. Okay. And we're not
18   taking any position on the fact deposition. We're not
19   agreeing to it at this point. I understand that you're
20   going to ask -- that you currently intend to ask for it.
21        MR. WILLIAMS: Sure.
22        MR. RUBIN: But I want the record clear that
23   the 30(b)(6) deposition will be over at the conclusion
24   of today.
25        MR. WILLIAMS: Yeah. So, well, it's

338

1    unfortunate that we don't have, you know, lots of time
2    to do it. Because I would ask these questions, you
3    know, within this context. But as you know, I intend to
4    depose this person as a fact witness where we can kind
5    of go through the specific representations that he's
6    made.
7         MR. RUBIN: Okay. Shut down, shut down the
8    camera.
9         MR. WILLIAMS: Hold on. Wait, wait.
10        MR. RUBIN: He's signaling to me.
11        MR. WILLIAMS: Oh, I didn't see that.
12        MR. RUBIN: Yeah, no, no, it's not you. I'm
13   happy for you to talk. The videographer -- just go get
14   your car. Okay. We'll sit here; we'll wait.
15        Remember who we got today, because this is
16   absurd, frankly. And I think Lerach shares my view
17   about that.
18        VIDEOGRAPHER: Going off record, the time is
19   7:20.
20        (Recess, 7:20 - 7:30 p.m.)
21        VIDEOGRAPHER: Going back on record. The time
22   is 7:30.
23        MR. WILLIAMS: So I'm going to end my
24   questioning for purposes of the 30(b)(6). This witness
25   has -- I'm sorry.

339

1    I'm going to end my questioning for purposes
2    of the 30(b)(6). This witness has obviously, you know,
3    testified to having a significant role in some of the
4    2000 debit memos and the follow-up investigation into
5    them, including certain documents that I'm going to want
6    to go into or question him on as a fact witness.
7         I know you have some questions you want to
8    cross him today on the 30(b)(6). And we'll deal with
9    timing or any dispute regarding him being deposed as a
10   fact witness when this time arises.
11        MR. RUBIN: Fine. So just to confirm, we have
12   an agreement that at the end of today the Rule 30(b)(6)
13   witness is closed, and then you will -- you currently
14   intend to notice him as a fact witness, and if and when
15   that happens, then Oracle reserves its right to decide
16   whether to agree or oppose that notice. Okay.
17        EXAMINATION BY MR. RUBIN
18        MR. RUBIN: Q. So with that, Mr. Myers, I
19   have just a couple questions.
20        First, do you recall Mr. Williams asked you a
21   question -- do you recall Mr. Williams asked you a
22   question or a series of questions concerning the
23   accounting treatment for the On Account designation
24   prior to November 17, 2000 compared to any accounting
25   treatment for On Account after November 17th, 2000?

340

1  A.  Yes.  It seems to me like Mr. Williams asked a
2  question relating to did the accounting change
3  pre-November 17th, and then I think we were talking
4  about March 2000, 2001 is what we were kind of using as
5  our time frame as far as the accounting changes on the
6  On Account designation.
7  Q.  Okay.  And do you have any recollection of,
8  currently or whether the accounting treatment on or
9  about March of 2001 was different compared to the
10  pre-November 17th, 2000 period?
11  A.  I think once we confirmed that all the items
12  had been taken off of the On Account status, I do
13  remember changing the On Account accounting to reflect a
14  different account.
15  Q.  Okay.  And do you have any current
16  recollection what different account that was?
17  A.  I would want to go back and validate it.  But
18  it could have been the reserve account that it was
19  changed to.
20  Q.  Okay.  But do you have any certainty sitting
21  here today?
22  A.  No absolute certainty, no.
23  Q.  Okay.  All right.  Now, let me refer you to
24  Exhibit -- Myers Exhibit 6.  Do you have that somewhere
25  in the pile in front of you?  Is that yours?

341

1  A.  You have my --
2  Q.  Is that the one with the sticker?
3  A.  That's the one with the sticker.
4  Q.  Okay.  Then you take that one and I'll take --
5  thank you.  Oh, I guess -- how did I -- I wonder how I
6  ended up with yours.
7  A.  I'm sorry, it was probably the documents that
8  were --
9  Q.  Do you have a clean copy of Exhibit 6?
10  A.  Just tell me, I can't see --
11  Q.  Exhibit 6 is the sales journal by GL account
12  report.
13  A.  I'm sure I have it.
14  (Discussion off the record.)
15  MR. RUBIN:  Well, we'll just use this and then
16  figure out --
17  MR. WILLIAMS:  It's Bates No. ORCL 049197?
18  MR. RUBIN:  Right.  To 049207.
19  MR. WILLIAMS:  Right.  We've all written on
20  ours.
21  MR. RUBIN:  That's fine.  We'll figure out
22  something if you getting a clean -- you, the court
23  reporter, Diana, I'm sorry, getting you a clean copy.
24  Q.  But take a look at that, if you would,
25  Mr. Myers.  And what do you recognize this report to be?

342

1  A.  I recognize this report to be sales journal by
2  GL account.  And it was ran for the parameters of GL
3  date November 17th, 2000 through November 17th, 2000
4  with the accounting for revenue as we discussed earlier,
5  based upon the segment 3, or the third set of numbers in
6  the account from and the account to parameters going
7  from 30000 to 39999.
8  Q.  And what does that account range mean to you?
9  A.  That account range means to me revenue.
10  MR. WILLIAMS:  I'm sorry, can you just repeat,
11  that account range means what?
12  THE WITNESS:  The account range that begins
13  with the number 3, therefore 30000 though 39999, would
14  generally mean revenue.
15  MR. RUBIN:  Q.  So do I understand you to be
16  testifying, then, that when an account at Oracle begins
17  with number 3, it generally means it's a revenue
18  account?
19  A.  That's correct.
20  Q.  Okay.  And is it your understanding sitting
21  here today that the accounts -- that accounts within
22  that range of 30000 to 39999 include revenue for
23  license?
24  A.  The 30000 through 39999, if license revenue
25  had been recognized, would be in this range.

343

1  Q.  Okay.  And would have included revenue for
2  education?
3  A.  Education revenue would be included in this
4  range of accounts.
5  Q.  Okay.  And would it include revenue for
6  support?
7  A.  Yes.  The support revenue would also be
8  recognized in between these two parameters.
9  Q.  Okay.  Is there any other kind of revenue that
10  wouldn't necessarily be within the 30000 range?
11  A.  So consulting revenue would still fall within
12  the range of 30000 through 39999, the difference being
13  this is an accounts receivable report, and consulting
14  revenue does not post through accounts receivable; it
15  posts through the projects application, which is a
16  separate application.
17  So, therefore, this report is a detailed
18  listing of each transaction that recorded revenue of
19  either license, support or education for November 17th,
20  2000.
21  Q.  Okay.  And you recognize this as a report
22  generated by Oracle Systems?
23  A.  Yes.
24  Q.  Okay.  So would it be fair to say that for
25  November 17th, 2000, the total on the back page

344

1  represents to you the amount of revenue that was
2  credited from license, education and support for
3  November 17th, 2000?
4       A.  Yes.  This report would show that we have a
5  debit of 756,000 and a credit of approximately
6  $10 million going to revenue for support, license and
7  education for that day.
8       Q.  So other than any revenue that was reported
9  for November 17th, 2000 for consulting services, this
10  report would include all the revenue that was reported
11  for September 2000 within Oracle's general ledger for
12  that day; is that correct?
13       A.  Yes, I think that's a fair statement.
14       Q.  Okay.  Now, Mr. Myers, did anyone at Oracle
15  ever direct you in the fall of 2001 to undertake a
16  project that would result in the false recognition in
17  over $200 million of revenue?
18       MR. WILLIAMS:  Do you mean 2002?
19       MR. RUBIN:  Q.  I'm sorry.  Did anyone at
20  Oracle ever direct you in the fall of 2000 -- isn't that
21  what I said?
22       MR. WILLIAMS:  Oh, I'm sorry, I thought you
23  said 2001.
24       MR. RUBIN:  Oh, maybe I did.  But, okay.
25       Q.  Did anyone at Oracle ever direct you in the

345

1  fall of 2000, that's the time period I'm talking about,
2  between September and December of 2000, to undertake a
3  project that would result in the false recognition of
4  over $200 million of revenue on Oracle's financial
5  statements?
6       A.  No.
7       Q.  Okay.  Did anyone at Oracle ever direct you in
8  the fall of 2000 to undertake a project that would
9  result in any false recognition of revenue?
10       A.  No.
11       MR. RUBIN:  Okay.  I don't have any further
12  questions.
13       FURTHER EXAMINATION BY MR. WILLIAMS
14       MR. WILLIAMS:  Q.  Okay.  You indicated that,
15  looking at Myers No. 6, that this document represents or
16  purports to represent all the revenue that would have
17  been recorded to revenue on November 17th, 2000 but for
18  consulting.
19       A.  Yes.
20       Q.  And wasn't it your testimony earlier that if
21  Oracle created -- withdrawn.
22       That an item that was -- that hit Oracle's
23  accounts receivable on a certain day could hit revenue a
24  couple of days later?
25       A.  I think what I was explaining was that the GL

346

1  date of the transaction, the date of November 17th may
2  not post to the general ledger until a few days later
3  once you post it.  But the item would be coded with the
4  date of November 17th regardless of when it posted.
5       Q.  Okay.  So are you saying that a transaction
6  that occurred on November 17th that would have -- that
7  could have a revenue impact would always show as having
8  that revenue impact on November 17th?
9       A.  Yes.  Once the item is posted to general
10  ledger, you can't change the date and the accounting
11  that was posted on that day for that day.
12       Q.  Okay.  So explain to me -- I don't understand
13  what your testimony was earlier when you indicated
14  that -- withdrawn.
15       So are you saying that a transaction could
16  occur, but not post on the same day?
17       A.  Yes.  You could create a transaction today and
18  not post it to the general ledger until tomorrow.
19       Q.  Right.  And what's depicted by Myers No. 6 is
20  what was posted to the general ledger on November 17th;
21  is that fair to say?
22       A.  No.  This is an accounts receivable report,
23  not a general ledger report.
24       Q.  I'm sorry.
25       A.  So this would have been revenue recorded in

347

1  the accounts receivable on November 17th.
2       Q.  Recorded, revenue recorded in accounts
3  receivable on that one day?
4       A.  Yes, for every line of business except for
5  consulting.
6       Q.  So the totals in this document add up to what
7  was represented to the SEC for the November 17th, 2001,
8  I think in the -- what is that, Myers No. 11?
9       A.  Yes, Myers No. 11.
10       Q.  Sorry for not having the exact page for you.
11       A.  I think you may be referring to page 30.
12       Q.  30.  Now, the totals on page 30, is that the
13  total on Myers No. 6?
14       A.  I don't have a calculator, so I'm not going to
15  say to the penny that it ties, but it seems that is a
16  credit of 10.1 million offset by a debit of $756,000,
17  would get you into the range of approximately
18  $9.3 million.
19       Q.  I have an additional follow-up.  Just give me
20  a second to read your answer.
21       Do you recall Mr. Rubin asking you about a
22  question that I had asked you regarding the accounting
23  for, I guess it's the On Account designation after March
24  of 2001?  And your testimony was that, "It seems to me
25  that Mr. Williams asked a question relating to the

348

1  accounting change pre-November 17th, and I think we were
2  talking about March 2000, 2001 is what we were kind of
3  using as our time frame."
4         You were talking about the difference between
5  changing the On Account to a reserve account?
6    A.   What I was clarifying is the question that I
7  think you had asked earlier in relation to -- and maybe
8  the question, I just misconstrued it, was prior --
9  November 17th, 2000 the On Account pointed to one GL
10  account, and I thought you asked a question of was any
11  changes made to that On Account designation as far as
12  the underlying accounting post-November of 2000.
13    Q.   The underlying accounting?
14    MR. RUBIN:  The 25005.
15    THE WITNESS:  So prior to November 17th, 2000
16  the On Account pointed to the 25005 account.  Therefore,
17  if you placed an item on On Account, it would debit
18  25005 and credit 25005.
19    MR. WILLIAMS:  Q.  But you indicated that it
20  would go to a reserve account after March of 2001.
21    A.   What I had clarified was that in March 2001
22  that the accounting -- underlying accounting for the
23  On Account designation could have been changed to
24  12601 -- I know that an accounting change did take
25  place.  So after we confirmed all the items were off of

349

1  one account, so we had no items remaining from
2  On Account prior to November 17th, that now we had zero
3  items On Account, that a change could have been made to
4  the accounting changing from 25005 to another account.
5    Q.   And that's what I asked you, if after the
6  On Account was changed, whatever its uses were changed,
7  whether or not it was still under 25005, and I think you
8  said originally that it was.
9    A.   I'm not quite sure I remember what I said
10  earlier.  But I'm clarifying that I believe the account
11  was changed after we had completed the On Account
12  project on November 17th, 2000.
13    Q.   And that was changed to 12601?
14    A.   This is where I want to go back and confirm.
15  I do remember an account being changed, the On Account
16  underlying accounting being changed.  12601 is a
17  possibility.  I just want to go back and make sure,
18  since I am testifying.
19    Q.   And 12601, that was a reserve account?
20    A.   Yes.
21    Q.   And do you think that you'll be able to go
22  back and confirm that, confirm what you need to confirm?
23    A.   I believe so, because if an item -- after this
24  change was made, we would be able to look at the receipt
25  history and all the accounting associated with that

350

1  receipt, and if an item had been moved On Account after
2  that change had been made, the accounting would be
3  stored and preserved.
4    Q.   And you'll be able to, I guess, do whatever
5  research you need to do to clarify that?
6    A.   Yes.
7    Q.   Okay.  So we'll probably be able to do that
8  when we take your deposition as a fact witness.
9    MR. RUBIN:  Well, and again, we'll -- we're
10  not -- you're not asking Mr. Myers to agree to something
11  that, you know, is up to the defendants to decide
12  whether he's going to be available for a fact
13  deposition.  He doesn't have to answer that question.
14    MR. WILLIAMS:  Okay.  All right.
15    MR. RUBIN:  Okay.
16    MR. WILLIAMS:  Yes.
17    VIDEOGRAPHER:  In the deposition of Greg
18  Myers, this marks the end of tape four, Volume I.  Going
19  off the record, the time is 7:48.
20       (Deposition concluded at 7:48 p.m.)
21
22
23
24
25

351

1            CERTIFICATE OF WITNESS
2
3         I, the undersigned, declare under
4  penalty of perjury that I have read the foregoing
5  transcript, and I have made any corrections,
6  additions, or deletions that I was desirous of
7  making; that the foregoing is a true and correct
8  transcript of my testimony contained therein.
9
10  EXECUTED this _____ day of _____.
11
12  2005, at _____, _____.
13    (City)         (State)
14
15
16
17       _____
18       GREGORY SCOTT MYERS
19
20
21
22
23
24
25

352

1      CERTIFICATE OF DEPOSITION OFFICER
2          I, DIANA NOBRIGA, hereby certify that the
3   witness in the foregoing deposition was by me duly sworn
4   to testify to the truth, the whole truth, and nothing
5   but the truth in the within-entitled cause; that said
6   deposition was taken at the time and place therein
7   stated; that the testimony of said witness was reported
8   by me, a Certified Shorthand Reporter and disinterested
9   person, and was thereafter transcribed into typewriting,
10  and that the pertinent provisions of the applicable code
11  or rules of civil procedure relating to the notification
12  of the witness and counsel for the parties hereto of the
13  availability of the original transcript of the
14  deposition for reading, correcting and signing have been
15  met.
16         I further certify that I am not of counsel or
17  attorney for either or any of the parties to said
18  deposition, nor in any way interested in the outcome of
19  the cause named in said action.
20         In WITNESS WHEREOF, I have hereunto
21  subscribed by my hand this 19th day of April 2005.
22
23
24         _____
25         DIANA NOBRIGA, CSR NO. 7071

CERTIFICATE OF DEPOSITION OFFICER

I, DIANA NOBRIGA, hereby certify that the witness in the foregoing deposition was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth in the within-entitled cause; that said deposition was taken at the time and place therein stated; that the testimony of said witness was reported by me, a Certified Shorthand Reporter and disinterested person, and was thereafter transcribed into typewriting, and that the pertinent provisions of the applicable code or rules of civil procedure relating to the notification of the witness and counsel for the parties hereto of the availability of the original transcript of the deposition for reading, correcting and signing have been met.

I further certify that I am not of counsel or attorney for either or any of the parties to said deposition, nor in any way interested in the outcome of the cause named in said action.

DATED: April 19, 2005

DIANA  NOBRIGA, CSR NO. 7071