# EXHIBIT N

1

```
 1          IN THE UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3
    In re ORACLE CORPORATION
 4  SECURITIES LITIGATION
                 Master File No. C-01-0988-MJJ
 5  This Document Relates To:
 6  ALL ACTIONS.
 7  _____/
 8
 9              ---oOo---
10            CONFIDENTIAL
11  VIDEOTAPED DEPOSITION OF MICHAEL DeCESARE
12       Thursday, February 16, 2006
13              ---oOo---
14
15       SHEILA CHASE & ASSOCIATES
         REPORTING FOR:
16          LiveNote World Service
         221 Main Street, Suite 1250
17       San Francisco, California 94105
           Phone: (415) 321-2300
18          Fax: (415) 321-2301
19
20
21  Reported by:
    LORRIE L. MARCHANT, CSR, RPR, CRR
22  CSR No. 10523
    and
23  SHEILA CHASE, CSR, RPR
    CSR No. 4934
24
25
```

2

```
 1            I N D E X
 2         INDEX OF EXAMINATION
 3                           PAGE
 4  EXAMINATION BY MR. WILLIAMS          7
    EXAMINATION BY MR. HARRISON         141
 5
 6              ---oOo---
 7         INDEX OF EXHIBITS
 8  DESCRIPTION                 PAGE
 9
10  Exhibit 1  E-mail string, Bates Nos.      42
       NDCA-ORCL 296485 through NDCA-ORCL
11     296487, 3 pages
12  Exhibit 2  E-mail string, NDCA-ORCL 055957  56
       through NDCA-ORCL 055962, 6 pages
13  Exhibit 3  E-mail, subject:  HP CRM Close   67
       Plan, 11-28-00, NDCA-ORCL 020844
14     through NDCA-ORCL 020849, 6 pages
15  Exhibit 4  E-mail string, 12-1-2000,       77
       NDCA-ORCL 039320, 1 page
16
17  Exhibit 5  E-mail string, 11-11-2000,      80
       NDCA-ORCL 020850 and
18     NDCA-ORCL 020851, 2 pages
19  Exhibit 6  E-mail string, 10-31-2000,      85
       NDCA-ORCL 069310 and
20     NDCA-ORCL 069311, 2 pages
21  Exhibit 7  E-mail, Subject:  Gap update   100
       11/28, 11-28-2000,
22     NDCA-ORCL 612453, 1 page
23  Exhibit 8  E-mail, Subject:  Gap update   110
       11/28, 11-28-2000, NDCA-ORCL 298746
24     through 749, 4 pages
25  Exhibit 9  E-mail string, 2-22-2001,      120
       NDCA-ORCL 171019, 1 page
```

3

```
 1  DESCRIPTION (Continued)             PAGE
 2  Exhibit 10 E-mail, Subject:  High Tech High   124
       Volume Reference, 12-7-2000,
 3     NDCA-ORCL 171966 and
       NDCA-ORCL 171967, 2 pages
 4
 5  Exhibit 11 "Oracle Product Industries Q3 '01  127
       and Q4 '01 Forecast Package,
 6     Week 12 - February 14th, 2000,"
       NDCA-ORCL 084863 through
 7     NDCA-ORCL 084891, 29 pages
 8  Exhibit 12 "Oracle Product Industries Q3 '01  139
       Forecasted Deals by Cities,"
 9     NDCL-ORCL 084823 and 084824,
       2 pages
10  Exhibit 13 Subpoena, Notice of Deposition,    142
       and Request for Documents to
11     Michael DeCesare, 9 pages
12  Exhibit 14 E-mail, Subject:  Pipeline         191
       Snapshot from Richard Blotner to
13     Frank Varasano, Sandy Sanderson,
       and copying Jim English, 12-1-2000,
14     NDCA-ORCL 027953 to
       NDCA-ORCL 027954, 2 pages
15
16  Exhibit 15 "OPI Final Forecast Week 12,"      202
       11-16-2000, 23 pages
17  Exhibit 16 "Oracle Product Industries Q3 '01  213
       and Q4 '01 Forecast Package,
18     Week 14 - February 27, 2001,"
       NDCA-ORCL 400679 to
19     NDCA-ORCL 400706, 28 pages
20              ---oOo---
21  QUESTIONS THE WITNESS WAS INSTRUCTED NOT TO ANS
22      Page  Line
23           (None)
24              ---oOo---
25
```

4

```
 1        BE IT REMEMBERED that on Thursday, February 16,
 2  2006, commencing at the hour of 9:37 a.m., thereof, at
 3  the offices of Lerach, Coughlin, Stoia, Gellar, Rudman &
 4  Robbins, LLP, 100 Pine Street, Suite 2600,
 5  San Francisco, California, before me, LORRIE L.
 6  MARCHANT, CSR, RPR, CRR, a Certified Shorthand Reporter
 7  for the State of California, personally appeared
 8            MICHAEL DeCESARE,
 9  called as a witness by the Plaintiffs herein, who, being
10  by me first duly sworn/affirmed, was thereupon examined
11  and testified as hereinafter set forth.
12              ---oOo---
13  Appearing as counsel on behalf of Plaintiffs:
14     SHAWN WILLIAMS, Esquire
       MONIQUE C. WINKLER, Esquire
15     LERACH, COUGHLIN, STOIA, GELLAR, RUDMAN & ROBBIN
       100 Pine Street, Suite 2600
16     San Francisco, California 94111
       (415) 288-4545
17     e-mail: shawnw@lerachlaw.com
       e-mail: moniquew@lerachlaw.com
18
19  Appearing as counsel on behalf of Defendants:
20     MATTHEW D. HARRISON, Esquire
       KYRA G. BUSBY, Esquire
21     LATHAM & WATKINS, LLP
       505 Montgomery Street, Suite 1900
22     San Francisco, California 94111-2562
       (415) 391-0600
23     e-mail: matt.harrison@lw.com
       e-mail: kyra.busby@lw.com
24
25
```

5

```
1   Appearing as counsel on behalf of the witness:
2       ALAN M. CAPLAN, Esquire
        LAW OFFICES OF BUSHNELL, CAPLAN & FIELDING, LLP
3       221 Pine Street, Suite 600
        San Francisco, California 94104-2715
4       (415) 217-3800
5   Also present: James Terrell, Videographer
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

6

```
1       THE VIDEOGRAPHER:  This begins the videotaped
2   deposition of Michael DeCesare, Tape I, Volume I, in the
3   matter in re Oracle Corporation Securities Litigation,
4   Master File No. C-01-0988-MJJ, as filed in the
5   United States District Court, Northern District of
6   California.
7       Today's date is February 16th, 2006.  The time
8   on the video monitor is 9:37.
9       The video operator today is James Terrell
10  representing LiveNote World Service, located at 221 Main
11  Street, Suite 1250, San Francisco, California, 94105.
12  The phone number is (415) 321-2300.
13      The court reporter is Lorrie Marchant of
14  Sheila Chase & Associates reporting on behalf of
15  LiveNote World Service.
16      Today's deposition is being taken on behalf of
17  plaintiff and is taking place at 100 Pine Street,
18  San Francisco, California.
19      Will counsel now please introduce yourselves
20  and whom you represent.
21      MR. WILLIAMS:  Shawn Williams, Lerach,
22  Coughlin, Stoia, Geller, Rudman & Robbins on behalf of
23  the Plaintiffs.
24      MS. WINKLER:  Monique Winkler, also of Lerach,
25  Coughlin, on behalf of Plaintiffs.
```

7

```
1       MR. HARRISON:  Matthew Harrison and my
2   colleague Kyra Busby of Latham & Watkins for
3   Defendant Oracle Corporation and the individual
4   defendants.
5       MR. CAPLAN:  Alan Caplan, Bushnell, Caplan &
6   Fielding representing the witness.
7       THE VIDEOGRAPHER:  Thank you.  The reporter may
8   swear the witness, and you may begin.
9           (Witness sworn/affirmed.)
10          EXAMINATION BY MR. WILLIAMS
11      BY MR. WILLIAMS:  Q.  Morning.
12      A.  Hi.
13      Q.  Mr. DeCesare, can you state your full name and
14  address for the record, please.
15      A.  Michael Patrick DeCesare, 4350 Quail Run Lane,
16  Danville, California 94506.
17      Q.  I know Mr. Caplan probably explained to you
18  what's going to happen here today, and I'm just going to
19  give you a brief overview just to be clear.
20      A.  Okay.
21      Q.  The reporter next, sitting to your left, is
22  going to take down everything that is said in this room
23  today.
24      Do you understand that?
25      A.  I do.
```

8

```
1       Q.  And she's -- she's not able to take down hand
2   gestures or head nods.  So I'm going to ask you to
3   respond to all questions orally.
4       A.  Okay.
5       Q.  You understand that; right?
6       A.  I understand that.
7       Q.  Do you understand that you're testifying --
8       A.  No head -- no -- no hand stands --
9       Q.  Right.  Nothing like that.  You can do that if
10  you talk as well.
11      Do you understand that you're testifying under
12  oath today and the oath that you've taken is the very
13  same oath that you would take in a court of law?
14      A.  I do.
15      Q.  We'll take several breaks today, most of which
16  will be at your leisure.  So if you ever need a break,
17  just, you know, let me know, and we'll take a short
18  break.
19      A.  Great.
20      Q.  I'm going to ask you several questions.  I'm
21  going to try to be as clear as I can.  Sometimes I'll
22  fumble.  If you don't understand any question that I
23  ask, just ask me to repeat it, and I'll do the best I
24  can to clarify for you.
25      A.  No problem.
```

9

1    Q.   Throughout the deposition you may hear
2  objections from either your lawyer or counsel for
3  defendants.  They have the right to object to certain
4  questions -- to all questions if they want to, but
5  unless your attorney --
6    A.   That would be annoying.
7    Q.   It would be annoying, but that's their right.
8  If your attorney -- unless your attorney instructs you
9  not to answer a specific question, you still have to
10  answer the question.
11       Do you understand that?
12    A.   I do.
13    Q.   Do you understand everything that I've
14  explained to you?
15    A.   I do.
16    Q.   Is there any reason why you can't give your
17  full and complete testimony today?
18    A.   There's not.
19    Q.   Are you on any medications that might impact
20  your ability to recall facts?
21    A.   I am not.
22    Q.   And you haven't been drinking this morning or
23  anything like that?
24    A.   Nothing --
25    Q.   Alcohol?

10

1    A.   No.
2    Q.   At the end of your testimony sometime within
3  the next 30 days or so, you'll have an opportunity to
4  review your testimony to correct minor mistakes, and
5  Mr. Caplan will talk to you more about that.
6       Do you understand that?
7    A.   I do.
8    Q.   Have you ever had your deposition taken before?
9    A.   No.
10    Q.   And do you know why you're here to testify
11  today?
12    A.   Yep, I do.
13    Q.   And what is your understanding of why you're
14  here?
15    A.   Shareholders are suing Oracle, Larry, Sandy,
16  and Jeff, for statements misleading to financial
17  analysts that caused the stock to rise before they
18  personally sold stock and stock fell.
19    Q.   Okay.  When you say "Larry," are you referring
20  to Larry Ellison?
21    A.   Larry Ellison, Sandy Sanderson, and
22  Jeff Henley.
23    Q.   Okay.  And how is it that you learned why you
24  would be testifying today?
25    A.   I don't understand what you're saying.

11

1    Q.   Okay.  When did you learn -- when was the first
2  time you learned that you would have to give testimony
3  in a deposition?
4    A.   I was called by Alan.
5    Q.   And do you recall when -- approximately when
6  that was?  A month maybe?
7    A.   Several months ago.  No, nothing more --
8    Q.   Okay.
9    A.   -- thorough than that.
10    Q.   Okay.  And are you familiar at all with the
11  particulars of this lawsuit?
12    A.   I've read through it roughly.
13    Q.   And when you say you read through it, you read
14  through a complaint in this action?
15    A.   I read through the complaint, yeah.
16    Q.   And when --
17    A.   Fifteen minutes' worth of reading through it.
18  I mean, I haven't read the entire thing, but I -- I gave
19  it the once over for sure.
20    Q.   Okay.  And when was that?
21    A.   I read it when it first was served to me.  I
22  don't know how long ago that was --
23    Q.   Okay.
24    A.   -- and then I read it again --
25       MR. CAPLAN:  Excuse me.  I'm going to instruct

12

1  Mr. DeCesare not to respond in any way that discloses
2  any communications you and I had.
3       THE WITNESS:  Okay.  And then I read it again
4  last night to familiarize myself before today.
5       BY MR. WILLIAMS:  Q.  Okay.  And I know you
6  indicated that you read it when it was first served upon
7  you, but you don't remember when that was.  Do you --
8    A.   Several months ago.
9       (Discussion off the record.)
10       BY MR. WILLIAMS:  Q.  Aside from meeting with
11  Mr. Caplan prior to your testimony, did you have any
12  conversations about your testimony or possible testimony
13  with anyone?
14    A.   My wife.
15    Q.   And did you review any documents other than the
16  complaint that you just referred to, in preparation for
17  your deposition today?
18    A.   I did not.
19    Q.   Can you just briefly describe for me your
20  educational background after high school.
21    A.   I went to Villanova University, '84 to '88 --
22  major in communication, minor in computer science.  They
23  are the No. 2 team in the country right now in
24  basketball.
25    Q.   Those were good years when you were there.

13

1    A. It was when they won the NCAA championship, and
2  that's it.
3    Q. And did you go to work right after you
4  graduated from Villanova?
5    A. I did. I moved to California. I worked at
6  MTI Systems for six months and then got a job with
7  Oracle in February of '89.
8    Q. '89?
9    A. I believe February of '89.
10    Q. And when you were hired by Oracle, what
11  position were you hired for?
12    A. I was an expediter. I tracked orders in our
13  telesales department.
14    Q. And that was somewhere around '89?
15    A. It was -- I was hired in -- I want to say it
16  was February of '89 is when I was hired.
17    Q. Okay. When you say you "tracked sales in
18  telesales," can you just describe briefly for me what
19  that means.
20    A. I was an administrator that, when the orders
21  came in, telesales would make sure they got booked and
22  shipped and tracked and paid and all that kind of stuff.
23    Q. Okay.
24    A. That was my first job there.
25    Q. And "telesales" is telephone sales?

14

1    A. Telephone sales, correct.
2    Q. And do you recall who hired you back then?
3    A. Tom Siebel.
4    Q. Okay. And did you report directly to him at
5  that time?
6    A. I did not. I reported to Vinny Smith, who
7  reported to Tom Siebel.
8    Q. Okay. I don't want to go through all of the
9  early '90s, so --
10    A. Sure.
11    Q. -- let's jump up to, say, 1997.
12       Was your -- had your position changed from
13  1989?
14    A. So I -- when I left Oracle, it was very clearly
15  disclosed to me that they wanted everything that had
16  anything to do with Oracle back. So I went through an
17  exhaustive process and literally gave them everything
18  down to T-shirts that I had gotten. So, you know, I --
19  you're going to hear this a lot from me today -- I do
20  not have a strong recollection of what year -- you know,
21  what this year versus that year. I can give you general
22  time frames.
23    Q. Okay.
24    A. Around 1997, which is around when you asked, I
25  think at that point I was vice president of sales in the

15

1  enterprise group, the enterprise group being the larger
2  accounts that were sold to.
3    Q. Okay.
4    A. And I was always in the West. So between 1997
5  or so, when I left, those were years that I just had
6  more responsibility but, for the most part, was a
7  vice president of sales in the western region.
8    Q. Okay. And was it always in enterprise during
9  that period, between 1997 and the time you left?
10    A. Yes.
11    Q. And does that sim- -- enterprise simply means
12  large cust- -- dealing with large customers?
13    A. Yes.
14    Q. Okay. You indicated that during those years
15  you were in California and you were always in the west;
16  right? You were responsible for the west?
17    A. The territory that I was responsible for was
18  the western portion of the U.S., and I have lived in
19  California the entire time and worked out of our
20  California office down in Redwood City the entire time.
21    Q. Very good. I'm going to direct your attention
22  to 1999.
23    A. Okay.
24    Q. Who did you -- who did you report directly to
25  in 1999?

16

1    A. I don't know. Oracle -- very typical, many,
2  many bosses filtering through different positions --
3  it's very, very customary for the company at the time I
4  was there.
5       So the last boss I had -- I believe that I left
6  in 2001. I was trying to sort this out last -- last --
7  last night. Again, I -- I don't have a single thing to
8  go back to from a record standpoint to refer to. So I
9  believe in 2001. The last at least year that I was
10  there I reported directly to Sandy Sanderson.
11    Q. Okay. And do you know what position he held?
12    A. I think he was executive vice president at that
13  point. But he had -- he had enterprise sales; he had
14  all of worldwide consulting, and I think he might have
15  had a couple of other things as well. He was one
16  of Larry Ellison's direct reports.
17    Q. And how often -- during that period -- and
18  I'm -- it's -- withdrawn.
19       I want to talk about late '99 through the time
20  you left.
21    A. Okay.
22    Q. So during that period did you speak to or
23  communicate with Mr. Sanderson on a day-to-day basis?
24    A. I reported to him. So I communicated to him as
25  often as I needed to.

17

1   Q.  Did you guys -- were your offices close to one
2  another?
3   A.  They were not.  He was over in one of the ivory
4  towers.  I worked out in one of sales offices.
5   Q.  So when you did communicate with him, was it
6  typically by telephone or e-mail?
7   A.  I met with him in his office periodically to
8  make forecast calls and things like that that we would
9  do.
10   Q.  Okay.
11   A.  I don't remember how frequently, though, to be
12  honest with you.
13   Q.  That's fine.  I just -- all I'm trying to get
14  at is the different modes of communication.  So is it
15  fair to say that you communicated with him by e-mail?
16   A.  E-mail, phone, and face-to-face.
17   Q.  Okay.  And during the same period did you
18  communicate directly at all with Mr. Ellison?
19       MR. HARRISON:  Objection.  Vague and ambiguous.
20       I just wanted to make sure you're referring to
21  the same period.  '99 to 2001?
22       BY MR. WILLIAMS:  Q.  Currently I'm talking
23  about late '99 through the time you left.
24   A.  In the period of late '99 through the time I
25  left, I definitely communicated with Mr. Ellison.

18

1   Q.  Directly?
2   A.  Directly.
3   Q.  Is it fair to say that you communicated with
4  him in the same manner?  E-mail, telephone, and
5  face-to-face?
6   A.  You can never get Larry on the phone.
7   Q.  Okay.
8   A.  You've got to get through his 14 assistants.
9  Most of my communication with Larry would have been
10  through either e-mail or directly.  And it was all about
11  customers.  So the only communications that I would have
12  had with him would have been on a specific deal.
13   Q.  And when --
14   A.  When --
15   Q.  -- you say -- I'm sorry.  Go ahead.
16   A.  When Ray Lane left Oracle -- I don't know what
17  time frame that was -- I want to say that was probably
18  around 1999 -- you guys probably know better than me --
19  at that point -- that -- that's when my communication
20  with Larry would have picked up because Larry took on
21  some of the responsibilities of executive sponsorship
22  roles on major accounts that Ray used to have.  That was
23  my interaction with Larry.
24   Q.  Okay.  What -- what do you mean when you say
25  "executive sponsorship"?

19

1   A.  On enterprise accounts for customers that would
2  spend a lot of money with us, it was very typical that,
3  when they would sign up, we would formally assign one of
4  our executives to play a role of, kind of, making sure
5  that customer was successful inside of Oracle.  And they
6  would be anything from managing escalations to quarterly
7  update meetings, annual update meetings, just to make
8  that customer feel like there was someone at the
9  executive team at Oracle that was, kind of, watching out
10  for them.
11   Q.  Okay.  So as an executive sponsor generally,
12  would the executive sponsor have direct contact with the
13  customer?
14   A.  Clearly.
15   Q.  Okay.  And just quickly to go through some of
16  the things you indicated.  One of the things that the
17  executive sponsor would be, I guess, talked to about is
18  escalations; is that fair?
19   A.  Yes.
20   Q.  What are escalations?
21   A.  Problems.  They have problems with the
22  software -- if the consultants that were put on site
23  were not of the skill set that was required, if the
24  customer was to go over budget, if there was a feature
25  the customer needed in the software that they would like

20

1  to get earlier than Oracle would have been planning --
2  you know, things like that.
3   Q.  And -- can you read back his last answer, not
4  this one, the one prior to this one.
5       (Record read as follows:
6       "Q  On enterprise accounts for customers
7       that would spend a lot of money with us, it
8       was very typical that, when they would sign
9       up, we would formally assign one of our
10       executives to play a role of, kind of,
11       making sure that customer was successful
12       inside of Oracle.  And they would be
13       anything from managing escalations to
14       quarterly update meetings, annual update
15       meetings, just to make that customer feel
16       like there was someone at the executive
17       team at Oracle that was, kind of, watching
18       out for them.")
19       BY MR. WILLIAMS:  Q.  What do you mean when you
20  say quarterly updates as --
21   A.  Meeting -- meeting -- meeting once a quarter.
22   Q.  Just meeting with them to just do an
23  assessment?
24   A.  (Nods.)
25   Q.  Okay.  And that would be face-to-face by the

DeCesare, Michael  2/16/2006  9:37:00 AM

21

1 executive sponsor?
2 A. It took all different forms.
3 Q. Okay.
4 A. If it was a customer that was far away, it
5 might be a phone call. If it was a customer that was
6 local, it might be a meeting.
7 Q. And how about new sales? Was there an
8 executive sponsor for new sales or sales that were in
9 the pipeline, so to speak?
10 MR. HARRISON: Objection. Lacks foundation.
11 BY MR. WILLIAMS: Q. Go ahead.
12 A. There was -- when a customer would sign up with
13 us, it would be more of a formal process. It's not that
14 it happened every time. It's just that it's -- my style
15 was to try and see if I could get somebody at the
16 executive level to be more engaged in the company
17 because I thought that would have a higher degree of
18 success.
19 During the presales process, before the
20 customer signed, which is what you're asking now --
21 (Reporter clarification.)
22 THE WITNESS: -- during the presales process,
23 which is more before they signed the contract and became
24 a customer, it was more ad hoc, as needed. So it wasn't
25 this formal process that every deal had to have somebody

22

1 in it. It was just, you know -- it was more typical,
2 when a customer signed with us, to have an executive
3 sponsor than it would be in the presales process.
4 BY MR. WILLIAMS: Q. Okay. Now in late '99
5 through the time you left in -- what you're saying is
6 2001, was enterprise sales in any particular umbrella
7 division at Oracle?
8 A. Sandy Sanderson's division.
9 Q. Okay. Have you heard of the acronym "NAS"?
10 A. We had North American Sales. I believe it was
11 George Roberts.
12 Q. And was there an acronym that described
13 Sandy Sanderson's?
14 A. I'm sure there was. We had acronyms for
15 everything, but I don't remember what it was.
16 OPI. Is that right?
17 See? That's good retention after that period
18 of time.
19 Q. And do you -- do you know what OPI stood for?
20 A. Something Process Industries -- Oracle Process
21 Industries, Oracle -- I might be right. I'm not sure,
22 to be honest with you.
23 Q. Okay.
24 A. George Roberts, for the most part, had the
25 commercial business, and Sandy had the enterprise

23

1 business, which would be certain verticals and just
2 large accounts in general. So that was segmented at
3 that point.
4 Q. Okay. Can you tell me what you mean by
5 "commercial business."
6 A. Smaller accounts.
7 Q. And is there -- is there a dollar value
8 dividing smaller accounts and larger accounts at least
9 when you were at Oracle?
10 A. I forget.
11 Q. And --
12 A. In general as far back as when Ray was there --
13 so I guess that would be before 1999 -- there was a very
14 heavy motivation to try and keep sales teams on the
15 accounts that originally sold it. So you'd have more
16 outliers.
17 If there was a line, you might have more
18 exceptions to try and keep continuity on accounts. But
19 there was always a target line. I just forget what it
20 was.
21 Q. Okay. Were you required to submit reports or
22 updates on your sales activities during '99 through 2001
23 when you left?
24 MR. HARRISON: Objection. Vague and ambiguous.
25 THE WITNESS: I don't understand what you're

24

1 asking either.
2 Do you -- do you mean updated forecast system
3 with dollar figures or actually update the status of
4 accounts?
5 BY MR. WILLIAMS: Q. Well, did you update
6 status of accounts?
7 A. Not formally. The -- the sales force
8 automation system that we used was a -- more of a
9 forecasting system. It didn't have the functionality to
10 be able to use it to track steps on accounts.
11 Q. Okay. Now, the sales force automation
12 system -- is that a system that you used regularly to
13 conduct your business?
14 A. Yes.
15 MR. HARRISON: Objection. Vague.
16 BY MR. WILLIAMS: Q. And can you just
17 describe --
18 MR. HARRISON: Sorry.
19 THE WITNESS: Dude.
20 MR. HARRISON: It's going to happen.
21 BY MR. WILLIAMS: Q. Can you just -- can you
22 just describe for me, if you -- the best you can, what
23 sales forces automation is or was.
24 A. I think --
25 MR. CAPLAN: Excuse me, guys.

25

```
1          THE WITNESS: Objection. Vague.
2          MR. HARRISON: It wasn't to you.
3          MR. CAPLAN: Excuse me.
4          MR. HARRISON: It was to his question.
5          MR. CAPLAN: We have the most talented court
6   reporter in the city here, but you can't talk over
7   people, and you've got to slow down a little so she can
8   get all the words down.
9          MR. HARRISON: Just to explain -- because he
10  just looked sideways at me -- I wasn't objecting to your
11  answer. I just didn't get it in time.
12         THE WITNESS: All good.
13         Can you repeat the question, please.
14         BY MR. WILLIAMS: Q. Can you describe for me,
15  as best you can, what sales force automation was.
16         A. So the sales force automation is the concept of
17  software that coordinates forecasts and deal activity
18  used by sales organizations. The system specifically
19  that we used was Oracle's sales force automation system
20  at that point.
21         Q. And did it have a name? Was it referred to as
22  anything internally?
23         A. Yeah. Yes, it was, but I forget the name of
24  it.
25         Q. Okay. And what type of information -- well,
```

26

```
1   withdrawn.
2          What type of information could be found in
3   Oracle's version of its sales force automation while you
4   were there at Oracle?
5          A. Strictly account name and deal size and deal
6   status. It was just a pure forecast roll-up system.
7          Q. And if you could just describe for me -- when,
8   when you say a "forecast roll-up system," could you just
9   tell me what you mean.
10         A. So it would track the name of accounts, how big
11  the opportunity was, what sales stage we were in -- that
12  type of thing.
13         Q. Okay. And did it -- when you say it showed or
14  displayed what sales stage an account was in, were there
15  delineations of the stage a sale may be in?
16         A. Yes, there was.
17         Q. And do you recall how that -- how those stages
18  were delineated?
19         A. Every company has different methodologies; so I
20  do not recall exactly, but it was something to the
21  effect of prequalified, qualified, budgeted, technical
22  win, closed.
23         Q. And based on your experience, using that system
24  at Oracle, were you able to see -- withdrawn.
25         Based on your experience at Oracle, were you
```

27

```
1   able to determine by looking at the sales force
2   automation system whether a deal was close to being
3   closed or had less of a likelihood of being closed?
4          MR. HARRISON: Objection. Vague.
5          THE WITNESS: That would be the sales stages.
6   So, yes.
7          BY MR. WILLIAMS: Q. And can you -- withdrawn.
8          Have you ever heard of the term OASIS?
9          A. Yes.
10         Q. And -- and what -- what do you understand OASIS
11  to be?
12         A. OASIS goes back to 1990, which is when I joined
13  Oracle, when Tom Siebel ran our telesales department.
14  It was Online Automated Sales Information System. And
15  it was the first version of CRM of the Customer
16  Relationship Management software within Oracle.
17         It was designed and built for internal use, not
18  to be a resellable product at that point, and it's the
19  product that took us from paper leads being passed out
20  to automating that process for the telesales and field
21  organizations.
22         Q. What's the -- what is the field organization?
23         A. Reps that go out in the field and call on
24  customers -- telesales being reps that are on the phone
25  calling on customers.
```

28

```
1          Q. Were you using -- withdrawn.
2          Was the company using OASIS in 1999/2000?
3          MR. HARRISON: Objection. Vague.
4          THE WITNESS: No, they were not. By that point
5   they had moved from the internal OASIS system to the
6   commercially marketable CRM system.
7          BY MR. WILLIAMS: Q. Okay. And have you heard
8   of the term Oracle Sales Online?
9          A. I have. So a lot of acronyms flying around
10  here. There's two things that I want to clarify on.
11  There's -- Oracle has a business that they do, they
12  sell, where customers pay a subscription and log into an
13  ASP model, a service provider model, that I thought was
14  called Oracle Service Online. I could be wrong. They
15  went through a lot of different names over the years.
16         Then there was a name for the internal CRM
17  system that is the more current version of OASIS that
18  I -- I -- might also be Oracle Sales Online. So I -- I
19  don't know, to be honest with you, between those
20  two things.
21         Q. Have you heard of the acronym "OSO"?
22         A. I -- yes. But I have no idea what it stands
23  for anymore -- no recollection.
24         Q. Okay.
25         A. I'm trying to talk slower.
```

DeCesare, Michael  2/16/2006  9:37:00 AM

29

```
1      Q.  During the same period, '99 till the time you
2  left, do you know whether or not your organization used
3  a pipeline?
4      MR. HARRISON:  Objection.  Vague.
5      THE WITNESS:  That's the same question you just
6  asked me.  It's the same system.  Okay?
7      BY MR. WILLIAMS:  Q.  So the --
8      A.  Pipeline is a sales force automation system.  A
9  pipeline would be a pipe or a list of opportunities that
10  we just discussed a few minutes ago.
11      Q.  Okay.  So if -- so that sales force automation
12  system would be the same as someone saying, "Hey, that's
13  the pipeline"?
14      A.  Correct.  The pipeline would be the list of
15  opportunities inside the sales force automation system.
16      Q.  Great.  And did you have to use that sales
17  force automation system to conduct your duties?
18      A.  Yes.  I had to roll it up to Sandy.  So the
19  entire company -- every account manager or sales rep in
20  the company -- would put their information in, and then
21  every level of management, all the way up through Larry,
22  they would have views into that pipeline system for just
23  their portion of the business.
24      Q.  Okay.  So is it fair to say that everyone in,
25  say, OPI or all the sales reps in OPI input information
```

30

```
1  into that system?
2      A.  Yes.
3      Q.  And in -- in your position, were you able to
4  see what other sales reps were entering into the system?
5      A.  Only the sales reps that worked for me.
6      Q.  Directing your attention to, you know, mid
7  2000, how many sales reps did you have working for you?
8      A.  I don't remember.  But if I had to -- if you
9  want a guess, I would guess about 30.
10      Q.  Okay.  And they were all -- they were all
11  responsible for areas in the west?
12      A.  Major accounts in the west.
13      A.  Major accounts in the west.
14      A.  From Seattle, Arizona, California, Oregon,
15  Idaho, Washington, Colorado.
16      Q.  When you say "major accounts," is that just a
17  term you're using here, or was that in Oracle?
18      A.  It would be a list of enterprise accounts,
19  major accounts, enterprise accounts, are all the
20  accounts that would be in the OPI area.  Again, it
21  wasn't a hard line like everything over X dollar --
22      Q.  Okay.
23      A.  -- figure.
24      So it was more of -- you know, certain
25  industries there would be -- be a lower bar, other
```

31

```
1  industries a higher bar as far as the revenue lines and
2  stuff.  So simply it was a list of named accounts that
3  my team covered.
4      Q.  Okay.  And in -- in mid 2000 through the time
5  you left, what products were you and your sales team
6  selling?
7      A.  All of Oracle's products -- database and
8  applications.
9      Q.  Can you just quickly describe the difference
10  between database and application products.
11      A.  Yeah.  So the database products are more of a
12  repository for structured content.  And the applications
13  would be more business applications for things like
14  finance, manufacturing, sales force automation, human
15  resources, et cetera.
16      Q.  Okay.  Was Oracle selling, quote, unquote,
17  "application" -- withdrawn.
18      Was -- were you and members of your sales staff
19  selling applications in 1999?
20      A.  As I just said, my team sold the entire product
21  set, including applications.
22      Q.  I'm just trying to determine, you know, when
23  Oracle started selling applications.  Do you know?
24      A.  Oracle sold applications back in 1990 when I --
25  or '89 when I joined the company.
```

32

```
1      Q.  Okay.  Did -- at any point during your tenure,
2  did Oracle expand its applications products?
3      MR. HARRISON:  Objection v.a.gue.  Sorry.
4      THE WITNESS:  Every year they would expand
5  their applications products.  New releases, new
6  products, new spaces.  Very, very typical for a software
7  company.
8      BY MR. WILLIAMS:  Q.  Okay.  Have you heard of
9  the acronym "ERP"?
10      A.  Yes, I have.
11      Q.  And do you know what it means?
12      A.  I do.
13      Q.  Can you tell me.
14      A.  Enterprise Relationship Management software.
15      Q.  And was Oracle selling ERP software in the --
16  the '90s?
17      A.  Absolutely.
18      Q.  And can you tell me what -- if you know, what
19  types of applications are within the ERP realm?
20      A.  Yes.  ERP automates the concept of back office.
21  That's another way that you would look at it.  So it
22  would be finance, manufacturing, and human resources.
23  Selling against companies like SAP, PeopleSoft, Baan --
24  those were the major players against Oracle at that
25  period.
```

33

1    Q.  Okay.  And have you heard of the acronym "CRM"?
2    A.  Yes.
3    Q.  And can you just tell me what that means.
4    A.  It means Customer Relationship Management
5    software.
6    Q.  And is it fair to say that's front office?
7    A.  Yes.
8    Q.  Okay.
9    A.  That would be -- that would be the front office
10   software, which would be more sales force automation,
11   support, marketing -- the customer-facing sides of the
12   software.
13   Q.  And do you know when Oracle began selling
14   CRM software?
15   A.  So you -- you're -- you're -- just like testing
16   me heavily on this.  It's -- mid '90s would be my guess.
17       You mentioned OASIS earlier.  OASIS was the
18   internal version that was built, and at some point the
19   company decided to productize that and begin to market
20   it.  I want to say mid '90s.  It could be a bit earlier
21   than that.
22   Q.  Okay.  And you -- you listed a few competitors
23   for the ERP software.  Do you know who Oracle's
24   competitors were for CRM in the late '90s into 2000?
25   A.  Yeah.  They were Siebel and Salesforce.com, for

34

1    the most part.  PeopleSoft too.
2    Q.  Do you know whether any of those competitors
3    were considered to be better than others or had products
4    that were stronger than others?
5        MR. HARRISON:  Objection.  Calls for
6    speculation.  Lacks foundation.
7        THE WITNESS:  It was a bit of a leapfrog game.
8    It depends upon the year.  One company would come out
9    with one release.  Another company would come out and --
10   and -- and leapfrog that.
11       One -- one example for you guys would be
12   producing a version of the product that runs on the Web.
13   So, you know, one company would come out and produce a
14   Web-based version, and somebody else would catch up to
15   that.  So -- but it went back and forth.
16   BY MR. WILLIAMS:  Q.  Okay.  Now, directing
17   your attention back into 2000, did Oracle have a
18   Web-based version for its CRM -- CRM software, if you
19   know?
20   A.  Yes.  Not everything was Web based.  So parts
21   of it were Web based, but there were certainly Web-based
22   elements of the software.
23   Q.  Do you recall -- do you recall what those
24   elements are or were?
25   A.  No.

35

1    Q.  No?
2    A.  No.  There's a lot of screens inside of an
3    application package, and not all of it would come out in
4    a Web-based version at once.  It was very typical for
5    any of the companies to release versions that would have
6    incremental functionality, and that was a big -- in 2000
7    that was a very big issue for companies is a version
8    that could run on the Web.
9    Q.  Okay.  Have you heard of a -- an Oracle product
10   called 11i?
11   A.  Absolutely.
12   Q.  And can you describe what that is or what it
13   was?
14   A.  Just the 11th version of the application
15   products that came out.
16   Q.  And do you know whether or not it was -- well,
17   withdrawn.
18       Have you heard of the -- the 11i suite
19   software?
20   A.  Again, every time Oracle came out with a
21   major -- when they had enough major functionality built
22   up, they would rename it a new release.  Very typical
23   for a software company.  And 11i was just one of those
24   releases.
25   Q.  I was focusing on the word "suite."  Did --

36

1    have you heard of it -- have you heard that it was
2    called the 11i suite?
3    A.  From a marketing perspective, that was the
4    first time that I recall Oracle marketing the whole
5    thing as ERP, CRM, et cetera.  But it was just another
6    update to the same softwares -- an update to finance,
7    manufacturing, CM, HR -- all those things.
8    Q.  Do you know whether or not the 11i suite
9    included CRM and ERP together?
10   A.  Yes, it did.
11   Q.  And do you know whether prior to 11i Oracle was
12   selling ERP and CRM together in a suite?
13   A.  Yes, we were.
14   Q.  And do you know what, if any -- if it --
15   withdrawn.
16       Do you know what that may have been called?
17   A.  No.
18   Q.  And --
19   A.  I mean, again, you -- you could go back and
20   look, and there's every major release.  Prior to 11 was
21   10.  I mean it's -- every time that major functionality
22   comes out, a company typically relaunches that and
23   renames it and remarkets it around a new acronym.
24   Q.  Okay.  Do you -- withdrawn.
25       In 2000 was your sales team selling 11i suite

DeCesare, Michael  2/16/2006  9:37:00 AM

37

1 of applications?
2    A. I don't remember when 11i came out.
3    Q. Okay.
4    A. I'm pretty sure it was out by 2000, and if it
5 was, we would have been selling it. But I don't
6 remember exactly the date that 11i came out.
7    Q. And do you know what -- withdrawn.
8    A. Between you withdrawing and you objecting, you
9 guys have a -- must have a hard time getting through
10 conversations.
11    MR. WILLIAMS: Only formal conversations.
12    MR. CAPLAN: Just lawyers being lawyers.
13    THE WITNESS: Just trying to keep it light.
14    MR. RUBIN: I appreciate it.
15    BY MR. WILLIAMS: Q. Now, had you heard or --
16 withdrawn.
17    Had you heard whether or not 11i was so-called
18 "preintegrated," meaning the CRM and ERP modules could
19 talk to one another?
20    MR. HARRISON: Objection. Vague and ambiguous.
21    THE WITNESS: So I -- I read the complaint, and
22 that was certainly a big piece of the marketing campaign
23 back then. But from my perspective, it was no more
24 integrated than any of the previous releases were. They
25 were built by separate development organizations; they

38

1 were, for the most part, sold to separate customers.
2    11i was the first release that Oracle was
3 trying to get the larger customer base to purchase the
4 entire thing. It was more of a marketing message from
5 my perspective.
6    BY MR. WILLIAMS: Q. And when you say they
7 were "built by different organizations," what do you
8 mean?
9    A. Mark Barrenechea owned the CRM organization,
10 Ron Wohl owned the ERP organization, and, for the most
11 part, they didn't speak.
12    Q. The organizations or the people --
13    A. The leaders.
14    Q. The leaders --
15    A. The leaders in the organizations.
16    Q. Okay. And do you know how that impacted the
17 development of the suite? Meaning ERP and CRM together?
18    MR. HARRISON: Objection. I'm sorry.
19 Objection. Calls for speculation. Lacks foundation.
20    THE WITNESS: As I -- as I said a second ago,
21 from my perspective, the 11i suite was no more
22 integrated or worked together than the previous
23 releases. There were certainly customers that were
24 using both ERP and CRM from Oracle. And there were with
25 11i as well, but there was quite a bit of integration

39

1 that needed to take place between those products to make
2 them work effectively together.
3    BY MR. WILLIAMS: Q. Okay. And from a sales
4 perspective, what did -- what did -- what do you mean
5 when you say "integrated"?
6    A. Well --
7    Q. Withdrawn.
8    When you say that there was "quite a bit of
9 integration that needed to be done" for them to work
10 together, what do you mean?
11    A. Customers -- if you look at Oracle as a large
12 consulting business, as does Accenture, BearingPoint, et
13 cetera, these companies bill somewhere between, in my
14 opinion, three to five dollars of service dollars for
15 every license dollar to make the products work with the
16 implementation, the configuration of those products, and
17 the integration of those products to other systems they
18 needed to speak to. So that's what integration would
19 mean to me.
20    Q. And when your salespeople were selling 11i,
21 were they selling it as a preintegrated suite of
22 software?
23    A. We were.
24    Q. And --
25    A. That's what the marketing messages were at that

40

1 point. So, again, around the 2000 time frame, when the
2 Internet caused a bit of a crash, customers were looking
3 to do business with less vendors. So I think the
4 marketing message that Oracle came out with was the
5 integration of the entire suite was for companies to
6 realize they could buy all of it from one vendor.
7    Previous to the Internet crashing it was more
8 in favor for customers to go buy "best of breed" from
9 different vendors and integrate those things themselves.
10 So to me that preintegrated was just a message to the
11 market that was the right timing for the -- for the
12 market at that point.
13    Q. Okay. And in your sales organiza- -- or --
14 withdrawn.
15    Did -- was anyone in your sales organization
16 also responsible for consulting, or were you guys just
17 selling the product?
18    A. Just the product. So we sold the consulting.
19    Q. Okay.
20    A. But the consulting organization, the delivery
21 organization, which was the folks that actually did the
22 consulting, were managed in a separate organization.
23    Q. And -- did Oracle know during 2000 that the
24 quote, unquote, "marketing message" of -- of 11i being
25 preintegrated -- withdrawn.

DeCesare, Michael  2/16/2006  9:37:00 AM

41

1    Did Oracle know that the marketing message was
2 different from the actual capability of the products of
3 11i?
4    MR. HARRISON: Objection.
5    I'm sorry. I thought you were through.
6    Objection. Calls for speculation. Lacks
7 foundation.
8    THE WITNESS: I -- I have no idea if Oracle
9 knew that at that point or not.
10   BY MR. WILLIAMS: Q. Did you know?
11   A. Sales --
12   MR. HARRISON: Objection. Misstates testimony.
13   THE WITNESS: Sales organizations are always
14 going to paint the brightest picture possible for what a
15 product can and cannot do. So SAP, Oracle,
16 PeopleSoft -- all of the vendors in that space were all
17 pitching a more integrated suite; yet every one of them
18 still had heavy consulting services to deliver on that
19 promise.
20   BY MR. WILLIAMS: Q. Okay. Do you know
21 whether Oracle had -- in 2000 had implemented 11i
22 internally?
23   A. Again, I -- I don't know exactly when 11i came
24 out. So assuming that 11i was out by 2000, Oracle
25 always used their own products internally.

42

1    Q. Do you -- did you personally use any of the 11i
2 modules internally?
3    A. So I personally would have used the sales force
4 automation portion of 11i. I used every version of it
5 that came out that was implemented for internal use.
6    MR. WILLIAMS: Let's take five minutes.
7    THE VIDEOGRAPHER: Off record at 10:21.
8    (Recess was taken from 10:21 a.m to
9    10:33 a.m.)
10   THE VIDEOGRAPHER: On record at 10:33.
11   MR. WILLIAMS: I'm going to ask the reporter to
12 mark this document as DeCesare No. 1. It's
13 Bates-numbered NDCA-ORCL 296485 through -- -487.
14   (Marked for identification purposes,
15   Exhibit 1.)
16   BY MR. WILLIAMS: Q. I'm just going to ask
17 you, Mr. DeCesare, to just take a look at what's been
18 previously marked as DeCesare No. 1. If you could just
19 review it and just let me know when you're done.
20   A. Got it.
21   Q. Do you recognize what's been marked as DeCesare
22 No. 1?
23   A. I mean I don't remember it, but I'm on it.
24   Q. It's an e-mail.
25   A. Julie -- Julie worked for me. Julie still

43

1 works for me, by the way.
2    Q. Does it -- is it an e-mail, the document, an
3 e-mail that --
4    A. It's an e-mail, yes.
5    Q. And -- and you indicated that you're on it;
6 right?
7    A. I'm copied on it, correct.
8    Q. Okay. And --
9    A. As are, by the way, Tom Thimot and
10 Steve Mclaughlin, who are my counterparts in the Central
11 and East.
12   Q. Okay. And -- well, you're actually on the
13 bottom half of the first page, right, ending -485?
14   A. Correct.
15   Q. And can you just tell me who is Julie Cullivan
16 or was Julie Cullivan?
17   A. Is or was?
18   Q. Well, at the time in January of 2001, you
19 indicated she worked for you?
20   A. She worked for me, and she ran all of my
21 presales reps. So the sales reps have a counterpart
22 that is more technical, that is a presales rep that is
23 responsible for demonstrations, presentations,
24 et cetera.
25   Q. And that was Julie Cullivan?

44

1    A. Correct.
2    Q. And she reported directly to you?
3    A. She did.
4    Q. And what's the general topic of this e-mail?
5    A. The lack of integration between the ERP and CRM
6 products within Oracle suite of products.
7    Q. And this e-mail is January 31, 2001?
8    A. Correct.
9    Q. Does that help you recall when you actually
10 left the company?
11   A. Yeah. Definitely after January 31, 2001. I --
12 I -- I think that I left right after the third quarter,
13 which would have been the end of February.
14   Q. Okay. And just directing your attention to the
15 second half of page 1, do you see the subject line?
16   A. I do.
17   Q. And what is it -- and -- and what is a --
18 is the subject?
19   A. It says "OPI demonstration environment product
20 issues."
21   Q. And do you know generally what -- well
22 withdrawn. What is -- what was a demonstration? What
23 is a demonstration?
24   A. A customer that buys any application company's
25 products will usually take somewhere around a year to

45

1   implement those products. So the demonstration
2   environment is intended to try in a week or a month
3   mirror what the customer will look like when they get
4   live -- trying to slow down.
5       So that's what that the demonstration is. It's
6   an environment to try and convince and show customers
7   what the product will look like when they are eventually
8   live.
9   Q. And that's part of the sales process?
10  A. Very standard in any application sales process.
11  Q. Okay. And it looks like this e-mail is sent to
12  you -- well, to Sandy Sanderson?
13  A. Correct.
14  Q. And you're CCed on there?
15  A. I am CCed?
16  Q. M-hm.
17  A. Yes.
18  Q. And can you just tell me who Tom Thimot is, if
19  you know?
20  A. Tom Thimot was my counterpart in OPI that ran
21  the Central region.
22  Q. Okay.
23  A. And Steve Mclaughlin was my counterpart that
24  ran the East region.
25  Q. Okay.

46

1   A. We all reported to Sandy Sanderson in this
2   period of time.
3   Q. And do you recognize any of the other e-mail
4   addresses in the CC line?
5   A. You know, I don't, except Julie. Those aren't
6   names that I remember.
7   Q. Okay. And directing your attention to the very
8   first paragraph of the e-mail, can you read that first
9   paragraph beginning with "the consistent themes."
10  A. "The consistent themes continue to be poor
11      performance, inability to prove our
12      E-business suite integration story, and
13      product stability/quality issues."
14  Q. Okay. Did you know at the time what
15  Julie Cullivan meant -- Julie Cullivan meant by what's
16  in the first paragraph?
17  MR. HARRISON: Objection. Calls for
18  speculation.
19  THE WITNESS: I have opinions on it. The
20  performance was because of the -- it would take a long
21  time over the Internet. You would be out at the
22  customer and you'd try and enter something, and it
23  could hang for five or ten minutes before it would
24  return your answer. So that would be poor performance.
25      Inability to prove our E-business suite

47

1   integration story is spelled out in much more depth
2   below, but as I mentioned to you guys earlier, these
3   products were built by very different business teams.
4   Their integration issues were -- there was lots to do to
5   get these products integrated. So that's what the
6   integration issues are that are down there. And there
7   are very specific things in this e-mail that -- that
8   call exactly that out.
9       And the product stability/quality issues,
10  again, that's the -- that's a bit of a repeat. It's --
11  the -- the stability would be the ability for you to
12  enter a business flow and not have the system crash.
13  BY MR. WILLIAMS: Q. And what you've reviewed
14  in this e-mail -- was that your experience during this
15  period, January of 2001, as well?
16  MR. HARRISON: Objection. Calls for
17  speculation. Vague and ambiguous.
18  THE WITNESS: So I -- I tended to rely on Julie
19  very heavily for this. I've never considered myself a
20  very technical person; so I surround myself with very
21  strong technical folks. Julie was my individual that
22  worked for me that represented all these issues.
23      So I couldn't comment on all the little bullets
24  under order management or manufacturing or that type of
25  stuff. I do tend to trust Julie. But overall there was

48

1   definitely a concern in the field that there was a lot
2   still to be done to make the products work together in
3   an integrated fashion.
4   BY MR. WILLIAMS: Q. And was that something
5   that was communicated to you by your sales reps in late
6   2000/early 2001?
7   A. I don't remember specifically about whether it
8   was communicated to me by my sales reps in that period
9   or not, but it was a general feeling about the products
10  in both 11i as well as the releases that were prior to
11  that.
12  Q. Okay.
13  A. Which, by the way, I mean the proof point is
14  the consulting organization; right? If everything
15  worked out of the box perfectly, you wouldn't need
16  thousands of consultants.
17  Q. And did Oracle need thousands of consultants to
18  implement 11i?
19  A. As I said to you earlier, when I sold an
20  application deal, for the most part, it took between
21  three and five service dollars to every one license
22  dollar, and those service dollars were to configure,
23  integrate, and customize.
24  Q. And do you know where Julie Cullivan is now?
25  A. She works for me still. So I work at EMC now.

49

1  I run worldwide operations for the software side of EMC,
2  and Julie runs all of my worldwide presales and sales
3  operations.  She's worked with me for ten-plus years --
4  worked for me for ten-plus years.
5     Q.  Is she doing basically the same type of work
6  that she was doing for you at Oracle?
7     A.  She's got a much bigger job.  She's got about
8  500 people working for her now.  But it would be still
9  presales, but she has a lot of other functions that
10  report to her now that she never had at Oracle.
11    Q.  I'm going to direct your attention to the top
12  half of DeCesare No. 1.
13    A.  Okay.
14    Q.  Do you know who Ron Wohl is?
15    A.  Yes.
16    Q.  And who is he?
17    A.  As I mentioned to you earlier, Ron went -- Ron
18  was in charge of the development organization at that
19  point for the back office applications.
20    Q.  Is that ERP?
21    A.  ERP.  And Mark was his peer on the CRM or front
22  office side.
23    Q.  And who is George Roberts?
24    A.  George Roberts was Sandy's counterpart that ran
25  NAS, or the North American Sales organization.

50

1     Q.  And did you -- did you meet with Ron Wohl or
2  Mark Barrenechea during, I guess, 2000 and early 2001 to
3  discuss sales of the CRM or ERP?
4     A.  So I don't remember specifically meeting with
5  them during the year 2000 or 2001.  But I spent quite a
6  bit of time with both those individuals over the
7  12 years I was at Oracle.  Mark, more in the later
8  years; Ron, the entire time.
9        Again, it was usually -- I mean, again, it was,
10  as I mentioned to you earlier, the executive sponsorship
11  role.  It was -- that's a role that I tended to play in
12  a lot of our deals, and it was just, you know, "They
13  need this."  "There are 63 things that you're going to
14  produce in the next release, and this customer wants
15  these five done first" kind of stuff; right?
16        So Mark and Ron were both very willing to
17  engage in specific customer situations to try and make
18  the implementations go more smoothly.
19    Q.  Okay.  I'm going to show you a bunch of
20  documents.  And we may jump around, you know, in terms
21  of dates and subjects; so bear with me.
22    A.  Okay.  And also, again, as I ask, is this the
23  first thing I've seen in eight or six years now that
24  would give me a refresher on when I left.  So I mean
25  dates and things will get -- get easier for me if I can

51

1  start to get context of -- of certain activities and
2  e-mails so --
3     Q.  That's great.  I want to direct your attention
4  to late 2000.  I know that you're -- you're having some
5  difficulty remembering what was happening during certain
6  periods of time.
7        But do you recall working with Hewlett-Packard
8  in late 2000?
9     A.  Hewlett-Packard was one of my biggest
10  customers.  So I -- I did a lot of business with
11  Hewlett-Packard.  We did several major, major
12  transactions with Hewlett-Packard around that time
13  frame.  So I -- I can't tell you exactly what deal came
14  down in what quarter or year, but I -- I know a lot
15  about HP, yeah.
16    Q.  So how long were they your customer?
17    A.  I was the global account manager on HP back in
18  '98, '97, '96.  It would be right before I became
19  vice president.  The last job I had was the global
20  account mana- -- or the enterprise account manager for
21  HP.  So I spent a lot of time with them.  It's probably
22  one of the accounts I know better than most.
23    Q.  And do you know someone by the name of
24  Phil May?
25    A.  Yeah.  That name sounds familiar.  I think he

52

1  might have been the alliance manager at HP that handled
2  Oracle.
3     Q.  How about Karen Slatford?
4     A.  Yeah.  She ran sales for them, I think, at that
5  point.
6     Q.  And were those people that you would have
7  interfaced with?
8     A.  Definitely.
9     Q.  Do you know whether in 2000 you were trying to
10  sell HP their database or applications or both?
11    A.  I did two major transactions in my last
12  five years at Oracle.  So I'm going to give myself a
13  little bit of padding, okay, here.  Okay?
14    Q.  Okay.
15    A.  So somewhere between '97 and 2001, we did
16  two major transactions with HP:  One to standardize our
17  database product that crossed the organization.
18    Q.  Standardize the Oracle database?
19    A.  Oracle's database product as the standard
20  across Hewlett-Packard.
21    Q.  M-hm.
22    A.  Was done with a guy named Mike Rose, who was
23  the CIO at that point -- now the CIO of Shell.
24        And the second was to sell them the CRM
25  products.

53

1    Q.  Okay.  And do you have -- do you know when or
2  around the time frame in which you sold them the CRM
3  products?
4    A.  I -- I -- if I had to guess, I would say that
5  that was late 2000, early 2001.  And I'm sorry for not
6  having a better recollection on this.  This is a long
7  time ago.  I haven't really thought about this much in
8  the last six years.  But we did a big CRM deal with them
9  right when I was about to leave.  I -- I -- I think it
10  might have been the reason I stayed through the last
11  quarter was to help get that deal done before I left
12  Oracle.  But I could be off by a year on that.  It's --
13  it's been a while.
14    Q.  Now, do you -- do you recall what the, I guess,
15  sales environment was for your division during the
16  quarter or the quarter before you left?  And what I'm --
17  what I'm referring to is demand for Oracle products or
18  customers willing to purchase Oracle products.
19    MR. HARRISON:  Objection.  Vague.
20    THE WITNESS:  I don't understand the question
21  either.
22    BY MR. WILLIAMS:  Q.  Okay.  Do you -- do you
23  know -- withdrawn.
24    Earlier you said that in 2000 that, you know,
25  the -- you know, the economy or the dot com, sort of,

54

1  busted.  And what I'm trying to determine whether that
2  occurred during your last quarter or two at Oracle, if
3  you recall.
4    A.  Within my organization specifically?
5    Q.  Sure.
6    A.  I don't remember, to be honest with you.  I --
7  I was in -- since I was in the enterprise team, one big
8  deal could put us at a huge growth rate over the prior
9  quarter or not getting that deal could make us have a
10  horrible quarter.  So my specific small slice of the pie
11  probably would not be indicative of the demand for
12  Oracle's products overall.
13    Q.  M-hm.
14    A.  There was definitely more pressure in 2000 and
15  early 2001 -- still today -- but I mean you'll
16  notice in that period specifically, there was more
17  pressure to try and get the larger transactions done
18  because they meant more to the company than they would
19  have previously.
20    Q.  And -- and why is that?  Do you know?
21    A.  Because times were tough.  Customers were
22  pulling back on budgets, you know, spending less,
23  kicking small vendors out, trying to consolidate
24  their -- you know, trying to protect their cash.  So
25  that was across all companies, you know, all industries

55

1  at that point.
2    Q.  And did you -- did you and your sales
3  organization recognize that happening at Oracle as well?
4    A.  Big companies with large market share like
5  Oracle were more insulated from that than the general
6  companies would be.  But, yes, my general impression is
7  that it hit Oracle just like it hit everybody else.
8    MR. HARRISON:  I'm sorry.  Could you repeat
9  that answer.  I couldn't hear it with him --
10    (Record read as follows:
11    "A  Big companies with large market share
12    like Oracle were more insulated from that
13    than the general companies would be.  But,
14    yes, my, general impression is that it hit
15    Oracle just like it hit everybody else.")
16    MR. WILLIAMS:  All right.  Let me ask the
17  reporter to mark this document as DeCesare No. 2 for
18  identification.
19    THE WITNESS:  Can I just have all the documents
20  now?
21    MR. WILLIAMS:  No.  I wish I could give them
22  all to you now, but ... maybe we should have sent you
23  documents so you could review them all.  This process
24  would be a little easier but --
25    THE WITNESS:  I took very seriously returning

56

1  everything when I left, and, unfortunately, it didn't
2  give me much to go back and try to get familiarized on.
3    MR. WILLIAMS:  Okay.
4    (Marked for identification purposes,
5    Exhibit 2.)
6    THE WITNESS:  So this is November, 2000.  Okay.
7  This helps.
8    MR. WILLIAMS:  And for the record,
9  DeCesare No. 2 is Bates-numbered NDCA-ORCL 055957
10  through 055962.
11    BY MR. WILLIAMS:  Q.  Just let me know after
12  you've reviewed that document.
13    A.  Okay.  Okay.
14    Q.  Okay.  And do you recognize DeCesare No. 2?
15    A.  I don't.  I mean, I -- I -- I certainly can
16  read it, but I don't remember it.
17    Q.  Okay.  Do you --
18    A.  I remember the whole process going through.
19  This is right about the applications deal; so I guess
20  the deal was Q2 2000.
21    Q.  And this is an e-mail that -- that you wrote
22  back in 2000?
23    A.  Yes.
24    Q.  Who is Frank Varasano?
25    A.  So Frank Varasano was my boss for -- I don't

DeCesare, Michael  2/16/2006  9:37:00 AM

57

1  know how long -- six months, a year.  So Ray Lane had
2  brought Frank Varasano in, when he was still there.
3  Frank used to work with Ray.  Frank ran OPI, working for
4  Sandy.  Tom, myself, and Steve reported to Frank for a
5  period of time.
6       Frank left, and that's when I reported directly
7  to Sandy until I left.  So, again, as I mentioned
8  earlier, I -- I -- I've got to believe I had 20 bosses,
9  30 bosses at Oracle in the 12 years I was there.
10  Reorganization was a common practice.  But Frank was my
11  boss, and I'm going to guess at this point that he was
12  still there and my boss because he's on this e-mail.
13      Q.  Okay.  And who's Kurt Speck?
14      A.  Kurt Speck worked for me and was the sales
15  manager that handled HP.
16      Q.  Okay.  And when you say he was a sales manager,
17  can you describe what his responsibilities would have
18  been for --
19      A.  The individual --
20      Q.  -- that deal?
21      A.  Sorry.  I talked over.
22      The individual sales reps that handled HP
23  reported to Kurt.  Kurt reported to me.
24      Q.  Okay.  And if you recall, how --
25      A.  Yeah.

58

1      Q.  -- how many sales?
2      A.  Let me clarify something there.
3      So there was -- Kurt went from being the
4  account manager on HP to the manager that handled HP,
5  and I don't have any recollection if, during this time,
6  what one of those two roles he was in.  But he was
7  either the account manager specifically on HP, the sales
8  rep on HP, or he was the manager that handled -- the
9  first-line manager that handled HP.
10      Q.  Okay.  And what are the responsibilities of the
11  account manager generally?
12      A.  Make the sales and service the customer.
13      Q.  And what about the line sale?  You mentioned
14  the line sales rep?
15      A.  Individual sales rep?
16      Q.  Yeah.
17      A.  So the individual sales rep would be the person
18  that actually has HP.  The first-line manager would be
19  one that might have a rep that handled HP, one that
20  handled Cisco, one that handled Sun -- the hierarchy.
21      Q.  Okay.  And you would be above them, responsible
22  for an even broader range of customers?
23      A.  Correct.
24      Q.  Okay.  Directing your attention to the text of
25  this e-mail that you wrote on November 9th, can you just

59

1  read that for me, please.
2      A.  "Sandy, Frank, HP confirmed today that they
3  will try and pull the CRM portion of the
4  order off, providing we deliver what we
5  have outlined in development and production
6  systems.  Since they don't need all of the
7  license users right now, they are -- they
8  are hedging on how big an order they will
9  do until they see how much production
10  hardware Oracle comes back with.  If this
11  turns out to be a large number, we could
12  get the entire order."
13      Q.  Okay.  Do you know what you meant when you
14  wrote that they -- that HP confirmed that they will try
15  to pull the CRM portion of the order off?
16      A.  Clearly.
17      Q.  What did you -- what did you mean?
18      A.  HP agreed that they would buy a huge CRM order
19  for us, from Oracle, if in return Oracle flipped all of
20  the production and development systems from Sun over to
21  HP.
22      Q.  Okay.  And -- and was that something that you
23  knew about prior to the date of this e-mail?
24      A.  Clearly.  I -- this is something that I worked
25  with Larry, Safra, Ray -- he was still there at this

60

1  point.
2      Q.  M-hm.
3      A.  This was -- I mean I can go through every bit
4  of this.  The who's who of Oracle is in this e-mail
5  trail.
6      Q.  You can if you'd like.
7      A.  I mean, you can go down this.  It's -- our CIO
8  Gary Roberts is in -- was in the loop on this.
9      Q.  So all the people on -- on the e-mail knew that
10  there was this transaction brewing?
11      A.  Yes.
12      MR. HARRISON:  Objection.  Calls for
13  speculation.
14      THE WITNESS:  At this point Oracle CRM products
15  were not being very well accepted in the marketplace.
16  Most of the application business was being done around
17  the ERP products.  So we had an opportunity with HP to
18  get them to make a huge public deal on the CRM products.
19  I want to say it was $20 million of license, but it
20  could have even been larger than that.
21      But in return for that, what HP wanted was
22  Oracle to move away from developing all the products on
23  Sun to developing those products on HP.  This e-mail
24  note goes through a very detailed and well-publicized
25  discussion inside the company around exactly what

DeCesare, Michael  2/16/2006  9:37:00 AM

61

1  systems would move from what to what.
2          BY MR. WILLIAMS:  Q.  And --
3      A.  And they were all to HP.
4      Q.  Sorry.
5          Do you know why Oracle CRM was not being well
6  accepted?
7          MR. HARRISON:  Objection.  Calls for
8  speculation.
9          THE WITNESS:  It was lacking in major areas of
10  functionality that Siebel had at that point.
11          BY MR. WILLIAMS:  Q.  Okay.
12      A.  As I mentioned to you earlier when you asked
13  the question, a fully functional CRM system allows sales
14  reps to collaborate online about an opportunity,
15  notes -- if you were a customer of ours, what -- you
16  know, what sports teams you like on down to what meals
17  you want us to take you out to and the rest of those
18  things.
19          So if a sales rep was to move off an account
20  and someone else was to move onto an account, you'd have
21  all that history.  Oracle CRM product was, for the most
22  part, a forecasting system.  It's -- all it allowed you
23  to do was put in the name of your law firm and your name
24  and how much you were going to spend with us.
25          So to get a big company like HP, with such a

62

1  global, large sales organization, using the CRM products
2  was generally perceived as a huge, huge win.
3          BY MR. SOLOMON:  Q.  And is it -- is it fair to
4  say that was -- the HP purchase was dependent on Oracle
5  moving its development over to HP or the HP hardware?
6      A.  Absolutely.  Because that's -- I mean,
7  that's -- I -- I needed to make sure this was not
8  something I wanted to drive without having complete
9  sponsorship from everyone in the organization.  So you
10  can see all the players that are involved in this.  This
11  is something that Sandy knew about, it's something that
12  Larry knew directly about, and it was something that
13  Slatford knew about and worked directly with them on it.
14      Q.  Do you know what you meant when you wrote,
15  "since they do not need all of the license users right
16  now, they're hedging on how big" -- the order will be or
17  "how big an order they will do"?
18      A.  They bought many, many more users from Oracle
19  than they needed.  The transaction size was more about
20  how much Oracle was going to buy from HP than it was
21  about how many users HP needed from Oracle.
22      Q.  And when you say "users," are you meaning,
23  like, licensed users?
24      A.  It's very typical for Oracle or any company to
25  try and go out and get the customer to license all of

63

1  their users upon execution of contract, even though
2  there will be a period of time when they're implementing
3  the rest of those things.
4          So I'll make sure I'm clear about that.  Every
5  software company tries to go out and license customers
6  for what they will look like, not for what they will be
7  using in the first month or year.
8      Q.  Okay.
9      A.  But on this transaction specifically the number
10  of users that we licensed HP for was I think probably
11  more than HP had total employees worldwide.
12      Q.  And was the deal executed?
13      A.  It was.  I don't remember if it was executed in
14  November.  I do believe it was.
15      Q.  Do --
16      A.  But I don't remember for sure that it was
17  executed in -- in November.
18      Q.  Do you know whether or not this particular
19  transaction was one which, say, OPI needed to make its
20  quarterly goal or forecast?
21      A.  It was --
22          MR. HARRISON:  Objection.  Calls for
23  speculation.
24          THE WITNESS:  It was a very large deal, and
25  there was a lot of visibility on it.  I had no access to

64

1  Oracle's worldwide forecast; so I can't tell you
2  specifically it was required to make the quarter, but
3  this was a very, very big deal, and there was a lot of
4  visibility on it.  And that, by the way, is not unusual.
5  A lot of the deals that I worked on -- they'd be big
6  enough so they could move the meter more than an average
7  transaction.
8          BY MR. WILLIAMS:  Q.  Okay.  That's fine.  What
9  I asked was whether or not it was needed to -- for OPI
10  to make its goal for the quarter, if you know.
11      A.  So it was needed for me to make my goal for the
12  quarter, but I was only one third of OPI, and, again, I
13  didn't have access to all of OPI's forecast.
14          MR. HARRISON:  I don't want to interrupt, but
15  objection.  Vague and ambiguous.  And calls for
16  speculation.
17          BY MR. WILLIAMS:  Q.  Do you know who
18  Marquesa Lloyd is?
19      A.  I don't remember that name.  Would it help you
20  if I told you who I did know in this --
21      Q.  Absolutely.
22      A.  So Juan Jones was on the alliance team
23  responsible for HP.  So he was in our alliances
24  organization.  He would be responsible for the
25  relationship between Oracle and HP.  Mike Rocha ran

65

1  server development. So he was on the database side. He
2  was one of the -- he's a very senior guy. Gary Roberts
3  was the CIO. Steve Janicki reported, I think, to Gary
4  Roberts, and he was responsible for a lot of the
5  production systems. Those are the ones that I know as
6  we get deeper into this. And then there's another one
7  back here, Conway Snyder, who was also in the alliance
8  organization. I think he reported to Juan Jones.
9      Q.  Okay.
10     A.  But -- okay.
11     Q.  I just want to direct your attention to 055960,
12  which is about four pages in.
13     A.  Yep.
14     Q.  Do you know what this document is or what it
15  describes?
16     A.  Was this document attached to the e-mail?
17     Q.  Well, they were produced sequentially. So --
18     A.  I don't remember seeing this specifically, this
19  document. It's been too long. But part of the
20  transaction was a commitment to move two things over to
21  HP. One, every production application in Oracle; so
22  there was a list -- at that -- at that point, it was --
23  I'm not sure it was every, but it was the majority of
24  the production applications. So when we -- when you
25  look at things like OASIS, which, I, guess, was still in

66

1  production at that point. I didn't even realize it was
2  around at that point. When you run down this list,
3  these are internal applications at Oracle that Oracle
4  was committing to run on HP hardware instead of Sun or
5  DEK or whatever other hardware it ran on.
6      There was a second commit, which was to move
7  the entire CRM development platform to HP as well. So
8  that was the -- I don't think that's captured. This is
9  production schedule. There would be another commitment
10  out of this, which was all of Mark Barrenechea's people
11  would now develop on HP instead of Sun.
12     Q.  And what do you mean when you say "develop on
13  HP"?
14     A.  All of the engineers that built the CRM
15  products would build it on HP. They -- they would log
16  in, like you're on a PC here, to an HP server instead of
17  a Sun server, which is a very desirable thing for a
18  hardware company because that means the first release
19  comes out on their hardware. It doesn't have to be
20  ported. And then it would get ported to Sun and all the
21  other hardware platforms that were out there.
22     Q.  Okay.
23     A.  So that's a very large thing for -- for
24  hardware companies is to get that.
25     MR. WILLIAMS: I'm going to ask the reporter to

67

1  mark this document as DeCesare No. 3.
2      (Marked for identification purposes,
3      Exhibit 3.)
4      THE WITNESS: Okay. Here we go. So this was
5  November 9th, and this is November 28th.
6      BY MR. WILLIAMS: Q.  If you could take a look
7  at DeCesare No. 3, which is Bates-numbered
8  NDCA-ORCL 020844 through -849.
9      Just let me know when you're done.
10     A.  Okay. What an incredibly well-written e-mail.
11     Q.  It must be written by you.
12     A.  Do you want me to go through every -- every bit
13  of this?
14     Q.  No. You can just take a look at it, and I'll
15  ask you about the sections I'm interested in.
16     A.  Okay.
17     Q.  Okay. Do you recognize what's been marked as
18  DeCesare No. 3?
19     A.  Yeah. Same as the last one. I mean I don't --
20  I don't remember the e-mail specifically, but this is
21  very consistent with what I've been describing and the
22  process that was going on at that point.
23     Q.  Is it an e-mail written by you?
24     A.  Yes, it is.
25     Q.  And what date was it?

68

1      A.  It was November 28th, 2000, three days before
2  the end of the quarter.
3      Q.  Do you know what -- I'm sorry?
4      A.  Three days before the end of the quarter.
5      Q.  And what is the subject of the e-mail?
6      A.  Subject of the e-mail is "HP CRM Close Plan."
7      Q.  Do you know what that meant?
8      A.  Yes.
9      Q.  What -- what did it mean?
10     A.  It was our -- it was the steps that we needed
11  to get the HP CRM deal closed in the second quarter.
12     Q.  And -- and who did you send the e-mail to?
13     A.  To Larry Ellison, Sandy Sanderson, Safra Catz.
14  You know who they are?
15     Q.  Yeah. But why don't you tell me who Safra Catz
16  is.
17     A.  Safra Catz at that point was introduced as
18  Lorrie's -- as Larry's chief of staff. When Ray left,
19  she, for the most part -- when Ray Lane left, she, for
20  the most part, took over all of the approvals and field
21  responsibilities and things like that. She now has gone
22  on to be one of Oracle's presidents.
23     Shelley Curtis is -- I think she's counsel.
24  She's one of the main lawyers at Oracle.
25     Conway Snyder, as I mentioned earlier --

69

```
1      Q.  Right.
2      A.  -- is on the alliance team.
3          And then Kurt Speck, Mark Barrenechea -- I've
4   already explained.
5      Q.  Okay.  I want to direct your attention down to
6   the first bullet point in the e-mail.
7          Do you see that?
8      A.  Yeah.  Where it says "Production Spend"?
9      Q.  M-hm.  And can you read that for me.
10     A.  It says
11         "Consistent with Larry's conversations
12     with Carly, HP will expect a purchase order
13     for the following amounts.  They will
14     expect this purchase order to be binding
15     and commit Oracle to using the full amounts
16     by the dates we promise.  10 million by
17     December 31 (I asked for this to give us
18     time to scope out the configurations we
19     currently need) and 10 million by May 31."
20     Q.  Does that refresh your recollection as to the
21  amount of the deal, the dollar amount?
22     A.  Clearly.
23     Q.  And what was it?
24     A.  It was $20 million.
25     Q.  And --
```

70

```
1      A.  My -- my -- my guess is the 20 million also
2   corresponded to the deal that we got in that period from
3   HP.  There was two or three deals that came down that --
4   it wasn't like one time -- a one-time purchase.  So --
5   but that was big one, 20 million.
6      Q.  And do you know what you wrote when you said
7   that they will expect this purchase order to be a
8   binding commit?
9      A.  Yes.
10     Q.  What does that mean?
11     A.  They expected Oracle to in writing commit that
12  this order would get done.  There was a period Oracle
13  wanted the order in November, which would be the end of
14  their quarter.  HP -- per the previous e-mail, there was
15  still some things that Oracle's team was fleshing out as
16  exactly what they needed to order from HP.  So the
17  intention I recall on this was to give ourselves -- give
18  Oracle a month, December 31st, to be able to scope all
19  that out and still get the order placed to HP, but HP
20  wanted to make sure that that order was coming to them
21  in December.
22     Q.  And who's Carly?
23     A.  Carly Fiorina, the CEO of HP.
24     Q.  I want to ask -- just direct your attention
25  direct your attention to the second bullet point for --
```

71

```
1   where it says "CRM Development."
2      A.  Yes.
3      Q.  Can you read that for me.
4      A.  "As a follow-up to Larry's conversation
5          with Carly, Mark Barrenechea will be
6          sending me a note tonight which will spell
7          out exactly what Oracle will do within our
8          CRM development environment to move to HP.
9          Shelly Curtis will then draft this into a
10         binding agreement.  I will need to deliver
11         this to HP tomorrow so that their legal can
12         review."
13     Q.  Are you describing here what you testified to
14  about Oracle moving its CRM development over to
15  HP hardware?
16     A.  Yes.
17     Q.  Did you ever see the -- an agreement or a
18  contract between Oracle and HP regarding this issue?
19     A.  I don't remember.
20     Q.  I'm going to direct your attention down to the
21  last bullet point.  See where it says "CRM Functional
22  Issues"?
23     A.  Yep.
24     Q.  Can you read that for me.
25     A.  "There are 14 showstoppers that HP feels
```

72

```
1          are keeping them from being able to achieve
2          their global rollout, which is scheduled
3          between April and October.  Although this
4          has nothing to do with this deal, the
5          project manager is using the leverage of
6          this deal to get more attention from Oracle
7          development.  Consistent with the weekly
8          meetings that Mark Barrenechea has hosting
9          over the past year, Mark is preparing a
10         response that will enable HP to hit their
11         internal dates."
12     Q.  Do you know what a showstopper is?
13     A.  Yeah.  A piece of functionality that the
14  customer requires that isn't currently in the product.
15     Q.  Okay.  I'm going to ask you to turn the page to
16  020845.
17     A.  Yes.
18     Q.  And down in the middle of the page, where you
19  see there's a bullet point in bold, beginning "The
20  payments have now been moved."
21     A.  Yes.
22     Q.  Can you just read that section to yourself and
23  then explain to me, if you can, what that means.
24     A.  So what HP wanted to do, instead of giving
25  Oracle $20 million up front, was to sign a lease for
```

DeCesare, Michael  2/16/2006  9:37:00 AM

73

1   that $20 million that would have allowed an operating
2   lease. An operating least shifts the burden of the
3   payments into out quarters. It's like buying a car.
4   You don't actually own the car until you've paid off the
5   end of the lease.
6          So by using an operating lease, what HP was
7   enabled to do is to sign the deal for Oracle but not
8   have that 20 million begin to hit their books and be
9   accrued until they went live on the software. So it's
10  very standard for us in larger deals is to try and
11  structure things where the customer takes the expense in
12  the out periods when they actually go live on the
13  software, not when they sign the original deal.
14     Q.  Do you know whether or not Oracle would
15  actually get payment upon signing of the deal, though?
16     A.  They would.
17     MR. HARRISON:  Objection. Vague and ambiguous.
18  Lacks foundation.
19     THE WITNESS:  So actually it's very clear to
20  me. It's when -- when -- when you sign a lease, the --
21  it gets farmed out, given to a third-party financial
22  institution. That company cuts Oracle the check that
23  day.
24     BY MR. WILLIAMS:  Q.  For the entire amount?
25     A.  The entire amount. And then the obligation is

74

1   between the customer, HP, and the financial institution
2   instead.
3      Q.  Okay. Do you know whether Oracle was the
4   financial institution in this instance?
5      A.  My understanding of the situation at that point
6   was that 100 percent of the paper was sold to third
7   parties.
8      Q.  Okay.
9      A.  And if it was kept by Oracle -- hold on. Hold
10  on. Hold on. Hold on.
11         So the typical business practice would have
12  been to sell that to a third-party institution. I think
13  on this that, when we put the leasing document in front
14  of HP, they objected to the language, and Oracle had to
15  carry that internally. But I could be wrong on that.
16  I -- I don't remember, to be honest with you.
17     Q.  All right. That's fine.
18     A.  In which case you would just see these
19  three bullet points in the contract instead of another
20  third-party leasing document, but I don't remember that.
21  That's -- I think that's what happened on this
22  transaction.
23     Q.  And --
24     A.  By the way, I don't think this is my document.
25     Q.  You don't know if this is --

75

1      A.  I don't think it is. The e-mail is mine for
2   sure, which is the front page, but I have no
3   recollection of writing this. My guess is this was
4   written by Conway.
5      Q.  Conway Snyder?
6      A.  Yes.
7      Q.  Why is that? Because he was the manag- -- the
8   account manager?
9      A.  Because this was a deal that wasn't just as
10  simple as them buying software from us. There was
11  heave, heavy involvement from the alliance team that
12  managed the relationship; right? Getting HP to use
13  the -- to get Oracle to use HP's products was very
14  attractive to both alliance teams as well, because it
15  furthered the partnership. So there's a lot of
16  documents that are in here and things that, you know --
17  I -- I -- you know, I just don't remember writing this.
18     Q.  Looking at 020845, do you recognize the
19  handwriting on that document?
20     A.  I do not.
21     Q.  If you can just go through that -- the entire
22  document through 849 and let me know if you recognize
23  any of the handwritten notes on -- on these documents.
24     A.  No, I don't.
25     Q.  Okay.

76

1      A.  It's definitely not my writing. I'm far
2   messier.
3      Q.  Okay.
4      A.  I'm on this last page.
5      Q.  I'm going to ask you to just turn to the last
6   page of the document.
7      A.  Okay.
8      Q.  020849.  Look at the very last bullet point
9   there, where it says "Q2 CRM order."
10         Do you see that?
11     A.  M-hm.
12     Q.  Can you just read that for me.
13     A.  So
14            "HP will not require the additional
15         licenses until January 2001 to" --
16         January -- or "to June 2002 but is willing
17         to commit to these licenses in exchange for
18         the above points. The list price on these
19         new licenses is $46 million and we" --
20         currently -- "we are currently in front of
21         them at a 50 percent discount for a net
22         license deal of 23 million."
23     Q.  Okay. Where it says "HP will not require
24  additional licenses until January 2001 through
25  June 2002," is that what you were referring to, when --

DeCesare, Michael  2/16/2006  9:37:00 AM

77

1  where a customer may not need the actual licenses until
2  some later date --
3      A. Yes.
4      Q. -- but you sell them to them now?
5      A. The term in the software industry would be
6  called "shelfware," where in return for a much larger
7  discount and better terms, the customer will commit to
8  the entire production load upon signature and -- even
9  though that might be phased out over a period of time.
10      This one is a bit more complicated than that
11  because HP was not just looking at this based on their
12  internal return on investment. They were factoring into
13  it the order that Oracle was going to place from them as
14  well.
15      Q. Okay.
16      A. Time for DeCesare 4?
17      MR. WILLIAMS: Yes, it is.  Time for
18  DeCesare 4. I'll ask the reporter to mark this as
19  DeCesare 4.
20      (Marked for identification purposes,
21      Exhibit 4.)
22      MR. WILLIAMS: Which is Bates-numbered
23  NDCA-ORCL 039320.
24      BY MR. WILLIAMS: Q. I'll just ask you to take
25  a look at DeCesare 4 and let me know when you're done.

78

1      A. Okay. So where's the date on here?
2  December 1. Okay.
3      Q. Do you recognize DeCesare No. 4?
4      A. Again, same as everything. I don't remember
5  the specific e-mail, but very much consistent with what
6  was going on at that point in the process.
7      Q. And who's the e-mail from?
8      A. Originally it's from me, and then this e-mail
9  on top of it is from Mark Barrenechea.
10      Q. And can you -- who -- who else was CCed on the
11  e-mail?
12      A. Larry Ellison, Safra Catz, Sandy Sanderson, and
13  Frank Varasano.
14      Q. And these are among the people you indicated
15  earlier were knowledgeable about the deal?
16      A. Yes.
17      Q. Can you just read the text of the -- of the
18  e-mail for me?
19      A. Mine or the one on top of mine?
20      Q. Yours.
21      A. So mine says for -- "HP is in" is the title,
22  and then it says "for over 20 million in CRM license.
23  Thanks to everyone, Mike."
24      Q. Does that refresh your recollection as to when
25  the HP deal --

79

1      A. Yeah.
2      Q. -- actually occurred?
3      A. November -- the last day of November in Q2 of
4  2000. Yeah.
5      Q. And do you know whether that -- withdrawn.
6      That deal was all for CRM? CRM applications?
7      A. All for CRM.
8      Q. And do you know whether or not Oracle booked
9  the 21 million in license or somewhere around that
10  amount in Q2 of fiscal '01, which ended November 30,
11  2000?
12      A. I know the transaction came in in time to count
13  the order in Q2, but I don't have any visibility --
14  didn't have any visibility into how Oracle closed and
15  reported. So I -- I -- I can't comment on that.
16      Q. Do you see above your e-mail, where it says
17  "It's like" -- de ja vu all -- "de ja view," it says --
18  "all over again."
19      A. Yes.
20      Q. Who wrote that?
21      A. Mark Barrenechea.
22      Q. Do you know what he meant?
23      A. We did two -- I think we did two orders with HP
24  for CRM: One order that happened earlier in the year,
25  and then this order, which was the bigger order, which

80

1  happened in November, I think. Again, as I said to you,
2  we did a lot of big orders with HP. So it's a little
3  fuzzy for me on what came in when.
4      DeCesare 5.
5      MR. WILLIAMS: DeCesare No. 5. I'll have the
6  reporter mark this as DeCesare No. 5.
7      (Marked for identification purposes,
8      Exhibit 5.)
9      MR. WILLIAMS: DeCesare No. 5 is Bates-numbered
10  NDCA-ORCL 020850 through -851.
11      BY MR. WILLIAMS: Q. I'll ask you to just take
12  a look at DeCesare No. 5 for me and let me know when
13  you're done.
14      A. Okay.
15      Q. Do you recognize DeCesare No. 5?
16      A. Sure.
17      Q. And is it an e-mail?
18      A. It is an e-mail.
19      Q. And who is it from?
20      A. Originally it's from me and then more recently
21  from Mark Barrenechea.
22      Q. And who are you sending it to?
23      A. It doesn't have any of the text of my e-mail
24  originally. It just says "Mike DeCesare wrote." So it
25  doesn't have who I sent it to.

81

1    Q. And that's on the bottom there?
2    A. Yeah.
3    Q. And do you know what the date of the e-mail is?
4    A. I don't have my -- the date of my original
5  e-mails because it's not on here, but Mark's was
6  November 11, 2000.
7    Q. And can you just read the section that you
8  wrote.
9    A. Yeah.
10   Q. I'm sorry. Withdrawn.
11      Just the section you wrote that's on the
12  first page, -850?
13   A. Yes.
14      "We have an opportunity to move a Q3
15      $15 million-plus CRM order into Q2. For
16      this to occur, we will need tight
17      coordination between all the needed Oracle
18      parties. Because of this I am copying all
19      the Oracle executives I believe need to be
20      involved to make this happen."
21   Q. And is that just pretty much consistent with
22  what you've described about the HP deal and who was
23  involved in it?
24   A. Yes. I mean this was sent three weeks earlier
25  so this is a precursor to the e-mail we just went

82

1  through. You will note it was 22 million, not 15-.
2    Q. M-hm. Do you know whether or not the CRM that
3  was sold to HP was actually installed and implemented at
4  HP?
5    A. Yes. It was -- parts of it were installed. As
6  you can see down here -- my recollection on this is that
7  we did one order that says the MOU back in the summer
8  that we did -- HP placed an order with us based off that
9  Memorandum of Understanding and began the
10  implementation.
11      So now that you've showed me this, if you start
12  taking a look at some of these documents -- you see the
13  14 showstoppers and things like that -- I think those
14  were things that HP was running into problems on that
15  they wanted better and stronger commits on to place the
16  second order, which is the one that happened in
17  November.
18   Q. Okay. Well, with respect to the one that
19  happened in November, do you know when that was
20  installed and implemented at HP, if at all?
21   A. So I think I might have left Oracle right after
22  that quarter. I might have left Oracle in December of
23  2000. I either left after the second quarter or after
24  the third quarter.
25   Q. But you might recall one of these exhibits had

83

1  an e-mail from you in January --
2    A. Okay. There -- there --
3    Q. -- January of '01?
4    A. -- there -- there you go then.
5      So I wouldn't have left Oracle in the middle of
6  a quarter. So, again, this is interesting for me. I
7  should probably know that; right? I -- I -- I don't
8  remember, to be honest with you. They bought so much
9  CRM software. How much of it was this order versus the
10  last order -- I -- I have heard, since I still sell to
11  HP, that a lot of that was written off.
12   Q. By HP?
13   A. By HP by not getting live on it. But that is
14  just speculation from what I've heard out there, not
15  anything grounded in -- in a conversation with anyone
16  about this specific order. So I don't know.
17      MR. WILLIAMS: Okay. I think we have to change
18  the tape. So it might be a good time for a short break.
19      THE VIDEOGRAPHER: The marks the end of Tape 1
20  of Volume I in the deposition of Michael DeCesare at
21  11:28. Going off the record.
22      (Recess was taken from 11:28 a.m. to
23      11:36 a.m.)
24      THE VIDEOGRAPHER: On record at 11:36.
25      This marks the beginning of Tape 2, Volume I,

84

1  in the deposition of Michael DeCesare.
2      BY MR. WILLIAMS: Q. You indicated earlier
3  that you were responsible for large customers in the
4  western region?
5    A. Yes.
6    Q. Did you make sales to JDS Uniphase in, say, the
7  second quarter of 2000? Do you remember?
8    A. I don't think that was in my territory. I
9  think they're based in the Central region.
10   Q. Okay. How about Compaq?
11   A. Compaq would be based in the Central region.
12   Q. And do you recall any other large customers
13  that you worked with, say, in 2000?
14   A. I don't remember 2000 specifically. Again,
15  most of the deals I did were -- this was a -- the HP one
16  was a very large one amongst big deals, but most of the
17  deals we did were in the larger size.
18   Q. How about Kaiser Foundation Hospitals?
19   A. I don't remember that one specifically, but
20  that is in the West.
21   Q. If it was a large deal in the West, would --
22  does that nec- -- is it -- can one presume that you were
23  a part or -- of that transaction or --
24   A. Most often, as I mentioned to you earlier,
25  there could easily be large accounts that were still

DeCesare, Michael  2/16/2006  9:37:00 AM

85

1  handled by the North American group, the commercial
2  group, just because somebody may have been on that
3  account for many years.  But, yes, as a general
4  statement, that would be a fair assumption.
5      Q.  Okay.  How about SAP?
6      A.  Nope.  Not mine.  Back -- back in New York.
7  Based in -- based in the East.
8      Q.  Okay.
9         MR. WILLIAMS:  I'm going to ask the reporter to
10  mark this document as DeCesare 6.
11         (Marked for identification purposes,
12         Exhibit 6.)
13         MR. WILLIAMS:  DeCesare 6 is Bates-numbered
14  NDCA-ORCL 069310 to -311.
15         BY MR. WILLIAMS:  Q.  If you could just take a
16  look at DeCesare 6 for me and let me know when you're
17  done.
18      A.  Okay.  Got it.
19      Q.  Do you recognize what's been marked as
20  DeCesare No. 6?
21      A.  I don't remember this e-mail, but it's not --
22  I -- I recall the whole situation with AMD.
23      Q.  Let me just direct your attention down to the
24  center of 069310.
25      A.  Okay.

86

1      Q.  Do you see your name there?
2      A.  Yes, I do.
3      Q.  And is this -- was this e-mail sent to you?
4      A.  Um -- am I copied on this?  Yeah.  It was sent
5  to my.
6      Q.  And that's the "mdecesar@us.oracle.com; right?
7      A.  Correct.
8      Q.  Who's it from?
9      A.  Mark Flessel.
10      Q.  Who's Mark Flessel -- Flessel?
11      A.  Mark was a first-level sales manager that
12  reported to me.
13      Q.  What do you mean "first level"?
14      A.  As I said to you earlier, it's a manager that
15  is one level above the individual account managers that
16  handle an account.  So the rep who handled AMD is
17  John Barranco, who's on here.  He reported to
18  Mark Flessel, who's the first-level sales manager, who
19  reported to me.
20      Q.  Let me just ask you a quick question about that
21  structure.  Was it typical for you to get information
22  about customers from your sales reps?
23      A.  Definitely.
24      Q.  And how did you communicate with them?  By
25  phone?  E-mail?

87

1      A.  All the above.  But e-mail was pretty
2  prevalent.
3      Q.  And so if a customer was having difficulty, you
4  know, installing software or implementing software,
5  would that be communicated to you?
6      A.  M-hm.
7      Q.  Possibly by e-mail?
8      A.  Definitely.
9      Q.  And how often would you personally get involved
10  with the customers and communicating with the customers
11  regarding installations or things of that nature?
12      A.  More of my interaction with the customers would
13  have been on, like, scheduled quarterly meetings and
14  things like that versus it blew up and you need to be
15  here tomorrow.
16         Our sales -- individual sales teams tended to
17  handle more of the day-to-day interaction.  But I
18  probably spent 25 percent of my time out in front of
19  customers in a pre or post sales situation.
20      Q.  Now, if one of your -- one of the members of
21  your sales team had an issue with a customer having a
22  problem with installation or implementation, would
23  members of your sales team communicate directly with
24  Oracle development -- Oracle's development team?
25      A.  Definitely.

88

1      Q.  The CRM team?
2      A.  Definitely.
3      Q.  The ERP team?
4      A.  I -- I had the big advantage of being in the
5  West.  So my sales reps, for the most part, were in the
6  same building as the developers, the same campus; right?
7  So the interactions between my team and the engineers or
8  the development team would be far more frequent than,
9  say, somebody who lived in Texas or in New York or
10  Florida.
11      Q.  So would it be fair to say it wasn't in your
12  office?
13      A.  I think it was -- no.
14         The person engaged with them.
15      Q.  Would it be fair to say that there would be
16  more of those types of communications -- and I'm talking
17  about communications between the sales staff and
18  development -- at that level below you?
19      A.  Definitely.
20      Q.  Rather than you with development or people in
21  your level?
22      A.  Yeah.  Julie, who we talked about earlier,
23  Julie Cullivan, would -- would -- was, kind of,
24  responsible for me in driving those conversations.
25      Q.  Okay.

89

1    A. But, yeah. That -- that's a fair assessment.
2        If you look at the different functions inside
3 of Oracle you have engineers, you have folks in support
4 and you have folks in consulting, you have folks in
5 presales. Those are a technical positions.
6        Many of the folks that I hired in the presales
7 came from the engineering organization. They wanted to
8 get into sales. So the amount of relationships that
9 would happen between those organizations would be --
10 would be a lot. There's -- there's quite a few of
11 those.
12    Q. Okay. I just want to direct your attention --
13 well, withdrawn.
14        You said that you recalled the AMD situation;
15 right?
16    A. Yeah.
17    Q. What do you recall?
18    A. This -- this whole thing. I forget if they
19 actually bought from Oracle or not. But we didn't do
20 very well on the demonstration process. And this
21 letter -- to my best guess, this is a pretty standard --
22 things are going bad, and it's a "hail Mary" as they use
23 in football -- the last chance to try and get a customer
24 to consider you. It was ghost written for Sandy to send
25 to Fred Mapp. Fred Mapp was CIO, chief information

90

1 officer, of AMD at that time.
2    Q. All right. Sorry.
3        Before you go on, you said it was ghost written
4 for Fred --
5    A. This is -- what you're looking at here is an
6 internal note that says "First draft of note to
7 Fred Mapp."
8    Q. I see.
9    A. So Mark Flessel is writing a note that he wants
10 Sandy Sanderson to put on letterhead and send to
11 Fred Mapp and sign.
12    Q. I see. Okay. And what is your recollection of
13 the issue, aside from what you just testified to?
14    A. I actually forget if AMD performed from us or
15 if we had lost the deal to somebody else. I don't -- I
16 don't -- I don't remember. It was not a very large
17 deal. AMD was not a very fast-growing company at that
18 point. If we had closed it, it would probably be less
19 than a half a million dollars or something. So my
20 recollection is far lower than it would be on bigger
21 deals like HP.
22    Q. Okay.
23    A. But with that said, it looks like we didn't do
24 very well in the demos, demonstrations, and that we were
25 committing executive sponsorship in a fixed-bid proposal

91

1 to try and overcome their concerns.
2    Q. What is a "fixed-bid proposal"?
3    A. It means that you go out in the consulting
4 world, you generate a statement of work, which is, in
5 any consultant engagement, the necessary consulting
6 people, time, dollars, assumptions, to deliver a
7 project. And if you say it's a million dollars, it's a
8 million dollars, whether it takes you a month to do it,
9 as you had estimated, or eight months.
10        So you take the mystery in -- sorry -- in
11 the -- in the application space -- Oracle SAP, any of
12 them -- it's -- it's very, very similar -- is -- the
13 horror stories that you hear out there are more about
14 customers who buy the software, begin the
15 implementation, and then need many, many times the
16 amount of services they originally expected to actually
17 get live.
18    Q. And --
19    A. So a fixed bid just takes that out. It says
20 we'll do it for this amount of money no matter how long
21 it takes us.
22    Q. Okay. And is that -- what happens generally --
23 withdrawn.
24        While you were at Oracle, did you encounter
25 situations, where a customer bought a fixed-bid proposal

92

1 or engaged in a fixed-bid proposal and the
2 implementation or installation took much longer than
3 initially expected?
4    A. It's hard to say "No" to that because that's
5 not an uncommon occurrence, but when we did fixed-bid
6 proposals, you would pad them. So you would take
7 whatever you thought the real amount of consulting is
8 and maybe up it by 20 or 25 percent, which is very
9 common. All the other consulting companies do the same
10 thing.
11        But it -- it forced the sales team up front to
12 be far more accurate about what we really believed it
13 would cost because, if it went over, it's -- it's a very
14 bad situation inside the organization.
15    Q. But what happens if it goes over?
16    A. The company loses money. You know, a
17 consulting organization will run somewhere between 10,
18 30 percent margin. So if it goes over by 10 to
19 30 percent, you're going to be losing money on the
20 consulting portion of the order.
21        I had the added benefit of working for Sandy,
22 who also ran the consulting organization. So to not
23 have an unhappy boss, you would want to make sure you
24 got those scoped out correctly up front.
25    Q. And where would -- if a -- if a -- if a

DeCesare, Michael  2/16/2006  9:37:00 AM

93

1  fixed-bid proposal went over cost, how -- how would a
2  company adjust for it?  Where -- where would the funds
3  come from?
4        MR. HARRISON:  Objection.  Lacks foundation.
5        THE WITNESS:  It's been a while.
6        MR. HARRISON:  Thanks.  Yeah.  I was doing
7  good.
8        THE WITNESS:  Consultants work full-time for
9  Oracle, and they would just become nonbillable
10  consultants on the engagement until it's complete.
11        BY MR. WILLIAMS:  Q.  And "nonbillable" means?
12  A.  The customer doesn't pay anything for them.
13  Q.  Do you know what a cost center is?
14  A.  M-hm.
15  Q.  What is that?
16  A.  A cost center is a -- an individual business
17  unit inside a company -- specific to Oracle you're
18  asking?
19  Q.  Yes.
20  A.  So it's a -- it's an organization that has --
21  inside Oracle that you can bill things to.  So in my
22  organization I had my own cost center.  I'd have each
23  one of my managers actually have their own cost center.
24  Whether it's a new PC, pencils, their share of the sales
25  conference, reloc- -- you know, the cube space, or

94

1  sometimes on deals, you know, things that other
2  organizations would agree to do if you paid for them --
3  those would get billed to it.
4  Q.  It's, kind of, like just an expense account or
5  something you bill your expenses to?
6  A.  Oracle at the time that I was there really only
7  measured their sales organization by the revenue they
8  produced, not the expense.  But if you were to run a
9  P&L, it would be -- you produced this amount of revenue,
10  and you spent this much to get it.  All the expense
11  associated with that would bill to your cost center.
12        Some of the items in your cost center are
13  things you control, and some are not.  So each month I
14  would get, you know, an allocation from Jeff Henley on
15  my fair share of the real estate for the company or my
16  fair share of, you know, whatever it might be.
17        And there's other things that I had direct
18  control over, like the travel of my teams, sales, you
19  know, events that I might do, customer dinners -- that
20  type of stuff.
21  Q.  Okay.
22  A.  Okay?
23  Q.  You said that, during your time at Oracle,
24  Oracle didn't measure your division by the amount --
25  Oracle measured the division by the amount of revenue it

95

1  made, not by the expense that it ran up; is that fair?
2  A.  Uh-huh.  Measured me personally.
3  Q.  Oh -- oh, you personally?
4  A.  Different companies handle this different ways.
5  My compensation plan was strictly based off of what --
6  how I did against the revenue numbers.  It did not
7  factor my expense below that.
8        It doesn't mean that nobody paid attention to
9  that.  It just means that that -- I -- I wasn't on --
10  like I am now in my -- looking at my organization, I
11  wasn't on a P&L plan at that point.  I think that was
12  held at Sandy's level, but that is my best guess.
13  Q.  Was one of your customers the Gap?
14  A.  Yes.
15  Q.  And where are they located?
16  A.  They're right down in -- down in the -- no,
17  they're down in -- they're -- they're here, and then
18  they're also -- the IT location is down in -- like right
19  near Oracle -- like Redwood City or something like that.
20  Q.  Well, is the -- was the Gap one of your
21  division's larger or smaller customers?
22  A.  So I forget.  They're a huge customer of mine
23  now for EMC's, but most of my interaction has been --
24  mostly going out there in my current dealings, but they
25  were definitely a customer.

96

1  Q.  Do you still deal with the same people?
2  A.  Some.
3  Q.  Some of them?
4  A.  They tend to move around quite a bit.  New
5  CIOs.
6  Q.  All right.  Do you know Elizabeth Baker?
7  A.  Yes.
8  Q.  Who's Elizabeth Baker?
9  A.  Probably Oracle's top sales rep from 1990 to
10  2000.
11  Q.  Ten years?
12  A.  She's amazing.  Incredible.
13        Uh-oh.  What do you have here?  Oh, it's a note
14  to you.  It's not a Decesare note off a pad.  I should
15  be quiet.
16  Q.  Before we get too far away from the issue, let
17  me just go back quickly.  When -- we were talking about
18  when a fixed-bid proposal goes over, you know, what was
19  expected.  Do you know what cost center at Oracle that
20  was billed to?
21  A.  It wasn't billed.
22  Q.  Or expensed to?
23  A.  The consulting organization, okay, has the
24  people that they have hired for them, and then all of
25  the consulting revenue the company bills out.  So when

DeCesare, Michael  2/16/2006  9:37:00 AM

97

1 we would do a fixed-bid proposal -- come back to AMD for
2 a second.
3     On this note you're going to see "H. Singh."
4 That's Sonny Singh. Sonny was my counterpart that ran
5 consulting for my territory. So when we would agree to
6 a fixed-bid proposal, Sonny was the one that was
7 effectively agreeing to the amount of resources that
8 would be required and the revenue.
9     So if Sonny -- if it ran over, Sonny got all
10 the revenue, Sonny just stopped getting revenue until it
11 was done on that proposal, okay? More often than not in
12 the fixed-bid proposals, it would be a good thing for
13 the company, not a bad thing. You would get that
14 padding that you had because you still got that, but you
15 would still deliver it on time and on budget.
16     It's very common, when you see somebody who
17 says the software is too complex, to counter that
18 objection with a fixed-bid proposal, which takes some of
19 the mystery of whether it's going to cost too much out
20 of it.
21     Q. Do you know, were there reports that -- in your
22 organization at least, which identified which of the
23 deals were fixed-bid proposals?
24     A. It was a big -- a big deal to do a fixed-bid
25 proposal; so I can't say there were reports that exactly

98

1 tracked that. I don't remember that. But anytime that
2 we did a fixed-bid proposal, that would require approval
3 fairly high in the organization because of the risk, the
4 potential risk.
5     Q. Because of the risk.
6     A. It wasn't like a lot of deals were done on
7 fixed bids, but, you know, they -- they were taken more
8 seriously for sure.
9     Q. Okay. All right. Let me just jump back to
10 Elizabeth Baker really quickly.
11     Was she in your organization?
12     A. Yes.
13     Q. And what level was -- what level of salesperson
14 was she?
15     A. She was an account manager, an individual
16 account manager that managed accounts. An account
17 manager reports to a first-level sales manager reports
18 to me.
19     Q. So she was on the ground?
20     A. Yes.
21     Q. And --
22     A. She was just one of the best of those people.
23     Q. What made her the best -- one of the best?
24     A. She's incredibly tenacious.
25     You probably don't want stories here, but

99

1 she -- she had a child and was back at a demo the next
2 day.
3     Q. Oh, really?
4     A. I mean, that's hard core as you can ever
5 imagine a sales rep being.
6     MR. CAPLAN: That's fairly tenacious.
7     THE WITNESS: Tenacious. I mean she would --
8 she would sign up a customer and give her cell phone as
9 the front level of support for that customer to call.
10 And she would deal with the interactions with
11 development or support.
12     BY MR. WILLIAMS: Q. Is she still at Oracle?
13     A. She -- no. She left and went to SAP.
14     Q. Do you know when?
15     A. Yeah. It was, like, less than a year ago.
16     Q. Oh, okay. How -- well, was she -- if you know,
17 did she remain as an account manager, or did she move up
18 into, like, a senior-level position?
19     A. She refused every promotion and stayed as an
20 account manager because I don't think she ever made less
21 than a million dollars a year.
22     MR. WILLIAMS: Do you guys want to stop now?
23     THE WITNESS: She is the top 1 percent of what
24 is an already pretty talented sales organization.
25     MR. WILLIAMS: All right. I'll show you

100

1 what's -- ask the reporter to mark that document as
2 DeCesare 7.
3     (Marked for identification purposes,
4     Exhibit 7.)
5     MR. WILLIAMS: Which is Bates-numbered
6 NDCA-ORCL 612453.
7     BY MR. WILLIAMS: Q. I'll ask you to just take
8 a look at a document. Let me know when you're done.
9     A. Okay.
10     Q. Do you recognize what's been marked as
11 DeCesare No. 7?
12     A. Again, it's been a while, but I certainly
13 understand the situation about this.
14     Q. Okay. And is it an e-mail?
15     A. It is.
16     Q. Are -- were you one of the recipients of this
17 e-mail?
18     A. I was.
19     Q. And who is the e-mail from?
20     A. Elizabeth Baker.
21     Q. Is that the person we were just talking about?
22     A. It is.
23     Q. And what's the subject matter of the e-mail?
24     A. "Gap update 11/28."
25     Q. And you said you are familiar with the

DeCesare, Michael  2/16/2006  9:37:00 AM

101

1  situation?
2     A.  (Nods head.)
3     Q.  Now, you -- now, just tell me what you remember
4  about the situation, if you can.
5     A.  So this is a close plan similar to the one we
6  talked about for HP.  This would be a close plan for the
7  Gap in that same quarter -- a deal with the Gap in that
8  that same quarter.  And it was sent to Larry Ellison,
9  Sandy Sanderson, myself, and Nelson Chen.
10     A little bit weird, but Elizabeth tended to
11  work across.  Even within my organization, she was on
12  the biggest of the big deals.  So Nelson Chen was the
13  first-level sales manager that worked for me on the
14  Gap.
15     Q.  Okay.
16     A.  Elizabeth reporting to him for that deal.  And
17  it is to -- regarding the situation.  I mean I -- I know
18  all the names of everybody on here so --
19     Q.  Okay.  Who is Marilyn Disbrow?
20     A.  She's a VP that was in Ken Harris's
21  organization.  Ken Harris was the CIO of the Gap at that
22  point.  Marilyn Disbrow was a VP that was obviously
23  driving this transaction with Elizabeth and reported to
24  Ken.
25     Q.  And do you know why Elizabeth sent this e-mail

102

1  to Larry Ellison and Sandy Sanderson?
2     A.  I don't remember how big it was, but it was a
3  big deal at the time.  And I think Ken -- Ken --
4  Ken Harris and Elizabeth were very, very close, and we
5  were trying to see if we could get this transaction
6  pulled in that same period.  And they told us "No."  So
7  this was a reasonable as to why it was not going to
8  close in that second quarter.
9     Q.  Do you remember them telling you "No," or do
10  you just recall that from looking at the document?
11     A.  I am just recalling it now.  I -- I -- I don't
12  remember them telling us "No."
13     Q.  Okay.
14     A.  I think I was pretty focused on HP --
15     Q.  Okay.
16     A.  -- around this same time.
17     Q.  Okay.
18     A.  So this was another one that we were working.
19     Q.  Okay.  And let me just ask you to go down to, I
20  guess, the first -- it should -- it should be a bullet
21  point, where it says "Gap will be unable"?
22     A.  Yeah.
23     Q.  Can you just read that for me.
24     A.  "Gap will be unable to be closed by 11/30."
25     Q.  And 11/30 was the last day of the quarter;

103

1  right?
2     A.  Correct.
3     Q.  And -- and you see two lines down, where it
4  says "Gap is sold"?
5     A.  Yes.
6     Q.  Can you read that for me?
7     A.  It says "The Gap is sold 100 percent on
8  database and 80 percent on financials."
9     Q.  Do you know what that meant?
10     A.  Yes.  It means they had selected Oracle as the
11  technology for the database, which would be underneath
12  SAP or Oracle.  Everybody buys the Oracle database.
13  Most customers buy Oracle database.  Either way that was
14  a done -- a decision that was already made, but that
15  they were 80 percent sold on the financials.  They had
16  not made the full decision yet on the financials.
17     (Reporter clarification.)
18     THE WITNESS:  On purchasing the financial
19  applications.
20     BY MR. WILLIAMS:  Q.  I'll ask you to just go
21  further down, where it says -- well, just read the next
22  portion "I stated."
23     A.  "I stated that Ken originally told us that
24     the Board had approved $500 million for the
25     entire purchase.  Marilyn stated that due

104

1     to the financial climate Gap is having to
2     justify every project in the organization."
3     Q.  Okay.
4     A.  "Each" -- is that enough?
5     Q.  Yeah.  You can stop there.
6     Was this supposed to be a $500 million deal?
7     A.  No.
8     Q.  Was that a typo possibly?
9     A.  No, no.  It's not a typo.  I -- I don't
10  remember how big it was, but, again, as you mentioned
11  earlier, you know, when a customer purchases a major
12  applications deal, the license is just a very small
13  piece of the overall cost.  The rest of this would have
14  been hardware, other software packages that might need
15  to also complement Oracle.  Whose application server?
16  Whose operating system?  Whose portal?  Other
17  applications that would be part of that that needed to
18  be integrated.  All the consulting services and then all
19  of the internal costs, which is usually very significant
20  in these.
21     So the Gap might have had to pull 30 people out
22  of their full-time jobs, back-fill them for a year, and
23  put those 30 people out of order management or the
24  general ledger or accounts receivable full-time on the
25  project.

DeCesare, Michael  2/16/2006  9:37:00 AM

105

1  Q.  I see.
2  A.  So all of those costs rolled up is what -- is
3  what we'd be -- should be talking about here.
4  Q.  Do you know what Marilyn meant when she
5  wrote -- withdrawn.
6  Do you know what Elizabeth meant when she wrote
7  "Marilyn stated that due to the financial climate Gap is
8  having to justify every project in the organization"?
9  A.  Absolutely.
10  Q.  What did -- what did she mean?
11  A.  At -- at that time, when the Internet had --
12  had crashed, companies were putting far more control
13  mechanisms in place on every purchase.  So whereas
14  something might have breezed through the final month of
15  approvals, you know, previously, most deals that were of
16  any size now were having to go through every level of IT
17  business review and even the board of directors, in a
18  lot of cases, like this one.
19  Q.  Had -- was that something that you had
20  experienced in your organization at the time, say,
21  around November, December 2000?
22  A.  When -- when the Internet crashed, that was a
23  very common thing for us on every deal.  You know, we,
24  kind of, jokingly said that you should enter the quarter
25  in procurement -- the first day of the quarter all the

106

1  way through technical select and the rest and be in
2  procurement to have any chance of getting that
3  transaction done by the end of the quarter.
4  Q.  Can you tell they what you mean when you say
5  "in procurement."
6  A.  Already through all the evaluations and
7  strictly now with procurement on the terms and
8  conditions, the price -- those type of things.
9  Demonstration's done.  Everybody voted for us.  They
10  picked you.  That's the tech selection portion.
11  Business unit says the budget's there.
12  And you'd still need 90 days to get through
13  that.
14  Q.  And was that -- and that was, from your
15  perspective, at least due to the -- I guess, the economy
16  downturning?
17  A.  Absolutely.  Absolutely.  For the Gap
18  specifically, as they say here, and they wanted to
19  specifically wait until they -- they got through the
20  Christmas season, which for a retailer is the busiest
21  season, to see how their business did because
22  Mickey Drexler, who they're asking to call down below,
23  the CEO of the Gap -- Larry knew him well -- depending
24  on how their season might have gone, may have decided
25  less or more IT spending overall.

107

1  Q.  Can you just read the -- the next -- withdrawn.
2  You left off with the word "organization."  Do
3  you see where it says "each project"?
4  A.  Yes.
5  Q.  Can you just read that.
6  A.  You mean "every project"?
7  Q.  I think it says "each project is being reviewed
8  by the Board."
9  A.  Okay.
10  Q.  Can you just read from there down to the end of
11  the paragraph.
12  A.  Okay.  Sorry.
13  "Each project is being reviewed by the
14  Board.  Stated that 'off the 'record' they
15  want to see how their holiday season goes.
16  Also, Marilyn believes that the timing is
17  late December, early January (in time for
18  their year end January 29.)"
19  Q.  Is that what you were referring to when you
20  said they wanted to wait until their holiday season?
21  A.  Yes.
22  Q.  Is that something that -- withdrawn.
23  Do you recall any other customers communicating
24  the same types of concerns to members of your sales
25  staff during late 2000, early 2001?

108

1  A.  Very much so.  I mean, again, once the
2  Internet -- assuming that the Internet burst was before
3  that period, which I'm gathering from all of this is a
4  pretty likely assumption, every deal slowed down.  I
5  mean every company stop-- either stopped IT spending
6  or slowed it down until they realized how their own
7  business was doing.  A lot of projects were put on hold.
8  Q.  And how would you -- how would you get that
9  information at your level?
10  A.  Notes like this.
11  Q.  Do you know --
12  A.  Conversations with my sales teams.  I mean
13  that's what we do for a living; right?
14  Q.  Let me just ask you to go down to the next
15  section.
16  A.  Shoot.
17  Q.  Can you just read where it says "I believe"?
18  A.  "I believe that Gap is holding off due to
19  financial reasons.  It would be helpful if you could
20  call either Micky, Steve Jobs, or John Lillie."
21  Q.  Okay.  Do you know whether or not Larry Ell- --
22  well, withdrawn.
23  You said Larry Ellison was close to who?
24  Mickey -- what's his last name?
25  A.  Mickey Drexler was the CEO of the Gap -- Larry

DeCesare, Michael  2/16/2006  9:37:00 AM

109

1  was on some board with him; so he knew him -- Steve Jobs
2  is the CEO of Apple, and then John Lillie is from
3  Lillie Pharmaceuticals.
4      Q.  Was --
5      A.  I believe they were all on the board of the
6  Gap.
7      Q.  Okay.  And do you know whether or not Larry
8  called either one of these individuals to help get this
9  deal closed?
10     A.  I don't know definitively, but my guess is
11 "No."  Larry did not tend to want to get involved in the
12 dirty work to try and get a transaction closed.  I mean
13 Larry was great at the technical vision and why they
14 should buy and the rest of those things, but the
15 navigation -- Elizabeth -- this is why she's so good --
16 learned about the relationships that were out there and
17 was trying to leverage them, but my guess on this is
18 that Larry would not have made any of those phone calls.
19     Q.  And --
20     A.  This is where you missed Ray Lane being at
21 Oracle.
22     Q.  Why is that?
23     A.  Because he knew the same people, and he would
24 have made the calls absolutely trying to get
25 transactions done for us.

110

1      Q.  And do you know whether that deal closed at the
2  end of November?
3      A.  No recollection.
4      Q.  Do you know -- do you know whether --
5  withdrawn.
6      I'll have to ask this again even though I think
7  you've answered it.  Do you -- do you know whether that
8  Gap deal closed at the end of 2Q, '01, which ended
9  November 30, 2000?
10     A.  I don't remember definitely.  I -- if -- if it
11 did, it wasn't a major ten-plus-million-dollar deal.
12 That's for sure.  I don't think anything closed in that
13 quarter, and I don't really have any recollection of
14 whether it closed in the balance of the fiscal year,
15 which would be Q3 or Q4.
16     Q.  Okay.  I'll ask you to mark this document as
17 DeCesare No. 8.
18     (Marked for identification purposes,
19     Exhibit 8.)
20     MR. WILLIAMS:  DeCesare No. 8 is Bates-numbered
21 NDCA-ORCL 298746 through -749.
22     THE WITNESS:  February, 2001, I was still
23 there.  You don't think that's funny.  I do.
24     BY MR. WILLIAMS:  Q.  I'll just ask you to take
25 a look at that and let me know when you're done.

111

1      A.  Okay.
2      Q.  Okay.  Do you recognize DeCesare No. 8?
3      A.  I don't remember this e-mail at all.  I
4  remember the situation with the Gap, but I don't
5  remember this e-mail at all.
6      Q.  Are you -- are you identified as a sender or a
7  recipient on this e-mail?
8      A.  I was CCed on it.
9      Q.  Okay.  And who is it from?
10     A.  Elizabeth Baker.
11     Q.  And who's it to?
12     A.  To Sandy Sanderson.
13     Q.  And that's -- what was the date?
14     A.  It's February 22nd, 2001.
15     Q.  Do you know who Sue Baker is or Sus- -- I'm
16 sorry -- Susan Marks?
17     A.  Yeah.  Susan Marks was my first-level sales
18 manager that this deal rolled up through.  Again,
19 Elizabeth was the one rep that tended to cherry-pick
20 deals across different regions.
21     Q.  And do you know who Sue Baker is?
22     A.  Sue Baker?  Where is Sue Baker on here?
23     Q.  Okay.  The first paragraph.
24     A.  Oh.  I'm sure she was somebody internal at the
25 Gap.  I don't recall the name, no.

112

1      Q.  Okay.  There's no -- no reason to believe that
2  you didn't get this e-mail, though; right?
3      A.  No, no.  I'm sure -- again, I had hundreds of
4  deals going on at any given time.  So I would think
5  13.5 million would have refreshed my memory.  When I
6  left Oracle, I felt like I left a very fat, rich
7  pipeline, which was a very reassuring thing for me.  So
8  this could easily be one of the deals that was still
9  there when I left but not closing.
10     Q.  Do you see where it says "The Technology deal
11 will stay at $13.5 million, we receive" --
12     A.  Yes.
13     Q.  -- "$12 million due to buy down"?
14     A.  M-hm.
15     Q.  Do you know what means?
16     A.  M-hm.
17     Q.  What does it mean?
18     A.  So it means that what we're going to do is
19 we're going to position it where there's a payment
20 scheduled.  And the Gap -- the Gap thinks they're paying
21 for it over time.  So the Gap might pay 4 million now,
22 4 million in six months, 4 million in a year, and
23 1 1/2 million in two years; right?
24     The Gap wants that because the Gap wants to
25 make sure that Oracle has skin in the game to continue

113

1  to stay on top of the sale and not book the whole thing
2  in the current quarter.
3        Oracle has every intention of selling the paper
4  off, taking all 12 million, paying a million and a half
5  dollars of finance buydown to the financial institution.
6        So the Gap pays 13 1/2 million, a million and a
7  half goes to the institution that carries the paper, and
8  12 1/2 million gets cut and quartered to Oracle.
9        Again, very common practice in larger software
10  deals -- IBM, Oracle, anybody that does that -- does
11  that type of thing.
12    Q.   What happens later then if, for instance, a --
13  a customer is unhappy with the products that they've
14  been sold and they want their money back?
15        MR. HARRISON:  Objection.  Lacks foundation.
16        THE WITNESS:  So the customer has an obligation
17  to the financial institution, right, whether it be
18  Morgan, Merrill -- whoever it might be sold off to.
19  They don't care if you're having problems.  You know, a
20  hard binding contract and a commitment, and the contract
21  would absolutely be specific to say that no matter what
22  happens you still owe us the money.
23        Customers -- many big customers would like to
24  see the payment spread out so that at least there is an
25  event.  Okay, we owe Oracle six more million so if

114

1  something's going wrong, it's a good time to bring up,
2  you know, this issue or that issue; right?
3        Just like you saw in HP earlier, where it said,
4  you know, "The project manager's taking advantage of
5  this deal to try and get the 14 things he'd like to see
6  in the products."  That's very, very common.
7        So the sales team will put a very positive spin
8  on this and say, hey, look you've got a phased payment,
9  you know, we're accountable, but the reality is, if you
10  read the fine print, you get into the contract, it's
11  very clear to the customer it's going to get sold off to
12  a third party and -- and a month later they're going to
13  get a note from some financial institution saying, you
14  know, "You owe this on this day," right?
15        BY MR. WILLIAMS:  Q.   So --
16    A.   That's my speculation based on "We do not want
17  the Gap to know this."  That would be the only reason
18  that you would want to try to keep something from the
19  customer on that scenario.
20    Q.   Okay.  I want to just direct your attention to
21  the bottom half of the first page there, ending in -746.
22  The -- see where it says "Elizabeth A. Baker' wrote"?
23    A.   Uh-huh.
24    Q.   Can you just read the first sentence or --
25  yeah, the first two sentences.

115

1    A.   "Sandy, our WMS product did not meet" --
2  their -- "basic functionality.  Our WMS
3  product managers said that we are not a
4  good functional fit and would probably be
5  there in a year."
6    Q.   Does that say "meet the basic functionality" or
7  "their basic"?
8    A.   "Does not meet the basic functionality."
9    Q.   What is "WMS," do you know?
10    A.   I was thinking about that when you gave it to
11  me.  I don't remember that acronym being specific to a
12  certain product.  But when you read further, it talks
13  about the competition being Retech.  Retech is a
14  manufacturing solution very specific for the retail
15  industry.  So my only guess is that WMS is Oracle's
16  version of that retail-specific product.
17    Q.   Have you heard that Oracle recently bought
18  Retech?
19    A.   M-hm.  Oracle should have bought them a long
20  time ago.
21    Q.   Yeah?
22    A.   You asked a question earlier about integration.
23  This is the big thing.  You know, if you're a law
24  firm -- you know, no matter what industry you sell
25  into -- if you're buying a general ledger or a sales

116

1  force automation system, no matter what industry,
2  there's integration that has to be done to legacy
3  systems.
4        Every industry has some unique application that
5  an SAP or an Oracle can't produce a product for that
6  needs to be integrated; right?  So in the retail
7  industry, it's very -- manufacturing is very different
8  than what Oracle's ERP products do.  You know, it's --
9  there's just different terminology, there's different
10  concepts and the rest of those things.
11    Q.   That's -- that's -- Retech -- well, the
12  software we're talking about right now, that's an ERP --
13  that's part of an ERP --
14    A.   So -- so ERP, again, is -- is back office,
15  which is like financials and like general ledger
16  accounts payable/accounts receivable.  Those things tend
17  to be fairly constant across all companies.  You have a
18  general ledger, chart of accounts -- things like that.
19        But when you get into the manufacturing side, a
20  milk manufacturer that's process manufacturing; HP,
21  who's -- who's discrete manufacturing; and a retailer
22  that might want to do just-in-time manufacturing are
23  three very different things.
24        Retech was specifically for the retail
25  industry.  So when you're talking about -- the Gap, is

DeCesare, Michael  2/16/2006  9:37:00 AM

117

1 that who this is for? -- right, yeah, the -- the Gap --
2 it's -- Retech was the niche player that had a -- that
3 had the highest degree of functional fit for that
4 industry.
5     Q. Kind of, a best of breed?
6     A. It would -- yeah. Best of breed, yes. So you
7 might pick them for this and somebody else for this and
8 string them together yourself; right?
9         So my guess is WMS is what Oracle was calling
10 at that point the products that were being -- intended
11 to compete with Retech, but I don't remember that
12 acronym.
13     Q. Was Boeing one of your customers?
14     A. They were.
15     Q. And do you recall -- well, actually, let me
16 just show this to you.
17         What is a reference?
18     A. What is a reference?
19     Q. As it -- as it -- as it relates to Oracle back
20 in late 2000, early 2001, for its CRM products?
21     A. So I -- I can't comment specific on 2000/2001.
22 But a reference in general is a customer who has had a
23 positive experience that is willing to say nice things
24 to other prospects on your behalf.
25     Q. And I think earlier in your testimony you

118

1 indicated that Oracle CRM was not being well accepted
2 and that one of the good things about the HP deal was
3 that it would be publicized?
4     A. Yes.
5     Q. Do you know whether or not the intent was to
6 use HP -- HP as a reference?
7     A. Oh, yeah. Most definitely. When a customer
8 implements software, if they have a good experience,
9 they'll say good things, and if they have bad
10 experience, they will sometimes say bad.
11         The reason that Oracle was more optimistic on
12 HP was for two reasons. One, it was a gigantic order.
13 I don't remember the -- I have no idea what Oracle -- if
14 they'd even broke out CRM, but it was a very large
15 percentage of the CRM license revenue that quarter, and
16 that was a hot market. Siebel was in there. Oracle
17 wanted to be -- you know, be very successful in that
18 place. So -- so -- so you have that going.
19     Q. Do you know -- do you know Don Klaiss?
20     A. Klaiss.
21     Q. Klaiss.
22     A. Yeah. I think he was a presales rep. I forget
23 if he was a presales rep or if he was in engineering. I
24 think he was in engineering. I think -- I think he
25 worked for Ron Wohl in our engineering organization.

119

1     Q. Did you work with him at all?
2     A. I remember -- yeah, I'm sure I did at the time.
3 I remember the name pretty well. Somebody that Julie
4 probably would have interacted with much more frequently
5 than I would have.
6     Q. How about Ron Bunting?
7     A. Yeah, Ron -- Ron Bunting was a sales manager, I
8 think, on the East Coast. It's sort of like "Names from
9 my past."
10     Q. You don't deal with some of the same people?
11     A. What's that?
12     Q. You don't deal with some of the same people?
13     A. Anymore? It's a different company, different
14 group, different names, different people.
15     Q. Was Lockheed Martin one of your customers?
16     A. Lockheed Martin is all over the world. There's
17 big locations on the east coast, which are -- were not
18 mine, and then there's some aerospace locations down in
19 Southern California that would have been mine.
20     Q. Do you know Ken Feeney?
21     A. Yeah. Ken Feeney reported to me for a while.
22 He was in Chicago. He was a first-level sales manager
23 in Chicago.
24     Q. Is an 85 percent discount -- well, withdraw.
25         Was an 85 percent discount on the license

120

1 unusual at Oracle?
2         MR. HARRISON: Objection. Lacks foundation.
3 Vague and ambiguous.
4         THE WITNESS: It depends on the size of the
5 deal. If you look at software -- if a customer wanted
6 to buy your entire price list, wanted an enterprise
7 license agreement, which enabled them to deploy all your
8 software, you would have to theoretically take every
9 product and multiply it times the number of employees in
10 that company, which would get a list price that was, you
11 know, a billion dollars plus. So an 85 percent discount
12 might -- might be required to get it back to what's
13 actually commercially reasonable.
14         Whereas, if one department knew they had
15 30 people and wanted to buy one product, you would never
16 see an 85 percent discount because the -- the -- the
17 list price would be far more realistic out of the gates.
18         If you start producing documents where I did
19 85 percent discounts, it's just embarrassing.
20         MR. WILLIAMS: Well, you asked for it. I'll
21 ask the reporter to mark this document as
22 DeCesare No. 9.
23         (Marked for identification purposes,
24         Exhibit 9.)
25         MR. WILLIAMS: Number 9, the Bates-numbered

121

1 NDCA-ORCL 171019.
2    A.  So this isn't about Lockheed Martin.  This is
3 about USG.  Lockheed Martin would be a systems
4 integrator in this case.
5    Q.  Okay.  What's USG?
6    A.  United -- U.S. Gibson, a Sheetrock manufacturer
7 out of Chicago.
8    Q.  Okay.
9    A.  I'm pretty glad I remembered that.
10    MR. HARRISON:  Shawn, I'm sorry to interrupt.
11 Do I have the whole document?
12    MR. WILLIAMS:  It's just one page.  It's all I
13 have right now.  I don't have the second page.  If --
14    MR. HARRISON:  Just -- just for the record,
15 then, I'll note -- I'll note that there's an e-mail that
16 precedes this in time, it appears.
17    MR. WILLIAMS:  Okay.
18    MR. HARRISON:  Okay.  Thanks.
19    THE WITNESS:  From me.  Okay.  Got it.
20    BY MR. WILLIAMS:  Q.  What is -- do you
21 recognize DeCesare 9?
22    A.  Sure.
23    Q.  And what is it?
24    A.  It's -- well, my e-mail, which is, as you see
25 down at the bottom, is not attached here, but this is

122

1 OPI info.  So this is a team of people that is for Sandy
2 in charge of business practices.  So we would submit our
3 orders to this team and they would go through the
4 approvals and approve most stuff on Sandy's behalf.
5    "HQAPP" it talks about here -- that would have
6 been Safra, which is H -- headquarters approvals, if it
7 had to go to even a higher level inside the
8 organization.  So that's who it's from, and this is just
9 the basic constructs of a deal we were trying to do for
10 USG.
11    Q.  And who's Mark Guettler?
12    A.  I think he was our sales rep.
13    Q.  And how about David Jinnett -- Jinnett?
14    A.  Jinnett was the contracts guy that drafted the
15 order.
16    Q.  Okay.  Did it all con- -- well, did all orders
17 go through contracting?
18    A.  All the ones that had any kind of unique terms
19 on them.  Oracle has tried real hard to do as much of it
20 over the Web as possible, but that's more for just, kind
21 of, shrink wrap.  I'm going to go buy -- like Microsoft
22 products -- I'm going to buy something that doesn't
23 require any negotiations.  Anything that had unique
24 terms -- price holds, like it asks about here, need to
25 be drafted by a contract rep.

123

1    Q.  And what's a -- what is a price hold?
2    A.  A price hold would be -- okay, you're going to
3 buy, whatever, $5.4 million of net licenses from us, and
4 then if you need any more licenses over the next
5 three years, you get 85 percent discount on those
6 licenses as well.  Very customary in the software world
7 on big orders.
8    Q.  So I guess at times it makes sense to make a
9 large purchase if you intend to buy more a few years
10 down the line?
11    A.  That's how software companies get companies to
12 buy a lot up front is they make the discount higher, the
13 maintenance rate lower, and then they -- that up-front
14 purchase tends to protect those prices for a period of
15 time.
16    If they didn't do that, everybody would buy
17 them as they needed them because a maintenance clock
18 starts when you buy software.  So if you buy
19 $5.4 million and you're going to spend a million dollars
20 a year or 20 percent of that roughly in maintenance, it
21 has to be more economical than buying that 5.4 million
22 over three years and not having that maintenance clock
23 start until the individual purchases kicked in.
24    Q.  There's your 85 percent discount.
25    A.  All right.  Thanks, man.  I appreciate that.  I

124

1 wish I had a folder on you.
2    Q.  Gosh, who knows what would be in it.
3    I'm going to ask the reporter to mark this as
4 DeCesare No. 10.
5    (Marked for identification purposes,
6    Exhibit 10.)
7    MR. WILLIAMS:  DeCesare No. 10 is
8 Bates-numbered NDCA-ORCL 171966 through -- I'm sorry --
9 through -97.
10    A.  There's your Oracle Business Online.  I can
11 answer that question now.
12    Q.  Good.
13    A.  Okay.  Got it.
14    Q.  Do you recognize DeCesare 10?
15    A.  I don't remember this e-mail, no.  But I'm on
16 it; so I assume it's legitimate.
17    Q.  Who is it from?
18    A.  Max Hill.
19    Q.  And who is Max Hill?
20    A.  Max Hill was a first-level sales manager that
21 networked for me out of Southern California.
22    Q.  And it's to you and Steve Mclaughlin, and
23 Tom Thimot?
24    A.  Yes.
25    Q.  Why did he send this also to Steve and Tom?

DeCesare, Michael  2/16/2006  9:37:00 AM

125

1    A. I have no idea.
2    Q. Do you know who the people are in the CC line?
3    A. So it's weird because it doesn't have any names
4 in here. It just says "Lisa" and "Bryan." Maybe that's
5 an acronym he set up for people that were close to him.
6 I have no idea who those would be.
7    Q. So -- well, it has the full name of Frank
8 Varasano.
9    A. Who is -- again, as we talked about earlier,
10 was my boss for a period of time, but I don't know who
11 the other two are -- not by "Lisa" and "Bryan."
12    (Reporter clarification.)
13    THE WITNESS: So "Lisa" and "Bryan" are in here
14 as individual names. I have no idea who they are. And
15 Frank Varasano was my boss for a period of time.
16    BY MR. WILLIAMS: Q. Okay. Do you -- well, do
17 you know what an ECMS notice is?
18    A. No.
19    Q. Do you -- do you -- did you work with a
20 customer, Virtual Ink?
21    A. I don't remember them.
22    Q. Do you see down about a third of way down where
23 it's -- on the -- on the first page, where it says
24 "Escalation Status: WARM"?
25    A. M-hm.

126

1    Q. Do you know what that means?
2    A. No.
3    Q. And do you know what an escalation is?
4    A. Yeah. -- I think this is something that is
5 out of our support system about a customer who is
6 dealing with our technical support organization --
7 that's my guess for ECMS, but I don't know -- who has an
8 issue. And this is something that's printed out of the
9 system about -- about what the issue is.
10    That's it on this?
11    Q. Do you have more to say about it? It sounded
12 liked you didn't recognize any of the stuff in there.
13    A. I don't -- I don't know much about this one,
14 sorry.
15    MR. WILLIAMS: I'm going to be done by 1:00,
16 but a need to take a five-minute break.
17    THE WITNESS: I need to take a 30-minute break.
18    MR. WILLIAMS: Right now or should we --
19    THE WITNESS: I have a -- I have a business
20 call that I have to take --
21    MR. WILLIAMS: Right now?
22    THE WITNESS: -- at 12:30. It would be really
23 helpful.
24    MR. WILLIAMS: Okay.
25    THE WITNESS: Is that a possibility for us to

127

1 break until 1:00?
2    MR. WILLIAMS: Okay. It's up to you. All
3 right.
4    MR. HARRISON: We'll go off and chat.
5    THE VIDEOGRAPHER: Off record at 12:31.
6    (Recess was taken from 12:31 p.m. to
7    1:23 p.m.)
8    THE VIDEOGRAPHER: On record at 1:23 p.m.
9    MR. WILLIAMS: I'll ask the reporter to mark
10 this document as DeCesare No. 11.
11    (Marked for identification purposes,
12    Exhibit 11.)
13    BY MR. WILLIAMS: Q. The Bates number is
14 NDCA-ORCL 084863 through -891. I don't expect you to
15 read this entire document. Just kind of --
16    A. This could take some time.
17    Q. -- skim through it, and then I'll try to direct
18 you to the areas that I think are important for us to
19 talk about.
20    A. Do you want me to go through all these deals?
21 I think most of it is just going to be the deals; right?
22    Q. Well, let's see. Why don't we just -- well,
23 have you taken a look at it generally?
24    A. Yeah.
25    Q. Have you seen this document prior to today?

128

1    A. I don't think this is something I got.
2    Q. Just take a look at the first --
3    A. This is going to have -- I'm sorry -- this is
4 all three regions rolled up here; so my guess is this is
5 Sandy's report.
6    Q. M-hm. Now, just take a look at the cover page
7 and -- you see the title there?
8    A. Yes.
9    Q. What is it?
10    A. "Oracle Product Industries Q3 '01 and Q4 '01
11 Forecast Package, Week 12 - February 14th, 2000."
12    Q. Was this a document that you typically received
13 while you were at Oracle?
14    A. No.
15    Q. And do you know why?
16    A. Because my guess is it had more than my data in
17 it. It was a rollup of all three of the regions.
18    Q. Did -- did you know whether or not a document
19 like this existed or was circulated among certain people
20 at Oracle while you were there?
21    A. It's not surprising to me. I would have
22 guessed it. But, no, I -- I didn't know the format or
23 anything like that.
24    Q. Did you know whether or not the information you
25 input into, I guess, the Oracle sales automation

system --
A. Sure.
Q. -- was used for a higher level rollup?
A. Yes. I would guess that would be the case, sure.
Q. And -- okay.
A. What's ironic is that it's a paper document and not the -- it doesn't use the CRM system.
Q. How can you --
A. You would think that -- I would have thought Larry would have actually logged into our CRM system and looked at all of this and not had to get some Excel document sent to him that rolled all this stuff up.
Q. Is that what this is?
A. That's what it looks like to me. The second page is in Word format. That certainly didn't come out of the system. Down at the bottom it says blank of whatever "dot XLS." That's an Excel acronym. All these other pages down in the lower corner say "dot XLS." So all the data was pulled out of the sales force automation system and rolled into a manual Excel document.
(Reporter clarification.)
THE WITNESS: Out of -- I would guess was -- because I -- I never turned anything in in paper format.

So my -- my -- my guess on this is that it was pulled out of the sales force automation system, put into an Excel file, and that is what rolled up to Larry.
Again, I didn't have visibility into this, but it's not surprising that it happens; right? I mean, Sandy's got to pull all of my stuff together. I would imagine that somebody then pulls Sandy's and George Roberts's and Europe's and Asia's together in order to be able to have a company forecast.
BY MR. WILLIAMS: Q. Okay.
A. Okay.
Q. Did you know that -- did you know whether or not Larry Ellison had some sort of electronic database that he used to track sales?
MR. HARRISON: Objection. Lacks foundation.
THE WITNESS: I think it lacks foundation too. I'm just kidding.
I honestly would have thought that Larry would have logged into our sales force automation system and just had access to all of it instead of parts of it. So, no, I -- I didn't know that he had a different database that he would have used to track the forecast.
BY MR. WILLIAMS: Q. Well, I'm not representing that this is Larry Ellison's document. So --

A. It talks about the Jennifer sheet on the front pages, which is his assistant so --
Q. I'm just saying that I'm not representing that. But I do want to get to the next page, which is Bates-number 084864.
A. Yep.
Q. You see the top where it references OPI for Q3 and Q4; right?
A. Yes.
Q. And it's dated February 14th, 2001.
A. Yes.
Q. I'm just going to ask you do you see where it says "Revenue"?
A. M-hm.
Q. On the second line do you see where it says "worst remains the same at 120" --
A. Yes.
Q. -- "120 million"? Do you have -- do you know what that means?
MR. HARRISON: Objection. Lacks foundation.
THE WITNESS: My speculation would be that that means it's going to come in no lower than 120, that the forecast is 144, and that there is $195 million upside. That's very typical forecast nomenclature.
BY MR. WILLIAMS: Q. What about the next line?

Do you see where it says "best drop 30 million to 195 million"?
A. Yes.
MR. HARRISON: Objection. Lacks foundation. Sorry.
THE WITNESS: Yes.
BY MR. WILLIAMS: Q. Do you know what that means?
A. This is exactly how I run my business today. So I can't -- I never saw this document so I don't know what these numbers are, but very typical in a forecast is my -- I'm going to do 145 million. If the sky falls apart, if things go badly, it could be as low as 120 million, and if things go really well, my upside is $195 million. That's how I would interpret those top four lines on the revenue column.
Q. Okay. But during -- in February -- on or around February 14th, 2001, you were still vice president in OPI; is that right?
A. Yes.
Q. And did you have the same responsibilities that you had -- that you had prior to that date, meaning updating the sales automation system with status of your deals?
A. Yes.

DeCesare, Michael  2/16/2006  9:37:00 AM

133

1    Q. And -- in OPI?
2    A. Yes.
3    Q. And did you know -- withdrawn.
4       And at the time did you know that that
5    information was used for a higher level rollup than you
6    could see?
7    A. I never had that conversation specifically,
8    but, yes, it was my understanding that my information
9    would get rolled into the company's forecast.
10   Q. Okay. I want to just direct your attention
11   down one other line.
12      You see where it says "pipeline"?
13   A. Yes.
14   Q. And -- okay. What does it say next to that?
15   A. It says "Pipeline is 295 million, down
16   63 million from last week. See below for details."
17   Q. Now, did you know -- withdrawn.
18      Were you experiencing in your division a
19   decrease in the sales pipeline in February of 2001?
20   A. I don't remember. I mean, based on what you've
21   spoken me here today, it sounds like the Gap fell out;
22   right? So, you know, I mean certainly at the end of any
23   quarter, which this would have been the end of a
24   quarter -- at the end of any quarter, especially on the
25   15th -- which is about Week 11, Week 10, of the

134

1    forecast -- it's either happening or it isn't, and when
2    it isn't, it gets moved out.
3       So it's very common at that point for the --
4    for the pipeline to come down.
5    Q. Okay.
6    A. That's what that means by "pipeline," right?
7    So it says "forecast coverage is 204 percent," which
8    means that the pipeline of 295 million gives you a
9    204 percent coverage over what their forecast would be.
10      Those numbers don't make sense, by the way.
11   Since the forecast is 144,000, 204 percent would be
12   $290 million -- I guess it is, yeah.
13   Q. Okay.
14   A. Yeah. It would be 204 percent.
15   Q. I'm just going to direct your attention to the
16   next page.
17   A. Okay.
18   Q. About a third of the way down, do you see where
19   it says "Pipeline" again on that page?
20   A. M-hm. Hold on one second.
21   Q. Okay.
22   A. Yes. I'm sorry. I'm with you now.
23   Q. Do you see where it says "Pipeline"?
24   A. Yes.
25   Q. "Pipeline 295, down 63 million"?

135

1    A. M-hm.
2    Q. And just below that do you see a bunch of
3    company names there?
4    A. Yes.
5    Q. With dollar amounts next to them?
6    A. Yes.
7    Q. What are -- withdrawn.
8       Do you know what dollar amount would be
9    considered a big deal?
10      MR. HARRISON: Objection. Lacks foundation.
11      THE WITNESS: A million dollars or --
12      MR. HARRISON: Vague and ambiguous.
13      Sorry.
14      THE WITNESS: A million dollars or higher would
15   be, in my opinion, a big deal.
16      BY MR. WILLIAMS: Q. Okay. So at Oracle, did
17   Oracle have a -- a delineation as to what was a big
18   deal?
19   A. For my sales reps, a couple hundred grand would
20   be a big deal. For my first-level managers, it might be
21   500,000. For me, it would be a million. For Sandy, it
22   would be 5 million. For Larry, it would be -- I mean at
23   the level that you're at in the organization, it's
24   whether it has a material impact on your number or not.
25      So I think that would be interpreted

136

1    differently at different levels in the organizations.
2    Q. Okay. I'm going to drop down in that -- in
3    that same section. Do you see where that bullet point
4    says "West"?
5    A. Got it.
6    Q. Can you just read that.
7    A. I plan to increase by 9 million to 100 million
8    due to moves in Q4, including Broadcom, 1.7; Albertsons,
9    1.2; Nordstrom, 1 million. Also Cisco -- Cisco Systems
10   service contracts decreased $1 million.
11   Q. Were any of those deals your deals?
12   A. Those would all be my deals.
13   Q. And would it be fair to say that you or someone
14   on your staff provided the information that went into
15   this -- withdrawn.
16      Would it be fair to say that some -- you or
17   someone on your staff put this type of information into
18   the Oracle sales automation system?
19   A. Definitely.
20      MR. HARRISON: Objection. Lacks foundation.
21      Sorry.
22      THE WITNESS: Yes, definitely.
23      BY MR. WILLIAMS: Q. Okay. Would you at the
24   time that Oracle had considered these deals in -- in
25   this section -- Broadcom at 1-7 million -- 1.7 million,

DeCesare, Michael  2/16/2006  9:37:00 AM

137

1    Albertsons at 1.2 million, and Nordstrom at 1 million --
2    big deals?
3        MR. HARRISON: Objection. Vague and ambiguous.
4        THE WITNESS: Yes. With -- with HP being a
5    $20 million deal, there's definitions of big; right?
6    But, yeah, I -- I would qualify anything over a million
7    dollars as being a big deal.
8        BY MR. WILLIAMS: Q. Okay. I'm going to ask
9    you to turn just a couple more pages into Bates
10   No. 084866.
11       A. Yep.
12       Q. Do you recognize the format of that
13   spreadsheet?
14       A. No.
15       Q. Do you see on, I guess, across the top there
16   are several columns, one of which says "win probability
17   percentage"?
18       A. Yes.
19       Q. Was "win probability percentage" one of the
20   ways in which Oracle determined the strength or the
21   likelihood of a deal closing within a quarter?
22       A. Yes.
23       Q. And do you know whether, say 50 -- withdrawn.
24       What did a win probability of, say, 50 percent
25   mean?

138

1        A. It means it had a half a chance of closing.
2        Q. Okay.
3        A. It's not a science, though; right? I mean
4    it's -- it's my job as a manager was to know that
5    Elizabeth was very conservative and might put something
6    to 90 percent, when it was very far into the sales cycle
7    but somebody else, who was a sandbagger -- he might call
8    it 90 percent when it had no chance of closing.
9        So that's the whole hierarchy of sales
10   management is to know your team and apply the
11   appropriate weighting of those things.
12       Q. Okay.
13       A. I'm not trying to be smart.
14       Q. No. That's fine.
15       I'm going to ask the reporter to mark this
16   document.
17       A. So we did close -- so we did close AMD.
18       Q. Do you see it? Where is it?
19       A. Yeah. It's down there at the bottom.
20       Q. What page?
21       A. Same page you just had. January 31, '01. AMD,
22   978,000 of ERP. It says "closed one order number."
23       Q. Cool.
24       I'm going to ask the reporter to mark this
25   document as DeCesare No. 12.

139

1        (Marked for identification purposes,
2        Exhibit 12.)
3        THE WITNESS: If you go back another page or
4    so, it -- it labels itself 048868. It then switches to
5    be called "Large deal summary."
6        MR. WILLIAMS: M-hm.
7        THE WITNESS: So I guess if you're looking for
8    what deals they qualify as large, that would be it;
9    right? I'm sure you already caught that.
10       MR. WILLIAMS: I saw that.
11       DeCesare 12 is NDCA-ORCL 084823, I guess,
12   through 824.
13       BY MR. WILLIAMS: Q. Do you recognize what's
14   been marked as DeCesare 12?
15       A. No.
16       Q. Can you turn to the -- the page ending -4824?
17       A. Yep.
18       Q. Do you see your name there?
19       A. Yes.
20       Q. Do you know what "West OPI bad debt" means?
21       A. I don't see it.
22       Q. It's --
23       A. Oh, yeah, yeah, yeah. Got it. Yeah.
24       Q. What does it mean?
25       A. So West OPI bad debt would be a reserve that we

140

1    took each quarter for orders that would not end up being
2    paid and, therefore, recognizable by the company. So an
3    order is classified as booked when it comes in and
4    closes, but that doesn't mean the order is going to get
5    paid; right? A customer could just back out of their
6    obligations and the rest of those things.
7        So as a percentage of business, there was a
8    percentage that was just automatically taken as bad debt
9    and held in accrual to account for those orders that
10   might not commit.
11       Do you know what "ISD" means, by the way? Do
12   you want to know that?
13       Q. I'm hoping you'll tell me.
14       A. Inside sales division. So that -- that --
15   that's the role of telesales within my territory.
16       Q. Okay.
17       A. Just to give you a heads up.
18       Q. So every territory has an ISD?
19       A. (Nods head). You're going to see that across a
20   lot of different places. It's inside sales division.
21       Q. Inside sales. Great. I thought it was
22   Internet sales division.
23       A. Inside. It's the telesales group. That's the
24   revenue that comes into the telesales organization.
25   They're still, like, 1500 strong down at Oracle. It's a

DeCesare, Michael  2/16/2006  9:37:00 AM

141

1  big organization.
2      MR. WILLIAMS: Okay. Well, I think I'm done,
3  Mr. DeCesare. I appreciate your time.
4      THE WITNESS: Excellent.
5      THE VIDEOGRAPHER: Go off record.
6      MR. WILLIAMS: Yeah. We should go off so he
7  can come over here and --
8      THE VIDEOGRAPHER: Off record at 1:40.
9      (Recess was taken from 1:40 p.m. to
10     1:44 p.m.)
11     (Mr. Williams leaves deposition.)
12     THE VIDEOGRAPHER: On record at 1:44.
13         EXAMINATION BY MR. HARRISON
14     BY MR. HARRISON: Q. Mr. DeCesare, as I
15  introduced myself before, I'm Matt Harrison,
16  representing Oracle Corporation and the individual
17  defendants in this case. I'm going to ask you some
18  follow-up questions based on what Mr. Williams asked and
19  I'm going to ask you a few background questions that I
20  wanted to follow up on. So if I -- I may restate or ask
21  you about what you testified earlier. I don't mean to
22  misstate what you said so please just point it out if I
23  inadvertently do so.
24     One thing I wanted to point out is that we
25  would move to have the whole transcript and documents

142

1  marked as confidential. And I believe counsel agrees?
2      MS. WINKLER: Yes.
3      MR. HARRISON: Okay. The first thing I'd like
4  to do is mark as Exhibit DeCesare No. 13 the subpoena.
5      (Marked for identification purposes,
6      Exhibit 13.)
7      THE WITNESS: This was -- this was fun, by the
8  way, when they came to my house.
9      BY MR. HARRISON: Q. So I take it you've seen
10  the document before?
11     A. Yes.
12     Q. I'll give you a chance to take a look at it,
13  but I'm going to direct your attention to the page
14  marked Schedule A at the top. It's on pleading paper.
15     A. Yes.
16     Q. And if you look on the page that's marked
17  page 5 of this document, it says "Document request."
18  Did you review these document requests when you received
19  this -- this document?
20     A. I read them roughly.
21     Q. And did you find any responsive documents to
22  these requests?
23     A. I don't understand what you're asking me.
24     Q. These document requests ask you for certain
25  documents that relate to the topics on this page; right?

143

1  And what I was asking is that you -- did you review this
2  when you received this document?
3      A. No. I didn't read this in depth when I -- when
4  I received this document, no.
5      Q. Did you understand, when you received it, that
6  there was a request for documents that's attached here,
7  page 5?
8      A. No. I never even got to the last page and read
9  it. I just knew I needed to be here and -- and -- and
10  go through the process.
11     Q. Okay. Since that's the case, I -- I'll just
12  have you review this page briefly and let me know if you
13  have any documents that are responsive to these
14  requests, in your possession.
15     A. No. I don't have any documents. Again, as I
16  mentioned, I -- when I left Oracle, I went through 12
17  years and got everything that I could find. I gave my
18  backup to my hard drive, my PC back -- everything -- and
19  I turned all that over to our HR department when I left
20  the company.
21     Q. And that's something that they asked you to do
22  when you left?
23     A. Yes. They were very thorough about it, which
24  is why I'm very resolute about having given everything
25  back.

144

1      Q. Did you review -- I know earlier you mentioned
2  that you reviewed the complaint a couple of times before
3  this deposition.
4      A. I read -- I'm sorry. I -- I read it roughly.
5  I didn't read it word for word like, I'm sure, you have.
6  But I read it roughly.
7      Q. And you said you read it last night before your
8  deposition?
9      A. I tried to familiarized myself with it again
10  just to be prepared for today.
11     Q. How much time did you spent doing that?
12     A. Last night.
13     Q. Yes.
14     A. About 30 minutes.
15     Q. Did it refresh your recollection about any of
16  the topics we've been discussing today?
17     A. No. To be honest with you, no. Most of what's
18  refreshed me is the e-mails and stuff that have been
19  provided.
20     Q. Okay. Besides the complaint, did you review
21  any other documents to prepare for your deposition
22  today?
23     A. No.
24     Q. All right. I just want to follow up on a few
25  background points that were raised earlier. I know

DeCesare, Michael  2/16/2006  9:37:00 AM

145

1  you -- you discussed that currently you work for a
2  company called -- is it EMC?
3    A.  Correct.
4    Q.  And before that you worked at a company that
5  was purchased by EMC?
6    A.  Correct.
7    Q.  And the name -- what was the name of that
8  company?
9    A.  Documentum.
10    Q.  Do you hold the same position now at EMC that
11  you did when you were at Documentum?
12    A.  No.
13    Q.  What -- what position do you hold now at EMC?
14    A.  I run worldwide field operations for the
15  software side of EMC.  So EMC has bought VMware,
16  Documentum, Legato -- a bunch of other companies.  And I
17  run sales, consulting, presales, the partner groups,
18  technical support -- all the customer-facing side of the
19  software group for EMC.
20    Q.  Does your current job involve working with any
21  Oracle software?
22    A.  We're about to go live on Oracle CRM, May 1st.
23    Q.  Is that Suite 11i?
24    A.  Yeah.  I don't know what it is at this point.
25  Is there a new version that's come out since then?

146

1    Q.  Well -- well I'm not going to represent -- but
2  you know that there's different versions of Suite 11i,
3  in your experience, at Oracle; right?
4    A.  It's -- it's -- Oracle -- similar to the HP
5  transaction that we talked about earlier, there was one
6  with EMC many years back, where EMC agreed to
7  standardize on Oracle applications and Oracle agreed to
8  buy a lot of EMC storage.
9       And that deal is still the software that we're
10  about to go live on.  So we're putting the entire
11  company on the CRM product.
12    Q.  Now, before your employment at the company that
13  was purchased by EMC, which -- the name of which I
14  should have written down --
15    A.  Documentum.
16    Q.  Documentum.  Thank you.
17       Where were you employed before that?
18    A.  I went for six months -- about six months to a
19  company called Ascera, A-S-C-E-R-A.  It's a small
20  startup that Ray Lane was on the board of directors of.
21    Q.  And Ray Lane was the gentleman who you worked
22  under previously at Oracle; is that right?
23    A.  Ray was the --
24    MS. WINKLER:  Object to the form.
25    MR. CAPLAN:  Go ahead.

147

1    THE WITNESS:  Ray was the COO, chief operating
2  officer, and president.  And when he left Oracle,
3  Sandy Sanderson and others assumed his respons- --
4  Safra Catz assumed his responsibility.  So ultimately he
5  was my manager, but I worked for people underneath him.
6    BY MR. HARRISON:  Q.  Okay.  What was your
7  position at Ascera?
8    A.  I ran worldwide sides.  It was a very small
9  company.
10    Q.  What caused you to leave Ascera and move on?
11    A.  What I was --
12    MS. WINKLER:  Object to the form.
13    MR. CAPLAN:  Go ahead.
14    THE WITNESS:  You're objecting -- sorry.
15       It was sold to me as a much more profitable and
16  successful company than it was, and I realized that
17  quickly and decided that I did not want to be part of
18  that environment.  About a year later it went under.
19    BY MR. HARRISON:  Q.  What caused you to leave
20  Oracle to go to Ascera?
21    A.  Sandy Sanderson.
22    Q.  Could you expand on that answer.
23    A.  He's a horrible person to work for.
24    Q.  And why is that?
25    A.  Unethical, backstabbing, did not promote an

148

1  environment that I felt matched up with my personal
2  values.
3    Q.  Do you have any -- you said "unethical."
4       Do you have any specific examples of --
5    A.  Telling me I own a territory, letting me have
6  my team put cycles into that territory, and then turning
7  around and giving accounts to different people; giving
8  me an excellent performance review and then saying
9  things behind my back.
10       At -- at Oracle, to me, Ray -- Ray Lane was
11  the -- as much the company as Larry Ellison was.  A lot
12  of us that had worked at Oracle in the years in the
13  when -- '90s were there much more because Ray made it a
14  much healthier culture.
15       And I found that, when Ray left, I was viewed
16  as one of "Ray's guys"; so I think that was probably
17  something to do with it.  But I just didn't mesh with
18  Sandy.  I had a very hard time with Sandy.  I -- he made
19  it very awkward work environment for -- for me and for
20  many of the folks that I worked with.
21    Q.  So is it fair to say that, during your time
22  working for -- directly under Sandy Sanderson, that you
23  two did not get along that well?
24    A.  Having worked at Oracle for 12 years and having
25  so many different bosses, I'd learned to somewhat stay

DeCesare, Michael  2/16/2006  9:37:00 AM

149

1  immune to it. I was making good money. I never
2  finished less than at the top 5 percent of the sales
3  organization any job I had any year I was there. I was
4  making good money. I was successful, but it was -- it
5  was -- it was not a good mix between Sandy and I.
6      Q.  And was that the -- the case for the entire
7  time that you worked together?
8      A.  No. I really like Sandy. Sandy -- I -- I -- I
9  went from thinking Sandy was going to be a great place
10  for me to work, when Ray had left the company, to
11  realizing that Sandy wasn't quite what I had made him
12  out to be originally.
13      So the beginning of the time I worked for him,
14  I thought, was very -- was very good. It's just that --
15  it would have taken a lot to get me to leave Oracle, and
16  Sandy gave me that motivation.
17      Q.  It's fair to say, that -- then that your
18  relationship went sour at some point when he was
19  directly supervising you; is that correct?
20      A.  Yes.
21      Q.  How long into -- into -- let me see. He became
22  your direct supervisor in -- do you recall when he --
23      A.  No. I don't recall.
24      Q.  I'm sorry.
25      A.  Do you have that?

150

1      Q.  Well, I can ask you if a certain date refreshes
2  your recollection, okay? And does -- does January of
3  2001 refresh your recollection?
4      A.  It's earlier. I would have thought it would
5  have been earlier than that. Frank Varasano was in that
6  management chain for a period of time but wasn't very
7  active. Sandy was on the west coast; Frank was on the
8  east coast. So even if I worked for Frank for a period
9  of time, more of my interaction would have been directly
10  with Sandy as per the e-mails and deals and stuff we
11  were working on. So that could very well be, but -- but
12  that seems later than I would have thought.
13      Q.  Okay. Do you recall -- you're -- you're
14  direct -- when you're directly supervised by Sandy and
15  not Frank in the middle, do you recall that being a
16  short or a long time frame?
17      A.  Fairly short.
18      Q.  And at some point Frank -- we talked about this
19  earlier, I believe, Frank left the company; is that
20  right?
21      A.  M-hm.
22      Q.  What was the reason for that, if you know?
23      A.  Didn't get along with Sandy.
24      Q.  Did you generally get along with
25  Frank Varasano?

151

1      A.  Yes.
2      Q.  Now, you said that Sandy Sanderson was the
3  reason you left Oracle. Is there any other reasons why
4  you terminated your employment?
5      A.  I was being recruited very heavily by Ray. You
6  know, Ray had given me a lot of opportunities for
7  promotion within Oracle. So I was very loyal to Ray. I
8  didn't like the way that Ray was dismissed by Larry.
9  Ray was fired by Larry. He didn't leave on his own
10  organization -- he didn't leave on his own accord.
11      And he was a mentor to me, and a lot of us,
12  kind of, had the attitude that, if you can treat Ray
13  like that, the rest of us are pretty dispensable. So I
14  went from, kind of, bleeding Oracle blood at that point
15  to being more open-minded to opportunities outside of
16  Oracle. And at that same point an opportunity came up
17  that I thought was -- was a good opportunity for my
18  family.
19      Q.  Now, you said that Sandy fired Ray?
20      A.  No. I said Larry fired Ray.
21      Q.  Oh, I'm sorry? I misunderstood.
22      A.  Larry Ellison fired Ray.
23      Q.  I -- I misunderstood you then. Thank you.
24      So you said that you were recruited by Ray into
25  Ascera, and that was part of the reason why you left?

152

1      A.  Yes.
2      Q.  But it turned out that that opportunity fizzled
3  up, if you will, after six months to a year; right?
4      A.  Yes.
5      Q.  I want to talk a little bit about your --
6  the -- the last position you held while you were at
7  Oracle.
8      A.  Okay.
9      Q.  And you said before that you were the area
10  vice president of western sales for OPI; is that right?
11      A.  Correct.
12      Q.  So if I say -- if I refer to it as "OPI West"
13  as your division, do you understand what I'm saying?
14      A.  Absolutely.
15      Q.  Okay. And, if I say "AVP," you understand what
16  that means too; right?
17      A.  Yes, I do.
18      Q.  Just for purposes of being brief.
19      A.  Got it.
20      (Discussion off the record.)
21      BY MR. HARRISON:  Q.  You mentioned before that
22  you had some contact with Larry Ellison at your time at
23  Oracle. And I didn't get a sense for how often you did
24  have contact with him. If you could explain that, I'd
25  appreciate it.

153

1     A. I feel like I had contact with him more than
2   probably anybody else in -- in my position in the
3   organization because I was the guy on the west coast and
4   I'd been there for a long, long time. Most of the
5   interaction that I had I -- my -- my interaction --
6   you're talking about the whole time I was at Oracle, not
7   just the last two years; right?
8     Q. Well, let's -- let's just focused right now on
9   the last two years and your position at AVP.
10     A. Okay. So my interaction with him would have
11   come in two flavors. The primary bulk of it would be
12   through -- through deals.
13      When Ray did leave the organization, Larry was
14   awesome at stepping up and helping me keep deals moving
15   forward by going out and visiting customers and the rest
16   of those things, which was great.
17      The second is Ray would periodically bring me
18   in to Larry's staff meetings to emphasize some point of
19   something that might have been working well or not
20   working at all. So those would be my two interactions.
21     Q. And when you had contact with Larry Ellison,
22   was it in person or by the phone or e-mail or all of the
23   above?
24     A. Hardly by the phone. I joke about this but
25   he's got an assistant who has an assistant, and he's a

154

1   very high individual in the industry. So most of my
2   interaction would either be what you've seen here like
3   being copied an e-mail and get a two-word reply back or
4   something or -- or going over to his office and sitting
5   down and talking about deals in person. That would be
6   more -- more of it would have been that.
7     Q. And as far as, you know, forecasting your --
8   your sales for OPI West, that went through Sandy and not
9   Larry Ellison; right?
10     MS. WINKLER: Objection. Form.
11     THE WITNESS: I don't think Larry ever asked me
12   a question about how I was doing against my numbers. It
13   was more "I would like you to help me on the HP deal.
14     "Great. What can I do?"
15     But he didn't -- he wasn't the kind of guy that
16   was going to be, like, on the way down, in the car,
17   "Hey, how's the quarter going? How's Cisco? How's" --
18   you know, what -- whatever the deals might be that are
19   out there.
20     So I don't recall ever having a conversation
21   specifically with Larry about how my -- my quarter or
22   forecast was going.
23     BY MR. HARRISON: Q. How about Jeff Henley?
24   Did you have any contact with him while you were at
25   Oracle?

155

1     A. A ton of contact with Jeff.
2     Q. Okay. Let's focus on the last two years you
3   were there. Let's just focus -- or actually, perhaps
4   let's just focus on 2000 and 2001, when you were AVP.
5   What sort of contact did you have generally with -- with
6   Jeff Henley?
7     A. Again, I -- I can't tell you that I remember
8   specifically in that period any contact with Jeff. But
9   Jeff was a very good friend of mine inside the
10   organization. I talked to him all the time when I'd see
11   him out in the parking lot or whatever. Jeff was the
12   exact opposite. Exactly how's the quarter going, how's
13   this deal going? Are we doing okay?
14     Jeff -- Jeff was -- as I mentioned earlier and
15   we talked about executive sponsors, Jeff was a great
16   executive sponsor.
17     So he took on that role. And he would really
18   go out of his way to try and make those customers
19   successful. So more -- more of my interaction with Jeff
20   was around that, which is just sales calls, but mostly
21   after the sales happened. So I can't tell you
22   specifically about any of them, but -- but that would be
23   the interactions.
24     Q. And I think you mentioned earlier that -- and I
25   want to just make sure I didn't mishear you, misconstrue

156

1   your testimony, that you also acted as an executive
2   sponsor as well on some sales; is that right?
3     A. Correct.
4     Q. And that was because, as an area VP, you were
5   able to come in and act as a -- in a role that the sales
6   manager couldn't have with the customer; is that right?
7     MS. WINKLER: Objection. Form.
8     THE WITNESS: Yes.
9     BY MR. HARRISON: Q. We discussed earlier the
10   contact that you had with Mr. Sanderson during the time
11   that you were AVP, and I just want to get a sense for
12   how often you interacted with him on the issues that --
13   such as forecasting and pipeline budgets?
14     A. I don't really remember, to be honest with you,
15   about forecasting. Budgets would happen once a year.
16   In the April/May/June time frame, when the fiscal year
17   was ending and the new one was starting.
18     But as far as the forecast goes, I don't think
19   he even logged onto the forecast calls. He would have
20   his operations team more do the forecast calls with me.
21   But if I -- if I had to conjure a guess, I would say
22   twice a month, three times a month.
23     Q. When you say "operations team," who do you --
24   who are you talking about?
25     A. I saw an e-mail note earlier from OPI West,

DeCesare, Michael  2/16/2006  9:37:00 AM

157

1   which was, like, Jay Bailey.  He had -- Sandy had a team
2   of people that would basically do approvals for him and
3   roll-up forecasts and things like that.  So more of my
4   interaction would have been with his finance team than
5   it would have been directly with him.
6       Q.  So when you had -- did you have weekly forecast
7   calls?
8       A.  I had weekly forecast calls with my team, but I
9   don't -- don't believe I had weekly forecast calls up
10  with Sandy or anybody on his team.
11      Q.  When --
12      A.  Less frequent.
13      Q.  I'm sorry.  I didn't mean to interrupt.
14          And when you say "less frequent," do you -- how
15  about does biweekly -- is that --
16      A.  I'd say two, three times a month, something
17  like that.  It would get to be more frequent towards the
18  end of a quarter than it would be at the beginning of
19  the quarter.
20      Q.  And that typically was with Mr. Sanderson's
21  operation team?
22      A.  Sometimes with Sandy directly, sometimes with
23  his operations team.  It would be either both or
24  would -- it would be either the operations team and
25  Sandy or just the operations team.

158

1           Sandy traveled quite a bit.  Again, he had the
2   consulting organization too; so there was just often
3   scheduling issues and he wasn't around.  He wasn't "on
4   the ground," quote, unquote, during -- during the calls.
5       Q.  And on those calls, was it just you on the call
6   as -- as AVP of your -- of -- of West -- OPI West, or
7   were there others on the call as well that were parallel
8   to you?
9       A.  I don't remember.  I don't remember if I
10  brought anybody on the calls or not.
11      Q.  And I -- I guess what I'm getting at is were --
12  were there other AVPs on those calls along with you,
13  reporting what they did?
14      A.  So what Sandy would do is have a call with me
15  and then a different call with Tom and a different call
16  with Steve so that we all didn't get visibility in each
17  other's forecasts.  We didn't do them together as an
18  organization.
19      Q.  So on these calls you didn't discuss with other
20  AVPs what their forecasts were or what they thought
21  their pipelines were?
22      MS. WINKLER:  Objection.  Form.
23      BY MR. HARRISON:  Q.  Because you were -- they
24  weren't on those calls; right?
25      A.  Yes.  They weren't on those calls.  It isn't

159

1   that I had no discussions with those guys.  They were
2   friends of mine.  They'd want to use my account as a
3   reference on a big $20 million deal.
4           And I certainly had more visibility into the
5   transactions that were going down in OPI in East and
6   West -- and Central.  But I didn't see the forecast.  I
7   didn't know what was being rolled up.  I didn't -- I
8   didn't -- I didn't have the visibility into that report
9   that we looked at a couple of minutes ago.
10      Q.  Okay.  Just a few more background questions.
11  Then I'll continue on with some of these questions we've
12  been talking about.
13          Were you ever disciplined while you were at
14  Oracle?
15      A.  Was I what?
16      Q.  Were you ever disciplined for any reason?
17      A.  Yes.  Once when I was at Oracle back in '95,
18  '94, somewhere in that time frame.  Kathy Downing was
19  the vice president of the West at that point.  I had a
20  run-in with Anne Liung-Stevens, who was another account
21  manager, who tried to steal an account from me, and we
22  got into a bit of a tiff, in the -- verbal tiff in
23  the -- in the office, and we both got reprimanded for
24  it.  That's it.
25      Q.  That's the only record of discipline?

160

1       A.  M-hm.  I think so.  Got any e-mails?  No.  I
2   think -- I think that was it.
3       Q.  Since leaving Oracle, have you remained in
4   contact with any current employees of Oracle or who were
5   current at the time that you had contact with them?
6       A.  Yes.  I have lots of friends over there.  I was
7   there 12 years.  I've hired a lot of them.  I mean a lot
8   of folks that are in here like Julie Cullivan and
9   Kurt Speck all work for me now at different -- at -- at
10  EMC.  So I've hired quite a few folks over the years.
11  I've still got some friends over there.  Not as many
12  anymore.  Elizabeth Baker was one of the ones that
13  was -- now she's gone.  But she was at Oracle.  She used
14  to call me all the time.
15      Q.  So what you're saying is you -- you had contact
16  with a wide variety of people?
17      A.  Definitely.
18      Q.  After you left, did you have any contact with
19  customers of Oracle for any reason?
20      A.  There's only so many companies out there; so,
21  you know, I sell to a lot of same companies today that I
22  sold to when I was at Oracle but in a different
23  capacity.  I -- somebody might be three or four levels
24  down in my organization onto the account.
25          But people know that I know people.  So in --

DeCesare, Michael  2/16/2006  9:37:00 AM

161

1  in my current capacity, I'll get brought in.
2  Ken Harris -- you saw him when he was at the Gap, and
3  now he's over at Safeway.  So they know I know him.  So
4  I'll contact the same people that are out there.  But
5  it's mostly the big accounts, and there's only so many
6  of them.
7      Q.  Would you say that, after you left Oracle, that
8  you had any knowledge or information about any aspect of
9  Oracle's business or Suite 11i?
10     A.  No more than the market hears, you know.
11     Q.  Now, as I said, I want to get back into your
12  role as AVP after going through a few just general
13  background questions, and I'm trying plow through this.
14         So I just want to ask a little about western --
15  OPI West, as I've been calling it.  That covered the
16  western region, and I think you named some cities that
17  it covers.  And some of those were -- I think you
18  mentioned Seattle, the Bay Area as one city that's
19  covered by west.
20     A.  In California, Oregon, Washington, Utah, Idaho,
21  Colorado, and Arizona and New Mexico?
22         MR. CAPLAN:  The ninth circuit.
23         MR. HARRISON:  That's lawyer humor.
24         MS. WINKLER:  That's a lawyer joke.
25         THE WITNESS:  I don't get it.  Just because

162

1  you -- you're jogging me on one of the notes that was in
2  here.  At one point I had Ken Feeney reporting to me.
3  He was actually out of Chicago.  It was just -- as part
4  of one of the reorgs, I had him for a while.  So there
5  was a couple of periods where I might have had a
6  slightly broader territory than that.  But, for the most
7  part, that was my territory, yes.
8         BY MR. HARRISON:  Q.  What do you mean by
9  "reorgs"?
10     A.  Oracle reorganized every six months or a year.
11     Q.  So as part of that --
12     A.  Verticals, geographic, big accounts, small --
13  small accounts.
14     Q.  Who was --
15     A.  The reason that I had as many managers as I had
16  is there's constantly tweaking of the sales model, and
17  those would be the reorganizations.
18     Q.  During fiscal year 2001 did you have -- excuse
19  me.  Let -- let me restate that.
20         During fiscal year 2000/2001, you -- you're
21  primarily -- I'll restate that again.  Sorry.
22         During fiscal year 2000/2001, your sole
23  responsibility, however, was for OPI West, is that
24  right?
25     A.  I think so.

163

1      Q.  Let me rephrase that.  Yes.  What made up
2  OPI West might have slanged -- changed slightly during
3  that period, though.  It would still be called OPI West
4  if something else was rolled up underneath me.
5      Q.  What kind of financial information did you have
6  access to outside of OPI West for Oracle?
7      A.  Just availability into some of the larger
8  transactions that were in other parts of OPI or the
9  Americas.
10     Q.  When you say "visibility," do you mean through
11  conversations with others or seeing it in the media?
12     A.  Through conversations with others; right?  You
13  know, we'd know there's a $30 million deal coming down
14  with, you know, AT&T or something.
15         Because I had a lot of accounts that were in
16  the west and because of the customer visit center was in
17  the west, other regions would bring customers out, take
18  them through demos and things, and then want to go see a
19  local customer.  So I got asked to do references a lot,
20  which would give me visibility into other major
21  transactions that were coming down.
22     Q.  Is it fair to say that you weren't familiar
23  with all the sales that was going on in Central and in
24  East regions of OPI?
25     A.  Definitely.

164

1      Q.  And is it fair to say that you weren't familiar
2  with the pipeline -- pipelines of Central and East that
3  was going on during each quarter?
4      A.  Definitely.
5      Q.  Earlier we discussed some of Oracle's other
6  business units, such as OSI and NAS.
7         Do you remember that?
8      A.  M-hm.
9      Q.  And you weren't familiar with all the
10  transactions and sales that were going on during the --
11  throughout the quarter in those business units either;
12  is that right?
13     A.  I would have even less visibility into those
14  business units since those were not my peers under --
15  under my organization.
16     Q.  And, similarly, you weren't familiar with what
17  were -- what was in the pipelines for those other
18  business units during -- throughout the quarter; right?
19     A.  Correct.
20     Q.  You didn't receive anything called a "global
21  forecast" for all of Oracle, did you?
22     A.  No.
23     Q.  Did you ever receive anything called an "upside
24  report"?
25     A.  I heard the term.  But, no, I never received

165

1  it.
2      Q.  And you never received anything called a "flash
3  report," did you?
4      A.  Nope.
5      Q.  You didn't receive forecasts for other business
6  units either; is that right?
7      A.  Not -- the only thing that I would receive
8  would be insight into larger transactions that was
9  happening.  No other reports.
10     Q.  Okay.  So during -- you said that you have
11  insight into other larger transactions; right?  During
12  any given quarter, however, you wouldn't have known, one
13  way or the other, whether another region or even
14  another -- let's -- let's stick with that -- another
15  region was going to hit its forecasted numbers; is that
16  correct?
17     MS. WINKLER:  Objection.  Form.
18     BY MR. HARRISON:  Q.  So do you -- do you
19  understand the question?
20     A.  Yeah, I do.
21     Q.  Because -- okay.
22     A.  I do understand it.
23         If the Central region was working the deal with
24  Compaq for $30 million, I'm smart enough to realize
25  that, if they close that, it's going to have a material

166

1  impact on them making their quarter; right?  Just the
2  very, very largest ones.  But those were not all the
3  time.  Those were kind of few and far between.
4         The average deal for us -- you know, the
5  average big deal for us was a million dollars, and I
6  might know one or two of them that are going on out of
7  50 in the region at any point in time, but I'm being
8  asked to help on them.  But, no, I didn't have any
9  visibility into the transactions beyond those.
10     Q.  We may have covered this question, and if we
11  did, I apologize.  But I -- you didn't help prepare
12  forecasts for the other areas of OPI; right?
13     A.  No.
14     Q.  And you certainly didn't -- I'm not going to
15  say "certainly."
16         You didn't help fore-- you know, prepare
17  forecasts for other business units -- units of Oracle,
18  did you?
19     A.  No.
20     Q.  Now, in preparing your quarterly sales forecast
21  for OPI West, what sort of information did you use to --
22  to compile that -- that data?
23     A.  Forecast calls and the personal customers I
24  went and saw.
25     Q.  When you say "forecast calls," these are the

167

1  calls that you had with the managers who were working
2  for you; right?
3      A.  The managers and the reps and sometimes that
4  were working for me.  So I would listen to those, decide
5  which ones I wanted to roll up, which ones I didn't --
6  as you saw earlier, things like the forecast percentage.
7  You know, I -- I might put a 50 percent weighting on one
8  and a 50 percent weighting on another, assuming one of
9  the two closed.  I mean that -- that -- that's the
10  process I went through.
11         So it was my forecast calls.  And then I tended
12  to get brought into the -- more of the bigger ones,
13  which would give me personal perspective whether I
14  thought it was going to close or not -- those
15  two things.
16     Q.  Earlier we were talking about something called
17  an Oracle sales force automation system.
18     A.  M-hm.
19     Q.  Did you use data from that to assist in your
20  forecasting?
21     A.  That would be the system I used.
22     Q.  Okay.
23     A.  So we tried to keep it as automated as
24  possible.  We still had phone calls to talk about
25  things, but that would be the tool that would be -- that

168

1  would be used.  That's where I rolled my actual forecast
2  up.
3      Q.  At what points in the -- the quarter did you
4  prepare sales forecasts?
5      A.  I don't remember.
6      Q.  I'm sorry?
7      A.  I don't remember.
8      Q.  Early?  Late?
9      A.  Early, late, middle --
10     Q.  Was it a constant process?
11     A.  Oh, gosh, yes.  Gosh, yes.
12     Q.  Besides that --
13     A.  That's the job; right?  The job is to prepare
14  fore-- is to make your numbers.  So it would be
15  typical to start the quarter off with a forecast, have
16  one in the middle, do one at the end.  It might have
17  been more frequent than that.  I don't remember.
18     Q.  And I think that earlier you -- you testified
19  that your forecasts incorporated some level of your
20  judgment based on what you knew about your sales reps;
21  is that right?
22     A.  Absolutely.
23     Q.  Any other form of judgment used when preparing
24  your forecasts besides what you knew about your sales
25  reps?

DeCesare, Michael  2/16/2006  9:37:00 AM

169

1    MS. WINKLER: Objection. Form.
2    THE WITNESS: What I knew about the deals
3 themselves.
4    BY MR. HARRISON: Q. Anything else?
5    A. If I was in a good mood that day?
6    No. Nothing else.
7    MR. HARRISON: Would it be convenient to stop
8 the tape to switch the tape now?
9    THE VIDEOGRAPHER: Anytime you want.
10    MR. HARRISON: I think we need a new tape.
11    THE VIDEOGRAPHER: This Marks the end of Tape 2
12 of Volume I in the deposition of Michael DeCesare at
13 2:16. Going off the record.
14    (Recess was taken from 2:16 p.m. to
15    2:21 p.m.)
16    THE VIDEOGRAPHER: On record at 2:21 p.m. This
17 Marks the beginning of Tape 3, Volume I, in the
18 deposition of Michael DeCesare.
19    THE WITNESS: Can I -- can I clarify one thing
20 first that you guys asked me. You asked me earlier when
21 I was contacted about this.
22    I actually think I got contacted earlier than
23 that by someone from the -- was it plaintiff? Is that
24 the right term?
25    MR. HARRISON: Yeah.

170

1    THE WITNESS: Somebody called me and said that
2 Alan would be calling me, and then Alan called me to
3 follow up on this about the deposition.
4    BY MR. HARRISON: Q. All right. Well, I was
5 going to follow up on that.
6    A. It's just -- as I say, it was a while ago. So
7 I had forgotten about it, but --
8    Q. All right. I was going to follow up on that.
9 But since you thought of it, why don't we talk about it
10 really quickly?
11    A. Okay.
12    Q. Was that the first time you became aware of
13 this lawsuit?
14    A. Somebody called me a long time ago. They said
15 they were doing research for something. They -- to be
16 honest with you, I almost felt like it was
17 misrepresented on the phone. Like nobody came and said
18 there was a lawsuit going on. We'll ask you a bunch of
19 questions. It was just -- they started firing a couple
20 of things off.
21    I thought it was something to do with Ray, to
22 be honest with you. Then I got called some number of
23 years later saying, "You might be called" -- "You might
24 be deposed on this, and we can provide counsel for you."
25 So -- I forget who it was. To be honest with you, I

171

1 didn't write any of this down or anything like that --
2 the first formal conversation I really had with Alan
3 would have to be -- I said on the phone --
4    MR. CAPLAN: Okay.
5    THE WITNESS: -- that I wanted -- the first --
6 I said on the phone -- they said, "Would you" -- "Do you
7 want to have your own counsel or should we provide
8 counsel?"
9    And I said "You can provide counsel."
10    And then at some point later you followed up
11 with me on behalf --
12    MR. CAPLAN: That's enough. That gives him all
13 the information he's entitled to or wants.
14    THE WITNESS: Just trying to clarify.
15    MR. CAPLAN: That's good.
16    BY MR. HARRISON: Q. Do you recall anything
17 further about when that initial conversation was with
18 the person that called, you said, a couple of years ago?
19    A. I don't remember.
20    Q. Was it within a year after you left Oracle?
21    A. Timing's -- timing's fuzzy for me on this.
22 There was a long gap between when the original
23 conversation happened on the phone and then somebody
24 followed back up. So I -- I really don't remember, to
25 be honest with you.

172

1    Q. Do you recall if it was an investigator?
2    A. I think the first person was an investigator.
3 Josh? Jay? I -- I'm sorry. I -- I never even thought
4 to write it down, to be honest with you. So I don't
5 remember.
6    Q. And what did Josh say to you?
7    A. So the original conversation was just asking a
8 bunch of questions about things that were going on.
9 Again, I thought it was related more to Ray Lane. I was
10 it was a reporter more than it was anything else. I --
11 I had to end the conversation abruptly because somebody
12 called for work or a customer or something like that,
13 and then I didn't hear anything back for a long, long
14 time.
15    I forget when that second conversation
16 happened. It might have been the same person -- it
17 could have been somebody different -- called me back
18 some numbers of years later and said, "There's a lawsuit
19 coming down. You might be deposed."
20    And that's when they asked if I wanted counsel
21 or not. I don't remember when that was.
22    Q. During that initial conversation, do you
23 remember any of the specific topics that were discussed?
24    A. No, I don't.
25    Q. Did that person, who may or may not be Josh --

DeCesare, Michael  2/16/2006  9:37:00 AM

173

1  to the best of your recollection, did he send you any
2  documents?
3      A.  No.
4      Q.  Did he -- did anyone contact you via e-mail?
5      A.  No.
6      Q.  I don't mean to delve into any conversations
7  you had with your attorney, but when was the first time
8  you received the complaint in this action?
9      A.  I don't even remember, to be honest with you.
10  To be candid, I never paid much attention to it until,
11  all of a sudden, I was told that I'm going to be served
12  and have to come talk to you guys.
13      Q.  Do you remember who sent you the complaint?
14      A.  No.
15      Q.  How long was it?  How long ago was it that you
16  received it?
17      A.  The complaint?  I don't even remember, to be
18  honest with you.
19      Q.  You said, during that second call, someone
20  asked you if you would like to be represented by your
21  own counsel or by a counsel that would be provided to
22  you.
23          Did they say that that counsel would be paid
24  for?
25      A.  Yes.

174

1      Q.  And in line with that -- that representation,
2  are you paying your counsel today for his representation
3  of you?
4      A.  No.
5      Q.  Do you know who is paying him?
6      A.  I believe these guys are.  That's my
7  understanding.
8          Right?
9      Q.  Have you received any money or anything else of
10  value for anyone in connection with this case?
11      A.  Somebody sent me a check for coming here today
12  for $30 or something like that, which is like --
13      MR. CAPLAN:  He asked anything of value.
14      THE WITNESS:  Yeah.  Like that was insulting.
15      BY MR. HARRISON:  Q.  Yeah.  Besides that?
16      A.  No.
17      Q.  Did anybody promise you any money or anything
18  of value for testifying?
19      A.  No.
20      Q.  I wanted to go back to what we were talking
21  about before, but I appreciate you clarifying.
22      A.  Sorry about that.  I just had forgotten about
23  that earlier.
24      Q.  I just wanted to ask you a couple more
25  questions about the database that you recall, which I

175

1  think you recall being called -- being called Oracle
2  sales force automation system.
3      A.  OASIS.
4      Q.  OASIS.  Is that OASIS?
5      A.  Oracle Automation Sales Information System,
6  O-A-S-I-S.
7      Q.  Right.  That was the -- the database that you
8  recall being used ear- -- in the early '90s?
9      A.  Correct.
10      Q.  And then there was another database that was
11  used after that; right?
12      A.  Yes.
13      MS. WINKLER:  Objection.  Form.
14      BY MR. HARRISON:  Q.  And that dat- -- database
15  took the places of OASIS?
16      A.  So back in 1989 we would run a trade show and
17  people would fill out paper forms, and they would walk
18  around on Monday morning and they would hand them out to
19  all the people to call and follow up as leads.  We -- we
20  built the OASIS system to put those into a system and
21  have them electronically distribute those.  That was an
22  internal application.
23          And then some number of years later Oracle
24  decided to productize that and sell that as the CRM
25  system, as the Customer Relationship Management system.

176

1      Q.  Could you repeat that, I'm sorry, the last
2  thing you said.
3      A.  Some number of years later Oracle decided to
4  productize that internal application and sell it, and
5  that became the Customer Relationship Management suite
6  of products.  Now, lots of innovations since then, but
7  that was the basics of it.
8      Q.  All right.  Now, that database, which -- do you
9  recall the name of the actual database that took the
10  place of OASIS?
11      MS. WINKLER:  Objection.  Form.
12      THE WITNESS:  Oracle CRM.  I'm sure the
13  IT department had some name like, you know, SQR12.Z -- I
14  mean a physical name for the database.  But you're
15  asking about what the application was called; right?
16      BY MR. HARRISON:  Q.  Right.  I'm just trying
17  to get a -- make sure we're talking about the same thing
18  here.  The thing I'm talking about is -- I think the
19  database we discussed earlier that had deals in it, the
20  deals status.
21          Are we talking about the same thing?
22      A.  Yes.
23      Q.  Okay.
24      A.  So if -- if -- if you look at anything what
25  Oracle does as a business.  They have a database

DeCesare, Michael  2/16/2006  9:37:00 AM

177

1  product, which is software that sits and holds data --
2  that could be anything from an airline reservation to a
3  hotel reservation to an employee record to anything --
4  and then there's a form or something that sits on top of
5  it that is what you as a user will interface with.
6  Those two things together are an application; right?
7      So when you ask about the database, they'll --
8  the Oracle customer information system, what we would do
9  is go into a form and put in "Hewlett-Packard
10  $22 million will close in November '00." All those
11  records become the database.
12      Does that make sense?
13      Q.  It does. Thank you.
14      And in looking at that database, you could see
15  where the deal was along the -- throughout the quarter;
16  is that correct?
17      A.  Yes. I could go online any -- at any time and
18  look at it and, assuming the sales rep had updated it,
19  which is a big assumption sometimes, then you could tell
20  where the deal was.
21      Q.  And besides the stage of the deal, where it was
22  in its -- in its stage, that database wouldn't give you
23  any indication of whether or not that deal was going to
24  close during the quarter; is that right?
25      MS. WINKLER: Objection. Asked and answered.

178

1      THE WITNESS: There's always the potential for
2  user error; right? I mean, if the rep said it was going
3  to close, then they would say it's going to close. It
4  doesn't mean it's going to close.
5      So I mean you're dependent upon the sales reps
6  having a good understanding of the opportunity and being
7  able to forecast that correctly. But that's what the
8  tool was there for is to show you what the sales rep's
9  thought was at any given time in a deal.
10      BY MR. HARRISON:  Q.  So it reflected what the
11  sales rep thought about their deal?
12      A.  Yes.
13      Q.  And isn't it true that regardless of what the
14  sales rep thought about the likelihood of closing, at
15  the end of the quarter, say, the deal could fall out for
16  various reasons; is that right?
17      A.  Very much so.
18      Q.  I think something you said earlier was the fact
19  that, when you left Oracle -- and I want to make sure I
20  get this correct -- that when you left Oracle, at least
21  for OPI West, there was a -- rich, fat pipeline; is
22  that right?
23      A.  There's a lot of big deals left.
24      Q.  And looking at all these documents today -- did
25  it -- did it refresh your recollection about the precise

179

1  date that you left or --
2      A.  If I was to guess, based upon this today, I
3  would say that I left in early March '01.
4      Q.  And that's because you -- as you said earlier,
5  you wouldn't have left in the middle of a quarter?
6      A.  I wouldn't have left in the middle of a
7  quarter?
8      Q.  And we saw documents that indicated that --
9      A.  I was still there in January and February.
10      Q.  Thank you.
11      A.  Unless I was copied on an e-mail note that I --
12  you know, it's very possible that I could get copied on
13  e-mail notes for months after I was there. I don't know
14  where Oracle turned off my user ID. So you can't -- I
15  can't control that; right?
16      Q.  Right.
17      A.  But do you when I left? Can you ask me a date
18  and say, "See if that sounds familiar." I'm just
19  curious.
20      Q.  Does March 1st ring a bell?
21      A.  Yeah. March 1 would have rang a big bell.
22      Q.  The March 1 the first day of -- of fiscal
23  fourth quarter of 2001?
24      A.  Yes.
25      Q.  At least for that year?

180

1      A.  Yes.
2      Q.  So you were there during -- you were AVP during
3  the second quarter and third quarter of 2001?
4      A.  Yes.
5      Q.  Of OPI West?
6      A.  Yes.
7      Q.  And it's true, isn't it, that at no time during
8  those two quarrels the pipeline for OPI West collapsed;
9  isn't that right?
10      A.  A lot of --
11      MS. WINKLER: Objection. Lacks foundation.
12      THE WITNESS: A ton of deals fell out. A ton
13  of deals fell out. I mean when the Internet burst,
14  things went away. You know, many customers just
15  completely pulled back their IT budgets. So there was a
16  ton of deals. I probably had a better chance of
17  surviving it from a business perspective because I still
18  had HPs or some of these bigger deals that could have
19  made up for a lot of falling out of business, but, no,
20  absolutely, it collapsed. There's a lot of business
21  that fell out.
22      BY MR. HARRISON:  Q.  When you say "collapse,"
23  how do you define that?
24      A.  A lot of business either moved out a quarter
25  for two or went away entirely.

DeCesare, Michael  2/16/2006  9:37:00 AM

181

1    Q.  Was it uncommon for -- for deals to -- to slip
2   quarters, in your experiences at OPI?
3        MS. WINKLER:  Object to the form.
4        THE WITNESS:  Yes, it was common.  But nowhere
5   near as common as it happened when the Internet hit.
6        BY MR. HARRISON:  Q.  Did your division,
7   OPI West, involve a lot of Internet clients?
8    A.  What's an Internet client?
9    Q.  Well, I'll rephrase that.  A dot com client.
10        MS. WINKLER:  Objection to the form.
11        BY MR. HARRISON:  Q.  Do you know what I mean
12   when I say --
13    A.  A customer who, his main business is to be a
14   dot com company.
15    Q.  Right.
16    A.  No.  Mine did not.  There was a whole division
17   under NAS, called the "dot com group," that called on
18   most of the dot coms -- eBay, eTrade, you know, Yahoo --
19   all the bigger companies that were out there.  So I
20   didn't have many of those.  I might have had some, but I
21   didn't have as many -- not as many of them.
22        Now, every high tech company had some Internet
23   something they were trying to do; right?  You know,
24   Cisco, Quantum, Hitachi -- all these companies were
25   trying to take advantage of that, but when you're

182

1   talking about, like, you know, grocerystore.com or
2   Amazon or one of these companies -- those were all in
3   one other group.
4    Q.  During the second quarter and third quarter of
5   2001, were you comfortable that the pipeline was -- was
6   adequate enough to -- to provide coverage for your
7   forecast?
8        MS. WINKLER:  Objection.  Form.
9        THE WITNESS:  This is a tough one because a lot
10   of business slipped.  I mean, that was a very, very
11   tough time.  By the same token, I had the potential
12   because of deals like HP or EMC, where we might be able
13   to do a "I'll do a deal with you, you do a deal with me"
14   type of scenario, that I was probably better insulated
15   than -- than -- than the commercial or other
16   organizations would have been; right?
17        But, you know, look at the quarter that we
18   talked about.  I'm not -- besides HP, I don't know what
19   else had closed.  Besides that HP deal, it would have
20   been a pretty dismal quarter for me if I hadn't gotten
21   that one transaction done.
22        BY MR. HARRISON:  Q.  How often did you monitor
23   the pipeline for OPI West?
24    A.  Beginning of the quarter, twice a week; end of
25   the quarter, every four minutes.  I mean that's -- it

183

1   gets to a point where it's like you're getting calls
2   from Ray, asking if this deal is closing, you know, once
3   an hour type of stuff.  So it got a little bit more
4   crazy as the quarter got closer to the end.
5    Q.  Isn't it true that the pipeline for
6   each quarter -- and I think you may have said before,
7   but it would be reduced as the quarter went along
8   because deals would either fall out or deals would be
9   signed?
10    A.  Very much --
11        MS. WINKLER:  Object to the form.
12        THE WITNESS:  Very -- very much so.  I mean
13   as -- as -- as you saw in Sandy's thing in there, the
14   target was 2.73, 273 percent.  That means he was trying
15   at any point in the quarter to get your pipeline to be
16   273 percent of what you had to finish at.  There we're
17   204 percent in that note; right?
18        So obviously at the end of the quarter, it's --
19   it's 100.  I mean whatever it -- it closes at is --
20   they're not going something in pipeline March 1 and
21   still think if it's going to close February 28; right?
22   So, you know, it gets down to be one-to-one by the time
23   the quarter is over.
24        In that specific period, though, it was worse
25   than ever because you had companies that were just

184

1   categorically shutting off their IT budgets -- you know,
2   budgets for a quarter or two.  Like the Gap -- "It
3   doesn't matter if it's a good ROI or not, we're not
4   spending money right now."
5        So there was more of that than there was in
6   previous quarters.
7        But, yes, it was definitely customary for
8   things to slip out during the quarter.
9        BY MR. HARRISON:  Q.  What -- what was the
10   use -- how did you use your pipeline in creating your
11   forecast for a rollup to Sandy Sanderson?
12        MS. WINKLER:  Objection.  Form.
13        BY MR. HARRISON:  Q.  Do you understand the
14   question?
15    A.  I understand the question perfectly.
16        MR. CAPLAN:  You can answer.
17        THE WITNESS:  I would look at the transactions.
18   I would understand my people.  I would go visit
19   customers, and then I would say, "It's going to be
20   22 million."
21        So all those factors.
22        BY MR. HARRISON:  Q.  Okay.  And so the -- the
23   pipeline that you analyzed by talking with customers and
24   your reps -- that had a factor into what your forecast
25   was that you rolled up to Sandy Sanderson; right?

DeCesare, Michael  2/16/2006  9:37:00 AM

185

1    A.  Oh, clearly.

2    Q.  Now, if you had felt that the pipeline had

3  collapsed, is that something that you would have

4  factored into your -- your forecasting report that was

5  rolled up to Sandy Sanderson?

6    A.  Clearly.

7    Q.  So that, if you felt that there was slippage or

8  anything like that, that's something that was reflected

9  in the numbers that you passed upwards?

10    A.  Yes.  I -- I -- I always motivated to be as

11  accurate as possible, not to put a number out there

12  that -- you know, that is going to surprise those guys

13  the last day of the quarter.  So those things all would

14  have been factored into my numbers that I rolled up.

15    Q.  And just going back to the word "collapse" --

16  I -- I want to make sure we're on the same page here --

17  when you say "collapse," do you mean that the entire

18  pipeline went away?

19      MS. WINKLER:  Objection.  Asked and answered.

20      THE WITNESS:  Did I -- did I say the word

21  "collapsed"?

22      BY MR. HARRISON:  Q.  Well, I'll represent to

23  you that that's been attributed to you.

24    A.  Okay.  I'm -- it's so long ago I don't remember

25  the conversation; right?

186

1      "Collapsed" would have meant that the majority

2  of the deals moved out.  That's what collapsed would

3  mean to me.

4    Q.  And that means -- when you say "majority of the

5  deals," what do you -- what do you mean by that?

6    A.  Over 51 percent.

7    Q.  And would that mean that you wouldn't have

8  enough coverage to cover your forecast?

9    A.  It would have meant that I probably would have

10  been more dependent on the one or two big deals; right?

11  You know, in a -- in a -- in a good, solid quarter,

12  you'd like to have, kind of, what we call "dogs and

13  cats" -- littler deals that would have gotten you there.

14  And then the big one would have been either -- made you

15  wildly successful or -- or just barely successful.

16    I think, in that time frame, so many things

17  were going away that we were more dependent upon the

18  bigger deals, the really giant deals, than we were

19  previously.

20    Q.  Now, earlier you'd said that you felt that

21  there was a -- a fat, rich pipeline as of the very

22  beginning of fourth quarter, 2001; right?

23    A.  Sorry?  Can you repeat the question.

24    Q.  Yeah.  Absolutely.

25    Earlier you testified that you felt there was a

187

1  fat, rich pipeline at the end of third quarter, 2001.

2    A.  There was a couple of big deals that I felt was

3  leaving my region in -- in better shape.  The person

4  that took my territory over when I left was a very good

5  personal friend of mine.  So I felt good about the

6  timing of when I left because there was a couple of big

7  deals that were still left there for him to close out.

8  I think he did very well the quarter I left too.  But,

9  again, it would be contingent upon a couple of those

10  bigger deals closing.

11    Q.  Now, if you felt that the pipeline collapsed in

12  second quarter, 2001, or was slowing down, is that

13  something you would have reported to your supervisor,

14  Sandy Sanderson?

15      MS. WINKLER:  Objection.  Asked and answered.

16      THE WITNESS:  "Asked and answered," she said.

17      MR. CAPLAN:  You can answer.

18      THE WITNESS:  I honestly don't remember making

19  the comment about the pipeline collapsing.  My guess

20  would be that I was talking more about what I was

21  hearing across all of Oracle than my own specific

22  pipeline.

23    But there's no doubt that lots of stuff was

24  moving out of the pipeline from companies who had gone

25  through a serious downturn and were stopping IT budgets.

188

1  And, yes, I would have reported that to my supervisor.

2      BY MR. HARRISON:  Q.  Do you recall reporting

3  that?

4    A.  I recall being as honest and straightforward

5  about my pipeline as I could every time I was asked

6  during the years I was there.

7    Q.  And -- and what you felt about the pipeline was

8  reflected in the numbers that you provided upwards?

9    A.  Clearly.

10    Q.  They were aggregated; right?

11    A.  Clearly.

12    Q.  And along that line, after you gave your

13  forecast to Mr. Sanderson and discussed it with him, do

14  you know what he did with it?

15      MS. WINKLER:  Objection.  Form.

16      THE WITNESS:  I have no idea what he did with

17  it.

18      BY MR. HARRISON:  Q.  Do you know whether he

19  applied management judgment to the forecast that he

20  created using yours and the other AVPs?

21    A.  You would need to ask him.  I have no idea what

22  he did with it.  But that is what I do for my team; so

23  it would be logical you could do the same.

24    Q.  In your view, were you more of a conservative

25  forecaster for OPI West, or were you more aggressive?

DeCesare, Michael  2/16/2006  9:37:00 AM

189

1    A.  I prefer the word "accurate."  Either extreme
2  is not a good -- is not a good thing.  So I had a little
3  bit more of a challenge than most in how do you forecast
4  HP; right?  If it comes in, it's a wildly different
5  percentage than if it doesn't and, you know, I would
6  tend to put those more in upside until I was really sure
7  they were going to come in so as to not misrepresent too
8  high the numbers.
9    Q.  I know you said that you don't know what
10  Mr. Sanderson did with your report.  Do you know who
11  analyzed after Mr. Sanderson got it from you
12  for your forecast?
13    A.  I would have guessed either Sandy or his
14  financial team.
15    Q.  You're not -- you don't know for a fact who
16  looked at it or who analyzed it to roll it up into an
17  aggregated --
18    A.  No, I don't.
19    Q.  -- forecast?
20    A.  There was a guy who used to be his financial
21  guy.  I'd recognize the name if you said it, but I don't
22  remember what his name is now.
23    Keep striking.
24    Q.  Now, we've been talking about using the word
25  "collapse" or, you know, if I may slow down -- and I --

190

1  I just want to analyze this a little bit more.
2    How did that -- I know you said that you used
3  it in your forecasts and you -- you also used pipelines,
4  but how did your view that -- that things were slowing
5  down -- how did that affect the financial results for
6  OPI West in second quarter and third quarter, 2001?
7    MS. WINKLER:  Objection.  Form.
8    THE WITNESS:  I don't remember.
9    BY MR. HARRISON:  Q.  Do you recall that in
10  those quarters that you hit your forecasted numbers?
11    A.  Per our earlier conversation, we closed HP in
12  the second quarter, right, that was -- yeah, the second
13  quarter.  So I absolutely made my numbers during that
14  period.  I don't remember what the rest of it was like
15  put beneath that, to be honest with you.  We went
16  through deals like AMD and some of these others.
17    I don't remember some of those deals going
18  during through the period, but I'm on e-mails and stuff.
19  So -- and I don't remember what the third quarter -- I
20  don't know how well I did in the third quarter.  So I
21  don't remember.
22    Q.  You don't remember if you came in over your
23  forecast --
24    A.  No, I don't.
25    Q.  You don't remember if you left on a high note?

191

1    A.  I feel like I did, but I also remember HP was
2  such a big deal for us that would have put me ahead for
3  a long period not just for the quarter that I was in.
4  So I feel like I did.
5    But, you know, again, if you look a deal like
6  HP, understand we got that deal because we promised HP
7  an equal amount of hardware in return; right?  That --
8  HP wasn't out there doing big deals like that with
9  anybody.  They did it because they were going to get a
10  $22 million hardware order back to help their business;
11  right?
12    So I had more of those opportunities since the
13  customers I called on were IT business partners of
14  Oracle's than the Oracle sales rep would have had or
15  average sales VP would have had.
16    MR. HARRISON:  I'd like to mark -- I think
17  we're at --
18    MR. CAPLAN:  14.
19    MR. HARRISON:  -- 14.
20    THE WITNESS:  Uh-oh.
21    (Marked for identification purposes,
22    Exhibit 14.)
23    THE WITNESS:  Rich Blotner.  That's the guy.
24  That's Sandy's operations guy.  That's the guy who would
25  pull this stuff together.  Sorry.  These like -- these

192

1  names from my past -- I forgot about them.
2    BY MR. HARRISON:  Q.  I'll just give you a
3  chance to take a look at it.  Let me know when you're
4  done.
5    A.  Okay.
6    Q.  Okay.  First of all, let me ask you -- I know
7  we -- earlier we discussed the whole dot com bubble and
8  anything, and I don't think you could place a date on
9  when you recall the whole thing burst is that, looking
10  at these documents that you've looked at today, does it
11  refresh your recollection a specific date when you felt
12  that that happened?
13    A.  No, it doesn't.  And that shouldn't be too hard
14  a thing for you guys to figure out; right?  I just
15  didn't think to look it up for today, to be honest with
16  you.  Sometime around 2000?  Beginning of 2000?
17    Q.  You don't recall specifically?
18    A.  I don't recall specifically.
19    MS. WINKLER:  Objection.  Asked and answered.
20    BY MR. HARRISON:  Q.  If you take a look at
21  this document, which is Bates-numbered --
22    A.  Front page or two?
23    Q.  I -- I'm just going to describe the document
24  really quick for the record.
25    NDCA-ORCL 027953 to -54.  It's a December 1,

DeCesare, Michael  2/16/2006  9:37:00 AM

193

1  2000, e-mail from Richard Blotner to Frank Varasano,
2  Sandy Sanderson, and copying Jim English. I believe a
3  second ago you said that you remembered who
4  Richard Blotner was?
5  A.  Yeah. Blotner was the ops guy, and English was
6  the finance guy. Those are the two guys that would have
7  pulled all this stuff together for Sandy. That long
8  arduous package that we looked at earlier were -- my
9  guess is those guys built that in their teams.
10  Q.  Now, this -- in pulling this stuff together, as
11  you say, they used the information that was rolled up
12  from, for example, OPI West; right?
13  A.  Definitely.
14  Q.  And Jim English was the finance guy, you said?
15  A.  I think so. I think English was the finance
16  guy and Blotner was the ops guy.
17  Q.  Did you have interaction with either of those
18  two?
19  A.  Both of them.
20  Q.  How frequently?
21  A.  A couple -- every couple of days on something.
22  They -- they did everything from the business reviews to
23  deal approvals to kickoffs. Everything -- there's lots
24  of stuff that we were all working on. So we'd deal with
25  those guys a lot more frequently than Sandy.

194

1  Q.  Now, the first paragraph of this e-mail, which
2  is dated December 1, 2000, are you aware that
3  December 1, 2000, was the first day of the
4  third quarter?
5  A.  Yeah.
6  Q.  It says
7       "Fyi, attached is an update to the file
8       i sent you earlier on pipeline compared to
9       budget & last year."
10  Budget was -- in other words, is it fair to say
11  that that was the first forecast of the quarter?
12  A.  I would think so, yeah.
13  Q.  And it also compares to last year if you see
14  that in that line I just read. It was common in this --
15  at least for Oracle, to compare financial information to
16  the same quarter of the year prior; is that right?
17  A.  As it would be for all companies, yes.
18  Q.  When you say "all companies," do you mean in
19  this industry or --
20  A.  I -- I -- I think any company, and certainly in
21  high tech, is the most incredibly relevant point is same
22  period last year.
23  Q.  And why is that?
24  A.  It shows your over-year growth. Seaonality is
25  taken into consideration. A company like Oracle, who

195

1  closes their year in May, you know, might do 35 to
2  40 percent of their business in the fourth quarter.
3       My new company that I'm at now -- we do 21, 24,
4  26, 29 percent of our business in Q1, Q2, Q3, and Q4
5  respectively. So you naturally expect Q1 to be better
6  than -- or Q2 to be better than Q1, and Q3 to be better
7  than Q2, et cetera.
8       So when you look at Q2 of this year compared to
9  Q2 of last year, that is better indicator of how the
10  business is growing versus just the seasonality. So
11  it's a very common -- common metric.
12  Q.  It says, next line,
13       "Key to remember, is that many deals
14       that fell out of q2 will have moved into q3
15       so the numbers will only get better. Key
16       points are:
17       "Q3 pipe looks great, increasing
18       57 million over last look (all areas up)."
19  Now, looking at that line, do you know what
20  Mr. Blotner is referring to when he says "All areas up"?
21  MS. WINKLER: Objection. Form. Lacks
22  foundation.
23  THE WITNESS: My guess is he means all
24  three regions -- West, Central, and East.
25  I can tell you one thing, though, you need to

196

1  think about on this. Okay? So there was a reorg going
2  on; so people would put things in the pipeline system
3  because, if it was in the pipeline, you would get to
4  keep it and, if it wasn't, you wouldn't.
5       So one thing that you have to dig into on this
6  is you could very easily have people putting deals in
7  the quarter that were never going to close in the
8  quarter, strictly so that they would not either get
9  fired, if there were terminations, or, B, so they
10  wouldn't lose that account if there was a reorganization
11  going on.
12  BY MR. HARRISON: Q.  What was --
13  A.  It was a problem around this time of the year
14  in general for Oracle because there was uncertainty
15  about layoffs at Oracle, that that was the rumor mill
16  inside the organization. When I left, it was an
17  uncertain time, as it was for every company during that
18  time in the high tech; right? But also there was the
19  whole reorganization going on.
20       So I -- I'm not saying that that had an effect
21  on this. I'm just saying that one of the things that
22  you need factor into this is that -- that sales reps
23  were a little bit scared during this time and you could
24  easily have had to artificially inflate numbers in
25  the system for job preservation.

DeCesare, Michael  2/16/2006  9:37:00 AM

197

1  Q. Do you have any specific knowledge that that
2  actually happened?
3  A. Not in my territory -- I'm not aware of it
4  happening. I mean I -- I would have gone and zero'd
5  that out as I rolled them up because I felt like I knew
6  transactions better, but it was definitely something
7  that people were dealing with across the company at that
8  point.
9  Q. And that was -- when you said you zero'd them
10  out, that was an exercise of your judgment when
11  providing the forecast upwards?
12  A. Yes.
13  Q. Was it your policy to tell your managers and
14  sales reps to include every deal in the pipeline?
15  A. Every deal that we were putting any kind of
16  resource on. So the opposite effect is even worse,
17  where a sales force ends up out the work deal and
18  doesn't it in the pipeline so any time -- a country
19  presales weapon they couldn't sign to it until any put
20  night the system as a check balance to make sure that
21  everything was in there so, yes.
22  Q. The next line here says that the "pipe shows
23  2.75x coverage of budget, 3.8x compared to last year
24  (excellent position).
25  Do you see that?

198

1  A. M-hm.
2  Q. And where it refers to 2.75x coverage, is it
3  fair to say that that refers to the coverage that the
4  pipeline has for the forecast?
5  A. Yes.
6  MS. WINKLER: Objection. Form. Lacks
7  foundation.
8  THE WITNESS: Yes.
9  BY MR. HARRISON: Q. As far as you know?
10  A. Yes. That's -- that's -- that's what they mean
11  by it. That's what you asked me; right?
12  Q. Yes. And you used the same metric in -- in
13  your experience in your division; right?
14  A. Absolutely. Industry common term.
15  Q. The next line said that "all three areas are
16  over 2x even without" -- GRN -- "Enterprise deal." or
17  G -- excuse me -- GM --
18  A. "General Motors Enterprise deal."
19  Q. I think there's a misspelling.
20  A. Yeah. A deal that went down that was tagged as
21  General Motors was called Coviscent (phonetic), which
22  was a joint venture between General Motors, Chrysler,
23  and Ford, but it was an ASP deal. So even if it was
24  closed, it was going to be recognized over time, not up
25  front. That's why it had to be zero'd out of forecasts.

199

1  That was one of the ones I was aware of that was
2  happening in the Central region.
3  Q. Mr. Blotner refers to the fact that all
4  three areas are over 2X. And I'm wondering if, in your
5  experience -- so I'm asking for your personal knowledge
6  in OPI West -- if 2X was a standard you were familiar
7  with?
8  THE WITNESS: I tried to get to 5X. That was
9  our target was to have five times the pipeline coverage
10  that you would need. We would routinely get to about
11  3X. It depends how you want to look at it. It's the
12  high water mark. So, you know, you might -- December 1,
13  is, as Rich is saying here, is -- there's probably a
14  whole bunch of deals that are still in the system as
15  being a Q3 -- a Q2 deal. Q2 deal.
16  That had just -- the rep hasn't gone and said,
17  "It didn't close last night. So now it has to move into
18  a, you know, December, January, or February close. So
19  those wouldn't be reflected in here.
20  You know, by the same token, when you're
21  working a deal during the quarter and it doesn't close,
22  you tend to just move it out to the next quarter, even
23  if it's a deal that might not close in the next quarter.
24  It's just a common practice to stick it out,
25  and then clean the forecast up in the first couple of

200

1  weeks of the quarter. So I -- I -- I never put very
2  much credence into what the first rollup was.
3  You would come back, take a couple of days to
4  clear your head, and then okay reps cri- -- you know,
5  get deals classified correctly -- that kind of stuff.
6  So it wasn't uncommon to see it go up or down by 1X in
7  the first couple of weeks of the quarter.
8  Then you see his last bullet there. It says
9  "q4 will still be a big challenge to show growth";
10  right?
11  Q. Do you -- do you understand that Q4, 2000, was
12  an extremely high year as far as revenue for Oracle?
13  A. It what? It was a high year?
14  Q. Q4, 2000.
15  A. Yeah. It's the comparables; right?
16  Q. Yeah.
17  A. That's what you're saying? Yeah. Oracle does
18  so much of their business in the fourth quarter.
19  They've engineered the sales organization with price
20  holds and things that really incent customers to wait
21  until May that whether they show growth in the
22  fourth quarter or not is going to have a very material
23  impact when they show growth for the year.
24  So my guess out of that is, again, is that Q4,
25  '00, was so strong that, even with good Q4, '01, it

DeCesare, Michael  2/16/2006  9:37:00 AM

201

1 might not still show sequentially you're over your
2 growth. But that's just my speculation.
3    Q.  Now, I think you mentioned this earlier, but
4 isn't it true that -- that your understanding at least
5 is that Mr. Blotner and Jim English would use the
6 information that you provided and roll it up into more
7 global forecasts for Oracle; is that right?
8    A.  I -- I don't know that for a fact, but that
9 would make sense for sure.
10    Q.  Because they did -- are you aware that they
11 worked on such forecasts?
12    A.  That's -- that's Sandy's operations team. So,
13 you know, I had my person that would roll my managers
14 up -- and it's just common practice for any sales leader
15 to have an operations team that is going to pull
16 together the forecast. My only difference in this is
17 I -- my understanding that Oracle was that it -- that
18 was done via the CRM system, which was advertised to do
19 that, not via a manual set of spreadsheets.
20    Q.  Now, based on, in part at least, the
21 information that you had rolled up from your forecast,
22 Mr. Blotner is indicating that the Q3 pipe looks great.
23    Do you see that?
24    A.  I do.
25    Q.  Do you have any reason to believe that he was

202

1 misrepresenting what -- the information that he received
2 and rolled up?
3    A.  Not at all.
4    MR. HARRISON:  You know, why don't we take a
5 five-minute break if that's okay.
6    THE VIDEOGRAPHER:  Off record at 3:00 o'clock.
7    (Recess was taken from 3:00 p.m. to
8    3:06 p.m.)
9    THE VIDEOGRAPHER:  On record at 3:06.
10    MR. HARRISON:  I would like to mark as the next
11 exhibit DeCesare 15.
12    (Marked for identification purposes,
13    Exhibit 15.)
14    MR. HARRISON:  Which is an e-mail, entitled
15 "OPI Final Forecast Week 12," dated Thursday, the 16th
16 of November, 2000, from Darren Lauter to Frank Varasano
17 and others, with an attachment -- several attachments.
18 They're included behind the document.
19    I'll let you take as much time as you need to
20 review this, but I'll let you know that the page I'm
21 interested in is the page 4 of 17 and 5 of 17 internally
22 in this -- in the attachment.
23    A.  Okay.
24    MR. CAPLAN:  I'm sorry. Which number?
25    MR. HARRISON:  The internal page 4, which is

203

1 Bates No. -948. And I guess, for the record, I'll note
2 that the Bates number of this document is
3 NDCA-ORCL 038944 to -966.
4    THE WITNESS:  Page 4?
5    MR. CAPLAN:  -948.
6    THE WITNESS:  Got it.
7    BY MR. HARRISON:  Q.  Ending in Bates No. -948.
8    A.  It shows the November 16. Okay.
9    Q.  Okay. So you've turned to the Bates number
10 ending in -948? Do you --
11    A.  Yes. I -- I'm there.
12    Q.  Okay. I would just like to direct you to the
13 column -- well, the -- the title that says "West -
14 Mike DeCesare."
15    Do you see that?
16    A.  I do.
17    Q.  And it goes through from Week 2 to Week 13.
18    A.  Yes.
19    Q.  And actually the title of this page is
20 "Oracle Product Industries Q2 '01 Pipeline Trend
21 Including Commercial ISD."
22    I -- I wanted you to take a look at under the
23 column "Pipeline" for -- under "Total," sub- --
24 subcolumn "Total." If you look next to your name,
25 there's a -- there's a list under each week for what the

204

1 pipeline was.
2    Do you see that?
3    A.  Yeah. I look incredibly accurate.
4    Q.  What do you mean by that?
5    A.  Consistent across the weeks.
6    Q.  Oh, with your forecast? Is that what you're
7 referring to?
8    A.  I'm just -- I'm just joking around. I'm sorry.
9    Q.  That's -- I was going to get there next. Is
10 that -- are you -- are you looking at the forecast --
11    A.  Yeah. I was looking at the total forecast.
12    Q.  You made that observation that you're
13 incredibly consistent. What -- what do you mean by
14 that? Is that -- besides the fact that it's --
15 represents 27 until the very last week?
16    A.  27?
17    Q.  Are you looking at "Forecast" or -- or the
18 "Pipeline"? I'm sorry.
19    A.  So it's confusing to me, if this was done after
20 the end of quarter, which Week 13 would indicate, why
21 there'd be one thing in "Forecast" and one thing in
22 "Pipeline."
23    You certainly shouldn't still have something in
24 pipeline that didn't -- those should be the same thing
25 come Week 13. And so I'm just confused about the

DeCesare, Michael  2/16/2006  9:37:00 AM

205

1    context of when this was generated. All right. Week 13
2    is after the quarter is over; so how -- how did I do 35
3    and have 93 in pipeline a week after the end of quarter?
4    It doesn't make much sense to me.
5        Q.  Let me ask you a question. Have you ever seen
6    a -- an atta- -- a document like the one that's attached
7    here?
8        A.  No.  I -- this was never shared with us.  This
9    was -- this wasn't something that I was given, I guess.
10   It was something that maybe measured us and shared among
11   our -- my boss and his peers.
12       Q.  Okay. So to understand what you just told me,
13   it's your understanding that the very last week of the
14   quarter the pipeline would hit the forecast exactly?
15       A.  100 percent.
16       Q.  Do you mean forecast or actual sales?
17       A.  They're all the same thing; right? When the
18   quarter's over, if you close 35, then your forecast is
19   35, your pipeline's 35 -- all deals as closed.
20       When I -- I don't have a lot of context. This
21   isn't something that was shared with me, but when I run
22   my business today, you know, there might be a
23   billion dollars of pipeline today, and then by the end
24   of the quarter you might do $400 million.  But when the
25   quarter's over, by midnight of that last day of the

206

1    quarter, only the 400 million that we closed is still in
2    there, and everything else has been moved out because it
3    didn't close; right?
4        So that's -- the only thing that's a little bit
5    weird to me is how did I finish at 35, and -- and it
6    shows 93 in pipeline after the quarter is over. It's
7    just confusing. Plus you showed me earlier that I did a
8    $22 million applications deal at HP, but you only have
9    me down as 17 million of applications in here, which
10   doesn't make any sense; right?
11       Q.  So does that suggest to you that that -- the
12   $35 million forecast is not the total actual final sales
13   for -- for --
14       MS. WINKLER: Objection. Sorry.
15       MR. HARRISON: That's okay.
16       For --
17       THE WITNESS: Wait till he's done.
18       MR. HARRISON: For OPI West.
19       MS. WINKLER: Objection. Form.
20       THE WITNESS: I don't know what we're looking
21   at here. From the way you described this, this would
22   have indicated, kind of, an end-of-the-quarter review.
23   This would be something that you'd want to look at the
24   end of quarter to see where you started and where you
25   ended and stuff. But the fact that it's got 17 million

207

1    of applications in here for me and we already showed
2    that I had a $22 million deal close in the quarter that
3    we're talking about here indicates there's some flaw in
4    this report.
5        BY MR. HARRISON: Q.  Do you -- if you look at
6    the -- the forecast for apps, it goes from 16 for the
7    first six weeks and then 17 for the last three weeks;
8    right?
9        A.  Yes.
10       Q.  Does that indicate to you that, instead of this
11   actually being the ac- -- the final number, that this
12   was the forecast for the quarter?
13       MS. WINKLER: Objection. Form. Lacks
14   foundation.
15       BY MR. HARRISON: Q.  Is that how you interpret
16   it?
17       A.  I don't -- I don't know how to interpret that.
18   I -- I knew HP would have been closing before the last
19   day of the quarter. So at some point it would have been
20   at least in here as pipeline. You know, I don't know.
21       Knowing that HP closed for 22 million in the
22   quarter, I don't understand how it would be at 17 all
23   the way until the end. Again, I don't understand.
24   Week 13 isn't the last end of the quarter. Week 13 is
25   when the quarter's over.

208

1        Q.  If you -- if you look at the e-mail on the
2    first page, maybe that'll shed some light into it. It
3    says "Attached is the final forecast for Week 12, the
4    summary document and the scenario sheet."
5        Does that say to you that --
6        A.  That's the end.
7        Q.  That going -- that is actually for the week --
8    under Week 13, that that's a forecast and not actual
9    numbers?
10       A.  This look like it's something that shows what
11   it would be -- this is the last week of the quarter.
12       Q.  But it's -- the e-mail is talking about the
13   fact that it's the forecast for Week 12.
14       Do you see that?
15       A.  What -- what's the difference?
16       Q.  It's -- I'm sorry?
17       A.  What's the difference?
18       Q.  Are you asking --
19       A.  Yeah. The forecast in the Week 12 -- it's the
20   last week of the quarter. The forecast should be fairly
21   accurate at that point.
22       Q.  Okay.
23       A.  There's not very many moving parts. There's,
24   kind of, to use the way that you talked about it
25   earlier. Most of the stuff that you know isn't going to

DeCesare, Michael  2/16/2006  9:37:00 AM

209

1    close is out, and most of the stuff that's still in is
2    very, very likely.
3          So this doesn't surprise me in the slightest.
4    The only thing that's -- that's weird to me is there's
5    no factor for HP in here.  So I don't understand it.
6          Q.   Looking at the pipeline total under "West -
7    Mike DeCesare" as it progresses over the span of all
8    those weeks, can you indicate to me where deals
9    generally fell out of the pipeline?
10         MS. WINKLER:  Objection.  Form.  Lacks
11   foundation.
12         THE WITNESS:  You can look at around Week 6 to
13   Week 7.  It fell by 14 million or roughly 20 percent
14   between Week 7 and 8.  Mine fell by another $3 million
15   or about a little bit less than 5 percent.
16         Then it climbed back up, at the end, to 93,
17   which is weird because it jumped in technology -- again,
18   to go back to what we talked about this morning here,
19   you had deals like the Gap and some of these other deals
20   that somebody could have put into the pipeline, the
21   snapshot could have gotten run, it could have gotten
22   moved out the next day -- I mean some of the deals that
23   I was working on were fairly big so they could have had
24   an impact on this.
25         But the only thing weird on here to me is is

210

1    the fact that we've already proven that HP closed for
2    22 million doesn't seem to be represented anywhere here.
3          BY MR. HARRISON:  Q.  Right.  And if you -- if
4    you look at the -- the numbers going -- progressing on
5    in time, do you see a steady decline in the pipeline
6    going to 93?
7          A.   Steady decline until the end when it jumped
8    back up to 93.
9          (Reporter clarification.)
10         THE WITNESS:  Until it jumped back up to 93.
11         BY MR. HARRISON:  Q.  And as we discussed
12   earlier, it was -- I think you testified that, during
13   the course of the quarter, the pipeline would decrease
14   as the quarter went along because deals would close and
15   some other deals would fall off; is that right?
16         A.   Yes.
17         Q.   If you could turn to the next page, please.  I
18   don't know if you had a chance to take a look at it, but
19   I'll give you as much time as you need.
20         A.   What -- what's this?  This next one here is the
21   year?  I don't -- the header isn't very indicative,
22   so ...
23         Q.   I really -- I just want to make sure we're on
24   the same page.
25         A.   I got it.  Okay.

211

1          Q.   Okay.  All right.  The numbers that -- you
2    know, as you can see, the title of this is
3    "Oracle Product Industries Pipeline History, Including
4    Commercial ISD."
5          And it gives data for Q1 and Q2 of fiscal
6    year -- well, if you look at the title, it says it
7    compares fiscal year '01 pipeline to fiscal year '00
8    pipeline.
9          Do you see that?
10         A.   M-hm.
11         Q.   Now, under the total for fiscal year '01
12   pipeline for Quarter 2 pipeline is at 252 average.
13         Do you see that at the bottom of the column?
14         A.   Yes.
15         Q.   And if you look under fiscal year 2000, the
16   total is 150.  Do you see that?
17         A.   M-hm.
18         Q.   That turns out at 68 percent in the growth of
19   the pipeline from the prior quarter of the year before?
20         A.   M-hm.
21         Q.   And I -- I may have misstated that.  What I
22   meant to say is the same quarter of the prior year; is
23   that right?
24         A.   Yes.  Yes.
25         Q.   And do you have any reason to believe that

212

1    that's not correct?
2          A.   No.  Not at all.
3          Q.   Thank you.
4          A.   What does the minus 39 mean in the FY -- the
5    Q2 2001 pipeline in the lower right-hand corner, it says
6    "negative 39."
7          What is that?  Change prior from what?  Do you
8    see?
9          Q.   I do see that.
10         A.   Next to the 252, it says minus 39 --
11         Q.   Let me ask you --
12         A.   Because I don't -- I don't know.  This is a
13   weird report.  But I think what you were saying is the
14   150 on average that was in '00 up to 252 would be a
15   67 percent increase.  I'm not doing the math, but it
16   seems pretty close to it.
17         Q.   Right.  And I didn't say that.  I was just --
18         A.   Yeah.  No, no, I think that's what -- but then
19   this over here says 39 percent down.  But I don't
20   understand what it's down from, to be honest with you.
21   Anyway....  We -- we agree it went from 150 up to 250.
22   That's what you were trying to get to; right?
23         Q.   I was asking you, yeah.
24         A.   Yeah.  I never saw this.  This isn't something
25   that I --

213

```
1    Q.  Right.
2    A.  -- that I ever took a look at.
3    Q.  Understood.  Understood.
4    A.  Okay.
5         MR. HARRISON:  Let me mark as -- I think it's
6    DeCesare 16.  Is that right?
7         (Marked for identification purposes,
8         Exhibit 16.)
9         BY MR. HARRISON:  Q.  I'll let you take as much
10   time as you want to look at this.  But I would just like
11   to let you know that I will direct you -- direct my
12   questions to the Bates number ending -691 and -692.
13        For the record, this is a -- the Bates number
14   of this document is NDCA-ORCL 400679 to -706.  And it's
15   titled "Oracle Product Industries Q3 '01 and Q4 '01
16   Forecast Package, Week 14 - February 27, 2001."
17   A.  What page did you want me to look at?
18   Q.  Bates number ending -691.
19   A.  Okay.  Just give me a couple of seconds.  Okay?
20   Q.  Sure.
21   A.  Okay.
22   Q.  And I just want to direct you to a column
23   that's similar to the one we looked at previously, which
24   is "Pipeline total" under "West, Mike DeCesare."
25   A.  Yep.
```

214

```
1    Q.  And I was wondering if, looking at this data --
2    well, let me -- let me start by saying have you seen
3    this document before?
4    A.  No.
5    Q.  Is this the sort of report that you would have
6    received in your --
7    A.  No.
8    Q.  -- during your time at Oracle?
9         Okay.  Now, looking at the column "Pipeline
10   total" under Mike DeCesare, can you point to me at all
11   where you believe deals fell out of the pipeline for
12   your -- for OPI West or that there was a collapse in the
13   pipeline?
14   A.  Yeah.  In week -- between week 4 and week 6.
15   And then after -- so if you look at this, just to get a
16   perspective on it, you've got $85 million in week 6 of
17   which you have 56 million in three transactions.  Go
18   back up to page -- the one ending in -82.  And you're
19   going to see Select Run, $20 million; Intel,
20   $14 million; and the Gap, $10 million?  Right?  So
21   45 million right there alone.  Sun, another 5.  So I
22   mean you're going to have $50 million on
23   four transactions out of $85 million.
24        So when you look at the three or four largest
25   deals that you've got in the organization, the change to
```

215

```
1    the balance of the pipeline was radical between Weeks 4
2    and 6.
3         Again, mine -- mine is a really hard one to
4    trend because, you know, you move $20 million out, it
5    might show a bad trend, you add 20 million, it might
6    show a good trend, but is it -- that isn't indicative of
7    the overall pipeline; right?  So my -- my recollection
8    of this time is a lot of the smaller average, mid-size,
9    you know, deals were moving out -- just categorically
10   customers shutting down budgets -- but that we still had
11   four or five really big deals that, if we were able to
12   get done, could have had a pretty profound impact on the
13   quarter, good or bad; right?
14   Q.  Right.  And -- and your knowledge about that
15   fact was -- went into your forecast for the quarter;
16   right?
17   A.  It would have, yes.
18   Q.  And that went into whether or not you felt
19   you -- OPI West was going to hit its -- its budgeted
20   numbers?
21   A.  Yes.  So in parallel with this, though, at this
22   time -- one of the reasons why I left the company --
23   there was a huge power struggle.  Ray had left the
24   company.  Sandy, Jay Nussbaum -- I think he was still
25   there at the time although he might be gone, who ran
```

216

```
1    OSI -- and George Roberts all wanted to run the Americas
2    sales.
3         So there was a tremendous amount of pressure to
4    leave things in the pipeline at that point because there
5    was some competition going on between NE, NAS, OSI, and
6    OPI.  It got -- good solid pressure for a sales
7    organization is expected, but there got -- it gets to a
8    point where it get unhealthy as well.  And at that point
9    it was getting unhealthy.
10        So we were encouraged to have deals in there
11   that might be more logically a Q4 deal or something like
12   that but continue to track and press for them just
13   because there was incredible importance of those deals
14   in Q3.  I'm not saying that's specific to Q3.  That
15   could have been Q1 to Q2, Q2 to -3.  It wasn't like it
16   was just that one quarter, but that was one of the
17   general reasons why I chose to leave the organization.
18   Q.  You notice several times in this pipeline
19   report that the pipeline increased?
20   A.  Yes.
21   Q.  That would happen when more deals were placed
22   in the pipeline by sales reps?
23   A.  Yes.
24   Q.  And you would monitor that too as well?
25   A.  Definitely.
```

217

1    Q.  And that would be something that you would
2  consider in whether or not you would make your
3  forecasting numbers for the quarter?
4    A.  Of course.
5    Q.  If you look at the next page, it's similar to
6  another page we looked in the last document.
7    A.  Yep.
8    Q.  I'll let you take a look, but I'll tell you I'm
9  going to direct you to Q3.
10    A.  The 47 percent growth?
11    Q.  I don't see where you get -- where you're
12  seeing 47?
13    A.  I'm looking at 222 is the average across '00
14  and then 268 is the average across '01 with a 47 percent
15  growth for the year.
16    Q.  I see.  For tech.  Because I think that the
17  total is 53.
18    A.  Yes.  53.  I'm sorry.  I'm reading the wrong
19  column, right.
20    Q.  Do you have any reason to believe that that's
21  not accurate?
22    A.  No.  I have every reason to believe that it's
23  accurate.
24    (Reporter clarification.)
25    THE WITNESS:  I believe it is accurate.

218

1    BY MR. HARRISON:  Q.  I want to switch gears
2  here.  And, again, I'll do my best to speed it up.
3    I wanted to ask you about a database called
4  Oracle Sales Online, and I believe that you've been
5  asked about that earlier.  And I just want to make sure
6  I understand the fact that you don't recall that name at
7  all?
8    A.  I read it one of the notes that was out -- it
9  was one of the things I saw -- I saw the comments that
10  were down in the bottom of my subpoena as well.  So
11  sales online -- I -- I misinterpreted sales online.
12    "Sales online" is the terminology that Oracle
13  uses for the online system this guy Tim Chou ran, which
14  was an ASP offering, where a customer could come pay you
15  X dollars per month and that would be a hosted
16  environment, right, where Oracle maintained the
17  hardware.  And all you did was basically pay for it like
18  you would pay a phone company for dial tone service on
19  your phone.
20    So in my comments that I made about Oracle
21  online being the sales system, I was referring to the
22  forecast system on -- instead.
23    Q.  The forecast system?
24    A.  The global implementation of the CRM system at
25  Oracle that the sales management used.  Everything

219

1  you're talking about here are reports that are being
2  pulled in some way out of that system.
3
4    Q.  And that's --
5    A.  Just -- just to clarify.
6    Q.  Sure.  And that's what -- did you know that to
7  be called Oracle Sales Online?
8    A.  I thought it was, but obviously Oracle Sales
9  Online was the -- was the ASP offering.  So I'm sure
10  that the forecast system itself has some other name that
11  I just forget.
12    Q.  Are you aware of whether -- if I say "OSO," do
13  you recognize -- will you realize that I'm talking about
14  Oracle Sales Online?
15    A.  Yes.
16    Q.  Are you aware of whether OSO captured actual
17  sales?
18    A.  OSO is an ASP offering run by a guy named
19  Tim Chou.  I know nothing about it.  It had nothing to
20  do with the forecast system at Oracle.  I used the wrong
21  term.
22    Q.  If you look at -- I heard you make reference to
23  your subpoena, and if you take a look at that -- well,
24  you know, if you pull it out, it says
25    "Oracle Sales Online, which is a part

220

1    of the 11i CRM suite, is the forecasting
2    tool that Ellison, quote, 'brags about,'
3    unquote, that allows him to view all sales
4    and choreograph the sales force."
5    Do you see that?
6    A.  Yes.  Wrong term.
7    Q.  Do you recall making that statement?
8    A.  Sure.  I don't really, to be honest with you,
9  remember the interview, but referring not to
10  Oracle Sales Online but to the forecast system, that's
11  what I'm talking about there.  But it's not called
12  Oracle Sales Online.  I missed -- I missed acronyms on
13  that.  So I don't know what Oracle calls their forecast
14  system that's internal.
15    Q.  Right.
16    A.  OASIS was a 1990 term.  There is -- there is a
17  name for it.  I just forget.  But that's what I was
18  referring to there in the subpoena instead.  And that
19  just means Larry's view into the worldwide forecast.
20    Q.  Do you understand that the language I read has
21  been attributed to you in this lawsuit?
22    A.  Yes, I understand that.
23    Q.  And what you're saying is that the name is --
24  "Oracle Sales Online" is not what you were -- you were
25  actually referring to?

DeCesare, Michael  2/16/2006  9:37:00 AM

221

1      A. Correct.
2      Q. Do you recall saying that Ellison brags about
3   OSO?
4      A. Yes.
5      Q. What did you mean by that?
6      A. He talks about it all the time, about how
7   automated his sales organization and how he can
8   look -- the whole benefit of a CRM system, in general,
9   is that -- you've mentioned this a hundred times
10   today -- I -- I -- reps put in information, managers
11   then put some discretion on top of it, and so on and so
12   on and so on. And if you have a really conservative
13   management chain, you can underforecast, and if you have
14   a very zealous management chain, you can overforecast.
15      What -- what Ellison used to talk about was the
16   fact that he could see the total AM entries, account
17   managers; the total first-level managers; the total
18   second-level managers would allow him a lot more
19   visibility into that whole process of who's conservative
20   and who's zealous in their forecasting. That's what he
21   bragged about.
22      Q. And --
23      A. What's interesting is now -- as you show me
24   today, now it's actually all done via manual
25   spreadsheets instead. I -- I -- I'd assumed all of that

222

1   was done in the sales force automation system, not in --
2   in Excel files. But maybe these are Excel files made
3   off of the system. Who knows? Right? But they all say
4   "xls" on the bottom. It's ironic. That's all.
5      Q. And so what you're saying is you don't know one
6   way or the other whether Larry Ellison actually reviewed
7   the data that was in the online database; right?
8      MS. WINKLER: Objection. Form.
9      THE WITNESS: I -- I don't know for a fact
10   because I wasn't standing over his shoulder, but I do
11   know for a fact that he would talk very openly about how
12   powerful the CRM system is and how he, as a user of it,
13   could see all the way down into the organization. I
14   didn't see him do it, but I heard him talk about that to
15   prospects quite often.
16      BY MR. HARRISON: Q. Sure. So you -- yeah,
17   you heard him talk about the database, but whether or
18   not --
19      A. I didn't -- I didn't see him online looking at
20   the worldwide data; right?
21      Q. Right.
22      A. And by the way, Tom Siebel -- I mean you could
23   go to any of the companies that are out there. Every
24   one of their CEOs who sells CRM is going to try and, you
25   know, leverage and make that same comment; right?

223

1      Q. For sales purposes?
2      A. It's -- you know, you're trying to convince --
3   one sales guy trying to convince another sales guy to
4   buy their sales product. So that's not unusual at all.
5      Q. Do you know whether or not he even had an OSO
6   account?
7      MS. WINKLER: Objection. Form.
8      THE WITNESS: No. I don't know that for a
9   fact.
10      BY MR. HARRISON: Q. Do you know whether
11   Jeff Henley had an OSO account?
12      A. I don't know that for a fact.
13      Q. How about Sandy Sanderson?
14      A. I'm pretty certain that Sandy Sanderson had an
15   OSO account, only because I believe that, when you put
16   an approval in, it would go to Sandy Sanderson's user ID
17   as the next account. But I don't know for a fact, no.
18      Q. Now, in your role as AVP of OPI West, did you
19   have any software development responsibilities?
20      A. No. I feel like I did because of the
21   Hewlett-Packard transaction. They wanted some
22   functionality from us that I had to push our development
23   team very, very hard to actually do after they said they
24   would do. But, no, I didn't run development.
25      Q. Were you ever involved in any testing of the

224

1   products or releases that Oracle had of its software?
2      A. Only as a beta user.
3      Q. What do you mean by that?
4      A. A user that had to get on the system and -- and
5   be a user on it before it went general availability and
6   shipped to the paying customers.
7      Q. And what you're referring to is in-- sort of,
8   an internal implementation of the product before it went
9   out to customers?
10      A. We would use the products, as an internal
11   audience, every time before they went out to the
12   customers.
13      Q. And --
14      A. The note that you showed earlier from
15   Julie Cullivan would be feedback directly from that.
16   All the problems in order entry and things were because
17   she was a user of the system trying to organize people
18   on it and things like that.
19      Q. Are you referring to the exhibit -- we'll take
20   a look again -- where she was talking about problems
21   with demonstrations?
22      A. Yes.
23      Q. Do you know whether and what sorts of testing
24   Oracle did before it released a product?
25      A. Vaguely.

DeCesare, Michael  2/16/2006  9:37:00 AM

225

1    Q.  What's your understanding?
2    A.  So it went through, you know, development.
3  Then the code was frozen.  It went through regression
4  testing.  Then it went through porting.  It was a very
5  rigorous -- fairly arduous process.
6    Q.  And they used that process for each subsequent
7  software release?
8    A.  To my understanding, yes.
9    Q.  Did you have any involvement in that testing?
10   A.  No.
11   Q.  Were you ever involved in any product
12  demonstrations to customers?
13   A.  Yes.
14   Q.  Did you accompany your sales managers on -- or
15  presales managers on trips where they would demonstrate
16  the capabilities of certain software releases?
17   A.  Not so much in the period 2000 and 2001.  At
18  that point I was brought in more at the negotiation
19  level at the end after the demos done.  But sometimes.
20   Q.  You said not so much in 2000 and 2001.  So is
21  it fair to say that you -- well, you tell me.
22      Did you ever demonstrate Suite 11i to
23  customers?
24   A.  Myself personally?
25   Q.  M-hm.

226

1    A.  No.  And I never demo'd any product in 12 years
2  myself personally.  They don't let the sales guys touch
3  it.
4    Q.  But you -- but you accompanied?
5    A.  That's not what you asked.  You asked if I ever
6  demonstrated it myself.
7    Q.  All right.  Did you ever instruct any of your
8  sales managers to rig demos -- demonstrations to show
9  capabilities that weren't available in Suite 11i?
10   A.  Yes.
11   Q.  How is that?
12   A.  Customers would constantly ask us to mock up
13  what a demonstration -- in a demonstration environment
14  what it would look like when they were to get live a
15  year later or something like that.
16   Q.  Sure.
17   A.  So it was very, very common for someone to say,
18      "Hey, we have a very unique capability
19      in the retail industry or in this industry
20      and we need to understand what it's going
21      to look like."
22   Q.  So that was at the customer's request?
23   A.  The customer's request.
24   Q.  Were you ever aware of any situation where it
25  was done to mislead a customer?

227

1    A.  There's a -- there's a thin line here.  I mean
2  you're trying -- in -- in an application demo
3  environment, you're trying to take what's going to take
4  a hundred people and $20 million and a year of work and
5  show them in two weeks of a -- one presales rep in a
6  room what it's going to look like.
7      So there's no doubt that there are screen cams
8  and things done that will mirror what the software looks
9  like and there -- and no doubt that there's times when
10  customers were not aware they were looking at something
11  that was more of demoware than real production software.
12  I don't recall any scenario where we sat down and said,
13  "Hey, we know it's not going to do this.  We're still
14  going to try and show them that."  That's not -- not --
15  not -- not -- not -- not quite so direct.
16   Q.  So is -- if I'm understanding what you're
17  saying is that Oracle would use still screens and things
18  like that to show what its product was that wasn't
19  actually running the -- the different releases of the
20  software?
21   A.  Very much so.  Because demos would come out
22  six months before the software shipped.  So you would
23  get a demonstration environment that was six months
24  ahead of when the product was done.  So the only way you
25  could do that was, you know, things like -- I don't know

228

1  the tools they use are, but they'll do a flow, where
2  it's actually -- you're -- you're more like watching a
3  movie.  And you can see the mouse come over and click
4  and a field go in and stuff.  And the RSCs would
5  rehearse trying to do that in a way where the customer
6  didn't know that they weren't on the real software.
7      It's very common for application companies,
8  by the way.  It's not -- it's not something unique to
9  Oracle.
10   Q.  And the actual installation of new software
11  would take months and extremely large dollar amounts to
12  do.  So you were trying to demonstrate what it looked
13  like before you even sold it; is that correct?
14   A.  Yes.
15      MS. WINKLER:  Objection.  Form.
16      THE WITNESS:  Yes.  The -- the more of that you
17  would see would be the industries that it was farther
18  away from what the vanilla product did.
19      So Oracle Manufacturing, as a for instance, is
20  designed for a manufacturing company, but also process
21  manufacturers, retailers would all use the same product.
22  So in the industries that you got in that were further
23  outside of the base industry, you had to be more
24  creative in how you -- how you demonstrated that
25  environment.

229

1     That scenario that you just described would be
2  applicable in, like, retail in some places than it would
3  be in a discrete manufacturing organization.
4     BY MR. HARRISON:  Q.  Do you have an
5  understanding of what the term "bug" means in a software
6  context?
7     A.  Oh, yes.
8     Q.  What is your understanding of what a bug is?
9     A.  Defect.
10     Q.  Would you agree that the term "bug" refers to a
11  situation in which the software does not perform in the
12  manner described in the software documentation?
13     A.  Clearly.
14     Q.  Would you agree that it's -- it's not unusual
15  for a large-scale release of software to encounter bugs?
16     MS. WINKLER:  Objection.  Form.
17     THE WITNESS:  Absolutely.
18     BY MR. HARRISON:  Q.  In your experience at
19  Oracle -- even now, is -- is it true that, with a
20  large release of software, including CRM and ERP or one
21  of the other, involves -- there's always bugs; is that
22  right?
23     A.  Oh, absolutely.
24     Q.  In fact, you'd be surprised if a large-scale
25  release of software didn't have any bugs at all?

230

1     A.  I don't believe any software company in the
2  world has a product that doesn't have any bugs in it.
3  And I use Microsoft XP.  It's been out for two years.  I
4  still have screen freezes and have to reboot and stuff,
5  which are bugs.  So yes.
6     Q.  I hear that.  Do you know what -- understanding
7  that you didn't have a role in software development and
8  documentation, are you aware of the software
9  documentation at Suite 11 -- for Suite 11i at least, are
10  you aware of whether it was called the technical
11  reference manual or TRM?
12     A.  Yeah.  Those would be the documentation
13  manuals.  But what -- the way that software companies,
14  and Oracle specifically, gets around -- or -- or deals
15  with customers on functionality is you certify in the
16  contract that it will operate as specified in the
17  manual -- in the user manuals, and that's the user
18  manuals.
19     So that's the place where, if it doesn't
20  operate as specified -- it's the check and balance
21  between what the software does and what it's supposed to
22  do.  Those are like -- they're, like, this big
23  (indicating) when they're printed out.  I mean they're
24  gigantic -- very, very technical manuals.
25     Q.  "This big" being 4 inches his fingers were

231

1  apart.  We got it on film.
2     In your role at Oracle, you weren't involved in
3  fixing software bugs, were you?
4     A.  Not personally.
5     Q.  Have you ever witnessed or personally dealt
6  with a bug in Oracle software?
7     A.  I've witnessed, but I've never personally dealt
8  with it, if you mean by that "fix."
9     Q.  When you were at Oracle, were you familiar with
10  the system of rating bugs according to severity --
11  severity.  I'm sorry.
12     A.  Yes.
13     Q.  Do you remember what that was called?  What --
14  what the different ratings were?
15     A.  Priority one, two, and three or something like
16  that.
17     Q.  Right.  Or have you heard P1, P --
18     A.  Yeah.  P1.  That's it.  P1 stands for
19  Priority 1.  P1, P2, P3.
20     Q.  Do you know whose different ratings mean?
21     A.  One means your production system is down.  Two
22  means something bad is happening.  Three is an
23  enhancement request.
24     Q.  Do you know P1 has also been called a
25  showstopper?  Is that a term you've maybe seen that

232

1  before?
2     A.  Showstopper is a term that some customers will
3  put on everything that they need.  But Priority 1 is
4  intended to be -- it's something in production, and
5  your -- and your business environment is down because of
6  this and we're going to work on it 7 by 24 but you as a
7  customer have to be available 7 by 24 to work with us
8  too.
9     Priority 2 is slightly less business-critical.
10     And then Priority 3 is more -- more what they
11  want to see the software do in the future versus
12  something that is perceived as a bug.
13     Q.  Going back to something you said in that
14  statement.  So a showstopper -- a customer calling
15  something a showstopper could be something like
16  functionality that they feel that the -- they want but
17  the product doesn't have; right?
18     MS. WINKLER:  Objection.  Form.
19     THE WITNESS:  Yes, it could be.
20     BY MR. HARRISON:  Q.  For example, with Gap the
21  fact that Retech had more functionality for
22  retail-specific businesses?  Does that make sense?
23     A.  Could.
24     Q.  So "showshopper" wasn't always a bug, in your
25  experience?

DeCesare, Michael  2/16/2006  9:37:00 AM

233

1    A.  No.  Well, in the context of the Gap -- I mean
2  the Gap was saying there's **14** showstoppers -- they
3  hadn't -- they hadn't bought the software yet.
4    Q.  Right.
5    A.  So that -- that -- what -- what they meant was
6  that there were showstoppers, meaning there were things
7  that they felt as requirements that in their analysis of
8  the tool it didn't do.  Nothing to do with a P1, P2, or
9  P3.
10     They wouldn't have discovered that until they
11  thought it did something and tried to implement it and
12  realizes that it didn't.
13    Q.  In other words --
14    A.  Very different things.  One's presales.  One's
15  post sales.
16    Q.  Sure.  And in your understanding -- in your
17  dealings with Gap -- I know that it was a client of
18  yours -- in that specific scenario, they're referring to
19  things that they needed for their business that they
20  felt Oracle can provide?
21    A.  Correct.
22    Q.  Similarly -- well, first of all, have you
23  heard -- have you ever heard of the phrase a "TAR" or a
24  Technical Assistance Report?
25    A.  Oh, most definitely.

234

1    Q.  What is that?
2    A.  It's a call from a customer into the support
3  center that generates either a P1, P2, or P3 issue.
4    Q.  Have you ever sent a TAR for any reason?
5    A.  Personally I never did one, but my reps and my
6  presales reps would have -- all the time, be logging
7  them on behalf of their customers.
8    Q.  And when you say that, you're referring to the
9  entire time you were at Oracle?
10    A.  The entire time I was at Oracle.
11    Q.  All software releases that -- that you
12  experienced while you were there?
13    A.  Absolutely.
14    Q.  Not just Suite 11i?
15    A.  Absolutely.  Suite 11i was no better or worse
16  than any other release Oracle came out with, with the
17  exception of the CR products.  CR products were heavily
18  overmarketed.
19    As you saw in Julie's note, there was major
20  pieces of functionality that were advertised that just
21  did not exist.
22    I read through the complaint and look at that
23  statement by Mark Barrenechea in there.  It's not
24  factual.  It's not true.  It does not operate as
25  integrated out of the box.  That's -- that's false.

235

1    Q.  What do you base your -- your statement -- that
2  statement on?
3    A.  Lost deals.  Customers like HP that were
4  furious after they started implementations.  There's,
5  you know, quite a -- quite a few examples of that.  You
6  guys have hit on a lot of the customers.  So you know
7  them, and you're seeing them.
8    Q.  Well, let's -- let's --
9    A.  By the way, when you look at the database and
10  the financial applications, 11i was a notable
11  improvement, solid release.
12    Q.  Did you say -- I think I heard you earlier
13  today say that your company today is going to use some
14  CRM applications?
15    A.  Yeah.  We get to go live on it in three months.
16  I'm telling you it's the sins of my past catching up
17  with me.  It's been six years.  So my -- my expectation
18  on the product is that it is a very different product
19  today than it was six years ago.
20    Q.  So in -- in your experience that, was typical
21  was any new software release -- that each new release of
22  that -- of that version will get better and better --
23  right?
24    MS. WINKLER:  Objection.  Form.
25    BY MR. HARRISON:  Q.  As far as bugs and TARs?

236

1    THE WITNESS:  It's very typical that what
2  software companies typically do when they move from a 9
3  to a 10 to an 11 type of thing -- and every company has
4  got their own numbering systems; right? -- there'll be a
5  big spike in bugs when it first comes out because a
6  lot's new.  But then as the point releases come out --
7  like 11.1, 11.2, 11.3 -- then it will get better and
8  better and better because those point releases are
9  typically taking bugs, fixing them, and then packaging
10  those fixes.
11    But again outside of CRM, there was nothing
12  about 11i, in my opinion, that was, like, notably worse
13  or better than the other releases Oracle had come out
14  with.  It was just a big release.
15    BY MR. HARRISON:  Q.  In fact, wasn't CR- --
16  excuse me -- let me rephrase that.
17    Wasn't Suite 11i, sort of, a revolutionary
18  release in that included CRM and ERP for the first time
19  ever?
20    MS. WINKLER:  Objection.  Form.
21    THE WITNESS:  No.  Not in my opinion.  There
22  was no -- there was no better coordination between the
23  ERP and CRM groups in release 11 than there were other
24  releases.  That was just marketed that way.
25    BY MR. HARRISON:  Q.  So this wasn't the first

DeCesare, Michael  2/16/2006  9:37:00 AM

237

1  time that it -- that it implemented a -- an entire suite
2  of CRM and ERP together as one package?
3      MS. WINKLER: Objection. Form.
4      BY MR. HARRISON: Q. Instead of including
5  "best of breed" applications, which had to be inputted
6  together?
7      MS. WINKLER: Objection. Form.
8      THE WITNESS: The way the applications were
9  built in 11i was no better integrated than the previous
10  releases. Ron Wohl still ran ERP. Mark Barrenechea ran
11  CRM. They didn't communicate very effectively. There
12  is nothing more -- more integrated or coordinated about
13  11i than there was about the previous releases.
14      Now, all of the releases -- 10, 9, et cetera --
15  were all built by one company; so there was certainly
16  integration points between products. But it wasn't
17  that -- there wasn't something, as you said,
18  "revolutionary" about 11i, in my opinion, that, all of a
19  sudden, made it, you know, way better and more
20  integrated than it was previously.
21      BY MR. HARRISON: Q. At the time Suite 11i was
22  released, are you aware of any other competitors that
23  were offering an entire package of CRM and ERP bundled
24  together?
25      MS. WINKLER: Objection. Form vague.

238

1      THE WITNESS: SAP, PeopleSoft.
2      BY MR. HARRISON: Q. Now, I wanted to touch on
3  something you testified about the integration problems.
4  And you said that there were problems because -- I'm
5  going to -- I'll let you say it. Is it -- is it
6  Mark Barrenechea?
7      A. Mark -- Mark Barrenechea.
8      Q. Barrenechea.
9      That Mark Barrenechea and Ron Wohl didn't talk
10  or didn't communicate; is that right?
11      A. As I mentioned to you guys earlier, there was
12  quite a bit of political infighting at the top levels of
13  Oracle, in my opinion, which was one of the reasons that
14  I chose to move on.
15      You had the sales leaders in George Roberts and
16  Sandy Sanderson and Jay Nussbaum that might all
17  potentially want the bigger job. You had Ron Wohl and
18  Mark Barrenechea that might both potentially want each
19  other's jobs.
20      So it wasn't -- there just wasn't the best of
21  communication within the organization. There's
22  competition between the ERP and CRM teams more than
23  there was collaboration.
24      Q. I'd just like to explore that a little bit how
25  you -- what's the basis for your knowledge of the

239

1  relationship between Mr. Barrenechea and Mr. Wohl?
2      A. I knew them both. As you saw in Sandy's note,
3  he -- this is an executive VP in the company that's
4  trying to put this out to the two application leads and
5  say "This is what's wrong with the integration points
6  between your products." It wasn't -- it wasn't -- it
7  wasn't done then. It wasn't built in the right way.
8  There wasn't people on the general ledger applications
9  that also sat on the CRM team or things that would have
10  helped bring those things together.
11      Q. Were you involved in developing either side of
12  the CRM or anything --
13      A. I was not.
14      Q. Did you -- were you part of making a decision
15  of when the product would be released?
16      A. Definitely not.
17      Q. Did you have any input or discussions with
18  Mark Barrenechea or Ron Wohl about that?
19      A. I talked to them all the time.
20      Q. And did you -- did you have any experience in
21  developing software that was entitled -- intended to
22  integrate those?
23      A. No.
24      MS. WINKLER: Objection. Form. Vague.
25      THE WITNESS: No.

240

1      MR. HARRISON: I'm sorry. What was the
2  objection?
3      MS. WINKLER: Form. Vague. I thought it
4  was --
5      MR. HARRISON: Okay. I didn't hear it. I
6  didn't hear it. I just wanted to make sure.
7      THE WITNESS: I was thinking to myself the same
8  thing. I understood the question perfectly.
9      MR. HARRISON: That's okay. It's just
10  preserving objections. It's understandable.
11      THE WITNESS: I'm going to come up to my wife
12  tonight, "Objection. Form. Vague." She's going to
13  crack --
14      MR. CAPLAN: Don't do that.
15      BY MR. HARRISON: Q. Okay. Are you aware that
16  Suite 11i was intended to serve as an e-business suite
17  for companies, that wouldn't require companies to choose
18  "best of breed" applications and combine them together
19  in one approach?
20      A. Clearly.
21      MS. WINKLER: Objection. Form.
22      THE WITNESS: Clearly. Yes.
23      BY MR. HARRISON: Q. You don't debate that was
24  that was the intention of the --
25      A. Absolutely not. When the -- when the Internet

241

1  bubble burst, every company -- the majority of companies
2  across the world had to write off investments from tiny
3  little companies that were no longer in business, and
4  there was a natural -- as there still is today --
5  movement towards trying to buy more from less suppliers.
6       So whether it's SAP or Oracle -- the only two
7  left at this point -- people would much prefer Oracle to
8  come out with all that integration on their own and have
9  applications that span all of their business needs
10  versus having to go out and buy that from lots of
11  vendors and do it themselves.
12       My only issue is the claim that -- that
13  Oracle's product comes -- you know, without consulting,
14  it comes integrated out of the box is absurd.
15       Q.  Do you -- do you get that from your view of the
16  complaint?  Is that what you're basing your statement
17  on?
18       A.  I get it from my view of the way that business
19  was -- the way that I -- my customers were implementing
20  my products; right?
21       Q.  Right.
22       A.  My -- one of my last deals that I did while I
23  was there was with a company called Agilent -- we didn't
24  talk about them today, but it's a $15 billion spin-off
25  from HP.  It was the medical equipment side of HP.

242

1       We did a deal for almost $100 million with
2  Agilent, of which 80 million was consulting and 12 or
3  15 million was license and the rest was support.  That
4  80 million was to make all of our own products work
5  together.
6       If it worked as ad- -- if it's integrated out
7  of the box, they wouldn't have had to spend that
8  $80 million; right?  So that -- that's my only issue
9  is -- I'm not -- I'm not saying the intent of 11i wasn't
10  to provide one integrated business suite.  I -- I get it
11  that that's where the market's heading, for sure.
12       But it's a -- it's a big stretch to say it does
13  that the way that -- the only thing in the complaint
14  that I read is from Mark Barrenechea.  And the only
15  issue I looked at on that was -- that that doesn't --
16  that's not -- that's not right.
17       Q.  You're aware that -- of the fact that -- that
18  anytime there's new software -- software implementation,
19  including with Suite 11i, that it would take a lot time
20  and a lot of money to implement the system into the
21  company's legacy software?
22       MS. WINKLER:  Objection.  Form.
23       THE WITNESS:  Clearly.
24       BY MR. HARRISON:  Q.  And that's part of the --
25  the software fees that are -- excuse me.  Let me

243

1  rephrase that.
2       That's part of consulting fees that are wrapped
3  up in the deal?
4       A.  Clearly.  So when -- when -- when -- when you
5  did -- you come back to the Agilent deal a couple of
6  seconds ago; right?  Those dollars are -- are not
7  strictly to integrate back and front office.  There's
8  all kinds of legacy systems that they just couldn't
9  afford to have to migrate that data into -- Oracle's had
10  to integrate to those systems.
11       There's -- think of it, kind of, switches.
12  There's probably a million switches inside the entire
13  suite of products that need to be set so that it's
14  configured for a company's business.  A lot of the fees
15  are for those things, which are natural implementation
16  fees.  I get that loud and clear.
17       But there's also a fairly big chunk of the
18  money that was spent trying to make order entry talk
19  to -- you know, try -- try -- trying to put some of the
20  pieces together like Julie talks about in her note --
21  you can go down -- we can go through that one by one if
22  you wanted to, but there's lot of areas in that that
23  it's just like "this doesn't speak to this, you know,
24  and this doesn't speak to this" type of thing.  So
25  that -- that -- that -- that's -- that's the only issue.

244

1       Q.  And you'd agree with me, wouldn't you, that
2  that could have been caused by the fact that it's
3  implemented into a client's existing database; right?
4       A.  Existing database?
5       MS. WINKLER:  Objection.  Form.  Misstates
6  prior testimony.
7       (Reporter clarification.)
8       MS. WINKLER:  Misstates prior testimony.
9       THE WITNESS:  Existing database?
10       MR. HARRISON:  I'll -- I'll -- I'll restate
11  that.
12       BY MR. HARRISON:  Q.  The, you know -- I didn't
13  want to say existing database.  I mean home-grown
14  applications and customer specifications that the actual
15  customer requires for its implementation of Suite 11i or
16  part of Suite 11i?
17       MS. WINKLER:  Same objection.
18       BY MR. HARRISON:  Q.  Or any -- or any software
19  released by Oracle.
20       A.  As I said a few seconds ago, there's no doubt
21  that a portion of those consulting fees was either to
22  configure the software, which is what you're saying --
23  make it work to their environment -- or to integrate to
24  legacy systems.
25       But there was also some substantial portions of

DeCesare, Michael  2/16/2006  9:37:00 AM

245

1    that order that were spent to put pieces together within
2    the own Oracle application set that did not come
3    integrated out of the box.  Because they were built by
4    separate development teams, it -- it's -- are you better
5    off than trying to buy SAP Back Office and Oracle Front
6    Office and integrate those things?  Absolutely.
7         But if I read that correctly, the statement is
8    that, hey, it works exactly as it comes.  Put it in,
9    press "Go," and it works.  And that might be a little
10   bit of a stretch.
11        Q.  Did you ever -- at -- at the time did you
12   discuss anything like this with Mr. Barrenechea?
13        A.  I had a lot of conversations with Mark.  Mark
14   was -- Mark and I were more about HP than Agilent, and
15   Larry was the executive sponsor on Agilent, did an
16   amazing job of sticking with that one.  I mean Agilent
17   got incredibly live, by the way.  They got -- they got
18   live.  They were very successful.  I'm not suggesting
19   that.  Mark and I were more working on HP, and Mark
20   attended weekly calls.
21        And I can't fault these guys; right?
22   Barrenechea kept his chin out there the entire time.  He
23   stayed with HP until they got live on these products
24   clearly.  So that's -- my interaction with those guys
25   was more through them keeping them in the deals until

246

1    the customers got what they expected out of the
2    software.
3         Q.  Do you know what an early adopter is of
4    software?
5         A.  Sure.
6         Q.  In your experience at Oracle, what did that
7    mean to you as far as the releases that someone at
8    Oracle would release, if you will?
9         A.  An early adopter would be someone who needed
10   the functionality a new release had to offer so badly
11   that they were willing to take it early.  Okay?  An
12   early adopter would be someone that required the
13   function -- the new functionality at such a high level
14   for their business that they were willing to take the
15   release, knowing it was buggy, and be one of the first
16   implementers of it.
17        Q.  So in your experience in -- perhaps with your
18   clients that were earlier adopters you -- well, let
19   me -- let me rephrase that.
20        Do you -- did you have clients that were early
21   adopters of Oracle software in general?
22        A.  Sure.
23        Q.  How about earlier adopters of Suite 11i?
24        A.  I don't remember.
25        Q.  Was HP an early adopter?

247

1         A.  I don't remember.
2         Q.  You don't know one way or the other?
3         A.  The HP transaction was not as much about
4    business users that wanted to use the software as it was
5    the bidirectional deal.  So I'm -- my guess is that -- I
6    mean with Mark Barrenechea being as involved in HP and
7    they had to put a lot of releases in, I think by default
8    they became an earlier adopter.  But that's not what you
9    were looking for.  What you're asking is the people who
10   really want to -- to be first; right?
11        Q.  I'm just curious, out of your clients, if
12   you --
13        A.  Clearly, I had early adopters.  I couldn't give
14   you names and numbers, but clearly I had customers
15   that -- that -- that were early adopters.
16        Q.  In your experience, did those clients
17   understand that, in getting the software early before it
18   was commercially released, that it would have problems
19   such as bugs?
20        A.  Definitely.
21        Q.  But they -- they wished to forego getting a
22   later release that was less buggy for the benefit of
23   getting it early?
24        A.  Yes.
25        Q.  Do you know when Suite 11i was released

248

1    commercially?
2         A.  As I said earlier, I don't remember the Compaq
3    date.
4         Q.  Do you remember the general time frame?
5         A.  Early 2000 would be a guess.
6         Q.  When I say "commercial," how do you interpret
7    the word "commercially"?
8         A.  General availability.
9         Q.  And that would be after early adopters?
10        A.  Correct.
11        Q.  Isn't it true that, as opposed to early
12   adopters, there are other customers, at least in your
13   experience, that knew that software was buggy early and
14   would wait until subsequent releases before purchasing
15   it?
16        MS. WINKLER:  Objection.  Form.
17        THE WITNESS:  The IT industry is a small
18   industry.  People have been in it for a long time.
19   Anybody who's implemented enterprise applications knows
20   that every release, when it comes out, is going to have
21   a higher bug rate and if you don't need -- you're not
22   dying for the new piece of functionality, then you wait.
23   So I think big customers are pretty savvy about that.
24        BY MR. HARRISON:  Q.  Now, is it fair to say,
25   in your experience, that, when a new release of software

DeCesare, Michael  2/16/2006  9:37:00 AM

249

1  came out, there was not enough internal testing at
2  Oracle that Oracle could do to get every single bug out
3  before it went to the clients?
4      A.  Definitely.
5      Q.  So no matter what amount of testing Oracle did
6  to find all the bugs, they'd have to wait until that
7  software was implemented at the client or the customer?
8      A.  It never is free of bugs.  There's different
9  kinds of bugs.  There's bugs that -- that's why the HP
10  deal again.  When you develop on HP, the likelihood is
11  you're only going to find bugs that are functional bugs.
12      But then, all of sudden, somebody else wants to
13  deploy it on Sun.  Well, there's going to naturally be
14  things about the Sun operating system -- that same
15  release that worked on HP now doesn't work on Sun.
16      You can do as much testing as you want, but the
17  reality is -- that's why there's a support
18  organization -- is it's very understood that there will
19  a decent bug rate in software and it just gets worked
20  through.
21      I don't think Oracle is any buggier than
22  anybody else.
23      Q.  And because it's such a large undertaking to
24  install enterprise software to a customer, there's --
25  bugs are inherent and finding bugs inherent in the

250

1  process of when it is installed with that customer; is
2  that correct?
3      A.  Correct.
4      Q.  And is it fair to say that bugs that are
5  discovered when implementing it into the customer's
6  existing database or legacy software are those that
7  would not be discovered no matter how much testing
8  Oracle would do?
9      MS. WINKLER:  Objection.  Form.
10      THE WITNESS:  I can't answer that question.  I
11  don't know.
12      BY MR. HARRISON:  Q.  You don't know one way or
13  the other?
14      A.  Because what I -- if Oracle tested for
15  five years on a release, would it have less bugs?  Yeah,
16  it would have less bugs.  But it's not practical, right,
17  because customers are demanding the functionality.  So I
18  think Oracle, like every good software company, does a
19  lot of testing and does the best job they can and deals
20  with the rest of it out in the field.
21      BY MR. HARRISON:  Q.  And it uses early
22  adopters to find -- you know, to get --
23      A.  Early adopters, their own consultants, the
24  customers -- I mean there's all kinds of ways for you
25  figure them out, and Oracle is real good about sticking

251

1  on those bugs and getting them fixed until they're done.
2      You asked the question earlier about whether my
3  sales teams and I, kind of, knowingly were out in front
4  of customers doing demos and things on things that
5  didn't exist.  I feel pretty good about the answer of
6  saying "no" to that.
7      But as I come back to the CRM products -- I
8  mean there was things there were advertised to our own
9  field that that product did that it didn't do.  And
10  that's where it got a little bit sticky, right, because,
11  you know, it's -- it's -- 11i made a lot of claims on
12  the CRM side that the reality is that there's going to
13  be lots of problems with it, and everybody knew it.
14      Q.  Everybody knew it, what do you mean by that?
15      A.  The field knew it.
16      Q.  The field?
17      A.  The field.  Notes that we've read here today;
18  right?  I mean there's umpteen pieces of data from you
19  guys on things that the development team was saying the
20  product did that, when you went out into the field, it
21  didn't do.
22      Q.  Because of bugs?
23      A.  Not because of bugs.  Because it was put in a
24  document saying it did this and just didn't build the
25  functionality.

252

1      Q.  And that functionality would have to be built
2  through patches, for example?
3      A.  Into patches, yes.
4      Q.  And --
5      A.  Let me -- let me -- let me give you an example.
6  If you were to use Microsoft Word, right, and you know
7  how to italicize something and, if you were to highlight
8  a row and hit the italicize button and it just didn't
9  italicize, is that a bug?
10      I mean a bug is usually where something hangs
11  and there's a problem or something like.
12      In the CRM product specifically there was
13  things that it was advertised to do that just weren't
14  built in the production software.  That's why you're
15  seeing some of the hairy issues that you're dealing with
16  around some of the customers is that there's a lot of
17  people and a lot of effort put on CRM, but there was
18  some problems with it.
19      Outside of that, everything that you're saying
20  is correct, which is it's just the natural course of
21  implementations on all the bugs and things that we're
22  coming across.
23      Q.  Would you agree with me that there's different
24  types of bugs?
25      A.  Yes.

253

1    Q.  Do you know any, off the top of your head,
2  that -- different types?
3    A.  Definitely.  So one would be performance.
4    Q.  How would you define --
5    A.  I go and I -- I'm an ent-- -- a clerk from
6  America Airlines entering airlines reservations, and
7  you're on the phone with me buying a ticket.  And I go
8  to hit commit, you give me a credit card, and it hangs
9  for ten minutes.  And you're on the phone and you're
10  ready to hang up and call United instead.  All right?
11  That would be a performance bug.
12      And the system is just doing some loop in the
13  back end that it's not coming back and -- and closing
14  things out.  That would be one kind of bug.  A
15  second one would be a -- a functional bug.
16      You know, I get to a certain field, I hit the
17  tab button, and my screen freezes.  And you hit those on
18  Microsoft sometimes; right?
19      And then a third would be a functional bug,
20  which is, you know, it's -- you put a 6 in this field
21  and then a 4 in this field and it's supposed to put 6
22  times 4 are 24 over here and it says 28.  So it was just
23  the code's bad behind it; right?  Those would be
24  different kinds of bugs.
25    Q.  Isn't that the same thing you were talking

254

1  about about -- well, let me strike that.
2      Did you say --
3    A.  On CRM?
4    Q.  Did you say the functionality bug twice, or --
5  did you give me three categories?
6    A.  So there's -- there's different -- different
7  ways -- you asked about different bugs.  Okay?
8    Q.  Sure.
9    A.  One -- one would be that you'd go try to commit
10  a transaction and it just hangs; another would be that
11  you hit a certain key in a wrong place, and it puts you
12  into a -- locked -- a locked place that you have to
13  reboot; and the third would be a calculation is in the
14  system and the calculation is just simply wrong.
15      And, again, some are small, some are big.  Yes,
16  as you con-- -- to confirm what you've been asking for
17  the last half-hour, many of these things are very
18  expected, you know, to be resolved.  There's -- there's
19  no way Oracle or anybody else could engineer all this
20  stuff out of their software before it gets put into
21  production.
22    Q.  Do you know whether or not Suite 11i modules
23  use a common data schema?
24    A.  I don't.
25    Q.  To your knowledge, did Suite 11i modules use a

255

1  simple database?
2    A.  To my knowledge, they do not.  And I base that
3  off Julie's note, where it says it requires separate
4  instances.  "Instances" mean databases.
5    Q.  Do you know whether or not Suite 11i modules
6  were constructed from the same computer language?
7    A.  I'd guess they were.
8    Q.  To your knowledge -- to the best of your
9  knowledge, you're aware that CRM modules in Suite 11i
10  were intended to share data with the ERP modules?
11    MS. WINKLER:  Objection.  Form.
12    THE WITNESS:  What do you mean by "intended"?
13    BY MR. HARRISON:  Q.  That was the purpose of
14  the product that was sold, Suite 11i; right?
15    A.  That was probably the --
16    MS. WINKLER:  Same objection.
17    THE WITNESS:  -- probably the original design
18  objective.  I'm not sure that it manifested itself in
19  the reality of what was put into the market, but that
20  was the original design objective.
21    BY MR. HARRISON:  Q.  Okay.  Something you
22  mentioned earlier that I wanted to come back to on a
23  topic you mentioned earlier is we were discussing the
24  implementation problems that you'd been talking about,
25  and you mentioned that there were lost sales due to --

256

1  to problems.
2      Do you remember saying that?
3    A.  M-hm.
4    Q.  In third quarter, 2001, which was December --
5  first of December to the end of February; right?
6      Do you -- do you agree with me?
7    A.  Yes.
8    Q.  Do you recall any lost sales as a result of --
9    A.  I don't recall, no.
10    Q.  How about Quarter 2, 2001?
11    A.  I don't recall.
12    Q.  You can't point me to any specific customers
13  that refused to purchase Suite 11i because of bugs or
14  any other problems?
15    A.  I don't recall.  I guess the one that would be
16  would be on here would be Gap, right, which documented
17  that Elizabeth says that there's problems with WLS
18  product and that's why they aren't going to move forward
19  this quarter.  She also goes on in the same note to say
20  they've got to get board approval and stuff like that,
21  though.  So it's very, very hard to quantify; right?
22    Q.  Sure.  And just so we're clear, I think, when
23  I'm talking about problems, I'm not talking about
24  differences in what Gap wanted for their business.  And
25  I think -- does that make sense to you?

DeCesare, Michael  2/16/2006  9:37:00 AM

257

1    A.  M-hm.
2    Q.  So you'll agree with me that, in the Gap
3  situation, Gap wanted some functionality that was better
4  provided by another vendor; right?
5    A.  Correct.
6    Q.  Do you have any knowledge in second -- excuse
7  me -- in third quarter of 2001 of customers having
8  implementation problems with Suite 11i?
9    A.  Yes.
10    Q.  Which customers?
11    A.  HP, for starters.  Anybody who was implementing
12  the CRM products was having major implementation issues.
13  So --
14    Q.  What was --
15    A.  -- categorically everybody in my territory who
16  was putting CRM in was having issues.
17    Q.  What was the nature of the -- the issues with
18  CRM?
19    A.  The functionality they believed the product was
20  supposed to have -- it just fundamentally didn't have.
21    Q.  And are you talking specifically about HP or
22  are you referring to --
23    A.  HP is by far the most high profile for me, but
24  that's a common -- would have been a common issue at
25  that point.

258

1    Q.  And --
2    A.  And to differ-- I'm sorry.  Let me
3  differentiate.  Database:  Very, very stable.  Hardly
4  ever had an escalation from customers.  Financials:
5  Very stable.  Rarely was there a escalation that came
6  out of the financials.
7       The issues that I'm talking about here for
8  you -- and the reason I keep coming back to this is is
9  that CRM was -- was a different level of quality than
10  the rest of the products.
11    Q.  Just referring to HP -- and then I'll ask you
12  if you can give me more examples because I want to
13  exhaust your knowledge on this -- is -- for -- for HP,
14  were there any issues -- it sounds to me like you're
15  saying there are issues with integration between the --
16  the different 11i modules; is that right?
17    A.  Yes.
18    Q.  And that was between the ERP and CRM modules?
19    A.  Jul-- -- there's -- there's other people that
20  would be a much better source for you on this like Julie
21  on the note that she came back with because she can talk
22  to each one of those bullets and explain to you the
23  Compaq integration issues.
24       But, yes, I -- I would generally characterize
25  that the issues were more between the integration points

259

1  of CRM and ERP because they were managed as separate
2  teams and had been an issue within those teams.
3       But within the CRM product specifically, there
4  was issues amongst the products.  Like HP was having
5  problems about support-to-sales-force automation,
6  marketing-to-sales-force automation and those type of
7  things, in addition to problems with the rest of the ERP
8  integration.
9    Q.  So besides those applications, are there any
10  more that you can think of that there are problems with?
11    A.  In that period, no.
12    Q.  And I'm talking about HP specifically right
13  now.
14    A.  Those are big ones.  That's -- that's -- those
15  are general categories that would encompass quite a few
16  problems.
17    Q.  Were you involved in dealing with those
18  problems?
19    A.  Yes.
20    Q.  How?
21    A.  I was on calls constantly with
22  Mark Barrenechea, trying to figure out how to make these
23  guys right, putting engineers on site, working issues by
24  7 by 24, putting my presales reps on these.
25       I was generally deemed as being accountable and

260

1  responsible, by HP, for -- for the implementation.  So,
2  you know, I pledged to my teams that, if they were going
3  to sell something, they were going to stick with it
4  until the customer went live.  So our -- our sales teams
5  would tend to be very involved until the customers
6  got -- got live.
7       MR. HARRISON:  Okay.  With that answer I'm
8  going let the tape be switched here.
9       THE WITNESS:  Okay.  So if we're not close to
10  done at this point because you had said -- I -- I'd been
11  led to believe that at 1:30 --
12       (Reporter clarification.)
13       MR. HARRISON:  We can go off the record.
14       THE VIDEOGRAPHER:  This marks the end of Tape 3
15  in Volume I in the deposition of Michael DeCesare at
16  4:11, going off the record.
17       (Recess was taken from 4:11 p.m. to
18       5:17)
19       (Whereupon, Sheila Chase, CSR, RPR,
20       took over reporting the proceedings)
21       THE VIDEOGRAPHER:  On the record at 5:15.  This
22  marks the beginning of tape four, Volume I, in the
23  deposition of Mike DeCesare.
24       Our court reporter is now Sheila Chase
25  recording for LiveNote World Service.

DeCesare, Michael  2/16/2006  9:37:00 AM

261

1    You may begin.
2    BY MR. HARRISON:  Q.  Mr. DeCesare --
3    A.  Hi.
4    Q.  -- we are back.
5    I have not a whole lot of follow-up questions,
6    but bear with me, and we'll get you out of here as soon
7    as possible.
8    We have been talking about -- a little bit
9    today about -- well, maybe not a little bit -- about ERP
10   and CRM integration, and you have said that you don't
11   believe that the ERP and CRM modules of Suite 11i were
12   integrated; is that right?
13   A.  Just give me one second, and I'll bring up the
14   exact --
15   Q.  I'm just asking you generally about the
16   document and --
17   A.  The thing I was reacting to is the statement in
18   the big thick thing that you sent me by -- from Mark
19   Barrenechea about it being out of the box and everything
20   works as integrated.
21   Q.  I didn't send you anything.  But what I'm
22   asking you is that's what you are saying today; right?
23   A.  I'm saying that there are holes in the
24   integration between the ERP and the CRM integration.
25   Absolutely.

262

1    Q.  Okay.  By "holes," you don't mean that the --
2    and by "holes," you don't mean that the ERP and the CRM
3    modules were not able to share data across the two
4    categories at all; right?
5    A.  Correct.
6    MS. WINKLER:  Objection to the form.
7    THE WITNESS:  The applications absolutely can
8    share some data across the applications.  Just like SAP
9    and Oracle can share data across the applications.
10   But the statement that it is completely
11   integrated out of the box is, in my opinion, a false
12   statement.
13   BY MR. HARRISON:  Q.  So you're saying that --
14   And tell me if this is a fair characterization,
15   because I just want to make sure we are perfectly clear
16   on the record.
17   -- is that the ERP and CRM modules were not as
18   integrated as they could have been had Mr. Wall and
19   Mr. Barrenechea --
20   A.  Bar.
21   Q.  -- worked together better; is that right?
22   MS. WINKLER:  Objection to the form.  Asked and
23   answered.
24   THE WITNESS:  The fact that they were running
25   as separate development organizations definitely, in my

263

1    opinion, hindered the amount of organization that could
2    have occurred had they been organized and run as one
3    unified development team.
4    BY MR. HARRISON:  Q.  Okay.  So what you are
5    saying is you felt because they didn't work together
6    well or their divisions didn't work together well
7    because of their -- let me strike that.
8    What you are saying is because they didn't work
9    together well in the two different modules --
10   And when I say "modules," I mean ERP and CRM.
11   -- that there were problems with the
12   integration?  Is that what you're saying?
13   A.  I'm being more general than that, which is,
14   there are holes in the integration.  There are areas
15   that still require consulting to come build the
16   integration bridges between those areas.  And every bit
17   of integration does not exist out of the box.
18   Q.  Okay.
19   A.  That's how I would like to characterize it.
20   Q.  Observing.  Thank you.
21   Now, is it fair to say that when you heard
22   about these problems, you were dealing with it from a
23   customer relation-management standpoint --
24   A.  That is correct.
25   Q.  -- because you were the area VP in charge of

264

1    all your salespeople, who are in charge of these
2    companies; right?
3    A.  Yes.
4    Q.  These clients?
5    A.  The clients would come to the person they
6    signed the contract with, the sales rep, which is
7    reported up to my organization.  So I would naturally
8    get engaged in it.
9    And, obviously, you heard more from the unhappy
10   customers than you did the happy customers; right?
11   So certainly, when I talk about HP in some are
12   these, it's because they pay -- they spend more money
13   with us and they had bigger issues.
14   Q.  Okay.  So you weren't on the ground fixing any
15   bugs or problems with integration; is that right?
16   A.  Absolutely not.
17   Q.  And you weren't issuing TARs?  And you don't
18   know what I mean by TARs; right?
19   A.  I was not issuing TARs, correct.
20   Q.  You were hearing about it from your sales
21   force, primarily?
22   A.  I was hearing about it from the customers and
23   from my sales force.
24   Since I was, as I mentioned earlier, the
25   executive sponsor on many of these accounts, I tended to

DeCesare, Michael  2/16/2006  9:37:00 AM

265

1   get a lot of the escalations pushed up to me very
2   quickly.
3       Q.  When you say "escalations," do you mean --
4       A.  Unhappy customers that are having problems via
5   TARs, or whatever the issue might be.
6       Q.  A wide variety of issues?
7       A.  A wide variety of issues.
8           To be balanced and fair about this, as we
9   mentioned earlier, in every software package, Oracle and
10  others, in every release, 11i and others, there's always
11  going to be bugs and problems.  It's just inherent in
12  the business with the software.
13          There's nothing unique to 11i about that.
14          But specifically about some of the CRM stuff and
15  11i, it seemed to be more than the average would have
16  yielded.
17      Q.  You had mentioned that -- and correct me if I'm
18  wrong -- Julie Cullivan would be more knowledgeable
19  about some of the specifics on the issues like this.
20      A.  Definitely.
21      Q.  And why is that?  Why do you say that?
22      A.  Because she was my technical person.  I have
23  always -- you know, not being a terribly technical
24  person -- my job is more sales operations -- Julie has
25  always been my technical kind of right-hand man, for

266

1   lack of a better word.
2           So they -- I would always have her go out and
3   drive the specifics around the deals.  That's why she
4   wrote the mail note.
5           Even though she didn't report to Steve or Tom,
6   Sandy had her running that from the entire country to
7   kind of under-characterize and understand what all the
8   issues were.
9           You'll see in her note she said this is a
10  summarization of data from the east, west, and central.
11  Right?  So that list of issues is very specific on the
12  areas that 11i had problems on.
13          And just to clarify that further, it's not as
14  much about the integration between ERP and CRM that I
15  saw the problems on.  It's the lack of functionality in
16  CRM versus what was advertised.
17          So a lot of those things you are going to see
18  on there are things that the product was supposed to do
19  that, when the customers installed it, it didn't do.
20          That might have been completely irrelevant from
21  whether they were using the ERP or not.  Just functional
22  holes inside the product.
23          I should be clear about that.  The concerns the
24  customer is having were lack of functionality in the CRM
25  and potential integration issues to the ERP side.

267

1       Q.  When you say "lack of functionality of CRM,"
2   are you talking about functionality bugs?
3       A.  I'm talking about things that were advertised
4   as functionality that just didn't work in the product.
5       Q.  When you say "advertised," you mean in the
6   technical resource manual?
7       A.  Yes, in the technical resource manual as
8   functionality.  When you see Julie -- I mean, it's a
9   precursor here.
10          When you see Julie's comments that she puts out
11  there, she is talking about it from the demo
12  environment.  So, since the demo N. comes out before the
13  product comes out, she was trying to surface things that
14  she, as an internal user, was noticing weren't there and
15  hoped that those things would get fixed before the
16  product went general availability.
17          And it then very well could have, by the way.
18          I mean, there's -- could be things on that list
19  that she surfaced that, you know, three months later or
20  something like that, they got fixed before customers
21  started to run into it.  I don't know.
22      Q.  Let's take a look at it.  It's the first
23  exhibit, actually, DeCesare one.
24          Just because you brought it up.
25      A.  Yeah.

268

1       Q.  I think Mr. Williams read through this earlier,
2   so I don't want to repeat it.
3           But do you recall reading through this and
4   noting that this was a request from Sandy Sanderson,
5   this response was a request to get feedback on the demos
6   that Julie Cullivan was attempting to --
7       A.  Correct.
8       Q.  You know, actually, that was a very badly
9   phrased question.
10          This e-mail chain, having reviewed it, shows
11  that Sandy Sanderson was requesting information on demos
12  from Julie Cullivan; right?
13      MS. WINKLER:  Objection to the form of the
14  question.
15          Also, it lacks foundation.
16      THE WITNESS:  So, as I read through this, given
17  that it was written in January of 2001, and as you have
18  stated, it's -- all day I was out at that point.  This
19  is more likely them demo -- or us demo-ing, at that
20  point, the production product.
21          So the demonstration environments would be one
22  and the same with the release the customers were getting
23  at that point.
24      BY MR. HARRISON:  Q.  When you say demo-ing the
25  production product, could you explain that to me,

DeCesare, Michael  2/16/2006  9:37:00 AM

269

1　please.
2　　A.　Okay.  11i came out when?  Do you have the
3　dates, the exact dates?
4　　Q.　Which, no.  Do you recall?
5　　A.　Early 2000?  Somewhere around that time frame.
6　　　This was written in 2001, so at that point we
7　would be demo-ing the same product our customers were
8　getting.
9　　　If this had been mid-1999, you might have still
10　had a demonstration issue.
11　　　But just -- Julie is going to be bumping into
12　issues here that customers would also be experiencing at
13　think point.  So you have got to get out the list, you
14　know.
15　　　"Order management continues to be very buggy
16　and slow."  Those would be bugs.
17　　　Customers, like I mentioned earlier, tried to
18　enter things and would then cause it to be very slow.
19　　Q.　Did you have a conversation with Julie after
20　receiving this e-mail, the first one in time, on this
21　document?
22　　A.　I don't remember it.
23　　　To be honest with you, I used to kind of let
24　Julie kind of run with these things directly.  She would
25　have more of a relationship with the development folks.

270

1　She would have more of a relationship with the support
2　organization, that type of stuff.
3　　Q.　So, is it fair to say --
4　　A.　Go to the second page -- I'm sorry -- for one
5　second.
6　　　"Shipping:  Containers do not work."
7　　　That's not a bug.  That's the fact that we have
8　containers, a piece of functionality, that just doesn't
9　work.
10　　　A bug would be something that is there, but
11　doesn't -- you know, has a problem with it.  This just
12　didn't exist (indicating).
13　　Q.　Did you talk with Julie about that specific
14　problem?
15　　A.　Not much.  You know, these things are familiar
16　to me.  I mean, this is a flashback here.
17　　　But customers that were pretty upset about
18　feeling that we, as a sales team had sold them one
19　thing, and then when they started to deploy it, they
20　found it to be something very different.
21　　Q.　Would it be fair to say that, to get more
22　detail about the report that Julie set forth in here, we
23　should talk with her; she had more knowledge about it?
24　　A.　I think so, yes.  I think this -- because you
25　have been drilling it for the last hour or so on kind of

271

1　the functionality and bugs and stuff, I'm going to
2　provide you speculation based on my conversations with
3　customers and what they are saying.
4　　　I can't tell you exactly what each one of these
5　things meant.  She could still go through every one of
6　these things and tell you exactly what kind of bug it
7　was and what the issue was and the rest of those things.
8　　Q.　Okay.
9　　A.　Being that she's all over these e-mails
10　(indicating), my guess is she's probably on your list,
11　and she would be able to provide better context for you
12　on these things, I think, than I would.
13　　Q.　Before we broke, we were actually talking about
14　the HP account, and I was asking if there was
15　implementation problems.  And you were telling me some
16　of the things that were wrong with it, the
17　implementation.
18　　A.　Okay.
19　　Q.　I just wanted to back up one step.
20　　A.　Okay.
21　　Q.　HP was the client that signed the
22　22-million-dollar deal at the end of the second quarter
23　2001; right?
24　　A.　Correct.
25　　Q.　Okay.  I just wanted to make sure.

272

1　　A.　It's a different set of issues with HP, though;
2　right.
3　　Q.　I'm sorry?
4　　A.　There's a different set of issues with HP,
5　which is, when an executive of a company, like Carly,
6　decides to buy something for more strategic reasons, you
7　can expect the users of that company not to be quite as
8　"bought-in" to the solution as if they had gone out and
9　done the evaluation and bought it on their own.
10　　　So I think they tended to be a bit more of a
11　noisy customer.  More of them had issues because it had
12　been decided for them.  Right?
13　　　Folks in some pretty senior positions in HP did
14　not get a vote on whether they did that deal with Oracle
15　or not.  So I think some of that is to be expected.
16　　　By the same token, HP is a very, very large
17　organization.  When they put thousands and thousands of
18　sales reps on a system and not have it work, it's going
19　to cost them, and it's going to cause some concerns.
20　　Q.　Besides HP, are there any other clients that
21　you were personally involved with that you can tell me,
22　sitting here today, that you recall implementation
23　problems that you became involved with?
24　　A.　I certainly was involved with the
25　implementation problems.

273

1    But, you know, to be -- if I look across
2  2002-2001, which is the last couple of years here
3  (indicating), nobody comes to mind from that issue that
4  is outside of what the normal run rate would have been
5  of bugs and issues and things like that.
6    Q.  You mean for other software releases by Oracle?
7    A.  Releases by Oracle, other companies, that
8  are -- if you go back to the early '90s, you know, and
9  read articles about Schlumberger about a billion-dollar
10  overrun to SAP -- I mean, every one of the big
11  enterprise software companies has had their share of
12  issues there.  So I'm sure I characterize that fairly.
13    I think, as I said, there's a clear run rate of
14  those things that are to be expected in any release at
15  any software company, and I was trying to point out to
16  you things that might be outside of that.
17    Sorry.  You are so quiet over there.
18    Q.  Okay.  Let me ask you a couple -- let me switch
19  gears here.  Have you ever owned any Oracle stock?
20    A.  Oh, yes.
21    Q.  When was that?
22    A.  I still own Oracle stock.  I have had the full
23  amount that I could have invested in the employee stock
24  purchase plan and 401K for every year that I was there.
25    Q.  Okay.  How much do you own currently?

274

1    A.  Less than a couple hundred thousand dollars.
2    Q.  Market value?
3    A.  Yeah, market value today.
4    I don't think I have sold any in the last five
5  years or so.
6    I sold a pretty large chunk before I left.  I
7  had a bunch of stock options, which I exercised before I
8  left the company so I didn't pay the money myself out.
9    E-trade account, which was the employee stock
10  purchase -- I think I still have a chunk in there.  It
11  could be significant, but less than a couple hundred
12  thousand, but no more than a couple hundred thousand.
13    Q.  Do you remember the date or generally when you
14  exercised your options before you left?
15    A.  Not at a good time.  I always feel like I
16  missed the highest.
17    I didn't sell, I don't think, any stock in the
18  first ten years I was there.  So all the stock I sold
19  was at a pretty good buy-in price for everything I did
20  sell.
21    Q.  Okay.
22    A.  Whatever it was in end of 2000, early 2001, I
23  probably sold a chunk at some point in there, because
24  that's --
25    When I was getting ready to leave the company,

275

1  I wanted to get rid of my options, because the options
2  had to come from my own money and pay for the basis
3  price, or I had to cash them out.  So I liquidated them
4  all at that point.
5    Q.  Do you remember what the amount was?
6    A.  I don't.  As much as a couple of million
7  dollars worth of stock over the entire time I was at
8  Oracle, over 12 years.
9    Q.  Do you recall, after you left your employment
10  with Oracle, that you became involved in a dispute with
11  the company?
12    A.  Yeah, about solicitation of employees.
13    Q.  Could you explain what happened?
14    A.  Yeah.  So, when I went over to Ascera, I had a
15  lot of people that wanted to leave and come with me, and
16  Oracle did not find that to be very desirable.
17    I had probably ten people or so that left in a
18  very short period of time to come join me.
19    Q.  Did they feel that you were acting improperly?
20    A.  They did.
21    Q.  Did they determine that you were recruiting
22  employees likely you were still employed by Oracle?
23    A.  They did.
24    Q.  How was that dispute resolved?
25    A.  Agreed not to hire anybody from Oracle for a

276

1  couple of years.
2    Q.  You signed an agreement?
3    A.  I did sign an agreement.  That was when I was
4  at Ascera, so we had Ascera's attorney working on it.
5    You know as I think back, I'm not sure if I
6  signed anything or not, but I think I did.
7    MR. HARRISON:  I have nothing further.
8    MS. WINKLER:  I don't have any questions.
9    THE VIDEOGRAPHER:  This marks the end of
10  videotape No. 4, Volume I, in the deposition of Michael
11  DeCesare.
12    The videotape will be retained by LiveNote
13  World Service.
14    At 5:33, going off the record.
15
16
17
18
19
20
21
22
23
24
25

DeCesare, Michael  2/16/2006  9:37:00 AM

277

1    (Deposition concluded at 5:33 p.m.)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

279

1              CERTIFICATE OF DEPOSITION OFFICER
2        I, LORRIE L. MARCHANT, RPR, CRR, CSR NO. 10523,
3    duly authorized to administer oaths pursuant to Section
4    8211 of the California Code of Civil Procedure, hereby
5    certify that the witness in the foregoing deposition
6    was by me sworn to testify to the truth, the whole truth
7    and nothing but the truth in the within-entitled cause;
8    that said deposition was taken at the time and place
9    therein stated; that the testimony of said witness was
10   reported by me and was thereafter transcribed by me or
11   under my direction by means of computer-aided
12   transcription; that the foregoing is a full, complete
13   and true record of said testimony; and that the witness
14   was given an opportunity to read and correct said
15   deposition and to subscribe same.
16        I further certify that I am not of counsel or
17   attorney for either or any of the parties in the
18   foregoing deposition and caption named, nor in any way
19   interested in the outcome of the cause named in said
20   caption.
21        IN WITNESS WHEREOF, I have hereunto subscribed
22   by my hand this _____ day of _____, 2006,
23
24   _____
25         LORRIE L. MARCHANT, RPR, CRR, CSR NO. 10523

278

1              CERTIFICATE OF WITNESS
2
3        I, the undersigned, declare under penalty of
4    perjury that I have read the foregoing transcript, and I
5    have made any corrections, additions, or deletions that
6    I was desirous of making; that the foregoing is a true
7    and correct transcript of my testimony contained
8    therein.
9
10   EXECUTED this _____ day of _____,
11   20___, at _____, _____.
          (City)              (State)
12
13
14
15
     _____
     MICHAEL DECESARE
16
17
18
19
20
21
22
23
24
25

280

1              CERTIFICATE OF DEPOSITION OFFICER
2        I, SHEILA CHASE, RPR, CSR NO. 4934, duly authorized
3    to administer oaths pursuant to Section 8211 of the
4    California Code of Civil Procedure, hereby certify that
5    the witness in the foregoing deposition was by me sworn
6    to testify to the truth, the whole truth and nothing but
7    the truth in the within-entitled cause; that said
8    deposition was taken at the time and place therein
9    stated; that the testimony of said witness was reported
10   by me and was thereafter transcribed by me or
11   under my direction by means of computer-aided
12   transcription; that the foregoing is a full, complete
13   and true record of said testimony; and that the witness
14   was given an opportunity to read and correct said
15   deposition and to subscribe same.
16        I further certify that I am not of counsel or
17   attorney for either or any of the parties in the
18   foregoing deposition and caption named, nor in any way
19   interested in the outcome of the cause named in said
20   caption.
21        IN WITNESS WHEREOF, I have hereunto subscribed
22   by my hand this _____ day of _____, 2006,
23
24   _____
25         SHEILA CHASE, RPR, CSR NO. 4934

1          CERTIFICATE OF DEPOSITION OFFICER

2       I, LORRIE L. MARCHANT, RPR, CRR, CSR NO. 10523,

3  duly authorized to administer oaths pursuant to Section

4  8211 of the California Code of Civil Procedure, hereby

5  certify that the witness in the foregoing deposition

6  was by me sworn to testify to the truth, the whole truth

7  and nothing but the truth in the within-entitled cause;

8  that said deposition was taken at the time and place

9  therein stated; that the testimony of said witness was

10  reported by me and was thereafter transcribed by me or

11  under my direction by means of computer-aided

12  transcription; that the foregoing is a full, complete

13  and true record of said testimony; and that the witness

14  was given an opportunity to read and correct said

15  deposition and to subscribe same.

16      I further certify that I am not of counsel or

17  attorney for either or any of the parties in the

18  foregoing deposition and caption named, nor in any way

19  interested in the outcome of the cause named in said

20  caption.

21      IN WITNESS WHEREOF, I have hereunto subscribed

22  by my hand this __28__ day of _February_, 2006,

23

24  _____

25  LORRIE L. MARCHANT, RPR, CRR, CSR NO. 10523

# CERTIFICATE OF DEPOSITION OFFICER

1

2       I, SHEILA CHASE, RPR, CSR NO. 4934, duly

3   authorized to administer oaths pursuant to Section

4   8211 of the California Code of Civil Procedure, hereby

5   certify that the witness in the foregoing deposition

6   was by me sworn to testify to the truth, the whole truth

7   and nothing but the truth in the within-entitled cause;

8   that said deposition was taken at the time and place

9   therein stated; that the testimony of said witness was

10  reported by me and was thereafter transcribed by me or

11  under my direction by means of computer-aided

12  transcription; that the foregoing is a full, complete

13  and true record of said testimony; and that the witness

14  was given an opportunity to read and correct said

15  deposition and to subscribe same.

16      I further certify that I am not of counsel or

17  attorney for either or any of the parties in the

18  foregoing deposition and caption named, nor in any way

19  interested in the outcome of the cause named in said

20  caption.

21      IN WITNESS WHEREOF, I have hereunto subscribed

22  by my hand this *28 February*, 2006.

23

24  _Sheila Chase_

    SHEILA CHASE, RPR, CSR NO. 4034

25

# EXHIBIT O

Cullivan, Julie  5/24/2006  9:07:00 AM

1

```
1       THE UNITED STATES DISTRICT COURT
2       NORTHERN DISTRICT OF CALIFORNIA
3
4
5
   In Re:  Oracle Corporation      )
6                                  )
        Securities Litigation      ) Master File
7                          ) C-01-0988-MJJ
   THIS DOCUMENT RELATES TO        )
8   ALL ACTIONS                    )
                                   )
9   _____)
10
11
12
13      DEPOSITION OF JULIE CULLIVAN
14              VOLUME 1
15      WEDNESDAY, MAY 24, 2006
16
17
18
19
20
21
22
23
   REPORTED BY:
24  LINDA D. WHITE
   CSR NO. 12009
25
```

2

```
1       THE UNITED STATES DISTRICT COURT
2       NORTHERN DISTRICT OF CALIFORNIA
3
4
5
   In Re:  Oracle Corporation      )
6                                  )
        Securities Litigation      ) Master File
7                          ) C-01-0988-MJJ
   THIS DOCUMENT RELATES TO        )
8   ALL ACTIONS                    )
                                   )
9   _____)
10
11
12
13  THE DEPOSITION OF JULIE CULLIVAN, taken
14  on behalf of the Plaintiff, at 100 Pine
15  Street, San Francisco, California 94111,
16  starting at 9:07 a.m. on Wednesday, May
17  24, 2006, before LINDA D. WHITE, CSR No.
18  12009.
19
20
21
22
23
24
25
```

3

```
1   APPEARANCES OF COUNSEL:
2
3       For the Plaintiff:
4           LERACH, COUGHLIN, STOIA, GELLER, RUDMAN,
            ROBBINS
5           BY:  MONIQUE C. WINKLER, ESQUIRE
            100 Pine Street
6           Suite 2600
            San Francisco, California  94111
7           (415) 288-4545
            moniquew@lerachlaw.com
8
9       For the Defendant:
10          LATHAM & WATKINS
            BY:  PATRICK E. GIBBS, ESQUIRE
11          BY:  HOLLY TATE, ESQUIRE
            140 Scott Drive
12          Menlo Park, California  94025
            (650) 328-4600
13          patrick.gibbs@lw.com
14
        Also Present:
15
            TODD JOHNSON, Videographer
16
17
18
19
20
21
22
23
24
25
```

4

```
1                   INDEX
2
3   WITNESS                        PAGE
4   JULIE CULLIVAN
5       Examination by Ms. Winkler        7
6       Examination by Mr. Gibbs        190
7
8               EXHIBITS
9   Marked      Description         Page
10  Exhibit 1   Subpoena               58
11  Exhibit 2   E-mail from Mark Flessel dated    96
                Tue, 31 Oct 2000 Bates NDCA-ORCL
12              069310 - 311
13  Exhibit 3   Series of E-mails Bates NDCA-ORCL 105
                058525 - 531
14
    Exhibit 4   Series of E-mails Bates NDCA-ORCL 112
15              617970 - 974
16  Exhibit 5   Series of E-mails Bates NDCA-ORCL 145
                061306 - 309
17
    Exhibit 6   E-mail from Julie Cullivan dated  153
18              Thursday, February 22, 2001
                Bates NDCA-ORCL 061312 - 15
19
    Exhibit 7   Ops Reviews Best Practices  Bates 164
20              NDCA-ORCL 169796 - 98
21  Exhibit 8   SDC Weekly Activity Report Nov 3  172
                NDCA-ORCL 170455 - 59
22
    Exhibit 9   Issues Report for the Dialogs     177
23              Bates NDCA-ORCL 617453 - 462
24  Exhibit 10  Updated Charts from Thurs/Friday  183
                OPI Mgmt Meeting
25
```

Cullivan, Julie  5/24/2006  9:07:00 AM

5

```
1              EXHIBITS (Continued)
2   Marked       Description        Page
3   Exhibit 11  Action OPI's Six Programs dated   187
               Tue, 06 Mar 2001 NDCA-ORCL
4              277293 - 380
5   Exhibit 12  Baseline Requirements Document   189
               CRM Release 11iR2 - 11iR3 -
6              Post R3  Bates NDCA-ORCL
               067168- 206
7
8
9
10
              QUESTIONS WITNESS
11           INSTRUCTED NOT TO ANSWER
12                (NONE)
13
14            INFORMATION REQUESTED
15                (NONE)
16
17
18
19
20
21
22
23
24
25
```

6

```
1          SAN FRANCISCO, CALIFORNIA
2      WEDNESDAY, MAY 24, 2006, 9:07 A.M.
3
4
5      THE VIDEOGRAPHER: Here begins the videotape
6   deposition of Julie Cullivan. Tape 1, Volume 1, in
7   the matter of Oracle Securities litigation in
8   United States District Court, Northern District of
9   California. Case number C-01-0988-MJJ.
10     Today's date is May 24, 2006, and the time on
11  the video monitor is 9:07. The video operator today
12  is Todd Johnson, representing LiveNote World
13  Services, located at 221 Main Street, Suite 1250,
14  San Francisco, California 94105. Phone
15  number (415) 321-2300. The court reporter today is
16  Linda White of Network Depositions Services,
17  reporting on behalf of LiveNote World Service.
18     Today's deposition is being taken on behalf of
19  the plaintiff, and is taking place at
20  100 Pine Street, 32nd Floor, San Francisco,
21  California.
22     Counsels will now introduce themselves and
23  state the parties they represent.
24     MS. WINKLER: Monique Winkler of
25  Lerach, Coughlin, Stoia, Geller, Rudman & Robbins on
```

7

```
1   behalf of plaintiffs.
2      MR. GIBBS: Patrick Gibbs from Latham & Watkins
3   on behalf of defendants and Ms. Cullivan.
4      MS. TATE: Holly Tate of Latham & Watkins on
5   behalf of defendants and Ms. Cullivan.
6      THE VIDEOGRAPHER: Will the court reporter
7   please swear in the witness.
8
9          JULIE CULLIVAN,
10  called as a witness on behalf of the Plaintiff,
11  having been first duly sworn, was examined and
12         testified as follows:
13
14          EXAMINATION
15  BY MS. WINKLER:
16     Q  Good morning, Ms. Cullivan.
17     A  Hi.
18     Q  Would you state your full name for the
19  record, please.
20     A  Julie Cullivan.
21     Q  And your home address, please?
22     A  2440 San Carlos Avenue in San Carlos,
23  California 94017.
24     Q  Do you have a current business address?
25     A  Yes.
```

8

```
1      Q  And what is that?
2      A  6801 Coll, C-O-L-L, Center Parkway.
3   Pleasanton, California 94566.
4      Q  And for whom do you work currently?
5      A  EMC.
6      Q  Have you had your deposition taken before,
7   Ms. Cullivan?
8      A  No, I have not.
9      Q  Have you ever testified in court?
10     A  No.
11     Q  Okay. I'm going to just lay out a few of
12  the ground rules for the deposition. I think your
13  attorney probably went over these before with you,
14  but I'll do it again.
15     First, each time I ask a question, you need to
16  respond out loud so that the court reporter can take
17  down your answer. She can't take down head nods and
18  things like that. Okay?
19     A  Okay.
20     Q  And if you don't understand one of my
21  questions, please just let me know, and I'll try to
22  rephrase so that you do understand it. Okay?
23     A  Okay.
24     Q  Your counsel may object to one or more of
25  my questions, but you need to answer the question
```

9

1  unless he instructs you not to answer.  Okay?
2      A   Okay.
3      Q   Also, if we talk over the top of each
4  other, it makes it very difficult for the court
5  reporter to take down your answer and my questions.
6  I will ask you to try to wait until I finish before
7  you answer, and I will try to wait for you to finish
8  before I ask another question.  Okay?
9      A   Okay.
10     Q   At any time you need to take a break,
11  please let me know, and we can do so.  I'll only
12  ask, if there is a question pending, that you answer
13  the question before we take a break.
14     A   Okay.
15     Q   Is there any reason why you cannot give
16  your full and complete testimony today?
17     A   No.
18     Q   Are you taking any medications that may
19  affect your ability to testify?
20     A   No.
21     Q   Okay.  Ms. Cullivan, could you describe
22  for me your educational background starting with
23  college?
24     A   I went to Santa Clara University, and I
25  have a Bachelor's of Science in finance.  That's the

10

1  only degree that I have.
2      Q   And when did you get your Bachelor of
3  Science degree?
4      A   I graduated in 1988.
5      Q   And what was your first job after getting
6  your Bachelor's of Science?
7      A   My first job was as an accountant at
8  Oracle.
9      Q   Did you start in 1988 with Oracle?
10     A   No. I started in 1987 as a temporary
11  accountant.  And when I graduated from college, I
12  took on a full-time position.
13     Q   Who did you report to when you
14  first started work at Oracle?
15     A   I believe it was Joe Mitchner.
16     Q   Do you recall what department you were
17  working in?
18     A   I was in corporate accounting.
19     Q   Okay.  How long did you remain an
20  accountant in the corporate accounting department?
21     A   I was there for about five years.
22     Q   Okay.  So until approximately 1992 or '93?
23     A   Well, I'm including the 1987 time that I
24  was working as an accountant.  So I don't know the
25  exact year, but I was in the accounting force about

11

1  five years.
2      Q   Okay.  What was your next --
3      At any time, did your position in the
4  accounting organization change --
5      A   Absolutely.
6      Q   That's okay.
7      A   It's my fault.
8      Q   So tell me about how you were promoted
9  within the accounting department.
10     A   I became an accounting manager, and then I
11  became a director of corporate accounting.
12     Q   Approximately when did you become a
13  manager in the accounting department?
14     A   After I was there about two years.
15     Q   Okay.  And then when were you promoted to
16  a director?
17     A   I was a director for about a year.
18     Q   What were your duties and responsibilities
19  as an accountant in the accounting department when
20  you started working at Oracle?
21     A   Various responsibilities from payroll to
22  accounts payable to accounts receivable.  Then moved
23  into a management role, where I managed people who
24  had those responsibilities, and moved into a
25  director position, where I had more responsibility.

12

1      Q   But when you moved into the director
2  position, were you still directing people working in
3  the same areas?
4      A   Yes.
5      Q   Okay.  Did you continue to report to
6  Joe Mitchner for all those years?
7      A   No.
8      Q   Do you recall --
9      A   When --
10     Q   -- how that changed?
11     A   When I left corporate accounting, I worked
12  for Jennifer Minton.
13     Q   I want to first -- I'm still focusing on
14  the five years in the accounting department.
15     A   I cannot name all the people I worked for.
16  I don't remember.
17     Q   Do you recall anyone, other than
18  Mr. Mitchner, that you worked for those first five
19  years?
20     A   Rob Hughes.  And Jennifer Minton.
21     Q   So when you were working in the account --
22  strike that.
23      When you were working in the accounting
24  department, you reported to Ms. Minton; is that
25  correct?

Cullivan, Julie  5/24/2006  9:07:00 AM

13

1   A   Only when I was a manager and director.
2   Q   Okay.  What was your next position after
3  you were a director in corporate accounting?
4   A   I moved into the sales organization as a
5  sales consultant.
6   Q   And who did you report to when you were a
7  sales consultant?
8   A   Kristine Nagy.
9   Q   Do you know how to spell Ms. Nagy's last
10  name?
11   A   N-A-G-Y.
12   Q   What division were you in when you were a
13  sales consultant?  And I'm asking -- focusing on
14  when you started as a sales consultant.
15   A   I believe it was called Bay Area sales.
16   Q   Okay.  How long did you remain a sales
17  consultant?
18   A   I was an individual contributor sales
19  consultant for about two years.
20   Q   And what does that mean to be an
21  "individual contributor sales consultant"?
22   A   I then moved into a management position.
23  So I guess I don't understand your question.
24   Q   I'm just trying to understand what the
25  term "individual contributor sales consultant"

14

1  means?
2   A   You asked how long I was a sales
3  consultant.
4   Q   Uh-huh.
5   A   I was a sales consultant for two years.
6   Q   Okay.  Is a sales consultant something
7  different than an individual contributor sale?
8   A   No.  It means I was an individual
9  contributor.
10   Q   Contributor.
11   A   I did not manage anyone.
12   Q   And what were your duties and
13  responsibilities when you were the -- for the first
14  two years when you were an individual contributor
15  sales consultant?
16   A   Responsibility for the technical selling
17  efforts and sales engagements.
18   Q   Is if fair to say this was somewhere
19  around 1992, '93, '94?
20   A   Yes.
21   Q   Did you have some sort of training on the
22  technical aspects of the product?
23   A   Yes.
24   Q   And what was that?  Could you describe for
25  me that training?

15

1   A   I had on-the-job training as an accountant
2  at Oracle.
3   Q   Were you selling accounting products?
4   A   I was selling the Oracle applications.
5   Q   Okay.  Did those applications include
6  products other than just accounting-related
7  products?
8   A   No.
9   Q   What was your next position after you were
10  an individual contributor sales consultant?
11   A   Sales consultant manager.
12   Q   Who did you report to when you were a
13  sales consultant manager?
14   A   When I was promoted to sales consulting
15  manager, the two positions above me were open.  So
16  when I initially became a manager, I didn't work for
17  anyone until they hired someone named Kevin DeSousa.
18   Q   How long did you remain sales consulting
19  manager?
20   A   About three years.
21   Q   So sometime until approximately '97 or
22  '98; is that fair?
23   A   Sure.
24   Q   What were your duties and responsibilities
25  when you were a sales consulting manager?

16

1   A   Managing a team of sales consultants,
2  making sure that they were trained and effective on
3  sales opportunities, hire, fire, mentoring, manage.
4   Q   Were those sales consultants selling the
5  same application products that you were selling when
6  you were a sale consultant?
7   A   They were selling the same products that I
8  sold, as well as many other products that had become
9  available over time.  So the entire ERP suite of
10  applications.
11   Q   Do you recall the names of any of the
12  sales consultants that reported you to?
13   A   Yes.
14   Q   Could you tell me the ones that you do
15  recall?
16   A   Mary Burns, Kevin Demartelaere,
17  Tracy Lewis, David Simini, Sue Watkins.  That's
18  about it.
19   Q   Did you -- were you responsible for a
20  specific region of the country when you were a sales
21  consulting manager?
22   A   Still the Bay Area sales organization.
23   Q   Okay.  Was the Bay Area sales organization
24  just responsible for selling in the Bay Area, or did
25  they have a broader area?

Cullivan, Julie  5/24/2006  9:07:00 AM

17

1     A   It was a Bay Area sales organization.  We
2   were focused on the Bay Area.
3     Q   Okay.  Did you continue to report to
4   Kevin DeSousa the whole time you were a sales
5   consulting manager?
6     A   No.
7     Q   When did that change?
8     A   Maybe a year.
9     Q   A year after you started as a sales
10   consulting manager?
11     A   I probably worked for Kevin for about a
12   year.
13     Q   Okay.  Who was the next person that you
14   reported to?
15     A   I believe it was Steve Walsh.
16     Q   How long did you continue to report to
17   Steve Walsh?
18     A   Two years, about.
19     Q   And who did you report to after
20   Steve Walsh?
21     A   I was no longer a sales -- I was --
22   eventually I worked for Mike DeCesare, but my title
23   changed.
24     Q   Okay.  So the next person you reported to
25   after Mr. Walsh was Mike DeCesare?

18

1     A   (Witness nods head.)
2     Q   I need you to answer out loud.
3     A   Yes.
4     Q   How had your title changed when you
5   started working for Mike DeCesare?
6     A   My title changed before I worked for
7   Mike DeCesare.  I was a sales consulting manager --
8     Q   Okay.
9     A   -- promoted to sales consulting director.
10     Q   Okay.
11     A   And then promoted to vice president of
12   sales consulting.
13     Q   Okay.  When did you become a sales
14   consulting director?
15     A   I was a sales consulting manager for three
16   years.
17     Q   Okay.  And can you give me an approximate
18   time frame when the change from manager to director
19   happened?
20     A   '99.
21     Q   And how about when the change from
22   director to vice president happened?
23     A   In 2000.
24     Q   Do you recall if it was early or late
25   2000?

19

1     A   Early.
2     Q   And when you became the sales consulting
3   director, did you report to -- initially report to
4   Mr. Walsh or Mr. DeCesare?
5     A   Mr. Walsh.
6     Q   What point in time did you start reporting
7   to Mr. DeCesare?
8     A   I don't recall.
9     Q   When you became the VP of sales, were you
10   still reporting to Mr. Walsh?
11     A   I was a VP of sales consulting.  No.  I
12   worked for Mike DeCesare.
13     Q   So is it fair to say that you started to
14   report to Mr. DeCesare sometime when you were a
15   director?
16     A   Yes.
17     Q   How did your duties and responsibilities
18   change when you moved from being a manager to a
19   director?
20     A   Larger team, more responsibility, and also
21   had responsibility for the Oracle technology
22   products.  So not just the applications, but the
23   database and tools and technology stack.
24     Q   Approximately how many people did you have
25   reporting to you when you were a director?

20

1     A   I believe around 70.
2     Q   Were some of those people that reported
3   directly to you, or did they all report directly you
4   to?
5     A   I had managers that worked for me.
6     Q   Okay.  Do you recall who your managers
7   were when you were director?
8     A   Troy Barnett, David Simini,
9   Tina Christianson.  And that's all I recall.
10     Q   When you were a director, were you still
11   just responsible for the Bay Area?
12     A   No.
13     Q   How did that change?
14     A   Oracle reorganized into a vertical model.
15   And I became part of the Oracle Product Industries
16   group, which was focused on high-tech automotive and
17   aerospace and defense large companies.
18     Q   Is that group also known as OPI?
19     A   Yes.
20     Q   What do you mean when you say "a vertical
21   model"?
22     A   We only focused on certain Industries.
23     Q   Was there another -- a counterpart to OPI
24   when Oracle changed to a vertical model there?
25     A   It was a services industry group.

Cullivan, Julie  5/24/2006  9:07:00 AM

21

```
1      Q   Okay.  And were those the only two sales
2   groups?
3      A   No.
4      Q   What were the other sales groups?
5      A   There was a strategic account or
6   North American sales organization that had large
7   companies that didn't fall into any of the verticals
8   in their -- on their list.  There was a commercial
9   sales organization teams focused on companies below
10  a certain revenue line.  And there was a federal
11  sales organization or government sales organization.
12     Q   So were OPI and OSI known as the
13  verticals?
14     A   Yes.  Yes.
15     Q   Were any of the other sales organizations
16  that you mentioned part of the verticals?
17     A   I don't know what you mean by "part of the
18  verticals."
19     Q   You testified that Oracle went to a
20  vertical model, correct?
21     A   Yes.
22     Q   And I guess it's my understanding that OPI
23  was one of those verticals; is that a fair
24  description?
25     A   No.
```

22

```
1      Q   Okay.  Can you explain to me more how that
2   worked?
3      A   It was an organization that focused on
4   three verticals.
5      Q   Okay.
6      A   A vertical equals an industry.
7   Automotive, high-tech aerospace and defense.  OSI,
8   the services industry group, focused on service
9   Industries.  Our government organization was also
10  considered a vertical organization because they
11  focused solely on government, public sector, higher
12  education.
13     Q   Okay.  And then what about NAS and
14  commercial; were those also considered vertical
15  organizations?
16     A   No.
17     Q   Okay.  And is it fair to say that NAS and
18  commercial focused on companies above and below a
19  certain dollar amount?
20     A   Yes.
21     Q   Okay.  I apologize.  I just need to -- I
22  don't - I'm trying to make the record as clear as
23  possible.  It seems like I'm asking you duplicate
24  questions.  That's going to happen throughout the
25  day.
```

23

```
1      When you moved from being -- or as you moved
2   from being sales consultant to a manager to a
3   director to a VP, did you have any additional
4   training in the technical aspects of the product,
5   other than on-the-job training?
6      A   Yes.
7      Q   What was that additional training?
8      A   Training classes.
9      Q   Okay.  Do you recall any of the specific
10  training classes that you took?
11     A   No.
12     Q   How were the training classes structured?
13  Were they focused on a product, or how were they
14  structured?
15     A   It varied.
16     Q   For example, was there a training class
17  that dealt with all ERP products?
18     MR. GIBBS: Objection. Vague.
19     THE WITNESS: What am I supposed to do?
20     MR. GIBBS: Answer if you can.
21     THE WITNESS: There were many, many courses
22  offered.  There could have been a class that covered
23  many products.  There were very detailed classes
24  focused on an individual product.  There was a
25  plethora of training available to the field.
```

24

```
1   BY MS. WINKLER:
2      Q   Okay.  And were there certain classes that
3   the field was required to take, or were those more
4   classes that you could choose to take?
5      A   Choose.
6      Q   Okay.  Were the classes offered at
7   Redwood Shores?
8      A   Some.
9      Q   And where else were the classes offered?
10     A   Wherever Oracle had training facilities.
11     Q   Do you recall other training facilities
12  before you went for classes?
13     A   Yes.
14     Q   What were those?
15     A   Chicago.  That's the only one I recall off
16  the top of my head.
17     Q   Okay.  How did your duties and
18  responsibilities change when you became a VP?
19     A   Essentially the same responsibility, but a
20  larger organization.  And I took on a new group,
21  which was called product sales reps, that were
22  product specialists in certain key products areas
23  that Oracle was trying to focus on.
24     Q   I want to keep a step back to when you
25  said you were a director you took on responsibility
```

Cullivan, Julie  5/24/2006  9:07:00 AM

25

1    for selling technology products.
2        What are the products that you refer to when
3    you say "technology products"?
4        A    The database application server,
5    development tools.
6        Q    Any others?
7        A    I'm sure there are.
8        Q    Can you think of any others?
9        A    No.
10       Q    Tell me about the product sales rep
11   specialists and how that -- how they worked under
12   you.
13       A    Their charter was to assist the sales
14   teams by bringing expertise in a particular area to
15   the team, to hopefully make us more competitive.
16       Q    Do you recall when Oracle first had
17   product sales rep specialist?  What time frame?
18       MR. GIBBS:  Objection.  Lack of foundation.
19       Answer if you can.
20       THE WITNESS:  I don't know what you mean by
21   Oracle.
22   BY MS. WINKLER:
23       Q    Were the product sales rep specialists
24   before you took responsibility for that group?
25       A    Within West OPI, yes.

26

1        Q    Okay.  Who was responsible for them before
2    you?
3        A    Lynn Warneka.
4        MR. GIBBS:  Spell that for her if you can.
5        THE WITNESS:  W-A-R-N-E-K-A.
6    BY MS. WINKLER:
7        Q    And approximately when did you take over
8    that responsibility from Ms. Warneka?
9        A    Beginning of calendar year 2001.
10       Q    And that was -- did that coincide with the
11   time when you became a VP?
12       A    I don't recall.
13       Q    How many direct reports did you have when
14   you were a VP?
15       A    Approximately 10.
16       Q    Can you give me the names of those -- of
17   any of those 10 VPs -- I'm sorry -- 10 direct
18   reports that you recall?
19       A    David Simini; Jack Kingsley; my admin,
20   Debra Smith.  And I don't remember all the
21   individual PSRs' names.
22       Q    Do you recall any -- throughout the day,
23   if you see their names, would you let me know that
24   they were one of your direct reports?
25       A    Sure.

27

1        Q    Okay.  Do you recall any of the names of
2    any of the product sales specialists?
3        A    No.
4        Q    Okay.  Do you recall any of the specific
5    products that they were specialists for?
6        A    CRM, application server, data warehousing.
7    That's all I remember.
8        Q    With respect to the CRM, were the product
9    specialists, specialists for the CRM or individual
10   applications for the CRM?
11       A    The whole CRM.
12       Q    Do you recall how many CRM product
13   specialists reported to you?
14       A    Three.
15       Q    Were you in charge of the product
16   specialists just in OPI?
17       A    Just in West OPI.
18       Q    Okay.  I want to take a step back and ask
19   you to explain to me how OPI was structured.  You
20   talked about West.  So I'm assuming there's another
21   division in East or something else.
22       If you could tell me how OPI was structured
23   internally?
24       A    There was West, Central and East.
25       Q    And who was the head of OPI?  And I want

28

1    to focus on the time frame starting at the beginning
2    of 2000.
3        A    At the beginning of 2000, George Cadifa
4    was the head of OPI.
5        Q    And did that change sometime in 2000 or
6    2001?
7        A    Yes.
8        Q    How did that change?
9        A    Sandy Sanderson became the head of OPI.
10       Q    Did Sandy Sanderson remain the head of OPI
11   through the end of 2001?
12       A    I don't know.
13       Q    When did you leave Oracle?
14       A    March of 2001.
15       Q    Was he still the head when you left
16   Oracle?
17       A    Yes.
18       Q    Okay.  And at the time you left Oracle,
19   were you still in the VP position?
20       A    Yes.
21       Q    And then was there a specific individual
22   in charge of each:  West, Central and East?
23       A    Yes.
24       Q    Do you recall the names of those
25   individuals?

29

1    A  Drew Acostaki.

2    Q  Which region was he in charge of?

3    A  Central.

4    Q  Okay.

5    A  And Sandy Cahill for the East.

6    Q  And was Mr. DeCesare in charge of the

7 West?

8    A  (Witness nods head.)

9    Q  Who was in charge of the West?

10    A  I answered your question wrong.

11    Q  Okay.  Tell me how you answered it wrong.

12    A  I thought you meant who were my

13 counterparts for those regions.

14    Q  Okay.  So let's deal with that, then.

15    Mr. Acostaki was your counterpart in the

16 Central, and Mr. Cahill was your counterpart in the

17 East?

18    A  Yes.

19    Q  Now, let's go back to my original

20 question.

21    Who was in charge of the West division?

22    A  Mike DeCesare.

23    Q  Okay.  And who was in charge of the

24 Central division?

25    A  Tom Thimot.

30

1    Q  And how about the East division?

2    A  Steve McLaughlin.

3    Q  Do you recall approximately how many

4 applications server specialists reported to you?

5    A  One.

6    Q  And how about data warehouse specialists?

7    A  One.

8    Q  So is it fair to say there were less than

9 10 specialists that reported to you?

10    A  Yes.

11    Q  Okay.  Other than -- strike that.

12    When you were the VP of sales consulting, what

13 did you do on a -- what was your job on a daily

14 basis?

15    MR. GIBBS: Objection.  Vague.

16    Answer if you can.

17    THE WITNESS:  Every day was different.

18 BY MS. WINKLER:

19    Q  So, for example, was -- were there times

20 that you actually went out to client sites?

21    A  Yes.

22    Q  How often did you do that?

23    A  Weekly.

24    Q  And when you went to client sites, did you

25 go with other salespersons?  Specialists?  What kind

31

1 of group did you go with?

2    A  Usually a sales rep.

3    Q  Okay.

4    A  A sales consultant, maybe a consulting

5 person.  Depended on the situation.

6    Q  Okay.  Were there other VPs that reported

7 to Mr. Caesar -- DeCesare in the West region?

8    A  Yes.

9    Q  How many other VPs reported to

10 Mr. DeCesare?

11    A  I don't recall.

12    Q  Do you recall the names or positions of

13 any of the VPs?

14    A  Lisa Pope.

15    Q  Anyone other than Ms. Pope?

16    A  I don't recall.

17    Q  And did Ms. Pope have an area that she

18 focused on?

19    A  West OPI.

20    Q  I mean was she a salesperson?  Was she

21 a --

22    A  Sales.

23    Q  So you were VP of sales consulting; she

24 was a VP of sales.  Is that fair?

25    A  Yes.

32

1    Q  Okay.  And then did Ms. Pope, in turn,

2 have sales reps that reported to you?

3    A  She had sales managers or sales

4 directors --

5    Q  Okay.

6    A  -- that reported to her.

7    Q  What other duties and responsibilities did

8 you have when you were a VP, other than going to

9 visit clients and managing the people that reported

10 to you?

11    A  Playing a leadership position for the

12 organization in working with other parts of Oracle.

13    Q  What other parts of Oracle did you work

14 with?

15    A  Development, marketing, consulting.

16    Q  What kind of work did you do with the

17 development organization?

18    A  Took customer feedback to them so we could

19 try to address customer requirements.  Was involved

20 in helping them define road maps based on field

21 input.  And work with them on specific

22 opportunities.

23    Q  When you say "took customer feedback to

24 them," do you mean feedback about the products that

25 the customers had purchased?

Cullivan, Julie  5/24/2006  9:07:00 AM

33

1   A   Yes.
2   Q   What do you mean by the term "road maps"?
3   A   Development would ask the field for the
4   field's input on what should we put in the product
5   next.
6   Q   And that was considered a road map?
7   A   Yes.
8   Q   Okay.  And when you say "the field," do
9   you consider yourself part of the field?
10  A   Yes.
11  Q   Is the field people that were in the sales
12  organization?
13  A   Yes.
14  Q   Okay.  When you say you worked with
15  development on "specific opportunities," can you
16  explain that further?
17  A   Because of the size and the strategic
18  nature of some of the accounts we were working on,
19  it was not unusual for us to have to pull
20  development resources in to help us work through
21  some of the customer's requirements.
22  Q   Was there a specific product that you did
23  this with or multiple products?
24  A   Multiple products.
25  Q   Do you recall doing this with respect to

34

1   the CRM product?
2   A   Yes.
3   Q   How about the Suite 11i as a whole?
4   A   Yes.
5   Q   What is your understanding of what the
6   term "Suite 11i" refers to?
7   A   My understanding is it's all of the front
8   office and back office applications from Oracle.
9   Q   Is it fair to say that front office
10  application are also known as CRM?
11  A   Yes.
12  Q   And back office are known as ERP?
13  A   Yes.
14  Q   Do you recall when Oracle first released
15  Suite 11i?
16  A   No.
17  Q   Do you recall the people that reported to
18  you and you working on sales of Suite 11i?
19  A   I'm not sure I understand your question.
20  Q   Did you sell Suite 11i?
21  MR. GIBBS:  Objection.  Vague.
22  Answer if you can.
23  BY MS. WINKLER:
24  Q   I can ask it in a different way.
25  Was Suite 11i one of the products you offered

35

1   when you were a VP?
2   A   Yes.
3   Q   You also said that you worked with the
4   marketing organization when you were a VP.
5   What kind of work did you do with the marketing
6   organization?
7   A   Validating messaging, suggestion on tools
8   for the field to help them sell.
9   Q   Anything else?
10  A   No.
11  Q   What do you mean when you say "validating
12  messaging"?
13  A   Marketing comes up with a set of marketing
14  messages, and they often ask for the field to help
15  them test those messages with customers to make sure
16  they resonate and they're real.
17  Q   Okay.  Do you recall any of those
18  marketing messages?
19  A   No.
20  Q   Do you recall any of the tools for the
21  field to help them sell that you worked on with the
22  marketing organization?
23  A   No.
24  Q   Did you have regular meetings with people
25  from the marketing organization?

36

1   A   What do you mean by "regular"?
2   Q   Meetings that happened on a regular basis,
3   for example, once a month, once every two weeks,
4   something like that.
5   A   No.
6   Q   So no regularly scheduled meetings?
7   A   No.
8   Q   How would a meeting with someone in the
9   marketing organization arise?
10  A   They would ask for a meeting, or I would
11  ask for a meeting.
12  Q   Okay.  Is there anyone specific that you
13  worked with within the marketing organization?
14  A   No.
15  Q   Do you recall the names of any of the
16  individuals you worked with?
17  A   No.
18  Q   How about with the development
19  organization; did you have -- at any point in time
20  have regular meetings with any individuals with the
21  development organization?
22  A   Yes.
23  Q   Okay.  And what were those meetings?
24  A   There were a set of regularly scheduled
25  meetings with the demonstration team that was within

37

1　development.
2　　Q　Do you recall when those meetings started?
3　　A　No.
4　　Q　Were those meetings dealing with Suite 11i
5　product?
6　　A　Yes.
7　　Q　What was the demo team?
8　　A　Oracle had a team that built demos and
9　made them available to the sales organization.
10　　Q　Was this something new with Suite 11i, or
11　did they have that team prior to Suite 11 being
12　released?
13　　A　Yes, they had the team prior.
14　　Q　Okay.  How often did those meetings take
15　place, the meetings with the development team?
16　　A　I don't recall.
17　　Q　Do you recall whether they were weekly or
18　less often?
19　　A　I don't recall.
20　　Q　Who was in charge of the demo team?
21　　A　Marina Zago.  Z-A-G-O.
22　　Q　Do you recall any of the other individuals
23　that you worked with on the demo team?
24　　A　No.
25　　Q　Were there specific individuals in the

38

1　sales organization that were also responsible for
2　demos, or was that specific to the demo team within
3　the development organization?
4　　MR. GIBBS:  Objection.  Compound.
5　　Answer if you can.
6　　THE WITNESS:  You would need to define what you
7　mean by "demo."
8　BY MS. WINKLER:
9　　Q　I'll ask you:  What do you mean when you
10　say demo or demonstration?
11　　A　Marina's team was responsible for building
12　and deploying demos.  My team was responsible for
13　delivering the demos to customers and prospects.
14　　Q　So was there anyone on your team that also
15　had responsibility for building and deploying demos?
16　　A　No.
17　　Q　Were there specific individuals on your
18　team who had responsibility for delivering demos?
19　　A　Everyone on my team.
20　　Q　Were the meetings with the demo team
21　face-to-face, in-person meetings?
22　　A　I don't recall.  I don't remember.
23　　Q　Did you work out of the Redwood Shores
24　office the whole time you worked for Oracle?
25　　A　No.

39

1　　Q　Tell me how that changed over the course
2　of time?
3　　A　They weren't always in Redwood Shores.  So
4　I worked up on 20 Davis Drive in Belmont.
5　　Q　Is that when you started?
6　　A　Uh-huh.
7　　Q　And when did they move to Redwood Shores?
8　　A　I don't recall exactly when --
9　　Q　I'm sorry.  Go ahead.
10　　A　When they opened the first building at
11　Redwood Shores, I was in that building.
12　　Q　Okay.  Did you work in any locations other
13　than Belmont and Redwood Shores?
14　　A　No.
15　　Q　Was the demo team also based in
16　Redwood Shores?
17　　A　Yes.
18　　Q　And Ms. Zago was there at the
19　Redwood Shores office?
20　　A　Yes.
21　　Q　What do you mean when you use the phrase
22　"building and deploying demos"?
23　　A　I mean they would take the software, add
24　data and content and configure that software so that
25　sales organization could use it to show the product

40

1　to prospects and customers in the best light
2　possible.
3　　Q　Were demos built and deployed for specific
4　customers, or how was that done?
5　　A　No.  It was -- they were built-in, widely
6　available, and you configured a particular demo
7　instance to meet your customer's requirements.
8　　Q　Who was responsible for configuring the
9　demo instance to meet a customer's requirements?
10　　A　The demo team did some of the
11　configuration, and sales consultants might do
12　additional configuration specific to a customer.
13　　Q　Did you ever do additional configuration
14　on demos?
15　　A　Did I personally?
16　　Q　Yes.
17　　A　Yes.
18　　Q　What do you mean by the phrase "demo
19　instance"?
20　　A　A demo instance is an environment
21　available to the sales consulting team, and all
22　multiple instances available to the field.  So
23　instant equals a demo.
24　　Q　And how did the multiple instances differ
25　from one another?

41

1      A   They really didn't differ.
2      Q   So why were there multiple instances
3  instead of just one?
4      A   Because you needed to have multiple people
5  doing demonstrations at the same time.
6      Q   So only one team or one group could use an
7  instance at one time?
8      A   Yes.
9      Q   Okay.  How -- strike that.
10     What system was used to deliver the demos when
11  you first started as a VP?
12     A   I don't know what you mean by "system."
13     Q   How were the demonstrations delivered?
14     MR. GIBBS:  Objection.  Vague.
15     Answer if you can.
16     THE WITNESS:  We accessed the demos via a
17  network connection or phone line.
18  BY MS. WINKLER:
19     Q   Was that true the whole time that you were
20  a VP?
21     A   Yes.
22     Q   Did anything change about the way
23  demonstrations were given over the course of time
24  when you were a VP?
25     A   What do you mean by "change"?

42

1      Q   Other than not specifically product
2  related.  So anything about the way demos were
3  delivered.
4      MR. GIBBS:  Objection.  Vague.
5      THE WITNESS:  I don't understand what you're
6  asking.
7  BY MS. WINKLER:
8      Q   Okay.  Come back to that.
9      Do you recall any specific demonstrations that
10  you worked on when you were a VP?
11     A   What do you mean by I worked on?
12     Q   Either you -- first of all, you were hands
13  on involved?  You were actually at the customer site
14  when the demonstration occurred?
15     A   Yes.  I remember being on-site.
16     Q   For which customers?
17     A   I don't recall.
18     Q   Do you recall any customers that you were
19  on-site at a demonstration?
20     A   Sysco.
21     Q   Was this a Suite 11i demonstration?
22     A   I don't recall.
23     Q   Any customers, other than Sysco, that you
24  were on-site?
25     A   Not that I recall.

43

1      Q   Do you recall anything specific about the
2  Sysco demonstration?
3      A   What do you mean?
4      Q   Were there any problems with the
5  demonstration at Sysco?
6      A   Yes, there were some challenges.
7      Q   What were the challenges at the
8  demonstration at Sysco?
9      A   We were not a good fit for their
10  requirements.
11     Q   What do you mean you were "not a good fit
12  for their requirements"?
13     A   We couldn't functionally meet all their
14  requirements.
15     Q   What do you mean when you say
16  "requirements"?
17     A   Sysco had a set of functions or processes
18  they needed to be able to execute, and we were not
19  able to meet all those requirements.
20     Q   And when you say "functions or processes
21  that they needed to be able to execute," do you mean
22  that they needed the software or the applications to
23  be able to execute?
24     A   Yes.
25     Q   When you say you "weren't a good fit for

44

1  their requirements," do you mean the software, or
2  just the demo?
3      A   The software.
4      Q   Okay.  Did Sysco end up purchasing the
5  software from you?
6      MR. GIBBS:  Objection.  Lack of foundation and
7  vague.
8      THE WITNESS:  Not that I know of.
9  BY MS. WINKLER:
10     Q   Do you recall what specific applications
11  of Suite 11i that you were demonstrating to Sysco?
12     A   I believe it was the Oracle service
13  product.
14     Q   And is that part of the ERP or CRM?
15     A   It's part of CRM.
16     Q   Did Sysco purchase the Oracle service
17  product from Oracle while you were working there?
18     A   No.
19     Q   Did Sysco purchase any other parts of
20  Suite 11i from Oracle while you were working as a
21  VP?
22     A   No.
23     Q   Is it fair to say that the Sysco demo --
24  strike that.
25     Would you describe the Sysco demo as having

Cullivan, Julie  5/24/2006  9:07:00 AM

45

1 gone well?
2    A   Not particularly well.
3    Q   Was that because of -- why was that?
4    A   We couldn't execute and show them what
5 they wanted to see.
6    Q   Okay.  Was that because the software
7 didn't have those features?
8    A   Yes.
9 Can I just say one thing?
10    Q   Sure.
11    A   You asked me a specific question about
12 Sysco purchasing 11i products.  I just think it
13 should be noted that Sysco was already an existing
14 ERP customer --
15    Q   Okay.
16    A   -- on a previous version.
17    Q   Let me ask you -- I'll try to clear that
18 up.  Thank you.
19 Did Sysco purchase any additional 11i products
20 from Oracle while you were a VP?
21    A   Not that I recall.
22    Q   Okay.  Thank you.  Do you know why you
23 were trying to demo a product to Sysco that didn't
24 have the features that they wanted?
25    MR. GIBBS:  Objection.  Lack of foundation.

46

1 Answer if you can.
2    THE WITNESS:  That's what salespeople do.
3 BY MS. WINKLER:
4    Q   Did -- why did -- strike that.
5 Was the product marketed as having the features
6 that Sysco wanted?
7    A   I don't recall.
8    Q   Who else was present at the demo at Sysco,
9 if you recall?
10    A   I only remember Kevin DeMartelaere.
11    Q   And he was one of your managers?
12    A   No.
13    Q   He was a sales consultant?
14    A   Yes.  And Bill Viega was the sales rep.
15    Q   Did Kevin report to you?
16    A   Directly, no.
17    Q   Indirectly?
18    A   Yes.
19    Q   And then did Bill report to you or to
20 Mike DeCesare?
21    A   Indirectly through Mike DeCesare.
22    Q   You reported directly to Mike DeCesare?
23    A   We all worked for Mike.
24    Q   Okay.  Did he report to Mike through you?
25    A   No.

47

1    Q   Okay.  That's what I was trying to
2 understand how the chains of reporting worked.
3    A   No.
4    Q   So the sales consultants reported to Mike
5 through you?
6    A   Yes.
7    Q   Okay.  When was the first time that you
8 became aware that you were going to have to testify
9 here today?
10    A   When I got the Subpoena.
11    Q   Do you recall when that was?
12    A   No.
13    Q   Did -- was that served upon you at your
14 home?
15    A   Yes.
16    Q   What did you do when you received the
17 Subpoena?
18    A   Read it.
19    Q   Did you attempt to locate any documents in
20 response to the Subpoena?
21    A   No.
22    Q   Why was that?
23    A   Because I have no documents.
24    Q   Did you -- did you retain any documents
25 when you left Oracle?

48

1    A   No.
2    Q   Was that an Oracle policy, that you
3 couldn't take anything with you?
4    A   Yes.
5    Q   Do you know if this was a written policy
6 somewhere at Oracle?
7    A   I don't recall.
8    Q   Do you recall if someone told you that
9 specifically when you left Oracle?
10    A   I don't recall.
11    MR. GIBBS:  I think we're coming up on about an
12 hour.  When you have a convenient --
13    MS. WINKLER:  Actually, it's a fine time to
14 take a break.  We'll go off the record for a few
15 minutes.
16    THE VIDEOGRAPHER:  We're going off the record.
17 The time is 10:01.
18       (A break was taken)
19    THE VIDEOGRAPHER:  We're back on the record.
20 The time is 10:18.
21 BY MS. WINKLER:
22    Q   Ms. Cullivan, going back to the Sysco
23 demo, how did the demo team know what to put in the
24 demo?  That demo for Sysco.
25    A   The demo team had nothing to do with the

Cullivan, Julie  5/24/2006  9:07:00 AM

49

1  demo for Sysco because it was a CRM product.  At the
2  time, we had to work with the CRM development team
3  to be able to demonstrate product.
4      Q   So was there a time frame when the demo
5  team was only working on ERP products and not CRM
6  products?
7      A   Yes.
8      Q   When was that?
9      A   I don't recall.
10     Q   Do you recall approximately when the Sysco
11  demo took place?
12     A   I don't recall.
13     Q   How long after the Suite 11i was released
14  did the demo team take on responsibility for CRM as
15  well as ERP?
16     A   It was a work in progress.  They were just
17  starting to work together.
18     Q   Okay.  When you say they were "starting to
19  work together," who was starting to work together?
20     A   The CRM organization and Marina Zago's
21  team.
22     Q   Who did you work on the Sysco demo with
23  from the CRM development team?
24     A   I don't recall.
25     Q   Going back to my original question, how

50

1  did the CRM development team know what to put in the
2  development for Sysco?
3      A   I don't know.
4      Q   Was that something that your organization
5  would have communicated to the CRM development team?
6      A   If it was something a sales consultant
7  could do on their own, they did it on their own.  If
8  it was something that required some help from
9  development, then development would help.
10     Q   Do you know if you needed help from
11  development on this?  On the Sysco demo.
12     A   Yes.
13     Q   How did you get that help from
14  development?
15     A   By meeting with them and telling them what
16  we needed.
17     Q   And who was involved in that process?
18     A   I just know Kevin Demartelaere and myself.
19     Q   Okay.
20     A   I don't remember who from the CRM team.
21     Q   Okay.  I'm trying to get an understanding
22  of how your group understood the customer's needs,
23  how that was communicated, and until you get through
24  to the end of a demo.  So I'm asking you these
25  questions to try to understand that.

51

1  So I guess -- is the first step that your --
2  someone in your group met with someone from Sysco?
3      A   Yes.
4      Q   And would that have been a sales
5  consultant?
6      A   Yes.  So sales consultants meet with the
7  prospect, understand their requirements, review any
8  documents or documented requirements the prospect or
9  customer has.  Sales consultant's responsible for
10  preparing a demonstration that meets those
11  requirements.  When they run into challenges with
12  the product, they need to get development involved.
13     Q   So it fair to say that in the Sysco
14  situation, they ran into challenges with the
15  product?
16     A   Yes.
17     Q   Do you recall who in development you went
18  to to address those challenges in the CRM
19  development?
20     A   No.
21     Q   Do you recall what CRM development did to
22  address those challenges?
23     A   I know they tried their best to help us
24  with what they could.
25     Q   And when you say tried to help you, do you

52

1  mean try to help you with the demonstration?
2      A   It's hard for me to separate demonstration
3  from product.
4      Q   Okay.
5      A   So they had to help us with the product --
6      Q   Okay.
7      A   -- so that we could then deliver a
8  demonstration to the customer.
9      Q   Okay.  When you say that, do you mean that
10  they had to first try to make sure that the product
11  included what you were going to demo to Sysco?
12     A   That it was working.
13     Q   Okay.
14     A   So that we could show what Sysco wanted to
15  see.
16     Q   Okay.  When you were demoing Suite 11i,
17  were you demoing the same release that the company
18  was selling, or how did that work?
19     A   I don't understand your question.
20     Q   For example, when Oracle first released
21  Suite 11i, it was the initial release.
22     And at some point in time they released
23  Version 2; is that fair?
24     A   What do you mean by "Suite 11i"?
25     Q   I'm using your definition of Suite 11i.

53

1    A   Okay.
2    Q   Which I think you told me this morning.
3    A   We were able to demonstrate the ERP
4  components of 11i.
5    Q   Okay.
6    A   So yes, we were demoing ERP 11i.
7    Q   So for some -- strike that.
8        Is it fair to say that for some time after
9  Suite 11i was released, you were unable to
10  demonstrate the CRM components of Suite 11i?
11    A   It was difficult to demonstrate.
12    Q   Okay.  And why was it difficult to
13  demonstrate?
14    A   It was a separate environment.  They were
15  on a rapid release cycle, constant change.
16    Q   What do you mean it was a "separate
17  environment"?
18    A   CRM was a separate demonstration
19  environment.
20    Q   What do you mean when you use the term
21  "environment"?
22    A   The ERP applications ran through the demo
23  team hosted available.  The CRM applications were
24  managed and maintained from someone in the CRM
25  organization.  They were on separate machines.

54

1  Separate releases.  They were separate.
2    Q   When you say "they were on separate
3  machines," do you mean the demo environments were on
4  separate machines?
5    A   I cannot separate product from demo.
6    Q   Okay.
7    A   So the products were installed and running
8  on different machines.
9    Q   Okay.  Did there come a time, where you
10  were VP, that that changed?
11    A   No.
12    Q   Okay.  Did there come a time that you were
13  VP when the demo group that you talked about earlier
14  led by Ms. Zago also was in charge of demoing CRM?
15    A   They were in a transition.  That was the
16  direction.
17    Q   Were they still transitioning when you
18  left Oracle?
19    A   Yes.
20    Q   Okay.  What do you mean when you used the
21  phrase "rapid release cycle"?
22    A   Oracle had two different organizations
23  developing applications.  One focused on ERP, one
24  focused on CRM.  They were not on the same release
25  process.  So whereas on the ERP side, it was a more

55

1  structured and scheduled set of updates and releases
2  to the product.  On the CRM side, it was almost
3  daily they were making improvements to the product
4  because that's the mode they needed to be in.
5    Q   Was that true even after the product was
6  released for sale?
7    A   Yes.
8    Q   Is it fair to say that the ERP and CRM
9  products were developed separately?
10        MR. GIBBS:  Objection.  Vague.
11        THE WITNESS:  It depends on what you mean by
12  "developed."  I don't know how to answer that
13  question.
14  BY MS. WINKLER:
15    Q   When you talk about development, when
16  you -- referencing the time that you worked at
17  Oracle, what does that mean to you?
18        MR. GIBBS:  Objection.  Vague.
19        THE WITNESS:  I don't know what you're asking
20  me.
21  BY MS. WINKLER:
22    Q   I'm asking you what your understanding of
23  "development" means with respect to a product.
24    A   Designing and building a product.
25    Q   So were the ERM and CRM products built

56

1  separately?
2        MR. GIBBS:  Objection.  Vague.
3        THE WITNESS:  I don't know.
4  BY MS. WINKLER:
5    Q   Were they designed and built by two
6  separate organizations within Oracle?
7    A   Yes.
8    Q   Going back to the Sysco demo, you were
9  demoing just the CRM portion of the product,
10  correct?
11    A   Yes.
12    Q   And so you worked with the CRM development
13  organization to put that demo together?
14    A   Yes.
15    Q   Was there an already -- an established
16  demo environment for the CRM product, or was that
17  something that was created new for the Sysco demo?
18        MR. GIBBS:  Objection.  Vague; compound.
19        THE WITNESS:  I don't know.
20  BY MS. WINKLER:
21    Q   What steps do you recall going through to
22  arrive at the Sysco site to demo something to Sysco?
23    A   I don't understand what you're asking me.
24    Q   So sales consultants met with Sysco and
25  gathered what Sysco's needs were, correct?

Cullivan, Julie  5/24/2006  9:07:00 AM

57

1   A   Yes.
2   Q   And those needs were taken to the CRM
3  development organization, correct?
4   A   Yes.
5   Q   What happened next?
6   A   They gave us an environment that we could
7  use to demonstrate a solution to Sysco.
8   Q   Was that demonstration done the same way,
9  through dialing up to a network?
10   A   Yes.
11   Q   What happened at the demo at the Sysco
12  site?
13   A   I don't recall.
14   Q   Were you able to get the application up
15  and running?
16   A   As far as I recall, yes.
17   Q   And what did Sysco communicate to you
18  regarding the demo?
19   A   I don't remember.
20   Q   Do you recall the specific date when you
21  left Oracle? I know you said it was in March 2001.
22   A   No.
23   Q   Where did you go to work after you left
24  Oracle?
25   A   Company called Asera.

58

1   Q   How long did you stay at Asera?
2   A   One year.
3   Q   And where did you go after you left Asera?
4   A   Documentum.
5   Q   And that's your current employer?
6   A   Documentum was acquired by EMC, and EMC is
7  my current employer.
8   Q   Okay. Do you recall being asked to
9  preserve any documents in connection with this
10  litigation while you were still working at Oracle?
11   A   No.
12   MS. WINKLER: I'm going to ask the court
13  reporter to mark this as Exhibit 1.
14  (Whereupon Exhibit 1 was marked for identification)
15  BY MS. WINKLER:
16   Q   Ms. Cullivan, do you recognize this
17  document?
18   A   Yes.
19   Q   Does this appear to be a copy of the
20  Subpoena that was delivered to you at your home?
21   A   Yes.
22   Q   I'm going to ask you to take a look at the
23  documents requested. It starts on Page 5 of the
24  attachment to the Subpoena.
25   A   (Witness complies.)

59

1   Q   And I'll ask you, if you would, to read
2  through those, please.
3   And if you could read them to yourself, and let
4  me know when you had a chance to do so?
5   A   (Witness complies.)
6   Q   Have you had a chance to look at the
7  documents requested?
8   A   Uh-huh.
9   Q   And you told me earlier that when you
10  received the Subpoena, you didn't have any documents
11  responsive to the request, correct?
12   A   Correct.
13   Q   Going back to the time in 2001 before you
14  left Oracle, would you have had any documents
15  responsive to these document requests at that time?
16   MR. GIBBS: Objection. Vague and calls for a
17  legal conclusion.
18   Answer if you can.
19   THE WITNESS: Are you asking if I had any of
20  these documents when I was still an Oracle employee?
21
22  BY MS. WINKLER:
23   Q   Yes.
24   A   I might have had some technical manuals.
25   Q   Okay.

60

1   A   And I may have had a copy of a forecast.
2   Q   Okay.
3   A   And that's it. And to clarify, a copy of
4  a forecast strictly for West OPI.
5   Q   Okay. Would you have had any e-mail
6  communications dealing with the topics of these
7  document requests?
8   MR. GIBBS: Objection. Vague.
9  BY MS. WINKLER:
10   Q   For example, would you have had any e-mail
11  communications that talked about bugs in Suite 11i?
12   MR. GIBBS: Objection. Vague and misstates the
13  text of the document.
14   THE WITNESS: I don't know.
15  BY MS. WINKLER:
16   Q   Would you have had any e-mail
17  communications about the Sysco demonstration?
18   A   Potentially, yes.
19   Q   Okay. How about other demonstrations of
20  the Suite 11i products; would you have had e-mail
21  communications dealing with those?
22   A   Yes.
23   Q   Okay. Would you have had e-mail
24  communications dealing with any potential sales of
25  Suite 11i?

61

1    A  Yes.
2    Q  Okay.  Do you know who Gayle Fitzpatrick
3  was?
4    A  Yes.
5    Q  Who was Gayle Fitzpatrick?
6    A  VP of sales consulting for NAS.
7    Q  So she basically held a similar position
8  to you within the NAS organization?
9    A  Yes.
10    Q  Did you work with Ms. Fitzpatrick when you
11  were at Oracle?
12    A  What do you mean "with?"
13    Q  Did you communicate with her at all when
14  you were working at Oracle?
15    A  Sure.
16    Q  On what topics did you communicate with
17  Ms. Fitzpatrick?
18    A  Well, she and I were both there for a very
19  long time.  So we potentially communicated on many
20  different things, but all related to sales
21  consulting or selling.
22    Q  Okay.  Was there any -- was there ever any
23  communications across the various organizations
24  about sales consulting and selling?
25    MR. GIBBS:  Objection.  Vague.

62

1    Answer if you can.
2    THE WITNESS:  I don't understand the question.
3  BY MS. WINKLER:
4    Q  For example, if you had run into an issue
5  with a demo of a product, would you have ever
6  communicated that to sales consultants outside of
7  West OPI?
8    MR. GIBBS:  Objection.  Vague.
9    THE WITNESS:  Yes.
10  BY MS. WINKLER:
11    Q  Did you and Ms. Fitzpatrick ever
12  communicate about problems that you were having with
13  demos?
14    A  I don't recall.
15    Q  Do you recall ever being in meetings where
16  Ms. Fitzpatrick was also in attendance?
17    A  Yes.
18    Q  What types of meetings?
19    A  SC -- SC leadership meetings.
20    Q  S-C as in cat?
21    A  Sales consultant leadership meetings.
22    Q  Okay.
23    A  All SE-related type stuff.
24    Q  Okay.
25    A  Types of meetings.

63

1    Q  So there were meetings for sales
2  consultants that crossed the vertical organizations?
3    A  Yes.
4    Q  Did the SC leadership meetings take place
5  on a regular basis?
6    A  For a period of time, yes, towards the end
7  of my tenure.  I don't remember.
8    Q  Okay.  Who was in charge of the SC
9  leadership meetings?
10    A  I can't remember the gal's name.
11    Q  Did the meetings take place at
12  Redwood Shores?
13    A  They took place at various locations.
14  Each quarter they'd move it between the East and the
15  West.
16    Q  So they were quarterly meetings when you
17  recall them happening?
18    A  Yeah, when they were happening regularly.
19    Q  Okay.  Do you recall whether they were
20  happening regularly when you were a VP?
21    A  I don't recall.
22    Q  Okay.  Do you know what ADS was?
23    A  Yes.
24    Q  What was ADS?
25    A  Application demo services.

64

1    Q  Did you use ADS?
2    A  I don't know what you mean by "use."
3    Q  Were the applications that -- strike that.
4    Were the demonstrations that your group was
5  involved -- strike that.  Let me start over.
6    Did the demonstrations that your group was
7  involved in utilize ADS?
8    A  ADS was the name of a team.
9    Q  Okay.  Within which organization did ADS
10  fall?
11    A  Development.
12    Q  Was that different from Ms. Zago's team?
13    A  No.
14    Q  Okay.  Was that another name for
15  Ms. Zago's team?
16    A  Yes.
17    Q  Okay.  So ADS was not a demonstration
18  environment; is that fair?
19    A  No.
20    Q  I want go back to a couple of things that
21  we talked about earlier.  You talked about your
22  organization's work with the marketing organization.
23    How were marketing materials provided from the
24  marketing organization to your organization?
25    A  A portal of some sort, a website that you

65

1  went to to access.
2      Q    So people in your group could go to a
3  website and access certain marketing material?
4      A    Yes.
5      Q    What types of marketing materials do you
6  recall?  And I want to focus you on the time period
7  from June 1st, 2000, until you left Oracle.  So the
8  time period when you were a VP.
9      A    I think it was generally the same types of
10  things, always data sheets, presentations,
11  occasionally a white paper.
12      Q    What were data sheets?
13      A    Short documents about a particular product
14  and its features, functions and value.
15      Q    So, for example, with respect to
16  Suite 11i, would there be a data sheet for the full
17  suite, or would it be for a specific application?
18      A    A specific application.
19      Q    Did you have copies of those data sheets
20  when you were a VP?
21      A    I don't recall.  I had access to get them.
22      Q    Did you use the data sheets when you were
23  a VP?
24      A    Yes.
25      Q    Was there a data sheet associated with

66

1  each different product or application?
2      A    I don't know if there was one for every
3  product, but generally speaking there was a data
4  sheet.
5      Q    Who prepared the data sheets?
6      A    Product marketing.
7      Q    Were they entitled "data sheets," or did
8  they have some different title?
9      A    I don't know what you mean by "entitled."
10      Q    So, for example, if you had -- were you
11  able to print out the date sheets?
12      A    Yes.
13      Q    If you printed it out, what did it say at
14  the top of the page?
15      A    I don't remember.
16      Q    Did it have the product name?
17      A    Likely, yes.
18      Q    Did it have -- let's take, for example, a
19  CRM application.
20      Did it have the name of the application, and
21  then did it say "data sheet"?
22      A    I don't recall.
23      Q    Okay.  Who prepared the presentations that
24  you were able to access?
25      A    Product marketing.

67

1      Q    Were those presentations also applications
2  specific?
3      A    Some were application specific, and some
4  were suite or product family focused, like ERP or
5  CRM.
6      Q    Okay.  Were the preparations slide shows?
7  Or what type of preparations were available?
8      A    PowerPoints.
9      Q    PowerPoints.  And I think you also
10  mentioned that there were white papers available.
11  What were the white papers?
12      A    I don't remember the topics but --
13      Q    Were they also products specific?
14      A    White papers were typically about a
15  concept.  So, for example, handling foreign currency
16  using Oracle application, a broad topic that covered
17  multiple products.
18      Q    Okay.  So using your example, it would
19  talk about whatever applications were related to
20  handling foreign currency?
21      A    Yes.
22      Q    Were white papers also prepared by product
23  marketing, or were they prepared by a different
24  group?
25      A    I don't recall.

68

1      Q    Did you use the presentations and the
2  white papers in your work at Oracle?
3      A    Yes.
4      Q    You also talked about marketing messages.
5      A    Yes.
6      Q    How were those marketing messages
7  communicated to your organization?
8      A    Usually in a PowerPoint.
9      Q    So as part of the presentation that you
10  just discussed?
11      A    Yes.
12      Q    Okay.  Were they communicated in any
13  verbal form to your organization?
14      A    They were commuted verbally as someone
15  walked through the presentation.
16      Q    Okay.  So did product marketing give the
17  presentations to your organization?
18      A    Sometimes.
19      Q    Okay.  And were the presentations also
20  used by your organization to give to clients?
21      A    Yes.
22      Q    Okay.  What type of work did your
23  organization do with the consulting organization?
24      A    We would team with them on opportunities,
25  sales engagements.

Cullivan, Julie  5/24/2006  9:07:00 AM

69

1     Q   So were individuals from the consulting
2 organization involved in sales demonstrations?
3     A   Sometimes, yes.
4     Q   Were there any specific individuals in the
5 consulting organization that you worked with?
6     A   Not that I recall.
7     Q   Did you have any regular meetings with
8 anyone from the consulting organization?
9     A   Not that I recall.
10     Q   Were there any individuals from the
11 consulting organization involved in the Sysco demo?
12     A   I don't recall.
13     Q   Did you speak with anyone about your
14 testimony today, prior to your deposition?
15     A   Yes.
16     Q   Did you speak to anyone, other than your
17 attorneys, about your deposition?
18     A   Yes.
19     Q   Who did you speak to, other than your
20 attorneys?
21     A   I spoke to my brother-in-law, who is a
22 lawyer, when I received it, and asked him to look at
23 that and tell me what he thought and what I should
24 do.
25     Q   Okay.

70

1     A   And I also talked to Mike DeCesare, who I
2 knew had also been deposed. But when I talked to
3 him, he said, "We can't talk about it. You will be
4 contacted and, you know, don't worry about it. You
5 will be contacted. It's got nothing to do with you.
6 Just do what you need to do."
7     Q   Did you talk to anyone other than your
8 attorneys and Mike DeCesare and your brother-in-law?
9     A   My husband, who was in the car with me
10 when I was subpoenaed.
11     Q   Okay. When was the first time you talked
12 to your attorneys about your deposition today?
13     MR. GIBBS: Objection. Vague.
14     Which attorneys? Us or the brother-in-law?
15 BY MS. WINKLER:
16     Q   Not your brother-in-law.
17     A   I don't remember exactly.
18     But I was subpoenaed to come here in April, and
19 when it got very close to the date, I hadn't heard
20 from anyone. So I reached out, actually to you
21 guys, and you got me hooked up with them so I
22 could --
23     Q   Okay. Do you recall who you spoke with
24 when you are referring to me?
25     A   A receptionist. I don't know.

71

1     Q   How did you first come into contact with
2 someone from Latham & Watkins? Did someone call
3 you?
4     A   The woman that I talked to from your law
5 firm gave me the name of somebody from
6 Latham & Watkins, and that's how I got in touch with
7 them.
8     Q   Okay. When did you first meet with
9 someone from Latham & Watkins?
10     A   Last night.
11     Q   How long did you meet with them last
12 night, approximately?
13     A   Two hours.
14     Q   Did you meet with Mr. Gibbs?
15     A   Yes.
16     Q   Did you meet with any lawyers other than
17 Mr. Gibbs?
18     A   Yes.
19     Q   Who did you meet with?
20     A   Matt Harrison and Holly.
21     Q   Okay. Did you review any documents last
22 night when you met with your lawyers?
23     A   One document.
24     Q   Did you review any other document to
25 prepare for your deposition?

72

1     A   No.
2     Q   Were you a member of any group or
3 committee during the -- strike that. Let me start
4 over.
5     I'm going to refer to something called a
6 "relevant time period."
7     And what I mean here today is the period from
8 June 1st, 2000, until June 1st, 2001. Is that fair?
9     A   Yes.
10     Q   Okay. Going back to that time period,
11 were you a member of any committees or groups at
12 Oracle?
13     A   What do you mean by "committees or
14 groups"?
15     Q   We know already -- I know already that you
16 were a member of the sales organization OPI West.
17     Were there any committees for a specific issues
18 that you were a part of that met or had
19 teleconferences or exchanged e-mails on a regular
20 basis?
21     MR. GIBBS: Objection. Vague.
22     Answer if you can.
23     THE WITNESS: There were -- there wasn't a
24 concept of committees. It was not some official
25 "you're on the committee."

Cullivan, Julie  5/24/2006  9:07:00 AM

73

1  BY MS. WINKLER:
2      Q.  Okay.
3      A.  Did I participate in meetings about
4  specific projects or challenges or issues, yes.
5      Q.  Which meetings do you recall participating
6  in?
7      A.  I recall talking about some of the
8  demonstration challenges the field was having.
9      Q.  Do you recall being present in meetings
10  about the demonstration challenges that the field
11  was having?
12      A.  I can't remember which were meetings and
13  which were teleconferences.
14      Q.  Who else was involved in either the
15  meetings or the teleconferences?
16      A.  I specifically remember Marina Zago and
17  Ron Wohl.  I don't recall past them.
18      Q.  And was Ron Wohl the individual in charge
19  of the ERP organization?
20      A.  Yes.
21      Q.  Was there anyone from the CRM organization
22  on those calls or at those meetings?
23      A.  Likely, but I don't recall who.
24      Q.  Do you recall whether Mark Barrenechea?
25      A.  I don't recall.

74

1      Q.  Okay.  How about Mr. Sanderson; do you
2  recall if he was?
3      A.  I don't recall.
4      Q.  Were those demonstration challenges,
5  challenges with respect to the Suite 11i
6  demonstrations?
7      A.  Yes.
8      Q.  Do you recall who first instigated meeting
9  or talking about those demonstration challenges?
10      MR. GIBBS:  Objection.  Vague.
11      THE WITNESS:  Not the specific individual.
12  BY MS. WINKLER:
13      Q.  Do you recall any other meetings that you
14  attended, other than meetings about the
15  demonstration challenges and I think you also
16  mentioned earlier that SC leadership meetings?
17      A.  I attended many, many, many meetings.
18      Q.  Did you attend meetings daily?
19      A.  Yes.
20      Q.  Did you have meetings for the individuals
21  that reported to you?
22      A.  One-on-ones, yes.
23      Q.  Did you have any regular meetings where
24  all of your direct reports would attend?
25      A.  Yes.

75

1      Q.  How often did you hold those meetings?
2      A.  Weekly.
3      Q.  And those were -- did those meetings
4  include you and your managers?
5      A.  The question you asked me was did I have
6  meetings with my direct reports?
7      Q.  Yes.
8      A.  Yes.  Weekly.
9      Q.  Okay.  Are your direct reports something
10  other than your managers?
11      A.  I had some people that worked directly for
12  me that were not managers.
13      Q.  Okay.  Who were the direct reports?
14      A.  Product specialists.
15      Q.  Okay.  So you had a weekly meeting with
16  your product specialists?
17      A.  No.  I had a weekly meeting with everyone
18  that worked for me.  It included some managers and
19  some individual contributors, meaning product
20  specialists.
21      Q.  Okay.  Approximately how many people
22  attended those meetings?
23      A.  I don't remember the number I gave you
24  before.  There were something less than 10 PSRs, and
25  I had two managers -- or two directors working for

76

1  me.  So --
2      Q.  Okay.
3      A.  -- somewhere in that ballpark.
4      Q.  Okay.  Did you attend any meetings
5  regularly with the people that you reported to?
6      A.  Yes.
7      Q.  Can you describe those meetings?
8      A.  Quarterly.
9      Q.  Were those something other than the sales
10  consultant meetings that you talked about earlier?
11      A.  Yes.
12      Q.  Did Mr. DeCesare hold quarterly meetings?
13      A.  That's what I'm referring to, yes.
14      Q.  Okay.  Who else attended Mr. DeCesare's
15  quarterly meetings?
16      A.  All of his direct reports, and certain
17  individuals from other organizations such as
18  consulting, maybe the partner organization,
19  organizations that help -- helped us to sell and run
20  business.
21      Q.  Okay.  Did Mr. Sanderson attend
22  Mr. DeCesare's meetings?
23      A.  I don't recall.
24      Q.  Did you attend any meetings with
25  Mr. Sanderson?

Cullivan, Julie  5/24/2006  9:07:00 AM

77

1    A   Yes.
2    Q   What were those meetings?
3    A   I don't remember the specifics of them,
4   but I attended meetings with him.
5    Q   Did he hold any regularly scheduled
6   meetings that you attended?
7    A   It was a short period of time that he ran
8   the organization.  So I don't know what "regularly"
9   means.  There were quarterly operations reviews, but
10  I think there was only one quarter and I went to
11  one.  So --
12   Q   When you say "there was only one quarter,"
13  there was only one quarter while he ran the
14  organization?
15   A   While I was there.
16   Q   You were there, okay.
17      And who attended the quarterly operations
18  review meeting, other than you and Mr. Sanderson?
19   A   My recollection is his boss.  Can't tell
20  you his name, don't recall.  And Sandy's direct
21  reports.  So people from the sales organization as
22  well as from the consulting organization.
23   Q   Did you communicate with Mr. Ellison at
24  any time as part of your job duties?
25   A   No.

78

1    Q   How about Jeff Henry?
2    A   Yes.
3    Q   What types of communications did you have
4   with Mr. Henley?
5    A   I was in Jeff Henley's organization when I
6   was in accounting.  So I knew him.  When I moved
7   into sales, we kept in contact, mostly around
8   specific customer opportunities engagements, as well
9   as he was very interested in feedback from the field
10  on how things were going with various topics.
11   Q   Approximately how frequently did you
12  communicate?  When did you communicate with him?
13  Weekly?
14   A   No.
15   Q   Monthly?
16   A   It was sporadic.
17   Q   Okay.  Do you recall communicating with
18  Mr. Henley about any specific customers?
19   A   I don't recall.
20   Q   Okay.  When you moved into the sales
21  organization, did you continue to communicate with
22  Ms. Minton?
23   A   Yes.
24   Q   How frequently did you communicate with
25  Ms. Minton?

79

1    A   Sporadically.
2    Q   On what topics did you communicate?
3    A   Personal.
4    Q   Were you friends with Ms. Minton?
5    A   Yes.
6    Q   Do you still communicate with Ms. Minton
7   today?
8    A   Rarely.
9    Q   How about George Roberts; did you
10  communicate with Mr. Roberts at all?
11   A   Less than a handful of times.
12   Q   On what topics did you communicate with
13  Mr. Roberts?
14   A   Once about a job opportunity in his
15  organization, and I don't remember what the other
16  reasons were.
17   Q   Okay.  Do you know what a "yellow book
18  user review" is?
19   A   No.
20   Q   Are you familiar with software
21  requirements documents?
22   A   What do you mean am I familiar with them?
23   Q   Did you use software requirement
24  documents?
25   A   Are you using "software requirements

80

1   documents" as an official term or a general term?
2    Q   As a general term.
3    A   Yeah, I know what software requirements
4   documents are.
5    Q   What is your understanding of what they
6   are?
7    A   It's a design of a new capability or
8   feature or product, and then it's used to then
9   proceed through the development cycle.
10   Q   So did the software requirements documents
11  precede the development of the product?
12   A   Yes.
13   Q   Who at Oracle was responsible for the
14  software requirements documents with respect to CRM?
15   A   Role or name?
16   Q   Either one.  Can you give me, first, role?
17   A   Generally my understanding was it was
18  product managers, but I don't think that was a hard
19  fast rule.
20   Q   Okay.
21   A   And I don't remember names.
22   Q   And when you say "product managers," were
23  there managers that were specifically focused on
24  individual applications?
25   A   Yes.

81

1  Q   Okay. Were the software requirements
2  documents used for any purpose other than the
3  development of the product?
4  A   They were also used for validation that
5  the design was a match to customer requirements.
6  Q   Okay.
7  A   So you define the requirements or you
8  define the design, and then you run it by people to
9  kind of say, "Is this what you were looking for?"
10 Q   So were software requirements documents
11 done specifically for individual customers?
12 A   No.
13 Q   Can you tell me -- can you give me an
14 example of how you just described how you use
15 software requirements documents with a customer?
16 Can you give me more details how that was done?
17 MR. GIBBS: Objection. Vague.
18 "You" her or "you" Oracle?
19 MS. WINKLER: Her, when she was working at
20 Oracle.
21 THE WITNESS: Software design or whatever term
22 you're using were used to define a new product or
23 feature. You need to validate your design outside
24 just the person that wrote it to make sure that it's
25 a fit for the general marketplace. The best way to

82

1  do that is by talking to some customers and getting
2  some feedback and validation from them that you're
3  headed in the right direction. It does not mean
4  that it's being built specifically for them.
5  BY MS. WINKLER:
6  Q   Okay. Was the validation that you're
7  talking about done prior to the development process?
8  A   Yes.
9  Q   Did you have any role in that validation?
10 A   Yes.
11 Q   Describe for me your role in that
12 validation process.
13 A   Occasionally they would come to me and ask
14 for my input on a specific software requirements
15 design document.
16 Q   Do you recall any specific application
17 where you gave input?
18 A   No.
19 Q   When they came to you, what did you do
20 then? Did you go to customers -- or excuse me.
21 What did you do when someone came you to and
22 said, "Ms. Cullivan, we want your input on this
23 software requirements document"?
24 MR. GIBBS: Objection. Compound.
25 THE WITNESS: If they came to me, I reviewed it

83

1  and provided feedback. If they came to me and
2  requested, "Hey, do you have any customers that
3  might want to take a look at that to help us out,"
4  then I would help facilitate that.
5  BY MS. WINKLER:
6  Q   Okay. Do you recall taking software
7  requirements documents to customers with respect to
8  CRM products?
9  A   I don't recall specific to CRM.
10 Q   Do you recall giving input to software
11 requirements documents for CRM products?
12 A   Personally, no.
13 Q   Okay. Were software requirements
14 documents used, then, after products were developed?
15 A   Not that I know of.
16 Q   Okay. If you wanted to go look at a
17 software requirement document for a document --
18 strike that.
19 If you wanted to go look at a software
20 requirement document for a product that had been
21 developed, were you able to do that?
22 A   Not as a salesperson.
23 Q   Okay. Were the software requirements
24 documents shared with customers at any time, other
25 than the process you described that they may be

84

1  asked about them prior to the development?
2  A   Not to my knowledge.
3  Q   Okay. Were they highly technical
4  documents? Or what kind of information was
5  contained in the software requirements documents?
6  A   They could be highly technical, depending
7  on what it was designed for.
8  Q   Did they include actual software code?
9  A   Not to my recollection.
10 Q   Okay. Did they describe how the software
11 would run once it was developed?
12 A   Yes.
13 Q   Did they do anything other than that?
14 A   Visual graphical representations of what
15 the solution would look like and those types of
16 things so that somebody could understand, "I see how
17 it's going to work and it makes sense."
18 Q   Did the software requirements documents
19 describe how one application might work with another
20 application?
21 A   I don't recall.
22 Q   Do you know who had the final sign-off on
23 software requirements documents?
24 A   I don't.
25 Q   Were the product managers part of the

Cullivan, Julie  5/24/2006  9:07:00 AM

85

1  development teams?
2      A   Yes.
3      Q   Do you know if Suite 11i had any type of
4  software certification?
5      A   I don't.  I don't know.
6      Q   Do you know how the various applications
7  within Suite 11i were tested?
8      A   No.
9      Q   Do you know who tested the applications?
10     MR. GIBBS:  Objection.  Vague.
11 BY MS. WINKLER:
12     Q   Let me rephrase that.
13     Do you know who tested the applications prior
14 to their release?
15     MR. GIBBS:  Same objection.
16     THE WITNESS:  A name or a group?
17 BY MS. WINKLER:
18     Q   A group.
19     A   Q and A.
20     Q   Was Q and A a part of the organization, or
21 was this a separate organization?
22     A   Part of the development organization.
23     Q   So were there individuals that worked on
24 Q and A in the ERP organization and in the CRM
25 organization?

86

1      A   That's my recollection.
2      Q   Okay.  Do you recall who was in charge of
3  the Q & A process?
4      A   No.
5      Q   Do you recall any individuals that worked
6  in the Q & A?
7      A   No.
8      Q   During the course of the time that you
9  were a sales consultant at Oracle, did you ever work
10 with individuals from Q & A?
11     A   Not that I remember.
12     Q   Do you know what Q & A did to test the
13 various applications of Suite 11i?
14     A   No.
15     Q   Was one of the marketing messages about
16 Suite 11i, that the sales consultants were provided,
17 that 11i was fully integrated and interoperable?
18     MR. GIBBS:  Objection.  Vague.
19     THE WITNESS:  Something similar to that.  I
20 don't know if the wording is exactly the same.
21 BY MS. WINKLER:
22     Q   What is your understanding of what
23 "integrated" means with respect to Suite 11i?
24     A   My definition?
25     Q   Yes.

87

1      A   One transaction runs seamlessly from the
2  CRM products all the way to the ERP products without
3  any custom work.
4      Q   Does your definition differ from Oracle's
5  definition of integrated?
6      A   I don't know.
7      MR. GIBBS:  Objection.  Vague and lack of
8  foundation.
9  BY MS. WINKLER:
10     Q   Were you ever told that there was a
11 definition of integrated that you were to market to
12 customers?
13     A   No.
14     Q   How about interoperable; what is your
15 definition of "interoperable"?
16     A   Marketing term.  I don't know what it's
17 supposed to mean.
18     Q   Did you ever use the term interoperable
19 with your customers?
20     A   Probably.
21     Q   Did customers ever ask you what that
22 means?
23     A   No.
24     Q   How about "out of the box"; was that a
25 marketing term that you were given by the marketing

88

1  organization?
2      A   Yes.  It's an industry standard term.
3      Q   Okay.  What is the industry -- what does
4  that mean, industry standard?
5      A   A product capable that works upon
6  installation and configuration and requires no
7  customization.
8      Q   Okay.  Did you use "out of the box" as
9  part of your selling of Suite 11i?
10     A   I don't recall.
11     Q   Do you recall using the term "integrated"
12 when selling Suite 11i?
13     A   Yes.
14     Q   Going back to your definition of
15 integrated, was Suite 11i integrated when you sold
16 Suite 11i?
17     A   No.
18     Q   Do you know what Vision System was?
19     A   Yes.
20     Q   What was the Vision System?
21     A   It was a fictional company name used in
22 the demonstration environment.
23     Q   So in, for example, the demonstration that
24 you gave to Sysco, did you use the Vision System?
25     A   I don't recall.

Oracle                                    Page  85 - 88

Cullivan, Julie  5/24/2006  9:07:00 AM

89

1    Q   Were there times when you used something
2  other than the Vision System in giving
3  demonstrations?
4    A   The CRM demos were something other than.
5    Q   Okay.  So the Vision System was the ERP
6  demos?
7    A   Yes.
8    Q   What were the CR -- was there a
9  counterpart for the CRM demos?
10    A   Not that I know of.
11    Q   Okay.  Was there a fictional company that
12  was used in the CRM demos -- fictional company that
13  was used in the CRM demos?
14    A   Not that I recall.
15    Q   So when you gave a demonstration to Sysco,
16  was it a -- was Sysco the company that was used in
17  the demonstration?
18    A   I don't recall.
19    Q   Do you recall using the name of the
20  specific company that you were presenting a
21  demonstration to as the company in the
22  demonstration?
23    A   I don't recall.
24    Q   Do you know what a CRM HTML demo was?
25    A   Yes.

90

1    Q   What was that?
2    A   A web-based demonstration built in HTML.
3    Q   Was there a time when you didn't use
4  web-based demonstrations?
5    A   Yes.
6    Q   Do you recall when you started using
7  web-based demonstrations?
8    A   Not exactly.
9    Q   Did you ever demonstrate CRM on a nonbased
10  web-based demonstration?
11    A   Early versions of CRM, yes.
12    Q   Okay.  And when it was not a web-based
13  demonstration, what kind of demonstration was it?
14    A   Client server.
15    MS. WINKLER:  I'm going to come back to those.
16  The videographer has told me that he needs to change
17  his videotape.  So we will take a short break.
18    THE VIDEOGRAPHER:  This marks the end of
19  Videotape Number 1 in the deposition of
20  Julie Cullivan.  We're going off the record.  The
21  time is 11:14.
22    (A break was taken)
23    THE VIDEOGRAPHER:  This marks the beginning of
24  Videotape Number 2 in the deposition of
25  Julie Cullivan.  We're back on the record.  The time

91

1  is 11:21.
2  BY MS. WINKLER:
3    Q   Ms. Cullivan, before we broke, we were
4  talking about web-based demonstrations and
5  demonstrations on a client server.
6    How did the demonstration work when you used a
7  client server?
8    A   It's an architecture difference, not a
9  difference in how you use the software.  In a client
10  server architecture, they're software running on
11  both the laptop, or computer, as well as a server.
12    Q   And when you did a web-based
13  demonstration, did it just go from the laptop to the
14  web; is that fair?
15    A   Yes.
16    Q   Was there a reason for a switch from demos
17  on a client server to the web-based demonstrations?
18    A   Better performance and lower
19  administrative overhead.
20    Q   So the web-based demonstrations performed
21  better than the demonstrations on the client server?
22    A   Yes.
23    Q   Do you recall approximately when you
24  started the web-based demonstrations?
25    A   No.  Sorry.

92

1    Q   Was ERP always demoed through web-based
2  demonstrations?
3    A   No.
4    Q   So when the web-based demonstrations
5  started, did they start at the same time for both
6  CRM and ERP?
7    A   I don't understand the question.
8    Q   At some point in time you switched from
9  doing client server demos to web-based demos,
10  correct?
11    A   No.
12    Q   So you continued to do client?
13    A   No.  Let me explain.
14    Q   Please.
15    A   You use demo as if it's separate from the
16  product.  When we had a client server architecture
17  for the product, that's how you demonstrated the
18  product.
19    Q   Okay.
20    A   When we changed the architecture and moved
21  to an Internet architect, it was the next wave of
22  technology, that is when we had the ability do
23  web-based demos because the architecture changed.
24  It was not driven by the demo.  It was driven by the
25  change in the product architecture.

Cullivan, Julie  5/24/2006  9:07:00 AM

93

1    Q.   Okay.  Do you recall when the product
2   architecture changed in that fashion?
3    A.   No.
4    Q.   Did it change at the same time for both
5   CRM and ERP?
6    A.   I don't know.
7    Q.   After the change occurred, were there
8   still customers who used their server as opposed to
9   the web architecture?
10    A.   Yes.
11    Q.   Was that true still when you left Oracle?
12    A.   I don't recall.
13   Can I clarify my answer?
14    Q.   Sure.
15    A.   The ERP products were around longer than
16   the CRM product.  That was a relatively new suite of
17   products.  So I don't remember timingwise if every
18   one was available via the web at the same time
19   because the CRM products were brand-new.
20    Q.   Okay.  Was there a difference in the price
21   of the product when it was sold to be used via the
22   web-based architecture as opposed to the server
23   architecture?
24   MR. GIBBS:  Objection.  Vague.
25   THE WITNESS:  No.  But once the Internet

94

1   architecture came out, you couldn't sell the client
2   server any more.
3   BY MS. WINKLER:
4    Q.   Okay.  Help me understand.
5   I thought you just told me that you still were
6   selling client or there were customers who were
7   still buying the client -- the products via the
8   client server architecture once the web-based
9   architecture was available?
10   MR. GIBBS:  Objection.  Compound; vague.
11   THE WITNESS:  That is not what I said.
12   BY MS. WINKLER:
13    Q.   Okay.
14    A.   The question was:  Were there any
15   customers still using the client server
16   architecture, and the answer was yes.
17    Q.   Okay.  Was there a point in time when
18   Oracle stopped supporting the customers that were
19   using the client server architecture?
20    A.   Probably.
21    Q.   Do you know if that happened when you were
22   there?
23    A.   I don't know.
24    Q.   If a client was using the client server
25   architecture, when the web-based architecture became

95

1   available, was that client no longer able to upgrade
2   applications on their server architecture?
3    A.   I don't understand your question.
4    Q.   Were there certain customers who upgraded
5   as opposed to buying a totally new application from
6   Oracle?
7    A.   You don't have to buy a new application if
8   you're on maintenance.
9    Q.   Okay.
10    A.   Paying your maintenance bill means you get
11   the next upgrade.
12    Q.   Okay.  So the people that were on
13   maintenance and were using the client server
14   architecture, what happened to their maintenance
15   contracts when the web-based architecture became
16   available?
17    A.   Nothing.
18   MR. GIBBS:  Objection.  Vague; calls for a
19   legal conclusion to the last question.
20   BY MS. WINKLER:
21    Q.   Did they continue to receive new releases
22   that worked on their client server architecture?
23   MR. GIBBS:  Objection.  Vague.
24   THE WITNESS:  No.
25   ///

96

1   BY MS. WINKLER:
2    Q.   So how did they get a new release?
3    A.   They had to upgrade.
4    A.   They had to upgrade to the web-based
5   architecture?
6    A.   Yes.
7    Q.   Okay.  Do you know what Demo Shield was?
8    A.   I don't remember.
9   MS. WINKLER:  I'm going to ask the court
10   reporter to mark this document, which is NDCA-ORCL
11   069310 through 311 as Cullivan Exhibit 2.
12   (Whereupon Exhibit 2 was marked for identification)
13   BY MS. WINKLER:
14    Q.   Ms. Cullivan, I'm going to ask you to read
15   through this document, and let me know when you had
16   a chance to do so.
17    A.   (Witness complies.)
18    Q.   Do you recognize the e-mail that starts
19   about the third of the way down the page, on which
20   you're copied?
21    A.   Uh-huh.
22    Q.   Do you recall the customer, AMD?
23    A.   Yes.
24    Q.   What do you recall about the customer,
25   AMD?

Cullivan, Julie  5/24/2006  9:07:00 AM

97

1    A   My recollection is that we had had a very
2  tough time demonstrating the Oracle applications to
3  AMD, and the users came back and did not feel we
4  were a good solution for their organization.  And we
5  decided to, you know, look to get some executive
6  sponsorship within AMD and executive sponsorship
7  within Oracle to try and change the game and come up
8  with sort of an executive level partnership as
9  opposed to the users driving the decision.
10   Q   Do you recall what applications you were
11  trying to sell to AMD?
12   A   I know we were trying to sell them the
13  complete ERP suite of applications.  I don't
14  remember if there were any CRM.
15   Q   Who is Mark Flessel?
16   A   He was a sales director.
17   Q   Was he within Mr. DeCesare's organization?
18   A   Yes.
19   Q   Do you know who Susan Marks was?
20   A   The name is familiar, but I don't remember
21  exactly who that was.
22   Q   Okay.  How about Sonny Singh?
23   A   Yes.
24   Q   Who was Sonny Singh?
25   A   He ran the consulting organization for

98

1  West OPI.
2    Q   Okay.  How about Jonathan Ohmrigger?  His
3  name appears on the first e-mail on that page.
4    A   Yeah.  He worked -- he was a semiconductor
5  specialist that worked across all of OPI.
6    Q   What do you mean when you say
7  "semiconductor specialist"?
8    A   He was an industry expert.
9    Q   Okay.  And was AMD a semiconductor
10  customer?
11   A   Yes.
12  No.  They were not a customer.
13   Q   A potential customer?
14   A   Potential customer.
15   Q   Okay.  What do you say when you -- strike
16  that.
17      What do you mean when you use the phrase "get
18  executive sponsorship"?
19   A   We needed to go above the project team
20  making the decision and get some executives from AMD
21  to look at the broader Oracle partnership and hope
22  that that would mean they might purchase our
23  applications and implement other solutions.
24   Q   Did that also have some meaning within the
25  organization, getting executive sponsorship?

99

1    A   Yes.
2    Q   And what did that mean within the Oracle
3  organization?
4    A   You were an executive that you named an
5  executive responsible on an account.
6    Q   Okay.  And who was the executive sponsor
7  on AMD?
8    A   They were positioning Sandy Sanderson.
9    Q   Do you recall using individuals other than
10  Mr. Sanderson as executive sponsors on accounts?
11   A   Outside of AMD?
12   Q   Yes.
13   A   Yes.
14   Q   What other individuals do you recall using
15  as executive sponsors on accounts?
16   A   Mike DeCesare, Jeff Henley, Ron Wohl.
17   Q   Do you recall ever using Mr. Ellison as an
18  executive sponsor on an account?
19   A   I don't recall.
20   Q   Do you recall which specific accounts
21  Mr. DeCesare, Mr. Henley or Mr. Wohl worked with?
22   A   No.
23   Q   Did you participate in the demo to AMD?
24   A   I was not in the -- I was not at the
25  demonstration.

100

1    Q   Okay.  What was your role in the attempted
2  sale to AMD?
3    A   I was more engaged after the
4  demonstrations than prior because I had a team
5  working on it, and they didn't need me as well.
6    Q   So they didn't need you during the
7  demonstration; is that fair?
8    A   Right.
9    Q   Okay.  What was your role after the
10  demonstration?
11   A   Working with the team to figure out how we
12  could change our standing and, you know, convince
13  AMD that we were the right solution for them.
14   Q   What did you do in order to try to do
15  that?
16   A   We held several internal meetings to talk
17  about what we could do to try and change the
18  opinions, and talked about additional demos, talked
19  about other meetings and other strategies that we
20  might want to try.  In the end, it ended up being
21  getting Sandy to go meet with them and try to
22  convince them to give us another opportunity and,
23  you know, that Oracle was the right solutions for
24  them.
25   Q   Were any additional demos given to AMD?

Cullivan, Julie  5/24/2006  9:07:00 AM

101

1     A   No.
2     Q   What happened after Sandy became involved?
3     A   They still made a decision to go with a
4   competitor.
5     Q   Okay.  What, if anything, did Sandy do to
6   try to get AMD to work with Oracle as opposed to the
7   competitor?
8     A   Try to convince them of the partnership
9   aspect, the positioning, fixed bid consulting
10  engagement to ensure their success, the types of
11  things that are in this e-mail.
12    Q   What was the partnership aspect?
13    A   It's just an aspect that you use in sales.
14  Part of the decision is who do I want to partner
15  with more.  And we were trying to play that card
16  that Oracle was a better partner.
17    Q   What do you mean by the term "partner"?
18    A   Vendor.
19    Q   Okay.  So is there any component of the
20  partner relationship that Oracle, in turn, would buy
21  something from AMD?
22    A   No.
23    Q   Okay.  What do you mean when you use the
24  phrase "fixed bid consulting"?
25    A   For a fixed price, a defined set of

102

1   deliverables.  Should any of those deliverables take
2   more time or money than originally expected, there
3   is no risk to the customer.
4     Q   Was this a common selling tool?
5     A   It was used on occasion.
6     Q   Do you recall any accounts that were sold
7   any components of Suite 11i with the fixed bid
8   consulting?
9     A   I don't remember.
10    Q   Okay.  Do you recall there ever being any
11  problems with the fixed bid consulting process?
12    A   No.
13    Q   Do you recall there ever being overruns on
14  fixed bid consulting deals?
15    A   I don't recall.
16    Q   Do you know if Ron Wohl ever had any
17  meetings with any of the individuals from AMD?
18    A   I don't recall.
19    Q   Okay.  Were the demonstrations tested
20  before they were given to potential customers?
21    A   I don't know what you mean.
22    Q   Going back to the Sysco example, was there
23  a test of the demonstration that you were going to
24  give to Sysco before it was actually given at the
25  Sysco site?

103

1     A   Define "test".
2     Q   A run-through.
3     A   Run through is different than a test.  Was
4   the demo prepared and did the sales consultant walk
5   through the demonstration, yes.
6     Q   And you consider that to be a run-through?
7     A   Yes.
8     Q   What do you -- what do you understand
9   "test" to mean with respect to demos?
10    A   A set of formal tests that either
11  development organization or the demo services team
12  would run to before they released something to
13  the --
14    Q   Okay.
15    A   -- to the field in a demo situation or to
16  their customer base in a product situation.
17    Q   Okay.  So using your definition of the
18  term test, were the demonstrations tested before
19  they were presented to potential customers?
20    A   The demo environments were not released
21  for a customer; they were released to the field.
22  They were tested before they were released to the
23  field on the ERP side.  I do not know on the CRM
24  side.
25    Q   And was Ms. Zago's organization

104

1   responsible for the testing before released to the
2   field on the ERP side?
3     A   She was responsible for conducting the
4   testing.  It was often field personnel that came in
5   to actually conduct the testing because she needed
6   bodies to do it.
7     Q   Okay.  So would people in your
8   organization go in and assist with the testing of
9   demonstrations on the ERP side?
10    A   Yes.
11    Q   How frequently was a new demonstration
12  made available?
13    A   I don't recall.
14    Q   Was a new demonstration made available
15  each time a new version was released?
16    A   Yes.
17    Q   Were there new demonstrations made
18  available between releases?
19    A   I don't recall.
20    Q   What is a "scripted demo"?
21    A   In what context?
22    Q   Did you ever use scripted demos at Oracle?
23    A   I don't know what you mean.
24    Q   Do you have any understanding of what the
25  term "scripted demo" means?

Cullivan, Julie  5/24/2006  9:07:00 AM

105

1        A    A scripted demo is when a customer says,
2    "This is the script you must follow.  I want to see
3    these exact steps in this order in your software."
4        Q    And what did you do when a customer told
5    you that or gave you a script they wanted to see?
6        A    We tried our best not to follow the
7    script, but typically ended up having to do it.
8        Q    Why did you try not to follow the script?
9        A    Because it doesn't give you an opportunity
10    to show anything else but specifically the steps
11    they've identified, and it's very difficult to
12    differentiate your product.
13        Q    Okay.  Did you have to work with anyone in
14    the development organization when requested to give
15    a scripted demo?
16        A    Depended on the product.
17        MS. WINKLER:  Okay.  Going to ask the court
18    reporter to mark this document.  It's called
19    Exhibit 3.  It's Bates labeled NDCA-ORCL 058525
20    through 531.
21    (Whereupon Exhibit 3 was marked for identification)
22    BY MS. WINKLER:
23        Q    Okay.  Ms. Cullivan, I'd like you to take
24    a look at this document, and let me know when you
25    had a chance do so.

106

1        A    (Witness complies.)  Okay.
2        Q    Do you recognize this document,
3    Ms. Cullivan?
4        A    No.
5        Q    Do you recall issues with the customer --
6    potential customer Nike?
7        A    No.
8        Q    Was Nike a customer of OPI?
9        A    Yes, at a point in time.
10        Q    Okay.  In approximately February of 2001,
11    was Nike a customer of OPI?
12        A    Yes.  Sorry.  Yes.
13        Q    Was it a customer of OPI West?
14        A    Yes.
15        Q    Was there a specific salesperson who had
16    responsibility for Nike?
17        A    I don't recall.
18        Q    Did you work at all with Nike?
19        A    Not directly.
20        Q    Okay.  Do you recall there being -- do you
21    recall a customer, Nike, having any problems with
22    Oracle products?
23        A    I don't recall.
24        Q    Okay.  Directing your attention to the
25    e-mail that you sent, which is on the second page of

107

1    this document.  It's the e-mail dated February 12th,
2    2001, that you sent to Cliff Godwin and
3    Susan Mitchell.
4        Do you see that e-mail?
5        A    Yes.
6        Q    Why did you send this e-mail to
7    Mr. Godwin?
8        A    I wasn't sure where else to go with this.
9    It seemed like, you know, a customer issue that
10    needed to get some attention.  And I knew Cliff, and
11    I asked if there was anything he could do to help.
12        Q    Was there something specific about the
13    issue that led you to send it to Mr. Godwin?
14        A    Yes.
15        Q    What was that?
16        A    It was about installation and technology,
17    not about an individual product.  So I sent it to
18    Cliff, who had responsibility for those types of
19    things.
20        Q    Does looking at this document refresh your
21    recollection as to who Susan Mitchell was?
22        A    No.
23        Q    Direct your attention to the first page of
24    this document.
25        Do you have an understanding of what

108

1    Mr. Ginsberg means when he says, "there is no rapid
2    install work around"?
3        MR. GIBBS:  Objection.  Lack of foundation.
4        THE WITNESS:  No.
5    BY MS. WINKLER:
6        Q    Do you recall who Mr. Ginsberg was?
7        A    No.
8        Q    Did you -- during the relevant time
9    period, did you work with Mr. Godwin and his
10    organization on a regular basis?
11        A    What do you mean by "regular"?
12        Q    Did you have instances, other than this,
13    where you requested assistance from Mr. Godwin's
14    organization?
15        A    Yes.
16        Q    How often did you do that?
17        A    Sporadically.
18        Q    Do you recall any other specific
19    instances?
20        A    No.
21        Q    Do you recall who Kirsten Rogge,
22    R-O-G-G-E, was?
23        A    No.
24        Q    Do you recall working with HP as a
25    customer or potential customer?

109

1   A   Yes.
2   Q   What work do you recall doing with HP
3   during the relevant time period?
4   A   We were working on a CRM opportunity.
5   Q   Who was working on that CRM opportunity
6   with HP?
7   A   I don't recall, other than Mark Flessel.
8   I don't remember who else was involved.
9   Q   What do you recall about working with HP
10  on the CRM opportunity?
11  A   I remember it started with an opportunity
12  around the sales compensation module, which is a CRM
13  application.  And it started to expand into some
14  other areas such as service.  And that's really all
15  I remember.
16  Q   Do you recall demoing products at HP?
17  A   I don't remember specific demos.
18  Q   Do you recall whether HP actually
19  purchased any products --
20  A   Yes.
21  Q   -- during the relevant time period?
22  A   Yes.
23  Q   What did HP purchase during the relevant
24  time period?
25  A   They purchased our suite of CRM

111

1   BY MS. WINKLER:
2   Q   So they -- let me see if I understand you
3   correctly.
4   They became not particularly happy, but that
5   was after you left Oracle?
6   A   Yes.
7   Q   And how did you learn that?
8   A   Colleague.
9   Q   Do you have any more details of
10  specifically why they weren't happy?
11  A   I wasn't given any details.  Would be
12  speculation.
13  Q   Okay.  Do you have any knowledge about
14  whether HP is actually running those CRM products
15  today?
16  A   It is my understanding they are not
17  running the products.
18  Q   Okay.  And did you also learn that from a
19  colleague?
20  A   Yes.
21  Q   Other than that sale of the CRM
22  applications to HP, during the relevant time period,
23  were you involved in any other deals with HP?
24  A   Not that I recall.
25  Q   Okay.  Do you know whether Larry Ellison

110

1   applications.
2   Q   Do you recall any of the terms of that
3   deal?
4   A   What do you mean by "terms"?
5   Q   Any -- for example, do you recall how much
6   the product was sold for?
7   A   I don't recall the exact amount.
8   Q   Do you recall if Oracle promised to buy
9   something from HP in return for their purchase of
10  CRM?
11  A   I don't recall.
12  Q   Do you recall any instances with any
13  customer where Oracle did that?
14  A   I know that it happened on occasion, but I
15  don't have personal knowledge of when it happened.
16  Q   Okay.  Were you involved at all with HP
17  after the sale of the CRM products?
18  A   Not that I recall.
19  Q   Do you know whether HP was satisfied with
20  the CRM products after they purchased them?
21  MR. GIBBS:  Objection.  Vague.  Sorry.
22  THE WITNESS:  I know that they were not
23  particularly happy at a point in time, which was
24  after I was -- had left Oracle.
25  ///

112

1   became involved with that sale or potential sale to
2   HP?
3   A   Yes.
4   Q   What is your understanding of
5   Mr. Ellison's involvement in that sale?
6   A   My understanding is that he worked
7   directly with Carly Furino -- or Furini or
8   whatever -- from HP on the deal.
9   Q   Okay.  Was Mr. DeCesare also involved in
10  the deal?
11  A   Yes.
12  Q   What is your understanding of
13  Mr. DeCesare's involvement in the deal?
14  A   I don't know.
15  Q   Okay.  Do you know whether any other
16  members of senior management were involved in the
17  deal with HP?
18  A   I don't know.
19  MS. WINKLER:  Okay.  I'm going to ask the court
20  reporter mark this document as Cullivan Exhibit 4.
21  It's Bates NDCA-ORCL 617970 through 74.
22  (Whereupon Exhibit 4 was marked for identification)
23  BY MS. WINKLER:
24  Q   Ms. Cullivan, I'm going to ask you to take
25  a look at this document and let me know when you had

113

1  a chance do so.  And I'll let you know I'm going to
2  pretty much walk through the entire document with
3  you after you had a chance to take a look at it.
4      A   (Witness complies.)  Okay.
5      Q   Do you recognize this document,
6  Ms. Cullivan, or at least the portion that starts
7  with the e-mail sent to you by Sandy Sanderson?
8      A   Yes.
9      Q   Can you describe for me generally what the
10  document is?
11     A   I was asked by Sandy Sanderson to pull
12  together a list of issues that we were facing in the
13  field as we attempted to sell and demonstrate the
14  11i E-business Suite.
15     Q   Is it fair to say that Mr. Sanderson asked
16  you to consolidate what people were seeing with
17  respect to the 11i Business Suite?
18     A   Yes.  He asked me to consolidate for
19  West -- I mean -- I'm sorry for OPI.
20     Q   Okay.  What did you do in order to respond
21  to his request?
22     A   I had a meeting with my team, a meeting
23  with Drew Acostaki's team and a meeting with
24  Sandy Cahill's team to get their input.  And when I
25  say "meeting," I mean phone conversation, not face

114

1  to face.
2      Q   Okay.  So you met with teams of the
3  individuals in the Central and East organization who
4  held the same position as you?
5      A   And some of their people.
6      Q   Okay.  Do you recall approximately when
7  those meetings took place?
8      A   I don't recall.
9      Q   Would it be fair to say it was sometime in
10  2001, based upon the January 31st, 2001 date on your
11  e-mail?
12     A   Yes.
13     Q   After sending this e-mail to
14  Mr. Sanderson, did you have any discussions with
15  Mr. Sanderson about the contents?
16     A   I don't recall.
17     Q   How about with anyone other than
18  Mr. Sanderson?
19     A   After the e-mail was sent, there was a set
20  of recurring meetings put in place by Ron Wohl or
21  with Ron Wohl and Marina Zago to try to address the
22  issue.
23     Q   Did those recurring meetings start shortly
24  after January 31st, 2001?
25     A   I believe.

115

1      Q   Did you attend those meetings?
2      A   Yes.
3      Q   Were those meetings held on a weekly
4  basis?
5      A   I don't recall.
6      Q   Approximately how many of those meetings
7  do you recall attending?
8      A   I don't recall.
9      Q   Do you recall who else attended, other
10  than you and Mr. Wohl and Ms. Zago?
11     A   I don't recall.
12     Q   Did Mr. Sanderson attend those meetings?
13     A   I don't believe so.
14     Q   Did any of your direct reports or managers
15  attend those meetings?
16     A   I don't remember.
17     Q   Okay.  Were those meetings held at
18  Redwood Shores?
19     A   I believe I participated by phone.  I
20  don't know.  I presume they were led from
21  Redwood Shores but --
22     Q   During the relevant time period, did you
23  travel frequently as part of your job
24  responsibilities?
25     A   Yeah.

116

1      Q   Did you travel on a weekly basis?
2      A   No.  I traveled about 50 percent, maybe
3  less than that.  But I still participated in
4  meetings via phone, sometimes even when the meeting
5  was just across the street.
6      Q   Okay.  And why was that?
7      A   Because I'm lazy.  No.
8      Because if you have back-to-back meetings, you
9  can't have the travel time in between.  So you just
10  would do it by phone.
11     Q   Okay.  Were any minutes circulated as a
12  result of those meetings?
13     A   I don't recall.
14     Q   Do you know if any new processes were
15  instituted as a result of those meetings?
16     A   I don't remember.  I don't know.
17     Q   Do you know if any reports were prepared
18  as a result of those meetings?
19     A   I don't recall.
20     Q   What was your involvement in the meetings?
21     A   Providing feedback and getting some sort
22  of set of timelines and deliverables from the team
23  to when these things would be addressed.
24     Q   What do you mean when you say "providing
25  feedback"?

117

1    A   So as new issues arose, making sure that
2  they were made aware of them, but also tracking what
3  was happening with fixing the ones we were already
4  aware of.
5    Q   Did you continue to meet with individuals
6  outside of -- strike that.
7    Did you continue to meet with individuals from
8  the Central and East regions after you prepared your
9  initial e-mail to Mr. Sanderson?
10    A   I don't remember.
11    Q   When you said you were providing feedback,
12  did you provide feedback from the Central and
13  Eastern regions?
14    A   I don't remember after this e-mail was
15  consolidated.
16    Q   Okay.  What did you do to track what was
17  happening with the issues that you list in your
18  e-mail?
19    A   I don't remember, but I know that this
20  list of issues became something that people were
21  trying to address.
22    Q   Okay.  How do you know that?
23    A   Because we would walk through these items
24  on the phone.
25    Q   During Mr. Wohl's meetings?

118

1    A   "Where are we in fixing these things," and
2  we would go through.
3    Q   That was something that you did during
4  Mr. Wohl's meetings?
5    A   Yes.
6    Q   Okay.  Who is Maria Borowski that you
7  CC'ed on your e-mail?
8    A   I don't remember.  I don't know.
9    Q   Okay.  What did you mean when you said
10  "one of the consistent themes was 'poor
11  performance'"?
12    A   It was slow.
13    Q   And when you say "it," do you mean just
14  the demo or the product and the demo?
15    MR. GIBBS:  Objection.  Vague.
16    THE WITNESS:  When you were demonstrating the
17  product, it was slow.
18  BY MS. WINKLER:
19    Q   Okay.  What do you mean when you say
20  "inability" -- what did you mean when you said
21  "inability to prove our E-business Suite integration
22  story"?
23    A   It was difficult to show a seamless demo
24  where transactions flowed from CRM to ERP without a
25  bunch of effort, as well as there was multiple UIs.

119

1    So you might be showing a piece of the Suite and
2  walking through how you do something and then when
3  it was time move to the next step in the process or
4  in that transaction's flow, you might have a
5  different-looking UI.  It was just hard to show that
6  complete solution to a customer.
7    Q   Was that in part because the Suite wasn't
8  integrated?
9    A   It was due to the fact we did not have a
10  single demo environment in which all the products
11  ran together.  I don't know if it's because it
12  wasn't integrated.
13    Q   Okay.  What do you mean by the term "UI"?
14    A   User interface.
15    Q   What did you mean when you said "product
16  stability quality issues"?
17    A   It was difficult to get the software to
18  perform the same way over and over.  There was a bit
19  of unpredictable behavior that was hard to work
20  around in front of a prospect or customer.  So it
21  may have been a product problem.  It may have been
22  an environmental problem.  But it was -- did not
23  perform consistently.
24    Q   What about the quality issues part of
25  that?

120

1    I'm looking now at the top of your e-mail
2  that's on the second page of this document.
3    A   Well, I was using that as a combined.
4  It's unpredictable in its performance, and that made
5  me question the quality of the product and that the
6  appropriate testing and validation had been done.  I
7  was sort of using those together.
8    Q   Did you do anything to ascertain whether
9  the appropriate testing and validation had been
10  done?
11    A   No.
12    Q   Was that ever discussed in any of the
13  meetings that you held after sending this e-mail?
14    A   Not that I remember.
15    Q   And going down to the third paragraph of
16  your e-mail that starts with "As mentioned by
17  majors" --
18    A   Yes.
19    Q   -- where you say "highly scripted
20  demonstrations," do you mean the same thing that we
21  talked about earlier with respect to scripted
22  demonstrations?
23    A   Yes.
24    Q   Okay.  What do you mean by the phrase
25  "canned ADS scripts"?

Cullivan, Julie   5/24/2006   9:07:00 AM

121

1     A    Some of the products could only be
2    demonstrated if you followed a very specific set of
3    steps. And if you deviated from those steps, you
4    couldn't be guaranteed the software would perform as
5    expected. That's a difficult environment to work in
6    in front of a customer should they ask, "Hey, can
7    you show me that part," and it's like, "No, not
8    really."
9     Q    Okay. So -- strike that.
10    Do you know why some of the products could only
11   be demonstrated if you followed a very specific set
12   of steps?
13    A    No.
14    Q    Did you --
15    A    I would be speculating on one.
16    Q    Did you ever question anyone about that?
17    A    I'm sure I did. I don't know of a
18   specific instance when I did.
19    Q    Okay. Do you recall anyone ever telling
20   you why they could only be demonstrated if you
21   followed a specific set of steps?
22    A    I don't remember somebody giving me the
23   specific reason.
24    Q    Do you recall ever having a conversation
25   with anyone about that fact?

122

1     MR. GIBBS: Objection. Asked and answered.
2    Answer again.
3     THE WITNESS: I said I was sure I did, but
4    couldn't remember a specific conversation.
5    BY MS. WINKLER:
6     Q    Okay. Do you recall ever talking about
7    that with Mr. DeCesare?
8     A    I don't recall specific discussion, but we
9    talked about a lot of things.
10    Q    Was this an issue that was a frequent
11   topic of conversation among people in your
12   organization?
13    A    Yes.
14    Q    Did people complain about this issue?
15    A    Yes.
16    Q    Can you explain to me what you meant by
17   the next paragraph that starts with "Additionally"?
18    A    There were different user interfaces
19   depending on what product you were showing, and
20   that's tough for an audience to follow, that the UI
21   is not consistent across all the product.
22    Q    Can you explain what you mean by the UI
23   not being consistent across all of the products?
24    A    Meaning that the user interface did not
25   have the same look and feel as -- for every product.

123

1     Q    Do you know why that was?
2     MR. GIBBS: Objection. Lack of foundation;
3    calls for speculation.
4     THE WITNESS: I would be speculating on why. I
5    mean --
6    BY MS. WINKLER:
7     Q    Did you ever ask anyone why that was?
8     A    I don't know if I specifically asked the
9    question.
10    Q    Did anyone ever tell you why that was?
11    A    I don't recall.
12    Q    Was that a frequent topic of conversation
13   among people within your organization?
14    A    Specifically the UI piece, I don't
15   remember it being discussed any more than the rest
16   of the overall topic around demos.
17    Q    Okay. So you don't recall it being
18   discussed as much as the canned ADS scripts, for
19   example?
20    A    I don't remember which were discussed more
21   than another.
22    Q    Okay. What, if anything, do you recall
23   about the discussions regarding the canned ADS
24   scripts?
25    A    Nothing.

124

1     Q    Did you ever speculate to anyone within
2    the organization about why you thought there were
3    canned ADS scripts?
4     A    Yes.
5     Q    And what did you tell someone within the
6    organization about that?
7     A    That I was concerned that it meant maybe
8    the product wasn't where it needed to be, and
9    therefore, you had to stick to a very scripted flow.
10    Q    Who did you tell that to?
11    A    I don't know.
12    Q    Do you recall anyone responding to you
13   about that?
14    A    Specific responses, no.
15    Q    Okay. Did you ever speculate to anyone
16   within the organization about the multiple UI issue?
17    A    I'm sure I did.
18    Q    What did you speculate about that?
19    A    My speculation was that because we had
20   separate development organizations, there wasn't
21   sort of a guiding UI set of rules or whatever that
22   both teams were using, and that might have been why
23   we were facing this issue of everything looking
24   different.
25    Q    Did the UIs look different even for

125

1  different applications within CRM?
2      A    Yes.
3      Q    Did the UIs look different for different
4  applications within ERP?
5      A    Not that I remember.
6      Q    Okay.  Next you talk about "order
7  management and configuration."
8          What does that refer to?
9      A    It refers to the order management products
10  and the configuration product.
11      Q    Was the order management product part of
12  CRM?
13      A    No.
14      Q    Part of ERP?
15      A    Yes.
16      Q    Were there multiple applications that made
17  up the order management product?
18      A    I don't remember exactly.
19      Q    Okay.  What were the configuration
20  products?
21      A    What do you mean, what are they?  What do
22  they do?
23      Q    What was their function?
24      A    A configurator product allowed you to
25  build a product that's made up of multiple parts.

126

1  And it's heavily based on a set of rules to make
2  sure that you don't build something that won't work.
3      Q    Okay.  Were the configurator products part
4  of Suite 11i?
5      A    Yes.
6      Q    Were they part of ERP?
7      A    My memories, are part of ERP.
8      Q    Okay.  Was Mr. Wohl's organization
9  responsible for the configuration or configurator
10  products?
11      A    Yes, that's my recollection.
12      Q    Okay.  When you use the initials "OM,"
13  does that refer to order management?
14      A    Yes.
15      Q    What do you mean when you use the term
16  "buggy"?
17      A    I mean it doesn't work properly.
18      Q    What do you mean when you refer to "OM
19  line level work flows"?
20      A    I don't know.  I mean, this is a level of
21  detail that there's a line item on an order, and for
22  each line item, you can have a different set of work
23  flows that line item follows.  And what this point
24  refers to is the fact, in order to actually bring up
25  the work flow diagram, it was very, very slow to get

127

1  it to come up so that you could understand what flow
2  that order line needed to go through to get to a
3  point of shipping.
4      Q    Okay.  So that's what the -- did the
5  order -- strike that.
6          Did the diagram that you refer to, that's what
7  described how the process got to the point of
8  shipping?
9      A    We're getting into a lot of products
10  details.  There's a work flow engine in which you
11  define your work processes.
12          The work flow engine also allows you to -- to
13  graphically represent the process flow so an
14  individual can understand what is going to need to
15  happen with that particular transaction.
16      Q    Was the work flow engine something that
17  was within each application?
18      A    One work flow engine shared by all the
19  applications.
20      Q    Okay.  What are "folder forms"?
21      A    It's the ability to change the layout of
22  the user interface.  A user can make that change so
23  it looks the way they want it to look.
24      Q    So does a user use folder forms to change
25  the way the interface looks?

128

1      A    Yes.
2      Q    Okay.  And when you say that they're
3  "broken," what do you mean?
4      A    I don't remember specifically what broken
5  meant.
6      Q    Okay.  Is it fair to say that they didn't
7  work?
8      A    I don't know what I meant by broken.
9      Q    Okay.  What do you mean by -- what did you
10  mean by the next line that it says, "queries do not
11  work in the OM order organizer"?
12      A    I don't know.
13      Q    Do you recall what a query was?
14      A    Yes.
15      Q    What was a query?
16      A    Asking the system for some information.
17      Q    Okay.  What was the OM process navigator?
18      A    I don't know.  I don't remember.
19      Q    Okay.  What are you referring to at the
20  ends of that line say "11.03"?
21      A    That was the previous release of the
22  application.
23      Q    Okay.  Is it fair to say that referred to
24  11i Version 3?
25      A    No.

Cullivan, Julie  5/24/2006  9:07:00 AM

129

1  Q  What does that refer to?
2  A  It was the prior release of the
3  applications, pre 11i.
4  Q  Okay.  Excuse me.  Was that known as
5  Version 11?
6  A  Was known as the 11.03.
7  Q  Okay.  What was the product known as
8  without the version name?
9  A  I don't know.
10  Q  Okay.  Going down a couple of lines, you
11  use the initials "ATP" and "APS."
12  Do you see that?
13  A  Uh-huh.
14  Q  What do those refer to?
15  A  I know it was the advance planning engine.
16  So the APS is the advanced planning stuff.  I don't
17  know exactly remember what ATP stood for.
18  What it is, is an engine that tells you what
19  your supply requirements are to build whatever your
20  product is.  And it runs to let you know what you
21  need to go out and purchase and, you know, work in
22  process and all those types of manufacturing terms.
23  Q  That is part of the ERP product?
24  A  Yes.
25  Q  What do you mean when you refer to "APS

130

1  server"?
2  A  So because of the level of processing the
3  planning engine needs to do, it ran on a separate
4  server, a separate machine, because it had to use a
5  lot of processor.  And apparently, it was not
6  performing as we would have liked.
7  Q  When you said "ran on a separate server,"
8  you mean a separate server from the rest of ERP?
9  A  Yes.
10  Q  Okay.  What did you mean when you said
11  "order capture does not leverage advances pricing"?
12  A  It's a typo.  It should have been
13  "advanced" pricing, but I don't remember
14  specifically what I was -- I'd be guessing.
15  Q  Was advanced pricing another ERP
16  application?
17  A  Advanced pricing was part of the ERP
18  applications, but it needed to be used or accessed
19  by CRM in the situation where there was an order
20  involved.
21  Q  Okay.  Do you know what you meant when you
22  said, "advanced pricing does not work with service
23  items"?
24  A  No.
25  Q  What did you mean when you said,

131

1  "agreements functionality are" -- sorry.  Let me
2  start over.
3  What did you mean when you said "agreements
4  functionality not stable and does not consistently
5  work"?
6  A  I meant that it was not stable and did not
7  consistently work as we expected it to.
8  Q  What was "agreements functionality"?
9  A  It's like contracts.  It's information
10  about how you do business with a particular
11  customer, and it -- that information should be
12  accessed -- for example, when you're going through a
13  service engagement with a customer, do you know what
14  type of service level agreements and what type of
15  support they've purchased.  And apparently it wasn't
16  working as we had expected it to.  I don't know any
17  more than that.
18  Q  Do you know whether agreements
19  functionality was part of CRM or ERP?
20  A  I believe it was another piece of shared
21  functionality, but I don't know that for sure.
22  MS. WINKLER:  Okay.  Patrick, when do you want
23  to take a break for lunch?
24  MR. GIBBS:  I'm fine whenever you want to do
25  it, Julie.

132

1  THE WITNESS:  I don't care.
2  MR. GIBBS:  Whenever is a reasonable time
3  break.
4  MS. WINKLER:  Okay.  I think we've -- it might
5  be a good time to take a break now since we've been
6  kind of in-depth in this document.  And we can take
7  however long you guys want to take.
8  MR. GIBBS:  About an hour.
9  MS. WINKLER:  Okay.
10  THE VIDEOGRAPHER:  We're going off the record.
11  The time is 12:26.
12  (A break was taken)
13  THE VIDEOGRAPHER:  We're back on the record.
14  The time is 1:39.
15  BY MS. WINKLER:
16  Q  Ms. Cullivan, going back to Exhibit 4.
17  Do you see in approximately the center of the
18  second page where we talked about folder forms?
19  A  Uh-huh.  Yes.
20  Q  What do you mean when you say "last patch
21  update"?  What does that refer to?
22  A  They worked, and then they did not work
23  after a patch was applied.
24  Q  What was the patch?
25  A  I have no idea.

Cullivan, Julie  5/24/2006  9:07:00 AM

133

1    Q   Was it a patch to the product itself or
2   patches applied to the demos?
3    A   A patch is applied to the product.
4    Q   Okay.  Directing your attention to the
5   bottom of the page under where you have "CRM"
6   listed.
7    Do you see that?
8    A   Yes.
9    Q   What do you mean when you say there are
10  "separate instances for I store sales and tele sales
11  and customer care and support"?
12   A   What that means is there were separate
13  demonstration environments for each of those
14  products.  Therefore, you could not show them all
15  together in one environment.
16   Q   If you were demoing, for example, I store
17  and sales and tele sales to a potential customer,
18  how did you switch between environments?
19   A   You had to bring up a different system and
20  try it in a way that it seemed somewhat smooth to
21  the person watching the demo, but you were having to
22  close down one set of applications and open another
23  to be able to demonstrate any sort of flow.
24   Q   Okay.  What did that involve, in as far as
25  the person who was demonstrating?  What did they

134

1   actually have to do to move from one environment to
2   the other?
3    A   Log into a new machine.
4    Q   And if, for example, it was a web-based
5   demo, they -- did they do a separate log-in over the
6   web?
7    A   Yes.
8    Q   Okay.  Could I ask you to turn to the next
9   page of that document?
10   A   (Witness complies.)
11   Q   What does "UWQ" refer to at the top?
12   A   Universal work queue.
13   Q   What was the universal work queue?
14   A   It was essentially workload manager.  So
15  as support requests, for example, came in, they went
16  into a work queue, and then were dispatched to
17  people to work on them.  So it's a piece of
18  functionality that you see in a supporter service
19  product or solution area.
20   Q   So it was part of a -- one of the CRM
21  modules?
22   A   Yes.  It was shared across multiple CRM
23  modules.
24   Q   Was it also shared with ERP modules?
25   A   Not to my knowledge.

135

1    Q   What do you mean by the phrase "scripting
2   is stand alone and runs in citrics.  Launching it is
3   slow and ugly"?
4    A   I'm not sure what scripting I was
5   referring to specifically.  So I can't answer that.
6    Q   What was scripting?
7    A   Scripting is a set of questions that,
8   depending on somebody's answer, a new question
9   will -- so as you're on the phone talking to
10  somebody about a problem, or if you're trying to do
11  some telemarketing or selling, you have a script in
12  front of you that says ask them this question.  When
13  the answer to that question is this, then will
14  populate a new --
15   We do kind of script and help them walk
16  through -- help the person conducting the call walk
17  through a predetermined set of questions that
18  hopefully end up in resolving a problem or
19  potentially moving a sale along.  It was used both
20  from a selling and support perspective in CRM.
21   Q   So was scripting part of more than one
22  module or application within CRM?
23   A   My recollection is it worked for both
24  sales and support in CRM.
25   Q   Okay.  What was "call center

136

1   intelligence"?
2    A   I don't recall.  I'd be guessing.
3    Q   Okay.  Do you recall what "trading
4   community architecture" was?
5    A   This was the shared customer master
6   between CRM and ERP.
7    Q   What group was responsible for the trading
8   community architecture?
9    A   My recollection is that it was the CRM
10  team.
11   Q   Okay.  What did you mean when you said,
12  "order capture is not integrated enough for quote or
13  order tracking"?
14   A   I don't recall.
15   Q   Do you recall what "order capture" was?
16   A   Vaguely.  I would be guessing.
17   Q   Do you recall which module it was a part
18  of?
19   A   It was related to any of the CRM modules
20  that required some sort of order transaction to be
21  generated.  So, for example, I store or spare parts
22  in the support and service applications.  So if, for
23  example, somebody was purchasing something via the I
24  store technology, it would have to create,
25  essentially, an order record, and it would go into

137

1    order capture.
2        Q    What did you mean when you said, "no quote
3    flow available at all"?
4        A    I don't know.
5        Q    Do you know which module or modules quote
6    flow was part of?
7        A    I don't remember.
8        Q    What did you mean by the phrase, "Service
9    does not recognize parties to a service contract.
10   It only validates against the end customer of an
11   install base product."
12       A    I don't remember.
13       Q    Do you recall what Service was?
14       A    Yes.
15       Q    What was Service?
16       A    Service was an application that supported
17   a service organization.
18       Q    Was Service an application within the CRM
19   module?
20       A    Yes.
21       Q    What do you mean "that supported the
22   service organization"?
23       A    It's an application that a service
24   organization would use to manage their business.
25       Q    So, for example -- strike that.

139

1        Q    Okay.
2        A    An individual call center agent.
3        Q    Okay.  What was BIS?
4        A    Business intelligence.  It was a sort of
5    reporting and ability to kind of show some metrics
6    and key performance indicators.
7        Q    Was BIS different from call center
8    intelligence?
9        A    I don't know.
10       Q    Were manufacturing, APS and procurement
11   ERP modules?
12       A    Yes.
13       Q    Do you recall what types of performance
14   issues you were having with APS demos?
15       A    Not specifically.
16       Q    When you used the term "performance
17   issues," did that mean the product wasn't performing
18   as it should have?
19       A    No.  It meant was performing slow.
20       Q    Okay and what did you mean when you said,
21   "demand planner performance is especially slow and
22   the demo and data is flaky"?
23       A    It meant that the performance was slow and
24   that the data in the demonstration environment was
25   unpredictable to work with.

138

1        Do you recall any customers that you had that
2    used Service in Suite 11i?
3        A    No.
4        Q    What did you mean when you said, "screen
5    pops only work with customer care, should work with
6    tele sales and tele service"?
7        A    I don't know.
8        Q    Do you remember what screen pops were?
9        A    Not really.
10       Q    Are customer care and tele sales and
11   tele service separate modules within CRM?
12       A    Yes.
13       Q    What did you mean when you said a "single
14   call center agent would use a different UI for the
15   following products: Universal work queue, e-mail
16   center, scripting, contact center, I support, field
17   service scheduling, BIS"?
18       A    If one person were to be using the suite
19   of CRM products, they would need to use all of these
20   different products, and each of those different
21   products had a different look and feel from how the
22   screen laid out and how you interacted with it.
23       Q    What does a "single call center agent"
24   refer to?  Is that --
25       A    It's one person.

140

1        Q    What do you mean "unpredictable to work
2    with"?
3        A    It did not perform the same way every time
4    you worked with it.
5        Q    Were I procurement and project
6    manufacturing separate modules within ERP?
7        A    Yes.
8        Q    What were global ATP setup scripts?
9        A    I don't remember exactly.
10       Q    What was OSFM?
11       A    Oracle shop floor manager.
12       Q    At the time of this e-mail, were you
13   unable to demonstrate Oracle shop floor manager in
14   Suite 11i?
15       A    I don't recall back then but --
16       Q    What did you mean when you said OSFM not
17   demonstrable in an integrated 11i environment?
18       A    I meant you could not demonstrate it in an
19   integrated 11i environment.
20       Q    What did you mean when you said, "need to
21   go to 11.03 to show it"?
22       A    You needed to go to a previous release
23   enable to demonstrate that specific product.
24       Q    Okay.  On the next page at the top under
25   "Business intelligence," you use the term "KPI."

Cullivan, Julie  5/24/2006  9:07:00 AM

141

1   What was that?
2   A   Key performance indicator.
3   Q   What was a key performance indicator?
4   A   It varies.  It's a measurement or a metric
5   in which you want to track to understand how your
6   business is doing.
7   Q   Were key performance indicators part of a
8   module of Suite 11i?
9   A   Key performance are an analysis of data
10   within the applications.
11   Q   So did you use -- strike that.
12   Did you use key performance indicators to
13   determine how well the applications were working?
14   A   No.  Key --
15   Q   I'm sorry.
16   A   No.  I'm sorry.
17   Q   How did you use key performance
18   indicators?
19   A   I did not use key performance indicators.
20   It's a capability that the software provides to
21   be able to show some metrics about the pretend
22   business, Vision Enterprises -- or whatever it was
23   called.  What it would allow you to do is, for
24   example, take a look at your accounts payable data
25   and see key metrics about how your accounts payable

142

1   processes are working.  Are you paying things on
2   time?  Are you minimizing finance charges?  Are you
3   processing things in, you know, particular number of
4   days?  It's a set of metrics that one would use to
5   manage individual parts of a business.
6   It was not how I measured my business.  This
7   was an application capability.
8   Q   Okay.  What did you mean when you said
9   "CRM and ERP duplicate functionality and
10   architecture issues"?
11   A   I meant duplicate.
12   Q   Okay.
13   A   So there was a set of capabilities that
14   you could do in CRM that you could also do in ERP.
15   And there was a certain amount of confusion on when
16   to use which piece.
17   Q   Was the architecture issue something
18   separate?
19   A   I don't remember specifically what I meant
20   by architecture issues.
21   Q   Do you recall any of the specific
22   functionalities that were duplicated between CRM and
23   ERP?
24   A   I only recall what was listed here.  I
25   mean, I don't remember exactly, but there's this

143

1   list of items here.
2   Q   Okay.  Is the e-mail, this list of items
3   starting with order management portal, is that the
4   list of items that is meant to explain the duplicate
5   functionality portion of the e-mail?
6   A   Yes.
7   Q   Okay.  What did you mean when you said
8   inconsistent architecture messaging across E-biz
9   Suite?
10   A   I'm not sure.
11   Q   And is E-biz Suite another way to refer to
12   Suite 11i?
13   A   Yes.
14   Q   What's an API?
15   A   My definition of an API is an application
16   programming interface.  It's an interface that
17   allows you to integrate data or software into your
18   applications.
19   Q   What did you mean when you said, "APIs in
20   CRM means something else than APIs in ERP"?
21   A   I do not remember.
22   Q   What did you mean when you said, "one
23   organization should own demonstrations that are
24   E-biz Suite focused, not CRM separate from ERP"?
25   A   I mean exactly that.  One team should be

144

1   demonstrating to the field organization that include
2   the entire suite of products in one environment.
3   Q   So was that a complaint about the fact
4   that you had to go to Ms. Zago's organization for an
5   ERP demonstration and CRM development for a CRM
6   development demonstration?
7   A   Yes.
8   Q   What did you mean when you said, "We all
9   anxiously await the next release of the E-biz Suite
10   in March"?
11   A   I meant exactly that.
12   Q   Was there a new release coming in March of
13   2001?
14   A   I believe so, based on this.
15   Q   And who did you mean when you said "we"?
16   A   The OPI team.
17   MR. GIBBS:  If you're switching documents, can
18   we take two minutes to handle an emergency call?
19   MS. WINKLER:  Sure.  No problem.
20   THE VIDEOGRAPHER:  Going off the record.  The
21   time is 1:58.
22   (A break was taken)
23   THE VIDEOGRAPHER:  We're back on the record.
24   The time is 2:12.
25   MS. WINKLER:  I'm going to ask the court

145

1  reporter to mark NDCA-ORCL 061306 through 309.  It's
2  called Exhibit 5.
3  (Whereupon Exhibit 5 was marked for identification)
4  BY MS. WINKLER:
5      Q   Ms. Cullivan, let me know when you had a
6  chance to look at that document.
7      A   (Witness complies.)  Okay.
8      Q   Do you recognize this document,
9  Ms. Cullivan?
10     A   Not until I'm just looking at it now.
11     Q   Do you recall having this e-mail exchange
12  with Mr. Henley?
13     A   Uh-huh.  Yes.  Sorry.
14     Q   Directing your attention first to the
15  second page of the document, at the top under where
16  it says, "Julie Cullivan wrote" --
17     A   Uh-huh.
18     Q   -- what did you mean when you said, "Now,
19  if we can get 11i where it needs to be and get some
20  pipeline developed, we might be more competitive"?
21     A   I was referring to some of the issues we
22  were facing from a demonstration perspective with
23  11i.
24     Q   What did you mean when you said "get some
25  more pipeline developed"?

146

1      A   I was referring to the fact that, as a
2  sales organization, we needed to start working on
3  developing demand around CRM.
4      Q   Did you have CRM demand at that time?
5      MR. GIBBS:  Objection.  Vague as to "you."
6  You mean her personally?
7  BY MS. WINKLER:
8      Q   Did your sales organization have CRM
9  demand at that time?
10     MR. GIBBS:  Objection.  Vague as to "sales
11  organization."
12     Answer if you can.
13     THE WITNESS:  I don't remember exactly.
14  BY MS. WINKLER:
15     Q   What do you mean when you use the term
16  "pipeline"?
17     A   Potential opportunities.
18     Q   Do you recall as of -- whether as of
19  February 22nd, 2001 -- strike that.
20     When I use the term "your sales organization,"
21  do you understand that I mean OPI West?
22     A   No.
23     Q   Is that a fair -- is it fair to say your
24  sales organization was OPI West?
25     A   Yes.

147

1      Q   Okay.  As of February 22nd, 2001, did your
2  sales organization have CRM pipeline?
3      A   I don't remember.
4      Q   Do you recall where your sales
5  organization was at that point with respect to
6  meeting its goals for that quarter?
7      MR. GIBBS:  Objection.  Vague -- sorry -- as to
8  "goals."
9      THE WITNESS:  I don't remember.
10  BY MS. WINKLER:
11     Q   Now I'll ask you to look at the first page
12  of the document.  Starting with where it says
13  "Julie Cullivan wrote."
14     Do you see that?
15     A   Yes.
16     Q   Can you explain the first paragraph there
17  to me that starts with "The CRM pipeline"?
18     A   I meant that we were focused on developing
19  more CRM pipeline because we didn't have enough CRM
20  pipeline at the time.  And I was giving an
21  explanation for why I thought that was.
22     Q   And why did you think that was?
23     A   One was definitely a sales rep skill set
24  issue, to be able to compete in that market.  And
25  then the other was more related to some of the

148

1  product challenges that we needed to -- we needed to
2  continue to evolve the product so that it was more
3  competitive.
4      Q   What do you mean when you said "product
5  challenges"?
6      A   We had a difficult time competing in some
7  CRM opportunities because our functionality wasn't
8  on par with some of the competition.  So we were --
9  you know, hoping that our development organization
10  would continue to increase the amount of
11  functionality so we could be more competitive.
12     Q   Okay.  What do you mean when you use the
13  term "functionality"?
14     A   Features and functions, the way people can
15  get their job done in an application.
16     Q   Will you explain to me what you meant by
17  the third paragraph there, which starts with "As for
18  demo product issues"?
19     A   I'm saying that we were optimistic that
20  the next release would be better, and we were
21  consciously optimistic, I guess, that the next
22  release would be better and that we were struggling,
23  trying to keep with what we currently had.
24     Q   What did you mean by "always seem to be
25  waiting for the next release"?

149

1    A   At that particular time, it appeared that
2  the way to resolve some of the issues appeared to
3  have -- to mean we had to wait until the next
4  release.  And we felt that we were always waiting
5  for that next release to get to the place we wanted
6  to be from a competitive selling perspective.
7    Q   In the next paragraph, you say, "Ron Wohl,
8  through George Roberts and Sandy Sanderson,
9  recommend administration started a bi-weekly demo
10  ADS conference call."
11    Is that the call that we talked about earlier
12  that Ron Wohl hosted or started?
13    A   Yes.
14    Q   What does "GB" refer to there?
15    A   General business.
16    Q   Was that another sales organization?
17    A   I believe I referred to it as commercial
18  earlier.  I think they changed the name to general
19  business.  It was accounts under a certain revenue
20  line that felt into that sales organization.
21    Q   Do you recall who's in charge of general
22  business during the relevant time period?
23    A   I don't.  I'd be guessing.
24    Q   And what does "majors" refer to?
25    A   That's the North American sales

150

1  organization.  We talked about it earlier.  It's the
2  accounts that didn't fall into one of the verticals
3  or general business, were handled by major.
4    Q   Was it known as both majors and NAS at the
5  same time?
6    A   I can't remember if the name changed or
7  interchangeable.  I really don't remember.
8    Q   Do you recall who was in charge of that
9  organization?
10    A   George Roberts.
11    Q   Okay.  Who was Juliette Sulton?
12    A   I'm not sure exactly what her title was,
13  but she was one of Mark Barrenechea's direct reports
14  and definitely one of his key people.
15    Q   Did you work with Ms. Sulton?
16    A   Yes.
17    Q   How did you work with Ms. Sulton?  In what
18  context?
19    A   Over what time frame?
20    Q   During the relevant time period that we
21  discussed earlier, June 1st, 2000 until the end of
22  your employment.
23    A   Initially worked with her when she was a
24  product manager, on specific dealings with her on
25  the product that she was responsible for.

151

1    At some point in time she was given the
2  responsibility of CRM demos.  So worked with her in
3  a different capacity as we tried to figure out CRM
4  demo plans and capabilities and --
5    Q   So is she the main contact person in the
6  CRM organization for the demonstrations?
7    A   I can't remember if she was the main
8  contact, but she was definitely the person
9  responsible for getting that program up and running
10  and working.
11    Q   Okay.  Do you recall which product for
12  which she was a product manager?
13    A   I'd be guessing.
14    Q   Was it a CRM product?
15    A   Yes.
16    Q   Okay.  Do you recall the names of any
17  individuals in the CRM organization who worked with
18  Ms. Sulton on the demonstrations?
19    A   Not specifically.
20    Q   In the next paragraph you say, "I will
21  send you a note that recently went to Ron and Mark,
22  outlined all the issues with the current 11i demo
23  product environment."
24    Are you referring to the note that we just
25  discussed that was in Exhibit 4?

152

1    A   Yes.
2    Q   Do you recall having any verbal -- any
3  conversations with Mr. Henley about these issues?
4    A   I don't remember if we took it outside of
5  e-mail.
6    Q   When did you first notice that your
7  organization was having problems with the CRM
8  pipeline?
9    MR. GIBBS:  Objection.  Misstates her
10  testimony.
11    THE WITNESS:  It wasn't that we were having a
12  problem.  It was a new product set that we were
13  trying to position.  So it was early in its release
14  market, and therefore, that's why there wasn't much
15  pipeline that was new.
16  BY MS. WINKLER:
17    Q   So up until the time that you wrote this
18  e-mail, is it fair to say there wasn't much CRM
19  pipeline?
20    MR. GIBBS:  Objection.  Vague.
21    THE WITNESS:  I don't know how to answer that
22  question.
23  BY MS. WINKLER:
24    Q   How would you describe the CRM pipeline
25  from the time of the release of CRM up until the

Cullivan, Julie  5/24/2006  9:07:00 AM

153

1   time you sent this e-mail within your organization?
2       A   It was a new product set, just being
3   rolled out. So we did not have much pipeline. But
4   we were anxious and working hard on developing
5   pipeline.
6       MS. WINKLER: Okay. Next I'm going to ask the
7   court reporter to mark NDCA-ORCL 061312 through 315
8   as Cullivan Exhibit 6.
9   (Whereupon Exhibit 6 was marked for identification)
10  BY MS. WINKLER:
11      Q   Do you recognize this document,
12  Ms. Cullivan?
13      A   I haven't had a chance to look at it yet.
14      Q   Okay. Let me know when you had a chance
15  to do so.
16      A   (Witness complies.) Okay.
17      Q   Do you recognize this document?
18      A   Just now that I'm looking at it, yeah.
19      Q   Do you recall forwarding the e-mail that
20  starts on the second page of this document to
21  Mr. Henley?
22      A   No. But I saw reference that I was going
23  do it, and I did it.
24      Q   Do you have any reason to believe that you
25  didn't send it to Mr. Henley?

155

1   Mr. Sanderson about the issues included in your
2   e-mail to him?
3       A   In which part of the e-mail?
4       Q   The e-mail that starts with "Per your
5   request."
6       A   I don't remember specific dialogue. I'm
7   sure that we did discuss.
8       Q   How frequently did you have conversations
9   with Mr. Sanderson during the relevant time period?
10      A   It was sporadic. Maybe weekly.
11      Q   Were those face-to-face or phone
12  conversations?
13      A   Mainly phone.
14      Q   But did you have some face-to-face
15  conversations?
16      A   I'm sure I did.
17      Q   Do you know what Simplex Scenarios were?
18      A   Company name sounds familiar, but I don't
19  remember.
20      Q   Do you recognize that as being the name of
21  a customer or a potential customer of Oracle?
22      A   Yeah.
23      Q   Okay. Have you heard the term "static
24  demonstration" or "static demo"?
25      A   Yes.

154

1       A   No.
2       Q   Do you recall whether Mr. Henley responded
3   to this e-mail?
4       A   I don't.
5       Q   Did you have any conversations with
6   Mr. Henley about this topic?
7       A   I don't remember if we ever had any verbal
8   conversation outside of the e-mail.
9       Q   Okay. When you were gathering your
10  information that you used to put together the e-mail
11  that was in Exhibit 4 that you sent to
12  Sandy Sanderson about the demo and product issues,
13  did you talk about the CRM pipeline with individuals
14  in the Central and East organizations?
15      A   Not that I recall.
16      Q   Directing your attention to the second
17  page of this document, at the top is an e-mail from
18  Sandy Sanderson to you.
19      Do you see that?
20      A   Yes.
21      Q   Do you recall whether you responded when
22  he asked you about the improvement in OM
23  performance?
24      A   I do not.
25      Q   Do you recall having any discussions with

156

1       Q   What does that mean?
2       A   When you take a screen shot of the product
3   and basically make a -- I don't know how to describe
4   it. It's a static demo, meaning there's nothing
5   behind it. It's just a series of screen shots that
6   move you through a flow. There's nothing underneath
7   it.
8       Q   So is it similar to running a video of the
9   screen shots; is that fair?
10      A   Sure.
11      Q   Did your organization use static demos
12  during the relevant time period?
13      A   I'm sure we did.
14      Q   Did your organization use static demos to
15  demonstrate Suite 11i during the relevant time?
16      A   I'm sure we did.
17      Q   Why did you use static demos?
18      A   I don't know. I'm not referring to the
19  specific use of them because I don't know
20  specifically when we did. But generally, they were
21  used when you were early in a sales cycle and there
22  wasn't a requirement to have -- to show live
23  software. You were doing a bit of show and tell so
24  someone could understand what your software looked
25  like and kind of, like, the general flow.

157

1    Sometimes it was used when it was -- the
2    product had not been released yet, and we were
3    trying to give somebody a preview of here's what it
4    will look like and here are some of the
5    capabilities.
6        Sometimes we used it when we couldn't get
7    network access from a customer site.  So depended on
8    the situation.
9    Q    Did you ever use static demos after the
10   product was released but there -- but you weren't
11   able to get regular demo up and running?
12   A    I'm sure we did.
13   Q    Were the customers aware that you were
14   using the static demo?
15   A    We were always open about what we were
16   demonstrating to the customer or prospect.
17   Q    Did you ever talk to your CRM products
18   specialists about the problems that you described in
19   Exhibit 4 of your e-mail to Mr. Sanderson about
20   Suite 11i?
21   A    Can you clarify what you mean by my
22   "product specialists"?  You mean --
23   Q    I think you told me that when you were a
24   VP, you had CRM product specialists that report
25   directly to you?

158

1    A    Yes.
2    Q    I'm referring to those product
3    specialists.
4    A    I'm sure they were very aware and were
5    involved in most of the discussions around this.
6    Q    Okay.  And do you recall any of their
7    names, the CRM product specialists?
8    A    Jared Sidwell.  I don't remember the other
9    guy.  I don't remember his name.
10   Q    Was Mr. Sidwell a product specialist
11   already when you assumed responsibility for the
12   product specialists?
13   A    No.  I hired him.
14   Q    Did you hire him from -- did you hire him
15   internally, or did he come from somewhere
16   externally?
17   A    He came from Siebel, S-I-E-B-E-L.
18   Q    What about your other products specialist;
19   do you recall how he came to be a product specialist
20   in your organization?
21   A    I hired him from Siebel.
22   Q    Why did you hire these individuals from
23   Siebel?
24   A    Because they were CRM experts; they
25   understood the competitive product.  And we were

159

1    hopeful they could really help the sales force be
2    more effective.
3    Q    Okay.  Do you recall any specific
4    conversations that you had with your CRM product
5    specialists about the CRM functionality?
6    A    No, not specific conversations.
7    Q    Do you recall any topics of conversation
8    that were recurring?
9    A    No.
10   Q    Going back to the relevant time period,
11   what types of documents did you maintain in your
12   office?  Hard copy documents.
13   A    Would you like to be more specific.
14   Q    Did you have a filing system within your
15   office?
16   A    I had a file cabinet.
17   Q    Did you maintain that file cabinet, or did
18   your assistant maintain that file cabinet?
19   A    I don't remember.
20   Q    Were there -- what types of documents did
21   you file in your file cabinet?
22   A    I know a lot of HR-type documents.
23   Perhaps deal specific, notes and information in a
24   folder.  I don't know what besides that.
25   Q    Did you have file folders that were

160

1    related to each deal that you worked on?
2    A    Usually I had a file for each customer.
3    Q    Okay.  And were they organized by
4    customer?
5    A    I don't think there was much organization.
6    They were just in a manila folder with the customer
7    name on the tab.
8    Q    Okay.  That was my question.
9    A    Yeah.
10   Q    Thank you.  When you say "notes," did you
11   take handwritten notes about deals that you were
12   working on?
13   A    Notes when I was with the customer asking
14   them questions about what they needed, yes.
15   Q    Okay.  Is there anything else that you can
16   recall maintaining in your files, other than these
17   deal specific notes and info -- and HR info?
18   A    In files, no.
19   Q    Okay.  What about maintaining in your
20   office outside of your file cabinet or outside of
21   your filing system?
22   A    I'm sure I had a set of manuals and those
23   types of things on a shelf or something.
24   Q    What are you referring to when you say a
25   "set of manuals"?

161

1      A    User manuals for the products, the
2  application products.
3      Q    Did each product have its own specific --
4  strike that.
5      Did each application have its own specific user
6  manual?
7      A    On the ERP side, yes.  I don't recall on
8  the CRM side.
9      MS. WINKLER:  We need to take a short break so
10  he can change the videotape again.
11      THE VIDEOGRAPHER:  This marks the end of
12  Videotape Number 2.  We are going off the record.
13  The time is 2:38 p.m.
14      (A break was taken)
15      THE VIDEOGRAPHER:  This marks the beginning of
16  Tape Number 3 in the deposition of Julie Cullivan.
17  We are back on the record.  The time is 2:44 p.m.
18  BY MS. WINKLER:
19      Q    Ms. Cullivan, before we took our break,
20  you mentioned that you had user's manuals in your
21  office shortly before you left or during the
22  relevant time period prior to your leaving Oracle,
23  correct?
24      A    Yes.
25      Q    Were there any other types of documents

162

1  that you can recall having in hard copy in your
2  office, other than what you discussed may have been
3  in your file cabinet and the user manuals?
4      A    Not that I remember.
5      Q    Did you ever print out e-mail and keep
6  hard copies of those?
7      A    I don't remember.
8      Q    Going back to the user's manuals, were
9  those manuals that were provided to the customers
10  when they purchased the various applications?
11      A    Yes.
12      Q    How would you describe the information
13  that was included within a user manual?
14      A    Very detailed information about how to use
15  the product.
16      Q    Who produced the user's manuals?
17      A    The documentation team.
18      Q    Which organization was the documentation
19  team part of?
20      A    Development.
21      Q    So did ERP have a documentation team and
22  CRM have a documentation team?
23      A    I don't know.
24      Q    Do you recall anyone who worked on the
25  documentation team?

163

1      A    No.
2      Q    Did you ever use user's manuals in the
3  sales process?
4      A    Not that I remember.  To clarify, we used
5  them to be able to prepare for customer
6  demonstrations, but not in front of the customer.
7      Q    Okay.  So you may have looked at something
8  in the user manual prior to going to the customer
9  for a demonstration?
10      A    Yes.
11      Q    Okay.  Did your sales consulting
12  organization have any type of shared filing system?
13      A    No.
14      Q    Now, turning to your computer, did you
15  have a way of filing or organizing e-mail on your
16  computer prior to the time you left Oracle?
17      A    No.
18      Q    Did you have -- what was your practice
19  with respect to deleting e-mails?
20      A    I had no practice.  I just deleted.
21      Q    Did you have a practice with respect to
22  saving certain types of e-mail?
23      A    I really don't remember but it was not an
24  e-mail system where you could really save stuff on
25  your hard drive.  It was all connected to a server.

164

1  I never managed the e-mail on my laptop, just
2  managed it by being connected to a server.
3      Q    Did you have a way of putting e-mails into
4  file folders on the server?
5      A    Not that I remember.
6      Q    Okay.  But you -- strike that.
7  Do you recall how Mr. Ellison became involved
8  in the HP deal that we talked about earlier today?
9      A    No.
10      Q    Do you recall how Mr. DeCesare became
11  involved in that deal?
12      A    Mike was the sales VP for the organization
13  that supported HP.  He was involved with HP for many
14  years as a sales rep, et cetera.  So I'm not -- he
15  was involved in every deal that was going on in
16  West OPI because he was the sales leader.
17      Q    Okay.  Did he have more involvement in
18  that deal than other deals going on in West OPI?
19      A    I don't remember.
20      MS. WINKLER:  Going to ask the court reporter
21  to mark NDCA-ORCL 169796 through 98 as
22  Cullivan Exhibit 7.
23  (Whereupon Exhibit 7 was marked for identification)
24  BY MS. WINKLER:
25      Q    Ms. Cullivan, let me know when you had a

Cullivan, Julie  5/24/2006  9:07:00 AM

165

1 chance to take a look at this document.
2   A  (Witness complies.)
3   MR. GIBBS:  While she's doing that -- you're
4 obviously free to ask her about it, and maybe we
5 will find out more about that.
6   I will object, for the record, it doesn't look
7 like one document to me.
8   MS. WINKLER:  I'll just note for the record
9 that the way e-mails were produced to us was with
10 the actual text of the e-mail appended to the back
11 of the attachment to the e-mail.  And it's my
12 understanding that the last page of this document is
13 Mr. Blotner's e-mail to Frank Varasano.
14   THE WITNESS:  I have no idea how these three
15 things tie together.
16 BY MS. WINKLER:
17   Q  I don't expect you to explain how they tie
18 together.
19   Do you recall who Mr. Blotner was --
20 Richard Blotner was?
21   A  Vaguely.
22   Q  What do you recall about Mr. Blotner?
23   A  After reading that, that he ran operations
24 for OPI.
25   Q  What does that mean, to run operations for

166

1 OPI?
2   A  I'm not sure.
3   Q  What about Frank Varasano; do you recall
4 who he was?
5   A  Name's familiar but -- I believe he was
6 Sandy's boss, but I don't know.
7   Q  Do you recall who Jim English was?
8   A  No, not familiar.
9   Q  Do you recall what the "Ops Review Best
10 Practices" were?
11   A  No.  This does not ring a bell.
12   Q  Turning to the second page of this
13 document.
14   A  Uh-huh.
15   Q  Do you recognize the format of this
16 document?
17   A  No.
18   Q  You'll see your name appears there after a
19 couple of paragraphs on the second page of that
20 document.
21   Do you see that?
22   A  Yes.
23   Q  Do you recall being given responsibility
24 for these areas?
25   A  I don't remember.

167

1   Q  Would it surprise you that you were given
2 responsibilities for these areas?
3   A  No.
4   Q  What is meant by "white space analysis"?
5   A  In West OPI, we built a little database
6 when we tracked information about our customers.  So
7 we look at what solutions they used for various
8 parts of the enterprise.  So, for example, what did
9 they use for ERP, what did they use for CRM, what
10 did they use for database, what did they use for
11 application server, what did they use for data
12 warehouse, what did they use for portal.  And I'm
13 not sure if there was others.
14   And what we tried to identify is where was
15 their opportunity areas for Oracle to go in and sell
16 products.
17   So we called it white space because if the
18 space was white, that meant it was an opportunity
19 for us to go in and create a standard in the
20 organization with the Oracle product.
21   Q  When was that database created by your
22 group?
23   A  I don't recall exactly.
24   Q  Was it in place when you started working
25 in the sales organization as a sales consultant?

168

1   A  No.
2   Q  Who was responsible for maintaining and
3 updating that database?
4   A  With data or from a technology
5 perspective?
6   Q  First with data.
7   A  The reps, the account managers.
8   Q  And who was responsible for from a
9 technology prospective?
10   A  An SC on my team built the program.
11   Q  Who built the program?
12   A  Brian Long.
13   Q  Was this program still in place when you
14 left Oracle?
15   A  Yes.
16   Q  Was there any other information was
17 tracked about customers, other than the type of
18 products they were using for a specific area?
19   A  Not that I recall.
20   Q  Do you recall who Greg Howard was?
21   A  Yes.
22   Q  Who was Greg Howard?
23   A  He was a partner sales rep that supported
24 West OPI.
25   Q  What does it mean, "a partner sales rep"?

169

1      A   His charter was to get partners engaged in
2   our opportunities so that we could continue to grow
3   our partner network.
4      Q   Do you recall any specific customers that
5   were in your partner network?
6      A   There wasn't customers in the partner
7   network.  It was partners in the partner network.
8      As an example, he would encourage us to work
9   with Accenture on a consulting engagement and not
10  give a consulting engagement to our Oracle
11  consultants.  Or he might say, "Hey, there's this
12  cool technology partner that's a great complement to
13  Oracle.  You ought to think about working with
14  them."  So his charter was to make more of the
15  business influenced by partners.
16     Q   Were any of the partners also customers of
17  Oracle?
18     A   Not that I know of.
19     Q   Okay.  What role did you have in effecting
20  or determining what consultant a customer would use
21  to implement Oracle products once you sold them?
22     A   Me, personally?
23     Q   Yes.
24     A   I was one opinion of the sales team to
25  suggest what I thought the right thing was to do for

170

1   the customer.  It was a team decision that
2   ultimately was owned by the sales rep as to what was
3   the best strategy for that account.
4      Q   So did the team, then, generally make a --
5   one recommendation to the account?
6      A   It depended.  Sometimes the account or the
7   prospect already had decided what partner they
8   wanted to work with.  So it was just a matter of us
9   teaming, potentially, with that partner.  In other
10  cases, the partner was -- I'm sorry -- the customer
11  or prospect was asking us, "Who do you recommend we
12  work with on the implementation?"  And we would make
13  a decision about what we wanted to position for that
14  account.
15     Q   Was there a regular partner that you
16  recommended with respect to implementing CRM?
17     A   No.
18     Q   Did you recommend that at times that it be
19  done by Oracle consultants?
20     A   Yes.
21     Q   And did you recommend at times it be done
22  by outside consultants?
23     A   I don't recall.
24     Q   Do you know what this document refers to
25  when it says, "comprehensive training plan that

171

1   includes topics driven by area initiatives and
2   target the quarter for completion"?
3      A   No, I don't remember.
4      Q   Do you recall there being a best practices
5   program?
6      A   Program, no.
7      Q   Do you recall using the term "best
8   practices" while you were at Oracle?
9      A   Yes.
10     Q   What did that refer to?
11     A   Practice that someone had developed that
12  seemed to be effective that other groups should look
13  at replicating.
14     Q   Were the best practices maintained
15  somewhere where you could go look at them?
16     A   Not that I remember.
17     Q   Did you develop any best practices while
18  you were in the sales consulting organization?
19     A   I believe these were examples of best
20  practices that we had created.
21     Q   When you say "we," do you mean --
22     A   West OPI.
23     Q   Okay.  Do you recall any other best
24  practices that you or West OPI had created?
25     A   I don't remember.

172

1      MS. WINKLER:  Next I'm going to ask the court
2   reporter to mark NDCA-ORCL 170455 through 459 as
3   Cullivan Exhibit 8.
4      (Whereupon Exhibit 8 was marked for identification)
5   BY MS. WINKLER:
6      Q   Ms. Cullivan, let me know when you had a
7   chance to look at this document.
8      A   (Witness complies.)
9      Q   Do you recall who William Lay was?
10     A   Yes.
11     Q   Who was Mr. Lay?
12     A   He ran a team that supported all of OPI
13  with a team of industry experts.
14     Q   What did Mr. Lay's team do?
15     A   They were responsible for many different
16  things related to helping the field sell.  They
17  developed collateral.  They helped support specific
18  sales deals.  They worked with development on
19  industry-specific features that needed to be
20  developed.  They really did a lot of different
21  things.
22     Q   What did you mean when you said they
23  "developed collateral"?
24     A   So -- they would put the semiconductor
25  spin on the Oracle solution so that it would be

Cullivan, Julie  5/24/2006  9:07:00 AM

173

1  attractive to someone in the semiconductor industry
2  as opposed to just a generic marketing collateral.
3      Q   When you say "collateral," do you mean
4  collateral marketing materials?
5      A   Collateral is marketing materials.
6      Q   Okay.  Do you recall Mr. Lay being in
7  charge of something called the "SCD weekly activity
8  report"?
9      A   No.
10     Q   Have you seen an SCD weekly activity
11 report before?
12     A   No.
13     Q   Do you know what SCD stands for?
14     A   No.
15     Q   I want to direct your attention to the
16 page -- the second to the last page, that is
17 Bates labeled 170458.
18     A   Uh-huh.
19     Q   Do you see where it says "CRM" about a
20 little more than halfway down that page?
21     A   Yes.
22     Q   Do you recall -- strike that.
23         Was Xerox a customer of OPI West?
24     A   No.
25     Q   Do you see where the sentence is "met with

174

1  Ernie Conin to discuss approach contacts in the East
2  and West," and it lists your name and
3  Maria Borowski?
4      A   Yes.
5      Q   And who was Ernie Conin?
6      A   Don't know.
7      Q   Do you recall what this sentence refers
8  to, this paragraph refers to?
9      A   I'd be guessing, based on reading this
10 e-mail.
11     Q   Do you recall having responsibility for
12 what's discussed in this e-mail?
13     A   He refers to demand creation programs.
14 Yes, I would have had responsibility for that for
15 West OPI.
16     Q   And what were the demand creation programs
17 in West OPI?
18     A   Programs related to developing pipeline,
19 around CRM products in this case.
20     Q   Were the demand creation programs for
21 other products, not just CRM?
22     A   Yes.
23     Q   When did the demand creation program for
24 CRM start?
25     A   Demand creation is an ongoing thing.

175

1      Q   So would there have been a demand creation
2  for CRM at the time this was released?
3      A   There would have been a basic demand
4  creation program we would be continuing to try to
5  make better and more effective.
6      Q   How did the demand creation program work
7  for CRM?
8      A   It isn't the program.  It's a series of
9  things all put together to help try and develop
10 pipeline.
11     Q   What is -- what was the program made up
12 of?
13     A   There is no "the program."
14     Q   Okay.  You said it was a series of things.
15         What are you referring to?
16     A   I'm using demand creation in a generic
17 sense.  Demand program's were made up of various
18 components that are not always the same.
19     Q   Do you recall any components of a demand
20 creation program for CRM products?
21     A   For West OPI, we hired the CRM experts.
22 That was part of the demand creation program.  We
23 worked with tele sales to do a lot of phone
24 campaigning in accounts to try and create demand.
25 There were marketing programs that marketing was

176

1  running as well.  That's it.
2      Q   Okay.  What -- strike that.
3         Was tele sales part of the sales organization,
4  or was that a separate organization?
5      A   Separate division.
6      Q   Did OPI West have a tele sales division?
7      A   We were supported by the tele sales
8  division.
9      Q   And was that tele -- did that tele sales
10 division support OPI Central and OPI East as well?
11     A   Yes.
12     Q   Did the tele sales division also support
13 OSI and NAS?
14     A   Yes.
15     Q   So there was a single tele sales
16 organization?
17     A   Yes.
18     Q   Okay.  Who was in charge of that tele
19 sales organization?
20     A   I think it was Hilary Howard.
21     Q   Was the --
22     A   No.
23     Q   I'm sorry.
24     A   No.  Hilary Coplow.
25     Q   Was the tele sales organization

177

1  headquartered in Redwood Shores?
2      A   Headquartered, yes. The team was -- they
3  had various teams to cover the time zones.
4      Q   So they operated out of various locations
5  around the country?
6      A   Yes.
7      Q   Okay. Would you agree with Mr. Lay's
8  statement in this e-mail where it says, "Overall
9  status of the demo environments is still poor to
10  terrible"?
11      A   At the time, yes.
12      Q   Would you agree with the statement that
13  "this is undoubtedly costing us business since the
14  first thing Siebel tells customers is to make us
15  show the product"?
16      A   Yeah.
17      MS. WINKLER:  I'm going to ask the court
18  reporter to mark NDCA-ORCL 617453 through 462 as
19  Cullivan Exhibit 9.
20      (Whereupon Exhibit 9 was marked for identification)
21  BY MS. WINKLER:
22      Q   Ms. Cullivan, let me know when you had a
23  chance to look at this document.
24      A   (Witness complies.)
25      Q   Ms. Cullivan, I understand that you

178

1  haven't finished it yet.
2      Maybe I should ask you, before I ask you to
3  read the whole thing, do you have any familiarity
4  with the NAS executive dialogues with respect to the
5  E-business Suite?
6      A   I don't understand your question.
7      Q   Do you know what the E-business Suite
8  issues NAS executive dialogues was?
9      A   No.
10      Q   Okay. Do you know who Janet Ingelbert
11  was?
12      A   Yes.
13      Q   Who was Ms. Ingelbert?
14      A   She was George's communication director or
15  something like that.
16      Q   So she was the communication director in
17  the NAS organization?
18      A   (Witness nods head.)
19      Q   How about Carl Griffin; do you know who he
20  was?
21      A   No.
22      Q   Ken Hamel, do you know who he was?
23      A   Yes.
24      Q   Who was Ken Hamel?
25      A   He was the SCVP for the general business

179

1  or commercial team.
2      Q   So he was in your position in the general
3  business team?
4      A   Uh-huh.
5      Q   We'll skip that since you don't recall the
6  dialogues.
7      Do you recall there being daily CRM ADS calls
8  while you were still at Oracle?
9      A   Not specifically, no.
10      Q   Who took over your job when you left?
11      A   They didn't replace my job specifically.
12      They brought in a director of sales consulting
13  to run the sales consultants. And I'm not sure what
14  they did with the PSRs. They did not put a VP of
15  sales consulting in my place.
16      Q   Did the director of sales consulting just
17  work in the OPI West organization?
18      A   The person that they brought in --
19      Q   Yes.
20      A   -- was focused on West OPI.
21      Q   And who was that person that they brought
22  in?
23      A   I don't remember his name.
24      Q   When your organization gave a demo to a
25  potential customer, did you give either Ms. Zago's

180

1  organization, or the counterparts in CRM, feedback
2  on those demos?
3      A   Yes.
4      Q   Was there a formal way of -- formal
5  process for that feedback?
6      A   My recollection is they had a feedback
7  form, and that's what the SCs used after they were
8  done with the demo. Before you checked it in, you
9  provided feedback on how it went and what ideas for
10  improvement there were.
11      Q   Was it something that was completed on the
12  computer, or was it a hard copy form?
13      A   On the computer.
14      Q   And then was it e-mailed to someone in the
15  ERP or CRM organization?
16      A   I don't know.
17      Q   Okay. Did you ever complete those forms
18  after a demo?
19      A   Me personally, no.
20      Q   Yes. Do you know what kind of information
21  the forms requested?
22      A   No.
23      Q   Was the -- strike that.
24      Were the results of the -- strike that.
25      Do you know how, if at all, the information

Cullivan, Julie 5/24/2006 9:07:00 AM

181

1 that those organizations received from the
2 demonstrations was reported?
3  A  Marina used to track and provide status on
4 the feedback. So, for example, she would come to an
5 SC meeting and share what the feedback -- what types
6 of feedback they were getting, what they were
7 putting in place to try to address it. Overall, you
8 know, showing what their overall ratings were on
9 demos that, you know, they were looking to continue
10 and improve the numbers and that kind of stuff. So
11 she took it seriously, and she managed it.
12  Q  Did she do that throughout the relevant
13 time period?
14  A  Yeah.
15  Q  Did she ever circulate any reports or
16 things like that summarizing the demo feedback?
17  A  Not that recall.
18  Q  Are you aware of any reports that
19 summarized the demo feedback?
20  A  No.
21  Q  Did the -- did anyone in the CRM
22 organization do something similar to what Ms. Zago
23 did?
24  A  I don't remember.
25  Q  Were the -- strike that.

182

1   Do you recall whether the demos were scored on
2 a scale of 1 to 10?
3  A  I don't remember the rating system.
4  Q  Okay. Did you ever receive bug summary
5 reports?
6  A  No.
7  Q  You testified this morning as to what the
8 industry standard was for the term "out of the box."
9   Do you recall that?
10  A  Yeah, kind of.
11  Q  Did Suite 11i work out of the box during
12 the relevant time period?
13  A  Define what you mean by "work."
14  Q  I'll come back to that issue.
15   During the relevant time period, did you
16 communicate with your managers via e-mail?
17  A  About?
18  Q  About anything.
19  A  Of course.
20  Q  About their work?
21  A  Absolutely.
22  Q  Did you communicate -- strike that.
23   Did you communicate with your managers about
24 their work on a daily basis?
25  A  Yes.

183

1  Q  Did you have a Blackberry during the
2 relevant time period?
3  A  No.
4  Q  Did you -- you worked off a laptop; is
5 that fair?
6  A  Yes.
7  Q  Okay. So when you traveled, you still
8 communicated with your managers via e-mail?
9  A  Yes.
10  Q  Did you communicate with your products
11 specialists via e-mail about their work during the
12 relevant time period?
13  A  Yes.
14  Q  Did you do that on a daily basis?
15  A  Likely, yes.
16  Q  Did you communicate with the individuals
17 to whom you reported, during the relevant time
18 period, via e-mail?
19  A  Yes.
20  Q  Did you do that on a daily basis?
21  A  Yes.
22   MS. WINKLER: I'm going to ask the court
23 reporter to mark NDCA-ORCL 276696 through 715 as
24 Cullivan Exhibit 10.
25  (Whereupon Exhibit 10 was marked for identification)

184

1 BY MS. WINKLER:
2  Q  And Ms. Cullivan, I'll let you know again
3 what this document -- it's my understanding that the
4 last page of this document is the text of
5 Ms. Simon's e-mail. And I'm just going to ask you
6 general questions. So you don't need to, unless you
7 want to, look at all of the PowerPoint presentation
8 that's included within this e-mail.
9   Do you recognize this document, Ms. Cullivan?
10  A  Yeah. After looking at it, it jogs my
11 memory a bit.
12  Q  What is this document?
13  A  It's an output for a meeting that a bunch
14 of people had across OPI to figure out how we were
15 going to focus on demand creation.
16  Q  Was that demand creation specific to CRM,
17 or was that demand creation in general?
18  A  Demand creation in general.
19  Q  Why did OPI have that meeting?
20  A  It looks like on the first line it
21 indicates that there's a shortage of pipeline.
22  Q  Who was Sheri Simon?
23  A  I'm not sure exactly what her title was,
24 but she was sort of Sandy's right-hand gal. And
25 people like Bill Lay worked for her.

Cullivan, Julie  5/24/2006  9:07:00 AM

185

1    Q   Okay.  Do you recall any specific areas of
2  responsibility that she had?
3    A   She had responsibility for -- there's a
4  slide in here, strategic initiatives, technology
5  initiative, business development initiatives.  She
6  had responsibility for those areas for OPI.
7    Q   And can I ask you which page you're
8  looking at?
9    A   I'm sorry.  16, in the back.
10   Q   Okay.
11   A   It says "backup."
12   Q   This one?
13   A   Yeah.
14   Q   Okay.  Thank you.
15       Did you attend the OPI management meeting
16  that's referenced here?
17   A   I believe so.
18   Q   What, if anything, else do you recall
19  about the meeting, other than what you told me about
20  the focus on demand creation?
21   A   This is what we did in the meeting, come
22  up with what our focus area should be and what
23  people from the organization we could put on the
24  teams so that you could go out and execute.
25   Q   Did you have any specific areas of

186

1  responsibility as a result of that meeting?
2    A   My responsibility was to provide all of
3  the virtual team members for West OPI.
4    Q   What does it mean -- what's a "virtual
5  team member"?
6    A   So if you look at this slide deck,
7  repeatedly there's slides that said "virtual team,"
8  West, Central, East.  So a virtual team member is
9  taking somebody from the organization and giving
10  them a side job of being a member of this virtual
11  team, to go work on a specific project or
12  initiative.
13   Q   Okay.  So members of your team went and
14  worked on specific demand creation projects or
15  initiatives after this meeting; is that fair?
16   A   Yes.
17       MS. WINKLER:  Okay.  I'm going to take a short
18  break, and I think after that, I shouldn't have too
19  much more.  We should finish up relatively soon.
20       THE VIDEOGRAPHER:  We're going off the record.
21  The time is 3:32 p.m.
22       (A break was taken)
23       THE VIDEOGRAPHER:  We're back on the record.
24  The time is 3:43 p.m.
25       MS. WINKLER:  Going to ask the court reporter

187

1  to mark another exhibit, NDCA-ORCL 277293 through
2  380, as Cullivan Exhibit 11.
3    (Whereupon Exhibit 11 was marked for identification)
4  BY MS. WINKLER:
5    Q   And Ms. Cullivan, again, I'm just going to
6  ask you general questions about this document.  So
7  if you don't want to look at all of the attachments
8  in detail, you don't have to.
9    A   Okay.
10   Q   Okay.  Do you recall OPI's six programs
11  that are discussed in this e-mail?
12   A   Only based on that they were in this
13  document.  That's how I remember them.
14   Q   When you say "this document," are you
15  referring --
16   A   Exhibit 10.
17   Q   Okay.  So this -- these six programs were
18  as a result of the meeting that was held that's
19  discussed in Exhibit 10; is that fair?
20   A   Yes.
21   Q   Okay.  Directing your attention to the
22  second page of the program -- second page of the
23  document, which is the e-mail, and the paragraph
24  that starts with, "If you have a specific question,"
25  is it your understanding that the "Julie" included

188

1  there refers to you?
2    A   Yes.
3    Q   Okay.  Do you have any other -- strike
4  that.
5        What, if anything, else do you recall about the
6  six programs that were established as a result of
7  the meeting that was held in February?
8    A   Not much.
9    Q   Okay.  Going -- you can set it aside.  I'm
10  not going to ask any more questions about it.
11       Going back to the discussion we had about out
12  of the box, it's my understanding that you told me
13  this morning that an out-of-the-box product was a
14  product that works upon installation and
15  configuration without customization; is that fair?
16   A   Yes.
17   Q   Was Suite 11i an out-of-the-box product
18  while you were working at Oracle?
19   A   To my knowledge, yes.
20   Q   Did it perform as an out-of-the-box
21  product?
22       MR. GIBBS:  Objection.  Vague.
23       THE WITNESS:  As with any software, there's
24  occasionally issues that need to be fixed.  So it
25  was not perfect, it had issues.  But it was intended

189

1  to be an out-of-the-box solution.
2  BY MS. WINKLER:
3      Q   You said it was "intended to be an
4  out-of-the-box solution"; is that correct?
5      A   Yes.
6      Q   And I'm going to ask you again: Did it
7  perform as an out-of-the-box product while you were
8  at Oracle?
9      MR. GIBBS: Objection. Vague.
10     THE WITNESS: I don't know how to answer that
11  question. Yes, it was sold and -- as an
12  out-of-the-box solution.
13  BY MS. WINKLER:
14     Q   By that, do you mean the same thing, was
15  intended to perform out of the box?
16     A   It was an out-of-the-box solution.
17     Q   What does that mean?
18     A   It was designed to be installed,
19  configured and work.
20     MS. WINKLER: Okay. Next, I'm going to ask the
21  court reporter to mark NDCA-ORCL 67 -- I'm sorry --
22  067168 thorough 67206 as Cullivan Exhibit 12.
23     (Whereupon Exhibit 12 was marked for identification)
24  BY MS. WINKLER:
25     Q   And Ms. Cullivan, before you spend time

190

1  flipping through this, I'll just ask if you have you
2  ever seen a baseline requirements document before?
3      A   I don't remember. I've seen requirements
4  documents before. Specifically something called a
5  "baseline requirements document," I don't know.
6      Q   But I'll ask you, if you would just flip
7  through it and see if you recognize this document.
8      A   I don't recognize it.
9      MS. WINKLER: Okay. I think that's all the
10  questions that I have for you.
11     MR. GIBBS: Okay. I have a handful, but it
12  won't take long. If we could switch places so she
13  is looking at the camera.
14     MS. WINKLER: Sure.
15
16          EXAMINATION
17  BY MR. GIBBS:
18     Q   Ms. Cullivan, I want to go back to a few
19  of the items you discussed with Ms. Winkler earlier
20  today.
21     First of all, as a sales consultant and then in
22  various management positions on the sales consulting
23  side, did you ever have any role in forecasting
24  financial results for the OPI West division?
25     A   No.

191

1      Q   Did you ever have any role in forecasting
2  financial results for any other sales division?
3      A   No.
4      Q   When you were a sales consultant and in
5  various management positions on the sales consulting
6  side within the OPI West division, did you ever
7  receive forecasting information for any other
8  division?
9      A   No.
10     Q   But you did receive some forecasting
11  information for the OPI West division?
12     A   Yes.
13     Q   Was it your job to generate any
14  forecasting information for the OPI West division?
15     MS. WINKLER: Objection. Form.
16  BY MR. GIBBS:
17     Q   You can answer.
18     A   No.
19     Q   Was it your job to maintain forecast
20  information for the OPI West division?
21     MS. WINKLER: Objection. Form.
22     THE WITNESS: No.
23  BY MR. GIBBS:
24     Q   If someone wanted to find documents
25  pertaining to financial forecasting for the OPI West

192

1  division, would they come to you?
2      A   No.
3      Q   Let me focus on the demonstration work
4  that you did as a sales consultant and then later on
5  as a manager on the sales consulting side within the
6  OPI West division.
7      Typically, what stage of the sales cycle would
8  the demonstration activity take place in?
9      MS. WINKLER: Objection. Form.
10     THE WITNESS: It varies, but it happens as part
11  of the technical selection component of the sales
12  cycle. So it takes place, you know, early to middle
13  of the sales cycle time frame, generically speaking.
14  BY MR. GIBBS:
15     Q   Okay. As a general matter, do you know
16  when a potential opportunity would enter into the
17  OPI West divisions forecast?
18     MS. WINKLER: Objection. Form.
19     THE WITNESS: Define what you mean by
20  "forecast."
21  BY MR. GIBBS:
22     Q   During any given quarter, while you
23  were part of the OPI West division, did the division
24  generate a forecast that was provided to managers
25  further up the chain?

193

1      A    Yes.
2      Q    And was there a specific forecast number
3   generated by the OPI West division?
4      A    Yes.
5      Q    Do you have an understanding as to what
6   that forecast number consisted of?  What it meant?
7      A    Not specifically what it meant to
8   management up above.
9      Q    Okay.  Do you know generally what it meant
10  within OPI West?  What did you consider the forecast
11  number to be?
12     MS. WINKLER: Objection. Form.
13     THE WITNESS: There's two elements to a
14  forecast. One is deals that West OPI is saying
15  these are going to happen this quarter. Then
16  there's a set of opportunities that have some
17  potential for the quarter. There's a possibility
18  they could come in, but West OPI wasn't willing to
19  say they're coming in. So that was called upside to
20  the forecast. So there were terms that were used
21  such as "committed" and "upside."
22     And to me, the forecast, when it's submitted,
23  has both of those elements. What people are most
24  interested in, typically, is what's the committed
25  set of deals that are going to come in.

194

1   BY MR. GIBBS:
2      Q    Okay.  Would it be fair to say that
3   forecast would refer to the deals that the group has
4   committed to bring in, while upside would include
5   deals that might close but they're not committing
6   to?
7      MS. WINKLER: Objection. Form.
8      THE WITNESS: I don't know what Oracle's
9   definition of forecast was specifically.
10  BY MR. GIBBS:
11     Q    Okay.  I was trying to figure out what
12  stage of the sales cycle most of the demonstration
13  activity would take place in. Let me try coming at
14  that from a different angle.
15     Typically, would most of the demonstration
16  activity take place during the same quarter in which
17  a deal is expected to close?
18     MS. WINKLER: Objection. Form.
19     THE WITNESS: Not typically.
20  BY MR. GIBBS:
21     Q    So it would be common for you to be doing
22  the bulk of your demonstration work in a quarter
23  before the quarter in which the deal is actually
24  expected to close?
25     MS. WINKLER: Objection. Form; misstates prior

195

1   testimony.
2      THE WITNESS: The quarter before? Two quarters
3   before? They were long sales cycles in many cases.
4   BY MR. GIBBS:
5      Q    You had a conversation with Ms. Winkler
6   earlier today about a potential opportunity at
7   Sysco.
8      Do you remember that conversation?
9      A    Yes.
10     Q    I believe you described a demonstration
11  and related your understanding that the products
12  demonstrated to Sysco did not meet their
13  requirements.
14     Do you recall that conversation?
15     A    Yes.
16     Q    Do you recall at what stage of the sales
17  cycle that demonstration was?
18     A    Very early.
19     Q    Do you know whether it was the first
20  meeting?
21     A    No, it was not the first meeting.
22     Q    Okay.  Do you know whether the OPI West
23  division had committed the Sysco deal with its
24  forecast by the time that demonstration took place?
25     MS. WINKLER: Objection. Form.

196

1      THE WITNESS: I do not know but I would be
2   highly doubtful, that it was in the forecast.
3   BY MR. GIBBS:
4      Q    Ms. Winkler asked you why you would
5   demonstrate a product that did not have the features
6   that Sysco wanted.
7      Do you recall that question?
8      A    Yes.
9      Q    Is it unusual to demonstrate a product to
10  a potential customer that does not have all the
11  feature the customer wants?
12     MS. WINKLER: Objection. Form.
13     THE WITNESS: Can you say that question again
14  so I answer it correctly?
15  BY MR. GIBBS:
16     Q    Yeah.  Let me try it a slightly different
17  way. I can probably do it shorter.
18     You said that the product did not have all the
19  features that Sysco wanted, right?
20     A    Right.
21     Q    But you demonstrated it to them anyway?
22     A    Right.
23     Q    Is that unusual?
24     A    No.
25     MS. WINKLER: Objection. Form.

Cullivan, Julie  5/24/2006  9:07:00 AM

197

1    THE WITNESS:  Sorry.
2    BY MR. GIBBS:
3       Q   Why not?  Why is that not unusual?
4       A   It's very rare that any software meets
5    every single requirement of the customer.  So you
6    work to show them the best that you have and show
7    them other things they may not be thinking about to
8    try to meet as much of their requirements as you
9    can.
10      Q   So is it common to demonstrate a product
11   with a customer that doesn't necessarily have all
12   the features the customer wants?
13      MS. WINKLER:  Objection.  Form.
14      THE WITNESS:  It's not uncommon to not have
15   100 percent fit to their requirements.
16   BY MR. GIBBS:
17      Q   Are you aware of any other reasons why
18   Sysco decide not to pursue the transaction with
19   Oracle at that time?
20      A   My memory is that they were running an
21   older release of the applications and they also
22   weren't really prepared to have to upgrade that
23   whole system at the same time.  So that was part of
24   the consideration.  I don't know if it was one of
25   the key reasons, but it was definitely a point that

198

1    they had to consider.
2    BY MR. GIBBS:
3       Q   When you say they were "running an earlier
4    application," are you talking about the ERP
5    applications?
6       A   It's ERP applications.
7       Q   And by some earlier release version, you
8    mean a release prior to 11i?
9       A   Yes.
10      Q   So you're saying that in order to use the
11   11i CRM software that you were demonstrating to
12   them, Sysco would have had to upgrade from one
13   release to the 11i release of the ERP software
14   you're using?
15      MS. WINKLER:  Objection.  Form.
16      THE WITNESS:  That is my understanding.
17   BY MR. GIBBS:
18      Q   You had a conversation with Ms. Winkler
19   about the demonstration environment and the fact
20   that the CRM and ERP software in the demonstration
21   environment were installed and running on different
22   instances.
23      Do you recall that?
24      A   Yes.
25      Q   Did you ever personally see, in any

199

1    context, Suite 11i CRM and ERP modules installed and
2    running on a single instance?
3       A   No.
4       Q   Do you know how Suite 11i CRM and ERP
5    installed on a single instance would behave?
6       MS. WINKLER:  Objection.  Form.
7       THE WITNESS:  No.
8    BY MR. GIBBS:
9       Q   Because you've never seen it?
10      A   No.
11      Q   That's correct, that you've never seen it?
12      A   It's correct I've never seen it.
13      Q   Okay.  When you were talking to
14   Ms. Winkler, you went through the documents
15   requested in the Subpoena.
16      And I think you told her that at the time you
17   were employed at Oracle, you would have had in your
18   position technical manuals for Suite 11i.
19      Do you recall that?
20      A   I don't know if they were specific to
21   Suite 11i.
22      Q   Okay.  But you would have had possession
23   of technical manuals for some Oracle applications?
24      A   Right.  And I referred to them as user
25   manuals because they were really about using the

200

1    product, not so much about technical components of
2    the product.
3       Q   Were you the only person who had
4    possession of those user manuals?
5       A   No.
6       Q   If someone wanted copies of the official
7    user manuals for Suite 11i, would they have needed
8    to go to you?
9       A   No.
10      Q   You also had a conversation with
11   Ms. Winkler about versions of Oracle applications
12   that were either web-based or client server-based in
13   terms of architecture.
14      Do you recall that?
15      A   Yes.
16      Q   Was there ever a client server
17   architecture version of Suite 11i?
18      A   No.
19      Q   Suite 11i has always been a web-based
20   architecture suite of products?
21      A   Yes.
22      Q   So when you were talking about client
23   server versions of Oracle's applications, then were
24   you talking about releases prior to 11i?
25      A   Yes.

Cullivan, Julie  5/24/2006  9:07:00 AM

201

1    Q    You had a brief conversation with
2  Ms. Winkler about a transaction with
3  Hewlett Packard.
4        Do you recall that?
5    A    Yes.
6    Q    I think you said that you had heard from a
7  colleague after you left Oracle that HP never
8  installed the CRM software that it bought from
9  Oracle?
10    A    Yes.
11    MS. WINKLER: Objection.  Form.
12  BY MR. GIBBS:
13    Q    Is that the only way you heard that
14  information?  From a colleague?
15    A    Yes.
16    Q    You don't personally know whether HP
17  installed the software or not?
18    A    No.
19    Q    And I think you also said you had heard
20  from a colleague that HP was not happy with the
21  product.
22        Is that also based solely on what you heard
23  from a colleague?
24    A    Yes.
25    Q    You also had a conversation with

202

1  Ms. Winkler about Cullivan Exhibit 4.  If I could
2  ask you to just please put that in front of you
3  again briefly.
4    MS. WINKLER: I have it here.
5  BY MR. GIBBS:
6    Q    Just a couple of quick questions about
7  Exhibit 4.
8        I think you said that Exhibit 4 reflects
9  information that you gathered from other sales
10  consulting teams within the OPI division.
11    A    Yes.
12    Q    So the list of issues described in
13  Exhibit 4, you did not personally observe each of
14  them?
15    MS. WINKLER: Objection.  Form.
16    THE WITNESS: Each of them, no.
17  BY MR. GIBBS:
18    Q    Let me ask you to switch to Cullivan
19  Exhibit 5, please.
20    A    (Witness complies.)
21    Q    This is your e-mail exchange with
22  Mr. Henley?
23    A    Uh-huh.
24    Q    And there's the reference to getting some
25  pipeline developed.

203

1  Do you recall that?
2    A    Uh-huh.
3    Q    Do you know whether at the time you had
4  this e-mail exchange with Mr. Henley, the OPI West
5  group was on target to meet its overall forecast for
6  that quarter?
7    MS. WINKLER: Objection.  Form.
8    THE WITNESS: I have no memory.  I don't know.
9  BY MR. GIBBS:
10    Q    Would the fact that the CRM pipeline for
11  the OPI West division was light necessarily suggests
12  that the OPI West division was not going to meet its
13  forecast for that quarter?
14    MS. WINKLER: Objection.  Form.
15    THE WITNESS: No.
16  BY MR. GIBBS:
17    Q    You had a conversation with Ms. Winkler
18  about static demos.
19        Do you recall that issue?
20    A    Yes.
21    Q    Did you ever use static demos for any
22  products other than Suite 11i?
23    A    Yes.
24    Q    Is it unusual to use static demos in the
25  business application software business?

204

1    MS. WINKLER: Objection.  Form.
2    THE WITNESS: No.
3  BY MR. GIBBS:
4    Q    Was it, in fact, common to use static
5  demos in your business?
6    MS. WINKLER: Objection.  Form.
7    THE WITNESS: For some parts of the sales
8  cycle, early in the sales cycle.
9  BY MR. GIBBS:
10    Q    You also had a conversation with
11  Ms. Winkler about whether Suite 11i was integrated,
12  according to a definition you gave for the term
13  integrated.
14        In that context, do you recall that
15  conversation?
16    A    Yeah.
17    Q    First of all, let me make sure I
18  understand your definition correctly.
19        In the context of Suite 11i, would you define
20  integrated to mean enabling transactions to flow
21  across ERP and CRM modules without the need for the
22  customer to write custom code?
23    MS. WINKLER: Objection.  Form.
24  BY MR. GIBBS:
25    Q    Is that a fair definition?

Cullivan, Julie 5/24/2006 9:07:00 AM

205

1    A   I think that's what my definition was.
2  The only differences, it was from CRM to ERP as
3  opposed to --
4    Q   Do you know, as a technical matter,
5  whether Suite 11i was integrated in that sense
6  during the time you were at Oracle?
7    MS. WINKLER: Objection. Form; asked and
8  answered.
9    THE WITNESS: I know that we could not
10  demonstrate it. That's all.
11    We did not have a demonstration environment in
12  which it was set up that way.
13  BY MR. GIBBS:
14    Q   Do you know whether Suite 11i as installed
15  at a customer site, during the period that you were
16  at Oracle, was integrated?
17    A   I don't know.
18    Q   If someone -- strike that.
19    If a senior developer from the development
20  organization were to say that customers did not need
21  to write custom code in order to allow transactions
22  to flow from CRM to ERP within Suite 11i, would you
23  be in a position to disagree with them?
24    MS. WINKLER: Objection. Form.
25    THE WITNESS: No.

206

1  BY MR. GIBBS:
2    Q   Why not?
3    A   They're far more technical than I am.
4    Q   Discussing Cullivan Exhibit 4 with
5  Ms. Winkler, you discussed a reference in your
6  e-mail, and that is on the second page of
7  Exhibit 4 - you discussed a reference in your
8  e-mail, down at the bottom of the second page, that
9  says there are separate instances for I store sales
10  and tele sales and customer care and support.
11    Do you recall discussing that sentence?
12    A   Yes.
13    Q   I think you said that that just means that
14  in the -- well, let me strike that.
15    That sentence means that in the demonstration
16  environment at that time, each of those products was
17  running on a separate instance?
18    MS. WINKLER: Objection. Form; misstates prior
19  testimony.
20    THE WITNESS: Yes.
21  BY MR. GIBBS:
22    Q   Were those modules designed to be run by
23  customers on separate instances?
24    MS. WINKLER: Object. Form.
25    THE WITNESS: Not to my knowledge.

207

1  BY MR. GIBBS:
2    Q   So the demonstration environment was set
3  up in a way that was different from how customers
4  would be expected to use those products?
5    MS. WINKLER: Objection. Form.
6    THE WITNESS: I believe so.
7  BY MR. GIBBS:
8    Q   Do you know whether, if those products
9  were all installed on a single instance, they would
10  have enabled or allowed transactions to flow between
11  those different modules?
12    MS. WINKLER: Objection. Form.
13    THE WITNESS: I don't know. I never saw it. I
14  don't know.
15    MR. GIBBS: That is all I have right now,
16  subject to following up on other questions you might
17  have.
18    MS. WINKLER: I don't have any follow-up.
19  We're done.
20    THE VIDEOGRAPHER: This marks the end of
21  Videotape Number 3 in the deposition of
22  Julie Cullivan we're going off the record. The time
23  is 4:14 p.m.
24
25  (The deposition proceedings concluded at 4:14 p.m.)

208

1      PENALTY OF PERJURY CERTIFICATE
2
3    I hereby declare I am the witness in the within
4  matter, that I have read the foregoing transcript and
5  know the contents thereof; that I declare that the same
6  is true to my knowledge, except as to the matters which
7  are therein stated upon my information or belief, and as
8  to those matters, I believe them to be true.
9    I declare being aware of the penalties of perjury,
10  that the foregoing answers are true and correct.
11
12
13
14
15    Executed on the _____ day of _____, ____,
16  at _____, _____
17      (CITY)          (STATE)
18
19
20
21    _____
22    JULIE CULLIVAN
23
24
25

209

```
1    STATE OF CALIFORNIA      )
                              ) ss:
2    COUNTY OF ORANGE         )
3
4         I, LINDA D. WHITE, do hereby certify:
5         That I am a duly qualified Certified Shorthand
6    Reporter, in and for the State of California, holder of
7    certificate number 12009, which is in full force and
8    effect and that I am authorized to administer oaths and
9    affirmations;
10        That the foregoing deposition testimony of the
11   herein named witness was taken before me at the time and
12   place herein set forth;
13        That prior to being examined, the witness named
14   in the foregoing deposition, was duly sworn or affirmed
15   by me, to testify the truth, the whole truth, and
16   nothing but the truth;
17        That the testimony of the witness and all
18   objections made at the time of the examination were
19   recorded stenographically by me, and were thereafter
20   transcribed under my direction and supervision;
21        That the foregoing pages contain a full, true
22   and accurate record of the proceedings and testimony to
23   the best of my skill and ability;
24        That prior to the completion of the foregoing
25   deposition, review of the transcript was not requested.
```

210

```
1         I further certify that I am not a relative or
2    employee or attorney or counsel of any of the parties,
3    nor am I a relative or employee of such attorney or
4    counsel, nor am I financially interested in the outcome
5    of this action.
6
7         IN WITNESS WHEREOF, I have subscribed my name
8    this ____ day of _____, ____.
9
10
11   _____
12   LINDA D. WHITE, CSR No. 12009
13
14
15
16
17
18
19
20
21
22
23
24
25
```

211

```
1              ERRATA SHEET
2
3    If any corrections to your deposition are necessary,
4    indicate them on this sheet, giving the change, page
5    number, line number and reason for change.
     PAGE  LINE  FROM            TO
6    ____  ____  _____   _____
7    Reason _____
8    ____  ____  _____   _____
9    Reason _____
10   ____  ____  _____   _____
11   Reason _____
12   ____  ____  _____   _____
13   Reason _____
14   ____  ____  _____   _____
15   Reason _____
16   ____  ____  _____   _____
17   Reason _____
18   ____  ____  _____   _____
19   Reason _____
20   ____  ____  _____   _____
21   Reason _____
22   ____  ____  _____   _____
23   Reason _____
24
     _____
25   Signature of Deponent        Date
```

```
 1   STATE OF CALIFORNIA          )
                                  ) ss:
 2   COUNTY OF ORANGE             )

 3

 4          I, LINDA D. WHITE, do hereby certify:

 5          That I am a duly qualified Certified Shorthand

 6   Reporter, in and for the State of California, holder of

 7   certificate number 12009, which is in full force and

 8   effect and that I am authorized to administer oaths and

 9   affirmations;

10          That the foregoing deposition testimony of the

11   herein named witness was taken before me at the time and

12   place herein set forth;

13          That prior to being examined, the witness named

14   in the foregoing deposition, was duly sworn or affirmed

15   by me, to testify the truth, the whole truth, and

16   nothing but the truth;

17          That the testimony of the witness and all

18   objections made at the time of the examination were

19   recorded stenographically by me, and were thereafter

20   transcribed under my direction and supervision;

21          That the foregoing pages contain a full, true

22   and accurate record of the proceedings and testimony to

23   the best of my skill and ability;

24          That prior to the completion of the foregoing

25   deposition, review of the transcript was not requested.
```

1        I further certify that I am not a relative or

2   employee or attorney or counsel of any of the parties,

3   nor am I a relative or employee of such attorney or

4   counsel, nor am I financially interested in the outcome

5   of this action.

6

7        IN WITNESS WHEREOF, I have subscribed my name

8   this 30th day of May_____, 2006.

9

10

11        _____

12        LINDA D. WHITE, CSR No. 12009

13

14

15

16

17

18

19

20

21

22

23

24

25