# EXHIBIT V

Roberts, George J 6/22/2006 8:02:00 AM

1

```
 1      IN THE UNITED STATES DISTRICT COURT
        NORTHERN DISTRICT OF ILLINOIS
 2          EASTERN DIVISION
 3
        IN RE: ORACLE CORPORATION  )
 4                                 )
        SECURITIES LITIGATION      )
 5                                 )
                                   ) Master File
 6      This Document Relates To:  ) No. C-01-0988
                                   ) MJJ
 7      ALL ACTIONS.           )
 8
 9          CONFIDENTIAL
10
11      The videotaped deposition of
12      GEORGE J. ROBERTS, taken in the
13      above-entitled cause before Cheryl L.
14      Sandecki, a notary public within and for the
15      County of Lake and State of Illinois, taken
16      pursuant to the Federal Rules of Civil
17      Procedure for the United States District
18      Courts, at 203 East Wisconsin Avenue,
19      Milwaukee, Wisconsin, on the 22nd day of
20      June, A.D., 2006, commencing at 8:02 a.m.
21
22
23
24
```

2

```
 1      A P P E A R A N C E S:
 2      LERACH, COUGHLIN, STOIA, GELLER,
        RUDMAN & ROBBINS, LLP, by:
 3      MR. SHAWN A. WILLIAMS,
        MR. RYAN GUBOA
 4      100 Pine Street, Suite 2600
        San Francisco, California 94111
 5      (415) 288-4545
        E-mail: swilliams@lerachlaw.com
 6
            on behalf of the Plaintiffs;
 7
        LATHAM & WATKINS LLP, by:
 8      MS. MICHELE F. KYROUZ,
        MR. MATTHEW HARRISON
 9      505 Montgomery Street, Suite 1900
        San Francisco, California 94111
10      (415) 391-0600
        E-mail: michele.kyrouz@lw.com
11
            on behalf of the Defendants.
12
        ALSO PRESENT: Mr. Mark Lyle, Videographer
13
14
15
16
17
18
19
20
21
22
23
24
```

3

```
 1                I N D E X
 2      June 22, 2006
 3      THE WITNESS       EXAMINATION BY COUNSEL FOR
 4              PLAINTIFFS
 5      GEORGE J. ROBERTS
 6       (By Mr. Williams)  5
 7         ROBERTS DEPOSITION EXHIBITS
 8      NUMBER       DESCRIPTION        PAGE
 9      Exhibit 1  E-mails Bates NDCA-ORCL    82
            013717 to 013720
10
        Exhibit 2  E-mail Bates NDCA-ORCL     95
11          101666 to 101670
12      Exhibit 3  E-mail Bates NDCA-ORCL    106
            096150 to 096151
13
        Exhibit 4  E-mail Bates NDCA-ORCL    117
14          135834 to 135839
15      Exhibit 5  E-mail Bates NDCA-ORCL    129
            039330 to 039332
16
        Exhibit 6  E-mail Bates NDCA-ORCL    134
17          013041 to 013047
18      Exhibit 7  E-mail Bates NDCA-ORCL    138
            039324 to 039328
19
        Exhibit 8  E-mail Bates NDCA-ORCL    144
20          612311
21      Exhibit 9  E-mail Bates NDCA-ORCL    154
            013382 to 013385
22
        Exhibit 10  E-mail Bates NDCA-ORCL    161
23          063547 to 063549
24      Exhibit 11  E-mail Bates NDCA-ORCL    176
```

4

```
 1      EXHIBITS (Continued)          PAGE
 2      Exhibit 12  E-mail Bates NDCA-ORCL    184
            080127
 3
        Exhibit 13  E-mail Bates NDCA-ORCL    187
 4          101642
 5      Exhibit 14  E-mail Bates NDCA-ORCL    191
            052475 to 052478
 6
        Exhibit 15  E-mail Bates NDCA-ORCL    199
 7          00544 to 00546
 8      Exhibit 16  E-mail Bates NDCA-ORCL    203
            078413 to 078415
 9
        Exhibit 17  George Roberts Presentation  221
10          Bates NDCA-ORCL 03280 to 03280
11      Exhibit 18  E-mail Bates NDCA-ORCL    248
            224290 to 224292
12
        Exhibit 19  E-mail Bates NDCA-ORCL    267
13          089691 to 089693
14      Exhibit 20  Q201 Financial Briefing    278
            NDCA-ORCL 033428 to 0033477
15
        Exhibit 21  E-mail Bates NDCA-ORCL    297
16          094090 to 094093
17      Exhibit 22  E-mail Bates NDCA-ORCL    301
            094098 to 094100
18
        Exhibit 23  NAS Executive Dialogs     308
19          April 5
20      Exhibit 24  E-mail Bates NDCA-ORCL    326
            061369 to 061373
21
        Exhibit 25  E-mail Bates NDCA-ORCL    330
22          162213 to 162216
23      Exhibit 26  E-mail Bates NDCA-ORCL    338
            078268 to 078269
24
```

5

1   EXHIBITS (Continued)              PAGE
2   Exhibit 27  Meeting Presentation      343
        April 2, 2001
3
4
5        FITZPATRICK DEPOSITION EXHIBITS
6   NUMBER     DESCRIPTION      PAGE
7   Exhibit 14  E-mails Bates NDCA-ORCL      70
        617112 to 617114
8
    Exhibit 15  E-mails Bates NDCA-ORCL      171
9       063415 to 063417
10  Exhibit 22  E-mails Bates NDCA-ORCL      206
        617970 to 617974
11
12
13
14
15
16
17
18
19
20
21
22
23
24

7

1        MR. WILLIAMS:  Shawn Williams,
2   Lerach, Coughlin, Stoia, Geller, Rudman &
3   Robbins, on behalf of the plaintiff.  And
4   with me I have Ryan Guiboa also of Lerach,
5   Coughlin.
6        MS. KYROUZ:  Michele Kyrouz and
7   Matthew Harrison from Latham & Watkins
8   representing defendants and the witness.
9        (Witness duly sworn.)
10        GEORGE J. ROBERTS,
11  called as a witness herein, having been first
12  duly sworn, was examined and testified as
13  follows:
14        EXAMINATION
15  BY MR. WILLIAMS:
16  Q.  Morning.
17  A.  Good morning.
18  Q.  Can you state your full name and
19  address for the record, please?
20  A.  It's George J. Roberts, 4021 West
21  Ravenna Court, Mequon, Wisconsin 53092.
22  Q.  And your phone number, please.
23  A.  262-238-9308.
24  Q.  Okay.  My name is Shawn Williams.

6

1        THE VIDEOGRAPHER:  Here begins the
2   videotaped deposition of George Roberts,
3   tape one, volume one, in the -- in the matter
4   of Oracle Corporation Securities Litigation
5   in the U.S. District Court, Northern District
6   of California, Master File No. C-01-0988 MJJ.
7        Today's date is Thursday, June 22nd,
8   2006.  And the time on the video monitor is
9   8:02 a.m.
10        The video operator today is Mark
11  Lyle.  And the court reporter is Cheryl
12  Sandecki of Thompson Court Reporters
13  representing LiveNote World Service, located
14  at 211 Main Street, Suite 1250,
15  San Francisco, California 94105.  The phone
16  number is 415-312-2300.
17        Today's deposition is being taken on
18  behalf of the plaintiff.  And it is taking
19  place at Hale & Wagner in Milwaukee,
20  Wisconsin.
21        Counsels will now introduce
22  themselves and state the parties they
23  represent, after which the court reporter
24  will administer the oath.

8

1   And I am just kind of going to go over the
2   ground rules of how the depo is going to be
3   performed today.
4   A.  Okay.
5   Q.  Have you had your deposition taken
6   before?
7   A.  Yes, I have.
8   Q.  So you have a decent idea of how
9   this is going to go?
10  A.  Yes.
11  Q.  The court reporter sitting to your
12  right is going to take down everything that
13  is said in this room today, my questions,
14  your answers, your counsel's comments or
15  objections.  Do you understand that?
16  A.  Yes.
17  Q.  She cannot record head nods or hand
18  gestures.  So I am just going to ask you to
19  respond to my questions audibly.
20  A.  Yes.
21  Q.  Okay?  Do you understand that you
22  are testifying under oath today?  And even
23  though we are in a pretty informal setting
24  today, the oath that you have taken is the

**9**

1  very same oath that you would take in a court
2  of law. Do you understand that?
3     A. Yes.
4     Q. I am going to ask a lot of questions
5  today. I will try to be as clear as I
6  possibly can. No doubt I will fumble at
7  times.
8     A. Just like being married.
9     Q. Right. Close.
10        If you can't understand anything
11  that I ask you, just ask me to repeat it, I
12  will be happy to do so. Do you understand?
13     A. Yes.
14     Q. Okay. It's very likely that
15  Ms. Kyrouz will object to some or all of my
16  questions today. She is allowed to do that.
17  But unless she instructs you not to answer a
18  question, you still have to answer the
19  question. Do you understand that?
20     A. Yes.
21     Q. Okay. And we will take several
22  breaks whenever you want. But if I'm in the
23  middle of a question or in the middle of a
24  line of questioning, I may just want to

**10**

1  complete that, and then we can take a break
2  whenever you would like. Do you understand?
3     A. Yep.
4     Q. You aren't on any medication that
5  might impact your ability to recall facts
6  today?
7     A. No.
8     Q. Okay. At the end of your
9  deposition, you will have an opportunity to
10  kind of look over what we talked about and
11  make minor corrections. So you don't have to
12  be absolutely perfect today. Okay?
13     A. I'm not.
14     Q. All right. So you said you have had
15  your deposition taken before?
16     A. Yes.
17     Q. And how many times?
18     A. Oh, I don't know. Maybe half a
19  dozen.
20     Q. Okay. And when was the last time?
21     A. Boy, I can't remember.
22     Q. Okay.
23     A. Years ago.
24     Q. Years ago?

**11**

1     A. Yep.
2     Q. And in any of those half a dozen
3  depositions, were you a party to the action,
4  meaning a plaintiff or a defendant, you as an
5  individual?
6     A. I can't recollect. Or actually, I
7  should say I have been a -- I have been a
8  defendant.
9     Q. Okay. And your -- your deposition
10  was taken with you as a defendant?
11     A. Yes. And I have been a plaintiff.
12     Q. Okay. Do you know why you are here
13  to testify today?
14     A. Yes.
15     Q. Okay. And what is your
16  understanding of why you are here to testify?
17     A. It's a securities litigation case.
18     Q. Uh-huh. And are you familiar with
19  this particular securities case?
20     A. I'm aware of it.
21     Q. Okay. And what is your knowledge of
22  it?
23     A. That it's a -- a litigation case
24  against Oracle Corporation.

**12**

1     Q. Uh-huh. And are you familiar with
2  any of the underlying facts that are alleged
3  in the case?
4     A. I'm familiar with the premise but
5  not in any great detail.
6     Q. Okay. Have you done anything to
7  prepare for your testimony today?
8     A. Met with Michele and Matt yesterday
9  for a couple of hours.
10     Q. Uh-huh. And where was that?
11     A. North Shore Country Club.
12     Q. Oh, nice. Did you get a round in?
13     A. I don't play golf. It's a social
14  membership. Sorry.
15     Q. Okay.
16     A. Couple of Diet Cokes.
17     Q. Diet Cokes. Did you review any
18  documents in your preparation for your
19  testimony today?
20     A. Yes.
21     Q. Okay. And what was the volume of
22  the documents you reviewed, two, three
23  inches, inch?
24     A. Maybe three inches.

13

1    Q.  Okay.
2    A.  Skimming.
3    Q.  All right.  And did any of the
4    documents help you recall any specific facts
5    about things occurring several years ago at
6    Oracle?
7    A.  You know, they, you know, refreshed
8    my mind a little bit about dates and
9    people --
10   Q.  Uh-huh.
11   A.  -- but not a whole lot.  It was a
12   long time ago.
13   Q.  Okay.  Help you recall some facts
14   about people?
15   A.  No, just the dates and some of the
16   people involved.  I mean --
17   Q.  Okay.
18   A.  -- that's all.
19   Q.  Well, who were some of the people
20   involved that helped you -- the documents
21   helped you recall?
22   A.  Nic Classick, John Nugent, Jennifer
23   Minton.
24   Q.  Uh-huh.  And those are all people --

14

1    well, Nic Classick and John Nugent were
2    people that worked for you in the 2000, 2001
3    time frame?
4    A.  Yes.
5    Q.  And Jennifer Minton was the
6    controller at Oracle in that time frame?
7    A.  Yes.
8    Q.  Okay.  What year were you hired by
9    Oracle?
10   A.  I believe -- I could be wrong, but I
11   believe it was March of 1990.
12   Q.  Uh-huh.  And you were hired as what?
13   A.  Regional vice president.
14   Q.  Okay.  And sales consulting?
15   A.  Sales.
16   Q.  Sales.  And -- and who did you
17   report to when you were first hired, if you
18   remember?
19   A.  Mike Fields.
20   Q.  Okay.  And were you -- you had a
21   geographic -- geographical responsibility?
22   A.  Yes.
23   Q.  Here in the Midwest?
24   A.  Yes.

15

1    Q.  Okay.  And how long were you a
2    regional vice president?
3    A.  60 days.
4    Q.  Okay.  And you were promoted?
5    A.  Yes.
6    Q.  To what?
7    A.  Group vice president.
8    Q.  Okay.  And as group vice president,
9    did your geographic responsibility expand?
10   A.  Yes.
11   Q.  And describe that for me, please.
12   A.  It was roughly a third of the
13   commercial U.S. business, so kind of
14   Minnesota down to Texas.
15   Q.  Okay.
16   A.  You know, down the middle.
17   Q.  All right.  And that's a -- that's a
18   promotion, right, up to -- from regional to
19   group, right?
20   A.  I guess.
21   Q.  Uh-huh.
22   A.  More headaches.
23   Q.  I'm sorry?
24   A.  More headaches.  But --

16

1    Q.  More headaches?
2    A.  -- yes, it was a promotion.
3    Q.  And you I guess had more people
4    reporting to you?
5    A.  Yes.
6    Q.  How long were you a group vice
7    president?
8    A.  Five to six years.
9    Q.  Okay.  And you were promoted again?
10   A.  No.  I took a leave of absence.
11   Q.  Okay.  For how long?
12   A.  Eight months.
13   Q.  And that was in what, the mid '90s?
14   A.  1997.
15   Q.  Okay.  And you came back to Oracle?
16   A.  Yes.
17   Q.  All right.  As what?
18   A.  Senior vice president business
19   online.
20   Q.  Okay.  Describe for -- well,
21   withdrawn.
22         Senior vice president, what --
23   what's the correspondence with group vice
24   president, is it a level higher?

**17**

1   A. Yes.
2   Q. Okay. Same geographical area?
3   A. No. It was a different business.
4   Q. Okay. Describe the business for me.
5   the business online.
6   A. It was -- it was Oracle's move at
7   that time to get into the managed service
8   provider space.
9   Q. Uh-huh. Okay.
10  A. For application service provider.
11  Q. Okay. And just describe that for
12  me, please. What -- what is that? What is
13  application service provider?
14  A. What it -- what it meant to Oracle
15  was the ability for us to not only license
16  our software for the client, but to take care
17  of all the operations at the Oracle site so
18  that the client didn't have to worry about
19  any of the complexities or maintaining an IT
20  staff to anything to run Oracle operations.
21  Q. Okay. And --
22  A. Just run applications.
23  Q. And clients would access it over the
24  Internet?

**18**

1   A. Yes.
2   Q. And was that a new business line in
3   '97?
4   A. Yes.
5   Q. Okay. And where -- did you launch
6   that business?
7   A. '98.
8   Q. I'm sorry. Did you launch that
9   business line or was it your unit that
10  launched that business segment?
11  A. That business segment had actually
12  been started a couple months before I took it
13  over.
14  Q. Okay. And who did you report to as
15  senior vice president of business online?
16  A. Ray Lane.
17  Q. Okay. And at some time between '98
18  and 2000, you were promoted again or your --
19  or your responsibilities changed?
20  A. Yes.
21  Q. To what?
22  A. I think it was executive vice
23  president.
24  Q. Uh-huh. And --

**19**

1   A. North American sales.
2   Q. Okay. And describe for me how your
3   responsibilities changed from senior vice
4   president to business online to executive
5   vice president of North American sales.
6   A. I -- I took over sales
7   responsibility for North American commercial
8   sales. So it was Canada and the U.S.
9   Q. Uh-huh. Now, how -- can you
10  describe for me how North American sales was
11  structured? Were there different business
12  units within North American sales?
13  A. Yes.
14  Q. Can you describe for me what they
15  were?
16  A. I may miss a few. But --
17  Q. Okay.
18  A. -- we had finance. We had HR. We
19  had general business. We had major accounts.
20  We had Canada. We had telesales. And then
21  later I picked up what was called OSI.
22  Q. Okay. When did you pick up OSI?
23  A. 2002 or so, approximately.
24  Q. Uh-huh.

**20**

1   A. I could be off on that.
2   Q. Okay. So -- so is it fair to say
3   that, say, January 2000 --
4   A. Uh-huh.
5   Q. -- you were executive vice president
6   of North American sales overseeing the
7   business units that we -- you just described
8   except for what was it, the telesales?
9   A. OSI.
10  Q. I'm sorry, OSI later in '02?
11  A. Correct.
12  Q. Okay. And so when you say that you
13  had responsibility for commercial customers,
14  what does that mean?
15  A. Well, it is just I didn't have
16  government customers.
17  Q. Oh, okay. And so you -- when you
18  say that you had -- well, withdrawn.
19       That finance was part of that, does
20  that mean banks, those types of customers?
21  A. No. What I meant is I had a finance
22  group.
23  Q. Okay.
24  A. Another gentleman named David

21

1   Winton.
2       Q.  Okay.  So in terms of sales
3   groups --
4       A.  And actually, I would like to
5   correct you.  I didn't pick up OSI later on.
6   I picked up OPI later on.
7       Q.  Okay.  In terms of sales groups, you
8   had general business, right?
9       A.  Correct.
10      Q.  Majors?
11      A.  Correct.
12      Q.  Canada?
13      A.  Correct.
14      Q.  Telesales?
15      A.  Correct.
16      Q.  Okay.  Did I miss anything?
17      A.  I had the Oracle Channels Program.
18      Q.  Okay.  What was the Oracle Channels
19  Program?
20      A.  That was a program where we had a
21  team that worked with partners in -- to help
22  partners distribute Oracle software
23  applications and technologies.  So I had the
24  -- the channel program for the whole North

22

1   America.
2       Q.  Okay.  Now, for that -- for the
3   entire NAS, you had an annual budget set by I
4   guess someone higher than you, right?
5       A.  We had an annual budget process that
6   we went through that was agreed to, yes.
7       Q.  And when you say it was
8   agreed to, what do you mean?
9       A.  We went through the budget process,
10  and at the end of the budget process we had a
11  budget and we went to work.
12      Q.  That sounds pretty simple to you.
13  But I don't necessarily understand that.
14          When you say you went through the
15  budget process, does that mean that someone
16  told you that, all right, I want NAS -- I
17  want X to be NAS' budget?  Or did you propose
18  a budget and have it approved by others?
19      A.  We would do a bottoms-up budget
20  proposal.
21      Q.  Uh-huh.
22      A.  It would be reviewed several times
23  in a process.  I can't tell you how many
24  because it was a while ago.

23

1       Q.  Uh-huh.
2       A.  And then at the end of that process,
3   there would be a budget that was agreed to,
4   and we would go to work there.
5       Q.  Okay.  And so -- and who would be
6   responsible in your business unit for helping
7   to, I'm sorry, develop the bottoms-up budget?
8       A.  David Winton.
9       Q.  Okay.  And what was his position?
10      A.  I think -- I could be wrong about
11  the title.  But he was like my finance
12  director.
13      Q.  Uh-huh.  And he had a bunch of
14  people who responded -- who reported to him,
15  right?
16      A.  Yes.
17      Q.  Was he here in the Midwest?
18      A.  He was in Boston.
19      Q.  Okay.  And now just describe how
20  that process worked before it was proposed
21  to, say, you know, maybe worldwide finance,
22  if I have that right.  Would you get, you
23  know, proposals from the heads of general
24  business, majors, Canada and telesales?

24

1       A.  To be honest with you, I don't know
2   how it worked exactly anymore.  It has been a
3   long time.
4       Q.  Okay.
5       A.  We would have discussions.  We would
6   go back and forth.  They would propose.  We
7   would have discussions around what we thought
8   the growth rates ought to be based on how
9   they'd done historically, et cetera.
10      Q.  Uh-huh.
11      A.  And then we would agree to submit
12  the budget up to corporate.
13      Q.  Okay.  And -- in, say, January --
14  well, withdrawn.
15          I'm going to just direct your
16  attention to, say, May of 2000.  Do you
17  recall who was your head of general business?
18      A.  John Nugent.
19      Q.  John Nugent.  And was he -- do you
20  know what his title was?  Was it group VP,
21  area VP?
22      A.  Senior vice president --
23      Q.  Senior vice president.
24      A.  -- I believe at the time.  I mean,

25

```
1    it might be one below.  But -- no, I would
2    have been senior vice president.
3        Q.  And -- and how about majors?
4        A.  That would have been Mary Anne
5    Gillespie.
6        Q.  Okay.  Senior VP?
7        A.  Yes.
8        Q.  Canada?
9        A.  It would have been Bill Bergen.
10       Q.  Bergen?
11       A.  Bergen I believe is the name.  I'm
12   pretty sure it was Bill Bergen.
13       Q.  Okay.  And how about telesales?
14       A.  Hilarie Koplow, K-O-P-L-O-W.
15       Q.  Do you still talk to those people,
16   any of those people today?
17       A.  Every now -- yeah, I -- every now
18   and then I talk to Mary Anne or Hilarie or
19   David or John.  I haven't talked to Bill
20   Bergen for years.
21       Q.  Right.  Did you talk to anybody
22   other than your lawyers, of course, about the
23   fact that you would be testifying today?
24       A.  My wife.
```

26

```
1        Q.  Okay.  But anybody at Oracle or
2    formerly of Oracle?
3        A.  No.
4        Q.  Okay.  Can you just quickly describe
5    for me the organizational structure, if you
6    recall?  So just NAS.  You on top.  Then your
7    senior VPs?
8        A.  We had the king, the queen, the
9    prince, the frog.  No.
10           It was -- it was myself.  And
11   underneath me, we would have had Ron Bunting.
12   Ron ran channels and sales operations and
13   stuff for me.
14       Q.  Okay.  He is an operations guy?
15       A.  Yeah.
16       Q.  Okay.
17       A.  We had Hilarie Koplow.  We had
18   Mary Anne Gillespie.  We had John Nugent.  We
19   had David Winton.  We had Vicky Thrasher for
20   HR.
21       Q.  When you say -- I'm sorry.  I didn't
22   mean to cut you off.  When you say for HR,
23   what do you mean?
24       A.  She was the HR person who worked
```

27

```
1    with us.
2        Q.  Okay.  She didn't have sales
3    responsibilities?
4        A.  No, no.  We had Bill Bergen for
5    Canada.  And then there might have been a
6    miscellaneous person or two also.
7        Q.  Okay.  And those people were
8    generally -- that first layer, were those
9    senior VPs?
10       A.  On the sales side for sales
11   responsibility, yes.
12       Q.  Okay.
13       A.  Pretty much, yeah.
14       Q.  And then once you got below the
15   senior VPs on the sales side, then you had
16   group VPs; is that fair?
17       A.  It could be a combination of group
18   vice presidents or area vice presidents
19   depending on how large their responsibility
20   was.
21       Q.  Okay.  So it is fair to say that the
22   general business was probably the largest
23   part of that, of the -- of NAS?
24       A.  I don't know that it was.
```

28

```
1        Q.  No, okay.  If it wasn't, what --
2    which area would be?
3        A.  It might have been major accounts.
4        Q.  Okay.  Well, I am not talking about
5    dollar value.  I'm talking about just the
6    number of deals.
7        A.  No.
8        Q.  No.  Okay.  So can you describe what
9    the parameters of major accounts were?  What
10   -- what did major accounts mean?
11       A.  I'm trying to make sure I got it
12   correct.  But I believe at the time they had
13   companies that had revenues of 500 million or
14   more --
15       Q.  Okay.
16       A.  -- that they called on.
17       Q.  Okay.
18       A.  And general business had companies
19   that were 499 million and down.
20       Q.  And down.
21       A.  And the ones that were between 499
22   and 500 we never called on.
23       Q.  Okay.  So you didn't tell me --
24   well, withdrawn.
```

29

```
1       None of the people that you
2   mentioned to me in the last five minutes or
3   so did you describe as an area vice
4   president, I don't think so.  Do you recall
5   any of the area vice presidents that were in
6   your general business organization during
7   that period, say, beginning in the middle of
8   2000?
9       A.  Well, I don't know whether they are
10  area vice presidents or group vice
11  presidents.  Because, again, it was kind of
12  -- they would have reported to John Nugent.
13  So Nic -- Nic Classick.
14      Q.  Yes.
15      A.  Ted Bereswill.  Joe -- Joey D., Joey
16  Dibartolomeo.
17      Q.  Okay.
18      A.  You know, a New Jersey guy.
19      Q.  Okay.
20      A.  John Boucher out of Boston.  I think
21  -- I think that -- I think that's --
22      Q.  Okay.  We will talk about more
23  people and you might remember them, you might
24  not.  That's fine.
```

30

```
1       A.  I'm over 50.  I'm allowed now.
2       Q.  So those people also had regional
3   managers?
4       A.  Yes.  They would have had managers
5   underneath them.
6       Q.  How large was your sales
7   organization in terms of people, salespeople?
8       MS. KYROUZ:  Objection, vague as to
9   time.
10      MR. WILLIAMS:  I'm still talking
11  about the same period of time, middle of
12  2000, say, to the end of 2000.
13      THE WITNESS:  You know, I'm going to
14  just give a ballpark.
15  BY MR. WILLIAMS:
16      Q.  Okay.  That's fine.
17      A.  Probably close to -- total size of
18  the organization, probably about to 2,000
19  people.
20      Q.  2,000.  Okay.  And let's --
21      A.  And they didn't work for me.  I
22  worked for them.
23      Q.  Okay.  And among those, the number
24  of senior VPs, group VPs and area vice
```

31

```
1   presidents didn't number into the hundreds,
2   did they?
3       A.  No.
4       Q.  So most of the people in the
5   organization -- the sales organization were
6   regional managers or just sales reps?
7       A.  It would have been sales reps and
8   presales reps.
9       Q.  And presales reps?
10      A.  Sales consultants or presales reps,
11  same thing.
12      Q.  Okay.  And how many -- what about
13  regional managers, is -- was that a large
14  number?
15      MS. KYROUZ:  Objection, vague.
16      MR. WILLIAMS:  Withdrawn with
17  respect to large.
18  BY MR. WILLIAMS:
19      Q.  In the hundreds?
20      A.  No.
21      Q.  No?
22      A.  No, I don't -- well, let me think
23  here.  Well, if you threw in telesales, it
24  might have been, you know, somewhere between
```

32

```
1   70 and 80 probably.
2       Q.  Okay.
3       A.  It might be more.  I don't know.
4       Q.  Okay.  Can you just describe for me
5   what the responsibilities were of area vice
6   presidents?
7       A.  Manage regional vice presidents --
8   or regional managers.
9       Q.  Uh-huh.  And did -- they all had
10  I guess budget responsibilities?
11      A.  They had revenue targets and
12  budgets, correct.
13      Q.  The area -- the area vice
14  presidents?
15      A.  Area or group vice president, that
16  layer underneath.
17      Q.  Okay.
18      A.  They would have had a budget.  They
19  would have had people.  They would have had
20  revenue obligations, expense obligations --
21      Q.  Okay.
22      A.  -- responsibilities.
23      Q.  How about regional managers, did
24  they have budgets?
```

Roberts, George J  6/22/2006  8:02:00 AM

33

```
1      A.  They would have had budgets on
2    revenue.  And I believe they might have also
3    had expense budgets.  They might have also
4    been tagged on expense too.  I don't remember
5    at the level whether they had expense goals
6    or not.  But I think they might have.
7      Q.  Uh-huh.  Okay.  And can you describe
8    their responsibilities, aside from managing
9    sales reps?
10      A.  That's what they did.
11      Q.  Okay.  Or tell me what that entails
12    then.
13      A.  It entails hiring --
14      Q.  Uh-huh.
15      A.  -- firing, training, making calls
16    with the sales reps, forecast
17    responsibilities.  Everything that goes in
18    the day of a sales organization that they
19    have to worry about, customer issues,
20    customer complaints, employee issues.  I
21    mean --
22      Q.  Okay.  And the sales reps and
23    presales reps were the ones who were out like
24    on the ground selling the product?
```

34

```
1      A.  Yes.
2      Q.  Okay.  What was your E-mail address
3    when you were at Oracle?
4      A.  I don't know.  I retired three years
5    ago.
6      Q.  Uh-huh.
7      A.  It might have been
8    georgeroberts@oracle.com.  It might have been
9    georgejroberts@oracle.com.  At one time it
10    was groberts@oracle.com.  So I don't know.
11      Q.  It changed a few times?
12      A.  Yeah.  The E-mail address system
13    they changed once or twice when I was there.
14      Q.  Uh-huh.  Uh-huh.
15      A.  Today it's georgejroberts@hotmail,
16    if you need to get me.
17      Q.  Okay.  The -- and how did you
18    communicate with your sales staff or the
19    people in your -- who reported to you, phone,
20    E-mail?
21      A.  Every which way in which you can
22    communicate.
23      Q.  Uh-huh.  Would you say that you did
24    -- used one more than the other?
```

35

```
1      A.  No.  I mean, we are no different
2    than any other business.  We communicate face
3    to face.  We communicate by phone.  We
4    communicate by E-mail.  We communicate by
5    fax, letter, whatever was the medium at the
6    time that was necessary to -- to get whatever
7    task done done.
8      Q.  Okay.  And did you have an office
9    here in Milwaukee?
10      A.  No.
11      Q.  No.  Where was your office?
12      A.  I had an office in Chicago and an
13    office in San Francisco.
14      Q.  Oh, okay.  So during the time that
15    you were -- same time frame, mid 2000, end of
16    2000, were you kind of commuting to Chicago
17    or were you living in Chicago?
18      A.  I lived in Milwaukee.
19      Q.  Okay.  So you were commuting to
20    Chicago?
21      A.  No, no.  I had North America.  It's
22    -- I traveled everywhere.
23      Q.  I see.  So --
24      A.  I commuted to Chicago O'Hare, got on
```

36

```
1    an airplane and flew wherever I had to be
2    each day.
3      Q.  Okay.  Were you doing a lot of
4    traveling then?
5      A.  I did a lot of travel all 20 years.
6    In fact, two weeks after I retired, I got my
7    American Airlines card with 3 million miles
8    on it.  So you can say I traveled.  And that
9    doesn't include United or all the other ones.
10      Q.  Okay.  You also had an office in
11    California?
12      A.  Yes.
13      Q.  At Redwood Shores?
14      A.  Yes.
15      Q.  And you traveled to Redwood Shores
16    weekly; is that fair?
17      A.  Pretty fair, yeah.  That's pretty
18    close to weekly, yeah.
19      Q.  And the purpose of those weekly
20    trips to California was what?
21      A.  Management committee meetings,
22    meetings with other managers in -- in
23    corporate or other -- my managers in
24    California, meet with customers.
```

Roberts, George J  6/22/2006  8:02:00 AM

37

1    Q.  Okay.  Okay.  When you say
2  management committee meetings, who is on the
3  management committee that you were talking --
4  that you referred to?
5    A.  I may not have all the names.  But
6  it was -- it was development.  It was sales.
7  It was marketing.  It was finance and
8  corporate headquarters.  So it was Ron Wohl
9  in development; Mark Barrenechea in
10  development; Chuck Rozwat in development.
11  Sohaib Abassi was on an executive committee
12  for a while or the management committee.
13    Q.  Uh-huh.
14    A.  And actually it might have been
15  called executive management.  I can't
16  remember.  We had the sales leaders, so it
17  would have been Jane Aboyoun, Sandy
18  Sanderson, myself.  It would have been Jeff
19  Henley.  It would have been Larry Ellison and
20  Jennifer Minton.  I think that's -- I might
21  be missing somebody in there.  But I think
22  that's reasonably close.
23    Q.  All right.  So it could have been
24  the executive committee meetings?

38

1    A.  Yeah.  In fact, I think it probably
2  was executive committee meetings.
3    Q.  Okay.
4    A.  I might have the wrong term.
5    Q.  Okay.  That's fine.  So what other
6  -- you said some of your other
7  responsibilities you meet with customers
8  while you were in California --
9    A.  Uh-huh.
10    Q.  -- and other things.
11    A.  Uh-huh.
12    Q.  All right.  Okay.
13    A.  Yes, yes, yes and yes.  Sorry.
14    Q.  All right.  And you began going to
15  those management -- withdrawn.  Executive
16  committee meetings after you became executive
17  vice president?
18    A.  Yes.
19    Q.  You didn't go to those meetings
20  before then, right?
21    A.  No, no.
22    Q.  All right.  And during those
23  meetings, there would be -- or at least prior
24  to the meetings there would be an agenda?

39

1    A.  I don't know that there was a
2  specific agenda.
3    Q.  Uh-huh.  Sometimes you would get
4  E-mails or communications discussing or
5  talking about what might be discussed at the
6  executive committee meetings?
7    MS. KYROUZ:  Objection, lacks
8  foundation.
9    THE WITNESS:  You know, there would
10  be topics that people would submit sometimes
11  to talk about.
12  BY MR. WILLIAMS:
13    Q.  Uh-huh.
14    A.  But I don't know that there was a
15  published agenda, per se, around every one of
16  them.
17    Q.  Okay.  And when one would submit a
18  topic, who would they submit it to, do you
19  know?
20    A.  I believe Safra Catz.
21    Q.  Right.  She was at those meetings as
22  well?
23    A.  Or Jenny Overstreet or whoever
24  Larry's assistant was at the time.

40

1    Q.  Uh-huh.  Was Safra at those
2  executive committee meetings as well in
3  2000 --
4    A.  Yes.
5    Q.  -- early 2001?
6    A.  Yes.
7    Q.  And during the executive committee
8  meetings, you talked about the budget, right?
9    MS. KYROUZ:  Objection --
10  BY MR. WILLIAMS:
11    Q.  Generally --
12    MS. KYROUZ:  -- lacks foundation.
13  BY MR. WILLIAMS:
14    Q.  -- at times?
15    A.  During the budget year, budget
16  process.
17    Q.  Okay.  That's fine.  And you talk
18  about, you know, the products?
19    A.  Yes.
20    Q.  All right.  And you talk about just
21  generally what was happening in the
22  organizations?
23    A.  Yes.
24    Q.  All right.  And you would talk about

41

1  forecasts, right, as part of the budget?
2      A.  Yes.
3          MS. KYROUZ:  Objection.
4          THE WITNESS:  No, no, no, no.
5  BY MR. WILLIAMS:
6      Q.  Explain to me the difference.
7      A.  You talk about forecast.
8      Q.  If there is a difference, tell me.
9      A.  Well, when you talk budget to me, I
10  am thinking budget process.
11     Q.  Right.
12     A.  Okay.  Forecast was forecast.
13     Q.  All right.  I don't want to put
14  words in your mouth, okay.  And I don't want
15  to suggest anything that isn't correct.
16  So --
17     A.  Right.
18     Q.  -- I will just get clarification
19  from you.
20         So why don't you tell me what you
21  view as the difference between budgeting and
22  forecasts, at least as it was in 2000?
23     A.  When I say budgeting, I mean the
24  whole process of revenue, expenses, head

42

1  count, every aspect of budget.
2      Q.  Okay.
3      A.  When I talk forecast, I am saying
4  revenue projection.
5      Q.  Okay.  And the revenue projection in
6  your view, would it be part of the budget?
7      A.  It would be part of the budget.
8      Q.  Okay.  All right.  But you talk
9  about all of those things during the
10  executive committee meetings, right?
11         MS. KYROUZ:  Objection, misstates
12  testimony.
13         THE WITNESS:  I guess what I would
14  say is we talk about various aspects of
15  various things at various times in the
16  executive committee meetings.
17  BY MR. WILLIAMS:
18     Q.  Okay.
19     A.  No -- you know, it wasn't set that
20  every executive committee meeting we would go
21  boom, boom, boom, boom, boom.
22     Q.  Sure.  I understand.  Okay.
23         One of the things that you had
24  responsibility for was doing operations

43

1  reviews for your organization; is that right?
2      A.  Yes.
3      Q.  And can you just describe for me
4  generally what that is, just the operations
5  review and the process?
6      A.  Well, the term is to kind of imply
7  what it was.  And -- and what we would do is
8  we would get the business unit managers
9  together.  And then we would spend time going
10  through how they did the previous quarter,
11  what their projections are for the current
12  quarter.
13     Q.  Uh-huh.
14     A.  And then, you know, issues or
15  challenges we are looking to have
16  addressed.  And that was kind of the
17  framework.  It was all just a discussion
18  about the total business, employee issues,
19  hiring issues.  So when the term
20  operations -- everything around, you know,
21  the business unit.
22     Q.  Uh-huh.  And when you say you would
23  get together with the business managers,
24  generally, who would you be referring to?

44

1  What level would you go down to?
2      A.  I would always have finance there.
3  I would always have HR there.  And then what
4  I would do is I would bring Mr. John Nugent
5  and his next line manager.  So the team
6  underneath him.
7      Q.  Uh-huh.
8      A.  And I would bring in Mary Anne and
9  her managers.  They were kind of separate
10  because you couldn't get through it all in a
11  day anyways.
12     Q.  Uh-huh.
13     A.  So it would generally be the direct
14  report to me and the next level down.
15     Q.  And -- and that would all be live,
16  not on a phone?
17     A.  No, always live.
18     Q.  Okay.  And they would do -- give you
19  submissions, maybe do a presentation for you
20  of their operation?
21     A.  Yes.
22     Q.  And you'd typical -- withdrawn.
23         Who was your assistant in mid 2000
24  through early 2001?

45

1    A.   Back then there were four women
2    running my life.
3    Q.   Yeah.
4    A.   My wife, my daughter, Liz Hornberger
5    and Terry Prasad.  Liz and Terry were my
6    assistants.
7    Q.   Liz Homer?
8    A.   Hornberger.
9    Q.   Hornberger.
10   A.   And Terry Prasad.
11   Q.   Terry Prasad.  Was there any -- did
12   they have different roles?
13   A.   No.
14   Q.   No?
15   A.   One Chicago, one San Francisco.
16   Different time zones.  I was an active
17   individual.  They had to keep me out of
18   trouble.
19   Q.   Okay.  All right.  Now, what was the
20   relationship between -- well, withdrawn.
21        Did you have any consulting staff in
22   NAS?
23   A.   I had sales consultants.
24   Q.   Okay.

46

1    A.   I did not have -- if you are talking
2    -- define what you mean by consultant.
3    Q.   Well, you are probably better --
4    better off defining that.  If you had sales
5    -- sales consultants, describe what their
6    responsibilities were.
7    A.   Their responsibilities were to work
8    with the sales teams.
9    Q.   Uh-huh.
10   A.   With the clients around all the
11   sales activities that we would go through on
12   a process --
13   Q.   Uh-huh.
14   A.   -- to sell a client a product.  So
15   they would -- they may interview the customer
16   or they may do needs analysis.  They would do
17   presentations.  They would do, you know,
18   video conferences.  They would do
19   demonstrations.
20   Q.   Uh-huh.
21   A.   So everything on the presale side
22   around the product to help answer a client's
23   questions or needs or interests?
24   Q.   Okay.  And so -- and those are

47

1    different -- the sales consultants are
2    different from people in the consulting
3    organization run by I think Sandy Sanderson;
4    is that fair?
5    A.   Yes.
6    Q.   Can you describe what you know the
7    responsibilities of the regular consultants
8    were?
9    A.   To get to be billable and generate
10   revenue from their time versus presales work
11   with the sales team to generate revenue via
12   product services versus consulting services.
13   Q.   And consulting services is doing
14   implementations to achieve --
15   A.   Kind of like lawyers, they bill by
16   the hour.
17   Q.   Right.
18   A.   And overbill.
19   Q.   Typically.
20   A.   You got to make a living, right?
21   Q.   The -- the consulting services, they
22   were -- they were doing implementations and
23   just working hands on with the products --
24   A.   Yes.

48

1    Q.   -- with the customers, right?
2    A.   That's a fair characterization.
3    Q.   And so -- but you had sales
4    consultants working with presales?
5    A.   The sales consultants were my
6    presales arm.  When I say presales, sales
7    consultants, I don't mean to confuse you.  I
8    just flip back and forth.
9    Q.   That's fine.  That's fine.  And they
10   -- would it be fair to say that they sort of
11   had the first face-to-face contact with the
12   customers doing evaluations, needs analysis,
13   demonstrations and things of that nature?
14   A.   Generally, when it came up to
15   selling the product, that's true.  That did
16   not mean that the consultants didn't do needs
17   analysis.  But that was more around
18   implementing a product versus selling.
19   Q.   I am talking about your -- I'm
20   talking about the people in your
21   organization.  Yes, you are shaking your head
22   that --
23   A.   Yes.
24   Q.   Is that correct what I was --

49

1   A. Yeah, that's a good generation.
2   Q. Okay. And where do the salespeople
3   come in?
4   A. They are generally in with the sales
5   consultant all the way along that process.
6   Q. Okay. But they are -- so do -- do
7   the sales reps do needs analysis and
8   demonstrations and things of that nature or
9   is that can kind of left --
10   A. Some of them might.
11   Q. Well, can you just -- is there a
12   difference between the experience or
13   responsibilities of the two that you can
14   describe?
15   A. I think it -- I would say that the
16   sales consultants tend to go into greater
17   detail around needs analysis --
18   Q. Uh-huh.
19   A. -- around product demonstration.
20   Q. The sales consultants do?
21   A. Yes.
22   Q. All right. And then the -- the
23   sales reps are doing more of how much do you
24   need, what's it going to cost, how can we get

50

1   it done, that type of --
2   A. Yeah, qualification, probably more
3   than detailed needs analysis, you know, not
4   drilling down into what's the accounts
5   payable clerk do on their day and --
6   Q. Okay. Okay. Is it -- was it
7   typical or atypical for you to communicate
8   directly with the sales reps or presales
9   reps?
10   MS. KYROUZ: Objection, vague.
11   THE WITNESS: I guess what do you
12   mean?
13   BY MR. WILLIAMS:
14   Q. Would someone presales consult --
15   I'm sorry. A sales consultant E-mail you
16   directly about an issue sometimes?
17   A. They -- they may very well, yeah.
18   Q. Okay. So it wasn't really a -- it
19   wasn't like the military, they couldn't -- it
20   wasn't as if like someone in the sales staff
21   couldn't call you up?
22   A. Thank God, no, no. I mean, the
23   great thing about, you know, technology is
24   everybody can communicate with everybody.

51

1   And it would not be unusual for a sales
2   consultant to send me an E-mail about a
3   client or a sales rep I know to send me an
4   E-mail about what clients we're talking about
5   or regional managers. The only thing I asked
6   out of everybody is make sure you are carbon
7   copying each other so everybody knows, you
8   know, the communication chain and what's
9   going on.
10   Q. Everybody knows what's going on?
11   A. Yeah, a virtual company. And it
12   would -- by the way, it wouldn't be unusual
13   during meetings to talk to them about issues
14   they are faced with directly. I am a big
15   believer in skip-level management. Because,
16   you know, if you are not talking to the
17   people who do the jobs daily, you may miss
18   something.
19   So, no, I spent a lot of time with
20   all of the employees. Like I said, I worked
21   for them. They didn't work for me.
22   Q. Uh-huh. Okay.
23   A. And every one of them was each a
24   unique individual.

52

1   Q. All right.
2   A. Just like your kids.
3   Q. I want to talk a little bit about
4   the -- the release or the process surrounding
5   the release of new products and how the sales
6   organizations are part of that process.
7   A. Okay.
8   Q. You are familiar with 11i --
9   A. Yes.
10   Q. -- right?
11   And your understanding of 11i of
12   what it was is what for the record?
13   A. 11i was the release of our
14   application suite that was when the product
15   line was all written around the Internet.
16   Q. Okay.
17   A. And it was all integrated, CRM, ERP
18   the whole front office, back office stuff.
19   Q. Okay. And it's fair to say that was
20   released somewhere in the spring of 2000,
21   May 2000?
22   A. I wouldn't know the exact date
23   anymore. I mean --
24   Q. Okay.

Roberts, George J   6/22/2006   8:02:00 AM

53

1   A. -- we are talking six years ago.
2   Q. All right. And in 2000 you had been
3   at Oracle for, what, 12 years?
4   A. Nine to ten.
5   Q. Nine to ten years?
6   A. Yeah, 1990, March 1990 is when --
7   Q. I'm sorry. So you had kind of gone
8   through several -- several different
9   releases of applications and --
10  A. Yes.
11  Q. -- and selling them, right?
12  A. Yes.
13  Q. And just before is 11i, there --
14  there was what, 10.7?
15  A. I don't remember. Can't remember.
16  Ten something.
17  Q. Ten something.
18  A. Ten something. Usually ten comes
19  before 11.
20  Q. Right. Well, prior to 11i, did you
21  understand that the applications products
22  that Oracle was selling was mainly
23  surrounding enterprise resource management or
24  ERP type?

54

1   A. No.
2   Q. No. Was Oracle -- was Oracle
3   selling CRM?
4   A. We were selling portions of it and
5   everything.
6   Q. Okay. Do you know what portions the
7   company was selling prior to May 2000?
8   A. I can't remember. Sales force -- I
9   mean, I guess a key differentiation between
10  release ten and release 11 other than, you
11  know, every release adds more product and
12  more --
13  Q. Sure.
14  A. -- functionality and everything
15  else. The key thing is it went from client
16  server to the Internet.
17  Q. Uh-huh. Okay. Can you describe
18  what client server means?
19  A. Client server is where -- and
20  originally we will go back on a little
21  history here.
22  Q. Uh-huh.
23  A. Originally, there was character
24  mode. And that was the old IBM main frames

55

1   and you had the green tube and there wasn't
2   color and anything else other than green.
3   You got it all in one color as long as you
4   liked green. And it was character mode.
5   There was no graphical user interfaces or any
6   of that stuff that you have today.
7       From character mode, they went to
8   client server. And client servers and main
9   frames where -- well, the character mode is
10  when all the software sat on the main
11  mainframe.
12  Q. Uh-huh.
13  A. When you went to client server, what
14  drove that was the user interface on personal
15  computers. And client server was when a
16  piece of the application code was on the
17  mainframe or your central server, whatever
18  you want to call it. And a piece of the
19  application code was also on the personal
20  computer sitting on your desk. And that was
21  called client server. And again what drove
22  all of that was the graphical user interface
23  and the flexibility and all of that other
24  stuff.

56

1       And then from there the Internet was
2   based on what they call a thin client, which
3   is just your web browser. And then all the
4   software is back on the server again. And
5   all you needed was access to the Internet
6   versus your PC, and you can get access to
7   your applications.
8   Q. Uh-huh. And so 11i, based on your
9   understanding -- and correct me if I am
10  wrong -- was the ERP and kind of back office
11  and CRM front office together in one suite of
12  software?
13  A. On the Internet.
14  Q. On the Internet. Well, accessible
15  via the Internet, right?
16  A. Yes. Ten client.
17  Q. Ten client. All right.
18      And so do you recall what any of the
19  modules in the ERP -- on the ERP side of 11i
20  were?
21  A. Generally, you would have had your
22  financials, so general ledger, accounts
23  receivable, accounts payable, payroll, fixed
24  assets, the kind of things you would have.

57

1   Q.  Uh-huh.
2   A.  You would have had manufacturing,
3   forecasting, scheduling, the kind of things
4   you would have had on the manufacturing
5   versus the -- you know, the back office
6   financial side.  Then you would have had, you
7   know, the application modules from, you know
8   -- actually, you just asked for ERP, I think.
9   Q.  Right.  I was just about to ask for
10  CRM.
11  A.  CRM, customer relationship
12  management, typically, the way that was
13  always explained was you had your back
14  office, which would be your manufacturing,
15  your financials -- because not everybody
16  needed manufacturing.
17  Q.  Right.
18  A.  Then you have the front office,
19  which was typically customer-facing-type
20  applications that would help you deal with
21  your customers and stuff.  So sales force,
22  you know, automation, so to speak, or
23  forecasting software, call center customer
24  service-type software.

58

1   Q.  Uh-huh.  And just kind of jumping to
2   another topic really quickly, Oracle was
3   using some sort of the CRM software for
4   forecasting, right?
5   A.  Yes.
6   MS. KYROUZ:  Objection, vague.
7   BY MR. WILLIAMS:
8   Q.  And that was -- at some point that
9   was called Oracle sales online or OSO?
10  A.  Yes.
11  Q.  Okay.  And can you just describe
12  what your understanding of OSO was?
13  MS. KYROUZ:  Objection, vague.
14  THE WITNESS:  Oracle sales online
15  was what we used to do our forecasting.  The
16  reps would put their pipeline in there.
17  BY MR. WILLIAMS:
18  Q.  Right.
19  A.  And they use that to forecast.
20  Q.  Okay.
21  A.  And that's what we used to keep
22  track of pipeline and forecasts.
23  Q.  So a sales rep, if there was an
24  opportunity to make a sale, they might put

59

1   that into Oracle -- put that into OSO?
2   A.  They would.
3   Q.  Okay.  And --
4   A.  Not might.  They would.
5   Q.  And that was --
6   A.  That was it.
7   Q.  -- what had to be done?
8   A.  That was it.
9   Q.  All right.  And --
10  A.  We didn't keep two sets of books
11  around.  It was a waste of time.
12  Q.  All right.  And that would include
13  customer name, right?
14  A.  Yes.
15  Q.  What might be sold, whether it's
16  applications or database?
17  A.  Yes.
18  Q.  All right.  Would it also include
19  the possible not revenue, but possible number
20  like 100,000, 200,000, $300,000 worth of
21  product, right?
22  A.  Yes.
23  Q.  And it would include probability of
24  when?

60

1   A.  Might.
2   Q.  Is that fair?
3   A.  Yep, yep.
4   Q.  And would it include also the notes
5   surrounding what the customer might need?
6   MS. KYROUZ:  Objection, lacks
7   foundation.
8   THE WITNESS:  I don't know -- I
9   can't remember about the notes.
10  BY MR. WILLIAMS:
11  Q.  Okay.
12  A.  I mean, there could be a, quote,
13  general description, financials, technology,
14  whatever.
15  Q.  Okay.
16  A.  I mean, there might have been more
17  detail in there.  But I didn't typically look
18  at that kind of stuff.
19  Q.  All right.  I just want to see if I
20  can get a general overview of what might have
21  been in there.
22  A.  Okay.
23  Q.  Also it would have the sales rep in
24  there, right, sales rep's name --

Roberts, George J  6/22/2006  8:02:00 AM

61

1    A.  Yes.
2    Q.  -- right?  The region that the sales
3    rep was in, possibly?
4    A.  It would -- yeah, yeah, I think it
5    had the region.  Typically sales rep's name,
6    manager's name.
7    Q.  Right.  And their, you know --
8    A.  Hierarchy.
9    Q.  -- geographical responsibility
10   possibly?
11   A.  I don't know whether it had their --
12   it might have had the region name.
13   Q.  Okay.
14   A.  I didn't think it -- it didn't state
15   states Cleveland -- Ohio, Wisconsin either.
16   It was just a hierarchy, rep, manager, area
17   vice president, you know, that kind of thing.
18   Q.  I understand.  And would it also
19   have possible timing of closure?
20   A.  Yes.
21   Q.  Okay.  And -- excuse me.  I guess
22   the managers or people like you would look at
23   that to get a feel for what was happening out
24   there in terms of the possibility of sales

62

1    closing within a certain period of time?
2    MS. KYROUZ:  Objection, lacks
3    foundation, vague.
4    BY MR. WILLIAMS:
5    Q.  Is that fair?
6    A.  I guess what do you mean by, you
7    know, we would look at that, get an idea what
8    is going on?
9    Q.  I can -- I can withdraw that.
10   Well, you indicated that you didn't
11   keep two sets of books and so --
12   A.  No, we didn't.
13   Q.  -- so opportunities would be in OSO,
14   right?
15   A.  Yes.
16   Q.  And --
17   A.  The only place they can put them
18   unless they had them under their pillow.
19   Q.  And so it was a database or a tool
20   that managers used for what purpose?
21   A.  To generate a report, to have a
22   discussion with the rep about their
23   opportunities.
24   Q.  Okay.  So you could pull a report

63

1    from OSO by sales rep?
2    A.  Yes.
3    Q.  All right.  And how about by region?
4    A.  Yes.
5    Q.  Okay.  How about by area vice
6    president?
7    A.  Yes.
8    Q.  How about by product?
9    A.  Yes.
10   Q.  Okay.  So you could see all the CRM
11   opportunities for a period of time?
12   A.  If you wanted to, yes.
13   Q.  Right, if you wanted to.  And same
14   for ERP?
15   A.  If you wanted to, yes.
16   Q.  All right.  And could you pull
17   opportunities by probability of closure?
18   A.  I believe you could.
19   Q.  Probability --
20   A.  I don't remember.  But I believe you
21   could.  So I...
22   Q.  Okay.  All right.  So let me just
23   kind of -- I sidetracked a little bit there.
24   A.  That's all right.  I do it all time.

64

1    Like I said, I'm over 50.
2    Q.  All right.  I am not over 50, and I
3    do it all the time.
4    A.  You need another cup of coffee.
5    Q.  I want to just go back to --
6    A.  Sorry, I kind of made the guy move
7    his camera.  I shouldn't do that to him.
8    Q.  I want to go back to the release of
9    11i and what was in it and what it did.
10   Now, were you personally trained on
11   11i?
12   MS. KYROUZ:  Objection, vague.
13   THE WITNESS:  By personally trained
14   what do you mean?
15   BY MR. WILLIAMS:
16   Q.  Well, did you attend a training
17   session or sessions on 11i and its
18   capabilities for purposes of selling it?
19   MS. KYROUZ:  Same objection.
20   THE WITNESS:  I'm -- I guess trained
21   on a 11i can mean many things.
22   BY MR. WILLIAMS:
23   Q.  Okay.
24   A.  I mean, if you are a client and you

65

1  are the accounts payable person, you might be
2  trained all the way down to the detail on
3  accounts payable.
4      Q.  Let me back up a little bit then.
5  Maybe I can ask the question in a different
6  way.
7          11i was a new release in the spring
8  of 2000, right?
9      A.  Right.
10     Q.  In any of those trips to California,
11  did you meet with development and did
12  development tell you, hey, this is what 11i
13  is going to do, this is how it is going to be
14  different from 10.7?
15         MS. KYROUZ:  Objection, vague.
16         THE WITNESS:  We met with
17  development all the time on various things.
18  We would talk about 11i all the time, just
19  like we talked about database and technology.
20  BY MR. WILLIAMS:
21     Q.  Right.
22     A.  We would always talk about why we
23  are different than everybody else.
24     Q.  Right.

66

1      A.  Right.  But, you know, I don't
2  remember sitting down for an 11i training
3  course.
4      Q.  There is probably kind of --
5      A.  Now, you know, we would train our
6  sales teams and stuff.  But I was with these
7  guys all the time.  So kind of osmosis you
8  pick it up.
9      Q.  It was kind of an evolving process
10  for you?
11     A.  For me, yeah.
12     Q.  It wasn't just like one day they
13  didn't throw 11i out and say, hey, learn
14  this.
15         But the sales staff had to do some
16  sort of training?
17     A.  Yes.
18     Q.  Okay.  And it was -- was that
19  typically done, if you know, in California?
20         MS. KYROUZ:  Objection, lacks
21  foundation.
22         THE WITNESS:  No.
23  BY MR. WILLIAMS:
24     Q.  Okay.  Where would it occur, if you

67

1  know?
2      A.  Everywhere.
3      Q.  Everywhere.  Okay.
4      A.  50 states, over the web, face to
5  face.
6      Q.  Okay.
7      A.  You know, web conferences.  I mean,
8  you don't -- I mean, you try not to move
9  2,000 people very often if you can help it.
10  You know, do you want to be -- you know, and
11  you want to be conscious of their travel
12  schedules.  You know, being a guy who
13  traveled all the time, I don't like people
14  traveling if they don't need to from their
15  families.  So I was very sensitive to that
16  stuff.  So we would hold training in their
17  offices.  We would hold -- depending on what
18  was going on, you know, once a year, we
19  always had a meeting in Las Vegas.  We would
20  hold training then.
21     Q.  Uh-huh.
22     A.  You know, sometimes we would have a
23  -- sometimes John or Mary Anne, you know, six
24  months into the year might have people get

68

1  together for training.
2      Q.  Okay.
3      A.  The sales consultants held training
4  on a regular basis.  I mean, training,
5  training, training, but all over the place.
6      Q.  All right.  And now so would it be
7  fair to say that the sales consultants were
8  trained on it, right?
9      A.  Yes.
10     Q.  And then sales reps?
11     A.  Yes.
12     Q.  Regional managers?
13     A.  Yes.
14     Q.  Area VPs, group VPs?
15     A.  Yes.
16     Q.  Everybody?
17     A.  Right.  But again level of
18  training --
19     Q.  Different?
20     A.  -- was different.
21     Q.  Sure.  I understand.
22         What -- what group would you say had
23  the most intensive training, sales reps?
24         MS. KYROUZ:  Objection, lacks

69

1 foundation, vague.
2     THE WITNESS: It -- by intensive
3 training, what do you mean?
4 BY MR. WILLIAMS:
5     Q. All right.
6     A. You know, training is on various
7 things. I mean, training could be on
8 technical capabilities. Training could be on
9 features benefits. Training could be on
10 what's the right process Oracle through to
11 sell it. So they all received training.
12 None of it was light versus intensive.
13     Q. Okay.
14     A. I mean, it was -- it was training
15 for what their specific needs were around the
16 product so they can perform their duties.
17     Q. All right. I understand.
18     MR. WILLIAMS: Why don't we take
19 five minutes. I am going to try to run
20 across the street and get a real cup of
21 coffee.
22     THE WITNESS: I figured you need it.
23     THE VIDEOGRAPHER: Going off the
24 record at 8:55 a.m.

70

1     (Short recess taken.)
2     THE VIDEOGRAPHER: Going on the
3 record. The time is 9:10.
4 BY MR. WILLIAMS:
5     Q. Okay. I think it makes sense for me
6 to kind of just get through some documents
7 and a lot of documents that you might be able
8 to help me understand. And so I am going to
9 kind of move in that direction. Okay?
10     A. Okay.
11     Q. I want to show you what has
12 previously been marked as Fitzpatrick 14. Do
13 you know Gayle Fitzpatrick?
14     A. Yes.
15     Q. How do you know her?
16     A. Oracle.
17     Q. All right. And what -- what -- was
18 she one of your salespeople?
19     A. No.
20     Q. So what was -- in terms of her
21 position at Oracle, what was her relationship
22 to people in your organization?
23     A. She reported to Mary Anne Gillespie.
24     Q. Uh-huh.

71

1     A. And she ran the sales consulting --
2 presales consulting team under Mary Anne
3 Gillespie.
4     Q. Okay. Presales, what we are talking
5 about before, people who did the initial sort
6 of assessment, demonstrations and needs
7 analysis, stuff like that?
8     A. And assisted in the sales cycle with
9 the sales reps.
10     Q. Very good. How about Ken Hamel, do
11 you know him?
12     A. Yes.
13     Q. Tell me about him or at least what
14 you know.
15     A. Ken worked for John Nugent.
16     Q. Okay.
17     A. And he was Gayle's counterpart.
18     Q. In the -- still within NAS, but he
19 was more general business, and Gayle was --
20     A. Mary Anne Gillespie, Gayle
21 Fitzpatrick, John Nugent, Ken Hamil, both
22 same jobs, general business, major accounts.
23     Q. Majors, thank you.
24     You see this E-mail from starting at

72

1 the top Ken Hamel to you, right, somewhere
2 around August -- October 6, 2000, right? If
3 you need time to review it, that's fine too.
4     A. Thank you.
5     Q. Okay. Just let me know when you are
6 done looking at it.
7     A. Okay.
8     Q. Okay. You have had a chance to
9 review Fitzpatrick 14, right?
10     A. Yes.
11     Q. And just quickly, you see it is an
12 E-mail from Ken Hamel to you --
13     A. Yes.
14     Q. -- in October of 2000, right? And
15 he ccs a bunch of people?
16     A. Yes.
17     Q. Kind of like what you were talking
18 about before, just to keep everybody in the
19 loop; is that fair?
20     MS. KYROUZ: Objection, lacks
21 foundation.
22     THE WITNESS: Whether it is keep
23 everybody in the loop, he is carbon copying
24 people to inform them around what this issue

Roberts, George J  6/22/2006  8:02:00 AM

73

1   is.
2   BY MR. WILLIAMS:
3       Q.   Right.  And is that one of the
4   things that you kind of wanted people in your
5   organization to do?
6       MS. KYROUZ:  Objection, vague.
7       THE WITNESS:  It's not what I wanted
8   to do.  It's the right way to manage a
9   business.
10  BY MR. WILLIAMS:
11      Q.   Okay.
12      A.   I mean, if you are dealing with a
13  topic that touches different organizations,
14  you should -- I mean, you should be open and
15  honest about it.
16      Q.   Okay.
17      A.   So that's what they are doing.  I
18  mean, for example, Nic Classick worked for
19  John Nugent.  Joe Dibartolomeo worked for
20  John Nugent.  John Boucher worked for John
21  Nugent.  Ted Bereswill worked for Ken
22  Nugent.  Steven Vakulskas worked for Ken
23  Hamel.  Keith Block ran consulting.  Gayle
24  worked for Mary Anne.  Ron Bunting ran

74

1   operations for me.
2       So he is informing the general
3   management team on this topic, which was
4   important to us.
5       Q.   Very good.  Who is David Handy?
6       A.   You know, I can't remember.
7       Q.   Okay.
8       A.   I know the name, I just can't tell
9   you what he did back then.
10      Q.   That's fine.  So it looks like at
11  least Ken is telling you or following up on
12  something you talked about during the Ops
13  review, right?
14      A.   I can't say that this was during the
15  Ops review or a follow up on that.  He is
16  following up around -- I mean the subject
17  line is demo issues with applications.
18  Whether this was a follow up to the Ops
19  review or before the Ops review or -- I
20  mean --
21      Q.   I was just -- I'm sorry.  I didn't
22  mean to cut you off.  Go ahead.  I was just
23  saying it looks like that because the first
24  line says "George, this note is a follow-up

75

1   to our discussion at the Ops review."
2       A.   Okay.  All right.  Then -- but it
3   doesn't mean that it just came up in the Ops
4   review.  It could have been an ongoing
5   discussion.
6       Q.   Okay.
7       A.   Right.
8       Q.   No, I understand.
9       A.   I just can't tell.
10      Q.   And you understand this to be a
11  discussion around the product demos?
12      A.   Yes.
13      Q.   And what are product demos?  What's
14  your understanding of what the -- what demos
15  were?
16      A.   Well, a product demonstration is
17  when after you spend some time talking to the
18  customer about what their needs are around
19  their business problem.
20      Q.   Uh-huh.
21      A.   You -- typically the customer wants
22  to see, you know, the product work --
23      Q.   Uh-huh.
24      A.   -- specifically around their kind of

76

1   business needs.  So whether it was technology
2   or applications or any of the other products
3   we sold, generally, you would do a series of
4   demos or one demo kind of depending what they
5   are looking for and what their needs are.  So
6   that's what product demo means to me.
7       Q.   Okay.  Do you see where he writes --
8   this Ken Hamel writes to you about a third of
9   the way down the page, it says "simply put,
10  all of our demo issues have to do with our
11  key marketed strength -- marketed strength
12  integration"?
13      A.   Uh-huh.
14      Q.   And what did you understand that to
15  mean, if you know?
16      A.   He is talking about the application
17  demonstration system.
18      Q.   Uh-huh.
19      A.   And he is talking about the fact
20  that applications development -- they come
21  from a -- it is interesting, whenever you are
22  in a business, whether it is engineering and
23  sales or anywhere, right, engineering thinks
24  all they have to do is build products and

77

1  they don't have to worry about it.  Sales is
2  like, well, we need more than just products,
3  we need to be able to sell products.
4       So the application development
5  organization had the application
6  demonstration system underneath them.  And,
7  frankly, it wasn't a big priority to them to
8  make it run right.
9       Q.  Okay.
10      A.  So they didn't tune it.  We had
11  performance problems.  And they were focused
12  on releasing the application versus releasing
13  the application, at the same time allowing us
14  to demonstrate the full capability of the
15  application.
16      Q.  Understood.
17      A.  It is kind of like the last thing
18  they want to do is write documentation, even
19  though when you release the product, you need
20  documentation.  But, you know, they are just
21  let me just coast.
22      Q.  And the salespeople needed it
23  because they needed to be able to demonstrate
24  the product in order to sell it?

78

1       A.  Uh-huh.
2       Q.  And so he is telling you -- Ken is
3  talking about a few different customers here,
4  which there are some issues with; is that
5  fair to say?
6       A.  Well, he is saying he is having some
7  issues with these customers around showing
8  them the product the way they want to see the
9  product.
10      Q.  Right.  And he says -- he writes to
11  you about three-quarters of the way down, he
12  says "here is the exposure.  Not only have we
13  lost deals in which we were the new player,
14  many deals have been lost with installed base
15  customers."  Do you see that?
16      A.  Yes.
17      Q.  And did you guys keep track of deals
18  that were lost due to either I guess failed
19  or not very good demonstrations?
20      MS. KYROUZ:  Objection, vague, lacks
21  foundation.
22      THE WITNESS:  By keep track what do
23  you mean?
24

79

1  BY MR. WILLIAMS:
2       Q.  Well, it looks like in this note he
3  is at least describing three or four
4  customers that deals were lost because of
5  poor demonstrations.
6       A.  It doesn't --
7       MS. KYROUZ:  Objection, misstates
8  the document.
9       THE WITNESS:  I don't think it says
10  we lost these deals to these clients.  We
11  might have.
12  BY MR. WILLIAMS:
13      Q.  Okay.
14      A.  But it says we are having issues
15  with them and that it's putting us in danger.
16      Q.  Okay.  I misspoke.  I think he is
17  saying that prior to this note that he had
18  lost the deals.  Is that fair?
19      A.  It says in here "not only have we
20  lost deals in which we were the new player."
21      Q.  Uh-huh.
22      A.  "Many deals have been lost with
23  installed base customers."
24      Q.  Okay.

80

1       A.  That's what he's saying.  And by the
2  way, nobody likes to lose deals.
3       Q.  No, I understand.
4       A.  You know.  And it's also -- the
5  other thing you should understand is it is
6  also the responsibility of the sales
7  organization to understand if you are losing
8  business, why you would be losing business.
9       Q.  And put that in context of what we
10  are talking about here for me.
11      A.  You might have training issues.  You
12  might have -- in this case he is saying that
13  the application demo system isn't set up
14  properly.
15      Q.  Okay.
16      A.  You know, he is not -- not
17  complaining about the application at all.  He
18  is saying the application demo system, which
19  was run by development, is not responsive to
20  the sales forces needs when it comes to being
21  able to demonstrate the product in the
22  marketplace.
23      Q.  Okay.
24      A.  He is also stating in here that the

Roberts, George J  6/22/2006  8:02:00 AM

81

1   issue is because we are new to the market for
2   a lot of this functionality around 11i, where
3   before normally we led the market. So we
4   have got to be able to prove to people this
5   stuff. And that from when the product was
6   released to when we can actually demonstrate
7   it, there was a time lag.
8       Q.  All right.
9       A.  Because it wasn't development's
10  priority to -- unfortunately, it wasn't.
11      Q.  To get it right. Okay. That's
12  fine. So what do you see when -- well,
13  withdrawn.
14          I am just going to ask you to turn
15  your attention to the next page, Bates ending
16  817113. He has his recommendation there. Do
17  you see that?
18      A.  Yes.
19      Q.  And the first line, what does he say
20  in the first line there?
21      A.  "The product is a demo."
22      Q.  Okay. And what did you understand
23  that to mean, if you -- if you have an
24  understanding?

82

1       MS. KYROUZ:  Objection, lacks
2   foundation.
3       THE WITNESS:  What -- what he is
4   saying is that we need to be able to show
5   people product.
6   BY MR. WILLIAMS:
7       Q.  Okay.
8       A.  That's what he means by that.
9       Q.  All right. Was that one of the
10  documents you looked at yesterday?
11      A.  You know, I don't know whether I
12  looked at this one specifically or not.
13      Q.  Okay. I'm going to ask the
14  reporter --
15      A.  Sorry.
16      Q.  -- to mark this document as Roberts
17  No. 1.
18          (Whereupon Roberts
19          Deposition Exhibit No. 1
20          was marked as
21          requested.)
22  BY MR. WILLIAMS:
23      Q.  Roberts number -- I'm sorry. I'll
24  wait for you. Roberts No. 1 is Bates

83

1   numbered NDCA-ORCL 013717 through 720. I'm
2   just going to ask you to take a look at
3   Roberts No. 1 for me. You don't have to read
4   it line by line. But if you would like to,
5   you can. And then I will ask you a few
6   questions about it.
7       A.  Yeah, okay. Okay.
8       Q.  Do you recognize what has been
9   marked as Roberts No. 1?
10      A.  Yes.
11      Q.  Did you see it yesterday?
12      A.  I don't remember -- I don't think I
13  saw this one yesterday.
14      Q.  Okay. And you recognize it to be --
15  you know, at least part of it to be an E-mail
16  from you to several other individuals at
17  Oracle, right?
18      A.  Yes.
19      Q.  And in or around October 2000,
20  specifically October 10th of 2000?
21      A.  Okay.
22      Q.  Is that fair to say?
23      A.  Yes.
24      Q.  And it's discussing the ADS system

84

1   that we were talking about on Fitzpatrick 14,
2   right?
3       A.  Yes.
4       Q.  And you forwarded a note that Gayle
5   Fitzpatrick sent to you to Larry Ellison,
6   Sandy Sanderson, Jeff Henley and some others,
7   right?
8       A.  Yes.
9       Q.  Do you know who L. Paulino is?
10      A.  No.
11      Q.  Is that Lee Paulino?
12      A.  No.
13      Q.  Okay. Now, do you see where you
14  write -- it is about maybe -- almost all the
15  way down the page where you write "as we
16  stated in our meeting last week," do you see
17  that section there? It is on the first page
18  of the document.
19      A.  Yes.
20      Q.  Uh-huh. And can you read that
21  paragraph for me?
22      A.  "As we stated in our meeting last
23  week, these difficulties are now common
24  knowledge by our competition. They position

85

1  our inability to competently pull these off
2  as proof that the E-business suite is not a
3  reality."
4      Q.  Okay.  In the fall of 2000, Oracle's
5  applications competition was Siebel, right,
6  PeopleSoft?
7      A.  Siebel, PeopleSoft, those are two of
8  them.
9      Q.  Uh-huh.  SAP, S-A-P?
10     A.  Yes.
11     Q.  Who else in the applications space?
12     A.  Ariba.
13     Q.  Ariba?
14     A.  i2, Commerce One, Manugistics, J.D.
15  Edwards, Lawson, Retech.  And a host of
16  others.
17     Q.  Oracle owns all those companies now.
18     A.  It's a good thing.  Still a
19  shareholder.
20     Q.  So --
21     A.  There is something to be said about
22  that.
23     Q.  Yeah.  In the fall of 2000, you
24  understood that Oracle's competition

86

1  challenged whether Oracle could actually put
2  together a full E-business suite; is that
3  fair?
4      MS. KYROUZ:  Objection, vague.
5      THE WITNESS:  I don't know that --
6  the competition, you know, always challenges.
7  It doesn't matter who you are.  If you have a
8  new release, they say, you know, they want to
9  challenge, does it do what Oracle says, just
10  like we want to challenge does theirs do what
11  they say it does.
12  BY MR. WILLIAMS:
13     Q.  Right.
14     A.  So, you know, it was standard for
15  whether its -- whether you are selling
16  copiers or insurance or software, your
17  competition is going to say, well, you know,
18  we do X, Y and Z and they don't.  So --
19     Q.  Okay.
20     A.  -- that's what the deal is.  And,
21  you know, any advantage you can get, you take
22  advantage of it.
23     Q.  All right.  Here you wrote that "as
24  we stated in our meeting last week, these

87

1  difficulties are now common knowledge by our
2  competition and they position our inability
3  to competently pull these off as,
4  quote/unquote, proof that E-business suite is
5  not a reality."  What did you mean by that?
6      A.  It says in the paragraph above that.
7      Q.  Okay.
8      A.  It says the ADS system issues.
9      Q.  Right.
10     A.  Not the 11i issues.  It says "I have
11  asked the team to get more specific on the
12  application demo system issues."
13     Q.  Okay.
14     A.  And so as I said, the application
15  demo system was how we used our -- how we
16  showed our products.  And if the application
17  demo system -- I am not saying the
18  applications -- the demo system wouldn't
19  support what we needed, then we couldn't show
20  the product the way we wanted to to the
21  customer.
22     Q.  Right.
23     A.  And that's what I'm talking about.
24  And it -- it says that in there.

88

1      Q.  All right.  Now, going to the next
2  page, excuse me, ending 718, if you go down
3  to halfway down the page, I guess this is
4  part of Gayle's note to you when she is
5  talking about Pier One, right?
6      A.  Okay.
7      Q.  And on the last sentence, she writes
8  "the lack of integration between IP and
9  purchasing was inconvenient since we could
10  not show the entire flow without using fake
11  data."  Do you see that?
12     A.  Yes.
13     Q.  Did you understand what she meant
14  when she wrote that?
15     A.  Not exactly.
16     Q.  Okay.  Go down to the next section
17  or the section where she talks about Clopay?
18     A.  Yes.
19     Q.  All right.  Clopay was another
20  customer that, I guess, Oracle was trying to
21  make a sale to; is that fair?
22     A.  Well, we are doing a demonstration
23  to them, so we are probably trying to sell
24  them something.

89

1    Q.   Okay.  Do you see where she writes,
2    third sentence, "in addition, drop ship
3    functionality was not working and fake data
4    was required."  Do you know what she meant
5    when she wrote that?
6    A.   No, I don't.
7    Q.   Okay.
8    A.   You know when you -- and one thing
9    you should understand, when -- when they say
10   things may not be working, it could be
11   because the network connection was bad.  I
12   mean in here she is talking about it was
13   worse in 2400 baud because the response time
14   was terrible.  That means that you could be
15   trying to show drop shipment and the system
16   times out all the time, so you can't show
17   them drop shipment.
18   Q.   Right.
19   A.   So, in fact, if you read this E-mail
20   closely, it talks about a whole host of
21   technology issues that were interfering with
22   our ability to show the product.
23   Q.   Uh-huh.
24   A.   For example, you know, Warner

90

1    Brothers, "we are accessing Oracle through
2    their firewall using the WWW demo
3    capabilities of ADS.  During the demo, there
4    was frequent dropping in connection requiring
5    closing of the application, reconnecting
6    through ADSWEB," et cetera, et cetera.
7        J&J, "wouldn't open the ports to
8    provide network access, so we had to
9    use dial-up over the phone lines," which I
10   can tell you is -- I mean, that's -- you
11   remember AOL days, right?
12   Q.   Uh-huh.
13   A.   So you kind of look at this.  And it
14   talks about it in a summary paragraph.  It
15   says our demo deployment strategy is the
16   right one.  However, the lead time between
17   when a release of products and our ability to
18   show it because development wasn't focused on
19   providing, you know, a good demo facility was
20   killing us.  It was hurting us.
21   Q.   Okay.
22   A.   And it -- I mean, it wasn't killing
23   us.  I mean, but, again, when you know there
24   is opportunities where you can win if you

91

1    show, you know, the product the way you want,
2    you want to win them because you know you
3    can.
4    Q.   When you say -- I'm sorry.
5    A.   But if the demo system doesn't
6    support it, then you are frustrated.  And
7    that's what this is all about.  We are
8    frustrated.
9    Q.   When you say demo facility, what do
10   you mean?
11   A.   Application demo system was a
12   demonstration facility.
13   Q.   Uh-huh.
14   A.   I mean, it's like you guys got data
15   centers in your business, right?
16   Q.   I don't know.
17   A.   Well, I mean, you have applications
18   in your lawyer firm, right?
19   Q.   Sure, sure, sure.
20   A.   Well, what happens if your system
21   was running slow or it went down all the time
22   and everything else?  That's what it was.
23   The application demo system was a system that
24   we showed all the products on.  And so if it

92

1    was slow or we couldn't connect or we
2    couldn't get through the customer's firewall
3    or they wouldn't give us a dedicated Internet
4    connection line or an ethernet line -- I
5    mean, there is a whole host of technical
6    issues that can show badly and people think
7    they are product issues when, in fact, it is
8    network problems and demo system problems and
9    everything else that has nothing to do with
10   product.
11   Q.   I was just asking you -- you said
12   demo facility.  And I was wondering what --
13   if you had any specific meaning attached to
14   demo facility other than the system itself?
15   A.   It's the application demo system.
16   Q.   Okay.
17   A.   That's what I mean when I am saying
18   that.  Again, you know, our biggest challenge
19   here was that from the field sales
20   perspective is that development was focused
21   on turning out the product and they weren't
22   as focused on making sure that -- you know,
23   and the other thing is -- is, you know, it
24   kind of talked in here a little bit about how

93

1   -- it gives you another idea about the
2   application demo system, but how in the
3   morning demos were okay, but by the time they
4   got to noon, they started going bad and
5   that's because the rest of the country was on
6   the demo system trying to show the product at
7   the same time so your performance degraded.
8      Q.  Okay.  So are you saying that this
9   -- that the demo system issues didn't have
10  anything to do with the product?
11     A.  Yeah.  That's -- this is all -- I
12  mean, if you read the summary, it is pretty
13  clear.
14     Q.  Okay.
15     A.  It says the lead time between the
16  release of the products and our ability to
17  show is hurting the business.  Uncontrolled
18  elements between the data center and the demo
19  site need to be addressed.  Elements include
20  equipment, we didn't have the right laptops,
21  connection method, right port restrictions,
22  poor modem speeds, our own internal network
23  and office performance, controlled
24  environment, the need for an integrated demo

94

1   hub or integrated demo hub is high.  And they
2   are talking about being able to -- because
3   customers have business flows.  And everybody
4   wants to do it differently.
5      So development can show a flow from
6   invoice to cash, right, we shipped them an
7   invoice, this is a flow all the way through
8   the system.  Well, the customer may not want
9   to see it that way.  They want to see it a
10  different way.  And we haven't laid out that
11  business flow in a software and they want to
12  see it that way and then we got to try to
13  show it to them that way.  And if development
14  hasn't put it in the demo system because they
15  wouldn't let the field touch it, then we had
16  to scramble.  It didn't mean the capability
17  wasn't there or anything else.  But if
18  development hadn't laid it out in a demo
19  system the way they are running it, we had to
20  -- we had to scramble, try and get it done.
21     Q.  Okay.
22     A.  And sometimes they would help us.
23  Sometimes they were busy doing other things.
24  It was a pain.  It was a pain.

95

1      MR. WILLIAMS:  I am going ask the
2   reporter to mark this document as Roberts
3   No. 2.
4      THE WITNESS:  And, you know the
5   other thing is, by the way, it wasn't just
6   this release.  I mean any release.
7   BY MR. WILLIAMS:
8      Q.  That's all right.  We are going to
9   get back to that.
10     A.  All right.
11        (Whereupon Roberts
12        Deposition Exhibit No. 2
13        was marked as
14        requested.)
15  BY MR. WILLIAMS:
16     Q.  And Roberts No. 2 is Bates numbered
17  NDCA-ORCL 101666 through 670.  And before we
18  even talk about this, did you even understand
19  what escalations were generally?
20     A.  Escalation is escalation.
21     Q.  Well, what does that mean?  That's
22  my question.  What's an escalation?
23     A.  An escalation is you raise an issue.
24     Q.  Uh-huh.

96

1      A.  That's an escalation.
2      Q.  What do you mean by you raise an
3   issue?
4      A.  If you are having -- if you are
5   having an issue or problem, you want to
6   escalate the issue to get it resolved.  So...
7      Q.  Are you talking about if a customer
8   has a problem?
9      A.  Escalation in general, I am saying
10  in general.
11     Q.  Uh-huh.
12     A.  I am -- it is like my alarm system
13  doesn't work in the house, I am calling the
14  alarm guys and saying come fix it.
15     Q.  Uh-huh.
16     A.  So it could be that.  It could be
17  any number of things.
18     Q.  Well, what did it mean at Oracle
19  with respect to application?
20     A.  I don't know.  I am going to read
21  the note.
22     Q.  Okay.
23     A.  All right.
24     Q.  Okay.

97

1    A.  Okay.  This looks like it is a
2    report around a series of clients that were
3    trying to resolve issues with their
4    application.
5    Q.  Okay.
6    A.  And that's what we mean by
7    escalation in this.
8    Q.  In this case -- well, I don't want
9    to talk about this case.  Generally, I'm
10   asking --
11   A.  Well, this E-mail is right here.
12   Q.  All right.
13   A.  This is this case.
14   Q.  You can put that aside.
15   A.  Okay.
16   Q.  My question is generally escalations
17   regarding customer -- regarding Oracle
18   applications at customers, internally, what
19   did escalations mean?
20       MS. KYROUZ:  Objection, lacks
21   foundation, vague.
22   BY MR. WILLIAMS:
23   Q.  If you think you have answered that,
24   that's fine, we can move on.

98

1    A.  I think I have.
2    Q.  All right.  Now, looking at Roberts
3    No. 2, do you recognize this document?
4    A.  I have it in front of me.
5    Q.  Right.  And it is an E-mail from you
6    -- I'm sorry, from Mark Barrenechea to you
7    and several others in November of 2000,
8    right?
9    A.  Right, right.
10   Q.  And he wrote to you that "as a
11   direct result of building an escalation team
12   for implementations, we have created a
13   process for reviewing, managing, resolving
14   and measuring implementations and
15   escalations."  Do you see that?
16   A.  Yes.
17   Q.  And you understood what he meant
18   when he wrote that; is that fair to say?
19       MS. KYROUZ:  Objection, lacks
20   foundation.
21       THE WITNESS:  I understand what he
22   is saying here, yes.
23   BY MR. WILLIAMS:
24   Q.  Okay.  And what is your

99

1    understanding of what he is saying here?
2    A.  What he is saying is that we have
3    some customers and we want to resolve some of
4    their issues.
5    Q.  Uh-huh.
6    A.  So I am creating a team to try and
7    get through their issues as rapidly as
8    possible so they can be successful with the
9    product.
10   Q.  Okay.  And -- and part of that was
11   creating an escalation team for
12   implementations, right?
13   A.  Well, that's what he said he did.
14   Q.  All right.  And the people that he
15   wrote this E-mail to, you, Sandy Sanderson,
16   Jeff Henley, Jay Nussbaum, Sergio Giacoletto,
17   Safra Catz, those are all either senior vice
18   presidents or executive vice presidents;
19   isn't that fair?
20   A.  I don't know whether all of them are
21   senior vice presidents.
22   Q.  Or executive vice presidents?
23   A.  Or executive vice presidents.  I
24   know some of them are because -- but I don't

100

1    know what -- I knew Charles Linn, but I can't
2    tell you -- I don't think he was a senior
3    vice president, but I don't know for sure.
4    He certainly wasn't an executive vice
5    president.  I knew Brad Scott.  You know, he
6    wasn't an executive vice president.  I don't
7    know whether he was a senior vice president.
8    So...
9    Q.  Okay.
10   A.  Mike Rosser wasn't a senior vice
11   president or an executive vice president.
12   Q.  All right.  Well, I was just talking
13   about the people that I actually named, you,
14   Sanderson, Henley, Nussbaum, Giacoletto and
15   Safra Catz, those were all among the very --
16   the most senior people at the company at the
17   time?
18   A.  They were senior people at the
19   company, that's correct.
20   Q.  All right.  And did you develop an
21   escalation team for your division?
22   A.  Not that I'm aware of.
23   Q.  Okay.  Do you know whether -- or do
24   you recognize any of the customers in this

101

1  document as customers who were in general
2  business or majors NAS?
3     A.  Yes.
4     Q.  Okay.  Which ones do you recognize
5  as being among those two business segments?
6     A.  Bank of Montreal was -- but they
7  were in Canada.
8     Q.  Okay.
9     A.  Hostcentric, InterLogix.  I think --
10  yeah, I think InterLogix.  Yeah, InterLogix,
11  National Instruments.
12     Q.  Can you tell whether those were
13  general business or majors?
14     A.  Bank of Montreal was Canada.
15  Hostcentric would have been general business.
16  InterLogix general business or majors.
17  National Instruments I believe was --
18  actually, I don't know, general business or
19  majors.  I couldn't tell you which one.
20     Q.  Okay.  Did you have any personal
21  interaction with the customer Hostcentric?
22     A.  Yes.
23     Q.  And do you recall who at Hostcentric
24  that you had interaction with?  It's a long

102

1  time ago, I understand.
2     A.  It would have been whoever the CIO
3  was.
4     Q.  Uh-huh.  And what do you recall
5  about the interaction with them as it relates
6  to the functionality of Oracle applications
7  in, you know, the fall of 2000?
8        MS. KYROUZ:  Objection, vague.
9        THE WITNESS:  Whenever -- typically,
10  if -- if a client was having some challenges
11  around an implementation which -- which,
12  frankly, could -- may or may not have
13  anything to do with the product.
14  BY MR. WILLIAMS:
15     Q.  Right.
16     A.  Right.  I mean sometimes the clients
17  had issues because they were trying to
18  integrate it in other vac systems and that
19  wasn't our responsibility or because they
20  couldn't get their people to change or
21  whatever.
22        But generally, if it was a client
23  who was having an issue with a product,
24  whether it is technology or applications, it

103

1  is, you know, what can you do to help us be
2  successful.
3     Q.  Okay.
4     A.  And that's probably what the
5  conversation would have been about.
6     Q.  Okay.  That's fine.  I don't know,
7  are you saying that you recall that or
8  generally that might have been what it was
9  about?
10     A.  That -- that would have been --
11  its --
12     Q.  Okay.
13     A.  Whenever you have a -- if a client
14  is having an issues around products, whenever
15  you have discussions with them, it is how do
16  you make -- how do you make me successful.
17     Q.  Okay.  Do you know if Oracle was
18  using Hostcentric as a reference in the fall
19  of 2000?
20        MS. KYROUZ:  Objection, vague.
21        THE WITNESS:  I believe we were --
22  yeah.
23  BY MR. WILLIAMS:
24     Q.  Uh-huh.  And do you know what

104

1  product Oracle was using Hostcentric as a
2  reference for?
3     A.  No.
4     Q.  Uh-huh.  Was it 11i?
5     A.  I can't -- I mean, I don't know.
6     Q.  Okay.
7     A.  We were using them as a reference.
8  It might have been -- when you say 11i,
9  that's I don't know how many products it was.
10  Oftentimes, when people want to talk to
11  somebody, you know, they are not, quote, I
12  want to speak to you about everything in 11i.
13  It's I want to speak to you how you are using
14  it to do your Internet store.
15     Q.  I understand.
16     A.  So it's -- it's -- we were probably
17  using them for a reference for other
18  applications.
19     Q.  Okay.
20     A.  Which ones or whatever.  I couldn't
21  tell you.
22     Q.  Okay.  And do you know when or if
23  the Hostcentric issues discussed here were
24  resolved?

105

1   A.  No. I can't recollect --

2   Q.  Okay.

3   A.  -- when they would have been

4   resolved or whatever.

5   Q.  Okay.

6   A.  But again in the software business,

7   it's no different than anything else. You

8   want to -- you always want to focus on making

9   your clients successful because two good

10   things happen. Number one, the client buys

11   more, which is sell them. And number two,

12   they will tell other businesses about how you

13   helped solve their business problems through

14   the use of products and services.

15       And reference selling, frankly, is

16   the best way to sell, whether you are selling

17   cars or software. And so, you know, every

18   client we had, we wanted them to be

19   successful and achieve their business

20   objectives so they come back and buy more.

21   And that's how Oracle got to be $10 billion

22   and buy PeopleSoft and all the other

23   companies. And, number two, you want them to

24   tell other companies about, you know, why

106

1   they are successful so other companies buy

2   the product, which is again how we got to be

3   over 10 billion and buy all the other guys.

4   Q.  I was just asking about Hostcentric

5   and whether you were using them as a

6   reference. And I think you answered that.

7   I don't need this. This one. Okay.

8   I just have a lot of material. So I

9   am going to jump around.

10   A.  Okay.

11   Q.  Hopefully, it won't throw you or me

12   off track.

13   MR. WILLIAMS: I am going to ask the

14   reporter to mark this document as Roberts

15   No. 3. Is that where we are, three?

16   THE WITNESS: Only to No. 3, huh.

17       (Whereupon Roberts

18       Deposition Exhibit No. 3

19       was marked as

20       requested.)

21   BY MR. WILLIAMS:

22   Q.  We will get there.

23   A.  I know we will.

24   Q.  Roberts No. 3 is Bates numbered

107

1   NDCA-ORCL 096150 through 151.  Let me know

2   when you are done looking at that.

3   A.  I looked at it.

4   Q.  Do you recognize the document?

5   A.  Yes.

6   Q.  Okay. Is it one of the documents

7   you reviewed yesterday?

8   A.  Yes.

9   Q.  All right. And it is an E-mail from

10   you to -- well, from David Winton to you in

11   early December of 2000, right?

12   A.  Yes.

13   Q.  And it is discussing the Q3 forecast

14   at least for North American sales?

15   A.  Yes.

16   Q.  All right. And David Winton was

17   your finance guy?

18   A.  Yes.

19   Q.  So is it fair to say that he did

20   most of the I guess the roll-ups of the

21   budget and forecasting, stuff for your

22   division and you?

23   MS. KYROUZ: Objection, vague.

24   THE WITNESS: David would do the

108

1   roll-ups of the forecast. And then the --

2   see budget -- or the difference between

3   budgets and forecasts, forecasts were, you

4   know, a weekly, monthly occurrence.

5   BY MR. WILLIAMS:

6   Q.  Right.

7   A.  Budgets --

8   Q.  One time?

9   A.  -- annual occurrence.

10   Q.  Right.

11   A.  Okay.

12   Q.  I understood that. I just was

13   trying to get at he was your finance guy.

14   And I was trying to get some --

15   A.  He would have been responsible for

16   both processes --

17   Q.  Right.

18   A.  -- when they occur.

19   Q.  Very good. And so -- so it looks

20   like in December for your division the

21   initial forecast was 346 million for Q3 '01,

22   right?

23   A.  Yes.

24   Q.  And do you see where he writes "our

Roberts, George J  6/22/2006  8:02:00 AM

109

1  LOBs turned in 311 with 28 million in
2  judgment"? Do you see that?
3      A.  Yes.
4      Q.  And LOBs means what?
5      A.  Line of business.
6      Q.  Okay.  Now, can you just -- is that
7  what we talked about before, general
8  business, majors, Canada?
9      A.  Telesales.
10     Q.  Telesales, right?
11     A.  Yeah, yes.
12     Q.  And when you -- when he writes 28
13  million in judgment, whose judgment is that,
14  do you know?
15     A.  Let me have a look.
16     MS. KYROUZ:  Objection, lacks
17  foundation.
18     THE WITNESS:  In general what that
19  would have meant is that John Nugent and
20  Mary Anne would have felt that, you know,
21  there was business there that would amount to
22  an additional $28 million.
23  BY MR. WILLIAMS:
24     Q.  Okay.  Going down the next sentence,

110

1  he writes "George and I added another 39
2  million for this submission."
3      A.  Right.
4      Q.  Do you see that?  So it looks like
5  that -- it looks like this is an E-mail that
6  David sent to someone else but then forwards
7  to you the next day; is that fair to say?
8      A.  I don't know whether that is what
9  happened.  But it is an E-mail that he would
10  have sent to somebody, yes.
11     Q.  And these are the types of subject
12  matter that your organization would send up
13  to finance, Jennifer Minton and her group?
14     MS. KYROUZ:  Objection, vague.
15     THE WITNESS:  You know, I mean what
16  -- what this looks like is an E-mail that
17  they would have sent to somebody in addition
18  with the, you know -- with the forecast or
19  whatever attached to it, kind of a summary.
20  BY MR. WILLIAMS:
21     Q.  Right.  When you say -- it is the
22  somebody portion that I am looking for.
23     A.  Yeah, I don't --
24     Q.  Don't know?

111

1      A.  I don't know who he would have sent
2  it to specifically.  But it would have been
3  to, you know, eventually corporate finance.
4      Q.  Okay.
5      A.  But I don't know who his contact was
6  for the roll-up.
7      Q.  I understand.  That's fine.
8      Going down to -- see paragraph two
9  there where he writes "more big deals this Q1
10  and Q2"?
11     A.  Yes.
12     Q.  Do you see that?  Could you just
13  read that paragraph for me, please?
14     A.  It says "more big deals this Q1 and
15  Q2.  As the schedule shows, our results this
16  year have been boosted by big deals in both
17  quarters.  Combined, these greater than
18  $5 million deals contributed over 55 million
19  year to date.  Note that we only have one
20  deal over 5 million currently in the Q3 pipe.
21  Last year we had four deals that netted 28
22  million."
23     Q.  Okay.  So is he -- when he says "as
24  the schedule shows," do you know what he is

112

1  talking about there?
2      A.  No, I don't know specifically what
3  he is referring to there.
4      Q.  Okay.  Maybe there was an attachment
5  with this, possibly?
6      A.  Possibly.
7      Q.  Okay.  And it sounds like what he is
8  saying -- correct me if I am wrong -- that
9  NAS had some big deals in the first two
10  quarters, which were -- I mean, they really
11  helped NAS' numbers?
12     A.  Yes.
13     Q.  And for the -- the third quarter
14  didn't look like the first and second with
15  respect to the number of big deals?
16     A.  Yes.
17     Q.  Okay.  Okay.  I am going to ask you
18  to turn to the next page 0961515.
19     A.  All right.
20     Q.  And if you can just read paragraph
21  four for me there?
22     A.  It says "Q3 pipe not where this
23  needs to be based on the conversion history.
24  I think we need another 50 million of

Oracle

Page  109 - 112

Roberts, George J  6/22/2006  8:02:00 AM

113

```
 1  applications and nearly 70 million of tech to
 2  feel statistically comfortable to hit our Q3
 3  budget.  Given the past trends, GB and majors
 4  should add incremental pipe during the next
 5  three weeks.  If so, we move up."
 6      Q.  Okay.  Now, did you understand I
 7  guess -- well, withdrawn.
 8          Do you see where he writes -- where
 9  he discusses the Q3 budget?
10      A.  Yes.
11      Q.  Now, do you know whether or not he
12  is referring to a budget that was set in the
13  annual budget setting process or was there a
14  replan of the budget sometime after that?
15      A.  I don't remember.  But he is
16  referring to whatever the Q3 budget is at
17  that point in time.
18      Q.  Okay.
19      A.  For Q3, whatever that is.
20      Q.  Okay.  And whenever it was created?
21      A.  It is just he is referring to
22  whatever -- I mean, budgets change.
23  Sometimes they change, sometimes they don't.
24      Q.  All right.
```

114

```
 1      A.  But when you start a quarter, you
 2  have a budget number for revenue.  And when
 3  he says budget, he means revenue there.
 4      Q.  Okay.
 5      A.  So he is saying -- he is referring
 6  to whatever the Q3 revenue budget is for that
 7  quarter.
 8      Q.  Okay.  All right.  And when he says
 9  or when he writes that "the Q3 pipe is not
10  where it needs to be based upon the
11  conversion history," did you have an
12  understanding what that meant?
13      A.  You know, my guess is he is
14  referring to historical conversion trends on
15  pipe size versus revenue.
16      Q.  Okay.  And it is his opinion that
17  they need -- that NAS needed another 50
18  million in apps and 70 million from tech to
19  feel comfortable about hitting the budget?
20      A.  That's what he is stating.
21      Q.  Do you recall whether or not you
22  responded to this E-mail?  Because it looks
23  like he sent it to you just in case you
24  didn't find yesterdays.
```

115

```
 1      A.  I don't know whether I responded to
 2  it or not.
 3      Q.  All right.
 4      A.  See, I'd get 200 plus E-mails a day.
 5  So every now and then I would miss one.
 6      Q.  All right.  This is in there.  It
 7  should be the next one.  Okay.  We will move
 8  on.
 9          Do you know whether David Winton's
10  opinion about what was needed in addition in
11  apps and tech to meet the Q3 budget would be
12  something you discussed during the executive
13  committee meetings?
14      MS. KYROUZ:  Objection, lacks
15  foundation, vague.
16      THE WITNESS:  I don't know that we
17  would have discussed that or not.
18  BY MR. WILLIAMS:
19      Q.  Okay.
20      A.  Probably not.
21      Q.  How come?
22      A.  I am just saying we didn't get to
23  that topic is all.
24      Q.  No, I know.  You are saying probably
```

116

```
 1  not.  Something must have --
 2      A.  No, I am just saying, you know, we
 3  talked about forecasts.  And the numbers were
 4  there on where pipeline was and everything
 5  else.  I am just saying we probably didn't,
 6  you know.  I mean...
 7      Q.  Okay.  And that's fine.  I just --
 8  what's the difference between saying, well,
 9  we probably did and we probably didn't with
10  respect to that issue?
11      A.  I'm just saying to my recollection
12  I'm not sure that I would have bothered
13  discussing that at the executive committee
14  meeting.
15      Q.  Is that because the numbers are not
16  very large?
17      A.  No.  It's because at the executive
18  committee everybody had the numbers in front
19  of them.
20      Q.  I see.
21      A.  I mean --
22      Q.  All right.
23      A.  No.
24      MR. WILLIAMS:  I am going ask the
```

117

1  reporter to mark this document as Roberts
2  No. 4.
3  (Whereupon Roberts
4  Deposition Exhibit No. 4
5  was marked as
6  requested.)
7  BY MR. WILLIAMS:
8  Q.  Roberts No. 4 is Bates numbered
9  NDCA-ORCL 13584 to 839.  I will ask you to
10  just take a look at the document.  You don't
11  need to read it line by line all the way
12  through.  If you want to, you can.
13  A.  Thank you.
14  Q.  Otherwise, I will just ask you the
15  questions that I am interested in.
16  A.  Okay.  I am going read it.
17  Q.  Okay.
18  A.  Just like contracts, you read them
19  line by line.
20  Q.  Excuse me.  Sorry.
21  A.  Okay.
22  Q.  Okay.  Do you recognize what has
23  been marked as Roberts No. 4?
24  A.  Yes.

118

1  Q.  And how do you recognize it?
2  A.  Because it has got my name on it.
3  Q.  All right.  It is an E-mail from --
4  A.  Sorry.
5  Q.  That's okay.  It's an E-mail from
6  Hilarie Koplow --
7  A.  Yes.
8  Q.  -- to several people and cc'g you,
9  right?
10  A.  Yes.
11  Q.  It actually looks like a forward of
12  several E-mails; is that right?
13  A.  Yes, it is a string of E-mails.
14  Q.  Okay.  And it is January of 2001,
15  January 3rd?
16  A.  Yes.
17  Q.  Okay.  Now, you told me who Hilarie
18  Koplow was before, but I don't recall.  Was
19  she one of your assistants?
20  A.  No, no, no.  She was senior vice
21  president over Internet sales over the
22  telesales organization.
23  Q.  Okay.  And she discusses in this
24  E-mail OASIS, O-A-S-I-S, right?

119

1  A.  Yes.
2  Q.  And that -- can you describe what
3  OASIS is or was?
4  MS. KYROUZ:  Objection, lacks
5  foundation.
6  THE WITNESS:  OASIS was the current
7  application that the telesales organization
8  was using to run their business from a -- you
9  know, call the client, record the data,
10  forecast.
11  BY MR. WILLIAMS:
12  Q.  Right.
13  A.  Everything they did in a call center
14  was on OASIS.
15  Q.  Right.
16  A.  It was the old system, so to speak,
17  probably at least ten years old, if not
18  older.
19  Q.  All right.  Would it be the
20  functional equivalent -- and I am not talking
21  about capability -- but equivalent of what
22  the sales staff were using with OSO, that
23  same type of information, deals,
24  opportunities and things of that nature?

120

1  MS. KYROUZ:  Objection, vague.
2  THE WITNESS:  A portion of it would
3  be for pipeline and stuff like that.
4  BY MR. WILLIAMS:
5  Q.  Okay.
6  A.  And you know what, actually, no, I
7  don't believe so, no.
8  Q.  Well, what was it?  What was it used
9  for, can you tell me?
10  A.  It was used to record all the
11  customer contacts.  And, you know, customer
12  Steve, how are you doing; you know, are you
13  ready to see the demo.  And they would record
14  all that and next action items, and it would
15  generate a call list for the next day for
16  them.  So it was call center centric.
17  Q.  Uh-huh.
18  A.  I -- I don't remember correctly, but
19  they might have been using -- I think they
20  probably were using OSO to put their forecast
21  in like everybody else.
22  Q.  Okay.
23  A.  So this -- I believe this is
24  referring to strictly just the call center

121

1 aspects of -- because that was a separate
2 module --
3     Q.  Okay.
4     A.  -- within the E-business suite.
5     Q.  Okay.  Let's talk about Hilarie's
6 note and see if you can help me understand
7 what she means here.
8     A.  All right.
9     Q.  She writes -- withdrawn.
10        Do you know who Steve Janicki is?
11     A.  No, I don't.  I don't remember.  I
12 think he might have been in development.
13     Q.  Okay.
14     A.  Probably was, but I can't remember.
15 It looks like it from the note.
16     Q.  Well, do you see where she writes
17 "Steve, this has some sensitivity.  Please do
18 not forward."
19     A.  Uh-huh.
20     Q.  "Given we will likely be going live
21 on OTS on January 15th and the application
22 has had little shake out time regarding
23 performance and functionality, days, not the
24 intended weeks, I am recommending we plan to

122

1 keep -- on keeping OASIS as a read only app
2 for 60 days."  Do you know what OTS was?
3     A.  Oracle telesales.
4     Q.  And was that part of the new
5 application?
6     A.  It was part of E-business suite.
7     Q.  Okay.  And it was going to be an
8 internal upgrade to OTS.  And OASIS, I guess,
9 was not going to be used anymore?
10     A.  Yes.  Yeah.  We were migrating away
11 from OASIS, just like anybody who puts in a
12 new application, they migrate from the old to
13 the new.
14     Q.  Okay.  Do you know what she meant
15 when she wrote the OT -- "the application has
16 had little shake out time regarding
17 performance and functionality"?
18        MS. KYROUZ:  Objection, lacks
19 foundation.
20        THE WITNESS:  What she is -- she is
21 talking about specifically to her department.
22 That's what she is referring to.
23 BY MR. WILLIAMS:
24     Q.  What was her -- ISD?

123

1     A.  Yes.
2     Q.  Now, was that Internet sales?
3     A.  Internet sales.  It was a fancy term
4 for our telesales.
5     Q.  Okay.  That's -- that helps me.
6     A.  That's fine.
7     Q.  Were they different, Internet sales
8 and telesales?
9     A.  Same thing.  Just like sales
10 consultant/presales, same thing, not separate
11 units.  I just --
12     Q.  So they no longer -- I'm sorry.
13     A.  You know, marketing, everybody wants
14 to have a fancy name.  Internet sales because
15 the internet was hot, so we called it the
16 Internet sales division.
17     Q.  Right.  But they were still using
18 the telephone?
19     A.  Well, they actually used the
20 Internet too.  I mean, they were doing demos
21 over the Internet, presentations over the
22 internet, web conferences, which now
23 everybody does, WEBEX and all that stuff.
24     Q.  Okay.

124

1     A.  So, you know, we called them the
2 Internet sales division.
3     Q.  Okay.
4     A.  Formerly they were called DMD, which
5 is direct marketing division.  Telesales,
6 call center.
7     Q.  Okay.  Oracle also used so-called
8 partners to help with sales and consulting;
9 is that fair to say?
10     A.  Yes.  But, you know, it -- that's
11 pretty broad.  But we had partners, yes.
12     Q.  Okay.  And how would you describe --
13 well, withdrawn.
14        Some of those partners were Arthur
15 Andersen, KPMG, E&Y; is that fair?
16     A.  Those are three of our partners,
17 yes.
18     Q.  And some others.  What were
19 generally the partners responsible for?  Were
20 they doing sales as well or were they doing
21 implementations or were there agreements
22 that, you know, Oracle would sell -- well,
23 withdrawn.  That an implementation partner
24 would help sell so long as they can also do

125

```
 1   the implementation?
 2        MS. KYROUZ: Objection, lacks
 3   foundation.
 4        THE WITNESS: Pretty broad.  Let's
 5   break it down and we will take -- I mean --
 6   BY MR. WILLIAMS:
 7   Q.  Okay.
 8   A.  -- we had partners who would do
 9   implementations.  We had partners who might
10   sell the software, all right.  We had
11   partners who might do -- who might -- we
12   called them partners.  But what they did is
13   they found opportunities for us, and so they
14   would be generating leads for us as partners.
15        So when you create a partner
16   program, you have different forms of -- you
17   know, you call them partner.  But you have
18   different programs based on the value they
19   can, you know, deliver to you as a company
20   and what they get out of it versus what you
21   get out of it.
22   Q.  Okay.  So now when you had a
23   partner, did each partner have -- well,
24   withdrawn.
```

127

```
 1        MR. WILLIAMS:  Okay.
 2        THE VIDEOGRAPHER:  This will
 3   conclude tape No. 1.  The time is 10:07 a.m.
 4        (Short recess taken.)
 5        THE VIDEOGRAPHER:  This marks the
 6   beginning of tape No. 2, volume one, in the
 7   deposition of George Roberts.
 8        Today's date is June 22nd, 2006.
 9   The time is 10:20 a.m.
10   BY MR. WILLIAMS:
11   Q.  Okay.  You know Michael Cochran?
12   A.  Yes.
13   Q.  And how do you know him?
14   A.  From Oracle.
15   Q.  And did he report to you or was he
16   in your organization?
17   A.  He was in my organization.
18   Q.  As what, group VP, SVP, area VP?
19   A.  It would have been group vice
20   president or area vice president.
21   Q.  Okay.  And do you know Paul
22   Seminara?
23   A.  Yes.
24   Q.  And what was he?
```

126

```
 1        You mentioned a partner program.
 2   Was there a general program or when you
 3   partnered up with another company that wasn't
 4   really specific to that partner the way that
 5   they went about doing the partnership?
 6   A.  Well, we had our partner programs.
 7   Q.  Uh-huh.
 8   A.  And then underneath that you might
 9   have a specific program specifically to what
10   you are trying to accomplish with that group
11   of partners.  You didn't go to where you had
12   partner program No. 1 and then partner
13   program No. 2 and then -- because you had 500
14   partners.  Each one was custom.  Typically,
15   they would fall into a program that kind of
16   matched up what they brought to the table and
17   what you brought to the table into the market
18   place.
19   Q.  Okay.
20   A.  All right.
21   Q.  Great.  Why don't we go off the
22   record for a minute.  You have to change the
23   tape?
24        THE VIDEOGRAPHER:  Yes.
```

128

```
 1   A.  He would have reported to Mike
 2   Cochran.
 3   Q.  Okay.  So someone below, he was like
 4   a regional manager or something?
 5   A.  You know, he might have been an area
 6   vice president too.  I don't know.  I don't
 7   know what his title was.  But he reported to
 8   Mike Cochran.
 9   Q.  Okay.  How about Anil Vora?
10   A.  Anil Vora, I know Anil, yes.
11   Q.  Do you know what his position -- was
12   he a salesman?
13   A.  No, I believe so.  I think he was in
14   Oracle leasing, financing or whatever.
15   Sometimes customers would lease product.
16   Q.  Right.  You are familiar with a
17   company or customer called Paxar?
18   A.  Yes.  I know the name.
19   Q.  And -- I'm sorry?
20   A.  Yes, I know the name.
21   Q.  Okay.  And do you recall whether or
22   not they bought 11i.
23   A.  I believe they were an 11i client,
24   yes.
```

129

1    Q.   Okay.  And do you recall whether or
2  not their implementation was done in the fall
3  or summer of 2000?
4    A.   I can't remember.  I can't remember,
5  sorry.
6    Q.   Why don't I show you a document.
7  That might help.
8    A.   You couldn't hear the noise in my
9  head when I shaking my head no, the rattle?
10    MR. WILLIAMS:  I will ask the
11  reporter to mark this document as Roberts
12  No. 5.
13  BY MR. WILLIAMS:
14    Q.   Robert's No. 5 is Bates numbered
15  NDCA-ORCL 09 -- I'm sorry, 039330 to 32.  I
16  will ask you to take a look at Roberts No. 5
17  just let me know when you are done.
18    A.   Okay.  Just a minute I want to read
19  it, and I will let you know when I was done.
20        (Whereupon, Roberts
21        Deposition Exhibit No. 5
22        was marked as
23        requested.)
24    THE WITNESS:  Okay.  I read it.

130

1  BY MR. WILLIAMS:
2    Q.   Do you recognize the document?
3    A.   It is -- it was sent to me, but I
4  don't remember seeing it.  It has been a --
5  this was back in 2000.
6    Q.   Right.  You didn't see it yesterday,
7  right?
8    A.   I know -- I don't believe I saw this
9  document yesterday.
10    Q.   Okay.  What is -- well, it's an
11  E-mail from Michael Cochran to you regarding
12  Paxar, right?
13    A.   Yes.
14    Q.   And it is in December --
15  December 28, 2000, right?
16    A.   Yes.
17    Q.   And Paxar had purchased 11i at some
18  point previously, right?
19    MS. KYROUZ:  Objection, lacks
20  foundation.
21    THE WITNESS:  Actually, in the
22  E-mail here it said that they were a 10.7
23  client user so they -- because they had been
24  using Oracle applications before.  They

131

1  decided they would buy 11i and migrate to 11i
2  it looks like from the E-mail.
3  BY MR. WILLIAMS:
4    Q.   Prior to December 26th, they had
5  either purchased or decided to migrate up to
6  11i, right?
7    A.   That's what it looks like, yes.
8    Q.   And do you see the subject line
9  where it says "critical account concession
10  request"?
11    A.   Yes.
12    Q.   Okay.  Do you know what a critical
13  account was?  Was there a -- did that -- did
14  that term or phrase have a general meaning
15  within your organization?
16    MS. KYROUZ:  Objection, vague.
17    THE WITNESS:  If -- if someone said
18  there was a critical account, it meant the
19  account had an issue that was critical.  It
20  could be anything.  It could be support
21  hasn't called us back.  It could be we are
22  unhappy with your -- with, you know, the
23  increase you are charging us on our support.
24  I mean, there could be whole -- various

132

1  reasons why someone might consider the
2  critical account.
3  BY MR. WILLIAMS:
4    Q.   Okay.  And you see -- what is a
5  concession request, if you know?
6    A.   I don't know.  They are not normal.
7  His headline he saying it is a concession
8  request.  But I didn't get them on any sort
9  of regular basis at all.  So...
10    Q.   But did you have an understanding
11  what the concession request was even if it
12  wasn't --
13    A.   No, not unless I read the E-mail.
14    Q.   Okay.
15    A.   You know, if someone said I am
16  sending you a concession request, concession
17  is a broad term --
18    Q.   Okay.
19    A.   -- until I read the topic and
20  understand what's the concession.
21    Q.   I see.
22    A.   I mean, what are they looking for.
23    Q.   What are they looking for?
24    A.   Yeah.  Do they want a sales

133

1  consultant to come train their people for
2  free?  I don't know.
3      Q.  Okay.  I understand.
4      A.  You know, it -- and by the way, it
5  could be a concession request as in
6  negotiation to buy the product.  We want
7  these concessions on the terms.  It is
8  natural.
9      Q.  It could mean --
10     A.  People ask for concessions all the
11 time.  That's --
12     Q.  That's fine.  Do you know whether or
13 not based on your review of this document,
14 whether Paxar was granted a concession in
15 terms either a refund or free consulting?
16     A.  I don't remember, to be honest with
17 you.  I can tell you that it -- you know, in
18 all of my years, I don't think I ever gave
19 anybody a refund.
20     Q.  Okay.
21     A.  Now, whether we assisted them in
22 some consulting help, make them successful or
23 not, that could have been.
24     Q.  Right.

134

1      A.  But, you know, we weren't in the
2  habit of giving money back to people.
3         MR. WILLIAMS:  All right.  This one.
4  I am going to ask the reporter to mark this
5  document as Roberts No. 6.
6             (Whereupon Roberts
7             Deposition Exhibit No. 6
8             was marked as
9             requested.)
10 BY MR. WILLIAMS:
11     Q.  Roberts No. 6 is Bates numbered
12 NDCA-ORCL 013041 through 47.  I will ask you
13 to take a look at it.  It is a relatively
14 lengthy document.  But if you would like to
15 read the whole thing, you can.
16     A.  I will.  Okay.  I have read it.
17     Q.  Do you recognize Roberts No. 6?
18     A.  I have it in front of me, yes.
19     Q.  And did you see it yesterday?
20     A.  No.
21     Q.  It looks like a series of E-mails,
22 most of which you are copied on, in January
23 of 2001; is that fair?
24     A.  Yes.

135

1      Q.  And concerning one of Oracle's
2  partners during that period; is that fair to
3  say too?
4      A.  Yes.
5      Q.  Do you know Kirsten Shaw?
6      A.  No.
7      Q.  How about Renee Knee?
8      A.  Yes.
9      Q.  Who is Renee?
10     A.  She worked at Oracle.  I don't know
11 here whether this is her -- whether she was
12 in alliances at this stage or where she was.
13 But I knew Renee Knee.
14     Q.  Was she in your organization?
15     A.  No.
16     Q.  Were you familiar with the company
17 that is discussed in this document AppsTech?
18     A.  I don't remember them.
19     Q.  You don't remember.  So you don't
20 recall whether or not you were part of the
21 arrangement of the partnership with AppsTech?
22     A.  Don't remember.
23     Q.  And do you recall receiving these
24 E-mails back in 2001?

136

1      A.  No.
2      Q.  Okay.  And you see where -- well,
3  withdrawn.
4         It looks like some person by the
5  name of Rebecca Enenchong is the I guess the
6  contact or the writer of several of these
7  E-mails originating from AppsTech, right?
8      A.  That's -- yeah, she is here listed
9  as who the E-mail is from.
10     Q.  Right.  Prior to -- well, withdrawn.
11        During the period, say, between May
12 of 2000 and early of 2001, had you heard
13 complaints from Oracle partners of
14 difficulties they were having implementing
15 11i?
16        MS. KYROUZ:  Objection, vague.
17        THE WITNESS:  I don't -- I don't
18 remember a trend of partners calling me up
19 and saying they are having problems.
20 BY MR. WILLIAMS:
21     Q.  Okay.  Do you recall any partners
22 calling you or writing you telling you that
23 specific modules of 11i were particularly
24 problematic for them to implement?

137

1      MS. KYROUZ:  Objection, vague.

2      THE WITNESS:  I don't -- I don't

3  remember specific E-mails from specific

4  partners around a topic like that.

5  BY MR. WILLIAMS:

6      Q.  How about generally?

7      A.  No.

8      Q.  Okay.  Do you recall whether during

9  that time frame you had heard complaints from

10  Oracle partners discussing difficulties

11  implementing Order Management -- the Order

12  Management module?

13     A.  No.

14     Q.  Okay.  All right.  Do you know why

15  -- well, withdrawn.

16     As you sit here today, you don't

17  recall any familiarity with this company

18  appstech.com?

19     A.  No.

20     MR. WILLIAMS:  I want to ask the

21  reporter to mark this document as Roberts

22  No. 7.

23

24

138

1      (Whereupon Roberts

2      Deposition Exhibit No. 7

3      was marked as

4      requested.)

5  THE WITNESS:  Thank you.

6  MR. WILLIAMS:  Excuse me.

7  BY MR. WILLIAMS:

8      Q.  Roberts No. 7 is Bates numbered

9  NDCA-ORCL 039324 through 328.  Actually, it

10  is kind of the continuation of a document

11  that we discussed earlier with Paxar but with

12  an additional page or two up front.

13     A.  Yes.

14     Q.  Take your time to look at it, if you

15  want.

16     A.  I looked at it.  Yeah, it's -- it

17  was an E-mail that was attached to the

18  original one you signed earlier.

19     Q.  Okay.  So just taking a look at

20  039324 and 325, which are the first two pages

21  of this particular exhibit, I am going to ask

22  you to turn to 325.

23     A.  Yes.  325.

24     Q.  The E-mail in the middle of that

139

1  page appears to be an E-mail from you to

2  Larry Ellison and several other people,

3  right?

4      A.  Yes.

5      Q.  And you are forwarding the critical

6  account concession request for Paxar that we

7  discussed earlier, right?

8      A.  Uh-huh.

9      Q.  You said directly -- withdrawn.

10     And this E-mail is directed to Larry

11  Ellison, right?

12     A.  It's -- it is to Larry, Ron Wohl,

13  Safra Catz, Jeff Henley, Mary Anne Gillespie,

14  Michael Cochran, Sandy Sanderson and Carolyn

15  Balkenhol.

16     Q.  Lot of people?

17     A.  Yeah, not just one.

18     Q.  Why don't you read the text of the

19  E-mail for me.

20     A.  It says "Larry, you should be aware

21  of this one in case it continues to escalate.

22  It may -- it may make sense to discuss this

23  one and any additional critical situations at

24  the next executive committee.  As you know,

140

1  some of other earliest 11i clients,

2  especially CRM and Order Management, are

3  exhausted from the effort of implementing the

4  products."

5      Q.  Okay.  What did you mean when you

6  wrote that clients were, quote/unquote,

7  exhausted from the effort of implementing the

8  products?

9      A.  That they want to get to production.

10  They have -- they have gone through an

11  implementation.  And implementation is,

12  frankly, whether -- any client when they get

13  into an implementation is a point in time

14  when there is the last ten percent, we just

15  want to get there.

16     Q.  Uh-huh.

17     A.  So in this case I'm saying that, you

18  know, they want to get there, they are almost

19  there, they are not there, but they are tired

20  of it and they want to get to production

21  because that's what it's all about.  I mean,

22  the timing -- the quicker you can get there,

23  the better everybody is.

24     Q.  Okay.  Was your -- is your opinion

141

1  that Paxar was almost there based on your
2  review of the documents that you -- the
3  entire document?
4      MS. KYROUZ:  Objection, vague as to
5  time.
6      THE WITNESS:  I can't tell you
7  whether they are almost there or not.
8  BY MR. WILLIAMS:
9      Q.  Okay.
10     A.  There is not enough data in here to
11  tell me.
12     Q.  Okay.  That's good.
13         Here you kind of mention escalate
14  again.  You said "Larry, you should be aware
15  of this one in case it continues to
16  escalate."
17     A.  Uh-huh.
18     Q.  And do you mean there in case it
19  just continues to be an issue that management
20  needs to deal with?
21     A.  If it -- if we were unable to
22  resolve the issues, it could continue to
23  escalate as a challenging account.  That's
24  all.  I mean, it says, as you know, some of

142

1  our earliest 11i, not all, but some had
2  issues.
3      Q.  Okay.
4      A.  You know, the other thing that I
5  think that is important to understand is when
6  people buy software, everybody wants to
7  implement it differently.  Sometimes they
8  want to implement it in ways it wasn't
9  designed to work.  And so because we are
10  having issues, you know, a lot of this stuff
11  is complicated.  It could be issues the way
12  they are doing it.  It could be issues on
13  again how they are trying to integrate it.
14  It could be issues with whoever the
15  implementor is.  It could be some product
16  issues because it was a new release.
17         And, you know, all software
18  companies when they release software, it's --
19  it's new.  And, in fact, in here -- I think
20  earlier in the E-mail I talked about how
21  Paxar knew they were buying the software --
22     Q.  Right.
23     A.  -- as an early release.  So those
24  are, you know, issues when you do that, you

143

1  got to be aware of.
2      Q.  Now, these 11i clients were --
3  especially CRM and Order Management, were
4  those some of the clients that were discussed
5  during the executive committee meetings or
6  was this just your proposal that we talk
7  about this stuff during the next EC?
8      MS. KYROUZ:  Objection, vague.
9      THE WITNESS:  Yeah, you know, I
10  mean, sometimes we would talk about a
11  specific client during EC or something.  But
12  again, it just -- it depended on what the
13  topics were at the time, what was greater
14  priority, what was an issue.
15         So I don't know whether we talked
16  about Paxar at the EC or not.
17  BY MR. WILLIAMS:
18     Q.  Okay.
19     A.  We might have.
20     Q.  You were just proposing it then?
21     A.  Yeah, yeah.
22     Q.  That's fine.
23     A.  I am just saying, you know -- I am
24  just saying it may make sense to discuss this

144

1  and additional ones.
2      Q.  Okay.
3      A.  Don't know whether we did or not.
4      Q.  All right.  I am jumping around a
5  little bit.
6      MR. WILLIAMS:  I am going to ask the
7  reporter to mark this document as Roberts
8  No. 7.
9      MS. KYROUZ:  8.
10     MR. WILLIAMS:  I'm sorry, 8.
11     THE WITNESS:  Thank you.
12         (Whereupon Roberts
13          Deposition Exhibit No. 8
14          was marked as
15          requested.)
16  BY MR. WILLIAMS:
17     Q.  Just for the record, Roberts No. 8
18  is marked -- is Bates numbered NDCA-ORCL
19  612311.  And it had previously been marked as
20  a deposition in another case as Winton
21  No. 48.  I don't want you to be confused by
22  that.  I am marking it here in this
23  deposition as Roberts No. 8.  I will ask you
24  to take a look at it.  Let me know when you

145

1  are done.
2    A.  All right.
3    Q.  Okay.  Do you recognize Roberts
4  No. 8?
5    A.  Yes.
6    Q.  And --
7    A.  I have it in front of me.
8    Q.  And it is an E-mail from David
9  Winton to Jennifer Minton; is that fair?
10    A.  Yes.
11    Q.  And is this one of the documents
12  that you reviewed yesterday?
13    A.  You know, I don't remember.  I might
14  have.  I can't remember whether specifically
15  we looked at this one or not.
16    Q.  Okay.  And the -- generally, it is
17  discussing the forecast update for your
18  division, NAS?
19    A.  That's what it says, yes.
20    Q.  And now you see where David Winton
21  writes "the pipe has not grown as we
22  anticipated.  We are actually slightly down
23  from December end reporting"?
24    A.  Yes, I see that.

146

1    Q.  Okay.  Do you have an understanding
2  of what that means?
3    A.  What he is saying is that we haven't
4  seen the pipeline grow as much as we
5  anticipated.
6    Q.  Right.  And the document that we
7  looked at earlier, the December 7th E-mail
8  that he forwarded to you, he had indicated in
9  paragraph No. 4 that -- if you want to go
10  back and look at it, we can do that.
11    A.  Which document?
12    Q.  I think it is Roberts No. 2 --
13      MS. KYROUZ:  Three.
14  BY MR. WILLIAMS:
15    Q.  -- or 3?
16    A.  It is 3.  Okay.  I have it.
17    Q.  Just looking at the second page
18  where he writes that "the pipe isn't where it
19  needs to be based on conversion history," do
20  you see that?
21    A.  Yes.
22    Q.  All right.  And he is saying that he
23  thinks that NAS needs another 50 million of
24  apps and nearly 70 million of tech --

147

1    A.  Uh-huh.
2    Q.  -- to feel statistically
3  comfortable, right?
4    A.  Uh-huh, yes.
5    Q.  And he also adds there that he
6  thinks that general business and majors
7  should add incremental pipe during the next
8  few weeks, right?
9    A.  Yes.
10    Q.  And in Roberts No. 8, he indicates
11  that that didn't happen; is that fair?
12    A.  I don't think he -- he isn't saying
13  the pipe didn't grow.  What he is saying is
14  it didn't grow as much as he anticipated.
15    Q.  As anticipated, okay, that's fair.
16  In fact, he says "we are actually slightly
17  down from December," December end reporting?
18    A.  Yes, that's what he states in the
19  E-mail.
20    Q.  He also -- see No. 2?
21    A.  Yes.
22    Q.  Can you just read No. 2 for me?
23    A.  It says "lack of big deals.  Unlike
24  Q1 and Q2, we have a few big deals in the

148

1  best case that could drive us past the 360
2  line."
3    Q.  Okay.  And it looks like that is
4  also an issue that he discussed in that
5  December 7th E-mail, right, the -- the
6  difference in big deals in Q3 in comparison
7  to Q1 and 2, right?
8    A.  Yes.
9    Q.  You see paragraph No. 3 in Roberts
10  No. 8?
11    A.  Yes.
12    Q.  Can you just read that for me?
13    A.  It says "drop in technology.  As
14  reflected in the softening pipe, both GB and
15  majors see a slow down in both Q3 and Q4.
16  GB's dot-com bubble has burst.  They expect
17  the west to end the year 30 to 40 million
18  behind their original budget for technology.
19  Majors see slow down in spending along with
20  smaller deal sizes.  Also, the change in ASP
21  model for Generic Tech hosting licenses
22  coupled with the dot-com crash is impacting
23  projected tech results in that segment."
24    Q.  Okay.  Now, did you know what he

149

1 meant when he used the term softening pipe?
2     MS. KYROUZ: Objection, vague, lacks
3 foundation.
4     THE WITNESS: What I am anticipating
5 he is referring to is that the pipeline isn't
6 growing like we thought it would grow.
7 BY MR. WILLIAMS:
8     Q. Okay. Now, from your perspective
9 and experience, does it mean that it is not
10 growing or it is going down when at least as
11 he refers to here it -- the pipeline
12 softening?
13     A. Could be either one or both.
14     Q. Okay. Do you see where he writes
15 "both general business and majors see a slow
16 down in both Q3 and Q4"?
17     A. Yes.
18     Q. So is it fair to say that at this
19 point in NAS, whatever Mr. Minton was
20 reviewing or analyzing had a view into Q4,
21 the next quarter?
22     MS. KYROUZ: Objection, vague, lack
23 of foundation.
24

150

1 BY MR. WILLIAMS:
2     Q. Is that fair?
3     A. I can't tell you what -- I can't --
4 it is speculation on what Jennifer is looking
5 at.
6     Q. No, I said Mr. Minton -- I'm sorry.
7 Let me withdraw the question. I meant to say
8 Mr. Winton.
9     A. He -- David probably was looking in
10 Oracle sales online on the pipeline --
11     Q. Okay.
12     A. -- but that --
13     Q. He can see into Q4?
14     MS. KYROUZ: Objection, vague.
15     THE WITNESS: I don't know that you
16 can see into Q4. But when reps put their
17 deals on, they put dates that they expect
18 deals to close. And I can tell you that as
19 you move further out from a specific quarter
20 you are in, the accuracy and everything else
21 around that stuff is -- gets vague, so to
22 speak.
23 BY MR. WILLIAMS:
24     Q. Okay.

151

1     A. Because I mean sales reps focus on
2 what's here and now, not --
3     Q. I understand.
4     A. -- four or five months out.
5     Q. Okay. Do you see where he writes
6 GB's, general business, dot-com bubble has
7 burst?
8     A. Yes.
9     Q. Did you understand what he meant by
10 that?
11     MS. KYROUZ: Objection, vague, lacks
12 foundation.
13     MR. WILLIAMS: Withdrawn.
14 BY MR. WILLIAMS:
15     Q. Do you have an understanding what he
16 meant by that?
17     MS. KYROUZ: Same objection.
18     THE WITNESS: What he is saying
19 there is that the general business unit that
20 -- that the year before had an awful lot of
21 business from new emerging businesses at the
22 time called dot-coms, that that business was
23 not what we thought be for the
24 quarter --

152

1 BY MR. WILLIAMS:
2     Q. Okay.
3     A. -- or the year.
4     Q. Okay.
5     A. Which by the way isn't unusual. I
6 mean it -- when you have business units, some
7 perform and overperform and some underperform
8 in total. You are looking for balance
9 performance.
10     Q. All right. He has in the
11 parenthetical here west -- I am sorry, "they
12 expect the west to end the year 30 to 40
13 million behind their original budget for
14 technology."
15     A. Yes.
16     Q. Do you see that? Do you have an
17 understanding what that meant?
18     MS. KYROUZ: Same objection.
19     THE WITNESS: He is saying that they
20 have a budget and they will be behind. That
21 specific unit is expected to be behind by
22 that amount.
23 BY MR. WILLIAMS:
24     Q. And the west, do you know who was

Roberts, George J  6/22/2006  8:02:00 AM

153

1 the area vice president for general business
2 west at the time?
3     A.  That would have been Nic Classick.
4     Q.  And -- and reporting to John Nugent,
5 right?
6     A.  Yes.
7     Q.  Okay.  So Mr. Winton also writes
8 "that majors sees a slow down in spend along
9 with smaller deal sizes."  Do you see that?
10     A.  Yes.
11     Q.  Do you have an understanding of what
12 -- what that meant?
13     MS. KYROUZ:  Same objection.
14     THE WITNESS:  Yes.
15 BY MR. WILLIAMS:
16     Q.  Can you tell me?
17     A.  It means exactly what that is
18 saying, they are seeing a slow down in
19 spending and smaller deal sizes.
20     Q.  Okay.  When -- well, when it says a
21 slow down in spend, does that refer to a slow
22 down in the amount of money that customers
23 are spending?
24     MS. KYROUZ:  Objection, lack of

154

1 foundation.
2     THE WITNESS:  They are seeing that
3 the customers are -- are spending less per
4 deal is probably what she is referring to.
5 That's what the smaller deal sizes mean.
6 BY MR. WILLIAMS:
7     Q.  Okay.  Thanks.  The next sentence
8 where it says "also, the change in the ASP
9 model for generic tech hosting licenses
10 coupled with the dot-com crash is impacting
11 projected tech results in net segment."  What
12 is the ASP model for generic tech hosting, do
13 you know?
14     A.  To be honest with you, I can't even
15 remember anymore.
16     MR. WILLIAMS:  Okay.  I am going to
17 ask the reporter to mark this document as
18 Roberts No. 9.
19     (Whereupon Roberts
20     Deposition Exhibit No. 9
21     was marked as
22     requested.)
23 BY MR. WILLIAMS:
24     Q.  Roberts No. 9 is Bates numbered

155

1 NDCA-ORCL 013382 through 385.
2     A.  Okay.  I have it.
3     Q.  Have you reviewed it or do you want
4 an opportunity to review it?
5     A.  Let me just review the first page.
6     Q.  Okay.
7     A.  Okay.
8     Q.  Okay.  Do you recognize Roberts
9 No. 9?
10     A.  Yes, I do.
11     Q.  And how do you recognize it?
12     A.  Because it's here.
13     Q.  It is an E-mail from --
14     A.  Sorry.
15     Q.  It's okay.  It is an E-mail from
16 Larry Garnick to you among others?
17     A.  Yes.
18     Q.  And it is on January 17th, 2001?
19     A.  Yes.
20     Q.  And it looks like the December
21 fiscal '01 revenue results?
22     A.  That's what it says.
23     Q.  All right.  Is that a -- and do you
24 recognize the form of this document as one

156

1 that you received on a monthly basis while
2 you were an executive vice president?
3     A.  Yes.
4     Q.  And what was the purpose of this --
5 this E-mail?  Was this a document that was
6 circulated prior to weekly E -- executive
7 committee meetings or --
8     A.  No.
9     MS. KYROUZ:  Objection, misstates
10 the document.
11 BY MR. WILLIAMS:
12     Q.  Okay.  Was it just an update that
13 you regularly received on a monthly basis?
14     A.  It was an update that we received on
15 a monthly basis.
16     Q.  Okay.  And it wasn't circulated to
17 everyone obviously, right?
18     A.  No, no.
19     Q.  Was Larry Garnick in your division?
20     A.  No.
21     Q.  He was in finance, right?
22     A.  Yes.
23     Q.  And reported to Jennifer Minton?
24     A.  Yes.

Roberts, George J  6/22/2006  8:02:00 AM

157

1    Q.  Just a second.  I am going to ask
2  you to read the first -- thanks -- first
3  bullet point from Larry to you among others?
4    A.  "The license revenues growth was
5  35 percent in U.S. dollars, 25 percent points
6  better than the 10 percent growth we
7  experienced in December fiscal year '00 over
8  fiscal year '99.  However, excluding the $60
9  million Covisint deal, the USDA growth rate
10  would have been only six percent.  Excluding
11  Covisint, OPI license revenue growth would
12  have been minus 85 percent."
13    Q.  You weren't responsible for OPI,
14  right?
15    A.  No.
16    Q.  Who was?
17    A.  Sandy Sanderson.
18    Q.  Okay.  And based on this -- this
19  bullet point, if you exclude Covisint from I
20  guess this -- the December results, the
21  growth year over year would have only been
22  six percent, at least based on this E-mail,
23  right?
24    A.  For December, the month of December.

158

1    Q.  Right, for December.
2    A.  That's what the E-mail says for the
3  month of December.
4    Q.  And do you know what -- well.
5  withdrawn.
6       And for OPI it would have been
7  negative 85 percent?
8    A.  That's what the E-mail says.
9    Q.  Uh-huh.  And do you recall any
10  discussions surrounding the December results
11  during the EC -- I am sorry, during any EC
12  meetings?
13    A.  I don't remember the discussion or
14  the results.
15    Q.  Uh-huh.  Okay.
16    A.  I apologize.
17    Q.  Down on the fourth bullet down, do
18  you see where it says applications growth was
19  218 percent?
20    A.  Yes.
21    Q.  ERP at 365 and CRM down 58 percent?
22    A.  Uh-huh.
23    Q.  Do you know whether in January of
24  2001 Oracle had any customers live on Oracle

159

1  CRM, 11i CRM?
2       MS. KYROUZ:  Objection, vague.
3       THE WITNESS:  I don't know.
4  Wouldn't know.
5  BY MR. WILLIAMS:
6    Q.  Okay.  Based on your understanding
7  of the December fiscal '01 results, do you
8  believe that -- withdrawn.
9       Based on the December results and at
10  least David Winton's E-mails that the pipe
11  had not grown as expected at least for NAS,
12  did you have any opinion about the condition
13  of the -- of the -- the condition of Oracle's
14  forecast and ability to meet the forecast in
15  Q3 '01?
16       MS. KYROUZ:  Objection, vague,
17  misstates the document, lacks foundation.
18       THE WITNESS:  I think -- I mean,
19  based at the time this occurred, we thought
20  we could make the forecast.  It says so in
21  the E-mails.
22  BY MR. WILLIAMS:
23    Q.  All right.
24    A.  And, by the way, it was not unusual

160

1  that one month you might be down versus a
2  month a year ago and the next month you might
3  be up.  I mean, the ability to get revenue in
4  on a consistent basis month to month month
5  is not applicable to the kind of business you
6  deal with when you sell enterprise software
7  in a direct organization.  It is more
8  applicable than a call center.  It is very --
9  because call centers have a higher volume of
10  deals.  A field organization like Covisint
11  and OPI, they tend to live and die by large
12  deals.  And the ability to -- if you can
13  break them up and go monthly, it would be
14  great.  But that's not the way the business
15  works.
16    Q.  Okay?
17    A.  It is a term called lumpy.
18  Sometimes you have lumpy business.
19    Q.  Okay.
20    A.  Because, unfortunately, you can't
21  say that, you know, if you have a forecast
22  and it says 70 percent chance of closing, you
23  can't say that you are going to get --
24  guaranteed to get 70 percent of that dollar

161

1 amount because it just doesn't work that way.
2 These things are binary.  They either sign a
3 contract or they don't.
4     Q.  Okay.
5     A.  So...
6     Q.  That's fine.  At least as of --
7 withdrawn.
8     MR. WILLIAMS:  I am going to ask the
9 reporter to mark this document as Roberts
10 No. 10.
11     THE WITNESS:  Thank you.
12          (Whereupon Roberts
13          Deposition Exhibit
14          No. 10 was marked as
15          requested.)
16 BY MR. WILLIAMS:
17     Q.  Roberts No. 10 is Bates numbered
18 NDCA-ORCL 063547 to 549.  I just ask you to
19 take a look at that and let me know when you
20 are done.
21     A.  Okay.
22     Q.  Do you recognize Roberts No. 9?
23     A.  Yes, I do.
24     Q.  E-mail from Michael --

162

1     MS. KYROUZ:  I think it is No. 10.
2     MR. WILLIAMS:  Sorry, did I misstate
3 that?
4     THE WITNESS:  Yeah, you said No. 9.
5 It's No. 10.
6 BY MR. WILLIAMS:
7     Q.  Okay.  And do you recognize Roberts
8 No. 10 as an E-mail from Michael Cochran to
9 Mary Anne Gillespie and you and Gayle
10 Fitzpatrick?
11     A.  Yes.
12     Q.  And it is in January of 2001, right?
13     A.  Yes.
14     Q.  Discussing TMP Worldwide?
15     A.  Yes.
16     Q.  And TMP Worldwide was a customer in
17 -- at least in NAS during that period?
18     A.  Yes.
19     Q.  One of Michael Cochran's customers?
20     A.  Yes.
21     Q.  In implementing or trying to
22 implement 11i?
23     A.  In implementing 11i.
24     Q.  Okay.  And do you recall receiving

163

1 the -- this communication about TMP?
2     A.  I don't recall receiving this
3 communication about TMT -- TMP.
4     Q.  Okay.  Did you know -- well,
5 withdrawn.
6     Do you recall taking any action in
7 response to Michael Cochran's communications
8 to you regarding TMP in January of 2001?
9     A.  I recall that TMP was an account
10 that was having some challenges or issues.
11     Q.  Uh-huh.
12     A.  I recall that we were focused on
13 making them successful.  I think we did in
14 the end.  But I can't recall, you know, what
15 we did other than, as I said before, you
16 know, if a client has issues, it always has
17 been Oracle's process or -- or business
18 practice to make sure that we do what we can
19 to make them successful, even -- even though,
20 you know, some of the issues may be our
21 product, some of the issues may not be our
22 product.  It could be how they are using the
23 product.  So --
24     Q.  Okay.

164

1     A.  But if they have issues, our intent
2 is always to try and resolve those issues to
3 their satisfaction.
4     Q.  Okay.
5     A.  And always will be.
6     Q.  All right.
7     A.  Well, I shouldn't speak for Oracle.
8 But always has been.  I can't believe that
9 has changed.
10     Q.  Okay.  And this is right around the
11 time when you had I guess communicated to
12 Larry Ellison that maybe we -- you guys
13 should pay attention to Paxar just in case it
14 continues to escalate, right?
15     A.  Yes.
16     Q.  Do you know if you had communicated
17 the TMP situation to anyone on the executive
18 committee?
19     A.  I don't know whether I would have
20 communicated about TMP specifically to the
21 executive committee.
22     Q.  Okay.  Going to -- it looks like
23 Michael Cochran forwarded you a series of
24 E-mails going between people at TMP and

165

1  Oracle, right?
2     A.  Yes.
3     Q.  And going to 063548 --
4     A.  Yes.
5     Q.  -- were you -- withdrawn.
6        Looking at the E-mail at the bottom
7  of the page from it looks like J. Aboyoun at
8  TMP, do you see that?
9     A.  Yes.
10    Q.  To Michael Cochran?
11    A.  Yes.
12    Q.  Do you see where she writes "TMP
13  spent 1.780 million on the financial software
14  and another $719,520 for the HR system, which
15  is also unusable at this time"?  Do you see
16  that?
17    A.  Yes.
18    Q.  Did you know that Oracle -- that TMP
19  had been unable to use any of the software,
20  at least those specific parts of the 11i
21  software in January of '01?
22        MS. KYROUZ:  Objection, lacks
23  foundation.
24        THE WITNESS:  I don't -- I don't

166

1  remember them not being able to use it.  I
2  remember them being in an implementation.  As
3  I mentioned, I was aware that they had some
4  challenges.  But I can't speak specifically
5  to this.
6  BY MR. WILLIAMS:
7     Q.  Okay.
8     A.  Like I said, I don't -- like I said,
9  obviously, I received this, but I certainly
10  don't remember it.
11    Q.  That's fine.  Do you see where she
12  writes "the delay in our go live cost us
13  approximately $75,000 per week in consulting
14  fees alone"?
15    A.  Uh-huh.
16    Q.  Do you see that?
17    A.  Yes, I do.
18    Q.  And do you -- do you have any reason
19  to believe that that was not true?
20        MS. KYROUZ:  Objection.
21        THE WITNESS:  I don't have any --
22        MS. KYROUZ:  Lacks foundation.
23        THE WITNESS:  -- reason to believe
24  it was true or not true.

167

1  BY MR. WILLIAMS:
2     Q.  Okay.
3     A.  When customers lay out project time
4  lines, you don't know whether they are
5  realistic or not.  You don't know whether
6  they have staffed them properly.  You don't
7  know whether they have committed the right
8  resources on their side or their consultant
9  side.  So I can't tell you whether this is
10  accurate or not.
11    Q.  Okay.  Looking at Michael Cochran's
12  E-mail to Mary Anne and you on Bates ending
13  3547 --
14    A.  Uh-huh, yes.
15    Q.  -- do you see Michael Cochran says
16  that "TMP has been struggling big time with
17  their 11i implementation"?
18    A.  Uh-huh, yes.
19    Q.  Do you see where he also writes
20  "this E-mail is an FYI.  For your purpose we
21  are very involved with them and it may cost
22  us a few bucks"?
23    A.  Yes.
24    Q.  Do you understand what he meant by

168

1  that, that it may cost us a few bucks?
2        MS. KYROUZ:  Objection, lacks
3  foundation.
4        THE WITNESS:  I mean he saying that
5  we want to make the client successful.  It
6  may cost us some -- some, you know, expense.
7  BY MR. WILLIAMS:
8     Q.  Right.  In terms of what?  You
9  indicated earlier it wasn't your practice to
10  refund --
11    A.  Correct.
12    Q.  -- money, right?
13    A.  Yes.
14    Q.  So how would that expense be
15  realized, free consulting?
16        MS. KYROUZ:  Objection, lacks
17  foundation.
18        THE WITNESS:  It -- it may mean that
19  we have some consultants on-site.  It may
20  mean that support gives them extra, you know,
21  hand holding.  It could mean that development
22  focuses more on escalating their technical
23  solutions or whatever.
24

Roberts, George J  6/22/2006  8:02:00 AM

169

1  BY MR. WILLIAMS:
2      Q.  Okay.
3      A.  So that's what it means.  You know,
4  whenever you dedicate resources, it costs you
5  money.
6      Q.  Okay.
7      A.  And again, you know, that is part of
8  the game.  I mean, it was a new release.  New
9  releases have challenges sometimes.  But at
10  the end, if the client is successful, you all
11  win.
12      Q.  Okay.  And as you sit here today, do
13  you know whether or not -- well, withdrawn.
14      As you sit here today, do you know
15  whether the TMP implementation ended up
16  costing Oracle money in response to
17  implementation problems that they were
18  having?
19      MS. KYROUZ:  Objection, vague, lacks
20  foundation.
21      THE WITNESS:  What do you mean by
22  costing them money, I guess?
23  BY MR. WILLIAMS:
24      Q.  Well, costing them bucks, whatever

170

1  Michael Cochran meant.
2      A.  If we expended extra effort to make
3  them successful, then it would have cost us
4  expense.
5      Q.  Right.  I am asking you, sitting
6  here today, do you recall whether or not that
7  actually happened?
8      A.  I know we focused on making them
9  successful.  It might have cost -- I am sure
10  it did.  I am sure it cost us some money,
11  expenses, you know, consultants, travel,
12  whatever.
13      Q.  All right.
14      A.  How much I couldn't tell you.  I
15  mean on that, I mean even in the legal
16  business, you guys have something called pro
17  bono, don't you?
18      Q.  It's all pro bono.
19      A.  It means you do stuff for free
20  sometimes to help your clients out.
21      Q.  They don't.
22      A.  They don't?
23      MS. KYROUZ:  I think we won the pro
24  bono award several years in a row.

171

1      THE WITNESS:  I am in the middle of
2  one of those right now where the other
3  gentleman has pro bono and it is really
4  killing me.
5      MR. WILLIAMS:  We should just start
6  with this.  I don't need this.  Just this
7  one.
8  BY MR. WILLIAMS:
9      Q.  I am going to show you what has been
10  previously marked as Fitzpatrick 15, Bates
11  numbered NDCA-ORCL 063415 through 417.  Let
12  me know when you have had a chance to review
13  it.
14      A.  Yes, I will.  I am just reading it
15  right now.  Okay.
16      Q.  Okay.  Do you recognize what has
17  been previously marked as Fitzpatrick 15?
18      A.  Yes.
19      Q.  It is a group of E-mails on which
20  you are either sent or cc'd; is that fair?
21      A.  Yes.
22      Q.  And it is right around the mid
23  January time frame?
24      A.  Yes.

172

1      Q.  It looks like one of the E-mails
2  that Gayle Fitzpatrick sent to you was
3  January 15, 2001?
4      A.  Yes.
5      Q.  And it looks like you may have
6  forwarded it to Mark Barrenechea, Ron Wohl,
7  Sandy -- and Sandy Sanderson?
8      A.  Yes.
9      Q.  Now, looking at the bottom of Bates
10  ending 415 over to the next page, the E-mail
11  from Gayle Fitzpatrick appears to provide you
12  an update on the demonstration issues that
13  had been occurring in the -- in the fall,
14  October, 2000, right?
15      A.  Yes.
16      Q.  The issue we had talked about
17  earlier today?
18      A.  About the ADS system being a good
19  demonstration environment to show the
20  product?
21      Q.  Right.
22      A.  Yes.
23      Q.  It is related to that; is that fair?
24      A.  Yes.

173

1   Q.  And she says that "there has been
2   good progress on some of the issues that we
3   were experiencing earlier.  Disconnects
4   during demos seem to have diminished
5   greatly."  Do you see that, it is like on the
6   bottom of that first page?
7   A.  Yes, I do.
8   Q.  Do you see that?  And connection
9   issues are one of the things that you and I
10  talked about earlier today --
11  A.  Yes.
12  Q.  -- right?
13      Ms. Fitzpatrick goes on to say that
14  "we are still faced with some challenges in
15  the following areas:  System performance and
16  product integration and stability.  The
17  system stability and performance issues still
18  result in a poor showing in front of the
19  customer, and we need to be able to
20  demonstrate that our E-business solution and
21  architecture are better performing than our
22  competitors, especially -- particularly those
23  who bring their own servers."  Do you see
24  that?

174

1   A.  Yes.
2   Q.  Now, do you know what she meant by
3   product integration and stability being one
4   of the issues or challenges that Oracle was
5   still facing?
6       MS. KYROUZ:  Objection, lacks
7   foundation.
8       THE WITNESS:  One -- I don't know
9   specifically.  But my speculation --
10  BY MR. WILLIAMS:
11  Q.  Uh-huh.
12  A.  -- is as we talked about before,
13  development's focus wasn't on the ADS system
14  as much as getting out product.  And so the
15  application demonstration system lagged the
16  production code.  So development would have
17  had product ready, and we might not be able
18  to get that new product on the application
19  demonstration system for it might be 90 days
20  or 120 days.
21      And in some of these, I think it
22  talked about a refresh of the application
23  demo system.  And consequently we might not
24  be able to show them the latest software we

175

1   had.
2   Q.  Okay.
3   A.  And that's probably what she
4   referring to there.
5   Q.  Okay.  She does indicate here that
6   there has been some -- some good progress,
7   though; is that right?
8   A.  She does indicate that, yes.
9   Q.  So it wasn't as if no one was
10  working on the issue for the three months or
11  two months between the October information
12  that Ms. Fitzpatrick sent to you and the --
13  the January E-mail?
14      MS. KYROUZ:  Objection, lacks
15  foundation.
16      THE WITNESS:  No.  They are always
17  working with us.
18  BY MR. WILLIAMS:
19  Q.  Okay.  Do you know whether or not in
20  December and January the demonstration system
21  or problems with it had impacted the ability
22  to actually make sales of 11i?
23      MS. KYROUZ:  Objection, vague, lacks
24  foundation.

176

1       THE WITNESS:  Well, I -- I mean, as
2   I have said, we had some issues with the
3   demonstration system.  And if you can't show
4   your product the way you would like, it can
5   impact your sales process.
6   BY MR. WILLIAMS:
7   Q.  Okay.
8   A.  I can't point to specific
9   transactions.  But...
10      MR. WILLIAMS:  Okay.  I am going to
11  ask the reporter to mark this document as
12  Roberts No. 11.
13          (Whereupon Roberts
14           Deposition Exhibit
15           No. 11 was marked as
16           requested.)
17  BY MR. WILLIAMS:
18  Q.  And Roberts No. 11 is Bates numbered
19  NDCA-ORCL 083409 through 410.  I am going to
20  ask you to take a look at that.  Let me know
21  when you are done.
22  A.  I'm reading it right now.  Okay.
23  Q.  Okay.  Excuse me.  Do you recognize
24  Roberts 11?

177

1    A.  Yes, I do.

2    Q.  Was it one of the documents you

3  reviewed yesterday?

4    A.  No.

5    Q.  It is an E-mail from Ron Wohl to Ron

6  Bunting in your division, right?  Was Ron

7  Bunt -- was Mr. Bunting in your division?

8    A.  Yeah, yeah.  Ron worked for me.

9    Q.  He was your operations guy?

10    A.  Yes.

11    Q.  Okay.  And cc'g you and some other

12  people?

13    A.  Yes.

14    Q.  All right.  Now, do you know who

15  Sharon Prosser is or was?

16    A.  Yes, I do.

17    Q.  Who is she?

18    A.  She worked in the -- in the ISD

19  group under Hilarie Koplow.

20    Q.  Okay.  So these -- the individuals

21  here are -- many of them are in NAS,

22  obviously, not Mark Barrenechea?

23    A.  Correct.

24    Q.  And do you see where Sharon Prosser

178

1  writes to Ron Wohl -- I'm sorry, to Ron

2  Bunting indicating "we are starting to feel

3  the impact across all areas of our business,

4  general business, majors, OPI, OSI on the

5  forecast because of the reporting limitations

6  with release 11i Order Management"?

7    A.  Yes.

8    Q.  Do you know what she meant by that?

9    MS. KYROUZ:  Objection, lacks

10  foundation.

11    THE WITNESS:  Not specifically.  But

12  the thing I can tell is when she states

13  general business, major, OPI, OSI, she is

14  speaking about the telesales component, not

15  the field sales component.

16  BY MR. WILLIAMS:

17    Q.  And how -- how is -- how do you know

18  that or how would one know that, because of

19  her responsibilities?

20    A.  Yes.

21    Q.  Okay.  That's right, she was in ISD,

22  right?

23    A.  Correct.

24    Q.  Okay.  Do you know how they were

179

1  using Order Management, release 11i Order

2  Management?

3    A.  No, I don't.

4    Q.  Was it an internal use of release

5  11i Order Management or do you know if she is

6  discussing issues with customers?

7    A.  From reading the E-mail, it appears

8  to me she is referring about ISD's internal

9  use of 11i.

10    Q.  Okay.  And --

11    A.  Which they were running production

12  on.

13    Q.  Okay.  And do you know what she

14  meant by "on the forecast"?  She talks about

15  the forecast.

16    MS. KYROUZ:  Objection, lacks

17  foundation.

18    THE WITNESS:  I -- I believe what

19  she is referring to is just reporting on

20  opportunities.  All right.  But, you know,

21  the other thing about ISD is -- is if you

22  think about the base of a pyramid with the

23  field sales organization at the top, fewer

24  deals, larger dollar volume.  ISD was a large

180

1  volume of deals, smaller dollar volume.

2    So what she might be complaining

3  about here is getting a report out.  Their

4  average transaction I think at the time was

5  maybe $15,000.  So what might be an issue to

6  her is not a big issue to North American

7  sales.  So you should understand that.  All

8  right.

9    I mean, if she has got a problem

10  with -- with, you know, 30 deals that are 15

11  grand a piece, well, 30 times 15 is still

12  money.  But in the overall scheme of things,

13  it is not going to make my day or hurt my

14  day.

15  BY MR. WILLIAMS:

16    Q.  I understand.  That's fair.  I was

17  just trying to get at -- well, she is talking

18  about she is having issues with her forecast

19  because of limit -- the limitations of Order

20  Management?

21    A.  No.

22    MS. KYROUZ:  Objection, lack of

23  foundation.

24    THE WITNESS:  What she is stating

Roberts, George J  6/22/2006  8:02:00 AM

181

1   here -- no.  What she is stating here is that
2   she is -- she is not able to get as much
3   information as she wants to put together the
4   ordering documents for the client.  So she is
5   trying to pull together information around
6   support and things like that to put together
7   an ordering document if a client is buying
8   additional seats and converting their support
9   plan or things like that.
10        So it is more getting data out to
11  prepare the quote than anything else.
12  BY MR. WILLIAMS:
13     Q.  Uh-huh.  So do you have an
14  understanding why she discusses the forecast
15  there then?
16     A.  Yeah.  Because she would like to get
17  the data out so that she can get her list of
18  deals, you know, properly configured so she
19  can put the right number on the forecast.  I
20  believe that's what she is stating.
21     Q.  Okay.
22     A.  That's what I am inferring from my
23  understanding of the business.
24     Q.  Okay.  Do you see where she writes

182

1   last sentence of that paragraph "I understand
2   that there are other Oracle groups that are
3   feeling the impact of this upgrade as well"?
4   Do you see that?
5      A.  Yeah, I see it.
6      Q.  Were you aware of any other groups
7   at the time feeling the impact of the release
8   11i Order Management upgrade?
9      A.  Not really.  But, I mean, it could
10  have been government telesales which -- or it
11  could have been, I don't know.  Europe
12  telesales.  I don't know.  Don't know.
13     Q.  Well, she doesn't say other Oracle
14  telesales groups.  She says other Oracle
15  groups.
16     A.  Yeah.  And I said I don't know.  I
17  don't know what she is referring to.  I -- I
18  don't know.
19     Q.  All right.
20     A.  I can't comment.
21     Q.  Okay.  That's fine.  I just want to
22  go down to the next sentence, do you see
23  where she writes "worth mentioning is the
24  customer satisfaction issues that are

183

1   starting to heat up because of our inability
2   to respond."  Do you know what she is talking
3   about there?
4         MS. KYROUZ:  Objection, lacks
5   foundation.
6         THE WITNESS:  I haven't got a clue
7   because based on -- you know, unless the
8   client hasn't got their quote with the right
9   support conversion or something or -- I don't
10  know.  I don't know why that would have been
11  a concern of any customer, frankly.
12  BY MR. WILLIAMS:
13     Q.  Okay.
14     A.  Will we be breaking at about 12
15  o'clock because I do have to make one call
16  during the lunch break as well?
17     Q.  Certainly.  We can break whenever
18  you would like.
19     A.  Well, we can do a couple more
20  because I know we -- we got to get through
21  the day.
22        MR. WILLIAMS:  I ask the reporter to
23  mark this document as Roberts No. 12.
24        THE WITNESS:  12.  An even dozen.

184

1   Thank you.
2              (Whereupon Roberts
3              Deposition Exhibit
4              No. 12 was marked as
5              requested.)
6   BY MR. WILLIAMS:
7      Q.  Roberts No. 12 is Bates numbered
8   NDCA-ORCL 080127.  Let me know when you have
9   looked at that.
10     A.  I have looked at it.
11     Q.  Do you recognize Roberts No. 12?
12     A.  Yes.
13     Q.  E-mail from Gayle Fitzpatrick to
14  you?
15     A.  Yes.
16     Q.  And David Winton and Margie Gilbert?
17     A.  Uh-huh.
18     Q.  Right?
19     A.  Yes.
20     Q.  January 26, 2001?
21     A.  Yes.
22     Q.  And it's the North American sales
23  demo report?
24     A.  Yes.

185

1    Q.  Was it a report that was regularly
2  sent to you by Gayle Fitzpatrick?
3    A.  I -- I don't know whether -- it was
4  a report I was having her send to me at the
5  time.
6    Q.  Do you know why?
7    A.  Because we were tracking about how
8  the demo system was improving because we were
9  trying to improve our ability to demo the
10  product.
11    Q.  Okay.  And who is Margie Gilbert, do
12  you know?
13    A.  Margie Gilbert worked in North
14  American sales.
15    Q.  Okay.  It appears that there is an
16  attachment with this document, right?
17    A.  It sure looks like it.
18    Q.  Okay.  Do you have an idea what this
19  attachment looked like at the time?
20    A.  It probably -- I can't lay out the
21  format.
22    Q.  Sure.
23    A.  But my question is what it was it
24  was -- we were asking the sales consultants

186

1  to report on how the demonstrations went and
2  where they might have had issues, whether
3  they were performance or whatever.  And so
4  then we consolidated that all because I
5  wanted to track it and give it to the ADS
6  people so they can continue to work on
7  improving the system.
8    Q.  Okay.  Was it a report that you sent
9  up to senior management or those that weren't
10  you concerning the progress of the demo
11  systems?
12    MS. KYROUZ:  Objection, vague.
13    THE WITNESS:  It is a report that I
14  probably would have sent to development.
15  BY MR. WILLIAMS:
16    Q.  Okay.
17    A.  Because they -- again they had the
18  application development system.  So it would
19  have gone to development or ADS and say, hey,
20  we are making progress, we have a long way to
21  go.
22    MR. WILLIAMS:  Okay.  I ask the
23  reporter to mark this document as Roberts
24  No. 13.

187

1    (Whereupon Roberts
2    Deposition Exhibit
3    No. 13 was marked as
4    requested.)
5  BY MR. WILLIAMS:
6    Q.  Roberts No. 13 is Bates stamped
7  NDCA-ORCL 101642.  101642.
8    A.  Okay.
9    Q.  Okay.  Do you recognize Roberts 13?
10    A.  Yes.
11    Q.  It is an E-mail from your operations
12  guy David Winton?
13    A.  Yes.
14    Q.  Cc'g Jennifer Minton?
15    A.  Yes.
16    Q.  Right?  Discussing the tech outlook.
17  Is that database outlook?
18    A.  Yes.
19    Q.  And it appears that Mr. Winton is
20  describing for you at least in chart form the
21  reduction in dot-com business and the ASP
22  business on the company's overall -- at least
23  the NAS database sales; is that fair?
24    A.  Yes.

188

1    Q.  And he says "I isolated the drop in
2  dot-com and ASP revenue with the associated
3  change in revenue and growth."
4    A.  Yes.
5    Q.  Do you know why he did this for
6  you --
7    MS. KYROUZ:  Objection.
8  BY MR. WILLIAMS:
9    Q.  -- that --
10    MS. KYROUZ:  Objection.  Sorry.  Why
11  don't you finish your question.
12  BY MR. WILLIAMS:
13    Q.  -- in January of 2001?
14    MS. KYROUZ:  Objection, lacks
15  foundation, vague.
16    THE WITNESS:  Okay.  Can you be more
17  specific?
18  BY MR. WILLIAMS:
19    Q.  Well, it looks like -- he says "as
20  we discussed today, here is a recap of the
21  dot-com/ASP effect on our tech business,"
22  right?
23    A.  Uh-huh, yes.
24    Q.  Do you know why he created this

189

1  comparison for you?

2     MS. KYROUZ:  Same objection.

3     THE WITNESS:  I think probably in --

4  in one of the other earlier documents we

5  talked about a concern where that segment of

6  the business, which was part of general

7  business was slowing down.  So we probably

8  had him do this to take a look at it.

9  BY MR. WILLIAMS:

10    Q.  Okay.  And he writes I guess the

11 last sentence there, "it does show some

12 slowing from the first half, but still

13 projects to grow 43 percent over last year,"

14 right?

15    A.  Yes.

16    Q.  "And nearly all of this is coming

17 from general business, 60 percent with majors

18 only growing eight"?

19    A.  Yes.

20    Q.  Right?

21    What does he -- now, in that

22 parenthetical there is he saying general

23 business is down 60 percent or is he just

24 referring to general business as being

190

1  60 percent?

2     A.  He is actually indicating general

3  business to be up 60 percent.

4     Q.  Okay.  And you see down I guess the

5  second little chart there discussing the

6  dot-com and ASP --

7     A.  Uh-huh.

8     Q.  -- effects?

9     A.  Yes, I do.

10    Q.  So he is indicating here that for

11 the -- for Q3 the expectation is that the

12 dot-com growth will be negative 54 percent

13 for that quarter, right?

14    A.  Yes.

15    Q.  And that Q4 would be negative

16 41 percent?

17    MS. KYROUZ:  Objection, lacks

18 foundation.

19    THE WITNESS:  Well, that's -- that's

20 what the -- what he has got there, yes, on

21 his numbers, yes.

22 BY MR. WILLIAMS:

23    Q.  Right.  Because earlier we were

24 talking whatever he was using to do his

191

1  analysis, he at least had some sort of view

2  of expectations for Q3 and Q4. right?

3     A.  Yes.

4     Q.  Okay.  Do you know if you responded

5  to this E-mail?

6     A.  I don't know whether I responded to

7  it or not.

8     MR. WILLIAMS:  Let me have this one.

9  It is over there.

10    I will ask the reporter to mark this

11 document as Roberts No. 14.

12          (Whereupon Roberts

13           Deposition Exhibit

14           No. 14 was marked as

15           requested.)

16 BY MR. WILLIAMS:

17    Q.  Roberts No. 14 is Bates numbered

18 NDCA-ORCL 052475 through 478.  And I think

19 that the document has a couple of pen marks

20 on them.  And I will let you know those are

21 mine. So I will -- I will just focus you on

22 those sections when I get there.  But you can

23 read the whole thing.

24    A.  Okay.  I have got it in front of me

192

1  and reviewed it.

2     Q.  Do you recognize this as an E-mail

3  sent from Ron Wohl to Sandy Sanderson and

4  you?

5     A.  Yes.

6     Q.  Forwarding a bunch of other E-mails,

7  right?

8     A.  Yes.

9     Q.  On January 31st, 2001?

10    A.  Yes.

11    Q.  Are you familiar with a customer

12 Hudson's Bay?

13    A.  Yes.

14    Q.  And how are you familiar with that

15 customer?

16    A.  They were a customer of mine in

17 Canada.

18    Q.  Canada.  And that organization was

19 run by who?

20    A.  Bill Bergen.

21    Q.  All right.  And do you know -- do

22 you recall Hudson's Bay having difficulty in

23 implementing 11i in December, January 2001?

24    A.  You know, I don't -- I don't recall

193

1 them having a difficulty.  They might have
2 for a period of time.  All I know is they
3 were a happy customer -- I remember them
4 being a happy customer when I was calling on
5 them.
6     Q.  Do you know how long it took for
7 them to be a happy customer?
8     A.  No, I don't know.
9     Q.  Do you know between January 31, 2001
10 -- withdrawn.
11     So you don't know how long it took
12 after January -- bless you.
13     A.  Excuse me.
14     Q.  -- January 31st, 2001, for them to
15 become a happy customer, do you?
16     A.  It might have happened 30 days
17 later, don't know.
18     Q.  It might have happened nine months
19 later too, right?
20     A.  I doubt it.
21     Q.  Why?
22     A.  Because I don't think it took that
23 long.  I remember -- I just remember -- I
24 just remember having a good relationship with

194

1 Hudson's Bay.
2     Q.  Okay.
3     A.  That's all.
4     Q.  All right.
5     A.  That's all.
6     Q.  And do you know whether or not
7 getting them to be a happy customer cost
8 Oracle any additional money?
9     MS. KYROUZ:  Objection, vague, lacks
10 foundation.
11     THE WITNESS:  I don't know.
12 BY MR. WILLIAMS:
13     Q.  Okay.
14     A.  I really don't.
15     Q.  Okay.  Do you know Sandy Moffat?
16     A.  I know the name.
17     Q.  Is he somebody in your organization
18 maybe?
19     A.  Don't -- no, sorry, Shawn, don't
20 know.
21     Q.  That's okay.  How about Mark Aboud?
22     A.  Yes.
23     Q.  Who is that?
24     A.  He worked for Bill Bergen in Canada.

195

1     Q.  Okay.
2     A.  In fact, now I know Sandy Moffat.
3 She was a sales rep.
4     Q.  In Canada?
5     A.  Yes.  For Hudson's Bay.
6     Q.  Okay.  Do you see where he writes
7 on I guess Bates ending 476 discussing
8 Hudson's Bay, "this is a disaster for the
9 project team, and the customer is extremely
10 angry.  We are currently engaged in a scoping
11 exercise for phase two of this project, which
12 is an implementation of 11i financials and
13 iProcurement.  Due to the fact that these
14 product issues have set them so far behind,
15 the customer is threatening to pull out SSE
16 due to product instability and look to Oracle
17 to recover product and implementation costs."
18 Do you see that?
19     A.  Yes.
20     Q.  What's SSE?
21     MS. KYROUZ:  Objection, lacks
22 foundation.
23     THE WITNESS:  I don't know.
24

196

1 BY MR. WILLIAMS:
2     Q.  Do you know what she means when she
3 says they are in a scoping exercise for
4 Phase II?  Do you know what that means?
5     MS. KYROUZ:  Same objection.
6     THE WITNESS:  I believe what it is
7 is they are trying to scope out the size of
8 the project for the next phase.
9 BY MR. WILLIAMS:
10     Q.  Okay.  Do you know whether or not
11 Hudson's Bay cancelled or delays -- delayed
12 their Phase II -- Phase II of the project?
13     A.  Well, as I mentioned, I don't -- I
14 don't recollect that they did.  My
15 recollection on Hudson's Bay up until I
16 retired was they were a happy customer and
17 everything was okay.
18     Q.  Right.  But I am asking you if you
19 know whether or not they cancelled or
20 delayed --
21     A.  I don't know.
22     Q.  -- Phase II?
23     A.  I don't know.  Like I said, I don't
24 know.  But my recollection is they were

197

1  happy.
2      Q.  Do you know whether they were a
3  reference account?
4      A.  Yes.
5      Q.  Do you know when they became a
6  reference account?
7      A.  No.
8      Q.  Okay.  Do you know whether at any
9  point during the 11i implementation or prior
10  to that they revoked their desire to be a
11  reference account?
12      MS. KYROUZ:  Objection, vague, lacks
13  foundation.
14      THE WITNESS:  Don't know.
15  BY MR. WILLIAMS:
16      Q.  Okay.  I am just going to ask you to
17  take a look at the bottom of the first page
18  ending 475.
19      A.  Yes.
20      Q.  And that's I guess Mark Aboud
21  writes --
22      A.  Yes.
23      Q.  -- to your -- I guess to Bill
24  Bergen.

198

1      A.  It says Bill.
2      Q.  Canada?
3      A.  I got it.
4      Q.  And do you see where he writes "we
5  have a product quality problem at Hudson's
6  Bay in the self-service expense module"?
7      A.  Okay.  I guess that is what SSE is.
8      Q.  Do you see that?
9      A.  Yes.
10      Q.  And he writes "we must get this
11  issue resolved ASAP or we will soon be in a
12  situation where the customer will want cash
13  back from us and put us off the short list
14  for CRM and customer loyalty and consulting
15  revenue."  Do you see that?
16      A.  Yeah, I see that.
17      Q.  And do you know how their issue was
18  resolved in January or February of 2001?
19      A.  No, I don't.
20      MS. KYROUZ:  Objection, lacks
21  foundation.
22      THE WITNESS:  Sorry, I don't.
23      MR. WILLIAMS:  Okay.  Let me get
24  this one.  It's right there.

199

1  I will ask the reporter to mark this
2  document as Roberts No. 15.
3      THE WITNESS:  Thank you.
4          (Whereupon Roberts
5          Deposition Exhibit
6          No. 15 was marked as
7          requested.)
8  BY MR. WILLIAMS:
9      Q.  Roberts No. 15 is Bates numbered
10  NDCA-ORCL 00544 through 46.  I ask you to
11  take a look at it.  Let me know when you are
12  done.
13      A.  Okay.  I am still reading it.  All
14  right.
15      Q.  Do you recognize Roberts 14?
16      A.  Yes.
17      Q.  What is it?
18      A.  It's an E-mail from Larry Garnick.
19      Q.  To Jennifer Minton, you and several
20  other senior executives at Oracle, right?
21      A.  Yes.
22      Q.  It looks like the January quarter to
23  date revenue results?
24      A.  Yes.

200

1      Q.  Similar to the document we talked
2  about before regarding December, it is just
3  the next month --
4      A.  Yes.
5      Q.  -- right?  And do you see the last
6  bullet point on the first page?
7      A.  Yes.
8      Q.  Can you read that for me?
9      A.  "The analyst community is expecting
10  23 percent license revenue growth and
11  18 percent overall revenue growth for Q3
12  fiscal '01.  To deliver 23 percent U.S.
13  dollar license revenue growth, we need 1.341
14  million in CD license revenue for the
15  quarter, 95 million, eight percent, more than
16  our current forecast.  January quarter to
17  date CD license revenue represents 33 percent
18  of that requirement."
19      Q.  Okay.  And do you know whether that
20  particular bullet point was discussed during
21  any EC meeting in late January, early
22  February?
23      A.  I don't know.
24      Q.  Okay.  Do you know whether the NAS

Roberts, George J  6/22/2006  8:02:00 AM

201

1  pipeline that we discussed earlier as
2  softening had either stabilized, continued to
3  soften or grew during this period in January?
4       MS. KYROUZ:  Objection, lacks
5  foundation, vague.
6       THE WITNESS:  At this point, I don't
7  remember.  I couldn't tell you.
8  BY MR. WILLIAMS:
9       Q.  Okay.
10       A.  This is one E-mail, one point in
11  time.  And I don't know how the rest of the
12  information correlated.
13       MR. WILLIAMS:  Okay.  I think this
14  is probably a good time to break for lunch.
15       MS. KYROUZ:  Okay.  Thanks.
16       THE VIDEOGRAPHER:  Going off the
17  record 11:51 a.m.
18       This will conclude tape 2.  The time
19  is 11:53 a.m.
20            (Whereupon the
21            deposition was recessed
22            until 12:30 p.m. this
23            date, June 22, 2006.)
24

202

1       A F T E R N O O N  S E S S I O N
2       THE VIDEOGRAPHER:  This marks the
3  beginning of videotape No. 3, volume one, in
4  the deposition of George Roberts.  Today's
5  date is June 22nd, 2006.  The time is
6  12:38 p.m.
7  BY MR. WILLIAMS:
8       Q.  Do you know Tony Kender?
9       A.  Yes, I do.
10       Q.  And how do you know Tony?
11       A.  Tony worked under Ron Bunting.
12       Q.  Okay.
13       A.  And Tony ran the HR payroll sales
14  team.
15       Q.  Okay.  Ron Bunting was an operations
16  guy, though, right?
17       A.  Right.
18       Q.  But he had sales responsibilities
19  too?
20       A.  Ron Bunting had an overlay sales
21  team for payroll, HR.  And he might have had
22  another one or two.  But they were smaller
23  units.
24       Q.  Okay.

203

1       A.  And so they overlaid John and
2  Mary Anne and Bill Bergen and Hilarie and
3  stuff to assist with selling HR and payroll
4  packages.
5       Q.  So they did -- they had HR and
6  payroll across all of those regions that the
7  other AVPs --
8       A.  Yes.
9       Q.  -- and SVPs were responsible for?
10       I would ask the reporter to mark
11  this document as Roberts No. 16.
12            (Whereupon Roberts
13            Deposition Exhibit
14            No. 16 was marked as
15            requested.)
16       THE WITNESS:  Thank you.
17  BY MR. WILLIAMS:
18       Q.  Roberts No. 16 is Bates numbered
19  NDCA-ORCL 078413 through 415.  Would you take
20  a look at it and let me know when you are
21  done?
22       A.  Yes, I will.  I am reading it right
23  now.  Okay.
24       Q.  Do you recognize the document?

204

1       A.  Yes, I do.
2       Q.  And it is an E-mail from Tony Kender
3  to Cliff Godwin and you and other people
4  regarding GE?
5       A.  Yes.
6       Q.  And that is in February of 2001,
7  right?
8       A.  Yes.
9       Q.  Regarding their -- the possibility
10  that GE would purchase payroll and benefits
11  from Oracle?
12       A.  Yes.
13       Q.  And it indicates that they are also
14  looking at PeopleSoft, right?
15       A.  Yes.
16       Q.  Do you know whether GE actually
17  bought payroll and benefits from Oracle?
18       A.  I believe they bought it from
19  PeopleSoft.
20       Q.  Do you know what quarter that was
21  in?
22       A.  No, I don't.
23       Q.  Okay.  Do you know -- did they
24  communicate to you the reason why they chose

Roberts, George J  6/22/2006  8:02:00 AM

205

1   PeopleSoft?
2       MS. KYROUZ:  Objection, lacks
3   foundation.
4       THE WITNESS:  I think it -- it
5   pretty much says here in the E-mail.
6   BY MR. WILLIAMS:
7       Q.  Tell me -- well, which section are
8   you looking at?
9       A.  078414.
10      Q.  Okay.
11      A.  "They claim that there is a
12  compelling business deal on the table from
13  PeopleSoft from a price and a buy-as-you-go
14  standpoint."  So it was pricing and terms as
15  why they bought PeopleSoft.  In fact, I think
16  PeopleSoft gave it away for free or agreed to
17  do the implementation for free for like $20
18  million or something.
19      Q.  Didn't have anything to do with the
20  -- Oracle's architecture?
21      A.  No.
22      Q.  Is that what they told you?
23      A.  No.  I remember why --
24      MS. KYROUZ:  Objection, foundation.

206

1       THE WITNESS:  Excuse me, but I
2   remember very clearly why they bought it.
3   They bought it because of price and terms.
4   BY MR. WILLIAMS:
5       Q.  That's what they told you?
6       A.  That's what I recollect.  That's
7   what I recollect.  They bought it because of
8   price and terms.
9       Q.  Okay.
10      A.  And that was, by the way, what Gary
11  Reiner told us too.
12      Q.  Right.  That's what I was getting
13  at.
14      A.  Uh-huh.  He didn't tell me.  He told
15  the other people.  So he told Sandy
16  Sanderson.
17      Q.  Did you pull this one up?  Yeah.
18  I am going to show you what has been
19  previously marked as Fitzpatrick 22.  Here
20  you go.  Sorry.  That is Bates numbered
21  NDCA-ORCL 617970 through 974.  Just take a
22  look at it and let me know when you are done.
23      A.  Okay.
24      Q.  Do you recognize Fitzpatrick No. 22?

207

1       A.  Yes, I do.
2       Q.  And it is an E-mail from Gayle
3   Fitzpatrick to you on February --
4   February 5th, 2001 --
5       A.  Yes.
6       Q.  -- forwarding E-mails as early as I
7   guess February 1st, 2001, right?
8       A.  Yes.
9       Q.  And the discussion is on the OPI
10  demonstration environment?
11      A.  Yes.
12      Q.  Right, slash product issues?
13      A.  Yes.
14      Q.  All right.  And it looks like there
15  is -- the issue is concerning that
16  demonstrations still exist in February?
17      A.  There have been issues -- just to
18  make sure you understand, in my whole career
19  with Oracle, there have always been issues
20  regarding demonstrations.
21      Q.  Okay.
22      A.  All right.  I mean, just like
23  development always says, sales never sells
24  their product.  Sales always says the demo

208

1   system is never as good as it should be.
2       So I just want you to know the demo
3   system -- there are always issues around
4   demonstration of product, not just 11i, but
5   all products all the time.
6       Q.  Okay.
7       A.  It is something -- I hate to say it,
8   but it is something that is ongoing, as
9   technology changes, the demo systems change
10  and you are always behind where you want to
11  be.  It is never good enough.
12      Q.  All right.  Well, you see in the
13  middle of the first page you write to Gayle
14  and Ken who?
15      A.  Hamel.
16      Q.  Ken Hamel.  You -- well, you tell
17  them that you have asked to put -- this be
18  put on the EC agenda again --
19      A.  Yes.
20      Q.  -- regarding the --
21      MS. KYROUZ:  Bless you.
22  BY MR. WILLIAMS:
23      Q.  Excuse me.  -- the demonstration
24  issues, right?

209

1    A.  Yes.

2    Q.  Now, do you know whether or not the

3    OPI had a different demonstration environment

4    than NAS?

5    A.  They used the same one.

6    Q.  Okay.  So it is fair to say that the

7    issues detailed in this document, even though

8    it is titled OPI demonstration environment,

9    it was -- the issues also existed for people

10   in NAS who were using that demonstration

11   environment?

12   A.  I don't -- I'm sure some of them

13   are.  But OPI -- in the documents majors

14   talks about how they need custom scripts.

15   OPI dealt with kind of the biggest of the

16   biggest accounts.  So GE was actually OPI's

17   account even though Tony Kender was selling

18   HR and payroll to it.  Because he sold HR and

19   payroll across to everybody's accounts.

20       And so when you are dealing with a

21   GE or a GM, they really get down to we need

22   it our way, so to speak, and we need it to --

23   so their needs were even more stringent

24   probably than our needs.

210

1    Q.  Okay.  But the environment wasn't

2    created for individual customer needs, right?

3    A.  That's correct.

4    Q.  Okay.  So do you see -- turning to

5    the next page 817971 --

6    A.  Uh-huh.

7    Q.  Do you see where I guess Julie

8    Cullivan writes to Sandy Sanderson "the

9    consistent themes continue to be poor

10   performance, inability to improve our

11   E-business suite integration story and

12   product stability/quality issues"?  Do you

13   understand what product stability and quality

14   issues means?

15       MS. KYROUZ:  Objection, lack of

16   foundation.

17       THE WITNESS:  Well, I --

18   BY MR. WILLIAMS:

19   Q.  In the context of this document, of

20   course.

21   A.  I understand what -- what I believe

22   product stability and quality issues are.  I

23   can't tell you what she was referring to in

24   hers.

211

1       But, you know, sometimes when you

2    have a new release, you have some product

3    issues which are -- you know, over time they

4    get resolved.  I mean, everybody has it,

5    whether -- again whether it is a technology

6    vendor, an application vendor -- Microsoft

7    has it when they release their latest release

8    in Windows.

9       So it is an issue that when a new

10   product is released, it takes some time to

11   work out issues that customers find.  Because

12   even though you test, you are never going to

13   find them all because everybody uses it

14   different.

15   Q.  Uh-huh.

16   A.  And the other thing that's

17   interesting is not only do they all use it

18   different, but they all have a completely

19   different infrastructure they put it on,

20   which compounds the complexity of what you

21   are trying to solve.

22   Q.  Generally, but with --

23   A.  Not generally, all the time.

24   Q.  The demonstration environment which

212

1    is what is the context of this document --

2    A.  Yes.

3    Q.  -- is referring to and the point of

4    my question was do you know what product

5    stability and quality issues means even from

6    your perspective in the context of the

7    demonstration environment?

8       MS. KYROUZ:  Objection, lacks

9    foundation.

10      THE WITNESS:  You know, I think if

11   you look at the product stability, quality

12   issues and stuff, it could mean that, you

13   know, we ran into some issues like the

14   customers did.

15      But the other interesting thing in

16   this and which is -- you know, talks about at

17   the bottom of that page is, you know, you

18   can't show complete demo because they have

19   separate instances of the products.  And this

20   is again where development would release a

21   product and they wouldn't release all of the

22   products.  They were doing it separately.

23   And that's how they put it in the

24   applications environment.  And our ability to

213

1   get a demonstration across all of that was,
2   frankly, hampered because of the way they
3   were putting the products in the application
4   demo system.
5   BY MR. WILLIAMS:
6       Q.  You referred to the bottom of the
7   page and said that you can't show the demo or
8   complete demo because there is separate
9   instances?
10      A.  Separate instances, yeah.
11      Q.  Is that what the document says?
12      A.  It says on the bottom line here
13  "can't show complete -- da, da, da "-- suite
14  demo. There are separate instances, iStore,
15  sales, telesales, customer care, support."
16      Q.  So even though it doesn't say
17  because, you interpret that as meaning
18  because?
19      A.  Yes.
20      Q.  So do you -- are you saying that if
21  there weren't separate instances, that they
22  would be able to show a complete integrated
23  CRM demo?
24      A.  They would be able -- they would be

214

1   more successful at demonstrating the product,
2   including the business flows across the
3   product, yes.
4       See, the way development works when
5   they release -- when -- number one, you have
6   a release and then you have point releases
7   where you are attaching products and adding
8   additional functionality and everything else.
9   And they are releasing a lot of those at
10  different times and consequently they are
11  getting phased into the demo system at
12  different times. And they are separate
13  instances. And it sounds goofy, but it was
14  the way it was done. And it makes it much,
15  much more difficult to be able to go through
16  and show a consistent flow versus if you had
17  one cut of the product that was current and
18  installed on the application demo at the same
19  time versus them releasing separate instances
20  and then being 90 to 120 days behind when the
21  products are released before they update the
22  application demo system.
23      So it's -- it's -- it certainly
24  wasn't ideal. And this whole centralized

215

1   application demo system was a new direction
2   to how we were going for the corporation. So
3   we were learning as we were going through the
4   whole process. And it is part of Larry's all
5   centralization deal on let's have it in one
6   place, everybody should be able to access it,
7   everybody should be able to use it.
8       And so we were shaking down that
9   whole process as we were learning.
10      Q.  So this was -- I am sorry, were you
11  done?
12      A.  Yes.
13      Q.  This organization responsible for
14  the demo environment was Ron Wohl's
15  organization, right?
16      A.  Yes.
17      Q.  Okay. And Gayle Fitzpatrick was the
18  person in your organization in charge of
19  overseeing demonstration execution?
20      A.  No.
21      MS. KYROUZ:  Objection, lacks
22  foundation.
23      THE WITNESS:  No, no.  Gayle
24  Fitzpatrick was Mary Anne Gillespie's sales

216

1   consulting manager.
2   BY MR. WILLIAMS:
3       Q.  Right.
4       A.  All right.  And so she took the
5   point on this, as far as working with the
6   application development system people, for
7   all the demonstrations across North America.
8       Q.  Okay.  How is that different from
9   what I said?
10      A.  From what I understand you to mean
11  -- and I could have been wrong -- was that
12  her job was just to do that, and it wasn't.
13      Q.  I think you -- your response is
14  fine. But she was sort of overseeing this
15  stuff among other -- whatever else she was
16  doing for NAS, no?
17      A.  We -- I -- to me -- well, yeah -- I
18  don't -- what -- what -- what we had done is,
19  I mean, we had three or four different sales
20  organizations that used the application demo
21  system. So rather than having each one of
22  them bug the ADS people, Gayle was one person
23  that consolidated all the feedback, and she
24  was the direct interface with them for North

Roberts, George J  6/22/2006  8:02:00 AM

217

1  American trying to resolve issues around it.
2  So if that's the same thing you're saying.
3  that's the same thing.
4      Q.  That's what I am saying.
5      A.  Fine.
6      Q.  Let me have this one.  This is --
7  who is William Rocelli?
8      A.  Bill Rocelli.  Bill worked for David
9  Winton.
10      Q.  Okay.  Same, helped him do the
11  roll-ups and do organization --
12      A.  And Bill was assigned to John
13  Nugent.  So he'd roll up to David, but he
14  worked with John Nugent on John's budgets,
15  forecasts, things like that.
16      Q.  Did John Nugent's counterparts have
17  a similar sort of operations person like
18  Mary Anne and --
19      A.  I can't remember who it was, but
20  Mary Anne had somebody.  And -- and I don't
21  know whether Ron Bunting did.  Hilarie did.
22      Q.  Hilarie did?
23      A.  So -- you know, Ron might have.  I
24  don't remember whether -- because he was on

218

1  the operations team, whether he just used
2  David and David's staff.  But we had -- in
3  North America there were probably four or
4  five financial-type people with David who did
5  all the financial work we needed done.
6      Q.  Okay.  Do you know when the
7  demonstration issues had gotten resolved?
8      A.  Well --
9      MS. KYROUZ:  Objection, lacks
10  foundation.
11      THE WITNESS:  I don't -- as I said,
12  you know, I guess they are never resolved.
13  BY MR. WILLIAMS:
14      Q.  Maybe I will withdraw the question.
15      A.  Because you are always moving down a
16  deal.  And so -- and everything is changing
17  all the time.  So it is kind of -- I hate to
18  say it, but it is always a challenge, you
19  know.  Plus the web was new.  Everything was
20  new then.  But I don't remember when it
21  settled down.  Sooner or later, it does, but
22  I don't remember when.  And you do the next
23  release and you are off to the next horse
24  race again.

219

1      Q.  Do you know when -- when or if the
2  sales consultants were able to show a
3  complete E-business suite via --
4      A.  They were.
5      Q.  Excuse me, hold on.
6      A.  Sorry.
7      Q.  -- through ADS?
8      MS. KYROUZ:  Objection, vague, lacks
9  foundation.
10      THE WITNESS:  The -- the demon --
11  the sales consultants were able to do
12  successful demos under ADS.
13  BY MR. WILLIAMS:
14      Q.  Of complete E-business suite
15  including CRM?
16      A.  How do you define -- what do you --
17  how do you define complete?  Because every
18  client looks at it and says I want this,
19  this, this and this.  And even though, quote,
20  they might have bought, quote, the world, all
21  they want to see is the flow through those
22  six to 12 or 13 applications.
23      Q.  Okay.
24      A.  So I don't know how you say

220

1  complete.  All right.  But were they able to
2  do successful demos of the E-business suite
3  based on what the client's needs were, the
4  answer was yes.  All they way along they were
5  able to do that.
6      Now, were they able to do them all
7  as perfectly as they would like and did they
8  have some problems, I think the E-mails
9  indicate we did with the demo system.  But we
10  are were still doing successful demos and we
11  were selling application software all the way
12  along.  But it is just you hate to have any
13  deal not go the way you want.
14      Q.  Okay.  I would start with this one
15  and then when you find that -- this was in
16  the back.
17      Do you recall going to the Robertson
18  Stephens technology conference in
19  February 2001?
20      A.  I might have.  I don't recall it.
21  Where was it?
22      Q.  I think it was in San Francisco.
23      A.  I might have -- I might have.
24      Q.  All right.

221

1     A.  I wouldn't be surprised.  I have
2  gone to them before, whether it is Robertson
3  Stephens or Goldman Sachs or somebody else's.
4     MR. WILLIAMS:  I ask the reporter to
5  mark this document as Roberts No. 17.
6     THE WITNESS:  Thank you.
7        (Whereupon Roberts
8        Deposition Exhibit
9        No. 17 was marked as
10       requested.)
11 BY MR. WILLIAMS:
12    Q.  Roberts 17 is marked or Bates
13 stamped NDCA-ORCL 03280 through 03280.  It's
14 a relatively long presentation.
15    MS. KYROUZ:  Why don't we take a
16 five-minute break and let him read it.
17    THE WITNESS:  Is this a transcript?
18 BY MR. WILLIAMS:
19    Q.  That's how it was produced to us
20 from Oracle.  So it looks like a transcript
21 to me.
22    A.  Okay.  Yeah, I am just trying to
23 understand.
24    MR. WILLIAMS:  If you want to go off

222

1  the record for five minutes.
2     THE VIDEOGRAPHER:  Off the record at
3  1:01 p.m.
4        (Short pause in
5        proceedings.)
6     THE VIDEOGRAPHER:  We are back on
7  the record, 1:11 p.m.
8  BY MR. WILLIAMS:
9     Q.  Okay.  Have you had an opportunity
10 to review Roberts No. 17?
11    A.  Yes.
12    Q.  It appears to be a transcript of
13 Robertson Stephens conference that you made a
14 presentation at in February 2001; is that
15 fair?
16    MS. KYROUZ:  Objection, misstates
17 the document.  The document doesn't indicate
18 that at all.
19    THE WITNESS:  It appears to be a
20 transcript.  It doesn't say anything about
21 date.  But it appears to be a transcript of a
22 presentation I made.
23 BY MR. WILLIAMS:
24    Q.  Uh-huh.  Do you have an idea looking

223

1  at the transcript as to when you gave this
2  presentation?
3     A.  No, not at all.  I mean, I -- when I
4  read this, I'm sure I gave this presentation.
5  I couldn't tell you when because I gave
6  presentations like this all the time.
7     Q.  Okay.
8     A.  So...
9     Q.  And nothing in the document helped
10 you sort of recall when it was done?
11    A.  There is no date or anything.
12    Q.  Okay.  That's fine.  You said you
13 did these types of conferences all the time.
14 Was it typical for you to use --
15    A.  I said it is not unusual for us to
16 have done these conferences.  And I have done
17 them at Goldman Sachs, et cetera.  And I said
18 I have given presentations like this all the
19 time.
20       So this kind of presentation, I can
21 very easily give within the customer visit
22 center.
23    Q.  Okay.
24    A.  Because when customers come visit

224

1  you, they want to hear the Oracle story and
2  where you are at as a business and the
3  corporate overview.  This presentation looks
4  to me like it was a standard corporate
5  overview we are giving talking about our
6  business.
7     Q.  Okay.  And based on this document,
8  you were unable to tell who you gave the
9  presentation to as well?
10    A.  I -- it -- like I said, it could
11 very well have been the Robertson Stephens
12 conference.
13    Q.  Okay.
14    A.  I just can't tell you for sure.
15    Q.  No, that's fine.
16    A.  That's all.
17    Q.  I was just seeing if there was
18 anything in the document that helped you
19 recall, but it sounds like the answer is no?
20    A.  No.
21    Q.  All right.  Let me -- well, the
22 question I was going to ask is when you did
23 these types of presentations --
24    A.  Yes.

225

1    Q. -- was it typical for you to use
2    PowerPoint to -- as an -- as a presentation
3    aid?
4    A. Yes.
5    Q. Okay. I am going to ask you to turn
6    your attention to page four, which is Bates
7    numbered 0 -- ending 03263.
8    A. Yes.
9    Q. Okay. I will ask you to look at the
10   very last paragraph and just read the last
11   paragraph for me.
12   A. "So far as a recap goes for our
13   performance at the end of Q2, our revenue was
14   up 15 percent. I think tremendous -- oops, I
15   think tremendous performance in the net
16   income area. Again we made another down
17   payment on the billion dollars savings story,
18   which actually has now gone from one billion
19   to two billion. As we all know, Larry never
20   lowers the bar, he always raises the bar."
21   Q. Okay.
22   A. "So when you achieve the objective
23   of a billion dollar savings in nine months,
24   we then said we thought we could do another

226

1    billion, so that's our target now."
2    Q. Okay. I am going to ask you to turn
3    to page six. The first paragraph there, can
4    you read the first paragraph for me?
5    A. "Database license growth was a
6    healthy 19 percent. Applications license
7    growth was 66 percent. That was after the
8    currency effect, which is seven negative
9    points. So if we use constant dollars, our
10   application growth would have been 73 percent
11   growth rate over Q2 a year ago."
12   Q. Okay. Now, do you know whether
13   Oracle's application license growth for the
14   second quarter of 2001 was reported at
15   66 percent?
16   A. I don't know.
17   Q. Okay. I am going to ask you to turn
18   to page seven. There is so many numbers
19   here. Sorry. It is Bates ending 03266.
20   A. Yes.
21   Q. You see where you say "we think the
22   important thing around license revenues is if
23   you look at both traditional business, our
24   traditional business, our technology business

227

1    and then our applications business," do you
2    see that?
3    A. Yes.
4    Q. Okay. The next paragraph you say
5    "this is very important because we do believe
6    that applications are the key to our future."
7    Do you see that?
8    MS. KYROUZ: Objection, misstates
9    the document.
10   BY MR. WILLIAMS:
11   Q. Do you want to read that for me?
12   You can read that paragraph that begins with
13   -- or the first sentence that begins with
14   this.
15   A. "This is very important because we
16   do believe that applications are our key to
17   our future."
18   Q. Okay. And what did you mean by
19   that, if you know?
20   A. Well, Oracle Corporation has several
21   businesses we are in. We are in technology
22   database. We are in applications. We are in
23   consulting services. And we are in support.
24   Q. Uh-huh.

228

1    A. And large revenue streams. And we
2    believe that applications was an opportunity
3    for us to grow at a higher growth rate than
4    our other product line. So it was very key
5    to the business. And we are making a very,
6    you know, large investment and have made a
7    large investment in it over the years.
8    And, you know, we kind of believe as
9    a company that, you know, you want to try and
10   be number one in everything, and we are
11   number two in applications. So the objective
12   was trying to figure out how you can be
13   number one in applications.
14   So it was key to the company from an
15   investment perspective. And it was key to
16   the company from a focus perspective.
17   Q. Okay. And based on what we looked
18   at a couple pages ago, when you did the --
19   kind of gave the audience the numbers or some
20   of the numbers for Q2 --
21   A. Uh-huh.
22   Q. -- does that help refresh your
23   recollection as to when this presentation may
24   have been given?

Roberts, George J  6/22/2006  8:02:00 AM

229

1    A.  No.  I mean, again this is -- when I
2  look at this, this is typical of a
3  presentation I could have very easily given
4  to someone like Robinson Stephens or I could
5  have very easily given it in the customer
6  visit center.
7    Q.  I understand.
8    A.  So, no.
9    Q.  Okay.  Taking you just to the very
10  last page --
11    A.  Uh-huh.
12    Q.  -- sorry, the second to last page
13  ending 3279, the last sentence where it says
14  "however," beginning with "however"?
15    A.  However.
16    Q.  Can you just read that last sentence
17  for me?
18    A.  "However, our guidance remains the
19  same that we indicated at the beginning of Q3
20  when we did our Q4 or Q2 earnings call.  So
21  our guidance continues to remain the same."
22    Q.  Does that help refresh your
23  recollection as to when this presentation was
24  given?

230

1    A.  Again, it -- it might have been at
2  the Robinson Stephens conference.  I couldn't
3  tell you for sure.
4    Q.  Okay.
5    A.  Okay.
6    Q.  I ask you to turn to page ending
7  03273.  That's the Bates number.  It's 14.
8    A.  Page 14?
9    Q.  Yeah.
10    A.  Sorry.  All right.
11    Q.  And maybe it is -- it makes sense to
12  go to the previous page just to put some
13  context around it.
14    A.  Okay.
15    Q.  You see the paragraph where it
16  begins "as far as"?
17    A.  Yes.
18    Q.  Can you just read that for me?
19    A.  "As far as the E-business suite, to
20  kind of give you a little kind of pictorial
21  on why we believe this is important."  Do you
22  want me to keep reading?
23    Q.  Yeah, just go ahead.
24    A.  "This is what we would call the

231

1  E-business kit.  This is what you would have
2  to get if you go best of breed.  The problem
3  is that when you look across these
4  application suites, okay, your marketing
5  application contains certain information
6  about your customers.  When you go to your
7  sales application, it contains certain
8  application data or certain data about your
9  customers also.  Some of it is different.
10  And then when you go to service, it again
11  contains another piece of information about
12  your customers.  Again, some of that
13  information is different than the other two
14  applications."
15    Q.  Okay.  So does it appear there that
16  you are discussing the best of breed -- a
17  best of breed type of approach --
18    A.  Yes.
19    Q.  -- to application?
20    A.  Yes.
21    Q.  Can you just go on?
22    A.  "And, frankly, it is worse than
23  that.  Okay.  It is fragmented and
24  implemented on a global basis.  So while a

232

1  quote is supposed to be global
2  implementation, it tends to be a local
3  implementation with these products."
4    Q.  Okay.  And just the next paragraph
5  for me.
6    A.  "We believe again the Oracle
7  alternative is a compelling value
8  proposition.  It is complete.  It is simple.
9  It is preintegrated with one view of the
10  information, one view of the customer, which
11  is very important going forward."
12    Q.  Okay.  When you -- when you talk
13  about the Oracle alternative, are you
14  referring to the E-business suite there?
15    A.  Yes.
16    Q.  And that is 11i, right?
17    A.  Yes.
18    Q.  When you say or that it is complete
19  and it is simple -- well, withdrawn.
20      When you say it is complete, what do
21  you mean by that?
22    A.  What we mean is that from an
23  application perspective, it's complete across
24  front office and back office.  So there is

233

1    applications on both side, sales and
2    manufacturing and finance and HR and payroll.
3    And it is complete at the data architectural
4    level because it is a single scheme up. And
5    it's integrated at the data level, which is
6    where the integration really has to be if you
7    are going to be successful versus a best of
8    breed, which is not integrated at the data
9    level or the application level.
10       Q.  Okay.  And where you say "it is
11   simple and it is preintegrated," what did you
12   mean?
13       A.  I meant that it is integrated at the
14   data level and it is integrated at the
15   application level.
16       Q.  Okay.  What about when you say it is
17   simple, is that you are referring to the same
18   thing?
19       A.  Yes.
20       Q.  And when you say that with one view
21   of the -- "with one view of the information,
22   one view of the customer," what does that
23   mean?
24       A.  It means that you are integrated at

234

1    the data level.
2        Q.  So what you are saying here is all
3    the same thing?
4        A.  Yes.
5        Q.  You are just repeating yourself for
6    the most part?
7        A.  Yes.
8        Q.  Okay.  Can you turn to the next
9    page?
10       A.  Okay.
11       Q.  You see where you say "as far as
12   CRM"?
13       A.  Yes.
14       Q.  Can you read that for me?
15       A.  "As far as CRM, financial and HR,
16   again complete breadth across the product
17   suite."
18       Q.  And what do -- what does that mean?
19       A.  It means that we have applications
20   in major areas in CRM, financials and HR.
21   And that they are integrated through the data
22   scheme on the applications level.
23       Q.  And it says complete breadth across
24   the product suite.  Does that mean something

235

1    different than what you have already said?
2        A.  I don't believe so.
3        Q.  Okay.  Going to the next page,
4    page 16.
5        A.  Yes.
6        Q.  Do you see where you say "so we did
7    financials in January"?
8        A.  Yes.
9        Q.  Can you just read that section?
10       A.  "So we did financials in January.
11   We did telesales in January.  We did sales
12   online release 11i.  This spring we'll roll
13   out 11i support service.  We are expecting a
14   big benefit internally from there."
15       Q.  Okay.  What are you referring to
16   there?
17       A.  We are talking about Oracles'
18   implementation of 11i across the corporation.
19       Q.  Internally?
20       A.  Yes.
21       Q.  And do you know when that occurred?
22       A.  I believe it occurred in this time
23   frame.
24       Q.  Uh-huh.  Well, independent from this

236

1    document, do you know whether that was in
2    January of 2000, January 2001, January 2002?
3        A.  No, I can't tell you what the
4    details were of that implementation.  But
5    Oracle was committed to implementing it and
6    we are implementing it across the company.
7        Q.  I understand.
8        A.  So I can't tell you specifically
9    when finances went in or --
10       Q.  Other than it was in January as you
11   referred to here?
12       A.  Correct.
13       Q.  Okay.  Can you just read the next
14   sentence for me?
15       A.  "11i products used by live customers
16   -- oops, 11i products used by live customers
17   are across the board.  We have customers live
18   on all these products.  The enterprise
19   customers that are currently live or
20   implementing this example is some of the
21   large corporations that are putting it in."
22       Q.  Okay.  Do you know whether in as of
23   February, say, 15th, 2001, whether there were
24   -- Oracle had any live customers on 11i CRM?

237

1      MS. KYROUZ: Objection, lacks
2  foundation, vague.
3      THE WITNESS: Would you restate the
4  question, please?
5  BY MR. WILLIAMS:
6      Q. Do you know whether as of
7  February 15th, 2001, Oracle had any live 11i
8  customers on -- well, withdrawn.
9      A. I believe we did.
10     Q. Withdrawn. Let me withdraw the
11 question.
12     A. Sorry.
13     Q. Do you know whether as of
14 February 15th, 2001, Oracle had any customers
15 live on 11i CRM?
16     MS. KYROUZ: Objection, vague, lacks
17 foundation.
18     THE WITNESS: I believe we did. But
19 I couldn't tell you for sure. I don't know
20 why we wouldn't have.
21 BY MR. WILLIAMS:
22     Q. Okay.
23     A. I mean, it was released in May. I
24 am sure we had some customers on it. I mean,

238

1  we had to be using references.
2      Q. Well, if Oracle was using someone as
3  a reference, does that mean that they were
4  live?
5      MS. KYROUZ: Objection, vague.
6      THE WITNESS: It might.
7  BY MR. WILLIAMS:
8      Q. It might?
9      A. It might.
10     Q. Okay. So that also means it might
11 not, right?
12     A. It might mean that they are in the
13 middle of implementing. It might mean they
14 just bought. It might mean they are live.
15     Q. Okay.
16     A. Or a combination of all three,
17 depending on what they are doing for an
18 implementation.
19     Q. Okay. So just because someone is
20 being used as a reference doesn't mean that
21 they are live on any particular product
22 necessarily?
23     MS. KYROUZ: Objection, vague.
24     THE WITNESS: That -- it could mean

239

1  that. But I can tell you that in general in
2  a software industry, most people have the
3  Missouri gene in them. And the Missouri gene
4  means prove it to me.
5      So most people in doing due
6  diligence want to talk to somebody who is
7  driving a Ford or GM and driving it every
8  day. So I would -- I would believe they were
9  probably talking to customers who had -- had
10 product out, you know, again depending on
11 where they are in the release.
12     Customers when they do
13 implementations, they may roll out the U.S.
14 first and then Europe comes next and then the
15 next one comes and the next one. So they
16 might be live in the U.S. and then in the
17 process of rolling out Europe. It doesn't
18 mean they wouldn't be willing to talk about
19 their success with the product.
20 BY MR. WILLIAMS:
21     Q. And so the Missouri syndrome -- is
22 that what you called it?
23     A. Missouri gene.
24     Q. The Missouri gene, the Show Me gene,

240

1  would you say that applies to demonstrations
2  as well?
3      A. Yes.
4      MS. KYROUZ: Objection, vague.
5      THE WITNESS: Sorry, but the answer
6  is yes.
7  BY MR. WILLIAMS:
8      Q. I am going to ask you to turn to the
9  next page. You see where you write "in fact,
10 we had an executive lunch at Larry's house"?
11     A. Yes.
12     Q. Can you just read that for me? It
13 is on -- starting on line three I think.
14     A. Which page?
15     Q. I'm sorry, Bates ending 278, 19.
16     A. 3278, 3277. Okay. "In fact, we had
17 an executive lunch at Larry's house this
18 week. We had 13 CEOs from all over the U.S.
19 who came specifically to understand how we
20 changed our business model, how we changed
21 our go-to-market model, how we changed our
22 back infrastructure to achieve the kind of
23 benefits Oracle Corporation achieved."
24     Q. Uh-huh. Do you remember that

241

1  executive luncheon at Larry's house?
2      A.  No.  I remember having executive
3  luncheons at Larry's house.  I can't
4  specifically state.
5      Q.  Do you remember this one?  Okay.
6      Can you just turn the page?
7      A.  Yes.
8      Q.  Do you see where you write "11i is
9  in the ninth month"?
10     A.  Yes.
11     Q.  Can you read that sentence for me?
12     A.  "11i is in its ninth moth, so it's
13  ready for prime time.  The 9i database is on
14  track for summer release."
15     Q.  Okay.
16     A.  "So I believe we are going to see
17  very good buying intentions around the
18  product line."
19     Q.  Okay.  Now, when you say 11i is in
20  its ninth month, 11i was released in May of
21  2000, right?
22     A.  Yes, I believe so.
23     Q.  And -- and nine months later would
24  be February, isn't that right?

242

1      A.  If those numbers are correct, yes.
2      Q.  So does that refresh your
3  recollection as to when you gave this
4  presentation?
5      A.  No.
6      Q.  That's okay.  If the answer is no,
7  it is no.
8      A.  Sorry.
9      Q.  Okay.  But based on those numbers,
10  it would suggest February?
11     A.  Yeah, you could draw that
12  conclusion, it might have been February if
13  May is it.
14     Q.  All right.  What did you mean when
15  you said that it's ready for prime time?
16     A.  That we think the product is
17  stabilized and it is ready to be delivered
18  and customers can be successful with it.
19     Q.  Okay.  Now, going down to the
20  bottom, do you remember you read for me that
21  last sentence earlier where it says "however,
22  the guidance remains the same"?
23     A.  Right.  "However, our guidance
24  remains the same that we indicated at the

243

1  beginning of Q3 when we did our Q4 or Q2
2  earnings call.  So our guidance continues to
3  remain the same."
4      Q.  Okay.  Now, isn't it true that in
5  January -- or December and January the -- at
6  least the NAS pipeline had softened?
7      MS. KYROUZ:  Objection --
8      THE WITNESS:  I don't --
9      MS. KYROUZ:  -- vague.
10     THE WITNESS:  I don't know.  I mean,
11  we can go back to look in the documents.  I
12  don't -- I don't have the data in front of me
13  that shows it.
14  BY MR. WILLIAMS:
15     Q.  Okay.  Isn't it true that during
16  December and January David Winton had
17  communicated to you and others that the
18  pipeline had softened?
19     MS. KYROUZ:  Objection, vague, lacks
20  foundation.
21     THE WITNESS:  Again we can go back
22  through -- I don't know what document.
23  BY MR. WILLIAMS:
24     Q.  Sure, we can go back.

244

1      A.  The document he said it was
2  softening.  I don't know which one it was.
3  So --
4      Q.  Let's go back.
5      A.  It was document No. 8.
6      Q.  That's the January 11th, 2001 --
7      A.  Yes.
8      Q.  -- E-mail, right?
9      A.  Yes, uh-huh, yes.
10     Q.  And isn't it true that in January of
11  2001 David Winton had communicated to
12  Jennifer Minton and you that the pipe had not
13  grown as he had anticipated?
14     MS. KYROUZ:  Objection, vague.
15     THE WITNESS:  What -- actually, in
16  the beginning what he states is our Q3
17  forecast of 346 million has not changed, but
18  the upside is revised down because he is
19  indicating, you know, here that the pipeline
20  is softening.
21  BY MR. WILLIAMS:
22     Q.  Uh-huh.
23     A.  He also states at the bottom "we
24  still believe our full performance will equal

245

1  25 percent growth." So it is an update
2  putting in context where we are at with our
3  pipeline versus what we are forecasting for
4  our revenue target, which is different than
5  our budget and how the whole year looks.
6      Q.  I understand that.  And my question
7  was wasn't it true that he communicated the
8  pipeline had softened?
9      A.  In this E-mail, that's what he said,
10  yes.
11     Q.  And do you know whether prior to
12  February 15th of 2001 that you had
13  communicated that fact to Jennifer Minton or
14  anyone in her organization?
15     MS. KYROUZ:  Objection, vague,
16  misstates the documents and the testimony.
17     THE WITNESS:  I don't -- I don't
18  know.  I don't remember.  Did we go through
19  one of those or do you have one of those?
20  BY MR. WILLIAMS:
21     Q.  Okay.  I wasn't referring to a
22  document when I asked that question.
23     A.  Oh, okay.  Then I don't recollect.
24     Q.  Okay.  And do you know whether prior

246

1  to February 15th of 2001 or even
2  February 12th of 2001 that internally
3  Oracle's outlook for Q3 '01 had reduced?
4      MS. KYROUZ:  Objection, vague, lacks
5  foundation.
6      THE WITNESS:  I don't -- I don't
7  know.
8  BY MR. WILLIAMS:
9      Q.  Okay.
10     A.  I don't have anything in front of me
11  at this stage.
12     Q.  Okay.  All right.  It is true,
13  however, that on February 8th of 2001 Larry
14  Garnick had circulated the January quarter to
15  date revenue results.  And we talked about
16  those on I think it was Roberts maybe 10.
17  Let me just check.
18     A.  9.
19     Q.  Just a moment.  No, it's not 9.
20     MS. KYROUZ:  15.
21     MR. WILLIAMS:  15.
22     THE WITNESS:  Yeah, it's an E-mail
23  on Thursday, February 8th.
24

247

1  BY MR. WILLIAMS:
2      Q.  Right.  And it is true that as of
3  February 8th -- as of February 8th, 2001, he
4  had communicated that the analyst community
5  is expecting 23 percent license revenue
6  growth and 18 percent overall revenue growth
7  for Q3 fiscal '01 and that at least as of
8  February 8th, 2001, in order to deliver
9  23 percent USD license revenue growth, we
10  need 1.341 billion in CD license revenue for
11  the quarter, 95 million or eight percent more
12  than our current forecast.
13     A.  That's what he is stating here.
14     Q.  Do you have any reason to believe
15  what he was stating on February 8th was not
16  accurate?
17     MS. KYROUZ:  Objection, vague, lacks
18  foundation.
19     THE WITNESS:  I can't -- to be
20  honest with you, whether it is accurate or
21  not, I can't tell you.  And what he is basing
22  those number off, I can't tell you either.
23  BY MR. WILLIAMS:
24     Q.  Okay.

248

1      A.  Because while we are at the
2  executive committee, he is probably referring
3  to worldwide revenue, Japan and everything
4  else and Asia and Europe.  And -- so it's --
5  I don't know where -- you know, he could have
6  been accurate, might not be.  I couldn't tell
7  you what he is basing the total numbers of
8  off is off.  Because, you know, I was a piece
9  of the business, but I wasn't the whole
10  business.
11     Q.  I understand.
12     MR. WILLIAMS:  I would ask the
13  reporter to mark this document as Roberts
14  No. 18.
15         (Whereupon Roberts
16         Deposition Exhibit
17         No. 18 was marked as
18         requested.)
19  BY MR. WILLIAMS:
20     Q.  Roberts No. 18 is Bates numbered
21  NDCA-ORCL 224290 through 292.  I will just
22  ask you to take a look at it and let me know
23  when you are done.
24     A.  All right.  Okay.  I read it.

249

1  Q.  Okay.  Do you recognize Roberts
2  No. 18?
3  A.  Yes, I do.
4  Q.  E-mail from you to Larry Ellison
5  Jeff Henley, Jennifer Minton, Safra Catz,
6  David Winton and yourself on January 25th,
7  2001, right?
8  A.  Yes.
9  Q.  And the title is forecast reduction
10  of 20 million?
11  A.  Yes.
12  Q.  And during -- in the E-mail, you are
13  communicating to each of those people
14  basically information from one of your senior
15  VPs John Nugent, right?
16  A.  Yes.
17  Q.  Okay.  Can you just read the first
18  paragraph of that E-mail for me, please?
19  A.  "On Friday John Nugent told me that
20  he had 10 million of forecasted business fall
21  out of the forecast in the west area.  It was
22  not one or two deals, but over 70 separate
23  transactions slipped.  The mix of the
24  accounts was 70 percent new economy,

250

1  30 percent brick and mortar.  The top reason
2  given by companies was capital preservation."
3  Q.  Now, when you say or when you write
4  that the mix of accounts was 70 percent new
5  economy and 30 percent brick and mortar, what
6  did you mean?
7  A.  It was -- what we mean is 70 percent
8  economy and, you know, technology-driven
9  businesses, dot-com, ASPs, things like that,
10  and 30 percent traditional, manufacturing,
11  service industries, things like that.
12  Q.  Okay.  And when you write the top
13  reason given by the companies was capital
14  preservation, what did that mean?
15  A.  That they got a freeze on their
16  budgets, that they weren't going to spend
17  capital.
18  Q.  Okay.  And when you wrote that --
19  well, withdrawn.
20  Below that you say "I spent the
21  weekend reviewing the numbers, pipeline and
22  upside deals to see if we can still find a
23  way to the 320 million."
24  A.  Yes.

251

1  Q.  Do you see that?  Now, do you know
2  when the forecast for NAS went from 346 down
3  to 320?
4  MS. KYROUZ:  Objection, vague.
5  THE WITNESS:  I don't -- I don't
6  have those documents in front of me, so I
7  don't remember when it went down.
8  BY MR. WILLIAMS:
9  Q.  Obviously, it was sometime before
10  February 25th?
11  A.  Yes.
12  Q.  When you said that you spent the
13  weekend reviewing the numbers in -- numbers,
14  pipeline and upside deals, were you -- what
15  were you reviewing when you referred to a
16  pipeline?
17  MS. KYROUZ:  Objection, vague.
18  THE WITNESS:  I was reviewing what
19  he had in OSO.
20  BY MR. WILLIAMS:
21  Q.  Oracle sales online.  And when you
22  say that you were reviewing upside deals,
23  what were you referring to?
24  A.  Deals in Oracle sales online that

252

1  weren't forecasted but people felt there was
2  a chance they could close them.
3  Q.  Okay.  Now, in Oracle sales online,
4  is there a field, so to speak, that is just
5  for upside deals?
6  A.  No.
7  Q.  Okay.  Now --
8  A.  Not that I'm aware of.
9  Q.  But those deals are in all Oracle
10  sales online?
11  A.  Yes.
12  Q.  How do you recognize them as being
13  upside?
14  A.  You have a discussion during the
15  forecast call.  And you talk about the deals
16  they are forecasting, which are the ones they
17  have committed they are going to close.  And
18  you talk about what are the other
19  opportunities that can be upside to your
20  forecast.  That's how those deals are added
21  up.
22  Q.  I see.  But you are -- just looking
23  at OSO by itself, you can't necessarily tell
24  which ones are the upside?

253

1    A.  Looking at OSO really doesn't -- I
2    mean, that's not -- I mean you -- forecasting
3    you got to do actively by talking to people
4    and reviewing the opportunities and having
5    discussions on where you are at on each key
6    opportunity.
7        And, you know, I mean, to give you
8    an idea here, I mean on the 70 separate
9    transactions slip, so you kind of divide 70
10   into ten million and you get an idea on the
11   average transaction size.
12   Q.  All right.  But I just need to get
13   an answer to that last question.  By looking
14   at OSO by itself, you can't tell which ones
15   -- which deals are in the upside?
16   A.  That's correct.
17   Q.  Okay.  Then you write the next
18   sentence "however, based on continual erosion
19   of the pipeline and forecast this quarter, I
20   am reducing my forecast by 20 million."
21   A.  Yes.
22   Q.  Do you see that?  What did you mean
23   when you wrote "based upon the continual
24   erosion of the pipeline"?

254

1    A.  That we have had more opportunities
2    that said they weren't going to make a
3    decision this quarter, so it shifts out to
4    the next quarter or next quarter whenever
5    they say their decision date is.
6    Q.  Okay.  But that had been occurring
7    as early as December and January; isn't that
8    fair?
9        MS. KYROUZ:  Objection, vague.
10       THE WITNESS:  I don't know.  I don't
11   see the numbers.  I mean, David comments
12   about how the pipeline eroded.  But I don't
13   have the numbers that show when or where.
14   BY MR. WILLIAMS:
15   Q.  Okay.  That's fine.  And --
16   A.  And by the way, it is not uncommon
17   to see pipelines shrink as the quarter goes
18   on.  Because as you get closer and closer to
19   your closing date, you know some of them are
20   not going to happen, so you move them out
21   anyways.
22   Q.  Okay.  Now, did -- if you recall,
23   did John Nugent call you and tell you about
24   this -- the 70 transactions or did he send

255

1    you an E-mail?
2    A.  I believe he called me to talk to me
3    about it.
4    Q.  Okay.  Now, the next paragraph looks
5    like an E-mail or text that was written by
6    someone other than you --
7    A.  Yes.
8    Q.  -- right?  And who is that written
9    by?
10   A.  Nic Classick.
11   Q.  Okay.  And how did you get it into
12   this E-mail, did you copy and paste it or
13   something?
14   A.  You know, I don't know.  But I know
15   Nic wrote this E-mail.
16   Q.  Okay.
17   A.  And I know that I talked to Nic
18   about it that weekend.
19   Q.  Okay.  And why is it that you talked
20   to Nic that weekend about it?
21   A.  The same reason why when you go to
22   forecast calls and stuff you always want to
23   go down a level or two to talk to people
24   about the deal.  So Nic was having a shift in

256

1    his -- in his forecasts and having to reduce
2    his forecasts.  So he had a big -- big drop
3    of ten million.  I wanted to get down and try
4    and understand the issues and why it was
5    occurring.  That is why I had him put the
6    note together and explain was it one or two
7    deals, was it -- as you can tell, he says it
8    is 78 deals across 47 different reps that all
9    of a sudden started to slide on him.
10       So it is trying to understand what
11   the issue is.
12   Q.  What do you mean when you say the
13   same reason when you go to forecast calls,
14   you always want to go down a level or two to
15   talk to people about deals?
16   A.  I always -- as I mentioned, you
17   know, you can't just look at OSO and then
18   project based on this this is what is going
19   to happen.  Because these things again -- a
20   customer either signs a contract or doesn't
21   sign a contract.  So during forecast calls,
22   which we held every quarter, I think it was
23   every other week for the first two months of
24   the quarter and then I think weekly the last

257

```
1   month a quarter, they were -- the managers
2   had to attend.  They were held I think maybe
3   Tuesdays.  They would last maybe three hours
4   long.  And you would bring in John Nugent and
5   his -- John Nugent would talk to me.  And we
6   would go down through the list of deals.  And
7   Mary Anne and her managers would talk to me
8   and we would go down through the list of
9   deals.  And Hilarie would be on the calls and
10  we would talk about where she is.  And then
11  Ron Bunting would be on the calls and we
12  would talk about where his business was.
13       And so you would go down the list on
14  the key opportunities to say where are we on
15  this opportunity, have they made the
16  recommendation, are we in contracts, do they
17  have the contracts, where we are at in
18  negotiations, has the competition been sent
19  away, that whole ongoing conversation to
20  determine how you roll it up to make a
21  forecast.
22       Q.  Uh-huh.  Okay.
23       A.  And as -- and as you can see, when
24  you look at this, it was Sunday the 25th is
```

258

```
1   when I sent the note.  And Nic talks about
2   how between his 2/16 and 2/23, so two days
3   later is when I heard that he was slipping
4   significantly.
5       Q.  Okay.  Now, did they --
6       A.  It gives you an idea on the time
7   frame.
8       Q.  Did they detail for you which
9   specific deals had sort of fallen through and
10  which representatives -- which sales reps he
11  was referring to that had issues with closing
12  the deals?
13      A.  Not in this E-mail.
14      Q.  Did you learn that at some point?
15      A.  I don't know.  At some point in time
16  there was a list of -- of deals that slipped.
17  I don't know where that is.  But whenever --
18  number one, I mean, when you are in sales,
19  this is a bad day.  All right.  This is a
20  real bad day.  In fact, I can tell you in
21  13 years at Oracle, the only other time I had
22  a day like this was back in 1990 when we had
23  a loss.  That was the only time Oracle ever
24  had a loss.
```

259

```
1       So what happens when -- when this
2   occurs is you go back and say, okay, I want
3   to create a list of everything that moved and
4   now I want to understand why it moved,
5   understand whether it is going to sign next
6   quarter; if so, when it is going sign; is
7   it no decision, so they are off.  I mean, you
8   go through that whole evaluation process to
9   try and learn how come we had slippage here
10  and how come it all occurred.
11      Q.  Right.  And so at some point you did
12  that?
13      A.  Yes.
14      Q.  And what -- then you did that --
15  well, did the actual salespeople create that
16  for you?
17      A.  It would have been rolled up from
18  the bottom.
19      Q.  Uh-huh.
20      A.  I certainly wouldn't have done it
21  because I don't know the details.
22      Q.  I understand.  But you would have
23  gotten something that had the details and
24  what happened with the deals?
```

260

```
1       MS. KYROUZ:  Objection, vague, lacks
2   foundation.
3       THE WITNESS:  I -- we would have
4   gone through that process.
5   BY MR. WILLIAMS:
6       Q.  Right.
7       A.  And I would have seen something
8   that --
9       Q.  Right?
10      A.  -- would have said, okay, these were
11  the deals we are counting on that didn't
12  happen, here is what happened to them.
13      Q.  Right.
14      A.  Here is the amount.
15      Q.  Okay.
16      A.  Yeah.
17      Q.  Now -- now, I guess in the first
18  paragraph of that page 292, you write "on
19  Friday John Nugent told me that he had ten
20  million in forecasted business fall out of
21  the forecast in the west area."  The west
22  area is the area that we were discussing back
23  on Exhibit No. 8, right, if you want to take
24  a look at that, where -- do you have it?
```

261

```
 1    A.  I have Exhibit No. 8.
 2    Q.  Okay.
 3    A.  Yes.
 4    Q.  Paragraph three where David Winton
 5  says that "drop in technology, as reflected
 6  in the softening pipe, both general business
 7  and majors sees a slow down in both Q3 and
 8  Q4.  General businesses dot-com bubble has
 9  burst."  And in a parenthetical he writes
10  "they expect the west to end the year 30 to
11  40 million behind their original budget for
12  technology."
13    A.  Yeah.  That is the full year budget.
14    Q.  Uh-huh.  I understand.  But it is
15  that -- he doesn't specify any other area
16  than the west area that -- at least in this
17  E-mail?
18    A.  That's -- in this E-mail that's
19  correct, that's what he is saying.
20    Q.  Was there something happening in,
21  you know, December, January in the west area
22  that kind of highlighted issues there?
23    MS. KYROUZ:  Objection, vague, lacks
24  foundation.
```

262

```
 1    THE WITNESS:  Not, not that I'm
 2  aware of.
 3  BY MR. WILLIAMS:
 4    Q.  Okay.
 5    A.  Again we do quarterly reviews and
 6  things like that and we are always looking at
 7  the business.  I mean, basically, what they
 8  are saying is that, you know, the west
 9  budget, they are probably not going to hit
10  their budget.  But the west was one quarter
11  -- you know, I don't know the exact.  But,
12  you know, Nic Nugent was one of four guys who
13  reported -- or Nic Classick, excuse me, was
14  one of four guys who reported to John Nugent.
15  So he was, you know, basically, a quarter of
16  John's responsibility.
17    Q.  Okay.  Who were the other three that
18  reported to John Nugent?
19    A.  Ted Bereswill.
20    Q.  Right.
21    A.  Joseph Dibartolomeo, Joey D., and
22  John Boucher.
23    Q.  Okay.
24    A.  And then we had majors and then we
```

263

```
 1  had Canada.
 2    Q.  Right.
 3    A.  And so, you know, you kind of look
 4  at it and say it was a slice of the business,
 5  but it wasn't a total business.
 6    Q.  Now, did those guys, Ted Bereswill,
 7  Joe -- Joey D., Joey Dibartolomeo, did they
 8  have deals slip too in this time frame?
 9    MS. KYROUZ:  Objection, vague.
10    THE WITNESS:  I don't -- I don't
11  know whether they had deals slip in this time
12  frame.  I think across the board -- and I
13  don't have it in front of me -- but we had --
14  we had slippage across the board across all
15  the business units.  But we didn't have any
16  forewarning on any of it until basically this
17  at the end of quarter.
18    MR. WILLIAMS:  Okay.  Why don't we
19  take five minutes.  It might be a good idea.
20    THE VIDEOGRAPHER:  Off the record at
21  1:54 p.m.
22    (Short recess taken.)
23    THE VIDEOGRAPHER:  Okay.  We are
24  back on the record.  The time is 2:07 p.m.
```

264

```
 1  BY MR. WILLIAMS:
 2    Q.  I am just going to go off on a small
 3  tangent.  I didn't ask you earlier what you
 4  are doing these days.  Are you working?
 5    A.  As little as possible.  Actually, I
 6  retired in July of 2003 from Oracle.
 7    Q.  Okay.
 8    A.  So today what I do is I sit on -- I
 9  am on four different boards on software
10  companies.
11    Q.  Okay.
12    A.  And then I am involved in some real
13  estate stuff.  And believe it or not, I just
14  bought into a cheese factory.  So I am
15  looking for a brewery and a brat factory, so
16  I can cover all the three major food groups
17  in Wisconsin, beer, cheese and brats.
18    Q.  It's Milwaukee, so you shouldn't
19  have too difficult a time.
20    Tell me the boards that you sit on.
21    A.  I sit on four boards.
22    Q.  Uh-huh.
23    A.  One called Scriptlogic, which is
24  in Boca Raton, Florida.  The other one is
```

265

1   called Fieldglass, which is in Chicago,
2   Illinois. The third one is called Citadon,
3   which is in San Francisco. And the last one
4   is called Informace, which is in Redwood
5   Shores.
6       Q.  Okay. And are any of those
7   affiliated with Oracle?
8       A.  No, they are not.
9       Q.  Okay. And what -- well, do they all
10  -- do all four companies sell the same types
11  of products?
12      A.  No, they don't.
13      Q.  Okay. Do any of them do
14  applications?
15      A.  Yes.
16      Q.  CRM?
17      A.  No.
18      Q.  ERP?
19      A.  No.
20      Q.  Okay. What types of software?
21      A.  One sells a business process
22  application for managing business processes
23  and so on. Another one sells an application
24  that runs at the plant level that works

266

1   around the optimization of the manufacturing
2   plant. The third one sells an ASP
3   application. So they are an ASP around a --
4   a contract services, so consultants, lawyers,
5       Q.  Okay.
6       A.  People in India, all that kind of
7   stuff.
8       Q.  Okay.
9       A.  And then the fourth one is a
10  technology company for Microsoft Windows.
11      Q.  Okay. A technology company for
12  Microsoft Windows?
13      A.  Yes, all for Microsoft Tools and
14  stuff.
15      Q.  Microsoft, huh?
16      A.  Hey, you know, the evil empire.
17      MR. WILLIAMS: All right. I am
18  going to ask the reporter to mark this
19  document as Roberts No. 19.
20
21
22
23              (Whereupon Roberts
24              Deposition Exhibit

267

1   No. 19 was marked as
2       requested.)
3       THE WITNESS: No problem. I have
4   it.
5   BY MR. WILLIAMS:
6       Q.  Roberts No. 19 is Bates numbered
7   NDCA-ORCL 089691 through 693. I just ask you
8   to take a look at it. Let me know when you
9   are done.
10      A.  All right.
11      Q.  Do you recognize Roberts 19?
12      A.  Yes.
13      Q.  E-mail sequence between you, Larry
14  Ellison and Nic Classick?
15      A.  Yes.
16      Q.  Is that fair?
17      A.  Yes.
18      Q.  All right. And kind of a follow
19  onto the E-mail we just talked about --
20      A.  Yes.
21      Q.  -- regarding the 20 million miss?
22      A.  Yes.
23      Q.  And it looks like Nic Classick sent
24  you an E-mail trying to give you some

268

1   feedback on the -- on what happened; is that
2   fair?
3       A.  Yes.
4       Q.  Okay. Do you know -- well,
5   withdrawn.
6       Do you see where he says "George --
7   RM feedback regarding the miss"?
8       A.  Yes.
9       Q.  Does that mean regional manager --
10      A.  Yes.
11      Q.  -- feedback? And so as of -- I
12  guess -- well, as of this date, do you know
13  how he knew that he was going to miss the
14  quarter on the 26th?
15      MS. KYROUZ: Objection, misstates
16  the document, lacks foundation, vague.
17      MR. WILLIAMS: Well, withdrawn.
18  BY MR. WILLIAMS:
19      Q.  Do you know what he is referring to
20  when he says regarding the miss?
21      A.  He is saying he is regarding the
22  miss on his forecasts --
23      Q.  Right.
24      A.  -- that he told us about. That's

269

1  what he is talking about.
2      Q.  Okay.  And it is the forecast for
3  the quarter?
4      A.  Yes.
5      Q.  Right?  And there is still two days
6  left in the quarter on May -- on, sorry,
7  February 26th, right?
8      A.  Yes.
9      Q.  Do you know how he knew that he
10  would miss as of the 26th?
11     A.  Yeah.  Because his manager said they
12  weren't going to forecast a number of deals
13  that added up to the dollar amount that he
14  was going to miss his forecast by.
15     Q.  Okay.
16     A.  That was the 47 reps --
17     Q.  Right?
18     A.  -- and 78 deals.
19     Q.  Right.  Okay.  So he says the first
20  reason or that deals fell out was that
21  customers were trying to conserve cash?
22     A.  Yes.  That's what he says.
23     Q.  All right.  And the second is that
24  customers buying production licenses just

270

1  before they go live and using OTM licenses
2  for development.  Can you tell me what that
3  means?
4      MS. KYROUZ:  Objection, lacks
5  foundation.
6  BY MR. WILLIAMS:
7      Q.  If you know?
8      A.  He is saying that -- that clients
9  could download software off the Oracle
10  technology network.
11     Q.  Okay.
12     A.  And build software until they are
13  ready to go production and then they buy it.
14     Q.  And build software?
15     A.  Uh-huh.
16     Q.  What does that mean?
17     A.  Program, Oracle Technology Network
18  was tools and database so you can build
19  applications.
20     Q.  Build like custom applications?
21     A.  Yes, sir.
22     Q.  Okay.  Okay.  Number three was
23  clients thinking too much -- well, withdrawn.
24     Clients thinking too much risk

271

1  involved -- involve buying production license
2  before they are required, postponement of
3  projects and expansion, data warehousing,
4  capacity expansion or backup site expansion.
5  Do you have an understanding what that means?
6      MS. KYROUZ:  Objection, lacks
7  foundation.
8      THE WITNESS:  The only thing -- I
9  know what postponement of projects means.
10  The rest I am not sure how it tied in at this
11  stage.
12  BY MR. WILLIAMS:
13     Q.  Well, what's postponement of the
14  project?
15     A.  Client says we are going to do a
16  data warehousing project and then they decide
17  at the last minute to postpone it.
18     Q.  Okay.  Number four, he says
19  perpetual licenses moving to term and
20  shrinkage to ISD size.  Can you tell me what
21  that means?
22     MS. KYROUZ:  I think it actually
23  says ISD size five.  Oh, no, that's size.
24  Forget it.

272

1      THE WITNESS:  No, it is ISD size.
2  What it means is the client says, well,
3  rather than buying 50 licenses, I am going
4  buy ten and the size deals shrinks from where
5  a field rep would handle it until it drops
6  into telesales.
7  BY MR. WILLIAMS:
8      Q.  Okay.
9      A.  Okay.  Moving to term license, so
10  term is rather than buy money -- they had a
11  term license which was significantly lower
12  money, but basically it was a lease, you
13  didn't own it.  So some went to term, rather
14  than perpetual where I give you a big check
15  up front, instead I will do term and I will
16  buy it again in three more years under a new
17  terms.
18     Q.  Or renew?
19     A.  Yeah, renew, subscription kind of
20  deal.
21     Q.  Okay.  Now, is it your testimony
22  that when a deal size -- a deal -- withdrawn.
23     Is it your testimony that when a
24  deal dollar value drops to a certain number,

273

1  that it goes to telesales rather than field
2  sales?
3      A.  Yes.
4      Q.  Can you describe that structure for
5  me and how that works?
6      A.  I don't -- I don't -- I don't
7  remember the dollar amount or anything else.
8  But I mean the fact of the matter is that a
9  direct sales force is the most expensive
10  sales force you can have, right.  They cost
11  money.  They travel.  They take people out to
12  lunch, you know.  They go play golf.  They
13  waste time, all that other stuff.  So you
14  should only deploy them on deals that have a
15  certain size to make it worth that expense.
16  Otherwise, you should handle them out of a
17  call center.
18      And a lot of people -- I mean, a lot
19  of these -- my guess is because we were such
20  a large company, when we are selling
21  technology licenses and so on -- because
22  that's what he is referring to is technology
23  -- many of these clients are already existing
24  clients.  And so if the deal is large, then

274

1  the field sales rep can handle it.  If it got
2  smaller or it was just renewal of a
3  maintenance with some more seats, then
4  telesales would handle it.
5      So if the deal went from like
6  200,000 and they said, you know what, we are
7  not going to roll it out or we are not going
8  to pay for all the licenses upfront because
9  we want to conserve capital, what we will buy
10  is we will buy the licenses we need for our
11  office in Geneva, and that's 25 licenses for
12  25,000.  So all of a sudden it drops.  You
13  know, you lose $150,000 worth of value
14  because it went from 175,000 to 25,000 and
15  telesales closes the deal.
16      Q.  I see.
17      A.  So you can have -- the deal can
18  still happen.  But it shrinks and it drops to
19  a different channel.
20      Q.  All right.  And number six -- well,
21  I am sorry, number five, some have been lost
22  to hosting providers.  What does that mean?
23      MS. KYROUZ:  Objection, lacks
24  foundation.

275

1      THE WITNESS:  At that time there is
2  people who host people's systems.  So they
3  are making a decision, am I going to buy the
4  licenses and do it myself or will I move onto
5  a hosting service that already provides me
6  everything.
7      So, basically, they moved onto the
8  hosting service, and we didn't sell them a
9  license.
10  BY MR. WILLIAMS:
11      Q.  Okay.  And No. 6, postpone due to
12  corporate consolidating and restructuring as
13  business plans and budgets are being
14  modified.
15      A.  Uh-huh.
16      Q.  Does that basically mean that
17  customers were just not spending as much
18  money?
19      A.  Well, I mean if -- if your budget
20  gets restructured or someone says I am going
21  to consolidate these two divisions, I mean at
22  any -- as we all know in our lives, just like
23  anything else, any moment something can
24  change.

276

1      Q.  Okay.
2      A.  And all of a sudden you think you
3  are there and then you get call and, you know
4  what, we have just been sold or we are going
5  to consolidate these two divisions or
6  whatever.
7      Q.  Okay.  He then goes on to kind of
8  summarize what happened -- what -- kind of
9  places a percentage on what happened.  So he
10  says net lost to competition five percent,
11  firm Q4 projects 25 percent.  Does that mean
12  that they were just moved from Q3 to Q4?
13      A.  Yes.
14      Q.  Okay.  And delayed until economic or
15  business conditions are clear, 70 percent?
16      A.  Uh-huh.  That's what he says.
17      Q.  And you forwarded this to Larry
18  Ellison, do you know whether you did or not?
19      A.  I couldn't tell you whether I did or
20  not.  I have no reason to believe I wouldn't
21  have.  But I can't tell you whether I did or
22  not.
23      As you can tell, this is when the
24  whole economy tanked on everybody.  Every one

277

1  of the technology companies missed their
2  numbers third quarter.  Not a lot of fun.
3      Q.  Do you know Graeme Mair?  I don't
4  know if I am pronouncing that properly.
5      A.  I don't know.
6      Q.  Graeme Mair, the name?
7      A.  Graeme Mair?
8      Q.  Yeah.
9      A.  I don't know.  I don't know whether
10  I know Graeme Mair or not.
11      Q.  Okay.
12      A.  It doesn't ring a bell.
13      Q.  Vice president of finance and
14  operations?
15      A.  No.
16      Q.  Okay.
17      A.  Sorry.  I don't know how -- we had
18  40,000 employees I think.
19      Q.  Can I have this?
20      A.  There was a few.
21      MR. WILLIAMS:  I think this is it.
22  This might help, can you mark this -- no,
23  that's not it.  Can you mark this document as
24  Roberts No. 20?

278

1          (Whereupon Roberts
2          Deposition Exhibit
3          No. 20 was marked as
4          requested.)
5  BY MR. WILLIAMS:
6      Q.  Roberts No. 20 is Bates numbered
7  NDCA-ORCL 030452 through 477.  I'm sorry, I
8  think I misstated that.  It is 033428 through
9  477.  Is that what everyone has?
10      MS. KYROUZ:  Yes.
11  BY MR. WILLIAMS:
12      Q.  Let me know when you have had a
13  chance to look at it?
14      A.  Sure, I am just scanning it.  I have
15  never seen this before.
16      Q.  Okay.  Do you recognize the
17  document?
18      A.  No.
19      Q.  Does it appear to be an Oracle
20  PowerPoint presentation?
21      A.  Yes.
22      Q.  And if you turn to the first page,
23  it's -- the first page says support LOB?
24      A.  Yes.

279

1      Q.  Do you know, if you know, do you
2  know what that means?
3      A.  Well, if LOB means what I think it
4  means, it means line of business.
5      Q.  Okay.  And do you see the name
6  there?  It looks like Graeme Mair was what I
7  was trying to pronounce before.
8      A.  Yes.
9      Q.  Does that jog your memory at all --
10      A.  No.
11      Q.  -- as to who that might be?
12      A.  No, don't know.  Don't have a clue.
13      Q.  Okay.  And it's -- and under that
14  person's name, it says vice president of
15  finance and operations, right?
16      A.  Yes, it says that.
17      Q.  It says --
18      A.  Yes, yes.
19      Q.  Okay.  Did you look through the
20  document at all?
21      A.  I scanned it.
22      Q.  It looks like it has different
23  business matrix; is that fair?
24      MS. KYROUZ:  Objection, vague.

280

1      THE WITNESS:  It has got PowerPoint
2  slides with numbers on it.  Again I -- I
3  don't know anything about this.
4  BY MR. WILLIAMS:
5      Q.  I understand that.
6      A.  Yep.
7      Q.  I am not going to ask you to -- to
8  interpret the document.
9      A.  Okay.
10      MS. KYROUZ:  I guess we can put it
11  away then.
12      MR. WILLIAMS:  I don't think so.
13  BY MR. WILLIAMS:
14      Q.  I am going to ask you to turn to
15  Bates ending 033445.
16      A.  445.  Okay.  Okay.
17      Q.  Okay.  Do you see where it says
18  "Americas support Q201 major deals"?
19      A.  Yes, I do.
20      Q.  Has a couple deals in the U.S.?  It
21  says country U.S.?
22      A.  Yes.
23      Q.  Do you recognize any of those deals
24  to be deals that -- at least licensed deals

281

1  that occurred in NAS?
2      MS. KYROUZ:  Objection, misstates
3  the document, lacks foundation, vague.
4      MR. WILLIAMS:  Excuse me.
5      THE WITNESS:  Bless you.
6      MS. KYROUZ:  Bless you.
7      THE WITNESS:  I don't -- these --
8  first of all, what this is showing is
9  support.  These are support contracts, not --
10  BY MR. WILLIAMS:
11     Q.  Now, I understand.
12     A.  -- not licensed contracts.  So I
13  wouldn't have had anything to do with this.
14     Q.  I understand.
15     A.  I recognize the company names.  I
16  don't think any -- Ford would not have been
17  part of North American sales.
18     Q.  Okay.
19     A.  Citicorp would not have been part of
20  North America sales.
21     Q.  Okay.
22     A.  Nortel would have been because it is
23  Canada.  And Kaiser I don't know whether it
24  was in OPI or whether it was in major

282

1  accounts.
2      Q.  Okay.  The Oracle support
3  organization supported Oracle products,
4  right?
5      A.  Yes.
6      Q.  So when these support deals -- well,
7  withdrawn.
8          Support deals generally, is it fair
9  to say that they would be support for Oracle
10  products?
11     MS. KYROUZ:  Objection, lacks
12  foundation, vague.
13     THE WITNESS:  Yes.
14  BY MR. WILLIAMS:
15     Q.  Okay.  And what was the relationship
16  between sales and support?  So after a
17  product or license is sold, then the
18  maintenance of it would be sort of
19  transferred to support's responsibility; is
20  that how it worked?
21     MS. KYROUZ:  Objection, lacks
22  foundation, vague.
23  BY MR. WILLIAMS:
24     Q.  If not, you can explain to me how it

283

1  works.
2      A.  On an Oracle contract, a client buys
3  and pays for, you know, Oracle licenses --
4      Q.  Right.
5      A.  -- and Oracle support.
6      Q.  Right.
7      A.  And so support revenue went to the
8  support organization.  Licensed revenue,
9  while it came in under North America, in the
10  end, it went to the development organization.
11  So -- so it flowed through us and drop and
12  development would get a piece of it and all
13  that other stuff.
14     Q.  Okay.  But a lot of the sales in
15  your organization would include a license and
16  support and maintenance and other services;
17  is that fair?
18     MS. KYROUZ:  Objection, vague.
19     THE WITNESS:  The answer is yes.
20  BY MR. WILLIAMS:
21     Q.  Okay.  So support revenues a lot of
22  times would be somewhat associated with
23  license deals?
24     MS. KYROUZ:  Objection, vague.

284

1      THE WITNESS:  Not necessarily.
2  BY MR. WILLIAMS:
3      Q.  Okay.  Sometimes they might be
4  renewals or --
5      A.  Well, I mean, a huge portion of
6  Oracle revenue is renewals.  And so when I
7  look at this, I am convinced these are talking
8  about on this page these are renewals.  I will
9  bet you dollars to doughnuts.  I don't know.
10  But this is a support line of business deal.
11     Q.  Okay.
12     A.  So, you know, they are talking
13  premium support with two onsites.  Kaiser for
14  $7 million, I'm sure that's a support
15  renewal.  Because what happens is when a
16  client -- especially large Oracle clients,
17  you know, they have ten to 15 years of
18  building up licenses they have got all over
19  the place.
20     Q.  Right.
21     A.  So when you see numbers for annual
22  support, you know, that are in the millions
23  of dollars, typically it is a support
24  renewal --

Roberts, George J  6/22/2006  8:02:00 AM

285

1    Q.  Okay.

2    A.  -- for a client.

3    Q.  Okay.  Okay.  Do you know who -- who

4    ran support in 2000, 2001?  In terms of was

5    there an executive?

6    A.  Michael, Michael --

7    Q.  Rocha?

8    A.  Rocha, yes, sir.  Michael Rocha ran

9    support.

10   Q.  So he would be in those executive

11   committee meetings as well, right --

12       MS. KYROUZ:  Objection --

13   BY MR. WILLIAMS:

14   Q.  -- weekly?

15       MS. KYROUZ:  -- lacks foundation,

16   vague.

17       THE WITNESS:  Michael was in them at

18   the end when I was there.  I don't know

19   whether Michael was in them at this time

20   line.

21   BY MR. WILLIAMS:

22   Q.  Okay.  All right.

23   A.  But at the end.

24   Q.  Okay.  I want to ask you to turn to

286

1    Bates ending 448, 033448.

2    A.  Okay.

3    Q.  Can you just read the title of that

4    page for me?

5    A.  "Current top five issues."

6    Q.  "Americas support current top five

7    issues," right?

8    A.  Sorry, "Americas support current top

9    five issues," sorry.

10   Q.  Do you see where it says first -- I

11   guess the first bullet point says

12   "Implementation of GSI and OKS in U.S. and AR

13   with limited functionality, bugs and delayed

14   trainings will impact Q2 and Q3 renewals.

15   Impact could be between 30 million and 50

16   million in revenue."  Do you know what GSI

17   is?

18   A.  No.

19   Q.  And do you know what OKS is?

20   A.  No.

21   Q.  Have you ever heard of global single

22   instance?

23   A.  I know global single instance, yes.

24   Q.  Okay.  Do you know what -- well, can

287

1    you just tell me what global single instance

2    means?

3        MS. KYROUZ:  Objection, vague.

4        THE WITNESS:  Global single instance

5    was the initials or the term used for the

6    data model under the E-business suite.

7    BY MR. WILLIAMS:

8    Q.  Okay.  Now, does OKS mean Oracle

9    contracts, if you know?

10   A.  Don't know.

11   Q.  Okay.  See the second bullet point,

12   increase in escalations from customers

13   migrating from 10.7 to 11i and from 7.34 to

14   8.x.

15   A.  Yes.

16   Q.  Do you see that?  Did you in your

17   organization at the end of Q2 understand

18   there to be an increase in escalations from

19   customers migrating from 10.7 to 11i?

20       MS. KYROUZ:  Objection, lacks

21   foundation, misstates the document which

22   refers to support, vague.

23       THE WITNESS:  No, I --

24

288

1    BY MR. WILLIAMS:

2    Q.  I am not talking about support.  I

3    am talking about your organization --

4    A.  No.

5    Q.  -- NAS?

6    A.  No.

7    Q.  The answer is no?

8    A.  No.  You know, I don't know that --

9    that -- I don't know about this.

10   Q.  Okay.

11   A.  And you know -- yeah, I don't know.

12   Q.  Looking at just under that bullet

13   point?

14   A.  Uh-huh.

15   Q.  Do you see where it says "ERP

16   escalations growing, especially upgrades, new

17   CRM escalations growing, pre-11i accounts

18   with no migration plans and limited

19   development --" if that's what that means

20   "-- capacity on pre-11i maintenance"?  Do you

21   see that?

22   A.  Uh-huh.

23   Q.  Just under that, do you see where it

24   says "lack of ERP/CRM integration has become

289

1  a key customer concern primarily due to OM
2  issues"?
3      A.  Uh-huh.
4      Q.  Was OM --
5      A.  Yes.  I should say yes.
6      Q.  -- an acronym for Order Management?
7      A.  I believe -- that's what it would
8  mean to me.
9      Q.  To you.  Based -- withdrawn.
10         In your organization, North American
11  sales, do you know whether at the end of Q2
12  the lack of integration between ERP and CRM
13  had become an issue communicated to you by
14  your -- by your staff of customers in that
15  organization or customers in that area?
16         MS. KYROUZ:  Objection, vague, lacks
17  foundation, misstates the document and prior
18  testimony.
19         THE WITNESS:  I get -- first of all,
20  when you talk integration, there is
21  integration in different levels between
22  application.  So when they say lack of
23  integration, I don't know what they mean or
24  how far they are, you know, defining that.

290

1         And was, you know -- and we have
2  seen some E-mails about certain clients that
3  had concerns or issues that we were working
4  with to resolve.
5         But, you know, were there a hundred
6  of those, not that I'm aware of.  Did I see a
7  huge escalation of -- of support calls, no.
8  We had -- we had our fair share from a new
9  release that you always have any time you
10  have a new release.
11         But, you know, I didn't see a big,
12  you know, explosion of situations where we
13  had, you know, a hundred of them at one time.
14         So I mean if you look at the list of
15  names you have shown me, maybe there is a
16  dozen of them.  Maybe there are 25 or
17  something.  But, you know, compared to the
18  thousands of clients we have on applications
19  and everything else, I don't know that that's
20  an outrageous number based on a new release
21  of a product.
22  BY MR. WILLIAMS:
23      Q.  Okay.
24      A.  But, you know, is it painful at the

291

1  time when you have clients who are unhappy
2  about certain things?  Sure, it is.
3      Q.  I am going to ask you to turn to the
4  next page, 033449.  It looks like that is
5  kind of a continuance of Americas support
6  current top five issues.
7      A.  Right.
8      Q.  See the first bullet point where it
9  says "the current license forecast for Q3 and
10  Q4 shows softening, which would result in
11  lower first year support."  Do you see that?
12      A.  Yes.
13      Q.  And do you know whether at the end
14  of Q2 of '01 North American sales license
15  forecast for Q3 and Q4 had shown any
16  softening?
17         MS. KYROUZ:  Objection, lacks
18  foundation, vague.
19         THE WITNESS:  Not that I'm aware of.
20  I mean, at the end of Q2 we were on our
21  budget.  We had had a good Q2 or a good Q1, a
22  good Q2.  And Q3 we weren't forecasting
23  budget.  We never did during Q2.  We were
24  forecasting a revenue number but not the

292

1  budget number.
2         So, you know, I can't talk about
3  their definition of what softening means or
4  where they pulled that from.  But, you know,
5  we were forecasting $346 million, but that
6  wasn't our budget.
7  BY MR. WILLIAMS:
8      Q.  Did I say budget?
9      A.  No.  I am just saying the current
10  license forecast shows softening.
11      Q.  Okay.
12      A.  You know, my guess is they have a
13  budget that is based on our licensed budget.
14      Q.  Okay.
15      A.  So if my forecast is 346 million,
16  which is less than my license budget, then
17  they would -- they would translate that
18  through and say, well, if he is forecasting
19  below his budget number, then you know what,
20  my support number is going to be below my
21  budget number because it is just a
22  derivative.
23      Q.  Okay.  So are you saying that based
24  on your review of this, do you think that the

Roberts, George J  6/22/2006  8:02:00 AM

293

1 person who wrote this, when they wrote
2 current license forecast, that they meant
3 current license budget?
4     A. No, current license forecast.
5     Q. Okay.
6     A. But they are talking about probably
7 how it relates to what their budget is, which
8 would have been based off the licensed
9 budget.
10    Q. But you can't tell that from looking
11 at the document, can you?
12    A. It says current license forecast --
13    Q. Right. But --
14    A. -- shows softening which would
15 result in slower first year support. His
16 first year support budget is based off my
17 license budget.
18    Q. Okay. I see. I understand now.
19    A. The license forecast was lower than
20 my license budget so he is saying there is a
21 softening there that is going to impact what
22 his revenue target is, which is his forecast
23 because it is a derivative from mine.
24        So I forgot. Oracle I think the

294

1 percentage for application -- you know on
2 average was 20 percent across the board. So
3 if my budget was just say a number
4 $400 million for Q3, then my portion of that
5 for support would have been an additional $80
6 million, which would be what he would be
7 forecasting. But if I am forecasting less
8 than 400 million, then that's a softening in
9 his eyes, he has got to forecast 20 percent
10 of that, which is less than his revenue
11 target. That's what he is referring to I
12 believe here.
13    Q. Uh-huh.
14    A. That's -- when I read this based on
15 how I know the business runs --
16    Q. That's what you said.
17    A. -- that is what I believe he is
18 referring to here.
19    Q. Fair enough. Do you see the next
20 bullet point there, whoever wrote this said
21 "held discussions with George Roberts and
22 Sandy Sanderson on upside potential for sales
23 and impact of migration on first year
24 support, will monitor closely"?

295

1     A. Uh-huh.
2     Q. Does that refresh your recollection
3 as to who may have created this PowerPoint
4 presentation?
5     A. No.
6        MS. KYROUZ: Objection, lacks
7 foundation.
8 BY MR. WILLIAMS:
9     Q. Do you know whether this type of
10 PowerPoint presentation would be one that
11 would be in your files?
12    A. No, I don't believe so. It might
13 be. I wouldn't know.
14    Q. Okay.
15    A. And held discussions, I mean I don't
16 know this person. I might have had
17 discussions with someone else in support and
18 then this is how it ended up.
19    Q. Okay.
20    A. But I don't know this person. And
21 they are talking about upside potential for
22 sales, which is, you know, what may you bring
23 in -- what might be above your forecast --
24    Q. Okay.

296

1     A. -- is what he means by upside.
2     Q. All right. What's a sales portal,
3 do you know?
4     A. A sales portal, a portal is a
5 technology. And basically what a portal is
6 is an application that sits on a web. And
7 they call it a portal because it opens up a
8 door so you can go get information. That's
9 the whole idea by it.
10        So the sales portal was a portal
11 where the sales reps can go in and have
12 access to various applications. So OSO would
13 be in there or some other applications.
14        But it was the one thing they could
15 sign on that would give them all their access
16 to what they needed for during the day and
17 all that stuff.
18        MR. WILLIAMS: This one.
19        THE WITNESS: This stuff does keep
20 the paper manufacturers in business, doesn't
21 it? That and Iron Mountain. What a company,
22 huh? We will store your documents forever.
23        MR. WILLIAMS: I am going to ask the
24 reporter to mark this NDCA-ORCL 094090

297

1 through 093.
2 THE WITNESS: Thank you.
3 (Whereupon Roberts
4 Deposition Exhibit
5 No. 21 was marked as
6 requested.)
7 BY MR. WILLIAMS:
8 Q. This is going to be Exhibit 21.
9 Just take a look at that and let me know when
10 you are done.
11 A. Okay.
12 Q. Have you had a chance to look at
13 Roberts 21?
14 A. Yes.
15 Q. And do you recognize it?
16 A. Yes.
17 Q. E-mail from -- or a series of
18 E-mails between Gayle Fitzpatrick, you, Jeff
19 Henley --
20 A. Yes.
21 Q. -- and a few others. Fair?
22 A. Yes.
23 Q. Between March 18th of 2001 and
24 March 20th of 2001, right?

298

1 A. Yes.
2 Q. Discussing demonstrations in majors,
3 right?
4 A. Yes.
5 Q. And it looks like Mary Anne -- or
6 withdrawn. That Gayle forwards you more
7 information about the progress of
8 demonstrations --
9 A. Yes.
10 Q. -- right?
11 A. Yes.
12 Q. And if you look at the bottom of 090
13 over to 091, you send a message to at least
14 Jeff Henley?
15 A. Yes.
16 Q. Do you know whether or not you sent
17 that message to anyone other than Jeff?
18 A. I don't know whether I did or not.
19 I can tell you that, you know, we continually
20 tried to make sure that Ron and them were
21 aware of issues because that is the only way
22 you can fix things.
23 Q. Could you read for me your comment
24 to Jeff?

299

1 A. "Jeff's perspective and I agree.
2 The facts help me, the anecdotes do not. By
3 the way, Gayle, you mentioned that you can
4 get me the average rating on demos. If this
5 is the case, what was the average rating from
6 the field for February?"
7 Q. I was actually referring to a little
8 bit lower in the document.
9 A. Okay.
10 Q. On the very bottom of the page, it
11 says "George Roberts wrote."
12 A. Okay. "Here is the latest on ADS
13 for majors. While 11.5.3 looks more complete
14 to the field, performance does not appear to
15 have improved. This quarter we have to
16 perform flawlessly to maximize our revenues
17 and margins. If this does not approve, it
18 will continue to impact our conversion rate.
19 Sandy and Jay, is the experience for your
20 team similar?"
21 Q. Okay. So March 20th, 2001, Oracle
22 had already reported the three Q '01 earnings
23 miss, right?
24 A. Yes.

300

1 Q. And you write to it looks like at
2 least to Jeff Henley and Sandy Sanderson --
3 is that who Sandy is?
4 A. Yes.
5 Q. And Jay, is that Jay Nussbaum?
6 A. Yes.
7 Q. But you can't tell in the E-mail
8 that that E-mail is addressed to them, can
9 you?
10 A. No.
11 Q. In any event, you write to them "if
12 this does not improve, it will continue to
13 impact our conversion ratio --" I am
14 sorry "-- conversion rate"?
15 A. Yes.
16 Q. And as of March 19th when you sent
17 this E-mail, how did the demo issues impact
18 the conversion rate?
19 A. I don't know. I can't tell you
20 specifics. But if you can't give a good
21 demo, then you are not going to win as much
22 business. Or if you have to do additional
23 demos, it delays your business.
24 Q. And --

Roberts, George J  6/22/2006  8:02:00 AM

301

1    A. But, you know, again, we have been
2    dealing with this issue Q1, Q2, Q3, Q4.
3    Q. I understand.
4    A. We are just trying to improve it.
5    MR. WILLIAMS: Thanks. I am going
6    to ask the reporter to mark this document as
7    Roberts 22. And it is Bates numbered
8    NDCA-ORCL 094099 to 094100.
9    THE WITNESS: Thank you.
10   BY MR. WILLIAMS:
11   Q. I ask you to take a look at that
12   document and let me know when you are done.
13   A. Okay.
14            (Whereupon Roberts
15            Deposition Exhibit
16            No. 22 was marked as
17            requested.)
18   THE WITNESS: Okay.
19   BY MR. WILLIAMS:
20   Q. Do you recognize the document?
21   A. Yes, I do.
22   Q. It is an E-mail from Gayle
23   Fitzpatrick to you and some others?
24   A. Yes.

302

1    Q. On March 27th, 2001?
2    A. Yes.
3    Q. It's -- the subject line is major
4    11i escalated customers?
5    A. Yes.
6    Q. Who is X. Johnson in the -- in the
7    cc line?
8    A. I -- I -- you know, I don't know. I
9    don't know whether that is Steve Johnson. I
10   don't know who X. Johnson is.
11   Q. Okay.
12   A. I don't know. It is one of the
13   X-Men. He is the Swedish version, Johnson.
14   My name is John Johnson. I come from
15   Wisconsin. That's a song.
16   Q. Anyway, she is E-mailing you about
17   the 11i escalated customers in majors, right?
18   A. Yep, eight of them.
19   Q. Right. TMP is still on there?
20   A. Yep.
21   Q. Paxar, who we talked about earlier,
22   is still on there?
23   A. Yep.
24   Q. And Boral Bricks, right?

303

1    A. Yes.
2    Q. Papa Johns, Kyocera Mita America and
3    SAS, right?
4    A. Yes.
5    Q. And UBS Warburg, right?
6    A. Yes.
7    Q. Did UBS cover Oracle as an analyst?
8    A. I don't know.
9    Q. Do you see in the first paragraph
10   where Mary Anne writes to you "these
11   customers are in crisis mode of getting 11i
12   either installed or working property --
13   properly to meet go live production dates"?
14   A. Yes.
15   Q. What did you understand crisis mode
16   to mean?
17   MS. KYROUZ: Objection, lacks
18   foundation, vague.
19   THE WITNESS: That they are trying
20   to get into production. That's -- crisis to
21   me means I am trying to get into production,
22   I am supposed to be in production this date
23   and they are having issues.
24

304

1    BY MR. WILLIAMS:
2    Q. Well, looking at Boral Bricks --
3    Boral Bricks and trying to implement
4    11.5.3 -- that is 11i.3, right?
5    A. It is 11.5.3.
6    Q. Right. Does that mean 11i?
7    A. Yes, it is 11i. Those are point
8    releases.
9    Q. Okay. And do you see where
10   Mary Anne writes the last sentence there,
11   "customer care will continue to hold daily
12   calls with Boral Bricks in order to ensure
13   successful go live. Boral has filed a
14   $541,000 damages claim and have outstanding
15   OCS bills." Do you see that?
16   A. Yes.
17   Q. Do you know what that damages claim
18   was for?
19   A. No.
20   Q. Was it for their implementation of
21   11i?
22   A. I don't know.
23   MR. WILLIAMS: He has got to change
24   the tape. So it makes sense for us to take a

305

1 short break.

2     THE WITNESS:  Okay.

3     THE VIDEOGRAPHER:  This marks the

4 end of videotape No. 3, volume one, of the

5 deposition of George Roberts.  The time is

6 2:54 p.m.

7     (Short recess taken.)

8     THE VIDEOGRAPHER:  We are back on

9 the record.  Here begins tape No. 4, volume

10 one of the deposition of George Roberts.

11 Today's date, June 22nd, 2006.  The time is

12 3:05 p.m.

13     MR. WILLIAMS:  Just before we

14 continue with the questioning, it is 3:05

15 now.  The witness does have to leave at 4:00.

16 And I believe that plaintiffs may need --

17     THE VIDEOGRAPHER:  I didn't get this

18 one going.

19     We are back on the record.  This is

20 the beginning of tape four, volume one, of

21 the deposition of George Roberts.  Today's

22 date is June 22nd, 2006.  The time is

23 3:05 p.m.

24     MR. WILLIAMS:  You had gotten that

306

1 down, right?

2     I think that plaintiffs may need

3 some additional time with Mr. Roberts,

4 certainly not more than three to four hours.

5 In light of Judge Infante's comments the

6 other day with respect to any requests that

7 witnesses sit for more than seven hours and

8 his requirement that the parties work that --

9 work that issue out prior to coming to him, I

10 can say now that it may be that we need an

11 additional -- some additional time with

12 Mr. Roberts.

13     Plaintiffs are perfectly willing to

14 come back to Milwaukee to do that.  I will

15 note for the record that we did make

16 accommodations for the other side with

17 respect to the start of the deposition and

18 have respected the time at the start of the

19 deposition and are always prepared to work

20 these things out.  So so long as -- well,

21 that's our position.

22     We will finish up today, see how far

23 we get.  Right now it looks like I think I am

24 going to need at least a couple more hours,

307

1 and hopefully you will accommodate that.

2     MS. KYROUZ:  We will be happy to

3 meet and confer with plaintiffs after.  We

4 would ask that plaintiffs provide us with an

5 explanation of why we need more than seven

6 hours for Mr. Roberts.  And I would note we

7 started at 8:00 a.m. at the witness's

8 request, but he has to leave at 4:00.

9     MR. WILLIAMS:  Quickly, with respect

10 to explaining why we need more than four

11 hours, I will say that Mr. Roberts was an

12 executive vice president at the company.  He

13 had vast responsibilities for a very large

14 organization that included sales consultants,

15 area vice presidents, regional managers and

16 senior vice presidents.

17     I will say that there are a lot of

18 documents that he is copied on, cc'd on or

19 wrote himself.  And the seven-hour time frame

20 doesn't appear to be enough for us to

21 complete the deposition, in addition to the

22 fact that some of the documents -- many of

23 the documents that the witness has testified

24 about are relatively dense and require review

308

1 of the documents by the witness before he is

2 prepared to talk about them.  So it is not

3 unreasonable to -- to request a little

4 additional time to discuss some of those

5 issues with the witness.

6     But we are prepared to talk about

7 it, you know, when we are done.  I don't want

8 to waste too much record time, you know,

9 arguing about it.

10     MS. KYROUZ:  No need to debate it on

11 the record.

12     MR. WILLIAMS:  Okay.  Would you pull

13 that?  I am going to ask the reporter to mark

14 this document as Roberts No. 24 -- 23, sorry.

15     THE WITNESS:  Thank you.

16     (Whereupon Roberts

17     Deposition Exhibit

18     No. 23 was marked as

19     requested.)

20 BY MR. WILLIAMS:

21     Q.  Roberts No. 23 is Bates numbered

22 NDCA-ORCL 180184 through 180214.  I will ask

23 you to take a look at --

24     A.  I am just scanning through it.

Roberts, George J  6/22/2006  8:02:00 AM

309

```
1     Q.  -- Roberts No. 23 and let me know
2    when you are done.
3     A.  Okay.
4     Q.  Okay.  Do you recognize Roberts
5    No. 23?
6     A.  Yes.
7     Q.  Document you saw yesterday?
8     A.  I saw a document that had executive
9    dialogs on it.  Whether it was this specific
10   one or not or this date, I couldn't tell you.
11    Q.  All right.  And what's the title of
12   Roberts 23?
13    A.  "NAS Executive Dialogs E-business
14   Suite, Thursday, April 5th."
15    Q.  Okay.  And did you -- and it is a
16   PowerPoint presentation, right?
17    A.  Yes, it is.
18    Q.  Did you create it?
19    A.  No.
20    Q.  Do you know who did create it?
21    A.  Somebody on my team.
22    Q.  Was that typically how it was
23   done, you had somebody create it for you?
24    A.  Yeah, I mean these types of
```

310

```
1    documents, we get feedback from everybody and
2    consolidate it and then put it together.
3    So...
4     Q.  Okay.  Do you know where this
5    executive dialog took place?
6     A.  My guess is it took place at
7    corporate, San Francisco.
8     Q.  When it is -- who attends these
9    things, sales staff or just -- when it refers
10   to executive dialogs, who does that cover?
11    A.  Generally, what these were is where
12   we had the key sales management -- kind of my
13   directs.  And then we would meet in
14   California with the key development leaders
15   and technology and applications and
16   everything and marketing and support too.
17    Q.  Okay.  It looks like at least you,
18   Ron Wohl, Mark Jarvis and Mark Barrenechea
19   were there, probably as the heads, right?
20    A.  Well, this -- typically, these were
21   a two-day deal.  And one day was
22   applications; one day was technology.  So
23   this is probably the presentation that was
24   done on the day of the applications meeting,
```

311

```
1    which would have been, you know, Ron and Mark
2    versus Chuck Rozwat and Sohaib Abassi.
3     Q.  Okay.  Now, were these done for each
4    organization, if you know, like OPI, OSI?
5     A.  Not, not that I'm aware of.  I did
6    these specifically -- like I said, I don't
7    believe the other guys did this.  I did this
8    because I was very interested in making sure
9    we were coordinating and working as closely
10   as possible with the key other lines of
11   business within Oracle being, you know,
12   development, marketing and support.
13    Q.  Okay.
14    A.  So this -- I believe the only person
15   that held these.
16    Q.  I am going to ask you to turn to
17   Bates ending 188.
18    A.  188.  Okay.
19    Q.  And marketplace trends, right?
20    A.  Yes.
21    Q.  And the second bullet point says --
22   can you just read the second bullet point for
23   me?
24    A.  "General business, $100 million
```

312

```
1    dot-com market space gone."
2     Q.  Used to be 70 percent of the market?
3     A.  Yes.
4     Q.  Right?
5     A.  But 70 percent of what market?  And
6    I don't know what -- what market this is.  It
7    might have -- it might have been 70 percent
8    of the technology market in general business
9    west.  So --
10    Q.  Well?
11    A.  -- I don't know that -- it certainly
12   -- dot-com was not 70 percent of John
13   Nugent's business for sure.
14    Q.  Okay.
15    A.  So I -- that 70 percent of market,
16   again I don't know how that --
17    Q.  Okay.
18    A.  -- ties in.
19    Q.  But you are not sure if when you say
20   70 percent of market, if that means
21   70 percent of NAS?
22    A.  I know it is not 70 percent of NAS.
23    Q.  Okay.
24    A.  Yeah.  Because that would be over
```

313

1   $700 million.
2   Q.  Okay.
3   A.  I would have been out of business.
4   Q.  Okay.
5   A.  I wouldn't have made it to 2003.
6   Q.  So going to the third bullet point
7   for majors --
8   A.  You know -- and by the way, to put
9   all of this in perspective, I mean, if it is
10  a hundred million dollar market, that is
11  basically less than ten percent of my number.
12  Q.  Okay.  So the next bullet point?
13  A.  Majors.
14  Q.  Yes.
15  A.  "VC funding dried up in exchange
16  arena and market not up to wholesale ERP
17  replacements."
18  Q.  What does that mean?
19  A.  In 2000 -- if you think about it,
20  there were several trends that were pushing a
21  lot of investment in IT back then.  It was --
22  you had Y2K, right, everybody had to get
23  everything in by New Year's Eve or the world
24  was going to stop.  And then back to back

314

1   with that became the B to B, business to
2   business, and B to C, business to consumer,
3   type pushes which -- you know, that's when
4   everybody thought they were going to be
5   Amazon, right, you know, going to be put out
6   of business by Amazon.  Borders was going to
7   be out of business because Amazon was going
8   to take them all over.  So all these
9   executives were pouring money into the
10  technology infrastructure because the
11  Internet was coming and they weren't all sure
12  how it was going to impact the business.  And
13  you had this clash between the traditional
14  business and the new guys who said that buy
15  dog food over the web and we will ship it on
16  an airplane to you and we will make more
17  money than the other guy does.
18       And so there was also a portion in
19  time where major corporations thought that
20  they could cash in on this business to
21  business-type marketplace environment.  So
22  they called them exchanges.  And where, you
23  know, General Motors figured that they can
24  force all of their suppliers into business

315

1   exchange and they would all have to supply
2   General Motors and bid on General Motors
3   business through this exchange opportunity
4   and then create a separate company and take a
5   piece of it all.
6       And so there was a lot of venture
7   capital funding going on to fund these
8   exchanges.  Some of it was funded from
9   corporate America, et cetera, et cetera.  And
10  it kind of boomed and fizzled at about 12 to
11  18 months.  It became a hot topic and then it
12  died real big because it just -- it couldn't
13  support itself.
14  Q.  Okay.  Why don't we turn to 19?
15  A.  Okay.
16  Q.  Now, up until now, the headings on
17  these pages are the ERP session --
18  A.  Yes.
19  Q.  -- that this discussion is
20  concerning, right?
21  A.  Yes.
22  Q.  The third bullet point down -- and
23  let me back up a little bit.  I guess these
24  are the, quote/unquote, key issues that your

316

1   organization identified, right?
2   A.  Uh-huh.
3   Q.  Third bullet point down, "product
4   quality reputation"?
5   A.  Yes.
6   Q.  And parenthetical you write
7   Forrester Report.
8   A.  Uh-huh.
9   Q.  What did you mean by product quality
10  reputation?
11  A.  To tell you the truth, I can't
12  remember what the Forrester Report said.
13  Q.  Okay.
14  A.  But somebody must have published a
15  report that said some things that were
16  impacting or that our, you know, competition
17  would hand out to everybody say, see, their
18  product doesn't do this.
19  Q.  Okay.  And the another key issue was
20  the ADS system that we have talked about.
21  A.  We have heard about that all day
22  long.  We can go over it again, if you want,
23  Shawn.
24  Q.  No, I don't know how much more you

317

1   can say about it.
2      A.  Except we weren't happy with it.
3      Q.  Right.  The last bullet point,
4   "ERP-CRM integration/product demos."
5      A.  Right.
6      Q.  What does that mean?
7      A.  As it -- a lot of it is tied to, you
8   know, the ADS system.  And again, you know,
9   integration occurs at several levels and
10  applications and stuff.  And different
11  businesses have different business flows
12  across the different functional areas.
13       And so, you know, what you want to
14  do is you want to be able to show everybody
15  all the different possible business flows.
16  Well, when you release a product, you can't
17  do them all and over time you build them and
18  you build predefined business flows.  I am
19  pretty sure -- because it was talking about
20  product demos -- that was what it was related
21  to.
22     Q.  Okay.  Why don't we go to Bates
23  ending 183.
24     A.  183?

318

1      Q.  Uh-huh.
2      MS. KYROUZ:  183 or 193?
3      MR. WILLIAMS:  I'm sorry, 193.
4   BY MR. WILLIAMS:
5      Q.  Still in the ERP session?
6      A.  Uh-huh.
7      Q.  Issues?
8      A.  Uh-huh, yeah.
9      Q.  Was there a different -- well, hold
10  on a second.  So this was not a key issue; it
11  was just an issue.  Was there a real
12  differentiation there?
13     A.  Well, let me see.
14     MS. KYROUZ:  Objection, vague.
15  BY MR. WILLIAMS:
16     Q.  Well, earlier --
17     A.  There was probably -- I don't know.
18  It is probably a subpoint.
19     Q.  Okay.
20     A.  I mean, it's -- you know, we are
21  talking the key issues overall.  Then we say
22  what are the issues, general business --
23     Q.  Okay.
24     A.  -- Canada, how about HR, how about

319

1   training.  So there are points on we are
2   trying to make to improve the performance.
3      Q.  All right.  So on this page, 193, we
4   were talking about -- or you are talking
5   about HR?
6      A.  Yes.
7      Q.  And first bullet point says "lack of
8   stability in the demo system and integration
9   with other APS."
10     A.  Yes.
11     Q.  Are you talking about one thing
12  here, meaning just the demo system and
13  integration with other apps, or did other HR
14  have issues with -- related to its
15  integration with other apps?
16     A.  I think they are definitely talking
17  about, you know, the demo system.  But again
18  it is important to understand that -- that
19  software -- software evolves.  I mean, that
20  is why they got release one, release two,
21  release three, release four.
22       So when you have your first release
23  with a new product, you are bringing out
24  functionality and integration, all right.

320

1   But you may not have all the functionality or
2   integration that your clients want or the
3   marketplace wants.  So every point release
4   you are adding more capability and more
5   integration points into the software.
6        So, you know, they might have been
7   saying that there is some integration that HR
8   has where it integrates into accounts payable
9   as part of payroll, but, you know, how come
10  it is not integrated into CRM when that --
11  when someone wants to -- wants to look up a
12  candidate or whatever in the CRM system, how
13  come it doesn't show me their HR resum .
14     Q.  Okay.
15     A.  Okay.
16     Q.  Why don't we -- let's go to 180201.
17  I think this kind of gets into the CRM
18  session.  180201.
19     A.  Uh-huh.  Okay.
20     Q.  Okay.  You agree with me that this
21  is in the CRM section of the presentation?
22     A.  Yes.
23     Q.  Okay.  And so we are talking about
24  key issues.  And on this page it says "still

321

1  only doing average on these key fronts." And
2  the first bullet point is the 11i system
3  stability.
4      A.  Yes.
5      Q.  Do you know what is meant by that?
6      A.  My guess is we are looking for the
7  product to continue to mature.  When we
8  released the E-business suite 11i, a
9  significant portion of the E-business suite
10  was new product.  One thing is the
11  architecture and a data model.  The other
12  thing is adding additional modules.  All
13  right.
14          If you look at the history of
15  Oracle, while we are selling some CRM-type
16  applications like sales force automation and
17  some other stuff before 11i, so in 11 and
18  stuff we had some CRM modules.  11i was a
19  major push with some significant additional
20  modules in CRM.  So it wasn't nearly as
21  mature as our ERP offerings, which we have
22  had for -- you know, since 1990, 1989 they
23  have been selling GL and financial and
24  manufacturing.

322

1          So my guess is we are talking about
2  the maturity of the CRM product suite that
3  was released versus ERP.  So -- and it's
4  average.  So it's not where it needs to be.
5  It is not good enough.  We want it better.
6      Q.  Turn to 160210.  210.
7      A.  Yes.
8      Q.  This page states "to win CRM
9  marketplace against Siebel, we need" and a
10  bunch of bullet points, right?
11      A.  Yes.
12      Q.  And five bullet points down it says
13  "product reputation, dash, quality."
14      A.  Uh-huh.
15      Q.  Do you know what is meant by that?
16      A.  It is meant that the product is new.
17      Q.  Okay.
18      A.  And again when you have a release
19  one of a product or a release two or
20  whatever, it is not nearly as mature.  Siebel
21  had been in the marketplace for probably a
22  good seven years.  And so we are playing
23  catch up.  So the maturity level and the
24  functionality in the product wouldn't be as

323

1  deep as Siebel's was, just like our HR
2  product wasn't as deep as PeopleSoft's was.
3      Q.  Okay.
4      A.  So quality of product.
5      Q.  All right.  Next --
6      A.  Better capabilities.
7      Q.  I'm sorry.
8      A.  Sorry.
9      Q.  Next bullet point "ERP and CRM
10  integration."
11      A.  Uh-huh.
12      Q.  Need that too?
13      A.  I think that is the same thing.  We
14  had release one of the application and we had
15  integration points at the data level and the
16  application level, but we needed to continue
17  to add more integration points across the
18  different business modules in the business
19  flows that clients want.
20      Q.  Okay.  Why don't we turn to the next
21  page.  I think it ends 211.
22      A.  Yes.
23      Q.  "CRM dialogue, what's needed."  And
24  then the subheading development.

324

1      A.  Uh-huh.
2      Q.  Can you read the first bullet point
3  for me?
4      A.  It says "quality issues persist.
5  11.5.3 not as stable as we would like.  OCS
6  -- OCS and customers are having major
7  problems with it."
8      Q.  Do you know what OCS means?
9      A.  I believe -- I could be wrong.  But
10  I believe it is Oracle Consulting Services.
11      Q.  Okay.  And this is -- they are
12  talking about the third release here of 11i,
13  right?
14      A.  They are talking about -- no, not
15  the third release, the third point release or
16  something or -- you know, point releases are
17  different than a release.  So I guess you
18  would call it a release.  But they are
19  11.5.3.
20      Q.  That is point release three?
21      A.  Point releases, yeah.
22      Q.  That's what I didn't --
23      A.  But I mean, when you are --
24  typically, when you bring out a new product,

Roberts, George J  6/22/2006  8:02:00 AM

325

1  you -- you have a series of rapid releases as
2  you are finishing dropping in functionality
3  and patches and everything else.  So those
4  things escalate.  So there might be 60 days
5  between point releases.
6      Q.  Now, was there --
7      A.  Or 30, in fact.
8      Q.  When you left Oracle, what point
9  release were they up to on 11i, if you
10  recall?
11     A.  Heck if I know.
12     Q.  Uh-huh.
13     A.  But the release has slow down as the
14  product matures.  But I couldn't tell you.  I
15  wouldn't know.
16     Q.  Okay.  All right.
17     A.  Do you ever run out of stickers?  It
18  is good it is only going seven hours,
19  otherwise we might.
20     MR. WILLIAMS:  All right.  I am
21  going to ask the reporter to mark this
22  document as Roberts No. 24.  And it is Bates
23  stamped NDCA-ORCL 081369 through 373.
24     THE WITNESS:  Thank you.

326

1  BY MR. WILLIAMS:
2      Q.  I am going to ask you to take a look
3  at that.  Let me know when you are done.
4      A.  All right.
5          (Whereupon Roberts
6          Deposition Exhibit
7          No. 24 was marked as
8          requested.)
9      THE WITNESS:  Okay.
10  BY MR. WILLIAMS:
11     Q.  Do you recognize Exhibit No. 24?
12     A.  Yes.
13     Q.  And what is it?
14     A.  It is an E-mail from --
15     Q.  Excuse me.
16     A.  The first one is actually from Jeff
17  Henley, but the next one is from myself to
18  Ken Hamel and Larry Ellison, Safra, Ron Wohl,
19  Mark Barrenechea, Jeff Henley, Sandy
20  Sanderson, Jay, Mary Anne Gillespie and Gayle
21  Fitzpatrick.  And it is about the applicable
22  demo system feedback.
23     Q.  Okay.  So the E-mail --
24     A.  Bless you.

327

1      Q.  Excuse me.  This thing is blowing on
2  my face.  I think it is this whole -- that's
3  all right.
4          The E-mail Bates numbered ending
5  370, that is an E-mail from you to Ken Hamel
6  cc'g all those people that you just said,
7  right?
8      A.  Yes.
9      Q.  And the subject line relates to
10  feedback on the ADS demo system?
11     A.  Yes.
12     Q.  It looks like you are actually
13  directing the E-mail to Larry, at least he is
14  in the salutation?
15     A.  Yes.
16     Q.  All right.  Can you read that,
17  please?
18     A.  It says Larry "the scores for the GB
19  demos last week.  They are not headed in the
20  right direction yet.  Performance and product
21  issues continue to hinder us every day."
22     Q.  Okay.  And below that is an E-mail
23  from Ken Hamel to you giving you the average
24  scores of the demos?

328

1      A.  Yes.
2      Q.  Right?  And you had asked for that
3  previously from Gayle Fitzpatrick, right?
4      A.  Yes.
5      Q.  And what did you mean when you wrote
6  "they are not heading in the right direction
7  yet" as it relates to the scores?
8      A.  They are not moving up.  They should
9  continue to move up or they should continue
10  to improve.  Bless you.
11     Q.  Thanks.  Thank you.  So it looks
12  like Jeff Henley responds to your E-mail,
13  right -- or withdrawn.
14         He forwards your E-mail and comments
15  to Safra Catz?
16     A.  Uh-huh.
17     Q.  Same day?
18     A.  Yep.
19     Q.  And can you read his message to
20  Safra?
21     A.  "Absolutely incredible.  We are
22  blowing the opportunity of a lifetime."
23     Q.  With 11i I think it says?
24     A.  Sorry, with 11i.

329

```
1      Q.  Do you know what he meant by that?
2          MS. KYROUZ:  Objection, lacks
3   foundation.
4          THE WITNESS:  You would have to ask
5   Jeff.  But my guess is you got a new product
6   and it is something that nobody else has and
7   you can't demo it properly because your
8   application demo system is a mess.
9          I mean, you know, if you look at the
10  comments, it was awful performance, too slow,
11  connected to T1, one stable connection,
12  system was slow due to WEBEX, very poor
13  performance, response times were 15 to
14  20 seconds, lost connection, was slow.
15         Again, you got a product and you
16  can't show it to your customers like you
17  should be able to.  It is not the way it
18  should be.
19  BY MR. WILLIAMS:
20     Q.  Okay.  Was Sergio Giacoletto on the
21  executive committee?
22     A.  Yes.
23     Q.  Did he fly to California every week?
24     A.  Not every week.  But he would
```

330

```
1   typically -- you know, he would come out
2   typically several times a quarter.
3          MR. WILLIAMS:  I am going to ask the
4   reporter to mark this document as Roberts
5   No. 25.
6          THE WITNESS:  Thank you.
7   BY MR. WILLIAMS:
8      Q.  Roberts 25 is Bates numbered
9   NDCA-ORCL 162213 through 216.  Actually, it
10  looks like 214 is missing here.
11         (Whereupon Roberts
12         Deposition Exhibit
13         No. 25 was marked as
14         requested.)
15         MR. WILLIAMS:  That's not good.
16  BY MR. WILLIAMS:
17     Q.  It looks like 214 is missing.
18  That's okay for our purposes right now.
19         At least based on the header of the
20  E-mail, it appears that Sergio Giacoletto
21  sent Mark Barrenechea an E-mail cc'g you,
22  Larry Ellison, Safra Catz, Jeff Henley, Jay
23  Nussbaum, Derrick Williams, Mark Jarvis and
24  Michael Rosser, right?
```

331

```
1      A.  Uh-huh.
2      Q.  And he titles it "CRM business
3   update, my feedback."
4      A.  All right.  Yes, I see it.
5      Q.  It looks like on 215, it looks like
6   that's where there is at least one part of
7   the message.
8      A.  Okay.
9      Q.  And can you read that for me?
10     A.  I am sorry, on 215, where do you
11  want me to read?
12     Q.  Just the beginning.
13     A.  Mark, where it says Mark?  Mark
14  Barrenechea wrote?
15     Q.  No, no, no, top of the page.
16     A.  Mark, okay.  That is Sergio's
17  response.
18     Q.  Right.
19     A.  I also -- "Mark, I also disappointed
20  by the results.  But as you know, we had six
21  to nine months of product issues which caused
22  loss of confidence by sales partners,
23  analysts and customers.  Even as of today,
24  release 11.5.4, which is the first stable
```

332

```
1   release, is not available in local language
2   and we will only get it between July and
3   October 2001.  This continued delay between
4   the American English release and the local
5   language is hurting us.  The good news is
6   that confidence is building back.  We start
7   getting live customers and I can see the
8   momentum coming back.  We have dedicated CRM
9   sales reps in U.K., Netherlands and France.
10  And we will continue to increase the number."
11     Q.  You don't have to read the whole
12  thing.  If you want to, you can.
13         My question to you is if you were
14  aware -- or withdrawn.
15         Do you know whether Sergio
16  Giacoletto had communicated to members of the
17  executive committee and even yourself that
18  members of his sales staff were having
19  difficulty selling CRM because of the product
20  problems with CRM?
21         MS. KYROUZ:  Objection, lacks
22  foundation, vague.
23         THE WITNESS:  I don't -- I mean, I
24  don't remember Sergio specifically stating
```

333

1   that.
2   BY MR. WILLIAMS:
3       Q.   Okay.
4       A.   You know, if you look at Mark's
5   E-mail, you know, he kind of laid out -- and,
6   you know, Mark is -- Mark is no different
7   than all product managers.  They want
8   everybody to sell the product.  And, you
9   know, if you were not selling as much as they
10  think you ought to sell, then they sent a
11  note out saying, you know, how come you are
12  not selling as much or you are not embracing
13  it or whatever.
14       And Europe traditionally was not
15  strong in applications.  They were always
16  strong in technology.  And so their ability
17  to drive application sales was much more
18  nascent.
19       Then the other problem you have in
20  Europe is each of those countries is a
21  separate country and separate units and
22  everything else.  So trying to get leverage
23  to drive certain things around applications
24  was much more difficult in Europe than it was

334

1   in the U.S. because Europe isn't a
2   homogeneous continent, so to speak.  I mean,
3   all we have to do is look at the European
4   union and it is a classic example of what
5   it's like to get something done in Europe.
6       And so, you know, Mark sent this
7   note out trying to spur additional -- push to
8   add more -- and that's why he said, you know,
9   we needed dedicated skilled teams, NAS, UK,
10  Rosser, you know, are all excellent models
11  for '02.  Because he is trying to point to us
12  and saying Sergio you should be doing the
13  same thing.
14       In fact, it shows in this that we
15  were -- at the end of the year we were 103
16  percent of our quota for CRM and we had 31
17  growth on CRM applications for the full year.
18  So it's not.  It's a bad year when the whole
19  economy fell on the floor.
20       Q.   So you don't recall whether or not
21  Sergio had communicated that his sales
22  staff --
23       A.   Around specifically CRM or anything
24  else.

335

1       Q.   Let me just finish my question.
2       A.   I apologize.
3       Q.   That's okay.  So you don't recall
4   whether or not Sergio had communicated to
5   members of the executive committee or to you
6   personally that the sales staff in at least
7   in his organization were having difficulties
8   selling the product, CRM problems?
9       A.   Specifically, I don't remember that
10  at all.
11       Q.   Okay.
12       A.   I mean, would Sergio participate in,
13  hey, I got an issue with a client around 11i
14  and stuff like everybody else, yes.  But I
15  don't remember a specific around this.
16       Q.   Okay.
17       A.   But he might have had that
18  conversation with Mark on the side.  But I
19  don't remember specifically myself or
20  anything.
21       So, Matt, what conference were the
22  Huskies in?  The Pac-10.  So who else would
23  have been -- sorry.
24       MR. HARRISON:  She is getting all

336

1   this down.
2       MR. WILLIAMS:  I am going to ask the
3   reporter to mark this document as Roberts
4   No. 26.  It is Bates numbered NDCA-ORCL
5   078268 and 269.
6       THE WITNESS:  It's just -- sorry, I
7   was just going to do the green eggs and ham
8   routine and see if she types it.
9           (Whereupon Roberts
10          Deposition Exhibit
11          No. 26 was marked as
12          requested.)
13  BY MR. WILLIAMS:
14       Q.   I will ask you to take a look at
15  Roberts No. 26 and let me know when you are
16  done.
17       A.   Sure.
18       Q.   Hopefully you can read it.
19       A.   Okay, I have read it.
20       Q.   I'm sorry?
21       A.   I have read it.
22       Q.   Do you recognize what has been
23  marked as Roberts 26?
24       A.   It is an E-mail from Joelle Riccio

Roberts, George J  6/22/2006  8:02:00 AM

337

1  to myself about a Robertson Stephens
2  conference.
3      Q.  And who is Joelle Riccio?
4      A.  Joelle.
5      Q.  I am sorry, Joelle?
6      A.  You know, I don't know -- it
7  actually says at the bottom.  I was going to
8  say I think she investor relations, which is
9  what she was.
10      Q.  Uh-huh.  She was a manager in
11  investor relations, right?  Right?
12      A.  It says so.
13      Q.  Okay.
14      A.  But -- when they say manager, I
15  don't know that she managed people.  But she
16  was called investment relations manager.
17      Q.  And the E-mail looks like it is --
18  at least the last one is January 12, 2001,
19  right?
20      A.  Yes.
21      Q.  And she writes to you in the middle
22  of the page, she writes "hi, George, investor
23  relations is targeting a number of key
24  financial analysts this quarter whose

338

1  opinions on Oracle leave room for
2  improvement."  Do you see that?
3      A.  Yes.
4      Q.  Do you know what she meant by that?
5      A.  No.
6      Q.  Okay.  And one such analyst is Eric
7  Upm of Robertson Stephens?
8      A.  Okay.
9      Q.  Do you see that?
10      A.  Yes.
11      Q.  Do you know that guy?
12      A.  No.
13      Q.  No?
14      A.  Don't remember him.
15      Q.  Okay.  Who has --
16      A.  All those financial guys look alike.
17  So...
18      Q.  -- who has a hold rating on us?
19      A.  Okay.
20      Q.  Now, was it typical for you to go
21  out and try to convince the analyst that
22  Oracle was the type of company that they
23  should have a buy or a strong buy rating?
24      A.  No.

339

1      MS. KYROUZ:  Objection, vague.
2  BY MR. WILLIAMS:
3      Q.  No?
4      A.  No.
5      Q.  Okay.  Was it something that Oracle
6  did sometimes?
7      A.  I wouldn't know.  I mean, in -- I
8  guess what I would say is I would go and
9  present at certain conferences like this.
10  But it wasn't up to me to convince everybody.
11      Q.  Okay.
12      A.  It was up to me to go ahead and tell
13  the Oracle story.  And then if they decided
14  to change the rating, that's up to them.  But
15  I wasn't there to sell them.  I was there to
16  tell them where the company is.
17      Q.  Okay.
18      A.  All right.
19      Q.  She then writes "we have been
20  involved -- I am sorry, "we have been
21  invited to participate in Robertson Stephens
22  tech 2001 conference on February 13th, which
23  is a great opportunity to tell our positive
24  investment story to them and a large

340

1  institutional investor base."  Do you see
2  that?
3      A.  Yes.
4      Q.  She further writes "I would like to
5  extend the invitation to you as an Oracle
6  spokesperson to speak at the event."
7      A.  Yes.
8      Q.  I would be extremely helpful -- "it
9  would be extremely helpful to have an
10  executive from the sales organization to
11  provide a view of the business."  Do you see
12  that?
13      A.  Yes.
14      Q.  She also says "we recently took
15  Sandy Sanderson on an investor tour this
16  week, and the feedback was tremendous."
17      A.  All right.
18      Q.  All right.  And you responded to
19  that, right?
20      A.  Yes, I did.
21      Q.  What did you write?
22      A.  I said "Liz, how does it look?
23  Joelle, do you have a presentation for me to
24  give?  Do we need to build one?  What did

Roberts, George J  6/22/2006  8:02:00 AM

341

1    Sandy present?"
2       Q.  Okay.  Liz is your -- was one of
3    your assistants?
4       A.  Elizabeth Homberger.
5       Q.  Right.
6       A.  She was the one in Chicago.
7       Q.  Okay.  Now, did Joelle provide you
8    with a presentation or did you build one?
9       A.  I don't know.  It says here that --
10   that, you know, she attached the presentation
11   that Sandy presented.  But I don't know
12   whether I built one or they presented one or
13   whatever.
14      Q.  Okay.  Does this refresh your
15   recollection as to whether -- well, let me
16   back up.  I am going to direct your attention
17   to the bottom of the page, bottom of the
18   first page 078268.
19      A.  Yes.
20      Q.  Do you see where it says tech 2001
21   conference?
22      A.  Yes.
23      Q.  And below that, it has dates?
24      A.  Yes.

342

1       Q.  Can you read that?
2       A.  It says February 13th through the
3    15th.
4       Q.  And where is the -- does that say --
5    is that a three or a two?  I can't tell
6    whether it says 12 through 15.
7       A.  Maybe it is a two.  I don't know.
8    But 13 to 15 is plenty of time for these
9    guys.  But I don't know.
10      Q.  What do you mean?
11      A.  Well, 13th, 14th, 15th, three days.
12   I mean, how long do they hold these
13   conferences for?  I don't know about you, but
14   I typically won't attend one if it is longer
15   than two days.
16      Q.  Well, how long is Oracle World or
17   Apps World, two weeks?
18      A.  I don't know.  What a pain.  I think
19   it is.  That is for guys who don't get a lot
20   of -- get let out of the office but once a
21   year, the tech guys and stuff.
22      Q.  Do you see the location, Palace
23   Hotel in San Francisco?
24      A.  Yes.

343

1       Q.  Now, does this refresh your
2    recollection whether or not you gave an
3    investor -- or a presentation for Robertson
4    Stephens at the Robertson Stephens tech
5    conference in February of 2001?
6       A.  It looks like I did.  So...
7       Q.  Okay.  Do you recall any of the
8    institutional investors that were at that
9    conference?
10      A.  No, I do not.
11      MR. WILLIAMS:  I want to ask the
12   reporter to mark this document as Roberts
13   No. 27.  And it is Bates numbered NDCA-ORCL
14   179335 through 179360.
15      THE WITNESS:  Thank you.
16          (Whereupon Roberts
17          Deposition Exhibit
18          No. 27 was marked as
19          requested.)
20   BY MR. WILLIAMS:
21      Q.  I will ask you to take a look at
22   that.  Let me know when you are done.
23      A.  Okay.
24      Q.  Okay.  Do you recognize what has

344

1    been marked as Roberts No. 27?
2       A.  It's a PowerPoint presentation.
3       Q.  Uh-huh.  And it's a PowerPoint
4    presentation for North American sales, right?
5       A.  Yes.
6       Q.  And specifically --
7       A.  Actually, for general business.
8       Q.  Right.  And specifically general
9    business within North American sales, right?
10      A.  Uh-huh.
11      Q.  And it is a managers meeting in
12   Dallas, Texas?
13      A.  Yes.
14      Q.  All right.  And it appears that it
15   was given on or around April 2nd of 2001?
16      A.  Yes.
17      MS. KYROUZ:  Objection, lacks
18   foundation.
19   BY MR. WILLIAMS:
20      Q.  At least that's the date on the
21   document, isn't it?
22      A.  Yes.
23      Q.  All right.  And your senior vice
24   president John Nugent looks like the person

345

1    -- at least his name is on the first page of
2    this, right?
3    A.  Yes.
4    Q.  Did you attend the North American
5    sales general managers business meeting in
6    Dallas, Texas, in April of 2001?
7    A.  I don't know.
8    Q.  Is it possible?
9    A.  I don't think so.
10   Q.  Why not?
11   A.  Because typically I wouldn't attend
12   John's meetings.  He would attend mine.  He
13   worked for me.
14   Q.  You said that they all worked for --
15   A.  I did.
16   Q.  You worked for them.
17   A.  I did.  But by then we would have
18   probably done our operations review for the
19   quarter.  So I would have had all this stuff
20   anyway.
21   Q.  I understand.
22   A.  So I don't think I would have
23   attended this.
24   Q.  Okay.  Well, he has got a lot of

346

1    managers, though, doesn't he?
2    A.  Yes.
3    Q.  These things -- withdrawn.
4        Do these meetings tend to be rather
5    large?
6        MS. KYROUZ:  Objection, vague, lack
7    of foundation.
8        THE WITNESS:  What do you mean by
9    large?
10   BY MR. WILLIAMS:
11   Q.  Well, how many managers typically
12   attend the managers meeting for general
13   business, if you know?
14       MS. KYROUZ:  Same objection.
15       THE WITNESS:  I don't know.  It
16   might have just been four, right, John -- or
17   John Boucher, Joe Dibartolomeo, Nic Classick,
18   Ted Bereswill.  It might have just been them.
19   BY MR. WILLIAMS:
20   Q.  Well, it might have been a lot more
21   too, right?
22   A.  Typically, no.
23   Q.  Well, that is what I am trying to
24   get at.  Why don't you tell me why you think

347

1    it might have been just those four people?
2    A.  I could be wrong, but in general
3    just pure economics, you don't fly 50, 60
4    people around for economic reasons.
5    Q.  All right.  Well --
6    A.  It is expensive.
7    Q.  -- which one of those guys were in
8    Texas, if at all, in Dallas?
9    A.  It doesn't matter who was in Dallas.
10   You can hold a meeting anywhere you want.
11   Q.  I understand that.  But if you are
12   talking about finances, why not just fly
13   three guys to the place where one other is
14   rather than flying all four --
15   A.  Because Dallas might have been
16   easier for everybody to get into versus
17   Houston or Boston or whatever.  I don't know
18   why he picked Dallas.
19   Q.  The fact is you don't know how many
20   people were at this meeting, right?
21   A.  Yeah, I don't know.  You know --
22   Q.  All right.
23   A.  I just -- knowing John, I don't -- I
24   don't know, maybe he had all of -- all the

348

1    managers underneath these guys there.  But
2    that would have been a lot of people.
3    Q.  All right.  I am going to ask you to
4    turn to Bates ending 337.
5    A.  Okay.
6    Q.  Do you see the title of that page
7    says "Q2-year-to-date year-over-year
8    comparison," right?
9    A.  Yep.
10   Q.  And I guess he is doing sort of a
11   summary of Q2 '01.
12   A.  This is the rear-view mirror look.
13   Q.  Okay.  We will just --
14   A.  Well, he is not doing a summary of
15   Q1.  He is doing a summary of Q2.
16   Q.  I think I said Q2.  Did I say Q1?
17   A.  I'm sorry.  I though you said Q1.
18   Q.  I said 2Q '01, 2Q '01.
19   A.  Okay.
20   Q.  All right.  And the first bullet
21   point says "technology grew 25 percent,"
22   right?
23   A.  Yes.
24   Q.  Is that your recollection?

349

1    A.  No.
2        MS. KYROUZ:  Objection, lacks
3    foundation.
4        THE WITNESS:  I don't -- I don't
5    remember.
6    BY MR. WILLIAMS:
7        Q.  That's fine.
8        A.  I mean, all I know is looking at
9    these numbers, if these are accurate numbers,
10   it looks like a good Q2 year-to-date.
11       Q.  All right.  Well, he talks about --
12   at least he writes about applications, right?
13       A.  Yes.
14       Q.  And HC, I am assuming that means
15   head count, what do you think?
16       A.  Yes.
17       Q.  And then he talks about the month of
18   December, right?
19       A.  Uh-huh.
20       Q.  And the first bullet point is
21   "pipeline to budget reduction."
22       A.  Uh-huh.
23       Q.  Right?  And we talked earlier about
24   other indications that -- from David Winton

350

1    that the pipeline either hadn't grown as
2    expected or was softening, right?
3        MS. KYROUZ:  Objection, misstates
4    the documents and testimony, lacks
5    foundation.
6    BY MR. WILLIAMS:
7        Q.  Isn't that what we talked about
8    earlier, looking at some other documents?
9        A.  There were other documents where
10   David has said the pipeline was softening.
11       Q.  Okay.  Next bullet point says "AVPs
12   beginning to voice concern in the month of
13   January."
14       A.  Uh-huh.
15       Q.  Do you know what he meant when he
16   wrote that?
17       MS. KYROUZ:  Objection, misstates
18   the document, lacks foundation.
19       THE WITNESS:  That's -- that's in
20   December.
21   BY MR. WILLIAMS:
22       Q.  Take a look at the bullet point.  It
23   says --
24       A.  "Month of December, AVP is beginning

351

1    to voice concern."
2        Q.  Uh-huh.  Oh, okay.  I am sorry.
3    Then it looks like he breaks out month of
4    January.  All right.
5        But he says AVP is beginning to
6    voice concern.  Do you know what he is
7    talking about there?
8        MS. KYROUZ:  Objection, lacks
9    foundation, vague.
10       THE WITNESS:  He's -- he's probably
11   saying -- or again this is all hindsight.
12   BY MR. WILLIAMS:
13       Q.  Sure.
14       A.  That AVPs are saying, you know, the
15   business isn't as strong as we would like to
16   see it maybe.
17       Q.  And month of January he writes "AVPs
18   reluctant to raise their forecast."
19       A.  Uh-huh.
20       Q.  Do you know what that means?
21       MS. KYROUZ:  Objection, lacks
22   foundation.
23       THE WITNESS:  Well, what he is
24   saying is they were reluctant to raise their

352

1    forecasts.  So...
2    BY MR. WILLIAMS:
3        Q.  Okay.  Last bullet point on that
4    page says "deals begin to shrink and get
5    delayed," I guess still in the month of
6    January, do you see that?
7        A.  Yes, I do.
8        Q.  And do you understand what that
9    means?
10       A.  Yes, I do.
11       Q.  Can you tell me what your
12   understanding is?
13       A.  Well, we talked a little bit about
14   that from Nic Classick's E-mail on the last
15   two days of February why the numbers slipped.
16       Q.  Okay.
17       A.  And he said the deals got pushed out
18   and deals shrunk.
19       Q.  Okay.  Can you turn to Bates ending
20   355?
21       A.  Yes, I have it.
22       Q.  And it looks like he is talking
23   about the Oracle products there, right?
24       A.  Yes.

Roberts, George J  6/22/2006  8:02:00 AM

353

1    Q.  And his headline is "our products,
2  ellipses, bad news," right?
3    A.  Uh-huh.
4    Q.  The first bullet point is "11i
5  quality issues"?
6    A.  Yes.
7    Q.  Do you know what he was referring to
8  there?
9       MS. KYROUZ:  Objection, lacks
10  foundation.
11       THE WITNESS:  He is -- he is
12  referring to the fact it was a new release of
13  product and it was going through some -- some
14  growing pains from a product perspective.
15  That's -- we have touched on that several
16  times today.
17  BY MR. WILLIAMS:
18    Q.  Okay.  And the second bullet point
19  indicates "lack of references, demo issues."
20  Do you see that?
21    A.  Yes.
22    Q.  Do you know what he was referring to
23  there?
24       MS. KYROUZ:  Objection, lacks

354

1  foundation.
2       THE WITNESS:  Well, he is referring
3  to what every sales rep says, which is we
4  never have enough references, right.  We
5  would like to have a thousand of them, we
6  only have 50 of them because it is a new
7  release.  And the ones we have are over used,
8  so they don't want to take calls.
9  BY MR. WILLIAMS:
10    Q.  So they don't want to do what?
11    A.  Take calls.  When they get over used
12  -- if a guy is getting called five times a
13  day from references, sooner or later they
14  say, you know what, I got to get some work
15  done.
16    Q.  I understand.
17    A.  And, you know, when you have new
18  release of a new product, you know, it takes
19  awhile until you build up a base of 500 plus
20  customers to talk to people.  And the demo
21  issues, which we certainly touched on all day
22  long, for ADS.
23    Q.  Now, had -- did John send this
24  presentation to you either before or after

355

1  the April 2nd meeting in Dallas?
2    A.  I don't know whether he did or not.
3  You know, on the next page, though, he talks
4  about the good news which says the strategy
5  is gaining traction and difficult and complex
6  integration is behind us or is completed.
7  Number one ERP vendor in the U.S.  Lots of
8  good stuff.
9       MR. WILLIAMS:  Well, it is
10  4 o'clock.
11       THE WITNESS:  Time to turn into a
12  pumpkin.  Thank you.
13       MR. WILLIAMS:  All right.  Just for
14  the record we will talk at some point within
15  the next of couple days about more time, and
16  we will come to some sort of agreement.
17       MS. KYROUZ:  Yeah.  Obviously, we
18  don't agree at this point.  We will have to
19  hear your reasons why you think you will need
20  more time, and we will meet and confer about
21  that.
22       THE VIDEOGRAPHER:  This marks the
23  end of videotape No. 4, volume one, in the
24  deposition of George Roberts.  The time is

356

1  4:00 p.m.
2       MS. KYROUZ:  We want to mark the
3  transcript confidential.
4       (Whereupon at 4:00 p.m.
5       the signature of the
6       witness having been
7       reserved, the witness
8       being present and
9       consenting thereto, the
10       taking of the instant
11       deposition ceased.)

357

```
1        IN THE UNITED STATES DISTRICT COURT
2          NORTHERN DISTRICT OF ILLINOIS
3                EASTERN DIVISION
4
5
6     IN RE: Oracle Corporation  )
7     SECURITIES LITIGATION      )
8                           ) Master File
9     This Document Relates To:  ) No. C-01-0988
10    ALL ACTIONS.          ) MJJ
11
12
13
14
15       I, GEORGE J. ROBERTS, state that I
16    have read the foregoing transcript of the
17    testimony given by me at my deposition on the
18    22nd day of June 2006, and that said
19    transcript constitutes a true and correct
20    record of the testimony given by me at
21
22
23
24
```

358

```
1     said deposition except as I have so indicated
2     on the errata sheets provided herein.
3
4
5
6
                       _____
7                       GEORGE J. ROBERTS
8     No corrections  (Please initial)_____
9     Number of errata sheets submitted _____(pgs)
10
11    SUBSCRIBED and sworn to
12    before me this _____ day of
13    _____, 2006.
14
15    _____
16    Notary Public
17
18
19
20
21
22
23
24
```

359

```
1     STATE OF ILLINOIS )
                        ) SS:
2     COUNTY OF LAKE   )
3         I, Cheryl L. Sandecki, Illinois
4     C.S.R. No. 084-03710, registered Professional
5     Reporter and Notary Public in and for the
6     County of Lake, State of Illinois, do hereby
7     certify that previous to the commencement of
8     the examination, said witness was duly sworn
9     by me to testify the truth; that the said
10    deposition was taken at the time and place
11    aforesaid; that the testimony given by said
12    witness was reduced to writing by means of
13    shorthand and thereafter transcribed into
14    typewritten form; and that the foregoing is a
15    true, correct, and complete transcript of my
16    shorthand notes so taken as aforesaid.
17        I further certify that there were
18    present at the taking of the said deposition
19    the persons and parties as indicated on the
20    appearance page made a part of this
21    deposition.
22        I further certify that I am not
23    counsel for nor in any way related to any of
24    the parties to this suit, nor am I in any way
```

360

```
1     interested in the outcome thereof.
2         I further certify that this
3     certificate applies to the original signed IN
4     BLUE and certified transcripts only.  I
5     assume no responsibility for the accuracy of
6     any reproduced copies not made under my
7     control or discretion.
8         IN TESTIMONY WHEREOF, I have hereunto
9     set my hand and affixed my notarial seal this
10    _____ day of _____, 2006.
11
12
13    _____
            Notary Public, Lake County, Illinois
14
15    My Commission Expires
16    June 13, 2007
17
18
19
20
21
22
23
24
```

STATE OF WISCONSIN )
                   ) SS:
MILWAUKEE COUNTY   )


          I, Rose M. Coulthart, Registered

Professional Reporter and Notary Public in and for

the State of Wisconsin, do hereby certify that the

preceding deposition was recorded by me and reduced

to writing under my personal direction.

          I further certify that said deposition

was taken at 3620 East Layton Avenue, Cudahy,

Wisconsin, on the 8th day of August, 2006, commencing

at 11:12 a.m.

          I further certify that I am not a

relative or employee or attorney or counsel of any of

the parties, or a relative or employee of such

attorney or counsel, or financially interested

directly or indirectly in this action.

          In witness whereof, I have hereunto

set my hand and affixed my seal of office on this

17th day of August, 2006.


          *Rose Coulthart*
          Rose M. Coulthart, RPR/Notary Public
          My commission expires
          June 27th, 2010

# EXHIBIT W

Sultan, Juliette  5/22/2006  9:05:00 AM

**Page 1**

```
 1      THE UNITED STATES DISTRICT COURT
 2      NORTHERN DISTRICT OF CALIFORNIA
 3
 4
 5
        In Re: Oracle Corporation      )
 6                                      )
        Securities Litigation          ) Master File
 7                                      ) C-01-0988-MJJ
        THIS DOCUMENT RELATES TO        )
 8      ALL ACTIONS                     )
                                        ) CONFIDENTIAL
 9      _____)
10
11
12
13      DEPOSITION OF JULIETTE SULTAN
14             VOLUME 1
15        MONDAY, MAY 22, 2006
16
17
18
19
20
21
22
23
        Reported by:
24      Charolette Martinez
        CSR No. 11983
25
```

**Page 2**

```
 1      THE UNITED STATES DISTRICT COURT
 2      NORTHERN DISTRICT OF CALIFORNIA
 3
 4
 5
        In Re: Oracle Corporation      )
 6                                      )
        Securities Litigation          ) Master File
 7                                      ) C-01-0988-MJJ
        THIS DOCUMENT RELATES TO        )
 8      ALL ACTIONS                     )
                                        ) CONFIDENTIAL
 9      _____)
10
11
12
13
14
15      THE CONFIDENTIAL VIDEOTAPED DEPOSITION OF JULIETTE
16      SULTAN, taken on behalf of Plaintiffs, at 100 Pine
17      Street, 32nd Floor, San Francisco, CA, starting at
18      9:05 a.m., Monday, May 22, 2006, before Charolette
19      Martinez, a Certified Shorthand Reporter No. 11983.
20
21
22
23
24
25
```

**Page 3**

```
 1      APPEARANCES OF COUNSEL:
 2
 3      For the Plaintiff:
 4          Lerach, Coughlin, Stoia, Geller, Rudman,
            & Robbins, LLP
 5          By:  Willow E. Radcliffe, Esq.
            100 Pine Street
 6          Suite 2600
            San Francisco, California  94111
 7          (415) 288-4545
            willow@lerachlaw.com
 8
 9      For the Defendants and Julie Chan:
10          Latham & Watkins
            By:  Matthew D. Harrison, Esq.
11             (and)
               Sean P.J. Coyle, Esq.
12          650 Town Center Drive
            20th Floor
13          Costa Mesa, California  92626
            (714) 540-1235
14          matt.harrison@lw.com
15
        Also Present:
16
            Todd Johnson, videographer
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
 1                    INDEX
 2      WITNESS                         PAGE
 3      Juliette Sultan
 4         Examination by Ms. Radcliffe         8
 5
 6
 7              INDEX TO EXHIBITS
 8      EXHIBIT                      MARKED
 9      EXHIBIT 1    Subpoena              9
10      EXHIBIT 2    Revised Stipulated Protective    99
                     Order Governing Confidentiality
11
        EXHIBIT 3    NAS Dialogs E-Business Suite     122
12                   Summary Actions
13      EXHIBIT 4    E-Business Suite Agenda          141
                     Thursday, November 2
14                   NDCA-ORCL 617453 through
                     NDCA-ORCL 617462
15
        EXHIBIT 5    Baseline Requirements            156
16                   NDCA-ORCL 275642 through
                     NDCA-ORCL 275665
17
        EXHIBIT 6    Baseline Requirements            165
18                   NDCA-ORCL 276443 through
                     NDCA-ORCL 276465
19
        EXHIBIT 7    Yellowbook User Review           179
20                   NDCA-ORCL 105360
21      EXHIBIT 8    E-mail from Chris Balkenhol       180
                     to Alx Philips,
22                   dated June 29, 2000
                     NDCA-ORCL 197290 through
23                   NDCA-ORCL 197295
24
25
```

Sultan, Juliette  5/22/2006  9:05:00 AM

5

INDEX TO EXHIBITS (Cont'd)

EXHIBIT                                          MARKED

EXHIBIT 9    E-mail from John Hotte        186
             to Rob LaPorta,
             dated July 26, 2000
             NDCA-ORCL 818768 through
             NDCA-ORCL 818771

EXHIBIT 10   E-mail from Roger Donaldson   191
             dated August 24, 2000
             NDCA-ORCL 818886 through
             NDCA-ORCL 818889

EXHIBIT 11   E-mail from Chris Balkenhol   199
             to Juliette Sultan
             dated September 6, 2000
             NDCA-ORCL 265703 through
             NDCA-ORCL 265712

EXHIBIT 12   E-mail from Gayle Fitzpatrick 209
             to Don Gruesu
             dated October 9, 2000
             NDCA-ORCL 819039 through
             NDCA-ORCL 819042

EXHIBIT 13   E-mail chain                  213
             NDCA-ORCL 219477 through
             NDCA-ORCL 219478

EXHIBIT 14   E-mail from Juliette Sultan   223
             to Steve Enevold
             dated January 11, 2001
             NDCA-ORCL 817853 through
             NDCA-ORCL 817857

EXHIBIT 15   E-mail from Salima Ceret      230
             to Joyce Boland
             dated March 23, 2001
             NDCA-ORCL 081785 through
             NDCA-ORCL 081790

EXHIBIT 16   E-mail chain                  240
             NDCA-ORCL 078408 through
             NDCA-ORCL 078411

6

INDEX TO EXHIBITS (Cont'd)

EXHIBIT                                          MARKED

EXHIBIT 17   E-mail from Ron Wohl to       245
             Lawrence Ellison
             dated January 31, 2001
             NDCA-ORCL 012439 through
             NDCA-ORCL 012441

EXHIBIT 18   E-mail from Juliette Sultan   248
             to Mark Barrenechea
             dated April 26, 2001
             NDCA-ORCL 619324 through
             NDCA-ORCL 619325

EXHIBIT 19   Bug summary e-mail            251
             dated February 24, 2001
             NDCA-ORCL 052573 through
             NDCA-ORCL 052574

EXHIBIT 20   E-mail from Mark Jarvis       255
             to Jeremy Burton
             dated November 28, 2001
             NDCA-ORCL 076925
             NDCA-ORCL 076930

7

1       SAN FRANCISCO, CALIFORNIA;

2       MONDAY, MAY 22, 2006; 9:05 A.M.

3

4           THE VIDEOGRAPHER:  Here begins the

5   videotape deposition of Juliette Sultan.  Tape

6   No. 1, Volume 1, in the matter of Oracle Securities

7   Litigation in the United States District Court,

8   Northern District of California.  The case number is

9   C-01-0988-MJJ.  Today's date is May 22nd, 2006, the

10  time on the video monitor is 9:05 a.m.

11          The video operator today is Todd Johnson

12  representing the LiveNote World Service located at

13  221 Main Street, Phone No. (415) 321-2300.  The

14  court reporter is Charolette Martinez reporting on

15  behalf of LiveNote World Service.

16          Today's deposition is being taken on

17  behalf of the plaintiff, and is taking place at

18  100 Pine Street, 32nd Floor, San Francisco,

19  California.

20          Would counsel please introduce yourselves

21  and state who you represent.

22          MS. RADCLIFFE:  Willow Radcliffe from

23  Lerach, Coughlin, for the plaintiffs.

24          MR. HARRISON:  Matt Harrison and Sean

25  Coyle of Latham & Watkins, LLP, for the defendants

8

1   and the witness, Juliette Sultan.

2           THE VIDEOGRAPHER:  Would the court

3   reporter please swear in the witness.

4

5           JULIETTE SULTAN,

6   having been first duly affirmed, testifies as

7           follows:

8

9           EXAMINATION

10  BY MS. RADCLIFFE:

11      Q   Good morning, Ms. Sultan.

12      A   Good morning.

13      Q   Could you please state your full name and

14  spell your name for the record?

15      A   Juliette Sultan; J-u-l-i-e-t-t-e, Sultan,

16  S-u-l-t-a-n.

17      Q   And could you please provide us with your

18  home address?

19      A   1701 Broadway Street, Apartment No. 1,

20  San Francisco, California, 94109.

21      Q   And your current business address?

22      A   150 Spear Street, San Francisco.

23      Q   Have you ever been deposed before?

24      A   No.

25      Q   I'm sure you spoke to your counsel a

9

1  little bit about this before the deposition, but I'm
2  going to lay out a couple of ground rules with
3  respect to the deposition.
4       When I ask questions, the answers must be
5  verbal so that the court reporter can take them
6  down.  She can't take down nods or head shakes, so
7  try to give a verbal response.  If you don't
8  understand a question that I've asked, please ask me
9  to clarify it, and I'll try to rephrase it or
10  clarify the question.
11      Your counsel may object to a question.
12  You still need to answer the question even though
13  there's an objection unless your counsel instructs
14  you not to.
15      If at any time you need a break, let me
16  know.  If there's a pending question, we'll finish
17  up that question and then we'll go ahead and take a
18  break.
19      Is there any reason that you cannot give
20  accurate and complete testimony today?
21      A  No.
22      Q  Are you under any medication or other
23  substance that would affect your testimony?
24      A  No.
25      (Exhibit 1 marked)

10

1  BY MS. RADCLIFFE:
2      Q  I'm going to mark as Plaintiff's
3  Exhibit 1.  You can go ahead and look at that
4  document, Ms. Sultan, for a moment.
5      Do you recall receiving a copy of this
6  document?
7      A  Yes.
8      Q  And if you turn to the fifth page of the
9  attached exhibit.
10      A  Uh-huh.
11      Q  Do you recall looking for the documents
12  that are listed as Items No. 1 through 12 in that
13  document?
14      A  What do you mean by "looking"?
15      Q  Did you look in your files or on your
16  computer for any of the documents requested?
17      A  I don't have any document from Oracle when
18  I left in '90 -- in 2003.  My confidential agreement
19  asked me to leave everything at my -- in Oracle
20  possession.
21      Q  And when you left in 2003, did you have
22  any documents that would have been responsive to
23  these questions in your possession?
24      A  No.  I left everything in my desk the day
25  I left.  The only document I got from Oracle are my

11

1  old pay stub.
2      Q  I'm going to ask it another way.  Would
3  you have had documents responsive to Request No. 1
4  through 12 in your desk at Oracle that you left
5  there?
6      MR. HARRISON:  Objection.
7  BY MS. RADCLIFFE:
8      Q  When you left in 2003?
9      MR. HARRISON:  Objection.  Calls for
10  speculation.
11      THE WITNESS:  I can't recall.
12  BY MS. RADCLIFFE:
13      Q  Do you know why you're here to testify
14  today?
15      A  Because you commanded me to appear.
16      Q  Have you seen the Complaint in this
17  action?
18      A  I saw it in this document when I was
19  served.
20      Q  Do you have an understanding of what the
21  subject matter of the case is about?
22      A  I have some understanding, yeah.
23      Q  And what is that understanding?
24      A  Oracle's being sued regarding -- actually,
25  maybe you should specify in your own terms because I

12

1  wouldn't know how to recall exactly the terms of
2  what's written in there.
3      Q  I guess my question is:  What is your
4  understanding of what the subject matter of the case
5  is?
6      A  That Oracle is a defendant including
7  Larry Ellison and Edward Sanderson are being sued.
8  And that I'm supposed to testify for this.
9      Q  And do you have any understanding of the
10  subject matters that Mr. Sanderson and Mr. Ellison
11  and Mr. Henley are being sued regarding?
12      A  It's around the 11i software.
13      Q  And did you have experience with the 11i
14  software while you were at Oracle?
15      MR. HARRISON:  Objection.  Vague as to
16  experience.
17      THE WITNESS:  What do you mean by
18  "experience"?
19  BY MS. RADCLIFFE:
20      Q  Did you have any experience with the 11i
21  software while you were at Oracle?
22      A  What do you mean by "experience"?
23      Q  Did your job duties and responsibilities
24  relate in any way to the 11i software while you were
25  at Oracle?

13

1      A  Yes.
2      Q  Did you attend college, Ms. Sultan?
3      A  Uh-huh.
4      Q  And which college did you attend?
5      A  Ecole Superieure de Commerce de France,
6  Paris.
7      Q  Can you spell that for the court reporter?
8      A  E-c-o-l-e, E-c-o-l-e, Superieure,
9  S-u-p-e-r-i-e-u-r-e, de, d-e, Commerce,
10  C-o-m-m-m-e-r-c-e, de, Paris, Paris, France.
11      Q  And what did you study while you were
12  there?
13      A  It was business administration.
14      Q  And when did you graduate?
15      A  Graduated in '88.
16      Q  And did you receive a degree upon
17  graduation?
18      A  Uh-huh.
19      Q  And what was that degree?
20      A  It's degree of Ecole Superieure de
21  Commerce.
22      THE REPORTER:  And that was the school
23  name?
24      THE WITNESS:  The school name again.
25  ///

14

1  BY MS. RADCLIFFE:
2      Q  Did you attend any graduate school?
3      A  Yes.
4      Q  And where did you attend graduate school?
5      A  Harvard Business School.
6      Q  And did you -- did you have any particular
7  emphasis while you were at Harvard Business School?
8      A  No.  It's general management in business
9  administration.
10      Q  And did you receive a degree from Harvard
11  Business School?
12      A  Uh-huh.
13      Q  And what was that degree in?
14      A  MBA.  Master in Business Administration.
15      Q  And when was that?
16      A  Master in Business Administration.
17      Q  I'm sorry, when was that?
18      A  When was that?  '95.
19      Q  And did you have any further formal
20  education after that MBA?
21      A  No, that's it.
22      Q  Have you had any training, whether formal
23  or informal, with respect to computer software?
24      A  Got some training to use Word document and
25  Power Point at one point.  Very informal.

15

1      Q  Did you receive any training while you
2  were at Oracle with respect to Oracle's software?
3      A  No.
4      Q  After you left Harvard Business School in
5  1995, did you become employed?
6      A  Yeah.
7      Q  And where did you become employed?
8      A  Bain & Company in San Francisco.
9      Q  And what was the position you held?
10      A  Consultant.
11      Q  And what type of work did they do?
12      A  Management consulting.
13      Q  For what type of industry?
14      A  Any industry.
15      Q  And what were your duties and
16  responsibilities as the management consultant?
17      A  The first year I worked on cases that were
18  for specific -- different firms that were actually
19  looking at buying companies or doing due diligence
20  for them.  And second year I worked on telecom
21  project for one year, which was a strategy work.
22      Q  And how did you -- how long did you work
23  there?
24      A  Two years.
25      Q  And at the end of the two years did you

16

1  take -- take on a new position at a different
2  company?
3      A  Yes.
4      Q  And what company was that?
5      A  Oracle.
6      Q  And what was the position that you first
7  held when you began at Oracle?
8      A  Director of international marketing.
9      Q  And was that in approximately 1997?
10      A  Uh-huh.  Starting in September.
11      Q  And what were your duties and
12  responsibilities as the director of international
13  marketing?
14      A  I was asked to work on global lead
15  tracking.  Basically the ability for the company to
16  track the marketing leads that were produced
17  globally in order to measure their return on
18  investment of our marketing campaigns.
19      Q  Did you have any direct reports?
20      A  Not at the beginning.  And then I hired
21  one person.
22      Q  And who is that person?
23      A  Karen Norris.
24      Q  And does Ms. Norris still work at Oracle?
25      A  No.

Sultan, Juliette  5/22/2006  9:05:00 AM

17

1  Q  Do you know when she left?

2  A  I can't recall.

3  Q  And who did you report to in this

4  position?

5  A  VP of international marketing.  His name

6  was Dittmer.

7  Q  And how long did you hold that position?

8  A  Until April '98.

9  Q  And in April 1998 did you take on a new

10  position within Oracle?

11  A  Yes.

12  Q  And what was that position?

13  A  It was either director -- yeah, director

14  of product management for applications.

15  Q  And who did you report to as the director

16  of product management for applications?

17  A  Mark Barrenechea.

18  Q  And was this considered a promotion?

19  A  No.  I was a director.  It was lateral.

20  Q  And how did you come about obtaining this

21  new position?

22  A  The work that I was doing on global lead

23  tracking, I define what we needed to do internally

24  in order to be able to achieve this.  And that was

25  very close to the type of user requirement that

18

1  other companies would need that were very useful for

2  us to build our new marketing information in our CRM

3  product group.

4  Q  And what were your duties and

5  responsibilities as the director of product

6  management for applications?

7  A  Define user requirement for future

8  development of software.

9  Q  And what were the particular applications

10  that you were work with?

11  A  I started with marketing automation.  Very

12  quickly I took on the sales automation products.

13  And I held that position for at least a year.  I was

14  probably promoted senior director at one point, but

15  I can't recall when.

16  Q  And so in approximately April 1999 did you

17  take on a new position at Oracle?

18  A  I believe it was more towards June or May,

19  but around that time, yeah.

20  Q  And what was that position?

21  A  It was VP.  I was promoted vice president

22  of product strategy for CRM applications.

23  Q  And how did your duties and

24  responsibilities change as the VP of product

25  strategy for CRM application?

19

1  A  In this case I was looking at the whole

2  suite of product for CRM, not just marketing and

3  sales automation.  And I was in charge to look over

4  the -- the user requirements across the suite that

5  were produced by the product management teams in

6  each of the groups.  And to define the integration

7  points within the suite from a user perspective.

8  Q  And who did you report to?

9  A  Mark Barrenechea.

10  Q  And do you know what his title was at the

11  time?

12  A  I can't recall what his title was, whether

13  he had been promoted or not at that time.  I don't

14  have the time line.

15  Q  And did you have any direct reports in

16  this position?

17  A  Yes, I did.

18  Q  And who were those direct reports?

19  A  I can't recall.  Changed teams so many

20  times I can't recall.  Sorry.

21  Q  Do you recall any other names?

22  A  I can't be sure because some people worked

23  for me when I was product management came with me.

24  Some other didn't come.  So to be accurate I can't

25  really tell you.

20

1  Q  And how long did you hold this position as

2  the VP of product strategy of CRM applications?

3  A  Until -- so when I left Oracle, my

4  position was VP of industry solution, and I did that

5  for about a year.  And I switched from VP of product

6  strategy to VP of industry solution, so I can't

7  recall the exact date, but that gives you a time

8  line.

9  Q  So is it fair to say that you were the

10  VP of product strategy CRM applications throughout

11  2001?

12  A  Yeah.

13  Q  And you indicated previously that you left

14  Oracle in about 2003.  Is that correct?

15  A  That's correct.

16  Q  As the VP of industry solutions, what were

17  your duties and responsibilities in that position?

18  A  So I was -- I was -- my responsibilities

19  were to take the suite requirements that were fairly

20  generic and horizontal and to start creating

21  solution for various verticals industries, like

22  retail, manufacturing, automotive, financial

23  services.

24  Q  And when you say "fairly generic," can you

25  explain what that means?

Sultan, Juliette  5/22/2006  9:05:00 AM

21

1    A   That would -- means functionality that any
2    company would use versus functionality that only a
3    financial services would use or manufacturing
4    services would use.
5    Q   And when you mention horizontal --
6    A   That's the same thing.  No industry
7    specifically is in the functionality.
8    Q   And who did you report to as the VP of
9    industry solutions?
10   A   I started reporting to Mark Barrenechea
11   and then I can't exactly recall when, but then my
12   manager switched and was Mark Keever.
13   Q   Do you recall why there was a switch in
14   managers?
15       MR. HARRISON:  Objection.  Calls for
16   speculation.
17       THE WITNESS:  There was a reorganization.
18   BY MS. RADCLIFFE:
19   Q   Was Mr. Barrenechea still with the company
20   when you had a change in the managers?
21   A   Yes.
22   Q   And did you have any direct reports as the
23   VP of industry solutions?
24   A   Uh-huh.
25   Q   Do you recall who those were?

22

1    A   I recall some of them, but not all of
2    them.
3    Q   Which ones do you recall?
4    A   Heather Deason.  Okay.  Heather.  I can
5    see the face.  I can't remember their name.  I'm
6    sorry.
7    Q   Your change in position from the
8    VP of product strategy CRM applications to VP of
9    industry solutions, how did that come about?
10   A   About the need to go deeper in
11   functionalities and to start looking at user
12   requirements from industries in particular as
13   competitive pressure would ask us to be more
14   specific in order to -- to fit the functionality
15   for, again, financial services versus manufacturing
16   and so forth.
17   Q   And were you -- when you were the vice
18   president of the products strategy CRM applications,
19   were the CRM applications that you were working with
20   related to Oracle Suite 11i suite?
21   A   Uh-huh.  Yes.
22       MR. HARRISON:  Good.
23   BY MS. RADCLIFFE:
24   Q   And did you hold any other positions at
25   Oracle that we missed in our discussions?

23

1    A   No.
2    Q   Did you take on any special projects at
3    Oracle while you were there outside of your normal
4    duties and responsibilities that we just mentioned?
5    A   Within -- within a position I could have
6    additional responsibilities without my title
7    changing.
8    Q   And do you recall any specific
9    responsibilities with respect to Oracle's Suite 11i
10   during the 2000/2001 time frame that we haven't
11   discussed?
12   A   I had a team working on developing demos
13   for sales consultant.
14   Q   And what was your role with respect to
15   developing demos for the sales consultants?
16   A   Creating demos out of our software.
17   Q   Did you create the demos yourself or did
18   you oversee that process?
19   A   I overseen that process.
20   Q   Do you recall who you worked with?
21   A   The -- head of that team for me was
22   Shengi Cheng.  And then -- this is terrible, I don't
23   remember my own team.  There were quite a few folks
24   there.
25   Q   When you left Oracle in 2003, did you

24

1    voluntarily leave?
2    A   No.
3    Q   Do you recall the reason given why you
4    were terminated?
5    A   My position was eliminated.
6    Q   Do you recall when you changed positions
7    from the VP of product strategy CRM Apps to the VP
8    of industry solutions, if there was another
9    individual who took over your position as the VP of
10   product strategy for CRM applications?
11   A   No.
12   Q   Do you know if there was someone who took
13   over those duties and responsibilities that you
14   formally had as the VP of product strategy for CRM
15   applications?
16   A   That's the question you just asked; right?
17   Q   Well, there's a difference between someone
18   taking over a job title and someone taking over the
19   job functions, and so my question is the latter.
20   A   Okay, got it.  So the demos and the
21   integration testing team went to Alan Fletcher.  The
22   strategy piece, I think there was -- I was still
23   kind of doing it while I was doing the industry as
24   well.  It was just a change of focus in my
25   priorities.

25

1      Q   I don't think we spoke earlier about
2   integration testing.  What was your involvement with
3   respect to integration testing?
4      A   It was to do functional testing of the
5   integration points.  Suite.
6      Q   What did that functional testing involve?
7      A   Looking only at the user interface and
8   keying in some data, and make sure that the data was
9   processed through the software.
10     Q   And where did you get that data?
11     A   The data, we were entering it.  We're just
12  creating it.  For example, we're creating an order
13  from our telesales application making sure the order
14  was booked through that module that would insure the
15  integration between telesales and order management.
16        So we were creating an order, let's say,
17  ordering a block of paper, plus a pen, plus a cup.
18  Making sure the three lines with the price unit were
19  being ordered, booked.
20     Q   And do you recall who worked with you on
21  that integration testing?
22     A   Rhonda Pitts.  I used to manage that team
23  and then there was a team of several people.
24     Q   And was this integration testing for all
25  of the CRM applications?

26

1      A   It was all the CRM, we were focusing on
2   integration points.  So there were some modules that
3   we were touching less than others.
4      Q   And did that also involve the integration
5   of CRM and the ERP?
6      A   Mostly order management.
7      Q   And do you recall when this integration
8   testing took place at Oracle?
9         MR. HARRISON:  Objection.  Vague.
10        THE WITNESS:  When?
11  BY MS. RADCLIFFE:
12     Q   When?
13     A   Well --
14     Q   Was it while you were the VP of CRM
15  product apps?
16     A   Yeah.
17     Q   Do you recall if integration testing took
18  place with the -- prior to the first release of
19  Oracle Suite 11i?
20     A   When was that?
21     Q   I guess we'll start with:  Are you
22  familiar with the initial release of Oracle
23  Suite 11i?
24     A   I'm familiar.  I can't recall the time
25  line.

27

1      Q   If I indicated to you that it was
2   approximately in May of 2000, does that sound
3   familiar?
4      A   So I became in charge of the
5   responsibility the demos for sure in June or July.
6      Q   Of 2000?
7      A   Of 2000- -- whatever after -- just after
8   that release.  That's 2000; right?  2000.  And then
9   the integration testing, I think it came later.
10     Q   Do you know if someone was responsible for
11  the integration testing prior to you taking on those
12  responsibilities?
13     A   I can't recall whether we started it at
14  that time.
15     Q   And with respect to the demos and the
16  integration testing, you reported to Mark
17  Barrenechea.  Is that correct?
18     A   Uh-huh.
19     Q   And do you know who Mr. Barrenechea
20  reported to?
21     A   Larry Ellison.
22     Q   Are you familiar with a gentleman named
23  Steve Cappaluchi?
24     A   Yeah, I think so.
25     Q   Do you recall who Mr. Cappaluchi is?

28

1         He was -- I think he worked for a brief
2   period of time for me.
3      Q   He --
4      A   He was coming from the telecommunication
5   group.
6      Q   And was this while you were the VP of CRM
7   product strategy?
8      A   VP, yeah.
9      Q   And do you recall a gentleman named Steve
10  Paik, P-a-i-k?
11     A   Yeah, Steve worked for me as well.
12     Q   And Tom Humberger, H-u-m-b-e-r-g-e-r?
13     A   I don't recall that name.
14     Q   And Michael Miller, do you recall --
15     A   Michael Miller worked for me, yeah.
16     Q   And did he work for you in the 2000/2001
17  time frame?
18     A   I can't recall.
19     Q   Do you recall what his position was?
20     A   He worked on the e-commerce application, I
21  guess, in the product strategy group, but he switch
22  after that to the collaboration group, I think.
23     Q   What is the collaboration group?
24     A   It's the team that was developing software
25  like a WebEx software.  I can't remember -- I can't

29

1  remember the name of the software.  It was a
2  different group.  Collaborative applications.
3  People can share equipment, Live Meeting, those
4  kinds of software.
5      Q  Did you belong to any collaborative groups
6  between CRM and ERP while you were at Oracle?
7      MR. HARRISON:  Objection.  Vague.
8      THE WITNESS:  What do you mean
9  collaborative group?
10  BY MS. RADCLIFFE:
11      Q  Product strategy or other types of groups.
12      A  Product strategy group?  No, there was no
13  such thing.
14      Q  Did you hold meetings with your direct
15  reports?
16      A  I'm sure I had staff meeting, yeah.
17      Q  Do you recall how often you had staff
18  meetings in the 2000/2001 time frame?
19      A  Probably once a week.  I can't recall
20  whether it was exactly.  The intent is to have
21  them once a week.  Once a week.
22      Q  Do you recall attending Mark Barrenechea's
23  staff meetings?
24      A  Yes.
25      Q  And do you recall how often those were?

30

1      A  Almost once a week depending on other, you
2  know, commitment.
3      Q  And do you recall who also attended
4  Mr. Barrenechea's staff meetings?
5      A  All his direct reports, plus a few other
6  people.
7      Q  And when you say "a few other people," do
8  you recall who those people were?
9      A  He would have guest and invite them, so it
10  depended.  It could be from different groups
11  presenting, could be from HR, could be from whatever
12  the topic was.
13      Q  Did you attend meetings where Edward
14  Sanderson was present?
15      A  Who?
16      Q  Edward Sanderson.
17      A  I can't recall.
18      Q  Did you recall -- do you recall attending
19  meetings where Larry Ellison was present?
20      A  Yes.
21      Q  And what meetings were those?
22      A  One meeting was a meeting that is called
23  PDM, the product development meeting, that was about
24  pricing.  Mark Barrenechea could not attend.  He
25  send me.  And that day Sohaib Abassy was presenting

31

1  pricing for tools product.
2      Q  And did you attend any other meetings
3  where Larry Ellison was present?
4      A  Nothing I can recall.
5      Q  Did you attend any meetings where Jeff
6  Henley was present?
7      A  No.
8      Q  Did you attend any meetings where Safra
9  Catz was present?
10      A  That PDM she was probably in there, but
11  that's all I can recall.
12      Q  Did you attend any meetings where Ron Wohl
13  was present?
14      A  Uh-huh.  Yes.
15      Q  And can you describe those meetings?
16      A  Mostly around demos as there was a same
17  functionality -- sorry -- same responsibility of
18  role in Ron's organization to create and develop
19  demos for the sale consultant, so I was working
20  extremely closely with that team.  My team was
21  working closely with that team.
22      Q  And who was in charge of that team in
23  Ron's organization?
24      A  Marina Zago.
25      Q  And so would it be fair to say that

32

1  Mr. Zago held a parallel position in the ERP
2  applications that you held in the CRM applications?
3      A  For the development of functionality,
4  yeah.  She also owned all the infrastructure of our
5  demo systems.
6      Q  And was there -- strike that.
7      How often did you meet with Ms. Zago or
8  her team?
9      A  I can't recall.
10      Q  So did you communicate with them
11  frequently?
12      A  Yes.
13      Q  And did you communicate with them by
14  e-mail?
15      A  Yes.
16      Q  And were there frequent e-mail
17  communications?
18      MR. HARRISON:  Objection.  Vague.
19  BY MS. RADCLIFFE:
20      Q  More than once a day?
21      A  Not sure.
22      Q  Would it be fair to say that you
23  communicated by e-mail at least once a week?
24      A  I'm not sure.
25      Q  And did you also communicate with Ms. Zago

33

1  and her team orally by telephone?
2      A  Uh-huh, yes.
3      Q  And you also indicated that there were
4  meetings with Ms. Zago's team.  Is that correct?
5      A  Uh-huh.
6      Q  Do you know if there were agendas created
7  of those meetings?
8      A  I can't recall.
9      Q  And when you met with Ms. Zago and her
10  team, what, generally, was the subject matter of the
11  conversations?
12      A  The demos.
13      Q  And more specifically what about the demos
14  were topics of your conversation?
15      A  Developing the demos.
16      Q  And do you recall the time frame of the
17  development of the demos that was being discussed?
18      A  We're always develop demos.  I'm sure they
19  do still.  As new software comes, every single new
20  release, the demos are being created.  So it's a
21  continuous work.
22      Q  And do you recall for Oracle Suite 11i,
23  Version 1, whether or not you worked with Ms. Zago
24  with respect to demos?
25      A  I can't recall when I started this work

34

1  which version it was.
2      Q  Do you recall working with Ms. Zago in the
3  fall of 2000?
4      A  Yeah.
5      Q  And did that work continue in through the
6  winter of 2000?
7      A  Uh-huh.
8      Q  And the spring of 2001?
9      A  Yeah.
10      Q  And was the development of demos an
11  ongoing process?
12      A  Uh-huh.
13      Q  And who was the target audience for the
14  demos?
15      A  The sales consultants were the one using
16  those demos that we're creating and further
17  developing them for the specific needs of their
18  prospects and customers.
19      Q  And do you know who the sales consultants
20  reported to?
21      A  Well, I can't recall, but it also depends.
22  Like, it was different VPs in Europe or in the
23  States, or in different groups.  And we were working
24  globally.
25      Q  Did you speak with anyone other than your

35

1  attorney about your deposition here today?
2      A  I talked to one person.
3      Q  And who was that?
4      A  Sukamar Rathnam.
5      Q  And when did you speak with Mr. Rathnam?
6      A  We spoke when he told me he received the
7  same commandment.
8      Q  And when was that?
9      A  I can't recall, but about three weeks ago.
10      Q  And what did you -- did you and
11  Mr. Rathnam discuss?
12      A  We talked about if we knew what this was
13  about and what was the best way to proceed in terms
14  of legal advice.
15      Q  And more specifically what was your
16  discussion about what this was about?  I assume,
17  you're referring to the subpoenas?
18      A  We talked about what we understood was in
19  there.  It was around 11i.
20      Q  And did you discuss anything else with
21  respect to 11i?
22      A  No.  We were just talking strategy of
23  legal advice.
24      Q  And with respect to legal advice, what did
25  you discuss?

36

1      A  I shared with him that I called my
2  attorney and my attorney asked me whether we would
3  call the Oracle's attorney, which I agreed to.
4      Q  And about how long was your conversation
5  with Mr. Rathnam?
6      A  It was about 10 minutes.
7      Q  And when did you contact Oracle's
8  attorney?
9      A  I'm not sure.  My attorney did that for
10  me.
11      Q  And approximately when did you speak with
12  your attorney?
13      A  I spoke with my attorney -- I was served
14  on the Saturday, so probably the Monday after.
15      Q  And what is your attorney's name?
16      A  Kevin Fink.
17      Q  And is Mr. Fink with a law firm?
18      A  Yes.
19      Q  And what law firm is that?
20      A  Fink & Associate.
21      Q  And I'll assume at some point you spoke
22  with Oracle's attorneys.  Is that correct?
23      A  Yes.
24      Q  And about how long did you speak with
25  them?

37

1    A   How long did I speak with them?
2    Q   Uh-huh.
3    A   Speak a few times on the phone and then we
4    spoke last week for about three hours.
5    Q   And which attorneys participated in these
6    communications?
7    A   From Oracle?
8    A   Yes.
9    A   Those two gentlemen.
10   Q   And did Mr. Fink also participate in any
11   of those conversations?
12   A   No.
13   Q   And preparing for your deposition today
14   did you review any documents?
15   A   I did.
16   Q   And the documents you reviewed, did you
17   review those in the presence of your attorneys?
18   A   These two gentlemen.
19   Q   Approximately how many documents did you
20   review?
21   A   I'd say four or five.
22   Q   Did any of those documents refresh your
23   recollection about the events of -- events at Oracle
24   during the 2000/2001 time frame?
25   A   No.

38

1    Q   Other than reviewing the documents you
2    spoke of and speaking with your attorneys, did you
3    do any other preparation for your deposition today?
4    A   (No audible response).
5    Q   So generally today we're going to talk
6    about a time frame, just so that we can put some
7    parameters on it, and I'm going to be talking about
8    approximately October of 2000 to April of 2001. So
9    unless I kind of instruct you otherwise, that's the
10   time frame we're talking about --
11   A   Okay.
12   Q   -- so that you can understand more
13   specifically your time at Oracle.
14   A   Okay.
15   Q   And during that time frame did you belong
16   to any working groups at Oracle?
17       MR. HARRISON: Objection. Vague.
18       THE WITNESS: What do you mean "working
19   group"?
20   BY MS. RADCLIFFE:
21   Q   For example, did you belong to any
22   committees or teams within Oracle?
23   A   I mean, I worked with people. I'm not
24   sure -- I can't recall whether there was a formal
25   setup to call them committees, teams, but we work

39

1    across the company quite collaboratively.
2    Q   Were there any of these teams that you had
3    regular-scheduled meetings?
4    A   Can you repeat your question?
5    Q   Sure. Were there any of these teams that
6    you had regularly scheduled meetings?
7    A   Yes.
8    Q   And can you describe those teams, please?
9    A   The marketing team, Lisa Arthur who was VP
10   of product marketing for CRM at regularly meetings
11   with that team. I already mentioned Marina Zago's
12   team. I'm sure I had meetings with Mark
13   Barrenechea's other direct reports, but they were ad
14   hoc meetings.
15   Q   And the meetings with the marketing team,
16   what was the subject matter of those team meetings?
17   A   Preparing for Oracle Apps World, for
18   example, preparation for analyst tour, preparation
19   for press conference, and so forth.
20   Q   When you indicate preparation for press
21   conference, is that for members of Oracle's
22   executive management to provide press conferences?
23   A   Apps World, we would do press conference.
24   And the content comes from the product group, and
25   Mark Barrenechea was asking me to be the liaison

40

1    with marketing to provide content so they could
2    start working on the messaging, the press release,
3    and so forth.
4    Q   And then you mentioned analyst tour. Is
5    that correct?
6    A   Yeah. Industry analysts such as Gartner &
7    Forester, Meta at the time.
8    Q   And did you have contact with the members
9    at Gartner & Forester?
10   A   Yes, I did.
11   Q   And could you explain that contact?
12   A   We were briefing analyst at Gartners,
13   depending on their area of focus, on our strategy,
14   direct, new products.
15   Q   And was that with respect to Oracle's
16   Suite 11i?
17   A   We do that -- all the time. That's the
18   type of work you do in software. As these industry
19   firms are influencers in the marketplace. They need
20   to know what our product is, what our products are,
21   and I was doing that for 11i, CRM 11i, the suite.
22   Q   Do you recall who at Gartner you would
23   speak to regarding Oracle Suite 11i?
24   A   Many people there were organized at that
25   time. They were a group handling CRM application.

41

1  And there were about at least 10 analyst that we
2  talked to.
3      Q  And did you speak with analysts at
4  Forester regarding Oracle Suite 11i?
5      A  I was focusing mostly on Gartner, Meta
6  Group, which is not Forester.  That's why I
7  mentioned Forester.  AMR.  I think those were my
8  three priorities.
9      Q  And do you recall --
10     A  I may have spoke to Forester, but I can't
11 recall.
12     Q  Do you recall any of the analysts at
13 Gartner that you spoke with?
14     A  Gartner -- there was Joe Galvin, for sure.
15 There was -- what was the name?  I can't recall the
16 names.  They all switched and moved.
17     Q  And I think you mentioned Meta Group.  Is
18 that right?
19     A  Meta Group -- what was his name?  Yeah,
20 there was a gentleman I can't recall.
21     Q  And AMR, do you recall?
22     A  I recall one analyst.  I can't remember.
23 He started at Urits (phonetic) and then he moved to
24 either Meta or -- but his name was Steve Bonadillo.
25     Q  And when you were speaking with these

42

1  analysts, you were speaking on behalf of Oracle in
2  your duties and responsibilities?
3      A  Yes, yes.
4          MR. HARRISON:  Objection.
5  BY MS. RADCLIFFE:
6      Q  And did you speak with any financial
7  analysts regarding CRM applications?
8      A  I didn't speak, but I did demos for them.
9      Q  So you're involved with presentations --
10     A  Of demos, yeah.
11     Q  -- or demos for the financial analysts.
12 Do you recall any financial analysts that you
13 provided presentations to in this time period?
14     A  I did once that I can recall, and I can't
15 remember --
16     Q  Do you recall if that was Credit Suisse,
17 First Boston (phonetic)?
18     A  I can't recall.
19     Q  Do you recall when it was?
20     A  I can't recall, no.  I knew I was in
21 charge of the demos, that why the request come to
22 me, but --
23     Q  Do you recall who else was present from
24 Oracle at the dinner?
25        (Off the record)

43

1          THE WITNESS:  Oh, who else?  Sorry.  I
2  didn't understand.  It was probably people from my
3  team.  I can't recall who, but there was one person
4  who was in charge of investor relations at Oracle.
5      Q  Do you recall if that was Stephanie Aas,
6  A-a-s?
7      A  I can't recall whether that was Stephanie
8  or somebody from her team.
9      Q  Is it your recollection that during this
10 time frame, that 2000/2001 time frame, that Ms. Aas
11 was in charge of the investor relation group?
12     A  I can't recall the time frame when
13 she -- when she worked there.
14     Q  And do you recall what product was being
15 presented to the financial analysts during this
16 demo?
17     A  I can't recall.  It was obviously a CRM
18 product.
19     Q  Do you recall if it was one of the
20 applications for Oracle Suite 11i?
21     A  I can't recall.
22     Q  Do you recall if there were any CMR
23 products that were not part of Oracle Suite 11i
24 applications during the 2000/2001 time frame?
25        MR. HARRISON:  Objection.  Vague.

44

1          THE WITNESS:  Are you talking about the
2  same meeting with these analysts or are you talking
3  about something else?
4  BY MS. RADCLIFFE:
5      Q  I'm just recalling generally, if you
6  recall --
7      A  So can you repeat your --
8      Q  Sure.  Do you recall generally if there
9  were any CRM products that were not a part of Oracle
10 Suite 11i?
11     A  All the products were a part of Suite 11i.
12 That was the way the suite was designed.
13     Q  So just so I have this clear, there
14 weren't any stand-alone CRM products that you're
15 aware of?
16     A  We could sell all products stand-alone,
17 but they were also part of the suite if the customer
18 wanted to buy them all.
19     Q  Do you recall who else besides Lisa Arthur
20 participated in these meetings with the marketing
21 team?
22     A  I can't recall the names.
23     Q  Do you recall in the fall of 2000 whether
24 or not there was an Apps World?
25     A  We were doing Apps World once a year, but

45

1    I can't recall when it was that year.
2        Q   Do you recall in 2001, in the spring of
3    2001, whether there was an Apps World scheduled for
4    Paris?
5        A   I recall an Apps World for Paris.  I can't
6    recall the date.
7        Q   Do you recall how many different Apps
8    Worlds there were in Paris while you were at Oracle?
9        A   Just one.
10       Q   And you indicated that one of the things
11   at the meetings with the marketing team you did was
12   assist in preparing for Apps World.  Do you recall
13   what your responsibilities were with respect to
14   that?
15       A   I owned the demo ground where the show
16   exhibition floor where we demo our products.  And I
17   coordinated all the sessions that were given,
18   presented by the CRM team at Apps World; submitting
19   session abstracts and gathering them from all the
20   members.
21       Q   And you said session extracts.  Is that
22   right?
23       A   Session extracts.
24       Q   And what type of information was the
25   session extracts include?

46

1        A   It's a descriptive of what the session's
2    going to talk about that we put the book so that
3    customers and attendees knows what the session is
4    about.
5        Q   And were you responsible for
6    insuring -- let me strike that.
7            Were you responsible in part for
8    ascertaining who the presenters would be at Apps
9    World?
10       A   I have a voice, but, you know, I was not
11   responsible for that.
12       Q   Do you recall if Mr. Barrenechea presented
13   at any of the Apps World?
14       A   He was a keynote, not a session, yes.
15       Q   And did you assist Mr. Barrenechea with
16   preparing with his keynote?
17       A   Yes.
18       Q   And what did you do to help him prepare?
19       A   Was in charge of the demos that he will
20   showcase during his keynote.
21       Q   And do you recall in the 2000/2001 time
22   frame how many different demos you worked on for
23   Apps World?
24       A   No.
25       Q   Do you recall working on them?

47

1        A   Oh, yes.
2        Q   And do you recall what products you're
3    attempting to demo at the Apps World?
4        A   We were showing all our products; not in
5    Mark Barrenechea's keynotes but definitely in the
6    ground floor, exhibition floor.
7        Q   So I'll just clarify.  There were
8    different demos that were being presented on the
9    ground floor and then there were additional demos
10   presented during the keynote speeches.  Is that
11   correct?
12       A   Let me clarify what I mean by demos.
13   Demos will be a scenario of some use of the software
14   from an end user.  So the first thing will be to
15   define what the scenario and what do we want to
16   show.  And then we'll create the demo by setting up
17   and configuring the software so that it shows
18   exactly what we're saying.  We could create those in
19   an indefinite number of scenarios as the software
20   was, you know, big and flexible and -- so depending
21   on an idea or the audience, what we wanted to show,
22   we were creating another demos.  That's why I'm
23   saying it's hard to say how many.
24       Q   There are multiple demos.  Would that be
25   fair to say?

48

1        A   That's fair.
2        Q   And you also mentioned that with respect
3    to this marketing team you also helped prepare for
4    analyst tours.  Is that correct?
5        A   Yes.
6        Q   And what were your responsibilities and
7    duties with respect to those?
8        A   We were putting agenda.  Sometime it would
9    be consulting, actually days to gather their
10   feedback on our strategy.  And in this case we would
11   present to the analysts what we were thinking of
12   doing for the following release, get some
13   competitive insight from them that they could share
14   with us.  Sometimes show the product through demos.
15   Sometimes, you know, face-to-face or sometimes over
16   the phone in live meeting.  My responsibility was
17   just to manage the relation along with the analyst
18   relation team for the CRM products.
19       Q   And you mentioned the analyst relation
20   team for the CRM products?
21       A   Uh-huh.
22       Q   Was there an analyst relation team for the
23   ERP products?
24       A   The analyst relation team was handling all
25   products at Oracle.

49

1  Q  Okay.
2  A  Right. I was in charge -- the -- I was
3  the interface with them for the CRM team. I'm not
4  sure who was doing the same thing in Ron Wohl's
5  team, in the ERP team.
6  Q  Do you recall who the members were of the
7  analyst relation team?
8  A  I don't recall their names.
9  Q  Do you recall how many people there were?
10  A  I can't, but less than ten.
11  Q  And you indicated that one of your
12  responsibilities was managing the relationship, and
13  I just want to clarify. You were in charge of
14  managing the relationship with the analysts or with
15  the analyst team?
16  A  I was working with the analyst team
17  helping them managing the relationship. So I would
18  work with them to insure that we would provide all
19  the information necessary to the analyst to make a
20  fair assessment of our software or to give us fair
21  assessment of the competitive market so we could put
22  that as an input in a future release.
23  Q  And were you ever involved in helping to
24  form a response to any particular analyst reports?
25  A  Yes.

50

1  Q  And could you explain your involvement
2  with respect to that?
3  A  So when the analyst write a reports, they
4  give us -- they give the vendors -- whether it's
5  Oracle or somebody else -- the first right of view
6  and response. So as soon as the analyst will send
7  the preliminary draft to our analyst relation team,
8  they will send the draft to us to see whether we
9  agree or we want to respond. And I will work with
10  the various team involved, depending on the topic of
11  the report, to bring a response to them.
12  Q  And were you involved in helping to
13  formulate a response to the analyst?
14  A  Yeah. That's what I just said, I thought.
15  Q  I just wanted to make sure that you had
16  personal involvement in it. That's all.
17  A  I had personal involvement.
18  Q  And with respect to the analyst you
19  mention Gartner & Forester, AMR, Meta Group, did
20  they all provide preliminary drafts of the analyst
21  reports prior to them being issued to the market?
22  A  I can't recall.
23  Q  Was that the usual practice?
24  A  It's the usual practice. To be honest,
25  I'm not sure about Forester, but --

51

1  Q  What about with respect to financial
2  analysts? Do you know if that's their normal
3  practice?
4  A  I don't know. I never worked with
5  financial analysts.
6  Q  And do you recall as you sit here today
7  any particular reports that you helped provide a
8  response for while you were at Oracle.
9  A  No.
10  Q  And do you recall who else you worked with
11  in helping to formulate a response to the analysts?
12  A  It could have been the product --
13  depending on the topic, it could have been the team
14  that works on that product and the analyst relations
15  team.
16  Q  And you also indicated that you help
17  prepare for press conferences. Is that correct?
18  A  It's more press briefings than press
19  conference, per se.
20  Q  And can you explain to me the difference
21  between a press briefing and a press conference?
22  A  Press conference when the press comes to
23  us and we make announcement. Press briefings is
24  when we release, for example, a product and we will
25  brief press or we will do that by phone and prior to

52

1  issuing a press release.
2  Q  So the press briefing is kind of prior
3  to --
4  A  To give the heads-up to the journalists
5  what we going to say so they can start working
6  stories and put a coverage.
7  Q  And with respect to the press briefing,
8  was there typically scripts involved with respect to
9  the press briefing?
10  A  No. I would just usually -- when I was
11  the main spokeperson (sic) just, you know, prep with
12  the press, the PR person at Oracle, just to see who
13  is the -- who is the journalist, what has he written
14  before, he or she, you know, what type of topics is
15  he going to be interested in. And then, you know,
16  be able to deliver the information.
17  Q  And do you recall being a spokesperson
18  with respect to Oracle Suite 11i product?
19  A  I was.
20  Q  And do you recall if that was in that
21  2000/2001 time frame?
22  A  I can't recall the time frame.
23  Q  Do you recall if it was after the initial
24  release of Oracle Suite 11i?
25  A  I can't recall whether it was before or

53

1  after.

2      Q   Do you recall if it was while you were the

3  vice president of CRM product applications?

4      A   I can't recall when it started.

5      Q   Do you recall if it continued?

6      A   It continued until I left.

7      Q   Okay.  And prior to the press briefings,

8  were there any meetings to discuss what common

9  points Oracle wanted to get across to the press?

10     A   We had -- yes.

11     Q   And could you explain what those meetings

12  involved or communications involved?

13     A   When we launch a product, when we're

14  launching a product, we would talk about the

15  messaging, whether it's analysts, press, customers,

16  who develop the messaging in sales presentation,

17  sales tools, analyst presentation.  And the

18  messaging was being rolled out, so there was

19  meetings -- and then the messaging was being

20  communicated.

21     Q   And who participated in determining what

22  the message would be?

23         MR. HARRISON:  Objection.  Vague.  Calls

24  for speculation.

25         THE WITNESS:  It depends of what it was.

54

1  It depends of the importance of the product.  It's

2  totally variable.

3  BY MS. RADCLIFFE:

4      Q   Do you recall participating in meetings

5  regarding the messages surrounded Oracle Suite 11i

6  product?

7      A   Uh-huh.

8      Q   Did you recall participating in meetings

9  regarding Oracle's -- Oracle sales online product?

10     A   I don't recall.

11     Q   Do you recall participating in meetings

12  regarding Oracle's order management product?

13     A   I don't recall, but that was not one of my

14  product.

15     Q   Which products were you involved with?

16     A   CRM.  Order management is not CRM.

17     Q   And do you recall participating in

18  meetings regarding Oracle's CRM products?

19     A   What kind of meetings?

20     Q   I'm sorry.  Regarding the message

21  surrounding Oracle's CRM products?

22     A   Yes.

23     Q   Do you recall if Mr. Barrenechea

24  participated in those meetings?

25     A   I don't recall.

55

1      Q   Do you know who at Oracle would have been

2  ultimately responsible for determining what the

3  message would be regarding Oracle's CRM products?

4         MR. HARRISON:  Objection.  Lacks

5  foundation.  And calls for speculation.

6         THE WITNESS:  Can you repeat your

7  question?

8  BY MS. RADCLIFFE:

9      Q   Sure.  I just wanted to know if you recall

10  who at Oracle was ultimately responsible for

11  determining what the message would be regarding

12  Oracle's CRM products during this time frame we've

13  been talking about?

14         MR. HARRISON:  Objection.  Lacks

15  foundation.  Calls for speculation.

16         THE WITNESS:  Don't recall.  It was a

17  collaborative effort.

18  BY MS. RADCLIFFE:

19     Q   Do you know if Mr. Ellison participated in

20  the collaborative effort determining what the

21  message would be with respect to Oracle CRM

22  products?

23     A   I don't know.

24         MR. HARRISON:  Same objections.

25         Just -- that's fine.

56

1  BY MS. RADCLIFFE:

2      Q   Do you know if Mr. Barrenechea

3  participated in that process?

4         MR. HARRISON:  Same objections.

5         THE WITNESS:  I can't recall.

6  BY MS. RADCLIFFE:

7      Q   Do you know or did you ever participate in

8  a situation where a particular message about Oracle

9  CRM products was vetoed by Mr. Barrenechea?

10         MR. HARRISON:  Objection.  Calls for

11  speculation.  Lacks foundation.

12         THE WITNESS:  I don't know.

13  BY MS. RADCLIFFE:

14     Q   So I guess I'm asking if you --

15     A   I can't recall.

16     Q   You can't recall?

17     A   Yeah, I can't recall.

18     Q   I -- in addition to the marketing team,

19  you mentioned that you also participate in meetings

20  on an ad hoc basis with Mr. Barrenechea's other

21  reports.  Is that correct?

22     A   To Mr. Barrenechea as?

23     Q   As other direct reports.

24     A   Other direct reports, yeah.

25     Q   Did you participate in meetings with

57

1  Mr. Rathnam?

2    A   Yes.

3    Q   And do you recall what the content of

4  those meetings was?

5       MR. HARRISON:  Objection.  Vague.

6       THE WITNESS:  Can't recall.  It could have

7  been anything.

8  BY MS. RADCLIFFE:

9    Q   Do you recall what Mr. Rathnam's position

10  was at the 2000/2001 time frame?

11    A   He changed positions so many times I can't

12  recall during that time what he was responsible for.

13    Q   Do you recall discussing demos with

14  Mr. Rathnam during the 2000/2001 time frame?

15       MR. HARRISON:  Objection.  Vague.

16       THE WITNESS:  Don't recall.

17  BY MS. RADCLIFFE:

18    Q   Do you recall any conversations you had

19  with Mr. Rathnam during the 2000/2001 time frame?

20    A   None in specific.

21    Q   Besides yourself and Mr. Rathnam, do you

22  recall who Mr. Barrenechea's other direct reports

23  were during that 2000/2001 time frame?

24    A   During that time?  I can't recall that

25  time.

58

1    Q   Do you recall if Mr. Carl Theobald was a

2  direct report of Mr. Barrenechea?

3    A   He was.  I'm not sure -- I'm not certain

4  about the time.

5    Q   Do you recall what Mr. Theobald was

6  responsible for?

7    A   He was responsible for the development of

8  the same product that it was product management

9  before I moved into product strategy, so sales

10  automation mainly and -- and marketing automation.

11    Q   Do you recall if Greg Siden (phonetic) was

12  a direct report of Mark Barrenechea?

13    A   I don't think so.

14    Q   Do you recall if Keith Block (phonetic)

15  was a direct report of Mr. Barrenechea?

16    A   No.

17    Q   Do you recall what Mr. Siden's

18  responsibilities were at Oracle?

19    A   I can't recall precisely.

20    Q   Do you know who Ken Hamel is?

21    A   Ken Hamel?

22    Q   Yes.

23    A   No.

24    Q   Do you know who Gayle Fitzpatrick was?

25    A   Gayle Fitzpatrick, I remember the name.

59

1  She was working in sales.

2    Q   Did you work with Fitzpatrick on any demos

3  that you recall?

4    A   I can't recall.

5    Q   When you were at Oracle, was your office

6  located at the Redwood City location?

7    A   Yes.

8    Q   Do you recall ever attending the NAS

9  dialogues for E-Business Suite -- for the E-Business

10  Suite?

11       MR. HARRISON:  Objection.  Vague.

12       THE WITNESS:  I'm not sure what those

13  are.

14  BY MS. RADCLIFFE:

15    Q   Do you recall attending any off-site

16  meetings regarding Oracle's E-Business Suite?

17       MR. HARRISON:  Objection.  Vague.

18       THE WITNESS:  Can you please specify what

19  kind of off-site?  I mean, I was working on 11i the

20  whole time, so what kind of off-site?

21  BY MS. RADCLIFFE:

22    Q   Where you discussed Oracle's demos of the

23  E-Business Suite product.

24    A   I can't recall.

25    Q   Do you recall attending an off-site where

60

1  you discussed the integration points surrounding

2  Oracle's E-Business Suite CRM applications?

3       MR. HARRISON:  Objection.  Vague.

4       THE WITNESS:  I can't recall.

5  BY MS. RADCLIFFE:

6    Q   Before you received what's been marked as

7  Exhibit 1, were you aware of this litigation?

8    A   I knew there was -- there had been

9  litigation because I read something in the press.  I

10  can't remember whether I read it when I was still at

11  Oracle or after, but I didn't know exactly what it

12  was about.

13    Q   Were you ever told by anyone at Oracle

14  besides Oracle's attorneys that you recently talked

15  to about this litigation?

16       MR. HARRISON:  Objection to the extent it

17  calls for attorney/client communications.

18       You can answer as long as you don't

19  divulge any communications with Oracle's attorneys

20  or any other attorneys outside of Oracle involving

21  this litigation.

22       THE WITNESS:  Then could you repeat your

23  question?

24  BY MS. RADCLIFFE:

25    Q   Sure.  I'll have the court reporter reread

61

1       it.

2               (Record read)

3               THE WITNESS: No.

4       BY MS. RADCLIFFE:

5       Q   Did you ever receive any notification to

6    save documents relevant to this litigation?

7               MR. HARRISON: Same objection.

8               THE WITNESS: (No audible response)

9       BY MS. RADCLIFFE:

10      Q   Is that a no?

11      A   No.

12      Q   While you were at Oracle, were you ever

13   requested to search your computer system or hard

14   copy files for documents relevant to this

15   litigation?

16              MR. HARRISON: Same objection. And same

17   instruction as well.

18              THE WITNESS: No.

19      BY MS. RADCLIFFE:

20      Q   During the fall of 2000 and the spring of

21   2001, were you aware of what Oracle's insider

22   trading policy entailed?

23      A   I knew that there was a quiet period

24   because there was an e-mail coming to the whole

25   company advising that we were in quiet period every

62

1    quarter where we cannot -- because I was a

2    spokesperson, I was receiving those to advise me

3    that there were topics that we're not legally able

4    to communicate. That's all I knew about it.

5       Q   Do you recall besides yourself who else

6    were spokespersons at Oracle?

7               MR. HARRISON: Objection. Vague as to the

8    term spokespersons.

9               THE WITNESS: There was page on our

10   website that was putting names and pictures of

11   spokesperson. At that time I don't know who was on

12   that page.

13      BY MS. RADCLIFFE:

14      Q   Do you recall approximately how many

15   people?

16      A   I can't recall. There were a lot of

17   executive. Mark Barrenechea was on it. Lisa Arthur

18   was on it, but I can't recall everybody in the

19   company.

20      Q   And what's your understanding of what a

21   spokesperson is?

22              MR. HARRISON: Objection. Vague. Go

23   ahead. If you understand it.

24              THE WITNESS: Yeah, can you specify?

25   ///

63

1       BY MS. RADCLIFFE:

2       Q   Sure. What's your understanding of what a

3    spokesperson is?

4       A   My understanding is we went through

5    specific press training and we were designated to

6    talk about specific topics and had responsibility to

7    be the one bringing some messages to the external

8    world.

9       Q   Do you recall who provided that press

10   training?

11      A   It was the PR group.

12      Q   Do you recall who was in --

13      A   I can't recall the name of the lady. And

14   also Oracle was hiring an external consultant that

15   would train us with video and how to talk to

16   external person.

17      Q   You mentioned there was a page on the

18   website with the names and the pictures. Was that

19   an internal Oracle --

20      A   External.

21      Q   External. You mentioned demos earlier.

22   Did you yourself give demos to Oracle's potential

23   customers?

24      A   No.

25      Q   Did members of your team give demos to

64

1    Oracle's potential customers?

2               MR. HARRISON: Object. Sorry. Objection.

3    Vague.

4               THE WITNESS: My responsibility and my

5    team's responsibility was to build demos to assist

6    sales consultant that were providing demos to

7    customers.

8       BY MS. RADCLIFFE:

9       Q   And as part of that responsibility did you

10   or members of your team attend the demonstrations to

11   Oracle's potential customers?

12      A   I did not on my team, not to my knowledge.

13      Q   And was that primarily the function of the

14   sales consultants themselves?

15      A   I don't know whether it was primary. It

16   was one of their functions, yeah.

17      Q   And did the sales consultants provide

18   feedback to you and your team with regard to the

19   demo presentations?

20      A   Yes.

21              MR. HARRISON: Sorry. Objection. Vague.

22   Go ahead.

23              THE WITNESS: Yes, there was a specific

24   feedback system. Whereas sales consultant would

25   register to use a specific instance of our system to

Sultan, Juliette  5/22/2006  9:05:00 AM

<table>
<tr><td>

65

1   do a demo, we would requesting feedback once the
2   demo had been done.
3   BY MS. RADCLIFFE:
4     Q And that feedback would be provided by the
5   sales consultant. Is that correct?
6     A Yes.
7     Q And you mentioned it's a feedback system?
8     A (No audible response).
9     Q Is it a informal system or is it
10   documented?
11     A It was small application that was owned by
12   Marina Zago's team. We call it the ADS
13   registration, and as part of the registration sales
14   consultant could also provide feedback.
15     Q And you mentioned that sales consultants
16   registered to use the demos. Is that correct?
17     A Uh-huh.
18     Q Could you explain that process?
19     A Yes. We had an infrastructure to provide
20   demos to our sales consultant. We call it the ADS
21   system, which was an infrastructure of many servers.
22   Each server being the repository for several
23   instance of our software. And each instance
24   was -- could be booked and reserved by sales
25   consultant for a period of time. And it could take

</td><td>

67

1   and set up in the ADS system. And we -- the team
2   worked very hard to configure, put data so we could
3   actually demo in the full fledge of the
4   functionality and the integration of the product.
5     MR. HARRISON: Whenever you think it's a
6   good time to break, we've been going for an hour and
7   a half.
8     MS. RADCLIFFE: Now is fine. We can take
9   a break.
10     MR. HARRISON: Great. Thanks.
11     THE VIDEOGRAPHER: Going off the record.
12   The time is 10:27.
13     (Off the record)
14     THE VIDEOGRAPHER: This marks the
15   beginning of Videotape No. 2. We're back on record.
16   The time is 10:54.
17   BY MS. RADCLIFFE:
18     Q Ms. Sultan, you understand you're still
19   under oath?
20     A Yes, I do.
21     Q Before we broke you were explaining, I
22   believe, that the CRM applications were brand-new
23   and they weren't configured yet or set up in the ADS
24   system. Is that correct?
25     MR. HARRISON: Objection. Vague as to

</td></tr>
<tr><td>

66

1   that instance and further develop the demos based on
2   the specific requirements of his or her particular
3   customer.
4     Q Was there a set number of demos available
5   for all of the sales consultants to use?
6     MR. HARRISON: Objection. Vague as to
7   time.
8     THE WITNESS: What do you mean by demos?
9   You mean instances or demos?
10   BY MS. RADCLIFFE:
11     Q Actual demos.
12     A What do you mean by "actual demos"?
13     Q Demos that you and your team created.
14     A So I would not recall the numbers because
15   the -- we -- we scale over time the infrastructure.
16     Q And did it grow --
17     A And we also created more demos as time
18   pass by.
19     Q Do you recall a time when the sales
20   consultants who wanted demos outnumbered the demos
21   that were available for their use?
22     MR. HARRISON: Objection. Vague.
23     THE WITNESS: I recall at the beginning
24   when I got the responsibility, a lot of the CRM
25   application was brand-new. They were not configured

</td><td>

68

1   time.
2     THE WITNESS: That is correct when I took
3   my responsibility.
4   BY MS. RADCLIFFE:
5     Q And do you recall when you took your
6   responsibility?
7     A Around June or July of 2000.
8     Q And do you recall when the CRM
9   applications were configured and set up in the ADS
10   system?
11     A I don't recall the time frame.
12     Q Do you recall approximately how long it
13   took?
14     A I don't recall.
15     Q Do you recall if it took less than a
16   month?
17     A No. It took more than a month.
18     Q Do you recall if it took more than six
19   months?
20     A I can't recall.
21     Q Do you recall if the CRM applications were
22   configured and set up in ADS by January 1 of 2001?
23     A The way we're working in the ADS system is
24   that we would push software on a regular basis, but
25   there was constraint on when we could do that

</td></tr>
</table>

69

1   because as the ADS system was used by the sales
2   consultant, we could not disrupt them using it. So
3   there were constraint to push the new software. So
4   I can't recall what was the schedule of pushing the
5   various release into the ADS system. At the same
6   time there may have been some application pushed and
7   not some others, even though they were already
8   released to the general public.
9      Q  And were there other reasons why
10  applications that were released to the general
11  public would not be pushed through besides the time
12  constraints you spoke of?
13      MR. HARRISON: Objection. Calls for
14  speculation. Lacks foundation.
15      THE WITNESS: I wouldn't know.
16  BY MS. RADCLIFFE:
17      Q  Who decided which applications to push
18  through on the demos?
19      MR. HARRISON: Same objections.
20      THE WITNESS: I don't know.
21  BY MS. RADCLIFFE:
22      Q  How did you know which demos you and your
23  team should be working on at any particular point in
24  time?
25      MR. HARRISON: Objection. Vague.

71

1   in the ADS system. What did that involve?
2      A  Let me give you an example. If we take
3   the sales force automation product, it will entail
4   to set up territories of sales group and
5   organization with the different reporting structure
6   and so forth in the system before we can actually
7   start entering data which would be opportunities,
8   forecast, and so forth.
9      Each different module had their own setup
10  screens with quite a bit of information that we had
11  to create. We were creating that information around
12  the fictional companies that was already created in
13  the ADS system to stay consistent.
14      Q  Were demos ever configured with data from
15  actual companies as opposed to fictional companies?
16      A  Only if a customer, so -- not by my team,
17  but I have knowledge of sales consultant having
18  request from customers to have their own data.
19  Usually we -- we used to move away from the demo
20  system and call it a pilot project.
21      Q  And who was responsible for that?
22      A  Whatever sales consultant was assigned to
23  the customer. It's part of the field
24  responsibility.
25      Q  And did your department or group have any

70

1      THE WITNESS: Many factors could
2   be -- first there would be what the product was
3   doing, and we wanted to show it, so we develop
4   scenarios to show it. Other factors could be
5   specific customers requirement.
6   BY MS. RADCLIFFE:
7      Q  And was your team responsible for
8   configuring the CRM applications?
9      A  Setting it up, yes.
10      Q  And you mentioned the ADS system. Does
11  ADS stand for anything in particular?
12      A  I'm sure A's application. Application
13  Demo Systems.
14      Q  And you mentioned, I believe, that one of
15  the purposes of the demos was to show integration of
16  the product. Is that correct?
17      MR. HARRISON: Objection. Vague.
18      THE WITNESS: We were showing everything,
19  all the functioning of our products.
20  BY MS. RADCLIFFE:
21      Q  And other than the functionality of the
22  products, what was the purpose of the demos?
23      A  That's pretty much it.
24      Q  And we talked a little bit about
25  configuring the CRM applications and setting them up

72

1   interaction with the sales consultant with respect
2   to these pilot projects?
3      A  They would -- they would ask us as we were
4   some expert in configuration on how to do something
5   sometimes.
6      Q  And you -- you mentioned before with
7   respect to demos one of the things you were
8   demonstrating was integration. Is that correct?
9      MR. HARRISON: Objection. Vague.
10      THE WITNESS: Can you repeat what I said
11  in the record?
12      MS. RADCLIFFE: I think the court reporter
13  can find it.
14      (Off the record.)
15      MS. RADCLIFFE: Go back on the record.
16  BY MS. RADCLIFFE:
17      Q  Do you have an understanding of what the
18  term integration means with respect to Oracle's
19  Suite 11i product?
20      A  The integration was to be able to pass
21  data from one module to another one.
22      Q  And in the demos that you and your team
23  worked on was integration one of the items that was
24  demonstrated?
25      MR. HARRISON: Objection. Vague.

73

1    THE WITNESS:  The -- the problem with what
2  you said, you talk about integration was one thing;
3  there was multiple touch points within the modules.
4  And we were working our own scenarios that would
5  show integrated business flows of what a business
6  users will do with our software and we were building
7  and configuring the demo to show that, to show
8  that business flow.
9  BY MS. RADCLIFFE:
10    Q  You mentioned business flows.  What do you
11  mean by "business flows"?
12    A  For example, a campaign to cash flow was
13  to be able to start creating a campaign, a marketing
14  campaign, in marketing automation product, generate
15  a lead from that campaign, pass it on to a telesale
16  application.  So integration of the lead.  When the
17  lead is loaded in the sales integration, we would
18  put the campaign code.  That lead would start being
19  worked on by a user of the sales force -- of the
20  telesales application and would potentially turn it
21  into an opportunity, then a quote, then an order.
22    The order will give us how much revenues
23  would have been generated from the campaign because
24  the code would have been -- the code data of the
25  campaign would have been pass on.  That is an

74

1  integrated business flow.  And from the order we
2  could go to the invoicing and then to the payment.
3  That's why we call it campaign to cash.
4    Q  And is campaign to cash something that you
5  worked on at Oracle?
6    A  Yes.
7    Q  Do you know who else worked on it with
8  you?
9    A  It was a concept.  It was a business flow.
10    Q  Were there other business flows that you
11  worked on --
12    A  Many.
13    Q  -- at Oracle?
14    A  Many.
15    Q  Can you describe any of the others as you
16  sit here today?
17    A  I think about anything you do at work, and
18  we would try to figure out a way to actually do it,
19  automate it, and integrate it with our software.
20    Q  And if I understand, it was your group's
21  responsibility to take scenarios and create demos.
22  Is that correct?
23    A  That is correct.
24    Q  Did you encounter situations while you
25  were at Oracle where you were unable to create a

75

1  demo based on a certain scenario that your team had
2  created?
3    MR. HARRISON:  Objection.  Vague.
4    THE WITNESS:  Just give me -- what exactly
5  do you mean?
6  BY MS. RADCLIFFE:
7    Q  I guess --
8    A  Not being able --
9    Q  Was there a scenario that your team had
10  taken and created a business flow, a plan for, and
11  then when your team went to create the demo, they
12  were unable to demonstrate that business flow in the
13  demo?
14    A  It depends on the specific times, but
15  there were some times where the product was not
16  configured, so we could not demonstrate it.  We had
17  to work on working.  Or sometime there were bugs,
18  and we needed development to fix the bug.
19    Q  And when you say the product was not
20  configured, do you mean the product was not
21  designed --
22    A  No.  I mean it was not set up.
23    Q  And with respect to bugs, did your team
24  have any role in identifying bugs and informing
25  development of those bugs?

76

1    A  Was not their primary responsibility, but
2  as they were encountering bugs, they would log bugs.
3    Q  And when you say "log bugs," was there a
4  particular system within Oracle used to log bugs?
5    A  The bug data base.
6    Q  And do you know if within that bug data
7  base if there were certain priorities given to bugs?
8    A  There was a common set up status, so we
9  could -- it was judgmental of the person, of course,
10  on what priority that bug was.  It will set a
11  severity level.
12    Q  And did you have any role with speaking
13  with development regarding bugs that you or your
14  team ran into in attempting to create demos?
15    A  I would -- I would talk occasionally
16  trying to bring to their attention some of the bugs.
17    Q  And when you say talk occasionally, do you
18  mean to development?
19    A  To development, yeah.  To various
20  development team.
21    Q  Do you recall who within development you
22  would speak with?
23    A  No, I don't recall.
24    Q  Do you recall who was in charge of the
25  development group?

Sultan, Juliette  5/22/2006  9:05:00 AM

77

1    A  There were many -- many groups.
2    Q  And is it your understanding that there
3  was a development group for each of the CRM
4  applications?
5    A  Uh-huh.  Each of the product category I
6  would say, not each product.
7    Q  And do you know how many product
8  categories there were with respect to CRM?
9    A  We had mainly marketing and sales,
10  service, contracts, the e-commerce product.  Those
11  were the main ones.  I'm sure there were some more.
12  There were some communication products,
13  telecommunication products.  And --
14    Q  And I guess with respect to the
15  development of the demos, was there a particular
16  process that your group adhered to with respect to
17  the development of those demos?
18    MR. HARRISON:  Objection.  Vague as to the
19  word development.
20    THE WITNESS:  Yeah.  What do you mean
21  by --
22  BY MS. RADCLIFFE:
23    Q  Well, you mentioned before that your team
24  configured and set up the demos.  Is that right?
25    A  Uh-huh, uh-huh.

78

1    Q  Were there any other teams involved in
2  developing a demo that would eventually be
3  presented?
4    A  I don't know.  I know what my team did.  I
5  cannot speculate on what other people in the company
6  would do.
7    Q  And with respect to your team in terms of
8  configuring and setting up the product for the demo,
9  what was the process by which your team undertook
10  that?
11    A  So we would first develop a scenario.
12  That scenario would be turned into a business flow.
13  The business flow would be turned into detail
14  component of functionality, and the functionality
15  would be -- and that document would be turn on into
16  a setup document to know for each functionality what
17  data needed to be set up.
18    Q  And --
19    A  I want to make sure you understand when I
20  say development demos, that there was no coding or
21  programming involved.  My team is functional.  We
22  have no technical training.  So when I say
23  development, it was just creating the demo.
24    Q  And would there be technical people
25  involved in actually configuring the demo?

79

1    A  When we started, as we were learning
2  ourself the product and the setup.  We would
3  actually request assistance sometime from the
4  developers when we could not understand by ourselves
5  how to do it.  And then we became expert and then we
6  knew how to do it.
7    Q  And you mentioned the beginning, would
8  this be the June/July --
9    A  When I started my responsibility.
10    Q  And do you recall approximately when your
11  team came to a level where they no longer needed
12  developers to assist?
13    A  There was not such a state because all the
14  time there was new software coming, so we knew the
15  old one, and then the new one would come and we had
16  to start all over again.
17    Q  You mentioned that there was a document
18  which detailed the components of functionality.  Is
19  that right?
20    A  No.  I mentioned that we were creating
21  documents that would explain the functionality that
22  we would go after and then a setup document.
23    Q  And the documents that explain the
24  functionality, those were documents that you or your
25  team created?

80

1    A  For the demos only.  It's different than
2  the functionality for the product.
3    Q  I understand.  For the demos --
4    A  Yeah.
5    Q  -- that's something that your team
6  created?
7    A  Uh-huh.
8    Q  And do you know who within your team
9  created those documents?
10    A  Every single person who was in charge of
11  developing such a scenario, a business flow, will
12  actually create one.
13    Q  And do you know where those documents were
14  maintained?
15    A  It was just on our laptop.
16    Q  Do you know if they were saved to any
17  servers or data bases within Oracle?
18    MR. HARRISON:  Objection.  Lacks
19  foundation.
20    THE WITNESS:  I do not know.
21  BY MS. RADCLIFFE:
22    Q  And the setup documents, were these
23  documents also created by various members of your
24  team?
25    A  Yeah, that's correct.

Sultan, Juliette  5/22/2006  9:05:00 AM

---

81

1  Q  And do you know where these documents were
2  maintained?
3      MR. HARRISON: Objection. Lacks
4  foundation.
5      THE WITNESS: I don't know whether they
6  were maintained, but the ADS system also were
7  publishing the scenarios. What we call the demo
8  script that were -- was a training document for SCs
9  to tell them what the flow was. And on some
10  occasion we put the setup, especially when there was
11  a choice depending on what a sales consultant would
12  want a demo to go with Setup A versus Setup B, so we
13  want to be explicit so they don't waste time.
14  BY MS. RADCLIFFE:
15      Q  And in creating the documents that explain
16  the functionality for the demos, did you or your
17  team consult documents that explain the
18  functionality of the CRM applications?
19      A  That is correct.
20      Q  And what documents would you or your team
21  consult?
22      A  Those were the SRDs.
23      Q  And how did your team go about obtaining
24  the SRDs?
25      A  In my -- part of my responsibilities were

---

82

1  to supervise the finalization of all SRDs across all
2  product management groups in CRM, so I had a copy of
3  all of them.
4      Q  And do you know what SRD stands for?
5      A  It's Software Requirement Document or
6  System Requirement Document. I think it's software.
7      Q  One or the other?
8      A  Yeah.
9      Q  And is this an internal Oracle document or
10  an external Oracle document?
11      A  It is internal.
12      Q  And was there an SRD for each of the
13  versions of Oracle's Suite 11i CRM products that you
14  worked on?
15      A  When you say "version," you mean 11i.1,
16  11i.2?
17      Q  Yes.
18      A  Yes.
19      Q  Who else worked on the creation or
20  finalization of the SRDs besides yourself?
21      MR. HARRISON: Objection. Calls for
22  speculation.
23      Go ahead.
24      THE WITNESS: In general in
25  software industry as well as Oracle product managers

---

83

1  own the user requirement definition that can be
2  formalized in an SRD in the case of Oracle. So in
3  general product management worked on it.
4  BY MS. RADCLIFFE:
5      Q  Have you heard of a BRD?
6      A  The term is familiar, but I can't recall
7  what it is.
8      Q  Have you heard of a baseline requirements
9  document?
10      A  Can't recall.
11      Q  So let me see if I understand this
12  correctly. An SRD explains the functionality of the
13  CRM applications for Oracle Suite 11i. Is that
14  correct?
15      A  For specific version.
16      Q  And there would be a different SRD for
17  each version?
18      A  Yes.
19      Q  Were there any other documents that your
20  team consulted with respect to the functionality of
21  Oracle Suite 11i product --
22      A  I can't recall.
23      MR. HARRISON: Objection to the extent it
24  calls for speculation. Sorry. I need a chance to
25  get that in.

---

84

1  BY MS. RADCLIFFE:
2      Q  Do you know who maintained the SRDs?
3      MR. HARRISON: Same objection.
4      THE WITNESS: I can't recall, but in
5  general, once again, that document responsibility
6  for creation is with product management. I'm not
7  sure where the maintenance of that document -- the
8  responsibility of the maintenance of that document
9  rely.
10  BY MS. RADCLIFFE:
11      Q  We talked a little bit earlier about your
12  role as a spokesperson. Are there any particular
13  documents that you referred to in your role as a
14  spokesperson to explain the functionality of Oracle
15  Suite 11i products to the external world?
16      A  Can you repeat your question?
17      Q  Sure. I'll let the court reporter.
18      (Record read)
19      THE WITNESS: Do you mean to refer to
20  internal document to the external world?
21  BY MS. RADCLIFFE:
22      Q  No. I mean for your own knowledge so that
23  you had a basis of information that you could help
24  assist in your explanations to the external world.
25      A  I can't recall, but I would look at the

---

85

1　functionality of the product and talk through them,
2　illustrating live example. So one thing that I use
3　were the business flows. They were more telling
4　than just describing features to a press or an
5　analyst.
6　　Q　And the various business flows that you
7　and your team created, were those documented
8　anywhere within Oracle?
9　　A　I can't recall specific times.
10　　Q　Do you recall if you wanted to reference a
11　particular business flow whether you had the ability
12　to locate a document that would reference that
13　particular business flow?
14　　A　I recall --
15　　MR. HARRISON: Objection.
16　　THE WITNESS: -- a lot of KBF
17　documentation, but I can't recall the time frame at
18　all.
19　　MR. HARRISON: My objection is that it
20　calls for speculation.
21　BY MS. RADCLIFFE:
22　　Q　And do you recall -- and by "KBF," do you
23　recall by Key Business Flow?
24　　A　That's correct.
25　　Q　Do you recall key business flows relating

86

1　to each of the versions of Oracle Suite 11i product
2　that you worked on?
3　　A　Say it again.
4　　Q　Sure. Do you recall key business flow
5　documents relating to each of the versions of
6　Oracle's Suite 11i product that you worked on?
7　　A　I recall we were adding new ones.
8　　Q　Adding new ones for the different versions
9　of Oracle Suite 11i product?
10　　A　Specially when new products will come in
11　another version, we added products with each of the
12　version, so we were able to create additional flows.
13　　Q　Was there any testing done of the
14　demonstrations prior to their release to the sales
15　consultants?
16　　A　Any testing?
17　　Q　Yes.
18　　MR. HARRISON: Objection. Lacks
19　foundation. Calls for speculation.
20　　THE WITNESS: When we were
21　developing -- creating the demos, we were basically
22　then showing them to the sales consultant to see
23　whether that was something they could use in front
24　of the sales force.
25　　///

87

1　BY MS. RADCLIFFE:
2　　Q　Do you know what the vision system was at
3　Oracle?
4　　A　I don't know what vision system was, but I
5　know that Vision was the name of the fictional
6　company in the ADS system.
7　　Q　Do you know what a demo shield is?
8　　A　Demo shield is a technique to capture a
9　live demo and put it -- and package it in a way that
10　you can run it on your software. A little bit like
11　you see these days in Real Media, something running.
12　That's what the demo shield used to do, the
13　technology at that time.
14　　Q　I guess I'm trying to understand is that
15　kind of like streaming media?
16　　A　Yeah, kind of. I mean, you were just
17　putting it on your laptop, and you could run the
18　demo by itself.
19　　Q　So that when the demo is run, it's not
20　actually live; it's a snapshot?
21　　A　It's not connected. We -- if you want to
22　show demo on your website on Oracle.com, right, we
23　would actually use demo shield to show so that the
24　mass customers going to a website could have an idea
25　what the product would do.

88

1　　　We could also use demo shields at customer
2　sites when their firewall would not enable sales
3　consultant to connect to our DNZ, which is basically
4　where our ADS server rely. They were outside of the
5　firewall, of the Oracle firewall. So Government --
6　Government agency usually don't let us do this.
7　　Q　And so I just want to clarify, and I think
8　you explained this in your answer, but demo shields
9　were used at Oracle. Is that correct?
10　　A　Yes.
11　　Q　Do you know when you were working on demos
12　whether or not a full suite of CRM applications were
13　ever live for demo purposes?
14　　MR. HARRISON: Objection. Vague.
15　　THE WITNESS: I don't understand your
16　question.
17　BY MS. RADCLIFFE:
18　　Q　Was there ever an attempt -- I'll rephrase
19　it.
20　　　Was there ever an attempt to demo a full
21　suite of MR -- CRM applications at the same time?
22　　MR. HARRISON: Objection. Vague.
23　　THE WITNESS: I wouldn't know.
24　　MS. RADCLIFFE: You mean for one customer,
25　one demo?

89

1  BY MS. RADCLIFFE:

2  Q  Yes.

3  A  That would be a weird scenario, but I do

4  not recall.

5  Q  Do you recall if there were ever any

6  performance issues with the demos that you or your

7  team worked on?

8  A  Yes.

9  MR. HARRISON:  Objection.  Vague.

10  BY MS. RADCLIFFE:

11  Q  And what is your understanding of the

12  performance issues that you understood occurred?

13  A  What we were observing as functional is

14  that sometimes the processing of screens coming

15  would take a long time.  My understanding is that

16  our ADS system was -- was set up in a way that was

17  very different than a live production because rather

18  than having the software on one server at a customer

19  site, we had, you know, sometime 10 or 12 instance

20  on one server, and with various sales consultant

21  accessing each instance.  Some -- that could be at

22  the same time.  So the performance of the

23  infrastructure needed to be fine-tuned so we could

24  optimize.  So there were a lot of discussion, and

25  I'm not technical, so I can't go into details on how

90

1  to optimize the ADS system.

2  Q  And did you participate in those

3  discussions?

4  A  I was listening to be aware of what was

5  the solution, but to be honest, I was not in all the

6  meetings because my team, again, was not technical

7  and we were just mentioning the problem.

8  Q  And do you know who else was involved in

9  these discussions?

10  A  So Marina Zago who had the same

11  responsibility for the ERP team in terms of

12  development of functional demos was also responsible

13  for the infrastructure of the ADS system.

14  Q  Anyone else that you recall?

15  A  She had a specific team just doing the

16  infrastructure.  I can't recall their names.

17  Q  And forgive me because I think I asked you

18  this before, but Ms. Zago reported to Ron Wohl.  Is

19  that correct?

20  A  That's correct.

21  Q  Do you recall any issues surrounding the

22  stability among the CRM modules with respect to

23  demos that you or your team worked on?

24  MR. HARRISON:  Objection.  Vague and

25  ambiguous.

91

1  THE WITNESS:  What do you mean by

2  "stability"?

3  BY MS. RADCLIFFE:

4  Q  In other words, the performance of the CRM

5  modules was inconsistent, so it affected the demo's

6  ability to show an integrated business flow for

7  example?

8  MR. HARRISON:  Same objections.

9  THE WITNESS:  Yeah, I don't understand.

10  Performance I already addressed, but it could -- it

11  was a performance when the screen was showing up.

12  So it could have been any -- anything, but I already

13  explained the performance issue.

14  BY MS. RADCLIFFE:

15  Q  Other than the description you gave

16  regarding the ADS system causing problems because of

17  instances where 10 or 12 people may be trying to

18  connect to one server, do you recall any other

19  factors that were causing performance issues that

20  you were aware of when you were at Oracle?

21  A  There were some bugs.

22  Q  And I'm not asking specifically for the

23  bug numbers or IDs, but do you recall what any of

24  those bugs centered around?

25  A  No.

92

1  Q  Do you know if these bugs were something

2  that the development team was in charge of?

3  A  Yes.

4  Q  And --

5  A  And they had to work with Marina Zago's

6  team to understand what was a bug versus what was

7  ADS infrastructure issue to make sure they were not

8  touching something that was working fine in the

9  product in a different site.

10  Q  And do you know who was in charge of

11  ascertaining whether or not a demo was ready to be

12  demonstrated?

13  MR. HARRISON:  Objection.  Vague and

14  ambiguous.

15  THE WITNESS:  I don't recall.

16  BY MS. RADCLIFFE:

17  Q  How did you or your team know when

18  a -- they were finished with a particular demo?

19  MR. HARRISON:  Same objection.

20  THE WITNESS:  We were really never

21  finished with the demo.  There was always a time

22  when there was sufficient build-out of the demo that

23  it was worth rolling it out if the schedule of the

24  ADS was we going to have to do it next week.

25  ///

Sultan, Juliette  5/22/2006  9:05:00 AM

93

BY MS. RADCLIFFE:

1   BY MS. RADCLIFFE:
2       Q   Now, with respect to demos, were the demos
3   of existing Oracle Suite 11i products or were there
4   also demos for future releases of Oracle Suite 11i
5   products that you were working on?
6       A   In ADS it was only release software.
7       Q   Did you work on demos outside of the ADS
8   system besides the pilot projects that you mentioned
9   earlier?
10      A   So before when I started with this
11  responsibility, the schedule to refresh the ADS
12  system -- so basically to put the new code -- was
13  further, so there was that period of time where we
14  needed to show the software to customers, but we
15  could not put it in ADS right away.  So we had a few
16  servers that took the data of ADS and on which we
17  built the CRM demos or we started building the CRM
18  demos waiting for the refresh of ADS.
19      Q   And do you know when the refresh of ADS
20  occurred?
21      A   I can't recall.
22      Q   Do you recall how long it took from the
23  time you took on the position in June, July 2000?
24      A   I don't.
25      Q   Do you recall if it was more than six

94

1   months?
2       A   I can't recall.
3       Q   Do you recall if it was more than a month?
4       A   It was more than a month.
5       Q   And do you know what a scripted demo is?
6       A   It was when we created those demo script
7   that would -- it was a training tool for a sales
8   consultant to demo a specific flow and will know
9   exactly what was the story line.
10      Q   So let me see if I have this right.  The
11  demo script would actually provide the story line to
12  the sales consultant to present to a customer?
13      A   To highlight our differentiators versus
14  our competitors'.
15      Q   And your team was in charge of drafting
16  those demo scripts.  Is that right?
17      A   Yes.
18      Q   For the CRM products?
19      A   For the CRM products.
20      Q   And was there a collaboration with your
21  counterparts in ERP to create a collaborative
22  script?
23      A   Yeah.  They would do the same type of work
24  on their ERP application.  And we would create
25  ERP-CRM integrated flows as well together.

95

1       Q   And do you recall how the communications
2   regarding the scripts took place?  Were there --
3   I'll start with were there meetings regarding the
4   scripts?
5       A   Yeah.  When they were developing to
6   define -- you mean with the ERP team?
7       Q   Yes.
8       A   The team members would meet and define the
9   flow.  When the flow were finalized, we would
10  reviewing it, Marina Zago and myself.  And then the
11  team will go and start developing the setup
12  document.  And then they will set up each their own,
13  you know, the ERP folks will set up the ERP
14  products, and then the CRM folks will set up the
15  CRM.  And then they will check that everything
16  works --
17      Q   And --
18      A   -- with the setups that has been put in
19  there.
20      Q   And you mentioned that yourself as well as
21  Ms. Zago reviewed the scripts.  Is that correct?
22      A   Uh-huh.
23      Q   And were the scripts in written form?
24      A   Yes.
25      Q   And how did you usually receive the script

96

1   to review?  Was that by e-mail or was it a hard copy
2   given to you?
3       A   Can't recall.  It could be any of --
4       Q   But it was a document.  Is that correct?
5       A   It was documented, yeah.
6       Q   Do you recall where those documents were
7   maintained?
8       A   When we were working, they were on
9   laptops, but when they were finalized, they would
10  actually be posted on the ADS for the sales
11  consultant to retrieve and use.
12      Q   Now, with respect to the demos, did
13  Mr. Barrenechea have any interaction with you or
14  your team with respect to the demos?
15      A   Uh-huh.
16      Q   And what was that interaction?
17      A   What do you mean?
18      Q   In other words, did he provide feedback on
19  the demos or was it merely asking you how they were
20  going?  I'm just trying to understand, you know, his
21  role with respect to the demos.
22      A   He was my manager, so all of the above.
23      Q   Did you have to provide him with any
24  updates or status?
25      A   Uh-huh.

97

1    Q   And how did you normally --
2        MR. HARRISON:  Yes or no?
3    BY MS. RADCLIFFE:
4    Q   -- provide him with that?
5    A   So yes.
6        And how would -- I would have weekly
7    e-mail to him and his direct reports and probably
8    some other people on the progress of developing,
9    creating those demos via e-mail.  And then sometime
10   I would sit in the weekly meetings and review them
11   as well.
12   Q   And --
13   A   Review the status.
14   Q   Was this with respect to each of the
15   versions with Oracle Suite 11i product that you
16   worked on?
17   A   I can't recall.  I remember when I
18   started I put a process together with weekly
19   meetings and so forth.  And when everything became
20   more routine, I'm not exactly sure what was the
21   frequency of meetings and status.
22   Q   Were there any checks in place with
23   respect to you and your team's development of these
24   demos with respect to quality assurance?
25   A   Any what?  Sorry.

98

1    Q   Any checks in place or any guidelines or
2    parameters with respect to quality assurance for the
3    demos that you and your team were working on?
4    A   I don't understand --
5        MR. HARRISON:  Objection.  Vague.  Okay.
6        THE WITNESS:  -- the question.
7    BY MS. RADCLIFFE:
8    Q   In other words, before a demo was released
9    to the sales consultants, was there any testing that
10   the demo underwent by you or your team prior to its
11   release to the sales consultants?
12   A   I'm not sure there was testing, but if we
13   had a bug while we were developing it, you know, we
14   need the bug to be fixed before it was released, so.
15   Q   And did your team usually attempt to run
16   the demo from start to finish before it was released
17   to the sales consultants?
18   A   Yeah.  Make sure the data was consistent
19   in it.  All of the work we were doing was to put
20   data that would mean something because we were going
21   to show this to customers.
22   Q   And did your team run the demo in order to
23   insure that the -- integration of the modules was
24   functioning properly?
25       MR. HARRISON:  Objection.  Vague and

99

1    ambiguous.
2        THE WITNESS:  We would take the demo
3    script we developed, run it, look that we could
4    perform everything that was said in it, and make
5    sure the data looked presentable in our mind to a
6    customer.
7    BY MS. RADCLIFFE:
8    Q   And with respect to demo scripts that
9    involved both CRM and ERP products, was that a joint
10   effort between your team and Ms. Zago's team to run
11   the scripts and make sure the data presented was
12   accurate?
13   A   Yes.
14       MS. RADCLIFFE:  We can go off the record,
15   please.
16       THE VIDEOGRAPHER:  We're going off the
17   record.  The time is 11:39.
18       (Off the record)
19       (Exhibit 2 marked)
20       THE VIDEOGRAPHER:  We're back on the
21   record.  The time is 12:55.
22   BY MS. RADCLIFFE:
23   Q   Good afternoon, Ms. Sultan.
24   A   Good afternoon.
25   Q   During the break did you have an

100

1    opportunity to review the Protective Order in this
2    case and have an opportunity to sign it?
3    A   I did.
4    Q   And the court reporter has marked that
5    signed copy as Exhibit 2 for the record.
6    A   I'd like to clarify something that you
7    asked me earlier this morning --
8    Q   Certainly.
9    A   -- regarding talking to anybody about this
10   lawsuit.  I didn't talk about the lawsuit, but in
11   order to be able to take the day off, I mentioned to
12   my employer, my current employer, that I would be
13   deposed in an Oracle lawsuit, in a lawsuit against
14   Oracle.  That's all I mentioned.
15       But just want to make sure I clarify this.
16   Q   Who's your current supervisor in your
17   current position?
18   A   John Schwartz, CO of business objects.
19   And I actually mentioned this not to him, but to the
20   general counsel of business objects.
21   Q   Thank you for the clarification.
22   A   You're welcome.
23   Q   If there's something else that comes up
24   during the deposition you want to clarify, go ahead
25   and let me know.

101

1    A  I will.  Thank you.

2    Q  You mentioned before that you received

3    feedback from sales consultants regarding demos.  Is

4    that accurate?

5    A  No.  I didn't receive -- I mentioned that

6    feedback were logged into an application.

7    Q  What was the name of that application?

8    A  It was part of the ADS registration

9    system.

10    Q  Did you ever review the feedback logged

11    in?

12    A  Yes, I did.

13    Q  And what types of feedback would sales

14    consultants give regarding the demos?

15    A  It went from a performance functionality

16    perspective.

17    Q  And did you have a role in analyzing the

18    feedback on the ADS system with respect to enhancing

19    or modifying demos?

20    A  No.  We're always trying to improve the

21    demos.  So, yes, me and my team would review those

22    and try to understand whether it was what we call a

23    user error, as many of those happen, a setup error

24    for which we would try to be more specific in the

25    document, whether it's a demo script or a setup

102

1    document, and we provide the consult so they

2    understand to do it, or whether it was a bug.

3    Q  And if it was a bug, would that then be

4    reported in the bug system we spoke about earlier?

5    A  Yes.

6    Q  You mentioned earlier that Ms. Zago was

7    involved in the infrastructure for the demos.  Is

8    that correct?

9    A  Uh-huh.  She owned the infrastructure, the

10    management of the infrastructure, yes.

11    Q  Did you and your group have any role with

12    respect to the infrastructure for the demos?

13    A  No.  Just the functional creation of demos

14    for CRM.  We would give feedback when something was

15    not working --

16    Q  And that feedback --

17    A  -- as expected.  But it was a feedback

18    from a user experience.  We didn't have the

19    technical knowledge to re-analyze what was going on

20    on the infrastructure itself.

21    Q  So you would provide feedback to Ms. Zago

22    or her team regarding your team's experience as a

23    user of the demo.  Is that correct?

24    A  That's correct.

25    Q  I believe you mentioned earlier that as

103

1    the VP of product strategy of CRM applications one

2    of the things that you were involvement -- involved

3    with were requirements across the Oracle suite with

4    respect to defining integration points within the

5    suite.  Is that correct?

6        MR. HARRISON:  Objection.  Misstates

7    testimony.  Vague and ambiguous.

8        THE WITNESS:  Can you repeat what you just

9    said?

10    BY MS. RADCLIFFE:

11    Q  Sure.  I believe you mentioned earlier

12    that as the VP -- product strategy for the CRM

13    applications, that one of the things you were

14    involved with were requirements across the suite

15    with respect to defining integration points within

16    the suite.

17        MR. HARRISON:  Same objections.

18        THE WITNESS:  So the requirements for all

19    products were done by the product managers.  I was

20    asked to centralize all those requirements and

21    review them and -- making sure that out of those

22    requirements there would be the requirements for

23    integration touch points that we're required to do,

24    some of the, you know, the flows that I mentioned.

25        So I was not responsible for it.  I was

104

1    kind of a sur- -- kind of a consolidator, if you

2    wish.

3    BY MS. RADCLIFFE:

4    Q  Who asked you to be involved in that

5    process?

6    A  That was part of the definition of my role

7    as product strategy when I moved from product

8    management.  So it was a request from my manager,

9    but something that all the direct reports in

10    development thought that we needed to do.

11        THE REPORTER:  Was something that all the

12    direct reports what?

13        THE WITNESS:  Wanted to have a function in

14    the group to be done specifically.

15    BY MS. RADCLIFFE:

16    Q  Your manager at the time was Mark

17    Barrenechea.  Is that correct?

18    A  Yes, that's correct.

19    Q  And in your duties with respect to being a

20    consolidator of this information, could you describe

21    in more detail what those involved?

22    A  I gathered all the SRDs.  I make sure the

23    quality of the document is consistent, the quality

24    was there as well as there were consistency across.

25    And basically we put them into a central document

105

1  and release the publication to the developers that
2  started working on the design of the software out of
3  those.
4       Q   Were there any other tasks that you took
5  on with respect to this role?
6       A   Just the specific responsibility you mean?
7       Q   Yeah.
8       A   You mean the role as we mentioned earlier,
9  I was doing the demos and everything?
10      Yes.   As we were looking at those key
11  business flows, I was checking that in order to
12  enable the integration within those business flows
13  that each of the functionality -- so I mentioned
14  before the integration between marketing automation
15  system and telesales.   I would check into the
16  marketing automation SRDs that the request for the
17  coding of the campaign was -- was in the SRD in
18  order to be integrated with the telesales.
19      And visa versa, I would look at telesales
20  application and make sure that there would be a way
21  to get the code, the code number for the campaign.
22      Q   So, in other words, when you were looking
23  at the SRDs, you were making sure that there were
24  requests for integration within the SRD to integrate
25  with other modules in order --

106

1       A   Uh-huh.
2       Q   -- for the key business flows to perform?
3       A   So what I cannot recall whether it was
4  used integration because it was really a user
5  functionality.   So it was explained more in business
6  terms than tech- -- the SRDs are not technical.
7       Q   So you looked at it from a functionality
8  requirements, from what the user would want in terms
9  of functionality?
10      A   What we call the end user, so the person
11  using the application.   Yes.
12      Q   And I understand the distinction.   I think
13  what you're trying to tell me -- and clarify if I'm
14  wrong -- is that you weren't looking at it from a
15  technical standpoint as to whether or not there was,
16  you know, integration, but whether or not there was
17  integration from a user standpoint?
18      MR. HARRISON:   Objection.   Misstates
19  testimony.
20  Vague and ambiguous.
21      THE WITNESS:   So we would define the key
22  business flows --
23  BY MS. RADCLIFFE:
24      Q   Uh-huh.
25      A   -- and insure that the request to pass

107

1  data from one application to the other was there in
2  the SRDs.
3       Q   And you did this for each of the CRM
4  products for which there was an -- or I -- we talked
5  about this earlier -- for each of the areas of CRM
6  that you had key business flows which the company
7  sought to address?
8       A   I can't recall.   It was exhaustive
9  because, as I said, you could create so many
10  integration points and crossways and so forth,
11  but there was quite a bit of those, yes.
12      Q   Do you recall approximately how many SRDs
13  you worked on once you took on this responsibility?
14      A   No.
15      Q   Did it take up a large portion of your
16  daily time?
17      A   It took up a large portion of the shelves
18  of both my desk, for sure.
19      Q   Did you keep those SRDs in the shelves
20  above your desk?
21      A   I was -- when they became obsolete because
22  of new -- a new release would come, I would actually
23  discard them and keep the latest one.
24      Q   Did you know if the SRDs that you
25  previously worked on were maintained electronically

108

1  where you had access to them at Oracle?
2       A   I would not know that.
3       Q   Did you ever refer back to SRDs that had
4  become obsolete in working on future SRDs?
5       A   I don't recall that.
6       Q   You mentioned you looked at the quality of
7  the document, the quality of the SRD, to make sure
8  it was consistent.   How did you go about doing that?
9       A   Well, I was subjective.   I had an idea of
10  what should be in an SRD, and I was insuring that
11  everything was included.   I created templates for
12  those SRDs and was insuring that every team -- each
13  team actually follow the template.
14      Q   And so when you were looking at the
15  consistency of the document, you were looking at the
16  consistency across the SRDs for the various products
17  you were working on?
18      A   Yeah.   Just the CRM ones.
19      Q   Thank you.   And did you work on any
20  documents with respect to functionality that were
21  released to public users?
22      MR HARRISON:   Objection.   Vague as to
23  functionality.
24      THE WITNESS:   Yeah, I'm not sure.   What do
25  you mean by --

109

1  BY MS. RADCLIFFE:
2      Q   We'll start with:  Did you work on any
3  documents while you were at Oracle that were
4  targeted for release to the public?
5      A   A lot of sales presentation -- I mean,
6  presentation to customers.  They may not be sales.
7  I was creating tools for sales rep.
8      Q   Besides the demos we talked about earlier,
9  were there other sales tools that you created?
10     A   Sale guides.
11     Q   And what kinds of information did the
12  sales guides include?
13     A   The overview of the market, the
14  competitive landscape, the main differentiator that
15  we have, customer success stories telling how
16  customers are successfully using our software,
17  objection handlings, part of our sales guide which
18  is if the customer say, "Yes, that looks great but,"
19  you know, how do you respond to the "but."
20  And so forth.
21     Q   With respect to Oracle Suite 11i do you
22  recall working on sales guides with respect to the
23  overview of the market?
24     A   What do you mean the overview of the
25  market?

110

1      Q   I think you mentioned the competitive
2  landscape.
3      A   That was part of the sales guide.
4          (Off the record)
5          (Off the record)
6  THE VIDEOGRAPHER:  We're back on the
7  record.  The time is 1:20.
8          MS. RADCLIFFE:  We had a technical break
9  with the court reporter's computer.  And prior to
10  going back on the record Ms. Sultan indicated that
11  she would like to clarify something.
12  BY MS. RADCLIFFE:
13     Q   So if you'd like to.
14     A   Yes.  You asked me about documents that --
15  that were for public consumption.  And I talked
16  about presentation, but I also mentioned sales
17  guides and sales tools.  Those were internal
18  document.
19     Q   Thank you.  And just so we're kind of on
20  the same page about where we are, right before our
21  break we were talking about what type of information
22  the sales guides might include.
23     A   That's correct.
24     Q   And I think you mentioned the overview of
25  the market, the competitive landscape, the main

111

1  differentiator, customer success stories, telling
2  how customers are successful using our software,
3  objection handlings.
4      A   And once again, those were internal
5  documents.
6      Q   Thank you.  And so the sales guide is an
7  internal document?
8      A   Yes.
9      Q   Okay.  And beyond the presentations, the
10  demos that you talked about earlier, were there any
11  other documents or presentation materials that you
12  worked on that were for -- intended to be presented
13  to users?
14     A   You mean customers?
15     Q   Yes.
16     A   Well, presentations were the main medium.
17  I can't recall any other.  I would -- I would
18  present in front of customers during my tenure at
19  Oracle at the CVC Center -- CVC, Customer Visit
20  Center, which was located on our campus.
21     Q   And did you provide customers with
22  presentations regarding Oracle Suite 11i CRM
23  applications?
24     A   I would usually do the overview.
25     Q   And by "the overview," could you explain

112

1  what you mean by that?
2      A   Explaining the whole breadth of the suite,
3  and then depending on what they were interested,
4  some other people would follow me on the agenda to
5  talk about those.
6      Q   And in preparing for these overviews, did
7  you have any notes or other documents that you used
8  in assisting you to provide these overviews to
9  customers?
10     A   I had -- I can't recall specifically, but
11  I had a standard presentation that would revise
12  whenever there were some new software coming out.
13  And I would use the standard presentation from the
14  customers.
15     Q   And was this standard presentation
16  maintained on your laptop?
17     A   Uh-huh.
18     Q   And I just want to make sure we have it
19  clear for the record.  When you left Oracle, you
20  left your laptop with Oracle?
21     A   Absolutely.
22     Q   Beyond the overviews you provided to
23  customers at the CVC site?
24     A   CVC center, CVC.
25     Q   Were there other presentations that you

113

1    gave to the public regarding Oracle Suite 11i
2    products?
3         A   I presented in Paris, Apps World.  And
4    that's all I can recall.
5         Q   And do you recall what topics you
6    presented at Apps World in Paris?
7         A   Sounds awful, but I can't remember.
8         Q   Do you recall if it related to Oracle
9    Suite 11i CRM applications?
10        A   I'm sure it was.  It was a conference
11   talking about our products, so it had to be around
12   our products.
13        Q   And you mentioned that sales guides were
14   an internal document that you worked on?
15        A   Uh-huh.
16        Q   Were there other internal documents that
17   you worked on at Oracle that were in -- that you
18   prepared to assist in the sales process?
19        A   Yes.  The customer success stories I
20   mentioned.  I recall them -- return on investment
21   stories, presentation.  I can't recall, but yes.
22   That's the function of product strategy, to provide
23   as much information as possible to the sales rep to
24   train them and arm them to be prepared and go sell
25   our software.

114

1         Q   Were you involved at all with respect to
2    customer success stories that were issued in Oracle
3    press releases?
4              MR. HARRISON:  Objection.  Lacks
5    foundation.
6              THE WITNESS:  I can't recall.
7    BY MS. RADCLIFFE:
8         Q   Do you recall that there were Oracle
9    success stories that were issued in Oracle press
10   releases?
11        A   I can't recall the time frame when we
12   started doing that.
13        Q   Do you recall however that it did happen?
14        A   Well, are you talking about the specific
15   time or during?
16        Q   In general.
17        A   In general when I worked at Oracle?  Yeah,
18   we were quoting customers in press release, yes.
19        Q   And what was your involvement with respect
20   to customers being quoted in press releases?
21        A   My involvement was to insure customer were
22   reference and I was passing on the names of the
23   person who potentially could be a reference to the
24   press -- the PR team.  And they would contact the
25   customers and try to get quotes, approval, working

115

1    through their legal department.
2         Q   Do you recall which customers you spoke
3    with regarding success stories?
4         A   I don't think I spoke directly with any
5    customers.  I would usually talk to the account
6    manager, but I can't recall which -- at one point I
7    had a list of 50 customers.  I can't recall the
8    names.
9         Q   Were you the VP of product strategy for
10   CRM applications at the time that you were involved
11   in assisting and getting customer quotes for press
12   releases?
13        A   Probably, but I don't know whether that
14   was the time frame you specified or whether I
15   started later on.  It may have been later on.
16        Q   You mentioned with respect to sales guides
17   that you had some involvement with the competitive
18   landscape.
19        A   To be honest with sale guides?
20        Q   Yes.
21        A   I have the same concern.  I'm not sure
22   whether that was in your time frame or after.
23        Q   Do you recall being involved with the
24   sales guides with respect to Oracle Suite 11i
25   product?

116

1         A   It was with respect to 11i, but I'm not
2    sure which version.  The version will tell you the
3    time frame.  I was VP of product strategy for CRM
4    for a longer period of time than just the time frame
5    that you --
6         Q   Specified?
7         A   -- specified.  And, you know, every month
8    we were trying to do more.  So I'm not sure when
9    this started kicking in.  It may have been after.
10        Q   And when you mentioned that you were
11   unsure of the time frame, I want -- just want to
12   clarify.  You would be speaking of -- that it may
13   have occurred later in time than the spring of 2001?
14        A   That's correct.
15        Q   Do you know who was responsible for the
16   sales guides when you were working with them?
17             MR. HARRISON:  Objection.  Vague.
18             THE WITNESS:  When I was working with
19   them: what's "them"?
20   BY MS. RADCLIFFE:
21        Q   With the sales guides, with the
22   information in the sales guides.
23        A   Who was responsible with sales guides?
24   When I was working with the sales guides?
25        Q   Yes.  Yes.

117

1      A  What do you mean?

2      Q  You indicated before that you were

3  involved in helping to create some of the

4  information in the sales guides.  Is that correct?

5      A  Uh-huh.

6      Q  And I'm trying to understand who at Oracle

7  was responsible for the sales guides for insuring

8  that those sales guides were accurate and released?

9      A  I can't recall.

10     Q  Do you recall who you worked with with

11 respect to the sales guides?

12     A  Mostly product management.

13     Q  And those would be the product management

14 for the CRM applications?

15     A  Uh-huh.

16     Q  And with respect to -- you indicated sales

17 guides referenced main differentiators.  Is that

18 correct?

19     A  Uh-huh.

20     Q  Do you recall what the main

21 differentiators were that you worked on?

22     A  Mostly our integration.  Our customer TCA.

23 And, I mean, those are the two main that I can

24 recall.  I'm sure it was not limited to those two.

25     Q  And do you recall what the message was

118

1  regarding integration?

2      MR. HARRISON:  Objection.  Vague.

3      THE WITNESS:  No.

4  BY MS. RADCLIFFE:

5      Q  Have you -- strike that.

6      Do you recall the terms "fully integrated"

7  and "interoperable out of the box" being used by

8  Oracle?

9      MR. HARRISON:  Objection.  Vague.

10     THE WITNESS:  Who at Oracle?

11 BY MS. RADCLIFFE:

12     Q  By Oracle in its press releases.

13     A  No.

14     MR. HARRISON:  Same objections.

15     THE WITNESS:  I can't recall those.  No.

16 BY MS. RADCLIFFE:

17     Q  Have you heard the terms "fully

18 integrated" and "interoperable out of the box" used

19 to describe Oracle's Suite 11i project?

20     MR. HARRISON:  Same objections.

21     THE WITNESS:  I can't recall.

22 BY MS. RADCLIFFE:

23     Q  Don't recall if you heard that phrase

24 being used?

25     A  It's too specific to be sure.

119

1      Q  Do you recall the term "fully integrated"

2  being used with respect to Oracle's Suite 11i

3  product?

4      A  I recall "integrated."

5      Q  And do you recall -- strike that.

6      Do you recall the word "interoperable"

7  being used with respect to Oracle's Suite 11i

8  product?

9      A  I can't recall.

10     Q  So you recall the term "out of the box"

11 being used with respect to Oracle's Suite 11i

12 product?

13     MR. HARRISON:  Objection.  Vague.

14     THE WITNESS:  I can't recall.

15 BY MS. RADCLIFFE:

16     Q  You mentioned the sales guides also dealt

17 with objection handling.

18     A  (No audible response).

19     Q  Do you recall working on the sales guides

20 with respect to objection handling for Oracle's

21 Suite 11i product?

22     A  I don't think I was in charge of that.  I

23 knew it was part of the sales guide.  I mentioned

24 that being part of the sales guide when you asked

25 me.

120

1      Q  Do you recall who was in charge of that?

2      A  I'm not sure.  It was mostly feedback from

3  sales and then product management, but I can't be

4  sure.

5      Q  Do you know who would be the person who

6  would have come up with the -- with the text in the

7  sales guide with respect to objection handling?

8      A  I can't recall.

9      MR. HARRISON:  Objection.  Lacks

10 foundation.  Calls for speculation.

11 BY MS. RADCLIFFE:

12     Q  Do you recall that the sales guide

13 included text with respect to objection handling?

14     A  "Text," you mean sentences?

15     Q  Yes.

16     A  Behind the header, objection handling?

17     Q  Correct.

18     A  I do recall seeing that.

19     Q  Do you recall which versions of Oracle

20 Suite 11i --

21     A  But, actually, not all sales guides would

22 have those.

23     Q  And what makes you say that?

24     A  Because once again, I think we were trying

25 to improve the sales guides and adding things as per

121

1    feedback from sales.  So I'm sure there were some
2    sales guide without any section on objection
3    handling.
4        Q   Do you recall that the section on
5    objection handling came later in time.  Is that --
6        A   I can't recall the timing at all.
7        Q   Do you know who you worked with on the
8    sales guides with respect to objection handling?
9        A   I can't recall.
10       Q   Did anyone on your team work on the sales
11   guides with respect to objection handling?
12       A   I can't recall.
13       Q   You can't recall their names or you can't
14   recall whether or not someone work --
15       A   I can't recall whether anyone on my team
16   worked on those.
17       Q   Do you know if there was anyone from the
18   ERP team who worked on the sales guides along with
19   you?
20       A   The sales guide was CRM?
21       Q   Yes.
22       A   I'm not sure that there were actively
23   participating and they were working on their own.
24       Q   Do you know if the ERP team had sales
25   guides as well?

122

1        A   I can't recall what format and whether
2    they had any.
3        Q   Do you recall if the ERP team had
4    documentation for sales consultants regarding
5    differentiators?
6        A   I can't recall.
7            (Exhibit 3 marked)
8    BY MS. RADCLIFFE:
9        Q   I'm going to mark this next in order,
10   which I believe is Sultan's Exhibit 3.
11           You want to take a minute to look at that
12   document.  And I'll just note for the record this is
13   a multiple-page document Bates NDCA-ORCL 153384 to
14   153389.
15       A   Okay.
16       Q   Did you have an opportunity to review the
17   document, Ms. Sultan?
18       A   Yes.
19       Q   Do you recall whether you attended an NAS
20   Dialogs-E-Business Suite?
21       A   I don't.
22       Q   Does the document refresh your
23   recollection regarding integrated demos at Oracle?
24           MR. HARRISON:  Objection.  Vague.
25           THE WITNESS:  No.

123

1    BY MS. RADCLIFFE:
2        Q   On the first page at the first, at the
3    Roman numeral, it states, "Integrated demo solution
4    integration to back office apps is critical to show
5    the entire business solution."
6            Do you know whether in November of 2000
7    demos were able to show integration to the back
8    office applications?
9            MR. HARRISON:  Objection.  Lacks
10   foundation, and calls for speculation.
11           THE WITNESS:  I can't recall.
12   BY MS. RADCLIFFE:
13       Q   Do you recall if there were issues while
14   you were at Oracle with the ability to integrate to
15   back office applications with respect to demos?
16       A   At that particular time?
17       Q   At any time at Oracle.
18           MR. HARRISON:  Objection.  Vague and
19   ambiguous.
20           THE WITNESS:  As I mentioned, the timing
21   of the ADS refresh was not in sync with the release
22   of the software.  So when we started with 11i, we
23   had to wait for the ADS refresh.  At that time it
24   was more difficult to show the integration than when
25   we actually implemented within ADS the full suite of

124

1    the software.  That was a demo problem, nothing to
2    do with the product.
3    BY MS. RADCLIFFE:
4        Q   Do you see further down under Roman
5    Numeral 1 where there's actually text, it's about
6    halfway down the page, there's indication that Mark
7    Barrenechea's team is currently taking on the
8    responsibility for integration testing between CRM
9    and ERP?  Do you know who in Mark Barrenechea's team
10   was taking on that responsibility?
11           MR. HARRISON:  Objection.  Sorry.
12   Objection.
13           THE WITNESS:  I had some of the
14   responsibility with my integration testing, but many
15   other teams were doing testing and integration
16   testing.
17   BY MS. RADCLIFFE:
18       Q   And with respect to your responsibility,
19   what was being undertaken with respect to
20   integration testing?
21       A   I already mentioned, we were doing
22   functional testing of some business flows from a
23   user interface perspective, not from the back end
24   processing perspective.
25       Q   Do you know who else on Mark Barrenechea's

125

1   team was taking on responsibility for integration

2   testing between CRM and the ERP?

3      A   No, I don't know.

4      Q   Do you recall at some point the

5   integration between CRM and ERP was not working?

6      MR. HARRISON:  Objection.  Vague and

7   ambiguous.  And calls for speculation.  And lacks

8   foundation.

9      THE WITNESS:  It really depends on the

10   time frame.

11   BY MS. RADCLIFFE:

12      Q   Do you recall in November of 2000 whether

13   or not integration between CRP -- CRM and ERP was

14   working?

15      A   I can't recall.

16      MR. HARRISON:  Same objections.

17   BY MS. RADCLIFFE:

18      Q   Do you have any reason to believe that

19   this document is inaccurate when it indicates that

20   integration is not working?

21      MR. HARRISON:  Objection.  Lacks

22   foundation.  Calls for speculation.

23      THE WITNESS:  I don't know who draft this

24   and what was their meaning when they wrote that.

25      I would also say that it talks a lot about

126

1   training.  And one the main concern we had was that

2   people in the sales did not know how to use and demo

3   the product.

4   BY MS. RADCLIFFE:

5      Q   And did you have any responsibilities with

6   respect to training?

7      A   No.

8      Q   Under Roman Numeral 2 towards the bottom

9   of the page where it says "systems stability

10   discussion," there's a reference to the R3 release

11   will have a huge impact on stabilizing the product.

12   Do you know what the R3 refers to?

13      MR. HARRISON:  Objection.  Lacks

14   foundation.  Calls for speculation.

15      THE WITNESS:  What we call 11iR3 was the

16   third version of 11i.

17   BY MS. RADCLIFFE:

18      Q   Does this document refresh your

19   recollection as to when the third version of Oracle

20   Suite 11i was released?

21      A   No.  I don't remember the time frame of

22   the release of each version.

23      Q   You indicate at the bottom of the page

24   that it indicates that 11iR3 is a collection of all

25   patches on a single CD.  Is that -- that your

127

1   understanding of what 11iR3 was?

2      A   I wouldn't know, actually.  The -- this

3   program was not my responsibility, but Alan

4   Fletcher's responsibility.

5      Q   Do you see on the next sentence says,

6   "Juliette Sultan has a staff in place responsible

7   for testing the program before the customer does"?

8      A   So Alan Fletcher will take the software,

9   put it on a server, patch it and so forth, so he had

10   the technical staff.  And when he was done, he will

11   ask my team to go log in the software and do again

12   the business flows and look whether everything was

13   working properly.

14      Q   And do you recall whether your team did

15   this with the third version of Oracle Suite 11i?

16      A   I can't recall the versioning or the

17   timing.

18      Q   Do you recall that your team did that with

19   respect to any of the versions of Oracle Suite 11i

20   while you were the VP CRM products?

21      A   Yes.

22      Q   Do you recall that it was done with

23   respect to multiple versions of releases?

24      A   I can't recall.

25      Q   Do you recall that it was done more than

128

1   once?

2      MR. HARRISON:  Objection.  Vague.

3      THE WITNESS:  It was done more than once

4   because on one version you could have multiple patch

5   applied.  But whether we moved to the next version,

6   I can't tell for sure.  I can't recall.

7   BY MS. RADCLIFFE:

8      Q   As you indicate there's the next sentence

9   here, "Her team will test the entire suite."  Do you

10   know if your team tested both the CRP and ERM

11   applications?

12      A   No.  Just the CRM with the integration to

13   ERP, so we would not look at specific functionality

14   within an ERP product, for example.

15      Q   There's also -- the next sentence says,

16   "They have created a new program called platinum."

17   Have you ever heard of platinum?

18      A   Yes.

19      Q   Can you explain what platinum is?

20      A   That's what I mentioned.  It was -- I

21   can't explain because it's technical, but

22   Alan Fletcher was VP of operation for CRM, was

23   created an instance called platinum with the latest

24   patch.  And it's on that instant that my team will

25   log in and do the test.

129

1    Q   Do you know who Mr. Fletcher reported to?

2    A   Mark Barrenechea.

3    Q   Do you see on the next page there's a

4 section that says "We need to." And at the fourth

5 bullet point down it says, "Leverage Juliette

6 Sultan's team of 20 by providing her with demo

7 scripts and problems that are occurring with the

8 demos"?

9    A   Uh-huh.

10    Q   First of all, do you recall that you had

11 approximately 20 people who were your direct

12 reports?

13    A   That sounds about right. In the demo

14 team.

15    Q   In the demo team?

16    A   Yes.

17    Q   And do you recall that you and your demo

18 team were provided with demo scripts and problems

19 occurring with the demos?

20    A   I can't recall, but also as part of the

21 ADS system, sales consultant could log tickets when

22 they were encountering problem. Sometime it was

23 user mistake. Sometime it was setup done

24 incorrectly. Sometimes it was bugs.

25    Q   Do you see under actions under No. 1 it

130

1 indicates demo positioning and integration?

2    A   Yes.

3    Q   It says develop high level positioning

4 around demos and integration points. Lisa Arthur,

5 the same Lisa Arthur we were talking about with

6 respect to marketing?

7    A   Right. She was VP of CRM product

8 marketing.

9    Q   And it also indicates "by next week have

10 prototype" -- "by next week have prototype for the

11 integration of CRM and ERP ready to get out to the

12 field."

13      Do you know if you worked on any

14 positioning around demos and integration points with

15 Ms. Arthur in this time frame?

16    A   I can't recall, but it's most likely

17 with -- that the user of integrated flow or KBS

18 would have been shared with Lisa.

19    Q   And do you recall if there was a prototype

20 for the integration of CRM and ERP that worked on --

21    A   That I don't know what it means, what --

22 in this case prototypes means. Product position or

23 what it is. And I do not recall, but I also don't

24 understand what they mean in that sentence.

25      (Record read)

131

1      THE WITNESS: -- what they mean by the

2 word "prototype" in that sentence.

3 BY MS. RADCLIFFE:

4    Q   Under No. 2 in actions it indicates

5 implementation process communication, Barrenechea to

6 get note out to the field on the process for

7 implementation. This might be a joint

8 field/development note. And there's an indication

9 of Bill Costello and Juliette Sultan. Do you know

10 who Mr. Costello is?

11    A   I don't recall at all this name. I'm not

12 sure I understand what was that implementation

13 process communication. I was not involved with any

14 customer implementation.

15    Q   Were you involved in an R3 webcast which

16 is referenced at Point 3 there?

17    A   I can't recall.

18    Q   Were you involved, as referenced in

19 Point 4, increasing training around integration and

20 key business flows?

21    A   I can't recall, but I used to work on the

22 key business flows. So, once again, I'm sure I

23 shared them with Lisa.

24    Q   Do you know who Christine Dover is?

25    A   Name sounds familiar, but I couldn't tell

132

1 you what she was working on.

2    Q   Do you see under No. 6 it says, "Help with

3 demo scripts," and it says, "Field should get demo

4 scripts to Juliette Sultan's team, the more the

5 better. Her team will help find work-arounds or

6 customize the demos." Do you recall your team

7 finding work-arounds or customizing demos?

8    A   So what we would do with the field is as

9 they were interfacing with customers, they will come

10 with different scenarios than the one that my team

11 and I worked on. And "the more the better" most

12 likely would mean give us those scenarios that the

13 customers you met with were interested in. And we

14 will try to develop a standard demo that we'll push

15 in ADS. So customizing the demo would be this.

16      The work-around is that, you know, if

17 something was not working in those, how can we show

18 the functionality. And we did those for specific

19 customers helping the SCs, but mostly we were

20 working on standard demo that we could push in ADS.

21    Q   And with respect to the work-arounds, you

22 indicated something not working. What were you

23 referring to?

24      MR. HARRISON: Objection. Vague and

25 ambiguous.

133

1    THE WITNESS: It could be a bug. It could
2  be, but it could be anything. It's not specific
3  enough.
4  BY MS. RADCLIFFE:
5    Q   And do you recall creating work-arounds
6  for bugs?
7    A   It's kind of hard when something doesn't
8  work. I think it was more a functionality that we
9  couldn't show, but we knew where in the product how
10 to figure out a way to show it.
11   Q   And do you recall your team being tasked
12 with finding work-arounds regarding bugs?
13   A   We probably tried, but to be honest, if
14 the software is buggy, the best way is to actually
15 fix the bug.
16   Q   Were there situations that you encountered
17 while you were at Oracle where bugs needed to be
18 fixed before the demos that you and your team were
19 working on could be completed?
20   A   Yes. There were some case. Once again,
21 I'm not sure of the time frame. It actually
22 happens -- in general the way we working in ADS is
23 that we would -- with that big refresh that I
24 mentioned, we would work on a what we call a testing
25 instance of the ADS system where we put all the

134

1  software, and we developed the setups and
2  everything. And once we're satisfied with what we
3  built, both with ERP and CRM demo teams, then we
4  would refresh all the ADS systems. We talk about
5  400 instances, 40 servers, so major refresh. So
6  while we were building the demos on the testing,
7  there would be sometime bugs, and we were working
8  with development to fix the one that were necessary
9  to push into the ADS system.
10   Q   Do you recall how long it took to refresh
11 the ADS system?
12   A   It was very long. The refresh itself did
13 not take such a long time, maybe a weekend, but the
14 time between two refresh was sometime -- I mean, we
15 would not -- we would release our software, but the
16 time that the demo was available would not be there
17 right there when the software was available.
18   Q   And so the demos that sales consultants
19 were using, were those demos based on a prior
20 version of the software until the new demos could be
21 refreshed in the ADS system?
22   A   Right. So that was a source of
23 frustration for them. They couldn't show the new
24 functionality.
25   Q   And do you recall approximately how long

135

1  after release of a software that it took to create
2  the demos for the new software?
3    MR. HARRISON: Objection. Vague and
4  ambiguous.
5    THE WITNESS: I can't recall, but I recall
6  at the beginning it was a long time. And as we did
7  more release or more refresh, we were working
8  actively with the ERP team to make it less, but it
9  could -- it could have been month, months. But,
10 again, I don't recall specifically your time frame,
11 what it was.
12 BY MS. RADCLIFFE:
13   Q   Do you know who Mark Jarvis was at Oracle?
14   A   Yes. Uh-huh. He was our CMO. Actually,
15 you know what, yes, he was at that time.
16   Q   And what does CMO stand for?
17   A   Chief Marketing Officer.
18   Q   And did you work with Mr. Jarvis while you
19 were at Oracle?
20   A   I worked with mostly with Lisa, who was
21 working for Jarvis.
22   Q   If you turn to page it says 153367 at the
23 bottom. At the bottom of the page it indicates,
24 "Currently Myoracle.com site will go live on
25 December 1 for customers." Do you have any

136

1  knowledge of what Myoracle.com was?
2    A   That was not product from CRM. It was
3  from another group or -- I'm not sure it was an app.
4  But because we used it internally, I have some
5  knowledge of what it was. It is basically
6  Oracle.com personalized. Just like My Yahoo versus
7  Yahoo.com. That was the concept, but I'm not an
8  expert on this.
9    Q   And if you see on the first sentence it
10 says, "The biggest concern that Jarvis expressed was
11 the fact that we do not have any 11i customer
12 references."
13   Do you have any involvement with the
14 respect to 11i -- excuse me -- with respect to 11i
15 customer references during this November 2000 time
16 period?
17   MR. HARRISON: Objection. Vague.
18   THE WITNESS: What do you mean by
19 "experience" or "involvement"?
20 BY MS. RADCLIFFE:
21   Q   In other words, did you have any knowledge
22 that you recall in November 2000 with respect to how
23 many 11i customer references were available?
24   MR. HARRISON: Objection. Calls for
25 speculation. Lacks foundation.

137

1    THE WITNESS: I don't recall, but I know
2  that it -- in the industry, in the software
3  industry, when you release a software, your biggest
4  concern is to get reference as the software is new.
5  And usually customers have legal -- the corporate
6  policy does not always allow them to be reference.
7  It's always a major concern.
8  BY MS. RADCLIFFE:
9    Q   Do you recall specifically with respect to
10  Oracle Suite 11i whether there were -- was any
11  difficulties obtaining customer references?
12    MR. HARRISON: Objection. Lacks
13  foundation. Calls for speculation.
14    THE WITNESS: I don't recall.
15  BY MS. RADCLIFFE:
16    Q   If you turn to the next page.
17    A   68?
18    Q   Yeah, 68. Thank you. If you turn to
19  Point 21, which is kind of two-thirds of the way
20  down.
21    A   Uh-huh.
22    Q   There's a reference to CRM jump start
23  references. And it says, "Identify 30 to 50 3i
24  accounts from G8, Majors, Canada that have potential
25  to be a reference." Do you know what the reference

138

1  to jump start means?
2    A   I can't recall this program.
3    Q   Do you know what 3i accounts were at
4  Oracle?
5    A   3i was the re -- the CM release prior to
6  11i.
7    Q   Do you recall if you had any involvement
8  with respect to a marketing campaign with respect to
9  11- -- excuse me, with respect to live 11i
10  customers?
11    A   I was not in charge of marketing campaign
12  at that time. I can't recall.
13    Q   Do you recall a campaign centered around
14  that?
15    A   I can't recall.
16    Q   Towards the bottom of the page under Roman
17  Numeral 7. And this does say, "ERP & Exchange
18  Discussion & Action." And so you can let me know if
19  this is outside your area of expertise?
20    A   Totally.
21    Q   I'm just going to ask you one question, if
22  you recall any discussions regarding 11i having too
23  many patches to go live?
24    MR. HARRISON: Objection. Lacks
25  foundation. Calls for speculation.

139

1    THE WITNESS: I'm not sure what it
2  means --
3  BY MS. RADCLIFFE:
4    Q   To have --
5    A   -- to have too many patches to go live.
6    Q   Do you have recall what the term "go live"
7  meant at Oracle?
8    A   It depends of the context. It could
9  go -- it depends of the context. My perception of
10  "go live" is more when a customer implements and
11  they are in production. But I've been working with
12  many other companies, so it may not be the context
13  that is at Oracle here. I just can't recall.
14    Q   Do you recall Oracle Suite 11i having
15  patches?
16    MR. HARRISON: Objection. Vague and
17  ambiguous.
18    THE WITNESS: There's always patches in
19  software. I mean, don't you update your Microsoft
20  Office every day, or every week at least? So --
21  BY MS. RADCLIFFE:
22    Q   I'm just kind of trying to ask from a
23  broad perspective, do you recall whether it had
24  patches?
25    A   Yes, I recall because we're patching ADS

140

1  as well.
2    Q   And what's your understanding of what a
3  patch is?
4    A   Bug fixes.
5    Q   And you said, you were patching ADSs well?
6    A   "As well."
7    Q   You were patching the ADS system with the
8  Oracle Suite 11i patches?
9    A   Well, the ADS system had the 11i software
10  because that's what it's supposed to demo. So if
11  the 11i software has patches, we need to make sure
12  we add the later software in ADS.
13    Q   So you would have to update it to include
14  the patches?
15    A   That is correct.
16    Q   Do you know who did that with -- for the
17  CRM side of things?
18    A   It was always Marina Zago. She owned the
19  infrastructure, so whether it was ERP or CRM
20  patches, she would push the batches. She owned the
21  schedule --
22    Q   You can go ahead --
23    A   -- and the execution of it.
24    Q   -- put Exhibit 3 aside for a moment.
25    MR. HARRISON: Could we break briefly?

141

1      MS. RADCLIFFE:  Certainly, I'm just going
2  to have her mark that -- this one.  We'll do it on
3  the record.  Exhibit 4 for the record.
4      And we'll go off the record.
5      (Exhibit 4 marked)
6      THE VIDEOGRAPHER:  This marks the end of
7  Videotape No. 2.  We're going off the record.  The
8  time is 2:18.
9      (Off the record)
10     THE VIDEOGRAPHER:  This marks the
11 beginning of Videotape No. 3.  We're back on the
12 record at 2:26.
13 BY MS. RADCLIFFE:
14     Q   Before the break I had the court reporter
15 mark Exhibit 4, which you can go ahead and give the
16 witness.
17     And, Ms. Sultan, please take a look at
18 that document.
19     For the record, it's a multiple-page
20 document Bates No. NDCA-ORCL 617453 to 617462.
21     A   Okay.
22     Q   Did you have an opportunity to review
23 what's been marked as Exhibit 4, Ms. Sultan?
24     A   Uh-huh.
25     Q   If you turn to the third page of the

142

1  document.
2      A   -55?
3      Q   Yes, -55.  Under participants confirmed to
4  attend the November 2nd E-Business Suite Dialogs.
5  Do you see your name listed there?
6      A   I do.
7      Q   Does that refresh your recollection at all
8  whether or not you attended these dialogs?
9      A   Not at all.
10     Q   Did the agenda on the second page of the
11 documents refresh your recollection about attending
12 these dialogs?
13     A   No.  And even though it says that it was
14 confirmed, I'm not sure I attended.  But to be
15 honest, I don't recall.
16     Q   Do you see on the top of -55 it indicates
17 that there was a need for developing and launching
18 targeted sales campaigns?
19     A   Sorry.  Where is that?
20     Q   The first bullet point on the top of the
21 page.
22     A   Yes.  Targeted sales campaign?
23     Q   Yes.  And do you see if it goes on a
24 little further there, it says that it's needed to
25 put together a comprehensive campaigns around key

143

1  product areas upon the -- which the field can easily
2  execute campaign to cash sales operations?
3      Are -- we previously spoke about campaign
4  to cash sales operations.  Is that correct?
5      A   No.  I'm not sure what he mean by
6  sales -- campaign to cash was a business flow, and
7  we did marketing campaign, but I'm not sure what
8  they mean by sales campaign, and I don't understand
9  what campaign to cash sales operation would mean.
10     Q   And did you work on a marketing campaign
11 with respect to campaign to cash?
12     A   I didn't work at all on marketing
13 campaigns.  That was Lisa Arthur.  I think I
14 mentioned that before.  But I did develop the
15 business flows, me and my team, on campaign to cash,
16 what the flow would look like.
17     Q   Do you see under the second bullet point
18 under integration it says it references integrated
19 demo environments?
20     A   Uh-huh.
21     Q   Do you have a recollection at Oracle what
22 was meant by integrated demo environments?
23     A   All the products would be on the same demo
24 system so that it would be integrated like the
25 product was.

144

1      Q   And did this happen during your tenure at
2  Oracle?
3      MR. HARRISON:  Objection.  Vague.  Lacks
4  foundation.  Calls for speculation.
5      THE WITNESS:  I explained the fact that
6  when a new product would come, the refresh of ADS
7  would come later, I think.  Somewhere in the
8  document there were reference to the point that they
9  wanted to have demos at the same time the product
10 was going live.  That's exactly what was going on.
11 BY MS. RADCLIFFE:
12     Q   So I guess my question's a little
13 different.  During your tenure at Oracle do you
14 recall whether there was a point in time where all
15 the products of Oracle's Business Suite 11i were on
16 the same demo system?
17     MR. HARRISON:  Same objections.
18     THE WITNESS:  All product for Oracle on
19 the same demo system, no.
20 BY MS. RADCLIFFE:
21     Q   All products of the Suite 11i on the same
22 demo system?
23     A   I can't recall.  They were always some
24 products that were not in the same time -- timed
25 release, so -- I don't recall, but I don't believe

145

1    so.

2    Q   Do you recall whether at any point in time

3  during your tenure at Oracle whether all the

4  products for a particular version of Oracle Suite

5  11i were available to be demoed on the same system?

6    MR. HARRISON: Objection. Vague and

7  ambiguous.

8    THE WITNESS: My response would be the

9  same as before. The same version. Some products

10  would be actually coming later.

11  BY MS. RADCLIFFE:

12    Q   If you turn to 617456.

13    A   Yes.

14    Q   Under main issues, Point No. 1, it says,

15  "Demos - need to improve systems stability and

16  performance to show the entire e-business solution."

17  Did you understand that to be a problem at Oracle

18  with respect to the demos at any point during your

19  tenure there?

20    MR. HARRISON: Objection.

21    THE WITNESS: I don't understand.

22    MR. HARRISON: Lacks foundation. Go

23  ahead.

24    THE WITNESS: What they mean, and what

25  they intended to mean at that time?

146

1  BY MS. RADCLIFFE:

2    Q   Do you know what systems stability would

3  refer to?

4    A   No.

5    Q   Do you know what the entire e-business

6  solution would refer to?

7    A   No.

8    MR. HARRISON: Objection. Lacks

9  foundation.

10  BY MS. RADCLIFFE:

11    Q   And under Point No. 2 it says,

12  "Integration CRM to back office." Do you know what

13  that means?

14    MR. HARRISON: Same objection.

15    THE WITNESS: I can't be in the head of

16  the person who wrote that. I don't know.

17  BY MS. RADCLIFFE:

18    Q   Do you know what "CRM to back office"

19  refers to?

20    MR. HARRISON: Same objection.

21    THE WITNESS: No.

22  BY MS. RADCLIFFE:

23    Q   Do you know what a back office might refer

24  to at Oracle?

25    A   It could be any different things.

147

1    Q   Have you ever heard of the ERP products

2  being referred to as the back office?

3    A   It could be.

4    Q   What other things have you heard at Oracle

5  being referred to as the back office?

6    A   I can't recall.

7    Q   If you go down a third of the way down the

8  page, it says "CRM Session." And under that it says

9  "Main Issue." And it indicates no live sites.

10    Do you know or do you recall in November

11  of 2000 whether or not Oracle had any live sites

12  that could be used as customer references?

13    A   I can't recall.

14    Q   Do you recall there being an issue at all

15  while you were at Oracle with respect to whether or

16  not there were live sites available as customer

17  references?

18    A   I can't recall in that specific time

19  frame.

20    Q   Do you recall at any time while you were

21  at Oracle?

22    A   I recall that I had customer reference and

23  live sites at one point in time.

24    Q   You don't recall when that was?

25    A   No, I don't.

148

1    Q   Do you recall generally whether that was

2  in 2000?

3    A   I don't. I can't say.

4    Q   Or 2001?

5    A   I cannot say.

6    Q   Do you recall if it was prior to you

7  changing your position to the VP of industry

8  solutions?

9    A   I can't say.

10    Q   If you go a little further down that same

11  "Main Issue," it indicates that "instability of 11i

12  CRM code is putting Oracle behind Siebel even with

13  extra efforts on the part of sales." Do you

14  recall --

15    MR. HARRISON: That's not -- sorry, that's

16  just not the complete sentence, but --

17  BY MS. RADCLIFFE:

18    Q   I can complete the sentence. It says,

19  "The instability 11i CRM code is putting Oracle

20  behind Siebel even with extra efforts on the part of

21  sales, OCS, cus-" -- "OCS, support united in the

22  sales and implementation efforts."

23    MR. HARRISON: Thank you.

24  BY MS. RADCLIFFE:

25    Q   Do you recall any discussions while you

149

1    were at Oracle regarding the instability of 11i CRM
2    code?
3        A  I can't recall.
4        Q  Do you recall hearing it at any point
5    while you were at Oracle of -- regarding the
6    instability of 11i CRM code?
7        A  I recall sales consultant and sales
8    complaining about the demo system and their
9    inability to demo the product fully.  And once
10    again, the issues were around training the demo
11    system, the timing of the availability of the demos.
12    This is just the interpretation of whomever wrote of
13    this what was the cause of their inability to show
14    the product in the marketplace.
15        Q  Were bugs ever a problem with the ability
16    to show the product in the marketplace?
17        A  There were bugs just like in any software.
18        Q  Turn to the next page.  On the fifth
19    bullet point down, the second to the last one there
20    on the top of the page.  It says, "Implement regular
21    updates with development on gaps we find in CRM apps
22    and to get dates when they'll be added.  Used to do
23    this with Juliette."  Did you have any involvement
24    with respect to gaps in CRM applications?
25        MR. HARRISON:  Objection.  Vague.

150

1        THE WITNESS:  I can't recall.
2    BY MS. RADCLIFFE:
3        Q  Do you recall providing regular updates
4    with development on gaps in the CRM applications?
5        A  I don't even know if this -- who that
6    would be.  I'm not exactly sure.  I was not in
7    charge of product management, so I can't really
8    understand what this is referring to in terms of
9    updates.
10        Q  Do you see in the second bullet point it
11    says "need sufficient ADS personnel to cover and
12    support CRM issues and questions"?
13        A  Uh-huh.
14        Q  Did you understand there to be specific
15    ADS personnel while you were at Oracle?
16        A  Yeah.  This -- what I recall is I had the
17    demo team, but ADS had a support team.  So sales
18    consultant were able to log tickets in ADS for
19    support while they were developing demos.  And we
20    had reporting directly to -- into the -- Marina
21    Zago's team, so probably to someone else than
22    Marina, but in that team we had dedicated folks that
23    were doing the support.  When we started, there were
24    nobody supporting the CRM application.  And after a
25    while we -- I think had two people in that team that

151

1    was reporting to Marina, but dedicated to CRM.
2        Q  Do you recall who those people were?
3        A  No.
4        Q  And if you see at the top of the page, the
5    first bullet point, it says, "Integration to back
6    office apps critical."  Do you know what the
7    reference to back office apps means?
8        MR. HARRISON:  Lacks foundation.  Calls
9    for speculation.
10        THE WITNESS:  I don't know what they
11    meant, but --
12    BY MS. RADCLIFFE:
13        Q  Do you know in general what back office --
14        A  It could have been ERP apps in this case.
15    It talks about apps, so I'm not sure which ERP.
16        Q  Was there more than one ERP or --
17        A  Application?
18        Q  Yes.
19        A  Of course.
20        Q  If you see -- if you could turn to 617458.
21        And on the top of that page, it says,
22    "Joint Development - CRM/ERP, Demo Issues."  Were
23    you aware during your tenure at Oracle of an
24    inability to show an integrated demo?
25        A  I think we just talked about that before,

152

1    so it's the same.
2        Q  The same, you can't recall?
3        A  I can't recall.  And because of the way we
4    were working ADS, it was hard at certain time to
5    have to be able to show all the products that was
6    live because the ADS was not updated until later
7    time.
8        Q  And there were other reasons I think we
9    talked about?
10        A  Actually, it's your first bullet point
11    here, "Demos should be released prior or same time
12    as the product."
13        Q  And do you see under the third bullet
14    point it says, "The primary problems fall into three
15    categories?  And it says the stability of 11i in
16    performance OM, CRM, and the length of time to get
17    solid demos for the complete e-business suite"?
18        A  Yeah.
19        Q  And the second one is product integration
20    and stability.  And the third is deviation from the
21    ADS scripts?
22        A  What I see here is people were looking at
23    the demo system that we had and seeing its
24    shortfall, but had nothing to do with the products.
25        Q  Your interpretation is that it didn't have

153

1   anything to do with the products?

2       A  My interpretation is they need to -- that

3   I read, they need to get solid demos, and that

4   confirms what I've been saying since this morning is

5   our demo -- our ability to demo was not optimized in

6   order to show the full product into an instance

7   right when the product was going live.

8       Q  And how does that relate to product

9   integration and stability under No. 2?

10          MR. HARRISON:  Objection.  Lacks

11   foundation and calls for speculation.

12          THE WITNESS:  In the case where you don't

13   have all the products installed in ADS, it can't

14   really show the integration with a product that is

15   missing on the implementation.

16   BY MS. RADCLIFFE:

17       Q  And do you recall whether there were any

18   instances where products were installed in ADS, but

19   there still was an inability to show integration

20   among those products?

21       A  I can't recall integration specifically,

22   but I do recall there were some bugs.  We were

23   working on solving the bugs.

24       Q  And is it possible?

25       A  And they were setup and configuration

154

1   issues, and we were solving those configuration

2   issues.

3       Q  And is it possible that some of those bugs

4   related to integration?

5          MR. HARRISON:  Objection.  Calls for

6   speculation and lacks foundation.

7          THE WITNESS:  It could have been, but

8   usually your code stop in one module and start in

9   other modules, so it's always a bug related to a

10   module.

11   BY MS. RADCLIFFE:

12       Q  Under the next section which is "11i

13   Product Issues," under No. 1 it says, "Product

14   quality in 11i, both for CRM and ERP, is causing

15   problems with customers trying to implement."  Were

16   you aware of product quality issues with respect to

17   11i which were causing problems with customers

18   trying to implement the product?

19       A  There were bugs, and the development team

20   was issuing the patches that you -- we mentioned

21   before.

22       Q  And did you have discussions with anyone

23   at Oracle regarding product quality issues with

24   respect to Oracle Suite 11i?

25       A  I heard about it, but development was

155

1   really in charge of fixing the bugs and product

2   quality.

3       Q  And who was in charge of fixing the bugs?

4       A  Each development team depending on what

5   module was the bug.

6       Q  And did you hear about these bugs during

7   the time frame we were talking about, the 2000/2001

8   time frame?

9       A  In software you hear about bugs pretty

10   much -- if you're in development, pretty much every

11   day.

12       Q  If you turn to the next page.

13       A  -59?

14       Q  Yes, -59.  Under training.

15       A  Uh-huh.

16       Q  There's a reference to a training summit

17   held on 10/25.  Do you know anything about that

18   training summit?

19       A  (No audible response).

20       Q  Is that a no?

21       A  It's a no.  Sorry.

22       Q  That's okay.  We just need it for the

23   record.

24          You can go ahead and put that document

25   aside.  Thank you.

156

1          We'll mark Exhibit 5 in order.

2          (Exhibit 5 marked)

3   BY MS. RADCLIFFE:

4       Q  You can go ahead and take a look at what's

5   been marked as Exhibit 5, please.

6          For the record, this is a multiple-page

7   document, Bates No. NDCA-ORCL 275842 to 275866.  Did

8   you have an opportunity to review the document?

9       A  Yes, to the exception of the last few

10   pages.  They are not readability.  From -61 to -64.

11       Q  You weren't -- you were unable to read the

12   charts?

13       A  No.

14       Q  I'll just represent for the record that

15   it's how the charts were produced to Plaintiffs by

16   Defendant.

17          Does this document at all refresh your

18   recollection of what a baseline requirements

19   document was?

20       A  I see what it is.  I don't recall this

21   document.

22       Q  If you turn to the second page of the

23   exhibit, 275843, do you see where it indicates under

24   "reviewers" "Juliette Sultan," and it indicates

25   under "provers" "J. Sultan"?

157

1    A   Yeah, but without the dates, it means that
2   I didn't review these document.
3    Q   Does that mean that you didn't indicate
4   that you reviewed the document or does that indicate
5   that you did not review the document?
6    A   Those were the people wanted to review and
7   approve -- in our standard documentation Oracle when
8   we printed the names, is that the people that needed
9   to review, approve, or contribute or whatever to the
10  document to say that they've done so, there would
11  have been a date in the review date and the approved
12  date column.
13   Q   How -- I guess my question is would there
14  be instances where you may have reviewed a document
15  but not indicated that you reviewed on the reviewer
16  page with respect to a baseline requirements
17  document?
18   A   I shouldn't have done so.  I should have
19  put the date.
20   Q   Do you agree that there is a document here
21  called a baseline requirements document?
22   A   Yeah, this is the document.
23   Q   Do you see how under contributors that the
24  document is also blank?
25   A   That's correct.

158

1    Q   Other words, there's no names as to
2   anybody who might have created or --
3    A   (No audible response).
4    Q   Is that correct?
5   If you turn to page NDCA-ORCL 275648.
6   Halfway down the page it says "11iR3 Milestones."
7    A   Yes.
8    Q   Did you understand while you were at
9   Oracle that there were milestones created for the
10  release of different versions of Oracle Suite 11i
11  product?
12   A   Uh-huh.
13   MR. HARRISON:  Audible.
14   THE WITNESS:  Yes, yes.
15  BY MS. RADCLIFFE:
16   Q   Thank you.  And do you recall with respect
17  to 11i Version 3 whether or not your memory of what
18  those milestones would be is consistent with this
19  document?
20   A   Oh, I can't recall that.
21   Q   Do you recall whether or not the order of
22  the milestones listed in this document is similar to
23  the order that you recall with respect to milestones
24  for Oracle's release of Version 3?
25   MR. HARRISON:  Objection.  Lacks

159

1   foundation.  Calls for speculation.
2   THE WITNESS:  It seems logical, but I
3   can't say that it was always in that.  Especially
4   around the Denali foundation.  The install base was
5   probably something specific, but the code complete
6   the -- the code complete, SRD publication, PKM
7   hand-off, 11i or whatever, software shipping, that
8   sounds like a very logical sequence of milestone.
9    Q   Do you know what the PKM hand-off refers
10  to?
11   A   PKM, it's when the code gets out of the
12  hands of development and goes into operations so
13  they can package.  So the PKM is
14  packaging/manufacturing.  So they create the
15  wrapping, install, and everything.
16   Q   Do you see in the beginning these
17  milestones it references KBFs completed?  I think
18  what you mentioned earlier, that a KBS is a key
19  business flow?
20   A   Right.  Right.
21   Q   Were you involved in that process in
22  creating the key business flows?
23   A   So at one point, which I can't recall, we
24  started making the KBF mandatory in the SRDs.
25   MR. HARRISON:  Mandatory?

160

1   THE WITNESS:  Mandatory.
2   THE WITNESS:  So at this point the product
3   management team started developing their own KBFs.
4   BY MS. RADCLIFFE:
5    Q   Do you recall which version that may have
6   started with?
7    A   I can't recall that.
8    Q   And do you recall approximately when that
9   may have occurred?
10   A   Definitely not 11i1 because that's when me
11  and my team created the KBF.  I can't recall whether
12  it started with 11i2.  It's from that document,
13  which I don't have any recollection I can guarantee.
14  It seems like the KBF were done by the teams with
15  11iR3, but I can't guarantee.
16   Q   You indicated that your team created the
17  key business flows for 11i1?
18   A   Was the first time we were creating KBFs.
19   Q   And --
20   A   So we give them to the team.
21   Q   I'm sorry.
22   MR. HARRISON:  Just wait till she finishes
23  so we don't --
24  BY MS. RADCLIFFE:
25   Q   You indicated your team created key

161

1  business flows for 11i One. And once your team
2  created those key business flows, were those used
3  for anything other than the demos that you mentioned
4  earlier?
5      A  Yeah. They were used also to define the
6  functionality we wanted to build in the future
7  release.
8      Q  And how did your team go about defining or
9  identifying the key business flows that they sought
10  to identify for future releases?
11      A  The same way. You mean my team?
12      Q  Yes.
13      A  Or the project management?
14      Based on experience, talking to
15  salespeople within Oracle that were using sales
16  force automation product, marketing people within
17  Oracle using marketing automation product.
18      Q  And --
19      A  And so forth.
20      Q  I'm sorry. And was that information
21  rolled up into a single document?
22      A  It was -- when we did that it was probably
23  this type of -- but on Power Point.
24      Q  When you say "this type" --
25      A  This type of diagrams.

162

1      Q  Which page you are referring to?
2      A  64, the page that I couldn't read, they
3  all show key business flow diagrams, but I can't
4  read the specific. So we created -- my team created
5  some key business flows. But I think we used Power
6  Point versus a Visio. It's a software.
7      Q  Can you spell that for her?
8      A  V-i-s-i-o. It's a Microsoft software to
9  do diagrams. It's actually what was used to do
10  those. But as you can see, they're not readable, so
11  we switched to Power Point.
12      Q  And did you -- product management also
13  have a role in identifying the key business flows?
14      A  Yes.
15      Q  And did your team have interaction with
16  the product management team in identifying key
17  business roles?
18      A  Can't recall. It was very fluid
19  organization, so -- because my team started with a
20  KBF, I'm sure some product managers came for --
21  advised on how to go about defining those.
22      Q  Do you know what product management's role
23  was in identifying the key business flows?
24      A  Well, as I said, at one point they had to
25  define the key business flows for the new release of

163

1  the product and put them in the SRDs.
2      We changed the way we define user
3  requirement by putting clearly the integrated
4  business flows in those with 11i so that we could
5  support the integration.
6      Q  And did that happen with the first release
7  of Oracle Suite 11i?
8      MR. HARRISON: Objection. Vague.
9      THE WITNESS: 11i One, as I mentioned, my
10  team had KBFs defined. And after that each product
11  management team started working independently on
12  those KBFs. But I'm not sure when they started with
13  what release.
14  BY MS. RADCLIFFE:
15      Q  If you turn to a page 275656. At the very
16  top of the page -- it's actually the second item on
17  the page. It says, "All CRM modules, whether they
18  are forms based, HTML based, or others would need to
19  have automated regression tests." Do you know what
20  an automated regression test is?
21      A  Yes. It is -- there is a company called
22  Mercury Interactive that creates tools to test
23  software. And the regression test is that you do
24  the same test over and over from one release to
25  another one or something like that. This was

164

1  technical and you needed technical testing team to
2  do those as you need to develop the regression test
3  and you need to code that test using the Mercury
4  Interactive tool.
5      Q  If you turn to the very last page of this
6  document, 275666.
7      A  Yes.
8      Q  And it says -- it says, "Attach the first
9  version is the 11iR3 BRD based on our offsite. A
10  lot of TBDs, to start with please review for
11  completeness and accuracy of items and owners, then
12  we will start to gather description of sections as
13  we have done for BRD11ir2." And then it indicates
14  Juliette Sultan.
15      Does that in any way refresh your
16  recollection as to your involvement with respect to
17  this document?
18      A  No. It sounds like I was coordinating,
19  putting it together. It sounds like or looks like,
20  but this is what I read. I can't recall.
21      Q  Do you have any reason to believe that you
22  didn't send this document to individuals to review?
23      A  No, there's no reason. I just can't
24  recall it.
25      Q  Do you rather -- I'm sorry, do you know if

165

1     there was a BRD, or baseline requirements document,

2     for 11ir2?

3         A   I can't recall.

4         Q   Do you have any reason to believe the

5     indication here which is attributed to you is

6     incorrect?

7         A   No.

8         Q   And do you know what 11ir2 within Oracle

9     Suite 11i would refer to?

10        A   That was the Version 2 of 11i.

11        Q   Thank you.  You can go ahead and put that

12    document aside.

13            Have you ever heard of a release of

14    Oracle's Suite 11i version referred to as Nicholas?

15        A   I think Nicholas was the name of Alan

16    Fletcher's, so it was probably a code name, but I

17    can't remember the number.  And I don't know whether

18    it was a release, actually.  I remember that Alan

19    used his son's name for a project, let's put it this

20    way.  I can't recall what it was.

21        (Exhibit 6 marked)

22    BY MS. RADCLIFFE:

23        Q   Okay.  I'm going to show you the next

24    exhibit in order, and it might help refresh your

25    memory.  It's Exhibit 6.  Can you go ahead and take

166

1     a look at that.  And for the record this is a

2     multiple page document, Bates No. NDCA-ORCL 276443

3     to 276465.

4         A   Yeah.

5         Q   And you had an opportunity to review this

6     exhibit, Ms. Sultan?

7         A   Yes.

8         Q   Does it refresh your recollection of what

9     Nicholas might refer to?

10        A   Not really, but it's the -- this document

11    is about CRM release Version 4.  He just put a code

12    name, Nicholas, I assume.

13        Q   If you turn to the second page of the

14    document, do you see under the change of record it

15    lists -- under author it lists your name as well as

16    the CRM product strategy?

17        A   Uh-huh.

18        Q   Do you know what CRM product strategy

19    references?

20        A   Probably my team.  Various members of my

21    team.

22        Q   Do you see under that -- under that same

23    box there's -- the final column says "change

24    reference," and --

25        A   Sorry, "change reference"?

167

1         Q   Very top.

2         A   Under "change record"?

3         Q   It actually says "change reference" at the

4     very top.

5         A   Oh, "change reference."  There we go.

6         Q   Sorry about that.

7             On the fifth entry, so the fifth row down.

8         A   Yep.

9         Q   It says "altered features to coincide with

10    Nicholas versus Hornet release"?

11        A   Yeah.

12        Q   Do you know what the hornet release was?

13        A   Another nickname, but, no, I can't

14    remember.

15        Q   Do you see under the December 18th, 2000,

16    date it indicates Juliette Sultan and under the

17    change reference --

18        A   Uh-huh.

19        Q   -- it says, "Update from various BPs based

20    on 11ir4 release plan"?

21        A   Uh-huh.

22        Q   Did you have any responsibilities with

23    respect to the release plan of Oracle software?

24        A   No.  No.  I was just updating the document

25    based on what the other VPs told me.  They had the

168

1     responsibility with Alan Fletcher for the release

2     plan.

3         Q   And so your involvement was merely just

4     reflecting that input?

5         A   Consolidating.  From what it

6     says -- again, I do not recall doing this, but what

7     it says and sounds reasonable to say that I've done

8     that was to meet with the VPs and get an update from

9     them in order to update the document.

10        (Off the record)

11    BY MS. RADCLIFFE:

12        Q   Under "contributors" there's a list of

13    names there.  Do you know if any of those

14    individuals reported to you?

15        A   No.  Well, some of them.  Lawrence Lindsay

16    was in product development.  Karen Walluk was in

17    product management.  George McCann, I cannot recall

18    this person.  Amit I can't recall in which team he

19    was.  Gopi Tummala was in Alan Fletcher's team.

20    Adam Naser was in my team.

21        Q   And then there's an indication on under

22    reviewers of your name and review date of

23    December 20th, 2000.

24        A   Uh-huh.

25        Q   From your experience --

169

1    A  That means I reviewed it on that date.

2    Q  Okay.

3    A  Yeah.

4    Q  Do you see under approvers you are also

5  listed as an approver?

6    A  Yeah.

7    Q  Do you know in order for a document

8  similar to this to be approved at Oracle needed to

9  be approved by each of the individuals listed to be

10  approved, or just by one of them --

11    MR. HARRISON: Objection.

12  BY MS. RADCLIFFE:

13    Q  -- in your practice?

14    MR. HARRISON: Objection. Lacks

15  foundation.  Calls for speculation.

16    THE WITNESS:  There was no written

17  practice on this.

18  BY MS. RADCLIFFE:

19    Q  If you could turn to 276447.

20    A  Yes.

21    Q  It indicates that there was a CRM Nicholas

22  Release Plan 12/20/2000 presentation.  Do you recall

23  that presentation?

24    A  No.

25    Q  Is that a no?

170

1    A  No, it's a no, sorry.  I keep on nodding.

2    Q  That's okay.  If you turn to 276448.

3    A  Yeah.

4    Q  There's an indication of 11iR4

5  Milestones --

6    A  Uh-huh.

7    Q  -- back slash schedule?

8    A  Uh-huh.

9    Q  There's a reference there to minipacks

10  released.  Do you know what a minipack is?

11    A  It's one of Alan Fletcher terms, but -- I

12  could make a guess, but I don't think that would be

13  appropriate.

14    Q  We just need your best recollection, so if

15  you don't remember, that's fine.

16    A  It's patches that I think they are somehow

17  packages in different way than some others.  I would

18  not know the difference.

19    Q  If you turn to page 276460, this page

20  discusses key --

21    There's some various levels --

22    A  Uh-huh.

23    Q  -- assigned to the key business.  Is that

24  your recollection that key business flow structures

25  were assigned different levels?

171

1    A  Yeah.

2    Q  Could you explain what the various levels

3  are?

4    A  Level Zero would be campaign to cash,

5  which is a campaign lead, opportunity.  So there

6  were boxes.  And when we go down, we would say,

7  okay, let's take the campaign to lead, for example,

8  and let's go all the different variation.  That's

9  what you see in -- under 6.3.

10    Q  Okay.

11    A  And then -- so let's see, Level Zero,

12  campaign to -- so cam-- let's look at 6.3.

13  Campaign to cash was the Level Zero.  Campaign to

14  lead was the Level 1.  And then campaign to lead,

15  campaign to create and execute web campaign, create

16  an e-mail campaign, and all that list would be a

17  Level 2.

18    Q  And were there any other levels that

19  weren't documented there?

20    A  No.  Once we were at Level 2, we were able

21  to do the flow chart because it was specific enough.

22  Created the business scenario, you know, and all the

23  derivative documents.

24    Q  And I just want to clear up for the

25  record.  You were saying create and execute web

172

1  campaign as reflected in this document?

2    A  Yeah, that's -- that is a Level 2 flow.

3    Q  Okay.

4    A  Is the name a flow.

5    Q  And do you see in this document right

6  under 6.2?

7    A  Uh-huh.

8    Q  It states what the purpose of the key

9  business flow is.

10    A  Uh-huh.

11    Q  Is that your general recollection of what

12  the purpose of the key business flows were?

13    MR. HARRISON: Objection. Lacks

14  foundation.

15    THE WITNESS:  It was an overview of, you

16  know, how we were using the key business flows.  I

17  don't think that's comprehensive or --

18  BY MS. RADCLIFFE:

19    Q  What -- based on your experience, what

20  other purposes related -- I'm sorry.  Let me strike

21  that.

22    What do you think is missing with respect

23  to the purposes of the key business flows?

24    A  Literally talks about a marketing message

25  which was -- which was leveraging the key business

173

1  flows as well.  I think in one point we did
2  implementation processes using key business flows,
3  but I'm not sure when.
4      Q   Do you recall what the marketing messages
5  surrounding key business flows were?
6      MR. HARRISON:  Objection.  Vague and
7  ambiguous.
8      THE WITNESS:  No.
9  BY MS. RADCLIFFE:
10      Q   Do you recall what the implementation
11  process with respect to key business flow was?
12      A   No.  I just know that people from
13  consulting would ask me for the key business flows.
14  And it stated their intent, but I never follow up on
15  whether it was actually done or what was exactly
16  happening.
17      Q   And would you speak to the consulting
18  staff directly or is -- would that be someone in
19  your group?
20      MR. HARRISON:  Objection.  Vague.
21      THE WITNESS:  Oh, I can't recall.
22  BY MS. RADCLIFFE:
23      Q   But do you recall having specific
24  conversations regarding the key business flows with
25  the consulting staff?

174

1      A   I recall that there were requests from
2  the -- it could have gone from somebody else from
3  CRM who would then asked me.  And so we basically
4  ended up publishing those key business flows, and
5  anyone at Oracle could use them for any purpose.
6      Q   When you say "publish," where were they
7  published?
8      A   So they were mostly on the ADS site when
9  they were -- when the demo was actually done or --
10  when we say publish, so anybody was able to
11  e-mail them.  There was really no place to post them
12  to my recollection.
13      Q   So --
14      A   But when we say that we could publish SRDs
15  or business flow, it means they are done, and anyone
16  within Oracle can have access to them.  So whomever
17  they were asking within the CRM that had access to
18  it, could actually send it to that person.
19      Q   You mentioned that the key business flows,
20  it would be available on the ADS site.  Was there an
21  internal ADS site?
22      A   ADS site was internal.  That's the demo
23  system.  It was internal.  Customers could not
24  access it.
25      Q   And would the key business flows be

175

1  available on the ADS site?
2      A   Only if they were implemented as a demo.
3      Q   And besides a demo scripts that we talked
4  about earlier, were there ever -- were there other
5  information given to the sales consultants to assist
6  them with their presentations to customers that your
7  group was involved with?
8      MR. HARRISON:  Objection.  Vague.
9      THE WITNESS:  What do you mean?
10  BY MS. RADCLIFFE:
11      Q   In other words, you mentioned the demo
12  scripts.  Were there other documents or guidelines
13  that your group created for use by the sales
14  consultants in helping them demo the product?
15      A   Maybe those flow charts that we talked
16  about.  So that when they were doing a demo, they
17  could go on the Power Point and say, now, I'm going
18  to talk about this sub level, and then they will go
19  and demo the software.  And they say, okay, we've
20  seen that.  So let me move to the next step.  And
21  we're walking the customer towards sometime a
22  complex integrated flow.  So they would go back to
23  the Power Point to explain where they were in that
24  business flow.  It was just an aids to make sure the
25  customer could follow something that could last for

176

1  30 minutes demo.
2      Q   If you turn to the last page of this
3  document, 278465.
4      A   Uh-huh.
5      Q   It indicates "resend final," period.
6  "Alan, haven't heard from you on change of schedule
7  based on latest CRMC decision, please" --
8      A   "Last."
9      Q   Thank you.  -- "based on last CRMC
10  decision," and then it says "PLS," which I assume
11  means please update.
12      A   Please update.
13      Q   And then do you see there's an indication
14  that the e-mail came from you?
15      MR. HARRISON:  Well --
16      THE WITNESS:  Well, it has my signature,
17  but there's no time stamp or like saying from, you
18  know, as the e-mail showed, so I'll have to, you
19  know, trust the document.
20  BY MS. RADCLIFFE:
21      Q   And do you -- do you have any reason
22  to -- if I indicate to you that this document was
23  produced by Oracle, do you have any reason to
24  believe that the information in this page is
25  incorrect?

177

1    A  I have no reason to believe so.
2    Q  Do you have any reason to believe that the
3    information in the entire exhibit we've been looking
4    at is incorrect?
5    A  Oh, no.
6        MR. HARRISON:  Object.
7    BY MS. RADCLIFFE:
8    Q  Do you know what CRMC might refer to you
9    at Oracle?
10   A  Uh-huh.
11   Q  What's that?
12   A  It was the name of the staff.  CRM
13   committee was the name of Mark Barrenechea's staff
14   meeting.
15   Q  And did that committee involve all of his
16   direct reports?
17   A  Uh-huh.  Yes.
18   Q  And this is -- thank you.
19       Is this the committee that met
20   approximately once a week that we talked about
21   before?
22   A  Approximately, yep.
23   Q  And is key business flows one of the items
24   that would have been discussed at the meeting?
25       MR. HARRISON:  Objection.  Lacks

178

1    foundation.  Calls for speculation and vague as to
2    time.
3        THE WITNESS:  I can't recall we were
4    talking about anything that related to CRM product
5    at that time.
6    BY MS. RADCLIFFE:
7    Q  So the meetings generally discussed
8    anything related to CRM applications at the time?
9    A  But mostly development.
10   Q  I'm sorry.  Mostly what?
11   A  Mostly development.
12   Q  Development?
13   A  Topics.
14   Q  Actually, if you point yourself to the
15   second page of the document, which is 444.
16   A  Uh-huh.
17   Q  If you see under approvers, there's a
18   Mark Barrenechea or M. Barrenechea, and then there's
19   a list of other individuals.
20   A  Uh-huh.
21   Q  Did you understand those individuals
22   listed there to be the direct reports to Mark
23   Barrenechea?
24   A  That's correct.
25   Q  Thank you.  You can go ahead and put that

179

1    document aside.  Thank you.
2        Do you know who Terry Nelson was?
3    A  (No audible response).
4    Q  Have you ever heard of the term --
5    A  No.
6    Q  Have you ever heard the term at Oracle
7    "yellowbook user review"?
8    A  There were a couple of colored book,
9    yellow -- yellow book?  No, I can't recall.
10   Q  Were there other color books that you
11   recall?
12   A  There was a bluebook I remember.  But I
13   can't recall whether yellowbook was in the same
14   family.
15   Q  Do you recall what the bluebook was?
16   A  Those were financial, quarterly, financial,
17   reports either by product or geography or something
18   like that.
19       (Exhibit 7 marked)
20   BY MS. RADCLIFFE:
21   Q  I'll mark next in order, which I believe
22   is Exhibit 7, and maybe this will refresh your
23   recollection.
24       Does this document in any way refresh your
25   recollection of what a yellowbook user review might

180

1    be?
2    A  I still don't remember.  I remember
3    receiving, as I mentioned, two -- what was called
4    color book.  I can't remember.  It was blue
5    and -- they were financial, but I still don't know
6    whether yellowbook was.
7    Q  And with respect to the bluebook, how
8    often did you receive the financials?
9    A  I can't recall, but I think they were
10   quarterly.
11   Q  And your specific duties and
12   responsibilities, did you have any responsibilities
13   with respect to Oracle's financials?
14   A  Not at all.
15       MR. HARRISON:  Objection.  Vague.
16       (Exhibit 8 marked)
17   BY MS. RADCLIFFE:
18   Q  You can go ahead and put that aside.
19   Thanks.
20       Mark this Exhibit 8.
21       Go ahead and review that document, please,
22   Ms. Sultan.
23       And for the record, it's a multiple-page
24   document, Bates No. NDCA-ORCL 197290 to 197295.
25   A  Okay.

181

1    Q   Thank you.  Do you recognize portions of
2  this document, Ms. Sultan?
3    A   Not at all.
4    Q   Do you see on the first page towards the
5  second half it says, "Subject:  Next milestone," and
6  it says from Mark Barrenechea, and then there's a
7  list of two people.  And do you see your name
8  referenced?
9    A   Uh-huh.
10    MR. HARRISON:  Yes or no.?
11    THE WITNESS:  Yes.
12  BY MS. RADCLIFFE:
13    Q   Do you have any reason to believe that you
14  did not receive that portion of the document that is
15  referenced to you?
16    A   No, I'm sure I received it if my name is
17  on it, but I can't recall still.
18    Q   Do you see when Mark Barrenechea
19  indicates, "It's clear we're not going to be in good
20  shape this Friday for install implementations and
21  setups"?  Do you know what he was referring to?
22    A   Not at all.  I don't recall not getting my
23  bonuses, though.
24    Q   You don't recall not receiving your bonus?
25  So you recall receiving your bonus?

182

1    A   I don't recall having a major setback with
2  my bonus payment.
3    Q   Something you're likely to remember, yes.
4    A   I do remember those things when it
5  happened.
6    Q   Under the second paragraph in that same
7  portion from Mr. Barrenechea it says, "So, the next
8  goal, end of July User Guides, all products."  Are
9  these the user guides -- these aren't the sales
10  guides; these are different.  Is that correct?
11    A   No.  This is very technical.  They're
12  talking about install implementation user guide, so
13  it's technical documentation documents.
14    Q   And that was something that was outside
15  your responsibilities?
16    A   Yeah.  I mean, those e-mails when you have
17  each of the names of the folks in -- I think, it's
18  because he was using a distribution list for his
19  directs.  So that's probably why I'm on the e-mail.
20  But none of those things would have been at all in
21  my responsibility.
22    Q   If you turn to page 197293.
23    A   Yes.
24    Q   And you see there's a reference to the CRM
25  Multi-org Architecture Team?

183

1    A   Uh-huh.
2    Q   And do you see there's an indication under
3  product strategy, Juliette Sultan?
4    A   Uh-huh.
5    Q   Do you recall being a member of this team?
6    A   No, not at all.  I remember the multi-org
7  work that was being done.  It was so technical that
8  I don't recall anything.
9    Q   Do you recall being consulted with respect
10  to it?
11    A   I remember few meetings, but the topic
12  was -- is so technical that it ended up being in the
13  hands of development.
14    Q   And do you recall what the subject matters
15  were, generally?
16    A   The multi-org -- I'm trying to recall what
17  it was, but it was an architecture things that we
18  wanted to modify.
19    Q   When you say "modify," do you mean modify
20  the CRM applications --
21    A   Well, I can't recall, but my feeling was
22  something that when we develop the ERP application,
23  it was providing some kind of architecture, and the
24  CRM, the users requirement required some multi-org
25  rearchitecture.  So that's what was -- this was

184

1  about.  I can't remember exactly what was he doing
2  in the software.
3    Q   Do you recall if that was with respect to
4  the initial release of Oracle Suite 11i or a
5  subsequent release?
6    A   I can't recall.
7    Q   If you turn to the next page, do you see
8  under strategy, which is listed as the first item,
9  it says, "Key aspects covered are:  Identifies what
10  areas of the multi-org solution are mandatory for
11  all products to follow in areas that are optional
12  based on product requirements."  Do you recall being
13  involved in that?
14    A   No.
15    Q   Do you see under the second part it says,
16  "Implementation of the strategy is divided into two
17  phases.  Phase 1 will focus on show stoppers and
18  needs to be done in the R2+ time frame"?
19    A   Uh-huh.
20    Q   Do you know what a show stopper is?
21    A   I don't know what it is in this context.
22  In general we use the term show stoppers meaning
23  customer would not be able to use fully the software
24  if a requirement was not there.
25    Q   And in your experience at Oracle did any

185

1    customers encounter show stoppers that you are aware
2    of?
3        A  Yeah.  I mean, if they wanted
4    functionality that was not in the software, it could
5    have prevented them from buying the software.
6        Q  And do you recall any particular customers
7    with respect to this?
8        MR. HARRISON:  Objection.  Vague.
9        THE WITNESS:  No, I can't.
10   BY MS. RADCLIFFE:
11       Q  Do you see it references the R2+ time
12   frame?  Do you know what that references?
13       MR. HARRISON:  Objection.  Lacks
14   foundation.
15       THE WITNESS:  No.
16   BY MS. RADCLIFFE:
17       Q  Do you see Item No. 3, it says, "All
18   cross-product issues are tracked and resolved"?  Do
19   you know whether or not cross-product issues between
20   CRM and ERP were tracked?
21       MR. HARRISON:  Objection.  Vague.  Lacks
22   foundation.
23       THE WITNESS:  I do not know, but it
24   doesn't say that it is cross-product issues between
25   ERP and CRM.  It could have been between CRM

186

1    products.  It could be anything.
2    BY MS. RADCLIFFE:
3        Q  And do you know if there was a tracking
4    system with respect to cross-product issues?
5        A  I don't know.
6        (Exhibit 9 marked)
7    BY MS. RADCLIFFE:
8        Q  You can go ahead and put that document
9    aside.  Thank you.
10       Mark this next in order, which I believe
11   is Exhibit 9.
12       A  Thank you.
13       Q  Take the opportunity to review this
14   document, please.
15       MR. HARRISON:  When you're at a good
16   stopping point, we should take a break at some
17   point.  Not right now, but whenever.  We've been
18   going for an hour and 20, I think.
19       MS. RADCLIFFE:  Sure.
20       THE WITNESS:  Yep.
21   BY MS. RADCLIFFE:
22       Q  Do you know who John Holte is?
23       A  John Holte used to work for Alan Fletcher
24   in CRM operations.
25       Q  Do you know what his position was?

187

1        A  I can't recall, but I know that he was my
2    technical team for the demo system.
3        Q  When you say your technical team for the
4    demo system, do you mean that he's the person that
5    you would contact regarding technical issues?
6        A  At the beginning, yes.  And after a while
7    we would go directly to Marina Zago when we were in
8    ADS.
9        Q  If you turn to page 618769, there's an
10   e-mail that starts with subject CRMDMxx environment?
11       A  Uh-huh.
12       Q  From John -- "Holte"?
13       A  "Holte."
14       Q  "Holte," thank you.  -- to several
15   individuals.  And there's an indication towards the
16   bottom of the page that the e-mail went to you?
17       A  Uh-huh.
18       Q  Do you have any reason to believe that you
19   did not receive a copy of the e-mail where you're
20   referenced as a recipient?
21       A  No.
22       Q  Do you have any reason to believe that the
23   information in that e-mail is inaccurate?
24       MR. HARRISON:  Objection.  Lacks
25   foundation.

188

1        THE WITNESS:  It's very technical, so I
2    can't --
3    BY MS. RADCLIFFE:
4        Q  Let me phrase it this way:  Do you have
5    any reason to believe that you did not receive a
6    copy of the information that is set forth in this
7    e-mail?
8        A  What do you mean a copy of the
9    information?
10       Q  Just because the e-mail --
11       A  You mean the e-mail?
12       Q  Yes, the e-mail itself.
13       A  I said, yes, there's no reason to believe
14   that I did not receive the e-mail.
15       Q  Were you aware that there was a CRM
16   section of a website, a vision website, when you
17   were at Oracle?
18       A  What do you mean?
19       Q  See on page 8770, and right after the
20   second paragraph after it says "hello," in the first
21   little star says, "Please make sure all teams review
22   the CRM section of the vision website"?
23       A  Vision.usa.oracle.com, that's where you
24   would go and access demos.
25       Q  And this is the -- would this be the same

Sultan, Juliette  5/22/2006  9:05:00 AM

189

1  place where the scripts were available?
2      A  I can't recall what was the URL to go to
3  the demos, whether it was ADS or Vision.
4      Q  And do you recall if this is the same
5  place where sales consultants could access the demo
6  scripts that we previously talked about?
7      A  I can't recall, but Vision was the name of
8  the fictional company, so it had to -- something to
9  do with the demos.  I can't recall exactly what this
10  URL was taking you to.
11      Q  Do you know who Don Gruesu, G-r-u --
12      A  Don Gruesu is the head of the sales
13  consultant working for Mike Rosser.
14      Q  And it's R-o-s-s-e-r, correct, Mike
15  Rosser?
16      A  R-o-s-s-e-r, that's correct.
17      Q  And Gruesu, G-r-u-e-s-u?
18      A  (No audible response).
19      Q  In the beginning of this e-mail chain,
20  about the third e-mail down, you're not indicated as
21  a recipient, but I wanted to ask you if you had any
22  understanding what it appears Gayle Fitzpatrick was
23  referring to when she said, "The performance of the
24  box is inconsistent, which makes showing any demos a
25  huge risk in our CRM opportunities."  Do you know --

190

1  have any idea what she might have meant?
2      MR. HARRISON:  Objection.  Calls for
3  speculation.
4      THE WITNESS:  I would rather not guess.
5  BY MS. RADCLIFFE:
6      Q  So you don't have an idea what she was
7  referring to?
8      A  No.
9      Q  Do you have any -- do you have any
10  recollection of whether there were inconsistency
11  issues with the performance of the demos in this
12  time frame?
13      MR. HARRISON:  Objection.  Vague.
14      THE WITNESS:  No.  I don't even know what
15  the time frame is here.
16  BY MS. RADCLIFFE:
17      Q  I'm sorry, it references approximately
18  July of 2000.
19      A  I can't recall in context to this.
20      Q  You can go ahead and put this aside.  I
21  think we'll take a break.
22      MR. HARRISON:  Yeah, let's do that.
23      THE VIDEOGRAPHER:  Going off the record.
24  The time is 3:54.
25      (Off the record)

191

1      THE VIDEOGRAPHER:  This marks the
2  beginning of Tape No. 4.  We're back on the record
3  at 4:05.
4      (Exhibit 10 marked)
5  BY MS. RADCLIFFE:
6      Q  We'll mark the next document in order
7  Exhibit 10 to the Sultan deposition.
8      Take an opportunity to look at that
9  document, please, Ms. Sultan.
10      A  Sorry?
11      Q  Will you take an opportunity to look at
12  Exhibit 10, please.
13      A  I'm looking at it now.
14      Q  Thank you.  For the record, it's a
15  multiple-page document Bates NDCA-ORCL 61886 (sic)
16  to 618889.
17      A  Yep.
18      Q  Do you know who Roger Donaldson is?
19      A  He used to work for Marina Zago in the ADS
20  group on the ERP side.
21      Q  Excuse me.  Do you know what his
22  responsibilities were?
23      A  He was the architect of the demo, which
24  means he was developing the functional -- the the
25  functionality of the demo.

192

1      Q  And were there architects developing the
2  functionality of demos for the CRM applications?
3      A  I think architects -- it was just
4  basically coordinating with all the different teams
5  in the ERP/ADS what would be the -- each time they
6  were doing an ADS refresh, you know, what would the
7  NERP developed.  They were much smaller team than
8  the CRM, so we would just define that among
9  ourselves at the beginning of each refresh.
10      Q  Does this document refresh your
11  recollection as to when the ADS refresh may have
12  been completed?
13      A  I can read it, but I still don't remember
14  by myself what the time frame was.
15      Q  Based on this document is it your
16  understanding that the ADS refresh was completed as
17  of August 2000?
18      MR. HARRISON:  Objection.  Asked and
19  answered.  Lacks foundation.
20      THE WITNESS:  From this document I
21  understand that 12 ADS instance with CRM
22  functionality and all those products were made
23  available to the field.
24  BY MS. RADCLIFFE:
25      Q  On the first page do you see yourself

193

1   indicated as a recipient of this e-mail?
2       A   Yes.
3       Q   Do you have any reason to believe that you
4   did not receive a copy of this e-mail?
5       A   No.
6       Q   And would you have received a copy of this
7   e-mail in the course of your duties and
8   responsibilities at Oracle?
9           MR. HARRISON: Objection. Lacks
10  foundation. Calls for speculation.
11          THE WITNESS: I don't understand what --
12  BY MS. RADCLIFFE:
13      Q   In other words, would you have received
14  this article as part of your job at Oracle as
15  opposed to something of a personal nature?
16          MR. HARRISON: Objection. Vague and
17  ambiguous. Lacks foundation.
18          THE WITNESS: I was working at Oracle and
19  I was working on the demo, so I would have received
20  this e-mail because of its relevance to CRM demos.
21  BY MS. RADCLIFFE:
22      Q   Do you see about halfway down the page
23  there's a sentence that starts "because of the
24  critical need for CRM 11i demos, there was not time
25  to do full system testing that ADS usually performs

194

1   before deployment"?
2       A   I see that.
3       Q   Were you aware of issues that impacted the
4   ability to fully test demos in the ADS system before
5   they were deployed?
6           MR. HARRISON: Objection. Vague. Lacks
7   foundation.
8           THE WITNESS: I recall we were always
9   short in time to do everything we wanted, but,
10  again, without any specific time frame. I also want
11  to point out then when here said full system
12  testing, this is not a product testing. It is a
13  demo system testing, making sure that the software
14  that has been put in the ADS system is acting as the
15  product would be, you know, in a customer
16  implementation. And what it means is that -- that
17  all the setups and configuration need to be made as
18  if we were going to a live production.
19  BY MS. RADCLIFFE:
20      Q   I'm sorry. Let me just clarify that all
21  those setups and configurations were not tested. Is
22  that correct?
23          MR. HARRISON: Objection. Misstates
24  testimony.
25          THE WITNESS: That's not correct. I was

195

1   just making a comment that when you read here "full
2   system testing of ADS," this is not a product
3   testing. It's not quality assurance testing.
4           Again, I want to differentiate demos from
5   products. And this is all about bringing to the
6   field demos that are fully presentable.
7   BY MS. RADCLIFFE:
8       Q   The software on the ADS system, though, it
9   would be Oracle Suite 11i; correct?
10      A   It would be, but if it's not configured
11  and set up properly, you cannot show functionality.
12  And what I'm reading here is that there were time
13  constraint to deploy all the configuration and
14  setups.
15      Q   You don't know one way or the other,
16  however, whether there was testing done on the
17  product itself that was on the ADS system. Is that
18  correct?
19      A   We had our testing teams in development,
20  so testing was done for sure.
21      Q   And do you know as of August 24th, 2000,
22  whether the product was fully tested on the ASD
23  system?
24      A   I can't comment on that. I was not in
25  charge of product testing.

196

1           MR. HARRISON: Objection. Vague.
2   BY MS. RADCLIFFE:
3       Q   So you don't recall one way or another
4   what Mr. Donaldson is referring to here as there was
5   not time to do the full system testing that ADS
6   usually performs whether that testing related to the
7   product itself or related to a configurations and
8   setups?
9       A   It's on -- the ADS team, there's no
10  testing per se in ADS. It was just testing the
11  demos. Roger Donaldson was working for Marina Zago,
12  and the ADS team's responsibilities were not product
13  testing. So what I was pointing here is referring
14  to demo testing.
15      Q   The product, however, needs to work in
16  order for the demo to be successful. Is that
17  correct?
18      A   If you read --
19          MR. HARRISON: Objection.
20          THE WITNESS: -- here.
21          MR. HARRISON: Lacks foundation. Vague
22  and ambiguous. Go ahead.
23          THE WITNESS: Here you have the product
24  ERM working in one instance, and then in the new
25  version of the refresh, they haven't had time to

197

1   configure it fully with the CRM, so it's a limited
2   way to present it.  So here you have the same
3   software fully demo-able, but the way -- because we
4   wanted to have CRM demo functionality in ADS, we
5   limited the setup and configuration of order
6   management of OM and ERP.  It's the same software
7   configured two different ways.  One you can see
8   limited functionality.  The other one you can see
9   full functionality.
10   BY MS. RADCLIFFE:
11      Q   And was the functionality limited a result
12   of the lack of time?
13      A   Time to set up.
14      Q   Of time to set up.
15      A   (No audible response).
16      Q   And who decided the amount of time to set
17   up?
18      A   The amount of time to set up is whatever
19   is required, but there was a schedule for ADS to say
20   we have to push the ADS demos at that specific time
21   and they would give a deadline to the demo team.  So
22   they would do whatever they could do in that time
23   frame, and after that they had to wait for the next
24   refresh.
25      Q   There's an indication here that we also

198

1   specified that flows only are supported?
2      A   That is because the setups were done only
3   around those flows.
4      Q   And are these the business flows we were
5   talking about earlier?
6      A   Uh-huh.
7      MR. HARRISON:  Audibly.  Audibly.
8      THE WITNESS:  Yes.
9      MR. HARRISON:  Sorry.  Just trying to --
10      THE WITNESS:  Oh, by the way, flows that
11   we specify, but I'm not sure which one because the
12   list of flows was moving every day.  So whatever we
13   reviewed in the previous document, I'm not sure
14   whether that is what he's referring to.
15   BY MS. RADCLIFFE:
16      Q   Do you see where there's an indication
17   probably about two-thirds of the way down the page,
18   it's a last sentence of the full paragraph of the
19   e-mail that says, "Problems encountered in other
20   functionality ERP or CRM may be substantial and we
21   may not be able to correct them before a given
22   demo."  Do you know that Mr. Donaldson was referring
23   to?
24      MR. HARRISON:  Objection.  Lacks
25   foundation.  Calls for speculation.

199

1      THE WITNESS:  I don't know.  I can
2   speculate he was trying to cover himself.
3   BY MS. RADCLIFFE:
4      Q   Were you aware in the August of 2000 time
5   frame of problems with the functionality of ERP or
6   CRM with respect to demos?
7      A   What do you mean with respect to demos?
8   You're talking about product or are you talking
9   about the demo?
10      Q   I'm talking about the product itself.
11      A   I can't say.
12      Q   Do you know with respect to whether or not
13   you or your demo teams encountered any problems with
14   the functionality of the ERP or CRM?
15      A   We had bugs.
16      Q   You can go ahead and put that document
17   aside.  Thank you.
18      (Exhibit 11 marked)
19   BY MS. RADCLIFFE:
20      Q   And we'll next in order as Exhibit 11.
21      A   Okay.
22      Q   Do you know who Chris Balkenhol is?
23      A   He was the development head for
24   communication software in CRM working for Mark
25   Barrenechea.

200

1      Q   Do you know what the reference to DOM1151
2   refers to?
3      A   It's the name of an instance, of a server.
4      Q   Do you recall specifically what that
5   instance was?
6      A   No.
7      Q   Do you recognize this document at all?
8      A   No.
9      Q   Do you see that you're a recipient of this
10   e-mail chain?
11      A   Uh-huh.
12      Q   Do you have any reason to believe that you
13   didn't receive this document while you were working
14   at Oracle?
15      A   No.
16      Q   Do you have any reason to believe that
17   information in this document is inaccurate?
18      A   No.
19      Q   If you turn to -710 down towards the first
20   third of the page it says Juliette Sultan wrote,
21   "Chris, will your code be ready at the same time as
22   Sukumar's?  I would like to start an instance that
23   would seven 11k2 products including yours."  Do you
24   know or recall if the code that Chris was working on
25   and the code that Sukumar was working on were ready

201

1  by the end of September of 2000?
2      MR. HARRISON: Object.
3      THE WITNESS: No, I don't know.
4      MR. HARRISON: Objection. Calls for
5  speculation.
6  BY MS. RADCLIFFE:
7      Q  Do you know what code that's being
8  referred to in this e-mail chain?
9      MR. HARRISON: Same objection.
10     THE WITNESS: No.
11     MR. HARRISON: Also, I just want to point
12  out that there's some Bates numbers missing. I
13  don't know if it's -- it goes from 3 to 10.
14     MS. RADCLIFFE: It looks like --
15     MR. HARRISON: There's a slip sheet. I
16  don't know.
17     MS. RADCLIFFE: Doesn't appear to be a
18  problem.
19  BY MS. RADCLIFFE:
20     Q  Do you recall working on an instance in
21  your duties that included all of 11ir2 products?
22     MR. HARRISON: Objection. Vague.
23     THE WITNESS: What do you mean all 11ir2
24  products? Never worked on the ERP. And as I
25  explained before, some products were not released at

202

1  the same time even though they were under the same
2  version number because of dependencies of code like
3  in this case.
4  BY MS. RADCLIFFE:
5      Q  Can you explain that further? So that
6  there would be a version released of -- for example,
7  the 11ir2, the second release, and at -- there would
8  be products that would be part of that release, but
9  they would not be released at the same time as the
10  version of the code?
11     A  As the version of the code? What code?
12     Q  As -- at the same time as the 11ir2
13  initial release.
14     MR. HARRISON: Objection. Vague.
15     THE WITNESS: Yeah, it's pretty vague what
16  you're saying.
17  BY MS. RADCLIFFE:
18     Q  I guess I'm trying to understand. You
19  said there's instances where sometimes there are
20  products that are part of a release which are not
21  included at the same time as the release. Is that
22  accurate?
23     MR. HARRISON: Objection. Vague.
24     THE WITNESS: What I'm trying to say is
25  that there are -- there is a release and then you

203

1  have several products. Not all products will become
2  available the same day. For example, Sukumar was
3  working -- Sukumar's the person who was working on a
4  product that was a horizontal product. Chris was
5  working on the same product, but for
6  telecommunication companies. Chris needed Sukumar
7  product to be complete so that he could add his code
8  on top of it. So there was no way to have them
9  being released at the same time without delaying
10  Sukumar's product. So there were always products
11  that would come later on because of their
12  dependencies of the completion of code.
13     With that being said, because the code
14  line was the same, we would call it R2. The
15  technology stack and the code line would be the
16  same. They were still the same release. That is
17  very standard in the industry, in the software
18  industry to do things like that.
19  BY MS. RADCLIFFE:
20     Q  And so in the instance -- for example, you
21  just described Chris's product. Would that be
22  released as part of a patch or a minipack, or do you
23  know how that would be released?
24     A  No, because each product -- you can
25  install and purchase each product out of the 11i

204

1  suite independently. They just -- if you install
2  them with some other products, they will work
3  together, it will be integrated, but you can buy
4  them independently. Which means there's an rapid
5  install, there's an install, that is done for each
6  module. So you don't need to patch. You just need
7  to install the product later on.
8      Q  And so there would be -- I guess I'm
9  trying to understand. The rapid install would be
10  made available to customers who purchased that
11  module, and I'm trying to understand how it would be
12  made available to customers.
13     A  Well, there were two different products,
14  Sukumar's product and Chris product. Chris needed
15  some code from Sukumar's, but it would be two
16  different products with two different price on the
17  price list and two different install and CD when we
18  give them to product -- or to customers who have
19  purchased them. There's just a dependency in the
20  code line.
21     Q  So if a customer purchased both of the
22  products --
23     A  They would not. It wouldn't make sense.
24  They're -- they're the same product. One is for
25  telecom company and one is for other manufacturing,

Sultan, Juliette 5/22/2006 9:05:00 AM

205

1  you know.
2      Q  So if you have a product in two different
3  industries, I think you mentioned teleco and
4  manufacturing just as an example, the release of
5  11ir2 could be on different dates?
6      A  The release of the 11ir2 products will be
7  on different dates.
8      Q  Does that happen at any time where one
9  product's code is dependent on another product's
10  code --
11      MR. HARRISON:  Objection.
12  BY MS. RADCLIFFE:
13      Q  -- with respect to the CRM applications?
14      MR. HARRISON:  Vague and ambiguous. Calls
15  for speculation.
16      THE WITNESS:  I can't tell each time.
17  BY MS. RADCLIFFE:
18      Q  You're just speaking as to the specific
19  example provided here in this context?
20      A  I don't know exactly what happened when
21  the software was released in that case. I explained
22  the dependency that was happening between those two
23  products.
24      Q  Do you see further down the e-mail under
25  the section that says "Chris Balkenhol wrote," and

206

1  it says -- kind of in the middle e-mail it says,
2  "Per previous conversations demos of sales for Comms
3  must be done out of TST115, not DOM115." Does
4  TST115 refer to a different instance?
5      A  It looks like it, yeah.
6      Q  And do you see on page -711, it's about
7  two-thirds of the way down the page, and it says,
8  "Bill, per our discussion does Alltel know that
9  11ir2 Sales 4 Comms is not a released product?"
10      Based on our conversation earlier, if the
11  product wasn't released, it couldn't be demonstrated
12  on ADS. Is that correct?
13      A  That's correct.
14      Q  There would need to be a workaround. Is
15  that what we refer to it as?
16      MR. HARRISON:  Objection. Misstates
17  testimony.
18      THE WITNESS:  Define "workaround."
19  BY MS. RADCLIFFE:
20      Q  We discussed earlier what a workaround
21  was.
22      A  Can you remind me what we said?
23      Q  Well, actually, it was -- it was a term
24  that you defined.
25      A  Can you remind me what I said?

207

1      Q  I can try. How's that?
2      We talked about workarounds and
3  customizations being something that your -- that
4  might be used if a product was unable to be demoed
5  in the ADS system.
6      A  Probably not what I said. Customization
7  is to make the demo specific for a customer.
8      Q  So I guess I'm trying to understand -- and
9  maybe I'll just rephrase it a different way -- is
10  how the 11ir2 Sales 4 Comms indicated here could be
11  demoed if it was not a released product?
12      THE WITNESS:  Say that again.
13      MR. HARRISON:  Objection. Lacks
14  foundation. Calls for speculation.
15  BY MS. RADCLIFFE:
16      Q  I'm trying to understand how the 11ir2
17  Sales 4 Comms product that is referenced here could
18  be demoed if it was not a released product?
19      MR. HARRISON:  Same objections.
20      THE WITNESS:  I'm not sure. Could not be
21  demoed out of the ADS.
22  BY MS. RADCLIFFE:
23      Q  Were there demos done out of other systems
24  at Oracle that you are aware?
25      A  Yeah. Before CRM products were in ADS, we

208

1  set up what we call the mini ADS, which were
2  referred in a previous document. And before the
3  first time of the launch of CRM product in ADS, we
4  needed still to give the field away to demo the CRM
5  products. So we set up an instance that were not
6  ADS instance. We call them the mini ADS with CRM.
7  With that being said, the mini ADS instance were not
8  those instance that they're referring.
9      Q  In this particular --
10      A  Yeah.
11      Q  -- case?
12      A  But people will set up instances outside
13  of ADS.
14      Q  And who is responsible for setting up the
15  instances and then mini -- in the mini ADS?
16      A  The mini ADS, John Holte set them up from
17  an infrastructure perspective. And my team was
18  building the demos in the mini ADS. And then when
19  we run live to ADS, we move into the ADS system.
20      Q  So when the ADS system was live, the mini
21  ADS system was no longer used. Is that correct?
22      A  Actually, we used them for products that
23  were not in ADS as we were continuously producing
24  product -- delivering products to the market and
25  then ADS was too slow to show those products.

209

1   Again, if you refer to one of those documents,
2   somebody said we need to do the demos at the same
3   time the product is released.  That was a problem.
4       Q   And so --
5       A   So we had -- we were -- rather than
6   waiting for ADS and not having the products that
7   were, you know, released, not being able to show
8   them, we would actually put them into mini ADS.
9       Q   So products that were still in development
10  in order to demonstrate the -- or use demos for
11  them, mini ADS may have been a vehicle to --
12      A   That's correct.
13      Q   -- vehicle to demo?
14          I'm going to mark next in order --
15      A   We're done with this one?
16          MS. RADCLIFFE:  Yes, thank you.
17          (Exhibit 12 marked)
18  BY MS. RADCLIFFE:
19      Q   Go ahead and look at that, Ms. Sultan.
20      A   Yep.
21      Q   Do you recognize portions of this
22  document?
23      A   No.
24      Q   Do you see on page 619041 that it kind of
25  continues over to 619042?

210

1       A   Uh-huh.
2       Q   Appears to be some e-mail communications
3   between you and Don Gruesu and Scott Johnson?
4       A   I see that.
5       Q   Do you have any reason to believe this
6   document is not an Oracle document?
7       A   No.
8           MR. HARRISON:  Objection.  Lacks
9   foundation.
10  BY MS. RADCLIFFE:
11      Q   Do you have any reason to believe that you
12  did not receive this e-mail communication?
13      A   No.
14      Q   Do you see on 619041 Scott Johnson
15  indicates that there is a demo scheduled for 10/12?
16  And he further goes on to say, "We need to show
17  teleservice and detailed order management and
18  inventory.  Is there an integrated instance
19  available?"  Do you --
20      A   I see that.
21      Q   Do you recall whether there was an
22  integrated instance available?
23      A   I don't recall any of this conversation or
24  its context.
25      Q   Do you recall an Oracle potential customer

211

1   McGraw Hill?
2       A   Actually, not really.
3       Q   Do you see further down the page there's a
4   reference to "Do you know if any of our demo
5   environments" -- and then in parentheses it says
6   Simplex, NCR, and IR -- "have OM working with
7   teleservice?"  Do you know what is referred to with
8   respect to Simplex?
9       A   We build a demo based on Simplex
10  requirements.  So we build out.  We did the setup
11  and configuration.  And we kept the instance because
12  the SC told us that this was very generic type of
13  functionality and they would be able to use it, but
14  we kept the name of the instance as per the original
15  customer.
16      Q   And would the same hold true with respect
17  to NCR and IR, or --
18      A   Yes.  I believe those were the three
19  instance.
20      Q   On 619040 Don Gruesu writes at the bottom
21  of the page, Juliette," and then in the second
22  sentence he says, "Scott really needs OTS, but
23  thought he would not get it, so he was going to use
24  teleservice as a workaround."  Did you understand
25  that there was a workaround between OTS and

212

1   teleservice while you were at Oracle?
2           MR. HARRISON:  Objection.  Lacks
3   foundation.
4           THE WITNESS:  No, but what's going on here
5   is that they cannot find an available demo
6   environment.  They're all taken by other SCs.  And I
7   think they're trying to find a way to show OTS, but
8   they don't have the instance available.
9   BY MS. RADCLIFFE:
10      Q   If you turn to the first page of the
11  document.
12      A   Which probably means if they had the
13  instance, they would be able to show it.
14      Q   Don Gruesu writes -- and this e-mail is
15  not to you, so you can tell me if you don't recall.
16  On the end of the second paragraph he says -- and
17  it's with respect to McGraw Hill -- he says,
18  "According to my phone conversation with Scott, the
19  ERP demo (OM, AR, et cetera) did not go well.  Scott
20  also said there's no flexibility in the date and
21  this is a scripted demo.  Detailed OM and AR are
22  part of this demo."  Were you aware of this
23  particular demo?
24      A   No.  I don't recall.  Sorry.
25      Q   Do you know who Scott Johnson is at

213

1    Oracle?

2        A  I can't recall this person.

3        Q  There's a reference in the very first

4    sentence of Mr. Gruesu's e-mail, "We need to add

5    McGraw Hill to the key account list."  Were you

6    aware of a key account list?

7        A  It was more like -- no, but strategic

8    accounts that we would prioritize in order to

9    allocate demo instances.

10       Q  So let me just understand.  There was a

11   list of strategic accounts --

12       A  I'm not sure if there was a list.

13       Q  They were accounts recognized as needing

14   priority with respect to allocating demos.  Is that

15   inaccurate?

16       A  No.  We were first come, first serve.  But

17   because we didn't have a lot of demos at that time,

18   people were fighting over the instances and saying

19   they -- their account was strategic to get higher

20   visibility.

21       Q  And higher priority?

22       A  Yes.

23       Q  Is that the attempt?

24       A  Of course.

25           (Exhibit 13 marked)

214

1    BY MS. RADCLIFFE:

2        Q  Thank you.  You can go ahead and put that

3    document aside.

4            We'll mark next in order.

5            For the record, it's a multiple-page

6    document, Bates No. NDCA-ORCL 219477 to 219478.

7        A  Okay.

8        Q  Have you had an opportunity to review this

9    exhibit?

10       A  Uh-huh.

11       Q  Do you recognize this document?

12       A  No.

13       Q  Do you recognize portions of the document?

14       A  No.

15       Q  Do you see with respect to about a third

16   way down the page that there --

17       A  Which page?

18       Q  First page.  There's an e-mail that says

19   subject "RE" and it says, "Forward, forward: Comms

20   demo date."  And the day is January 5th, 2001.  It

21   says from Juliette Sultan to Don Gruesu with a CC to

22   Mike Rosser, Thomas Victory, and Christopher

23   Balkenhol.  Do you see that?

24       A  I see that.

25       Q  Do you have any reason to believe that you

215

1    did not write that e-mail?

2        A  No.

3        Q  Do you have any reason to believe that you

4    did not receive the e-mails that preceded that that

5    are indicated on this document?

6        A  No.

7        Q  And do you have any reason to believe that

8    you did not receive or send the one document while

9    you were employed as the vice president of CRM

10   product strategy at Oracle?

11       A  I thought I just answered that I had no

12   reason to -- I'm not sure.  You ask twice each

13   question each time.

14       Q  It's slightly a different question.  And

15   I'll reread the last question.

16           Do you have any reason to believe that you

17   did not receive or send the e-mail indicated that

18   you sent or the e-mails indicated that were

19   forwarded to you while you were employed at Oracle?

20       A  I was employed at -- by Oracle at that

21   time.

22       Q  So do you have any reason to believe that

23   you didn't receive those?

24       A  I said I -- no.  I already responded.  I'm

25   sorry.  I know you asked many times this, but I

216

1    don't understand what you -- why you ask it twice in

2    a different way.  I was employed at Oracle, as you

3    can see from my e-mail address.

4        Q  And I'm just trying to understand that if

5    you would have received this document while you were

6    employed there and the document related to your

7    duties and responsibilities at Oracle?

8        A  While I was employed because my e-mail

9    address was Oracle.

10       Q  And these particular e-mails that we're

11   referring to in this document are those that you

12   would have received in the course of your duties and

13   responsibilities at Oracle?

14       A  Which one?

15       Q  We'll start with the e-mail that you sent.

16   Would you have sent that e-mail --

17       A  Which responsibility?

18       Q  Any of your responsibilities at Oracle.

19       A  Does that mean that I was employed at

20   Oracle?

21       Q  Just generally any of your

22   responsibilities at Oracle, did it relate to those?

23           MR. HARRISON:  Objection.  Vague.

24           THE WITNESS:  I don't know how to answer

25   this question.  I can tell you I have no reason to

217

1  doubt that I received this e-mail while I was
2  employed at Oracle.
3  BY MS. RADCLIFFE:
4      Q  And did the subject matter of these
5  e-mails relate to your duties and responsibilities
6  at Oracle?
7      MR. HARRISON:  Objection.  Vague.
8      THE WITNESS:  Account ready for CRM,
9  nothing to do with me.  Demos, yes, I was
10  responsible for demos.
11  BY MS. RADCLIFFE:
12     Q  And do you have any reason to believe that
13  these e-mails are not accurate?
14     MR. HARRISON:  Objection.  Lacks
15  foundation.
16  BY MS. RADCLIFFE:
17     Q  Or accurately reflect what was
18  communicated at the time.
19     MR. HARRISON:  Same objection.
20     THE WITNESS:  Don't know exactly what they
21  are trying to do, especially on this topic.  It
22  was -- they're sales things.  I don't know whether
23  that -- that's accurate or not.
24  BY MS. RADCLIFFE:
25     Q  And just so we can make it clear for the

218

1  record, the e-mail address there,
2  Juliette.sultan@oracle.com was the e-mail address
3  that you obtained while you were at Oracle?
4      A  JulietteIaSultan@oracle or JSultan in some
5  case you may see that.
6      Q  There's a reference here to an instance
7  with 1153 code patch to platinum level.  Do you know
8  what that refers to?
9      MR. HARRISON:  Objection.  Lacks
10  foundation.
11     THE WITNESS:  I'm not sure what instance
12  that was, but we talked about the platinum program
13  that Alan Fletcher -- which was to get all the
14  software of a specific release and to be able to use
15  it into a demo environment.
16  BY MS. RADCLIFFE:
17     Q  And do you see here there's an indication
18  from this document that -- from you that says, "We
19  are starting the build for Apps World including
20  Comms"?
21     A  Uh-huh.
22     Q  Do you know what that may mean?
23     A  What that means, we were starting building
24  demos for the Apps World conference including the
25  communications products.

219

1      Q  And do you recall if those demos related
2  to existing releases or future releases?
3      MR. HARRISON:  Objection.  Vague.
4      THE WITNESS:  I don't know.
5  BY MS. RADCLIFFE:
6      Q  Do you there's a reference regarding
7  status of Service 1 and Service 2 and demo-ability
8  of MDG?
9      A  Uh-huh.
10     Q  Do you know what MDG refers to?
11     A  No.  I can't remember.
12     Q  Do you know what Service 1 or Service 2
13  refers to?
14     A  Two instances.
15     Q  If you turn to --
16     A  Sorry, two demo instances.
17     Q  Thank you for clarification.
18        If you turn to the second page of this
19  document, there's an indication that "Comms demo's
20  required to close Q3 business."  Do you know what
21  the reference to Comms is?
22     A  Communication.
23     MR. HARRISON:  Objection.  Lacks
24  foundation.
25  ///

220

1  BY MS. RADCLIFFE:
2      Q  Does that relate to a particular Oracle
3  product?
4      A  Several Oracle products around -- that
5  were virtualized products for the telecommunication
6  industry.
7      Q  Do you recall which -- what were those
8  products?
9      A  In the other they were talking about -- in
10  Exhibit -- they were talking about Sales 4 Comms.
11  And I'm not -- Sales 4 Comms you can see it here.
12  That's all I can recall.
13     Q  Do you recall iStore being one of those
14  products?
15     A  I think it was more configuration, but I'm
16  not sure.
17     Q  Was Sales 4 Comms a CRM product?
18     A  Yes.
19     Q  And did your group create the demos for
20  the Sales 4 Comms products?
21     A  Yes.
22     Q  And do you recall whether or not your
23  group created demos for the customers listed on this
24  document?
25     A  I don't recall, but usually we don't

221

1   create demos for any specific customer.  We create
2   demos in ADS and the SCs take an instance and
3   further develop the demos to meet the requirements
4   from their prospect.
5       Q   When an SC requests a demo --
6       A   Demo instance.
7       Q   Demo instance, excuse me.  -- do they
8   usually indicate which customer the demo instance is
9   for?
10      A   Yes, they register on the ADS system.
11  They reserve an instance and they put the name of
12  the customer.
13      Q   And do you recall if your group ever
14  provided demo instances for the customers listed on
15  this document?
16      MR. HARRISON:  Objection.  Asked and
17  answered.
18      THE WITNESS:  Say it again.
19  BY MS. RADCLIFFE:
20      Q   Do you recall if your group ever provided
21  demo instances for the customers listed in this
22  document to the SCs?
23      A   My group was not giving instances in ADS.
24  It was just a self-service booking system.  And then
25  the mini ADS, which I think was also in one your

222

1   document, we were giving the environment to SC
2   managers to allocate the instance themselves.  So it
3   was a self-regulated system by the field.
4       Q   Do you recall who Richard Buck was?
5       A   No.
6       Q   Do you see on the first page there's an
7   indicating that a lot of patching went in the
8   instance and testing will only start next week, so
9   please manage expectations.  Do you know if that's a
10  reference to the iStore/configuration?
11      A   It's too vague and out of context to
12  really know what the patching referred to.
13      Q   Okay.  And at the very top of this
14  document it says, "Jim G took back the control over
15  Service 2 from Juliette's team."  As I understand
16  it, we now own both Service 1 and 2.  Do you know
17  who Jim G might refer to?
18      A   Jim Guthrie.
19      Q   And who is Mr. Guthrie?
20      A   At one point in time he was in charge of
21  the service products within CRM, the development.
22      Q   And did he also create demo instances for
23  those products?
24      A   Usually it was my team.  In this case
25  Poorna may have helped us.  I can't recall.

223

1       Q   And do you recall who Poorna was?
2       A   He was working for Jim Guthrie in product
3   management.
4       Q   Do you recall what Poorna's
5   responsibilities were?
6       A   Product management.
7       Q   And was that specifically for a particular
8   product?
9       A   I don't know.  It was working for Jim
10  Guthrie on the services product.  I don't know
11  whether you're focusing on one or all of them.
12      (Exhibit 14 marked)
13  BY MS. RADCLIFFE:
14      Q   We'll mark next in order.
15      For the record, this is multiple-page
16  document Bates No. NDCA-ORCL 617853 to 617857.
17      THE WITNESS:  Yes.
18  BY MS. RADCLIFFE:
19      Q   Do you recognize this document,
20  Ms. Sultan?
21      A   No.
22      Q   Do you see yourself as a recipient of the
23  e-mail chain indicated in this document?
24      A   Uh-huh.
25      Q   And do you see --

224

1       A   Yes.
2       Q   -- yourself as an author of, I guess in
3   terms of e-mails, the last e-mail in this document?
4       A   Yes.
5       Q   And do you have any reason to believe that
6   the text of the e-mail set forth in this document
7   is -- doesn't accurately reflect the e-mail
8   communication that occurred in this January 2001
9   time frame?
10      MR. HARRISON:  Objection.  Lacks
11  foundation.  Calls for speculation.
12      THE WITNESS:  No.
13  BY MS. RADCLIFFE:
14      Q   Do you know who Steve Enevold is?
15      A   I don't even remember that name.
16      Q   Do you recall who Shelby Hunt is?
17      A   Yes, I do.
18      Q   And who's Shelby Hunt?
19      A   Shelby was working in my teams.
20      Q   And do you recall her responsibilities
21  were?
22      A   It was a guy.
23      Q   Oh.
24      A   He's a guy.
25      Q   Excuse me.

225

1    A  I first hired Shelby when I was in product
2  management.  And I guess he was working my demo team
3  for Shengi Cheng.
4    Q  And I believe you mentioned Shengi Cheng
5  previously.  Is that the same person we're talking
6  about with respect --
7    A  Yes, the head of my demo team.
8    Q  If you turn to 617856, and it actually
9  goes on to the next page, -857.  Do you know who
10  Donna Wach is?
11    A  I don't remember.
12    Q  Do you see the Ms. Wach in her
13  communication to Shelby indicates with respect to
14  demo that the discount integration with Oracle
15  pricing is very poor.  And she goes on to say very
16  few discounts are integrated to CRP from ERP.
17    A  I see that.
18    Q  Were you aware of issues surrounding
19  discount integration with Oracle pricing?
20    MR. HARRISON:  Objection.  Vague.
21    THE WITNESS:  What do you mean by "issue"?
22    MR. HARRISON:  Lacks foundation.
23  BY MS. RADCLIFFE:
24    Q  With respect to integration.
25    MR. HARRISON:  Same objections.

226

1    THE WITNESS:  Talking about product or
2  demos again?
3  BY MS. RADCLIFFE:
4    Q  With respect to the demos.
5    A  Again, I can't recall.  What I read from
6  here is that the demo instance they were using was
7  not showing everything.  They wanted -- the way I
8  recap it at the beginning of this document to say
9  those are coming in the next ADS.  As I mentioned
10  before, ADS was always late from the product.  And
11  here and Donna and whomever stated to me wanted to
12  have the functionality faster than it was coming in
13  ADS.
14    Q  Do you see page 617855?  In the middle of
15  the page there's an indication from Mr. Hunt that --
16  it's kind of last sentence of that first
17  paragraph -- that the next build will have 11.5.3
18  functionality --
19    A  Uh-huh.
20    Q  -- with both OSO and OTS integrated with
21  all ERP applications.  Did you understand the
22  previous ADS build not to have that functionality?
23    MR. HARRISON:  Objection.  Lacks
24  foundation.
25    THE WITNESS:  I do not know and had -- I

227

1  do not know, but what he was referring probably some
2  of the things he was asking would be in the next
3  build and it was not currently in ADS.
4  BY MS. RADCLIFFE:
5    Q  And there's a reference from Mr. Hunt that
6  the next build will have the 11.5.3 functionality.
7  Is that correct?
8    A  Uh-huh.  That's what I read.
9    Q  And were part of your responsibilities at
10  Oracle to insure that AD -- the ADS builds were
11  updated?
12    MR. HARRISON:  Objection.  Lacks
13  foundation.  Vague and ambiguous.
14    THE WITNESS:  What do you mean by
15  "updated"?
16  BY MS. RADCLIFFE:
17    Q  Were "refreshed" I think is the word you
18  used earlier.
19    A  No.
20    Q  Do you know whose responsibilities it was?
21    A  Marina Zago had the infrastructure
22  responsibility.
23    Q  And did you discuss the ADS builds with
24  Ms. Zago during the course of your job duties at
25  Oracle?

228

1    A  Yeah.  We had the conversation before,
2  didn't we?
3    Q  And so your answers is yes, you did have
4  conversations with Ms. Zago regarding ADS builds?
5    A  Yes.
6    Q  Do you recall having conversations with
7  Ms. Zago regarding the build, the ADS build for
8  11.5.3?
9    A  No.
10    Q  Do you understand 11.5.3 to refer to the
11  third version of Oracle Suite 11i product?
12    A  I understand that.
13    Excuse me, I say I don't recall having a
14  conversation with Marina Zago, not no I did not
15  have.  I didn't mean I didn't have any conversation.
16  I just mean I don't recall.
17    Q  I think I understood you to say you don't
18  recall specifically?
19    A  I just want to make sure for the record.
20    Q  Thank you.  You see here how Shelby Hunt
21  says, "I spoke with my manager about this issue
22  log."  And do you know who Shelby Hunt's manager
23  was?
24    A  I think it was Shengi Cheng.  I think so.
25    Q  And do you see in the next e-mail which

Sultan, Juliette  5/22/2006  9:05:00 AM

229

1    was from Donna, at the top of this page it says,
2    "Second, how come we have closer on issues listed on
3    this log. Will it be a matter of revalidating them
4    once the ADS environment is ready?"  The
5    specifically refers to those that were bugs to be
6    logged by you.
7          Was it your team's responsibility to log
8    bugs with respect to demos?
9          A   If -- if SC log a ticket into ADS saying
10   that they had an issue, we would look into the
11   issue. If it was a bug, the team will log the bug.
12         Q   When you say "team," your team; is that
13   correct?
14         A   My team, the demo team will log the bug.
15   The SCs cannot go to the bug data base.
16         Q   Do you see on the next page which is
17   617854.
18         A   The previous page.
19         Q   The previous page. There's an indication
20   from Donna to Steve that says, "As we talked about
21   yesterday, you indicated that you would escalate the
22   unresolved issues from Franklin Covey's Telesales
23   demo with Juliette." Do you recall us speaking with
24   anyone regarding the Franklin Covey Telesales demo?
25         A   No. I don't recall Steve or Donna.

230

1          Q   Do you recall Franklin Covey expressing to
2    you or any members of your team their belief that
3    they didn't believe that Oracle's products were
4    viable?
5          MR. HARRISON: Objection. Assumes facts
6    not in evidence. It's vague and ambiguous.
7          THE WITNESS: (No audible response).
8    BY MS. RADCLIFFE:
9          Q   You can go ahead and put that document
10   aside. Thank you.
11         MR. HARRISON: Can we take a break? We've
12   been going for over an hour and 15, I believe.
13   Thanks.
14         THE VIDEOGRAPHER: Going off record. The
15   time is 5:16.
16         (Off the record.)
17         THE VIDEOGRAPHER: We're back on the
18   record at 5:22.
19         (Exhibit 15 marked.)
20   BY MS. RADCLIFFE:
21         Q   And we'll mark next in order, which is --
22   I believe is Exhibit 15.
23         A   Yep.
24         Q   Do you recall these e-mail communications?
25         A   No.

231

1          Q   Do you recognize yourself as a recipient
2    of this e-mail communication?
3          A   Yes.
4          Q   Do you have any reason to believe that
5    these e-mail communications were not created in the
6    ordinary course of Oracle's business?
7          MR. HARRISON: Objection. Lacks
8    foundation. Calls for speculation.
9          THE WITNESS: Can you restate?
10         Q   Sure. I said do you have any reason to
11   believe that these e-mail communications were not
12   created in the ordinary course of Oracle's business?
13         MR. HARRISON: Same objections.
14         THE WITNESS: Can you clarify?
15   BY MS. RADCLIFFE:
16         Q   Sure. Do you have any reason to believe
17   that these e-mail communications were not created as
18   a part of Oracle business?
19         MR. HARRISON: Same objections.
20         THE WITNESS: No.
21   BY MS. RADCLIFFE:
22         Q   Do you understand a Salima Ceret to have
23   worked at Oracle?
24         A   Yes.
25

232

1          Q   Do you understand Joyce Boland to have
2    worked at Oracle?
3          A   I understand, though I can't recall her.
4          Q   Do you recall Mike Rosser to have worked
5    at Oracle?
6          A   Yes.
7          Q   Do you understand John Miller to have
8    worked at Oracle?
9          A   I see him on the e-mail, but I can't
10   recall him.
11         Q   And do you understand that e-mail address
12   that Mr. Miller was associated with to be an Oracle
13   e-mail address?
14         A   Yeah, I see that.
15         Q   We spoke a bit earlier today about your
16   involvement with respect to some analysts. Do you
17   recall being involved in responding to the items
18   that Gartner is commenting that are reflected in
19   this e-mail communication?
20         A   I don't recall this specifically, but what
21   I recall is Mark Barrenechea asking me to focus
22   specifically on Gartner at one point in time, which
23   I can't recall, during my tenure as CRM products
24   strategy and to try to work closely with them so
25   that they get a better understanding of our products

233

1    and we get what we perceive as fair assessment from
2    them.
3        Q   And did you undertake that project?
4        A   I did.
5        Q   And what did you do as part of that
6    project?
7        A   Increase the briefings with them, showing
8    the products, but also involving them in our
9    direction and strategy moving forward in the
10   release, getting their feedback, understanding where
11   they think the market is going, providing them with
12   customer references that they can check with about
13   our software and the use and the success stories.
14       Q   And did these efforts change --
15       A   And created -- sorry, and we created
16   Gartner summit just like the one we mentioned within
17   Oracle where we invite a lot of them.  And just for
18   one or two days talk to them about all the strategy,
19   bring the executive in front of them, and just brief
20   them extensively on what we were doing.
21       Q   And do these efforts change Gartner's
22   perception of Oracle's products?
23       MR. HARRISON:  Objection.  Calls for
24   speculation.
25       THE WITNESS:  Yeah.  It's hard to say what

234

1    was their perception.  What I know is the reports
2    that were reading were fair than when I first
3    started working with them.
4    BY MS. RADCLIFFE:
5        Q   On NDCA-ORCL 061786 at the third line down
6    from the top of the page it references some Gartner
7    analysts, and I just wanted to see if that refreshes
8    your recollection if you corresponded with these
9    particular analysts, Colleen Amus, Ed Thompson,
10   Jennifer Kirkby?
11       A   No, I don't recall.  It also say they were
12   European based.  I worked mostly with the U.S.
13       Q   And if you go down towards the latter half
14   of the page, it's kind of about two-thirds down,
15   there's -- lists some additional analysts.
16       A   I worked with Rob Desisto, Scott Nelson,
17   Colleen Amuso, I can't recall, and Joe Outlaw, I
18   think I'm confusing him with Joe Galvin or
19   something.  So I would need to know what he was
20   working on to be sure.
21       Q   When you say you worked with Rob
22   Desisto --
23       A   I did the briefings with them and so
24   forth.
25       Q   And when you say "did the briefings," what

235

1    are you referring to?  With respect to the product?
2        A   What I mentioned earlier.  It could be
3    product or it could be future release and strategy
4    and so forth.
5        Q   And did your communications all relate to
6    the CRM products?
7        A   Yes.
8        Q   Were you aware of a perception by Gartner
9    that there were gaps in the functionality of Oracle
10   Suite 11i?
11       MR. HARRISON:  Objection.  Vague and
12   ambiguous.  Lacks foundation.  Calls for
13   speculation.
14       THE WITNESS:  No, but I was reading the
15   reports where they were ranking us in the -- in a
16   fashion that we didn't think was fair based on
17   our -- the functionality strength of our product and
18   our execution in the market.
19   BY MS. RADCLIFFE:
20       Q   Were you aware of a perception that by
21   Gartner the Oracle's current CRM products were
22   technically unstable as of March 2001?
23       MR. HARRISON:  Same objections.
24       THE WITNESS:  No.  I doubt any of those
25   Gartner would say that to our face.

236

1    BY MS. RADCLIFFE:
2        Q   Are you aware of a customer of Oracle's
3    Eaten Corp?
4        A   Sorry?
5        Q   Were you aware of a customer of
6    Oracle's --
7        A   No.
8        Q   -- Eaten Corp?  Do you recall how often
9    Gartner analysts tended summits at Oracle?
10       A   How often did we do a Gartner summit?
11       Q   Yeah.
12       A   With Gartner?  No, I don't recall.
13       Q   Do you recall if one was held after the
14   initial release of Oracle Suite 11i product?
15       A   No.  I don't recall.
16       Q   Do you recall if they were held more than
17   once a year?
18       A   Probably once a year.
19       Q   Do you recall which executives attended
20   those summits?
21       A   No, but I know that Mark Barrenechea,
22   Ron Wohl would attend.  I was attending after I got
23   the responsibility from Mark to look after the
24   analyst.
25       Q   And do you recall when that was?

237

1    A   I can't recall when that was. My title
2    didn't change. Just added that in my
3    responsibility.
4    Q   And did you have anyone assisting you with
5    that project?
6    A   Yeah, Tom Victory --
7    Q   And?
8    A   -- was on my team.
9    Q   And what was his position on your team?
10   A   Before that it was prob- -- I can't recall
11   he was working. Maybe he was working on demos. I
12   can't recall. But we definitely worked together
13   quite a bit on Gartner.
14   Q   And did Tom Victory also speak with
15   analysts at Gartner regarding the CRM products?
16   A   It was more coordinating and making
17   sure -- usually the spoke -- the spokeperson will
18   talk and also product managers will talk to the
19   analysts. Tom was here to put a program together
20   and get everybody to do it.
21   Q   And were you present when product managers
22   spoke to analysts regarding the CRM application?
23   A   Sometimes, not all the times.
24   Q   But you have an understanding that the
25   product managers talked to analysts like Gartner

238

1    regarding the CRM products?
2    A   Yeah, that's standard procedure at Oracle
3    and in the industry.
4    Q   And do you know if that occurred in that
5    time frame that we were talking about earlier,
6    approximately October of 2000, to April 2001?
7    A   I can't tell. I can't recall. I can't
8    tell because product management did not report to
9    me, nor I don't think at that time was I focusing on
10   Gartner.
11   Q   You have an understanding, though, that it
12   was the practice at Oracle for the product managers
13   to talk to analysts like Gartner?
14   A   Yeah, but they could choose that they
15   didn't have time to. I'm not sure whether they did
16   or not.
17   Q   I understand you can't comment on any
18   specific product manager or specific summit. Is
19   that right?
20   A   I can't say what people did or did not do.
21   Q   Just what your understanding was; is that
22   correct?
23   A   My understanding was that we should be
24   briefing people, but whether they did, I'm not sure.
25   Q   On the very first page of this document

239

1    there's a reference to -- and it's probably the
2    second kind of more full paragraph down. And it
3    says -- it references the Magic Quadrant evaluation.
4    Do you know what that is?
5    A   Yeah, Gartner issued Magic Quadrant. That
6    showed the positioning of various vendors in one
7    specific domain relative to each other.
8    Q   And then farther down in the same page,
9    the second to the last full paragraph it says, "We
10   also plan to have a partner testimony from the
11   BIG 4/5 over pending question from the analyst
12   community on the Oracle business model." And then
13   it goes on to say, "You are welcome to attend this
14   event. I'm sending ASP the finalized action plan
15   (discussion with Mark Barrenechea I planned today)."
16   Do you know if you attended that event?
17   A   I don't know which event they're referring
18   to.
19   Q   Oh, with respect to the partner testimony
20   from the BIG 4/5?
21   A   An event on partner testimony?
22   Q   Yes.
23   A   Is that what you're saying?
24   Q   That's what's referenced here, and I just
25   want to know if you recall attending that event.

240

1    A   I have no clue what that is. No.
2    Q   Do you understand what the reference is to
3    the BIG 4/5?
4    A   I would assume, but this is really a guess
5    that those are the big SIs.
6    Q   What do you mean by SI?
7    A   System integrators.
8    Q   And who were those at the time that you
9    recall?
10   A   I can't recall. I'm sure Accenture was in
11   there.
12   Q   Go ahead and put that document aside.
13   Thank you.
14   (Exhibit 16 marked)
15   BY MS. RADCLIFFE:
16   Q   We can mark this document next in order.
17   A   Yep.
18   Q   Do you recall receiving portions of the
19   e-mail communications reflected in this document?
20   A   No, I don't.
21   Q   Do you see your name listed as one of the
22   recipients of these e-mail communications?
23   A   I do.
24   Q   Do you have any reason to believe that you
25   didn't receive these e-mail communications while you

241

1  were at Oracle?

2      A   No.

3      Q   It's at the bottom of the -- sorry, if you

4  turn to the second page, it's the second full

5  paragraph towards the end.  And it says, "One thing

6  that would help is renewed CRM participation in our

7  daily calls.  This will reduce cycle time on

8  patching fixes and coordination of build decisions."

9      A   Sorry.  Where are you?

10     Q   It's on the second page, the last two

11  sentences of the second full paragraph.

12     A   Which page?

13     Q   078409.

14     A   Okay.  I see that.

15     Q   Do you recall whether there were daily

16  calls with respect to build decisions?

17     A   At one point there were.  And they were

18  stop.  Then they came back.

19     Q   Do you recall why they stopped?

20     A   They would come during the build and

21  towards the end of the build to resolve issues fast,

22  and then they will stop when we were finish with a

23  build and then we refresh ADZ, and we started

24  looking -- working on the next build.  So the pace

25  was a little bit slower.

242

1      Q   Do you recall who participated on those

2  calls?

3      A   Usually the demo teams on both the ERP and

4  CRM.

5      Q   Did you participate in those calls?

6      A   In some of those, yes.  Not all of them.

7      Q   And were patches discussed on those daily

8  calls?

9      A   I can't recall.

10     Q   Were bugs discussed on those daily calls?

11     A   I can't recall.

12     Q   If you go further down this page, it's

13  just to the middle of the page.

14     A   Uh-huh.

15     Q   And it's after Mark J. Barrenechea

16  wrote -- and the second thing down it says, "Is it

17  your position that ERP will not be patched anymore

18  or will you patch as needed for CRM?  Please advise,

19  we have days to complete our global CRM training

20  next week, and Apps World."

21         And then further down in the e-mail just

22  to provide a -- some context, there's an indication

23  that Juliette Sultan wrote, and the second sentence

24  of that said, "If we cannot apply any more pricing

25  patches required for CRM products impacted by ERP

243

1  bugs, there's no way we can complete the build and

2  stain in the same instance."

3         And I'm trying to understand is whether

4  the -- in order to build the demo instance, the

5  indication as I understand it from this is that

6  there needs to be patches for both ERP and CRM.  Is

7  that correct?

8         MR. HARRISON:  Objection.  Lacks

9  foundation.  And calls for speculation.

10        THE WITNESS:  What I read that they're

11  asking for pricing patches.  Pricing is a module out

12  of ERP.  And it was impacting CRM products.  So what

13  they're asking is that the pricing patches go

14  through the ADS patch.

15  BY MS. RADCLIFFE:

16     Q   Do you recall this issue?

17     A   No.

18     Q   And further down under the Juliette Sultan

19  wrote portion it says, "Roger, this is a second

20  patch blocked for CRM in ADS master this week."  Do

21  you know what you meant by "blocked"?

22     A   They did not want to patch the instance,

23  the master instance.

24     Q   And those patches would be applied by

25  development.  Is that correct?

244

1      A   No.  By Marina Zago's team.  That's the

2  demo system again.

3      Q   And so it is that team that would be

4  blocking the patches requested for the CRM product?

5      A   Yes.  The only infrastructure and the

6  patching.  And in this case they decided not to

7  patch the specific -- not to apply the specific

8  patches at a time that I think we were working in

9  the build because we were in ADS master, which was

10  the instance where we were doing the build and then

11  will be used to refresh the whole 40 services and

12  400 instances.

13     Q   And so if you're in ADS master, the

14  products you are working on were already released to

15  the market.  Is that correct?

16     A   That's correct.  And we're also looking at

17  the patches that have been released and we're trying

18  to push the patches in ADS.  So in this case you

19  have a patch that has been released, and that

20  there's a decision not to put it in the demo system.

21  So once again your demo and product is not in

22  parody.

23     Q   And do you know reasons why Marina Zago's

24  team would not want to apply a patch for a CRM

25  application?

Sultan, Juliette  5/22/2006  9:05:00 AM

245

1       MR. HARRISON: Objection. Calls for
2   speculation.
3       THE WITNESS: I wouldn't know why.
4   BY MS. RADCLIFFE:
5       Q   Were there any instances that you recall
6   where you had discussions why CRM application
7   patches were not being installed by Ms. Zago's team?
8       MR. HARRISON: Objection. Calls for
9   speculation.
10      THE WITNESS: Could be lack of time. It
11  could be that they don't want to retest since we
12  were retesting everything each time. Multiple
13  issues -- multiple reasons, sorry.
14  BY MS. RADCLIFFE:
15      Q   And do you recall having any conversations
16  with Ms. Zago regarding the blocking of CRM patches?
17      A   I don't recall this issue.
18      Q   You can go ahead and put that document
19  aside.
20      (Exhibit 17 marked)
21  BY MS. RADCLIFFE:
22      Q   Mark this document next in order.
23      For the record this a multiple-page
24  document, NDCA-ORCL 012439 to 012441.
25      A   Uh-huh.

246

1       Q   Do you recall seeing any portion of this
2   document before?
3       A   No.
4       Q   Do you recall any of the issues mentioned
5   in this document?
6       A   Not really. Though I do remember not
7   being able to log in in the web application at one
8   point. And that may refer to this, so I can't say
9   for sure.
10      Q   And the second page of this e-mail, do you
11  see yourself as a recipient of --
12      A   I do.
13      Q   And do you have any reason to believe you
14  didn't receive this document while you were at
15  Oracle?
16      A   No.
17      Q   Do you know what a CRM html demo is?
18      A   A what?
19      Q   CRM html demo?
20      A   Oh, CRM html?
21      Q   Yes.
22      A   That is -- no, I don't know, but html
23  means that it's a web product. Where is this?
24      Q   I'm sorry. It's on the first page. It's
25  the very first sentence of the e-mail from Mark

247

1   Barrenechea, which is the second e-mail.
2       A   So it was -- some products were in forms
3   as we've seen in previous documents. Some products
4   were in html, in web. So I think the log-in issue
5   that they mention would be for web application only,
6   html application only.
7       Q   Do you recall there being a log-in issue
8   with respect to demos that were to be presented at
9   Apps World Paris?
10      A   I don't -- I don't remember this
11  particular thing. I remember that there was a
12  log-in issue at one point of time. I cannot
13  remember if this e-mail related to the same, and if
14  it was in the same time frame and if it was
15  impacting Apps World.
16      Q   Do you recall what the resolution of that
17  log-in issue was?
18      A   No.
19      Q   And do you recall if the log-in issue was
20  affecting the demos?
21      A   Yeah. It was -- it was part of our work.
22  I'm sure it was solved because eventually we were
23  able to log in.
24      Q   Do you recall how long it took to solve?
25      A   No.

248

1       Q   Do you recall if the log-in issue was also
2   affecting customers?
3       MR. HARRISON: Objection. Vague and
4   ambiguous --
5       THE WITNESS: I don't know.
6       MR. HARRISON: -- as to affecting
7   customers.
8       Go ahead. Sorry.
9       THE WITNESS: I only worked on the
10  demos.
11      MR. HARRISON: I just don't want to talk
12  over you.
13      THE WITNESS: Sorry.
14  BY MS. RADCLIFFE:
15      Q   On the second page of this e-mail it
16  indicates the ARU listed in the bug was 1575785. Do
17  you know what an ARU refers to?
18      A   It was an -- I don't know what it stands
19  for, but it was the patch, the build.
20      Q   Thank you. Go ahead and put that back.
21      (Exhibit 18 marked)
22  BY MS. RADCLIFFE:
23      Q   Mark the next exhibit in order, which I
24  believe is 18.
25      A   Yeah.

249

1   Q   Do you recall seeing this e-mail
2   communication before?
3   A   I don't recall this e-mail.
4   Q   Do you recall seeing portions of it?
5   A   No.
6   Q   Do you recall the daily CRM call and
7   process referenced in the document?
8   A   Yes.
9   Q   Can you explain what that is?
10   A   I mentioned that the ADS system, the
11   registration page, and also a feedback page before.
12   So what we realized is that the rating we were
13   getting from sales consultant across the board were
14   sometimes low, and we wanted to understand further
15   why we're not getting good rates.  So we decided to
16   set up calls with the field that they would go to
17   each demos that didn't get 8 out of 10 rating and
18   see what was the reason why in order to understand
19   whether it was training, whether it was bugs,
20   whether it was performance, what was -- what was the
21   issue.  This was done in order to improve, again,
22   our demo-ability of our product.
23   Q   And did you participate in these calls?
24   A   I think CRM I was leading them.  Oh, yeah,
25   I was leading them with Tom.

250

1   Q   And when you say Tom, Tom Victory?
2   A   Tom Victory, sorry.
3   Q   And did the issues you just mentioned,
4   training, performance, bugs, were those all issues
5   that you encountered on these daily calls?
6   A   I can't recall what it was, but what we
7   were trying to understand is what were the issues
8   out of potentially training, bugs, et cetera --
9   Q   And --
10   A   -- so that we could solve them.
11   Q   Excuse me.  And were these issues
12   documented in any way?
13   MR. HARRISON:  Objection.  Lacks
14   foundation.
15   THE WITNESS:  I can't remember if it was
16   documented and how it would, if we did.
17   BY MS. RADCLIFFE:
18   Q   Do you have the portion of this e-mail
19   that lists you as one of the recipients?  Do you
20   have any reason to believe that you did not receive
21   a copy of this e-mail?
22   A   On the second -- no, where is it?
23   Q   It's actually at the top of the page.  It
24   says from Juliette Sultan.
25   A   Oh, so the one I'm recipient or the one

251

1   I'm sending?
2   Q   Well, I guess we'll start with the fact
3   that you were -- it appears that you're replying to
4   an e-mail of some sort.  Is that inaccurate?  Is
5   that your understanding of --
6   A   I see the RE, so it seems like it's a
7   reply.
8   Q   And the portion that is attributed to you
9   that you drafted, do you have any reason to believe
10   that you did not draft that e-mail?
11   A   Draft it or wrote the e-mail?
12   Q   Meaning the same thing, wrote the e-mail.
13   A   No, there's no reason.
14   Q   Do you have any reason to believe that you
15   did not receive e-mails indicated below from Mark
16   Barrenechea, Ron Wohl, and George Roberts?
17   A   Where's the answer, sorry?  Oh, you mean
18   those?  I don't know.  I don't see the distribution
19   list.  So as far as I'm concerned, Mark could have
20   forwarded me the whole e-mail trail at the end or it
21   could have been copied.  I just don't know.
22   Q   Okay.  That's fair.  Go ahead and put that
23   document aside.
24   (Exhibit 19 marked)
25   ///

252

1   BY MS. RADCLIFFE:
2   Q   We can go ahead and mark this document
3   next in order.
4   MS. RADCLIFFE:  And I don't know if you
5   want to change the tape first.
6   THE VIDEOGRAPHER:  I have three minutes.
7   MS. RADCLIFFE:  I have very few questions
8   left.
9   MR. HARRISON:  That's fine.
10   MS. RADCLIFFE:  So we probably should
11   change the tape.
12   MR. HARRISON:  I know we're running up
13   against the limit, but of course, it's not an exact
14   science, so --
15   THE VIDEOGRAPHER:  This marks the end of
16   Videotape No. 4.  We are going off the record at
17   6:04.
18   (Off the record)
19   THE VIDEOGRAPHER:  This marks the
20   beginning of Tape No. 5.  We're back on the record
21   at 5:0- -- I'm sorry, 6:04.  6:07.
22   BY MS. RADCLIFFE:
23   Q   Ms. Sultan, did you have an opportunity to
24   review what's been marked as Exhibit 19?
25   A   I have.

253

1  Q  Do you recall receiving this document?

2  A  No.

3  Q  Do you recall receiving summaries of ERP

4  bugs/issues impacting CRM 11i?

5  A  No.

6  MR. HARRISON:  Objection.  Vague.

7  BY MS. RADCLIFFE:

8  Q  Do you see yourself as a recipient of this

9  document?

10  A  Yes.

11  Q  Do you have any reason to believe that you

12  did not receive a copy of this document while you

13  were at Oracle?

14  A  No.  I just don't recall.

15  Q  Do you see the from, it says crmopsqa-us?

16  A  Uh-huh.

17  Q  Do you know what that e-mail address

18  refers to?

19  A  Oh, it's an automated.  It's not a person.

20  A  It's an automated group or --

21  A  It's an automated e-mail.  I'm not sure

22  where it comes from.

23  Q  I have a few questions with respect to the

24  document.  Do you see where it says summary of all

25  open?

254

1  A  Yes.

2  Q  In parentheses (Status - 10, 11, 30 40)

3  ERP bugs.

4  A  Uh-huh.

5  Q  Do you know what that status numbers refer

6  to?

7  A  I can't recall what they are.

8  Q  Do you recall generally --

9  A  They were status, but I can't recall.

10  Q  And in terms of status, who would -- what

11  is it referring to with respect to the bugs?

12  A  I can't recall.

13  Q  Does it relate to whether or not they've

14  been resolved, or the stage of resolution?

15  A  It could be.

16  Q  And if you turn to the next page.  And it

17  says -- I'll strike that.

18  If you look back on the first page, and

19  you see where it says under where we were looking

20  before, it says P1, P2, P3, and P4?

21  A  Uh-huh.

22  Q  Are those terms familiar to you?

23  A  It's Priority 1, Priority 2, Priority 3,

24  Priority 4.

25  Q  Do you have an understanding of what those

255

1  priorities mean?

2  A  It means that it's the Priority 1 is the

3  most prioritized items worked on.

4  Q  And the priority is less as you go down to

5  P4?

6  A  That's correct.

7  Q  Thank you.  Go ahead and put that document

8  aside.

9  (Exhibit 20 marked)

10  BY MS. RADCLIFFE:

11  Q  We'll mark this next in order, which I

12  believe is 20.  For the record, this is a

13  multiple-page document.  NDCA-ORCL 076925 to 076930.

14  A  Yeah.

15  Q  Did you have an opportunity to review this

16  document?

17  A  Uh-huh.

18  Q  I'm going to ask you a few questions about

19  the document.  I realize you're not a recipient of

20  the document.

21  Does this document refresh your

22  recollection at all as to who Terry Nelson was?

23  A  Yeah, she was my assistant.  One of my

24  assistant.

25  Q  And you said you had several assistants.

256

1  Who else was your assistant?

2  A  I'm afraid I can't remember their names.

3  Q  Do you recall you had more than one?

4  A  I did.

5  Q  Do you recall what Ms. Nelson was in

6  charge of?

7  A  Well, she was my assistant at one point

8  and then we put her in some research.  And what --

9  at one point I ask her to do as Mark Barrenechea and

10  his directs reports were lacking information about

11  what analysts were saying, whether they were

12  industry or financial analyst.  So Terry was just

13  compiling reports, public reports, and sending them

14  through weekly e-mail to Mark and his direct

15  reports.

16  Q  And you received a copy of the -- this

17  e-mail.  Is that correct?

18  A  Yeah.

19  Q  Now, there's an indication in this e-mail

20  that to the effect that you had started your own

21  program to market CRM to financial analyst?

22  A  Yeah, that's uncorrect.

23  Q  So just so we have it straight for the

24  record.  What you were doing with respect to

25  financial analysts was what Ms. Nelson was doing,

Sultan, Juliette  5/22/2006  9:05:00 AM

257

1   was just gathering the information?
2       A   Yeah, we never talked. I mean, we -- I
3   would say I was smart enough not to go directly, but
4   to go through investor relations. What we wanted
5   were to have -- to know what they were saying about
6   our products and to gather their -- the financial
7   analyst reports and be able to send them to some of
8   the CRM executives. That's all we did.
9       Q   Do you know for what purpose the CRM
10  executives used the financial reports?
11      MR. HARRISON: Objection. Calls for
12  speculation.
13      THE WITNESS: I don't know, but as a CRM
14  executive I wanted to know what they were saying.
15  BY MS. RADCLIFFE:
16      Q   And how did you use that information?
17      A   Just then to be able to work with them in
18  prepping better for the analyst day, which was a day
19  where we would bring Stephanie -- or whomever it was
20  in her position -- would bring the analyst and brief
21  them about what we were doing.
22      Q   And so let me see if I have this straight
23  so it -- to be -- to be able to prepare individuals
24  like Stephanie and the --
25      A   More like other executive that could be

258

1   ask to present in front of them.
2       Q   So one of your roles was to help prepare
3   CRM executives to present. Is that correct?
4       A   No. It was to provide the information so
5   that they would know what is the perception out
6   there if they have to be in front of any particular
7   analyst.
8       Q   And did you have any role in analyzing
9   what the perception was by financial analyst?
10      A   I was just passing on the information.
11      MS. RADCLIFFE: Okay. I don't have any
12  further questions at this time.
13      MR. HARRISON: We don't have any followup
14  questions. But just for the record I'd like to mark
15  this transcript confidential.
16      THE REPORTER: Would you like a copy of
17  the transcript?
18      MR. HARRISON: Absolutely.
19      MS. RADCLIFFE: And I believe we do have
20  an agreement that Ms. Sultan can review the document
21  within 30 days of your receipt of it, to make any
22  corrections that she deems fit, and then the
23  original will be maintained by the court reporting
24  service.
25      MR. HARRISON: Yes.

259

1       THE VIDEOGRAPHER: This marks the end of
2   Videotape No. 5, Volume 1, in the deposition of
3   Juliette Sultan.
4       All original videotapes are retained by
5   LiveNote World Service. We are going off the
6   record. The time is 6:18.
7       (Deposition concluded at 6:16 p.m.)
8               * * *
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

260

1           PENALTY OF PERJURY CERTIFICATE
2
3       I hereby declare I am the witness in the within
4   matter, that I have read the foregoing transcript and
5   know the contents thereof; that I declare that the same
6   is true to my knowledge, except as to the matters which
7   are therein stated upon my information or belief, and as
8   to those matters, I believe them to be true.
9       I declare being aware of the penalties of perjury,
10  that the foregoing answers are true and correct.
11
12
13
14
15  Executed on the _____ day of _____, ____,
16  at _____, _____.
17      (CITY)           (STATE)
18
19
20
21      _____
22  JULIETTE SULTAN
23
24
25

261

1   STATE OF CALIFORNIA        }
                               } ss:
2   COUNTY OF LOS ANGELES      }

3

4        I, CHAROLETTE A. MARTINEZ, do hereby certify:

5        That I am a duly qualified Certified Shorthand

6   Reporter, in and for the State of California, holder of

7   certificate number 11983, which is in full force and

8   effect and that I am authorized to administer oaths and

9   affirmations;

10       That the foregoing deposition testimony of the

11  herein named witness was taken before me at the time and

12  place herein set forth;

13       That prior to being examined, the witness named

14  in the foregoing deposition, was duly sworn or affirmed

15  by me, to testify the truth, the whole truth, and

16  nothing but the truth;

17       That the testimony of the witness and all

18  objections made at the time of the examination were

19  recorded stenographically by me, and were thereafter

20  transcribed under my direction and supervision;

21       That the foregoing pages contain a full, true

22  and accurate record of the proceedings and testimony to

23  the best of my skill and ability;

24       That prior to the completion of the foregoing

25  deposition, review of the transcript was requested.

262

1        I further certify that I am not a relative or

2   employee or attorney or counsel of any of the parties,

3   nor am I a relative or employee of such attorney or

4   counsel, nor am I financially interested in the outcome

5   of this action.

6

7        IN WITNESS WHEREOF, I have subscribed my name

8   this ____ day of _____, ____.

9

10

11      _____

12  CHAROLETTE A. MARTINEZ, CSR No. 11983

13

14

15

16

17

18

19

20

21

22

23

24

25

263

1                    ERRATA SHEET

2

3   If any corrections to your deposition are necessary,

    indicate them on this sheet, giving the change, page

4   number, line number and reason for change.

5   PAGE  LINE  FROM            TO

6   ___  ___  _____  _____  _____

7   Reason _____

8   ___  ___  _____  _____  _____

9   Reason _____

10  ___  ___  _____  _____  _____

11  Reason _____

12  ___  ___  _____  _____  _____

13  Reason _____

14  ___  ___  _____  _____  _____

15  Reason _____

16  ___  ___  _____  _____  _____

17  Reason _____

18  ___  ___  _____  _____  _____

19  Reason _____

20  ___  ___  _____  _____  _____

21  Reason _____

22  ___  ___  _____  _____  _____

23  Reason _____

24

    _____  _____

25  Signature of Deponent     Date

```
 1   STATE OF CALIFORNIA          )

                                  ) ss:

 2   COUNTY OF LOS ANGELES        )

 3

 4         I, CHAROLETTE A. MARTINEZ, do hereby certify:

 5         That I am a duly qualified Certified Shorthand

 6   Reporter, in and for the State of California, holder of

 7   certificate number 11983, which is in full force and

 8   effect and that I am authorized to administer oaths and

 9   affirmations;

10         That the foregoing deposition testimony of the

11   herein named witness was taken before me at the time and

12   place herein set forth;

13         That prior to being examined, the witness named

14   in the foregoing deposition, was duly sworn or affirmed

15   by me, to testify the truth, the whole truth, and

16   nothing but the truth;

17         That the testimony of the witness and all

18   objections made at the time of the examination were

19   recorded stenographically by me, and were thereafter

20   transcribed under my direction and supervision;

21         That the foregoing pages contain a full, true

22   and accurate record of the proceedings and testimony to

23   the best of my skill and ability;

24         That prior to the completion of the foregoing

25   deposition, review of the transcript was requested.
```

1          I further certify that I am not a relative or

2     employee or attorney or counsel of any of the parties,

3     nor am I a relative or employee of such attorney or

4     counsel, nor am I financially interested in the outcome

5     of this action.

6

7          IN WITNESS WHEREOF, I have subscribed my name

8     this 5th day of June_____, 2006.

9

10

11     _____

12     CHAROLETTE A. MARTINEZ, CSR No. 11983

13

14

15

16

17

18

19

20

21

22

23

24

25