# EXHIBIT Y

Godwin, Clifford  3/3/2006  9:09:00 AM

**1**

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE ORACLE CORPORATION
SECURITIES LITIGATION,

Master File No. C-01-0988-MJJ

This Document Relates To:
ALL ACTIONS.

VIDEOTAPED DEPOSITION OF CLIFFORD S. GODWIN, JR.

Friday, March 3, 2006

BIEHL & BELL, ET AL.
REPORTING FOR:
LiveNote World Service
221 Main Street, Suite 1250
San Francisco, California 94105
Phone: (415) 321-2300
Fax: (415) 321-2301

Reported by:
LINDA SILVER RYAN, CSR
CSR No. 9915

**2**

Deposition of CLIFFORD GODWIN, taken on behalf of Plaintiffs, at 100 Pine Street, Suite 2600, San Francisco, California, beginning at 9:09 a.m. and ending at 5:36 p.m. on Friday, March 3, 2006, before LINDA SILVER RYAN, Certified Shorthand Reporter No. 9915.

Appearing as counsel on behalf of Plaintiffs:
    MONIQUE C. WINKLER, Esquire
    SHAWN WILLIAMS, Esquire
    LERACH, COUGHLIN, STOIA, GELLAR, RUDMAN & ROBBINS
    100 Pine Street, Suite 2600
    San Francisco, California 94111
    (415) 288-4545
    e-mail: moniquew@lerachlaw.com
    e-mail: shawnw@lerachlaw.com

Appearing as counsel on behalf of Defendants:
    PATRICK E. GIBBS, Esquire
    LATHAM & WATKINS, LLP
    135 Commonwealth Drive
    Menlo Park, California 92045
    (650) 463-4696
    e-mail: patrick.gibbs@lw.com

    REESE F. MORGAN, Esquire
    LATHAM & WATKINS, LLP
    505 Montgomery Street, Suite 1900
    San Francisco, California 1900
    (415) 391-0600
    e-mail: reese.morgan@lw.com

Also Present:  Jim Terrell, Videographer

**3**

INDEX

WITNESS                              EXAMINATION
CLIFFORD GODWIN
BY MS. WINKLER                            7

EXHIBIT NAME   DESCRIPTION                    PAGE

Exhibit 1  8/23/00 e-mail to Ahmed Alomari      101
    from Drew Campbell
    Bates NDCA-ORCL 2000378 - 380

Exhibit 2  E-mail chain                 114
    Bates NDCA-ORCLE078381- 382
Exhibit 3  E-mail chain                 141
    Bates NDCA-ORCL 057050

Exhibit 4  E-mail chain                 153
    Bates NDCA-ORCL 057167 - 174
Exhibit 5  E-mail chain                 158
    Bates NDCA-ORCL 078383 - 384

Exhibit 6  E-mail chain                 166
    Bates NDCA-ORCL 07385 - 387
Exhibit 7  E-mail chain                 171
    Bates NDCA-ORCL 058253 - 254

Exhibit 8  E-mail chain                 181
    Bates NDCA-ORCL 078388 - 390
Exhibit 9  E-mail chain                 186
    Bates NDCA-ORCL 057127 - 129

Exhibit 10 E-mail chain                 193
    Bates NDCA-ORCL 057237 - 239
Exhibit 11 Graph "EMEA Pipeline Open"       200
    Bates NDCA-ORCL 619911 - 620036

**4**

INDEX (Continued):

Exhibit 12 E-mail chain                 205
    Bates NDCA-ORCL 058259 - 261

Exhibit 13 E-mail chain                 211
    Bates NDCA-ORCL 058291 - 295
Exhibit 14 E-mail chain                 218
    Bates NDCA-ORCL 058328 - 331

Exhibit 15 E-mail chain                 223
    Bates NDCA-ORCL 078408 - 411
Exhibit 16 E-mail chain                 229
    Bates NDCA-ORCL 057116 - 117

Exhibit 17 E-mail chain                 234
    Bates NDCA-ORCL 057154 - 156
Exhibit 18 E-mail chain                 238
    Bates NDCA-ORCL 057187 - 189

Exhibit 19 E-mail chain                 241
    Bates NDCA-ORCL 057289 - 290
Exhibit 20 E-mail chain                 243
    Bates NDCA-ORCL 078416 - 418

Exhibit 21 E-mail chain                 252
    Bates NDCA-ORCL 058653 - 655
Exhibit 22 E-mail chain                 256
    Bates NDCA-ORCL 054460 - 462

Exhibit 23 E-mail chain                 260
    Bates NDCA-ORCL 058688 - 689
Exhibit 24 E-mail chain                 263
    Bates NDCA-ORCL 058705 - 707

Exhibit 25 E-mail chain                 268
    NDCA-ORCL 056298 - 299

5

1  INDEX (Continued)
2
3  Exhibit 26 E-mail chain                    270
          Bates NDCA-ORCL 078373 - 375
4
5  Exhibit 27 E-mail chain                    277
          Bates NDCA-ORCL 056968 - 971
6
7        INSTRUCTION NOT TO ANSWER
8              PAGE    LINE
9               85     16
               101     13
10             115      3
               142      7
11             154      2
               158     18
12             167     25
               171     18
13             181     24
               193     24
14             205      9
               218     10
15             223     22
               235      6
16             239      4
               241     24
17             243     20
               252      9
18             256     25
               260     21
19             263     19
               269      6
20             271      3
               277     10
21
22
23
24
25

7

1         MR. WILLIAMS:  Shawn Williams, Lerach Coughlin
2  Stoia Geller Rudman & Robbins on behalf of plaintiff.
3         MR. GIBBS:  Patrick Gibbs from Latham & Watkins
4  for the defendants.
5         MR. MORGAN:  Reese Morgan from Latham & Watkins
6  for the defendants.
7         THE VIDEOGRAPHER:  Thank you.  The reporter may
8  swear the witness and we'll begin.
9
10        CLIFFORD GODWIN,
11        having been first duly sworn
12        was examined and testified as follows:
13
14        EXAMINATION
15 BY MS. WINKLER:
16     Q  Good morning, Mr. Godwin.  My name is
17 Monique Winkler.  I'm going to be asking you
18 questions here today.
19     A  Good morning.
20     Q  If you would state your full name for the
21 record, please.
22     A  Sure.  My name is Clifford Godwin.
23     Q  Could you state your home address, please.
24     A  959 Baileyana Road in Hillsborough.
25     Q  Might need you to spell that.

6

1         San Francisco, California
2         Friday, March 3, 2006
3         9:09 a.m. - 5:36 p.m.
4
5       THE VIDEOGRAPHER:  This begins the videotaped
6  deposition of Clifford Godwin, tape one, Volume One,
7  in the matter In Re Oracle Corporation Securities
8  Litigation as filed in United States District Court,
9  Northern District of California, Master File No.
10 C-01-0988 MJJ.  Today's date is March 3, 2006.  The
11 time on the video monitor is 9:09.  The video
12 operator today is James Terrell, representing
13 LiveNote World Service, located at 221 Main Street,
14 Suite 1250 in San Francisco, California, 94105.  The
15 phone number is (415) 321-2300.
16      The court reporter is Linda Ryan of Biehl &
17 Bell reporting on behalf of LiveNote World Service.
18 Today's deposition is being taken on behalf of the
19 plaintiff and is taking place at 100 Pine Street in
20 San Francisco, California.
21      If counsel will now please identify
22 yourselves and whom you represent.
23      MS. WINKLER:  Monique Winkler of Lerach Coughlin
24 Stoia Geller Rudman & Robbins on behalf of
25 plaintiffs.

8

1     A  H-i-l-l-s-b-o-r-o-u-g-h.
2     Q  And the name of the road?
3     A  B-a-i-l-e-y-a-n-a, all one word, Road.
4     Q  Thank you.  And where is your -- what is
5  your business address?
6     A  600 Oracle Parkway, Redwood Shores,
7  California.
8     Q  Mr. Godwin, have you had your deposition
9  taken before?
10    A  Have I had my deposition taken.
11    Q  Yes?
12    A  Yes.
13    Q  How many times?
14    A  Once.
15    Q  When did that take place?
16    A  It was -- I'm stumped.  It was last -- it
17 was in 2004.
18    Q  And --
19    A  I can't remember exactly what month.
20    Q  Were you a party to that action in which
21 your deposition was taking place?
22    A  I was representing Oracle in that
23 deposition.
24    Q  So you were giving testimony on behalf of
25 Oracle?

9

1     A  I was giving testimony on behalf of Oracle,
2  that's right.
3     Q  Can you briefly describe for me the
4  content -- context or the subject matter of the case
5  in which you gave a deposition.
6     A  It was related to the PeopleSoft
7  acquisition.
8     Q  What was the subject matter of your specific
9  testimony?
10    A  It was -- well, it was -- it asked about a
11  wide variety of things that basically was -- I was
12  responding to different aspects of product
13  characteristics of Oracle's products in relationship
14  to the Justice Department discussion of the nature of
15  those products and how they related to PeopleSoft's
16  products in the market and so forth.
17    Q  And when you say "product characteristics,"
18  do those products include Oracle's E-Business Suite
19  or Suite 11i?
20    A  Yes.
21    Q  When I say E-Business Suite or Suite 11i, do
22  you understand that to mean the same thing?
23    A  Yes.
24    Q  Have you ever testified in court?
25    A  No.

10

1     Q  Even though you've given deposition
2  testimony before, I'm going to briefly lay out the
3  ground rules for you today.
4     A  Sure.
5     Q  I'm going to be asking questions and each
6  time I ask that you responded out loud instead of
7  with a head nod --
8     A  Yes.
9     Q  That brings me to my second thing. You'll
10  need to wait until I finish my question before you
11  answer; otherwise, it's going to be really hard on
12  her to take down the testimony. Do you understand
13  that?
14    A  Yes, I do.
15    Q  And your counsel might insert objections,
16  but unless he instructs you not to answer, you will
17  need to answer my question. Okay?
18    A  I do understand.
19    Q  And if at any time you need to take a break,
20  please let me know, but if there is a question
21  pending, I'll ask that you answer that question
22  before we take a break. Okay?
23    A  Okay.
24    Q  Is there any reason why you cannot give your
25  full and complete testimony here today?

11

1     A  No.
2     Q  You're not taking any medications that would
3  affect your ability to give full and complete
4  testimony?
5     A  No medications.
6     Q  Thank you. Do you understand or do you have
7  an understanding of why you're here today?
8     A  I'm here to give a deposition related to
9  some securities litigation.
10    Q  Do you have an understanding of the topics
11  on which you'll be asked to testify?
12    MR. GIBBS:  Objection; to the extent that the
13  question calls for you to reveal the content of any
14  communications with counsel, I would instruct you not
15  to answer. If you're able to answer the question
16  without revealing the content of any communications
17  with counsel, go ahead.
18    THE WITNESS:  I've been -- all of the
19  information I have about why I'm here and what the
20  subjects will be covered was discussed in my briefing
21  with counsel, so I really don't have any other
22  understanding of what I'm going to be talking about.
23  BY MS. WINKLER:
24    Q  Have you seen a copy of the complaint in
25  this matter?

12

1     A  No, I have not.
2     Q  Mr. Godwin, can you describe for me briefly
3  your educational background after high school.
4     A  Sure. I was -- I went to Stanford and got
5  degrees in mathematics and operations research. And
6  then went to Harvard Business School.
7     Q  Starting with the degree in mathematics from
8  Stanford, what year did you obtain that degree?
9     A  1979.
10    Q  What was that degree? Was it a bachelor's
11  degree?
12    A  I got a bachelor's and a master's degree in
13  mathematics and a master's in operations research,
14  all in 1979.
15    Q  What year did you obtain your degree from
16  Harvard Business School?
17    A  1982.
18    Q  So is my understanding correct that that was
19  consecutive years of education?
20    A  Yes, it is.
21    Q  What did you do when you graduated from
22  Harvard in 1982 and by that I mean what job?
23    A  I worked for an educational software
24  start-up that I had started in 1980 along with some
25  other people, and that lasted until 1985 basically.

**13**

1  Q  What was the name of that company?
2  A  Cybertronics International.
3  Q  And what happened to the company?  Did
4 something happen to the company in 1985?
5  A  Basically the company failed in 1985.
6  Q  What was your role at the company?
7  A  I was -- what was my title there?  I was one
8 of the principals that started the company.  I was
9 vice president of business planning and control was
10 the actual title I had at the company.
11  Q  Did your role include developing software?
12  A  I didn't directly manage the development
13 process of software.  Most of the things we did in
14 that company were to publish software that was
15 written by other people.
16  Q  And in 1985, after Cybertronics went out of
17 business, what did you do?
18  A  I -- I'm trying to remember what year.  The
19 next thing I did was I joined -- actually went into
20 commercial real estate for a period of time and
21 worked with Grub & Ellis commercial real estate in
22 San Mateo and then in San Francisco.
23  Q  Going back for a second to Cybertronics,
24 where was Cybertronics located?
25  A  Its principal office was in New York, though

**14**

1 I worked here in San Francisco at the time.
2  Q  How many years did you work in the real
3 estate business for Grub & Ellis?
4  A  Until 1990 or I think until 1989 maybe.  And
5 I joined Oracle in 1990.
6  Q  At the time you were working in the real
7 estate business, were you doing any other work
8 related to the software industry?
9  A  No.
10  Q  What was your first position with Oracle?
11  A  I was a product marketing manager.
12  Q  What was the product that you were in charge
13 of marketing?
14  A  Product -- the primary product was called
15 Application Foundation, at the time later renamed
16 Application Object Library.
17  Q  Application and foundation?
18  A  Just Application Foundation.
19  Q  No "and" there?
20  A  Two words.
21  Q  When you started working for Oracle, who did
22 you report to?
23  A  David Schwartz.
24  Q  What was Mr. Schwartz's title, if you
25 remember?

**15**

1  A  I don't remember his exact level in the
2 company at the time.
3  Q  Did you have anyone reporting to you at that
4 time?
5  A  Yes, I did.
6  Q  About how many people?
7  A  Three or four people.
8  Q  And were those three or four people
9 salespersons, or did they have some other role?
10  A  No, they were primary -- primarily the
11 deliverables of that group that I started with were
12 documentation and training deliverables, so I had
13 people working for me who were writing.
14  Q  Can you explain to me what Application
15 Foundation is.
16  A  That may take more than a day, but actually
17 I can.
18  Q  You can maybe hone it down to a simple
19 explanation.
20  A  Yes.  Application Foundation is a -- and
21 subsequently Application Object Library is a set of
22 reusable code that we use, reusable code and
23 facilities that are used to build large scale
24 applications.  They're common code that the
25 applications and various functional areas all can

**16**

1 access, so it's a matter of leverage.  You can build
2 something once, and you get a consistent behavior as
3 all of the different applications all use the same
4 components.  Sort of a layer of common components.
5  Q  Is it a tool, a design tool?
6  A  It -- all of the capabilities in Application
7 Foundation have a -- have some aspect that faces the
8 end user of the product because they have some
9 experience using the capabilities that come from this
10 software.  Most of them have an administrative
11 experience.  There is something you do to set them
12 up, and then some of them have a development aspect
13 where somebody who is actually developing software in
14 one of the application product teams, you know,
15 enters information into these facilities, and then at
16 runtime of the software that information then is
17 brought up for the user.
18  Q  Okay.  You said that Application Foundation
19 at some point in time became the application online
20 library?
21  A  Application Object Library.
22  Q  Is that what is also known as AOL?
23  A  Yes, it is.
24  Q  And is that AOL part -- was that part of
25 Suite 11i?

17

1    A  Yes.
2    Q  At what point in time did the Application
3  Foundation become known as AOL?
4    A  I don't remember when it was renamed,
5  sometime in the '90s.
6    Q  When it was renamed, was it -- did it become
7  something different, or was it a simple renaming?
8    A  Basically renaming.
9    Q  Okay.  Is it fair to say that during the
10  entire course of your employment with Oracle you've
11  worked with the Application Object Library?
12    A  Yes.
13    Q  And I'll come back to this in more detail
14  later, so forgive me already if I ask you questions
15  that I've already asked you.
16    A  Certainly.
17    Q  It's very complicated to me.
18      What was your next position after you were
19  the product marketing manager?
20    A  I think the next position was product
21  manager, which -- I think that's right.  This is like
22  is 13 years ago, but I think the name of the next
23  position was product manager.
24    Q  At what point in time did you become product
25  manager?

18

1    A  I don't recall exactly.  I mean, it was
2  sometime in the early 1990s.
3    Q  Do you recall approximately how long you
4  were the product marketing manager?
5    A  Well, that's the same question.  I basically
6  don't recall the duration of that because --
7    Q  Did your job responsibilities change when
8  you became the product manager?
9    A  Yes.
10    Q  And were you the product manager of still
11  the AOL product?
12    A  Yes.
13    Q  How did your job responsibilities change
14  when you became the product manager?
15    A  That -- at that point I became responsible
16  for both the development as well as the product -- as
17  well as the education and training and documentation
18  deliverables that I had been responsible for
19  previously.
20    Q  What was the marketing -- strike that.
21      Is AOL a product that Oracle actually
22  marketed to customers in the public?
23    A  Not actively.  For a while it was actually
24  priced where somebody could buy it, but it was not a
25  product that we typically promoted.  It's basically a

19

1  set of development facilities that somebody who is
2  trying to build applications like the ones that we
3  produced might need the license if they were doing
4  can customizations.  But it's not something we would
5  go out and -- we wouldn't lead sales activity with
6  it, try to generate revenue.  It was just something
7  that was available for people who had that
8  requirement.
9    Q  So who were you marketing the product to
10  when you were the product marketing manager?
11    A  Well, marketing manager was the name of the
12  position.  In substance the position consisted of
13  managing the sort of information transfer
14  deliverables around, you know, basically writing the
15  manuals for the product and creating class notes for
16  training the products, the position was called
17  product marketing at the time, but it's not marketing
18  in the conventional sense of trying to focus on
19  building awareness and the kind of things you
20  normally associate with marketing.
21    Q  Okay.  Now, you said you worked on the
22  manuals and the class notes.  Who were the intended
23  end users of those manuals and class notes?
24    A  The manuals -- we had documents that faced
25  end users that explained how the common

20

1  characteristics of the user interface of the system
2  work, a manual that would face the system
3  administrator who was dealing operationally with
4  running the system and a coding standards manual that
5  would face a developer who was trying to code custom
6  application using the same standards that we had used
7  to build the applications.
8    Q  Were the intended end users generally Oracle
9  employees?
10    A  No.  Oracle employees would be a subset of
11  the users, but these documents would go out to
12  customers as well.
13    Q  So they would go to customers whose actually
14  purchased AOL from Oracle?
15    A  Right.  And some of the applications, some
16  of those, like the system administrator manual, would
17  go to anybody who bought any of the applications
18  because it's the system administrator manual for the
19  entire system.
20    Q  So was AOL sold by Oracle as part of other
21  products that Oracle sold?
22    A  It was licensed separately, but you would
23  only buy it as a practical matter if you were buying
24  one of the Oracle applications and wanted to build an
25  extension to that application using the same

21

1  technical standards that we had used.  And in that
2  case, you would license AOL at that time for those --
3  to be allowed to use those same facets that we had
4  used internally.
5     Q  Okay.  What do you mean by the term
6  "development facilities"?
7     A  We build -- I'm trying to figure how to
8  explain this.  When you're building an application,
9  there are things that come up that you do over and
10  over again.  What we tend -- what we have done to
11  improve the productivity of development both for our
12  own developers and for customers who want to build
13  applications that integrate tightly with our
14  applications or extend the behavior of their
15  applications is to provide the same common reusable
16  components that we used internally, provide those to
17  customers, and all of the product teams use those
18  same facilities.
19     Those facilities are what we call meta
20  database.  That means that you don't necessarily
21  write code as an application developer to use this
22  facility.  It's sort of an engine that you specify
23  data for.  Your particular problem that you're trying
24  to solve in general ledger or the particular problem
25  you're trying to solve in human resources, you might

22

1  type in different data that drives this engine in a
2  different way to solve the particular problem that
3  arises in a different functional area.  But there is
4  one common body of code that is actually running to
5  process that.
6     So you can think of things like that as
7  prebuilt features that have a lot of configuration
8  associated with them to make them behave in a
9  particular way in a particular application context,
10  and that's the kind of thing that AOL provides.
11     Q  So is AOL the one common body of code?
12     A  It's a common -- it's a common body of code
13  that is used across all of the applications, that's
14  right.  As well as some -- the ways that are included
15  in the applications.  Also some run time common
16  facilities like the batch program management
17  infrastructure.  If you think of a job control system
18  or something that schedules the various jobs that
19  have to be run in the system, we built that at AOL as
20  well.  It's basically a common system, system
21  administration component.  So --
22     MR. GIBBS:  Let me just remind the witness to
23  give me a little bit of time to get in with an
24  objection and interpose an objection to the last
25  question as vague as to "the one common body of code"

23

1  and misstating the testimony.
2  BY MS. WINKLER:
3     Q  Mr. Godwin, in that description, I believe
4  you used the term "integrate."  And I want to ask you
5  what you mean by the term "integrate."
6     A  I'm trying to remember the context in which
7  I said that.  I believe I meant in the context for
8  people who wanted to build applications that are
9  tightly integrated with our applications.  So in that
10  particular context, what I mean is that the
11  applications would operate in the same environment.
12  They would share the same data.  They would have some
13  of the same behaviors as the applications that we
14  shipped.
15     Q  I've gotten a little off track.
16     Going back to your job as product manager.
17  How long did you hold that position?  Or until an
18  approximate date?
19     A  I don't remember when I was promoted next.
20     Q  When you were product manager, did you
21  continue to report to David Schwartz?
22     A  At some point David Schwartz, I think in
23  about -- sometime in 1992, I believe, David Schwartz
24  left that role and Ron Wohl took over the
25  applications division, and I reported directly to

24

1  Ron.
2     Q  And when you say Ron Wohl took over the
3  applications division, do you mean that he was the
4  head of the applications --
5     A  He became the head of the applications
6  division.
7     Q  What was your next position after product
8  manager?
9     A  As a director of applications technology.
10     Q  And I assume you continued to report to
11  Mr. Wohl when you were the director?
12     A  Yes.
13     Q  How did your job responsibilities change
14  when you became the director of applications
15  technology?
16     A  I'm not sure how much additional scope of
17  responsibility I got into in that promotion.  I don't
18  really remember that.
19     Q  What was your next position after director
20  of applications technology?
21     A  Senior director of applications technology.
22     Q  Again, did you continue to report to
23  Mr. Wohl?
24     A  Yes, I did.
25     Q  Can you give me an approximate time frame

25

1    when you were senior director of applications
2    technology.
3         A   I again don't remember the dates when those
4    promotions occurred.  It's a blur.
5         Q   About how many people did you have reporting
6    to you when you were senior director of applications
7    technology?
8         A   I don't remember that either.
9         Q   Let's maybe start back from the beginning.
10   I thought you said initially when you were the
11   product marketing manager, you had three to four
12   people that reported to you?
13        A   Yes, yes.
14        Q   Can you tell me how that increased over time
15   going to --
16        A   Yes, I understand what you're asking.  I'm
17   just trying to be -- I just don't remember the
18   dates, so I don't want to say something that is
19   factually incorrect.  As I went through these
20   different promotions, the -- my -- the number of
21   people in the applications division was growing, the
22   number of products that we were producing was
23   growing, my group was growing.
24        So at any given point, for the time I took
25   over development and probably had a team of something

26

1    on the order of 30 people or so over the years, that
2    grew up and more functions have been aggregated into
3    that area.
4         Q   So when you said you took over development,
5    does that mean when you moved to the product manager
6    role, is that what you took over development?
7         A   Yes, that's right, um-hum.
8         Q   What was your next position after senior
9    director of applications technology?
10        A   Vice president of applications technology.
11        Q   And then I assume you became senior vice
12   president of applications?
13        A   That's when I became senior vice president
14   of applications technology, that's correct.
15        Q   Going back to approximately '99, 2000, do
16   you recall which position you were in at that time?
17        A   I believe I was -- I was either vice
18   president or senior vice president.  I don't recall
19   exactly when the senior vice president promotion
20   occurred, but it's one of those two.
21        Q   Now, were there other individuals at your
22   level who reported directly to Ron Wohl?
23        A   Yes, there were.
24        Q   And, again, talking about the 2000 time
25   frame, who were those other individuals at your level

27

1    that reported directly to Ron Wohl?
2         A   I'm sure I cannot give you a complete list.
3    I can name some of the people.
4         Q   Okay.  If you would, please.
5         A   Don Klaiss, John Wookey.
6         Q   How do you spell John's last name?
7         A   W-o-o-k-e-y.
8         Let's see, Steve Miranda, I believe Steve
9    was reporting directly to Ron at that time.  John
10   Wookey was running the financials area for a period
11   of time.  At one point John switched to a different
12   role, and Steve Miranda took over financials.  I
13   can't remember the date when that happened, but I
14   believe Steve Miranda was probably running financials
15   by this time.
16        Q   Okay.
17        A   Joel Summers and Greg Seiden, Kirsten Shaw,
18   Marina Zago.
19        Q   Is that Z-a-g-o?
20        A   Z-a-g-o.
21        That's a good cut at it.  If there are
22   others I'm forgetting, I apologize.
23        Q   Starting Mr. Klaiss, do you recall what
24   either his title or his role was?
25        A   Yes, he was the senior vice president for

28

1    the manufacturing and supply chain products,
2    manufacturing distribution products.
3         Q   How about -- and you said Steve Miranda was
4    in charge of financials?
5         A   Yes.
6         Q   Was he a senior vice president as well?
7         A   Probably not at that point.  He was probably
8    vice president.
9         Q   At some point in time did he become the
10   senior vice president?
11        A   Yes, I believe he is now senior vice
12   president.
13        Q   And Mr. Miranda is still with the company
14   then?
15        A   Yes, he is.
16        Q   How about Mr. Klaiss, is he still with the
17   company?
18        A   No, he is not.
19        Q   And Mr. Summers, what was his title or role?
20        A   He was responsible for the human resources
21   applications.  I don't recall whether he was a vice
22   president or senior vice president.
23        Q   Is Mr. Summers still with Oracle?
24        A   No, he is not.
25        Q   What was Mr. Seiden's title or role?

29

1   A   He was -- I remember him being vice
2   president of release and integration.  That was -- I
3   don't remember the exact title he had, but that's
4   basically what his responsibility was.
5   Q   Is Mr. Seiden still with the company?
6   A   Yes, he is.
7   Q   Do you know what Mr. Seiden's role is today
8   with the company?
9   A   Yes, he does, he reports to me.
10  Q   He reports to you?
11  A   Yeah, he reports to me now, yes.
12  Q   Is he performing the same function?
13  A   No, he is not.  He is performing a -- it's
14  a -- some aspects of it are similar function, but
15  different scope.  It's within the scope of my
16  organization of the -- he is in charge of the quality
17  assurance area and release and operations.  He is
18  essentially the vice president of operations for my
19  group.
20  Q   Ms. Shaw, what was her title or role?
21  A   I believe she is -- I can't remember the
22  level of her title.  She was responsible for customer
23  programs.
24  Q   Is she still with the company?
25  A   Yes, she is.

30

1   Q   And how about Marina Zago?
2   A   Marina Zago is -- I don't recall the exact
3   title -- level that she had, but she was and is
4   responsible for our demonstration services.
5   Q   Can you explain to me what Mr. Seiden -- the
6   scope of Mr. Seiden's position at the company.  And
7   I'm again talking about the 2000, -- now I'm talking
8   about 2000, 2001 time frame.
9   A   Sure.  His area was responsible for the
10  delivery of the installation and the -- delivery of
11  the completed overall installation and upgrade of the
12  applications.  So when the different product teams
13  complete the development cycle, they deliver a code
14  to a group that basically packages it into a common
15  installation, and Greg ran that group.
16  Q   I believe you said delivery of -- I'm sorry,
17  you used the term "application."  What were you
18  referring to when you used the term "application"
19  with respect to Mr. Seiden's position?
20  A   When the different application product
21  team -- when you generally buy application as an
22  individual Oracle product module like general ledger
23  or payables or payroll or human resources, the -- as
24  the products are built by teams of people responsible
25  for particular areas, there is then an aggregation

31

1   function that occurs when all of that code is
2   delivered to be staged to be delivered in a common
3   installation, and that's what Greg's group does, the
4   various applications in that sense.
5   Q   If I could just break that down a bit.
6       You described things like GL and payroll as
7   modules; is that correct?
8   A   Yes, I was using -- in that sense I would
9   use the term module and application interchangeably.
10  That's what I'm saying.
11  Q   And when these modules or applications were
12  brought together, then what did the product become at
13  the time when they were brought together?
14  A   Well, they're aggregated into a single suite
15  delivery which is the entire -- which causes the
16  entire system to be installed with all of the code of
17  all of the applications present.
18  Q   What do you mean when you say "entire
19  system"?
20  A   I mean the union of the applications.
21  Q   In the 2000, 2001 time frame, is the entire
22  system the same thing as Suite 11i?
23  A   Yes, that's the version at that time, yes.
24  Q   So is Mr. Seiden in charge of bringing
25  various applications together into Suite 11i; is that

32

1   correct?
2   A   Packaging them.
3   Q   What does packaging mean?
4   A   Well, it means that -- when you build a
5   common installation that installs the various
6   artifacts of all of the individual applications, the
7   things that are produced by all of the individual
8   application teams are all essentially brought
9   together and then packaged in a way where they are --
10  they are all installed when you install the
11  E-Business Suite.  So it's -- and there is -- there
12  are phasing -- there are aspects of installing or of
13  doing the upgrade which work more efficiently when
14  it's all done once rather than -- you don't run an
15  installation for each of the individual applications.
16  You just have one combined installation, and no
17  matter what application you're using, you are running
18  off of the one combined installation.
19      So the process of producing the one combined
20  installation from the things produced by each of the
21  individual product development groups is what Greg's
22  group did.
23  Q   Now, did Greg's -- was Greg's group also
24  responsible for developing how the various
25  applications would communicate with one another?

33

1     A  No.
2     Q  And who was responsible for that?
3     MR. GIBBS:  Objection; vague.
4     THE WITNESS:  I don't really understand.  There
5  is no single person with that responsibility.
6  BY MS. WINKLER:
7     Q  Was there a group with that responsibility?
8     A  Not -- not really.  That's not a -- that's
9  not something that had a named responsibility and an
10  associated person with it.  There is a -- there are
11  common development standards that are used to build
12  the applications and principles that everybody is
13  using, and those are -- there is no individual who is
14  performing that specific task or group that is
15  performing that specific task.
16     Q  So is everyone responsible for that task in
17  a sense?
18     MR. GIBBS:  Same objection.
19     THE WITNESS:  I'm -- it's not a task.  I don't
20  understand.  You need to -- I mean, there is not a --
21  I mean, the applications all are built off of a
22  single coherent data model, and there is nobody who
23  has the task of -- I mean -- that's just the design
24  point of the applications.  That's what everybody is
25  doing is building things off of a single coherent

34

1  data model.
2     So there are people who are focused on what
3  the actual subject detail choices are going to be
4  made in any individual area, but the principle that
5  we're building off of a common data model, it's not a
6  task.  It's just a design principle of the
7  applications that everyone subscribes to.
8  BY MS. WINKLER:
9     Q  When you're talking about applications and
10  the responsibilities of these various individuals who
11  reported to Ron Wohl, are you referring only to what
12  is known as the ERP applications?
13     A  Some of the -- some of the functions I'm
14  describing spanned ERP and CRM applications, and some
15  of them were unique to activities that were unique to
16  Ron's organization.
17     Q  Going back to the list of individuals that
18  you -- who you described to me as having reported to
19  Ron Wohl, were those individuals responsible only for
20  ERP, or were they also responsible for CRM?
21     A  Varied by individual is what I'm saying.
22     Q  Going back to Mr. Klaiss, did his
23  responsibilities include both ERP and CRM?
24     A  No.  He was basically responsible for a set
25  of products that were delivered from his development

35

1  organization that was not the CRM Mark Barrenechea
2  organization.
3     Q  How about Steve Miranda?
4     A  Same.  Actually, I -- when-- let me clarify
5  that answer.
6     The products that -- I need to be more
7  precise what I'm saying.
8     The products -- I mean, Steve Miranda
9  reported to Ron Wohl and was responsible for
10  delivering certain products.  So in that sense Steve
11  Miranda's products are part of the ERP organization
12  under Ron.  That was the management chain for that.
13  Steve Miranda produced products which were also
14  central to the CRM applications.  Steve Miranda owned
15  the customer model, which all of the CRM applications
16  depend on centrally.
17     But organizationally that reported into Ron,
18  so I'm trying to give you a distinction because if
19  you're asking did Steve Miranda report to Ron and was
20  he accountable for ERP products normally associated
21  with ERP, yes, he is.  But the CRM products depended
22  on Steve's products as well.  So I just want to be
23  clear about that.
24     Q  How about Mr. Summers?
25     A  His -- well, same -- his development

36

1  organization was part of the ERP development
2  organization.  His products would normally be
3  considered part of the ERP family of products.  There
4  are parts of the system that he built which all of
5  the products depended on, but his products as you
6  would license them would be thought of as ERP
7  products.
8     Q  Just taking a step back.  You mentioned Mark
9  Barrenechea.  Is Mr. Barrenechea the individual at
10  Oracle that was responsible for CRM during the 2000,
11  2001 time frame?
12     A  Yes.  Although there was a transition made
13  there at some point.  I don't remember when.  He did
14  report -- Mark Barrenechea did report to Ron for a
15  period of time, and then at some point he was -- he
16  moved to report to Larry Ellison directly and not
17  report to Ron anymore, and I can't recall when that
18  transition occurred.
19     Q  Do you recall if that transition occurred
20  before the E-Business Suite development began?
21     MR. GIBBS:  Objection; vague as to time and the
22  term E-Business Suite.
23     THE WITNESS:  It would have occurred during
24  the -- I'm pretty sure it occurred during the
25  development of E-Business Suite.

37

1  BY MS. WINKLER:
2  Q  Mr. Godwin, what is your understanding of
3  the term E-Business Suite?
4  A  I use the term E-Business Suite to be
5  synonymous with the 11i release of the family --
6  entire family of Oracle applications as distinct from
7  the 11o or prior versions of Oracle applications.
8  Q  And were the prior versions of Oracle --
9  strike that.
10  Did the prior versions of Oracle
11  applications include both ERP and CRM, for example,
12  11o?
13  A  11o had very limited CRM capabilities.  Our
14  major investment with CRM really began with the 11i
15  cycle.
16  Q  Did Mr. Wohl report directly to Larry
17  Ellison as well?
18  A  Yes, he did, for, I think all of that
19  period, but I'm not positive, but I think so.  There
20  was a period in there where people -- where the -- I
21  think that was earlier.  There was a period where all
22  of the development leads reported to a person named
23  Dirk Kabcenell, that was a brief period, but I think
24  that was earlier in the '90s, so I think during this
25  entire period we're discussing, I think he was

38

1  reporting directly to Larry.  I'm pretty sure that's
2  right.
3  Q  Just to clarify, Mr. Wohl during that time
4  period, 2000, 2001, was Mr. Wohl the individual at
5  Oracle responsible for ERP?
6  A  Development, yes.
7  Q  And what does ERP stand for?
8  A  Enterprise resource planning.
9  Q  And how about CRM?
10  A  Customer relationship management.
11  Q  And going back to my questions regarding
12  whether the individual's job responsibilities were
13  purely within ERP or they overlapped with CRM, how
14  about Mr. Seiden's responsibilities?
15  A  No.  His -- we packaged all of the ERP and
16  CRM products together in a common install, so he is
17  the one who spanned the areas.
18  Q  And was there someone on the CRM side with
19  similar job responsibilities, or was Mr. Seiden the
20  individual for overall responsibility of that?
21  A  Mr. Seiden had the overall responsibility
22  for that.  Alan Fletcher had some analogous
23  responsibilities in the CRM organization at the time,
24  although for purposes of building the install, that
25  all went through Greg's group.

39

1  Q  Did Alan Fletcher report to Mr. Seiden?
2  A  He reported to Mark Barrenechea.
3  Q  Did he have any kind of dotted line
4  reporting relationship with Mr. Seiden?
5  A  No.  Lateral coordination relationship.
6  Q  But Greg, Mr. Seiden was the one who was in
7  charge --
8  A  Of packaging the release.
9  Q  Thank you.  And Ms. Shaw, how about her
10  responsibilities, were they --
11  A  You have --
12  Q  Let me finish.  I know you anticipate what
13  I'm asking, but let me finish.
14  A  Go ahead.
15  Q  Were her responsibilities entirely within
16  ERP, or was there also an overlap?
17  A  I can't speak to that definitively.
18  Q  I apologize if I've asked you this already,
19  but can you describe for me a little more what
20  Ms. Shaw's responsibilities were during the 2000,
21  2001 time frame.
22  A  Yes.  She was in charge of what we call
23  customer programs, which meant some set of proactive
24  programs of dealing with customers, but also fielding
25  customer escalation issues that needed to be

40

1  coordinated between support and development.  So if
2  the support organization needed to try to make sure
3  that, say, multiple teams in development were
4  coordinating on a particular escalated customer
5  situation, Ms. Shaw's group was responsible for sort
6  of that expediting or coordination activity.
7  Q  And why was it that development needed to be
8  involved in customer escalations?
9  A  Well, when a customer -- I mean a customer
10  escalation first occurred -- what happens is if a
11  customer has a problem, the support organization
12  tries to address the problem either by giving them
13  information or potentially giving them a -- an
14  existing code fix that will address their issue.  If
15  they don't do that, then they -- if they can't do
16  that, then they have a -- if they can identify a code
17  defect or what they believe is a code defect, they
18  log a bug in our terminology, and the development
19  organizations works on that bug.
20  So sometimes the customer's situation is
21  particularly critical that we need to -- that
22  somebody needs to basically go and try to make sure
23  as a matter of prioritization a particular customer
24  issue is being addressed at the expense of whatever
25  else the people are working on.  So in that sense of

41

1   kind of an expediter role.  You need a focused person
2   or set of people in development to make sure that on
3   behalf of the customer, you know, several people all
4   understand that a certain thing has to be done at a
5   certain time frame for what the customer needs, if
6   there is actually a code change that is required or
7   just an issue that needs to be diagnosed that support
8   couldn't successfully diagnose.
9       Q   And why would a code change be required?
10      A   A code change could be required for a
11  variety of reasons.  A code change is if there is a
12  software defect, the code change could correct the
13  defect.  If there is a data condition at the
14  customer's site that is causing a problem, a code --
15  a -- development would have to build potentially a
16  script, potentially, to correct whatever the data
17  condition was that was problematic for the customer.
18  All kinds of different things that can come up.
19      Q   So Ms. Shaw worked with both the support and
20  the developers; is that correct?
21      A   Yes.
22      Q   Finally, Ms. Zago, did her roll overlap
23  between ERP and CRM?
24      A   Yes, it did.
25      Q   Can you describe for me how her roll

42

1   overlapped.
2       A   We -- we have a common demonstration system
3   across ERP and CRM.  There was a group in CRM that
4   focused, I believe, on the issues involved in
5   demonstrating the CRM products.  But overall, that
6   rolled into Marina for purposes of producing an
7   overall demonstration of all of the products.
8       Q   So was there someone at Marina's level
9   within the CRM group?
10      A   I don't think so.  Although I'm not the
11  right authority on that.
12      Q   Okay.  But it's your understanding that
13  Marina was responsible for the demonstrations of
14  Suite 11i during the 2000, 2001 time frame?
15      A   Yes.
16      MR. GIBBS:  Objection; vague and misstates the
17  testimony.
18      Do you need to hear the question again?  Do
19  you need to hear the question again.
20      MS. WINKLER:  I think he answered my question.
21      MR. GIBBS:  I didn't hear it.  I see.
22  BY MS. WINKLER:
23      Q   I believe you testified that Steve Miranda
24  owned the customer model; is that correct?
25      A   Yes.

43

1       Q   What does that mean to own the customer
2   model?
3       A   There is a set of tables for storing
4   information and code that accesses that information
5   that relates to modelling customers or trading
6   partners of an organization more generally.  This
7   could be in a business-to-business context where
8   you're modeling other organizations that you sell to
9   or that you partner with or consumers and households
10  and things that consumer oriented companies would
11  sell to.
12      So there is one model that serves all of
13  those purposes and is used by all of the
14  applications, and that's called the Trading Community
15  Architecture, TCA, sometimes also referred to as the
16  customer model colloquially.
17      Q   So when you say the customer model, modeled
18  customers, you mean actual customers of Oracle's
19  customers; is that correct?
20      A   Yes, that is correct.
21      Q   Was there a Trading Community Architecture
22  part of ERP before Oracle started developing the CRM
23  side of its applications?
24      A   There -- the products in financials that
25  were involved in billing customers, which we've had

44

1   before the 11i version of the applications, modeled
2   customers from the point of view of modeling the
3   information you need to bill people.  That -- so that
4   was the starting point for this Trading Community
5   Architecture.
6       Q   Okay.
7       A   And then it added a great amount of
8   capability to support all of the demands of the CRM
9   applications.
10      Q   So prior to the -- strike that.
11      Prior to the development of CRM, did
12  Mr. Miranda have responsibility for the Trading
13  Community Architecture and the customer modeling?
14      A   I don't know.  I don't recall his career
15  path and when he acquired responsibility for that
16  area.
17      Q   But he was the person responsible in 2000,
18  2001?
19      A   Yes.
20      Q   Do you recall when Oracle started developing
21  the CRM products?
22      A   There are aspects of what we now know of as
23  the CRM products present in the Oracle applications
24  in earlier releases in a much smaller scope and
25  degree, but there were, you know, there were things

45

1  that would be identifiable as CRM-related
2  functionality in earlier versions of the
3  applications, you know, back into the 1990s
4  someplace. I don't know when exactly.
5      Q  When did Oracle start developing CRM as a
6  separate product line, if that's a correct
7  terminology?
8      A  It's not so much about developing it as a
9  separate product line. We added a lot of -- we added
10  a lot of capacity to build out the CRM offering, the
11  scope of it in the late '90s, and as the area became
12  fashionable and other companies were succeeding in
13  this area, and we -- I don't recall when it was, like
14  really starting to become identified as a sort of
15  product family in its own right, but we -- there
16  is -- so I'm not sure there is a point in time to
17  refer to really there.
18      Q  But was Suite 11i the first release of
19  Oracle products that included CRM as a separate line
20  of products?
21      A  As a broad family of products, yes, I'd say
22  that's right. We had some CRM, you know, some
23  functionality related to CRM in earlier versions, but
24  the first broad family of CRM activity was in the 11i
25  version that really was a focus point for it.

46

1      Q  Now, going back to your job
2  responsibilities, did your job have overlap with ERP
3  and CRM?
4      A  Yes, it did.
5      Q  Can you describe for me the overlap that
6  included CRM.
7      A  Sure. My -- well, the Application Object
8  Library facilities that my group builds were used in
9  both ERP and CRM applications. They provide a common
10  technical foundation. So, for example, the job
11  scheduling system that we used to schedule batch
12  programs to run or reports to run for users, that's
13  the same thing exactly. There is no distinction
14  between ERP and CRM for that. So that's the kind of
15  thing we used across all of the applications.
16      Q  Now, while Oracle was developing this CRM
17  application, did you work with individuals in the CRM
18  division?
19      A  Of course, yes.
20      Q  Going back to Mr. Summers, I believe you
21  said his job also had overlap with the CRM division.
22      A  Well, he was responsible specifically for
23  the human resources product areas, so there is
24  probably less overlap with CRM and human resources
25  than there are in some other areas. But there are

47

1  some -- just as the Trading Community Architecture
2  was owned by Steve Miranda but used consistently by
3  all of the products, including the CRM products, Joel
4  Summer's area owns the model of organizations,
5  because that's something that is very central to
6  human resources. So his group is the one that owns
7  that but all of the applications use it.
8          So to the extent that CRM applications make
9  reference to a hierarchy of organizations that a
10  customer of Oracle sets up to model their -- how
11  their business is organized, that would use
12  facilities that were built in Joel's group.
13      Q  Now, is the model of organizations known by
14  any other terminology, or is that how it's generally
15  referred to within Oracle?
16      A  It's sometimes -- it would probably be
17  called the org model.
18      Q  The what model?
19      A  Org, short for organization. But generally
20  that's what it is.
21      MS. WINKLER: Let's take a short five-minute
22  break.
23      THE VIDEOGRAPHER: Off the record at 10:05.
24      (Recess.)
25      THE VIDEOGRAPHER: On record at 10:13.

48

1  BY MS. WINKLER:
2      Q  Mr. Godwin, I think I heard you testify
3  earlier that the 11i suite of applications was built
4  on a single coherent data model. Is that correct?
5      A  Yes.
6      Q  Can you describe more about what you mean
7  about single coherent data model.
8      A  Right. It means that the applications are
9  referring -- there's a single set of tables that is
10  used to store the information in the applications and
11  that the information is -- the information needed by
12  any application is accessed from basically a single
13  way of being stored, you know, within the
14  applications.
15      Q  So if we had two individuals who were
16  programming or writing the code for two separate
17  applications and they both wanted the ability to
18  access, let's say, for example, a customer of the
19  customer's, how -- can you describe for me how the
20  single coherent data model fits into that example.
21      A  Sure. If I were -- if I needed
22  information -- if I needed to get the customer's
23  address, for example, for a billing application or
24  for a marketing application, I would call an API
25  provided by the Trading Community Architecture team

49

1  to get information about the customer. And I would
2  get the same information even though there was two
3  different applications. And that information would
4  be maintained in one place by those applications.
5  And that's basically it.
6      Q   You said you would call an API provided by
7  the TCA team. What do you mean by "API"?
8      A   Application programming interface. There
9  are several different ways of accessing information
10  in the applications. Developers can code SQL
11  statements directly. The SQL structured query
12  language is basically the programming language for
13  accessing the database, so people building the
14  applications can write SQL statements directly to go
15  get the information directly out of those tables.
16      Or to have information aggregated in
17  particularly useful ways, teams will often structure
18  standard programming interfaces which allow you to
19  ask a -- ask the module a question and get an answer,
20  and those APIs can be -- can exist in a variety of
21  programming languages. But generally the concept is
22  that you have a standard way of accessing the
23  information.
24      Q   So when you said "standard programming
25  interfaces," by that you mean the API?

50

1      A   I'm sorry, I don't remember saying -- I
2  think I mean -- I don't remember the question. I
3  don't remember what I said when I said standard
4  programming. What I mean is that there -- that all
5  the applications access the information in a standard
6  way, in the same way by calling APIs or by accessing
7  the data directly in the tables using SQL.
8      Q   When you say "calling APIs," what do you
9  mean?
10      A   Meaning that the particular application that
11  wants the information as part of its code, it writes
12  code to invoke the API or to call the API, this
13  programming interface, which in effect is a way of
14  asking another part of the system for information.
15      Q   So if two different applications wanted to
16  access the same piece of information, do they use the
17  same API, or do they each have their own API to
18  access that information?
19      A   It usually -- the API is provided by the
20  group that essentially publishes the information, and
21  you can have -- you think of it as one publisher,
22  multiple subscribers. You can have basically -- the
23  application that wants the information calls the API
24  that is provided by the supplying team, and then
25  another application that wants the information calls

51

1  typically the same API.
2      Now, there could be multiple APIs that
3  access -- that shape the information for different
4  purposes. So the fact that I have a customer -- a
5  customer -- an API for customer information tailored
6  to a particular use in CRM or tailored to a
7  particular use in the invoice billing application is
8  normal because the actual set of attributes that
9  those applications need are different. So you might
10  have two different APIs over the same information.
11      Q   Okay.
12      A   But if two applications needed the same
13  information, if two different applications both
14  needed the billing information, they both call the
15  same billing oriented API from a customer.
16      Q   Okay. I think I understand it. So if two
17  different applications are trying to access the exact
18  same information and in the exact same format, they
19  might use the same API?
20      A   That's right.
21      Q   But if they wanted some -- there was
22  something different about what they wanted, then they
23  would use different APIs; is that correct?
24      A   That's correct.
25      Q   I think you mentioned the group that

52

1  publishes the information is the one who writes the
2  API; is that correct?
3      A   Well, typically if -- as part of owning the
4  code of an application, you provide APIs that other
5  teams will call or that even other parts of your own
6  code will call.
7      Q   So let's take --
8      A   So that the people -- so that it's clear --
9  I mean, there are reasons you do that which I can get
10  into if you care, but that's basically there's --
11  that's -- that's what you do.
12      Q   Let me try to take an example. For example,
13  who -- which group would be the group that publishes
14  or owns the customer address?
15      A   It would be the TCA team.
16      Q   So does the TCA team then publish APIs for
17  the various other applications to access that
18  customer address?
19      A   Um-hum, yes.
20      Q   Is there a module in Suite 11i known as
21  Order Management?
22      A   Yes.
23      Q   So for Order Management to access the
24  customer's address, they would use an API provided by
25  TCA; is that correct?

Godwin, Clifford  3/3/2006  9:09:00 AM

53

1      A  As I mention, they could do that, or
2  depending on the particular use case they have, they
3  might write SQL that might join directly against the
4  underlying tables.  There are various performance
5  reasons why you might pick one approach versus
6  another.  But as a high level proposition, yes, if
7  Order Management needed for some purpose to get
8  information from TCA, it would generally call an API
9  provided by TCA.
10     Q  Okay.  Is Order Management part of CRM?
11     A  Order Management was organized under Don
12  Klaiss, so it was part of manufacturing distribution
13  applications in ERP.
14     Q  Can you give me an example of a part of CRM
15  that would access the customer address.
16     A  Sure.  I'm sure that -- I mean, I don't know
17  this for a fact, but I would assume that the -- like
18  the marketing application that is trying to produce
19  marketing collateral to e-mail to people or to mail
20  to people might access address information for --
21  about the people.
22     Q  Did the people who developed the marketing
23  application -- strike that.
24        Was the marketing application developed
25  after the TCA?

54

1        MR. GIBBS:  Objection; vague.
2        THE WITNESS:  That doesn't make -- that's not a
3  well formed -- I'm sorry, that's -- there's --
4  they're both -- I don't know if you want to ask me a
5  different question.  Or what do you want to do?
6  BY MS. WINKLER:
7      Q  It's my understanding from your earlier
8  testimony that a lot of ERP or the components of ERP
9  were in existence prior to 2000, 2001.  And although
10  a few of the components of CRM were there, most of
11  them were developed during that time frame; is that
12  correct?
13     A  That's correct.
14     Q  I guess my question what I'm trying to get
15  at is how -- strike that.
16        Was the marketing component of CRM developed
17  during the 2000, 2001 time frame, if you know?
18     A  It was -- there is certain development on it
19  at that time.  I can't tell you whether there was
20  also development earlier or not if you're trying to
21  box it to that time, but there was certainly
22  development on it in that time frame.
23     Q  Did the developers in CRM work with the
24  developers in the various ARP -- responsible for the
25  various ARP applications when they were developing

55

1  the development models?
2        MR. GIBBS:  You mean ERP?  I think you said ARP.
3        MS. WINKLER:  I did mean ERP, yes, sorry.
4        THE WITNESS:  Yes, it did.
5  BY MS. WINKLER:
6      Q  Was there a group equivalent to your group
7  in the CRM division?
8      A  Not exactly.  There was a group that was a
9  technology oriented group in CRM that was somewhat
10  analogous to my group, but by and large they consumed
11  the things that my group produced, so it wasn't that
12  they were completely parallel to what my group was
13  doing.
14     Q  When you say they consumed the things that
15  your group produced, do you mean that they weren't
16  developing things on their own?
17     A  They were developing some things on their
18  own, but generally what they were doing was taking
19  the things that my group did and trying to either
20  extend them or present them in a way that was most
21  relevant for the particular use cases of the CRM
22  applications.
23     Q  Who was in charge of that group in CRM
24  during the 2000, 2001 time frame?
25     A  Sukumar Rathnam, S-u-k-u-m-a-r,

56

1  R-a-t-h-n-a-m, was responsible for it during some
2  part of that period, and the -- at some point he took
3  on other responsibilities, and a fellow named Ramu,
4  R-a-m-u, Sunkara, S-u-n-k-a-r-a, was responsible for
5  that area.
6      Q  And did both Mr. Rathnam and Mr. Sunkara
7  report to Mark Barrenechea?
8      A  Yes, they did.
9      Q  During 2000, 2001, approximately how many
10  individuals reported to you?
11     A  I would guess that my team was in the 200
12  category, something, 200 somewhere.  I can't -- I
13  mean so many organization changes, I just -- I really
14  am not going to stand behind remembering how many
15  people I had at a given point in time.
16     Q  That's fine.  I'm looking for an
17  approximate.
18     A  If you're looking for an elephant in a bread
19  box, I can give you something, but not a number.
20     Q  Was there a reporting structure where there
21  were certain direct reports, people that reported
22  directly to you and people under them?
23     A  Oh, yes, of course.
24     Q  Do you recall who reported directly to you
25  during 2000, 2001?

57

1    A  I'm sure I can't get them all.
2    Q  Any names you could give me?
3    A  You want a set of names.  George Buzsaki,
4   B-u-z-s-a-k-i, Lisa Parekh, P-a-r-e-k-h, Ahmed
5   Alomari, A-h-m-e-d, A-l-o-m-a-r-i.  Eric Bing, Ann
6   Carlson.  I will come up with others here if you -- I
7   don't know how much time you want me to take on it.
8   I kind of have to sift through all of the people and
9   remember them all and figure when they joined the
10  group.  And I'm just sorting here.  Do you want me to
11  keep going, or is that good enough?
12   Q  What we could do is move forward, and if at
13  any time over the course of the deposition you recall
14  someone else, let me know they were one of those
15  individuals.
16   A  Sure.
17   Q  Starting with Mr. Buzsaki, is he still with
18  Oracle?
19   A  Yes, he is.
20   Q  Does he still report directly to you?
21   A  Yes, he does.
22   Q  What was Mr. Buzsaki's area of
23  responsibility during 2000, 2001?
24   A  His main responsibility was the actual code
25  that we build in my group.  He owned most of that,

58

1   not all of it, but most of it.  So he really ran the
2   development activity around the things that we were
3   producing as products in my group.
4    Q  And how about Ms. Parekh -- is that correct?
5    A  Yeah, Lisa Parekh.  Yes, her
6   responsibilities are around technology.  Her group
7   owns a little bit of code, but mainly what her
8   responsibilities are are for the uptake of new
9   technologies in the E-Business Suite from the
10  underlying supplier groups at Oracle.
11      So, for example, we would get a new version
12  of one of the underlying code libraries that we
13  depend on that we get from the systems products
14  group, and her group is in charge of staging that in
15  a test environment and certifying that the --
16  certifying that against a known applications release
17  level to basically sanity check that we're safe to
18  use this new version of an underlying dependency
19  broadly so that we don't have situations where a
20  large number of people's productivity are affected
21  because something occurred that was wrong in some
22  underlying product layer.  So that basically that's
23  her technology integration responsibility.
24   Q  I'm going to need you to try to simplify
25  that or break it down a little bit.

59

1    A  Okay.  Go for it.
2    Q  Let me go back.
3       What are the underlying supplier groups at
4   Oracle?
5    A  Oracle's E-Business Suite is based on
6   systems product technologies that come from Oracle's
7   database group and Oracle's Middleware development
8   tools and application server organizations.
9    Q  And those organizations are the supplier
10  groups that you referenced?
11   A  That's correct.
12   Q  What are underlying code libraries?  Is that
13  what you get from those groups?
14   A  That's correct.
15   Q  And how does Ms. Parekh's -- how did --
16  strike that.
17      Let me start over.  Any time that -- any
18  question that I'm asking you, I'm going to be
19  referring to the 2000, 2001 time frame unless I say
20  differently.
21   A  Okay.
22   Q  How did Ms. Parekh's responsibilities relate
23  to the E-Business Suite?
24   MR. GIBBS:  Objection; vague.
25   THE WITNESS:  Well, the E-Business Suite as a

60

1   release -- when we release a version of the
2   E-Business Suite, it depends -- it uses a single
3   version of each of the underlying technology
4   components that we get from the underlying
5   organizations at Oracle.  And so as part of releasing
6   each version or each revision of the E-Business
7   Suite, we might take on new versions of those
8   underlying components because a later version is
9   available, and we want to be certified to run with
10  the latest available supporting software.
11      So her -- I mean, she has a variety of
12  responsibilities, but her fundamental responsibility
13  is to make sure that the process of uptaking those
14  revisions to underlying technologies is accomplished
15  in a way that keeps us current on technologies, but
16  also absorbs those new technologies in a careful way
17  so that we're sure that we don't have any -- we have
18  such a large number of developers that we need to
19  basically make sure there aren't any issues with our
20  applications operating against any of those
21  underlying technologies before we expose them to a
22  large number of people.
23      So she runs a process that goes through a
24  progressive set of testing and roll-out of new
25  versions of technology to basically ensure that we

61

1    get on the latest ones, but also have the greatest
2    productivity and stability for our developers.
3        Q   Okay.  What was Mr. Alomari's
4    responsibility?
5        A   He is -- he was and is responsible for
6    performance issues, by which I mean the speed with
7    which the applications perform various functions.
8    Both performance -- and I don't know if you want this
9    level of detail.  Stop me if you don't.  It's
10   performance and scalability of the applications which
11   refers to both the speed with which an individual
12   user gets a response to something they're trying to
13   get done in the system, and scalability which is
14   the -- the extent to which that performance is
15   affected by having a large number of users on the
16   system.
17       Q   So his responsibilities actually involved
18   all of the various applications that made up Suite
19   11i; is that correct?
20       A   Yes, that's correct.
21       Q   When Suite 11i was first released, were
22   there problems with scalability?
23       MR. GIBBS:  Objection; vague.
24       THE WITNESS:  I am not sure how to answer that
25   question.

62

1    BY MS. WINKLER:
2        Q   Let's take when Oracle actually implemented
3    Suite 11i internally, did it run into problems with
4    scalability?
5       MR. GIBBS:  Same objection.
6       THE WITNESS:  Well, any -- any -- any
7    individual -- there is customer -- there are problems
8    that can occur in any implementation for a wide
9    variety of reasons.  So I really can't make a general
10   statement about it.  You have to actually get to say
11   for the particular implementation did they apparently
12   have a scalability issue?  And then in that
13   implementation, did that turn out to be something
14   that his group had to get involved with or not?  And
15   there is --
16       Q   Okay.
17       A   -- it's a nested type of problem to talk
18   about a customer problem and what was actually
19   responsible for it.  So I'm happy to go there if you
20   want --
21       Q   We can come back.
22       A   -- but there is not a simple answer.
23       Q   We can maybe come back to that one.  I have
24   a few documents that might hit that issue.
25   Mr. Alomari still reports to you today?

63

1       A   Yes, he does.
2       Q   I don't think I asked you about Ms. Parekh.
3    Does she still report to you?
4       A   Yes, she does.
5       Q   Mr. Bing, what were his responsibilities?
6       A   His responsibility is primarily around --
7    it's primarily an architecture responsibility around
8    how the applications groups design business objects
9    using object oriented design principles.
10       Q   What are business objects?
11       A   How long do you have?  Those are --
12       Q   That depends on how long you want to stay
13   today.
14       A   Those are -- okay, so basically when you're
15   -- when you're programming the business logic
16   associated with handling, let's say, an order, a
17   sales order, you -- many of the things you're trying
18   to do involve relating to that document in terms of
19   its -- there is sort of header information that is
20   applicable to the entire order, and then there is
21   information about each line of the order, and there
22   might be information about each shipment detail in
23   each line of the order.
24       For a variety of purposes, you want to
25   program business logic about that entire order as a

64

1    thing.  And so that the total amount of the order is
2    affected in certain ways.  If you change the
3    quantities on individual lines, then the total is
4    affected, even though that's really an attribute of
5    the order as a whole.
6       For various reasons you want to deal with
7    business documents when you're programming this type
8    of system in a way that is cognizant of that kind of
9    hierarchical construction of the document like orders
10   lines and shipments.
11       Q   Um-hum.
12       A   So I gave you a simple example.  The real
13   world is extremely complex, and there is a lot of
14   issues involved in trying to decide how best to do
15   that and where to draw the boundaries around the
16   documents and how they should interact with other
17   documents and the various trade-offs involved in
18   design decisions around that, and his group has a lot
19   of expertise in that particular area and basically
20   acts as a service organization to --
21       THE REPORTER:  You need to slow down just a
22   little bit.
23       THE WITNESS:  Sorry.  Do you need me to back up?
24       THE REPORTER:  You're okay.  I can catch it.
25       THE WITNESS:  To a -- his group basically acts

65

1   as a service organization that would interact with
2   the various application product teams to help them
3   make a consistent set of design decisions around that
4   set of issues.
5   BY MS. WINKLER:
6       Q   So he like -- strike that.
7           Mr. Bing also worked with each of the
8   individual groups that was developing the individual
9   applications; is that correct?
10      A   Yes.
11      Q   Now, was Mr. Bing responsible for something
12  known as forms or is that something different?
13      A   No, that's something different.
14      Q   Okay.  We'll come back to that.
15          And finally, Ms. Carlson, what were her
16  responsibilities at the time?
17      A   She is primarily responsible for the
18  documentation and training areas that involve the
19  books and the curriculum.  Both the things that are
20  produced in my group and for the division as a whole,
21  she has a leadership role within that in terms of the
22  standards and the facilities that we use within the
23  division to produce all our documentation.  For
24  example, she manages an environment -- we have a
25  common document publishing system based on Arbor

66

1   text, which we use to publish all of the books that
2   all of the application teams produce.  And her group
3   actually runs that system operationally for the
4   division and sets the standards for, you know, what
5   the different sort of writing standards for the
6   division.
7       Q   So she was responsible for the ERP division?
8       A   That's a -- well, we -- I -- I need to
9   rewind to this time frame.
10          She was responsible for that.  She was
11  responsible for that in my group for sure.  The -- we
12  didn't actually have the Arbor text implementation in
13  this time, so I just said something irrelevant to
14  this time frame.  So I --
15      Q   Let's go back.  Ms. Carlson, you said she
16  was responsible for the documentation and training
17  for your group as well as the division.
18      A   Well, the documentation -- she actually was
19  responsible for producing the book.  Her group has
20  people in it that produce the actual books related to
21  the things we write in my group and documents like
22  the system administration manual.  She also had some
23  central responsibilities for documentation standards,
24  documentation construction standards that are
25  applicable to all of the products.

67

1       Q   Including, all products including CRM?
2       A   Including CRM, right.  I was trying to think
3   of more direct reports.  Anyway, go ahead.
4       Q   I'm going to switch gears a little bit now
5   and ask you a few questions about your biography.
6   I've actually pulled it off the Internet, so if you
7   can help me understand a few things in here.
8       A   Sure.
9       Q   What does the term "systems technologies"
10  refer to?
11      A   Can you read me the usage.
12      Q   I certainly can.
13          "His," mean you, your "application
14  technology group is responsible for ensuring that
15  Oracle applications effectively leverage Oracle's
16  systems technologies."
17      A   Sure.  Yeah, that goes back to the thing I
18  said earlier, that Lisa does the operational
19  coordination of that.  In other words -- but there is
20  a deeper issue which is that we're just trying to
21  ensure that our applications take full advantage of
22  the underlying technologies from a design perspective
23  that -- of Oracle's systems products.  So we want to
24  make the best use of those systems products that we
25  can.  And my group sets many of the technical

68

1   construction standards that are used throughout the
2   applications in terms of how these products are
3   consumed and used.
4       Q   Was that true in 2000, 2001 as well?
5       A   Yes, it is.
6       Q   What does it mean to be responsible for
7   building the common objects and services used
8   throughout Oracle's applications?
9       A   That's a reference to the Application Object
10  Library that we discussed earlier, which is things
11  like the batch management facility that is used to
12  launch all of the batch programs throughout the
13  applications.  That's an example of a common service
14  that is used throughout all of the applications.
15      Q   Does the Applications Object Library consist
16  of hundreds of different components, or are there a
17  number where you could actually tell me what the
18  various components are?
19      A   It's not a well defined number of
20  components.  It's for a variety of reasons more
21  complicated than that.  If you want to let me know
22  where you want to go.
23      Q   Can you give me some examples other than the
24  batch management facility?
25      A   Sure.  We have a common Workflow system.  We

69

1  have a facility -- we have a facility called Flex
2  Fields, which is used in a wide variety of places in
3  the applications to allow users to -- it's an
4  extensibility feature that allows users to build --
5  to configure the validation of various additional
6  attributes that they'd like to model on the -- you
7  know, that extend the functionality that we ship.
8        Like I said, I could give you like the whole
9  day long class on this thing, so I'm not sure where
10  you want to go, but that basically is -- those are
11  examples of features that are used throughout the
12  applications that are built in my group, and --
13        Q  Can you give me an example of a Flex Field.
14        A  Sure.  The accounting Flex Field in
15  Oracle -- that's kind of the signature example.  The
16  accounting -- when you are shipping a product to all
17  these companies and they all have a different chart
18  of accounts -- like your firm has a chart of
19  accounts -- and we don't know what that is when we
20  build the applications.  So we want to make that a
21  highly configurable feature.
22        In fact, you might have a lot of very
23  complex rules about your chart of accounts.  Where
24  Account 100 has a certain set of subaccounts, and you
25  can use certain accounts in this range with other

70

1  accounts in a different segment and another range.
2  And your accountants have like a million complex
3  rules about things like that, and everybody does.
4        So we built a very sophisticated mechanism
5  that let's people model that as part of configuring
6  the applications so that you don't have to go in and
7  change the code of the applications to get it to work
8  the way you want your accounting to be set up.  You
9  can set up your accounting with the number of
10  segments in your chart of accounts that you want with
11  the relationships and then validating values in those
12  segments set up however you want.
13        And that's -- that's a use of the more
14  general Flex Fields feature that my group produces.
15  That type of problem -- the reason that there is a
16  general feature and that's not just an accounting
17  feature is that that same approach, or that same
18  technology is relevant to many other problems.  Many
19  people have a way of specifying an item or a part in
20  their business, which has a multi part identifier
21  associated with it.
22        Think of like numbers dash some other
23  numbers dash some other numbers, and those things
24  have validation rules that says for this range of
25  sequences in the first number, this other range in

71

1  the next segment is valid and so forth.  So
2  identifying parts in an organization or identifying
3  assets or identifying accounts, all of those things
4  have some common technical characteristics as
5  business problems.
6        And so we built a common facility in my
7  layer that the accounting people, the general ledger
8  team and other product teams and financials use for
9  the accounting purpose and the people in supply chain
10  use for the inventory item purpose and the people in
11  human resources use for locations.  There's all kinds
12  of things that are like this.  That just gives you a
13  sense of what this reusable feature is like and why
14  we do it.
15        Q  How, if at all, does the availability of
16  Flex Fields affect APIs?
17        A  We have APIs over the Flex Fields.  There is
18  various -- if you're a programmer there is various
19  things you might want to get about the Flex Fields
20  information.  You might want to say show me -- for a
21  particular account combination, show me the sort of
22  the actual account code, you know, 1, 2, 3 dot 4, 5,
23  6 dot 7, 8, 9.  Or show me the concatenated
24  descriptions, which would be like Belmont office dot,
25  you know, inventory assets, dot, you know, laptops or

72

1  something.
2        So we can return the actual values.  We
3  could return the descriptive values.  Maybe you're
4  trying to put those on a report.  So we basically
5  provide APIs to the information that is modeled in
6  Flex Field so that people can use it for -- present
7  in user interfaces or publish it in reports.
8        Q  So the APIs are actually provided with the
9  Flex Fields and not written afterward?
10        A  Well, my -- my -- the Flex Fields mechanism
11  has a general set of APIs.  See, the general Flex
12  Fields mechanism doesn't really know about whether
13  you're asking about the accounting Flex Field or the
14  item Flex Field or any other Flex Field.  So we just
15  return very general information.
16        So if you say give me the -- what we call
17  the concatenated segments, which just means the
18  actual values of some composite key or the
19  concatenated descriptions, which is kind of friendly
20  names of those things.  We just give you that back
21  from our API.
22        Now, the general ledger team might write an
23  API above that which says, you know, if somebody
24  wants to know the balancing segment, return the
25  balancing segment.  If somebody wants to know the,

73

1 you know -- whether something is an asset or a
2 liability, return that. So they'll write a higher
3 level thing that is more aware of their functional
4 implementation of our generic feature. So they'll
5 write a covering set of APIs, if you will, that will
6 encapsulate their functionality. So callers to them
7 will be able to get things that are meaningful in
8 accounting terms. And they'll in turn know how to
9 filter that to our generic mechanism, ask us a
10 specific technical question, they'll get the answer
11 out of our general mechanism.
12    Q  So various applications might use your
13 general Flex Field in any number of different ways?
14    A  That's correct.
15    Q  What does the term "applications
16 architecture" mean?
17    A  Is that from my biography?
18    Q  It's one of your specific areas of
19 responsibility.
20    A  In that context, so "application
21 architecture" in that context is referring to these
22 technical standard setting roles. So my -- one of
23 the things my group produces is -- along with some of
24 these common features, we produce a coding standards
25 manual that tells you, you know, if you're building a

74

1 screen with our particular technology, here are the
2 standard ways that you should handle common
3 situations. That way we produce a common look and
4 feel across the whole set of applications. Right.
5 So we would have -- so that's part of the
6 responsibility to produce things like that.
7    Q  And a couple of other areas of your specific
8 responsibilities are performance and installation.
9    A  Yes. Performance is -- refers to Ahmed
10 Alomari's area which we talked about earlier.
11 Installation -- I'm trying to remember -- in this
12 time frame -- well, okay, we've had some
13 organizational changes about how installation
14 responsibilities have factored.
15    There are some technical utilities that are
16 involved in performing the installation that are
17 built -- or that were built in my group. I'm trying
18 to remember if at that time whether we had shifted
19 that responsibility out of my group or not. But
20 anyway, there is -- they were built in my group, and
21 at some point they stopped being built in my group.
22    But anyway -- one of it is still built
23 in my group. It's a very technical, arcane breakdown
24 of different components involved.
25    But the net is that I have had some

75

1 responsibility for the technologies underlying the
2 installation. Not the actual exercise of creating an
3 installation, which is what Greg Seiden's group was
4 responsible for, but some of the technologies that
5 support that, particularly around installation and
6 configuration of the systems which actually falls in
7 Lisa's area. So I'm not giving you an exhaustive --
8 just to be clear, I'm not giving you an exhaustive
9 enumeration of all of the responsibilities of these
10 people that report to me unless you want to go on
11 forever with that.
12    But one of the things that Lisa does or
13 primary thing is this integration role. But one of
14 things she owns -- one of the aspects of dealing with
15 the underlying products that is complex and needs
16 focus is kind of the technical configuration, sort as
17 part of the applications process. You want to ask a
18 set of questions which will cause the underlying
19 technical configuration of the system to be done.
20 And her group owns that little piece of the
21 installation problem. So that's why I have that in
22 the part of responsibilities there.
23    Q  When you use the term "installation," does
24 that refer to the installation of the E-Business
25 Suite?

76

1    A  Yes.
2    Q  What are Oracle Alert products?
3    A  Oh, Oracle --
4    Q  First let me -- did they exist back in 2000,
5 2001?
6    A  Yes, they did. Right.
7    Oracle Alert is a product which existed in,
8 you know -- like back into the early 1990s. It was
9 substantially replaced by the Oracle Workflow
10 product, although not completely. So although we
11 really didn't do any new development on Oracle Alert
12 for many, many years, the product still exists
13 because it hasn't been fully superseded by a
14 different product. So I am still responsible for
15 Oracle Alert.
16    Q  What -- strike that.
17    The Oracle Workflow product, something
18 similar to the Flex Fields where various applications
19 can use the Oracle Workflow, or is it something
20 different?
21    A  It's analogous to Flex Fields in a lot of
22 ways, yeah. It's basically -- it's a general purpose
23 facility that you use in the particular application
24 context to set up -- to model a business process that
25 is running in your particular application.

77

1    Q  Can you give me an example of a use of
2  Workflow.
3    A  Sure.  Typical example is we're automating
4  the process of approving requisitions.  So the people
5  who build the actual requisitioning module which
6  presents the screens where a user would enter the
7  requisition information, they're building that part
8  of the system.  However, there is a general purpose
9  facility for saying how do we -- how does a customer
10  want to approve requisitions in their organization,
11  you know, how -- who is it going to contact in the
12  management hierarchy and all of the rules about like
13  if it's more than a certain amount or if it's this
14  type of goods, then go this way or that way through
15  an approval cycle.  You can model all of that in
16  Oracle Workflow.
17    So an example of that -- that typically is
18  done at the customer site because we don't know what
19  their rules are.  It's part of implementing the
20  software.  Somebody will go through and ask what they
21  want the rules to be, things like that.  But then the
22  implementer will enter information into the Oracle
23  Workflow about how they want this approval hierarchy
24  to work.
25    Now we ship a -- just to give everybody a

78

1  head start, we ship sort of a dummy default Workflow
2  implementation for many purposes, which gives you
3  sort of a standard way of we just assume that you're
4  going to climb an approval hierarchy up to a certain
5  level and approve it.  If you want to do something
6  more complicated than that, you can configure the
7  system to do that at the customer site.
8    MR. GIBBS:  Slower, if you can.  She's doing a
9  great job.
10    THE WITNESS:  It's all so exciting, I can't slow
11  down.  I'll have you guys buying these products
12  before I'm done.
13    But the -- anyway, it's -- so a particular
14  use of Workflow is in the context of a business
15  process to help automate that business process.  And
16  again, the Workflow mechanism itself is a general
17  mechanism that we provide so that people don't have
18  to reinvent the wheel in all of the application
19  teams.
20  BY MS. WINKLER:
21    Q  In that description you mentioned the term
22  the implementer.  Who is or what is the implementer?
23    A  Well, typically when somebody buys an
24  enterprise suite of products, or I mean any large
25  scale application, there -- the system is highly

79

1  configurable.  It's designed so that the same set of
2  code can support ordering, you know, greeting cards
3  from Hallmark or MRI scanners from GE.  The order
4  taking process is going to be very different in those
5  use cases, and there is many aspects of the system
6  you configure depending on what your business really
7  is about and how it's trying to use the software.
8    The people who -- the process of taking this
9  general purpose package and tailoring it for the
10  particular use you want to make of it in your
11  business is called the implementation, and whoever is
12  doing that is what I mean by the implementer.  The
13  customer personnel or consultants or they could be
14  Oracle employees or not.  But it's whoever is doing
15  the implementation.
16    Q  So is the implementer generally a programmer
17  or someone with development skills?
18    A  Doesn't have to be.  Depends on how much you
19  want to try to change the software as part of
20  implementation.
21    Q  We've talked about AOL.  What does AOLJ
22  refer to?
23    A  AOLJ, there are a number of common -- many
24  of the features that we build in AOL that are
25  intended to be reused across all of the applications

80

1  are -- basically have a set of tables that store
2  information that these applications are all going to
3  need.
4    We have several APIs or several languages in
5  which people can -- you can -- again, like I said
6  before, you can have SQL statements that join to
7  those tables directly that the product team could
8  write to just you get the information out of the
9  table as part of a query.  Or in the PL/SQL
10  programming language, we have APIs where somebody to
11  page a call from a PL/SQL procedure to get
12  information out of these tables.
13    Or in the Java programming language we
14  created a set of APIs that people call to get
15  information out of these tables.  So AOLJ refers to
16  the Java set of APIs for getting information out of
17  those tables.
18    Q  During 2000, 2001 did you use the Java as
19  well as the other ways of obtaining the information
20  from the tables?
21    A  Yes, we did.
22    Q  Do you still use both today?
23    A  Yes, we do.
24    Q  Was Oracle XML Gateway in existence in 2000,
25  2001?

81

1    A  Yes.
2    Q  What is that; is it a product?
3    A  Yes.  It's a -- I don't think we actually --
4  I can't recall whether we charged separately for it
5  at the time, but basically XML -- so you're asking
6  what it is?
7    Q  Yes.
8    A  Okay.  It is a -- it is a product that let's
9  you -- that facilitates sending standard XML document
10  messages in and out of our system, which means that
11  there are standards that have emerged about what a --
12  how to send a purchase order from one system to
13  another.  Those standards use a tagging or markup
14  language called XML, which stands for extensible
15  markup language.
16    And so increasingly people who want to send
17  messages from one system to another, whether that's
18  to a trading partner across the Internet or just
19  between two systems running inside their own
20  organization for different purposes, want to have the
21  XML messages be the technology that is being used to
22  pass information between the systems.  The world is
23  going that way in terms of standards.
24    A highly related but preceding technology
25  was EDI Gateway, which people coordinated through a

82

1  standard called EDI.  They still do but the more
2  modern version is XML or XML Gateway is a technology
3  for -- that facilitates any XML messages in and out
4  of the applications.
5    Q  Was XML Gateway offered as part of various
6  Suite 11i applications?
7    A  I don't remember the packaging, whether we
8  broke it out separately, we bundled it with other
9  products, we charged for it.  I don't remember the
10  business practices associated with XML Gateway.
11    Q  Do you recall whether different applications
12  used XML Gateway differently, or is it so much of a
13  standardized process that they couldn't do that?
14  MR. GIBBS: Objection; vague.
15  THE WITNESS: Well, I don't really know how to
16  answer that.
17  BY MS. WINKLER:
18    Q  Maybe I'll try to rephrase it.
19    Is it something like Oracle Workflow where
20  reprogramming is done by -- or it's changed by the
21  various applications?
22    A  Well, it's a different -- it's a little --
23  it's sort of conceptually similar, but otherwise it
24  doesn't -- it's not that closely related to Workflow
25  in the sense that in Workflow you're really modeling

83

1  a business process and all of the configuration
2  issues there are in configuring business process.
3    XML Gateway is really about transforming the
4  information the way it's structured in a document to
5  suit the receiving entity.  So if you're sending tax
6  information to California, they might want to see
7  male and female encoded as M and F.  If you're
8  sending it to Illinois, maybe they want it encoded 0
9  and 1.
10    So XML gives you a way to tailor the exact
11  transformation that is going to occur so a trading
12  partner gets a message they can understand and let's
13  you store those maps or transformations for each
14  trading partner that you're trying to communicate
15  with.  That's what its purpose --
16  MS. WINKLER: I think the videographer needs to
17  change the videotape, so we'll take a short break.
18  THE VIDEOGRAPHER: This marks the end of tape
19  one in the deposition of Clifford Godwin at 11:03.
20  Going off the record.
21    (Recess.)
22  THE VIDEOGRAPHER: On record at 11:12.  This
23  marks the beginning of tape two in the deposition of
24  Clifford Godwin.
25  BY MS. WINKLER:

84

1    Q  Mr. Godwin, did you speak to anyone other
2  than your attorneys about your deposition today?
3    A  No.
4    Q  Did you meet with your attorneys in
5  preparation for your deposition?
6    A  I did.
7    Q  When did you meet with them?
8    A  Yesterday.
9    Q  For approximately how long?
10    A  Most of the day.
11    Q  Did you meet with any of the attorneys from
12  Oracle Corporation in preparation for your
13  deposition?
14    A  Jim Maroulis from Oracle was present for
15  part of the meeting yesterday.
16    Q  Did you review any documents in preparation
17  for your deposition?
18    A  With the attorneys yesterday, yes.
19    Q  Did any of those documents refresh your
20  recollection about the subject matter that was
21  contained in those documents?
22    A  I -- the documents refreshed my recollection
23  about the subject matter contained in the documents,
24  yes.
25    Q  Which documents refreshed your recollection?

Godwin, Clifford  3/3/2006  9:09:00 AM

85

1    A   Well, each document that I recognized having
2  either paid attention to or that we discussed
3  refreshed my recollection about the facts of that
4  document.
5    Q   Approximately how many documents did you
6  look at yesterday?
7    A   I don't know.  30, something like that, 20
8  or 30.
9    Q   I'm sorry?
10   A   20 or 30 maybe, something like that.
11   Q   Were those documents e-mails or other types
12 of documents?
13   A   Both e-mails and other types of documents.
14   Q   What were the other types of documents?
15   A   There was a --
16   MR. GIBBS:  I'm going to interpose an objection
17 because we're getting specific enough now that I
18 think we're getting into information that would
19 reflect which documents were selected for his prep by
20 his -- by counsel, and so I'm going to instruct him
21 not to answer on work product and privilege grounds.
22   MS. WINKLER:  Counsel, we can discuss this
23 later, but given his testimony about refreshing his
24 recollection, we would like to have all of those
25 documents produced, and we can obviously talk about

86

1  this after the deposition.
2    MR. GIBBS:  Well, I can tell you that everything
3  he reviewed has already been produced.
4    MS. WINKLER:  I understand that.  But we would
5  like a production in the context of what he saw in
6  preparation for this deposition, given the fact that
7  he has testified that those documents specifically
8  refreshed his recollection as to the context of what
9  is contained in those documents.
10   MR. GIBBS:  We can talk about it off the record
11 if you like.  But just since we're -- since we've
12 started on the record, I would maintain that even if
13 the documents he saw refreshed his recollection, the
14 group of documents need not be produced in that form.
15 If you want to ask him about particular documents,
16 you can, to the extent he remembers, but the set
17 itself reflects our mental impressions and views
18 about the case, and so I don't believe we're
19 obligated to produce them in that form.  I
20 understand --
21   MS. WINKLER:  We can talk about this further.
22   Q   Mr. Godwin, I will ask you today if I show
23 you any documents to let me know whether you saw
24 those documents in preparation for your deposition
25 yesterday.  Okay?

87

1    A   Okay.
2    Q   When did you first learn that you were going
3  to testify here today?
4    A   I think Jim Maroulis told me that about, I
5  don't know, some weeks ago when we were trying to
6  schedule this, so it was probably a month ago or so.
7  I don't recall exactly when.
8    Q   And forgive me if I've asked this already.
9  Did you prepare in any other manner other than your
10 meeting with counsel yesterday?
11   A   No.
12   Q   Going back to the 2000, 2001 time frame,
13 were you a member of any groups at Oracle?  For
14 example, I've seen the term ATG release group?
15   A   Oh, the ATG release group is a -- well, the
16 answer, any groups at Oracle, that's not really a --
17 I don't know how to interpret that.  If you're asking
18 what the -- when I was a member of the ATG release
19 group.  The ATG release group is a group of people
20 within my organization focused on building the --
21 building the -- dealing with releasing the code that
22 we build in my organization.  So it is an operational
23 group within my organization.
24   Q   Did the ATG release group include Ron Wohl
25 or was it only people that were underneath you?

88

1    A   It's primarily people underneath me.  There
2  may have been people who originally were in another
3  organization like Greg Seiden or somebody that had
4  reason to be on the list.  But in large, I was on the
5  list to be aware of what they're doing.  There is a
6  mail list for that.  But it's just an operational
7  group within my group.
8    Q   Going back to my first question, maybe I can
9  make it more specific.  Were you a member of any
10 group in that time frame that related to the Suite
11 11i product?
12   A   I don't know what it means to be a member of
13 a group, was I -- I mean we don't -- there isn't like
14 a -- that's kind of an non sequitur.
15   Q   Maybe if I describe it this way, a group of
16 people who met on a regular basis to discuss a
17 certain topic or a certain set of topics.
18   A   Well, I was part of all kinds of meetings
19 which occurred on a regular basis to discuss various
20 topics because that's essentially the business that
21 we're in.  So yeah, I was part of a variety -- I was
22 in a number of meetings which weren't sort of
23 constituted specifically as groups.  Just meeting
24 with standard participants who would discuss various
25 aspects of what was going on.

89

```
 1      Q  Which meetings occurred on a regular basis
 2   that were related to Suite 11i?
 3      A  Probably in this time frame almost
 4   everything I did was related to Suite 11i.  So you
 5   want an inventory of all of the meetings that I had
 6   during my week?
 7      Q  Maybe rather than that, let's start with
 8   meetings that included people other than just you and
 9   your subordinates.
10      A  Okay.  I was -- Ron Wohl had a staff meeting
11   that I participated in.  There is a -- Lisa Parekh
12   ran a meeting called the technology integration
13   meeting, which was a meeting across the applications
14   division and some of the systems product division
15   people around coordinating the uptake of
16   technologies, and I would typically be in that
17   meeting.
18         We had a documentation and curriculum
19   meeting which would typically involve the leaders of
20   those areas from the different product families that
21   Ann Carlson basically chaired but I would often
22   attend that.
23         What other meetings did I go to?
24         Periodically Larry Ellison would have
25   meetings about the status of what was going on in the
```

90

```
 1   applications division, and I would attend those.  I'm
 2   trying to remember -- think of what other meetings I
 3   would -- there's -- I don't recall -- there are
 4   divisional operations meetings where people get
 5   together and talk about the status of the release and
 6   things like that that I can't remember what those
 7   exactly were at the time, but I'm sure I was in some
 8   set of them.
 9      Q  Okay.  Starting with Ron Wohl's staff
10   meeting, how often did that meeting occur?
11      A  Typically weekly.
12      Q  And did that meeting occur at Redwood City
13   or Redwood Shores, I'm sorry?
14      A  Yes.
15      Q  Approximately how many people attended that
16   meeting?
17      A  Generally Ron's direct reports group.  So it
18   was, you know, probably, you know, 10 or 12,
19   something like that.
20      Q  And were those -- did Ron's direct reports
21   all -- strike that.
22         Were Ron's direct reports all based in
23   Redwood Shores?
24      A  I don't know if I can answer that
25   authoritatively, if he had any direct reports that
```

91

```
 1   weren't based in Redwood Shores, I don't recall.
 2   Because we've acquired products and things have
 3   occurred.  We have a substantial development location
 4   in the UK and a substantial development location in
 5   India.  I think -- so I can't tell you whether any of
 6   those people reported to Ron in that period.  I don't
 7   remember.
 8      Q  Did you have the development location in
 9   India in 2000, 2001?
10      A  We -- I think -- I think so.  It was kind
11   of -- yeah, I think it was there in 2000, 2001.
12      Q  How about the UK?
13      A  Yes, UK location certainly was.
14      Q  Did anyone superior, and I mean by that I
15   mean organizationally to Ron, ever attend his staff
16   meetings?
17      A  No.  Ron reported to Larry, and Larry never
18   attended Ron's staff meeting.
19      Q  How often did Larry Ellison have meetings
20   about the status of the applications?
21      MR. GIBBS:  Objection; lack of foundation.
22      THE WITNESS:  Well, what I'm referring to is
23   there was a -- there was a meeting that -- there was
24   a meeting that would involve Ron's -- some of Ron's
25   direct reports in meeting with Larry, so I can answer
```

92

```
 1   to that.  I don't know overall what other meetings
 2   Larry might have had in terms of applications.  But
 3   the things I actually participated in, that meeting
 4   was -- I mean, nominally it was slotted every week.
 5   It occurred probably half the time.  Something like
 6   that.
 7         I wouldn't stand by half the time with any
 8   science, but it's not like it occurred religiously
 9   every week.  It was often canceled because of some
10   conflict or some other thing that was going on.
11   BY MS. WINKLER:
12      Q  Who other than you attended those meetings
13   on a regular basis?
14      A  Well, Don Klaiss and Joel Summers, Steve
15   Miranda, you know, John Wookey.
16      Q  Did Ron Wohl attend those meetings?
17      A  Oh, yes, yes.
18      Q  How about anyone from the CRM division?
19      A  We -- some of the -- some of the time that
20   meeting was a joint meeting across the Mark
21   Barrenechea organization and the ERP organization,
22   and sometimes there were separate meetings.  It kind
23   of depended on the agenda topic.  If Larry was trying
24   to drill down into the status of what was in a
25   particular area or had some issue that was specific
```

93

1  to a particular then we wouldn't invite everybody who
2  wasn't related.
3        In fact, individuals would only come if
4  stuff was relevant in their area, and there are times
5  when we're talking about the overall status and
6  everybody would be there.
7     Q  When you say everybody you --
8     A  I mean including Mark Barrenechea and his
9  staff would be there if there were issues that
10  spanned the entire suite we were talking about, then
11  all of the organization would be represented.
12     Q  Okay.  And Lisa Parekh's meeting, did
13  anyone -- did Ron Wohl attend her meetings?
14     A  No.
15     Q  Is it fair to say that your level was the
16  highest level of employee that attended Lisa's
17  meetings?
18     A  Yeah.  I mean, there were a number of people
19  comparable to my level who would attend that meeting,
20  but there wasn't anybody, like -- there were no other
21  direct reports of Larry Ellison who would attend that
22  meeting.
23     Q  Same question for the documentation
24  curriculum meetings?
25     A  Yeah, same answer.

94

1     Q  Then --
2     A  Actually that one, even that one probably I
3  was the most senior person.  There is really no other
4  person even at my level who would typically attend
5  that meeting.  Sometimes Greg Seiden would.  At that
6  time he was lateral to me.  But in large that was not
7  really a senior meeting.  That was one that I was
8  attending because of my interest in the area and my
9  history with that topic, but not because everybody
10  comparable to me was attending that meeting.
11     Q  Okay.  And then I think the last one you
12  mentioned was the divisional operations meetings?
13     A  Well, we would have a development manager
14  meeting or some kind of coordination meetings where
15  sort of the development environment issue of the day
16  was discussed and you know, what we're trying to do
17  this week and just kind of sort of execution oriented
18  meeting.  I would often go to that because if there
19  are any questions about when my group was trying to
20  deliver something or about some standard or something
21  else that I needed to supply to get everybody on the
22  same page, and then I would -- I would attend that
23  meeting to make sure that that was going well, but I
24  didn't run that meeting.
25     Q  Who typically ran that meeting?

95

1     A  Gosh, in that period, I don't even remember.
2  That was Rick Jewel who reported to Don Klaiss ran
3  that meeting for a period of time.  I don't remember
4  if he was running it in that period or not.
5     Q  And again, did anyone organizationally
6  senior to you attend that meeting?
7     A  Ron typically did not attend that meeting.
8  He probably came there more than once for something,
9  but that was not really -- that was a lower level
10  meeting of -- kind of execution oriented meeting.
11     Q  Were you generally the most senior employee
12  at those meetings?
13     A  Again, some of my -- I was probably in
14  seniority comparable to Greg Seiden, Rick Jewel and
15  people like that.  So there were other people at my
16  level would were there, but, again, it was typically
17  not a meeting that Ron or Barrenechea would have
18  attended.
19     Q  Did that meeting span the ERP and CRM
20  groups, or was it just an ERP meeting?
21     A  That varied, depending on the subject
22  matter.  There would always be representation --
23  given the number of teams involved sending everybody
24  to every meeting, you know, was often not efficient,
25  so we got to a point in scale where rather than

96

1  having sort of like a meeting at a particular level
2  with everybody in it, we got to where we were having
3  designees representing substantial areas meet
4  instead.
5        So we were kind of going through that phase
6  of growth somewhere in this time frame, and so I
7  can't remember the transitions from when like
8  everybody at the -- responsible for an individual
9  product got in a room together to where we outgrew
10  that got to where we had like a smaller committee
11  making these general decisions and each person in
12  that committee rolled it out to five or six
13  constituents that they represented.  Got into kind of
14  an extra layer of pyramid there to make it more
15  efficient.  I don't remember exactly when that
16  happened.
17     Q  Other than Mr. Ellison's meetings that you
18  described earlier as having attended, did you have
19  any other communication with Mr. Ellison during 2000,
20  2001?
21     A  Not that I remember.
22     Q  Did you ever send or receive e-mails to and
23  from Mr. Ellison?
24     A  I'm not -- not typically.  There may have
25  been a situation where he sent me an e-mail and asked

97

```
1   me a question.  I can't tell you there were zero, but
2   there was -- it was not -- I typically had no direct
3   relationship there.
4       Q   How about with Jeff Henley, did you have any
5   communication with him?
6       A   Same thing, I did not -- I didn't have a
7   recurring reason to do that.  Occasionally I would
8   get a note from him if he for some reason had an
9   interest in a topic that I was the right person to
10  address.  I would get a note from Jeff Henley asking
11  what is the story with X or Y, and I would answer.
12  But I would not have initiated conversation with Jeff
13  Henley typically.
14      Q   Do you recall any specific examples of
15  Mr. Henley seeking some information from you during
16  the 2000, 2001 time period?
17      A   No.
18      Q   How about Sandy Sanderson, did you have any
19  communication with him?
20      A   I -- I'm sure that I had mail notes with
21  Sandy Sanderson.  He is in -- he had -- his role
22  was -- as a leader in the consulting organization was
23  responsible for a number of implementations that were
24  being supported by Oracle's consulting organization.
25  And so in that context there would have been, I'm
```

98

```
1   sure, more reasons for him to contact me and issues
2   that he would have sought my guidance on or where he
3   would have raised an issue to my attention wondering
4   if development was going to respond to something that
5   one of his consultants was concerned about or
6   something like that.  That would have been more
7   typical.
8       Q   You said mail notes, do you mean e-mail?
9       A   E-mail.
10      Q   Other than this communication with
11  Mr. Sanderson, what was your relationship with the
12  consulting organization during 2000, 2001?
13      A   Well, I didn't really have a formal
14  relationship with the consulting organization.  As a
15  leader of a development organization responsible for
16  delivering products, there are a variety of
17  interactions the consulting organization has with
18  that.  So I have a responsibility to try to train the
19  consulting organization on the functionality of my
20  products, so we have -- we would have information
21  transfer oriented events that would try to -- or you
22  know, things that would try to help the consulting
23  organization get information or be better trained or
24  answer their questions, you know, those kinds of
25  things.
```

99

```
1       And I would field a lot of -- I would field,
2   you know, high level -- typically higher level
3   questions about whether the applications are going
4   to, you know, adopt some technology or not, and
5   things, because those were essentially the consulting
6   asking development a question about the product
7   direction, which I was the right person to answer.
8       Occasionally I would, you know -- I might be
9   asked about other issues, but that's basically the --
10  I didn't have a sort of formal role dealing with
11  consulting.
12      Q   Did you ever receive direct requests from
13  consultants who were out in the field, for example,
14  at a customer site?
15      A   Requests?
16      Q   For assistance, for information?
17      A   Oh, sure.  What -- I mean oftentimes -- I
18  mean -- yeah -- yes.
19      Q   What types of assistance or information
20  would those consultants seek from you?
21      A   Oh, all kinds of things.  I'm -- I've
22  been -- because I've been in this -- roughly this
23  role for so long, I'm very well known in the
24  consulting organization, and if people have a
25  technical question or if they have an issue that they
```

100

```
1   think I can help get passed or some other thing, it's
2   very common that somebody will send me a note on the
3   premise that even if I'm not going to directly
4   respond to it, I would route it to somebody in my
5   organization that might be able to respond to their
6   issue or help them get past some situation they're in
7   or whatever the issue might be.
8       So I get a lot of sort of random customer
9   things from consultants that are specific to
10  particular situations.
11      Q   Was that true in 2000, 2001?
12      A   Yes.
13      Q   How about George Roberts, did you have any
14  communication with him during the 2000, 2001 time
15  frame?
16      A   I didn't really have any kind of sustained
17  personal dialogue with George Roberts.  He was
18  leading the sales activity in that time frame as I
19  recall, and I don't recall -- I don't know the exact
20  scope of his responsibility, but so I -- he may have
21  asked -- he may have sent me notes about sales issues
22  or something like that, but I don't remember any of
23  it.
24      MS. WINKLER:  I'll ask the reporter to mark this
25  document as Godwin 1.
```

Godwin, Clifford  3/3/2006  9:09:00 AM

101

1        (Plaintiffs' Exhibit 1 was marked
2     for identification and is attached
3     hereto.)
4  BY MS. WINKLER:
5     Q   For the record, this document is Bates
6  labeled NDCAORCL 2000378 through 380.
7        Mr. Godwin, I'm just going to ask you first
8  to take a look at this document and let me know when
9  you're finished.
10    A   Okay.
11    Q   Did you see this document in your
12  preparation yesterday?
13    MR. GIBBS: I'm going to instruct him not to
14  answer that question.
15  BY MS. WINKLER:
16    Q   Have you seen this document before?
17    A   I don't remember it.
18    Q   Starting with the first page, 378, could you
19  tell me who Drew Campbell is?
20    A   Yes.  Drew Campbell had responsibility for
21  the Order Management product under Don Klaiss.
22    Q   How about Harold Campbell?
23    A   Harold Campbell is Drew Campbell's real
24  name.  Drew is his nickname.
25    Q   Thank you.  How about Joshua Gould?

102

1     A   Josh Gould is a -- I don't know exact level,
2  but he basically was a development manager for Order
3  Management under Drew.
4     Q   And finally I'm probably going to butcher
5  this Somasundaram Rajarathinam?
6     A   I don't know.
7     Q   Going back to page 380, if you could just
8  read for me the first sentence that follows "Ahmed
9  Alomari wrote."
10    A   The document says "Ron in the recent freeze
11  of 11i order import has regressed from 4,500 lines
12  per hour to 1,500 lines per hour."
13    Q   What does that mean?
14    MR. GIBBS: Objection; lacks foundation.
15       Answer if you can.
16    THE WITNESS: Well, order import is not a
17  program that I'm responsible for.  What the
18  general -- so I can't explain the details of what is
19  going on here.  What this -- what I interpret this in
20  general to mean is that the order import program is
21  trying to process a certain number of lines of orders
22  to get them into the order entry -- Order Management
23  system, and that the number it's doing per hour has
24  gone down.
25  BY MS. WINKLER:

103

1     Q   What does the phrase "recent freeze" mean?
2     MR. GIBBS: Objection; lack of foundation.  Do
3  you want his understanding or --
4     MS. WINKLER: Yes.
5     MR. GIBBS:  -- or how its used in the e-mail?
6     MS. WINKLER: I want his understanding of what
7  the phrase "recent freeze" means.
8     THE WITNESS: Yeah, I'm a little confused on
9  this.  I can tell you in general what the freeze
10  means.  It means that periodically we basically take
11  the results of everybody's work in the applications,
12  and we aggregate them together and just make sure
13  that everything works together.  So a freeze is
14  essentially that aggregation event.
15       So every couple of weeks or so there would
16  be a freeze where we would build everything together
17  and do various tests.  See what is going on.
18       And so there are other things in the note
19  that leave me confused about that terminology, but
20  that's generally what freeze means.
21  BY MS. WINKLER:
22    Q   Is it correct that a freeze doesn't always
23  lead -- directly lead to a new release of the
24  product?
25    A   Well, that's correct.  A freeze is typically

104

1  not something that is given to a customer.  A freeze
2  is an internal development activity, and so typically
3  Ahmed's group, for example, might be doing
4  performance checks on the behavior of code in the
5  most recent development freeze for code that has not
6  been released to a customer.
7     Q   Did development freezes take place in order
8  to do quality assurance?
9     A   Yes.
10    Q   Could you also read for me where Ahmed
11  starts with "We bypassed."
12    A   "We bypassed a lot of expensive code in the
13  benchmark; however these expensive areas need to be
14  addressed as OM customers will likely enable
15  components such a credit checking and order capture."
16    Q   Do you have an understanding of what Ahmed
17  Alomari meant?
18    A   Well, yes.  I can't -- I can't speak to the
19  detail of credit checking and order capture, and
20  which customers have to enable those things.  That's
21  not my area.  What this is generally referring to is
22  the fact that some -- in a product like Order
23  Management as I mentioned earlier, it's a highly
24  configurable product.  Some customers will use -- as
25  I said it's something you use to configure highly

105

1    complex engineered equipment or large scale orders
2    for greeting cards.
3        So depending on the business scenario that a
4    particular customer, some customers will use
5    certain capabilities of the Order Management system
6    and a lot of other customers won't.
7        So what I -- and oftentimes when you're
8    running a benchmark for a particular customer, you're
9    focused on the simplifying assumptions about what
10   that customer actually needs for their business
11   scenario, and I -- my interpretation of this, I can't
12   read Ahmed's mind, but my interpretation of this is
13   that for a particular use case, where like credit
14   checking may not be something that was needed in a
15   particular use case, I think what he is saying is
16   this particular test we did bypassed, you know, that
17   function because it wasn't relevant in the particular
18   use case.
19       It's raising the flag that since there are
20   other customers that will need it, even though, you
21   know, we're -- we've got -- we've made the
22   simplifying assumption, we still need to address this
23   other area.
24       Q  So do you understand what Ahmed wrote to
25   mean that had they not bypassed that code, it may

106

1    have regressed even to a slower speed?
2        MR. GIBBS:  Objection; lack of foundation.
3        THE WITNESS:  You know, I -- that -- that is
4    possible, although what I'm -- I mean this issue is
5    complex enough given that he is referring to credit
6    checking, order capture and pricing performance
7    problems, and the relationship of those things I
8    don't really fully grasp.  So I'm not -- I mean, he
9    is my guy, but I'm not the expert on this substance,
10   so I can't really tell you whether if we had done
11   something else in the benchmark it would have worked
12   worse or not.
13   BY MS. WINKLER:
14       Q  Okay.  Could you also read for me the next
15   sentence that starts with "The benchmark."
16       A  "The benchmark pricing configuration was
17   also extremely minimal and hence masked the pricing
18   performance problem."
19       Q  Do you have an understanding of what
20   Mr. Alomari meant when he said that?
21       A  I don't know what pricing performance
22   problems he is referring to.  Pricing configuration,
23   people can have more complex pricing rules or less
24   complex pricing rules when they set up an Order
25   Management application, and what I interpret this to

107

1    mean that there were not a lot of complex pricing
2    rules, but I don't know what other -- what the
3    context of the problems or the other statements that
4    he is making are about.
5        Q  Okay.  And going down to the last sentence
6    that starts with "Oracle Internal," could you read
7    that for me, please.
8        A  "Oracle Internal is also experiencing
9    performance problems with OM."
10       Q  Do you have a recollection of Oracle
11   Internal experiencing performance problems with OM?
12       A  Not substantively.  I mean, I wouldn't tell
13   you that they didn't, but I don't remember the detail
14   of that situation.
15       Q  Do you recall when Oracle started using 11i
16   internally?
17       A  Well, 11i was -- after 11i was released or
18   even before 11i was released, Oracle Internal began a
19   project to implement 11i to upgrade our own system.
20   And so they would be in their own internal testing
21   environments, not in our actual running production
22   systems, but in our test environments we were trying
23   to do this project.  They would be testing out sample
24   flows for Oracle's own business processes.  And so
25   whether -- this may be a reference to some test that

108

1    was going on in Oracle Internal that Ahmed was aware
2    of, but I can't speak to that since I don't know what
3    the substance of that is.
4        Q  Do you have an understanding of -- strike
5    that.
6        Do you recall whether as of August 23rd,
7    2000 Oracle had implemented 11i internally, and I
8    don't mean in the test mode, that they were actually
9    using it?
10       A  I don't believe we were live on it in August
11   of 2000.
12       Q  Do you recall when Oracle went live on 11i?
13       A  I think it was sometime in 2001.  But I
14   can't -- I mean I'm not testifying that it was
15   2000 -- sometime in 2001.  I think it was sometime in
16   2001.
17       Q  When Oracle went live on 11i, did they go
18   live on the entire suite at one time, or was it
19   implemented piecemeal?
20       A  Well, Oracle in that time frame had more
21   than one instance of the applications running, so
22   there wasn't like a moment in time when everything
23   switched over.  It was done on a -- the project was
24   done on a per instance basis.
25       Q  What do you mean by "instance"?

109

1    A   There was an installation of the
2    applications, for example, that supported -- because
3    this is how we had to do things historically, there
4    was an instance of things that supported, I don't
5    know, Japan, and different installation of the
6    applications that supported the United States, and
7    those two didn't go to 11i at the same time.
8    Q   So was it done geographically?
9    A   Yeah, partly. There is -- I -- it was
10   largely a geographic split among the existing
11   instances that we had to upgrade. Because
12   historically the applications before 11i, you
13   actually had to, if you were going to run multiple
14   languages, for example, you actually had to have like
15   a -- you could set up the system in French or set up
16   the system in Spanish, but you couldn't set up in
17   both French and Spanish.
18       So you had to set up a French system and you
19   had to set up a Spanish system. So we had all these
20   systems around for that reason. And we were
21   beginning, because 11i enables the consolidation of
22   these things all into one place, we were beginning
23   the project to do that consolidation, but we hadn't
24   done it yet since 11i was new. So we had a bunch of
25   instances to upgrade and consolidate, and there was a

110

1    lot of IT activity around that.
2    Q   So was the end result one single instance,
3    or did each geographic area continue to operate on a
4    separate instance of 11i?
5    A   The ultimate result was to get to one
6    instance. We are now at one instance as I sit here
7    today. We are -- the process of getting there was a
8    combination of upgrading some of the other instances
9    to 11i and consolidating various countries into
10   various instances. There is a whole consolidation
11   strategy that occurred progressing through 11i and
12   doing these consolidation projects went on in
13   parallel.
14   Q   Did the US go live on 11i first?
15   A   I think so, but I can't tell you for
16   certain. I don't recall the status of the European
17   projects, for example, whether they -- or whether
18   some other small country made it first. We may have
19   gone live in Latin America first because it was
20   simpler, but I don't know, so I can't answer the
21   question.
22   Q   Okay. Looking back at the sentence that
23   starts with "We bypassed," what is your understanding
24   of the term "benchmark" as its used in that sentence?
25   MR. GIBBS: Objection; lack of foundation.

111

1    Answer if you can.
2    THE WITNESS: Okay. A benchmark in this context
3    is -- I understand to mean a test, a performance --
4    a test of the large scale performance of the system
5    to determine if it will meet a customer's
6    requirement.
7    BY MS. WINKLER:
8    Q   Can you read the very first sentence on that
9    page for me.
10   A   The one that starts with "I agree"?
11   Q   Yes.
12   A   "I agree that we need to continue with our
13   analysis of OM /Pricing /Shipping /inventory /ATP/
14   Configurator performance metrics. We appreciate your
15   help."
16   Q   You can stop there. That's all right.
17       In that sentence, does -- do you have an
18   understanding of -- strike that.
19       Is Mr. Campbell -- do you have an
20   understanding of whether Mr. Campbell is referring to
21   a single application in that sentence?
22   A   Well, the Order Management system, I
23   actually don't -- I'm not the right person to tell
24   you how the taxonomy, the Order Management
25   application area breaks down. Shipping and

112

1    configurator are capabilities that are related to
2    that system. I don't know if those would be
3    considered to be sub sets of the Order Management
4    system or be considered part of like some broad Order
5    Management family. That's something Don Klaiss or
6    somebody would have to be responsive to.
7    Q   Okay.
8    A   I think he is just referring to the various
9    areas of the project that are -- he is talking about
10   here.
11   Q   Do you have an understanding of what he
12   means by ATP?
13   A   ATP stands for available to promise. It's a
14   capability where you can figure out whether or not
15   you can ship something because -- whether the
16   inventory is going to be available to meet your
17   commitment.
18   Q   Do you have an understanding of what he
19   means by "configurator"?
20   A   Configurator is a module or capability
21   within the Order Management system that let's you
22   configure complex orders that have a lot of rules
23   associated with them, so I talked about configuring a
24   medical scanner, a 747 or something or even Dell
25   computer, if you go to Dell's website and type in all

113

1    of the information like I want this much memory or I
2    want that, you're essentially dealing with a
3    configurator.  It has a lot of rules that say if you
4    pick option A, you can't pick option C, and our
5    product does that.
6        Q  Do you have an understanding of what
7    Mr. Campbell meant by that first sentence?
8        MR. GIBBS:  Objection; lack of foundation.
9        THE WITNESS:  I don't have a offhand knowledge
10   of what he meant.  My plain reading of it is that
11   there are -- as with my application, there are
12   various aspects offer performance that you monitor to
13   determine whether it's suited to your most demanding
14   use cases, and he is saying that we're going to
15   continue -- I think he is saying we're going to
16   continue to analyze the results of all of those tests
17   and, you know, implement the improvements that
18   Ahmed's expertise recommends.
19   BY MS. WINKLER:
20       Q  Do you recall customers having problems with
21   the performance of Order Management in the 2000, 2001
22   time frame?
23       MR. GIBBS:  Objection; vague.
24       THE WITNESS:  Not specifically.  I mean, I -- I
25   can't say they didn't, but I don't -- that wasn't my

114

1    area.
2        MS. WINKLER:  I'm going to ask the reporter to
3    mark this as Godwin 2.  It's Bates labeled
4    NDCA0RCL078381 through 382.
5        THE WITNESS:  Do you want me to do something
6    with this one?
7        MR. GIBBS:  She'll take it.
8        MS. WINKLER:  Again, Mr. Godwin, I'd like for
9    you to take a look at this document and let me know
10   when you've had the chance to look at it.
11       (Plaintiffs' Exhibit 2 was marked
12       for identification and is attached
13       hereto.)
14       THE WITNESS:  Okay.
15   BY MS. WINKLER:
16       Q  Mr. Godwin, you're listed as a recipient of
17   the most recent e-mail in this e-mail chain; is that
18   correct?
19       A  Yes.
20       Q  Do you recall seeing this document before?
21       A  You know, I honestly don't remember if this
22   is the one I saw yesterday or not.  But I mean, I --
23   and I don't remember it -- I mean I -- I didn't have
24   any substantive memory of it then or actually now.
25       Q  Do you recall -- strike that.

115

1        Q  Do you recall seeing documents yesterday
2    that referenced GE Corp?
3        MR. GIBBS:  Objection; privileged, work product.
4    I'm going to instruct him not to answer.
5    BY MS. WINKLER:
6        Q  Who is Rob Grant?
7        A  I don't know.
8        Q  How about Kevin Miller who is also listed as
9    a recipient of the top e-mail?
10       A  I do know Kevin Miller.  He was -- at the
11   time he was in charge of the purchasing applications,
12   and I believe he probably reported to Don Klaiss in
13   that capacity.
14       Q  So is it correct that Don Klaiss was in
15   charge of not a single application but multiple
16   applications?
17       A  That is correct.
18       Q  What does ECMS refer to that is listed in
19   the subject matter of that e-mail?
20       A  I don't know.
21       Q  How did SSP status?
22       A  SSP, SSP stands for self service purchasing.
23       Q  Was that a --
24       A  That's a subset of the Oracle purchasing
25   offering.

116

1        Q  So SSP was not a separate application; is
2    that correct?
3        A  No, it's really a -- well, when you say it's
4    not a separate application, it's -- there is one
5    purchasing system.  There is an interface that
6    professional clerical users would use to type in
7    purchase orders or other documents that they would
8    get in paper.  There was another interface that we
9    were introducing in this time frame that would allow
10   people to type in their own requisition documents and
11   that's what this is about, that GE is implementing
12   this so individual people can do requisitioning
13   without having to send paper to a clerical operation.
14   So it is all part of the same application.
15       I think that -- that capability may have
16   been licensed separately.  So, for example, when you
17   say it is or isn't separate, you have to distinguish
18   from a licensing point of view or technical point of
19   view or what because they're all, those distinctions
20   are not all necessarily isomorphic.
21       Q  Was it separate from a technical point of
22   view?
23       A  No.
24       Q  But it was -- it may have been separate from
25   a licensing point of view?

Godwin, Clifford  3/3/2006  9:09:00 AM

117

1   A   That's right.
2   Q   What is your understanding of Mr. Grant's
3   e-mail to you, dated November 30th, 2000?
4   A   Well, he is communicating that GE has an
5   impression that the products have not been properly
6   effectively tested and they are upset that they -- he
7   is reporting that they are upset that they feel like
8   they're identifying problems -- they first have to
9   identify a problem before development is working on
10  fixing it, and they basically want -- they wish that
11  weren't happening.
12  Q   Do you have an understanding of why Rob sent
13  this e-mail to you?
14  A   Because he's -- it would be -- I don't know
15  who Rob is.  My guess is Rob is somebody who is
16  either on the consulting team or in support, but I
17  don't really know his role.  And he is probably
18  sending this to the key people in development to make
19  them aware that a large customer is upset about
20  something which is not unusual that we would get mail
21  to heads up there is a customer that is upset about
22  something.  That's -- that's not unusual.
23  Q   Do you recall taking any action in response
24  to this e-mail?
25  A   No.

118

1   Q   Moving down to the initial e-mail in the
2   chain, which is also dated November 30th, 2000 --
3   A   Yeah.
4   Q   In the second paragraph on the first page,
5   which is 78381, there is a sentence that starts with
6   "The SSP 5."
7   A   The SSP 5 French batch.
8   Q   Yes, could you read that sentence, please.
9   A   "The SSP 5 French patch is encountering a
10  number of issues as GE applies it."
11  Q   Do you have an understanding of what
12  Mr. Cappar meant?
13  MR. GIBBS:  Objection; lack of foundation.
14  Again, are you asking him what Mr. Cappar had in
15  mind, or what he reads the words on the page to mean?
16  MS. WINKLER:  I'm asking if he has an
17  understanding of what he meant.
18  MR. GIBBS:  Okay.  Objection, lack of
19  foundation.
20  THE WITNESS:  I don't know what the issues are
21  that they were encountering.  I have no -- I mean, I
22  just -- I can read the words on the page like anybody
23  else, but I don't know what he is referring to.
24  BY MS. WINKLER:
25  Q   Do you know what SSP 5 refers to?

119

1   A   Yes, Self Service Purchasing 5 which is kind
2   of the internal colloquialism for the Internet
3   procurement product as it existed at that time.
4   Q   Is it your understanding that GE was having
5   problems with the language part of this application?
6   A   That would be my reading of the note.
7   Q   Do you recall when 11i was released
8   publicly?
9   A   I believe it was May of 2000.
10  Q   When 11i was released was it supposed to
11  work in languages other than English.
12  A   It was capable of doing that.  I'm not sure
13  of the schedule which translations were made
14  available.  That often is not simultaneously within
15  initial release.
16  Q   Do you know whether it worked in any other
17  languages when it was released?
18  MR. GIBBS:  Objection; asked and answered.
19  THE WITNESS:  I'm not sure whether we released
20  translations at the same time, so that would be
21  equivalent of whether it worked, and I don't know the
22  answer to that.
23  BY MS. WINKLER:
24  Q   Do you recall when Oracle released the
25  French translation?

120

1   A   No, I don't.
2   Q   Back in the 2000, 2001 time frame,
3   Mr. Godwin, when you received e-mails, was it your
4   practice to read those e-mails?
5   A   Sure.
6   Q   Was it your practice ever to disregard
7   e-mails that were sent to you?
8   A   Oh, I'm sure I disregarded plenty of
9   e-mails, but I get a lot of e-mail.
10  Q   When I say disregard, I mean was it your
11  practice not to read e-mails that were sent to you by
12  other employees of Oracle?
13  A   It was and is my practice to try to focus on
14  the -- on e-mails that I -- apply a degree of focus
15  to e-mail which is proportional to my need to know
16  the detail of the information and my -- the
17  usefulness of my doing something about it.  So I'm
18  copied on an enormous number of e-mails that I would
19  typically -- that are just FYI type of e-mails that I
20  would not read the detail of.
21  So in that sense it is my practice to not
22  read e-mail on the unbounded set of things that I'm
23  copied on that are just like, hey, something
24  happened, and it's like, I generally could be aware
25  that something happened, but I don't go plowing

121

1  through the detail of all of it. Frequently if there
2  is something, if I sense in reading an e-mail that
3  there is something I should be doing something about
4  or if I'm personally able to get to the issue then
5  I'll obviously invest more, so I can't give you a
6  simple answer of whether I do or don't read all of my
7  e-mail.
8      Q   At this time would you have viewed this
9  e-mail as a simple FYI type of e-mail?
10     A   No. It probably -- well, I don't know how
11  to answer that. Being aware that a customer is
12  frustrated about something is more or less an FYI
13  unless I have in quick scanning some reason to
14  believe that I can help with that, and so it's -- so
15  I don't recall whether in this particular case I, you
16  know, read through the detail of it. I would doubt I
17  did. I just -- the thing reports to me an impression
18  on the customer's part that they're reporting here,
19  and it's like, okay, so my awareness is the customer
20  has that impression. I may or may not have thought
21  there was something I could do about that.
22     Q   Having read this now, do you think there is
23  something you could have done to assist at that time?
24     A   It depends on whether I thought the right
25  people were already working on the issues. Generally

122

1  my role is not to actually technically resolve a
2  customer's problem or diagnose it. It's a level of
3  detail that I can personally assist the customer.
4  It's to ensure that the right resources, the right
5  prioritization is done. So in the context at the
6  time I already thought that, you know, the people who
7  were closest to this area were -- all the right
8  people were already working the issue and all that
9  was being reported to me was that GE is frustrated, I
10  would have said, you know, okay, I got the right
11  people on the issue and let's, I'll wait for the next
12  update about whether they stop being frustrated after
13  the right people have resolved the problem.
14      So I might not have taken any additional
15  action if the right people weren't working the issue
16  and it was news to me that this had first happened,
17  then I might take an action to ask the people to
18  focus on something they weren't otherwise doing. But
19  I don't remember what I was doing in response to
20  this.
21     Q   Looking at the recipients of the initial
22  e-mail, can you determine now whether the right
23  people were working on this issue?
24     MR. GIBBS: Objection; calls for speculation.
25      Answer if you can.

123

1      THE WITNESS: Yeah, I -- there is not enough
2  information here to know that.
3  BY MS. WINKLER:
4      Q   Meaning there is not enough information in
5  the text of the initial e-mail?
6      A   That's right.
7      Q   Turning to the second page of the
8  document --
9      A   Yes.
10     Q   -- 078382, at the top of the page the e-mail
11  includes the term BDE.
12     A   Um-hum.
13     Q   Do you have an understanding of what that
14  refers to?
15     A   Yes. It's -- I mean, yes, and I'm trying to
16  remember exactly whether it's -- I want to say bug
17  diagnosis and escalation. What I can tell you what
18  the function -- I'm not sure I can name the words
19  correctly. If you ask support they might come up
20  with something different and I would be wrong. I
21  don't know literally what BDE stands for. I can't
22  state that effectively.
23      But what it refers to is a group within
24  support. It's a level of analysis group within
25  support, so when you call into support, there is a

124

1  first line set of people to try to address your
2  problem. If your problem is too complicated, they
3  can't address it for whatever reason, it goes to a
4  next level of people more specialized, have been
5  around longer, have more skills, that level, really
6  tries to focus on deep problems or problems at least
7  the first set of people couldn't resolve within
8  support to try to characterize an issue so that
9  development can work on it, trying to characterize
10  whether there is really a problem with the software
11  or not. That characterization group is called BDE.
12     Q   Was BDE a common -- a commonly used term to
13  refer to that group?
14     A   Sure, within Oracle. There is other
15  companies that might call it something else but
16  Oracle calls it BDE.
17     Q   Within the support organization I think you
18  just described for me two different levels of
19  individuals that worked in that organization. Was
20  there any other level of individual?
21     A   I can't tell you the whole organization of
22  support and all of their levels, but in general,
23  there's -- there are multiple levels of people, but
24  the level that is closest to phasing development,
25  which is the level essentially we get issues from is

Godwin, Clifford  3/3/2006  9:09:00 AM

125

1  the BDE group because that's the group that once a
2  problem appears to be -- they're trying to
3  characterize a problem with enough precision that
4  development can either provide information, provide a
5  code fix, whatever is needed to actually resolve an
6  issue and that -- so that group is often the group we
7  deal with in development because they're responsible
8  for getting the problem well enough formulated and
9  then reproduceable and so forth that we can actually
10  do something with it.
11      Q  This document also mentions TARs?
12      A  Um-hum.
13      Q  What is your understanding of what a TAR is?
14      A  A TAR is a technical assistance request and
15  is basically the nomenclature at Oracle for a service
16  request.
17      Q  How was a TAR communicated to Oracle?
18      A  The customer can call up on the phone and
19  explain a problem, and the person they're talking to
20  in support can take that down and initiate a service
21  request in response to that. Additionally the --
22  there is an Internet facing interface that is
23  available where the customer can go directly onto our
24  support website and actually type in their own
25  characterization of a problem and initiate their own

126

1  technical assistance request that way. So there is
2  essentially a self service and dial-in way doing it.
3      Q  Did the TARs always enter the organization
4  through support?
5      A  Well, basically, yes. Support, the unit --
6  the system, all of support is driven off the TAR
7  system, so if there is not a service request log,
8  support's ability to just even track what is
9  happening is easily lost. So generally there is a
10  pretty good rigor of introducing things through the
11  TAR system.
12      Q  How does a TAR differ from a bug?
13      A  Okay. Support, the support organization
14  works primarily in the context of the statuses of
15  service requests. One of the -- many service
16  requests -- in fact, the vast majority of service
17  requests are resolved by providing the customer
18  information or, you know, answering a question in
19  some cases if there is actually a code problem that
20  is reported, that there is a preexisting fix for that
21  is already known or the customer is just on an old
22  version needs to get to a new version, support can
23  identify that and explain to them and tell me if
24  you get to this new version that problem will go
25  away.

127

1      So I mean -- a lot of issues are resolved in
2  the process of disposing service requests in that
3  fashion. Some set of service requests actually do
4  represent newly discovered, you know, code issues
5  that development needs to fix because they appear to
6  be either defects in the software or because they're
7  data conditions that arise at the customer's site
8  that development expertise is required to resolve
9  because we need to make sure that the data fix is not
10  going to harm something else in the system. There
11  are sometimes situations where the support analysts,
12  you know, despite all of their skills, don't have
13  enough technical knowledge to resolve a customer
14  issue.
15      So even if there is not a code defect, there
16  might be a configuration problem or inadequate
17  hardware sizing or a bad network link or something
18  else that is affecting their overall result with the
19  applications, and development has deeper technical
20  engineering expertise than support. And so sometimes
21  issues of that sort will go into development.
22      So the net is that whenever something from
23  support needs to get development involved, the
24  mechanism for doing that is to log a bug.
25  Development works off the bug database, and then the

128

1  result of logged bugs being worked by development can
2  be that the issue was resolved with a code change
3  because there was actually something that needed to
4  be corrected or because it could -- or it can provide
5  a data fix or just provide advice that support
6  couldn't provide, whatever, all kinds of bugs are
7  resolved without code changes, but that's basically
8  the flow of work between development and support.
9      Q  What do you mean by the phrase data fix?
10      A  There are often -- well, I don't know often.
11  There are situations that occur where in a later
12  release of the applications we are performing tighter
13  validation that something has to be a certain way in
14  the applications, which should always have been, but
15  now we're actually checking for it in a more tightly
16  constrained fashion than we did before. So sometimes
17  what happens in with customer data if they're
18  upgrading in particular is that some data got into
19  their system in a prior version. It could have been
20  imported from a different system. It could have been
21  typed in, just somebody made an error that wasn't
22  caught or whatever it might be.
23      And when the data comes up to our newer
24  system, it runs a foul of this validation. So
25  sometimes the fix is to clean up something that

129

1    occurred before that will make the system then in
2    this tighter consistent state.  So it can go forward
3    on the new software, so those aren't defects in the
4    new software.  They're just tighter enforcements.  So
5    we -- but sometimes we -- development because you're
6    actually altering customer data, sometimes
7    development expertise is needed to get that right.
8         And so those kind of fixes are often
9    provided by development even though they're not
10   changing code the customer is running.
11        Q   Going back to the first page of this
12   document, 078381, the last paragraph on that page
13   also uses the term "UTF8" --
14        A   Um-hum.
15        Q   -- "piece."  Do you have an understanding of
16   what that is?
17        A   Yes.  The UTF8 is a -- this is another one
18   of these kind of primer answer questions, but
19   basically when you store characters of information in
20   the system, you pick a particular end coding for
21   those, so all of the regular English characters could
22   be coded in a character set called ASCII.  And there
23   are certain characters in Western European languages
24   things like accented Es, and umlauts and things like
25   that don't exist in our standard English ASCII --

130

1    American English ASCII code set.  So there is a
2    broader code set, a Western European code set that
3    encompasses all of the characters needed to run in
4    Western Europe and the US.
5         You go to other parts of the world where
6    you're -- like Greece or Russia and you get into
7    characters that are completely different from the US
8    encoding of, you know, Slavic language and coding
9    Greek and coding Semitic language and coding
10   Japanese, Chinese, Korean, Hindi and so forth, all
11   kinds of languages.
12        UTF8 is a character encoding that will
13   support all of the languages that are spoken in the
14   world, and so one of the goals of 11i was to allow
15   all of these geographic regions to run in a common
16   system.  And so to do that, we had to support people
17   using this UTF8 character set which we had not
18   supported previously.  So it used to be if you wanted
19   to have a Russian system, you had to like set up your
20   database with a Russian character set and on Western
21   European you had had to set that up with Western
22   European character set and you couldn't put Russian
23   characters in the Western European because they would
24   just be garbage.
25        And that was the state of the world before

131

1    we got to this common system in support of UTF8, so
2    now you can run Russian and Korean and Arabic and
3    English all in a common system with 11i.
4         Q   What group at Oracle was responsible for
5    bringing in UTF8 as part of 11i?
6         A   Well, there are a lot of groups that had to
7    do work and my group was really the one that was
8    coordinating that activity.
9         Q   What do you mean when you say there are a
10   lot of groups that had to do work?
11        A   Well, the nature of the changes that you
12   need to make to support UTF8 is something that
13   affects potentially all the different applications.
14   In particular, if you are -- just to give you a sense
15   of the issue, I'm happy to -- like I say, I mean I
16   think is fascinating stuff, I spend all day on it.
17        But basically, if you have a 30-character,
18   you know, Japanese name, in the Japanese character
19   set, that only takes 30 bytes of information.  Or a
20   Tai, better example, a Tai in Thailand, you can have,
21   there is a Tai character set and with one byte of
22   information you can store every character just like
23   English.  The problem is when you go to UTF8 just
24   because you ran out of positions in the table of all
25   of the characters, it takes two or even more

132

1    characters just because where it lands to support --
2    to identify the character in the Tai character set.
3         So where you used to have a 30-byte storage
4    allocation in your program to hold the name, now you
5    have to change your program to have 60 or 90 or
6    something because you might be filling it up with Tai
7    name.
8         Q   So that's what the individual application
9    groups?
10        A   The individual application groups had to do
11   that, and we basically coordinated that type of
12   activity across the application groups to lengthen a
13   bunch of character columns in the applications.
14        Q   Now, did UTF8 -- did the UTF8 piece need to
15   be, I don't know the correct term, but need to be set
16   up before 11i could be used in any other languages?
17        A   No, it's a choice that a customer would have
18   if you -- which is apparently what GE is referring to
19   here.  If you -- if you are still just a Western
20   European customer of the business suite, you can
21   still run in the Western European character set.
22   Life goes on.  Right.  So it's really -- the reason
23   you would convert to UTF8 would be if you really were
24   trying to deploy to users in beyond the Western
25   European character set and really having people from

133

1    these other languages share the same instance.
2        So I believe what is happening with GE,
3    they're deploying self service purchasing, and they
4    are having a single instance just like we recommend,
5    single integrated suite, and they have users in Asian
6    countries, sharing the instance with users in
7    European countries, and so they are planning to
8    install multiple languages in that common instance,
9    and as part of that, they're planning to convert
10   their preexisting instance up to UTF8.
11       Q   So am I correct that not all customers that
12   purchased 11i used UTF8?
13       A   That's correct.
14       Q   And it was a customer choice; is that
15   correct?
16       A   That's correct.
17       Q   Do you recall when the UTF8 piece was ready
18   for customers to use?
19       MR. GIBBS:  Objection; vague.
20          Answer if you can.
21       THE WITNESS:  No, I don't remember in detail.
22   BY MS. WINKLER:
23       Q   Was it part of --
24       A   I think -- I mean it was -- well --
25       MR. GIBBS:  Let her finish her question.

134

1        THE WITNESS:  I'm sorry.
2    BY MS. WINKLER:
3        Q   Was it part of the suite when it was
4    released in May of 2001 -- I'm sorry, 2000?
5        A   Yeah, I think the base UTF8 capabilities
6    were released in 2000, I mean the basic work we did
7    to be come at that time I believe with UTF8 I believe
8    was done in that time frame.
9        Q   And what was done in addition to the base
10   work?
11       A   There was -- there was ongoing work around
12   a -- around the conversion -- I mean, this is a
13   really arcane area, but basically there was some work
14   that was ongoing around data conversion issues to
15   UTF8.  The -- just to give you an example of this --
16   and like I say we can spend all day on it -- but
17   it's -- what often would happen is that even though
18   you thought you had a Western European database, one
19   of the things that somebody did was to paste a
20   document from Microsoft Word into some Notes field in
21   that database.  And Microsoft -- Microsoft's Western
22   European character set is almost but just not quite
23   the same as the Western European character set that
24   is the ISO standard one.  So they have like the
25   Microsoft Windows Smart Quote, for example, is not a

135

1    standard Western European ISO character standard.
2        So we would -- sometimes there are issues
3    that we would deal with around customers who would
4    have a data issue which turned out to be somebody
5    where some Microsoft document paste information was
6    in their database, and that wasn't converting cleanly
7    to UTF8 so we would go back and write utilities to
8    help people find that stuff.
9        That's what I mean by the work to kind of
10   perfect this and make the customer upgrade robust to
11   bad data conditions was something that was kind of
12   ongoing.  But the base ability to just install and
13   start the system in UTF8 was there, I believe, in the
14   beginning.
15       Q   If the UTF8 piece was there, why did a
16   customer -- why would a customer have needed the SSP
17   5 French patch?  Can you explain that to me?
18       MR. GIBBS:  Objection; vague.
19          Answer if you can.
20       THE WITNESS:  Well, the SSP 5 French piece is
21   by -- what I understand that to be is the French
22   translation of the screens.  So I think this is -- I
23   think these two issues are unrelated.
24   BY MS. WINKLER:
25       Q   Okay.

136

1        A   I think what I'm reading the words here to
2    mean, and again, I'm not -- I didn't focus on this,
3    but basically the -- when you get an application, you
4    get an English version.  You can then order a patch
5    that installs the French translations of all of the
6    strings in the screens.  Right.  So now you have
7    English and French.  Now, I think what they say --
8    what I assume is meant by they completed the 1152
9    piece, the SSP 5 English piece, the UTF8 piece is
10   that they had a preexisting instance, and part of
11   their operational practice or their operational steps
12   in this implementation was to do the UTF8 conversion
13   of their previous data.
14       And they're saying they did that part okay,
15   and now they're apparently saying they got a problem
16   with the French translation patch, but the UTF8 part
17   went okay.  That's my understanding.
18       Q   I think I wasn't initially understanding
19   this correctly, but let me see if I understand it.
20       Just because the UTF8 piece is there doesn't
21   mean that a customer can operate in any of those
22   languages, can operate the system in any of those
23   languages; is that correct?
24       A   Right.  You separately have to get the
25   patches that deliver you the translated application

Godwin, Clifford  3/3/2006  9:09:00 AM

137

1  in those languages, but you have to get the code --
2  you have to have the database code. The database is
3  set up in a code set where it's going to actually
4  recommend -- you know, store characters with a
5  particular encoding. So there is a technical step
6  you do to set the database up and migrate existing
7  data to UTF8 so you're in a condition where you now
8  can apply transactions from all of these different
9  countries, and they'll all go in and have their
10  characters stored correctly together.
11      Q   And were those various translations known as
12  patches?
13      A   Sure.
14      Q   Is there any other way to describe the
15  various translations?
16      A   You -- well, they're delivered as -- they're
17  called translations, but the mechanics of receiving
18  anything from Oracle is via a patch. So if I'm
19  giving you new functionality, you get a patch. If
20  I'm giving you translation, you get a patch. If I'm
21  giving you a bug fix, you get a patch. If I'm giving
22  you a diagnostic fix to figure out what is wrong with
23  your system, you get a patch. It's just a coin of
24  realm.
25      Q   Do you recall when the various language

138

1  patches were made available to Suite 11i?
2      A   No, I don't. I answered that earlier.
3      Q   Do you have a recollection of whether they
4  were all available when Suite 11i was released in May
5  2000?
6      A   I don't think they were all simultaneously
7  delivered with 11i. That was always a goal, but I
8  don't think we achieved it in that time frame.
9      MS. WINKLER: I'm finished with this document.
10  I think this might be a good time for us to take a
11  lunch break.
12      THE VIDEOGRAPHER: This marks the end of tape
13  two in the deposition of Clifford Godwin at 12:29.
14  Going off the record.
15      (Lunch recess.)
16      THE VIDEOGRAPHER: On record at 1:27. This
17  marks the beginning of tape three in the deposition
18  of Clifford Godwin.
19  BY MS. WINKLER:
20      Q   Mr. Godwin, before we took our lunch break,
21  we were talking about language patches.
22      A   Yes.
23      Q   Which group at Oracle was responsible for
24  developing the various language patches?
25      A   There is a group that actually performs the

139

1  translations called the Worldwide Product Translation
2  Group. WPTG is the nickname. So there is a process
3  that Greg Seiden's group administered where the
4  applications, as they are in English, the various
5  things that are necessary to supply to the
6  translators were gathered up, sent over to this WPTG
7  translations group and then returned. And then Greg
8  Seiden's group packaged up the language patches.
9      Q   Who is in charge of the WWPTG?
10      A   WPTG.
11      Q   WPTG. And I'm talking still about 2000,
12  2001.
13      A   I don't know who was in charge at that
14  point.
15      Q   How did that group fit into the reporting
16  structure?
17      A   That did not report into the -- that group
18  is based in Europe because of the language skills,
19  and so actually I'm not sure exactly where that
20  reported. So, I mean, which executive at the top
21  level, it didn't -- to my knowledge, it didn't report
22  in to Ron, Ron Wohl at that time. It reported
23  somewhere else.
24      Q   To your knowledge, or do you have any
25  knowledge about whether it reported in to

140

1  Mr. Barrenechea's group?
2      A   It did not report into his group.
3      Q   But once the actual translation work was
4  done, then it became Mr. Seiden's responsibility; is
5  that correct?
6      A   To package the resulting artifacts and
7  produce the patch that would go out to the customers,
8  yes.
9      Q   Did the language patches go through any
10  other groups other than this WPTG group and then
11  Mr. Seiden's group before they were released to the
12  customers?
13      A   I'm trying to remember in that period.
14  We -- I can't speak to it authoritatively. There are
15  other things were made available, I believe, to some
16  of the local support organizations around the world
17  so they could test in local language, but I wasn't
18  really the center of coordinating that, and I really
19  don't know the scope of it.
20      Q   Who would be a better person to ask about
21  that issue?
22      A   Well, Greg Seiden would be the person who
23  would know or he would -- he would at least have more
24  visibility into it than I do. I don't know if he
25  would be able to respond directly on it.

Godwin, Clifford  3/3/2006  9:09:00 AM

141

1      Q   Do you know whether all of the various
2   language patches were released, say, by the end of
3   2000?
4      A   I don't know that specifically.
5      Q   Do you know when all of the -- by what date
6   all of the language patches were released?
7      A   No, not specifically.
8      Q   Do you have any general recollection?
9      A   I mean, I -- you know, I remember them being
10  released not long after the release of 11i, and --
11  but I don't remember which things were with 11i or
12  how far after, by which date the last one was done.
13  I can't put absolute boundaries around it because I
14  wasn't focused on that.
15     Q   And would Greg be a better person to ask
16  about the timing of the releases?
17     A   Yes, Greg would -- Greg would know that
18  or -- those are -- yeah, Greg would be a person who
19  would be closer to that than I was.
20     Q   Okay.  I'm going to ask the reporter to mark
21  the next document, a single page, NDCA-ORCL 057050.
22  I believe that's Godwin 3.
23         (Plaintiffs' Exhibit 3 was marked
24         for identification and is attached
25         hereto.)

142

1   BY MS. WINKLER:
2      Q   Mr. Godwin, again, I'll ask you to take a
3   look at this document and let me know when you've had
4   a chance to look at it.
5      A   Okay.
6      Q   Have you seen this document before?
7   MR. GIBBS:  Because of the work product
8   privilege, objection, I'm going to instruct the
9   witness to answer that question without regard to
10  whether he saw it while meeting with counsel.
11         So if you've seen it outside of that context
12  answer yes or no.
13  THE WITNESS:  I don't recall it outside of that
14  context, and I -- so I can't -- I am copied on the
15  mail note, but I don't recall the event of seeing it.
16  MS. WINKLER:  Going forward, I'm going to ask
17  the reporter to mark each instance where you instruct
18  him not to answer because I believe we are entitled
19  to examine him with respect to each document that he
20  testified earlier refreshed his recollection.  He
21  testified earlier that every document that he viewed
22  yesterday refreshed his recollection, and if we don't
23  have those documents produced today, we will attempt
24  to call Mr. Godwin back to testify as to those
25  documents.

143

1   MR. GIBBS:  That's fine.  We have a disagreement
2   issue, but feel free to have the reporter mark
3   whatever you wish.
4   BY MS. WINKLER:
5      Q   Mr. Godwin, who is Mike Skees?
6      A   Mike Skees is a -- an engineer or -- in our
7   DDR organization, basically maintenance organization
8   that deals with bug fixing, and in Orlando.
9      Q   What does DDR stand for?
10     A   Diagnosis and defect resolution.
11     Q   Was the DDR organization specifically under
12  you, or was it a separate organization under -- in
13  ERP?
14     A   DDR is a -- this ATG DDR organization is
15  specifically under me.  DDR is a term of art like BDE
16  that is used to refer to a particular class of
17  activity.  But in specific, this DDR organization is
18  part of my organization.
19     Q   So did Mr. Skees report to you?
20     A   No, Mr. Skees reports to -- reported, I
21  believe, to George Khoury, who runs that office.
22     Q   Was Mr. Skees somewhere underneath your
23  chain of command?
24     A   Yes.
25     Q   What was Mr. George Khoury's position?

144

1      A   I don't recall the level of his career at
2   this point.  He was basically running an
3   approximately 20-some-odd person organization of
4   people who were focused on bug fixing for customers
5   or dealing with customer problems.
6      Q   Were the bugs that Mr. Khoury and his
7   organization dealt with, were those made known to him
8   through the TAR process?
9      A   Yes.
10     Q   How about Padmini Ranganathan.  I can't even
11  pronounce that -- Ranganathan?
12     A   I believe Padmini was in the purchasing
13  development team, although I don't know her role or
14  exact responsibilities.
15     Q   And finally Phillip Tate?
16     A   I don't know Phillip Tate.
17     Q   Now, would Padmini have been reported --
18     A   Padmini.
19     Q   I'm sorry, Padmini, would she have been in
20  Mr. Klaiss's organization?
21     A   Yeah, she -- she probably would have been
22  under Kevin Miller, who we mentioned earlier,
23  responsible for the purchasing products.
24     Q   Do you have an understanding of why
25  Mr. Skees would have copied you on this e-mail?

145

1    MR. GIBBS:  Objection; lack of foundation.
2    THE WITNESS:  The only -- I mean, as I mentioned
3  earlier, if there are customer situations where
4  somebody -- where a customer is upset or escalated to
5  whatever, it's kind of normal procedure that I would
6  be copied on a whole bunch of things about that
7  customer's status.
8    Q   Is this --
9    A   This appears to be one of those cases.
10   Q   I'm sorry.  Is this the type of e-mail where
11  you would have taken some action upon having received
12  it?
13   A   No, this is the type of e-mail where I would
14  have observed that -- if I received this e-mail --
15  when I receive e-mails like this -- I don't recall
16  specifically doing anything about this or not, but
17  what appears to be the case here is that he is
18  identifying who is working on each of the issues that
19  are facing the customer at this point.  And my
20  assumption is I would have looked at this and said it
21  looks like the right people are working the issues.
22  I'm aware there is an issue.  That's probably all I
23  would have done.
24   Q   At the time when you heard the term
25  "escalation," what was your understanding of that

146

1  term?
2    A   Escalation is -- it has kind of a formal
3  definition within Oracle support.  You actually --
4  you know, there is actually a process of escalating
5  your situation as a customer within Oracle support,
6  and you get into a status of being marked as an
7  escalated customer.  So bugs logged on your behalf
8  can be escalated, and that is just a flag to let
9  people know there is a particular importance
10  associated with that set of issues.
11   Q   Were there various stages of escalation?
12   A   I don't know the process within support,
13  whether people go through an approval cycle or
14  something around escalations, that's not my area.
15  From the point of view of development, something is
16  either escalated or it's not.
17   Q   At the time what would you have understood
18  the phrase "GE corporate is very escalated" to have
19  meant?
20   A   Probably very, very unhappy.  Or either --
21  expressing either unhappiness or urgency about a
22  problem.  Sometimes escalations are not explicitly
23  dissatisfaction as they are, you know, we have a
24  particular milestone we're trying to achieve.  We
25  need something done by a certain date, therefore

147

1  we're escalating all of the attention onto it to make
2  sure everybody gets it done by a certain point in
3  time.  So it's not necessarily just kind of outright
4  dissatisfaction.  Sometimes there is other aspects of
5  a customer situation that caused their issues to
6  become escalated within development.
7    Q   Do you have a recollection of whether --
8  strike that.
9        Do you have a recollection of why GE was
10  escalated?
11   MR. GIBBS:  Objection; lack of foundation.
12   THE WITNESS:  At this particular juncture, no.
13  BY MS. WINKLER:
14   Q   Looking at the first line in that e-mail,
15  Mr. Skees includes a couple of numbers.  He says, "I
16  have Terry looking at one number and Paul looking at
17  another number."  What do those numbers refer to?
18   A   That -- those appear to be TAR numbers.
19  There's a numbering scheme in the TAR system that has
20  a decimal and some numbers after it.  So usually if
21  you see numbers that look something like that, that
22  refers to the identifier within the service request
23  system.
24   Q   And how did that differ from how a bug was
25  identified?

148

1    A   Bugs are usually referred to by a single 6
2  or 7 digit identifier.
3    Q   So an identifier that lacks a decimal?
4    A   Yeah.  So this appears to be -- I mean
5  everything in this note appears to reference TARs,
6  not bugs.
7    Q   Okay.  In the second line, what does JTF
8  refer to?
9    A   JTF is the name of a set of technology that
10  was built in the -- in the CRM area.  It's basically
11  a product in the CRM area.
12   Q   It was something, was it something other
13  than an application?
14   A   Yeah.  It was -- it's -- it's some common
15  code that's used broadly in the CRM products.
16   Q   Is there an analogy you could make with
17  respect to one of the products in the ERP area?
18   A   Well, that's a complex issue.  It's -- it
19  is -- it has some characteristics like AOL, like
20  other things that are done in my area in that it's
21  common code that is reused broadly.  It's -- but it's
22  not actually a -- I mean, it's actually built on
23  that -- on my -- on the AOL -- using the AOL
24  facility.  It's just an additional layer but it is
25  common in the same sense that mine is common.

149

1    Q   Okay.  In the second line it starts with
2  ABASQUE in all caps.  Do you have an understanding of
3  what that refers to?
4    A   Yes.  The bug system has user IDs for people
5  which are of the form first letter of first name and
6  then last name, so this refers to a first named Andre
7  Basque.  That's his user ID within that.  It's
8  shorthand that sometimes people are will refer
9  colloquially by people's user IDs.
10   Q   The fourth line "Forms," what does that
11  reference?
12   A   Forms is a technology, one of the Oracle
13  systems products technologies that we use in the
14  E-Business Suite to build screens.
15   Q   What group in Oracle was responsible for
16  Forms?
17   A   You're asking in the context of this time
18  frame?
19   Q   Yes.
20   A   So there -- there is a Tools organization
21  that was at the time, I believe, reported into Larry
22  Ellison.  I'm not sure if it had a different
23  reporting relationship then.  I don't think so.
24  Yeah, I think it reported directly to Larry Ellison.
25  There is a guy named Sohaib Abbasi.

150

1    Q   Sohaib Abbasi?
2    A   Sohaib Abbasi who ran the tools
3  organization, and Forms is a product within that
4  Tools organization.
5    Q   Was the Tools organization separate from ERP
6  and CRM?
7    A   Um-hum.  Yes, it was.
8    Q   Does the Tools organization still exist
9  today?
10   A   It's organized differently today.
11   Q   Where does the Tools organization fall
12  today?
13   A   It falls in the Middleware organization.
14  There is a unified, all of the Middleware groups
15  today at Oracle, the Application Server, the Tools
16  organization, all have been brought together.
17   Q   When you say Middleware, is that referencing
18  some part of the tiered structure of the products
19  Oracle sells?
20   A   That's right.  There is a database set of --
21  related set of products, and then there is what we
22  generally call a Middleware set of products which are
23  application server and related products, and the
24  tools have been essentially merged into that
25  organization.

151

1    Q   And is there -- is there a third component
2  of the tiered structure?
3    A   Well, I mean within -- that's pretty much it
4  for the systems products, and then there is kind of
5  the common reusable code layer which is kind of my
6  layer and you have the individual product teams above
7  that building application products.
8    Q   Okay.  Now, in the lower portion of this
9  document starting where it says "Kirsten Shaw wrote,"
10  she references Workflow and AOL?
11   A   Yes.
12   Q   Are those the Workflow and AOL that we
13  discussed earlier falling in your areas of
14  responsibility?
15   A   Yes.
16   Q   Can you read for me what it says following
17  the Workflow and TAR number.
18   A   "They are seeing only French message
19  attributes after loading US and French Workflow
20  definitions in the database.  How can they view the
21  US message, or how do they set up to toggle by user?"
22   Q   Do you recall customers encountering that
23  issue with the software?
24   A   No.
25  MR. GIBBS:  Objection; lack of foundation.

152

1  BY MS. WINKLER:
2    Q   Would you describe that issue discussed
3  there as a problem with the French language patch or
4  something different?
5  MR. GIBBS:  Objection; vague, compound, lacks
6  foundation.
7  THE WITNESS:  I don't know what caused this --
8  what you're looking at here is a service request that
9  is characterizing how things looked to the end
10  customer in a particular situation or a support
11  person in the end situation.  As with almost all of
12  these things, there are a million things that could
13  have led to this.  I have no idea whether the root
14  cause of this issue was a configuration problem, an
15  error, operational error applying the patch, a
16  problem with the software, a problem with the
17  language patch.
18  I mean there is, you know -- we have to get
19  to the root cause of how this issue was ultimately
20  resolved, and then you could actually -- then we
21  could actually give you a material answer to the
22  question.
23  BY MS. WINKLER:
24   Q   Do you have any recollection of how it was
25  resolved?

153

1      A  No.
2      Q  And there is nothing on this e-mail that
3  explains to you how it was resolved?
4      A  No.
5      Q  I'm going to ask the reporter to mark as
6  Godwin 4 NDCA-ORCL 057167 through 174.
7         (Plaintiffs' Exhibit 4 was marked
8      for identification and is attached
9      hereto.)
10  BY MS. WINKLER:
11     Q  Mr. Godwin, again, as with the other
12  documents, I'm going to ask you to take a look at
13  this document and let me know when you've had a
14  chance to do so.  If you want to just get a general
15  sense of it, I can direct you to specific portions as
16  I ask questions.
17     A  Let me read through a little bit more.  I
18  could read through the entire thing, but let me at
19  least give it some context here.
20        Okay, you can direct me wherever you want.
21  I haven't read the whole thing.  I just read the
22  first couple of pages to get some context.
23     Q  Do you recall sending this e-mail?
24     A  No, I don't.
25     Q  Did you see this document yesterday in your

154

1  preparation for the deposition?
2      MR. GIBBS:  I'm going to give the same
3  instruction not to answer that particular question.
4  BY MS. WINKLER:
5      Q  Mr. Godwin, starting with the first page,
6  can you tell me who Kevin Hudson is.
7      A  Sure, Kevin Hudson is the -- runs the
8  Workflow team, the Workflow development team in my
9  organization.
10     Q  How about George Kellner?
11     A  George Kellner runs a team -- he runs a team
12  that builds a component called OA Framework.  I'm
13  actually not from -- I'm not sure -- I should not
14  why he would be on this loop.  Anyway, that's --
15     Q  What did you mean when you said "Looks like
16  GE Corporate has WF ROLES issues"?
17     A  I would have to -- I don't get that from the
18  first page, so let me find where in here I got that.
19     I think what I'm probably referring to is
20  that the first issue on the -- this second page of
21  this, which has got the index No. 057168 down at the
22  bottom here, says under "Issues with I/Procurement
23  Workflow, WF mailer fails to resolve user roles after
24  'X' hours of execution.  Currently getting full
25  details in the Workflow team engaged."

155

1         So that is probably the thing that is
2  leading me.  There is a construct in Workflow where
3  we register which roles a user has, and there is
4  evidently some issue about the mailer -- which mails
5  out notifications to people that they need to take an
6  action somehow was unable to resolve something
7  accessing that information after some period of time,
8  and so I'm sending a note to -- I appear to be
9  sending a note to the Workflow team saying, hey,
10  looks like they've got a roles related issue.  Figure
11  out what we need to do about it.
12     Q  So your e-mail "WF" refers to Workflow?
13     A  Yes.
14     Q  Going down on the first page to the second
15  e-mail, do you have an understanding of what Ora-600
16  refers to?
17     A  Yes, Ora or Ora-600 is a particular error
18  that the database -- the Oracle database produces
19  under -- that's an error code associated with an
20  error in Oracle database processing.  So the database
21  group rather than my group would investigate that
22  issue.
23     Q  Do you have an understanding of what -- any
24  more details about what an Ora-600 code refers to?
25     A  It's actually a large -- there is a wide

156

1  variety of things that can lead to that condition.
2  There is not a single specific issue.
3      Q  Do you have any understanding of this
4  specific issue here?
5      A  No, I think what this is doing is asking the
6  server technologies get involved to understand the
7  nature of this issue, and so there is nothing in the
8  document here that reminds me what the resolution of
9  that is or the actual underlying issue.
10     Q  During the 2000, 2001 time frame, was it
11  common for someone to refer to "criticality red"?
12     A  That wasn't a standard term that was used.
13     Q  On the second page of this --
14     A  At least not in communications to me.  I
15  mean some organization may have -- I mean if -- if
16  Padmini was using this as a way she was encoding the
17  state of GE's mood or something, that's great, but it
18  wasn't a systematic thing we were doing at Oracle.
19     Q  Back still on the second page after the
20  paragraph -- in the paragraph that begins "Action,"
21  what is the "ST Development and Support Team"?
22     A  ST refers to server technologies, which is
23  the -- as distinct from the applications it refers to
24  the organization that is responsible for the database
25  and the Middleware.

Godwin, Clifford  3/3/2006  9:09:00 AM

157

1      Q   In the first paragraph Padmini refers to the
2   RDBMS side.  Do you have?
3      A   RDBMS refers to relational database
4   management system, which is another way of saying the
5   database.
6      Q   Mr. Godwin, would you turn to page 6 of this
7   document, which is 057172.
8      A   Yes.
9      Q   At the bottom, the e-mail at the bottom of
10   the page, the subject line states "Heads up, GE Corp
11   has run into a P1 issue."  What is a P1 issue?
12      A   Well, our bug system has priorities 1
13   through 4 in it, so P1 means priority one.
14      Q   Is that the highest priority?
15      A   Yes.
16      Q   Could you read for me the second sentence in
17   the paragraph beginning with "Plan."
18      A   I'm sorry.  The one "if this doesn't get
19   fixed"?
20      Q   Yes.
21      A   "If this doesn't get fixed by afternoon,
22   they want a contingency plan to roll back to R11."
23      Q   Do you know whether GE Corp rolled back to
24   R11?
25      A   I don't believe they did.  I believe they're

158

1   alive today on Oracle Internet Procurement which is
2   this product.
3      Q   Do you know when they went live?
4      A   I don't remember.
5      Q   Do you know if they went live in 2001?
6      A   I can't state that factually.
7      Q   I'm going to ask the reporter to mark as
8   Godwin 5 NDCA-ORCL 078383 through 384.
9         (Plaintiffs' Exhibit 5 was marked
10         for identification and is attached
11         hereto.)
12   BY MS. WINKLER:
13      Q   Take a look at that document, Mr. Godwin,
14   and let me know when you've had a chance to look at
15   it.
16      A   Yes.
17      Q   Have you seen this document before?
18      MR. GIBBS:  Same instruction, to answer that
19   question without regard to whether you looked at it
20   while prepping for the deposition in counsel.
21      THE WITNESS:  I believe I did send the e-mail.
22   BY MS. WINKLER:
23      Q   Do you recall having sent this e-mail or
24   recall actually sending the e-mail?
25      A   I don't recall actually sending the e-mail,

159

1   but I don't deny that I sent the e-mail and
2   probably --
3      Q   Do you recall the issues discussed in these
4   two e-mails?
5      A   Not the detail of it, but I mean in
6   general -- in general, I recall the context.
7      Q   Starting with the initial e-mail from -- on
8   page 2 from Mr. Barrenechea to you and Ron Wohl --
9      A   Um-hum.
10      Q   -- which is on page 78384.
11      A   Yes.
12      Q   What was your understanding of what
13   Mr. Barrenechea was telling you in this e-mail?
14      A   I had spoke -- I think what had happened is
15   I had spoken to Sukumar, who works for Mark or worked
16   for Mark, about an issue and how to -- I can't
17   remember if it was how to resolve it, or what -- but
18   I apparently spoke to Sukumar about it, and this is a
19   note back from Mark asking me to direct communication
20   about that issue to him.
21      Q   Do you recall Sukumar's last name?
22      A   Rathnam, R-a-t-h-n-a-m.
23      Q   Is that the same Sukumar you mentioned this
24   morning?
25      A   Yes.

160

1      Q   What does AK stand for?
2      A   AK is a -- how do I explain AK?  AK is a set
3   of -- it's a feature that is built in my area that
4   contains some of the C data and translated -- or some
5   of the strings that you're seeing on the screens in
6   the self service html applications, so it was
7   accessed by both the CRM and the ERP application.
8      Q   Is it the same thing as Oracle Common
9   Modules?
10      A   Yeah, that's a name -- that's a -- that's
11   sort a product -- that's a descriptive name for it.
12   But, yeah.
13      Q   Was AK something that your group was
14   responsible for?
15      A   Yes.
16      Q   Why were you -- why did you speak to Sukumar
17   about this issue?
18      A   I don't recall.
19      Q   Am I correct that Sukumar wasn't in your
20   organization?
21      A   Right, Sukumar was in Mark Barrenechea's
22   organization and was managing this technology layer
23   in his organization.
24      Q   On the first page, would you read for me the
25   sentence that starts out with "I find it irritating."

Godwin, Clifford  3/3/2006  9:09:00 AM

161

1      A   "I find it irritating that Mark feels
2   comfortable blindsiding me by complaining to Larry
3   about problems in my area without telling anyone in
4   my group there is a problem but then wants to control
5   communication back from me."
6      Q   What did you mean by that?
7      A   I don't recall the specific context of the
8   blindsiding things I'm referring to, but there --
9   presumably was an example where Larry -- where Mark
10   had sent a note to Larry about some issue with
11   something from my area, and so I'm reacting to a
12   request from him to channel communication through
13   him, and like he is telling me what the communication
14   channels need to be when from my point of view he is
15   not communicating directly to me about problems in my
16   area. He is sending them through my management
17   chain. So that's what I'm reacting to here.
18      Q   How did you known that he had complained to
19   Larry about a problem in your area?
20      A   I don't recall the specific problem that it
21   was about. I assume I was made aware of it.
22      Q   What did you mean in the second paragraph
23   when you called Sukumar the Gorbechev of CRM?
24      A   It means I had a good working relationship
25   with Sukumar.

162

1      Q   Did how would you describe the relationship
2   between the ERP and CRM groups at the time?
3      MR. GIBBS: Objection; vague, calls for a
4   narrative.
5      THE WITNESS: It's -- I -- there is not one
6   relationship.
7   BY MS. WINKLER:
8      Q   Did Mark Barrenechea and Ron Wohl have a
9   good working relationship at that time?
10      A   I think there were strains in that
11   relationship, but they, you know, effectively worked
12   together. There was certainly instances of strain in
13   the relationship.
14      Q   Do you recall any specific instances of
15   strain in the relationship?
16      A   I don't recall a -- I mean, to what level of
17   detail, I mean I don't recall. I recall that there
18   were. I don't recall -- I'm trying to -- I mean
19   there are various issues that would come up where
20   Mark would be upset about something and would send a
21   note to Ron about it, and, you know, they would have
22   a back and forth discussion about it or Ron would --
23   or somebody would complain to Larry about something,
24   and, you know, we would have some dispute resolution
25   about it. So I mean there were those kinds of

163

1   instances. I can't recall the substance of
2   particular ones, but it occurred.
3      Q   What do you mean when you say you would have
4   a dispute resolution about it?
5      A   I mean if there was an issue where Mark and
6   Ron disagreed about something, then they might have a
7   meeting with Larry or discussion with Larry about it.
8      Q   Do you recall any specific topics -- strike
9   that.
10      Do you recall any topics related to Suite
11   11i that Mr. Barrenechea and Mr. Wohl disagreed upon?
12      A   I'm trying to remember specifics of
13   disagreements at all, and I'm not -- I'm trying to --
14   there are -- I recall -- I mean there are --
15      Q   Or any general topics that they disagreed
16   upon?
17      A   It wasn't -- it wasn't so much that there
18   was a general set of topics that they disagreed on.
19   It was that in any given issue of the day that might
20   come up, there -- the -- you know, there could be
21   frustrated communications going back and forth or
22   there could be, you know, discussions that would, you
23   know, that -- that were -- just, you know, not as
24   collegial as you would hope going back and forth.
25   But that's -- it wasn't that there was a particular

164

1   ongoing philosophical disagreement or something that
2   kept coming back to it. It was just more a matter of
3   style and individual issues that would come up in the
4   development process.
5      Q   Do you recall any attempts by either
6   Mr. Barrenechea or Mr. Wohl to blame the other
7   organization for problems that may have arisen with
8   11i?
9      MR. GIBBS: Objection; lack of foundation.
10      THE WITNESS: I think -- well -- the only ones I
11   can really talk to specifically would have been
12   things that would have affected my area directly.
13   And I think there are cases where, you know, I mean
14   something like in this note, where Mark is basically
15   frustrated with something that has gone in my
16   area, whatever that issue was, and is -- evidently
17   sent a note complaining about it to Ron and/or Larry,
18   and not necessarily even copying me, which is what
19   I'm reacting to, so that kind of thing, you know,
20   would have happened or, you know, did happen in some
21   cases in my area or things that I was responsible
22   for, and so that's the kind of thing that produced
23   this.
24   BY MS. WINKLER:
25      Q   How often did things like that happen in

Godwin, Clifford  3/3/2006  9:09:00 AM

165

1   your area?
2       A   Actually -- well, my area, I -- as I say, I
3   had a pretty good working relationship with Sukumar,
4   so a lot of things got resolved at that level.  Well,
5   things did come up where the frustrations looped over
6   on through the management chain in that fashion I
7   described, but many, many issues were resolved with
8   Sukumar directly without having a problem.  So that's
9   what it was.
10      Q   Is Mr. Wohl still working at the company
11  today?
12      A   No, he is not.
13      Q   How about Mr. Barrenechea?
14      A   No, he is not.
15      Q   Do you recall when either of have them left
16  Oracle?
17      A   I believe Mark Barrenechea left in 2002.  I
18  believe Ron Wohl left in 2005?
19      Q   Who do you report to now?
20      A   I report to Thomas Kuriann.
21      Q   Is he Mr. Wohl's replacement?
22      A   No, he actually runs a -- he runs this
23  consolidated server technologies Middleware
24  organization that I referred to earlier, where the
25  tools have been consolidated, and they actually moved

166

1   my team in the back to consolidate all of the
2   technically oriented things in one management
3   chain so he is not in charge of the applications.
4       Q   Is there a person who took over Ron's
5   position, other than over your organization?
6       A   John Wookey.
7       MR. GIBBS:  Monique, if you're close to a change
8   in subject matter, I just ask for a very quick break
9   in between.
10      MS. WINKLER:  Sure, we can take a break now.
11      THE VIDEOGRAPHER:  Off the record at 2:12.
12      (Recess.)
13      THE VIDEOGRAPHER:  On record at 2:17.
14      MS. WINKLER:  I'm going to ask the reporter to
15  mark as Godwin NDCA-ORCL 07385 through 87.
16      (Plaintiffs' Exhibit 6 was marked
17      for identification and is attached
18      hereto.)
19  BY MS. WINKLER:
20      Q   Mr. Godwin, please take a look at that
21  document and let me know when you've had a chance to
22  do so.
23      A   Okay.
24      Q   Have you seen this document before?
25      MR. GIBBS:  Same instruction, you're free to

167

1   answer that question without regard to whether you
2   reviewed the document while preparing this counsel.
3       THE WITNESS:  I don't have an independent
4   recollection of having sent this note, but it
5   certainly looks like a note I would have sent, so I'm
6   okay with that.
7   BY MS. WINKLER:
8       Q   Does this e-mail refresh your recollection
9   as to when Oracle upgraded internally to 11i?
10      A   Yeah, it refreshes my recollection of this
11  moment in time as part of that process, yes.  I mean
12  that there's a -- this is referring to the upgrade of
13  the CRM instance to 11i and some issue that came up
14  that needed my group's attention.
15      Q   Did Oracle upgrade to 11i piecemeal?  And by
16  that I mean different applications at different
17  times, not the instances issue that we talked about
18  earlier?
19      A   No, just the instances.  There's, as I
20  mentioned earlier, the -- there were a variety of ERP
21  instances which predated 11i, and were fragmented by
22  geography.  And when we upgraded -- there is a
23  database here that is focused on CRM, which we
24  implemented as a worldwide implementation.  We didn't
25  repeat the fragmentation and go out and implement CRM

168

1   70 times.  We basically created this central CRM
2   implementation and this is the database that is
3   referred to here.
4       Q   What do you mean when you say "There
5   appeared to be a problem with the JAR file causing
6   forms to fail to start"?
7       A   The Forms technology, the tool we talked
8   about earlier, the Forms technology works by -- it
9   has a part that runs on a -- runs on servers at the
10  data center where you're installing the applications.
11  And then it has a set of Java code that is sent down
12  to run on the client -- on the desk-top machine of
13  the individual user.
14      That is a -- that is probably -- I can't say
15  certainly, but that is probably what this JAR file is
16  referring to.  So the process of causing that JAR
17  file to get down -- JAR stands for Java archive --
18  it's the file of Java code that gets downloaded to
19  the client machine, and there is some problem with
20  that, which my group being the technology group that
21  deals with these underlying type of technology issues
22  was going to help investigate.
23      Q   Do you recall how this issue was resolved?
24      A   No, I don't.
25      Q   Who is Andrew Huda?

169

1    A  Andy Huda manages a group in the UK that
2  works on technology stack type of issues, things in
3  other words where the application's use of an
4  underlying technology like the Forms technology has a
5  certain amount of complexity with it.  So that group
6  is well specialized in that, and I think what this is
7  referring to is that I've got -- I'm arranging around
8  the clock coverage of this issue because some of the
9  people in Andy Huda's group, like Chris White, are
10  experts on this, and they can work on this issue
11  overnight US time and progress it, and then my team
12  in the US can pick it up when they come in.  So
13  that's what I was trying to organize here, I believe.
14    Q  In your e-mail where you reference the p1
15  TECHSTACK bug would that be something that was within
16  Mr. Huda's purview?
17    A  Yeah, I mean a p1 -- a TECHSTACK -- all
18  capitalized here -- is a specific component against
19  which you can log a bug, so if you have a bug that
20  seems to be related to something in the underlying
21  technology and you don't know what it is, and you
22  want my group to help sort out where the problem is,
23  you log a bug against TECHSTACK.  And then I have a
24  specialized group in the UK and a specialized group
25  in the US that read that cue of bugs and try to

170

1  figure out what the problems are with people with
2  applications systems are having with TECHSTACK
3  integration issues like this.
4    Q  Other than TECHSTACK, were there other
5  specific types of bugs that your group would deal
6  with once they were logged?
7    A  Well, once that affected the particular
8  products that are built in my area we would deal
9  with, so Workflow and AOL bugs, and TECHSTACK is
10  really a proxy for -- not for really fixing but for
11  isolating problems below us in the technology stack.
12    Q  So Workflow bugs and AOL bugs, were those
13  commonly used terms just like TECHSTACK bug is being
14  used here?
15    A  Yeah.
16    Q  What does the subject line "Forms
17  Development Contacts" refer to?
18    A  I'm sorry, I'm -- forms development --
19  that's forwarded from a prior -- that's -- okay, so
20  what that is is that's in a note that Chris Kirkby --
21  Kirkby, who I -- who must have been -- he is our
22  internal IT person involved in running this upgrade
23  or this implementation, is sending out a note
24  saying -- "Forms Development Contacts" meaning that
25  if there are -- if you have any -- what he says in

171

1  the note is if you have any internal -- if you have
2  any issues with Forms during the internal CRM
3  upgrade, contact these people.
4    And he basically is specifying to treat my
5  group as the contact point if problems arise, and
6  then we'll isolate the problem further is essentially
7  the substance of this note.
8    Q  Okay.  I'm going to ask the reporter to mark
9  NDCA-ORCL 058253 through 54 as Godwin Exhibit 7.
10    (Plaintiffs' Exhibit 7 was marked
11  for identification and is attached
12  hereto.)
13  BY MS. WINKLER:
14    Q  Mr. Godwin, let me know when you've had a
15  chance to take a look at Exhibit 7.
16    A  Okay.
17    Q  Do you recall seeing this document before?
18    MR. GIBBS:  Same instruction to limit your
19  answer to outside the context of preparations with
20  counsel.
21    THE WITNESS:  No.
22  BY MS. WINKLER:
23    Q  Who is Brock Blatter?
24    A  Brock Blatter is a manager in the IT
25  organization responsible for running the

172

1  implementation of -- I'm not sure exactly the scope
2  of his responsibility, but generally he is highly
3  responsible for running the implementation of the 11i
4  at Oracle.
5    Q  How about Dick Frendberg?
6    A  I'm not sure of the reporting relationships
7  here in this time period, but Dick Frendberg is a
8  person in the IT group who is familiar with
9  performance issues in particular.
10    Q  What is your understanding of why Ron sent
11  this e-mail to you on December 13th, 2000?
12    MR. GIBBS:  Objection; lack of foundation.
13    THE WITNESS:  Well, what he says in the note is
14  he is asking me specifically what this form is, and
15  why would the load on this form be so high.  And so I
16  assume the reason he is sending it to me is because
17  he wants an answer to that question.
18  BY MS. WINKLER:
19    Q  Do you know what form he is referring to?
20    A  The -- yes, on the next page the reference
21  is to the FNDRSRUN form, which you can see about
22  two-thirds of the way down that list, that that one
23  would be from my area.
24    Q  On the second page, the list you are
25  referring to, what does it mean -- what does the

173

1 column mean that is headed "Percentage of total from
2 application"?
3      A   Percent total from application, percent
4 total from form -- I don't know, I didn't produce
5 this.  I don't know what that means.
6      Q   At the top of the second page, 058254, can
7 you read for me what the sentence following
8 "Summary."
9      A   "This e-mail is to let you know that about
10 30 percent of the total load in yesterday's load test
11 can be attributed to 10 forms."
12      Q   What is your understanding of what that
13 means?
14      A   Well, that means -- I assume that what that means
15 is that the -- that of the -- either the -- well, I
16 can't tell exactly.  Either the CPU or the I/O load
17 on the system -- I'm not sure which they're referring
18 to, probably CPU, but I don't know -- well, actually
19 later on in the note he says "47 percent of the load
20 (211 out of 445 million logical I/Os)" so that's
21 actually measuring I/Os as the load.
22      So I'm not sure which metric they're using.
23 But by some metric, either the amount of disc access
24 that's going on or the memory consumption or the CPU
25 consumption of the system, but on some metric, 30

174

1 percent of the total load in the test can be
2 attributed to 10 forms.
3      Q   Is it fair to say that that 30 percent
4 figure was high?
5      MR. GIBBS:  Objection; vague, lack of
6 foundation.
7      THE WITNESS:  There is no way of interpreting
8 what the correct number should be, so it's not
9 obvious that it would be high or not.  This -- the
10 context of a note like this is to investigate the --
11 if you have a small manageable number of things, it's
12 producing a significant percent of impact, that
13 doesn't necessarily mean that's wrong or defective.
14 It just means that you've got ten things that you
15 should look at because if you could improve any of
16 those ten, you might usually materially affect the
17 overall result in the system.  So this is really
18 calling out that there is -- here is ten that we
19 ought to look at because they're producing 30 percent
20 of the load.
21 BY MS. WINKLER:
22      Q   Do you have --
23      A   Typical diagnostic technique.
24      Q   I'm sorry by interrupting you.
25      Back on the first page, do you have an

175

1 understanding of what Ron -- what OKS is that Ron
2 discusses in his initial e-mail?
3      A   OKS is the abbreviation or the short name of
4 a module which I believe is -- I shouldn't even
5 speculate, but it's one of the application modules, I
6 believe the contracts module or something, but it's
7 one of the modules in the applications.
8      Q   And is OKS a CRM module or an ERP module?
9      A   I think it's a CRM module.
10      Q   Do you recall --
11      A   I'm not.
12      Q   I'm sorry?
13      A   I'm not positive.  I think it's a CRM
14 module.
15      Q   Do you recall whether Oracle had problems
16 with the OKS module after implementing it internally?
17      A   No.
18      Q   Do you have an understanding of what ASO
19 refers to?  In Ron's e-mail?
20      A   I think ASO is the -- actually I'm not sure
21 which module ASO is.  It may be one of sales modules
22 or something, but I'm not sure which one that is.
23      Q   In that same line, what does GSI refer to?
24      A   GSI refers to global single instance, which
25 means the target environment we're ultimately going

176

1 to consolidate all of these ERP systems.
2      Q   That refers to what we discussed earlier
3 about the various instances around the world being
4 consolidated into one single instance?
5      A   That's correct.
6      Q   Just to summarize to make sure I understand,
7 the ERP, there were various instances of ERP around
8 the world that were consolidated into one single
9 instance; is that correct?
10      A   Yes.
11      Q   But there was only a new instance of CRM
12 implemented?
13      A   Yes.
14      Q   And then how did those two become one,
15 become one E-Business Suite that Oracle operated?
16      A   Well, we did a -- we did a project to
17 consolidate the instances, so that involves moving
18 the data from one instance to another, and sometimes
19 along with that project we would take the opportunity
20 to essentially adopt or enforce common business
21 practices around the world because sometimes the
22 autonomy of having different instances and having
23 different countries control their own setups and
24 business configuration choices meant that people had
25 made different choices around the world, so there is

177

1   kind of a whole activity associated with
2   standardizing how we're going to run the company and
3   folding the data into a common instance.
4       Q   And that's true -- my question was directed
5   more toward how did the ERP, the single instance of
6   ERP and the CRM work together or become operationally
7   functional together?
8       MR. GIBBS: Objection; vague.
9       THE WITNESS: Well, at each point in time as
10  we're implementing the E-Business -- as we're at each
11  point in time as we're consolidating these systems,
12  there is data passing -- going on as is needed
13  between the systems to keep them operating, you know,
14  to share information that they need to share.  As
15  we're progressing toward actually having it all run
16  on a common instance.
17  BY MS. WINKLER:
18      Q   Did Oracle also consolidate CRM systems?
19      A   No, Oracle implemented CRM only in a single
20  instance to begin with so that it would avoid having
21  to do a later consolidation.  So when CRM came along,
22  we basically set up an instance that would be the
23  global instance of CRM so we could immediately get
24  the benefits of this consolidation there even though
25  it was a more complex project to actually merge the

178

1   instances of ERP that had been existing out there and
2   rational all of the configuration and business
3   process choices that had been made and so forth.
4       So we have a CRM instance in this time
5   frame, and we have a sort of main ERP instance which
6   is going to ultimately be the target of all of this
7   consolidation, and those are being run as different
8   things, and those were ultimately folded together and
9   now today we're on a single instance.
10      Q   So the CRM and ERP were ultimately folded
11  together?
12      A   Yes.
13      Q   And how was that done?
14      A   By moving the data from one into the other.
15  And there is -- there's just a technical project to
16  do that -- there is one -- they both are running the
17  same -- all of the instances have the same code
18  available.  They all have the same data model.  The
19  project of consolidating the instances is one of
20  making sure that -- I don't know how to describe
21  this.  If you set up -- if you set up Dell as a
22  supplier in the France instance, it might be supplier
23  26, and you set it up in the Australian instance it
24  might be supplier 42.
25      When you get to a target instance, you only

179

1   want one Dell, so you have to get all of the
2   transactions that point at supplier 26 repointed to
3   how Dell is in that target instance, and when you
4   bring the ones in from the other county, you have to
5   get all of the supplier 43s to point at the one
6   target version of Dell.
7       So the technical project, technically called
8   remapping foreign keys, but there is a technical
9   migration project that you do to bring data from
10  these other systems into this target system, and then
11  it all runs together with one Dell computer
12  registered as a supplier that everything points to.
13  So that was the migration project that had to be done
14  to bring these systems together.  I mean to bring the
15  instances together.
16      Q   When you talk about consolidating the
17  instances is the CRM one of those instances that
18  is --
19      A   Ultimately it was one of those instances;
20  that's correct.
21      Q   When did the remapping the foreign keys
22  project take place?
23      A   It was -- I don't know when it started.
24  It's kind of going on all through this period,
25  it's -- it was really something that became possible

180

1   with the E-Business Suite 11i because the issues
2   about being able to have different languages running
3   in the same instance and going to UTF8 all of those
4   things we talked about earlier we did internally so
5   that we could, in fact, bring in all of these country
6   instances together.
7       So we did that work to set up a target that
8   was -- had all of this configuration that would
9   support the world and then, you know, one after
10  another moved things in.  In fact, we actually did a
11  couple -- I mean, this is all a long discussion, if
12  you want it, but basically there is -- we had some
13  step wise consolidations that occurred.  Eastern
14  Europe consolidated into one, and Western Europe
15  consolidated and consolidated those two together, and
16  there is a whole kind of phasing way to do projects
17  like this.
18      Q   Now, did all of those instances need to be
19  either consolidated or implemented prior to the
20  remapping?
21      MR. GIBBS: Objection; compound.  You asked two
22  different questions about implementation versus
23  consolidation.
24      THE WITNESS: The -- no, the project of merging
25  the instances is the remapping project.

Godwin, Clifford  3/3/2006  9:09:00 AM

181

1    MS. WINKLER:  Okay.
2    THE WITNESS:  That's what it means really to the
3  process of moving the data from one to another is the
4  process of figuring out how to get it all into the
5  new instance with validity and that's what that is.
6  BY MS. WINKLER:
7    Q  But I think you -- correct me if I'm wrong,
8  but I thought you mentioned, for example, Europe was
9  consolidated first?
10    A  Sure.
11    Q  So is that in and of itself kind of a sub
12  remapping project?
13    A  Yes, yes.
14    Q  Okay.  I'm going to ask the reporter to mark
15  NDCA-ORCL 078388 through 390 as Godwin Exhibit 8.
16    (Plaintiffs' Exhibit 8 was marked
17    for identification and is attached
18    hereto.)
19  BY MS. WINKLER:
20    Q  Mr. Godwin, let me know when you've had a
21  chance to take a look at this document.
22    A  Okay.
23    Q  Have you seen this document before?
24    MR. GIBBS:  Same instruction with regard to
25  answering the question outside the context of

182

1  preparations with counsel.
2    THE WITNESS:  Don't have any independent
3  recollection of it, but I accept that I wrote the
4  note.
5  BY MS. WINKLER:
6    Q  Mr. Godwin, I want to direct your attention
7  to the -- to Mr. Wohl's December 30th, 2000 e-mail to
8  you and other individuals at Oracle.
9    What was your understanding of what --
10  strike that.
11    I'm actually going to ask you a question
12  about Mr. Fuller's e-mail.  It appears Mr. Wohl may
13  have forwarded Bret Fuller's e-mail.  What was your
14  understanding of what Mr. Fuller meant by P1
15  functional show stoppers?
16    MR. GIBBS:  Objection; lack of foundation.
17    THE WITNESS:  I'm not sure, I mean I can't --
18  show stopper is not a specific term of art that is
19  used with a defined meaning.  So in this particular
20  context, generally people talk about show stoppers or
21  as a particularly severe type of bug that ought to be
22  addressed.  It's sometimes you talk about things
23  being in show stopper mode, which means you're only
24  going to deal with issues that are really severe,
25  otherwise have you to go forward in those kinds of

183

1  things.  It's a distinction sometimes used to refer
2  to scoping down the severity of things you're
3  actually going to address in a particular time frame.
4  BY MS. WINKLER:
5    Q  Do you recall there being performance issues
6  and functional problems with the internal 11i
7  upgrade?
8    MR. GIBBS:  Objection; vague, lacks foundation.
9    THE WITNESS:  Well, I mean, except -- I --
10  certainly there were a set of issues that were being
11  worked in this time frame.  Again, what the -- in the
12  context of this particular implementation.
13  BY MS. WINKLER:
14    Q  Do you have any recollection of what those
15  issues were?
16    A  No, not specifically.  I mean, there
17  obviously was a list of them they're making reference
18  to here that I went through.  So I had some knowledge
19  at this time of the specifics of a list.  I don't
20  remember the details of them now.
21    Q  Do you know why Bret fuller was sending this
22  initial e-mail about the upgrade?
23    A  Bret Fuller is -- Bret Fuller runs the IT
24  group reporting to Ron in this time frame, and so
25  Bret is in charge of the overall internal -- he's

184

1  responsible for the overall internal implementation.
2  So he is sending this, and Ron owns both the
3  implementation and the development resources.
4    So he would be -- what my reading of this is
5  he is basically just raising to Ron's attention the
6  fact that we're going to need -- that we have done a
7  recent performance test in which has surfaced
8  additional issues, and we're going to go ahead and go
9  live knowing we might have those issues, so we want
10  development to be paying close -- fix them as fast as
11  we can and pay attention, give top priority and Ron
12  is then sending out to his key lieutenants list here
13  something that says, you know, I want to reinforce
14  the urgency of these bugs, and we're counting on
15  resolving them quickly.
16    So he is basically telling everybody to give
17  it highest priority.  And then I'm going down to
18  Ahmed saying I've been through the list of bugs and
19  we're going to track them and, you know, so forth, so
20  that's basically what this mail chain is about.
21    Q  What is the difference between a performance
22  bug and a functionality bug?
23    A  Generally a functional bug means that the
24  product performs -- functionality refers to the
25  product performing the actual computations or

185

1  business functions that are intended, just being
2  functionally correct, getting it done.  A functional
3  bug usually refers to some error in that happening,
4  something where there, the product doesn't do what is
5  intended in terms of getting a result.
6        Performance issues mean it's taking too long
7  to do the right thing.  Or when you put too many
8  people on the system, it slows down are the two kinds
9  of usual things that are meant by performance bugs.
10       Q.  Okay.  Do you recall which bugs for which
11  there is no short-term solution?
12       A.  No.
13       Q.  Who is Roger Sanders?
14       A.  Roger Sanders is somebody that works in Andy
15  Huda's team that we discussed earlier.  So he is a
16  guy who is very expert in performance issues in my UK
17  organization.
18       Q.  Did the people in your UK organization
19  also -- strike that.
20       Did the people in your UK organization work
21  on problems that arose anywhere in the world or just
22  the UK?
23       A.  No.  Anywhere in the world.  You're trying
24  to leverage the fact they're in a different time zone
25  so we get 24-hour coverage.

186

1        Q.  Did you have people working for you that
2  were anyplace other than the US and the UK?
3        A.  I can't recall.  I think in this time frame
4  I probably had the India team started.  I don't
5  recall how big it was at that point.  I had -- well,
6  George Khoury, who we talked about, is in Orlando.
7  So that team is not in headquarters, but it is in the
8  US.  I don't -- it's possible I had a stray person
9  somewhere else in the world, but that's pretty much
10  it.
11       Q.  Approximately how many people did you have
12  working for you in the UK?
13       A.  Probably ten or less.
14       Q.  And Andy Huda was in charge of those people?
15       A.  That's correct.
16       Q.  I'm going to have the reporter mark
17  NDCA-ORCL 057127 through 29 as Godwin 9.
18       (Plaintiffs' Exhibit 9 was marked
19       for identification and is attached
20       hereto.)
21  BY MS. WINKLER:
22       Q.  Mr. Godwin, let me know when you've had a
23  chance to look at this document.
24       A.  Okay.
25       Q.  What is your understanding of what

187

1  Mr. Blatter is discussing here, and I'm talking about
2  obviously not the first e-mail, but below.
3        MR. GIBBS:  Objection; vague and calls for a
4  narrative.  The document also speaks for itself.
5        THE WITNESS:  I think what he -- I mean, my
6  interpretation of reading this is that we are trying
7  to get -- he is asking about getting a particular
8  database version 8162 certified in an Oracle parallel
9  server configuration on the HPUX 64 bit platform.
10  BY MS. WINKLER:
11       Q.  Does OPS refer to Oracle parallel server?
12       A.  Yes.
13       Q.  Is this e-mail string referencing the
14  internal implementation of Suite 11i?
15       A.  It is.
16       Q.  Who is Mike Rocha?
17       A.  Mike Rocha is -- he was responsible at this
18  time, I believe, for the platform porting activity
19  where the code is rebuilt and delivered on the
20  various hardware platforms that we support, so I
21  think that's why he is directed -- this is probably
22  directed to him although this is all -- I don't know
23  that -- I don't know the scope -- I don't recall the
24  scope of his duties firsthand.  In fact, I'm not even
25  sure who Mark on this -- which Mark that is.  So I'm

188

1  just guessing from general knowledge what has been
2  going on here.  But that's probably what is going on.
3        Q.  In the paragraph that starts with "Some
4  background," the writer states "Since our upgrade New
5  Years weekend we've been struggling to provide
6  adequate performance and are just now stabilizing."
7        Do you have an understanding of whether the
8  writer is referring to the company as a whole or a
9  specific division?
10       MR. GIBBS:  Objection; lack of foundation.
11       THE WITNESS:  No, I think what is being referred
12  to, what was being referred to is -- I assume, I
13  can't -- I'm not in the head of the writer here, but
14  the way I would read this is that since we did the
15  upgrade, they've been working to resolve performance
16  issues, and results have probably been inconsistent
17  and are just now becoming consistent and predictable,
18  which is what stabilizing usually refers to.
19       So this would be referring to this
20  particular, you know, internal implementation and
21  issues that are being worked through in the first few
22  weeks of activity on it.
23  BY MS. WINKLER:
24       Q.  Do you have an understanding of what the
25  writer means in the last paragraph on that page where

189

1   he says "We'd be able to move significant amounts of
2   our reporting to the second node without impact to
3   the primary as well as offloading fairly discrete
4   high load applications"?
5        A   Yeah.  What Oracle Parallel Server does is
6   let's you run the database program on two different
7   computers accessing the same integrated database, so
8   you have one database, one place where all of the
9   information is stored on the discs, one copy of all
10  of the information, but you can actually have two
11  computers pointing at that same set of discs with
12  this database technology.
13       And I think what they're saying is if we
14  could get this -- they're running this system
15  apparently on this HP hardware platform, and the
16  database version that they're using isn't certified
17  with the particular -- with this OPS Parallel Server
18  configuration.  And they're saying if we could get
19  that certified, then we could deploy an additional
20  computer, and then we could direct the database load
21  associated with some of the processing that we're
22  doing toward that second computer, still running the
23  same application system, you just have the ability to
24  direct some load to one, some load to the other just
25  as a matter of fully utilizing the computing

190

1   resources.
2        So I think what they're saying is they've
3   gone ahead and gone without that, and they're
4   struggling probably because their hardware isn't
5   quite big enough for what they're trying to do with
6   everything and they're trying to get a version of
7   this parallel server database certified so that they
8   can go to that.  That's what I interpret here.
9        Q   On the second page, 057128?
10       MR. GIBBS:  I'm just asking him to slow down for
11  the reporter a little bit.  I see smoke coming off --
12       THE WITNESS:  All right.
13  BY MS. WINKLER:
14       Q   In the first paragraph on the second page,
15  there is a sentence that begins with "In particular"?
16       A   Yes.
17       Q   If you could read that and the next sentence
18  for me.
19       A   Sure.  "In particular, Apps EDW (Enterprise
20  Data Warehouse) will be running significant extracts
21  that would be a massive added load on our current
22  primary node.  This expect this to go live around the
23  end of February."
24       Q   And then one more sentence, please.
25       A   "Second, we expect HR Payroll to go live at

191

1   the end of March."
2        Q   My first question is it was my understanding
3   from a prior e-mail that we looked at that CRM went
4   live sometime earlier than this e-mail was sent; is
5   that correct?
6        A   I don't remember exactly when CRM made it
7   live, the earlier notes were referring to an attempt
8   to do it a particular weekend.  I don't recall
9   whether it was successful at that weekend or not, so
10  I can't independently tell you myself when these go
11  lives actually occurred.
12       Q   So is HR Payroll part of CRM?
13       A   No, this appears to be talking about -- this
14  appears to be talking about ERP.
15       Q   So the two applications referenced here Apps
16  EDW and HR Payroll are both part of ERP?
17       A   Yeah, HR payroll certainly is.  EDW is
18  actually -- it's not really one of the applications,
19  it's really a data warehouse that you can use to
20  extract data from the applications for query and
21  analysis purposes, and so the nature of that product,
22  which is, you know, not really one of the
23  transactional applications is that it does extracts
24  of large amounts of information so that's what the
25  reference here is to.

192

1        Q   Is it your understanding that the various
2   components of ERP then went live over the course of
3   several weeks or months rather than all on one date?
4        A   No, actually, I'm not -- I do not -- I'm not
5   sure what it means for HR payroll to go live end of
6   March, and I'm not sure -- so I'm not sure what this
7   is referring to, whether that -- what the context is
8   of why that date is different than something else.  I
9   don't know whether we're running -- whether this is
10  just part of like the different instance
11  consolidation strategies going on or what the context
12  of this is, so I can't really speak to what the
13  references are here.
14       These folks are in charge of a lot of
15  different systems, all of these different ERP systems
16  going on, so I'm not sure if in terms of what these
17  references are, what is going on with that.
18       Q   What is your understanding of why Brock
19  forwarded you this e-mail string?
20       A   I don't know if -- I have no idea why he did
21  that.  It could -- he may have thought I had some, in
22  fact, influence with Mike Rocha and could help get
23  Mike Rocha's attention, or he may have just been as
24  a -- we in my group tend to track technology
25  certification issues.  We don't actually perform

193

1    technology certification. That's part of what Lisa's
2    group does in the uptake of technology, we're
3    tracking what the underlying certified configurations
4    of the applications are, so it wouldn't be unusual
5    for me to be made aware of issues with certifying
6    what particular versions of the database, like if
7    there was some issue like if there is some issue with
8    why we couldn't or had a problem certifying with
9    8162, it might be somebody in Lisa's group could help
10   resolve that issue. It's that kind of thing. I'm
11   not directly responsible for accomplishing the
12   certification. It's just more generally I generally
13   touch this area.
14       Q   Next I'll ask the reporter to mark NDCA-ORCL
15   057237 through 239 as Godwin Exhibit 10.
16          (Plaintiffs' Exhibit 10 was marked
17          for identification and is attached
18          hereto.)
19   BY MS. WINKLER:
20       Q   Mr. Godwin, let me know when you've had a
21   chance to look at this document.
22       A   Okay.
23       Q   Have you seen this document before?
24       MR. GIBBS:  Same instruction, to answer only
25   without regard to preparations with counsel.

194

1        THE WITNESS:  I don't have a recollection of it.
2    BY MS. WINKLER:
3        Q   Did you receive e-mails as part of the
4    e-mail address listed here on the cc?
5        A   Yes, I did, frequently.
6        Q   So is it your understanding that there was a
7    group of individuals who were known as the -- who got
8    e-mails if someone typed in the e-mail address GSI
9    underscore?
10       A   Yes, there is a mail list, and I was on the
11   mail list, yeah.
12       Q   Do you know who else was on that mail list?
13       A   No, there is -- probably were a lot of
14   people on the mail list. I don't remember -- I have
15   no way of knowing who all was.
16       Q   What was the -- do you know why this mail
17   list was established?
18       MR. GIBBS:  Objection; lack of foundation.
19       THE WITNESS:  I -- I mean I -- I'm sure that --
20   I mean I don't recall the detail of establishing it,
21   but I -- it is obviously to coordinate a set of
22   people across the IT organization and the development
23   organization with respect to resolving performance
24   issues with the internal implementation.
25   BY MS. WINKLER:

195

1        Q   So those were the types of e-mails that were
2    broadcast to people on this mail list?
3        A   Sure, and every day there would be an e-mail
4    about the top X number of load causing SQLs in the
5    system, whatever those might be and just to get
6    people focused on whatever the issue of the day was.
7    So this looks like one of those e-mails.
8        Q   And this was related to the internal
9    implementation; is that correct?
10       A   Yes. Dick Frendberg, as I mentioned before
11   is a guy that worked for either Brock Blatter or Bret
12   Fuller or somebody in that management chain dealing
13   with performance issues of the internal
14   implementation.
15       Q   Do you recall that there were still bugs six
16   weeks out after the implementation of 11i internally?
17       A   I don't have a specific recollection of the
18   status of bugs. There are bugs referenced here, so I
19   take at face value these bugs are reported and are
20   open at this time.
21       Q   Do you have an understanding of what ARU
22   means as used in the third point made in
23   Mr. Frendberg's e-mail?
24       A   Yeah, ARU stands for -- I hope I get this
25   right -- automated release utilities, which is

196

1    basically the patch release system. So for a bug to
2    have an ARU means that there is a -- there is a --
3    some code change being applied, so when you say an
4    ARU, it means that there is a packaged code change
5    that our patching utility will apply to your system,
6    so you obtain that and run that patching utility and
7    it applies to the system.
8        So it's saying the bugs with ARUs that have
9    not been applied to production are following. That
10   means these things are waiting to be -- they're
11   available to the IT group, but they have not applied
12   them yet in this particular system.
13       Q   What does SQL statement/bug combinations
14   refer to?
15       A   I'm sorry, where do you see that?
16       Q   No. 1.
17       A   At the top, I see.
18       "24 SQL statement/bug combinations were
19   found."
20       I'm not sure how this is being put together.
21   If you read on in that paragraph what it says is that
22   there's some bugs are being filed that list more than
23   one SQL statement. Sometimes the same SQL statement
24   might appear in more than one bug so somebody is
25   trying to sort out how many actual issues, trying to

197

1   clear out duplicates in those senses are there. And
2   so I can't account for what they're doing with this
3   sorting, but that's -- something like that is happen.
4       Q   Is a SQL statement a type of bug?
5       A   No, a SQL statement is -- a SQL statement is
6   a piece of code that is built by an applications
7   developer or that is generated by the tooling of the
8   applications. It is a statement that is -- that goes
9   from the business logic or the application that was
10  created and is sent to the database to be executed.
11      So a SQL statement is a normal -- is sort of
12  the language but that the application speaks to the
13  database is SQL. And results come back that are then
14  delivered back to the applications, so what is -- the
15  way that you think about performance issues or a way
16  to think with performance issues is that there are
17  SQL statements being run on behalf of the
18  application. So you look at the database, and you
19  see which ones are consuming the most resources and
20  you go basically ask whether those can be improved.
21      Q   So is it your understanding that after one
22  here, Mr. Frendberg is referencing performance bugs?
23      A   I don't know that for a fact. I assume that
24  because he's normally associated with performance
25  issues and they talk earlier about stats back report,

198

1   which is essentially the database gives you a list of
2   which SQL statements are consuming the most
3   resources, I would assume from that these are
4   performance related, but I have no independent
5   knowledge of that.
6       Q   And are SQL statements the -- is that what
7   you discussed earlier that something similar to an
8   API.
9       A   A SQL statement -- not exactly. An API is a
10  little higher level construct, so if I have an
11  application business logic, and I want to expose a
12  programmatic interface that somebody can call to give
13  me a result, that's an API, whatever computer
14  language that's done in. A SQL statement is
15  specifically the communication vehicle between any
16  calling application program and the database. So
17  the -- so the request to query information out of the
18  system or update information or insert new rows in a
19  table within the system are done with SQL statements.
20      Q   So APIs could include SQL statements?
21      A   APIs would include SQL statements underneath
22  the covers, in effect. Essentially it's like a
23  signature or an -- of a -- that somebody can call
24  programatically whereas that -- inside that API, that
25  API is probably issuing SQL statements to do its

199

1   business, to answer the question that the calling
2   program asked.
3       Q   Mr. Godwin, turning to the third page of
4   this document, which is 057239 --
5       A   Sure.
6       Q   Have you seen charts like this before?
7   MR. GIBBS: Objection; vague.
8   THE WITNESS: I -- I don't recall this specific
9   chart format.
10  BY MS. WINKLER:
11      Q   Do you have an understanding of what the
12  various headings in the chart mean and I'll start
13  with "hash value"?
14      A   Generally hash value would be the specific
15  identifier of the SQL statement inside a -- when you
16  run this -- these database reports, of which this may
17  be one. I'm not sure whether this is a modified
18  version of a database report or something that
19  actually comes out of it.
20      But basically the SQL statements, individual
21  SQL statements tend to be identified by this hash
22  value. You give it a big string of text, the
23  information you're looking for the developer
24  supplied, but the database marks that with a unique
25  identifier so you can tell the difference between

200

1   that one and all of the other statements it's got.
2   Those identifiers are hash values.
3       Q   Do you have an understanding of what is
4   meant by the column that says "Date applied to
5   GSIAP"?
6       A   I assume that's the date at which -- I
7   assume that is the date at which the bug or the ARU
8   that is associated with a particular bug in the prior
9   column is applied to the production system.
10      Q   And what about the -- on the right side, the
11  heading that states "Stats pack report name"?
12      A   Yeah, that's -- I don't know what that is
13  doing.
14      Q   Okay. I'm going to ask the reporter to mark
15  NDCA-ORCL 619911 through 620036 as Godwin 11.
16      (Plaintiffs' Exhibit 11 was marked
17      for identification and is attached
18      hereto.)
19  BY MS. WINKLER:
20      Q   Mr. Godwin, I won't ask you to look at
21  everything in the document, but if you would just
22  take a look and get a general sense of what it is.
23  I'm just going to ask you a couple of general
24  questions.
25      A   Okay.

Godwin, Clifford  3/3/2006  9:09:00 AM

201

1    Q   What is this document?
2    MR. GIBBS: Objection; lack of foundation.
3    THE WITNESS: I can read the title, but other
4    than that, I can't tell you.
5    BY MS. WINKLER:
6    Q   Mr. Godwin, I'll represent to you that this
7    document was produced to us by your counsel as having
8    come from your files.  Do you have any knowledge of
9    why this document would have been in your files?
10   A   No.
11   Q   Did you ever in the course of your
12   employment with Oracle use this type of document?
13   A   No.  I normally don't have access to this
14   type of information, so I'm not sure, it might have
15   been attached to some mail note or otherwise
16   transmitted to me, but I don't -- I don't --  I
17   normally am not involved in the sales process and
18   don't have access to pipeline information.
19   Q   Were you ever involved in doing any kind of
20   fix if there was a problem with this type of report?
21   And by that I mean not the information included in
22   the report, but the actual running of the operation
23   of the report itself?
24   A   Not personally.
25   Q   Do you know what this report tracks?

202

1    A   The title is that it's tracking the EMEA
2    $500K pipeline.  I assume it's tracking sales
3    pipeline opportunities.  That's what appears to be on
4    its face.  But as I say I don't deal with this
5    information in my normal course of responsibilities.
6    Q   Do you have any idea who Bryn Hockinhur is.
7    His or her name is on the lower left side of the
8    document?
9    A   No.
10   Q   All right.  It's a terrible waste of paper.
11   I'll move on I'll let the videographer change his
12   tape.
13   THE VIDEOGRAPHER: This marks the end of tape
14   three in the deposition of Clifford Godwin at 3:14.
15   Going off the record.
16   (Recess.)
17   THE VIDEOGRAPHER: On record at 3:21.  This
18   marks the beginning of tape four in the deposition of
19   Clifford Godwin.
20   BY MS. WINKLER:
21   Q   Mr. Godwin, when did you first become aware
22   of this litigation?
23   A   I -- I don't remember.  I was aware -- I
24   mean -- I'm sure at the time -- whenever it was, you
25   know, on in the media and reported in the, you know,

203

1    Yahoo news under Oracle headlines, I would have
2    become aware of it.  I don't recall when that was.
3    Q   Do you recall receiving some form of
4    notification that you needed to save your documents
5    relevant to this litigation?
6    A   Yes.
7    Q   What did you do to comply with that
8    notification?
9    A   I have retained the e-mail and whatever else
10   was asked for in that.
11   Q   Did anyone ever ask you to search for
12   documents responsive to document requests in this
13   litigation?
14   A   I remember there was a document production
15   activity a long time ago associated with this.  I
16   don't remember who the attorneys were that were
17   involved at the time, but yeah, I remember some
18   explicit activities around taking copies of the
19   e-mail and, you know, going through asking whether
20   there are other documents that were involved.
21   Q   Were you ever asked to search your home
22   computer for documents?
23   A   I don't remember if I was asked that or not.
24   Q   Did you ever search your home computer for
25   documents?

204

1    A   I don't remember what I was asked to do or
2    did at the time.  I'm sure I did what I was asked at
3    the time.  But I don't remember the details of every
4    step of what we went through.  That was years ago at
5    this point.
6    Q   Did you search for any documents, any time
7    between this initial search that you discussed and
8    today?
9    A   No.
10   Q   Do you use your home computer for work
11   related activities?
12   A   No.
13   Q   Do you have a -- strike that.
14   In 2000, 2001, did you work off a laptop
15   computer?
16   A   Well, Oracle supplied a laptop computer
17   which I worked off at the time.
18   Q   Do you still have that same laptop today?
19   A   No, I'm sure I don't.  The -- as part of the
20   document collection process, they took my laptop and
21   did something, which I assume was the right thing.  I
22   don't know whatever that was at the time, state of
23   the art at the time.
24   Q   I'm going to ask the reporter to mark
25   NDCA-ORCL 058259 through 261 as Godwin 12.

205

1      (Plaintiffs' Exhibit 12 was marked
2    for identification and is attached
3    hereto.)
4    BY MS. WINKLER:
5      Q   Mr. Godwin, let me know when you've had a
6    chance to take a look at this document.
7      A   Okay.
8      Q   Have you seen this document before?
9      MR. GIBBS:  Same instruction.  Answer without
10   regard to preparations with counsel.
11     THE WITNESS:  I don't have a specific
12   recollection of the document, but I -- I mean I'm
13   generally aware of the set of issues this is about.
14   BY MS. WINKLER:
15     Q   Do you recall sending, I think there is two
16   e-mails from you on the first page.
17     A   I don't literally recall sending them, but I
18   mean I -- this refreshes my memory of the situation
19   at this time.
20     Q   What is the subject matter of the e-mails
21   referring to that states "New 11i AK pre-req patch
22   effective 12/20/00 6 p.m. PST"?
23     A   This is a very complex issue.
24        What this is about is we're releasing an AK
25   patch to be consumed by the other product teams, so

206

1    this is a coordination issue internal to development.
2    This is not about releasing something to customers.
3    This is essentially a cascading dependency type of
4    problem.  I don't know, tell me, guide me on how much
5    detail you want on this.  But basically the product
6    teams build -- remember I described earlier this meta
7    database feature where the product teams all specify
8    some data about how the feature should operate.
9         The problem comes or complexity arises if we
10   extend our feature to now require more information or
11   to track additional attributes of -- as part of what
12   that feature does, we basically enhance the feature
13   to do more by tracking some more information.  So the
14   complexity is that you have to make sure that if any
15   of the product deliveries or patches go out that
16   contain that newer version of information, those what
17   we call pre-req or those cause the inclusion of the
18   patch to our underlying feature that creates the
19   storage capability for that information.
20        So it's just a coordination.  So we're
21   putting -- so this whole area in this period -- and
22   this is related to that other note, the Mark
23   Barrenechea how come he is complaining to Larry
24   Ellison or this thing about AK or whatever that was.
25   I think that was about the same type issue, which is

207

1    there -- as part of building the products together,
2    something had happened where my team released a patch
3    that had some new structure information in it, and
4    some set of product teams didn't pre-req that patch
5    in their patches correctly.
6         So when they went to do a build or some
7    other operation, some of their stuff failed because
8    they hadn't done that, and then there was like did
9    somebody miss the mail note or there is a dispute of
10   some kind over like whether my team adequately
11   communicated this situation or whether the other
12   teams missed the mail note and how come some teams
13   got it and other teams didn't do it, sort of a who
14   struck John thing starts over this issue.
15        And so I think something like that, I don't
16   know if it's that specific, something like that was
17   the thing -- that was one of the kinds of things that
18   I think in that prior case had caused like a Mark
19   Barrenechea to Larry Ellison, you know, escalation
20   which had gotten me feeling like that -- like why
21   don't you tell me I've got the problem rather than
22   going to Larry Ellison with it.
23        And so I was trying to work these issues out
24   with Sukumar to say how can we coordinate this
25   better?  And so what I'm saying in this note is, okay

208

1    everybody, we're going to do it completely right this
2    time.  Everybody is going to get the mail note.
3    Everybody is going to understand what is going on.
4    This is exactly what is going on.  These are exactly
5    the rules of the game, no mistakes.  So I'm sending
6    that directly to all of the leadership guys over in
7    CRM.
8         At this point Sukumar and Sukumar's
9    successor Ramu Sunkara is in play at this point,
10   sending it to Mark Barrenechea himself, and his
11   operational people who included Alan Fletcher and
12   Gopi Tummala at that point because I wanted to make
13   sure that everybody knew exactly what we were doing.
14   And then I'm sending this thing out to my operations
15   guys, this first forward here to Murali Ramchandran
16   and George Kellner, who owns this AK stuff, saying
17   oh, and by the way, guys, I don't want any technical
18   screwups in doing this patch because I want this
19   coordination to be smooth now this time around.
20   That's really what is going on mere in this note.
21     Q   When you were describing the subject matter
22   earlier, I believe you used the phrase as part of
23   building the products together?
24     A   Yeah.
25     Q   What does that mean?  Building what products

209

1   together?
2       A   Well, all of the applications are using the
3   same -- they're using all of the same AK metadata
4   here, the same AK feature, the CRM applications,
5   the -- all using the same thing.  So when my group
6   changed something, it affects ERP and CRM the same.
7   So it's an interdivisional coordination activity that
8   we all had to do those things and absorb those things
9   in the same way.
10      Q   Okay.
11      A   So we would do a freeze of all of the
12  products, ERP and CRM together, and they would all
13  have to manage this kind of dependency correctly at
14  the same time.
15      Q   Do you recall the specific issue that this
16  patch was to address?
17      A   No.  As I mentioned before, patches are --
18  patch is a term of art for delivery of a code change
19  of any kind, so in this case, as you can see actually
20  on page 2, there is a summary of the changes in the
21  AK pre-req patch.  So we're adding some versioning,
22  we added some other columns in here.  So we're
23  basically enhancing the functionality of this AK
24  feature, so it's actually not correcting any
25  particular defect.  It's actually just adding

210

1   capability.  But the issue is if the teams don't
2   consume it in the right uniform way, then problems
3   could occur.  So it's a coordination issue that is
4   being reflected here, there is no underlying defect.
5       Q   So as you put it, if they don't consume it
6   in the right underlying way, then something they do
7   later might cause a problem?
8       A   Yeah.  If a team makes an error in the way
9   that they pick up a dependency on something like
10  this, they could, for example, send out
11  information -- send out new -- their new information
12  that populates this information, but if they didn't
13  set the patch -- the dependencies up correctly, the
14  customer might not have received the information that
15  creates these columns.  Then the CRM, ERP group,
16  whoever made the mistakes, their group patch might
17  fail to apply because the underlying dependency
18  hasn't been satisfied.
19      So that's a coordination issue.  You have to
20  define these dependencies.  So if your patch with
21  this enhanced capability depends on the underlying
22  patch that allows the capability, then you have to
23  note that in the patch system so we don't
24  accidentally send something out that doesn't work.
25      Q   Okay.  Who is -- there was one name on here

211

1   I didn't -- strike that.
2       The people that you've sent the December
3   18th, 2000 e-mail at 18:09 to, you start that out
4   with CRM team.  Are those --
5       A   Yes.
6       Q   People on the two lists people as you refer
7   to as the CRM team?
8       A   Yeah, Mark Barrenechea, his -- Sukumar
9   Rathnam, Ramu Gopi and Alan were all in the CRM
10  organization at that time.
11      Q   Who is Gopi?
12      A   He was basically -- I'm not sure what his
13  exact title was but he was working under Alan
14  Fletcher at the time, sort of an operational role.
15      Q   I'm asking the reporter to mark NDCA-ORCL
16  058291 through 295 as Godwin 13.
17      (Plaintiffs' Exhibit 13 was marked
18  for identification and is attached
19  hereto.)
20  BY MS. WINKLER:
21      Q   Mr. Godwin, again, let me know when you've
22  had a chance to look at this document.
23      What is the performance issue that your
24  e-mail references?
25      A   I don't know what this issue turned out to

212

1   be.  I mean, there are some symptoms reported here,
2   but I don't know what the underlying issue turned out
3   to be or how it was resolved.
4       Q   Do you recall working on issues for the
5   customer Liberty Mutual?
6       A   I -- yeah, I mean, I vaguely remember this
7   that Liberty Mutual was a -- you know, was a -- I
8   mean, I'm aware of Liberty Mutual as a customer.  I
9   don't recall this specific interaction, but I -- I
10  accept that I was in the loop on this, yeah.
11      Q   Have you seen this document before today?
12      MR. GIBBS:  Same instruction, to answer without
13  regard to preparations with counsel.
14      THE WITNESS:  I don't have any recollection of
15  it independently, but I'm -- you know, like I say, I
16  mean I -- I don't remember the details of the issue,
17  but I -- this is -- I don't disagree that I wrote
18  this note, if that's what you're looking for.
19  BY MS. WINKLER:
20      Q   Was Andy Tremayne an individual in the UK
21  that worked for you?
22      A   Yes, Andy Huda has a couple of key
23  performance people under him.  Roger Sanders being
24  one and Andy Tremayne being another.  This is
25  basically asking the UK team to provide 24-hour

213

1  performance coverage for this issue.
2      Q   In the second e-mail on the first page, from
3  Joel Summers to you and others, do you have an
4  understanding of who Joel was referring to by Larry
5  in the second line?
6      A   I have no direct knowledge of that, although
7  I would have assume it's Larry Ellison, since Larry
8  in Oracle often means that.
9      Q   Do you have a recollection of Liberty Mutual
10  having problems with forms in self service
11  performance?
12      A   This was reported on its face in the note
13  here. I don't have an independent recollection of
14  that, but I accept that that's the -- that was
15  their -- that was -- those were the symptoms they're
16  observing at this moment in time, yes.
17      Q   Do you have a recollection of there being
18  problems with Forms in Self Service Performance in
19  11i implementations in 2000, 2001?
20      MR. GIBBS: I'm sorry, can I have that read
21  back.
22      (Whereupon the record was read as
23  follows:
24      "QUESTION: Do you have a
25  recollection of there being problems

214

1  with Forms in Self Service Performance
2  in 11i implementations in 2000,
3  2001?")
4      MR. GIBBS: Objection; vague, lacks foundation.
5      THE WITNESS: I'm aware that their individual
6  performance problems reported against a wide variety
7  of things for a wide -- turn out to be due to a wide
8  variety of reasons. So, you know, so -- and yes,
9  the -- this customer reported a performance problem,
10  and I don't recall what we did to resolve it, and
11  whether that involved changing any code or changing
12  their configuration or changing the network or any
13  number of other things that could be responsible. So
14  I really don't know the details of the issue.
15  BY MS. WINKLER:
16      Q   Were Forms and Self Service Performance two
17  things that fell under your purview at that time?
18      A   All performance issues would have been
19  tackled by Ahmed and Andy Huda's group in general.
20  Forms is -- really our interface consists of -- the
21  user interface of the products basically consists of
22  Forms for this Java client. We talked about being
23  downloaded the JAR file we referred to earlier. And
24  html self service type applications which is what
25  Self Service refers to.

215

1      So really those are the two -- that's just
2  saying that those two things together really
3  consist -- comprise the user interface experience of
4  the applications.
5      Q   In the second paragraph Mr. Summers states
6  "We suspect middle tier configuration issues." Do
7  you have an understanding of what he means by that?
8      A   Sure. If you -- if you -- when you set up
9  this type of system, you -- there are many parameters
10  that you can set. If you set them in a way that is
11  not optimal for what you're trying to do with the
12  system, you can create performance issues. It's like
13  you could take, you know, a bunch of traffic cones
14  out and block off three lines -- three lanes of 101
15  and cause yourself a traffic problem on 101. It's
16  not an inherent issue on 101. It's you did something
17  silly with the traffic cones.
18      It's the kind of thing that oftentimes
19  people trying to configure the systems are, you know,
20  they're trying their best to set up things for a
21  particular use case, but if they do things in a way
22  that is not optimal or causing some problem, or, you
23  know, make a mistake or something like that, those
24  kind of things can cause performance problems.
25      So I think what Joel is suggesting is from

216

1  their look at it, from their development team's point
2  of view, they think it's a configuration issue of
3  some kind. Whether that turned out to be correct or
4  not, I don't know.
5      Q   What group of individuals was responsible
6  for the configuration issues?
7      MR. GIBBS: Objection; vague.
8      THE WITNESS: Well, we -- our performance group
9  and Lisa's -- Lisa Parekh TECHSTACK integration group
10  provide a variety of instructions on configurations
11  and recommendations to different degrees of detail,
12  and in the instructions on how to configure
13  underlying components come from the groups that built
14  those underlying components.
15  BY MS. WINKLER:
16      Q   And then who actually carried out the
17  various instructions?
18      A   Usually either the customer or the
19  implementer at the customer's site.
20      Q   So do you understand Joel's e-mail to mean
21  that there may have been problems either with the
22  instructions that were given or the implementation of
23  those instructions?
24      A   I -- well, I interpret Joel's e-mail to be
25  that -- to mean that his development team, which were

217

1    not specialists on this configuration set of issues,
2    have looked for -- have looked at the system and
3    their belief -- whatever, I don't know what it's
4    based on, but their belief appears to be that somehow
5    the customer has arrived at a condition with some
6    configuration errors that could -- or issues that
7    could be improved by changing configuration settings.
8         Not that there is -- there is no like one
9    right answer that is like either you made a mistake
10   or you didn't. This is a little more -- this is
11   somewhat of an art to figure out the best use case
12   for a particular company's setup. So they basically
13   believe that by somehow changing configuration, you
14   could improve the performance. So we're just
15   referring the issue over to the real experts here to
16   get to the bottom of it.
17        Q  So were Roger Sanders, Andrew Huda and Andy
18   Tremayne the specialists on the configuration issues?
19        A  They're specialists on the performance
20   issues and would be able to identify if performance
21   issues were coming from configuration issues.
22        Q  Do you recall whether Liberty Mutual went
23   live on January 1st, 2001?
24        A  I don't have a specific knowledge of that.
25        Q  I'll ask the reporter to mark NDCA-ORCL

218

1    058328 through 331 as Godwin 14.
2         (Plaintiffs' Exhibit 14 was marked
3         for identification and is attached
4         hereto.)
5    BY MS. WINKLER:
6         Q  Mr. Godwin, please let me know when you've
7    had a chance to look at this document.
8         A  Okay.
9         Q  Have you seen this document before?
10        MR. GIBBS: Same instruction to answer without
11   regard to preparation with counsel.
12        THE WITNESS: I don't have an independent
13   recollection of the document.
14   BY MS. WINKLER:
15        Q  What does the subject line "CRM platinum env
16   replaces APPL underscore TOP" refer to?
17        A  Okay. The -- I'm a little out of my depth
18   with the specific technical things being talked about
19   in this note. The platinum environment was a -- was
20   something that the CRM group created to make it easy
21   for new customers as opposed to upgrading customers
22   to get a -- basically an easy installation of some
23   set of patches that they wanted to release. And I
24   think what is being discussed here is that the
25   technique that they were using for that was to

219

1    basically restage a component of the installation
2    called the APPL TOP to replace that with one that
3    they had created.
4         And the concern that is being raised in the
5    notes here is about whether some of the configuration
6    capabilities that we expect are utilities to do
7    interacting with the APPL TOP would essentially be
8    overwritten by that strategy. That's what this back
9    and forth note is discussing.
10        Q  Do you recall how this issue was resolved?
11        A  No, I don't.
12        Q  Do you recall having a meeting with
13   Mr. Dujmovic to discuss this issue?
14        A  No, I don't recall a meeting.
15        Q  Who is Ivo Dujmovic?
16        A  Ivo Dujmovic and Keith Schwartz both report
17   to Lisa Parekh in her technology configuration.
18   They're basically folks that deal with these
19   technical configuration settings. Particularly there
20   is a reference to certificates which is a yellow bar
21   problem, which is something you do when you set up
22   Java that is going to be downloaded to the client.
23   You authenticate that in a particular way so that
24   people -- so that the system knows that, you know,
25   that's not -- that's really part of the application,

220

1    and should be trusted.
2         So the net of this is that there is
3    something that the platinum process is doing that is
4    in conflict with the way that these guys are trying
5    to get that certificate set up. That's my
6    interpretation of this. Like I say, I don't recall
7    the detail how this was resolved or whatever, but I'm
8    sure this was all worked out.
9         Q  Do you have an understanding of what
10   Mr. Dujmovic meant when he said "I knew they were
11   letting CRM do as they wish"?
12        MR. GIBBS: Objection; foundation.
13        THE WITNESS: I don't know what he means by
14   that. What I am -- I can speculate. But --
15        MR. GIBBS: Don't speculate.
16   BY MS. WINKLER:
17        Q  What is your speculation with respect to
18   what Mr. Dujmovic meant?
19        A  That they have a degree of latitude in
20   building this platinum environment that he is
21   concerned about.
22        MR. GIBBS: Let me insert an objection to that
23   one as calling for speculation.
24   BY MS. WINKLER:
25        Q  Mr. Godwin, the last entry on the cc string

Godwin, Clifford  3/3/2006  9:09:00 AM

221

1  on this e-mail, do you know what that refers to?
2      A  "Oatechint"?
3      Q  Yes.
4      A  That's a mail list for Lisa Parekh's team.
5      Q  Who is Rick Ginsberg?
6      A  At the time he reported to Greg Seiden.
7      Q  What is "auto patch" that refers to?
8      A  Auto patch is a utility that runs at the
9  customer site or where you're actually doing the
10  installation to apply patches.
11      Q  That runs to apply any patch?
12      A  Any patch, yes. Sometimes you'll see that
13  referred to as AD patch. Those things are
14  equivalent.
15      Q  Was there a sense within the ERP
16  organization that CRM somehow was given overall
17  latitude, overall more latitude generally with
18  respect to development and things that it did?
19      MR. GIBBS:  Objection; vague.
20      THE WITNESS:  I don't know what that means.
21  BY MS. WINKLER:
22      Q  Going back to that document --
23      MR. GIBBS:  That's Godwin 14.
24      MS. WINKLER:  Yes.
25      MR. GIBBS:  Godwin.

222

1      THE WITNESS:  It's been a long day.
2      MR. GIBBS:  They're all long days.
3  BY MS. WINKLER:
4      Q  Is it your understanding from Mr. Dujmovic's
5  statement with respect to letting CRM do as they wish
6  that he was referring to instances other than just
7  the single incident here?
8      A  I don't know how broad his intent is with
9  this or what his intent is -- you have to understand
10  when people are responsible for very particular area,
11  for them that's the universe. So if somebody has a
12  lot of latitude with respect to the issues that
13  person is involved with, they're -- they have a
14  certainly perception of latitude and people being
15  allowed to do as they wish or however they view the
16  world.
17      This is really his view of the world or
18  his -- his view of the world at the moment he wrote
19  this mail note, I guess. I can't speak to what he is
20  thinking or whatever.
21      Q  Did you have a perception that the CRM group
22  was allowed to do things or actually did things that
23  detrimentally affected things that you did?
24      A  Detrimentally affected things that I did?
25      Q  Or that you were responsible for?

223

1      A  I don't think it was that they -- no, not in
2  that -- no.
3      Q  Leaving out the "allowed" part, did you have
4  a perception or did the CRM group do things that
5  detrimentally affected things that you were
6  responsible for?
7      A  No, I don't think I would say that.
8      Q  How about things that anyone else in the ERP
9  division were responsible for?
10      A  Well, I mean I can only speak to what I'm
11  familiar with. I mean I -- I mean -- no.
12      Q  I'm going to ask the reporter to mark
13  NDCA-ORCL 078408 through 411 as Godwin 15.
14      (Plaintiffs' Exhibit 15 was marked
15      for identification and is attached
16      hereto.)
17  BY MS. WINKLER:
18      Q  Mr. Godwin, let me know when you've had a
19  chance to review this document.
20      A  Yep.
21      Q  Do you recall seeing this document before?
22      MR. GIBBS:  Same instruction to answer without
23  regard to preparations with counsel.
24      THE WITNESS:  I don't recall specifically this
25  note, but, I mean, I generally understand what this

224

1  relates to. I mean I --
2  BY MS. WINKLER:
3      Q  What is your understanding of what this
4  e-mail string relates to?
5      A  I believe this relates to the -- an attempt
6  to construct the -- to do a build of the integrated
7  demonstration environment, and in the lead up to
8  that, there is a -- the ERP group or somebody has
9  decided that a certain set of patches shouldn't be
10  applied to the environment because we're trying to
11  stop patching, we're trying to be stable, and the CRM
12  group is raising the issue of the fact that they --
13  their products depend on some patches being applied
14  that are beyond this cutoff point. And so
15  there's back and forth going on about whether or
16  not -- you know, about that situation.
17      Q  What is the integrated demonstration
18  environment?
19      A  The -- we build the -- or the demonstration
20  services group builds a demonstration system that has
21  all of the products set up with a dummy company
22  called Vision that is then -- and then the
23  applications demonstrations are done against that --
24  against staged -- for many staged versions, all
25  staged centrally, of that environment.

225

```
 1        So we're trying to build a version of
 2   this -- I don't know what -- I didn't catch the time
 3   frame of this note.  But we're trying to build a --
 4   okay, January.
 5        I don't recall anywhere where we were with
 6   demonstration environments at various points in time.
 7   There is always a new build of the demonstration
 8   environment happening because you're always setting
 9   up more scenarios and putting in more data and more
10   examples and more of everything.  So there is just a
11   continuous forever process of building up a
12   demonstration environment.
13        And so there is a particular build that
14   appears we're leading up to here, and there is a set
15   of problems that the CRM guys are raising, and
16   we're -- the ERP apparently guys were saying we're
17   done patching, and the CRM people are saying, no, we
18   need more patches.
19        So that is what this is generally referring
20   to.  I don't recall the specifics of who struck John
21   on any of these issues, but that is basically the
22   situation here.
23        Q  Do you have any understanding of what
24   Mr. Roth says when he says "AOL Cliff knows the
25   issues"?
```

226

```
 1        MR. GIBBS:  Objection; lack of foundation.
 2        Answer if you can.
 3        THE WITNESS:  No, I probably -- that -- he's
 4   referring to the two -- I think he is referring to
 5   the two issues that are then enumerated below.  And
 6   then I can't speak to the issue about what is going
 7   on with the pricing products and the campaign and
 8   the -- these other things about the specific
 9   functional issues he is raising in these other
10   product areas.
11        That's not my -- I don't know anything about
12   that.  But the specific issues that he is raising
13   for -- that he says I'm aware of, I presumably would
14   have been made aware of these issues at the time, and
15   he is enumerating them.
16        Q  What is meant by the phrase "memory leak"?
17        A  A memory leak, if you use memory and you
18   don't give it back to the system when you're done,
19   then even though your particular operation is done,
20   that resource kind of remains consumed, and then as
21   more and more people do the same operation, it just
22   uses up the resource on the system until there is a
23   failure.  That's generally what a memory leak is.
24        Q  Is a memory leak caused by a defect in the
25   code?
```

227

```
 1        A  It can be.  There's a lot of different
 2   things that can cause memory leaks, but yeah, it's
 3   something we would -- we would generally -- if
 4   there's a report, again, I don't remember what
 5   happened with this issue or what it turned out to be
 6   or what we resolved it or any of that.  But if you
 7   have a report of a memory leak, you would -- you
 8   know, do experiments to figure out what it was that
 9   was not freeing -- freeing memory when it was done
10   using it and then try to address that issue.
11        Sometimes that comes from our layer.
12   Sometimes underlying technologies have memory leaks.
13   There is a lot of things that can happen.  You know,
14   Java itself can have memory leaks.  There's a lot of
15   things to investigate.  So I don't know what the
16   specific issue here turned out to be, but that's what
17   the report is.  So I would have treated this as an
18   issue that needed investigation by my development
19   team.
20        Q  On the second page of this document, 078409,
21   in the second paragraph, it starts with "We all want
22   the best."
23        A  Yes.
24        Q  The writer discusses daily calls and renewed
25   CRM participation in daily calls.  Do you recall
```

228

```
 1   those daily calls?
 2        A  No.  What I -- I don't recall the detail of
 3   how we're operationally managing this attempt to get
 4   integrated demo built put together.  I assume what
 5   this is referring to is there is a daily call of the
 6   various people involved, and for whatever reason CRM
 7   stopped participating and/or missed one or whatever
 8   this refers to.
 9        So there is a -- Ron is basically inviting
10   them to kind of get -- use that mechanism to manage
11   our coordination going forward here so that we build
12   a demo environment more efficiently.
13        Q  Were you involved in those daily calls?
14        A  I don't remember being involved in daily
15   demo environment calls.  If there is a crisis in my
16   area, I might have dialed in to one to see the status
17   of the crisis, but I don't -- but I have no real
18   memory of that.
19        Q  Who is Roger Donaldson referenced in the
20   very first e-mail?
21        A  Roger Donaldson is a person who worked for
22   Marina Zago in the demonstration services group.
23        Q  Ms. Zago is not included on this initial
24   e-mail, is she?
25        A  I can't -- I don't -- I didn't look at that.
```

Godwin, Clifford  3/3/2006  9:09:00 AM

229

1    It's hard with all of this indentation to figure out
2    who is on which e-mail and who is copied on it.
3        Q   I'm talking about the very first page at the
4    top.
5        A   No, she doesn't appear to be copied on it.
6    I don't know why.
7        Q   Is GTAO, G-T-A-O, a person?
8        A   Probably. It's probably a first initial
9    last name. I don't know who that is.
10       Q   It's not a mail list or anything you know
11   of?
12       A   No, no. Well, I shouldn't say that. I do
13   not know what that is.
14       Q   Okay. I'll ask the reporter to mark
15   NDCA-ORCL 057116 through 117 as Godwin 16.
16           (Plaintiffs' Exhibit 16 was marked
17       for identification and is attached
18       hereto.)
19       THE WITNESS: Okay.
20   BY MS. WINKLER:
21       Q   Have you seen this document before,
22   Mr. Godwin?
23       MR. GIBBS: Same instruction, answer without
24   regard to preparations with counsel.
25       THE WITNESS: I don't recall the details of this

230

1    situation, but I do remember, you know, vaguely
2    sending this note.
3    BY MS. WINKLER:
4        Q   And what does your note discuss generally?
5        A   What this is discussing is a point in time
6    with our GSI implementation where the -- where I'm
7    trying to step in to -- to expedite communication
8    between the IT organization and development, which is
9    a function that Kirsten Shaw does on behalf of
10   customers, but which Kirsten Shaw doesn't do for our
11   own internal customer, which is our IT organization.
12   So I don't recall the exact set of problems at this
13   time, but there was some, you know, feeling we needed
14   to get more development attention on issues or break
15   some coordination bottleneck that was occurring, so
16   in that kind of situation sometimes I would go into a
17   detailed status meeting of something, go through a --
18   I -- I think what the reference is here to some of
19   the meeting, to fix the meeting is that the IT group
20   was having a daily meeting or weekly -- I assume it
21   was 9:00 meeting, so it was probably a daily meeting
22   reviewing the status of their issues, and they
23   weren't -- and I was trying to adjoin that meeting to
24   attempt to provide coordination -- to facilitate
25   coordination back to development on sorting out which

231

1    issues were getting fixed because the IT group at the
2    time apparently needed that kind of expediting help
3    from development to get a more central face of
4    development to fix issues address issues. And so and
5    this is my report back to Ron on my -- on the status
6    of that.
7        Q   In the place in the e-mail where you talk
8    about reasons bugs were stuck --
9        A   Yes.
10       Q   What do you mean when you say "Bugs had
11   complex cross dependencies between teams"?
12       A   Sometimes what happens is that it's really
13   unclear between -- in a complex system, it's unclear
14   whether a problem is in one area or another. And
15   sometimes the -- it's just the nature of one team
16   trying to reduce -- reproduce the problem in its own
17   context of that application working and thinking that
18   the problem is in somebody else's area. And then the
19   other people doing the same thing and thinking the
20   problem is back here in the first area.
21           And sometimes if you were to read the
22   details of these problem resolution efforts, you
23   get -- you know, you -- as an expeditor, you would
24   say let's just get these people in the same room
25   together and nobody leaves until we get an agreement

232

1    on where the problem is. Because everybody is too
2    focused on just studying their own part of the
3    elephant they can see, and nobody is seeing the whole
4    elephant.
5        So part of what I was trying to do here is
6    say if these bugs -- if this bug is referring to
7    something else on some other team, and some other
8    team is pointing that the issue is in some other
9    area, and nobody is kind of acting like they have
10   responsibility for the issue, I'm going to go get --
11   pay housecalls, meaning I'm going over to people and
12   say, look, I want you and you to get together and
13   let's all sit in a room and really figure out what is
14   going on with this issue. That's just the nature of
15   large team development.
16       Q   Based upon this e-mail, how would you
17   characterize the status of the GSI project as of
18   January 30th, 2001?
19       A   I don't know how to characterize the overall
20   status of the project. They obviously at this point
21   needed or wanted me or wanted somebody to improve the
22   progression of, you know, issues that they had
23   identified and improve the process of communicating
24   between the IT organization and development, and I
25   was attempting to step in and analyze the situation

233

1   and do that.
2      Q   Do you have a recollection as to how far
3   along the GSI project was at this time?
4      A   I don't remember -- I don't remember exactly
5   when this went live on 11i so I don't remember --
6   that would date it and I don't know that date.
7      Q   After -- at the beginning of the e-mail when
8   you talk about incoming issue characterization, and
9   then the next line says "Suresh from MFG PQE worked
10  on characterization today," what do you mean when you
11  use the term "characterization" in those two
12  instances?
13     A   Well, what I think -- what this means is in
14  the same sense that -- in the same sense that BDE in
15  support characterizes issues for customers, which
16  means that a customer calls in and just says, hey, I
17  got a problem, or whatever, they report some
18  symptom -- just like a doctor doing diagnosis -- I
19  want to report some symptom, and you're trying to get
20  the problem well enough discriminated against all of
21  the different possible things it could be, so you can
22  point a specific issue that needs to be addressed,
23  you know.
24        So it's really that kind of diagnostic
25  process you go through.  And what is happening, I

234

1   think, in this environment is that the -- there are a
2   number of issues that are on a list that the IT group
3   has found or the users of the systems have reported
4   to the IT group, and a lot of those issues are
5   probably poorly characterized.
6        Meaning they're just like reports, hey, this
7   is slow or, hey, this is something, whatever their
8   problem was, you know, and the PQE group is a -- is
9   like my DDR group.  PQE and DDR means the same --
10  basically the same things, basically diagnostic group
11  from the manufacturing organization.  Somebody from
12  that organization came in and started looking at
13  these issues, trying to help identify what was really
14  going on.
15        And what I'm saying here in the note, I
16  believe, is that we need -- we need some more people,
17  maybe not like a guy leading the group, but just some
18  more feet on the ground to try to analyze this
19  backlog of issues and properly characterize them so
20  it can be worked correctly in development.
21     Q   Move on to the next document.  I'll ask the
22  reporter to mark NDCA-ORCL 057154 through 156 as
23  Godwin 17.
24        (Plaintiffs' Exhibit 17 was marked
25        for identification and is attached

235

1   hereto.)
2      THE WITNESS:  Okay.
3   BY MS. WINKLER:
4      Q   Have you seen this document before,
5   Mr. Godwin?
6      MR. GIBBS:  Same instructions to answer without
7   regard to preparations with counsel.
8      THE WITNESS:  I don't recall this e-mail
9   specifically, but I accept that I sent it and can
10  generally address it.
11  BY MS. WINKLER:
12     Q   Do you recall the issues being discussed in
13  the e-mail?
14     A   Not specifically, but I can tell from the
15  context a fair bit about what is going on.
16     Q   What is going on here?
17     A   Well, we are preparing a release of our AOL
18  software, also known as FND, and we're trying to meet
19  a deadline, and the attempt to build the software in
20  a test environment basically has failed due to a
21  problem in the CP or concurrent processing area.  And
22  I'm basically telling the team I'm not satisfied with
23  the fact that we're supposed to be trying to release
24  this thing soon, and we've got a problem with it, and
25  how come we can't get work -- that we had trouble

236

1   contacting somebody who should have been able to work
2   on the issue around the clock.  They didn't answer
3   their phone.
4        And so we had an issue with tracking --
5   nobody locked a tracking bug for this at the right
6   time to make it visible to all of the other people in
7   the other locations that they could have potentially
8   progressed it.
9        So I'm citing that as a process problem in
10  my organization, and I want to raise it at the
11  manager meeting so we can fix it.
12     Q   What does FND stand for?
13     A   A Foundation which is just a short name for
14  AOL.  It dates back from the period when it was
15  called Foundation.
16     Q   And is this something that was going to be
17  released to customers?
18     A   Well, yeah, it wouldn't have been released
19  with this error in it, but FND 1154 Mini Pack would
20  eventually be released to customers.  That's a --
21  it's a version of our AOL release.
22     Q   Was this considered to be part of 11i?
23     A   It would have been part of 11i.4 presumably.
24  Although I don't know that specifically.  I assume
25  that that version corresponds.

237

1    Q  Do you know what this specific mini pack was
2 intended to address?
3    A  Well, as I said before, mini packs are
4 aggregations of patches. Patches are designed to
5 address problems, deliver functionality and otherwise
6 advance the software. So this -- so our unit of
7 release is called a mini pack. So this actually
8 would have a mix of bug fixes and new functionality
9 and whatever else we had produced in it. It was just
10 a general leveling of our -- upleveling upgrade of
11 our software.
12    Q  So did it basically include everything that
13 you had done since the prior release?
14    A  Yeah. Everything we did since the prior
15 mini pack. So what we -- this is basically like a
16 process -- this is a process internal to my group
17 where the individual subcomponent teams under FND,
18 like the people that build the batch scheduling thing
19 called the -- manager, people build Workflow, the
20 people that build the various individual pieces that
21 we have, we aggregate all of that together into one
22 release bundle called the FND mini pack.
23        So all of those component teams get
24 something to work in their owner environment and then
25 we do an integration exercise and bring it all

238

1 together and release it as a unit. And what I'm
2 upset about in this note is that the schedule is --
3 our time is about up, and we had a severe problem in
4 the CP area, and how come we didn't react to it
5 faster.
6    Q  Do you recall whether this was released on
7 time or --
8    A  I don't recall it was released on time.
9 I'm sure it wasn't released with this defect in it.
10    Q  What does CP refer to in the subject line?
11    A  Concurrent processing. In fact, I don't
12 know if there was -- what the issue turned out to be,
13 if it was even a code change required to correct it
14 or some other problem. I can't speak to the issue
15 that actually was responsible for this or what the
16 fix was for it. This was more of a process note that
17 here we were not able to get the right attention on a
18 build failure in a test environment with a deadline
19 coming, and why aren't we being more responsive.
20    Q  Okay. I'll ask the reporter to mark
21 NDCA-ORCL 057187 through 189 as Godwin 18.
22        (Plaintiffs' Exhibit 18 was marked
23        for identification and is attached
24        hereto.)
25    THE WITNESS: Okay.

239

1 BY MS. WINKLER:
2    Q  Have you seen this document before,
3 Mr. Godwin?
4    MR. GIBBS: Same instruction to answer without
5 regard to preparations with counsel.
6    THE WITNESS: I don't have an independent
7 recollection of it, but like the others, I accept
8 that I wrote it.
9 BY MS. WINKLER:
10    Q  Do you have a recollection of working --
11 strike that.
12        Is Imation a customer of Oracle?
13    A  Yes, I believe it is.
14    Q  Do you have a recollection of working with
15 Imation?
16    A  No.
17    Q  What did you mean in the second -- I'm
18 sorry, the third sentence of your e-mail when you say
19 what -- "with all that's going on with the internal
20 systems here and in Europe, we are going to have a
21 tough time applying a lot of focus on customer
22 performance issues for a few weeks"?
23    A  I assume that we had a backlog of issues we
24 were investigating based on the, you know, systems
25 that were running here and in Europe. And so that

240

1 the performance team was going to be spending a lot
2 of time investigating those issues.
3    Q  And those issues were issues with the
4 internal implementation of 11i or GSI?
5    A  They would have been issues that are --
6 issues with those internal implementations that our
7 performance team was helping to investigate.
8    Q  In Ms. Shaw's e-mail just below your e-mail
9 she states that "Imation US is one of the highest
10 transaction volume sites we have"?
11    A  Um-hum.
12    Q  Do you have an understanding of what they
13 means by the phrase "highest transaction volume
14 sites"?
15    MR. GIBBS: Objection; lack of foundation.
16    THE WITNESS: Yeah, that's not a very precise
17 term. It could mean that they have a large number of
18 users. It could mean they process a large number of
19 documents. I'm not sure exactly what that means in
20 that context, but it would mean one of those kind of
21 things.
22 BY MS. WINKLER:
23    Q  Reading further on there with her references
24 to Applied Materials, Seagate and Sun, does that give
25 you any better understanding of what she means by

241

1 highest transaction volume sites?
2     A  No, those are just other large sites, so it
3 depends on which dimension you're trying to measure
4 large.
5     Q  Okay.
6     A  I don't think this was intended to be -- I
7 don't read this as like a technically precise
8 meaning.  It just means large sites.
9     Q  Do you have an understanding of the
10 escalated issues -- of what the escalated issues are
11 that are used on the second page of this e-mail?
12     A  Imation?
13       No, I don't understand really what any of
14 this is about.
15     Q  Okay.  I'll ask the reporter to mark
16 NDCA-ORCL 057289 through 290 as Godwin 19.
17       (Plaintiffs' Exhibit 19 was marked
18       for identification and is attached
19       hereto.)
20     THE WITNESS:  Okay.
21 BY MS. WINKLER:
22     Q  Have you seen this document before,
23 Mr. Godwin?
24     MR. GIBBS:  Same instructions, answer without
25 regard to preparations with counsel.

242

1     THE WITNESS:  I don't remember it.
2 BY MS. WINKLER:
3     Q  Is Paxar an Oracle customer?
4     A  Evidently.  I don't have an independent
5 knowledge of that.
6     Q  Do you know who Bill Bounds is?
7     A  Bill Bounds works for Kirsten Shaw in that
8 customer programs group that deals with inbound
9 customer escalations.
10     Q  What does "Oracle Application Development
11 Triage" refer to that is underneath Mr. Bounds' name
12 at the bottom of the first page?
13     A  That must be a title -- it must be -- I
14 don't know if that was a name that Kirsten Shaw's
15 group had at that time or a subset of her group had
16 at that time.  There may have been -- I don't know
17 how Kirsten is organized, but under her was some
18 group that would have been called the Development
19 Triage group that would have been referring to this
20 development management process, this expediting
21 process.
22     Q  Do you recall what the OM issues were that
23 Mr. Bounds discusses in his e-mail?
24     A  No, I don't.
25     Q  Does OM refer to --

243

1     A  Order Management.  It's not my area.
2     Q  Do you recall what the AOL issue was that is
3 discussed here?
4     A  No.
5     Q  Do you have any understanding of what
6 Mr. Bounds meant when he said in this second
7 paragraph "there is also a problem with some shipping
8 functionality that were sold but is not currently in
9 the product"?
10     A  No, I have no knowledge of that.
11     Q  Let's move on.  I'll ask the reporter to
12 mark NDCA-ORCL 078416 through 418 as Godwin 20?
13       (Plaintiffs' Exhibit 20 was marked
14       for identification and is attached
15       hereto.)
16     THE WITNESS:  Okay.
17 BY MS. WINKLER:
18     Q  Have you seen this document before,
19 Mr. Godwin?
20     MR. GIBBS:  Same instruction to answer without
21 regard to preparations with counsel.
22     THE WITNESS:  I -- this refreshes my memory on
23 the issue, and I -- I don't remember specifically
24 sending the note, but I believe I sent the note, and
25 I understand what I'm saying in the note.

244

1 BY MS. WINKLER:
2     Q  What are you saying in your note to Ramu
3 Sunkara?
4     A  Well, basically Ramu's note to me is
5 basically complaining to a degree about the amount of
6 work he feels his team is doing identifying problems
7 in my area.  And I'm writing a note back saying we
8 spent a lot of time chasing reported problems that
9 actually don't turn out to be problems in my area, so
10 we're not -- I don't want to start keeping score over
11 who is spending time working on problems that turn
12 out not to be in their area.
13       This is just life in a world where people
14 depend on each other, and we're all going to spend
15 some time diagnosing a problem that turns out to be
16 in the other guy's area.  So I'm saying let's just
17 stay focused on having a rational engineering process
18 and we'll all fix the problems we find.
19     Q  Was this the result of some kind of ongoing
20 disagreement between the groups, this e-mail
21 exchange?
22     A  There was -- you know, there was some
23 ongoing frustration that -- with people in the CRM
24 group who felt they were spending too much time --
25 who felt -- everybody who spends a lot of time

Godwin, Clifford  3/3/2006  9:09:00 AM

245

1    working on a lot of problems that turn out not to be
2    in their area builds up frustration over it.  It's
3    just human nature, and periodically these things get,
4    you know, boiled up and somebody sends a note that's
5    strident or aggressive about something like their
6    frustrated about something like that, and you know,
7    everybody -- and you know, cleared the air and goes
8    back to getting on with life.
9        Q   At that time did you or people in your group
10   feel like they were spending a lot of time working on
11   issues that were CRM related issues?
12       A   I'm not sure if it was unique to CRM.  It's
13   the nature of my layer that people report -- it's
14   just the nature of my layer that people in the
15   application product teams, be they CRM or any other
16   team, says something about the underlying technology
17   I depend on isn't working, and then they log a bug
18   against my group.
19           Now part of my group's lot in life is to
20   figure out whether that bug or that problem is
21   actually -- may not be an actual defect.  It may just
22   be something somebody misunderstood or tried to use a
23   feature incorrectly or any number of other things.
24   Part of my group's lot in life is to figure out
25   whether that's actually a problem in our area or a

246

1    problem in an underlying product area or whether the
2    person who thought the thing was wrong actually made
3    the mistake themselves.
4            We do that work all day long, and then -- so
5    that's why I make the comment in here that less than
6    10 percent of the things actually reported as
7    problems in my area actually turn out to be code
8    defects in my area that need to be corrected.  Most
9    of the stuff that is reported as problems in my area
10   are not actually defects.  They're either in some
11   underlying group or even more often the application
12   team that tried to use the feature made a mistake
13   trying to use it, and actually they need to correct
14   what they were trying to do or they just didn't
15   understand something or whatever.
16           So my point is that, you know, that's just
17   the way it is when software groups depend on each
18   other building an integrated system.  That's the
19   nature of the beast that people depend on each other,
20   and you spend time in effect proving that the problem
21   isn't in your area, but you still invest a lot of
22   work in that and sometimes you begrudge that.  So
23   that's just a structural tension that exists in this
24   type of environment.
25       Q   When you said the application team that

247

1    tried to use the feature made a mistake trying to use
2    it, do you mean trying to use it in the development
3    process?
4        A   Yeah, I mean they can make a mistake in the
5    way that they attempt to call an API or in the
6    results they expect from features, they can try to
7    use it in a way that it wasn't designed to support.
8    There is all kinds of problems, they just simply make
9    a -- they can -- there could be a configuration error
10   that they made setting up their own environment which
11   led to some technical looking problem like something
12   was out of resources or out of memory, and they log a
13   bug against my group because it must be an underlying
14   technical problem, and we find out they actually just
15   made a mistake setting up their own PC or server or
16   whatever they had.
17           So there is lots of mistakes people can make
18   building complex software, and, you know, I'm -- what
19   I'm saying in this note is I'm at peace with the fact
20   that part of my group's mission is to just help the
21   division solve problems even though many of them are
22   initially reported as problems against me, my stuff,
23   and we just all have to live with the fact that we
24   work and solve the other guy's problem.  That's part
25   of what we do building the system.

248

1        Q   Was it your experience that the people who
2    developed the CRM portion of the software did make
3    the kind of mistakes that you discussed in developing
4    the software?
5        A   I think everybody --
6        MR. GIBBS:  Objection; vague as to time.
7    BY MS. WINKLER:
8        Q   I'm referring to 2000, 2001.
9        MR. GIBBS:  Still vague.
10       THE WITNESS:  I think everyone has -- I think
11   everybody does that and customer support issues work
12   that way too.  There is nothing unique about it.
13   Anybody --
14   BY MS. WINKLER:
15       Q   Do you have an understanding of the specific
16   issues that Mr. Sunkara is talking about in his
17   e-mail to you on page 2, 078417?
18       A   Well, we talked about No. 1.  He is
19   basically complaining about how much of his resource
20   is used to deal with our AOLJ component.  I don't
21   know what performance issues he is referring to.  And
22   connection and I think the connection and memory leak
23   issues is another reference to the fact that they
24   feel like they spend a lot of time identifying
25   particular a class of technical problems in, you

249

1  know, my AOLJ code layer.  And that's what that
2  frustration refers to.
3      Q  What about the second one there?
4      A  Oh, okay, some of the -- what he is talking
5  about there is some of the -- we talked about these
6  meta databased features like Flex Fields and other
7  things that you use that you can configure centrally.
8  The screens that you use at this point in time -- the
9  screens that you use to type in that data as part of
10 essentially a setup process of the applications were
11 written in the Forms technology.
12     Now, Ramu's point, I believe, is that the
13 CRM applications are very predominantly written with
14 html technology, to present html pages, and I think
15 this frustration here is they wish that we would
16 either provide html interfaces to do this data
17 population or give them API so they could build data
18 interfaces over our features.  But one way or another
19 they don't like having to go to this Forms interface
20 to type data in to what they're generally positioning
21 as a mostly html application.  So I think that's just
22 what he is saying he wished he had.
23     I mean, they're using our features.  It's
24 just that the UI that you do to perform the setup is
25 written in a technology, and they wish it were in the

250

1  other technology.
2      Q  What do you mean by UI?
3      A  User interface.
4      Q  Up at the top of that page, do you have an
5  understanding of what --
6      A  I'm sorry, which page?
7      Q  I'm sorry, page 2 of the e-mail.
8      A  Sure, got it.
9      Q  The initial -- I'm sorry, not the initial,
10 but the e-mail from Mr. Sunkara to you where he
11 starts with "To give you an idea."
12     A  "To give you an idea of JTF" --
13     I don't know the specifics of this issue.  I
14 think this is referring to -- this is obviously
15 referring to some connection leak problem in AOLJ
16 where after AOLJ manages making a database
17 connection, and the user gets through with their
18 transaction, AOLJ didn't free it up, so he wound up
19 like accumulating too many database connections, the
20 particular use case failure that he is citing here I
21 don't know when we cleaned that up or what the issue
22 was with it.  But that's -- that's what he is
23 referring to, I think, something about the connection
24 leak in AOLJ.
25     Q  So too many database connections would cause

251

1  what he says here is "we go bust on the database"?
2      A  Well, this is -- this is a hyperbolic
3  statement.  You don't actually go bust on the
4  database with 200 connections.  He is just saying if
5  you have an unbounded connection pool problem, which
6  he is claiming we had, and he claims he had some
7  layer that worked around -- he is not saying that got
8  delivered as a problem.
9      He is saying if it were not for the JTF
10 service layer, which is something he did to work
11 around this problem, that the connection leak at my
12 layer would have caused a big problem.
13     Q  Okay.
14     A  So I don't recall like what we ever did to
15 fix that issue or whatever became of it, but that
16 was -- this is something that made him frustrated.
17     Q  Okay.  Why don't we take a short break.
18     A  Sure.
19 THE VIDEOGRAPHER: Off the record at 4:40.  This
20 ends tape number four in the deposition of Clifford
21 Godwin.
22     (Recess.)
23 THE VIDEOGRAPHER: On record at 4:47.  This
24 marks the beginning of tape five in the deposition of
25 Clifford Godwin.

252

1  MS. WINKLER:  I'll ask the reporter to mark
2  NDCA-ORCL 558653 through 55 as Godwin 21?
3      (Plaintiffs' Exhibit 21 was marked
4      for identification and is attached
5      hereto.)
6  BY MS. WINKLER:
7      Q  Have you seen this document before,
8  Mr. Godwin?
9  MR. GIBBS:  Same instruction, not to answer with
10 regard to represent preparations with counsel.
11 THE WITNESS:  I don't have an independent
12 recollection of it.
13 BY MS. WINKLER:
14     Q  Do you have a recollection of working with
15 McDonalds and/or Chipotle on issues with regard to
16 11i?
17     A  I have a vague recollection.  I can't
18 remember the technical detail of their situation or
19 how the issues were resolved, but I do remember they
20 had issues.
21     Q  Do you have an understanding of the issues
22 that Ron is asking you whether the right people are
23 assigned to address in his e-mail?
24     A  I assume what he is simply doing is asking
25 whether the right people are looking at the total set

Godwin, Clifford  3/3/2006  9:09:00 AM

253

1  of facts that this customer has. Whatever the issues
2  are that they logged at the time, he is just looking
3  for the right labor applied to the problem. So I
4  don't recall the specifics of what the issues -- the
5  exact problem reports.
6        There is not a lot of technical detail in
7  this note to explain what was actually going on
8  there. So I can't really speak to the substance of
9  it.
10        Q  Do you have an understanding of what is
11  meant by the second page of this e-mail under
12  "Tactical Problem" where it describes it is being
13  serious enough that Chipotle has removed themselves
14  from the reference program until the reality meets
15  the hype?
16        MR. GIBBS: Objection; lack of foundation.
17        THE WITNESS: I don't -- I mean this is a -- you
18  know, this is a report by -- or this is a mail note
19  by somebody characterizing what somebody at Chipotle
20  said, so I really have no basis for adding value to
21  that. I'm not sure what you want me to respond to.
22  BY MS. WINKLER:
23        Q  What is the reference program?
24        A  The reference program, we have a program
25  where we track customers who are willing to be

254

1  references for the software.
2        Q  And is your understanding of this e-mail to
3  mean that Chipotle at one point was willing to be a
4  reference and then later changed their mind?
5        MR. GIBBS: Objection; lack of foundation.
6        THE WITNESS: I can only interpret the plain
7  language on the page. It may well mean that
8  they're -- but I can't speak to that.
9  BY MS. WINKLER:
10        Q  Do you have any knowledge of whether
11  McDonalds actually purchased the ERP product from
12  Oracle?
13        MR. GIBBS: Objection; vague.
14        THE WITNESS: I believe McDonalds subsequent to
15  this did launch a project with Oracle 11i in the
16  human resources area, which I -- I'm not sure what
17  became of that project, but I think they had -- so I
18  can't tell you what they bought or when they bought
19  or any level of that detail. I just was generally
20  aware they went on to do other stuff with us.
21  BY MS. WINKLER:
22        Q  What do you mean when you use the phrase
23  "launch a project"?
24        A  They undertook an implementation of 11i with
25  respect to some set of the applications products.

255

1        Q  Okay. What is the Performance Tuning Group
2  in support?
3        A  There was a -- where do you see that?
4        Q  Under "Background," the last sentence. On
5  the second page.
6        A  Oh, yeah. I see what you're saying.
7        Yeah, in the US support organization, I
8  believe at this time there was a group of people who
9  were -- basically were performance specialists, just
10  a specialization within support, some of the -- I
11  mean Andy Huda's group actually used to work in
12  support in the UK and joined my group to be part of
13  the development organization, but basically a similar
14  group existed within support that stayed in the
15  support organization in the US.
16        Q  Okay. Do you recall any other details not
17  discussed in this e-mail about Chipotle's
18  implementation of Suite 11i?
19        A  I think they were actually a hosted
20  customer. I can't speak to that factually, but I
21  believe that's correct. So some of the issues that
22  they may have had, I just vaguely remember this being
23  involved. I mean, I remember talking to -- I mean,
24  it was years ago now, but I was -- I remember talking
25  to some of the people at the time talking about it,

256

1  and I believe that -- I believe they're a hosted
2  customer, so the -- it didn't have any particular --
3  I just remember that detail.
4        Q  What does it mean to be a hosted customer?
5        A  It means that Oracle is running your
6  software for you. So it means that we have an
7  internal staff of people actually doing a lot of the
8  work that might normally happen at the customer's
9  site who are all internal Oracle employees. Of so I
10  think that they were one of the early hosted
11  customers.
12        Q  Does Oracle continue to do that?
13        A  Oh, yes.
14        Q  Have hosted customers?
15        A  It's a very active business.
16        Q  I will ask the reporter to mark NDCA-ORCL
17  054460 through 462 as Godwin 22.
18        (Plaintiffs' Exhibit 22 was marked
19        for identification and is attached
20        hereto.)
21        THE WITNESS: Okay.
22  BY MS. WINKLER:
23        Q  Have you seen this document before,
24  Mr. Godwin?
25        MR. GIBBS: Same instruction, to answer without

257

1  regard to preparations with counsel.
2       THE WITNESS:  I don't have any memory of it.
3  BY MS. WINKLER:
4       Q  Do you recall working with Papa John's as an
5  Oracle 11i customer?
6       A  I do remember that Papa John's was an early
7  Oracle 11i customer.  I don't think I personally
8  worked with them in any sense, but I remember they
9  were an early customer.
10      Q  Do you recall when Papa John's started their
11  installation of 11i?
12      A  No.
13      Q  Do you know if Papa John's actually went
14  through with the entire implementation and used Suite
15  11i?
16      A  As far as I know they did, but I really
17  can't speak to that factually.
18      Q  Do you have an understanding of why
19  Mr. Barrenechea sent this e-mail to you and Steve
20  Miranda?
21      MR. GIBBS:  Objection; lack of foundation.
22      THE WITNESS:  There must be some AR issues
23  referenced here, although I don't see them in the
24  note because Steve writes back saying that both AR
25  issues have patches available that are being tested,

258

1  and the early indications are that the patches
2  resolve the problem.  So I assume since he is
3  responsible for the AR area, that that was the
4  context in which he was copied, but I have no other
5  knowledge of it.
6  BY MS. WINKLER:
7       Q  Looking at page 3, 504462, does that provide
8  you any understanding of what the AR issues were?
9       A  No, it just provides me with the fact that
10  there were AR issues referred to by these TAR
11  numbers, so I don't know anything about these issues,
12  but that would explain why Steve Miranda was copied
13  on the mail note.
14      Q  Would you have been copied because of the
15  AOL forms issues?
16      A  Yeah.
17      Q  And the AOL issues?
18      A  Yes.
19      Q  And were any of those -- any of the other
20  issues listed on page 3 under your responsibility?
21      A  No.
22      Q  On page 3, the entry September 2000 that
23  relates -- or the owner is AOL Forms?
24      A  Um-hum.
25      Q  Am I reading the TAR/Bug number column

259

1  correctly, that there was one TAR number and two bug
2  numbers?  Or it looks like one TAR number and the
3  same bug number?
4       A  It looks that way, although those bug
5  numbers are the same.
6       Q  Okay.
7       A  So I don't know what that -- that looks like
8  garbage to me.  Because there is -- there's one TAR
9  number and two identical bug numbers so what they're
10  doing, I don't know.
11      Q  Do you have an understanding of the
12  description for that entry, "WebCallBack freezes at
13  peak periods"?  Do you have an understanding what
14  that means?
15      A  No, it just sounds look a description of
16  some kind that had to be investigated.
17      Q  Back on the first page, what does the term
18  "status dashboard" mean?
19      A  I'm sorry, where do you see that?
20      Q  Just above the table.
21      A  I don't know.  I can only -- I don't have
22  any independent knowledge of it.  I can only
23  interpret what is on the page that this thing is like
24  a -- this is somebody's idea of a -- of status
25  information in this table and they're calling it a

260

1  dashboard.
2       Q  But "dashboard" is not a term of art?
3       A  I don't know if it's a term of art here.
4  Just something somebody put in a mail note.
5       Q  Do you know who Gayle Fitzpatrick is?
6       A  Gayle Fitzpatrick is a sales executive who
7  had a variety of responsibilities.  I couldn't tell
8  you about it in detail.  But she is in the sales
9  organization.
10      Q  Do you have any understanding of whether
11  Papa John's was a customer she was responsible for?
12      A  I don't know that.
13      Q  I'll ask the reporter to mark NDCA-ORCL
14  058688 through 689 as Godwin 23.
15          (Plaintiffs' Exhibit 23 was marked
16      for identification and is attached
17      hereto.)
18  BY MS. WINKLER:
19      Q  Have you seen this document before,
20  Mr. Godwin?
21      MR. GIBBS:  Same instruction to answer without
22  regard to preparations with counsel.
23      THE WITNESS:  Don't have an independent memory
24  of it, but it appears to -- I mean I -- it was a note
25  probably that obviously was sent to Ron's staff

261

1  meeting group of which I was a member at the time.
2  BY MS. WINKLER:
3      Q  Is Ron's staff meeting group indicated by
4  the "apps-dev-mc" underscore "us" address?
5      A  Yes, it is.
6      Q  That's another e-mail list?
7      A  Yes.
8      Q  What is AMCM?
9      A  Applications management committee meeting,
10  which is the nickname for Ron's staff meeting.
11      Q  Okay.  Who was Mary Ann Anthony?
12      A  Mary Ann Anthony at the time was -- I'm
13  trying to remember her role at the time, but she was
14  playing a kind of coordination.  She has had various
15  kind of coordination oriented roles.
16      Q  And were those roles within the ERP group?
17      A  Yes, it would be for -- reporting to Ron.
18      Q  Could you read the first bullet point under
19  "New issues for this week."
20      A  "Consulting expressed the concern that 68
21  percent of OM TARs are bugged.  This compares to 30
22  percent for all 11i products."
23      Q  Do you have an understanding of what that
24  means?
25      A  I can't validate that the substance of that

262

1  statement is correct.  What I read it to mean is that
2  of a -- that 68 percent of the service requests
3  around Order Management result in bugs being logged,
4  whereas only 38 percent of the service requests for
5  11i products as a whole are resulting in bugs being
6  logged.
7      MR. GIBBS:  38 percent.
8      THE WITNESS:  I'm sorry 30 percent.  What is --
9  I'm reading the word here as compared to 30 percent
10  for all 11i product service requests yielding a
11  logged bug.
12  BY MS. WINKLER:
13      Q  Okay.  Who was responsible for Order
14  Management?
15      A  Don Klaiss down to Drew Campbell.
16      Q  And that's Harold Campbell?
17      A  That's Harold Campbell that goes by Drew.
18      Q  How about the remaining recipients of this
19  e-mail other than Mr. Campbell and Mr. Fletcher?  Do
20  you know their roles at Oracle, starting with Regina
21  Duda?
22      A  Well, let's see, in this time frame, I'm
23  trying to remember.  Regi Duda has had coordination
24  oriented responsibilities like Mary Ann Anthony at
25  different points in time.  I don't recall the scope

263

1  of her responsibility at this time.
2      Rick Ginsberg, we talked about.  He reported
3  to Greg Seiden at that time, was in the applications
4  release group.  Drew Campbell we talked about.  Steve
5  Van Den Brand Horninge is a -- worked at the time I
6  believe in Oracle Support, and was a participant in
7  Ron's staff meeting on behalf as a liaison from the
8  support organization.  So he had a coordination role
9  back to Oracle support.  And you know Alan Fletcher.
10      Q  Ill ask the reporter to mark NDCA-ORCL
11  058705 through 707 as Godwin 24.
12      (Plaintiffs' Exhibit 24 was marked
13      for identification and is attached
14      hereto.)
15  THE WITNESS:
16  BY MS. WINKLER:
17      Q  Mr. Godwin, have you seen this document
18  before?
19      MR. GIBBS:  Same instruction, answer without
20  regard to preparation with counsel.
21      THE WITNESS:  I don't have any independent
22  recollection of this document.
23  BY MS. WINKLER:
24      Q  Do you have an independent recollection of
25  working with the Oracle customers Fosters and Huawei?

264

1      A  Huawei.
2      Q  Huawei.
3      A  I have -- don't recall -- I'm familiar with
4  both Huawei and Fosters as customers or have had
5  interactions with them.  I don't recall this specific
6  moment in time set of issues around those accounts,
7  but I am aware of Huawei and Fosters as accounts and
8  have talked to people from those companies.
9      Q  Do you recall whether your people were
10  engaged -- strike that.
11      Looking at the first e-mail from Kirsten to
12  Ron, where she indicates that "Several of Cliff's
13  people have been engaged for over a month now," do
14  you recall if she is referring to both Fosters and
15  Huawei or one way or the other?
16      A  I don't recall.
17      Q  When she says "We have no manufacturing
18  references on 11i running over 1,000 concurrent
19  users," do you have an understanding of what that
20  means?
21      A  I think what she is saying that there are no
22  customers who are running our manufacturing products
23  or some set of our manufacturing products, whatever,
24  on -- who are running with a volume of greater than
25  1,000 concurrent users who are willing to be

265

1   references at this point.
2       Q   Lower on that first page in Mr. Jolluck's
3   e-mail to Ron, can you read the second bullet point
4   for me under "Huawei Current Situation."
5       A   The one that says "5 OM performance issues
6   are in the critical path and are being worked on."
7       Q   Do you have an understanding of what that
8   means?
9       A   Just what is written here, that they had
10  some performance issues that were -- that they
11  perceived as critical to their implementation and
12  they were being worked.
13      Q   Do you know whether Huawei upgraded to 11i
14  in 2001 or delayed the upgrade until February 2002?
15      A   I don't know that.
16      Q   What is the term "a green field
17  implementation" mean that is used on page 2 of this
18  document in the second bullet point?
19      A   I'm not sure what that's referring to.
20  Sometimes that would be used to distinguish an
21  upgrade from a fresh implementation, you know, for a
22  new business unit that starts doing a fresh
23  installation of the software and configuring it as
24  opposed to upgrading an existing system, but I can't
25  figure out if that's what this person means in this

266

1   mail note.
2       Q   Do you have an understanding of what the
3   writer meant under "Fosters Current Situation," the
4   second -- I'm sorry, the third bullet point where he
5   states "Month-end processing started last week, and
6   then the overload situation returned"?
7       MR. GIBBS:  Objection; lack of foundation.
8       THE WITNESS:  I -- I don't know what that means.
9   It sounds like they're characterizing a particular
10  symptom that they experienced or that this -- that I
11  guess this is Dennis Jolluck here, that Dennis
12  Jolluck who is a -- responsible for sales activity in
13  a region of Asia Pacific, is characterizing the
14  customers' experience.  So I can't speak to the
15  substance of what that means or whether it's accurate
16  or anything.
17  BY MS. WINKLER:
18      Q   Does "overload" have a general meaning at
19  Oracle?
20      A   No.
21      Q   How about in the last paragraph of that
22  page, do you have an understanding of what "FUD"
23  means?
24      A   Oh, FUD is a -- FUD is a term of art within
25  the software industry meaning fear, uncertainty and

267

1   doubt, and it's what the salespeople try to create
2   with respect to other people' products.  It occurs at
3   all times with all types of products.
4       Q   Do you recall ever working with Ciena
5   Corporation?  You can --
6       A   I'm sorry were you done with this?
7       Q   Yes.
8       A   Do I recall working with Ciena Corporation?
9   I have a vague recollection of having had a like
10  customer visit meeting with Ciena at some point.
11      Q   Do you recall what the issue was that
12  brought about the customer visit meeting?
13      A   No, I don't even remember if it was pre or
14  post sales.
15      Q   Was it usual for you to actually make a
16  visit to a customer site?
17      A   No, no, customer visit, meaning they came to
18  our customer visit center.  It's very typical when
19  people come to that, either before they bought the
20  software or after they bought the software to have
21  discussions about the technical aspects of our
22  application.  I'm typically the person involved in
23  those meetings.
24      Q   Did you ever actually go out and visit
25  customers at customer sites?

268

1       MS. WINKLER:  I think your counsel is trying to
2   tell you to slow down a little bit.
3       MR. GIBBS:  That was a fast one.
4       Could you read my question again.
5       (Whereupon the record was read as
6   follows:
7       "QUESTION:  Did you ever
8   actually go out and visit customers at
9   customer sites?")
10      THE WITNESS:  Rarely, not that it never
11  happened, but rarely.
12  BY MS. WINKLER:
13      Q   Do you have a recollection of doing that
14  with any customers in 2000, 2001?
15      A   Not particularly.  I can't place every visit
16  I had in time, so I can't tell you that there were
17  zero for sure, but it's not -- it's an exceptional
18  situation where I would go to a customer site, but I
19  have done it.
20      Q   But you don't recall any specific ones
21  during that time frame?
22      A   No.
23      Q   We'll ask the reporter to mark NDCA-ORCL
24  056298 through 299 as Godwin 25.
25      (Plaintiffs' Exhibit 25 was marked

269

1    for identification and is attached
2    hereto.)
3        THE WITNESS: Okay.
4    BY MS. WINKLER:
5        Q   Have you seen this document before?
6        MR. GIBBS: Same instruction to answer without
7    regard to preparations with counsel.
8        THE WITNESS: I have no independent recollection
9    of this.
10   BY MS. WINKLER:
11       Q   If you'll take a look at the e-mail string
12   that is -- or the e-mail that starts on the first
13   page under "Don Klaiss wrote," and runs onto the
14   second page of this document. Do you recall what
15   bugs Mr. Klaiss was specifically asking you to push
16   hard on?
17       A   No. I assume it's the bug number referenced
18   here, but I have no idea what the issue was.
19       Q   Would it have been both the AOL and the
20   Forms bug for you?
21       A   Well, in the -- not in this context because
22   he is sending the note directly to Sohaib Abbasi, who
23   runs the Forms team asking that he allocate resources
24   to this bug directly, because apparently my group --
25   my interpretation of this would be that my group

270

1    has -- that originally some technical issue got
2    logged as an AOL bug, as many technical issues that
3    aren't in my product do, under this link to AOL bug
4    1845006.
5        That was probably the AOL bug that was
6    originally logged for the issue, which my group did
7    the work to figure out, which probably was actually
8    in the Forms product under this 187006. So I can't
9    validate that's true. I'm just telling you that's
10   how I read this.
11       So my understanding of this mail note is
12   that he is asking for me to make sure there is
13   attention on the AOL bug 1879903, and asking Sohaib
14   to make sure there is attention on 1875006.
15       Q   Do you know who John Reilly is?
16       A   No.
17       Q   Do you recall whether Ciena actually
18   finished their installation of Oracle 11i?
19       A   No.
20       Q   I'll ask the reporter to mark NDCA-ORCL
21   078373 through 375 as Godwin 26.
22       (Plaintiffs' Exhibit 26 was marked
23   for identification and is attached
24   hereto.)
25       THE WITNESS: Okay.

271

1    BY MS. WINKLER:
2        Q   Have you seen this document before?
3        MR. GIBBS: Same instruction to answer without
4    regard to preparations with counsel.
5        THE WITNESS: I don't have an independent memory
6    of it, but I accept that I received it.
7    BY MS. WINKLER:
8        Q   Do you know who Sergio Giacoletto is?
9        A   Yes. Sergio Giacoletto in this time frame
10   and still runs the European -- the EMEA --
11       Q   That organization?
12       A   -- that organization for Oracle. He reports
13   to Larry Ellison.
14       Q   What is your understanding of what
15   Mr. Giacoletto meant in his e-mail to you where he
16   says "Cliff, are we missing something or is the
17   process really so long?"
18       A   My interpretation of that is that he has got
19   a report here from somebody in his consulting
20   organization named Andrew Sparks, who has summarized
21   for him a set of issues, and he is basically asking
22   me whether or not their interpretation is correct or
23   whether something -- whether they're missing
24   something.
25       Q   Do you recall responding to Mr. Giacoletto?

272

1        A   I don't recall whether I responded to this
2    or not.
3        Q   On the second page of this document, 078374,
4    under "MSOB Upgrades" --
5        A   Um-hum.
6        Q   -- can you explain what is meant by the --
7    I'll call it the second paragraph there, that starts
8    with "It has been discovered that there are serious
9    runtime issues in R11i"?
10       A   No, I can't explain what that means. That's
11   a characterization by Andrew Sparks.
12       Q   What about the rest of the paragraph?
13       A   Oh, I'm sorry. No comprehensive functional
14   testing -- okay. I think what -- I think what he
15   is -- I think what this is referring to is not in
16   general in 11i. What he is referring to is there is
17   a specific -- there is a specific configuration that
18   was -- specific obsolete configuration that was done
19   in the early versions of the Oracle applications,
20   release 10.5 and earlier which -- and there is a
21   later, more modern way of doing the same thing,
22   modeling multiple organizations in one instance
23   called Multi Org that was introduced years and years
24   ago and was recommended to customers move to that.
25       And what he is saying is that customers who

Godwin, Clifford  3/3/2006  9:09:00 AM

273

1    had never moved to that more modern implementation
2    would have a problem with getting to 11i because in
3    11i we really rely on the fact that this new
4    implementation is in place.  And so, in effect, he is
5    citing that customers who are on a, you know,
6    obsolete feature are going to have a problem if they
7    go up to this.
8         And we're basically asking whether or not --
9    he is saying "Cliff has indicated this issue will
10   need senior management attention to decide on the
11   future support status of MSOB."  Basically meaning
12   that we have to decide whether we're going to try to
13   address this issue in some fashion or not.
14       Q  Okay.
15       A  That's basically the context of this.
16       Q  You can put that document down.
17          Do you know who Sam Addison is?
18       A  Yes.
19       Q  Who is Sam Addison?
20       A  Sam Addison reports -- well, he is in
21   Kirsten Shaw's organization.
22       Q  Do you recall any details about the -- about
23   Amazon.com's attempted implementation of Suite 11i?
24       A  Not specifically.
25       Q  Do you recall whether they went through

274

1    their with their implementation?
2        A  No.
3        Q  What about Bell South, do you recall any
4    details surrounding Bell South's implementation of
5    Suite 11i?
6        A  Yes, I did have some involvement in Bell
7    South's implementation.  I wasn't involved in their
8    implementation, but I met with people from Bell South
9    on several occasions, so I do -- I don't know the
10   detail of exactly everything about it, but I mean, I
11   was -- I was definitely involved in the Bell South
12   customer discussions, or some of them.
13       Q  Do you recall what issues, specific issues
14   you were involved with with Bell South?
15       A  The main issues I was involved with with
16   Bell South was about a -- about Bell South's desire
17   to have 11i run on some underlying technology that
18   was not from Oracle.  We -- they wanted to do that
19   essentially as a philosophy issue because they had
20   made a standards organization choice -- standards
21   decision in their organization to always use this
22   other software, and 11i didn't work with that.  It
23   relied on the Oracle products.
24          So I had, you know, some number of
25   conversations with people from the senior people from

275

1    Bell South trying to persuade them that it was okay
2    to accept the Oracle dependencies, and we were
3    unlikely to certify or otherwise try to accommodate
4    running on their particular choice.
5        Q  Do you know whether -- I'm sorry Bell South
6    did accept the Oracle dependencies?
7        A  Well, I can't speak to the totality of Bell
8    South's ultimate experience, but we never did certify
9    on the thing they were asking us to.  So whatever
10   they did, they did with the thing we shipped, not
11   with the thing that they were asking us to
12   accommodate.
13       Q  Do you know what the E-leaders program is?
14       A  I'm sorry, the what?
15       Q  The E-Leaders program, E-Leaders?
16       A  That sure sounds like a marketing program,
17   but I can't speak to it directly.
18       Q  Do you know who Tony Kender is?
19       A  Um-hum.
20       Q  Who is Tony?
21       A  Tony Kender has had -- is in the sales
22   organization, sales and/or marketing organization,
23   and he has had a leadership role in that organization
24   for some time, focused at least for a large part of
25   his career around the HR application area.  I don't

276

1    know specifically in this time frame what his scope
2    of responsibility was, but he was basically in sales
3    or pre sales.
4        Q  What do you mean by "pre sales"?
5        A  Oh, sales that -- what I mean when I say
6    sales, I mean the -- the sales representatives who
7    carry quota and, you know, perform the actual sales
8    activities.  Pre sales consulting is a -- by pre
9    sales people or pre sales consultants, those are the
10   people who basically answer technical questions from
11   the customer about the product.
12          They provide -- they'll like put together a
13   demonstration that the customer asks for for a
14   particular script, and those kinds of things to
15   basically technically substantiate that the product
16   will meet the customer's needs.
17          We have a salesperson, and then you have a
18   much more technical person that is going to go prove
19   that the product will work for the customer.  Those
20   people are specialized along functional product areas
21   because they go -- somebody that is very
22   knowledgeable about human resources applications,
23   whereas the salespeople in general are less
24   specialized.
25       Q  Okay.  One more document I'll ask the

Godwin, Clifford  3/3/2006  9:09:00 AM

277

1  reporter to mark. It's NDCA-ORCL N 06968 through 971
2  as Godwin 27.
3      (Plaintiffs' Exhibit 27 was marked
4      for identification and is attached
5      hereto.)
6      THE WITNESS: Okay.
7  BY MS. WINKLER:
8    Q  Mr. Godwin, have you seen this document
9  before?
10     MR. GIBBS: Same instruction to answer without
11  regard to preparation with counsel.
12     THE WITNESS: Don't have any memory of this.
13  BY MS. WINKLER:
14   Q  Do you have an understanding of what is
15  meant by the subject line that states "Bug Summary:
16  ERP bugs issues impacting CRM11i"?
17   A  Yes, this is -- I mean the form of this
18  report, I don't know the substance of the particular
19  information in here, but the form of this report is
20  one that was collected by the CRM organization as a
21  matter of managing their dependencies on products
22  owned by the ERP organization, so they would
23  aggregate the statistics of the bugs they had logged
24  against the products in the ERP organization so that
25  as a matter of coordination we could track those

278

1  dependencies.
2    Q  Is this something that the CRM organization
3  did on a regular basis?
4    A  I can't speak to the period in time in which
5  this was done this way. But it was, you know, not --
6  it wouldn't have been unusual.
7    Q  What is the -- what do the various status
8  applied to the bugs mean? And by that I'm referring
9  to for example 10, 11, 30, 40?
10   A  How long do we have? Okay.
11   Q  Briefly.
12   A  Status 11 means that the bug is open to
13  development, meaning that the -- generally that means
14  that the bug is sufficiently well characterized to be
15  worked on by the people that actually own the code in
16  that area. Status 13 is generally a documentation
17  issue that is open to a writing group to improve the
18  documentation. Status 40 means that this particular
19  bug is waiting for the resolution of another
20  underlying bug.
21      So if you are working on a bug, and you find
22  that there is actually a problem in another area that
23  is really causing your symptom, you put your symptom
24  in the status 40, and you log a new bug status 11
25  against the other area. And when that one is

279

1  resolved, you then go back and apply the patch that
2  they provided and make sure that that solved the
3  underlying problem. And then you verify that the use
4  case that was originally reported against your
5  product is resolved. And then you close your bug
6  from status 40 to the resolved status.
7      Status 10 means that the bugs are not well
8  enough characterized to be worked on yet. That means
9  it's just a symptom report of some kind, but there is
10  not enough information for the development team to
11  actually make progress. Status 30 means that the bug
12  has been -- the bug is -- there is a question back to
13  the filer of the bug to say, hey, can you provide me
14  some more information or clarify something about this
15  problem report. So that just basically means it's
16  open back to the filer for an update.
17     Status 15 is a status meaning its actually
18  not a -- it's not being represented as a product
19  defect or being pursued as a product defect. It's
20  actually an enhancement request to add new
21  functionality of some kind to the product.
22   Q  So were status 11 bugs viewed as product
23  defects?
24   A  Status 11 bugs were open to the development
25  team to work on with the view that they might be

280

1  product defects. They -- ultimately status 11 bugs
2  can be resolved by turning out to be a configuration
3  issue, some issue in another area, not a bug at all,
4  because there is some misuse of the software or the
5  feature, something like that. So status 11 just
6  means it's open to development to work on.
7    Q  Was there ever any specific denomination
8  given to a bug that had been determined to be a
9  product defect? And by that I don't mean
10  necessarily just a number, but any other way of --
11   A  Yeah, the -- the -- a bug that is closed
12  with a code change associated with it, you know,
13  whether or not that actually is a defect or whether
14  that is a data fix script for a customer data
15  condition or variety -- it's not literally correct to
16  say that everything that is closed with a status and
17  a patch delivered associated with the bug is actually
18  a defect, because there is a variety of things that
19  you could deliver from development to solve the
20  customer's problem. That wouldn't actually be
21  corrections, per se.
22      But certainly the things that are defects
23  would be a subset of the things that were delivered
24  as patches.
25   Q  Okay. Would it be fair to say that the

281

1 majority of things that were delivered as patches
2 corrected product defects?  And I'm talking about
3 2000, 2001?
4    A  I'm not even sure that that's -- I don't
5 have a way of knowing that or stating that.  There
6 again, the quantifying -- the data correction --
7 patches include these data fix cases, actual product
8 defect corrections, diagnostic scripts or diagnostic
9 patches.  We're just putting in some instrumentation
10 to better understand the problem.  That goes out as a
11 patch.
12    There is patches going out for all kinds of
13 reasons.  So I'm not sure there is any science in
14 saying what percent of the patches that are released
15 are actually correcting product defects.  I couldn't
16 answer that question.
17    Q  Did ERP compile some kind of similar report
18 to what is reflected in Godwin 27 with CRM bugs
19 impacting ERP?
20    A  I'm not aware of that being done.  The
21 dependencies were much more in the other direction.
22 So we may have done that at some point or the ERP
23 people may have done it at some point.  But generally
24 the CRM products tended to depend on the ERP products
25 more than the reverse.  The ERP products, to a large

282

1 extent, you know, existed before the CRM products, so
2 they by definition couldn't have dependencies.  And
3 the CRM products were being built at a point when the
4 whole point was to reuse the capabilities that
5 already existed in the ERP products so the
6 dependencies tend to be that direction.  That's why
7 tracking those dependencies was an important thing in
8 development.
9    MS. WINKLER:  Okay.  I don't have any further
10 questions today, but I want to leave this deposition
11 open given the pending issue with respect to the
12 production of documents that Mr. Godwin reviewed and
13 indicated had refreshed his recollection.
14    MR. GIBBS:  We obviously have a disagreement
15 about that, but we'll take that up later.  Can I just
16 ask how long we've been on the record.
17    THE VIDEOGRAPHER:  Close to six hours 50 minutes
18 roughly.
19    MR. GIBBS:  Thank you.
20    THE VIDEOGRAPHER:  This is the end of videotape
21 number five, Volume 1, in the deposition of Clifford
22 Godwin.  The original videotapes will be retained by
23 LiveNote World Services.  Going off the record and
24 the time on the monitor is 5:36.
25

283

1 STATE OF _____)
2                             ) ss.
3 COUNTY OF _____)
4
5
6
7
8
9
10    I, the undersigned, say that I have read the
11 foregoing deposition, and I declare, under penalty of
12 perjury under the laws of the State of California,
13 that the foregoing is a true and correct transcript
14 of my testimony contained therein.
15    EXECUTED this _____ day of _____,
16 2006, at _____.
17
18
19         _____
20    CLIFFORD GODWIN
21
22
23
24
25
26
27

284

1
2
3    I, the undersigned, a Certified Shorthand
4 Reporter of the State of California, do hereby
5 certify:
6    That the foregoing proceedings were taken before
7 me at the time and place herein set forth; that any
8 witnesses in the foregoing proceedings, prior to
9 testifying, were placed under oath; that a verbatim
10 record of the proceedings was made by me using
11 machine shorthand which was thereafter transcribed
12 under my direction; further, that the foregoing is an
13 accurate transcription thereof.
14    I further certify that I am neither financially
15 interested in the action nor a relative or employee
16 of any attorney of any of the parties.
17    IN WITNESS WHEREOF, I have this date subscribed
18 my name.
19
20 Dated: _____
21
22
23         _____
24    LINDA SILVER RYAN, CSR
25    CSR No. 9915
26
27

1

2

3      I, the undersigned, a Certified Shorthand

4  Reporter of the State of California, do hereby

5  certify:

6      That the foregoing proceedings were taken before

7  me at the time and place herein set forth; that any

8  witnesses in the foregoing proceedings, prior to

9  testifying, were placed under oath; that a verbatim

10 record of the proceedings was made by me using

11 machine shorthand which was thereafter transcribed

12 under my direction; further, that the foregoing is an

13 accurate transcription thereof.

14      I further certify that I am neither financially

15 interested in the action nor a relative or employee

16 of any attorney of any of the parties.

17      IN WITNESS WHEREOF, I have this date subscribed

18 my name.

19

20 Dated: _____March 20, 2006_____

21

22

23 _____
   LINDA STEVER RYAN, CSR
24 CSR No. 9915

25