# EXHIBIT DD

ADAMS, BRIAN  6/16/2006  9:00:00 AM

1

1
2     UNITED STATES DISTRICT COURT
3
4     NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION
3     _____
4
5
      In re ORACLE CORPORATION SECURITIES    )
6     LITIGATION,                            )
                                             )
7     This Document Relates to:           ) Case No.
                                          )
8     ALL ACTIONS.                        ) C-01-0988-MJJ
                                          ) (JCS)
9                                         ) Consolidated
10    _____
11
12      VIDEOTAPED DEPOSITION OF BRIAN ADAMS
                   June 16, 2006
13               Seattle, Washington
14
15
16
17
18
19
20
21
22
23
      Reported by:
24    David A. Hart
      CCR No. 2007
25    Job No. 69135

2

1                 APPEARANCES
2
      For the Plaintiffs:
3
          VALERIE L. McLAUGHLIN
4         JENNIFER IRVINE
          Lerach, Coughlin, Stoia, Geller,
5         Rudman & Robbins, LLP
          655 West Broadway
6         Suite 1900
          San Diego, California  92101-3301
7         (619) 231-1058
          (619) 231-7423 Fax
8         vmclaughlin@lerachlaw.com
9
      For the Defendants:
10
          MATTHEW D. HARRISON
11        LATHAM & WATKINS, LLP
          505 Montgomery Street
12        Suite 2000
          San Francisco, California  94111-2562
13        (415) 391-0600
          (415) 395-8095 Fax
14        matt.harrison@lw.com
15
      Also Present:  PHILIP HONABLE
16            Videographer
              Esquire Deposition Services
17
              LINDA ADAMS
18
19
20
21
22
23
24
25

3

1              EXAMINATION INDEX
2
3     EXAMINATION BY:              PAGE NO.
4
5       MR. HARRISON                  5
6       MS. McLAUGHLIN               160
6
7              EXHIBIT INDEX
8
9     EXHIBIT NO.  DESCRIPTION        PAGE NO.
10
11    1   22-page Notice of Deposition and Document    8
          Requests to Nonparty Brian Adams
12
13
14
15
16          WITNESS INSTRUCTED NOT TO ANSWER
16
17              (None)
17
18          INFORMATION REQUESTED
18
19              (None)
19
20
21
22
23
24
25

4

1              BE IT REMEMBERED that on Friday, June 16,
2     2006, at 701 5th Street, Suite 6630, Seattle, Washington, at
3     9:05 a.m., before David A. Hart, CCR, RPR, Notary Public in
4     and for the State of Washington, appeared BRIAN ADAMS, the
5     witness herein;
6              WHEREUPON, the following proceedings were
7     had, to wit:
8
9              THE VIDEOGRAPHER:  Good morning.  Here
10    begins Videotape No. 1 in the deposition of Brian Adams "In
11    regard of Oracle Security"; today's date, June 16, 2006.  The
12    time is now 9:05 a.m.
13              This deposition is being taken at 701 5th Avenue,
14    Suite 6630, Seattle, Washington.
15              My name is Philip Honable, and the court reporter is
16    David Hart, here on behalf of Esquire Deposition Services.
17              Would all counsel please identify themselves for the
18    record.
19              MR. HARRISON:  Matthew D. Harrison from
20    Latham & Watkins, on behalf of defendants Oracle Corporation,
21    Lawrence Ellison, Jeffrey Henley, and Edward Sanderson.
22              MS. McLAUGHLIN:  Valerie McLaughlin and
23    Jennifer Irvine on behalf of the plaintiffs, from Lerach,
24    Coughlin.
25              THE VIDEOGRAPHER:  Would the court

5

1  reporter today please swear in the witness and proceed with
2  the deposition.
3
4               <<<<<< >>>>>>
5
6  BRIAN ADAMS,        having been first duly sworn
7               by the Notary, deposed and
8               testified as follows:
9
10              EXAMINATION
11
12  BY MR. HARRISON:
13  Q. Good morning, Mr. Adams.
14  A. Good morning.
15  Q. Could you please state and spell your full name for the
16  record.
17  A. Brian, B-r-i-a-n; middle name, Davis, D-a-v-i-s; last name,
18  Adams, A-d-a-m-s.
19  Q. Thank you.  As I said earlier, I'm here on behalf of the
20  defendants, and we're going to ask you a series of questions
21  today.
22      I understand that you're not represented by counsel
23  today, so I want to give you some of the background and just
24  some of the logistics so you understand what this is all
25  about.

6

1  A. Okay.
2  Q. Let me ask you, first:  Have you ever been deposed before?
3  A. Nope.
4  Q. You understand that you're testifying under oath today as if
5  you were in court and -- do you understand that?
6  A. Yes.
7  Q. So you understand that you're required to tell the truth to
8  the best of your knowledge?
9  A. Yes.
10  Q. Thank you.
11      The court reporter here is recording everything you
12  say.  The videographer is recording you on video.  Do you
13  understand that?
14  A. Yes.
15  Q. Because the court reporter is trying to get down everything
16  that we say today, I'll ask you to let me finish my question
17  so we don't talk over each other.
18      You understand?
19  A. Yes.
20  Q. Also, if you give audible answers instead of head shakes and
21  nods, then the court reporter will be able to get that down.
22  Is that clear?
23  A. Yes.
24  Q. If you don't understand a question at any time, just feel
25  free to ask me to repeat it or rephrase it.  Is that clear?

7

1  A. Yes.
2  Q. Counsel may object to some of my questions during the day,
3  and unless you don't understand the question, you're required
4  to answer it.
5      Is that clear?
6  A. Yes.
7  Q. If you need a break at any time, that's fine.  We'll probably
8  take a break every hour or a little over an hour.  Just let
9  us know; okay?
10  A. Okay.
11  Q. Finally, I don't want you to guess at any of the questions I
12  ask today.  But if you have any basis for it and you can give
13  me your best estimate, I'd ask that you do that; okay?
14  A. Okay.
15  Q. So what I'm asking for is just not outright speculation.
16  What I'm asking for is your best estimate.
17  A. Okay.  Or recollection.  It's been quite a few years ago, so
18  if I don't remember something, do I just say, "I don't
19  recall" or --
20  A. Yes.  Just answer the question the best of your recollection.
21  A. Okay.
22  Q. Now, is there any reason why you can't give your best
23  testimony today?
24  A. Not to my knowledge.
25  Q. Are you on any medications that would prevent you from giving

8

1  your best testimony?
2  A. No.  None.
3  Q. Do you have any physical or mental condition that would
4  prevent that?
5  A. No.
6  Q. Okay.  Thank you.
7      MR. HARRISON:  I'd like to mark as the
8  first exhibit --
9            (Exhibit No. 1 marked
10            for identification.)
11
12      THE WITNESS:  Is this the same that I
13  already have or --
14      MS. ADAMS:  No.  This is a more
15  comprehensive --
16      THE WITNESS:  Okay.
17      MS. ADAMS:  -- document.
18  Q. (By Mr. Harrison)  Feel free to take as much time as you need
19  to look at it.
20      MR. HARRISON:  For the record, this
21  exhibit contains a notice of deposition along with a
22  subpoena, dated May 26, 2006, and an attachment and schedule
23  for the document requests.
24      THE WITNESS:  Okay.
25      MS. ADAMS:  This is a federal case?

ADAMS, BRIAN  6/16/2006  9:00:00 AM

**9**

1    MS. McLAUGHLIN: Yes.
2    MS. ADAMS: Actually, this is pretty much
3    the same as what you have. There's just a couple more pages
4    that are somewhat superfluous.
5    THE WITNESS: Should I read through this
6    first or you just --
7    Q. (By Mr. Harrison) You can take as much time as you need to
8    look at it. So yeah. Feel free. I'm not going to ask
9    you -- what I'm going to ask you about is the actual document
10    requests that were attached.
11    A. Okay.
12    Q. So if you're ready, just let me know.
13    A. The document request?
14    Q. Right.
15    A. Okay.
16    Q. I can point you to that.
17    A. Is it Attachment A or something like that?
18    Q. Schedule A. In particular, starting at Page 5.
19    A. Okay.
20    Q. I'm going to ask you, first of all: Have you ever seen this
21    document before or at least a version of this document?
22    A. Yes, I have.
23    Q. When you -- and you received the subpoena at some point?
24    A. Yes. It was attached.
25    Q. Did you have a chance to review the document requests that

**10**

1    are attached to Schedule A?
2    A. Yes, I did.
3    Q. Looking at the document request, starting on Page 5, did you
4    have any documents that are responsive to these requests?
5    A. No. When I left Oracle, I basically left my office and
6    laptop and everything there and gave them the key, and that
7    was it. In fact, I think I had to sign documents that stated
8    I was not taking, you know, company-confidential
9    correspondence and that type of stuff. So no. I didn't
10    bring anything at all with me.
11    Q. Okay. Thank you.
12    A. Uh-huh.
13    Q. Did you review any documents to prepare for this deposition?
14    A. Other than this document itself, this is all.
15    Q. Have you spoken with anyone about this deposition?
16    A. Other than the fact -- just people I work with to let them
17    know I wouldn't be in the office today because of the
18    deposition, none of the details.
19    Q. Have you spoken with any attorneys from the plaintiffs' firm
20    in this case?
21    A. No. Oh. I did speak -- I did get one phone call. And it
22    just asked -- it was nothing more to ask than if I was going
23    to be present today. I don't know if that was you or someone
24    from your office.
25    Q. Yeah. I believe that was our firm.

**11**

1    A. Yeah. And I just said "yes," I would.
2    Q. When did you first learn about this lawsuit?
3    A. As stated here, probably when I received the -- I don't know
4    that this is called a subpoena or a summons to be here for
5    this. I think it was the first, though. I had had -- years
6    ago someone called and asked me a series of questions but did
7    not indicate that it was going to lead to a lawsuit or
8    anything else. So I guess anything related to an actual
9    lawsuit, this would be the first that I knew.
10    Q. Okay. Let me ask you about that phone call that you just
11    described.
12    Do you know who called you?
13    A. No, I do not. I don't at the moment, but they may have sent
14    me years ago an e-mail from a personal e-mail account. I
15    might -- if it has -- no. I like to disclaim that I loaded
16    OS X on a computer.
17    MS. ADAMS: Yeah.
18    THE WITNESS: I probably don't have it
19    anymore. I can look and see but --
20    MS. ADAMS: Or the hard drive got
21    reformatted.
22    THE WITNESS: Yeah. So I probably don't.
23    And I don't remember the gentleman's name off the top of my
24    head.
25    Q. (By Mr. Harrison) Do you recall when that call was?

**12**

1    A. Late 2001, early 2002. Let's see. We were at Martinique
2    Court. It might have been later than that.
3    MS. ADAMS: No. It was 2004.
4    THE WITNESS: It might have been 2004.
5    I'm trying to reconstruct in my mind. It might have been
6    2004. I think we were still in Florida at Martinique Court
7    when that individual called.
8    Q. (By Mr. Harrison) Did that individual say who he represented
9    or ...
10    A. I'm sure he gave me a name and said why he was calling. It
11    was something similar to what's here regarding, you know,
12    Mr. Ellison selling shares of stock just before announcing
13    the company wasn't going to make his numbers, something to
14    that effect, as best I recollect.
15    Q. Do you recall any other details of the substance of that
16    conversation? For example, what questions --
17    A. Some of the things I see in here look very familiar to what
18    they might have asked. So ...
19    Q. When you say "in here," are you referring to --
20    MS. ADAMS: Page 6.
21    THE WITNESS: Yeah.
22    Starting at Page 6, some of the things in here where it
23    says "Mr. Adams disclose." Some of these things sound like
24    some of the topics we discussed.
25    Q. (By Mr. Harrison) Okay.

13

1　A. And the fact it's here, I assume somehow it got back from
2　　　that person.
3　Q. Did that person on the phone tell you that -- that there
4　　　would be a lawsuit relating to the issues that you discussed?
5　A. No. Didn't indicate that there would be. Said they were
6　　　just gathering information, I think, was probably the context
7　　　of it.
8　Q. Did that person tell you that allegations in the complaint
9　　　would be attributed to you, relating to this lawsuit?
10　A. No.
11　Q. Did you ever receive a copy of the complaint in this case?
12　A. You mean something similar to this?
13　Q. You mean -- are you -- are you talking about the subpoena?
14　A. The subpoena?
15　Q. A complaint is a series of allegations that initiates a
16　　　lawsuit. I was wondering if you received a copy of that
17　　　relating to this lawsuit.
18　A. I may have one time received something back from the
19　　　individual I spoke with that just summarized what we
20　　　discussed.
21　Q. Uh-huh.
22　A. I don't know if that qualifies, but again, it -- I think I
23　　　received something via e-mail. But like I say, because of a
24　　　computer problem, I no longer have that. But it would have
25　　　been, you know, something that said we just -- we talked on

14

1　　　this day and here is some of Mr. Adams's responses -- but do
2　　　not know that it indicated that it would result in something
3　　　going to court.
4　Q. Did that individual ask you to review the responses or do
5　　　anything with those -- the summary that he sent you?
6　A. I don't recall.
7　Q. Was that an attachment to the e-mail you said you received?
8　A. Yeah. It was an attached document that he sent back. And it
9　　　kind of outlined the course of our conversation, but I don't
10　　　recall that it required me to sign or submit something back.
11　　　I don't recall it, and I don't remember doing that, so ...
12　Q. Did he ask you to approve it for accuracy? Anything like
13　　　that?
14　A. I'm going to say I don't think so. I think he just said --
15　　　basically said, "Here is the results of our conversation."
16　Q. Did he indicate how that would be used in any way?
17　A. No, other than he was just gathering information that was
18　　　pertaining to, you know, I think Larry Ellison selling stock
19　　　and things like that.
20　Q. Did anyone tell you that you were to receive anything about
21　　　an exchange for the information you provided?
22　A. Related to this or related to the first --
23　Q. To the interview.
24　A. The first interview?
25　Q. Right.

15

1　A. No.
2　Q. How about in relation to this case?
3　A. Well, relation to this, it had a $54 check attached to it,
4　　　so ...
5　Q. Right.
6　　　　　MS. ADAMS: Parking and gas.
7　　　　　THE WITNESS: Yeah.
8　　　For, I guess, my time or parking or whatever, so --
9　　　other than that, no.
10　Q. (By Mr. Harrison) Besides the e-mail that you discussed, did
11　　　you receive any correspondence via mail?
12　A. No, not that I recall.
13　Q. Okay. From investigator for plaintiffs in this firm?
14　A. No, not that I recall.
15　Q. And again, the e-mail that you received, do you know who the
16　　　person who sent that to you is affiliated with?
17　　　　　MS. McLAUGHLIN: Objection. Asked and
18　　answered.
19　　　　　THE WITNESS: No.
20　　　　　MR. HARRISON: Do you know -- Valerie, do
21　　you know if all the communications with the witness have been
22　　produced pursuant to the court order?
23　　　　　MS. McLAUGHLIN: Yes.
24　　　　　MR. HARRISON: They have?
25　　　　　MS. McLAUGHLIN: We have no

16

1　　communications with the witness.
2　　　　　MR. HARRISON: Okay. I'm just referring
3　　to the e-mail --
4　　　　　MS. McLAUGHLIN: So nothing would be
5　　produced.
6　　　　　MR. HARRISON: Well, there's -- there's
7　　one letter that's produced, but -- but I was wondering if
8　　there's another e-mail that he's discussed that needs to be
9　　produced.
10　　　　　MS. McLAUGHLIN: I don't have it.
11　Q. (By Mr. Harrison) I'm going to ask you some general
12　　　background questions --
13　A. Okay.
14　Q. -- starting out with your current home address.
15　A. Okay.
16　Q. What is that?
17　A. 8121 120th Place Southeast, Newcastle, Washington.
18　Q. Do you have a current business address?
19　A. I do.
20　Q. Can I have that, please.
21　A. It's in SeaTac Towers. I apologize. I don't know the exact
22　　　address of the building.
23　Q. That's okay.
24　　　Have you ever been a plaintiff or a defendant in any
25　　　civil litigation?

17

1  A. No.
2  Q. Have you ever provided testimony under -- under oath in any
3      court or arbitration proceeding?
4  A. Not to my recollection.  No.
5  Q. Have you ever provided testimony in any governmental
6      proceeding?
7  A. No.
8  Q. I just want to run through your education very quickly.
9  A. Okay.
10  Q. Did you go to college?
11  A. Yes.
12  Q. Where did you go to college?
13  A. Oh, gosh.  Sherman, Texas, Grayson County Junior College, and
14      some with the UT at Arlington.
15  Q. Did you graduate from the UT at Arlington?
16  A. No.
17  Q. Was that the last place that you attended college?
18  A. No.  I did some more in College of Alameda, just some
19      individual courses there.
20  Q. You said "Alameda."  Where is that located?
21  A. California.
22  Q. Is that the name of the college?
23  A. It was at that time, College of Alameda.  I think that was
24      it.
25  Q. Do you have a degree?

18

1  A. No.
2  Q. When did you cease your attendance at UT Arlington?
3  A. '88 or '9.  Either late '88 or early '89.
4  Q. And you said you spent some time at Alameda?
5  A. Uh-huh.  (Witness answers affirmatively.)
6  Q. Was that immediately afterward -- your time at UT Arlington,
7      or was that just --
8  A. No.  Let's see.  I went in the military.  And it was either
9      late '88 or early '89, and that was one of my duty stations
10      at Alameda, which was probably '70 to '72, I think, '73.
11  Q. And was there a particular area of study that you undertook
12      at UT Arlington?
13  A. Electronics.
14  Q. How many years did you attend UT Arlington?
15  A. Two.  No.  One and a half.
16  Q. After you left UT Arlington -- you said in about 1969 -- did
17      you become employed after that?
18  A. Huh-uh.  I went directly into the military.  Well, I guess
19      that's employment.
20  Q. I'm sorry?
21  A. I said, "I guess that's employment."
22  Q. What branch of the military did you --
23  A. Marine Corps.
24  Q. How long were you in the military?
25  A. Twelve -- almost 12 years active.  So that was through '80.

19

1  Q. About 1980?
2  A. Yeah.
3  Q. Did you receive any sort of specialized training while you
4      were in the Marines?
5  A. More electronics, a lot of training:  aircraft maintenance
6      training, maintenance control training.  Almost a binderful
7      of training.
8  Q. When you say "electronics," did that involve any sort of
9      computer software applications?
10  A. Most of this was related to aircraft electronics, electrical
11      systems, flight control systems, avionics, though some of
12      those components have a software component, but that's not
13      usually something you necessarily deal with in the day-to-day
14      course of maintenance.  It's internally loaded on the
15      equipment, if that's what you're looking for.  Nothing as far
16      as development of software or anything like that.
17  Q. So in 1980, you left the military; right?
18  A. Yes.
19  Q. Okay.  And when you left in 1980, did you seek employment
20      immediately?
21  A. I left -- I had a position as soon as I left the military.
22  Q. Where was that?
23  A. Silicon Valley.
24  Q. What company?
25  A. Coherent Laser.

20

1  Q. Coherent?
2  A. (Witness nods head affirmatively.)
3  Q. How long were you at Coherent Laser?
4  A. Four years, maybe.
5  Q. So about 1984?
6  A. About that.
7  Q. When you started at Coherent Laser, what was your position?
8  A. I was a training manager and technical support manager.
9      Those were the roles that I had there.
10  Q. Was there a certain group or division that you were involved
11      in at the time?
12  A. Two divisions during that course.  First was a scientific
13      division, and then I transferred over to the medical
14      division.
15  Q. As a training manager and tech support manager, what were
16      your general duties?
17  A. Essentially lead the development of technical documentation
18      for training -- training field service engineers on the
19      products, how to repair them in the field; technical support
20      was a phone-in-type support -- management people there that
21      would handle calls that come in from the fields asking
22      technical questions about the products; supporting field
23      service engineers in the field.
24  Q. You said "products."  What products were you supporting?
25  A. Well, lasers.  On the scientific side, you have -- I don't

21

```
1    know how much detail you want to go into.  You have ion
2    lasers; you have dye lasers.
3         On the medical side, it was things like surgical -- CO2
4    surgical lasers; ophthalmic lasers, such as photocoagulators
5    used for various treatment, problems with the eyes.  What am
6    I missing?  That's, I think, the general area.
7    Q.  Did your work involve any sort of computer software
8    application?
9    A.  Some of these products -- for example, a dye laser --
10   Coherent released a computer-controlled dye laser.  In other
11   words, you could -- instead of manually controlling the
12   laser, you could type in commands, and the computer would do
13   the manual adjustments for you.
14   Q.  Did your duties change at all between 1980 and 1984, when you
15   left Coherent Laser?
16   A.  Say that again.
17   Q.  Did your duties change at all by time -- during the time
18   you were at Coherent Laser?
19   A.  I mean, I went, like I said, from the scientific over to the
20   medical division and went from training to taking over
21   training and technical support for the medical division.
22   Q.  And the tech support you were talking about is the assisting
23   field?
24   A.  It's a staff of people that take -- that are highly technical
25   people that take calls from field service engineers, or maybe
```

22

```
1    even customers, on either troubleshooting the product or that
2    are experiencing problems with it.
3    Q.  And the people in the field that you're discussing -- are
4    these software consultants or --
5    A.  More electronic technicians than anything else.
6    Q.  Okay.  So in 1984, you left Coherent Laser?
7    A.  Uh-huh.  (Witness answers affirmatively.)
8    Q.  Where did you go, as far as employment?
9    A.  Daisy Systems Corporation.
10   Q.  Where was that located?
11   A.  Mountain View, California.  It's still Silicon Valley.
12   Q.  And how long were you at Daisy Systems Corporation?
13   A.  Probably about four years as well.
14   Q.  So about 1984 -- I mean '88?  I'm sorry.
15   A.  Yeah.
16   Q.  When you started at Daisy Systems, what was your position?
17   A.  I was there to set up their technical support group and
18   eventually took over technical support, software, and
19   documentation release, software build, uhm --
20        MS. ADAMS:  Parts.
21        THE WITNESS:  Oh, yeah.
22        -- worldwide inventory lo- --
23        Thank you.
24        -- worldwide inventory locations for our spare parts
25   for supporting the products out in the field, and the repair
```

23

```
1    facility -- depot repair facility for repairing parts that
2    came back off the equipment.
3    Q.  (By Mr. Harrison)  Now, when you said you were there to set
4    up their technical support group --
5    A.  It was a start-up company.
6    Q.  -- what did that entail, setting up the support group?
7    A.  Staffing, hiring people, seeing that they received training
8    on the product; selection of the phone equipment that would
9    be used, the systems that would be used in tech support.
10   Again, that's an inbound call center where people receive
11   technical calls either from customers or from field service
12   engineers that are experiencing problems with the products
13   out in the field.
14   Q.  When you say "the products," was this the technical support
15   software that you were referring to?
16   A.  Daisy System was a combination of hardware and software.
17   They were one of the first companies that came out with
18   workstations for electrical engineers that would allow an
19   engineer to do a hardware design on a computer, and it would
20   allow them to simulate and test the design without even
21   building the redboard or prototype.
22        So there was a lot of software involved with that.
23   I -- software for just doing the design layout.  You had
24   software that would check the rules of the design.  You had
25   software that would do the simulations.  So it was a
```

24

```
1    combination of hardware and software product.
2    Q.  Was this software that you dealt with -- was this homegrown
3    software at Daisy Systems, or was it purchased from an
4    outside vendor?
5    A.  No.  This was all custom-built.  This was the first company
6    that was in the industry that had anything like it.  It was
7    all developed internally.
8        MS. ADAMS:  Proprietary.
9        THE WITNESS:  "Proprietary" would be a
10   good word.  And you could not buy that software without
11   buying their products.  So it wasn't offered commercially
12   through stores or anything like that.
13   Q.  (By Mr. Harrison)  After you set up the tech support group at
14   Daisy Systems, what was your role helping out with the
15   technical support for people in the field?
16   A.  Directly, none.  My job was to make sure that we had staffing
17   on hand.  I managed the organization.  I didn't personally
18   take phone calls unless it was a dire emergency.  But
19   typically, no, I would not.
20        Making sure there was staffing on hand throughout the
21   various shifts of the day to handle those calls, and if there
22   were any issues that weren't being resolved or if we had
23   engineering problems, they weren't getting resolved, we
24   weren't getting the information back, then I would interface
25   with the engineering groups to see that my team got that
```

25

1   information. So on a day-to-day basis, I -- I would not take
2   calls.
3   Q. You said you left Daisy Systems in 1988, around 1988.
4   A. (Witness nods head affirmatively.)
5   Q. Where did you go, as far as employment, in 1988?
6   A. I went to --
7       MS. ADAMS: Radius?
8       THE WITNESS: Who?
9       MS. ADAMS: Radius?
10      THE WITNESS: No. Let's see. Did I go
11  to Radius first or did I go to --
12      MS. ADAMS: You went to Radius, because I
13  was still at SuperMac and we were competing.
14      THE WITNESS: You're right.
15      MS. ADAMS: And I -- you and I couldn't
16  discuss --
17      THE WITNESS: I couldn't remember if I
18  went to SuperMac first or Radius first.
19      MS. ADAMS: You went to Radius, which
20  was --
21      THE WITNESS: I went to Radius,
22  Incorporated.
23      MR. HARRISON: Okay.
24      This is by no means in any disrespect. I know you're
25  here to give support.

26

1       MS. ADAMS: Yeah.
2       MR. HARRISON: But I'm going to just ask
3   the witness to use his own recollection; okay?
4       THE WITNESS: Yeah.
5       MR. HARRISON: And again --
6       MS. ADAMS: Sorry.
7       MR. HARRISON: -- it's no -- no
8   disrespect intended. I appreciate it. Thank you very much.
9       MS. ADAMS: Okay.
10      THE WITNESS: I have to say, she's --
11  some things, she's got a better memory.
12  Q. (By Mr. Harrison) I understand. I understand.
13  A. But these were two competing companies, and I just didn't
14  recall which one I went to first. But she's right. It was
15  Radius.
16  Q. And was that the full name of the company, Radius?
17  A. Radius, Incorporated.
18  Q. Why did you leave Daisy Systems?
19  A. A number of these companies were start-up companies. For
20  example, key people left Coherent to go -- they were asked by
21  venture capital companies to come over and be management and
22  help get these new companies started, like Daisy Systems
23  Corporation.
24      And typically a group of people would go in and get
25  that organization started. You'd get founder shares; you'd

27

1   typically stay through IPO and bring in replacement and move
2   to the next company. So I was there up to a point where they
3   went public. And then I moved on to Radius, which was a
4   start-up.
5   Q. How long were you at Radius?
6   A. If I knew you were going to ask me that, I'd bring my resume.
7   I apologize. I didn't mean it in a flippant manner.
8   Q. No.
9   A. I think about three years.
10  Q. So about 1991, then?
11  A. Yeah. It seems about right.
12  Q. What was your position when you started at Radius?
13  A. There, I had responsibility for IT systems, technical
14  support, parts logistics. I think that's about it.
15  Q. And you said it was a start-up company?
16  A. Yeah.
17  Q. What were your duties when you started as head of IT systems
18  and tech support?
19  A. Basically it was -- for IT, it was just a start-up to select
20  the business applications that the company would run on.
21      And in tech support, similar things: select the
22  equipment that would be used, the phone system, staffing in
23  these organizations; make sure that the organizations were
24  trained, appropriately staffed.
25      And on the parts side, that supported the products out

28

1   in the field, managing that inventory and the repair
2   facilities for repairing those parts when they came back in.
3   Q. What kind of products did Radius produce?
4   A. Radius was a third-party vendor for Apple products.
5   High-resolution video graphics cards, high-resolution
6   displays, accelerator CPU cards. And there was some
7   underlying software that enabled those products to run, but
8   predominantly a hardware supplier in the Apple or Macintosh
9   community.
10  Q. You said that one of your duties was to -- initially, at
11  least -- to select the business applications that the company
12  would run on?
13  A. Uh-huh. (Witness answers affirmatively.)
14  Q. What sorts of applications did --
15  A. Well, human resources, financial applications, manufacturing
16  applications, customer service applications.
17  Q. Do you recall which --
18  A. Yes.
19  Q. -- what vendors you selected?
20  A. Actually, at that time we went with a -- in the marketplace
21  was a turnkey solution called A-S-K, ASK.
22  Q. That was the name of the vendor?
23  A. Uh-huh.
24      And let's see. Initially, we ran their products. They
25  had a hosted service. We initially ran it in a host

29

1　environment, and after a period of time, we actually moved
2　everything in-house.
3　Q. Now, when you used the phrase "turnkey," what do you mean by
4　that?
5　A. Turnkey solutions -- much like in Oracle Corporation provides
6　today -- you can buy an entire suite of products that are
7　fully integrated together. In other words, you don't
8　necessarily have to go out and buy one package from one
9　company and another package from another company and PCs
10　together. Turnkey means you can buy an entire suite of
11　products and literally configure it and turn it on and start
12　using it.
13　Q. Have you ever heard of the phrase "best of breed" in the
14　software?
15　A. Best of breed is usually a mix of the best. For example,
16　years ago, Oracle was certainly best in the financial
17　community; SAP was best in the manufacturing environment;
18　PeopleSoft was best in human resources. So if you wanted
19　best of breed, you'd take PeopleSoft for human resources;
20　you'd take Oracle for your financials; you'd probably use an
21　Oracle back end because they were big in the database. And
22　you'd probably take SAP for manufacturing. A lot of
23　complexity in creating best of breed, though.
24　Q. So when you said -- used the word "turnkey," what --
25　A. It was a fully integrated package from one provider.

30

1　Q. Okay.
2　A. I'm sorry. Go ahead and finish your question.
3　Q. It's not because -- it's not that you did anything wrong. I
4　just want to make sure the court reporter can get everything
5　down.
6　A. Okay. It would be like you'd go out and you'd buy a whole
7　Ford auto and you hop in, you turn the key, and you take up
8　and you start off.
9　Q. So instead of selecting the best applications from each
10　group --
11　A. That's correct.
12　Q. -- you'd select an entire --
13　A. Fully integrated turnkey solution.
14　Q. When you say "fully integrated," what do you mean by that?
15　A. Again, if you look at best of breed, you take those packages,
16　And they may not have native integrations. They weren't
17　designed necessarily to work together. So you have to sit
18　down and get the packages to communicate with each other and
19　share data. So that's what happens in best of breed.
20　　Now, with the turnkey solution, all your packages are
21　designed and are fully integrated together, so you just
22　basically take it out of the box and use it.
23　Q. And you mentioned Oracle Corporation as a company that
24　provides turnkey solutions.
25　A. That's correct.

31

1　Q. So Oracle offers -- instead of the best-of-breed approach,
2　Oracle offers an entire suite of integrated products?
3　A. Well, Oracle -- it depends on what point in the history of
4　their company, but today Oracle offers both -- turnkey, but
5　they also have open architecture, which literally
6　simplifies -- if you want to go with best-of-breed solutions,
7　simplifies the ability to integrate their software with other
8　companies.
9　　You know, years ago, their early products, you know,
10　coming out -- they had APIs, but they weren't as
11　sophisticated as they are today. So it's -- they progressed
12　quite a bit over the years.
13　Q. Sure.
14　A. Even more so when they went to TCA, which is "Trading
15　Community Architecture."
16　Q. Okay. Going back to the business applications you selected
17　at Radius, do you recall -- let me ask you, do you know what
18　the term "ERP" means?
19　A. Uh-huh. (Witness answers affirmatively.)
20　Q. What does it mean?
21　A. Enterprise resource planning.
22　Q. How about CRM?
23　A. Customer resource management, or cockpit resource management
24　if you happen to fly aircraft in the military.
25　Q. Okay. Now, the solutions that you purchased for Radius, did

32

1　those involve both ERP and CRM software?
2　A. Well, ERP, definitely.
3　Q. Uh-huh.
4　A. "CRM" was not a term that was around at that point in time.
5　That phrase came out many years later. You did have a
6　customer support module, you had a sales module, but it
7　didn't effectively link those together and give you the
8　business intelligence by looking at what is your buying trend
9　of your customers, what is the service of support trend, and
10　give you intelligence on your marketplace to be able to
11　upsell those customers. That was things that --
12　　So CRM really wasn't there at that point in time. You
13　had the various modules, but they didn't have the business
14　intelligence at that point to integrate those together and
15　give you true CRM.
16　Q. Okay. Now, between 1988 and 1991, did your role and duties
17　change in any way at Radius?
18　A. No. Pretty much the same.
19　　MS. ADAMS: Take a break.
20　Q. (By Mr. Harrison) At that point while you were employed at
21　Radius, did you use any Oracle software --
22　A. No. Oracle -- gosh. They may have been in business at that
23　time. But no, we did not. ASK at that point in time was
24　probably one of the few companies that had a full integrated
25　turnkey solution in the market space.

33

1  Q. Why did you decide to leave Radius in 1991, if you indeed
2     made that decision?
3  A. Well, again, stayed with Radius until they went through IPO,
4     and at that point in time or shortly thereafter, I was
5     recruited by SuperMac, who was a direct competitor of Radius.
6        As we start -- before we start in SuperMac, could we
7     take a quick break?
8  Q. Oh, absolutely.
9  A. I'd like to get something to --
10 Q. Sure.
11       MR. HARRISON: Let's take a five-minute
12    break.
13       THE VIDEOGRAPHER: We're going off the
14    record at 9:41.
15          (A recess was taken.)
16
17       THE VIDEOGRAPHER: We're going back on
18    the record at 9:45.
19 Q. (By Mr. Harrison) You mentioned a company called SuperMac, I
20    believe?
21 A. Uh-huh. (Witness answers affirmatively.)
22 Q. And in 1991, did you leave Radius, Inc., to go to SuperMac?
23 A. Uh-huh. (Witness answers affirmatively.)
24 Q. How long were you at SuperMac?
25 A. I think just a couple of years.

34

1  Q. So about 1993?
2  A. Uh-huh. Yes.
3  Q. What -- what was SuperMac -- what was their line of business?
4  A. Direct competitor for Radius. Exact -- very similar
5     products, high-resolution video graphics and so on.
6  Q. When you started at SuperMac, what was your position?
7  A. The same position, the same type of work that I was doing at
8     Radius: technical support, the rework facilities, inventory
9     management for service inventory, the selection of IT
10    systems, corporate telecommunication systems, not just tech
11    support.
12 Q. What do you mean by the phrase "rework facilities"?
13 A. Service inventory -- for example, you have a CPU card. A
14    client or someone has one out in the field that fails. You
15    send them a replacement. You get the defective unit back.
16    You rework that to operational status, put it back in
17    inventory.
18 Q. You said "selection of IT systems." Let me back up.
19       Was SuperMac a start-up company?
20 A. They were not, but they when I came onboard were in the
21    process of moving to a new facility. I came onboard because
22    they were failing miserably in tech support. They were
23    getting a lot of complaints to the president of the company
24    that calls weren't being answered, long queue times, and so
25    forth. So my predominant responsibility was to turn that

35

1     around.
2        But they were in the process of planning a move to a
3     new facility, which would require telecommunication systems
4     for everyone in the company, Internet -- or network
5     communications, and they were using ASK at that time or
6     portions of ASK. And they were going to bring it in-house,
7     along with additional modules of that product, at the time of
8     the move.
9  Q. So the same product that was used at Radius?
10 A. Uh-huh. (Witness answers affirmatively.)
11 Q. So did they eventually bring that product into --
12 A. Yes.
13 Q. -- SuperMac?
14 A. They were using it in a hosted environment, and they
15    eventually moved it in on their own hardware.
16 Q. For the record, when you say "hosted environment," does that
17    mean that ASK hosted it on its own system?
18 A. That's correct.
19 Q. But the company could run those programs through -- was it
20    through an Internet hookup, or how could the company -- let
21    me back up.
22       It was hosted on ASK's system?
23 A. That's correct.
24 Q. Then how did the company utilize those applications?
25 A. In a wide-area network. Actually, you had dedicated

36

1     communication lines, T1s or T3s. That's what your network
2     ran across.
3  Q. Between 1991 and 1993, did your duties change at all at
4     SuperMac, from what you told me initially?
5  A. No.
6  Q. In 19-- well, let me back up. When you were at SuperMac,
7     did you use any Oracle products?
8  A. No.
9  Q. Why did you leave your employment at SuperMac in 1993?
10 A. SuperMac and Radius were merging, and at that point in time,
11    probably large populations of the company were not going to
12    be around once they merged. So I had an opportunity with
13    another company and chose to leave at that time.
14 Q. What company was that?
15 A. Went to Bay Networks. Nope. I'm going to change that.
16    There were two companies in there. I worked two -- David
17    Corporation was in there, and Cisco Systems was in there
18    before I went to Bay Networks.
19 Q. Okay. So when you say "in there" -- so in 1993, which
20    company did you go to? Sorry to try to --
21 A. I went to -- yeah -- from -- SuperMac, went to David
22    Corporation, which was in San Francisco.
23 Q. David Corporation?
24 A. Uh-huh. (Witness answers affirmatively.)
25 Q. How long were you at David?

37

1   A. A year.
2   Q. What line of business was David in?
3   A. David provided software application for companies that want
4   to be self-insured in the areas of workers' compensation --
5   Q. When you started --
6   A. -- and property -- P and C, property and casualty.
7   Q. When you started at David, what was your position?
8   A. Director of operations.  I managed all the organizations in
9   the company, other than sales.  So I had software
10  development, human resources, finance, technical support, all
11  those areas.
12  Q. What were your duties with regard to software development
13  division?
14  A. My key duty was -- David Corporation was more than a year
15  overdue getting out their latest release.  And my first
16  function there was to get that release stable and get it out
17  the door before they started losing customers.  In short,
18  they were allowing scope creep.  They weren't managing the
19  project very well.  They kept adding functionality instead of
20  freezing the code and doing the testing and getting it out
21  the door.
22  Q. Did you have any software-code-writing responsibilities?
23  A. Myself?
24  Q. Yes.
25  A. No.

38

1   Q. So you were just in charge of managing the release of
2   software?
3   A. That's correct.
4   Q. What did that software consist of?  What -- was it ERP
5   software?
6   A. No.
7   Q. CRM software?
8   A. No.
9   Q. What -- what was it?
10  A. As I stated, it was software to help you manage property and
11  casualty.  It was used -- or companies that wanted to be
12  self-insured in the areas of workers' compensation allowed
13  you to manage the work -- if you were a company and you
14  didn't want to pay a -- third-party premiums to insure in
15  workers' compensation, you could use this package, not pay
16  the premiums, and you could manage your claims as they were
17  filed by the individual employees.  And you had to manage
18  those claims based on the workers' compensation laws of all
19  50 states in the United States.
20  Q. Now, you mentioned the word "stability" with regard to the
21  software.  What did you mean by that?
22  A. I'm sorry.  Say that again.
23  Q. I think -- I believe you said -- correct me if I am wrong.
24  You said you wanted to get the software stable.  What did you
25  mean by that?

39

1   A. Well, a couple of things.  They were -- still continued, when
2   I came onboard, adding functionality.  Normally what you want
3   to do -- at some point in time, you need to freeze the code
4   and stop making changes to it.  Then you go into varying
5   stages of testing the software.  Typically -- once the
6   testing is done, then you can go out and find some beta
7   customers and perform some additional testing in the field.
8   But basically, as long as you're changing the
9   functionality, it makes it difficult to test because you
10  don't know if you're inducing bugs into the system by adding
11  functionality or you already have existing bugs.  So usually
12  you want to stabilize or freeze the code so that you can
13  narrow down the problems, get those problems fixed, and have
14  a stable code base for release.
15  Q. So I -- are you talking about this with your experience in
16  the software industry generally, or are you talking about
17  just with regard to David?
18  A. Well, you can say that's -- those are general statements, but
19  it applied to David as well.
20  Q. Now, when you said that typically you'd want to freeze the
21  code and start testing -- so when you say that, do you mean
22  that the software company would forgo additional
23  functionality to just get it out?
24  A. It's a fair statement.
25  Q. And you also mentioned beta --

40

1   A. And when you say "forgo," in other words, you stop adding
2   functionality to it; you take the package as it is and start
3   testing it.
4   Q. When you say "beta customers" -- have you ever heard of the
5   phrase "early adopters"?
6   A. Later on in the industry that that term came into the market
7   space.  At that point in time, no, it wasn't used.  It was --
8   usually an alpha, which is very early release of a code, and
9   then you go into beta, which is a -- more stable, probably
10  fewer bugs, fewer crashes in a product.  You go into beta
11  testing; then you go into product release.
12  Q. Okay.  So you left David in 1994, you said, after about a
13  year?
14  A. Uh-huh.  (Witness answers affirmatively.)
15  Q. Why did you decide to leave David?
16  A. David was bought out by a competitor, and it was an asset
17  buyout.  They really wanted David Corporation's customers,
18  like Kmart, Wal-Mart, Exxon.  They kept a few people on to
19  support the existing product until they could go in-house and
20  replace David's products with their own.
21  Q. When you left in 1994, where did you go?
22  A. Went to Cisco.
23  Q. How long were you at Cisco?
24  A. Probably for about a year.
25  Q. So about 1995?

ADAMS, BRIAN  6/16/2006  9:00:00 AM

41

1    A. Uh-huh.  That was a contract position.
2    Q. What was your position?
3    A. I was there to -- on a project as a project manager to manage
4    a product, to take them to a paperless human resource system.
5    Q. When you say "paperless," do you mean using your own
6    computers?
7    A. That's correct.  Electronic forms instead of hard-copy
8    documentation.
9    Q. Did that involve software applications?
10   A. Yes, it did.
11   Q. What software applications did that involve?  What vendor?
12   A. A company out of Canada called Shana that had electronic
13   forms package.  They were one.
14       The other -- there was the standard e-mail system they
15   were using internally at the time, which was Eudora.  And
16   probably some Apple script involved with putting rules back
17   to the electronic form.  So that's probably pretty much the
18   technology stack.
19   Q. In your employment as a contractor -- as a contracted product
20   manager at Cisco, did you work with any Oracle applications?
21   A. No, I did not.
22   Q. In the -- in taking Cisco from -- to a paperless -- I believe
23   you said "HR system" --
24   A. Uh-huh.  (Witness answers affirmatively.)
25   Q. -- were there any problems or -- or setbacks in that

42

1    implementation?
2    A. The only thing we ran into was a difference in platform
3    speed.  Unfortunately, if you're working in a
4    client-server-type environment and you have a host of
5    different platforms that have different speeds, the
6    performance of the applications sometimes can be affected by
7    that merging.
8        If you've got a very old platform and it has a low CPU
9    speed, waiting for screen refreshes and things like that can
10   take a little bit of time, or redrawing the forms, whatever
11   it's doing.  So yeah.  That would be the only thing.  But
12   that was mostly just existing -- having to deal with existing
13   platforms the company had at that time.
14   Q. Now, as a product manager, what were your general day-to-day
15   duties?
16   A. Develop the project plan; put together the various steps or
17   processes or task in the plan and see if those are executed
18   on time; make sure we have the proper staffing on the
19   project; have the proper technology or skill sets on the
20   project; interfacing with the vendors Eudora and Shana, and
21   if we had problems with their products, make sure those got
22   resolved.
23   Q. Did you have any hands-on -- hands-on duties in implementing
24   the software?
25   A. Actually, I did.

43

1    Q. What were those?
2    A. When -- in other words, just loading the software on the
3    desktops, more than anything else.
4    Q. Was it a relatively simple project, or was it very complex?
5    A. I'd say it was simple.
6    Q. Did your duties change at all as a product manager during the
7    year that you were working for Cisco?
8        MS. ADAMS:  It was "a project."
9        THE WITNESS:  Yeah.  It was "project."
10       MS. ADAMS:  Yeah.
11       MR. HARRISON:  I'm sorry.
12       THE WITNESS:  Project.
13   Q. (By Mr. Harrison)  I meant to say that.
14       MS. ADAMS:  In the industry, they are two
15   very different things.
16       MR. HARRISON:  I apologize.  I meant
17   "project."
18       THE WITNESS:  Okay.  No.
19       MR. HARRISON:  Okay.  Thank you.
20       MS. ADAMS:  Yeah.
21   Q. (By Mr. Harrison)  Okay.  And you left in 1995.  Were you
22   employed somewhere else in 1995?
23   A. I went to Bay Networks.
24   Q. What was Bay Networks' line of business?
25   A. Similar to Cisco.  They were in the LAN and WAN product

44

1    development, local-area and wide-area network products; hubs;
2    routers; concentrators.
3    Q. Let's see.  When you started at Bay Networks, what was your
4    position?
5    A. Director of customer service technology.
6    Q. How long were you at Bay Networks?
7    A. I believe 18 months.  A year and a half.
8    Q. So about 1997?
9    A. (Witness nods head affirmatively.)
10   Q. What were your duties as director of customer service
11   technology?
12   A. Essentially selection and implementation of the technology
13   that the technical support and customer service organizations
14   would use.  That would be the call center hardware and
15   software.  That would be the inventory.  Again, they had
16   hardware they had to support out in the field.  So that would
17   be the customer support inventory, the applications that
18   would manage that.
19       MS. ADAMS:  Can I interject one thing?  I
20   think he's off on his dates.  So I don't want him to reflect
21   like he's not being truthful.
22       MR. HARRISON:  That's fine.  This whole
23   exercise is just to see what his knowledge is and his
24   recollection.  If he's off, that's fine.  You know, I just
25   want to see what he remembers, sitting here today, because --

45

1 well, I'll just leave it at that.
2          MS. McLAUGHLIN:  Just his recollection.
3          MR. HARRISON:  I appreciate your help.
4          MS. ADAMS:  I don't want him to get in
5 any legal trouble.
6          MS. McLAUGHLIN:  No.
7          MR. HARRISON:  This is his recollection,
8 and he's the one under oath, so I want to make sure that --
9          MS. ADAMS:  Sure.
10          MR. HARRISON:  Just find out what he
11 remembers.  Okay.  Thanks.
12          MS. McLAUGHLIN:  And that's when he gave
13 you the earlier instruction, your best recollection.
14          MR. HARRISON:  Right.
15     I understand it's been a long time, so, you know, when
16 we go through this timeline, I'm just trying to get the
17 general timeline.
18          MS. McLAUGHLIN:  It's rather impressive
19 you understand -- you remember the detail.  It's very good.
20 Q. (By Mr. Harrison)  The selection and implementation of
21 technology that the technical support and customer service
22 organizations would use, what sort of role did you have in
23 the selection of those applications?
24 A. I was primarily the person that would evaluate the product
25 and make a decision on which of the products to select, one

46

1 of the decision-makers.  I would typically put together a
2 presentation for the executive cost; I would look at the cost
3 implementation timelines.  And I think every one of the
4 recommendations were accepted.
5 Q. And was this software purchased from a third party?
6 A. Yes.
7 Q. Who was that?  Do you recall?
8 A. Actually, I want to say -- I'm trying to recall the mana- --
9 or the inventory management.  Let me think on that one a
10 minute.  I don't recall at the moment, but the name will come
11 back to me.
12 Q. Sure.
13 A. Prospect Software also did custom software for us, did a lot
14 of development around the Aspect ACDs we used.  That
15 component back in those days did not have certain
16 functionality we wanted, such as CTI.
17     Oh.  We used Clarify.  I knew it would come back to me.
18 That was the software used by the support agents in the call
19 center, as far as entering call tickets and what the question
20 was about, what the resolution was, and so on.
21 Q. Did this involve ERP or CRM software?
22 A. No to ERP.  And Clarify eventually, once the term "CRM" was
23 coined, labeled themselves as a CRM provider.  But at this
24 point in time, that term didn't exist.  And they were not
25 a -- they were very narrow-focused at that time.  It was just

47

1 call center applications.
2 Q. Okay.  You said -- used the phrase "Aspect ACDs."  Could you
3 just tell me what that means --
4 A. Aspect was the company; "ACD" is "automated call distribution
5 system."  It could do intelligent call routing.
6 Q. When -- when you were at Bay Networks, did you interact at
7 all with Oracle software or any other products?
8 A. No.
9 Q. You left Bay Networks -- well, during the time you were at
10 Bay Networks, did your role change at all?
11 A. (Witness shakes head negatively.)
12 Q. You left in 1997 -- around 1997, after 18 months, you said?
13 A. Uh-huh.  (Witness answers affirmatively.)
14 Q. Why did you leave Bay Networks?
15 A. Opportunity with Delta Airlines.  At that time, by the way,
16 they were called -- TransQuest was the name of the company.
17 But they were wholly owned by Delta, and they did all the IT
18 services for Delta.  And they later were just merged in and
19 became "Delta Technologies."
20 Q. How long were you at Delta, or TransQuest?
21 A. Probably about a year and a half.
22 Q. And again, this is just generally, so I'm not trying to pin
23 you down on a specific date.  So that would be around 1998 or
24 1999?
25 A. Probably -- I think the timeline is off just a little bit,

48

1 but it's close enough.  Yeah.  About that time frame, because
2 we're getting into actually, I think, when I was at Oracle in
3 '98.  So I think we've got just a little -- we're a little
4 long on the timeline slightly.
5 Q. That's fine.  That's fine.
6     What were your responsibilities with regard to Delta
7 when you started at Delta?
8 A. I was a senior project director.  I ran three concurrent
9 projects there.  Developing custom internal applications.
10 Q. So these applications were not purchased from a third party?
11 A. No, they were not.
12 Q. What applications were those, if you recall?
13 A. One was -- I would call one a fare analysis.  All airlines
14 have fares, and they have multiple fares, fare classes --
15 first class, business, coach -- special fares.
16     And what this application would do -- and by the by,
17 you have to file any fare changes with an organization called
18 ATPCO, Airline Tariff Publishing Corporation.
19     And Oracle had a group of -- Oracle -- Delta had a
20 group of 22 people that were responsible.  They had more than
21 5,000 O and Ds, origins and destinations, a day; had 22
22 people in a room that were trying to keep their fares
23 competitive with multiple other carriers and multiple fare
24 classes.  And if you do the math, 22 people can't even begin
25 to touch that.  They can probably only hit the major routes.

ADAMS, BRIAN  6/16/2006  9:00:00 AM

49

1  So what this application did would go out and download
2  their competitors' fares, parse them out, match them up with
3  Delta routes and fares and aircraft loading and make fare
4  change recommendations.  You could probably call it -- a
5  decision support system would be a good terminology for that.
6  Q.  Did you have any role in writing code for these custom
7  applications?
8  A.  No.
9  Q.  What was your role in -- you said you were a senior project
10  director?
11  A.  Uh-huh.  (Witness answers affirmatively.)
12  Q.  What was your role -- did you supervise people who wrote
13  code?
14  A.  That's correct.
15  Q.  What were your day-to-day duties in doing that?
16  A.  Well, the primary duty, again, was putting together a project
17  plan, your task and your timelines for the project, making
18  sure that those are executed on time and budget.
19  Day-to-day activities:  just conferring with the
20  various people that had responsibilities for each of those
21  tasks, making sure they're on track with the schedule, their
22  work is getting done in a timely manner.
23  Q.  Did your duties change at all during the time that you were
24  at Delta?
25  A.  No.

50

1  Q.  Did you interact at all with any Oracle software or other
2  products while you were at Delta?
3  A.  Products?
4  Q.  Right.  Such as database or tools.
5  A.  We used this particular -- this particular application used
6  an Oracle back end.  The other two projects -- one of the
7  other two used an Oracle back end as well.  The other one
8  used, I think, an Access database.
9  Q.  Just for the record, when you use the word "back end," are
10  you referring to a database?
11  A.  Database.  Yes.  That's correct.
12  MS. McLAUGHLIN:  Can we take a break
13  right now?
14  MR. HARRISON:  Yeah.  Absolutely.
15  THE VIDEOGRAPHER:  We're going off the
16  record at 10:11.
17  (A recess was taken.)
18
19  THE VIDEOGRAPHER:  We're going back on
20  the record at 10:17.
21  Q.  (By Mr. Harrison)  When we took a break, we were talking
22  about your employment at Delta.
23  Let me ask you this:  When you left Delta, what was the
24  reason for your departure?
25  A.  Actually, I -- Delta was a big Sun shop and a big Oracle

51

1  shop.  And I met a lot of people from Oracle, and I received
2  a call from one of them one day, and our -- our whole -- part
3  of the reason we left California is wanted to get to
4  Florida.  And we lived -- we were native -- she's a native of
5  California, and I've been there 30-something -- 20 years,
6  something like that.  And we wanted to change.
7  We were trying to get to Florida, and Oracle came along
8  and says "We're looking for a practice manager there in the
9  Miami area."
10  "Let's go."
11  Q.  Do you recall the name of the person who called you from
12  Oracle?
13  A.  Kerri -- what was Kerri's last name?  Oh, my God.
14  Q.  It's fine if you can't recall, sitting here right now.
15  A.  Yeah.
16  Q.  If you remember it throughout the day, let me know.  I'll
17  also ask the court reporter to just leave a blank for --
18  if -- at the end of the deposition, you'll be able to review
19  your transcript -- if you remember the name.
20  A.  I'll think of it.  She was out of the Atlanta office.
21  Q.  While you were at Delta, do you recall the names of anyone
22  else you interacted with from Oracle?
23  A.  Oh, gosh.  No.  Not at this point in time, I don't.
24  Q.  What was the -- the reason for your interaction with people
25  from Oracle?

52

1  A.  It -- they were just there every day.  And a lot of -- a lot
2  of the people that were working for me on the project were
3  all consultants, and there was like an area they had set up
4  for consultants.  And I'd be down there with my team, and I'd
5  see them.
6  And of course, there were interactions with, you know,
7  the data monitors and DBAs that were there at Delta that were
8  working with the Oracle folks and -- because it was custom
9  design, they were setting up a custom database model, they
10  would be there for consulting services.  And they were there
11  for other reasons as well, and you'd just see them every day.
12  Q.  These were Oracle consultants working on -- on the database
13  products that Delta was using from Oracle?
14  A.  Yes.
15  Q.  What were they doing with regard to the databases?
16  A.  I can't tell you across the board.  Now, like I say, for the
17  particular projects that I ran, these were custom data
18  models, and you need -- there are certain requirements, when
19  you're using Oracle databases, as far as naming conventions
20  and establishing field parameters and things like that when
21  you're setting up the database.
22  And if you have questions, they help you.  If you're
23  creating -- if it's a large relational database, a lot of
24  times they help you review your data model to make sure you
25  properly identify key fields so the database will function

53

1     properly.
2     Q. Were they there to assist with the implementation of the
3     software -- the software applications with Oracle's database?
4     A. No, not so much. We had our own DBAs. They were more
5     there just to -- if our DBAs or data modelers had questions
6     or needed technical -- you know, some support or something
7     like that.
8     And interaction, as far as my projects, with actual
9     Oracle consultants was probably very, very narrow. But
10     they -- like I say, they were there in the same, you know,
11     cubicle area, and you'd see them on a daily basis. They were
12     probably working more on other projects.
13     Q. Just for the record, could you explain what the acronym "DBA"
14     stands for.
15     A. Database administrator.
16     Q. Thank you.
17     Then at some point, you became employed at Oracle?
18     A. Uh-huh.  (Witness answers affirmatively.)
19     Q. Do you recall an approximate date?  Or year, at least.
20     A. It was around August time frame, and I'm going to say '98 or
21     '7.  I'd say we're -- we're about a long -- a year long.
22     We're a little long on the timeline.
23     Q. Sure.  That's fine.
24     A. So it was either '97 or '98.
25     Q. Okay.  All right.

54

1     MR. HARRISON:  And again, I'm just going
2     to say, you know --
3     MS. ADAMS:  Sorry.
4     MR. HARRISON:  It's all right. It's just
5     what he recalls.
6     THE WITNESS:  Yeah.
7     MR. HARRISON:  If possible. If I need
8     to, I'll try to refresh his recollection.
9     MS. ADAMS:  Okay.
10     MR. HARRISON:  But you should -- again,
11     no disrespect.  I know you're here to support him.
12     Q. (By Mr. Harrison)  Okay.  So about 1997, 1998?
13     A. Uh-huh.  (Witness answers affirmatively.)
14     Q. When did you leave Oracle?
15     A. 2001, March, April.
16     MS. ADAMS:  I'm not allowed to help.
17     THE WITNESS:  I know.
18     MR. HARRISON:  It's fine.
19     Q. (By Mr. Harrison)  So about March or April of 2001?  Okay.
20     I'm going to come back to your employment at Oracle, but for
21     now. I just want to skip ahead to after you left Oracle in
22     2001.
23     After you left Oracle, where did you become employed?
24     A. Mostly independent consulting.  And I had a project in
25     Puerto Rico.  Where did all I do projects?  Down in the

55

1     Caribbean.  I'm trying to remember the little island it was
2     on.
3     Q. That's fine.  You just -- during -- what time frame did you
4     do independent consulting after you left Oracle?  When did
5     you start doing independent consulting after you left Oracle?
6     A. Oh, almost immediately.
7     Q. And how long did that last?
8     A. Right up until I started with my current employer.
9     Q. What approximate date was that?
10     A. I have one -- I'm coming up on my one-year anniversary in
11     about four days.  Nah.  Florida is going to say 16.  Six
12     days.
13     Q. So you did independent consulting from about March or April
14     of 2001 until about June of 2005?
15     A. (Witness nods head affirmatively.)
16     Q. As an independent consultant, what -- did your -- the scope
17     of your consulting vary, or was it focused on one
18     particular --
19     A. Predominantly, project management, running projects.
20     Q. What sort of projects?
21     A. The one that was in the -- in Puerto Rico was to help the
22     government of Puerto Rico set up a Web portal that would
23     allow both government access and -- I'm going to use the term
24     "civilian nongovernment employees" to access.  For example,
25     you could renew your driver's license through the portal.

56

1     That's one example.  You could pay your taxes through the
2     portal.  So those are some of the examples of what it was
3     for.
4     The project on the offshore island was an online gaming
5     organization where you could do betting, sports betting, play
6     various games -- online poker, things like that.  My role
7     there was to help them analyze their existing infrastructure,
8     put together a new IT plan for hardware and software and
9     communications.
10     Q. Did any of your projects as an independent consultant involve
11     the implementation or use of Oracle applications?
12     A. No.  Puerto Rico was pretty much a Microsoft operation.  The
13     one -- the one in the Caribbean was all -- now, it wasn't all
14     custom-developed. A lot of it was.  But there was some
15     gaming applications they bought.  But no, no Oracle involved.
16     Let's see.  And the Wal-Mart project was really just to help
17     them move their data center.
18     Q. Did that involve Oracle --
19     A. I'm sorry.  Not Wal-Mart.  But Lowe's.  That was Lowe's
20     project.  They had some Oracle products there, but it was
21     more just to move -- they were moving their data center from
22     one city to another.  It was nothing more than putting
23     together the time schedule, determining which applications
24     would move when, take those down, physically move the
25     hardware, bring it back up, start the applications back up,

57

1   that type of thing.
2       So it was -- it wasn't selection of applications or
3   managing applications.  It was really just to help them
4   physically move the data center.
5   Q.  After you left Oracle, did you maintain contact with anyone
6       at Oracle?
7   A.  There was a few people that I would talk to occasionally.
8   Q.  Do you recall their names?
9   A.  Ron Chereddy is one.  Ron worked for me the whole time that I
10  was -- pretty much the whole time that I was there at Oracle.
11  And he and I still exchange e-mails occasionally.
12  Q.  Anyone else that you remember specifically?
13  A.  Rully Lopez.  Now, he's no longer with Oracle, but he was for
14  a period of time.  I think he's gone to Honeywell now.
15  They're in Tampa.  He and I less frequently exchange e-mails,
16  just to see what's going on, where we're at.
17      Let's see who else I've crossed paths with.  I don't
18  think, in the last few years, I've heard from any others.
19  You know, when I was still in the Miami area, I may have
20  heard from a couple of other consultants that -- that had
21  worked for me.  But that would have been probably a couple of
22  years ago.
23  Q.  You were based out of Florida -- is that correct?
24  A.  Uh-huh.  (Witness answers affirmatively.)
25  Q.  -- while you were an independent consultant?  While you were

58

1   an independent consultant?
2   A.  Yes.
3   Q.  In June of 2005, approximately, you said you joined your
4       current employer?
5   A.  Uh-huh.  (Witness answers affirmatively.)
6   Q.  What employer is that?
7   A.  Boeing.
8   Q.  Did you move from Florida to the Seattle area?
9   A.  Uh-huh.  (Witness answers affirmatively.)
10  Q.  When you started at Boeing approximately a year ago, what was
11  your position?
12  A.  My title is program development manager.
13  Q.  So I assume by your answer that's currently your position
14  right now as well?
15  A.  Uh-huh.  (Witness answers affirmatively.)
16  Q.  What duties and responsibilities does that involve?
17  A.  I'm going to have to be careful as to what I can tell you on
18  this.  Basically, it's to develop programs or services that
19  can be sold to Boeing customers.  Beyond that, I can't --
20  because a lot of it is proprietary, I can't go into much more
21  detail than that.
22  Q.  Understood.  I'm just trying to get a general outline of your
23  responsibilities.
24      Do any of your responsibilities at Boeing involve
25  Oracle software or other products?

59

1   A.  Yes.  I'm on -- I am one of the key people on a selection
2   team for products that we -- will be used in one of our
3   programs, and Oracle is one of the vendors that's being
4   considered.
5   Q.  Which Oracle products are being considered?
6   A.  We're looking at the financials, purchasing, new product
7   called CMRO.  And that's probably the mix of the products.
8   Q.  Are these CRM applications --
9   A.  Oh, the database, of course.  I should have touched on that.
10  That goes along with their applications, the database.
11      Go ahead.
12  Q.  The products that you named, are those CRP applications?
13  A.  Yes.  Financial is usually considered part of the ERP.
14  Q.  Are you familiar with Oracle's Suite 11i products?
15  A.  Yes.
16  Q.  Are those that -- the applications that you've listed, are
17  those parts of the Suite 11i?
18  A.  Uh-huh.  (Witness answers affirmatively.)
19  Q.  The suite of products?
20  A.  Uh-huh.  (Witness answers affirmatively.)
21  Q.  Is Boeing considering purchasing the entire suite or just the
22  applications that you've named?
23  A.  They're just looking at the applications I named, not the
24  entire suite.
25  Q.  Have you been in con-- sorry.

60

1   A.  And some of that -- when you say "purchasing," some of their
2   products, we already have.  It just may be nothing more than
3   extending existing license agreements.  So it's not -- Boeing
4   is already an Oracle customer.  We may add some new products
5   to the mix, but some of it we already have licenses for.
6   Q.  Do you know if Boeing is a reference customer for Oracle
7   software?
8   A.  That, I do not know.
9   Q.  Okay.  Do you -- in your employment at Boeing, have you had
10  any contact with any Oracle employees?
11  A.  Yes.
12  Q.  Do you remember their names?
13  A.  You know, I have all their business cards on my desk.  Off
14  the top of my head, George -- I remember some of the first
15  names.  But no, I don't.
16  Q.  Okay.
17  A.  And in fact, there's still -- they're still there.  We
18  started a ten-week pilot that was scheduled to end May the
19  10th.  It's run a little bit beyond that, so it's probably
20  more like 14 weeks.  And I pop in and out of some of those
21  sessions to review certain pieces of the product.
22  Q.  When you say "pilot," what do you mean by that?
23  A.  Typically what you do is you put together a list of business
24  requirements, and as you get down to your very short list of
25  vendors, you ask them to demonstrate the ability that their

61

1    product can support those business requirements.  And that's
2    what's done in a pilot.
3    Q.  How long has the sales cycle been going on for the products
4    that Boeing is considering?
5    A.  About 14 weeks, probably.
6    Q.  I want to go back to your employment at Oracle --
7    A.  Okay.
8    Q.  -- delve into a little bit of detail -- which it started
9    around 1997; is that correct?
10   A.  Actually, I think it was -- we pretty much moved out, I'm
11   pretty sure, in '96.  That's why I think my timeline is a
12   little long.  We moved out to Florida in '96.
13   Q.  That's fine.  And this is not critical.  I'm just trying to
14   get a background here.
15   A.  Okay.
16   Q.  When you started at Oracle, what was your position?
17   A.  Practice manager.
18   Q.  What -- were you in a specific group at Oracle?
19   A.  Uh-huh.  (Witness answers affirmatively.)
20   Q.  What was --
21   A.  Oracle Consulting.
22   Q.  Were you part of a -- a special -- not specialized -- but a
23   smaller group within the consulting organization?
24   A.  Yes.
25   Q.  What group was that?

62

1    A.  Let's see.  We started out -- Core Technology was the initial
2    name.  It eventually was renamed to -- let's see.  Core
3    Technology became Internet Technology Services.  And I think
4    after that it just merged into Oracle Consulting on the
5    commercial application side.
6    Q.  So that you were in the -- were you in the same group the
7    entire time that you were at Oracle?  When I mean "same," you
8    said that some of these merged, but was it the same --
9    A.  Yeah.  At the point they merged, I became part of another
10   group.
11   Q.  When did that merger take place, if you recall?
12   A.  Maybe '99, maybe 2000.
13   Q.  Do you recall the name of the group that you became a part of
14   at that time?
15   A.  It was a CRM organization.  Initially they set up an
16   organization that was going to implement the CRM products
17   globally.  So you can call it the CRM implementation
18   organization.
19   Q.  That's the name of the organization that you became a part
20   of?
21   A.  I think that's close enough.
22   Q.  So if I refer to it as the "CRM consulting group," would that
23   be around the same thing?
24   A.  Fair enough.
25   Q.  Just in case I ...

63

1    A.  Okay.
2    Q.  Did your role change at all when you moved to that group?
3    A.  Yes.  Well, I was still a -- practice director at that
4    time, but I took over the different product lines.  So, I
5    mean, the title was essentially the same.  It was just the
6    product line of products that was different.
7    Q.  And did you remain a practice director in the CRM
8    implementation group until the time you left Oracle?
9    A.  Uh-huh.  By title, yes.  I picked up some additional
10   responsibilities, but by title, yes.
11   Q.  Okay.  I'll get into that.
12       Going back to your role as a practice manager, in the
13   earlier group you started out as the Core Technology Group?
14   A.  Uh-huh.  (Witness answers affirmatively.)
15   Q.  What were your typical -- what were your duties and
16   responsibilities?
17   A.  Well, initially, in Miami, there were no employees in that
18   organization, so it was a twofold responsibility:  bring on
19   consultants and place them on projects, find work for them to
20   do, and grow the practice.
21   Q.  What sort of Oracle products were these consultants working
22   on?
23   A.  I had DBAs, so the database; I had applications -- technical
24   applications resources.  And that could be -- if you use the
25   term "ERP," that would pretty much cover it.  It could be

64

1    financials; it could have been human resources.  We did quite
2    a bit of financials and human resources work.
3    Q.  Okay.  You said your duties were initially at least to bring
4    on consultants and to give them staff.
5       Did your duties change between the time that you were
6    practice manager for that group and to the time that you
7    switched to the CRM implementation group?
8    A.  Still -- it's still the same -- the same thing.
9    Q.  So if I understand it correctly, your job was to staff
10   consultants on projects?
11   A.  Uh-huh.  That's part of it.
12   Q.  Any other duties?
13   A.  Well, I mean, you -- you have components you have to work to.
14   You have performance metrics, and part of it is utilization,
15   which means keeping as many of your staff on projects.  You
16   also have a revenue target and a margin target.
17   Q.  Okay.  As far as the revenue and margin targets, what was
18   your role with regard to forecasting or determining those
19   targets for the -- for the group -- and I'm still referring
20   to the Core Technology Group from 1997?
21   A.  Typically it was top-down.  You know, like Core Technology
22   may have a total target that they have to achieve.  And that
23   would be divided up among the various organizations on there.
24   And so you would get a top-down, this is your target number.
25   Q.  When you say "top-down" --

65

1   A. Well, for example, a vice president might say, "Okay. For
2      Core Technology, we want you to bring in this amount of
3      revenue this year."  And so that gets passed down to the VP
4      of Core Technology. You usually had regional VPs, area VPs,
5      and it would get divided more and more until it came to your
6      desk, and you'd have a block of it.
7   Q. A block of the revenue and margin targets that were required?
8   A. Well, margin targets were pretty standard across -- I'm
9      trying to recall. I think it was -- it's been a number of
10     years. It's either 28 or 38 percent margin that you're
11     expected to bring in on any contract that you're working.
12     And that was kind of standard for everybody. But the revenue
13     target was the piece of it that -- that would come down. And
14     you'd have to manage that.
15        And also, they wanted I think at least 78 percent
16     utilization on the resources in your organization. And that
17     was sort of a standard.
18  Q. Before we get into some of that, I just want to establish
19     where you fit into the organization we're talking about. And
20     from 1997 to the time you went to the CRM implementation
21     group, I'm referring to it as the "Core Technology Group."
22     Is that essentially correct?
23  A. Yes.
24  Q. While you were at the Core Technology Group, who did you
25     report to directly?

66

1   A. It was Kerri for a while, and then she left the company. And
2      then -- I can picture his face. I just need his name. Let
3      me think on that one, and I'll get back to you on that one.
4   Q. What was Kerri's position?
5   A. Ooh. I think she may have attained an area VP.
6   Q. She was an area VP at the time?
7   A. Well, I think -- at some point during that period, I think
8      that was -- she attained that level.
9   Q. Before that, was she a practice director?
10  A. She may have been a senior practice director when I joined.
11     I just don't recall.
12  Q. How many practice directors were there in the Core Technology
13     Group at the time you were there?
14  A. That, I can't tell you. They're all over the United States.
15     I don't recall that.
16  Q. And how many practice --
17  A. You have -- you'd have like a region. For example, you'd
18     have myself, had a gentleman in -- I want to say we had about
19     four in our particular region, which was probably DC down to
20     Florida. I mean, obviously Core Technology as a whole
21     covered much more than that. I can't tell you what the total
22     number ...
23  Q. Did you have any direct reports while you were a practice
24     manager at Core Technology Group?
25  A. Yes.

67

1   Q. How many, approximately?
2   A. We probably got up to -- I want to say it could be as high as
3      60. It just depended on the number of projects you had.
4      That number would fluctuate.
5   Q. Were these consultants?
6   A. Yes. Everybody in this group is pretty much a consultant.
7   Q. Would they consult the 60 -- the approximately 60 consultants
8      that reported to you, were they out in the field?
9   A. Uh-huh. (Witness answers affirmatively.)
10  Q. Did you -- what was your job with regard to managing those
11     consultants?
12  A. Keeping them placed on projects, making money.
13  Q. Did you have day-to-day contact with them?
14  A. Day-to-day, probably not. Weekly, yes. Some -- some would
15     be day-to-day. It would just depend on where the projects
16     are. I mean, I could have people on projects -- I had a
17     gentleman that was on a project in Korea. I didn't talk to
18     him every day, though I had some that were -- were actually
19     doing some projects right there out of the Miami office.
20     Those people, I would see every day, so that could vary. Not
21     less than weekly, but anywhere from day to day to weekly.
22  Q. Do you know -- this woman Kerri, whose last name you can't
23     recall right now, do you know who she reported to during that
24     time frame 1997 until about 1999, 2000, when you worked in
25     the Core Technology Group?

68

1   A. I'm going to say at one point -- not initially. I don't
2      recall initially. But at one point, it was Ralph Aubry, who
3      is out of the DC area.
4         We also had a gentleman that was there. He left. He
5      went to Nortel. Then he came back and took over the VP slot.
6      And I'm trying to remember his name. He might have been the
7      first one. And his name doesn't come to me at the moment.
8      But I guess I'll say Ralph sort of took over that position.
9   Q. So if I understand it correctly, this woman Kerri was a
10     practice director who you reported to; right?
11  A. I think she was a senior practice director.
12  Q. Then she reported to your vice president --
13  A. An area.
14  Q. -- area vice president in the consulting group?
15  A. Uh-huh. (Witness answers affirmatively.)
16  Q. Do you know who Mr. Aubry reported to at the time, in the
17     time frame -- we're still talking about the time that you
18     were in the Core Technology Group?
19  A. Last name, I think, was Chen -- Chen or Chan, C-h-e-n or
20     C-h-a-n. I can't recall. I think he was probably like a
21     regional ...
22  Q. A regional --
23  A. VP.
24  Q. Do you know who Mr. Chen reported to?
25  A. I'm not sure if he reported directly to Sandy or not. He may

69

```
 1    have.  There might have been one more level in there.
 2    Q.  When you say "Sandy" --
 3    A.  Sanderson.
 4    Q.  Sanderson.
 5    A.  At one point in time, every consulting group on the
 6        commercial side kind of reported up to Sandy.
 7    Q.  Okay.  I just want to get a sense for how the Core Technology
 8        Group fit into the overall consulting group.  You mentioned
 9        the term "commercial consulting group."
10    A.  Uh-huh.  (Witness answers affirmatively.)
11    Q.  First of all, let me start by asking:  Were you in a
12        particular region of the consulting group?
13    A.  Region, yes.  I was in the southeast.
14    Q.  Uh-huh.  Was the Core Technology Group kind of a global
15        overlay group that worked with all the verticals at the time?
16    A.  We -- Core Technology -- Oracle Consulting back in those days
17        had a lot of competition between the various consulting
18        groups over who a client would belong to.
19            Core Technology literally didn't own any clients, or we
20        didn't write -- typically didn't write contracts.  If there
21        was a local consulting group that didn't want to deal with a
22        particular customer, they might say, "Go ahead and write the
23        paper on it."
24            Normally what I did, or Iris, anyhow, was to place
25        people on other projects.  They could be commercial
```

70

```
 1    consulting projects; they could be higher-education
 2    consulting projects.
 3        So even though we were part of commercial, I would
 4    put -- to keep my people utilized, I'd put them on a project
 5    anywhere predominant in the U.S., occasionally some projects
 6    outside the U.S., but it could be across any structure,
 7    consulting structure in the company.
 8    Q.  Okay.
 9    A.  The name of the game was revenue and utilization.
10    Q.  Right.  So the Core Technology Group -- was that -- that was
11        part of a larger group in the consulting organization; right?
12    A.  Right.
13    Q.  What was the next step up that the Core Technology was a part
14        of in the organization?  You mentioned commercial.  Was that
15        the --
16    A.  No.  There -- at that point in time, I'm trying to recall how
17        they were structured.  They had government; they had higher
18        education -- I think some of these have even now merged
19        today -- but I think it was government; it was higher
20        education; it was commercial.  And I think there might have
21        even been a small business, which was still commercial, but
22        it was sales below a certain -- or a company below a certain
23        size, so small in business.
24            And a lot of times, I think that came out of just one
25        office.  There may have been an office back at either Redwood
```

71

```
 1    Shores or Dallas.  I can't recall.  But that was sort of the
 2    structure of it.
 3    Q.  How did commercial fit into the overall global consulting
 4        group?
 5    A.  Well, commercial basically is -- if your customer is a
 6        commercial customer, not government, not a higher
 7        education -- any business out here wants to buy a product,
 8        whether it be, you know, a full suite of products or a
 9        certain select group of it, the commercial group --
10            Now, you support sales a little bit in that when the
11        sales team's in there making presentations, if you get
12        technical questions, usually you have people out of
13        consulting that are there to respond to those.  So you
14        participate somewhat in a sales program, though that's not
15        your core responsibility.
16            Once the sale is made, you actually send a team of
17        consultants in to implement the products.  That's where
18        Oracle Consulting comes in.  Like I say, commercial is anyone
19        that didn't fall into the higher-education or government
20        bracket -- would be commercial.
21    Q.  And was Sandy Sanderson responsible for the commercial
22        consulting group?
23    A.  Yes.
24    Q.  When you said -- we were discussing earlier some of the
25        forecasts for the Core Technology Group, you said they come
```

72

```
 1    from top, down.
 2        Do you know who created those forecasts for that group?
 3    A.  No, not off the top of my head.  I just -- you know, annually
 4        or quarterly -- annually, I'd be given -- this is your target
 5        for the year.  And quarterly, it could get revised.  But that
 6        was pretty much it.  It was generally passed down.
 7            And I can't tell you who -- I can make an assumption
 8        that the overall Core Technology might have been put
 9        together, you know, up at the corporate level, but once it
10        was handed down to Core Technology, it was probably further
11        broken down that way.  That's just an assumption on my part.
12    Q.  When you say "corporate," do you mean corporate finance?
13    A.  No.  I would say that might be something that, it would seem
14        to me, might be done at Sandy's level.  He's got the
15        commercial practice and different elements in there, and he's
16        got a total revenue budget he's got to come up with.
17            And he's gonna break that down into big groups, then
18        hand it down to those VPs, and they're going to break it down
19        into small -- excuse me -- smaller groups; and they will hand
20        it down to probably an area VP, who will break it down into
21        smaller groups, and so on.
22    Q.  Do you know what the top-down forecasts were based on for
23        your -- I'm still referring to the Core Technology Group.
24            MS. McLAUGHLIN:  Objection.  Vague.
25            THE WITNESS:  I'm sorry?
```

73

1     MS. McLAUGHLIN: It's my objection for
2  the record that the question was vague. You can still
3  proceed.
4     THE WITNESS: Ask it again. I'm still
5  not sure what you want either.
6  Q. (By Mr. Harrison) Sure.
7     Do you know what the forecast -- as it came down to
8  your group, do you know what the -- you said you weren't sure
9  who came up with those forecasts at the top, but do you know
10  what those forecasts were based on by the time they got to
11  you?
12  A. Well, I'm only going to take what I've seen to be industry
13  standard practices. I mean, normally, a company at the
14  beginning or prior to their start of a new fiscal year will
15  set a target, a revenue target they want to achieve in the
16  next year. They want certain margins; they want a certain
17  increase per share for stockholders. And they come up with
18  an overall corporate target.
19     I mean, this is pretty standard out in the industry.
20  That will get broken up and passed down into the various
21  groups for them to aim for.
22     So I'm just telling you -- I can't tell you this is
23  exactly how Oracle did it, but I would assume they probably
24  follow a very similar process that most of the businesses out
25  there in the marketplace do today.

74

1  Q. Okay. I guess what I'm asking for is, did you have any
2  involvement in creating the forecasts at the top level that
3  eventually came down to you?
4  A. Oh. No. I assume that probably came out of Redwood Shores,
5  and I was in Miami.
6  Q. But you didn't have any personal knowledge of how they
7  devised that forecast?
8  A. No. I did not sit in any meetings or anything like that
9  where that was established.
10  Q. You just received a number that was asked for your --
11  people who you supervised were asked to hit?
12  A. (Witness nods head affirmatively.)
13  Q. Okay. Okay. I want to move to the time that you became a
14  part of the CRM implementation group. I apologize if you
15  already answered this, but was that group created around 1999
16  and 2000, when you joined it?
17  A. It was -- I want to say yes. Fairly new. I can't tell you
18  how much before that it was created. But I know that they
19  had acquired some technologies such as call center
20  technology, and that was new to Oracle. And they were
21  looking at, you know, obviously selling a product and
22  eventually moving it into their overall technology stack. It
23  was different technology than Oracle was using, but that was
24  the game plan at that time.
25  Q. When you say "different technology," what do you mean by

75

1  that?
2  A. Keep in mind that Oracle uses certain design principles and
3  development processes and use certain languages and coding of
4  product, whereas another company -- for example, like some of
5  the call center products may be Microsoft-based-developed
6  products, and when you go out and you purchase this company,
7  they have existing customers you certainly don't want to
8  lose, so you have to support them.
9     And then of course, eventually you want to migrate them
10  out of the -- and I'm just using this as an example. You
11  might want to migrate them out of a Microsoft environment
12  into a true -- into a true Oracle environment, which would
13  mean you're not going to use an Access database; it's going
14  to be linked into an Oracle database.
15     You're going to use -- basically, you understand the
16  functionality, the total design of it. You're just going to
17  change probably the language it's written in and so on and
18  make sure it's fully integrated with your other products.
19  And that's why I say bringing it into the Oracle technology
20  stack.
21  Q. Do you know if the CRM consulting group or the CRM
22  implementation group was created in conjunction with Oracle's
23  release of Suite 11i?
24  A. I'm going to say, the way you asked the question, no, because
25  I think -- for example, the call center products came onboard

76

1  and functioned under 9i, so they already had some other
2  products.
3  Q. Okay. How did the CRM consulting group fit into the larger
4  consulting organization?
5  A. Well, I think -- again, it all eventually rolled up to Sandy.
6  We were -- my part of it was very focused. It was more
7  around the call center implementation. And they were coming
8  out with various -- it was so new. They were coming out with
9  new modules -- I wouldn't say daily, but, you know, maybe
10  monthly -- that had delivery schedules.
11     And there were other products, you know, like your --
12  some of your order -- administration for sales orders,
13  processing those through the Internet and online. The call
14  center modules were some. They were coming out with a
15  customer service and support module, which had an application
16  that they would use in the call center. Then you'd have the
17  call center products themselves for call routing and so
18  forth.
19     So they were -- they were starting in one area and
20  growing the suite, I guess, would be a fair assessment.
21  Q. When you say "the suite," do you mean Suite 11i?
22  A. Which would eventually become all of Suite 11i. Yeah.
23  Q. You said, I think, that your primary involvement was with the
24  call center rotation.
25  A. Uh-huh.

77

1  Q. Did that remain the same during the time that you were --
2  A. Yes.
3  Q. Did you have any responsibility for any other CRM
4     applications besides the call center?
5  A. That was -- that was pretty much it. But keep in mind,
6     within a call center environment -- for example, the customer
7     support application where you enter your tickets and -- and
8     records of the call and stuff -- work hand in hand with that
9     module.
10        So normally, if you're going to implement a call
11     center, it's not just the advanced call routing or the
12     technology that routes the calls. You also add supporting
13     applications that have to interface with those. Usually, if
14     you're doing call center implementation, you obviously don't
15     just have call center products. You have other products
16     going in at the same time.
17  Q. Okay. Now, when you became a practice director for CRM
18     implementation group, were you responsible for a certain
19     region?
20        MS. McLAUGHLIN: Objection. The question
21     was asked and answered.
22        THE WITNESS: The world.
23  Q. (By Mr. Harrison) The world? Okay.
24  A. Normally, historically, Oracle would -- when they're rolling
25     out a new product would take consulting groups around the

78

1     world and bring them in to train them. This was such a new
2     product line for them, the size of the market was unknown.
3        So rather than train a thousand consultants on these
4     products and you don't know where they're going to be
5     installed, they came up initially with a core implementation
6     team that would just go and do for the first year or some
7     period of time the initial implementations. Now, if it
8     started growing, then that would spread out and become more
9     regionalized. But at that time that was the plan.
10  Q. When you started, let's -- I want to focus basically on 2000,
11     2001 time frame -- how many consultants were in the CRM
12     consulting group?
13  A. I'm sorry. Say that again.
14  Q. How many consultants were in the CRM consulting group?
15  A. Oh, God. Total? I don't know that.
16  Q. How many people that you supervised directly reported to you?
17  A. Twelve, fifteen, somewhere in there.
18  Q. And were they practice managers?
19  A. No. Consultants.
20  Q. Do you recall any of their names?
21  A. Oh, God. I actually got Ron over there -- Chereddy, Bill
22     Holden. Gosh. Beyond that, I don't.
23  Q. Now, as the practice director for -- a practice director for
24     the CRM implementation group, did you have fellow practice
25     directors that also worked in that group?

79

1  A. Yes, we did.
2  Q. How many besides yourself?
3  A. I know of two others, but I don't know that that was all of
4     them. Oh, actually, there were more. Two or three out of
5     the Minneapolis office. And there were a couple out of the
6     Redwood Shores facility.
7  Q. Do you recall any specific names of the practice directors?
8  A. I remember Mike Maldonado out of the Redwood Shores area. I
9     don't remember his name, but I remember his red Mercedes
10     convertible he drove. Sorry. That's it at the moment.
11  Q. In the 2000, 2001 time frame, who did you report to directly?
12  A. Todd -- and I'm going to struggle with Todd's last name -- I
13     believe he was an area VP.
14  Q. If I said the name "Todd Davis," would that refresh your
15     recollection?
16  A. Yes. Thank you. Why can't I remember that? That's my
17     middle name. You'd think I would remember that very easily.
18        MS. ADAMS: You didn't like him.
19        THE WITNESS: Well, I won't get into
20     that.
21  Q. (By Mr. Harrison) During the 2000, 2001 time frame, before
22     you left, did you -- was Todd Davis the person you reported
23     to during that entire time?
24  A. Uh-huh.
25  Q. You said you thought he was an area VP?

80

1  A. Yes.
2  Q. And what -- was he a part of the CRM consulting group?
3  A. Uh-huh. (Witness answers affirmatively.)
4  Q. Were there other area VPs that also were part of the CRM
5     consulting group at the time?
6  A. I don't recall.
7  Q. Was Todd Davis responsible for a certain area?
8  A. Well, I'm going to say I don't recall. And again, remember,
9     this was sort of going to be a global group. It wasn't quite
10     regionalized like all the other consulting groups. So I'm
11     just going to say at this point the only one I can think of
12     is Todd.
13  Q. Just so we're clear, the CRM implementation group was kind of
14     a global overlay group that provided services for all the
15     other -- all the other divisions of Oracle?
16  A. Yeah. In other words -- for example, if commercial wanted to
17     sell call center applications to a business, we -- and there
18     was not a lot of knowledge, especially in call center
19     technology -- Oracle had very little knowledge there. So
20     typically, we would go in and participate fairly heavily in
21     the sales presentation portion of it. So we supported them.
22     And that would be anywhere in the world. I mean, we did
23     presentation in Cape Town, South Africa. We did
24     presentation -- I mean, just all over the world.
25  Q. Where was the headquarters of the global CRM consulting

81

1  group?
2  A. I guess headquarters, as far as I know, for anything, is
3  Redwood Shores. I don't -- I mean, I know they have offices
4  all around the U.S., but to my knowledge, the only
5  headquarters is Redwood Shores.
6  Q. Do you know -- during the 2000, 2001 time frame, do you know
7  who Todd Davis reported to?
8  A. I do. It was out of Redwood Shores. I'm trying to recall
9  his name. His name is not --
10  Q. If I said the name "Brad Scott," would that refresh your
11  recollection?
12  A. Yes. Thank you. Brad Scott.
13  Q. Do you recall what Brad Scott's position was?
14  A. Oh, my goodness. What his title is, no, not exactly. I know
15  he was a VP, but his exact title, no, I don't.
16  Q. Did you have any contact with Mr. Scott during the time that
17  you were there?
18  A. I only met Brad once, maybe twice. I had an occasional trip
19  out to Redwood Shores. And in my years at Oracle, those are
20  the only one -- I know of one. Maybe there was a second time
21  I saw him again. That was it.
22  Q. Do you know what the substance of that contact was?
23  A. Oh, just somebody took me up and introduced him and
24  said, "Todd works for Brad. Come on. I'll take you up and
25  introduce you to him."

82

1  "Brad, Brian Adams."
2  "Brian Adams, Brad."
3  "Hi. Nice to meet you. Okay." And that was it. Or
4  "Welcome to the team" or something -- you know.
5  Q. Do you know who Brad Scott reported to during the 2000, 2001
6  time frame?
7  A. No, I don't.
8  Q. Besides -- okay. You said you had contact once or maybe
9  twice with Brad Scott. Was there anyone --
10  MS. McLAUGHLIN: Objection. Misstates
11  testimony.
12  Q. (By Mr. Harrison) Is that fair or not?
13  THE WITNESS: I'm sorry. I didn't --
14  Q. (By Mr. Harrison) You said you had contact with --
15  THE WITNESS: I didn't hear what you --
16  Q. (By Mr. Harrison) She's saying that I misstated your
17  testimony. I don't mean to. If I do, it's my fault.
18  Did you say you met with Brad Scott maybe once
19  definitely, maybe another time?
20  A. I could have seen him another time. I think I went out to
21  Redwood Shores maybe three times my entire employment with
22  Oracle. And those three were probably around the CRM stuff,
23  sit in on some of the classes or get some presentations on
24  the products.
25  I know once I was introduced to Brad there may have

83

1  been -- I recall, for some reason, like a little -- I'm not
2  sure about the term "picnic," but right there on campus some
3  people were going to go have refreshments and snacks and
4  stuff. I think Brad was there. We may have said "Hello,"
5  but, you know, nothing beyond that.
6  Q. Besides Brad, in the consulting group, did you have any
7  contact with anyone that was more senior to him?
8  A. No. If I did, I didn't know they were more senior. Let me
9  put it that way. But to my knowledge, no.
10  Q. While you were employed at Oracle, did you ever interact
11  directly with Larry Ellison?
12  A. Never met the man.
13  Q. How about Jeff Henley?
14  A. Never met the man.
15  Q. How about Sandy Sanderson?
16  A. Never met the man. Just names you hear. That's all.
17  MR. HARRISON: The videographer needs to
18  change the tape, so I think we should take a five- or
19  ten-minute break.
20  MS. McLAUGHLIN: Okay.
21  THE VIDEOGRAPHER: We are going off the
22  record. End of Tape 1.
23  (A recess was taken.)
24
25  THE VIDEOGRAPHER: Back on the record at

84

1  11:27. Beginning of Tape 2.
2  Q. (By Mr. Harrison) Mr. Adams, before we broke, we were
3  discussing the CRM implementation group of which you were a
4  practice director in the 2000, 2001 time frame before you
5  left.
6  You said during that time frame you had about 12 to 15
7  consultants reporting to you. Were there any other
8  consultants that weren't directly reporting to you in your
9  region of the organization? Or I should say for which you
10  were responsible ultimately.
11  A. No.
12  Q. Just 12 to 15?
13  A. No.
14  Q. Well, the question was, 12 to 15 consultants. And was --
15  your answer to that was "no"?
16  A. Oh. No. I'm sorry. I wasn't sure which you was questioning
17  about. 12 to 15, yes.
18  Q. I was just trying to --
19  A. Others in other areas I was responsible for? No.
20  Q. Okay. How about in that area? Was there -- was there anyone
21  else reporting to you besides those 12 to 15?
22  A. No.
23  Q. And how many practice directors were in the CRM consulting
24  group at the time?
25  A. I think you asked me that, and I only knew of a couple more.

85

1  Q. Sure.
2  A. But I'm sure there were -- I know there were some in
3    Minneapolis, and I know there were some in Redwood Shores.
4    But I don't know the total number.
5  Q. Okay. I apologize. I thought I'd asked you that with regard
6    to your prior position.
7      Do you know how many consultants reported to those
8    practice directors?
9  A. No.
10  Q. Do you know how many consultants, total, were in this CRM
11    consulting group?
12  A. No, I do not.
13  Q. Do you have an estimate?
14  A. No estimate.
15  Q. Okay. More than a hundred?
16  A. I don't -- such a new group. I don't think it was that big.
17    I just -- I just don't know.
18  Q. Were these -- were these consultants -- did they have
19    specialized knowledge in CRM applications of Oracle?
20  A. Yes, they did.
21  Q. What sort of knowledge did they have -- well, let me rephrase
22    that.
23      Have you ever heard of something called "professional
24    community" with respect to Oracle consultants?
25  A. Professional community? Not off the top of my head. It

86

1    doesn't ring a bell.
2  Q. Were these consultants responsible for going out into the
3    field and implementing the product for customers?
4  A. Yes.
5  Q. What was your responsibility with regard to these
6    consultants, the ones that reported to you?
7  A. As before, try to keep them placed as -- get as much
8    utilization as we can and as much revenue and make the
9    margin. So pretty much the same thing, managing and make
10    sure they're on projects.
11  Q. Did you yourself go out to client sites and work hands-on in
12    implementing the product at the customer site?
13  A. No.
14  Q. Do you know how many consultants, approximately, in 2000,
15    2001 time frame were in the global consulting group, the
16    entire organization?
17  A. I don't remember. I'm sure that those type of statistics
18    were reported probably even on the Web site, but I don't
19    remember what they were.
20  Q. From a -- from a head count standpoint, was the CRM
21    consulting group a large part of the overall consulting
22    organization?
23  A. Oh. Huh-uh. Overall consulting?
24  Q. Right.
25  A. No. It was a small group. These were new products.

87

1    Actually it was a very small group as compared to all of
2    consulting.
3  Q. How about from a revenue standpoint? Was the CRM consulting
4    group a large part of the overall consulting group's revenue
5    reporting?
6  A. No. I mean, your established, like, you know, commercial or
7    higher-ed education, they've been around for years. They
8    brought in significantly large quantities of revenue. So CRM
9    was brand-new.
10      We had -- like I say, with the purchase of the advanced
11    call center products, we -- they brought on a handful of
12    customers with them. And within that year we probably only
13    added a customer or two. So no. It was a -- as compared to
14    all of the overall Oracle consulting revenue, it would have
15    been very small.
16  Q. Were these consultants that you supervised -- were they
17    responsible at all for training other consultants as to the
18    CRM products?
19  A. I want to say yes. Typically, people that come in have
20    experience -- not necessarily with Oracle-specific products,
21    but they work with other call center products, so they have
22    knowledge and they have skill sets, because a lot of these
23    products work in a similar fashion.
24      So typically, when you bring someone in, they already
25    have a certain level of understanding or knowledge, and what

88

1    you do is train them more specific as to something that's
2    unique about the Oracle products.
3  Q. Do you know if the CRM consulting group in the 2000, 2001
4    time frame was considered primarily a cost center for getting
5    up to speed on the CRM products?
6  A. If your definition of a "cost center" is the cost of
7    operating that group exceeds the revenue they're bringing
8    in -- is that your definition of it?
9  Q. Yes.
10  A. I would say quite possibly they could have been a cost
11    center. I don't know that for sure. I don't know what the
12    total results were for the entire organization, but given it
13    was new product and early on, it wouldn't surprise me if they
14    were a cost center.
15  Q. Have you ever heard of the group within consulting called --
16    this is -- again, if I don't specify, I'm talking about the
17    2000, 2001 time frame -- called divisional consulting?
18  A. Divisional consulting? No. I don't recall that at all.
19  Q. I apologize, again, if I had asked you this before. I'm not
20    trying to misstate your testimony or anything. But did the
21    CRM consulting group -- what level of the consulting
22    organization was the one up from that group? What group did
23    that -- was it a part of?
24      MS. McLAUGHLIN: Objection. Vague.
25    Lacks foundation.

89

1   Q. (By Mr. Harrison)  Do you understand the question?  Or I

2     can -- I can restate it.

3   A. Try to restate it.

4   Q. I'm trying to figure out where the consulting group fit into

5     the overall -- the CRM consulting group fit into the overall

6     structure.

7   A. Well, they -- they would pro-- -- I want to say commercial,

8     because there was a similar group I know in Virginia that did

9     similar work on the government side.  So I'm going to say

10    we're probably part of the commercial piece.

11   Q. Earlier you said that the CRM consulting group provided only

12    a small part of the revenue for the overall consulting group.

13     Do you know what percent they did during the 2000, 2001

14    time frame?

15   A. Of the overall consulting revenue?

16   Q. Yes.

17   A. No.

18   Q. Was it less than 5 percent?

19   A. At that time frame, I don't know what the total consulting

20    revenue was, so I can't -- I don't have a basis to give you a

21    percentage.

22   Q. Fair enough.

23     You -- with regard to the Core Technology Group, you

24    said the forecasting process -- or at least the revenue

25    targets -- were a top-down structure; right?

90

1   A. Uh-huh.  (Witness answers affirmatively.)

2   Q. Was it the same way with the CRM consulting group?

3   A. Yes.

4   Q. So could you explain to me how the CRM consulting group

5    forecasted its revenues, at least for what you were

6    responsible for?

7   A. Well, we were given an initial number, and it would be this

8    is what you need to do in the year.  But what we do is we

9    start looking at the pipeline of what potential customers we

10    have -- and we were out there with a sales team that are

11    looking at these -- and how much potential revenue each of

12    those customers could bring in if we close that deal.

13     And so I can give you an example.  If you start out

14    with a number like 20 million and you look in your pipeline

15    and a month goes by and you haven't closed any of those deals

16    and you slide them a month, for that year period, you may not

17    do 20 million.  It now might only be 19.

18     Another month goes by.  If you didn't close those

19    customers and they slid further, another delay in making a

20    decision, whatever reason, or just said, "No, we're not going

21    to do the product," if you didn't bring anybody else new in

22    the pipeline, again, you'd lower your projections.

23     I mean, you were given a target number, and then you

24    would constantly report back what you think you were going to

25    do.  And each week that would get updated based on what's

91

1    happening with current sales.

2     Does that make sense?

3   Q. Yeah, it does.  Thank you.

4     So is it fair to say, then, that the consulting sales

5    typically follow the licensing sales for the organization?

6   A. I'd say consulting sales could fall into a couple categories.

7    Certainly, license, yes.  Remember, you can always add

8    additional seats in an existing customer, and there may not

9    be any consulting revenue for that.  If it's a new customer

10    in licensed sales, then somebody is going to have to

11    implement that.

12     Does it always follow?  Not necessarily.  There were

13    third-party consulting firms, that the company that's buying

14    their licenses might go use their implementation services,

15    though generally speaking, if you have a new customer and

16    it's a new sale, you probably did get consulting revenue.

17     Then you have existing customers that want to add

18    products, want to do some customization, so you have

19    follow-on revenue with existing customers.

20     So there are a number of different buckets that revenue

21    may come out of.  It may be associated with licenses; it may

22    not be.

23   Q. Okay.  I just want to go back to the discussion of the

24    forecasting from the top, down.  And you mentioned that you

25    had provided input into that on a regular basis.  Is

92

1    that fair?

2      MS. McLAUGHLIN:  Objection.  Misstates

3    testimony.

4   Q. (By Mr. Harrison)  Is that fair?

5   A. I'm sorry.  I didn't --

6   Q. Let me just rephrase the question.

7   A. Okay.

8   Q. The initial forecasts for consulting you said was top-down

9    and --

10   A. And I'd use that for a budgetary number.  I think that would

11    be a good definition of a budgetary number.

12   Q. Okay.  So what was your involvement for --

13   A. Setting that number?

14   Q. Right.  Well, your involvement for what -- part of the number

15    you were responsible for, what was your involvement in that?

16   A. Setting that number?

17   Q. Right.  Setting the budgeted forecast.

18   A. It would -- that number, that budgetary number would, again,

19    come down from the top that'd say, "Look, for call center

20    products, we'd like to see this much revenue this year."  And

21    it could be broken on -- broken down into new customers and

22    some from existing customers.  But that number would come

23    down.  I wouldn't set that.  I wouldn't be involved in

24    setting that.

25   Q. Throughout a quarter, would you have any involvement in

ADAMS, BRIAN  6/16/2006  9:00:00 AM

93

1 altering that number?
2 A. Indirectly. Yes.
3 Q. How is that?
4 A. Well, again, if I had a -- a pipeline and I was projecting
5 revenue against that, if we saw the pipeline showed more --
6 well, you'd have your budgetary number, and if you show
7 you're going to have more revenue, they still probably
8 wouldn't change your budgetary number.
9     But if you were falling less than that -- you know, if
10 your pipeline was shrinking and you weren't getting the
11 customers, you'd report that up. Now, they may not
12 necessarily alternate -- alter the original budget number,
13 but they -- you can see that, you know, the pipeline is small
14 and we may not hit that target. So I'd say indirectly.
15 Q. And when you say "pipeline," are you referring to the
16 consulting pipeline or the licensing pipeline?
17 A. Consulting.
18 Q. And you said you'd report it up? Did you report it up, you
19 know, what you thought on a regular basis?
20 A. Each week I had to -- basically had an Excel spreadsheet and
21 had a list of potential customers on there and what we
22 thought the potential consulting revenue would be for that
23 customer.
24     And like I say, if something moved a week, you didn't
25 close it when you thought you were going to, that would

94

1 recalculate your figures for either that quarter or for the
2 whole year. And that got -- we would adjust that each week
3 and send that up. I would send mine to Todd, for example.
4 Q. When you say "we," do you mean --
5 A. I -- anyone that was doing the similar process. When I say
6 "we," "we" meaning me, but I'm sure other practice directors
7 followed the same process.
8 Q. So is it fair to say that each week you would report up what
9 you thought about the original budget and whether or not --
10 A. The status of the existing pipeline.
11 Q. And that was only for the part of the CRM consulting group
12 that you were responsible for?
13 A. Call center products. Yes.
14 Q. Call center. And that was throughout the entire 2000, 2001
15 time frame before you left Oracle?
16 A. No. There was a period where they actually were -- business
17 was so slow, I actually took on a project completely out of
18 the CRM role. Oracle had a government project that wasn't
19 doing very well. And because I had senior project management
20 experience, they asked me to go in and try to turn that
21 project around. And that put me in Columbus, Ohio, for --
22     MS. ADAMS: Six months. Sorry. I'm
23 sorry.
24     THE WITNESS: Four to six months,
25 somewhere in there.

95

1 Q. (By Mr. Harrison) You were -- okay. And --
2 A. That was just to bring -- when I bill out, that brings in
3 more money for our group, and we get credit for revenue. So
4 I actually went out to help bring in revenue for our group.
5 Q. When you say "business was slow," do you mean for the call
6 center product that you were responsible for, the consulting
7 on that product?
8 A. Just the revenues my organization was bringing in was slow.
9 It was low. So I went out and made myself billable to try to
10 bring those dollars up.
11 Q. You used the phrase "my organization." I just want to make
12 sure --
13 A. Just -- and again, I only reported on what -- business within
14 the call center products suite and my consultants -- that
15 typically, within that organization, what they would be
16 working on. So when I say "my group," it's that group of
17 consultants and myself.
18 Q. Okay. The 12 to 15 that you talked about earlier?
19 A. (Witness nods head affirmatively.)
20 Q. When you provided the input on a -- you said on a weekly
21 basis, the spreadsheet, who did you -- you provided that to
22 Todd Davis?
23 A. Yes.
24 Q. Did you have any meetings with him to discuss the -- your
25 input?

96

1 A. I probably only saw Todd half a dozen times, I think. He was
2 out of Minneapolis, so typically I would just submit that via
3 e-mail. And we did have a weekly team meeting that -- or
4 conference call, I should say, and certain people would join
5 that conference call. And if he had any questions about the
6 sheet estimated, he'd ask the questions and I'd give him
7 responses.
8 Q. Do you know who else was on the -- regularly on those
9 conference calls?
10 A. There were -- Todd had a couple of direct reports in the
11 Minneapolis office. I think one was probably responsible for
12 rolling these sheets up. She would be in there. And I know
13 that -- I know the practice director -- and I don't recall --
14 recall his name -- out of Redwood Shores. He would be on the
15 call. There are a number -- probably a half a dozen -- four
16 to half a dozen people that would be on that call.
17 Q. Do you know what Mr. Davis did with those spreadsheets after
18 you sent them in, as far as the overall forecast for -- for
19 the consulting?
20 A. My assumption is that would be passed on up the line and
21 rolled in with other -- you know, from other things coming in
22 from other organizations.
23 Q. Do you know one way or the other if your spreadsheets and
24 calculations were considered in the overall consulting
25 forecast during each quarter?

97

1  A.  Overall consulting forecast.  You mean the original top-down
2     number?
3  Q.  No.  Throughout the quarter, whether it was adjusted or not.
4  A.  Run the question by me again.
5  Q.  The original top-down number, do you know whether your --
6     your spreadsheets that you sent to Todd Davis --
7  A.  No, I don't think so.
8  Q.  -- let me finish -- were -- were -- now I lost my train of
9     thought.
10     -- your spreadsheets were used to alter the original
11     budget number throughout the quarter?
12  A.  Well, again, I would say I think the original budget number
13     doesn't change.  What you see is whether or not you're going
14     to hit that target.  And my input would -- yes.  You know,
15     it's okay.
16     I'm just going to pick a number.  If you had a $20
17     million budget and all the spreadsheets rolled up and says
18     you're going to do 10 million, then you've got a -- you know,
19     you've got a substantial variance.  I don't think you'd ever
20     alter the 20 million number, but what you would see would be
21     the variance on what you're actually going to do.
22     I hope I'm answering your question.
23  Q.  Yeah.  I guess what I'm getting at is whether you have any
24     personal knowledge if they considered those in the overall
25     consulting organization.

98

1  A.  They would definitely roll those up.  They have to get a
2     picture.  And again, I'm just going to tell you, from a
3     standard business practice, you'd have to roll all those up
4     to figure out, you know, what is Oracle Consulting going to
5     do this quarter, so -- otherwise, if you didn't do that, you
6     wouldn't know.  You would get to the end of the year and find
7     out you either hit or missed your target.  So --
8  Q.  Sure.
9  A.  -- it wouldn't be a prudent business practice not to do that.
10  Q.  Do you know if other people in the consulting group that were
11     senior to you used those reports in report -- your input in
12     forecasting the revenues for the next quarter for the
13     consulting group?
14  A.  I'm sure they did.  Do I know for a fact?  Did I personally
15     see it performed?  No.  But I assume that they would.
16  Q.  After you handed off your reports to Todd Davis and had calls
17     with him, did you have any other involvement after that in
18     the forecasting process throughout the quarter?
19  A.  Not that I recall.
20  Q.  Did you prepare any information or updates throughout the
21     quarter for any other regions of -- or practice directors at
22     the CRM consulting group?
23  A.  Can you give me an example?
24  Q.  Yeah.  I just want to find out if you had any -- if you
25     prepared any weekly updates for any other groups.

99

1  A.  Oh.  Any other groups?
2  Q.  Yeah.
3  A.  No.  Related to forecasting and --
4  Q.  Right.
5  A.  -- stuff like that?  You just said "report."
6  Q.  I meant the reports that you would --
7  A.  No.  I mean, obviously, when I went out and was doing --
8     running that other project, I had a whole different set of
9     things I had to report related to that project.  But
10     nothing -- nothing in the CRM area.  No.
11  Q.  Did you participate at all in formulating forecasts at the
12     commercial consulting level?
13  A.  No.
14  Q.  You said that you had -- creating your weekly reports, that
15     you had data for the consulting sales pipeline?
16  A.  Uh-huh.
17  Q.  Was that just -- where did you get that data?
18  A.  Well, again, we would look at a potential client; okay?  If
19     we sell this call center -- and it's got a hundred seats, for
20     example -- we had statistical information on past projects
21     that to install a call center of that size it would take
22     approximately this many man-hours of consulting services to
23     do that.
24     And of course, you'd take what you -- you know, an
25     average, your standard billing rate, and you would plug it in

100

1     there, and it would give you potential revenue for that
2     project, kind of standard forecasting.
3  Q.  Where did you gain the access to this information?  Was it --
4  A.  Who the customers would be?
5  Q.  No.  I'm actually getting at like what -- is there a software
6     program that provided this information?
7  A.  No.  I mean, some of these -- for example, it was all done in
8     Excel spreadsheet, so it wasn't like you plugged in -- now,
9     Oracle does have sheets that do that for a project for --
10     when you get a little further into the -- closing the deal,
11     they used to have AIM, which is Application Implementation
12     Methodology, and CDM, which is Custom Development
13     Methodology, and that had a whole series of spreadsheets.
14     And you could go in -- and I'm going to need three
15     DBAs; I'm going to need four business consultants, four
16     technical consultants; here's the duration of this project.
17     And you can plug in their rates, hourly rates, or their cost,
18     and you could plug in what you would bill them out for, and
19     that thing would spit you out a whole project cost.
20     But you typically don't do that level until you're
21     absolutely sure you're going to close the deal.  I mean, it's
22     a lot of work.
23     But normally, all you do is, we have -- you know what
24     your consultants on an average will bill out for; in other
25     words, a principal consultant.  You have an established

101

1    billing rate. And that's published. You can go out on
2    Oracle's Web site -- or used to -- and see that.
3         And so depending on the title -- whether it's a
4    principal, senior principal, whatever their title was, would
5    have standard billing rates, so you could plug that into your
6    sheet. You knew what their actual salaries and, you know,
7    burden cost would be, so you could plug that in, and you
8    could come up with your overall revenue.
9         And then, you know, once you remove that -- and then --
10   I think we took a standard on expenses. I forget what it is,
11   a per-hour rate. I think it was -- spent about $20 per hour,
12   U.S., toward expenses. So you could calculate, this is what
13   we could totally bring in here; this would be the cost; this
14   is what we'd pull out of that, what we'd net out of that.
15        And like I say, we had experience with -- and
16   particularly with the call center modules and, before Oracle
17   bought them, previous experience from the other company -- of
18   time and resources it would take to implement those products.
19   So we had some historical data that you could use to plug in
20   there to come up with your calculations.
21   Q. Thank you.
22        And this information that you just discussed that
23   helped you look at the forecast throughout the -- for the
24   consulting pipeline throughout the quarter, did that
25   involve -- the information that you had access to, was that

102

1    only with regard to the consultants who reported to you --
2    A. Yes.
3    Q. -- in the call center?
4    A. Yes.
5    Q. Did you have any access to forecasting or pipeline data with
6    respect to licensing?
7    A. Indirectly, other than -- and I'll explain that. Because it
8    was such a new product, the sales team would bring in either
9    people out of our organization or myself as part of the sales
10   presentation. I may hear how many possible licenses they're
11   looking at. So I would say indirectly. But I would not see
12   any detailed data on that.
13        But we would participate in the sales cycles,
14   especially to answer technical questions and discuss how the
15   products work and things like that because it was so new.
16   The sales force were used to working with the ERP products
17   and database products; had no concept of call center
18   products. But we would be there. I might hear some of that,
19   but I typically would not necessarily see the overall package
20   or deal for licenses. May or may not.
21   Q. Have you ever heard of a database called the Oracle resource
22   request browser or the Oracle resource management system with
23   respect to consulting?
24   A. Oh, ORN [sic]? I have. I forgotten. I forgotten what it
25   does. But I do recall ORM. Yeah.

103

1    Q. Do you know what information that database contained?
2    A. You know, it's been so long since I've seen it, I'm going to
3    say no. I think -- and I'm going -- I'm going to say I
4    think -- and this is just my recollection -- if you needed
5    resources, you could go out there and see what resources were
6    available, when they're available, probably their skill
7    levels, because a lot of times when you plan a project, you
8    know, you might need 30 consultants, and you only have in
9    your region ten on the bench, so you need 20 more.
10        And if it's what I'm thinking about, this would allow
11   you to go out and see what other practices had resources
12   available. And if they had the right skill sets you want,
13   you could call them up and say, "Hey, I need to use your
14   resource."
15        So that's -- and I -- it may have also -- the only
16   other thing I can think of is, out of Dallas, they had -- if
17   you couldn't find any Oracle consultants on the bench to use,
18   there was a group in Dallas that actually went out and
19   brought in outside contract people to help you fill your
20   slots. But I can't recall if that was through ORM or not.
21   Q. Okay. So is it fair to say that the ORM would give you an
22   idea of what consulting resources were available for
23   projects?
24   A. If that's what -- if that's what I remember it was, yes.
25   Q. And did you use that to determine what resources you could

104

1    use for CRM projects?
2    A. Say that again.
3    Q. Did you -- well, let me ask you, did you use that system in
4    any way?
5    A. I used that system -- and it was another -- again, if this is
6    the same system, I could also post resources I had available
7    out there so other people could see them.
8         And I would probably say, if I had somebody on the
9    bench, I would be more -- and remember, I mentioned earlier
10   that part of Core and whatever, we didn't sell any -- we
11   didn't have any direct contracts. I booked most of my people
12   through other contracts. So I would post their availability,
13   and people would see them and say, "I need this person." So
14   it was kind of a two-way street.
15        And I probably did more in putting people on other
16   projects than I did using it to bring people in because I
17   didn't -- typically didn't own the contract for the service.
18        Now, in CRM, when you got into call center
19   implementations, if we did close a contract, then, yes, I
20   would have that. But again, it was so specialized, you're
21   not going to go out in Oracle and find a call center expert
22   sitting on the bench out there. You might find a human
23   resources/fin apps guy or gal. But you -- you just weren't
24   going to go out there and find call center people.
25   Q. Just one more question about the top-down budgets that were

105

```
1    provided to you.
2        Do you know what person who cre- -- first of all, do
3    you know who created those?
4        MS. McLAUGHLIN:  Objection.
5    Q.  (By Mr. Harrison)  What -- for --
6        MR. HARRISON:  Sorry.
7    Q.  (By Mr. Harrison)  -- for the CRM consulting group?
8    A.  Who created it?  It would have been part of the commercial
9        CRM organization because that's what we're part of.
10   Q.  Okay.  Do you know what individual or individuals created the
11       top-down budget?
12   A.  No.
13   Q.  Did you ever attend any -- let me strike that.
14       Did you ever attend any calls with corporate finance
15   regarding the forecast package for the entire consulting
16   group?
17   A.  The entire group?  Probably not.
18   Q.  Have you ever heard of something called the "America's
19       forecasting package"?
20   A.  I want to say no.  It wasn't something I used.
21   Q.  Have you ever heard of something called the upside -- an
22       upside report?
23   A.  Nope.
24   Q.  How about something called "flash report" at Oracle?
25   A.  No.
```

107

```
1    Q.  Right.  So that's the second quarter of fiscal year 2001.
2        Do you recall what ORM during that period showed in
3    terms of demand for the consulting services in your group?
4    A.  No.
5    Q.  Do you recall what ORM showed in terms of demand for
6        consulting services as a whole during the second quarter of
7        2001?
8    A.  No.
9    Q.  Do you recall what it showed as far as utilization of
10       consultants in your group?
11   A.  No.
12   Q.  Do you recall what it showed as far as utilization of
13       consultants in the consulting group as a whole?
14   A.  No.
15   Q.  Are you aware generally of a slowdown in consulting services
16       around that time, the September of 2000 time frame?
17   A.  Just general across all consulting groups?
18   Q.  Yes.
19   A.  Just in that time frame?
20   Q.  Or leading up to that time frame.
21   A.  I'm going to say, in general, of all consulting groups in
22       that time frame, no.
23   Q.  Are you finished?
24   A.  (Witness nods head affirmatively.)
25   Q.  How about for the CRM consulting group in that time frame, at
```

106

```
1    Q.  Do you recall -- now, we've been talking about ORM -- the ORM
2        database.  Well, first let me back up.
3        Do you know how Oracle calculates or -- do you know
4    what Oracle's fiscal year is?  Or at least when you were
5    there.
6    A.  My goodness.  I did.  I believe it -- and I could be
7        confusing this with government.  They -- they either run, you
8        know, January through December, or they started in -- I think
9        it was October.  It's been so long.
10   Q.  Sure.
11   A.  And that's -- and I know the federal government runs that
12       budget.  And I don't know if I'm getting confused.
13   Q.  But if I told you it was June --
14   A.  It could be.
15   Q.  -- would that refresh your recollection?
16   A.  Yeah.  If you tell me that's correct, it could be.  I had
17       just forgotten that.
18   Q.  Do you -- I want to refer you to the second quarter of fiscal
19       year 2001, which was September through November of two
20       thou- -- the year 2000; okay?  So my questions are going to
21       be directed towards that time frame.
22       Do --
23   A.  September through December?
24   Q.  September through November.
25   A.  Through November of 2000?
```

108

```
1    least for the people that you supervised?
2    A.  Now, the only thing I could say is -- is at the end of each
3        quarter, when the company posts its quarterly results -- and
4        I -- I don't recall what they were quarter after quarter --
5        but typically, everyone will get a little e-mail from the CFO
6        saying, you know, this is what we did and so on.
7        But beyond that -- and I can't even tell you what they
8        were in that specific time frame.  But I just -- I can just
9        say that typically that information went out after the
10       numbers, probably about the same time they -- they published
11       the numbers to the financial community, you know, because I
12       think prior to that, they can't tell it -- people in the
13       company either.  But they would send that out, and you could
14       see the results for a quarter.
15       But I can't tell you what they were for that particular
16       time period.  I don't remember that.
17   Q.  How about for the consulting group, the CRM consulting group
18       that you were involved in?
19   A.  Well, I can just say that we were not -- closing very few, if
20       any, deals, at all.
21   Q.  Okay.
22   A.  I can tell you that.
23   Q.  And when you say "closing deals," are you talking about
24       consulting deals for the call center?
25   A.  Yes.
```

109

1  Q. And is this -- now, still referring to that general time
2     frame, second quarter of 2001, is this the time frame that
3     you recall that?
4  A. Almost the entire period that I was there with the CRM group.
5     It was -- I can just tell you it was very slow. When we're
6     closing -- it was difficult to find companies that -- because
7     it was such a new product -- that were willing to risk their
8     business on a very new product. It's not unusual in the
9     computer industry.
10    A lot of people won't buy Version 1 of a software
11    package. They'll wait until 2 comes out because they don't
12    want to find all the bugs in there for you. I'm not saying
13    Oracle software is buggy either, but that's -- that's the way
14    a lot of businesses are. They'll say, "Well, we'll wait
15    until you get a few more customers, and then we'll consider
16    it."
17    But anyway, continuing on, I was going to say, it was
18    pretty much slow the entire time. We just -- we had a lot of
19    presentations. We'd go to companies; we'd make a
20    presentation. We just wouldn't close the deal. And a lot of
21    times, that was the reason. You know, it was "too new of a
22    product" or "Maybe we want to wait until 1fi comes out," or,
23    you know, just a host of reasons.
24  Q. And when you say there was -- the demand was slow for the
25    product, are you still referring to the call center?

110

1  A. Yes, call center.
2  Q. Do you have any insight into any other products there was a
3     slowdown during that time frame?
4  A. You know, normally there were other people that represented
5     those products. And just my feeling across the CRM product
6     line as a whole, I think it was a little -- a little slow.
7     And -- now, not knowing what the an- -- across the
8     whole product line what the anticipated number of sales were,
9     I can't tell you if it really was slow or less than it should
10    be. But it just seemed like we were having trouble, when I
11    was involved, in closing some of the deals because it was
12    such a new product.
13  Q. Do you know if the consulting organization as a whole missed
14    its -- its budgeted forecast for second quarter of 2001?
15  A. No, I don't. It's been so long ago, I do not. And like I
16    say, I would have seen -- you know, when they posted numbers,
17    I would have seen that. But I just don't recall.
18  Q. Do you know if Oracle's consulting business dried up in -- in
19    the second quarter of 2001?
20  A. We're talking the same period, aren't we?
21  Q. Right. And I'm talking about the organization as a whole.
22  A. Oh.
23    MS. McLAUGHLIN: Objection. Vague. It's
24  asked and answered.
25    MR. HARRISON: Okay. Let me strike that

111

1     question.
2     THE WITNESS: Okay.
3  Q. (By Mr. Harrison) Do you know if the CRM consulting group
4     budget -- forecasted budget that you were responsible for
5     missed its budget in second quarter of 2001?
6     MS. McLAUGHLIN: Vague.
7     THE WITNESS: We probably missed our
8     target numbers, like I say, pretty much quarter after
9     quarter.
10  Q. (By Mr. Harrison) During the time frame that you were in the
11    CRM consulting group?
12  A. Yeah. And again, I'm talking more around the call center
13    products, that we probably missed that quarter after quarter.
14  Q. Do you know how much each quarter that group -- the group
15    that you're responsible for missed its budgeted forecast?
16  A. Not anymore. It's been too many years. Sorry.
17  Q. Do you know what other regions or product lines of the CRM
18    consulting group -- how -- whether or not they hit their
19    budget numbers quarter after quarter while you were there?
20  A. No. I mean, my recollection is just vague conversations that
21    overall the CRM product was having difficulty in selling
22    professional services. But, you know, that's just probably
23    conversations I've heard. I can't give you any stated
24    numeric values to support that.
25  Q. Okay. Now, for the consulting group as a whole, in the

112

1     second quarter 2001 that we've been discussing, fiscal year
2     2001, do you know if the consulting group initiated a hiring
3     freeze for consultants?
4  A. I can tell you, my years with Oracle, hiring freezes were on
5     and off the entire time. I would say quite possibly we did.
6     And I know that in some points in time when I was in the CRM
7     group we did. I can't tell you if it was precisely in that
8     quarter. Not today. It's been, again, too long.
9     But, you know, my experience with Oracle is -- is --
10    you know, if business is slow -- and by the way, there's
11    certain periods around Christmas you just do not sell
12    products. And typically, you don't go out and hire staff at
13    that time. But that occurred the whole time I was at Oracle.
14    And that -- you know, the business, to a degree, was
15    cyclical.
16    For example, on the government side, the federal
17    government budget didn't kick in until October. Well,
18    they're not going to buy anything June, July, and August. So
19    their sales are slow. And that's just standard for Oracle in
20    the business they're in.
21    But back to your question. For this particular period,
22    I know when I was with the CRM group we did have a hiring
23    freeze. There may be more than one. I just can't tell you
24    if it was precisely that time frame. And it was related to
25    the fact that we weren't getting the sales. Or the

113

1  professional services, I should say.
2  Q.  And I think my question was targeted towards the entire
3  consulting organization, and I think you were referring to
4  the CRM consulting group for which you were responsible.  Is
5  that a fair statement?
6  A.  Yes.  If I may, even generally across Oracle, consulting as a
7  whole, our business's cycle -- or it was.  There were certain
8  times of the year you don't do a lot of business.  No one
9  does an implementation over the Christmas holidays.
10  Q.  Right.
11  A.  It doesn't happen.  People don't -- a lot of companies,
12  that's their biggest time of the year.  They're not going to
13  bring their systems down.  So -- and that's just standard.
14  You see that year after year.  That's nothing unusual.
15      And like I say, on the government side, the government
16  generally doesn't spend much the last three months of the
17  fiscal year.  Now, after October, November, December, they
18  start spending money.
19      So generally, you'll just see little -- you'll see
20  slowdowns certain times of the year.  And at times there may
21  have been a hiring freeze.  I can't tell you what dates
22  specifically.
23  Q.  Okay.  And you're referring to the CRM?
24  A.  The whole -- I'm just saying the whole -- I mean, even when I
25  was with Core Technology, occasionally we'd have slowdowns,

114

1  and we said -- and we'd have scheduled to hire four or five
2  people in the budget and say, "Ah, put them on hold.  Wait
3  until the numbers come up."
4  Q.  Okay.  Do you recall anything specifically with regard to the
5  second quarter 2001 you'd been discussing?  Do you recall any
6  hiring freeze specific to second quarter 2001 that you'd been
7  discussing?
8  A.  Globally or just for --
9  Q.  Let's start with globally.
10  A.  Well, I'm going to say, for my group, in that very specific
11  period, I -- I can't tell you.  I can just only tell you that
12  within my group, the period of time that I was there, we did
13  have hiring freezes.  Was it precisely in that quarter?  I
14  don't recall.
15  Q.  Earlier you mentioned the word "on the bench."
16  A.  On the bench, on the beach.
17  Q.  What does that mean?
18  A.  A consultant -- a consultant that's not on a project.
19  Q.  Okay.  And that's how it was used at Oracle as well?
20  A.  I beg your pardon?
21  Q.  That's how that term was used at Oracle?
22  A.  That's exactly how it was used.
23  Q.  Do you recall that in the two thousand -- the second quarter
24  of 2001 time frame that there were significant amounts of
25  consultants in your group on the bench?

115

1      When I say "your group," I'm referring to the --
2  A.  I would say --
3  Q.  -- that you were --
4  A.  I would say -- I would say I could almost say there were.  I
5  can't tell you what percentage.
6      But again, I'm going to say, you know, the -- the call
7  center sales were slow.  So just pretty much across the board
8  it was often tough to find opportunities to place these
9  people on.
10  Q.  How about for the consulting organization as a whole?  Did
11  you have any insight as to, were there significant amounts of
12  consultants on the bench during that time frame?
13  A.  No.  I can't tell you that.
14  Q.  During the second quarter of 2001 time frame, for the people
15  that you were responsible for in the CRM consulting group, do
16  you know what their utilization rate was?
17  A.  I'm going to say -- is that average across all the
18  consultants in the group?
19  Q.  I'm talking -- well, first -- and by the way, I'm still
20  referring to the second quarter 2001.
21  A.  Right.  And you're talking just my group?
22  Q.  Right.
23  A.  Average across all the consultants?  I can say that some of
24  the top consultants -- like Bill, for example -- and there
25  were a couple others that had many years of experience -- it

116

1  was very easy to keep them placed.  We had a couple of people
2  that wrote scripts, and it was very easy to keep them placed.
3      So probably a large group of the people, it was very
4  spotty, you know.  You'd get a couple, three days here and
5  there for them.  That was about it.  But some of the best
6  people, you could almost -- even in the slow periods, you
7  could almost find work for them.
8  Q.  When you say "across the group," are you still referring to
9  the call center?
10  A.  Just the call center group.
11  Q.  What about the CRM group as a whole?  Well, let me -- let me
12  back up.
13  A.  Okay.
14  Q.  And I asked you if you knew the utilization rate.  Do you
15  know approximately what the rate was for your group?
16  A.  Across all the people?
17  Q.  For your group.
18  A.  Say that again.
19  Q.  For your group.
20  A.  No, not numerically.  I don't recall what it was.
21  Q.  Do you know whether in the second quarter of 2001 it was
22  unusually low for the entire consulting organization?
23  A.  That, I can't tell you.
24  Q.  Now, entering the third quarter of 2001, which is December
25  through February -- okay? -- I think I said "2001" -- which

ADAMS, BRIAN  6/16/2006  9:00:00 AM

117

1   is December 2000 to February 2001, did you have any insight
2   as to whether the CRM consulting group that you were
3   responsible for, the call center group, would hit its
4   budgeted financial projections?
5   A. It would or did?
6   Q. Whether it would.
7   A. And this is going into the early part -- end of 2000, early
8   part of 2001?
9   Q. Right.
10  A. And that's the whole CRM group?
11  Q. First I want to start with the group that you're responsible
12  for.
13  A. I'm going to say no. I -- I don't think we hit a target the
14  entire period that we were -- that I was there.
15  Q. Okay. And I -- I think my question was a little different.
16  It was whether or not you had any insight at the beginning of
17  the quarter of whether or not you'd hit your budgeted
18  numbers.
19  A. Oh. If I would?
20  Q. If you did, for third quarter 2001.
21  A. Okay. You kind of lost me on there. Are you asking me for
22  the third quarter if I knew at the start of the quarter
23  whether we would hit it --
24  Q. Yes.
25  A. -- or more toward the end of the quarter if we were going to

118

1   hit it?
2   Q. Towards the start.
3   A. Toward the start -- in reality, for the whole period of the
4   year, we were beneath our target budget. Going into a
5   quarter, again, we would have a pipeline. We'd go through a
6   week, and we'd see if we made any progress on that pipeline.
7   If we didn't, we'd adjust our projected revenue down. Then
8   the next week, we'd adjust it down.
9       So at the start, the only thing I can say is you would
10  hope that you would close those deals. Nothing to indicate
11  that we would or would not.
12  Q. And I'm talking about that specific quarter, through third
13  quarter 2001. Do you remember anything specifically with
14  regard to that quarter?
15  A. I can tell you that across the board quarter after
16  quarter we were below the target.
17  Q. And throughout that quarter, including the beginning, did you
18  make Todd Davis aware of the fact that you didn't believe you
19  would hit your budget numbers?
20  A. We turned those sheets in every week, so he knew exactly
21  where we were each week.
22  Q. Did those sheets provide any judgment by you about whether or
23  not you would hit your targeted numbers?
24  A. I -- the sheet may have had a probability of closing those
25  deals. We might have even prioritized the order that they

119

1   might close in. I'm trying to recall. It's been so many
2   years ago. But it seems like we may have had a probability
3   of closing, a percent. You know, this one is a 75 percent
4   chance we'll close, and here's why. Or it's only 50 percent
5   or something like that. I believe that was on there.
6   Q. Did you have any insight as to whether the consulting group
7   as a whole would hit its budget numbers for third quarter of
8   2001, beginning of the quarter?
9   A. No. That was, again, December, January -- no.
10  Q. Now, you had said that during the entire time you were there
11  that group that you were responsible -- responsible for did
12  not hit its budgeted numbers each quarter; correct?
13  A. That's correct.
14  Q. Do you know whether or not -- specifically with regard to
15  third quarter 2001 whether the consulting group as a whole
16  hit its budgeted numbers?
17  A. I don't recall now. And again, I'll just let you know, at
18  the end of each quarter, you know, we'd get a little
19  financial blurb from the CFO saying what we did. But, my
20  goodness, I don't remember. It's been too many years ago.
21  Q. Okay. Specifically with regard to third quarter of 2001, do
22  you recall how much the CRM group you were responsible for
23  missed its numbers by?
24  A. No. Numerically, no, I don't. It's been too long ago, and I
25  don't have any documentation on it.

120

1   Q. Do you have any insight as far as a percentage? an estimate?
2   A. For that quarter?
3   Q. Right.
4   A. It would be a guess on my part. Probably -- and again, I'm
5   just going to say it was probably less than 50 percent. But
6   that's a guess. I just don't -- I just don't recall. Like I
7   say, if you took four out of the group of people and they
8   were fairly well booked and the rest were not and they were
9   just spotty opportunities, then ...
10  Q. Are you aware of whether or not Oracle as a whole missed its
11  budgeted forecast for third quarter 2000 -- 2001?
12  A. Again, the only access -- I don't recall.
13  Q. If I told you that Oracle did miss its numbers for that
14  quarter, would that refresh your recollection?
15  A. I mean, if you -- if you showed me the financial reports for
16  that period, I would say okay; they missed them. I would
17  agree with what I looked at. Yeah.
18  Q. Do you know how much -- your CRM consulting group that you're
19  responsible for, how much the miss in that quarter
20  contributed to the miss as a whole?
21  A. No.
22  Q. A large amount?
23  A. I don't think so. I mean, just overall, I think C- -- CRM
24  was probably a very small piece, professional services,
25  because, again, it was just getting started, it was a small

121

1 group; whereas some of your consulting practices probably
2 had, you know, thousands of consultants. And overall CRM,
3 you're probably less than 50, maybe, or so.
4 So -- I mean, even on -- even on ideal situations,
5 those early years, they're just not going to be a big -- it's
6 going to be like dropping a penny in the Pacific Ocean, I
7 think. You know, it's not going to make a big impact.
8 New product line, low sales, small group of people.
9 It's just -- numerically, it would not make a big impact on
10 the overall consulting sales.
11 Q. All right. I want to discuss Suite 11i a little bit,
12 which -- and we've been talking -- we've been talking about
13 the call center CRM module; right?
14 A. Uh-huh. (Witness answers affirmatively.)
15 Q. Was the call center CRM module part of the larger Suite 11i
16 products of Oracle?
17 A. Well, it was. Remember, it started in 9i. But it was still
18 available, and it was still compatible with the 11i products.
19 The call center module really could work with just about any
20 product that has open APIs.
21 Q. Okay. So what you're saying is that the call center
22 application started out as the 9i release and then it
23 eventually became part of the Suite 11i release?
24 A. I think it was around even before Oracle had 9i. Remember,
25 we bought another company. It was already selling that

122

1 product out there. But yeah. I think -- I'm pretty sure it
2 started out with 9i. And that was about the point that
3 Oracle, I think, purchased it.
4 Q. Did you have any involvement in -- in consulting or
5 implementing other modules as to the 11i at customer sites?
6 A. No.
7 Q. So your responsibility was solely with regard to the call
8 center application?
9 A. Yes.
10 Q. And that was also the responsibility of the 12 to 15
11 consultants that you supervised?
12 A. Are you -- maybe this is not important. But -- continuing
13 on. I just think that if you understood what the call center
14 package was -- I'm not sure if some of your questions, you
15 would ask those. I mean --
16 Q. Okay. Well --
17 A. I mean, call center -- a call comes in. What a call center
18 module does -- and you've probably experienced this. Like
19 when you call your bank and you say "Do you want a balance
20 inquiry?" or "Do you want to talk to a person?" you select a
21 number, and the system automatically routes you to who you
22 want to go to.
23 Or it may even know, if it asks you an account number,
24 a Social Security number, whether or not you're a business
25 account, an individual account. It's intelligent call

123

1 routing. That's really what this package does.
2 And like I say, Oracle bought a company that had all
3 this. It could run with a number of phone switches out there
4 in the marketplace. And it was, to some degree, autonomous.
5 You could use it with Oracle -- other Oracle products or not.
6 You could use it with a host of other products. So it was to
7 a large degree very independent, if that makes sense to you.
8 Q. That does make sense.
9 A. Okay.
10 Q. And is this the same -- did Oracle implement this module for
11 its own use internally? For example, support --
12 A. Not while I was there.
13 Q. -- organization?
14 A. Not when I was there. And we were asked that question by a
15 number of clients when we're out there making a sales
16 presentation. "Oh, do you use this product in your call
17 center?" And that was a tough question to answer and say
18 "no" to.
19 Q. Uh-huh.
20 A. But I think that probably had a little impact on the number
21 of sales. But I think at one point in time they were
22 discussing using that product. I don't know if it's -- it's
23 happened.
24 Q. Okay. And to follow up on that, do you know what the reasons
25 were that Oracle did not implement it during the time that

124

1 you were there?
2 A. I can only speculate. I mean, they had an existing system.
3 And I know they were talking about doing it. And maybe
4 they'd done it since then. It's like anything else. Anytime
5 you want to make a major change in something that -- that
6 supports your -- a large business process, you know, it's a
7 matter of timing.
8 But no. Firsthand knowledge, no, I don't. I just know
9 that had they been using it we probably would have had a few
10 more sales. As it was, we would have to take -- if somebody
11 wanted to see the product work, we'd have to take them to
12 another site, a customer site, a user-referenceable site to
13 be able to do that.
14 Q. Do you know when Suite 11i was released, the initial release
15 of it was?
16 A. Was it around March of 2001? I -- I just -- I just -- I
17 don't recall.
18 Q. If I told you that it was -- if I represented that it was May
19 of 2000, first release, would that refresh your recollection
20 at all?
21 A. Well, it could be. I mean, like I say, some of these things
22 were coming out in bits and pieces, and some applications
23 would become available. When you say the suite of 11i, are
24 you talking just CRM products, or are you talking about ERP
25 products as well?

125

1  Q. I'm talking about the entire suite of ERP products.
2  A. Well, see, the entire suite didn't roll out all at once. I
3     mean, the ERP products came out well before the CRM pieces.
4     But then bits and pieces of modules of -- like online sales
5     order bookings and things like that came out, because that
6     would integrate with the existing ERP system.
7        So it came out. Overall, it just wasn't "boom."
8     Everything came out in May. I think probably May was more
9     along the lines of the ERP products. For some reason, I'm
10    thinking more of the CRM pieces came along -- and I could be
11    wrong on that day -- but it seemed like they came along more
12    in March of '01. But it's been so many years, I could be
13    wrong on that.
14  Q. Okay. Do you recall, before the first release of Suite 11i,
15    that Oracle executives announced that it wouldn't -- the
16    release would not contain a lot of CRM modules?
17  A. Say that again.
18  Q. Do you recall that -- before the May 2000 release of the
19    initial suite, do you recall that Oracle executives announced
20    that the first release would not contain certain CRM modules?
21  A. I don't recall it, but I'm sure they probably would have done
22    that. It wouldn't surprise me if they did. I mean, usually,
23    when you're going to release something, you have the
24    published document saying what all is going to be included in
25    the release -- that's pretty standard -- and -- and what's

126

1     not going to be in there. And sometimes they even tell you
2     approximately when other pieces will be available. But
3     they're usually a little hesitant to give you a fixed date.
4     But that's not unusual.
5  Q. Now, during your role as practice director of the CRM
6     consulting group, did you have any software development
7     responsibilities?
8  A. Personally did I write code or did I manage developers?
9  Q. Did you write code?
10  A. Probably only once in my entire career did I ever write code.
11    And that was many years before Oracle. But no. When I was
12    at Oracle, I didn't do any code writing.
13  Q. Now, during your time as practice director of CRM consulting,
14    did you supervise any code developer -- or developers?
15  A. In the CRM?
16  Q. Yes.
17  A. No. During my Core Technology period, yes.
18    Let's clarify when you say "write code." Now, there
19    are customizations a customer may ask for that Oracle
20    Consulting does. Now, they're doing coding, but it's not
21    standard application coding, so -- your question is kind of
22    general. I'm not sure -- if you're just talking about
23    developing applications for Oracle, the answer is no.
24  Q. And that was my question.
25  A. Okay.

127

1  Q. But you did assist in writing code for customers that asked
2     to customize the project -- or the product when it was
3     implemented?
4  A. Sometimes you had to integrate with other switches and things
5     like that, and you'd have to do -- just pass the data between
6     the switch and the software product that does advanced call
7     routing. Yes. You'd have to write up some customizations or
8     some code for that.
9        And also, they had scripting that you could do for call
10    center. So like if you're sitting in a call center, you had
11    a script that says, "Introduce yourself; ask the customer
12    what they want or 'What product do you have?'" And we could
13    develop those scripts, that the person actually sitting in
14    the call center would simply ask those questions and record
15    the answers to them according to the requirements of the
16    business.
17  Q. Okay.
18  A. But again, that's more customization than it is -- we offered
19    the scripting tool as a standard product, but that's more of
20    a customization for a customer.
21  Q. Were you ever involved -- and again, I'm talking about Oracle
22    applications only --
23  A. Okay.
24  Q. -- on the customer site. Were you ever involved in product
25    testing of Suite 11i or any part of it?

128

1  A. It depends on how you define "involved." There were some
2     customers that -- I attended weekly status meetings that we
3     may had a piece of a call center component going in there,
4     and because that was going in, I would attend that meeting.
5     And I'd get -- hear the overall status of all the project at
6     that time, problems they were running into. One or two of
7     those, I think, come to mind.
8        But -- I don't know if that answered your question.
9     But I -- I was not necessarily there on-site, but I would
10    just attend the call by the project manager that was running
11    that project and get a status of -- you know, "Here's where
12    we're at; here's the things that we've accomplished; here's
13    something we're behind on," or, you know, whatever --
14    whatever he would report out and the status.
15  Q. And I guess what I was referring to is just kind of the
16    testing of the product before it was released.
17  A. Oh, before it was released?
18  Q. Yes.
19  A. Oh. You're talking about coming out of Redwood Shores?
20  Q. Right.
21  A. I would periodically get little blurbs of information that --
22    about some of the issues that might be there. But I was
23    never really involved. I didn't attend the regular meetings.
24    But, you know, it could be information that was passed down
25    or that -- that someone else heard and just brought it up.

129

1      And, no, I didn't attend any regular meetings scheduled
2   by Redwood Shores as to the test results of the applications.
3   Q.  Okay.  Do you know how Oracle tested Suite 11i before each
4      release?
5   A.  I do not.
6   Q.  You weren't involved in that process at all?
7   A.  No.
8   Q.  Were you involved in the decision at all of when to release
9      Oracle Suite 11i?
10  A.  No.  No.  No.
11  Q.  Did you have any input in that at all?
12  A.  No.  I wished I had.  But no, I didn't.
13  Q.  When you say you wished you had, what do you mean by that?
14      THE WITNESS:  I probably shouldn't have
15   said that.
16      MS. ADAMS:  Don't say that.
17      THE WITNESS:  When you're out in the
18   field and you're standing in front of the customer and you're
19   implementing a product that has bugs, you know, it's always
20   nice to say, "Gee, maybe I wouldn't have released it just
21   yet," because you're the one who's catching the flak for it.
22  Q.  (By Mr. Harrison)  Uh-huh.
23  A.  That would be -- you know, what do you call that?  An
24   editorial comment, I guess I would say.  But that happens
25   almost to everybody who is in the consulting business and

130

1   you're out there implementing products.
2      But -- but obviously, there are other things that go
3   into that decision process.  And you may know that there are
4   problems with certain functionality.  And you've got
5   commitments to customers, and you have to go ahead and
6   release that product.
7      Just -- I mean, in all the years I've been in the
8   software business, I've never seen any company at all that's
9   ever put a product out there bug-free.  That's a simple
10   statement of fact.
11      And the consultants that are out there usually have to
12   deal with that.  And that's why I made that editorial
13   comment, because if you're out there in front of the customer
14   and they're picking on you, you know, you have to deal with
15   it.
16  Q.  Right.
17  A.  And ideally it would be nice if it was a hundred percent
18   bug-free, but it just doesn't happen.
19  Q.  In your experience, did you have any knowledge of whether or
20   not you -- you thought Suite 11i was released too early?
21  A.  Say that one again.
22  Q.  I agree that wasn't worded -- was poorly worded.
23      Did you have any knowledge of -- well, did you believe
24   that Suite 11i was released too early?
25  A.  You're asking a personal opinion.  And I would say there's

131

1   two answers to that:  Yes and no.
2      From a consultant side, being out there, I know that it
3   had a lot of problems, and from that perspective, I would say
4   yes, it was released too early.
5      I also know that, from a business side, when you commit
6   to a major release, the financial community expects you to
7   release that product on time.  If you don't, your stock can
8   take a severe hit.
9      So if I were to put on my Larry Ellison hat or
10   financial hat, I'd say, "Nope, didn't release it too early.
11   We met our stated release date."
12      But on a consulting side, I'd say yes, it did, because
13   it had a lot of problems that we had to fix in the field.
14  Q.  When you say "problems," are you refer- -- are you referring
15   to bugs?
16  A.  Bugs.
17  Q.  What do you understand the "bug" to refer to in this context?
18  A.  Anything -- well, "bug" is a broad term, and sometimes you
19   can categorize them into -- to maybe three categories.
20   Anything that impacts functionality of the system and
21   precludes it to run successfully is probably a severe bug.
22      Anything that's more cosmetic -- like you have --
23   you're on one screen, the background's red; and you go to
24   another screen, the background's green, that's usually
25   considered a minor.

132

1      But basically a bug is something that is incorrect.  It
2   could be -- "perform better function" is a term that you use
3   a lot of time.
4      But a bug is generally something that's -- that's not
5   quite correct with the operation of the system.  And like I
6   say, it comes in varying severities when you use the term
7   "bug."
8   Q.  Okay.
9   A.  One screen may have a "Oracle" logo on it, and you go to the
10   next one, it doesn't.  How bad of a bug is that?  None.  You
11   can still do your business.  So that's an example of a very
12   minor ...
13      MS. ADAMS:  Cosmetic.
14      THE WITNESS:  Huh?
15      MS. ADAMS:  Cosmetic.
16      THE WITNESS:  "Cosmetic" is another term.
17  Q.  (By Mr. Harrison)  Would you agree that it's not unusual for
18   a large-scale software release to have -- early release to
19   have --
20  A.  Early release to have problems?
21  Q.  Yes.
22  A.  That's not unusual at all.  That's usually why -- I use the
23   term often "beta testing."  You'd find a few customers that
24   are willing to take that risk and take your product and check
25   it in a real-time environment.

133

1   Q.  Do you have any insight as to whether or not the early
2       release of Suite 11i was buggier than other releases at
3       Oracle?
4   A.  Are you talking about 11i as a whole?
5   Q.  Yes.
6   A.  As a whole, yes.  But I think there were parts of it that
7       were probably less buggy.  For example, like some of the ERP
8       modules were probably less buggy.  But when you put them all
9       together and put CRM on top of it and try to use it as an
10      entire suite, there were a number of problems.
11  Q.  Did you understand that Suite 11i was the largest software
12      release that Oracle had ever come up with?
13  A.  It was.  They restructured the entire architecture of the
14      application as they went to the TCA architecture for the data
15      model, which was a complete restructure, which almost meant
16      rewriting every application out there.  Everywhere it
17      touched, the database required changing.
18          It was also more Web-enabled.  It went away from more
19      thick-and-thin client down to fully browser-capable.  So it
20      was a significant change.  Yes.
21  Q.  In your role at Oracle, were you involved in actually fixing
22      software bugs in the product?
23  A.  When you say "involved in fixing," was I writing code?
24  Q.  Well --
25  A.  If we -- if you identify a bug in the field, a standard

134

1       practice is for a consultant to fill out a bug report and
2       submit that back in.  So almost any consultant can -- at that
3       level can participate by simply recording what they saw, what
4       they observed, what the environment was, and submit that back
5       so that the R and D group can test it and see if they can
6       duplicate it.  And if they can, they can fix it.
7   Q.  Did you ever issue a -- do you know what a "technical
8       assistance request" was at Oracle?
9   A.  Say that again.
10  Q.  "Technical assistance request," or a TAR.
11  A.  Oh, my God Almighty.  Did I ever issue one --
12  Q.  Yes.
13  A.  -- myself?
14  Q.  Yes.
15  A.  No.
16  Q.  Did you ever create any patches?
17  A.  Did I?
18  Q.  Yes.
19  A.  No.
20  Q.  Suite 11i.
21          Do you know what the term "patch" refers to with regard
22      to software?
23  A.  Uh-huh.  (Witness answers affirmatively.)
24  Q.  What does it refer to?
25  A.  Basically it's a fix to a problem in software.  For example,

135

1       like I gave you, one screen is red and one is green.  You go
2       back and make the red screen green so now both greens match.
3       So that's -- that could be a fix.  Generally it's probably
4       limited to a small piece of code, and it fixes a specific
5       problem.  That's usually what you call a "patch."
6           But there are other terms.  Sometimes you get into
7       terms of -- well, a patch -- I don't want to go down that
8       road.  That's a lot of explaining to do.  A patch is
9       fixing --
10          MS. ADAMS:  A workaround.
11          THE WITNESS:  -- anomalies --
12      Well, no.
13      A patch is not a workaround.  A workaround is just
14      that.  You haven't fixed the problem.  You found a way to
15      work around it and perform your business without fixing the
16      problem.  A patch is just fixing an anomaly in the software
17      code.  We'll leave it at that.
18          MS. McLAUGHLIN:  I think this is probably
19      a good time to break.
20          MR. HARRISON:  Sure.
21          MS. McLAUGHLIN:  Why don't we go off the
22      record for lunch.
23          MR. HARRISON:  Okay.
24          THE VIDEOGRAPHER:  We're going off the
25      record at 12:36.

136

1               (A lunch recess was taken.)
2
3           THE VIDEOGRAPHER:  We're back on the
4       record at 12:59.
5   Q.  (By Mr. Harrison)  Good afternoon, Mr. Adams.
6   A.  Good afternoon.
7   Q.  You understand you're still under oath?
8   A.  Yes.
9   Q.  We were discussing Suite 11i before we broke.  And I wanted
10      to ask you, the time periods that we've been discussing are
11      second quarter of 2001, third quarter of 2001 -- so September
12      through February -- does that make sense?
13  A.  Yes.
14  Q.  Are you aware of any customers that decided not to license
15      Suite 11i software during that time due to quality concerns
16      about the product?
17  A.  I'm not going to say due to quality concerns.  We had a
18      number of customers, as I indicated earlier, that didn't want
19      to be -- take the risk of going on a new product.  FedEx is
20      one.  That would have been a nice big account.  But it was
21      basically because the product was just so new and we didn't
22      have any other large installed base, you know, to reference.
23          So I would say there were probably more customers in
24      that category, because generally you don't go around touting
25      your shortfalls when you're trying to make a sale.  So

137

1  customers generally probably don't know if a product is buggy
2  unless they talk to other customers.  And since it was so
3  new, there weren't that many there.
4  Q.  When you're talking about "the product," are you talking
5  about call center specifics or Suite 11i as a whole?
6  A.  I'd say Suite 11i as a whole.  But FedEx for us was -- was a
7  lot of CRM-centric products that they were looking at in that
8  account.
9  Q.  And did FedEx indicate to you personally that they didn't
10  want to be involved in the early release of a product?
11  A.  I was part of the presentation team that was there.  And that
12  was their response back.  They said, you know, "It was just
13  too new of a product for us to take a risk on."
14  Q.  It didn't have to do with anything regarding specific
15  problems with the product?
16  A.  Not to my knowledge.  I don't know that they knew of any.
17  Q.  How about any other customers during that time frame?  Do you
18  recall any specifically?
19  A.  I mean, we talked to a number of customers.  I -- but it was
20  all pretty much the same.  I'll just say, I don't know of
21  anyone that said, "We're not going to take your product
22  because it has too many problems."
23  Q.  Did you have any involvement in sales to Mutual of Omaha?
24  A.  Mutual of Omaha.  I don't think I -- I participated in Mutual
25  of Omaha.  There was an Old Mutual in Cape Town, South

138

1  Africa.
2  Q.  I'm sorry.  Mutual of what?  Mutual --
3  A.  It was Old Mutual in Cape Town, South Africa, that was
4  interested in the call center products.  But I don't recall
5  off the top of my head anything with Mutual of Omaha.
6  Q.  Did --
7  A.  It doesn't mean we didn't have an opportunity there.  I just
8  don't recall that.
9  Q.  How about Foster's Beer?
10  A.  Foster's was interested in our product.  I don't know where
11  that -- Foster's came along and Telecom New Zealand came
12  along just about the time I went on that project in Columbus.
13  So I'm not quite sure how those wound up.
14  Q.  Okay.  Did either of those, Foster's or Telecom
15  New Zealand -- did they decide not to replace Suite 11i due
16  to product concerns?
17  A.  Again, I was getting involved in the early sales and asked to
18  do some conference calls and things like that.  But I don't
19  know where it wound up.  Like I say, I went off on that
20  project in Columbus, Ohio, and I just don't know where they
21  wound up.  And I don't know today if they took or didn't take
22  the products.
23  Q.  Okay.  Before we broke, we were talking about testing and the
24  release date for Suite 11i.
25  Were you aware one way or the other whether Oracle

139

1  management was responsible for the decision to release the
2  11i when they knew that the product was not ready for
3  release?
4  A.  Do I know for a fact if they knew that?
5  Q.  Yes.
6  A.  No.
7  Q.  And again, you know, I'm only asking for your personal
8  knowledge, not speculation.
9  A.  Yeah.
10  Personal knowledge, no.  I mean, I was out on the East
11  Coast.  I just didn't deal with Oracle management on a --
12  senior management on a day-to-day basis.
13  Q.  So you don't know one way or the other whether they knew it
14  was released too early?
15  A.  Not firsthand.  No.
16  Q.  You say "not firsthand."  What do you mean?  Was there --
17  A.  The only -- I mean, the only thing I can think of is, I'm
18  sure that -- that R and D provides reports on the status of
19  products to management.  You know, "This is the bug count.
20  This is where we're at on fixing it."  And management looks
21  at that and will make a decision.  You know, "Are we going to
22  release it with this or not?"  That's an assumption.  I mean,
23  that's pretty standard in the industry.
24  Firsthand, I can't tell you that that was done or not.
25  I just assume they have some similar process that they would

140

1  follow.
2  Q.  I'm going to ask you about specific implementation product --
3  A.  Okay.
4  Q.  -- projects --
5  A.  Okay.
6  Q.  -- projects at customer sites that you were involved in.
7  A.  Okay.
8  Q.  Sitting here today, do you have any knowledge of Oracle --
9  specific Oracle customers who had implementation problems
10  relating to the Suite 11i?
11  A.  Yes.
12  Q.  Can you think of anybody -- any customer specifically?
13  A.  HostCentric.
14  Q.  Let's talk about HostCentric for a little bit.
15  How were you involved in the implementation?
16  A.  I had a couple of people on the project out there, and each
17  week I attended the project managers' -- I guess I'd call it
18  a status conference call.  So I would listen in and hear the
19  status of the project.
20  Q.  Do you know when their implementation was taking place?
21  A.  That would have been around -- I don't recollect.  February,
22  maybe, of '01, or March.  I just don't recollect exact dates.
23  Q.  Do you know whether HostCentric was an early adopter of the
24  first release of software from Oracle?
25  A.  They were the first customer that took -- or implemented

141

```
1    the -- almost the entire suite of products, ERP and CRM.
2        HostCentric was going to -- too much.  Keep going.
3    Q.  Okay.
4    A.  Be brief.  Sorry.
5        MS. ADAMS:  That's right.
6    Q.  (By Mr. Harrison)  Now, you said you had calls -- sorry.  I
7    don't recall the frequency of the calls that you had
8    regarding the implementation.
9    A.  I attended a weekly conference call on that.
10   Q.  Who was involved in those calls?
11   A.  Oh, my goodness.  I can't tell you by name, but I know the
12   project manager obviously was.  I know that I was tuned into
13   it.  I don't recall who else -- because it was a conference
14   call, I don't recall who else was out there on the phone
15   lines.
16   Q.  Anyone else from Oracle that you know?
17   A.  Oh, I think everybody that was out there was Oracle that did
18   it, that was either in the room with the project manager or
19   called in was Oracle.  I think there were people from R and D
20   and some other folks out there, but I don't recall names.
21   But it was a weekly call.  And I know there were a group of
22   people that were dialed in.
23   Q.  Was your involvement related to the call center application?
24   A.  Because we had some call center products going in, I was
25   tuned into the call.
```

142

```
1    Q.  Is that the reason why you were involved?
2    A.  Yeah.
3    Q.  What were the nature of the problems that HostCentric was
4    facing in its implementation of the suite?
5    A.  There were many bugs in the system.  It seemed that the
6    financial suite would communicate well with itself.  It
7    wouldn't communicate well with the CRM products.
8        And likewise, certain modules would communicate well
9    together and exchange data, others would not.  And there were
10   some problems with data actually even being written to the
11   database.  Sometimes it would not even get written there.  I
12   mean, it was just many problems.
13   Q.  So the problems had to do with the way the individual modules
14   communicated with each other?
15   A.  There were probably a lot of things.  But that was certainly
16   one.
17   Q.  And do you know what -- was that a bug that was -- or bugs
18   that were causing the products not to speak with each other?
19   A.  Say that again.
20   Q.  Were there bugs -- what was the reason for the products not
21   being able to communicate?  Or --
22   A.  That's -- that's --
23   Q.  -- what were the individual modules?
24   A.  I mean, that's probably it.  Maybe the API -- give an
25   example -- maybe an API is not documented correctly.  When
```

143

```
1    you go to pass data in an API, if it's not documented
2    correctly, it could be a number of things.  You're not
3    passing the data in the right format; you're not -- the call
4    to the API is not correct or -- I mean, it could be a number
5    of things.  But yeah.  It was -- it was moving data around
6    and things like that.
7    Q.  And do you have any specific recollection of --
8    A.  There were also installation problems.  There were some
9    installers, that you'd run them, and it would not -- once you
10   ran it, the application wouldn't come up.  There were a
11   number of many, many things there.  I'm just recalling a few.
12   Q.  Do you know if any of the problems were a result of the
13   customer using the product in a way for -- in a way that it
14   wasn't intended?
15   A.  When I was on call, it wasn't even in any condition the
16   customer could use the product.
17   Q.  Do you know if the implementation used third-party
18   consultants?
19   A.  Ooh.  That -- no.  I have no way of knowing that.
20   Q.  Do you know how the -- these problems -- these bugs that were
21   causing problems were resolved?
22   A.  I know some of the steps that were taken.  They actually
23   moved a number of R and D developers out there on-site.  They
24   also sent the problems back to R and D and had them work on
25   it.  There were so many of them, they actually put
```

144

```
1    resources -- pulled them out of Redwood Shores and sent them
2    out there and had them sit right there and fix the problems.
3    So that's two methods I know that they worked towards
4    resolving them.
5    Q.  Do you know how long it took to resolve these problems?
6    A.  No.  I can tell you it went on for two, if not three, months
7    or more.  It was quite a bit.
8    Q.  Do you know if the customer had a specific -- do you know
9    what the word "go live" is?
10   A.  What the term "go live" is?
11   Q.  Yes.
12   A.  Uh-huh.
13   Q.  Do you know if the customer had any problems with hitting the
14   "go live" date for the product?
15   A.  They did have a "go live" date, and I know it didn't make
16   that but don't -- I don't recall what the date was and how
17   much they missed it by.
18   Q.  Do you know if the customer eventually went live on the
19   suite?
20   A.  You know, I don't even know that either.
21   Q.  Do you know if the customer requested a refund for any
22   consulting work?
23   A.  I don't know about a request for a refund.
24   Q.  Do you know if they asked for any licensing fees due to
25   problems with the implementation?
```

145

1   A.  I do not know that either.

2   Q.  Support?

3   A.  Pardon?

4   Q.  Support fees?  The same question.  But did they ask for

5       any --

6   A.  Oh.  Refund on any support fees?

7   Q.  Yeah.

8   A.  I don't know that.

9   Q.  Do you know if there's any sort of lawsuit or anything

10      regarding the implementation?

11  A.  I have no knowledge of a lawsuit.

12  Q.  Do you know if there were any problems on the implementation

13      with regard to implementing the software?  Build legacy

14      applications at HostCentric?

15  A.  Any problems implementing the Oracle product with legacy

16      systems?  No.  I don't know of anything in that area.

17  Q.  How about integrating it into the customer's existing

18      database?

19  A.  The customer's --

20  Q.  Existing database.

21  A.  I don't know that either.  I think -- you know, my

22      involvement was so early in the stage in just getting the

23      applications up so they could run.  And then beyond that --

24      you know, normally you have to get the suite up and get it

25      running, and then you can start doing integration with other

146

1       systems.  And I was not -- I was only involved in that early

2       piece of it.

3   Q.  Do you know how many consultants were involved in that

4       implementation?

5   A.  Total?  No.

6   Q.  Do you know if Larry Ellison --

7   A.  A lot.

8       Go ahead.

9       I mean, compared to most projects, it was a lot.

10  Q.  Do you know if Larry Ellison ever visited the client or had

11      discussions with HostCentric?

12  A.  Not firsthand, but I was told that he did.  And on the -- one

13      of these conference calls, it was mentioned that Larry was

14      coming out.  And then subsequent to that, it was said that he

15      did visit the site.

16  Q.  Do you recall who said that?

17  A.  Probably the program director, project manager that was

18      hosting the meeting.

19  Q.  But you don't recall specifically?

20  A.  No.  I don't recall his name.

21  Q.  Do you know what assurances Ellison gave to HostCentric about

22      the implementation of the product?

23  A.  It was -- from what I understood, was the customer was quoted

24      a certain fee for implementing the product.  They burned up

25      that money fixing the problems.

147

1       It was my understanding they were told that "We'll make

2       it right.  We're not going to charge any more than we quoted

3       you."  That's my understanding of it.

4   Q.  Do you know if HostCentric decided to purchase any other

5       Oracle software as a result of this integration?

6   A.  Do I know that?  No, I don't.

7   Q.  Okay.  I may have asked you this:  Do you know if HostCentric

8       is a referenced account for Oracle?

9   A.  No.  I don't know that either.

10  Q.  Okay.  I want to go back to my original question about

11      implementation problems.

12      Do you recall any other customers that had

13      implementation problems relating to Suite 11i specifically?

14  A.  I think that is the only one that comes to mind at the

15      moment.

16  Q.  Do you know whether the problems experienced by customers

17      were a result of the fact that the product was a new release?

18  A.  Read that one more time.

19  Q.  Do you know whether the problems that were occurring in the

20      implementation -- let me back up.

21      The problems that were occurring at the HostCentric

22      implementation -- do you know whether the problems were

23      caused by the fact that the product was in its early stages?

24  A.  Yes.

25  Q.  Do you recall in implementation of Suite 11i modules that --

148

1       a company called AmeriCredit?

2   A.  I had some people over there at AmeriCredit.  Yes.

3   Q.  Do you recall anything specifically about that

4       implementation?

5   A.  Boy, I think the call -- the only thing I can recollect

6       on is, I think the call center products were going smoothly.

7       There may have been some other issues, but I just don't

8       recall.  And again, the call center products had been around

9       and were pretty stable.

10      But I know I had people out there.  I think Bill was

11      out there at AmeriCredit.

12  Q.  Involved in the call center implementation?

13  A.  (Witness nods head affirmatively.)

14  Q.  Do you know whether or not there were excessive amount of

15      consulting hours spent on implementing Suite 11i at

16      AmeriCredit?

17  A.  I want to say no.  It's just been so long.  I don't recall.

18      Unlike HostCentric, which was really a problem, I remember

19      that.  But I don't recall if there were other issues at -- at

20      AmeriCredit.  Wait a minute.

21  Q.  Do you recall whether or not AmeriCredit refused to pay for

22      any consulting fees as a result of the problems with the

23      implementation?

24  A.  Not -- no.  I'm going to say no.

25  Q.  Do you know whether Larry Ellison made a personal visit to

149

1    AmeriCredit?
2    A. AmeriCredit, I don't know.
3    Q. Do you recall whether or not Larry Ellison made personal
4    visits to any other customers during that time frame, 2000,
5    2001?
6    A. Not off -- I mean, con- -- I hear he constantly does that.
7    But I -- I -- in that time frame, related to that, no. I
8    don't know.
9    Q. So his visits to customer sites was a common occurrence?
10   A. I mean, I would hear that he goes and visits some key
11   accounts from time to time. Is that considered a common
12   occurrence, your choice of words? I don't know.
13   Q. I want to talk a little about your involvement in product
14   demonstrations. You mentioned earlier that you were involved
15   sometimes in the front end with sales consultants?
16   A. Uh-huh. (Witness answers affirmatively.)
17   Q. What was your involvement typically in that part of the sales
18   process?
19   A. I mean, usually we would go in and you meet with a customer,
20   and the customer may say, "Well, I'd like to see your system
21   do this," or -- so the -- the response to that could either
22   be you do a PowerPoint presentation, explain technically how
23   the system does it, or sometimes you can actually simulate
24   the system doing that.
25   Q. How is -- what was your personal involvement in these

150

1    demonstrations?
2    A. I mean, a lot of times I'd be one of the presenters up there
3    presenting technical aspects of the product, answering
4    technical questions around product. You know, what are
5    features, functionality, how it works, those types of things,
6    how they can apply it to their particular business. Those
7    types of things.
8    Q. When you say "the product," are you referring to the call
9    center application?
10   A. Mostly around the call center. Yeah. I would say yes,
11   around the call center. There would be other people there
12   talking about the other modules.
13   Q. Just on average, you know, during the time that you were in
14   the CRM consulting group, how often would you participate in
15   these demonstrations? On a weekly basis?
16   A. It might not be weekly, but it could have been two, three
17   times a month.
18   Q. When you were -- while you were employed at Oracle, did you
19   become aware of a scheme among the development organization
20   of the vice president's heading the CRM group to rig
21   demonstrations to make product appear functional?
22   A. The way you asked the question, I'm going to say no. I don't
23   know if any vice president -- but a lot of times, when you're
24   in the field, you don't -- you know, these applications can't
25   run on a laptop. And so sometimes you have -- like scale

151

1    down or you simulate. You can pull the screens in, and you
2    can create a little small database behind it and do demos.
3    But that's very common to do.
4        And then there are times the product is not even
5    necessarily ready to show. You're out there showing it that
6    far in advance. You find out what the screens look like, and
7    you actually maybe get copies of those. And again, you run
8    those when the whole application is not necessarily
9    completed. But that's sort of part of your sales or demo
10   process. I wouldn't -- the term "scheme" -- I mean, that's
11   very standard.
12   Q. In the software industry?
13   A. Yeah. And like I say, these are complex packages. You
14   don't -- it's not like I'm going to show you how
15   Microsoft Word works and I'm going to load it on my laptop
16   and give you a demo on it.
17   Q. Right.
18   A. These things, you're not going to run on a laptop. And if
19   they're in the process of doing development, you don't even
20   have a host system back at corporate that's up and running so
21   you can show these. So sometimes you have to build a demo.
22   And like I say, sometimes you use the real screens and just
23   create a little database behind it and do a simple demo that
24   way. And that -- that was very standard.
25   Q. Did you --

152

1    A. You may have to do a demo in a conference room and no network
2    connection. I mean, all kinds of reasons that you have to do
3    these things.
4    Q. Are you aware of any instance when, due to problems with the
5    product, sales consultants would rig demonstrations to make
6    it look like it worked when it really didn't?
7    A. No, not -- not in that context. No.
8    Q. Do you recall any demonstrations that were rigged to show
9    functionality on the product, that really wasn't there?
10   A. Ooh. No. No. I don't know if I've ever seen that.
11   Q. Have you ever heard -- let me back up.
12       While you were at Oracle, did you -- are you aware that
13   Oracle reported saving a billion dollars by implementing
14   Suite 11i internally?
15   A. They did -- they did send something out on that. And it was
16   a -- a number in the millions of dollars, like you stated. I
17   think that went out to everybody. It's like one of these
18   general e-mails. I do recall that.
19   Q. Did you have any reason to dispute that statement made by
20   Oracle?
21   A. No, I don't.
22   Q. Do you have any substantive understanding of how Oracle
23   calculated the $1 billion savings?
24   A. You know, they talked about that. I think even in some sales
25   presentations they may have had some text around that when

153

1    they presented to customers, but I don't recall what it was.
2    Q. At the time -- or I'm going to say, did you believe that that
3      was simply a marketing gimmick?
4    A. I think it was a good sales tool. As long as it was true, I
5      wouldn't call it a marketing gimmick. I'd call it a good
6      sales pitch.
7    Q. But you didn't have any basis --
8    A. No. I didn't have anything to make me tend to not believe
9      it.
10   Q. After the Suite 11i was released while you were in the CRM
11     group, was it clear to you that the company had not done any
12     testing of the interfacing capabilities of the applications?
13   A. I -- when you use the word "clear," I think that was obvious.
14     It appeared that the modules were probably unit-tested and
15     worked very well independently. I think the instance at
16     HostCentric was very clear that system integration testing
17     was not performed in great detail.
18   Q. What makes you say that?
19   A. The simple fact that a lot of the modules wouldn't
20     communicate with each other, sometimes wouldn't even store
21     data properly in the database, and a number of the problems
22     they experienced. Those are all the types of things that you
23     test for when you do integration testing.
24   Q. And when you do that testing, do you test whether or not bugs
25     are causing the modules not to speak to each other?

154

1    A. When you do that testing, you have a preset set of criteria.
2      For example, you say, "I'm going to go to the screen and I'm
3      going to enter this. And then I'm going to go to the
4      database to see if the data is there." So you have a very --
5      that's an oversimplified -- but you have very -- you do this;
6      this is the result you expect.
7      If you don't get the result, then there's probably a
8      problem. So you assume there's a bug, and you have to figure
9      out where it is and why you didn't get the result you
10     expected. And that's pretty -- that's a great, high-level
11     overview of integration testing.
12   Q. Right.
13     Have you ever had heard -- well, while -- while you
14     worked at Oracle, did you ever hear of the product described
15     as "integrated and inoperable"?
16   A. "Integrative but inoperable"?
17   Q. "Integrated and inoperable."
18   A. Did I hear someone use those exact words? I'd say no, but
19     that is probably a reasonable description of what was
20     happening.
21   Q. Okay. Aside from bugs that were causing problems with the
22     modules speaking to each other, would you agree that
23     Suite 11i was an integrated suite of ERP and CRM products?
24   A. It was? It's what it was supposed to be. Yes.
25   Q. It was designed to be an integrated suite of CRM --

155

1    A. Yes.
2    Q. -- and ERP products?
3    A. Yes.
4    Q. But -- so is it fair to say that -- to summarize what you're
5      saying, is that there were problems in early implementations
6      that were causing the modules not to speak with one another?
7    A. Yes.
8    Q. Are you aware of whether or not the product became more
9      stable in future releases after the initial release in May of
10     2000?
11   A. I know, for example, at HostCentric, as each week went by,
12     they were working off large quantities of bugs in the system.
13     So the answer to that is, even just in that instance alone,
14     it was becoming more and more stable.
15     And if you've worked at Boeing for -- Boeing -- if
16     you've worked at Oracle for a while, you'll find that an
17     initial release will come out; then there will be a suite of
18     patches. You apply those, and it fixes existing problems,
19     and a little bit later another suite will come out. And
20     that's pretty standard. And over time the application gets
21     better and better.
22   Q. And that's standard with typically --
23   A. I think that's probably standard with any major application
24     manufacturer. And even other companies out there --
25     competitors -- they release products and then come out with

156

1    patches after the release and continue to come out with
2    patches for some time after.
3      MR. HARRISON: Can we take a five-minute
4    break? I can look at this real quick and see if I have
5    anything else.
6      MS. McLAUGHLIN: Sure. Sure.
7      THE VIDEOGRAPHER: We're going off the
8    record at 1:29.
9      (A recess was taken.)
10
11     THE VIDEOGRAPHER: Back on the record at
12   1:33.
13   Q. (By Mr. Harrison) I just have a few follow-up questions;
14     then I'll turn it over to plaintiffs' counsel.
15     I wanted to ask you about -- well, let me just ask, do
16     you recall while you were working in the CRM consulting group
17     that that group was notified by e-mails that models of 11i
18     didn't work and that consultants should not install them?
19   A. Yes.
20   Q. What do you recall about that?
21   A. Basically not -- I don't want to say that the module itself
22     didn't work, but it was if there was a problem when you ran
23     the install or certain screens wouldn't come up and you
24     couldn't complete the installation. Now, is that a module
25     problem or an installer problem? I don't recall what the

157

1  final resolution of that was.
2  Q. You don't know whether it was a problem with the product
3  or --
4  A. Well, the installer is part of the product. So let's just
5  say it was part of it.
6  Q. How often were there e-mails that said, "Do not install"?
7  A. I only recall one e-mail -- one e-mail that said that.
8  Q. Do you remember --
9  A. But we discussed it in weekly meetings and stuff.
10  Q. You only recall one e-mail that said that?
11  A. To the best of my recollection.
12  Q. Do you recall which products it related to?
13  A. I think --
14  Q. Which module.
15  A. -- it had to do with any of the CRM products -- it -- right
16  after they announced that it had released and it was
17  shipping, we got the e-mail saying don't try to install it.
18  Q. Did the e-mail explain that a patch was coming out that would
19  fix the problem so to wait to install it?
20  A. It -- it may have had something in there. But I know our
21  follow-on meetings discussed each patch release and when it
22  was coming and what was going to be fixed in that.
23     Whether the e-mail had that detail of information, it
24  probably didn't, to the best of my recollection, but we
25  discussed that in meetings.

158

1  Q. Do you know what -- have you ever heard of the phrase a
2  "megapatch"?
3  A. Yep.
4  Q. What is that?
5  A. That's mini- -- minipatch [sic] is loaded on a -- on a single
6  disk or mini disk. So you're basically installing a large
7  number or a number of patches, more than just one.
8  Q. Do you recall in your time at CRM consulting group that
9  e-mails would go out instructing consultants to wait until a
10  megapatch came out instead of installing several individual
11  patches?
12  A. I don't remember.
13  Q. In your experience at Oracle, did you indeed do that
14  sometimes -- well, let me strike that.
15     Did consultants in your group ever wait until a
16  megapatch would come out rather than installing several
17  smaller patches?
18  A. Maybe.
19  Q. You don't recall specifically?
20  A. I said "maybe."
21     MS. McLAUGHLIN: Objection. Assumes
22  testimony.
23     THE WITNESS: You said over my period of
24  time in Oracle, or do you want to just kind of narrow that
25  down?

159

1  Q. (By Mr. Harrison) I want to narrow it down to the 2000, 2001
2  time frame.
3  A. I don't recall an e-mail or anything directing people not to
4  load specific patches, to wait on a megapatch. And you
5  also -- I know you want me to be brief -- but you also have
6  to understand that even if a patch comes out, a customer may
7  not want you to walk in and load every individual patch,
8  because you'd pull their system down. They may say, "Wait
9  until you get a group of patches and then run them." So it's
10  not always driven by Oracle.
11     But I do not remember an instruction saying, "Don't
12  load individual patches. Wait on a megapatch." Usually it
13  was just "This next megapatch will fix this, and when you get
14  it, load it." That's to the best of my recollection.
15     MR. HARRISON: I have nothing further at
16  this time. I reserve the right to rebut. I'll turn it over
17  to plaintiffs' counsel.
18     MS. McLAUGHLIN: Okay.
19     Let's go off the record.
20     THE VIDEOGRAPHER: We're going off the
21  record at 1:38.
22     (A recess was taken.)
23
24     THE VIDEOGRAPHER: We're back on the
25  record at 1:39.

160

1     EXAMINATION
2  BY MS. McLAUGHLIN:
3  Q. Good afternoon, Mr. Adams.
4  A. Good afternoon.
5  Q. My name is Valerie McLaughlin. We met earlier today. I
6  represent the plaintiffs. I just have a few questions for
7  you.
8     Earlier you were referring to a woman named Kerri. Do
9  you recall her last name?
10  A. Kerri Freeman.
11     MR. HARRISON: Thank you.
12  Q. (By Ms. McLaughlin) While you were -- earlier today you
13  testified that you would receive e-mails and send e-mails at
14  Oracle in the course of your duties there?
15  A. Uh-huh. (Witness answers affirmatively.)
16  Q. Do you recall in 2001 ever receiving a message in any way to
17  preserve those e-mails?
18  A. No, I don't. I don't recollect that.
19  Q. And my --
20  A. But I can tell you, at the time I left -- I'm one of these
21  people that keeps every e-mail I get. It was probably on my
22  laptop, and I left it there.
23  Q. That was going to be my next question: Did you have a
24  regular course of deleting e-mails, or was your practice to
25  retain those?

ADAMS, BRIAN  6/16/2006  9:00:00 AM

161

1  A. No. My practice was -- is to create a local folder, because
2  Oracle's e-mail system -- once you get so much e-mail in
3  there, it won't let you send or receive e-mails. So I always
4  create local folders and usually by the name of the person
5  who sent it to me. And I would always store messages there.
6       But I also recall that when I went to Columbus, Ohio,
7  my system suffered a catastrophic disk failure while I was up
8  there on their project. So what I finally turned in, which
9  was right after that project, probably did not have very much
10  on it at that time.
11  Q. When you say "catastrophic," you mean that your laptop
12  crashed?
13  A. It died, and they had to send me a whole new disk drive for
14  it. It wouldn't start up, anything.
15  Q. Would those files have been saved anywhere else on the
16  system?
17  A. No, because they were just -- like I say, I store them off on
18  the local hard drive just so I have a record of all my
19  communications.
20       Let's see. I'm trying to recall if Oracle had
21  implemented automated backup of the laptops at that time and
22  whether or not it backed up e-mail files. I don't recall.
23  Some companies do that.
24  Q. Right.
25  A. But they exclude certain files from being backed up because

162

1  it takes up too much space. But I just can't tell you.
2  Q. Okay.
3  A. If it did include that, then maybe there's a record of them
4  somewhere.
5  Q. Okay. And just as a follow-up, when earlier we were talking
6  about the -- prior to the release of 11i, you said -- I don't
7  know -- I don't recall, and I don't want to misstate your
8  testimony. Is it fair to say that you said normally alpha
9  and beta testing would be performed on a specific product
10  prior to its release?
11  A. I can't say that Oracle follows that process. But it is
12  industry standard, especially for very large, complex
13  applications. You just can't imagine all the possible
14  combinations of things a customer will do with an
15  application, you know, just in your testing environment.
16       And you also have very limited time. I mean, you
17  can -- you can take every field and then a date in it and
18  make sure it gets stored. I mean, there are certain things
19  you can go through. But the real proof of the product is
20  getting out there and doing some alpha and beta testing.
21  Q. Would you -- did you believe that part of the alpha and beta
22  testing -- if it did, in fact, occur at Oracle, was that part
23  of the Homo- -- the HomoCentric deal?
24       MR. HARRISON: Objection. Calls for
25  speculation.

163

1       THE WITNESS: I'm sorry. Oh.
2  HostCentric?
3  Q. (By Ms. McLaughlin) Yeah.
4  A. Now, I don't know if that -- if they signed -- their contract
5  said, "We want to take your product, and we'll take it in an
6  alpha state" or "beta state." I can't tell you that. I just
7  assume them to be a customer that bought the product.
8       But if it were still in an alpha state, I'm sure the
9  contract would -- you would think the contract would read
10  that way so the customer agrees to what they're getting into.
11  That would be my thought on it.
12  Q. And with your -- through your conversations and meetings with
13  the consultants and the people at HostCentric, did you
14  believe that they were under the perception that they were a
15  test case for 11i?
16  A. No. I didn't. I didn't get that at all.
17       MS. McLAUGHLIN: Okay. I think that's
18  all I have today. Thank you.
19       THE WITNESS: Wow.
20       MR. HARRISON: Nothing further.
21       THE VIDEOGRAPHER: That concludes today's
22  deposition of Brian Adams. The total tapes used were two.
23  We're going off the record at 1:44.
24  Thank you.
25       THE REPORTER: Mr. Harrison, just to

164

1  confirm, are you ordering the transcript?
2       MR. HARRISON: Yes.
3       THE REPORTER: And you would like a rough
4  draft?
5       MR. HARRISON: Yes.
6       THE REPORTER: Ms. McLaughlin, would you
7  like to order a copy?
8       MS. McLAUGHLIN: Yes.
9       THE REPORTER: Would you like to order a
10  rough draft?
11       MS. McLAUGHLIN: No.
12       (Signature reserved.)
13       (Deposition concluded
14       at 1:44 p.m.)
15
16
17
18
19
20
21
22
23
24
25

ADAMS, BRIAN  6/16/2006  9:00:00 AM

165

1    I, BRIAN ADAMS, do hereby declare under penalty of

2    perjury that I have read the foregoing transcript of my

3    deposition; that I have made such corrections as noted

4    herein, in ink, initialed by me, or attached hereto; that my

5    testimony as contained herein, as corrected, is true and

6    correct.

7

8        EXECUTED this_____day of_____, 2006, at

9    _____(City),_____(State).

10

11

12        _____

13        BRIAN ADAMS

14

15

16

17

18

19

20

21

22

23

24

25

166

1    STATE OF WASHINGTON )   I, David A. Hart,
                         ) ss CCR 2007, a
2    County of Thurston  )   duly authorized Notary
                             Public in and for the
3                            State of Washington,
                             residing at Yelm,
4                            do hereby certify:
5
6        That the foregoing deposition of BRIAN ADAMS was
7    taken before me and completed on June 16, 2006, and
     thereafter was transcribed under my direction; that the
8    deposition is a full, true and complete transcript of the
     testimony of said witness, including all questions, answers,
9    objections, motions and exceptions;
10       That the witness, before examination, was by me
     duly sworn to testify the truth, the whole truth, and nothing
11   but the truth, and that the witness reserved the right of
     signature;
12
         That I am not a relative, employee, attorney or
13   counsel of any party to this action or relative or employee
     of any such attorney or counsel and that I am not financially
14   interested in the said action or the outcome thereof;
15       That I am herewith securely sealing the said
     deposition and promptly delivering the same to Attorney
16   MATTHEW D. HARRISON.
17       IN WITNESS WHEREOF, I have hereunto set my hand and
     affixed my official seal this 22nd day of June, 2006.
18
19
20       _____
         David A. Hart, CCR, RPR
21       Notary Public in and for the State
         of Washington, residing at Yelm.
22
23
24
25

# EXHIBIT EE

1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Master File No. C-001-0988-MJJ

---

VIDEO DEPOSITION OF MARGARET A. MITCHELL

October 11, 2005

---

In re:

ORACLE CORPORATION SECURITIES LITIGATION.

---

APPEARANCES:

    LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP

        By Mark Solomon, Esq.

        401 B Street, Suite 1600

        San Diego, California  92101

          Appearing on behalf of Plaintiffs.

    MAYER BROWN ROWE & MAW, LLP

        By Edward Johnson, Esq.

        Two Palo Alto Square, Suite 300

        Palo Alto, California  94306

          Appearing on behalf of Defendants.

Also Present:  Alan Caplan

        Dennis Clayton, CLVS

2

1      Pursuant to Notice and Subpoena and the

2  Federal Rules of Civil Procedure, the video

3  deposition of MARGARET A. MITCHELL, called by

4  Plaintiffs and Defendants, was taken on Tuesday,

5  October 11, 2005, commencing at 10:06 a.m., at

6  801 East 17th Avenue, Denver, Colorado 80218

7  before Stephanie B. Ostdahl, Registered

8  Professional Reporter and Notary Public within and

9  for the State of Colorado.

10

11

12           I N D E X

13

14  DEPOSITION OF MARGARET A. MITCHELL

15  EXAMINATION BY:           PAGE

16    Mr. Solomon           4, 105

17    Mr. Johnson          41, 109

18

19

    EXHIBITS          INITIAL REFERENCE

20

    Exhibit 1  A/R printout over 90 days      38

21

    Exhibit 2  e-mail to Gray, et al., from    38

22              Garnham, 9-28-00

23    Exhibit 3  Notice of deposition      41

24    Exhibit 4  Subpoena          41

25

3

1         P R O C E E D I N G S

2

3      THE VIDEOGRAPHER:  Here begins the

4  videotape deposition of Margaret Mitchell, Tape 1,

5  Volume I, in re Oracle Corporation Securities

6  Litigation in the United States District Court

7  Northern District of California, Master No.

8  C 010988 MJJ.  Today's date is October 11, 2005.

9  The time on the video monitor is 10:07.

10      The video operator today is Dennis

11  Clayton, representing Livenote World Service

12  located at 221 Main Street, Suite 1250, San

13  Francisco, California 94105.  Phone number is

14  415-321-2300.  The court reporter is Stephanie

15  Ostdahl of Agren Blando Reporting and Video

16  reporting on behalf of Livenote World Service.

17      Today's deposition is being taken on

18  behalf of both the plaintiff and defendant, and is

19  taking place at 801 East 17th Avenue, Denver,

20  Colorado.

21      Counsel, would you please introduce

22  yourselves and state who you represent.

23      MR. SOLOMON:  Mark Solomon representing

24  plaintiffs.

25      MR. CAPLAN:  Alan Caplan representing

4

1  the witness.

2      MR. JOHNSON:  Ward Johnson representing

3  defendants.

4      THE VIDEOGRAPHER:  Will reporter please

5  swear the witness.

6        MARGARET A. MITCHELL,

7  being first duly sworn in the above cause, was

8  examined and testified as follows:

9         EXAMINATION

10  BY MR. SOLOMON:

11    Q  Good morning again, Ms. Mitchell.

12    A  Hi.

13    Q  You're represented today by Mr. Caplan,

14  correct?

15    A  (Deponent nodded head.)

16    Q  And understand you're here today to

17  give testimony concerning events at Oracle

18  corporation?

19    A  That's right.

20    Q  Have you been deposed before?

21    A  Yes.

22    Q  In what context were you deposed

23  before?

24    A  As a witness.

25    Q  In what sort of case?

5

```
1        A   When I worked for the State of
2   Colorado, one of the employees had a case as a
3   whistle blower.
4        Q   And that was the one time you've been
5   deposed?
6        A   Yes.
7        Q   So you're probably familiar, but I'll
8   run through briefly.  It's being videotaped.  It's
9   being transcribed.  We would like audible answers,
10  as opposed to nods or shakes of the head.  I'll
11  try to not to talk across you, if you'll try not
12  to talk across me.  It will make it easier for the
13  court reporter.
14        I'm here representing investors in
15  Oracle during a certain period of time that we
16  allege that the stock was inflated as a result of
17  misrepresentations.  Do you understand that?
18        A   Yes.
19        Q   And Mr. Johnson is here representing
20  Oracle and certain individuals, including Larry
21  Ellison.  Do you understand that?
22        A   Yes.
23        Q   And after I've had a shot at you, he's
24  going to have a shot at you.  And I may have a
25  short go back at you, but we'll try to keep it as
```

6

```
1   brief as we possibly can.
2        A   Right.
3        Q   After this has been transcribed, you'll
4   have an opportunity to review it.
5        A   Today?
6        Q   It will be transcribed over a period of
7   a couple of weeks.  So you can go home and relax,
8   and then you'll see it, and you can make whatever
9   corrections you think you need to make, okay?
10        A   Yes.
11        Q   You were employed at Oracle
12  Corporation?
13        A   Yes.
14        Q   When were you employed there, please?
15        A   February of 1999 to March of 2001.
16        Q   And what was your position, please?
17        A   When I was first hired, I became a
18  practice manager, and then I became a practice
19  director.
20        Q   And when you say "practice," which
21  particular practice?
22        A   Consulting for state and local
23  governments in the mountain desert region.
24        Q   What was your entry position at Oracle?
25  What was your first position?
```

7

```
1        A   Practice manager.
2        MR. JOHNSON:  Asked and answered.
3        Q   (By Mr. Solomon)  Did your position
4   change at all thereafter?
5        A   When I got promoted to director.
6        Q   And after that, did it change at all?
7        A   No.
8        Q   When did you leave Oracle?
9        A   I don't remember the exact date.  In
10  March of 2001.
11        Q   When you say consulting for state and
12  local, can you describe a little bit more what
13  that job involved, please.
14        A   Okay.  As a practice director, I was in
15  charge of all contracts for consulting services
16  within a nine-state region.  I had practice
17  managers working for me, and we had teams of
18  consultants who would go out and do the various
19  work.
20        So I was selling Oracle, talking with
21  customers.  I had certain numbers of revenue that
22  I was supposed to bring in, and new business I was
23  supposed to bring in, as well as making sure that
24  all the consultants in my practice were working.
25        Q   When were you promoted?  Do you recall
```

8

```
1   that?  Around when?
2        A   Twelve to fourteen months after I got
3   there.
4        Q   Have you read the complaint in this
5   case, by the way?
6        A   Yes.
7        Q   You've probably noticed that there's a
8   class period.  And that class period runs from
9   December 14, 2000, to March 2001.  It's
10  approximately a ten-week class period.
11        My question is, Were you director --
12  practice director throughout that time period?
13        A   When was the beginning date?  I'm
14  sorry.
15        Q   December 14, 2000, to March 1, 2001.
16        A   Yes.
17        Q   And how many managers, approximately,
18  worked under you?
19        A   Two.
20        Q   And is it fair to say that the job or
21  the function of consulting was to consult Oracle
22  customers who purchased product from Oracle?
23        MR. JOHNSON:  Objection to form.
24        Q   (By Mr. Solomon)  Sorry.  He'll object
25  sometimes, but if you understand, you can go ahead
```

9

1  and answer.
2      A   They had Oracle product.
3      Q   And, typically, was Oracle
4  contractually obligated to provide consulting
5  services?
6      A   Yes.
7      Q   And that, in fact, was a revenue stream
8  for Oracle?
9      A   Yes.
10     Q   Was it a major revenue stream, first of
11  all, nationwide?
12         MR. JOHNSON:  Objection.  Foundation.
13     Q   (By Mr. Solomon)  Was consulting a
14  major revenue stream for Oracle?
15         MR. JOHNSON:  Same objection.
16     A   I believe so.
17     Q   (By Mr. Solomon)  Was it a major
18  revenue stream in the area you operated?
19     A   That was our revenue stream was for our
20  consulting services.  That's all we did in our
21  practice.
22     Q   Did there come a time when you talked
23  to an investigator associated with this case?
24     A   I don't know whether it was a lawyer or
25  an investigator.  But someone called me.

10

1      Q   Okay.  Do you remember who it was?  Do
2  you know his name?
3      A   I just remember somebody from something
4  Hodges.
5      Q   Okay.
6      A   I don't know who it was.
7      Q   And he asked you some questions, and
8  you provided some answers; is that right?
9      A   Yes.  I have it written down in my
10  notes.
11     Q   Do you have notes of the conversation
12  you had with him?
13     A   No, no, no.  But somewhere I wrote down
14  that I had been approached.
15     Q   Do you recall approximately how long
16  the conversation was?
17     A   We probably talked for 30, 40 minutes.
18     Q   And can you recall what it focused on?
19  What the focus of the conversation was?
20     A   The question was, Would upper -- upper
21  management -- would it be likely that they did not
22  know that we were having difficulty with business.
23     Q   Okay.  And the answer was?
24     A   No way.  They had to have known.
25     Q   And I want to break down your answer a

11

1  little bit, and then sort of flesh it out.  First
2  of all, would they have known of the difficulties
3  in the business?  Would you describe what
4  difficulties you witnessed Oracle was facing in
5  the fall of 2000.
6      A   What was happening was, first of all,
7  we weren't selling as much new business as we
8  needed to sell.  That was consulting services.  We
9  also would take -- if I had 30 consultants on my
10  team, not all of them would be working on the
11  business that we had generated within our own
12  practice.  We would put them on other projects
13  nationwide in state and local government.
14         So it was very obvious when there
15  were -- you couldn't get your folks placed
16  anywhere else, because no one else had business
17  either.  And then when we would have people roll
18  off early off of assignments that we thought were
19  good for some period of time, then all of a sudden
20  we'd lose that revenue.
21         So it was a very difficult time.  We
22  didn't have places to put our people.
23     Q   Now, I'm going to try to avoid putting
24  words into your mouth, because otherwise, there's
25  going to be objections.

12

1      A   Um-hum.
2      Q   If you can, again, just to drill down a
3  little bit deeper, can you explain -- can you tell
4  me, first of all, when -- around when you noticed
5  this decline in consulting business when you first
6  noticed it?
7      A   Well, I think it probably became
8  apparent in June, July of 2000.
9      Q   And did you discuss that negative
10  development with anybody at Oracle?
11     A   Oh, with my boss and his boss.  I
12  happened to -- my office was here in Colorado, and
13  right outside my door were a lot of the product
14  sales people for state and local here.  And, you
15  know, I would also speak with them, and they were
16  having a very hard time selling product.
17     Q   And when you say selling product, are
18  you referring to databases and applications?
19     A   Yes.
20     Q   And whenever you can, if you can just
21  give me names.  I'm asking now for the name of
22  your boss and his boss's name, if you know.
23     A   At that time, my boss was Steve
24  Simonetto.  And his boss was Doug Adams.  And
25  they're out in Sacramento.

13

1    Q.  Did either of them -- you can take them
2  one at a time, if that helps.  Did either of them
3  tell you when you were having these conversations
4  with them about the negative development in terms
5  of sales?  That they were aware of it, of that
6  problem?
7        MR. JOHNSON:  Form.  Objection.
8    Q.  (By Mr. Solomon)  You can go ahead.
9    A.  They were aware.  I was telling them
10  that.  And then they had managers -- they were in
11  Sacramento, so they had more than just the
12  mountain region.  They had the western part of the
13  country.  And so they were also hearing it from
14  their other practice directors and practice
15  managers.
16    Q.  And when you say they were hearing it,
17  was what they were hearing limited to consulting,
18  or were they talking about product, as well?
19    A.  Well, for the most part, we would talk
20  about consulting, because that was our business.
21  But we were so closely tied to product that we
22  would discuss that.
23    Q.  And after you first noticed that
24  development in June, July of 2000, how did it
25  progress or not progress?  Did it continue?

14

1        MR. JOHNSON:  Objection to form.
2    A.  It did progress.  One thing that
3  happened was we would be told that we had to lay
4  people off.  And so, you know, slowly we were
5  beginning to lose people.  And in addition --
6  let's see.
7        I remember losing an admin assistant.
8  They decided that as we shrunk, we didn't need to
9  do that.  And then we shrank down to -- I believe
10  I only had one manager.  Practice manager.  So it
11  was a steady shrink.
12    Q.  And who was orchestrating the shrink?
13    A.  Well, what we were getting was through
14  Doug Adams, because he was -- I forget what his
15  title was.  I was a practice director.  Steve
16  Simonetto must have been a senior practice
17  director.  So Doug was -- I don't know.  Like a
18  regional manager or something.  You know, he was
19  pretty highly placed.  So this was coming from the
20  very top of the consulting group.
21    Q.  Were reasons ever given to you for the
22  shrinkage, or the shrinking?
23    A.  Just that we knew, you know, the money
24  wasn't there.  They -- we were just having a tough
25  time.  The economy was going down.  It was a tough

15

1  market.
2    Q.  Would it have been Doug Adams
3  explaining this to you?
4    A.  I did talk with him, but I also talked
5  to Steve Simonetto.  And then I would talk to
6  other practice directors in other parts of the
7  country, and . . .
8    Q.  And when you say you talked to other
9  practice directors, is that limited to
10  consulting --
11    A.  Usually, yeah.
12    Q.  -- typically?  And you had
13  conversations with practice managers throughout
14  the various regions of the country, you say?
15    A.  Yes.  For state and local.
16    Q.  And can you tell us about what they
17  were telling you in the June, July time frame,
18  going through to the end of the fall.
19    A.  Well, I just know that the nature of it
20  was that we would have calls.  Usually once a
21  week.  And it would be practice managers and
22  practice directors would get on the calls from the
23  various -- within state and local, but nationwide.
24  And we would try to place our people.
25        And so we had a database that had all

16

1  of our consultants in the database, and what
2  skills they had and what kinds of things they
3  worked on.  So you knew when they were coming
4  available, what project they were on currently, if
5  any, and who was on a project.
6        And you could look through there and
7  try to find people to staff projects.  But you
8  could also put your own people out there hoping to
9  find them a place to work.  And the names on
10  there -- there were more and more who were not
11  working.  And we'd get on these calls trying to
12  figure out how we were going to place people.
13        And so there was a lot of moaning and
14  groaning on these calls where people were saying,
15  "Well, I just don't have the business.  There's
16  nothing I can do.  I can't place any of your
17  people."
18    Q.  Was there an expression current at
19  Oracle at the time for consultants who weren't
20  working, who didn't have a current assignment?
21    A.  On the bench.
22    Q.  And did you discern that more and more
23  people were on the bench in consulting as the year
24  2000 progressed?
25    A.  Yes.

17

```
1      Q   And did that continue right up until
2  you left the company?
3      A   Yes.
4      Q   Was the fact that more and more people
5  were on the bench the subject regularly of these
6  weekly -- or a subject regularly in these weekly
7  calls?
8      A   The subject was, "I have five people on
9  the bench. I need to get them placed. Can I do
10  that?" And everybody -- you know, everybody would
11  say, "I also have X number of people on, you know,
12  the bench. So we don't have anywhere -- any work
13  to put them to."
14     Q   Did you or do you know of anybody who
15  complained about the fact that there was less and
16  less consulting work, and more and more people on
17  the bench?
18     A   Well, the problem was it was my job to
19  find consulting work. So you couldn't really
20  complain about it. You had to try to figure out
21  how you were going to get more work. And the work
22  wasn't coming. And then we would try to work with
23  the sales staff. And they were having a hard
24  time. So they weren't selling either. So it just
25  was a very difficult time.
```

18

```
1      Q   At around that time, were you aware of
2  any statements being made by the company to the
3  effect that the economy wasn't hurting Oracle?
4      A   I don't know of specific things. But
5  we would -- we could tap into conventions or talks
6  or things that upper management, Larry Ellison or
7  others, would be giving. And you could see that
8  they were saying, "Oh, no, the company's fine."
9  And it was kind of a subject of, you know,
10  "Where's he getting his information" kind of
11  thing.
12     Q   Did you have a view in the fall of 2000
13  as to whether or not the economy was hurting
14  Oracle?
15     A   I assumed that it was the economy. I
16  don't know if it was the economy, but Oracle was
17  hurting.
18     Q   Were you aware of any major sales deals
19  in the fall or early winter of 2000 time frame?
20     A   Sales that were made?
21     Q   Sales in the pipeline.
22     A   Oh, well, we had a lot of things in the
23  pipeline that -- and I can't remember specifics of
24  what was in the pipeline. The pipeline is deals
25  that you're hoping to close. So they can be in
```

19

```
1  the pipeline for a long time.
2      And so your projections were based on
3  making some of those come through. And they
4  weren't coming through. We were losing sales, or
5  the customers were dragging their feet, and so it
6  just wasn't happening. So we weren't meeting our
7  numbers -- our projected numbers.
8      Q   How was it that you knew that at the
9  time?
10     A   Because we tracked them -- on the
11  system, we tracked them. And what would happen is
12  we'd have calls. We'd have sales calls, which is
13  different from the staffing call. And talk with
14  the folks in our -- like under Doug Adams in that
15  whole group, and see what we had that we were
16  trying to sell. And each one of us -- each
17  director had a number that they were supposed to
18  be meeting, as far as consulting sales.
19     Q   And broadening beyond consulting sales
20  and into product sales, were you noticing or were
21  you aware of a decline in product sales at around
22  the same time?
23     A   I was aware. I didn't regularly go
24  into that system, but it was a separate tracking
25  system that had all sales, all potential sales,
```

20

```
1  everything in there.
2      And like I said, the sales staff for
3  state and local in our region was right there, out
4  the door. So there was visibility to what was
5  happening.
6      Q   And did you become aware of any deals
7  in the pipeline that actually were lost to the
8  company in this time frame?
9      A   We had one -- I believe it was in
10  Michigan -- where we had a lot of people placed.
11  And they were working on it, and we were expecting
12  a follow-on contract. I believe that was
13  Michigan. And all of a sudden instead of -- and
14  so in my projections I had that I would be keeping
15  the people that I had on it --
16         (An interruption occurred in the
17  proceedings.)
18     Q   (By Mr. Solomon) Excuse me.
19     A   That I would continue that revenue
20  stream, and I was hoping to get more people on it
21  when the new contract signed. And they did not
22  sign that contract. And it was a huge loss,
23  because people in state and local had a lot of
24  people -- a lot of consultants on that project.
25  And all of a sudden, they were all rolling off.
```

21

1  And it was like, "Uh-oh."

2      Q   Do you recall around the time of the

3  loss of that deal?

4      A   I think it was November, December of

5  2000.

6          (An interruption occurred in the

7  proceedings.)

8      Q   (By Mr. Solomon)  Did any other deal --

9  are you aware of any other deal that occurred at

10  the same time that mitigated the loss of the

11  Michigan deal?

12      A   That mitigated it?  No, no.  That was a

13  huge loss.  The other thing that happened was in

14  some of our engagements, including that one, what

15  would happen is Oracle would have made an

16  estimate, you know, for X number of dollars in X

17  number of months, "We'll do this work for you,"

18  and then they'd get behind.

19          So the other thing that would happen is

20  you'd have consultants that would be needed to go

21  help finish this project, and you wouldn't be

22  billing the client.  You know, it was just really

23  dragging on Oracle.  And that happened in a number

24  of cases.

25      Q   Where you'd have to do the work to have

22

1  any chance of future business?

2      A   Or just to make good on the business

3  that we had promised them.  You had to finish it.

4      Q   Was this different, in your

5  experience -- when I say "this," I'm talking about

6  the decline in consulting product sales.  Was this

7  different any time in the summer and fall of 2000?

8          MR. JOHNSON:  Objection.  Form.

9      A   You had ups and downs, but this was a

10  steady decline, and the magnitude was much greater

11  it looked pretty bleak.

12      Q   (By Mr. Solomon)  To the extent it's

13  the position of Oracle at this time that business

14  had never looked better, you would dispute that?

15          MR. JOHNSON:  Objection.  Vague.

16      A   I would dispute that, yes.

17      Q   (By Mr. Solomon)  You'd be surprised to

18  hear that that's the position that Oracle and its

19  executives have taken?

20      A   No.

21          MR. JOHNSON:  Same objection.

22      Q   (By Mr. Solomon)  Did it get to the

23  stage while you were there that product sales

24  people were cannibalizing consulting?

25      A   Well, there were a couple things that

23

1  would happen.  One is sales people wanted to

2  make sales of product so much that they wanted to

3  use our consultants to help them do that, and they

4  didn't want to have to pay for it.

5          So, you know, when you had somebody

6  working with sales people, when I was trying to

7  realize revenue into the practice, it was at a

8  much, much lower rate.  It was at an internal

9  rate.  Whereas if I was able to sell them outside,

10  I'd get a higher rate.  So there were trying to use

11  our folks, you know, free to them so that they

12  could sell things.

13          The other thing that was happening was

14  they would -- Oracle sales didn't always have to

15  use Oracle consulting when they made a deal with a

16  client.  They could use any other company that was

17  able to provide Oracle consulting services.  And

18  there were lots of other companies.  Many of whom

19  were a lot cheaper.

20          So we always had a hard time getting

21  Oracle sales to work with us on a complete deal.

22  We were, in effect, working against them.  They

23  were, you know, competing with us.  And so what

24  happened was we had -- I had -- I can't remember

25  exactly what it was.  But I know I had a couple

24

1  deals where I had worked with Oracle sales --

2  product sales people and they were going to go

3  ahead and use us.  And then they turned around

4  without saying anything and went with somebody

5  else to seal the deal because -- so then you were

6  just left high and dry, and they wouldn't -- you

7  know, it was very, very cut-throat.

8      Q   And did it get increasingly --

9      A   Yes.

10      Q   -- cut-throat as the business declined?

11      A   Yes.

12      Q   Were you aware in the time frame

13  between December 2000 and March 2001 of statements

14  being made by Oracle executives to the effect that

15  it would meet or exceed its quarterly forecast --

16  earnings forecast?

17      A   I don't remember specifics.  But I do

18  remember, in general, they always made it sound a

19  whole lot better than it was.

20      Q   And perhaps you could just amplify that

21  statement a little more.  When you say they made

22  it sound better than it was, what do you mean?

23      A   Well, we knew that we were having

24  trouble.  And it was very personal.  If you knew

25  you weren't making your numbers and you knew your

25

```
1    bonus -- so we were all very much in tune with
2    what was happening, and sort of sharing the misery
3    with everybody else, because they were all in the
4    same boat.
5          And then there would be presentations
6    or there would be press releases or there would be
7    something that was saying, "Oh, Oracle's great and
8    nothing's wrong, and we're weathering the storm,"
9    or whatever.  And it was like, "Well, what part of
10   Oracle is that?"
11   Q    Were you aware at around the time that
12   Larry Ellison -- strike that.
13         Are you aware that between December and
14   March of 2001, that Larry Ellison sold some stock?
15   A    I did not know that at the time.
16   Q    Do you recall seeing in the complaint
17   that you've seen apparently a discussion of that?
18   A    Yes.
19   Q    And you'll see -- do you recall that he
20   sold some 7 or 8 hundred million dollars' worth?
21   A    Yes.
22   Q    And do you recall that he made those
23   sales in the second half of January, essentially?
24   A    That's what I said.
25   Q    You said you weren't aware of those
```

27

```
1    would make the earnings it had predicted to make,
2    were you made aware of that around that time?
3          MR. JOHNSON:  Can I have that question
4    back?
5          MR. SOLOMON:  Actually, you can strike
6    it.  I'll rephrase it.
7    Q    (By Mr. Solomon)  Were you aware at the
8    beginning of March 2001, that Oracle stated that
9    it wasn't going to make the earnings that it had
10   previously forecasted?
11         MR. JOHNSON:  Objection.  Vague.
12   A    Yes.
13   Q    (By Mr. Solomon)  And that was around
14   the time that you left, I think?
15   A    That's true.
16   Q    Were you surprised to hear that they
17   weren't going to make the earnings?
18   A    Not at all.
19   Q    And was that the subject of discussion
20   at that time, or --
21   A    Right before I left, we knew we weren't
22   making our numbers.  I can't say that I talked
23   about his particular statement.
24   Q    Were you aware that it was the first
25   time in many, many years that Oracle had missed,
```

26

```
1    sales at the time?
2    A    No, I don't -- I wasn't.
3    Q    Do you know when you became aware of
4    them?
5    A    When I heard from whoever it was that
6    wanted to -- I may have read it, but I don't
7    recall at that point.
8    Q    Okay.
9    A    Because of how bad everything was
10   going, I ended up getting laid off, so . . .
11   Q    Are you aware that they take the
12   position that they were able to make -- Larry
13   Ellison was able to make sales -- and other
14   executives at that time were able to make sales
15   because business had never looked better?
16   A    I guess I didn't -- was I aware that he
17   said that?
18   Q    Are you aware that's the position he's
19   taken?
20         MR. JOHNSON:  Objection to form.
21   Mischaracterizes.
22   A    I'm aware of what it says in the
23   complaint.
24   Q    (By Mr. Solomon)  When, in the
25   beginning of March 2001, Oracle stated that it
```

28

```
1    quote, unquote, their earnings?
2    A    I was aware that during the time period
3    that I'd been with the company, they had far
4    exceeded everything.  And that this was the first
5    time that, suddenly, they were not going to meet
6    it.
7    Q    Was -- were you aware of any effort
8    towards the end of the quarter, the third fiscal
9    quarter, which would be the quarter ending the end
10   of February 2001 -- strike that.  Strike that.
11   A    Their quarter system was odd months.
12   And I can't remember -- that sounds like maybe
13   that's right.  April -- I don't remember.
14   Q    Did you have personal visibility into
15   Oracle's sales pipeline?
16   A    Product sales?
17   Q    Um-hum.
18   A    Only when I would work with some of the
19   sales staff, and they would show me what was up
20   and running.
21   Q    Okay.  And what about the consulting
22   pipeline?
23   A    Yes.
24   Q    Did you have real-time access to that
25   information?
```

29

1    A   Yes.

2    Q   Did you have any involvement in

3  Oracle's internal implementation of 11i?

4        MR. JOHNSON: Objection. Foundation.

5    Q   (By Mr. Solomon)  It's all right. You

6  can go ahead.

7    A   Their internal?  The only involvement I

8  would have had was as a user, but not with the

9  implementation.

10   Q   Did you encounter problems using 11i

11 internally?

12   A   What we had was time tracking and

13 expenses were part of 11i. And Oracle always used

14 its own products.  So we had the latest release,

15 and it messed everything up.  We had been using

16 something, and then we converted to this.  And it

17 made it very, very difficult to put in your

18 information, and to get out of it what you needed

19 to get out of it.

20   Q   And was this in the fall of 2000 time

21 frame?

22   A   I don't remember the exact dates, but

23 it was after -- yeah.  It must have been close to

24 fall.

25   Q   Did you become aware of customer

30

1  problems with the implementation of 11i?

2    A   There was a lot written about it.  That

3  customers were having trouble.  I don't think I

4  had any of my consultants right at that time

5  trying to implement that anywhere.  But, yeah, we

6  knew there were a lot of problems with it.

7    Q   Were you aware that Oracle was making

8  representations that increased sales of

9  applications, and 11i, in particular, were going

10 to enable Oracle to continue to meet its earning

11 estimates?

12       MR. JOHNSON: Objection to form.

13   A   I was aware that written statements

14 and -- I don't know.  I mean, I never heard Larry

15 Ellison -- he never talked to me directly to tell

16 me this.  But it was sort of the marketing thing.

17 It was the company line that this was going to be

18 a very successful product, and bring in a lot of

19 money.

20       MR. CAPLAN:  Do you need a break?

21       THE DEPONENT:  No, I'm fine.

22       MR. SOLOMON:  Do you need a break?

23       MR. CAPLAN:  No.

24       MR. JOHNSON:  I wouldn't mind taking

25 one, since you raised the issue.

31

1        THE VIDEOGRAPHER: Going off the

2  record. The time is 10:45.

3        (A break was taken.)

4        MR. CAPLAN:  All right.  Madam Court

5  Reporter, I'll note that while we were off the

6  record, and apparently when I was out of the room,

7  Mr. Solomon, you handed the witness a document.

8  Have you marked it as an exhibit?

9        MR. SOLOMON:  I'm not being deposed by

10 you.

11   Q   (By Mr. Solomon)  Whenever you're

12 finished looking at it, Ms. Mitchell, we'll go

13 back on the record.

14       MR. CAPLAN:  Do you mind showing me a

15 copy of what you've given the witness?

16       MR. SOLOMON:  You'll see all the

17 documents. You're going to see them all.

18       MR. JOHNSON:  Let's mark it as an

19 exhibit.

20       MR. SOLOMON:  I'll mark it when I

21 decide to mark it.

22       MR. JOHNSON:  Mr. Solomon, would you

23 please mark it.

24       MR. SOLOMON:  I'm going to leave it

25 right here.  Right here.  You can watch it. Now

32

1        MR. JOHNSON:  Would you tell me the

2  Bates number of the document you showed --

3        MR. SOLOMON:  It's going to stay right

4  here.

5        MR. JOHNSON:  Let the record reflect

6  that the attorney for the plaintiffs showed the

7  witness a document while I was not present, will

8  not give me a copy of the document, will not state

9  the Bates numbers of the document.

10       MR. SOLOMON:  Are you finished yet?  I

11 want to ask some questions.

12       THE VIDEOGRAPHER:  Counsel, are we

13 ready?

14       MR. SOLOMON:  I'm ready.

15   Q   (By Mr. Solomon)  Ms. Mitchell, --

16       THE VIDEOGRAPHER:  We're back on the

17 record. The time is 10:51.

18   Q   (By Mr. Solomon)  Ms. Mitchell, other

19 than the -- did you say the Michigan contract was

20 a $30 million contract?  I'm not sure you did.

21       MR. JOHNSON:  Can you read that back,

22 Madam Court Reporter?

23       (The last question was read back.)

24   A   No. I don't think I said --

25   Q   (By Mr. Solomon)  Can you quantify

33

1 that?

2 MR. JOHNSON: Objection. Form.

3 A I thought it was somewhere in the

4 neighborhood of 40 to 50 million. I don't

5 remember, though.

6 MR. JOHNSON: Mr. Solomon, I will just

7 repeat my request once more that you show me the

8 document that you showed to the witness while I

9 was out of the room.

10 MR. SOLOMON: And I'm going to tell you

11 one more time. I'm asking questions. That

12 document is staying right there and it's going to

13 be marked.

14 MR. JOHNSON: Will you read the Bates

15 numbers for the record?

16 MR. SOLOMON: No, I will not. I'll read

17 the Bates numbers.

18 MR. JOHNSON: Let the record reflect

19 that he's taken the document out of view and he's

20 holding it upside down.

21 Q (By Mr. Solomon) Do you know of any

22 other deals, Ms. Mitchell, other than the Michigan

23 deal that was lost around the fall or winter of

24 2000?

25 A I don't specifically remember.

34

1 Q And in terms of other lost revenues

2 generally, or extra expenses generally, do you

3 recall anything in particular again in the time

4 frame of the fall or winter 2000, early 2001?

5 A I don't remember any specific deals.

6 Q You mentioned earlier a weekly

7 conference call?

8 A Yes.

9 Q That was a weekly national call

10 involving all of the consulting managers and

11 directors; is that right?

12 A Well, for state and local government.

13 Within that vertical. And from time to time, I

14 mean, some people wouldn't be on and other people

15 would be on. But it was for us to staff people on

16 to projects.

17 Q Do you know whether there was similar

18 weekly calls in the product division?

19 A I don't know that. They wouldn't be

20 staffing people. They might have had calls having

21 to do with sales.

22 Q Do you recall being involved in any

23 consulting for a customer with respect to 11i?

24 MR. JOHNSON: Objection. Vague.

25 A I didn't -- I can't remember selling

35

1 11i to any particular customer. Some of my

2 consultants were on other projects that were sold

3 by other people that may have used that.

4 Q (By Mr. Solomon) I'm going to read you

5 a statement made by the company on January 11,

6 2001: "Oracle has yet to see any sign that its

7 business is being hurt by the economic slow-down

8 or reported cuts to information technology

9 budgets."

10 Was that a true statement on

11 January 11, 2001?

12 MR. JOHNSON: Objection. Foundation.

13 A I cannot imagine that that is true from

14 where I -- from my perspective.

15 Q (By Mr. Solomon) Okay. I'll put

16 Mr. Johnson out of his complete misery, and mark

17 as the next exhibit --

18 MR. JOHNSON: Let's just be clear,

19 Counsel. It's not misery. It's just your

20 improper behavior. I've never even seen that

21 done.

22 Q I'll mark as the next exhibit, a

23 document produced by Oracle bearing the Bates

24 No. 085983, 962, and 965. These are the three

25 pages, I believe, that you were looking at during

36

1 the break, Ms. Mitchell. If you would take a look

2 at those, please.

3 MR. JOHNSON: Do you have a copy for

4 me, Counselor?

5 MR. SOLOMON: No, I don't.

6 MR. JOHNSON: Do you mind if I look on

7 with the witness?

8 MR. SOLOMON: You can look after the

9 witness has looked.

10 A Well, I don't really know what -- these

11 look like they're accounts receivable over $50,000

12 and over 90 days is what the heading on this one

13 is. And this one. And state and local licensing,

14 state and local consulting. But New York State,

15 that's not one of mine. New York State, that's

16 not one of mine. Wake County Public School

17 System. I don't recognize that. Arizona

18 Department Of Health Services.

19 Arizona, but I don't know what that --

20 Arizona -- I don't remember whether Arizona was

21 mine. But I don't --

22 MR. JOHNSON: Do you know what it is

23 you're looking at?

24 MR. SOLOMON: Excuse me. It's not your

25 deposition. Please be quiet.

37

1    A    It's a list of accounts receivable over
2    50,000 or over 09 days.  And then it has federal
3    and all the different verticals.  And I'm state
4    and local consulting.
5         So I'm trying to look to see whether
6    any of these were mine.  Orleans, that wouldn't be
7    mine.  Oakland wouldn't be mine.  State of New
8    Jersey was not mine.  Commonwealth of Virginia was
9    not mine.  Office of Chief Technology Officer, I
10   have no idea what state that was in.  So I just
11   really don't know what that is.
12        Q    Ms. Mitchell, I have a few more
13   documents.  And just to give you some context.
14   These were produced apparently by Oracle, or
15   identified by Oracle in response to noticing your
16   deposition as documents that somehow involve you.
17        So the reason that I'm giving these
18   documents to you is simply to see if you recognize
19   any of them.  Because I'm not sure if they
20   necessarily relate to you.  Perhaps they do.
21        And along those lines, I'm going to
22   provide you with some more documents, and I'm just
23   going to make sure I have a Bates range before I
24   do that.
25        MR. CAPLAN:  Marking three pages as one

38

1    exhibit?
2         (Exhibit 1 marked.)
3         MR. SOLOMON:  And then I'm going to
4    mark the rest of what was given to me as one
5    composite exhibit.
6         MR. JOHNSON:  I'll just note for the
7    record that Exhibit 1 is now in order, NDCA-ORCL
8    085963, 085962, and 085965.
9         Q    (By Mr. Solomon)  Okay.  Just to
10   prevent confusion, I'm going to just pass these to
11   you when the control numbers run sequentially.
12   And to the extent they jump, I'm going to hold
13   back and give you the next document.
14        This is going to be document composite
15   No. 2.  The Bates range, control range is 396766
16   to 773.  And really, as I say, I'm just interested
17   in whether you can recognize these as documents
18   that pertain to you.
19        A    Is my name in here somewhere?  Well, it
20   will take me a minute to see whether my name's on
21   here.
22        Q    Sure.
23        A    Steve Simonetto is in there.  He was my
24   boss.  Doug Adams is on here.  Margaret Mitchell.
25   Okay.  Okay.  All right.  This had to do with the

39

1    RMS forecasting thing that we were supposed to
2    use.
3         MR. JOHNSON:  Could you read back the
4    pending question?
5         (The last question was read back.)
6         A    Yes.  This pertains to me.
7         Q    (By Mr. Solomon)  Okay.  What is RMS?
8    What's that stand for?
9         A    I don't remember.  It's a forecasting
10   tool.  Revenue management system, probably.
11        Q    Okay.
12        A    Okay.
13        Q    Did the RMS forecasting process change,
14   do you know, in the fall of 2000, winter of 2001?
15        A    That's when we were implementing it.
16   We were getting that forecasting tool.
17        Q    And you say "getting that forecasting
18   tool," this a new tool j the business?
19        A    For us, yes.
20        Q    And what was different about this tool
21   than how you'd forecast previously?
22        A    Well, this was an application package.
23   Whereas before, a lot of our forecasting had been
24   done with some spreadsheets and things that were
25   formatted and rolled up.  And I think they had

40

1    sort of grown them in-house.  And this was an
2    actual application that brought it all together.
3         Q    Was it associated with 11i?
4         A    I'm sorry.  It probably is part of 11i.
5    I don't remember.  It probably says that.
6         Q    And -- I'll give you a chance to look
7    before I ask another question.
8         A    I don't remember what all -- okay.
9    Yeah.  This is where you were scheduling people
10   onto projects, and you're forecasting your rates.
11        Q    If you don't mind, could you just read
12   the control number at the bottom of that document
13   so we know what you're referring to.
14        A    NDCA-ORCL 396771.  The procedure.
15        Q    Okay.  And can you tell me what your
16   experience was with this new applications tool?
17        MR. JOHNSON:  Objection.  Foundation
18   and form.
19        A    There were a lot of bugs in it.  But
20   it -- it did consolidate what we were doing, and
21   it allowed greater visibility all the way up into
22   what we were forecasting, and where people were.
23   And they say it was a huge database, so that
24   everybody was consolidated into 1.
25        MR. SOLOMON:  Well, Ms. Mitchell,

41

1  subject to what Mr. Johnson has for you, I have no
2  further questions.  Thank you very much.
3      MR. JOHNSON:  Why don't we take a short
4  break.
5      THE VIDEOGRAPHER:  Going off the
6  record.  The time is 11:07.
7      (A break was taken.)
8      THE VIDEOGRAPHER:  Going back on the
9  record.  The time is 11:13.
10      EXAMINATION
11  BY MR. JOHNSON:
12      Q  Good morning, Ms. Mitchell.  I'm Ward
13  Johnson.  As I think you know, I represent the
14  defendants.
15      A  Um-hum.
16      Q  I'd like to mark as Mitchell Exhibit 3
17  the notice of videotape deposition of nonparty
18  Margaret Mitchell from the Lerach firm.
19      MR. JOHNSON:  I presume you gentlemen
20  have copies?
21      MR. CAPLAN:  I do.
22      MR. JOHNSON:  She'll mark it and hand
23  it to you.  That's the way it's usually done.  And
24  while we're marking that, let's mark as Mitchell 4
25  a document -- the first page of the subpoena in

42

1  the civil case directed to Margaret Mitchell,
2  dated September 13, 2005.
3      (Exhibits 3 and 4 marked.)
4      Q  (By Mr. Johnson)  Ms. Mitchell, before
5  you review Exhibits 3 and 4, did you review these
6  before your deposition today?
7      A  Yes.
8      Q  In fact, that's how you knew to show up
9  here at 9:00 o'clock; isn't that correct?
10      A  I actually had two subpoenas.  But,
11  yes, they both said 9:00.
12      Q  And that's when you were here and
13  that's when your counsel was here?
14      A  Yes.
15      Q  And that's when I was here, correct?
16      A  Yes.
17      Q  Mr. Solomon was not here at that time?
18      A  Not to my knowledge.
19      MR. SOLOMON:  I plead guilty.
20      Q  (By Mr. Johnson)  Have you looked at
21  the subpoena's request for documents?
22      A  Yes.
23      Q  And did you make a search to find out
24  whether you had any documents that were responsive
25  to those requests?

43

1      A  I didn't have to make a search.  I
2  didn't have any documents.
3      Q  Did you look on your home PC?
4      A  My home PC is relatively new, and does
5  not have any documents pertaining to Oracle on it.
6      Q  Did you do work from your home PC when
7  you worked for Oracle?
8      A  Not usually.  I had a laptop.  And so I
9  was either in the office or on my laptop.
10      Q  Do you still have that laptop?
11      A  No.  That was Oracle's.
12      Q  And you didn't have any hard copies of
13  Oracle documents at home?
14      A  No.  Nothing -- no.
15      Q  You left Oracle in March of 2001?
16      A  That's right.
17      Q  And if I told you that the date was
18  March 5, 2001, would that sound right to you?
19      A  Yes.
20      Q  After you left, did you talk to any
21  customers of Oracle?
22      A  Customers?  No.
23      Q  Any of your old customers?
24      A  No.
25      Q  What about Oracle employees?  Did you

44

1  speak with them after you left?
2      A  A few.
3      Q  Who did you speak with?
4      A  Ruth Selby.
5      Q  And what was her title?  What did she
6  do at Oracle?
7      A  She was maybe a managing principal.
8  Something like that.  She was a consultant.  She
9  was a project manager.  She worked for me.
10      Q  Anyone else?
11      A  Gee, I don't -- I may have spoken to
12  Diane Myskew.  But other than that, I don't think
13  so.
14      Q  And what did she do at Oracle?
15      A  She was a practice manager.
16      Q  And how do you spell her name?
17      A  I don't even remember.  M-y-s-k-- I
18  don't know -- -e-w or something.
19      Q  Was she someone who had worked for you?
20      A  Yes.
21      Q  And did you talk about Oracle's
22  business with either Ms. Selby or Ms. Myskew?
23      A  I talked about getting laid off is what
24  I talked about.
25      Q  Other than your being laid off, did you

45

1 talk about Oracle's business with either Ms. Selby
2 or Ms. Myskew?
3    A  I probably did with Ruth Selby.
4    Q  What did you talk about?
5    A  Just that we were having -- well, she
6 was still working for Oracle. And so I was
7 checking up on some of the projects and things
8 that were going on, and -- just, in general.
9    Q  Is she still with the company?
10   A  No.
11   Q  Did you discuss 11i with Ms. Selby
12 after you left the company?
13   A  No.
14   Q  That was a no?
15   A  No.
16   Q  Same true for Ms. Myskew -- Myskew
17 (pronouncing)? Sorry.
18   A  Myskew. To my knowledge, I wouldn't
19 have talked specifically about 11i, no.
20   Q  What did you talk with them about in
21 regard to your being laid off?
22   A  Just acknowledging the fact that I had
23 been, and wondering how they were doing, and what
24 was going on with the various projects.
25   Q  Are you working now?

46

1    A  Yes.
2    Q  Where do you work?
3    A  I work for a company called Revenue
4 Solutions.
5    Q  And what does Revenue Solutions do?
6    A  We do consulting in revenue agencies
7 for IT systems.
8    Q  What's a revenue agency?
9    A  The IRS, the Colorado Department of
10 Revenue. So we do tax and revenue systems.
11   Q  And what's your job title there?
12   A  Senior manager.
13   Q  And what do you do as senior manager?
14   A  I do some business development in
15 writing proposals. I also am staffed on various
16 projects to be a project manager or provide
17 expertise in tax and revenue systems.
18   Q  Computer systems?
19   A  Um-hum.
20   Q  And do you have people working for you?
21   A  Depends on the project. It's a very
22 small company, so it depends on . . .
23   Q  What were your duties as practice
24 manager for state and local government?
25   A  When I first got there, I was practice

47

1 manager, not director.
2    Q  Yes, exactly.
3    A  Practice manager, I had a team of
4 consultants, and my group did mostly -- I'm trying
5 to think what they did when I first got there. I
6 think we did mostly custom consulting.
7       So, again, it was the same thing. I
8 was responsible for getting them working whether
9 they were on projects that we sold within our own
10 practice or on somebody else's projects. And
11 tracking, forecasting what revenue we would bring
12 into the practice, working with customers and
13 selling consulting services.
14   Q  When you say forecasting, what were you
15 forecasting?
16   A  How much revenue we would be bringing
17 in. So if you have ten consultants or 15 or 20 or
18 whatever it is, you have to show where they're
19 going to be working. You have to show how much --
20 how much you were charging and how much revenue
21 you would realize on the various projects.
22   Q  When you say how much revenue we'd be
23 bringing in, who are you talking about?
24   A  The team in that practice.
25   Q  And what team is that?

48

1    A  State and local government, mountain
2 region practice -- consulting practice.
3    Q  And how big was that team?
4    A  When I first got there, 15 to 20
5 people.
6    Q  And how big was it when you left?
7    A  Well, it had gone -- it had grown, and
8 then it had shrunk back. And I can't remember how
9 many I had.
10   Q  Roughly the same?
11   A  No. Actually, it would have been less.
12 Because by the time I left, I had -- see, when I
13 got there, there were two managers. Two practice
14 managers working for a practice director. And I
15 had half the team and the other guy had half the
16 team. And then by the time I left, I had
17 everybody, so that would have been like 40 people
18 shrunk down to 20 or something.
19   Q  So the forecasting that you were doing
20 involved how much money a team of no more than 40
21 people were bringing in?
22   A  That was one kind of forecasting. The
23 other thing is -- well, when I first got there.
24 And then it grew into not only forecasting what
25 our consultants were bringing in, but also

49

1　forecasting what business we had and what we were
2　going after and what was in the pipeline.
3　　　　And if I secured a project, I might use
4　three of my own people, but I might use five of
5　somebody else's practice.
6　　Q　When you were forecasting, what was the
7　maximum number of people that you ever were
8　forecasting for?
9　　A　Well, I had my own, plus whoever else
10　was on projects that I had.  I don't know.  50,
11　60, max.
12　　Q　So the forecasting that you did while
13　you were at Oracle involved the revenue that no
14　more than 60 people would be bringing in; is that
15　correct?
16　　A　That's one aspect of it.  The other
17　aspect was I could be bringing in deals.  You
18　know, if I sold to the state of Utah or to the
19　state of South Dakota, I might have sold a deal
20　that was worth, you know, a couple million dollars
21　over time.  And it would have some of my folks on
22　it and some of the other folks on it.
23　　Q　Right.  But in terms of forecasting for
24　a group of teams, even if it was a combined team,
25　what was the maximum number of actual forecasting

50

1　that you ever did?
2　　A　People --
3　　Q　Let me strike that.
4　　A　It doesn't work that way.
5　　Q　Let me try and clarify.  You were doing
6　forecasting for a team of people that you say
7　involved no more than 60 people, the projected
8　revenue stream for them.
9　　A　Right.
10　　Q　Do you know how many people worked for
11　Oracle, or worked for Oracle at the time you were
12　forecasting?
13　　A　Oh, 13, 14 thousand.  I don't know.
14　　Q　So you worked with the -- well, strike
15　that.
16　　　　Did you work with a particular group
17　within Oracle?
18　　A　Yes.  State and local government.
19　　Q　And was there a regional subgroup for
20　that group?
21　　A　I had the mountain desert region.
22　　Q　And the mountain desert region involves
23　what geographic area, or did involve it while you
24　were there?
25　　A　Like nine states.

51

1　　Q　Do you know what percentage of Oracle's
2　revenue your group --
3　　A　No.
4　　Q　-- contributed?
5　　A　No, I do not.
6　　Q　Do you have any idea?
7　　A　No, I do not.
8　　Q　Do you have any idea what the whole
9　Oracle nine-state mountain desert region
10　contributed to Oracle's revenue?
11　　A　That's a percentage I do not know.
12　　Q　Now, you mentioned that you supervised
13　one, and sometimes two practice managers --
14　　A　That's right.
15　　Q　-- eventually.  Did you supervise
16　anyone else?
17　　A　At one time, I had an administrative
18　assistant.
19　　Q　Anyone else?
20　　A　No.
21　　Q　So those were the only people that
22　reported to you --
23　　A　True.
24　　Q　-- during your tenure at Oracle?
25　　A　Well, no, that's not true.  When I

52

1　first got there and I was a practice manager, I
2　had consultants reporting to me.
3　　Q　And when you say they were reporting to
4　you, what do you mean?
5　　A　I would hire them.  I would do their
6　evaluations.  I would work with them to get them
7　on projects, and every aspect of their employment.
8　　Q　How many consultants were reporting to
9　you when you started at Oracle?
10　　A　I think I said it was up to 20, maybe.
11　15, 20.
12　　Q　And after you became a practice
13　director, they did not continue to report to you?
14　　A　No, because they reported through
15　managers.
16　　Q　Who did you report to when you first
17　started at Oracle?  And if it changed, would you
18　let me know who they were, as well.
19　　A　When I first got there, the person that
20　hired me was a practice director named Monte
21　Wilson, M-o-n-t-e.  And then after twelve to
22　fourteen months -- I don't know exactly when it
23　was -- I was promoted into his position, and he
24　went into product sales, which is where he had
25　come from.  And at that time, because he went back

53

1  into sales, then I reported to Steve Simonetto.
2     Q   And what was his title?
3     A   He was like a senior practice director.
4  Something like that.
5     Q   And did you report to anyone else while
6  you worked at Oracle?
7     A   I don't think so, no.
8     Q   Do you know who Steve Simonetto
9  reported to?
10    A   Doug Adams.  There may have been a very
11 short period of time when there was somebody else
12 that Monte had reported to, and then the guy left
13 or moved or something.  And I can't remember what
14 his name was.  But it was a very short period of
15 time.
16    Q   And do you know who Doug Adams' boss or
17 bosses were at the time you were at Oracle?
18    A   I can't remember.
19    Q   Well, you talked earlier about your
20 boss and your boss's boss.  Do you know who you
21 were referring to when you --
22    A   Steve Simonetto.  And his boss was Doug
23 Adams.
24    Q   But you don't know who Mr. Adams
25 reported to?

54

1     A   I can't remember that, no.  But it
2  would have been someone pretty highly placed in
3  state and local consulting.
4     Q   For the nine-state region?
5     A   No, no, no.  See, I had my region --
6  Simonetto had me and a couple other people
7  reporting to him, and he reported to Doug.  And
8  Doug had, like, all of the western United States,
9  and someone probably had the middle and someone
10 had the east.  And they all reported up to someone
11 who was over all of state and local consulting.
12 And then as you can see from that paper, there was
13 state and local, there's federal, there's the
14 different verticals, and they all funnel up to
15 somebody else.
16    Q   Who was the most senior person at
17 Oracle you ever spoke with while you were there?
18    A   Ever spoke with?  To tell you the
19 truth, I can't remember.  Probably someone at
20 least one rung higher than Doug Adams.
21    Q   But you don't remember who it was?
22    A   I can remember going to various
23 functions and things.  One, in particular, in Las
24 Vegas.  And the head of Oracle consulting was
25 there.  And I can't now think what his name was.

55

1     Q   Did you have a substantive conversation
2  with him?
3     A   No.  Just a chat.
4     Q   Did you ever talk with Larry Ellison?
5     A   No.
6     Q   Did you ever talk with Jeff Henley?
7     A   No.
8     Q   Did you ever talk with Edward --
9  sometimes he's called Sandy Sanderson?
10    A   No.
11    Q   Did you ever talk to be Jennifer
12 Minton?
13    A   No.  I don't know the name.
14    Q   You don't know who she is, or what she
15 did at Oracle while you were there?
16    A   I do not know.
17    Q   Do you know why you're here today?
18    A   I was asked to tell what I knew about
19 that time period.
20    Q   Do you know how you, in particular,
21 were asked to come and testify?
22    A   How I was asked?
23    Q   Yeah.  How did you get picked?
24    A   I don't know.  As a person in a
25 capacity to have knowledge of forecasts and how

56

1  the business was going.
2     Q   Well, you mentioned when Mr. Solomon
3  was questioning you earlier that somebody from
4  something and Hodges called you.
5     A   Um-hum.
6     Q   Do you remember when that was?
7     A   No.  It must have been maybe April
8  or -- I don't know when it was.
9     Q   April what year?
10    A   I don't remember when it was.  I mean,
11 that was a rather turbulent time.  I went to work
12 on a Monday, and they told me that was my last
13 day.  And I was scheduled to go somewhere on that
14 Thursday.  I was going on a two-week cruise on my
15 vacation.  And, you know, I just kind of don't
16 remember what happened after that.
17    Q   You're saying "after that."  Are you
18 talking about when you left Oracle --
19    A   Yes.
20    Q   -- or when were you speaking with the
21 Hodges person?
22    A   I don't remember when I spoke to
23 somebody from Hodges.
24    Q   Can you estimate how long after you
25 left Oracle it was before you heard from the

57

1  Hodges person?
2      A   Within a few months.
3      Q   And do you know how they got your name?
4      A   No.
5      Q   Did the person identify themself by
6  name?
7      A   Yes.
8      Q   It was a man, rather than a woman?
9      A   It was a man.
10     Q   Called Jason, perhaps?
11     A   I don't remember.
12     Q   You did say earlier that you had made
13  some kind of notation about your conversation,
14  where you wrote down his name?
15     A   I've moved three times since then, and
16  I have -- you know . . .
17     Q   Did you take notes during your call?
18     A   I may have scribbled a few things, you
19  know, just automatically.  But the gist of it was,
20  "Hey, what do you think about the possibility that
21  upper management didn't know?"  And my answer was,
22  "They had to know."
23     Q   And did he tell you why he was calling
24  you?
25     A   Yes.

58

1      Q   What did he say?
2      A   I don't remember exactly.  I mean, I've
3  talked -- we've read the stuff so many times.
4      Q   Sure.  If you can just give me the
5  substance of what you remember as to why he
6  called.
7      A   The substance would be, There is some
8  question as to whether there was any wrong-doing.
9  And since the company -- Larry Ellison and others
10  had said that everything was wonderful, was there
11  any way that I could agree with that.  That there
12  was no way that they would have known what had
13  happened to business at that point in time.
14     Q   Did the person say that they were
15  calling from a law firm?
16     A   Yes.
17     Q   Did they say they were considering
18  bringing a lawsuit?
19     A   Yes.
20     Q   Did they ask if they could use what you
21  told them in connection with the lawsuit?
22     A   Yes.
23     Q   And did you agree to that?
24     A   Yes.
25     Q   Do you recall signing a confidentiality

59

1  agreement when you started work at Oracle?
2      A   Yes.
3      Q   Do you recall what that covered?
4      A   No.  I mean, it would have been work
5  products and knowledge of inside kind of
6  proprietary things.
7      Q   And what does that mean to you?
8      A   It means that I would not --
9          MR. CAPLAN:  I'm just going to object
10  to the extent that it calls for a legal opinion.
11  But you can answer.
12     A   I mean, as it related to me, it would
13  be that I would not tell my clients, "Don't buy
14  this.  It doesn't work."  I wouldn't -- if I were
15  privy to any strategic plans or something, I
16  certainly wouldn't tell other companies about it.
17  I wouldn't, you know, disclose that kind of
18  information.
19     Q   (By Mr. Johnson)  Do you recall signing
20  a termination agreement when you left Oracle?
21     A   Sometime afterwards, yes.
22     Q   And --
23     A   When they said, essentially, "We'll
24  give you some money if you don't sue us."
25     Q   And do you recall anything else that

60

1  that agreement said --
2      A   No.
3      Q   -- about your cooperating in other
4  people filing claims against Oracle?
5      A   No, I don't remember anything like
6  that.
7      Q   What was the reason that you were given
8  for your termination?
9      A   The reason I was given was that there
10  really wasn't enough work, and they let people go.
11     Q   Was that the only reason that you were
12  given?
13     A   Pretty much.
14     Q   And who gave you that reason?
15     A   Both Steve Simonetto and Doug Adams
16  showed up at my office.
17     Q   Were you ever told at the time that you
18  worked in Oracle that customers had complained
19  about the service you were giving them?
20     A   No.
21     Q   You never heard that certain customers
22  had written in to complain about you?
23     A   Written in?  No.
24     Q   But you had heard about oral complaints
25  made about you?

61

1    A  Mr. Simonetto said that somebody had
2  said something. But that was a very -- I mean,
3  they said things about lots of consultants. And
4  the fact of the matter is, if they were going to
5  fire me for cause, they would not have given me
6  any severance.
7        And, in fact, they said that it was not
8  for cause. That it was because -- because I asked
9  that during our meeting. Because Simonetto
10  started down that path talking about somebody had,
11  you know, said something and whatever. And I
12  said, "So am I being fired?" And they said, "No,
13  you're being let go." And then Doug Adams stepped
14  in and said, "It has nothing do with that. It's
15  business."
16    Q  You -- is Utah -- or was Utah Work
17  Force Services a customer of yours?
18    A  Yes, it was.
19    Q  And did you ever hear that they
20  complained about you?
21    A  They complained about every single
22  person that ever was there. John Griffin and me
23  and Ruth Selby and -- yes, I knew that.
24    Q  You knew they had complained about you.
25  And how did you hear about that?

62

1    A  Through Steve Simonetto.
2    Q  Um-hum. And do you recall that --
3  that -- do you recall somebody called Connie Laws
4  at Utah Work Force Services?
5    A  Yes. I can't remember what her title
6  was, but she was -- yes.
7    Q  And do you recall being told that she
8  didn't want to deal with you?
9    A  No.
10    Q  Do you recall being told that she found
11  your style to be defensive, adversarial, and
12  whiney?
13    A  No.
14    Q  What about Academy Schools?
15    A  What about them?
16    Q  Were they a customer of yours?
17    A  Yes. I inherited them. I did not sell
18  that product to them.
19    Q  Did you ever hear that they had
20  complained about the service that they were
21  getting from you personally?
22    A  No. They complained to me. The fellow
23  down there complained to me about Oracle in
24  general, which I then related to Steve Simonetto.
25    Q  Did you ever contact someone there

63

1  called Rich Patterson?
2    A  That may be the guy down there.
3    Q  Do you recall him complaining to you
4  and to others at Oracle that the only time he
5  heard from you, Ms. Mitchell, was when you wanted
6  an invoice paid?
7    A  When I first talked to Mr. Patterson, I
8  got this account from one of the other account
9  managers who had worked for Monte Wilson who had
10  left the company. And when I first talked to Rich
11  Patterson, all he would talk about was how awful
12  the service was that this other fellow had given
13  him.
14        So it doesn't surprise me that he may
15  have said something after he and I had worked
16  together for about a year or something. The fact
17  is that installation went very well, actually.
18    Q  Did you hear that he complained that
19  there were irregularities in the way that you
20  personally had billed him?
21    A  No.
22    Q  What about Job Services of North
23  Dakota?
24    A  Oh, brother. Okay. They were a
25  customer.

64

1    Q  Had you ever heard that they had
2  complained about you?
3    A  No.
4    Q  Do you know someone there called Wayne
5  Kendon?
6    A  Yes, I did know him.
7    Q  And did you ever hear that they
8  questioned your personal ability to deal
9  effectively with their account?
10    A  No, no.
11        MR. SOLOMON: Mr. Johnson, I don't know
12  if you're looking at an employee file, but do you
13  know if you've produced an employee file from
14  Ms. Mitchell?
15        MR. JOHNSON: I really haven't been
16  involved in the discovery in this case.
17        THE DEPONENT: Well, can I get copies
18  of whatever it is you're reading from?
19        MR. CAPLAN: I think that's a fair
20  question, Counsel. If you're going to keep
21  questioning her on documents that you're looking
22  at, if it's from her file, she has a right to look
23  at it.
24        MR. JOHNSON: I'm not going to
25  characterize what I'm looking at it. They're my

65

1  preparation materials.
2        THE DEPONENT:  But you got it from
3  somewhere.
4        MR. JOHNSON:  They have my markings on
5  it.  And I'm not prepared to give up my privileged
6  material.  That's a little different than the
7  circumstances we had earlier where Mr. Solomon was
8  showing the witness documents while I was out of
9  the room and not letting me see them.
10        MR. CAPLAN:  I'm not going to comment
11  on that.  But all I'm saying if you're looking at
12  her personnel file and asking her questions from
13  documents, it would be fair to show it to the
14  witness.
15        MR. JOHNSON:  I'm looking at my own
16  deposition outline.
17        THE DEPONENT:  Which came from some
18  notes that somebody put together.  And I would
19  love to see those, because those are things that I
20  did not know.
21        MR. SOLOMON:  And if you question --
22        THE DEPONENT:  And if you look at this,
23  and you say okay, I'm working for somebody.  I get
24  promoted after I've only been there a year to 14
25  months.  And now all of a sudden you're asking me

66

1  questions as if I was fired.
2        MR. SOLOMON:  I'm sure it's part of a
3  strategy.  But to the extent that you're using
4  documents to question the witness that you should
5  have produced to us, obviously I move to strike
6  the entire line of questions.
7        MR. JOHNSON:  I haven't used any
8  documents at all.
9        MR. SOLOMON:  I'm just telling you what
10  will happen if, in fact, that's happened.
11     Q.  (By Mr. Johnson)  Did you request, when
12  you were speaking with the person from the Hodges
13  organization/firm, that your name not be used in
14  any complaint that they filed?
15     A.  I don't think I requested it.  I think
16  they said that names probably wouldn't be used.
17     Q.  Did you say whether you minded your
18  name being used or not?
19     A.  I don't remember that.
20     Q.  Did anyone ever tell you that you were
21  Confidential Witness No. 5?
22     A.  I don't remember anybody telling me
23  that.  But I can see that.
24     Q.  After the call that you had with the
25  person from the Hodges firm, let's call them, what

67

1  was the next contact you had in -- with respect to
2  this lawsuit?
3     A.  It was quite a while later.  I think I
4  got another call from somebody saying, "Remember
5  about this?"  And at some point, I also did get a
6  ream of paper or two that I don't think I read at
7  the time.  They said, "Well, we just want to keep
8  you informed of what's going on."
9     Q.  And who sent that to you?
10     A.  Somebody from that same office, I
11  think.
12     Q.  What did you use with that paper?
13     A.  Used it as a doorstop.
14     Q.  And I take it you're not using it as a
15  doorstop anymore?
16     A.  No.  I'm sure I threw it out when I
17  moved.
18     Q.  What about your initial notes from the
19  conversation?  Did you make an effort to find
20  those as a result of the subpoenas that you got in
21  this case?
22     A.  No.
23     Q.  Is that something that you would do
24  now; make an effort to find those notes?
25     A.  No.  I have no reason to spend time

68

1  over this.  This has nothing to do with me.  This
2  is somebody asked me to tell them the truth about
3  what happened in a certain period of time.  I
4  don't benefit from it at all.  And, in fact, it's
5  just taking up my morning.
6     Q.  Well, actually, while we were waiting
7  for Mr. Solomon, I think you said it was a lot of
8  ado over a very little bit of information.  Isn't
9  that correct, how you described your testimony?
10     A.  Um-hum.
11     Q.  That's what you said?
12     A.  Um-hum.
13     Q.  Yes?
14     A.  Yes.
15     Q.  Thank you.  It's just for the court
16  reporter.  She needs an answer in words.
17        Did anybody ever offer you anything for
18  your help in this lawsuit?
19     A.  No, nothing.
20     Q.  So you said the next time you heard
21  something, it was by mail?
22     A.  I don't remember the sequence, whether
23  they called me the second time and then sent
24  something in the mail, or whether they sent
25  something in the mail, and then I heard a

69

1    follow-up some long time later.
2        Q   And what was the next, you know,
3    person-to-person or voice-to-voice communication
4    you had?
5        A   Well, at some time, I talked with
6    somebody who said that it was an appeal or
7    something.  And that they were in the next phase.
8    And I thought, "Well, that's interesting."
9        Q   And who was that person that called
10   you?
11       A   Again, somebody from the law firm, as
12   far as I know.
13       Q   From the same law firm, the Hodges
14   firm?
15       A   I believe so.
16       Q   Do you know whether they were from the
17   Lerach firm that Mr. Solomon comes from?
18       A   I don't know.
19       Q   Do you have an understanding that as a
20   result of getting those subpoenas, that you have a
21   legal obligation to look for the documents that
22   are requested?
23       A   I have no documents.
24       Q   But you said that you might have your
25   notes from the initial conversation.

70

1            MR. SOLOMON:  Mischaracterizes her
2    testimony.
3        A   I said I may have taken a few notes
4    because, you know -- as I was talking to the
5    fellow at the beginning.  But the idea that I had
6    saved those notes is ridiculous.
7        Q   (By Mr. Johnson)  Did you make any
8    effort to look for them after you got the
9    subpoena?
10       A   I know that I have moved three times
11   since then.  And there is no way I would even
12   begin to know whether I had thrown all that stuff
13   out or what.  I have no idea where anything --
14   where that stuff is.
15       Q   Well --
16       A   So I know that when I packed things
17   away, I did not see that.  And it was most
18   probable that it's been thrown away.
19       Q   Understood.  My question was, Did you
20   ever look for it?
21       A   I looked around and thought -- I sat
22   down and I read what it said that you wanted from
23   me, and I thought, "I don't have any of that
24   stuff."  And there's no where to look.  There is
25   no where to look.  Everything has been cleaned out

71

1    in moving.
2            You have to understand, this is not
3    something that has been high on my importance
4    list.
5        Q   May I just show you -- or actually
6    direct your attention to -- where are the initial
7    exhibits?  This is the exhibit that I was trying
8    to get a look at that I guess you were shown
9    before it was marked.  The first one, which is
10   Exhibit 1.
11       A   How tiresome.
12       Q   I'm sorry.  I don't -- you know, I
13   don't mean to be taking your time.  Is this the
14   kind of document that you saw during the course of
15   your work at Oracle?
16       A   This is not one that I would have
17   seen -- that I would have focused on very much.
18   But, yes, I could have seen this sort of thing.
19       Q   But as you sit here right now, do you
20   have any recollection whether that was a type of
21   report that you received in the ordinary course of
22   your business at Oracle?
23       A   I'm not sure what this is generated off
24   of.
25       Q   So you're not sure what it is?

72

1        A   Well, I don't know whether it's off of
2    a -- it's AR.  So it's out of billing somewhere
3    saying that these bills have not been paid.  And
4    that is the kind of thing that we would be
5    notified about, and then have to try and collect
6    the money.
7        Q   But you would be notified about unpaid
8    bills for your corner of the world, right?
9        A   Well --
10       Q   Is that right?
11       A   Yes.  But they would come up in -- they
12   would be identified in a larger context.
13       Q   What other customers did you work with,
14   other than the ones that we've talked about?
15       A   Let's see.  We had things within the
16   state of Colorado.  We had things within -- I
17   mean, it depends on what you mean by "worked
18   with," because we put in a lot of proposals for
19   things that we wouldn't necessarily get work out
20   of.
21       Q   I'm talking about actual customers.
22       A   North Dakota, South Dakota.  I think we
23   had something going in Nevada.
24       Q   Can you tell me the names of customers?
25       A   It's been, what, almost five years?

Mitchell, Margaret A  10/11/2005  10:06:00 AM

73

1   Nevada was -- I don't remember whether it was
2   transportation or who it was. We had the City of
3   Arvada. Maybe CDOT.
4       Q   How do you spell that, ma'am?
5       A   I'm sorry. Not CDOT. It was --
6   Colorado Bureau of Investigation was one of our
7   customers. I can't remember.
8       Q   And when you say "one of our
9   customers," I'm talking about customers that you
10  specifically had responsibility for dealing with?
11      A   Even if one of my managers was dealing
12  with them, they were my customers, just because I
13  was responsible for the practice.
14      Q   You or your managers?
15      A   That's what I'm saying.
16      Q   Can you think of --
17      A   I can't think of other customers, other
18  than what we've already talked about.
19      Q   Were your customers exclusively within
20  the geographic mountain desert region we've talked
21  about?
22          MR. CAPLAN:  I'm going to object as
23  vague. What you mean by "customers." You really
24  ought to define that for her.
25      Q   (By Mr. Johnson)  I'm talking about --

74

1   do you have an understanding -- well, you've
2   talked about customers several times today in
3   describing what your job was.
4       A   I would sell within the geographic
5   region. I would have consultants working in other
6   places. But I didn't consider those other people
7   really my customers.
8       Q   Understood. So your customers were
9   within that nine-state --
10      A   Yes.
11      Q   -- region?
12      A   That is true.
13      Q   Is it fair to say that you weren't
14  aware of all the consulting that was being done
15  outside of your region?
16      A   When you say "all," I probably wasn't
17  aware of all of it, but I was aware of a lot of
18  it. Because I had consultants on other projects.
19  And because we would talk -- the managers and the
20  directors would talk about what was going on in
21  their regions.
22      Q   I'd like to talk to you about that in a
23  minute. What about within your region, were you
24  familiar, as part of your job, with all the sales
25  occurring within that region?

75

1       A   The consulting sales?
2       Q   Yes.
3       A   Yes.
4       Q   What about the license sales?
5       A   I can't say all. I knew a lot of what
6   was going on.
7       Q   Were you apprised of the complete
8   picture of license sales within your nine-state
9   region, as part of your job?
10      A   I could access that, because I wanted
11  to sell to those people that were getting
12  licenses. So, yes, as part of my job, it was my
13  job to know what was being sold.
14      Q   Did you access sales outside of the
15  nine-state region?
16      A   Did I access it?
17      Q   Yes. As a routine part of your job.
18      A   Not as a routine part of my job, no.
19      Q   Do you know when Oracle's fiscal year
20  was?
21      A   It was odd. I can't remember whether
22  it ended at the end of May or at the end of April.
23      Q   If I said to you that the first quarter
24  of Oracle's fiscal year began on the first of June
25  and ended at the end of August, does that sound

76

1   right to you?
2       A   Began on the first of June? That could
3   be, then.
4       Q   But you don't know one way or the
5   other?
6       A   I can't remember whether it ended the
7   end of May or whether it ended the end of April.
8           MR. JOHNSON:  For clarity, can we
9   stipulate, Counsel, that Q1 of Oracle's fiscal
10  year starts in June, at the beginning, and ends at
11  the end of August?
12          MR. SOLOMON:  Sure.
13      A   Okay.
14      Q   (By Mr. Johnson)  And their fiscal year
15  proceeds in quarters on the same basis?
16      A   Normally.
17      Q   Do you know what Oracle's business
18  units were in the Americas at the time you worked
19  at Oracle?
20      A   Are you talking about verticals?
21  Business unit, I mean, we had like state and
22  local. We had -- I don't know how you want to
23  define that.
24      Q   Well, let's work up.
25      A   There's consulting. There's, you know,

77

```
1    sales.
2        Q   You worked in the nine-state mountain
3    desert region.
4        A   Right.  For state and local.
5        Q   For state and local.  And more
6    specifically for consulting.
7        A   Yes.
8        Q   And there was also licensing sales
9    within that nine-state region?
10       A   Yes.
11       Q   And then if we work our way up, was
12   there a larger organization that the nine-state
13   region was part of?
14       A   Sure.  It was like a western region.
15   It changed from time to time, so I don't know
16   exactly.
17       Q   And the western region was, in turn,
18   part of a larger unit or group?
19       A   Yes.
20       Q   And what was that called?
21       A   Well, there was state and local
22   consulting.  State and local government vertical.
23       Q   Do you know the letters OSI in the
24   context of your job at Oracle?
25       A   Yes, I used to know what that meant.
```

78

```
1        Q   Do you know whether it's a business
2    unit that your organization fell into?
3        A   It changed.  So it could have been.  I
4    don't remember what it stands for.
5            THE VIDEOGRAPHER:  Counsel, six minutes
6    until the end of tape.
7        Q   (By Mr. Johnson)  Do you know what OPI
8    was at Oracle when you were there?
9        A   I don't remember the acronyms anymore.
10       Q   NAS doesn't ring any bells?
11       A   No.  Every place I work has its own
12   set.
13       Q   Did you ever receive something called a
14   global forecast while you were at Oracle?
15       A   I saw forecasts at a lot of different
16   levels, but I don't know specifically that I had
17   one that was called a global forecast.
18       Q   Did you ever see something called an
19   upside report while you were at Oracle?
20       A   Upside would just be what was coming to
21   them.  What was in the pipeline that we were going
22   to have.  What we'd won in the future, I think.
23       Q   The question was, Did you ever see
24   something called an up-side --
25       A   I saw lots of different forecasting
```

79

```
1    tools.  And what they were called, I don't recall.
2        Q   Do you, as you sit here now, recall
3    ever seeing an upside report?
4        A   I don't recall something with that
5    title, but I can't say one way or the other.
6        Q   Do you have an understanding of what an
7    upside report was at Oracle while you were there?
8        A   I just said I believe that it has to do
9    with business that we had already secured that was
10   not yet realized.
11       Q   Did you ever see something called a
12   flash report while you were at Oracle?
13       A   No.  I don't remember these names,
14   so -- I may have seen these things.  I just don't
15   remember what they were called.
16       Q   Do you know what factors the people at
17   Oracle who were responsible for preparing
18   company-wide forecasts took into account when they
19   made those forecasts?
20       A   They took into account what was coming
21   from all the different regions and business units.
22   All the practices.  Everything got rolled up to
23   the top.
24           Now, what they specifically -- how they
25   formatted it, I don't know.
```

80

```
1        Q   How many regions were there at Oracle
2    when you worked there?
3        A   There were numerous regions, because
4    there were numerous verticals.  And within each
5    vertical, there would be regions.
6        Q   How many practice units were there at
7    Oracle when you worked there?
8        A   Well, that would be the same as --
9    numerous.
10           MR. JOHNSON:  Why don't we take a break
11   now so the operator can change the tape.
12           THE VIDEOGRAPHER:  This marks the end
13   of Videotape No. 1, Volume 1 in the deposition of
14   Margaret Mitchell.  Going off the record.  The
15   time is 12:05.
16           (A break was taken.)
17           THE VIDEOGRAPHER:  This marks the
18   beginning of Videotape No. 2, Volume I in the
19   deposition of Margaret Mitchell.  Going back on
20   the record.  The time is 12:13.
21       Q   (By Mr. Johnson)  Ms. Mitchell, earlier
22   today, you said that you felt that in your
23   corner of the company, was seeing business
24   problems starting in the summer of 2000; is that
25   correct?
```

81

1    A   Yes.

2    Q   Are you aware of whether Oracle met its

3  forecast for the quarter that encompassed that

4  summer?

5    A   I believe they met their forecast.

6    Q   Both revenue and margin?

7    A   I know they did revenue.  I don't know

8  about margin.

9    Q   Do you know what a margin forecast is?

10   A   Yes, I do.

11   Q   And what about the following quarter?

12  Do you know whether they met their forecast then?

13   A   The following quarter would be which

14  quarter?

15   Q   That would be the quarter -- the second

16  quarter of '01, in the Oracle fiscal year.  Just

17  to put a time frame on it, that's September 1

18  through the last day of November in 2000.  Do you

19  know whether Oracle met its forecast for that

20  time?

21   A   Oracle met its forecast.  You mean the

22  public -- which forecast?

23   Q   The forecast for the company as a

24  whole.

25   A   I don't know for sure, but I believe

82

1  they do.

2    Q   And by that, just to be clear, and let

3  me know if this changes your answer, I mean, the

4  forecasts for the whole company.  The ones that go

5  out to the public.  The ones that are the subject

6  of this lawsuit.

7    A   I believe that they met their forecast.

8    Q   And you understand that those forecasts

9  are different than the forecasts you were involved

10  in preparing?

11   A   Yes.

12   Q   Do you know whether OSI met its

13  forecast for the first quarter --

14   A   Well, having told you already that I

15  don't remember what OSI stands for, it's a little

16  hard for me -- if that was the work unit that I

17  was in -- they may have met it.

18      MR. CAPLAN:  Counsel --

19   A   They may have met it.

20      MR. JOHNSON:  Don't interrupt the

21  witness.

22      MR. CAPLAN:  She told you that she

23  didn't know what OSI was, and now you're asking a

24  question about it.  I'm saying, in fairness, maybe

25  define it, then she can answer the question, and

83

1  then you can get the facts.

2    Q   (By Mr. Johnson)  Let's use your the

3  definition of OSI as the business unit you were

4  working in.  Do you know if it met its forecast

5  for the first quarter of '01?

6    A   For the first quarter, I think they

7  might have.

8    Q   That's the period that we talked about

9  that encompasses the summer months.

10   A   I can't say for sure.

11   Q   What about the second quarter?

12   A   The second quarter, I don't remember.

13  What we were having trouble with was any follow-on

14  business.  So you might have -- your numbers may

15  have stay up for meeting this forecast, but you

16  have nothing in the pipeline coming along.  And we

17  were always looking forward.

18   Q   Move to strike as nonresponsive.

19  Ms. Mitchell, I don't mean any disrespect, but if

20  you could try to focus on my question and answer

21  my question.

22   A   I don't know for sure.

23   Q   You don't know for sure what?

24   A   Whether we met it for that quarter.

25   Q   And when you say "we," who do you mean?

84

1    A   Oracle.

2    Q   And when --

3    A   OSI.  My business unit.

4    Q   Thank you.  Are you familiar with the

5  term OSO as it was used during your tenure at

6  Oracle?

7    A   No.

8    Q   Do you know whether had you access to

9  OSO?

10   A   No.

11   Q   Do you know what the Oracle request

12  Browser -- or the Oracle Resource Request Browser

13  was?

14   A   Say that again.

15   Q   Oracle Resource Request Browser, do you

16  know what that was?

17   A   Browser?  It was the database that had

18  all the -- I don't know.  We didn't necessarily

19  refer to things with their proper names.  I mean,

20  I could guess what that is, but I don't know

21  specifically.

22   Q   Is it fair to say that you -- let's

23  assume that OSI was the division of the

24  organization that you worked in?

25   A   Um-hum.

85

```
1     Q   Is it fair to say that you were not
2   familiar with all the commercial consulting
3   transactions occurring in divisions other than
4   OSI?
5     A   That's -- with all of them?  No, I
6   couldn't possibly.
7     Q   Were you familiar with all the
8   commercial consulting transactions occurring in
9   the major accounts division?
10    A   I couldn't be familiar with all of
11  anything.  So, no, I was not familiar with all of
12  the transactions.
13    Q   Same question.  Were you familiar with
14  all the commercial consulting transactions
15  occurring in the OPI division?
16    A   No, I was not aware of all of them.
17    Q   You mentioned the Michigan deal
18  earlier.  Do you know what percentage of Oracle's
19  forecasted revenue for that period the Michigan
20  deal was?
21    A   I know it was a large part of state and
22  local.  But so far as a percentage for the total
23  company, I don't know.
24    Q   So it was huge for you, but you don't
25  know whether it was huge for the company; is that
```

86

```
1   your testimony?
2     A   It was huge for state and local.  I
3   don't know if it was huge for -- state and local
4   was a specific market.
5     Q   Right.  But you don't know if it was
6   huge --
7     A   No, I don't know.
8     Q   You don't know if it was huge for the
9   company?
10    A   I would think it would be a huge client
11  to lose.
12    Q   But you don't know whether it was huge
13  for the company; is that your testimony?
14    A   I don't know what you mean by whether
15  it was huge for the company.  Huge in terms of PR
16  or huge in terms of percentage of dollars?
17    Q   Percentage of dollars.
18    A   I don't know that.
19    Q   Do you have personal knowledge about
20  Suite 11i functionality as a whole?
21    A   As a whole?  In general, I know that
22  there was a lot of problems with it.
23    Q   You've testified about experiencing
24  problems on the aspects of 11i that you used.
25    A   Yes.
```

87

```
1     Q   And you personally used that in your
2   job?
3     A   Yes.
4     Q   And do you know whether you were using
5   a version that was generally available to the
6   public?
7     A   We always used them first, but I
8   believe it was the one that was going out to the
9   public.
10    Q   But you don't know whether it was a
11  quote, unquote, beta version?
12    A   No, I don't think it was beta version
13  at that time.
14    Q   But you don't know whether it had been
15  released to the public or not?
16    A   I don't know exactly when it was.  But
17  it was in the same time period that it went out to
18  the public.
19    Q   Do you understand the term "integrated"
20  as it relates to Oracle applications?
21    A   Yes.
22    Q   What does it mean?
23    A   It means that they work together.
24    Q   And they share information; is that
25  fair?
```

88

```
1     A   Well, usually, yes.
2     Q   It's also fair to say that you weren't
3   involved in any way in determining whether the
4   various modules of Suite 11i were integrated or
5   interoperable?
6     A   I was not involved in their
7   development, no.
8     Q   In determining whether the various
9   modules were integrated, you weren't involved in
10  that either, were you?
11    A   Only if -- I was not involved in it,
12  but I might hear about it.
13    Q   Do you have any basis to believe, based
14  on your personal knowledge, that Suite 11i was not
15  integrated or interoperable?
16    A   I heard from consultants and their
17  managers who were trying to make the product work,
18  that pieces of it were not working correctly and
19  not working together.
20    Q   Do you have an understanding of whether
21  Suite i was designed to be integrated or
22  interoperable?
23    A   According to the sales literature, it
24  was developed to be integrated and work well
25  together.
```

89

1    Q   Am I correct in understanding that you
2  weren't involved in fixing software bugs as part
3  of your job?
4    A   Not my job, no.
5    Q   And you used the term "bugs."  What do
6  you understand it to mean in the context of
7  Oracle?
8    A   Things did not work the way they were
9  supposed to work.
10    Q   By "the way they were supposed to," the
11  way that's set forth in the user's manual?
12    A   Yes.
13    Q   Do you know anything about Oracle's
14  severity rating for bugs?
15    A   I don't remember, but I know that at
16  the time, there was a severity rating, and -- but
17  I don't remember the exact details of it.
18    Q   And you don't know what a P1 bug is,
19  then, I take it?
20    A   No, I don't remember that.
21    Q   Or if I told you there were grades P1
22  through P4, you wouldn't know which was more or
23  less severe?
24    A   No, I would not.
25    Q   Or what the criteria was --

90

1    A   No, I don't remember that.
2    Q   -- for assigning -- just a second, just
3  so I can finish the question, just for clarity.
4       You didn't know, or you don't know the
5  criteria for assigning a particular severity
6  rating to a perceived bug?
7    A   At this time, I don't know.
8    Q   Did you know it when you worked at
9  Oracle?
10    A   I probably had -- I know I had read
11  about it.  I would not have been the one to assign
12  the rating.
13    Q   Do you know whether or not Suite 11i
14  modules used a common data scheme?
15    A   I don't.
16    Q   Do you know whether or not Suite 11i
17  modules used a single database?
18    A   I would guess that they do, but I
19  don't -- I don't know that for a fact.
20    Q   Do you know whether or not Suite 11i
21  modules were constructed with the same computer
22  language?
23    A   The same as what?
24    Q   The other modules of the same suite.
25  Let me say it again and see if that helps.

91

1       Do you know whether or not the Suite
2  11i modules were constructed with the same
3  computer language?
4    A   I can't -- I would imagine that they
5  are, but I don't know.
6    Q   Can you identify, based on your own
7  experience, any bug that involved the manner in
8  which the modules of Suite 11i shared information
9  or worked together?
10    A   I don't remember specifically what was
11  wrong.
12    Q   Are you aware of any customers -- and
13  I'm not talking about Oracle.  But any customers
14  of Oracle that experienced bugs relating to how
15  Suite 11i shared information or worked together?
16    A   I don't have firsthand knowledge of
17  those.
18    Q   Do you know of a particular customer
19  that was said to have experienced a bug relating
20  to how Suite 11i shared information or worked
21  together?
22    A   I talked to people who had worked on
23  installing product.  I talked to other managers
24  who had had the experience.  But I don't remember
25  which customers specifically.  It just had a very

92

1  bad reputation.
2    Q   And do you remember which problems or
3  bugs, specifically?
4    A   It's a very large application.  No,
5  there were -- just things didn't work.
6    Q   But you don't know what?
7    A   You could have bugs.  You could have
8  thousands of bugs.
9    Q   But you don't know what?
10    A   No, I don't have any specific examples.
11    Q   Do you -- strike that.
12       Do you know whether or not Oracle
13  customers were going live with Suite 11i modules
14  prior to, during, and after Q3 of '01?
15       MR. CAPLAN:  That's compound.
16       MR. JOHNSON:  I can break it up.
17  Counselor.
18    Q   (By Mr. Johnson)  Do you know whether
19  Oracle customers were going live with Suite 11i
20  modules prior to the third quarter of '01?
21    A   I don't know that.
22    Q   Do you know whether they were going
23  live with Suite 11i modules during the third
24  quarter?
25    A   They must have been, because we talked

93

1 about it.  Yes.
2     Q   Do you know whether customers were
3 going live with Suite 11i modules after the third
4 quarter of '01?
5     A   I don't know that, because I no longer
6 worked there.
7     Q   Do you know specifically of any bugs
8 that occurred after the customer went live?
9     A   Not specifically.
10     Q   And am I correct in understanding that
11 you can't, as you sit here, remember any specific
12 customers that complained about Suite 11i?
13     A   That's true.
14     Q   What are customer consultation
15 requests?
16     A   I'm sorry?
17     Q   What's a customer consultation request?
18 Do you have an understanding for that term, as
19 applied to your work at Oracle?
20     A   No.
21     Q   You don't have any knowledge of such
22 requests?
23     A   Well, I don't know what -- like I say,
24 we didn't always use the right names for things.
25 So . . .

94

1     Q   That's not a term you know, "customer
2 consultation requests"?
3     A   True.  That's not something I know.
4     Q   Do you have any knowledge of whether or
5 not specific customers canceled orders because of
6 reported problems with Suite 11i?
7     A   I don't remember specific customers.
8     Q   Did you hear that any specific customer
9 had canceled an order because of problems with
10 Suite 11i?
11     A   I heard, in general, that orders either
12 were canceled, or that there were a lot of
13 problems in the -- because of 11i.
14     Q   But can you say whether any order was
15 canceled?
16     A   No, I cannot.
17     Q   How did you measure whether a slow-down
18 in business was occurring during your time at
19 Oracle?
20     A   I could see that I wasn't meeting
21 goals, and I heard that other people weren't
22 meeting their goals.  And when we talked as a
23 larger unit, other than just the mountain desert,
24 when we talked as the western group, they weren't.
25     I could also hear and talk to a lot of

95

1 people in the office who were from all different
2 groups.  And we were just -- had space within the
3 office, and there was all a jumble of different
4 groups.  And everyone that I talked to was having
5 problems.
6     Q   In terms of an objective measurement,
7 was there any objective measurement that you used,
8 other than -- well, strike that.
9     A   Well, we had --
10     Q   Let me just ask you again for the
11 record.
12     Did you use any objective measurement
13 in assessing whether your business at Oracle was
14 slowing down?
15     A   We had spreadsheets and then we went to
16 this other RMS forecasting tool.  And you could
17 see that we were not meeting the goals, and that
18 we were less than we had been before.  So it was
19 pretty objective.
20     Q   By "we," who do you mean?
21     A   Okay.  I could see that.  So could my
22 manager.  So could other managers.  Anyone who
23 looked at these forecasts.
24     Q   But you said we were not meeting goals.
25 When you say --

96

1     A   Other managers within the same group.
2     Q   And what group is that?
3     A   The western region.
4     Q   How did your group sales compare after
5 the first month of the third quarter of '01 versus
6 the first month of the third quarter the prior
7 year?
8     A   I don't have specifics.
9     Q   What about the second month?
10     A   I don't have specifics.
11     Q   Do you know what caused the slow-down
12 that you perceived?
13     A   I could only surmise.
14     Q   Is it possible that your group sales
15 the first month of Q3 '01 were greater than they
16 were the first month of Q3 2000?
17     A   Anything's possible.  If you happen --
18 you could have been cultivating a deal for three
19 years and it finally came through in a quarter.
20 It doesn't mean that your business is up.  It just
21 means that you finally got something.
22     Q   So the answer is yes, it's possible?
23     A   It's possible.  If I could see any of
24 the forecasting records and things that I had used
25 while I was at Oracle, I could interpret them for

97

1  you and show you what I had.
2      But since I signed that agreement, I
3  didn't take any of that with me, because that
4  would be proprietary.
5      Q  And did you understand that talking
6  about information that was contained in those
7  reports is also proprietary?
8      MR. CAPLAN:  Object to that to the
9  extent it calls for legal opinion.
10     You can answer.
11     A  Yeah, and I haven't discussed specifics
12  of any of that. I never took a forecast and told
13  anybody else what was on that forecast.
14     Q  (By Mr. Johnson)  You mentioned
15  conference calls that were done for the purpose of
16  staffing.
17     A  Yes.
18     Q  That was the purpose for those calls?
19     A  Well, there were other calls that were
20  having to do with -- there's one set of calls that
21  were staffing calls, and this were other calls
22  that had to do with forecasting and what was in
23  the pipeline and what we were selling. There were
24  additional calls that had to do with whether we
25  were meeting our revenue on forecasts.

98

1      Q  Let's take them one at a time. The
2  staffing calls, who was on those calls?
3      A  Staffing calls usually were state and
4  local government, practice managers and/or
5  practice directors.
6      Q  And from what region?
7      A  State and local government, all
8  regions.
9      Q  Any other regions of the company?
10     A  Usually not.
11     Q  And how often would they occur?
12     A  Because things were slowing down and we
13  had so many people, we were doing it weekly.
14     Q  And so you're saying that revenue and
15  forecasting were not discussed on those calls?
16  They weren't the purpose of those --
17     A  They were not the purpose of the call.
18     Q  And were specific numbers during those
19  staffing calls -- were specific revenue or
20  forecasting numbers discussed?
21     A  That was not the purpose of the call.
22     Q  And do you recall that specific
23  staffing -- or specific revenue and forecasting
24  numbers weren't typically discussed during those
25  calls?

99

1      A  It was not the purpose of the call.
2  Sometimes we would talk and say, "Well, what's
3  going on in your region?  I thought you had
4  something or other project going."  And they would
5  say, "Well, no, we don't have it," or, "We didn't
6  win that one," or whatever.
7      Q  But it was a case-by-case rather than a
8  company-wide discussion?
9      A  It was with the practice managers and
10  directors on that call.
11     Q  Now, you also mentioned that there were
12  forecasting calls.  Who were on those calls?
13     A  Now that would be within our western
14  region where we're talking about what jobs -- what
15  contracts we thought we were going to sign, what
16  was on the horizon that had to do with pipeline of
17  new business.
18     Q  When you say "our western region,"
19  whose western region do you mean?
20     A  Doug Adams'.
21     Q  So western region for state and local
22  government --
23     A  Yes.
24     Q  -- as opposed to the company as a
25  whole?

100

1      A  Yes. All of this is state and local
2  government.
3      Q  You mean all the three types of calls
4  that you mentioned were --
5      A  Yes. It's all within that vertical.
6      Q  -- state and local government --
7      A  Yes.
8      Q  -- as opposed to company-wide?
9      A  That's true.
10     Q  And how often did forecasting calls
11  take place?
12     A  Maybe twice a month.
13     Q  Who was invited to participate in those
14  calls?
15     A  It would be the practice -- it would be
16  in this case, Doug Adams. Steve Simonetto, and
17  practice directors within that area.  And there
18  were a couple other people who were sort of sales
19  consulting, sales analyst people.  That's not
20  their real title, but that's what they did.
21     Q  And you mentioned a third type of call.
22     A  Well, some -- that one we're talking
23  about was deals, and what was happening in the
24  meeting.  The other type of call would be the
25  numbers itself, what you put into the forecast.

101

```
1   It had to do with your margins.  It had to do with
2   not just new business, but where your people were
3   working.
4       Q   And who was invited for those calls?
5       A   Generally, I think we had them both
6   ways.  We had them with the whole western area or
7   we had it with smaller groups within that.
8       Q   And how frequent were they?
9       A   Once or twice a month.
10      Q   But those calls were no greater in
11  scope than the western region?
12      A   That's true.
13      Q   Any other type of regular conference
14  calls that you participated in?
15      A   Not really.
16      Q   And were you a regular participant in
17  each of the three types of call?
18      A   Yes.
19      Q   Who led those calls?
20      A   It would vary.  If Doug Adams was on,
21  he probably would lead it.
22      Q   And if he wasn't?
23      A   Well, then, it would be whoever was
24  next lower down.  It would be Steve Simonetto.
25  And then for the staffing call, I think they had
```

102

```
1   somebody set that up from some central office.
2   Some administrative person.  And I can't remember
3   who led them.
4       Q   Is it fair to say that state and local
5   government deals sometimes failed to close for
6   reasons related entirely to the customer?  For
7   example, issues relating to budget, available
8   funds, or the governmental entity getting the
9   necessary approvals?
10      A   That could be.
11      Q   Is it fair to say that deals in the
12  state and local vertical sometimes slipped to the
13  next quarter for the same reasons?
14      A   Because you couldn't close the deal,
15  yes.
16      Q   Do you know when Oracle went live on
17  Suite 11i?
18      A   I do not.
19      Q   Do you know whether the problems that
20  you said you heard about with Suite 11i got better
21  or worse after you left?
22      A   I don't know.
23          MR. JOHNSON:  Why don't we take what I
24  hope will be a final break.  I'll go over my
25  notes, and we'll try to wrap it up so you can get
```

103

```
1   to the doctors.
2           THE DEPONENT:  Thank you.
3           MR. CAPLAN:  Thank you.
4           THE VIDEOGRAPHER:  Going off the
5   record.  The time is 12:42.
6           (A break was taken.)
7           THE VIDEOGRAPHER:  Going back on the
8   record.  The time is 12:52.
9       Q   (By Mr. Johnson)  Ms. Mitchell,
10  earlier, you remember I was asking you about your
11  other contacts with the plaintiffs and their
12  lawyers.  What was the last contact that you had
13  with either someone from the Hodges firm or the
14  Lerach firm that Mr. Solomon works for, or any of
15  the other people affiliated with the plaintiffs?
16      A   I got a phone call saying that this was
17  moving forward, and that I would probably get a
18  subpoena.
19      Q   And who told you that?
20      A   I --
21      Q   Don't remember?
22      A   I don't remember who it was that called
23  me.
24      Q   Did anybody tell you -- did anyone
25  offer you a lawyer?
```

104

```
1       A   It was from -- yes.
2       Q   It was the same person that you had
3   spoken to before?
4       A   I don't know.  But it was the same
5   company.  The same group.
6       Q   And they offered you a lawyer?
7       A   They didn't offer me anything.  They
8   said if I wanted a lawyer, there could be one.
9       Q   And did they say they would provide it
10  for you?
11      A   I don't know.  They said -- I wouldn't
12  have to pay for it.
13      Q   Did they say that they would pay for
14  it?
15      A   I don't remember that.  I just remember
16  that I wouldn't have to.  In which case, it
17  sounded like a good idea.
18      Q   So what did you say?
19      A   I said, "What's his name?"
20      Q   And then what did they say?
21      A   And they gave me his number
22  (indicating).
23      Q   And is that the last time you had any
24  sort of communication with anyone from the
25  plaintiffs?
```

105

1    A   I believe so.

2         MR. JOHNSON:  That's all the questions

3    I have, subject to what Mr. Solomon may want to

4    ask.  I thank you for your time.  I know it was

5    inconvenient for you.

6         MR. SOLOMON:  I'll try to be very

7    brief.

8         THE VIDEOGRAPHER:  If you'd like to

9    take this table mic, you can, Counsel.

10        EXAMINATION

11   BY MR. SOLOMON:

12        Q   Ms. Mitchell, Mr. Johnson talked about

13   a sort of informal chat that you had before I

14   arrived.  And he said that you said that it was a

15   lot to do about a little bit of information, or

16   words to that effect.  Do you recall that?

17        A   Yes.

18        Q   Do you agree that a little bit of

19   information could nevertheless have a large

20   effect?

21        A   Definitely.

22        Q   You haven't an agenda against Oracle in

23   terms of giving your testimony, have you?

24        A   None whatsoever.

25        Q   You haven't come here to shade the

106

1    truth in any way whatsoever; isn't that right?

2         A   No.

3         Q   You've given totally honest testimony,

4    correct?

5         A   Yes.

6         Q   Mr. Johnson talked about a

7    confidentiality agreement and a separation

8    agreement and about sharing information in

9    violation of those agreements.  Do you recall

10   that?

11        A   Yes.

12        Q   Did you feel or understand that to be

13   threatening?

14        MR. JOHNSON:  First of all, counsel has

15   mischaracterized my line of questioning, which the

16   record will reflect.

17        A   Yes.

18        Q   (By Mr. Solomon)  You mentioned when

19   answering one of Mr. Johnson's questions with

20   regard to the 11i and the bugginess of it, that

21   you spoke to or some managers spoke to you about

22   it?

23        A   In general.

24        Q   Do you recall any names?

25        A   I'm sorry.  I don't.

107

1         Q   You said that if you were shown the

2    forecasting records that you would have used and

3    created at Oracle, you could have spoken a lot

4    more in detail about the questions that you were

5    asked?

6         A   Definitely.

7         Q   What sort of forecasting records did

8    you maintain or create?  Could you describe them

9    to me?  Because I'm not sure that we've seen them.

10        A   Well, part of it was through this RMS

11   tool that's mentioned in one of these documents

12   where you put in -- where your staff is working,

13   and where you expect them to work and what rate

14   you have.  And so it shows you, you know, your

15   revenue stream coming in and your margin and so

16   forth.

17        We also kept very concise records about

18   projects in the pipeline, and work that we were --

19   so I know that there are spreadsheets and things

20   that would have -- that, at the time, I was using

21   to show what was projected, what we were hoping

22   for, what didn't materialize.

23        Q   Did these records include paper

24   records, as opposed to simply electronically

25   stored records?

108

1         A   I'm sure people printed them off, but

2    they were mostly electronic.

3         Q   And in your office, did you have -- did

4    you print documents and store them as printed

5    documents in your office?

6         A   I would print them off to use them and

7    to, you know, look at.  But normally for storage

8    purposes, I think we left them on-line.

9         Q   When you left the company, did you not

10   only leave the laptop, did you leave any number of

11   paper documents at Oracle?

12        A   Definitely.  Or threw them out.

13        Q   With respect to consultants who you'd

14   have conversations with concerning whether the

15   modules in 11i were connecting properly,

16   et cetera, I think you've testified that you had

17   some conversations.  Do you remember the names of

18   any consultants?

19        MR. JOHNSON:  Mischaracterizes prior

20   testimony.

21        MR. SOLOMON:  That's fine.

22        Q   (By Mr. Solomon)  Go ahead.

23        A   No, I don't remember specifically who I

24   talked to.

25        Q   And is it fair to say that if one was

Mitchell, Margaret A  10/11/2005  10:06:00 AM

109

1  to summarize at least some of what you said today
2  it is that in your view, it was common knowledge
3  at Oracle in the fall and going into the winter of
4  2000, 2001 that the economy was, in fact,
5  impacting Oracle negatively?
6      A  Yeah, that's fair to say that the
7  economy was seen as one of the reasons for Oracle
8  not doing well.
9          MR. SOLOMON:  Okay.  Well, thank you
10  very much for your time.
11          MR. JOHNSON:  I just have a few more
12  questions.
13              EXAMINATION
14  BY MR. JOHNSON:
15      Q  Is it fair to say that you -- let me
16  back up.
17          You said that after you left, you
18  discussed your termination from Oracle with
19  Ms. Selby and someone else?
20      A  Mostly with her.
21      Q  Mostly with Ms. Selby.  And who was the
22  second person?
23          MR. SOLOMON:  I'm going to move to
24  strike.  This doesn't seem to be tailored to any
25  allowable redirect.

110

1          MR. JOHNSON:  You'll see where I'm
2  going.
3      A  Diane Myskew.
4      Q  (By Mr. Johnson)  Right.  And is it
5  fair to say that you told them that you were upset
6  with Oracle about your termination?
7      A  No.
8      Q  Is it fair to say that you were upset
9  with Oracle about your termination?
10      A  I was stunned.  I wasn't upset with
11  Oracle.
12      Q  And why were you stunned?
13      A  I was doing a good job.  And any time
14  that someone walks in -- it's just the way that it
15  was handled.  Somebody walks in to your office and
16  says, you know, "Be out by 5:00."
17          But having had to do that to other
18  people, it was sort of the norm there.
19          So my biggest problem was finding work
20  and what do I do now?  So I wasn't in any way
21  angry at Oracle.  I was just panicking because now
22  I had to find a job.
23      Q  But it's fair to say that you -- strike
24  that.
25          You believe your termination was not

111

1  fair?
2          MR. CAPLAN:  Excuse me.
3      A  I don't know that fairness --
4      Q  (By Mr. Johnson)  Let me rephrase.  You
5  believe that you should not have been terminated?
6      A  No, that's not true.
7          MR. CAPLAN:  Object to the extent that
8  calls for legal conclusion.
9          You can answer.
10      A  I was sad that I was terminated.  I
11  don't think that there was any ill intent in my
12  termination.  I was just terminated because of
13  business.
14          MR. JOHNSON:  No further questions.  I
15  thank you for your time.  I know we haven't always
16  been discussing the most enjoyable subjects, and I
17  do appreciate your sticking with us.
18          THE DEPONENT:  Fine with me.
19          MR. SOLOMON:  Thank you very much.
20          THE VIDEOGRAPHER:  This is the end of
21  Videotape No. 2, Volume 1 in the deposition of
22  Margaret Mitchell.  The original videotapes will
23  be retained by Livenote World Service.  Going off
24  the record.  The time on the monitor is 1:02.
25

112

1          (The deposition concluded at 1:02 p.m.,
2  October 11, 2005.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

113

1      I, MARGARET A. MITCHELL, do hereby certify

2   that I have read the foregoing transcript and that

3   the same and accompanying amendment sheets, if

4   any, constitute a true and complete record of my

5   testimony.

6

7

8

9      _____

          Signature of Deponent

10

          ( ) No Amendments

11        ( ) Amendments Attached

12     Subscribed and sworn to before me this

13   _____ day of _____, 2005.

14

15  Notary Public:_____

16  Address: _____

17           _____

18  My commission expires _____

19      Seal:

20

21

22              SBO

23

24

25


114

1   STATE OF COLORADO}

2            } ss.   REPORTER'S CERTIFICATE

3   COUNTY OF DENVER )

4      I, Stephanie B. Ostdahl, do hereby

5   certify that I am a Registered Professional

6   Reporter and Notary Public within the State of

7   Colorado; that previous to the commencement of the

8   examination, the deponent was duly sworn to

9   testify to the truth.

10      I further certify that this deposition

11  was taken in shorthand by me at the time and place

12  herein set forth, that it was thereafter reduced

13  to typewritten form, and that the foregoing

14  constitutes a true and correct transcript.

15      I further certify that I am not related

16  to, employed by, nor of counsel for any of the

17  parties or attorneys herein, nor otherwise

18  interested in the result of the within action.

19      In witness whereof, I have affixed my

20  signature and seal this 20th day of October, 2005.

21      My commission expires May 19, 2009.

22

23      _____

          Stephanie B. Ostdahl, RPR

24        216 - 16th Street, Suite 1280

          Denver, Colorado  80293

25

1    STATE OF COLORADO)

2                 )   ss.     REPORTER'S CERTIFICATE

3    COUNTY OF DENVER )

4           I, Stephanie B. Ostdahl, do hereby

5    certify that I am a Registered Professional

6    Reporter and Notary Public within the State of

7    Colorado; that previous to the commencement of the

8    examination, the deponent was duly sworn to

9    testify to the truth.

10          I further certify that this deposition

11    was taken in shorthand by me at the time and place

12    herein set forth, that it was thereafter reduced

13    to typewritten form, and that the foregoing

14    constitutes a true and correct transcript.

15          I further certify that I am not related

16    to, employed by, nor of counsel for any of the

17    parties or attorneys herein, nor otherwise

18    interested in the result of the within action.

19          In witness whereof, I have affixed my

20    signature and seal this 20th day of October, 2005.

21          My commission expires May 19, 2009.

22

23                                                     Stephanie B. Ostdahl, RPR

24                                                    216 - 16th Street, Suite 1280

25                                                    Denver, Colorado  80293

NOTARY PUBLIC
STEPHANIE B. OSTDAHL
STATE OF COLO.