# EXHIBIT FF

```
1    00001:01    SUPERIOR COURT OF THE STATE OF CALIFORNIA
2         02          COUNTY OF SAN MATEO
3         03              --o0o--
4         04 Coordination Proceeding
5         05 Special Title (Rule 1550(b))
6         06 ORACLE CASES              Judicial Council
7         07    -vs-          Coordination
8         08 Proceeding          No. 4180
9         09 _____/
10        10 This Document Relates To:
11        11 ALL ACTIONS
12        12 _____/
13        13
14        14
15        15    VIDEOTAPED DEPOSITION OF SARAH KOPP
16        16       Thursday, February 19, 2004
17        17          --o0o--
18        18
19        19
20        20
21        21
22        22
23        23
24        24
25        25
```

```
1    00002:01  IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE
2         02        IN AND FOR NEW CASTLE COUNTY
3         03
4         04 _____
5         05 _____
6         06 IN RE ORACLE CORP.    )   Consol. C.A. No.
7         07 18751
8         08 DERIVATIVE LITIGATION  }   CONFIDENTIAL
9         09 _____)     FILED UNDER SEAL
10        10
11        11
12        12
13        13
14        14
15        15
16        16
17        17
18        18
19        19
20        20
21        21
22        22
23        23
24        24
25        25
```

```
1    00003:01          --o0o--
2         02    A P P E A R A N C E S
3         03
4         04 FOR THE PLAINTIFFS:
5         05    BERMAN DEVALERIO PEASE TABACCO BURT &
6         06    BY: NICOLE LAVALLEE, ESQ.
7         07    Suite 2025
8         08    415/433-3200
9         09    COREY, LUZAICH, PLISKA, DE GHETALDI &
10        10    BY: JERRY E. NASTARI, ESQ.
11        11    P.O. box 669
12        12    650/871-4144
13        13    McMANIS FAULKNER & MORGAN
14        14    50 West San Fernando Street
15        15    San Jose, California 95113
16        16
17        17
18        18    BY: ANNA ERICKSON WHITE, ESQ.
19        19    Palo Alto, California 94304-0792
20        20
21        21
22        22    BY: JOHN NADOLENCO, ESQ.
23        23    25th Floor
24        24    213/229-5173
25        25
```

```
1    00004:01 APPEARANCES (Continued)
2         02
3         03
4         04 FOR THE DEFENDANT ORACLE:
5         05       ORACLE CORPORATION
6         06       500 Oracle Parkway
7         07       Redwood Shores, California
8         08
9         09
10        10          --o0o--
11        11
12        12
13        13
14        14
15        15
16        16
17        17
18        18
19        19
20        20
21        21
22        22
23        23
24        24
25        25
```

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

| | 00005:01 | --oOo-- |
|---|---|---|
| 2 | 02 | |
| 3 | 03 | |
| 4 | 04 | EXAMINATION BY:                        Page |
| 5 | 05 | Afternoon session .............. 144 |
| 6 | 06 | |
| 7 | 07 | |
| 8 | 08 | |
| 9 | 09 | |
| 10 | 10 | |
| 11 | 11 | |
| 12 | 12 | |
| 13 | 13 | |
| 14 | 14 | |
| 15 | 15 | |
| 16 | 16 | |
| 17 | 17 | |
| 18 | 18 | |
| 19 | 19 | |
| 20 | 20 | |
| 21 | 21 | |
| 22 | 22 | |
| 23 | 23 | |
| 24 | 24 | |
| 25 | 25 | |

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

| | 00006:01 | --oOo-- |
|---|---|---|
| 2 | 02 | E X H I B I T S |
| 3 | 03 | |
| 4 | 04 | |
| 5 | 05 | Industries FY01 - Q3 Big Deal |
| 6 | 06 | ORCL 0128255, one page. |
| 7 | 07  71 | Confidential - Email dated  ..... 135 |
| 8 | 08 | multiple recipients, with |
| 9 | 09 | Deals Schedules, Bates-stamped |
| 10 | 10 | CA-ORCL 025055, 15 pages. |
| 11 | 11  72 | Confidential - Americas  ......... 146 |
| 12 | 12 | CA-ORCL 004811 through 004816, |
| 13 | 13 | |
| 14 | 14 | Forecast Package, Bates-stamped |
| 15 | 15 | six pages. |
| 16 | 16  74 | Confidential - Big deal  ......... 204 |
| 17 | 17 | 037116 through 037117, two |
| 18 | 18 | |
| 19 | 19 | 2/14/01 from Sarah Kopp to |
| 20 | 20 | Projections, Bates-stamped ORCL |
| 21 | 21 | pages. |
| 22 | 22  76 | Confidential - Two pages from  .. 232 |
| 23 | 23 | 2/14/00 and 2/21/00, |
| 24 | 24 | 0122139, two pages. |
| 25 | 25 | |

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

| | 00007:01 Exhibit | Page |
|---|---|---|
| 2 | 02 | |
| 3 | 03  77 | Confidential - Email dated  ..... 246 |
| 4 | 04 | Jennifer Minton, Subject: OSI |
| 5 | 05 | 0109823, one page. |
| 6 | 06  78 | Confidential - Email dated  ..... 264 |
| 7 | 07 | Ivgen Guner, Subject: Re: |
| 8 | 08 | CA-ORCL 037133 through 037134, |
| 9 | 09 | |
| 10 | 10 | emails, first dated 1/30/01 |
| 11 | 11 | Ellison, Subject: Projects 11i |
| 12 | 12 | Bates-stamped CA-ORCL 031405 |
| 13 | 13 | |
| 14 | 14 | Summary, Bates-stamped CA-ORCL |
| 15 | 15 | |
| 16 | 16 | Forecast FY01 Q3 Forecast as of |
| 17 | 17 | CA-ORCL 036519 through 036526, |
| 18 | 18 | |
| 19 | 19 | Forecast FY01 Q3 Forecast as of |
| 20 | 20 | CA-ORCL 036527 through 036534, |
| 21 | 21 | |
| 22 | 22 | Forecast FY01 Q3 Forecast as of |
| 23 | 23 | CA-ORCL 036535 through 036542, |
| 24 | 24 | |
| 25 | 25 | |

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

| | 00008:01 Exhibit | Page |
|---|---|---|
| 2 | 02 | |
| 3 | 03  84 | Confidential - OSI Consulting  .. 278 |
| 4 | 04 | 16-Jan-01, Bates-stamped |
| 5 | 05 | 10 pages. |
| 6 | 06  85 | Confidential - OSI Consulting  .. 278 |
| 7 | 07 | 30-Jan-01, Bates-stamped |
| 8 | 08 | 10 pages. |
| 9 | 09  86 | Confidential - Oracle Service  .. 289 |
| 10 | 10 | Summary, Bates-stamped CA-ORCL |
| 11 | 11 | pages. |
| 12 | 12  87 | Confidential - Oracle Service  .. 292 |
| 13 | 13 | Summary, Bates-stamped CA-ORCL |
| 14 | 14 | pages. |
| 15 | 15  88 | Confidential - Q2 FY01  ......... 293 |
| 16 | 16 | 37260 and 37261, two pages. |
| 17 | 17  89 | Confidential - Q2 FY01  ......... 294 |
| 18 | 18 | 37262 through 37264, three |
| 19 | 19 | |
| 20 | 20 | Forecast, Bates-stamped CA-ORCL |
| 21 | 21 | pages. |
| 22 | 22  91 | Confidential - Q2 FY01  ......... 294 |
| 23 | 23 | 37270 through 37272, three |
| 24 | 24 | |
| 25 | 25 | |

---

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
 1  00009:01 Exhibit              Page
 2  02
 3  03  92    Confidential - Q2 FY01 ......... 294
 4  04        37273 and 37274, two pages.
 5  05  93    Confidential - Q3 FY01 Week 1, . 297
 6  06        CA-ORCL 037275 through 037279,
 7  07
 8  08        December 19, 2000,
 9  09        through 037284, five pages.
10  10  95    Confidential - Q3 FY01 Week 5, . 307
11  11        CA-ORCL 037285 through 037289,
12  12
13  13        January 16, 2001, Bates-stamped
14  14        five pages.
15  15  97    Confidential - Q2 FY04 Week 12,  310
16  16        Bates-stamped CA-ORCL 037295
17  17
18  18        November 28, 2000,
19  19        through 037304, five pages.
20  20  99    Confidential - FY01 Q3 Forecast  314
21  21        0128256, one page.
22  22        --o0o--
23  23
24  24
25  25
```

Oracle Related Cases                              Page 9

---

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
 1  00010:01     BE IT REMEMBERED on Thursday,
 2  02  February 19, 2004, at the hour of 9:28 a.m. thereof
 3  03  at the law offices of Berman DeValerio Pease Tabacco
 4  04  Burt & Pucillo, 425 California Street, 21st Floor,
 5  05  San Francisco, California, before me, HEIDI J.
 6  06  RYDER, Deposition Officer, Certified Shorthand
 7  07  Reporter in and for the State of California, there
 8  08  personally appeared
 9  09
10  10        SARAH KOPP,
11  11
12  12  called as a witness by the Plaintiff herein, who,
13  13  having been first sworn by me, was thereupon
14  14  examined as is hereinafter set forth.
15  15
16  16        --o0o--
17  17  P R O C E E D I N G S
18  18        --o0o--
19  19
20  20        THE VIDEOGRAPHER:  Good morning.
21  21  This marks the beginning of Volume 1 in
22  22  the deposition of Sarah Kopp In Re The Oracle
23  23  Corporation Derivative Litigation in Superior Court
24  24  for the State of California, County of San Mateo,
25  25  Judicial Counsel Coordination Proceeding Number
```

Oracle Related Cases                              Page 10

---

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
 1  00011:01  4180, and in the Court of Chancery for the State of
 2  02  Delaware in and for New Castle County, Case Number
 3  03  18751.
 4  04        Today's date is February 19, 2004.  The
 5  05  time is 9:29.  The location of this deposition is
 6  06  Berman DeValerio, 425 California Street, 21st Floor,
 7  07  San Francisco, California.
 8  08        This deposition was noticed by plaintiff.
 9  09  The videotape is being produced on behalf of the
10  10  same.  The video operator is Steve Marques, a
11  11  California Notary Public for the County of Santa
12  12  Clara, employed by Dan Mctiaz, Video Productions,
13  13  LLC, 182 Second Street, Suite 202, San Francisco,
14  14  California 94105, 415/624-1300.
15  15        Would counsel present please identify
16  16  themselves and state whom they represent.
17  17        MS. LAVALLEE:  Nicole Lavallee, Berman
18  18  DeValerio for California plaintiffs.
19  19        MR. NASTARI:  Jerry Nastari for
20  20  California plaintiffs.
21  21        MR. NADOLENCO:  John Nadolenco of Mayer
22  22  Brown Rowe & Maw on behalf of individual defendants
23  23  Larry Ellison and Jeff Henley.
24  24        MS. WHITE:  Anna Erickson White, Morrison
25  25  & Foerster, on behalf of Oracle Corporation.
```

Oracle Related Cases                              Page 11

---

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
 1  00012:01     THE VIDEOGRAPHER:  If there are no
 2  02  stipulations, the reporter may administer the oath.
 3  03
 4  04        EXAMINATION
 5  05
 6  06  BY MS. LAVALLEE:
 7  07  Q.   Good morning, Ms. Kopp.
 8  08        My name is Nicole Lavallee.  I am the
 9  09  attorney representing plaintiffs in a derivative
10  10  litigation involving Larry Ellison and Jeff Henley.
11  11        Can you state your full name for the
12  12  record, please.
13  13  A.   Sarah Jane Kopp.
14  14  Q.   Okay.  Can you give me your business
15  15  address, please.
16  16  A.   Where I am, 1910 Oracle Way, Reston,
17  17  Virginia.
18  18  Q.   Okay.
19  19        Ms. Kopp, have you ever been deposed
20  20  before?
21  21  A.   No, I have not.
22  22  Q.   Okay.
23  23        It's a fairly -- I'm sure your counsel
24  24  has explained the process, but it's a fairly
25  25  straightforward process.
```

Oracle Related Cases                              Page 12

1   00013:01      But I just want to make sure that you

2   02   understand that everything you say is being said

3   03   under oath and can be used in a court proceeding,

4   04   either a trial or in other submissions to the court.

5   05      Do you understand that?

6   06   A.   I do.

7   07   Q.   Thank you.

8   08      Before we start, I'd just like to give a

9   09   few -- just run through a few general instructions

10  10   just so we're clear.  And it's also good just to

11  11   remember some of these guidelines.

12  12   A.   Okay.

13  13   Q.   As you are aware, the court reporter is

14  14   sitting here and transcribing all that is said

15  15   during the deposition.

16  16      One of the things to bear in mind and

17  17   it's important for all of us to remember that,

18  18   including myself, is that we need to let the -- one

19  19   person finish reading their -- what they have to say

20  20   before starting.

21  21      So I'll try not to cut you off.  And

22  22   also, I know it's difficult, but also if you'll try

23  23   to bear that in mind, that will be helpful.

24  24      As well, the court reporter can only

25  25   transcribe spoken words.  So to the extent you have

1   00014:01   a response, a nod or a shake won't suffice, you

2   02   actually have to give an oral, verbal response.

3   03      And then also, Ms. Kopp, if at any time

4   04   you'd like to take a break, just please let me know.

5   05   The only thing I would ask if there's a question

6   06   pending or possibly a line of questioning, I'd like

7   07   to complete -- I'd like to do that before we take a

8   08   break.

9   09      But at any time if you need a break, you

10  10   are free to do so.

11  11   A.   Okay.

12  12   Q.   Just let me know.

13  13   A.   Okay.

14  14   Q.   And as well, if I ask a question that you

15  15   really don't understand, please just let me know.

16  16   I'm more than happy to rephrase and clarify

17  17   anything, and maybe we can have a better

18  18   understanding as to what the question is.

19  19   A.   Okay.

20  20   Q.   And as well, at this deposition I don't

21  21   want you to guess or speculate.  I'd like you to

22  22   give your -- an answer to the best of your

23  23   knowledge.  And an educated guess or educated

24  24   response might be appropriate, but I don't want you

25  25   to speculate or guess.

1   00015:01   A.   Right.

2   02   Q.   Thank you.

3   03      I think that's pretty much it.  If

4   04   anything comes up, I'll -- throughout the

5   05   deposition, I might just talk about that.

6   06   A.   Okay.

7   07   Q.   Ms. Kopp, are you currently employed by

8   08   Oracle Corporation?

9   09   A.   I am.

10  10   Q.   And when were you first -- when did you

11  11   first start working for Oracle?

12  12   A.   May of 1989.

13  13   Q.   And has your position changed between

14  14   1989 and today?

15  15   A.   Many times, yes.

16  16   Q.   Okay.

17  17      And have you been consistently employed

18  18   by Oracle from 1989 through today?

19  19   A.   Yes.

20  20   Q.   Okay.

21  21      Starting with the 1989, can you just run

22  22   through the various positions that you've held at

23  23   Oracle?

24  24   A.   Sure.

25  25      I started as a billing clerk in the

1   00016:01   consulting organization.  Which was an

2   02   administrative function.

3   03      Later, when the consulting organization

4   04   in the government sector grew large enough, I was

5   05   the first financial analyst for that group.

6   06      Moved my way into finance manager for that

7   07   same group.

8   08   Q.   Ms. Kopp, what year was that, about?  I

9   09   don't mean to interrupt, but if you could just give

10  10   me some time frame as you respond.

11  11   A.   I believe I was a financial analyst

12  12   around the 1991, earlier 1991.

13  13      I don't recollect when I was promoted to

14  14   a finance manager.

15  15   Q.   Okay.

16  16   A.   Remaining in the same role as the group

17  17   grew, I was supporting the same organization, but

18  18   the group grew and my responsibilities grew as a

19  19   result.

20  20      So I stayed with the government

21  21   consulting group until the mid-'90s.  And, again,

22  22   I'm not exactly sure what year it was.

23  23   Q.   Okay.

24  24   A.   But I -- Oracle changed some focus and

25  25   created global verticals supporting some of the

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
1    00017:01  commercial sectors.  And one of those was financial
2    02  services.
3    03          And I went to -- accepted a job to
4    04  support the financial services vertical and left the
5    05  government group at that point.
6    06          I -- somewhere in the '96-'97 sort of
7    07  time frame.
8    08     Q.  Uh-huh.
9    09          And then after that, is that a position
10   10  you held consistently from then to the present?
11   11     A.  No.
12   12          About a year later, the concept of the
13   13  global verticals went away from Oracle.  It was
14   14  something that we moved away from as a company.
15   15          And Steve Perkins, who was running the
16   16  financial services vertical, went to run the federal
17   17  division under Jay Nussbaum and asked me to join
18   18  him.
19   19          So I returned to the government sector at
20   20  that point.
21   21     Q.  And do you recall when that was?
22   22     A.  Well, again, it was about a year later.
23   23     Q.  Okay.
24   24     A.  Still -- still in the '90s sometime.
25   25     Q.  And how long did you remain at the
```

---

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
1    00018:01  government department at that period; do you
2    02  remember?
3    03     A.  I stayed in much the same position until
4    04  about three and a half years ago.
5    05     Q.  Three and a half years ago would bring us
6    06  exactly to --
7    07     A.  Sort of to the fall of our second fiscal
8    08  quarter.
9    09     Q.  Of which year?
10   10     A.  Of 2001.
11   11     Q.  Okay.
12   12     A.  So it was the fall of 2000, our fiscal
13   13  2001.
14   14     Q.  And at that time what position did you
15   15  take?
16   16     A.  At that time the finance organization was
17   17  moved under the controller's organization instead of
18   18  reporting up through line of business as it had
19   19  been, and a position became opening supporting the
20   20  OSI group as finance director.
21   21          And that was the role that I interviewed
22   22  for and earned in October of 2000.
23   23     Q.  And was that a newly created position or
24   24  did somebody leave that position?
25   25     A.  No, Terry Ford had previously been in
```

---

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
1    00019:01  that position.  And he chose at that point to run
2    02  operations for Jay Nussbaum for OSI as opposed to
3    03  being in finance, so it was his role that I
4    04  interviewed for.
5    05     Q.  And do you know why he chose to make that
6    06  change?
7    07     A.  No, I do not.
8    08     Q.  All right.
9    09          And you maintain that position as finance
10   10  director for the OSI division; is that correct?
11   11     A.  Uh-huh.
12   12     Q.  From Q2 financial year '0- -- financial
13   13  year 2001 until what time?
14   14     A.  Well, there have been a number of
15   15  reorganizations.  I technically still have that
16   16  role, but I have an expanded role as well.  The OSI
17   17  as it existed at that point no longer exists.  It
18   18  has now been split into the GEH division, which is
19   19  only the government piece of OSI, the commercial
20   20  entities moved back into North America Sales.
21   21          And I now have responsibility through a
22   22  number of reorganizations for GEH, North America
23   23  Sales, as well as North America Consulting.
24   24     Q.  And at what point in time did your roles
25   25  switch because of the change --
```

---

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
1    00020:01          (Reporter interruption.)
2    02  BY MS. LAVALLEE:
3    03     Q.  -- change in the structure, the
4    04  organizational structure?
5    05     A.  It actually switched a couple of times
6    06  largely because of restructuring in the company.
7    07          So at the end of the second fiscal
8    08  quarter of '02, Jay Nussbaum left the company.  And
9    09  George Roberts took over the telecommunications,
10   10  utilities, and financial services pieces of OSI.
11   11          And the consulting piece of OSI moved
12   12  under Keith Block with the rest of commercial.  And
13   13  at that point in time, Mr. Block asked me to support
14   14  the entire consulting organization under him.
15   15          And my manager at the time, Jennifer
16   16  Minton, asked me to continue to support the
17   17  government education and health piece.
18   18          So in December of 2001, I -- I had
19   19  control of the GEH business as well as the
20   20  consulting business, but not the commercial sales
21   21  business.
22   22     Q.  Okay.
23   23          Is it fair to say, though, that in Q3
24   24  2001, you maintained the position of finance
25   25  director for the OSI division.
```

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

| | |
|---|---|
| 1 | 00021:01   A.   Yes. |
| 2 | 02   Q.   Throughout that entire period? |
| 3 | 03   A.   Yes. |
| 4 | 04   Q.   Okay. |
| 5 | 05   And we have been talking about OSI. |
| 6 | 06   Maybe we can get -- if you could just give me an |
| 7 | 07   explanation of what that stands for. |
| 8 | 08   A.   Oracle Service Industries. |
| 9 | 09   Q.   Okay. |
| 10 | 10   And is that division OSI, does it have |
| 11 | 11   any subdivisions or -- |
| 12 | 12   MS. WHITE:   Objection.  Form. |
| 13 | 13   BY MS. LAVALLEE: |
| 14 | 14   Q.   Okay.  Let me ask a different question. |
| 15 | 15   Is there a consulting component -- was |
| 16 | 16   there a consulting component to OSI in Q3 2001? |
| 17 | 17   A.   Yes. |
| 18 | 18   Q.   Okay. |
| 19 | 19   Were there any other components or |
| 20 | 20   divisions to OSI during that third quarter of 2001? |
| 21 | 21   A.   I'm not sure I understand the question. |
| 22 | 22   Q.   Okay. |
| 23 | 23   When -- okay.  When you answered that |
| 24 | 24   there was a consulting portion to OSI, what do you |
| 25 | 25   call that consulting as opposed to -- the consulting |

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

| | |
|---|---|
| 1 | 00022:01   portion of OSI, what would you call that internally |
| 2 | 02   at Oracle? |
| 3 | 03   MS. WHITE:   Objection. |
| 4 | 04   BY MS. LAVALLEE: |
| 5 | 05   Q.   Is it a division?   - |
| 6 | 06   A.   It was OSI consulting.  I mean, I still |
| 7 | 07   am not sure I understand what you mean. |
| 8 | 08   Q.   Okay. |
| 9 | 09   What type of products were sold through |
| 10 | 10   the OSI division of Oracle during Q3 2001? |
| 11 | 11   MR. NADOLENCO:   Objection to form. |
| 12 | 12   THE WITNESS:   I still don't understand |
| 13 | 13   what you mean, I'm sorry. |
| 14 | 14   MS. LAVALLEE:   No, that's fine.  That's |
| 15 | 15   fine. |
| 16 | 16   THE WITNESS:   The consulting group does |
| 17 | 17   not sell products. |
| 18 | 18   The license group sold products. |
| 19 | 19   So there was a consulting and license |
| 20 | 20   component, if that's what you mean. |
| 21 | 21   BY MS. LAVALLEE: |
| 22 | 22   Q.   Okay.  That's my question. |
| 23 | 23   Maybe I was asking something more narrow |
| 24 | 24   than I thought I was. |
| 25 | 25   So OSI was -- had a licensing component |

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

| | |
|---|---|
| 1 | 00023:01   and consulting component? |
| 2 | 02   A.   Yes. |
| 3 | 03   Q.   Okay. |
| 4 | 04   And we're talking now during Q3 of 2001; |
| 5 | 05   is that correct? |
| 6 | 06   A.   Of fiscal 2001, yes. |
| 7 | 07   Q.   Okay.  And were there any other |
| 8 | 08   components to OSI during that period? |
| 9 | 09   A.   No. |
| 10 | 10   Q.   Okay.  What were the other groups that |
| 11 | 11   were at the same level as OSI at Oracle during the |
| 12 | 12   third quarter of 2001? |
| 13 | 13   MS. WHITE:   Objection form. |
| 14 | 14   MR. NADOLENCO:   Join. |
| 15 | 15   And, Nicole, can we have the same |
| 16 | 16   stipulation as before, that the individual |
| 17 | 17   defendants join in any objections made by Oracle's |
| 18 | 18   counsel, unless otherwise noted? |
| 19 | 19   MS. LAVALLEE:   Yes, we can. |
| 20 | 20   MR. NADOLENCO:   Thanks. |
| 21 | 21   THE WITNESS:   I'm not sure I understand |
| 22 | 22   what you mean by "at the same level." |
| 23 | 23   BY MS. LAVALLEE: |
| 24 | 24   Q.   Okay. |
| 25 | 25   OSI would be -- what would you refer to |

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

| | |
|---|---|
| 1 | 00024:01   that as, a division of Oracle? |
| 2 | 02   A.   Probably, yes. |
| 3 | 03   Q.   Okay. |
| 4 | 04   Q.   Okay. |
| 5 | 05   Were there other divisions of Oracle at |
| 6 | 06   that time, Q3 2001? |
| 7 | 07   A.   Yes. |
| 8 | 08   Q.   Okay. |
| 9 | 09   What were those? |
| 10 | 10   A.   Within North America or globally? |
| 11 | 11   Q.   Why don't we start with North America. |
| 12 | 12   A.   Within North America at that time there |
| 13 | 13   was OSI. |
| 14 | 14   There was North America Sales. |
| 15 | 15   There was Oracle Product Industries. |
| 16 | 16   OPI. |
| 17 | 17   And there was Commercial Consulting. |
| 18 | 18   Q.   Thank you. |
| 19 | 19   And you may have covered this somewhat |
| 20 | 20   when we spoke earlier when you gave a summary of |
| 21 | 21   your different positions, but can you tell me who |
| 22 | 22   you reported to during Q3 2001? |
| 23 | 23   A.   During Q3 of fiscal 2001 I reported to |
| 24 | 24   Jennifer Minton. |
| 25 | 25   Q.   Did you report to anybody else or was |

Kopp, Sarah (Vol. 01) - 02/19/2004 4:50:00 PM

1    00025:01 that your sole report?
2    02    A.    That was my manager, yes.
3    03    Q.    Okay.
4    04          And can you tell me how often you spoke
5    05 with Jennifer Minton during the third quarter of
6    06 2001?
7    07    A.    It would vary. I mean, I couldn't say it
8    08 was the same number of times every week.
9    09    Q.    Uh-huh.
10   10          Were there any regularly scheduled
11   11 meetings that you had with her during the third
12   12 quarter of 2001?
13   13    A.    Not that I recall.
14   14    Q.    Okay.
15   15          Did Ms. Minton have any staff meetings at
16   16 which you would attend regularly during the third
17   17 quarter of 2001?
18   18    A.    She had scheduled staff meetings. They
19   19 weren't always regular.
20   20          I don't think I could remember exactly
21   21 when they were, but there were a few. I don't know
22   22 how many.
23   23    Q.    Okay.
24   24          And during these staff meetings that were
25   25 held during 2000 -- third quarter of 2001, who would

Kopp, Sarah (Vol. 01) - 02/19/2004 4:50:00 PM

1    00026:01 attend those meetings?
2    02    A.    They were over the phone, so we wouldn't
3    03 attend in person.
4    04    Q.    Uh-huh.
5    05    A.    I don't remember exactly. It would have
6    06 been her direct reports at the time. But I don't
7    07 remember all of them.
8    08    Q.    Okay.
9    09          And were her direct reports primarily the
10   10 finance directors, people who held the same position
11   11 as you, but in other divisions, or were there other
12   12 people as well?
13   13    A.    There were other people as well.
14   14    Q.    You mentioned that these meetings were
15   15 held by phone.
16   16          Were there any materials that
17   17 disseminated prior to these meetings for the purpose
18   18 of the meeting?
19   19    A.    Not that I recall.
20   20    Q.    Okay.
21   21          Were there any meetings -- documents that
22   22 were provided at the time of the meeting? Although
23   23 that may be difficult by phone, but generally.
24   24          It maybe the same question, in essence,
25   25 but were there any materials that you had that were

Kopp, Sarah (Vol. 01) - 02/19/2004 4:50:00 PM

1    00027:01 disseminated for the purposes of the meeting, I
2    02 guess is my question?
3    03    A.    Not that I recall.
4    04    Q.    Okay.
5    05          Were there any documents that were
6    06 prepared as a result of these staff meetings?
7    07    A.    Not that I recall.
8    08    Q.    Okay.
9    09          Do you recall how many staff meetings
10   10 occurred during third quarter of 2001?
11   11    A.    No.
12   12    Q.    Do you know whether they occurred
13   13 monthly?
14   14    A.    No, I don't.
15   15    Q.    Okay.
16   16          Do you -- can you estimate whether or not
17   17 it was more than once a month or less frequently
18   18 than that?
19   19    A.    It was likely once or more a month.
20   20    Q.    Okay.
21   21          And did you take notes at these meetings?
22   22    A.    I don't remember.
23   23    Q.    And if you did take notes, what form
24   24 would they take?
25   25          Do you type things in your computer? Do

Kopp, Sarah (Vol. 01) - 02/19/2004 4:50:00 PM

1    00028:01 you handwrite your notes generally?
2    02    A.    If I took notes, it would have just been
3    03 just scribbled down on a pad of paper, something I
4    04 needed to take action on.
5    05    Q.    Okay.
6    06          What were the purpose of these meetings?
7    07    A.    Just general staff meetings. I mean,
8    08 touch base with her -- with their direct reports.
9    09    Q.    Okay.
10   10          And generally, what types of subjects did
11   11 you discuss during these meetings during the third
12   12 quarter of 2001?
13   13    A.    I honestly don't remember.
14   14    Q.    Were they personnel issues or staffing
15   15 issues, that type of matter?
16   16    A.    Generally.
17   17    Q.    Okay.
18   18          Were forecasting matters discussed at
19   19 these meetings?
20   20    A.    No.
21   21    Q.    Okay.
22   22          Were actual results discussed at these
23   23 meetings?
24   24    A.    No.
25   25    Q.    Who were your direct reports during Q3

```
1   00029:01 2001?
2   02   A.   I don't remember exactly.
3   03   Q.   Okay.
4   04   A.   There was a lot going on back then.
5   05   Q.   Okay.
6   06        Actually, before we continue along that
7   07   line of questioning, I wanted to go back to one
8   08   matter.
9   09        You mentioned that you communicated with
10  10   Jennifer Minton during the third quarter of 2001.
11  11        That's a fair statement, correct?
12  12   A.   Correct.
13  13   Q.   Generally, how would you communicate with
14  14   Ms. Minton?
15  15   A.   Either by phone or email.
16  16   Q.   Okay.
17  17        And generally, did you speak to
18  18   Ms. Minton by phone on a weekly basis, on a daily
19  19   basis, if you can give me some idea?
20  20   A.   It wouldn't have been daily.  Likely
21  21   weekly.
22  22   Q.   All right.
23  23        And usually when you spoke with
24  24   Ms. Minton, was there somebody else on the line,
25  25   other than these staff meetings, or were they just
```

```
1   00030:01 one-on-one conversations?
2   02   A.   One-on-one conversations.
3   03   Q.   Okay.
4   04        And did you ever make notes of those
5   05   conversations?
6   06   A.   Not that I remember.
7   07   Q.   Okay.
8   08        What were the purposes of those
9   09   conversations generally.
10  10   A.   I don't think I could generalize.
11  11   Q.   Can you tell me the types of
12  12
13  13   discussions -- type of subjects that you would cover
14  14   with Ms. Minton during your phone conversations
15  15   during the third quarter of 2001?
16  16   A.   Personnel.
17  17        Structure of the -- of my organization
18  18   likely.
19  19        We would discuss forecast later in the
20  20   quarter.
21  21        But generally, it was personnel kinds of
22  22   things.
23  23   Q.   Okay.
24  24        When you say --
25  25   A.   I'm sorry, I thought I had that shut off.
```

```
1   00031:01 Q.   No problem.
2   02        Do you need a moment?
3   03   A.   No, I apologize.
4   04   Q.   Not a problem.
5   05        You mentioned that you would occasionally
6   06   discuss forecasting -- forecasting issues during
7   07   some of your conversations with Ms. Minton later in
8   08   the quarter.
9   09        What do you mean by that?
10  10   A.   As action would happen against the
11  11   forecast, as items would close, as more status was
12  12   known, we would have discussions.  So that never
13  13   occurred until later in the quarter.
14  14   Q.   Okay.
15  15        By "later in the quarter," what do you
16  16   mean?  What type of time frame are you speaking of?
17  17   A.   Generally the last couple of weeks.
18  18   Q.   Okay.
19  19        And during the first month of each
20  20   quarter -- or, strike that.  Let me ask a different
21  21   question.
22  22        During the December 2000 time frame, do
23  23   you recall whether you had any conversations by
24  24   phone with Ms. Minton regarding forecasting issues?
25  25   A.   I don't recall.
```

```
1   00032:01 Q.   Okay.
2   02        And same question for January 2001?
3   03   A.   I was reminded of one yesterday, so --
4   04   normally I wouldn't have recalled one, but evidently
5   05   there was a conversation or at least an email
6   06   between us in January.
7   07   Q.   Okay.
8   08        All right.  Let me just step back,
9   09   because actually there is one line of questions I
10  10   didn't ask you.
11  11        'Did you discuss this deposition with
12  12   anybody prior to today?
13  13   A.   Anybody at all?
14  14   Q.   Anybody at all.
15  15   A.   Just the attorneys.
16  16   Q.   Okay.
17  17        And by "the attorneys," who are you
18  18   referring to?
19  19   A.   Anna and Lauren Segal.
20  20   Q.   And Lauren Segal.  Thank you.
21  21        And when did you have those discussions
22  22   with Ms. Segal and with Ms. -- with Anna?
23  23   A.   Yesterday.
24  24   Q.   Okay.
25  25        And how long -- was that an in-person
```

## Page 33

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
1    00033:01  meeting?
2    02    A.  Yes.
3    03    Q.  Okay.
4    04        And how long did that meeting last?
5    05    A.  Roughly six hours.
6    06    Q.  Okay.
7    07        And was there anybody else present during
8    08  that meeting?
9    09    A.  On and off, Jina Kim.
10   10    Q.  Okay.
11   11        Do you know who Jina Kim is?
12   12    A.  She works with Anna, I understand.
13   13    Q.  Okay, okay.
14   14        And during that meeting, did you review
15   15  any documents?
16   16    A.  I did.
17   17    Q.  Okay.
18   18        Do you know what those documents were
19   19  that you reviewed?
20   20        MS. WHITE:  Objection, to the extent that
21   21  asks for disclosure of attorney/client
22   22  communications.
23   23  BY MS. LAVALLEE:
24   24    Q.  Okay.
25   25        Let me -- let me move away from that.
```

## Page 34

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
1    00034:01  Let me ask you a different question.
2    02        MR. NASTARI:  I'm sorry, the objection is
3    03  what?
4    04        MS. WHITE:  It's privileged to the extent
5    05  of that -- I mean, to the extent she is asking for
6    06  documents that did not refresh her recollection.
7    07        MR. NASTARI:  I don't necessarily agree
8    08  with you.  If you showed her documents in
9    09  preparation for deposition, we are entitled to
10   10  identification of those documents.
11   11        MS. LAVALLEE:  Well, let me ask a
12   12  different question and we can resolve this.
13   13    Q.  Ms. Kopp, did you review any documents in
14   14  preparation for today's meeting?
15   15    A.  I did.
16   16    Q.  Okay.  What documents were those?
17   17        MS. WHITE:  Same objection.
18   18        THE WITNESS:  I don't remember all of
19   19  them.
20   20  BY MS. LAVALLEE:
21   21    Q.  Okay.
22   22        Can -- do you remember any of them?
23   23    A.  I remember a couple of them.
24   24    Q.  Okay.
25   25        Can you tell me which those were?
```

## Page 35

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
1    00035:01  A.  I reviewed forecast packages that I had
2    02  prepared.
3    03        I reviewed a document that I had prepared
4    04  for the previous interview.
5    05        And I reviewed a couple of pipeline big
6    06  deal submission reports.  We call them big deal
7    07  summaries.
8    08    Q.  And anything else?
9    09    A.  I saw a couple of reports that I had not
10   10  prepared myself that I am not sure who prepared
11   11  them.
12   12    Q.  Okay.
13   13        And do you recall what those reports
14   14  were?
15   15    A.  They were just general summaries of
16   16  forecasts at different periods in time.
17   17    Q.  Okay.
18   18        And by "different periods of time," do
19   19  you recall what periods of time we are talking
20   20  about?
21   21    A.  Not specifically.
22   22    Q.  Generally, were they for the third
23   23  quarter of 2001?
24   24    A.  Yes.
25   25    Q.  Did they encompass any other periods to
```

## Page 36

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
1    00036:01  your recollection?
2    02    A.  I don't know if I remember.
3    03    Q.  All right.
4    04        Now, you mentioned something about a
5    05  previous interview.
6    06        Can I actually have her answer where she
7    07  described the documents she received read back,
8    08  please?  Documents she reviewed?
9    09        (Record read as follows:
10   10            A.  "I saw a couple of
11   11        reports that I had not
12   12        prepared myself that I am
13   13        not sure who prepared
14   14        them.")
15   15        MS. LAVALLEE:  Prior to that, the
16   16  response part to that.
17   17        (Record read as follows:
18   18            A.  "I reviewed forecast
19   19        packages that I had
20   20        prepared.
21   21            "I reviewed a document
22   22        that I had prepared for the
23   23        previous interview.
24   24            "And I reviewed a couple
25   25        of pipeline big deal
```

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

00037:01    submission reports. We call
02          them big deal summaries.")
03  BY MS. LAVALLEE:
04      Q.  All right.
05          Ms. Kopp, you mentioned that you reviewed
06  documents that you prepared for the prior interview.
07          Can you explain what you are talking
08  about, please?
09      A.  I'm talking about the interview with
10  Morrison & Foerster -- I'm not sure it's even
11  for the same thing.
12          I had created a one-page spreadsheet for
13  them.
14      Q.  Okay.
15          MS. WHITE:  Can I -- can I just clarify?
16          I think you are getting your law firms
17  mixed up, because I am with Morrison & Foerster.
18          THE WITNESS:  Sorry, I messed it up
19  again.
20          MS. LAVALLEE:  That's okay.
21          THE WITNESS:  Maybe I should just say --
22  her name's gone out of my head, the woman I
23  interviewed with.
24  BY MS. LAVALLEE:
25      Q.  Do you recall what the purpose of the

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

00038:01  interview was?
02      A.  Not precisely, just that I was being
03  asked about -- about the third quarter of fiscal
04  '01.
05      Q.  Okay.
06          And was it somebody who represented
07  the -- something called the Special Litigation
08  Committee?
09      A.  Yes, that was it.  That was it.
10          (Reporter interruption.)
11  BY MS. LAVALLEE:
12      Q.  Okay.
13          And other than the meeting you had
14  yesterday with your counsel, and counsel for Oracle,
15  did you discuss this deposition with anybody else?
16      A.  No.
17      Q.  All right.
18          Ms. Kopp, we were talking earlier
19  regarding your communications by phone with
20  Ms. Minton.  And I believe you had stated earlier
21  that you had also had communications with Ms. Minton
22  by email during the third quarter of 2001.
23          Is that correct?
24      A.  That's correct.
25      Q.  Okay.

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

00039:01    And how frequently were your
02  communications by email with Ms. Minton?
03          MS. WHITE:  Objection.  Form.
04          THE WITNESS:  Depends on what point in
05  the quarter and what the email was about.
06  BY MS. LAVALLEE:
07      Q.  Okay.  Well, let me ask a different
08  question then.
09          During the first month of Q3 2001, did
10  you communicate with Ms. Minton by email?
11      A.  Likely.
12      Q.  Okay.
13          Do you recall any specific emails?
14      A.  No, I don't.
15      Q.  Okay.
16          Generally, what -- what would have been
17  the nature of the communications you would have with
18  Ms. Minton in the first quarter -- during the first
19  month of the third quarter of fiscal year 2001?
20      A.  I can't even speculate generally from
21  that long ago.
22      Q.  Okay.
23          And I believe that during our prior
24  discussions you mentioned that you recalled one
25  specific conversation in January, because your

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

00040:01  recollection was refreshed by some documents you
02  have recently reviewed.
03          What conversation or meeting were you
04  talking about there?
05      A.  I do not know what the meeting was.
06          I saw a reference to a meeting that I
07  assumed was a meeting in an email that I had sent
08  her.
09      Q.  Okay.
10          And do you -- well, what -- what did the
11  reference --
12          Did the reference give any details
13  regarding the time of the meeting or --
14      A.  No.
15      Q.  Okay.
16          And do you recall, other than that email,
17  any other emails that you may have sent to or
18  received from Ms. Minton during January 2001?
19      A.  No.
20      Q.  And do you recall the -- actually, strike
21  that.
22          Now, you mentioned earlier that you don't
23  recall precisely who your direct reports were during
24  the third quarter of 2001.  Correct?
25      A.  Correct.

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1    00041:01   Q.  Okay.

2    02        What level employee, what would be the

3    03  title of the employees who would report directly to

4    04  you during 3Q 2001?

5    05   A.  Finance directors.

6    06   Q.  And there were more than one finance

7    07  directors during the third quarter 2001?

8    08   A.  Yes.

9    09   Q.  Okay.

10   10        And did they represent different

11   11  divisions or different areas of the company?  Why

12   12  were there more than one?

13   13   A.  They represented what we called verticals

14   14  within OSI, the business units.

15   15   Q.  Okay.

16   16        How many verticals were there during Q3

17   17  2001?

18   18   A.  Seven, not including consulting.

19   19   Q.  Okay.

20   20   A.  Which would have been separate.

21   21   Q.  Would the consulting -- the finance

22   22  director for the consulting division also report

23   23  directly to you?

24   24   A.  Yes.

25   25   Q.  Okay.

---

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1    00042:01        And how many were there for consulting;

2    02  do you know?

3    03   A.  Just one.

4    04   Q.  And do you recall who -- okay.  Well, let

5    05  me ask a different question.

6    06        Is it then fair to say there were roughly

7    07  eight finance directors who reported to you directly

8    08  during Q3 2001?

9    09   A.  I believe the finance director for one of

10   10  the divisions also had the consulting division,

11   11  so . . .

12   12   Q.  Okay.  So there may have been seven then?

13   13   A.  Yeah, uh-huh.

14   14   Q.  All right.

15   15        And do you recall who any of these seven

16   16  people were?

17   17   A.  Yes.

18   18   Q.  And who would that be?

19   19   A.  John Bacak was one.

20   20   Q.  Uh-huh.

21   21   A.  Courteney Jung was one.

22   22        Alex SanJuan

23   23   Q.  Uh-huh.

24   24   A.  And I don't remember the rest.

25   25        We were shifting at that time.  I was

---

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1    00043:01  newly involved, so we were looking at the

2    02  organization to see if we could get some efficiency

3    03  out of it.

4    04        I don't recall exactly how many were on

5    05  board at that point.

6    06   Q.  Okay.

7    07        And when you say you were "looking at the

8    08  organization," what do you mean?

9    09   A.  Having been newly put in that role by

10   10  Jennifer, she was under the impression that we had

11   11  too many senior level people within finance and that

12   12  we could consolidate some of those roles and save --

13   13  you know, save some money, gain some efficiencies.

14   14   Q.  Okay.

15   15        And did you have discussions with her

16   16  regarding the purpose in doing that?

17   17   A.  Yes.

18   18   Q.  Okay.

19   19        And did she communicate other than --

20   20  anything other than the general need or desire to

21   21  have a more efficient -- have it run more

22   22  efficiently?

23   23        Did she communicate any reason why she

24   24  wanted to do that?

25   25   A.  That we -- OSI had been out of line with

---

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1    00044:01  the other groups; that we had -- per head, for the

2    02  revenue that it was generating, had too many senior

3    03  finance people.

4    04   Q.  And how long did it take to effectuate

5    05  that streamlining?

6    06   A.  I don't remember.

7    07   Q.  Do you know if it was completed during

8    08  the third quarter of 2001?

9    09   A.  I don't believe it was.

10   10   Q.  Did that take up a significant portion of

11   11  your time, effectuating the concept of streamlining

12   12  during the third quarter of 2001?

13   13        MR. NADOLENCO:  Objection to form.

14   14  BY MS. LAVALLEE:

15   15   Q.  Do you understand the question?

16   16   A.  I do.

17   17   Q.  Okay.

18   18   A.  No.

19   19   Q.  I'm sorry?

20   20        (Reporter interruption.)

21   21        THE WITNESS:  It did not.

22   22  BY MS. LAVALLEE:

23   23   Q.  Did can you explain to me what your

24   24  responsibilities were during the third quarter of

25   25  2001?

---

**Page 45**

```
00045:01   A.  During the third quarter of fiscal 2001,
02   I had responsibility for forecasting, for
03   preparation of -- or supervisory role in preparation
04   of financial analysis for compensation-related
05   issues.
06      Q.  Anything else?
07      A.  For the beginning of budgeting for the
08   upcoming fiscal year, for fiscal '02.
09      Q.  Uh-huh.
10   Anything else that you can think of?
11      A.  Most things fall under one of those.
12      Q.  Okay.
13   You mentioned that you were involved in
14   budgeting for the upcoming quarter in the third
15   quarter of fiscal 2001.
16   Were you involved -- is that correct?
17      A.  No.
18   I think what I said was I was responsible
19   for the starting of the budgeting process for the
20   upcoming year.
21      Q.  Okay.
22      A.  Fiscal '02.
23      Q.  Okay.
24   And were you actually involved in that
25   same process for fiscal year 2001 at a prior time?
```

---

**Page 46**

```
00046:01      MS. WHITE:  Objection.  Form.
02   BY MS. LAVALLEE:
03      Q.  Do you understand my question?
04      A.  I think so.
05      Q.  Okay.
06   Let me ask another question.  You seem a
07   little uncertain.
08   You mentioned you were involved in just
09   starting the budgeting process for fiscal year 2002.
10   Were you -- did you have --
11   Did you have similar involvement for the
12   budgeting or commencement of the budgeting process
13   for fiscal year 2001?
14      A.  Not the same level.  I was in a different
15   role then, so not at the OSI level.
16      Q.  Okay.
17   And what was your role in budgeting for
18   fiscal year 2001?
19      A.  For fiscal year 2001, was pushing down
20   targets to the federal and financial services groups
21   only.
22      Q.  Okay.
23   Can you explain for me what the term
24   "pushing down targets" mean?
25      A.  Targets had been assigned already at a
```

---

**Page 47**

```
00047:01   higher level.
02   We were given targets and asked to build
03   budgets to support those targets or bridge gaps
04   between the targets.
05      Q.  And what do you mean by "build gaps
06   between targets"?
07      A.  "Bridge gaps."
08      Q.  "Bridge gaps," I apologize.
09   What do you mean by that?
10      A.  I mean if we are given a target, we build
11   up to the best of our ability from the understanding
12   of the sales managers what the capabilities are of
13   the division, and determine whether the targets that
14   have been pushed down are reasonable.
15      Q.  Okay.
16   And what -- for what division of Oracle
17   did you have this role in connection with the
18   budgeting process for fiscal year 2001?
19      A.  For federal financial services and for
20   consulting, for OSI consulting.
21      Q.  Was there any back and forth between the
22   division heads and the people setting the targets in
23   terms of what an appropriate target was, during the
24   budgeting process for fiscal year 2001?
25      MS. WHITE:  Objection.  Form.
```

---

**Page 48**

```
00048:01   BY MS. LAVALLEE:
02      Q.  Do you understand my question?
03      A.  I do understand the question.
04   But I wouldn't have had knowledge of
05   anything outside of my area.
06      Q.  Okay.
07   So your area wasn't -- did not involve
08   actually the setting of the target or any
09   negotiation about the appropriateness of the target
10   or the --
11      A.  No.
12      Q.  Okay.  Thank you.
13      A.  No.
14      MS. WHITE:  It's important to let her
15   finish her question, it gives a clear record.
16      THE WITNESS:  Okay, okay.
17   BY MS. LAVALLEE:
18      Q.  And when did you start the budgeting
19   process for fiscal year 2002?
20      A.  I don't remember exactly.
21      Q.  Do you have any idea generally what month
22   that would have been in?
23      A.  Generally that month -- generally it
24   starts during January or February.
25      Q.  And during January or February 2001, what
```

1    00049:01 was your role in the budget process for fiscal year

2    02 2002?

3    03    A.  At that time, we would project forward

4    04 our forecast for the current quarter and for the

5    05 final quarter of the current fiscal year, and

6    06 estimate a reasonable growth target and

7    07 profitability target for the upcoming year.

8    08    Q.  Do you recall what -- what growth target

9    09 you were projecting for fiscal year 200 -- I'm

10   10 sorry, for the fourth quarter of 2001 in the

11   11 January/February 2001 time frame?

12   12       MS. WHITE:  Objection.  Form.

13   13       THE WITNESS:  No, I don't recall.

14   14 BY MS. LAVALLEE:

15   15    Q.  Do you recall generally whether or not it

16   16 was -- you were targeting a growth for OSI for Q4

17   17 2001?

18   18       MS. WHITE:  Objection.  Form.

19   19       THE WITNESS:  I don't understand what you

20   20 mean, so --

21   21 BY MS. LAVALLEE:

22   22    Q.  Okay, that's fair.

23   23       Do you recall whether or not the company

24   24 was projecting that there would be growth for the

25   25 fourth quarter of 2001 in the month of January or

1    00050:01 February 2001?

2    02       MS. WHITE:  Objection.  Form.

3    03       THE WITNESS:  Growth over --

4    04 BY MS. LAVALLEE:

5    05    Q.  Year over year?

6    06    A.  So from Q4 of '00 to Q4 of '01, no, I

7    07 don't recall.

8    08    Q.  Okay.

9    09       When you referred to "growth" earlier,

10   10 what did you mean by that?  What kind of comparison

11   11 were you talking about?

12   12    A.  Year over year.

13   13    Q.  Okay.

14   14       Is that generally how the finance group

15   15 or you in your capacity at Oracle looked at growth

16   16 rates?

17   17    A.  Typically.

18   18    Q.  And why was that?  Why was that the

19   19 standard; do you know?

20   20    A.  No, I don't know.

21   21    Q.  Okay.

22   22       And you say "typically," were there

23   23 exceptions to that?

24   24    A.  Occasionally we'll look at sequential

25   25 growth, which is one quarter over the previous

1    00051:01 quarter, but not very frequently.

2    02    Q.  Okay.

3    03       And why, in what instances would you

4    04 choose to look at sequential growth?

5    05    A.  I actually didn't.

6    06       But I have seen reports where other

7    07 organizations had tracked that as a metric.

8    08    Q.  Okay.

9    09       And do you recall what organizations they

10   10 were?

11   11    A.  NAS, North America Sales.

12   12    Q.  Okay.

13   13       And are you speaking now specifically

14   14 about third quarter 2001 or just generally?

15   15    A.  Just generally.

16   16    Q.  Okay.

17   17       And do you have any understanding as to

18   18 why they were looking at sequential growth?

19   19    A.  No I don't.

20   20    Q.  But you, yourself, in terms of your

21   21 capacity as finance director of OSI did not look at

22   22 growth rates sequentially from quarter to quarter.

23   23       Is that correct?

24   24    A.  That's correct.

25   25    Q.  And who did you deal with when you --

1    00052:01       Who did you work with in your

2    02 responsibilities for the budgeting process for

3    03 fiscal year 2001?

4    04       MS. WHITE:  Objection.  Form.

5    05       MS. LAVALLEE:  Strike that.  Let me

6    06 ask --

7    07       That's not the question I wanted to ask.

8    08    Q.  Who did you work with in working on the

9    09 budgeting process for fiscal year 2002?

10   10    A.  Many people.

11   11    Q.  Okay.  That's fair.

12   12       Can you explain to me what the budgeting

13   13 process was at -- in this January 2001 time frame

14   14 for fiscal year 2002?

15   15    A.  I couldn't say January specific, because

16   16 again, I'm not sure that it started in January or

17   17 February.

18   18    Q.  Okay.

19   19       Well, can you answer that question for

20   20 both January and February then?

21   21    A.  Certainly.

22   22       At that time there would have been just

23   23 very high level discussions taking place between me,

24   24 Jay Nussbaum, and Terry Ford, his operations lead

25   25 then.

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1   00053:01      (Reporter interruption.)

2        02 BY MS. LAVALLEE:

3        03      Q.   And anybody else?

4        04      A.   Not that I remember.

5        05      Q.   Was Ms. Minton involved in this process?

6        06      A.   Not at that point.

7        07      Q.   Okay.

8        08           And can you explain for me what these

9        09 high level discussions involved during the

10      10 January/February time frame?

11      11      A.   Not exactly.

12      12      Q.   Can you generally tell me what you mean

13      13 by "high level discussions"?

14      14      A.   At that point we would be looking at what

15      15 we were going to need to prepare later for budgets,

16      16 what Jay would think a reasonable kind of growth

17      17 rate would be, and we'd likely just model a couple

18      18 of scenarios for him.

19      19           Those are very early planning stages.

20      20      Q.   Okay.

21      21           And was there any communications other

22      22 than the high level discussions, were there any --

23      23 strike that.

24      24           Other than these high level discussions,

25      25 were you involved in any other tasks for the

---

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1   00054:01 budgeting of fiscal year 2002 in the

2        02 January/February 2001 time frame?

3        03      A.   Not that I recall.

4        04      Q.   In terms of these high level discussions,

5        05 were there -- was there ever any input or

6        06 communications with the division level salespeople

7        07 or their managers?

8        08      A.   I don't think so.

9        09      Q.   Did you ever have any communications with

10      10 Mr. Henley in the third quarter of 2001 regarding

11      11 budgeting, either for fiscal -- well let's start

12      12 with fiscal year 2001?

13      13      A.   In the third quarter?

14      14      Q.   Yes.

15      15      A.   No, I did not.

16      16      Q.   Okay. And maybe my question wasn't clear

17      17 so I'm going to ask it -- phrase it slightly

18      18 differently.

19      19           Did you ever have any discussions with

20      20 Mr. Henley regarding any budget rates, targets, or

21      21 numbers for fiscal year 2001 during the --

22      22      A.   No.

23      23      Q.   -- third quarter of 2001?

24      24      A.   No.

25      25      Q.   Okay.

---

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1   00055:01       And did you ever have discussions

2        02 regarding this subject with Ms. Minton during the

3        03 2000 -- third quarter of 2001?

4        04           MS. WHITE: Objection. Form.

5        05           THE WITNESS: Other than -- other than

6        06 timelines, no.

7        07 BY MS. LAVALLEE:

8        08      Q.   Okay.

9        09           And what do you mean by "timelines"?

10      10      A.   During that time frame is when we are

11      11 usually told what our deadlines are going to be for

12      12 preparation of budgets.

13      13           So to the extent that she would have

14      14 communicated to us those deadlines, we would have

15      15 talked. We would not have talked about specific

16      16 targets at that point.

17      17      Q.   Okay. And actually, maybe my question

18      18 wasn't clear.

19      19           I'm speaking now in terms of budget

20      20 numbers for fiscal year 2001.

21      21           So what I was -- what I'm asking is

22      22 whether or not you had any communications regarding

23      23 budget numbers or targets for fiscal year 2001 in

24      24 the third quarter of 2001.

25      25           MS. WHITE: Objection. Form.

---

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1   00056:01 BY MS. LAVALLEE:

2        02      Q.   Do you understand my question?

3        03      A.   Yes, I do.

4        04      Q.   All right.

5        05      A.   Not specifically.

6        06      Q.   Okay.

7        07           And generally, do you recall any such

8        08 discussions?

9        09      A.   I recall a discussion about reporting

10      10 budget numbers. But not about the substance of the

11      11 numbers themselves.

12      12      Q.   Okay.

13      13           And what was your -- was this one

14      14 communication that you are speaking now of regarding

15      15 the reporting of budgeting numbers?

16      16      A.   I don't remember exactly when it took

17      17 place.

18      18      Q.   Okay.

19      19           And are you --

20      20      A.   But I believe there was a discussion.

21      21      Q.   Okay.

22      22           And do you recall what the discussion was

23      23 about?

24      24      A.   It was on the format of a reporting

25      25 package.

1   00057:01   Q.   Do you recall any details regarding that

2   02 discussion?

3   03       A.   Only that we were changing the format of

4   04 the package to reflect year-over-year growth.

5   05       Q.   And when you refer to "package," what

6   06 package are you talking about?

7   07       A.   The North America license package. We

8   08 call it the "green book."

9   09       Q.   Okay.

10   10          And how were you changing the format?

11   11       A.   We were changing the format to show

12   12 actual results in terms of prior year growth as

13   13 opposed to in terms of budget.

14   14       Q.   And what was your role in the decision

15   15 making for that change?

16   16       A.   I had no role, no decision.

17   17       Q.   Do you know who made the decision to

18   18 change the formatting?

19   19       A.   I don't know ultimately who did.

20   20          We were told by Jennifer to make the

21   21 change.

22   22       Q.   Okay.

23   23          And do you know why that change was

24   24 effectuated?

25   25       A.   We were told that the budget was not

---

1   00058:01 relevant. It was not a relevant factor to be

2   02 measured for the -- for purposes of the package.

3   03       Q.   And do you know why it was not relevant?

4   04       A.   No, I don't.

5   05       Q.   Was there a change in the budgeting

6   06 process at that time?

7   07          MS. WHITE: Objection. Form.

8   08 BY MS. LAVALLEE:

9   09       Q.   Or -- let me ask a different question.

10   10          Was there a change in the budgeting

11   11 process from fiscal year 2001 and fiscal year 2002?

12   12          MS. WHITE: Objection. Form.

13   13          THE WITNESS: I wouldn't know.

14   14 BY MS. LAVALLEE:

15   15       Q.   Okay.

16   16          Ms. Kopp, did you review the summary that

17   17 was prepared by the Special Litigation Committee of

18   18 their meeting with you?

19   19       A.   I did.

20   20       Q.   Okay.

21   21          And when was the first time you reviewed

22   22 that?

23   23       A.   Tuesday of this week.

24   24       Q.   Okay.

25   25          And had you -- that was the first time

---

1   00059:01 you ever reviewed the package, the summary?

2   02       A.   Yes.

3   03       Q.   Okay.

4   04          And did it accurately reflect your

5   05 discussions with the Special Litigation Committee?

6   06       A.   For the most part.

7   07          There were a couple of areas that didn't,

8   08 to my recollection, accurately reflect it.

9   09       Q.   Okay.

10   10          And do you recall right now what those

11   11 areas were?

12   12       A.   It would be easier for me to -- I could

13   13 point them out in the document.

14   14       Q.   Okay.

15   15          We'll probably get to that.

16   16       A.   Okay.

17   17       Q.   Let me just continue where we're at here.

18   18          Do you recall specifically telling SLC

19   19 that the budgeting process for fiscal year 2001 was

20   20 different -- actually, let me ask a different

21   21 question.

22   22          Can you explain to me what the difference

23   23 between the budget rate that -- actually, let me ask

24   24 a different question.

25   25          When a budget is prepared and is

---

1   00060:01 finalized, what do you call the numbers that --

2   02 well, the revenue numbers for a particular -- for

3   03 example, the license division for OSI, do you recall

4   04 that a target or do you call it a forecast, the

5   05 projected number?

6   06          MS. WHITE: Objection. Form.

7   07 BY MS. LAVALLEE:

8   08       Q.   Do you understand my question?

9   09       A.   If you are talking about the budget.

10   10       Q.   Yes.

11   11       A.   Because you said two things, you said the

12   12 projected number. And the projected number and the

13   13 budget aren't necessarily the same thing.

14   14       Q.   Okay.

15   15       A.   So if you're just -- if you're talking

16   16 about the budget, the budget we refer to

17   17 interchangeably as target.

18   18       Q.   Okay. So the budget number and the

19   19 target number are the same thing?

20   20       A.   Typically.

21   21       Q.   Okay.

22   22          How -- is it fair to say that the budget

23   23 number and the forecast number are two different

24   24 things?

25   25       A.   Yes.

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1  00061:01  Q.  Okay.

2  02       And the budget numbers finalize generally

3  03 for -- let me ask a different question.

4  04       For fiscal year 2001, are budget numbers

5  05 compiled or finalized for each quarter of the

6  06 upcoming year, for the fiscal 2001 year?

7  07  A.  I'm not sure I understand the question.

8  08  Q.  Okay.

9  09       When there are budget targets that are

10  10 set, are they set for each quarter of the fiscal

11  11 year or for the year as a whole?

12  12  A.  Each quarter.

13  13  Q.  Okay.

14  14       And how is the -- you said earlier that

15  15 the budget or the target number is different from

16  16 the forecasting number, correct?

17  17  A.  Generally.

18  18  Q.  Okay.

19  19       And how is the forecast number compiled

20  20 for each quarter?

21  21       And if that's not a fair question, please

22  22 tell me why.

23  23       MR. NADOLENCO:  Objection.  Form.

24  24       THE WITNESS:  You would have to be more

25  25 specific in terms of are we talking about consulting

Oracle Related Cases                              Page 61

---

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1  00062:01 or license, and what time period are we talking

2  02 about?

3  03 BY MS. LAVALLEE:

4  04  Q.  Okay.

5  05       Is there -- when the budget is prepared

6  06 for the fiscal year, is -- or when the budget was

7  07 prepared for fiscal year 2001, was there a budget

8  08 for both license and for consulting for OSI?

9  09  A.  Yes.

10  10  Q.  Okay.

11  11       During fiscal year 2003, was there any

12  12 comparison made of the budget over the target number

13  13 for OSI for either license or consulting with the

14  14 forecast number?

15  15       MS. WHITE:  Objection.  Form.

16  16       MR. NADOLENCO:  And, Counsel, did you say

17  17 "fiscal 2003"?  Did you mean to say "fiscal 2003"?

18  18       MS. LAVALLEE:  No, I did not.

19  19       THE WITNESS:  Okay, that was what --

20  20 BY MS. LAVALLEE:

21  21  Q.  Okay.  Let me rephrase my question then.

22  22       I'm talking about fiscal year 2001.  And

23  23 in the third quarter of fiscal 2001, was any

24  24 comparison made between the budget or target rate

25  25 for OSI, either license or consulting or both

Oracle Related Cases                              Page 62

---

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1  00063:01 together, with the forecast for OSI?

2  02       MS. WHITE:  Objection.  Form.

3  03       THE WITNESS:  I wouldn't know if -- where

4  04 they were.  I mean, there may have been.

5  05 BY MS. LAVALLEE:

6  06  Q.  Okay.

7  07       So you personally did not compare the

8  08 two -- the budget with the forecast numbers?

9  09  A.  I don't recall.

10  10  Q.  Okay.

11  11       Do you recall whether or not there was

12  12 any difference between the budget and forecast

13  13 number for the fiscal year -- for the third quarter

14  14 fiscal year 2001?

15  15  A.  No.

16  16  Q.  Okay.

17  17       THE VIDEOGRAPHER:  The time is

18  18       We are off the record.

19  19       (Break taken.)

20  20       THE VIDEOGRAPHER:  The time is 10:37.

21  21       On the record.

22  22 BY MS. LAVALLEE:

23  23  Q.  Ms. Kopp, did you discuss your deposition

24  24 with anybody during the break today?

25  25  A.  No.

Oracle Related Cases                              Page 63

---

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1  00064:01  Q.  Okay.

2  02       Do you recall -- actually, what I'm going

3  03 to is I'm going to read a passage that was in the

4  04 SLC summary.  And can you tell me --

5  05       Well, I'll ask some follow-up questions

6  06 after.

7  07       "Kopp stated that sometime

8  08       in the middle of FY 2001,

9  09       Ellison realized that Oracle

10  10       was not going to reach its

11  11       budgeted numbers for that

12  12       year.  And instead of

13  13       rebudgeting, Ellison

14  14       directed personnel to report

15  15       results versus the prior

16  16       fiscal year as opposed to

17  17       versus budget for current

18  18       year.  She added that Oracle

19  19       forecasted below budget for

20  20       much of FY 2001."

21  21       Ms. Kopp, do you recall this testimony?

22  22       MR. NADOLENCO:  Objection to form.

23  23       MS. WHITE:  Same objection.

24  24 BY MS. LAVALLEE:

25  25  Q.  You can answer the question, if you

Oracle Related Cases                              Page 64

Kopp, Sarah (Vol. 01) - 02/19/2004 4:50:00 PM

```
1    00065:01 understand it.
2    02    A.   I recall the testimony in general.
3    03    Q.   Okay.
4    04    A.   I don't recall that particular statement.
5    05    Q.   Okay.
6    06          Do you -- do you believe that that
7    07   statement accurately reflects your discussion with
8    08   the SLC?
9    09    A.   No, not at the time I don't.
10   10          My recollection was what I had told you
11   11   previously.
12   12    Q.   Okay.
13   13    A.   That it was -- we were told the budget
14   14   was irrelevant.
15   15          I do not recall making the statement that
16   16   it was because we were behind budget or even that we
17   17   were behind budget.
18   18    Q.   Okay.
19   19          And do you recall -- well, do you have
20   20   any basis to believe that the statement is
21   21   inaccurate?
22   22          MR. NADOLENCO: Objection. Form.
23   23          MS. WHITE: Objection. Form.
24   24   BY MS. LAVALLEE:
25   25    Q.   Can you answer the question?
```

Kopp, Sarah (Vol. 01) - 02/19/2004 4:50:00 PM

```
1    00066:01    A.   I don't know.
2    02    Q.   Sitting here today, you do not recall
3    03   whether there was a reason provided for why the
4    04   budgeting was changed; is that correct?
5    05    A.   The reason --
6    06          MS. WHITE: Wait.
7    07          Objection. Form.
8    08          THE WITNESS: The reason provided was
9    09   that the budget was irrelevant.
10   10   BY MS. LAVALLEE:
11   11    Q.   Okay.
12   12          And you don't -- do you recall whether or
13   13   not any other additional detail was provided at that
14   14   time?
15   15    A.   No.
16   16    Q.   Let me read you another passage from the
17   17   summary of the SLC interview.
18   18          "Kopp noted that the
19   19          budgeting process for the
20   20          current fiscal year (FY
21   21          2003) is different than in
22   22          years past. She stated that
23   23          in prior years, the budget
24   24          was formulated in a top-down
25   25          fashion based on targeted
```

Kopp, Sarah (Vol. 01) - 02/19/2004 4:50:00 PM

```
1    00067:01          growth rates.
2    02          "She emphasized that
3    03          current budget is much" --
4    04          pardon me, "is more
5    05          realistic in terms of
6    06          achievable revenue and
7    07          margin targets in light of
8    08          the downturn in the
9    09          economy."
10   10          Ms. Kopp, do you believe that that
11   11   passage accurately reflects your discussions with
12   12   the SLC?
13   13    A.   Yes.
14   14    Q.   And do you believe that to be a true
15   15   statement, what is stated in this passage?
16   16    A.   I do.
17   17    Q.   Can you explain to me what you referred
18   18   to when you said that "the budget was formulated in
19   19   a top-down fashion based on targeted growth rates"?
20   20    A.   My understanding of previous budget
21   21   submissions were that the budget targets were set at
22   22   a higher level.
23   23          And the ones that we were doing for the
24   24   upcoming year, for fiscal '03, we were given no
25   25   targets. We were just told to come in with what we
```

Kopp, Sarah (Vol. 01) - 02/19/2004 4:50:00 PM

```
1    00068:01   thought made sense.
2    02    Q.   Okay.
3    03          And do you personally believe that the
4    04   current budget is more realistic in terms of
5    05   achievable revenue in margin targets in light of the
6    06   downturn in the economy?
7    07          MS. WHITE: Objection. Form.
8    08          THE WITNESS: When you say "the current
9    09   year," are you talking about fiscal '03?
10   10   BY MS. LAVALLEE:
11   11    Q.   Correct.
12   12    A.   It's hard to say.
13   13    Q.   Okay.
14   14          Do you recall making this statement to
15   15   the SLC?
16   16    A.   I do.
17   17    Q.   Okay.
18   18          And can you tell me what you meant by
19   19   this statement?
20   20    A.   I meant that -- not necessarily that they
21   21   are more achievable, but in the eyes of the people
22   22   setting the targets, they were more achievable.
23   23    Q.   And who are those people in terms -- "the
24   24   people setting the targets," what do you mean by
25   25   that?
```

00069:01  A.  They would have been -- at that point,
02 they would have been Mr. Nussbaum, Mr. Roberts, the
03 leads reporting in to Larry.
04      Q.  Do you know who made that change in the
05 budgeting process for fiscal year 2003?
06          MS. WHITE: Objection. Form.
07          THE WITNESS: No, I don't.
08 BY MS. LAVALLEE:
09      Q.  Can you tell me what -- actually, let me
10 ask a different question.
11          You discussed -- we discussed earlier
12 some of your responsibilities in Q3 2001. And I
13 believe that you indicated that you were involved in
14 the supervising and the preparation of financial
15 analysis.
16          Is that correct?
17      A.  That's correct.
18      Q.  Okay.
19          What do you mean by "financial analysis"?
20      A.  Reporting against prior year, reporting
21 data, extracting data from our internal systems and
22 generating reports of that data.
23      Q.  Okay.
24          And can you tell me what regular reports
25 were generated for OSI during Q3 2001 for the

00070:01 forecasting process?
02      A.  For the forecasting process?
03          Q.  (Nods head.)
04      A.  There was a forecast package --
05      Q.  Yes.
06      A.  -- for Mr. Nussbaum.
07          There was a -- what we called a big deals
08 breakdown, which was a listing of deals greater than
09 500 k.
10      Q.  Anything else?
11      A.  Not on a regular basis that I recall.
12      Q.  Okay.
13          Were there any -- do you recall any other
14 reports ever prepared in fiscal year 2000 - 2001,
15 the third quarter?
16      A.  By me?
17      Q.  By anybody for OSI forecasting.
18          MS. WHITE: Objection. Form.
19          THE WITNESS: I wouldn't know all of
20 the --    *
21 BY MS. LAVALLEE:
22      Q.  Okay.
23          Can you tell me which ones you are aware
24 of?
25      A.  There was an Americas Forecast Package

00071:01 that consolidated the data of the groups.
02      Q.  Uh-huh.
03          Anything else?
04      A.  Not that I am aware of.
05      Q.  Okay.
06          And the forecast package for
07 Mr. Nussbaum, was that something that you prepared
08 or oversaw the preparation of?
09      A.  Is that an either or question is it --
10      Q.  Okay. Let me -- let me break that down
11 then.
12          Did you prepare the forecast package for
13 Mr. Nussbaum in the third quarter of 2001?
14      A.  Someone on my staff did.
15      Q.  Okay.  Who was that person?
16      A.  Fred Avila, A-v-i-l-a.
17      Q.  And how frequently was a forecast package
18 prepared during the third quarter of 2001?
19      A.  To the best of my recollection, it
20 followed the forecast cycle, the corporate forecast
21 schedule, which was once every other week the first
22 two months of a quarter, and once a week the last
23 month of a quarter.
24      Q.  And followed -- you said follow the
25 corporate schedule or forecast schedule.

00072:01          Was it prepared in -- well, was it
02 prepared on a particular day?
03      A.  I don't remember.
04      Q.  Okay.
05          And you said it was prepared for
06 Mr. Nussbaum, what did you mean by that?
07      A.  I mean I prepared the package for him.
08      Q.  Okay.
09          What data was -- was the data used to
10 compile those reports?
11          MS. WHITE: Objection. Form.
12 BY MS. LAVALLEE:
13      Q.  Can you answer the question?
14      A.  It came from our financial analyzer
15 system, which captures P and L data, revenue expense
16 head count.
17          And it came from Oracle Sales Online
18 which captures the deal information.
19      Q.  Okay.
20          And you referred to "P and L," what do
21 you mean by that?
22      A.  I mean raw revenue and expense data and
23 head count.
24      Q.  Okay.
25          And did it come from any other sources,

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1   00073:01 the material, the data they used to prepare the
2   02 forecast package for Mr. Nussbaum during the third
3   03 quarter of 2001?
4   04   A.  Not that I recall.
5   05   Q.  And was it Mr. Avila who actually
6   06 obtained the information from Oracle -- Oracle
7   07 financial analyst program?
8   08   A.  It would have been Fred or he had someone
9   09 working for him at the time named Shane Gorman --
10  10   Q.  Uh-huh.
11  11   A.  -- who may have actually done the data
12  12 extraction.
13  13   Q.  Okay.
14  14       And was -- is the Oracle financial
15  15 analyzer also referred to as OFA?
16  16   A.  Yes, it is.
17  17   Q.  Okay.
18  18       And is that something that you personally
19  19 had access to?
20  20   A.  Yes.
21  21   Q.  And did you personally access information
22  22 on that system directly yourself during the third
23  23 quarter of 2001?
24  24   A.  I don't remember.
25  25   Q.  As a matter of course, during a quarter

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1   00074:01 would you personally do that, generally?
2   02   A.  No.
3   03   Q.  And did Mr. Avila obtain the information
4   04 from the OSO system -- you referred, actually,
5   05 earlier to the Oracle Sales Online system.
6   06       Is that known as the OSO?
7   07   A.  Yes.
8   08   Q.  Okay.
9   09       And did he personally obtain the data
10  10 from the OSO system?
11  11       MR. NADOLENCO:  Objection to form.
12  12       THE WITNESS:  Either he or Shane would
13  13 have.
14  14 BY MS. LAVALLE:
15  15   Q.  Okay.
16  16       And did you personally have access to the
17  17 OSO system?
18  18   A.  Yes.
19  19   Q.  Okay.
20  20       And did you personally during the third
21  21 quarter of 2001, access that system online directly?
22  22   A.  Yes, I did.
23  23   Q.  Okay.
24  24       And did you do that routinely during the
25  25 third quarter fiscal 2001?

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1   00075:01   A.  I'm not sure what you mean by
2   02 "routinely."
3   03   Q.  Okay.
4   04       Did you do that on more than one occasion
5   05 during third quarter fiscal year 2001?
6   06   A.  Yes.
7   07   Q.  Okay.
8   08       And did you do that for a specific
9   09 purpose every time?
10  10       MS. WHITE:  Objection.  Form.
11  11       THE WITNESS:  No.
12  12 BY MS. LAVALLE:
13  13   Q.  Okay.
14  14       Did you do that randomly or was there a
15  15 set time during the course of the quarter when you
16  16 would access information on the OSO?
17  17   A.  Randomly.
18  18   Q.  Can you tell me what for forecast data is
19  19 contained on the OSO system?
20  20   A.  I couldn't say everything.
21  21   Q.  What you're aware of?
22  22   A.  Customer name.
23  23       A description of the opportunity.
24  24       There is an opportunity number.
25  25       A close date.

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1   00076:01       There is a product categorization.
2   02       There is a sales group and a sales rep.
3   03   Q.  Anything else?
4   04   A.  Not off the top of my head.
5   05   Q.  Okay.
6   06       And when you refer to "opportunity
7   07 number," what does that mean?
8   08   A.  When an opportunity is entered into the
9   09 system, there is a unique opportunity number that is
10  10 generated by the system to identify that
11  11 opportunity.
12  12   Q.  Okay.
13  13       So it's basically each separate
14  14 opportunity has its own distinct number; is that
15  15 correct?
16  16   A.  That's correct.
17  17   Q.  And how frequently were the forecast
18  18 packages -- oh, strike that, I think we covered
19  19 that.
20  20       What information was contained on the
21  21 forecast package from Mr. Nussbaum during the third
22  22 quarter of 2001?
23  23   A.  There was a license --
24  24       MS. WHITE:  Objection.  Form.
25  25       THE WITNESS:  There was a license and

1  00077:01 consulting revenue, and expense and margin forecast,

2  02 as well as a breakdown of the license forecast

3  03 between applications and technology revenue, and the

4  04 pipeline between applications and technology

5  05 pipeline.

6  06       And there was a page covering consulting

7  07 projected bookings.

8  08 BY MS. LAVALLEE:

9  09    Q.  And what do you mean by "projected

10  10 bookings"?

11  11    A.  Forecasted consulting engagements to be

12  12 booked.

13  13       Not revenue to the company, because it's

14  14 measured differently in consulting, but funding for

15  15 projects.

16  16    Q.  Okay. Thank you.

17  17       Who else received -- did you personally

18  18 receive the forecast package from Mr. Nussbaum

19  19 during the third quarter 2001?

20  20    A.  I did.

21  21    Q.  Okay. And you reviewed that?

22  22    A.  I did.

23  23    Q.  And who was that forecast package

24  24 disseminated to during the third quarter of 2001?

25  25    A.  Jay Nussbaum and Terry Ford.

1  00078:01    Q.  Anybody else?

2  02    A.  Not that I remember.

3  03    Q.  Okay.

4  04       And you mentioned the big deals breakdown

5  05 report; is that correct?

6  06    A.  Uh-huh.

7  07    Q.  Okay.

8  08       Who prepared that report?

9  09    A.  Fred Avila.

10  10    Q.  Okay.

11  11       And that was at your direction as well?

12  12    A.  It was.

13  13    Q.  All right.

14  14       And what -- what -- where was the data

15  15 obtained that formed the basis of the information

16  16 contained in this report during the third quarter of

17  17 2001?

18  18    A.  OSO.

19  19    Q.  Anywhere else?

20  20    A.  So there was a period of time where we

21  21 add comments to that spreadsheet, a comment column,

22  22 a status column.

23  23    Q.  Uh-huh.

24  24    A.  And that information was generally

25  25 obtained not out of the system, but via

1  00079:01 conversations.

2  02    Q.  Okay.

3  03       And conversations with who?

4  04    A.  Generally with -- between my finance

5  05 directs and the division leads under Jay.

6  06    Q.  And do you know who those division leads

7  07 were for Q3 2001?

8  08    A.  For federal and financial services, they

9  09 were Steve Perkins.

10  10       Jim O'Neil was running

11  11 telecommunications and utilities.

12  12       I don't remember who was running state

13  13 and local at that time.

14  14       Joe Duffy was running higher education

15  15 and health care.

16  16    Q.  Okay.

17  17       And they then provided the information to

18  18 Ms. Avila and he put it on the report.

19  19       Is that correct?

20  20    A.  That's correct.

21  21    Q.  Okay.

22  22       Let me step back and ask a question about

23  23 the forecast package for Mr. Nussbaum.

24  24       How do you provide that forecast package

25  25 to Mr. Nussbaum.

1  00080:01    A.  Electronically via email, and in paper

2  02 form.

3  03    Q.  Okay.

4  04       And did you maintain either email or hard

5  05 copies of these reports personally?

6  06    A.  I maintained electronic copies.

7  07    Q.  Okay.

8  08       And where did you maintain these?

9  09    A.  On my hard drive.

10  10    Q.  Anywhere else?

11  11    A.  No.

12  12    Q.  Okay.

13  13       And did you ever discuss the -- these

14  14 forecast package or the contents thereof with

15  15 Mr. Nussbaum after providing him with the package?

16  16    A.  Yes.

17  17    Q.  Okay.

18  18       And did you do that -- how did you do

19  19 that?

20  20    A.  It varied.

21  21    Q.  It varied. Okay.

22  22       Did you have telephonic conversations

23  23 regarding material with Mr. Nussbaum?

24  24    A.  No.

25  25    Q.  Did you have one-on-one conversations

1  00081:01 with Mr. Nussbaum regarding the forecast packages?
2  02   A.  Yes.
3  03   Q.  And how often did you have such
4  04 communications with Mr. Nussbaum?
5  05   A.  Infrequently.
6  06   Q.  By "infrequently," do you mean -- did you
7  07 have -- let me ask a different question.
8  08       Did you have a conversation with
9  09 Mr. Nussbaum after each forecast package or only
10 10 after some during the third quarter of 2001?
11 11   A.  Only after some.
12 12   Q.  Okay.
13 13       And do you recall which ones today?
14 14   A.  No.
15 15   Q.  And do you recall the substance of any of
16 16 those communications for the forecast packages that
17 17 were generated and disseminated in the third quarter
18 18 of fiscal year 2001?
19 19   A.  Not specifically.
20 20   Q.  Do you recall generally any of those
21 21 discussions?
22 22   A.  No.
23 23   Q.  Would anybody else have been present
24 24 during those discussions during the third quarter
25 25 fiscal year 2001?

1  00082:01   A.  Terry Ford may have been present.
2  02   Q.  Anybody else?
3  03   A.  No.
4  04   Q.  Okay.  Back to the deal -- big deal
5  05 breakdown -- big deals breakdown report.
6  06       How frequently were those prepared during
7  07 the third quarter of fiscal year 2001?
8  08   A.  Same frequency as the forecast package.
9  09   Q.  Okay.
10 10       And by that you mean for the first two
11 11 months they were prepared biweekly, and then the
12 12 third month of the quarter they were prepared
13 13 weekly?
14 14   A.  That's right.
15 15   Q.  Okay.
16 16       And who were those reports disseminated
17 17 to once they were prepared?
18 18   A.  The big deals breakdown went to Jay
19 19 Nussbaum, Terry Ford, and corporate finance.
20 20   Q.  And who was corporate -- who do you mean
21 21 when you say "corporate finance"?
22 22   A.  At that time we sent them to Roberta
23 23 Ronsse.
24 24   Q.  Anybody else?
25 25   A.  No.

1  00083:01   Q.  And did you ever participate in any
2  02 communications regarding the big deal breakdown
3  03 report or the data contained thereon with anybody
4  04 after they were prepared?
5  05       MS. WHITE:  Objection.  Form.
6  06 BY MS. LAVALLEE:
7  07   Q.  During the third quarter of 2001?
8  08   A.  Yes.
9  09   Q.  And who would you have communicated with
10 10 during the third quarter of 2001 regarding these big
11 11 deal reports?
12 12   A.  Again, Jay Nussbaum, Terry Ford.  They
13 13 were part of the same package in his mind.
14 14   Q.  Okay.
15 15       So you would have discussions regarding
16 16 both this big deal report and the forecasting
17 17 package at the same time?
18 18       (Reporter interruption.)
19 19 BY MS. LAVALLEE:
20 20   Q.  The forecasting package report; is that
21 21 correct?
22 22   A.  Yes.
23 23   Q.  Okay.
24 24       And would there have been anybody else
25 25 present other than Mr. Nussbaum and possibly

1  00084:01 Mr. Ford?
2  02   A.  No.
3  03   Q.  Did you ever discuss these packages,
4  04 either the big deal report or the forecasting
5  05 package, with Ms. Minton during the third quarter of
6  06 2001?
7  07   A.  Yes.
8  08   Q.  Okay.
9  09       And when would you have discussed those
10 10 with her?
11 11   A.  Near the end of the quarter.
12 12   Q.  Did you ever discuss these packages
13 13 during the first month of fiscal year -- of the
14 14 third quarter of fiscal year 2001 with Ms. Minton?
15 15   A.  Not that I remember.
16 16   Q.  Did you ever discuss either of these
17 17 reports during -- with Ms. Minton during the January
18 18 2001 time frame?
19 19   A.  Again, I was reminded that I had at least
20 20 once.
21 21   Q.  Okay.
22 22       And what document was it that recall --
23 23 refreshed your recollection about this meeting?
24 24   A.  An email.
25 25   Q.  Okay.

Kopp, Sarah (Vol. 01) - 02/19/2004  4:50:00 PM

| | |
|---|---|
| 1 | 00085:01   And what does this email say? |
| 2 | 02   MS. WHITE: Objection. Form. |
| 3 | 03 BY MS. LAVALLEE: |
| 4 | 04   Q.  Do you recall? |
| 5 | 05   A.  Not verbatim. |
| 6 | 06   Q.  Okay. Generally the substance of the |
| 7 | 07 email? |
| 8 | 08   A.  Generally reiterating the current |
| 9 | 09 forecast and Jay's confidence in it, along with a |
| 10 | 10 breakdown by region of where that forecast was |
| 11 | 11 expected to book. |
| 12 | 12   Q.  Okay. |
| 13 | 13   And do you recall the date of that email? |
| 14 | 14   A.  This is the middle of January. |
| 15 | 15   Q.  And would anybody else have been present |
| 16 | 16 during meeting -- meetings with Ms. Minton regarding |
| 17 | 17 either the big deal reports or the forecast package |
| 18 | 18 in the third quarter of 2001? |
| 19 | 19   A.  Can we step back a minute? |
| 20 | 20   Q.  Sure. |
| 21 | 21   A.  So there is a -- there is a forecast call |
| 22 | 22 in which a number of people are present. And all of |
| 23 | 23 those things are discussed. |
| 24 | 24   Q.  Okay. |
| 25 | 25   A.  If you are speaking of conversations |

Oracle Related Cases                                           Page 85

Kopp, Sarah (Vol. 01) - 02/19/2004  4:50:00 PM

| | |
|---|---|
| 1 | 00086:01 between Jennifer and myself, no, no one else |
| 2 | 02 necessarily would have been present. |
| 3 | 03   Q.  Okay. |
| 4 | 04   Let's go to that forecasting call. |
| 5 | 05   When did that occur? |
| 6 | 06   A.  On the same forecast schedule as before, |
| 7 | 07 biweekly, the first two months weekly, the last |
| 8 | 08 month on Thursdays at 1:00 p.m Pacific. |
| 9 | 09   Q.  And you participated during that call, |
| 10 | 10 obviously? |
| 11 | 11   A.  Yes. |
| 12 | 12   Q.  And who else participated in that call; |
| 13 | 13 do you know, during the third quarter fiscal year |
| 14 | 14 2001? |
| 15 | 15   A.  Invited to the call, not always |
| 16 | 16 participating, Jay. |
| 17 | 17   Q.  Mr. Nussbaum? |
| 18 | 18   A.  Mr. Nussbaum was on the distribution. |
| 19 | 19   Along with George Roberts. |
| 20 | 20   Sandy Sanderson. |
| 21 | 21   And at that time I believe Frank |
| 22 | 22 Varasano. |
| 23 | 23   Q.  Anybody else? |
| 24 | 24   A.  Jennifer Minton. |
| 25 | 25   Ivgen Guner. |

Oracle Related Cases                                           Page 86

Kopp, Sarah (Vol. 01) - 02/19/2004  4:50:00 PM

| | |
|---|---|
| 1 | 00087:01   The finance people supporting George |
| 2 | 02 Roberts, Sandy Sanderson, and Frank Varasano. |
| 3 | 03   Jeff Henley was invited. |
| 4 | 04   Q.  Was anybody else invited to these |
| 5 | 05 meetings during the third quarter fiscal year 2001? |
| 6 | 06   A.  Safra Catz. |
| 7 | 07   And Larry was always invited to the call, |
| 8 | 08 but rarely showed up. |
| 9 | 09   Q.  And by "Larry," you mean? |
| 10 | 10   A.  Ellison. |
| 11 | 11   I apologize. |
| 12 | 12   Q.  No problem. Just want to have a clear |
| 13 | 13 record. |
| 14 | 14   Were there any materials that were |
| 15 | 15 disseminated prior to this forecasting -- these |
| 16 | 16 forecasting calls in the third quarter fiscal year |
| 17 | 17 2001? |
| 18 | 18   A.  Yes. |
| 19 | 19   Q.  What materials were those? |
| 20 | 20   A.  There was an Americas Forecast Package |
| 21 | 21 distributed. |
| 22 | 22   Q.  And do you know who the distri -- who |
| 23 | 23 those Americas Forecast Packages were distributed |
| 24 | 24 to? |
| 25 | 25   A.  No, I don't. |

Oracle Related Cases                                           Page 87

Kopp, Sarah (Vol. 01) - 02/19/2004  4:50:00 PM

| | |
|---|---|
| 1 | 00088:01   Q.  You, though, received one? |
| 2 | 02   A.  I'm not certain whether I received it or |
| 3 | 03 Jay did and I received it as a result, but . . . |
| 4 | 04   Q.  You generally received the Americas -- |
| 5 | 05   (Reporter interruption.) |
| 6 | 06 BY MS. LAVALLEE: |
| 7 | 07   Q.  You generally received the Americas |
| 8 | 08 Forecast in connection with or in anticipation of |
| 9 | 09 the Thursday forecasting calls during the third |
| 10 | 10 quarter fiscal year 2001? |
| 11 | 11   A.  Yes. |
| 12 | 12   Q.  Did you take notes at these meetings, at |
| 13 | 13 these forecasting calls in the third quarter fiscal |
| 14 | 14 year 2001? |
| 15 | 15   A.  No. |
| 16 | 16   Q.  Were these conducted by telephone? |
| 17 | 17   A.  Yes. |
| 18 | 18   Q.  Okay. Well, when you -- were you present |
| 19 | 19 with anybody else when you attended these calls? |
| 20 | 20   A.  Occasion -- |
| 21 | 21   MR. NADOLENCO: Objection. Form. |
| 22 | 22   THE WITNESS: Sorry. |
| 23 | 23   Occasionally, with Mr. Nussbaum. |
| 24 | 24 BY MS. LAVALLEE: |
| 25 | 25   Q.  Okay. |

Oracle Related Cases                                           Page 88

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

00089:01    And did Mr. Nussbaum take notes at

02 these -- during these calls?

03    A.  No.

04    Q.  Okay.

05    Are you aware whether or not anybody else

06 took notes during these calls?

07    A.  I'm not aware.

08    Q.  Were there any agendas printed for these

09 calls?

10    A.  Not that I saw.

11    Q.  Okay.

12    And were any materials disseminated as a

13 result of these calls?

14    A.  I don't know.

15    Q.  Do you recall the discussions at any of

16 these forecasting calls during the third quarter of

17 fiscal year 2001?

18    A.  Not specifically.

19    Q.  Do you recall generally what was

20 discussed during these calls in that time frame?

21    A.  Well, the same thing, the general

22 discussion on the call is always the forecast, the

23 status of the forecast.

24    Q.  Okay.

25    And do you recall specifically what

---

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

00090:01 anybody may have said during the -- about the

02 forecast for Q3 2001 during any of these calls?

03    A.  No.

04    Q.  After these forecasting calls, did you

05 communicate or discuss the substance of what was

06 discussed during these calls with anybody else?

07    A.  No.

08    Q.  Did you ever have follow-up with

09 Mr. Nussbaum regarding any matters that were

10 discussed during the Thursday calls in the third

11 quarter of 2001?

12    A.  I don't remember.

13    Q.  How did you generally communicate with

14 your direct reports during the third quarter fiscal

15 2001?

16    MS. WHITE:  Objection.  Form.

17    THE WITNESS:  Face to face.

18 BY MS. LAVALLEE:

19    Q.  Okay.

20    Did you communicate by email at all with

21 them during that period of time?

22    A.  Likely.

23    I don't recall any specifics.

24    Q.  Okay.

25    Do you have -- do you recall the

---

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

00091:01 specifics of any of the meetings you had with your

02 direct reports in the third quarter fiscal year 2001

03 regarding forecasting dis- -- forecasting issues?

04    A.  No.

05    Q.  Did you schedule any --

06    Did you have regularly scheduled meetings

07 with any of your direct reports or all of your

08 direct reports during the third quarter fiscal year

09 2001?

10    MR. NADOLENCO:  Objection to form.

11    THE WITNESS:  I don't remember.

12    I subsequently set up one-on-one meetings

13 for, you know, personnel reasons, but I don't recall

14 when I set those up.

15 BY MS. LAVALLEE:

16    Q.  Okay.

17    But those were not related to forecasting

18 issues; is that correct?

19    A.  That's correct.

20    Q.  Can you explain for me what your role

21 exactly is in terms of the forecasting process, or

22 what it was during third quarter of 2001, please?

23    A.  During that time frame, it was to

24 supervise the aggregation of data that was collected

25 in our systems and present it to Mr. Nussbaum.

---

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

00092:01    Q.  Okay.

02    And other than compiling or aggregating

03 that data, was -- did you have any other roles in

04 connection with the forecasting process in the third

05 quarter of 2001?

06    A.  Periodic updates to Jennifer Minton later

07 in the quarter as to status.

08    Q.  And by "later in the quarter," what time

09 frame are you speaking of?

10    A.  Generally the last two weeks.

11    Q.  And other than that, did you have any

12 other roles in the forecasting process in the third

13 quarter of 2001?

14    A.  No.

15    Q.  And what do you mean exactly by

16 "compiling or aggregating data"?

17    A.  Well, the sales reps enter the data into

18 OSO.

19    The financial analysts enter the forecast

20 into OFA.

21    So by aggregating the data, I mean since

22 I don't create it myself, we would download

23 information from those systems, reformat it in such

24 a way that it was more user friendly to

25 Mr. Nussbaum.

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

00093:01   Q.   Okay.
02         And did you engage in any analysis of
03   this data for him as well, or was it simply just
04   compiling and aggregating the data for him?
05   A.   I did some analysis.
06         I was reminded yesterday of a
07   presentation I made for a senior staff meeting of
08   his where I had done some analysis.
09   Q.   And when did that senior staff meeting
10   occur; do you know?
11   A.   It was the middle of February.  I don't
12   remember the date.
13   Q.   Okay.
14         And who was present at that meeting?
15   A.   It would have been Mr. Nussbaum's direct
16   reports and myself.
17   Q.   Okay.
18         And what was your presentation about?
19   A.   It was about the current quarter
20   forecast.
21   Q.   Was this a regular senior staff meeting
22   that occurred regularly?
23   A.   There was a schedule set up that they
24   were intended to be held monthly.
25         Occasionally they were cancelled.

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

00094:01   Q.   Okay.
02         And are you generally invited to this
03   meeting?
04   A.   Yes, I am.
05   Q.   Okay.
06         Do you know if one took place in December
07   of 2000?
08   A.   I don't know.
09   Q.   But they were monthly, correct,
10   generally?
11   A.   They were scheduled monthly, but were
12   cancelled from time to time.
13   Q.   Okay.
14         And other than Mr. Nussbaum and his
15   direct reports and yourself, was there anybody else
16   present during these meetings?
17   A.   I believe at that time the woman in
18   charge of human resources did not report directly to
19   Mr. Nussbaum, but reported to human resources, so
20   she would have been there as well.
21   Q.   Okay.
22         And do you recall who that was during the
23   third quarter of 2001?
24   A.   It was Alicia Brown.
25   Q.   And did everybody make presentations

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

00095:01   during this meeting?
02   A.   No.
03   Q.   And who made, generally during the third
04   quarter of 2001, made presentations at those
05   meetings?
06   A.   I don't remember other than myself.
07   Q.   Okay.
08         And was this meeting a face-to-face
09   meeting?
10   A.   Yes.
11   Q.   Were there -- was there an agenda for
12   this meeting in the third quarter -- let me rephrase
13   my question.
14         Was there generally an agenda prepared
15   for these scheduled meetings in the third quarter of
16   2001?
17   A.   Yes, there was.
18   Q.   Did you receive a copy of these agendas?
19   A.   Yes.
20   Q.   And did you maintain copies of these
21   agendas?
22   A.   No.
23   Q.   And how did you receive those agendas?
24   A.   Via email.
25   Q.   And who sent them to you?

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

00096:01   A.   Charles Kendig.
02   Q.   And who is Mr. Kendig?
03   A.   He was the vice-president of quality,
04   reporting in to Jay and responsible for facilitating
05   those meetings.
06   Q.   Okay.
07         That was his whole role?
08   A.   No.
09         MS. WHITE:  Is that the job you want?
10         THE WITNESS:  No, but part of it.
11         MS. LAVALLEE:  I don't know.
12   Q.   And were there any presentation packages
13   or any materials disseminated either prior to or
14   during this meeting, during the third quarter of
15   2001?
16   A.   I don't remember.
17   Q.   Did you personally prepare presentation
18   materials for your presentations during the third
19   quarter 2001 for these meetings?
20   A.   Yes.
21   Q.   Okay.
22         And did you prepare them on your
23   computer?
24   A.   Yes.
25   Q.   Okay.

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

| | 00097:01 | | And did you maintain copies of these? |
|---|---|---|---|
| 2 | 02 | A. | Some of them. |
| 3 | 03 | Q. | Did you maintain -- how do you maintain |
| 4 | 04 | | copies of these? |
| 5 | 05 | A. | Electronically. |
| 6 | 06 | Q. | Do you keep hard copies as well? |
| 7 | 07 | A. | No. |
| 8 | 08 | Q. | Do you generally keep hard copies when |
| 9 | 09 | | you get the materials that you use during a quarter? |
| 10 | 10 | A. | No. |
| 11 | 11 | Q. | Do you maintain things generally just on |
| 12 | 12 | | your computer or on the network? |
| 13 | 13 | A. | Yes. |
| 14 | 14 | Q. | Do you use a laptop? |
| 15 | 15 | A. | Yes, I do. |
| 16 | 16 | Q. | And did you use a laptop during the third |
| 17 | 17 | | quarter of 2001? |
| 18 | 18 | A. | Yes, I did. |
| 19 | 19 | Q. | Okay. |
| 20 | 20 | | Were you ever asked to provide documents |
| 21 | 21 | | that related to the third quarter of 2001 in |
| 22 | 22 | | connection with any lawsuit? |
| 23 | 23 | A. | Yes. |
| 24 | 24 | Q. | Okay. |
| 25 | 25 | | And did you ever provide such materials |

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

| | 00098:01 | | or documents? |
|---|---|---|---|
| 2 | 02 | A. | Yes, I did. |
| 3 | 03 | Q. | Okay. |
| 4 | 04 | | How -- did you personally look for these |
| 5 | 05 | | documents and provide them, or was it somebody else |
| 6 | 06 | | who did that on your behalf? |
| 7 | 07 | A. | I did. |
| 8 | 08 | Q. | Okay. |
| 9 | 09 | | And did you search your laptop as well as |
| 10 | 10 | | your computer at the office? |
| 11 | 11 | A. | I only had one, yes. |
| 12 | 12 | Q. | Okay. That's fair. |
| 13 | 13 | | So you used a laptop at your desk in your |
| 14 | 14 | | office? |
| 15 | 15 | A. | That's correct. |
| 16 | 16 | Q. | Okay. |
| 17 | 17 | | And were you asked on more than one |
| 18 | 18 | | occasion to produce documents in connection with a |
| 19 | 19 | | lawsuit involving the third quarter fiscal year |
| 20 | 20 | | 2001?  . |
| 21 | 21 | A. | I'm confused by the question. |
| 22 | 22 | Q. | Okay. Let me rephrase it then. |
| 23 | 23 | | Thank you. |
| 24 | 24 | | You have mentioned earlier that you were |
| 25 | 25 | | asked to produce documents or provide copies of |

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

| | 00099:01 | | documents for lawsuit or lawsuits relating to the |
|---|---|---|---|
| 2 | 02 | | time period of Q3 2001. |
| 3 | 03 | | Did that occur on more than one occasion? |
| 4 | 04 | A. | Yes. |
| 5 | 05 | Q. | Okay. |
| 6 | 06 | | Do you recall when that occurred? |
| 7 | 07 | A. | I don't recall exactly. |
| 8 | 08 | Q. | Okay. |
| 9 | 09 | | Do you recall generally the first time |
| 10 | 10 | | that occurred? |
| 11 | 11 | A. | No. |
| 12 | 12 | Q. | Was it last year or the year before; do |
| 13 | 13 | | you recall? |
| 14 | 14 | A. | Last year, I think. |
| 15 | 15 | Q. | Okay. |
| 16 | 16 | | And do you recall when the second time |
| 17 | 17 | | was? |
| 18 | 18 | A. | No. |
| 19 | 19 | Q. | Was it that -- this year; do you believe? |
| 20 | 20 | A. | Probably it was still last year. |
| 21 | 21 | Q. | Okay. |
| 22 | 22 | | Was there a third time or was it only two |
| 23 | 23 | | times? |
| 24 | 24 | A. | There were a couple of requests for data |
| 25 | 25 | | that I believe I had already provided. |

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

| | 00100:01 | | But I did receive a couple of follow-on |
|---|---|---|---|
| 2 | 02 | | emails to which I attached, I believe, the same |
| 3 | 03 | | information I had already provided. |
| 4 | 04 | Q. | Okay. |
| 5 | 05 | A. | Just to clarify. |
| 6 | 06 | Q. | Okay. |
| 7 | 07 | | How did you search your laptop for this |
| 8 | 08 | | data when you were requested to do so? |
| 9 | 09 | | MS. WHITE: Objection. Form. |
| 10 | 10 | | BY MS. LAVALLEE: |
| 11 | 11 | Q. | How did you go about doing that? |
| 12 | 12 | A. | I have a folder set up. I have a |
| 13 | 13 | | forecasts folder set up under an OSI directory. |
| 14 | 14 | Q. | Okay. |
| 15 | 15 | | And you searched those folders? |
| 16 | 16 | A. | That's correct. |
| 17 | 17 | Q. | Okay. |
| 18 | 18 | | And what about four email, what was your |
| 19 | 19 | | process in searching the emails? |
| 20 | 20 | A. | I didn't have any emails from that time |
| 21 | 21 | | period. |
| 22 | 22 | Q. | Okay. |
| 23 | 23 | | And what operating system do you use for |
| 24 | 24 | | your email? |
| 25 | 25 | A. | Today? |

00101:01    Q.   Well, actually that's a good question.

02 Let me --

03          Has it changed from Q3 2001 to today?

04          MR. NADOLENCO:  Objection to form.

05          THE WITNESS:  Yes.

06 BY MS. LAVALLEE:

07     Q.   Okay.

08          Which system do you use today?

09     A.   I use Netscape 7.1.

10     Q.   Okay.

11          And do you -- what system did you use in

12 Q3 2001?

13     A.   I don't remember.

14     Q.   Okay.

15          Is your laptop that you use today the

16 same as the one you used in Q3 2001?

17     A.   No.

18     Q.   Okay.

19          What happened to the computer that you

20 were using in Q3 2001?

21     A.   I believe it's been retired.  I'm

22 honestly not sure.

23          It blew up at some point.

24     Q.   Do you know what happens when a computer

25 retires?

---

00102:01    Do you know what happens to a computer

02 when it retires at Oracle?

03          MR. NADOLENCO:  It goes to the computer

04 hall of fame.

05          MS. WHITE:  Computer cemetery.

06 BY MS. LAVALLEE:

07     Q.   You don't know?

08     A.   No, I don't know.

09     Q.   Okay.  And did you --

10          Was your data from your Q3 2001 computer

11 converted into your new computer when you had a new

12 computer to replace that one?

13          MS. WHITE:  Objection.  Form.

14          THE WITNESS:  I believe it was.

15 BY MS. LAVALLEE:

16     Q.   Okay.

17          And do you know who did that for you?

18     A.   Not by name.

19          Someone in our technical support group.

20     Q.   Okay.

21          And did you have any involvement in that

22 process?

23     A.   No.

24     Q.   Okay.  And when you were asked to obtain

25 data, then you searched the data that you currently

---

00103:01 -- the data from the computer you currently use; is

02 that correct?  Or you were using at the time of the

03 request, is that correct?

04     A.   That's correct.

05     Q.   And did you search any other files other

06 than the computer?

07          I'm sorry, let me -- let me clarify my

08 question.

09          When you were requested to provide data

10 or documents in connection with some pending

11 lawsuits involving the time frame Q3 2001, did you

12 search anything other than the laptop that you

13 had -- that you were using at that time?

14     A.   No.

15     Q.   Okay.

16          Do you have an assistant?

17     A.   Do I have an assistant today?

18     Q.   Correct.

19     A.   Yes.

20     Q.   Okay.

21          And did you have an assistant during Q3

22 2001?

23     A.   I think so.

24     Q.   Okay.

25          Would this be the same person today as it

---

00104:01 was in 2003, if that person --

02     A.   2001 you mean?

03     Q.   2001.

04     A.   No.

05     Q.   Okay.

06          And who is it today?

07     A.   Rachel McMurrer.

08     Q.   Okay.

09          And so I take it at some point around

10 2001, you did for the first time get an assistant;

11 is that correct, or sometime shortly after?

12     A.   Sometime in that time frame.

13     Q.   All right.

14          And who was the first assistant you had

15 then in that time frame?

16     A.   Sandra Basurto.

17     Q.   Did she ever maintain files for you?

18     A.   No.

19     Q.   Okay.

20          Let's go back to the senior staff

21 meetings and the presentations that you gave.

22          Do you know if anybody took notes during

23 those meetings, during this the third quarter of

24 2001?

25     A.   I don't know.

| | |
|---|---|
| 1 | 00105:01   Q.   Okay. |
| 2 | 02        Did you personally take notes during |
| 3 | 03 that -- during those meetings in the Q3 time frame? |
| 4 | 04    A.   Occasionally. |
| 5 | 05    Q.   Okay. |
| 6 | 06        And did you maintain those notes? |
| 7 | 07    A.   No. |
| 8 | 08    Q.   Okay. |
| 9 | 09        What did you do with those notes? |
| 10 | 10    A.   Probably threw them away. |
| 11 | 11    Q.   Okay. |
| 12 | 12        I take it your presentation wasn't |
| 13 | 13 videotaped as it is being here, videotaped today? |
| 14 | 14    A.   No. |
| 15 | 15    Q.   Was it a fairly informal meeting? |
| 16 | 16    A.   In what sense? |
| 17 | 17    Q.   Well, was it a very structured meeting in |
| 18 | 18 terms of the agenda? |
| 19 | 19    A.   Yes. |
| 20 | 20    Q.   Okay. |
| 21 | 21        And was it Mr. Nussbaum who conducted the |
| 22 | 22 meeting? |
| 23 | 23    A.   At times. |
| 24 | 24    Q.   Okay. |
| 25 | 25        And do you recall if such a meeting took |

| | |
|---|---|
| 1 | 00106:01 place in February 2001? |
| 2 | 02    A.   I do now. |
| 3 | 03    Q.   Okay. |
| 4 | 04        And do you recall if one took place in |
| 5 | 05 January 2001? |
| 6 | 06    A.   I do not. |
| 7 | 07    Q.   Okay. |
| 8 | 08        How were you notified of these meetings? |
| 9 | 09    A.   Via email. |
| 10 | 10    Q.   Subsequent to these senior -- was it |
| 11 | 11 senior staffing meetings, is that what they were |
| 12 | 12 called? |
| 13 | 13    A.   They were called senior staff meetings. |
| 14 | 14    Q.   Senior staff meetings. |
| 15 | 15        Subsequent to any of these senior staff |
| 16 | 16 meetings that occurred in the 2003 time frame, did |
| 17 | 17 you have meetings or discussions with anybody |
| 18 | 18 regarding the substance of what was discussed at |
| 19 | 19 these meetings? |
| 20 | 20        MS. WHITE:  Objection. Form. |
| 21 | 21        The "2003" again. |
| 22 | 22        MS. LAVALLEE:  Oh, thank you. |
| 23 | 23    Q.   During the 2001 time frame, in the third |
| 24 | 24 quarter of 2001, did you ever have any discussions |
| 25 | 25 after these meetings regarding the substance of |

| | |
|---|---|
| 1 | 00107:01 these senior staff meetings? |
| 2 | 02    A.   I don't remember. |
| 3 | 03    Q.   Can you explain for me the process by |
| 4 | 04 which you did the compilation or aggregation of data |
| 5 | 05 from Mr. Nussbaum in the third quarter of 2003 -- |
| 6 | 06 2001? |
| 7 | 07    A.   Not exactly. |
| 8 | 08        Again, I had other people compile it for |
| 9 | 09 me to review. |
| 10 | 10    Q.   Okay. |
| 11 | 11        Was there a process in terms of what you |
| 12 | 12 received, what you then did with that data and so |
| 13 | 13 forth? |
| 14 | 14        Did you have a standard procedure in how |
| 15 | 15 you compiled these -- this data? |
| 16 | 16        MS. WHITE:  Objection. Form. |
| 17 | 17        THE WITNESS:  Generally. |
| 18 | 18 BY MS. LAVALLEE:          * |
| 19 | 19    Q.   Okay. |
| 20 | 20        Can you explain generally what that was? |
| 21 | 21    A.   The information was downloaded from the |
| 22 | 22 systems, OFO -- OFA and OSO. |
| 23 | 23        Put into spreadsheet Excel format. |
| 24 | 24        Comments on the status of the deals from |
| 25 | 25 OSO was added by my finance directs. |

| | |
|---|---|
| 1 | 00108:01        And then we pulled everything together as |
| 2 | 02 sort of one package and submitted the big deals |
| 3 | 03 summary to corporate, and the rest of the package to |
| 4 | 04 Jay and Terry. |
| 5 | 05    Q.   Okay. |
| 6 | 06        And can you explain for me the time |
| 7 | 07 involvement of this process? |
| 8 | 08        Did you start on a particular day of the |
| 9 | 09 week and then continue and prepare and submit the |
| 10 | 10 report for a particular day? |
| 11 | 11    A.   Generally -- generally started on Monday. |
| 12 | 12        Generally submitted by Wednesday night. |
| 13 | 13    Q.   Okay. |
| 14 | 14        When you received the data and saw |
| 15 | 15 comments on status of particular deals, did you ever |
| 16 | 16 communicate with anybody regarding these comments |
| 17 | 17 during the third quarter of 2001? |
| 18 | 18    A.   I don't remember. |
| 19 | 19    Q.   Is this forecasting process that you |
| 20 | 20 undertook in Q3 2001 similar to the process that you |
| 21 | 21 currently engage in today in the forecasting |
| 22 | 22 process? |
| 23 | 23    A.   Similar. |
| 24 | 24        Certainly not the same. |
| 25 | 25    Q.   Okay. |

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

| | |
|---|---|
| 1 | 00109:01     Would it have been unusual for you to |
| 2 | 02 talk to somebody regarding the comments on the |
| 3 | 03 status of a deal? |
| 4 | 04     A.   Only if there were none. |
| 5 | 05     Q.   Okay. |
| 6 | 06     A.   So occasionally people would leave those |
| 7 | 07 blank or comment would be unavailable, and at that |
| 8 | 08 point I would have to call somebody and ask why they |
| 9 | 09 had left it blank. |
| 10 | 10     Q.   Okay. |
| 11 | 11     A.   But I didn't challenge the comments, if |
| 12 | 12 that's what you mean. |
| 13 | 13     Q.   Okay.  No, that wasn't actually my |
| 14 | 14 question. |
| 15 | 15         My question was just simply did you have |
| 16 | 16 any discourse regarding these comments? |
| 17 | 17     A.   No. |
| 18 | 18     Q.   Okay. |
| 19 | 19         MS. WHITE:  Do you want to take a break? |
| 20 | 20         MS. LAVALLEE:  Yeah, I would like to take |
| 21 | 21 a few minutes' break. |
| 22 | 22         THE VIDEOGRAPHER:  This concludes |
| 23 | 23 videotape number one to Volume 1 in the deposition |
| 24 | 24 of Sarah Kopp. |
| 25 | 25         The time is |

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

| | |
|---|---|
| 1 | 00110:01 record. |
| 2 | 02         (Break taken.) |
| 3 | 03         THE VIDEOGRAPHER:  This marks the |
| 4 | 04 beginning of videotape number two, Volume 1, in the |
| 5 | 05 deposition of Sarah Kopp. |
| 6 | 06         The time is |
| 7 | 07         We are on the record. |
| 8 | 08 BY MS. LAVALLEE: |
| 9 | 09     Q.   Ms. Kopp, thanks for bearing with us here |
| 10 | 10 today on this depo. |
| 11 | 11         But I have -- the question, which I may |
| 12 | 12 have asked you a little earlier but I'm not sure I |
| 13 | 13 covered it so I just want to be sure, did I ask you |
| 14 | 14 what -- let me just ask my question. |
| 15 | 15         Did -- were there any other reports -- |
| 16 | 16 were there any reports disseminated in anticipation |
| 17 | 17 of the Thursday forecasting call? |
| 18 | 18     A.   Yes. |
| 19 | 19     Q.   Okay. |
| 20 | 20         What were those, or what was that report? |
| 21 | 21     A.   The only one I know of was an Americas |
| 22 | 22 Forecast Package. |
| 23 | 23     Q.   Okay. |
| 24 | 24         And who prepared the Americas Forecast |
| 25 | 25 Package? |

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

| | |
|---|---|
| 1 | 00111:01     A.   I don't know. |
| 2 | 02     Q.   Okay. |
| 3 | 03         Was that -- what department was it |
| 4 | 04 generated out of; do you know? |
| 5 | 05     A.   Corporate finance. |
| 6 | 06     Q.   And do you know who is in charge of |
| 7 | 07 corporate finance, or who was in charge of corporate |
| 8 | 08 finance in third quarter of fiscal year 2001? |
| 9 | 09     A.   For that process, Ivgen Guner. |
| 10 | 10     Q.   Other than the reports that we discussed |
| 11 | 11 earlier, were there any reports that you received |
| 12 | 12 that compiled information data from the OSO system |
| 13 | 13 during the third quarter of 2001? |
| 14 | 14     A.   Not that I remember. |
| 15 | 15     Q.   Okay. |
| 16 | 16         And other than the reports that we have |
| 17 | 17 discussed here already this morning, were there any |
| 18 | 18 reports that you received that contained the |
| 19 | 19 information from the OFA system during the third |
| 20 | 20 quarter fiscal year 2001? |
| 21 | 21         MS. WHITE:  Objection.  Form. |
| 22 | 22 BY MS. LAVALLEE: |
| 23 | 23     Q.   Are you having trouble with the question? |
| 24 | 24     A.   Yes. |
| 25 | 25     Q.   Why is that? |

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

| | |
|---|---|
| 1 | 00112:01     A.   Our reporting packages that are created |
| 2 | 02 contain data that is pulled from OFA. |
| 3 | 03     Q.   Okay. |
| 4 | 04     A.   So I wasn't -- they weren't personally |
| 5 | 05 distributed just to me. |
| 6 | 06     Q.   Okay. |
| 7 | 07     A.   It was -- |
| 8 | 08     Q.   Okay. |
| 9 | 09         Other than those reports, were there any |
| 10 | 10 reports that you received during the third quarter |
| 11 | 11 of fiscal year 2001 that contained data pulled from |
| 12 | 12 the OFO -- or OFA system? |
| 13 | 13     A.   There may have been. |
| 14 | 14     Q.   Okay. |
| 15 | 15         And what other types of reports did you |
| 16 | 16 generally receive in Q3 2001? |
| 17 | 17     A.   Out of that system? |
| 18 | 18     Q.   Generally, regardless of whether it came |
| 19 | 19 from that system? |
| 20 | 20         (Reporter interruption.) |
| 21 | 21         THE WITNESS:  Generally, we would look at |
| 22 | 22 our expense analysis in terms of forecasting.  So as |
| 23 | 23 actual data for expenses came in, we would check to |
| 24 | 24 see if our run rates were looking accurate for the |
| 25 | 25 end of quarter expense forecast. |

Kopp, Sarah (Vol. 01) - 02/19/2004 4:50:00 PM

00113:01 BY MS. LAVALLEE:

02  Q.  Okay.

03      And when you say you would check that

04  information, is that you would -- somebody would

05  prepare a report and you would examine it from the

06  report, or was it a different process that?

07  A.  That would be the process.

08  Q.  Okay.

09      And what was the title of the report that

10  would -- you would use to check this information?

11  A.  It had no title.

12  Q.  Okay.

13      What information was contained

14  specifically on this report?

15  A.  It would have been expenses by account,

16  such as salaries, benefits, facilities, those kinds

17  of things, and head count.

18      So we would look at -- for example,

19  during that quarter we would look at December actual

20  salary expense and compare it to January and

21  February forecasted salary expense.

22  Q.  Okay.

23      And who was it who prepared these reports

24  during the third quarter fiscal year 2001?

25  A.  It would have been Fred Avila or Shane

---

Kopp, Sarah (Vol. 01) - 02/19/2004 4:50:00 PM

00114:01 Gorman.

02  Q.  Okay.

03      And how did you receive these reports?

04  A.  Generally, electronically.

05  Q.  You say "generally," were there

06  exceptions to this?

07  A.  I don't remember.

08  Q.  Do you recall ever receiving hard copies

09  of these?

10  A.  Not that I remember, but I could have.

11  Q.  Okay.

12      And what did you do with them when you

13  received this information electronically?

14  A.  In a spreadsheet form, I would usually go

15  in and plug in numbers of my own to -- if they -- if

16  I believed that the forecast needed to be changed in

17  terms of expenses and run rates.

18  Q.  Okay.

19      And was this -- maybe I need -- maybe you

20  can explain this for me.

21      Was this a report that was -- well,

22  actually, let me ask a preliminary question.

23      Where was the data obtained to form the

24  basis of this report?

25  A.  OFA.

---

Kopp, Sarah (Vol. 01) - 02/19/2004 4:50:00 PM

00115:01  Q.  Okay.

02      And was this a report that was generated

03  directly from OFA or is it something else?

04  MS. WHITE:  Objection. Form.

05  THE WITNESS:  It would have been data

06  that was downloaded from OFA and loaded into Excel.

07  BY MS. LAVALLEE:

08  Q.  Okay.

09      So a separate report was generated on

10  Excel from data obtained from OFA; is that correct?

11  A.  Yes.

12  Q.  Okay. And it would have been Mr. Avila

13  or the other -- I forgot the other person's name.

14  A.  Shane.

15  Q.  -- Shane, who would have prepared this

16  Excel sheet; is that correct?

17  A.  That's correct.

18  Q.  Okay.

19      And you then would have access to the

20  Excel sheet and could add your own judgment or

21  determinations to the data contained in that sheet.

22  Is that correct?

23  MR. NADOLENCO:  Objection to form.

24  BY MS. LAVALLEE:

25  Q.  Am I misstating your testimony or

---

Kopp, Sarah (Vol. 01) - 02/19/2004 4:50:00 PM

00116:01 mischaracterizing it?

02  MR. NADOLENCO:  It's just that "judgment"

03  kind of had a term of art on some reports.

04  BY MS. LAVALLEE:

05  Q.  Sure. Sure.

06      Can you please tell me is that accurate?

07  A.  I could -- I could look at it for what I

08  would perceive to be inaccuracies if they existed.

09  Q.  Okay.

10      And after you completed looking at this

11  report, what was done with the report?

12  A.  Generally, it would have been distributed

13  to my directs if I had questions about their expense

14  forecast at their level.

15  Q.  Okay.

16  A.  That's really it.

17  Q.  Okay.

18      So you used it as a tool to check what

19  your direct reports were doing; is that correct?

20  A.  Yeah, in a matter of speaking. Yes.

21  Q.  Okay.

22      And was it something that you then in

23  turn shared with your superiors, either Mr. Nussbaum

24  or somebody else?

25  A.  Not likely.

```
1   00117:01   Q.  Okay.
2   02          And did you compare the expense forecast
3   03   to the budget forecast -- I'm sorry, to the budget
4   04   expense at any point in time during the third
5   05   quarter of 2001?
6   06   A.  I don't remember.
7   07   Q.  Okay.
8   08       Is that something you would normally do?
9   09   A.  Typically.
10  10   Q.  Okay.
11  11       And what would be the purpose in doing
12  12 that?
13  13   A.  To validate if we had set average
14  14 salaries correctly or if we were over or under our
15  15 head count that we had anticipated we would need.
16  16   Q.  Right.
17  17       And generally in 2000, in the fiscal year
18  18 2000, were you on target in terms of your budget
19  19 rates for expenses during throughout that year?
20  20       MS. WHITE:  Objection.  Form.
21  21       THE WITNESS:  In fiscal 2000?
22  22 BY MS. LAVALLEE:
23  23   Q.  Yes.
24  24   A.  I don't know.
25  25   Q.  Okay.
```

```
1   00118:01       Do you recall any quarter in particular
2   02   about 2000, fiscal year 2000?
3   03   A.  No, I don't.
4   04   Q.  Okay.
5   05       And do you recall about 2001?
6   06       MR. NADOLENCO:  Objection to form.
7   07       THE WITNESS:  Do I recall what about --
8   08 BY MS. LAVALLEE:
9   09   Q.  Okay.
10  10       Do you recall how the budget expenses
11  11 compared with the actual expenses or -- during
12  12 fiscal year 2001, either the first or second or
13  13 third quarter?
14  14       MS. WHITE:  Objection to form.
15  15       THE WITNESS:  No, I don't.
16  16 BY MS. LAVALLEE:
17  17   Q.  Okay.  Okay.
18  18       We were talking about reports that you
19  19 received, other than reports we had already
20  20 discussed today.
21  21       And you had mentioned the expense
22  22 analysis reports.  And we just had that
23  23 conversation.
24  24       Were there any other reports, other than
25  25 that and ones we've previously discussed, that you
```

```
1   00119:01 would have received in Q3 2001?
2   02   A.  I don't remember.
3   03   Q.  Were there any reports that dealt with
4   04   pipeline data that you received in Q3 2001?
5   05       MS. WHITE:  Objection to form.
6   06       THE WITNESS:  Other than what we already
7   07 discussed?
8   08 BY MS. LAVALLEE:
9   09   Q.  Yes.
10  10   A.  We did a periodic pipeline download
11  11 report, just a one-page summary of pipeline.
12  12   Q.  And by "we," who are you referring to?
13  13   A.  I'm sorry, Fred.
14  14   Q.  Okay.
15  15       And where was the data for that report
16  16 obtained?
17  17   A.  From OSO.
18  18   Q.  Okay.
19  19       And was this a regular report that was
20  20 generated throughout the quarter?
21  21   A.  Yes.
22  22   Q.  Okay.
23  23       And how frequently was this report
24  24 generated?
25  25   A.  I believe with the same frequency as the
```

```
1   00120:01 forecast package.
2   02       But I'm not certain about that.
3   03   Q.  Okay.
4   04       And I may not have asked the same
5   05 question with respect to the expense analysis, but
6   06 how frequently was that prepared in the third
7   07 quarter 2001?
8   08   A.  It was not a regular report, it was ad
9   09 hoc.
10  10   Q.  Okay.
11  11       Do you recall how many times you had that
12  12 report generated, the expense analysis report
13  13 generated during Q3 2001?
14  14   A.  No, I don't.
15  15   Q.  Do you know if it was more or less
16  16 frequent than the prior quarter?
17  17       MS. WHITE:  Objection to form.
18  18       THE WITNESS:  No, I don't.
19  19 BY MS. LAVALLEE:
20  20   Q.  And what information specifically is
21  21 contained on the periodic pipeline download report
22  22 that you referred to before?
23  23   A.  Just subtotals of pipeline numbers, no
24  24 deal data.
25  25       It was pipeline broken down by vertical
```

1   00121:01 and between apps and tech, just total number.

2   02    Q.   Okay.

3   03          And were there any comparison from year

4   04   over year or subsequent quarters or consecutive

5   05   quarters, or any comparison like that?

6   06    A.   I don't think so.

7   07    Q.   Was there any conversion rate data or

8   08   figures contained there in that report?

9   09          MS. WHITE:  Objection to form.

10  10          THE WITNESS:  I don't remember.

11  11  BY MS. LAVALLEE:

12  12    Q.   Okay.

13  13          Do you know what I mean by "conversion"?

14  14    A.   No, I do.

15  15    Q.   Okay.  Can you explain to me what a

16  16  conversion rate is?

17  17    A.   It is the percentage of your pipeline

18  18  that you would need to convert into revenue in order

19  19  to make your forecast.

20  20    Q.   Is that something you examined generally

21  21  in your capacity as finance director for Oracle?

22  22          MS. WHITE:  Objection as to form.

23  23          THE WITNESS:  During that quarter, yes.

24  24  BY MS. LAVALLEE:

25  25    Q.   Okay.

1   00122:01          And why do you examine the conversion

2   02  rate figure?

3   03    A.   Why?

4   04    Q.   (Nods head.)

5   05    A.   It can be an indicator of how reasonable

6   06  a forecast is.

7   07    Q.   And what do you look for to determine

8   08  whether a forecast is reasonable when you look at

9   09  the conversion ratio or rate?

10  10          MS. WHITE:  Objection to form.

11  11          THE WITNESS:  At that time or generally?

12  12  Because it's not always the same.

13  13  BY MS. LAVALLEE:

14  14    Q.   Okay.

15  15          And why is it not always the same, can

16  16  you explain that for me?  Maybe I can better phrase

17  17  my question then.

18  18    A.   Because of the market fluctuation that we

19  19  experience, the trends in conversion rates didn't

20  20  stay the same.

21  21    Q.   Okay.

22  22    A.   So . . .

23  23    Q.   And then tell me what you looked for in

24  24  terms of conversion rate to determine whether

25  25  forecast was reasonable in, let's start with fiscal

1   00123:01 year 2000.

2   02    A.   I wasn't look at conversion rates in

3   03  fiscal year 2000.

4   04    Q.   When did you first start looking at

5   05  conversion rates?

6   06    A.   Probably in the end of the second

7   07  quarter, the beginning of third quarter 2001.

8   08    Q.   Okay.

9   09          And during that time frame, what were you

10  10  looking at in terms of conversion rate to determine

11  11  whether forecast was reasonable?

12  12          MS. WHITE:  Objection to form.

13  13          THE WITNESS:  At that time I was looking

14  14  at comparisons to prior year.

15  15  BY MS. LAVALLEE:

16  16    Q.   Okay.

17  17          And were you looking at comparisons to

18  18  prior year or years, I wasn't sure I heard?

19  19    A.   Year.

20  20    Q.   Okay.

21  21          So you would look at the conversion year

22  22  for fiscal -- the third quarter fiscal year 2000

23  23  when you are examining the forecast for fiscal

24  24  year -- third quarter fiscal year 2001.

25  25          Is that correct?

1   00124:01          MR. NADOLENCO:  Objection.  Misstates the

2   02  testimony.

3   03          MS. WHITE:  Objection to form.

4   04  BY MS. LAVALLEE:

5   05    Q.   Did I misstate your testimony?

6   06    A.   I'm not sure.

7   07    Q.   Okay.

8   08          MR. NADOLENCO:  The reason I object is

9   09  you went back to fiscal year 2000.  I thought you

10  10  were talking to her about 2001.

11  11  BY MS. LAVALLEE:

12  12    Q.   Okay.  Let me ask you another question

13  13  just so we're clear.

14  14          When you -- what -- what year did you

15  15  look at or what period did you look at to -- when

16  16  you were looking at the forecast for Q3 2001 to

17  17  determine if that was reasonable?

18  18    A.   In terms of conversion rate?

19  19    Q.   In terms of conversion rate.

20  20    A.   I looked at the year immediately previous

21  21  to that, which would have been Q3 of fiscal 2000.

22  22    Q.   Okay.  Thank you.

23  23          And what specifically would you took at,

24  24  can you just explain that for me?

25  25          MS. WHITE:  Objection as to form.

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

```
00125:01      THE WITNESS: We would look at like month
02 pipeline related to the forecast.
03      So you would have to compare pipeline at
04 the same period of time in the previous quarter --
05 or previous year.
06 BY MS. LAVALLEE:
07    Q.   Okay.
08         And did you look specifically at a
09 monthly period or did you look weekly period?
10    A.   It would have been -- well, we were
11 looking at pipeline, we would refer to month one
12 pipeline.
13    Q.   Uh-huh.
14    A.   But that meant generally week two of
15 month one.
16    Q.   Okay.
17         And why was it important to compare the
18 same period year over year when you are talking
19 about conversion rates?
20    A.   Because the pipeline fluctuates
21 throughout the quarter.
22    Q.   Okay.
23         So would it be reasonable to compare, for
24 example, the last week of the quarter conversion
25 rate to the conversion rate of the third week of the
```

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

```
00126:01 quarter?
02    A.   No.
03    Q.   Okay.
04         Would it be fair to look at, say, the
05 actual conversion rate, the final conversion rate
06 and compare that to a conversion rate during the
07 second week of the quarter?
08         MS. WHITE: Objection to form.
09         THE WITNESS: Yeah, you'd have to define
10 the "final conversion rate," because the conversion
11 rate would have to be based on a pipeline at a
12 particular point in time. Final conversion rate
13 would be 100 percent.
14 BY MS. LAVALLEE:
15    Q.   Okay. So that has no meaning?
16    A.   Exactly.
17    Q.   Okay.
18         And how does -- you say that the
19 conversion rate will fluctuate throughout quarter;
20 is that correct?
21    A.   That's correct.
22    Q.   Okay.
23         And how does it fluctuate, can you
24 explain that to me?
25    A.   Yes.
```

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

```
00127:01      As -- as the -- as deals are closed
02 throughout the quarter or as deals are moved out
03 throughout the quarter to future quarters, the
04 pipeline will decline throughout the quarter as the
05 closed -- as the closed deals increase.
06    Q.   Okay.
07    A.   At the end of the quarter being the same
08 number.
09    Q.   Okay.
10         And does pipeline generally include
11 closed deals or once a deal is closed is it excluded
12 from the pipeline?
13    A.   It generally includes them.
14    Q.   Okay.
15         Let's choose the first month of the
16 quarter. Generally, what type of conversion rate do
17 you look for to determine if a forecast is
18 reasonable -- or, let me rephrase my question.
19         During the Q3 2001 for -- during the
20 December -- the first month of the quarter, what
21 type of conversion rate would you expect to see to
22 feel comfortable that the forecast was reasonable?
23         MS. WHITE: Objection to form.
24         THE WITNESS: I don't remember. It would
25 have related to prior year, and I don't remember
```

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

```
00128:01 what that was.
02 BY MS. LAVALLEE:
03    Q.   Okay.
04         What type of -- do you recall --
05         Do you recall what your conclusion was
06 regarding the forecast and its reasonableness in
07 light of the prior year conversion rate during
08 December 2001?
09         MS. WHITE: Objection to form.
10 BY MS. LAVALLEE:
11    Q.   I'm just -- strike that.
12         During December 2000, let me clarify.
13         MS. WHITE: Same objection.
14         THE WITNESS: The conclusion I drew in
15 December?
16 BY MS. LAVALLEE:
17    Q.   Yes.
18         Regarding the forecast at that period of
19 time.
20    A.   No, I don't.
21    Q.   Okay.
22         And do you recall what conclusions you
23 may have drawn in January of 2001 regarding the
24 forecast based on historical conversion rate?
25    A.   No, I don't.
```

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
1    00129:01    Q.  Okay.
2    02        And do you recall for February 2001,
3    03    whether you drew any conclusions regarding the
4    04    forecast based on historical conversion rates?
5    05    A.  Yes, I do now.
6    06    Q.  Okay.
7    07        And why do you recall that for February
8    08    2000 right now?
9    09    A.  Having reviewed the presentation I did
10   10    for the senior staff meeting yesterday.
11   11    Q.  Okay.
12   12        And do you recall -- well, what was your
13   13    conclusion at that point?
14   14    A.  That the forecast was reasonable.
15   15    Q.  And when you are talking about forecast,
16   16    is there one forecast at Oracle or are there
17   17    different forecast numbers for a particular
18   18    division?
19   19    A.  I'm not sure I understand what you mean.
20   20    Q.  Okay.
21   21        Is there -- when you are talking about
22   22    the forecast number, are you talking about a number
23   23    that includes management judgment?
24   24    A.  Yes.
25   25    Q.  Okay.
```

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
1    00130:01        And what is "management judgment"?
2    02    A.  Management judgment is -- refers to the
3    03    difference between what a subordinate forecast
4    04    contains and what the senior forecast contains.
5    05    Q.  Okay.
6    06        And who would be applying judgment to
7    07    forecast for OSO during Q3 2001?
8    08        MS. WHITE:  Objection.  Form.
9    09        I think you meant "OSI."
10   10    BY MS. LAVALLEE:
11   11    Q.  Oh, yes, please.  Let me restate my
12   12    question.
13   13        Who would have applied management
14   14    judgment to forecast during Q3 2001 for OSI?
15   15    A.  Any manager can apply judgment, so I
16   16    wouldn't know anyone -- you know, everyone who may
17   17    have applied judgment.  Subordinate forecasts would
18   18    still be a judgment call.
19   19    Q.  Okay.  Okay.
20   20        So am I to understand that the field
21   21    salespeople might come up with a forecast number and
22   22    their management and their managers may apply
23   23    judgment to that, and then that goes up the chain of
24   24    command until it hits Jay Nussbaum, for example?
25   25    A.  That's possible, judgment in either
```

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
1    00131:01    direction.
2    02    Q.  Okay.
3    03        And did you apply management judgment to
4    04    forecasts for OSI during Q3 2001?
5    05    A.  Did I?
6    06    Q.  Yes.
7    07    A.  No.
8    08    Q.  Did anybody in your department or any of
9    09    your direct reports apply judgment?
10   10    A.  No.
11   11    Q.  And who are you aware applied judgment to
12   12    OSI numbers?
13   13        I mean, you said earlier that you
14   14    couldn't identify everybody who did.  Can you
15   15    identify somebody who definitely did apply judgment
16   16    to forecast numbers --
17   17        (Reporter interruption.)
18   18    BY MS. LAVALLEE:
19   19    Q.  -- for OSI during Q3 2001?
20   20    A.  Jay Nussbaum did.
21   21    Q.  Anybody else?
22   22    A.  Not that I am aware of.
23   23    Q.  All right.
24   24        And we were going through a series of
25   25    reports that you received during Q3 2001.  And we
```

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
1    00132:01    spoke about a series of them early this morning, and
2    02    then we talked about the expense analysis report and
3    03    the periodic pipeline download report.
4    04        Were there any other reports that you
5    05    reviewed during Q3 2001?
6    06    A.  I couldn't say.  Nothing standard.
7    07    Q.  Okay.
8    08        I would like to mark as DC 70.
9    09        (Exhibit 70 marked.)
10   10        MS. SEGAL:  We can go back on the record.
11   11        Sorry.
12   12        MS. LAVALLEE:  Are we back on?  Okay.
13   13    Q.  Ms. Kopp, can you take a moment and look
14   14    at this document.  And then when you've had a chance
15   15    to review it, please identify what this is for me.
16   16        (Pause in proceedings for document review.)
17   17        THE WITNESS:  It appears to be a
18   18    comparison between both of the forecasted and best
19   19    amounts for big deals in comparison to what closed
20   20    at the end of that Q301.
21   21    BY MS. LAVALLEE:
22   22    Q.  Okay.
23   23        And just for the record, this document is
24   24    Bates-stamped ORCL 0128255.
25   25        And it is titled: "Oracle Service
```

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

```
1   00133:01 Industries FY01 - Q3 Big Deal Analysis."
2   02      Ms. Kopp, can you tell me who prepared
3   03 this document?
4   04   A.  I'm not sure.
5   05   Q.  Have you ever seen this document before
6   06 today?
7   07   A.  Yes.
8   08   Q.  Okay.
9   09      And when did you see this document
10  10 before?
11  11   A.  Yesterday.
12  12   Q.  Okay.
13  13      And was that the first time you have seen
14  14 this document?
15  15   A.  I'm sorry, Tuesday.
16  16   Q.  Okay.
17  17      And was this the first time — was
18  18 Tuesday the first time you've ever seen this
19  19 document?
20  20   A.  I'm not sure.
21  21   Q.  Okay.
22  22      And do you recall ever seeing documents
23  23 of this type, not specifically this one, but of this
24  24 type prior to Tuesday?
25  25   A.  No.
```

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

```
1   00134:01   Q.  Do you know whose handwriting is on this
2   02 document?
3   03   A.  No, I do not.
4   04   Q.  Ms. Kopp, I'd like to read you an excerpt
5   05 from the summary of the SLC interview.
6   06      It states on page 8:
7   07      "In addition, Kopp
8   08      provided a big deal analyses
9   09      report that she regularly
10  10      prepared for Jay Nussbaum
11  11      (ORCL 1286266 attached
12  12      hereto as Exhibit C)."
13  13      And I'll represent to you that this is
14  14 actually the document that was attached as Exhibit C
15  15 to the SLC report.
16  16      Ms. Kopp, do you believe that to be an
17  17 accurate statement?
18  18   A.  No.
19  19   Q.  Okay.
20  20      What was specifically the document that
21  21 you regularly prepared that they were referring to
22  22 in this text?
23  23      Is there such a document?
24  24      MS. WHITE: Objection to form.
25  25      THE WITNESS: I don't know exactly what
```

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

```
1   00135:01 they were referring to.
2   02 BY MS. LAVALLEE:
3   03   Q.  Okay.
4   04      Now, we discussed earlier big deal
5   05 analysis.  And is that something that you prepared
6   06 for Mr. Nussbaum?
7   07   A.  Prepared or supervised its preparation,
8   08 yes.
9   09   Q.  Okay.
10  10      Was there only one big deal report that
11  11 you prepared or supervised during the Q3 2001?
12  12      MR. NADOLENCO: Objection. Asked and
13  13 answered.
14  14 BY MS. LAVALLEE:
15  15   Q.  You can answer the question.
16  16   A.  Yes.
17  17      MS. LAVALLEE: Okay.
18  18      I would like the mark as Exhibit 71, a
19  19 document Bates-stamped CA-ORCL 025341 through -355.
20  20      (Exhibit 71 marked.)
21  21 BY MS. LAVALLEE:
22  22   Q.  Ms. Kopp, can you take a look at this
23  23 document.
24  24      And then when you have had a moment to
25  25 review it, identify it for me, please?
```

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

```
1   00136:01      (Pause in proceedings for document review.)
2   02      THE WITNESS: That's the Americas
3   03 Forecast packet and big deals breakdown, or big
4   04 deals summary.
5   05 BY MS. LAVALLEE:
6   06   Q.  Okay.
7   07      I'm sorry, can I have the answer read
8   08 back, please?
9   09      (Record read as follows:
10  10      A.  "That's the Americas
11  11      Forecast packet and big
12  12      deals breakdown, or big
13  13      deals summary.")
14  14 BY MS. LAVALLEE:
15  15   Q.  Okay.  And when you say "big deals
16  16 summary," is that the document that you were
17  17 referring to that you prepared for Mr. Nussbaum or a
18  18 different document?
19  19   A.  It's the same document.
20  20   Q.  Okay.  By the way, did you prepare that
21  21 document for Mr. Nussbaum for any particular
22  22 purpose?
23  23      MS. WHITE: Objection to form.
24  24 BY MS. LAVALLEE:
25  25   Q.  During Q3 2001?
```

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1    00137:01    A.   It was required by corporate finance.

2    02    Q.   Okay.

3    03         Do you know what --

4    04    A.   So, yes.

5    05    Q.   Oh, sorry.

6    06         Do you know what purpose Mr. Nussbaum

7    07   used that document, for what purpose he used that

8    08   document during Q3 2001?

9    09    A.   No.

10   10    Q.   Okay.

11   11         Do you know if he ever discussed it with

12   12   any of his superiors?

13   13    A.   I don't know.

14   14    Q.   Okay.

15   15         And when you refer to the "big deal

16   16   summary," can you identify for me by looking at the

17   17   Bates numbers on the bottom of the page, which

18   18   portion of this report you are referring to?

19   19    A.   O25346.

20   20         Just the OSI portion or the whole thing?

21   21    Q.   The whole thing would be helpful.

22   22    A.   Then it would be all the way through the

23   23   end, through -355.

24   24    Q.   Okay.  And the OSO ends at -49; is that

25   25   correct?

---

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1    00138:01         MS. WHITE:  Objection to form.

2    02         "OSI" again?

3    03   BY MS. LAVALLEE:

4    04    Q.   OSI, yes.

5    05    A.   That's correct.

6    06    Q.   Okay.

7    07         And is this the form that you generally

8    08   received the forecasting packages in?

9    09         MS. WHITE:  Objection to form.

10   10   BY MS. LAVALLEE:

11   11    Q.   Let me ask a different question.

12   12         Did you generally receive these Americas

13   13   Package and big deals schedules by way of email from

14   14   Lia Burke?

15   15    A.   By way of email.

16   16         I don't know that it was always from Lia

17   17   Burke.

18   18    Q.   Okay.

19   19         But you always received them by way of

20   20   email?

21   21    A.   Right.

22   22    Q.   Okay.

23   23         And when you received this email, what

24   24   did you do with it or when -- yes.

25   25         When you received this email attached to

---

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1    00139:01  the Americas Forecast and big deal summary

2    02   schedules, what did you do with it?

3    03         MS. WHITE:  Objection to form.

4    04   BY MS. LAVALLEE:

5    05    Q.   And I'm referring now specifically to the

6    06   third quarter of 2001.

7    07    A.   I would have downloaded the attachments

8    08   to my hard drive.

9    09    Q.   Okay.

10   10         And would you have saved them in email as

11   11   well?

12   12    A.   Likely not.

13   13    Q.   Is it your practice to delete emails as

14   14   routinely as you receive them?

15   15    A.   With large attachments, yeah.  It clogs

16   16   up your box.

17   17    Q.   Do you put them in any folders or files

18   18   or download emails generally to your hard drive?

19   19    A.   No, I don't.

20   20    Q.   Ms. Kopp, is there a term or a document

21   21   or term of art at Oracle called "opportunity

22   22   sheets"?

23   23    A.   An opportunity worksheet.

24   24    Q.   Can you explain for me what that is?

25   25    A.   Having never used one, it's -- it's a

---

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1    00140:01  tool for a sales rep within OSO.  My best

2    02   understanding is that it is a module within OSO that

3    03   allows a rep to add a worst forecast and best

4    04   estimate on a deal.

5    05    Q.   Okay.

6    06         And is that a module that was used during

7    07   Q3 2001?

8    08    A.   Sporadically.

9    09    Q.   Okay.

10   10         And why do you say "sporadically"?

11   11    A.   It was newer functionality and during

12   12   that quarter, the reps were becoming familiar with

13   13   the functionality.

14   14    Q.   Okay.

15   15         And were the reps from the OSI division

16   16   sporadically using this function during Q3 2001?

17   17    A.   To my knowledge, yes.

18   18    Q.   Were reports of opportunity worksheets

19   19   printed and circulated, to your knowledge?

20   20    A.   Not specifically.

21   21         The information in them was subsequently

22   22   added, I believe, to the big deals summary.

23   23         And the big deals summary format changed

24   24   quite a bit during that time frame.

25   25         So I don't remember exactly when.

```
1   00141:01   Q.  Okay.
2   02         And what do you mean that it changed
3   03   during that time frame?
4   04    A.  I mean the columns and the data points
5   05   that were in the summary, the actual format of the
6   06   summary changed a number of times during that
7   07   quarter.
8   08    Q.  Okay.
9   09        And do you know why that is?
10  10    A.  The finance functions had just moved
11  11   globally from the local lines of business to
12  12   corporate finance.
13  13        And I believe that Jennifer was --
14  14   Jennifer Minton was trying to get an ideal format
15  15   together.  So it was a new process working out the
16  16   kinks, I would say.
17  17    Q.  Okay.
18  18        And was that something that was going on
19  19   exclusively at OSO -- OSI or also at NAS and OPI?
20  20    A.  Also at NAS and OPI.
21  21    Q.  And do you know during what period of
22  22   time those changes were being made?
23  23    A.  I know it started in November of 2000.  I
24  24   don't recall when the final format was settled.
25  25    Q.  Okay.
```

```
1   00142:01        Do you know if it was in Q3 2001?
2   02    A.  No, I don't.
3   03    Q.  Was there a reason why these -- this
4   04   particular report was being changed during that
5   05   period of time?
6   06         MS. WHITE:  Objection to form.
7   07         THE WITNESS:  I don't know.
8   08   BY MS. LAVALLEE:
9   09    Q.  You never had a discussion with
10  10   Ms. Minton or anybody else regarding the reason why
11  11   you were doing that or Oracle was doing that?
12  12    A.  I don't remember.
13  13    Q.  Is that something that generally is part
14  14   of your job you would be aware of?
15  15         MR. NADOLENCO:  Objection to form.
16  16         THE WITNESS:  Generally, I would know why
17  17   she would want to make a change in something.
18  18   BY MS. LAVALLEE:
19  19    Q.  Right.
20  20        But you just don't -- you don't recall
21  21   today, it has been a couple years?
22  22    A.  Yeah.
23  23        And I had reported to her for a month at
24  24   that point, so I didn't know her style.
25  25    Q.  Right, right.
```

```
1   00143:01        How long had you been reporting to -- oh,
2   02   strike that.
3   03        Actually, what is your relation -- what
4   04   was your relationship in terms of reporting with
5   05   Mr. Nussbaum in Q3 2001?
6   06    A.  I did not report to him.
7   07        I was responsible for his territory, but
8   08   I did not report to him in any fashion.
9   09    Q.  Okay.
10  10        Had you previously reported to
11  11   Mr. Nussbaum?
12  12    A.  Not directly.
13  13    Q.  Okay.
14  14        Had you previously worked with
15  15   Mr. Nussbaum, prior to the time that your job task
16  16   changed or your job title changed at the end of
17  17   2000?
18  18    A.  Not directly.
19  19    Q.  Is there a term of art at Oracle for --
20  20   is the term "forecast sheet" a term of art at
21  21   Oracle?
22  22    A.  No.
23  23    Q.  Okay.
24  24        Have you ever heard of that phrase?
25  25    A.  No.
```

```
1   00144:01        I saw it in the transcript, but I don't
2   02   know what they meant by that.
3   03    Q.  Okay.
4   04        So -- and when you referred to
5   05   "transcript," are you talking about the summary of
6   06   the interview by the SLC of you?
7   07    A.  Yes.
8   08    Q.  That was another inaccuracy?
9   09    A.  Yes.
10  10         MS. LAVALLEE:  Why don't we break at this
11  11   point for lunch.
12  12         THE VIDEOGRAPHER:  The time is 12:12.
13  13         Off the record.
14  14         (Lunch recess taken.)
15  15   AFTERNOON SESSION
16  16         THE VIDEOGRAPHER:  The time is 1:28.
17  17         On the record.
18  18
19  19         EXAMINATION
20  20
21  21   BY MS. LAVALLEE (Resumed):
22  22    Q.  Good afternoon, Ms. Kopp.
23  23    A.  Hi.
24  24    Q.  Before we left we were discussing a
25  25   document that we marked Exhibit Number 71, which was
```

an email with an attachment.
The subject is "Americas Forecast Package."
Ms. Kopp, I believe you testified that -- well, actually, let me ask you a question.
Did you receive this email and attachment on or about the date November 22nd, 2000?
A. I must have. I am on the distribution, so I must have.
Q. Okay.
And did you receive similar reports at various points during Q3 2001?
A. Yes.
Q. Okay.
I think you testified that you were not sure whether or not you --
You always received them by email, but you are not certain whether you received them from Lia Burke.
Is that correct?
A. That's correct.
Q. Okay.
Was there always a cover email with this document?
A. I'm sorry?

Q. Was there always a cover email enclosing the document; do you recall, during Q3 2001?
A. I don't recall.
Q. Was this document or the attachment to this email discussed subsequently to the sending of the email during Q3 2001?
MS. WHITE: Objection as to form.
THE WITNESS: Yeah, I don't know what you mean "discussed." On the call that it was prepared for, or --
BY MS. LAVALLEE:
Q. Okay. Let me ask a different question then.
Well, actually, let me just ask something totally different.
I would like the mark as Exhibit 72, a document Bates-stamped CA-ORCL 004811.
(Exhibit 72 marked.)
BY MS. LAVALLEE:
Q. And Ms. Kopp, if you could take a look at this document. And then identify it for me after you have had an opportunity to review it.
A. It's the Americas Forecast Package again.
Q. And did you receive this document in connection with your duties at Oracle Corporation on

or about January 22nd, 2001?
A. I don't know.
Q. Okay.
A. I assume I did, but I don't know.
Q. You normally receive them, and you have no reason to believe that you didn't receive this one?
A. That's correct.
Q. Ms. Kopp, can you tell me whose handwriting is on various pages on this document?
A. They are illegible on this doc- -- I mean on my copy.
Q. Okay.
Can you tell if they might have been yours?
A. I can't tell. I mean, I can't read them at all.
Q. Okay.
Do you know how you received this particular document, if you know, in January 2001?
A. It would have been electronically.
Q. And I believe you testified that you would have opened this document and saved it to your computer.
Is that correct?

A. That's correct.
Q. Okay.
And when you say you save something to the computer, where would you save this?
A. Into a directory marked "Americas." I think it was just marked "Americas" under my forecast tab.
Q. And was this something that was on your hard drive?
A. Yes, it was.
Q. Okay.
And would you say -- did you routinely save documents on the network as well?
A. No.
Q. Do you ever save documents on the network?
A. No.
Q. Is there a network at Oracle Corporation?
A. Yes.
Q. So you have a tab called "Forecast" under your -- on your hard drive with your computer in the office?
A. I have a number of them.
Q. A number of them.
And what are the different tabs relating

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
1    00149:01  to forecast on your system?
2    02    A.  Well, it would be hierarchical, so I have
3    03    a tab called "OSI."
4    04       Within that tab I have -- within that
5    05    folder, I have a folder called "Forecast."
6    06    Q.  Any others relating to forecast?
7    07    A.  More current ones for the current
8    08    organizations.
9    09       So since OSI is no longer in existence, I
10   10    have those same tabs now for North America Sales and
11   11    for North America Consulting.
12   12    Q.  Okay.
13   13       And are there subfolders underneath the
14   14    folder called "Forecast"?
15   15    A.  Currently, yes.
16   16    Q.  Okay.
17   17       And were there during Q3 subfolders under
18   18    the tab or folder called "Forecast" under OSI?
19   19    A.  Yes.
20   20    Q.  What were those subfolders in Q3 2001?
21   21    A.  They are -- assuming I haven't changed
22   22    them, I know what they are today.
23   23    Q.  Okay.
24   24       And do you have any understanding as to
25   25    whether or not you may have changed them since Q3
```

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
1    00150:01  2001?
2    02    A.  Given that OSI no longer exists as it did
3    03    before, it's possible.  I may have rearranged the
4    04    folders after that group closed down and I cleaned
5    05    out my files, yeah.
6    06    Q.  Do you know if your computer is backed up
7    07    by Oracle?
8    08    A.  I don't know.
9    09    Q.  We spoke earlier about the fact that
10   10    you -- the computer you were using in Q3 2001 was
11   11    retired.
12   12       And we talked briefly about the fact
13   13    somebody may have transferred the data from that
14   14    computer to your computer.
15   15       Do you know for a fact that that
16   16    occurred, the transfer of information?
17   17    A.  Yes.
18   18    Q.  Okay.
19   19       And did you give directions as to which
20   20    information you wanted to transfer?
21   21    A.  Yes.
22   22       I was told to move all of my files under
23   23    my data, and that entire directory was moved.
24   24    Q.  Okay.
25   25       And do you know if it was moved anywhere
```

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
1    00151:01  else as well?
2    02    A.  No, I don't.
3    03    Q.  Do you have any particular expertise in
4    04    computers?
5    05    A.  No.
6    06    Q.  Okay.  Me neither.
7    07       What is your educational background on
8    08    finance?
9    09    A.  On finance?
10   10    Q.  Uh-huh.
11   11    A.  Not a great degree.
12   12       My -- my college experience was with a
13   13    more general marketing background, so I didn't have
14   14    a lot of education in finance specific.
15   15    Q.  Okay.
16   16       Nothing formal?
17   17    A.  No.
18   18    Q.  Okay.
19   19       I would like to turn your attention back
20   20    to Exhibit Number 72, please.
21   21    A.  Uh-huh.
22   22    Q.  And if I could ask you to turn to the
23   23    second page, which is Bates-stamped 004612.
24   24    A.  Uh-huh.
25   25    Q.  And there is several headers here.
```

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
1    00152:01       Can you from left to right just identify
2    02    and explain what each of these headings represent,
3    03    please, starting at "Q301 Forecast"?
4    04    A.  "Q301 Forecast" would be the current
5    05    forecast as of that week.
6    06    Q.  And who sets the forecast for OSI, or did
7    07    at the time -- at the time of this document?
8    08    A.  Jay Nussbaum.
9    09    Q.  And I believe you testified earlier that
10   10    you didn't really have any involvement in the
11   11    establishment of this forecast.
12   12       Is that correct?
13   13    A.  That's correct.
14   14    Q.  Okay.
15   15       Can you continue for the next column,
16   16    please?
17   17    A.  Sure.
18   18       "Prior week forecast," I don't know if
19   19    that means the prior week physically or the prior
20   20    forecast week.
21   21    Q.  Okay.
22   22    A.  Since those are, you know, on a schedule.
23   23    Q.  Correct.
24   24    A.  "Variance from prior week," if there is
25   25    any, would be reflected in the next column.
```

Kopp, Sarah (Vol. 01) - 02/19/2004 4:50:00 PM

1   00153:01   Q.   Right.

2   02   A.   "Growth verse prior year percentage,"

3   03   would be the growth over the prior quarter -- or

4   04   prior year same quarter.

5   05   Q.   Okay.

6   06        And why is that figure reflected in this

7   07   document, if you know?

8   08   A.   It was considered to be relevant.

9   09   Q.   And why is that considered to be

10  10  relevant?

11  11   A.   Because the market generally looks at

12  12   those type of growth patterns.

13  13   Q.   Okay.

14  14        And -- okay.

15  15        The next column, please?

16  16   A.   I don't know what the next column is, to

17  17   be honest with you.  I didn't the create the

18  18   documents.

19  19        I assume it's a 30 -- since it says "30

20  20   percent growth," that it is imputed based on the

21  21   prior year, and that it's a 30 percent uplift from

22  22   the prior Q3.

23  23   Q.   Okay.

24  24        And the heading above that says "Target."

25  25        Would -- would it be your understanding

Kopp, Sarah (Vol. 01) - 02/19/2004 4:50:00 PM

1   00154:01   that that might related to the budget?

2   02   A.   I don't know.

3   03   Q.   Okay.

4   04        And the next section is -- a large.

5   05   caption called "Pipeline."

6   06        Can you read the headings under there

7   07   starting with "Q301 Pipeline"?

8   08   A.   Uh-huh.

9   09        The "Q3 FY01 Pipeline" would be the

10  10   pipeline as of that week, which was week eight of

11  11   the quarter.

12  12        The second one, "Prior week pipeline,"

13  13   again likely refers to the prior forecast week as

14  14   opposed to the prior physical week.

15  15        "Variance from prior week" is a

16  16   difference between the two.

17  17        The "Pipeline conversion ratio" is the

18  18   forecast over -- the current forecast over the

19  19   current pipeline.  So it's an imputed number that

20  20   says that we would need to convert 53 percent of

21  21   that pipeline to earn that forecast.

22  22   Q.   Okay.

23  23        And we spoke earlier about looking at the

24  24   conversion ratio and then looking at historical

25  25   data, and comparing the two.

Kopp, Sarah (Vol. 01) - 02/19/2004 4:50:00 PM

1   00155:01        Is this the type of figure that you would

2   02   use in that computation and analysis?

3   03   A.   Yes.

4   04   Q.   Okay.

5   05        And do you see anywhere in this document

6   06   the data which would permit you to make the analysis

7   07   that you discussed earlier regarding the conversion

8   08   rate and compared to historical conversion rates?

9   09   A.   No.

10  10   Q.   Okay.

11  11        When you did those analyses, what

12  12   documents did you obtain that information from to

13  13   make that analysis?

14  14        MS. WHITE:  Objection to form.

15  15        THE WITNESS:  I don't recall.

16  16   BY MS. LAVALLEE:

17  17   Q.   Okay.

18  18   A.   Yeah, I don't know -- I don't recall

19  19   where we got the prior year data.

20  20   Q.   Okay.

21  21        Do you recall if it was from an actual

22  22   report or whether it was from the forecasting system

23  23   online?

24  24   A.   I don't recall.

25  25   Q.   Okay.

Kopp, Sarah (Vol. 01) - 02/19/2004 4:50:00 PM

1   00156:01        What databases at Oracle exist that

2   02   tracks forecasting type data?

3   03        MR. NADOLENCO:  Objection to form.

4   04        THE WITNESS:  At Oracle?

5   05   BY MS. LAVALLEE:

6   06   Q.   Yes.

7   07        And let me rephrase my question to

8   08   clarify the time period.

9   09        What databases exist at Oracle that

10  10   tracks -- or that contains information regarding

11  11   forecast type data during Q3 2001?

12  12        MR. NADOLENCO:  Same objection.

13  13        THE WITNESS:  I can only answer to the

14  14   ones I know of.  There may be others.

15  15   BY MS. LAVALLEE:

16  16   Q.   Okay.

17  17        Which are the ones you are aware of?

18  18   A.   Oracle financial analyzer is the only

19  19   official forecast system that I am aware of.

20  20   Q.   Uh-huh.

21  21        And were there other systems that

22  22   actually contain data, forecasting-type data, for

23  23   example, the deal data or forecast information other

24  24   than what might be an official forecasting database?

25  25        MS. WHITE:  Objection as to form.

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
1    00157:01      THE WITNESS: Yes.
2    02      OSO for the deal information.
3    03 BY MS. LAVALLEE:
4    04      Q.   Uh-huh.
5    05      Anything else?
6    06      A.   I'm not sure of any others, no.
7    07      Q.   Okay.
8    08      And what about databases that contain
9    09 actual results at any point during a quarter, what
10   10 databases exist at Oracle or existed at Oracle
11   11 during the Q3 fiscal 2001 time frame?
12   12      MS. WHITE: Objection as to form.
13   13      THE WITNESS: Any number of them,
14   14 So in terms of reporting, OFA, as I had
15   15 said before, would be where we would pull the
16   16 official results.
17   17      But any system such as a general ledger
18   18 would have -- would be closed out officially at the
19   19 end of each accounting period.
20   20 BY MS. LAVALLEE:
21   21      Q.   Okay.
22   22      And now speaking primarily regarding
23   23 mid-results, closed deals, and that type of
24   24 information, that -- during the quarter, not
25   25 necessarily at the end of the quarter, what types of
```

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
1    00158:01  forecasting systems are you aware of that existed to
2    02 track that type of data during Q3 2001?
3    03      MS. WHITE: Objection as to form.
4    04      THE WITNESS: Forecasting systems?
5    05 BY MS. LAVALLEE:
6    06      Q.   Or, actually, let me rephrase that.
7    07      What systems are you aware of that
8    08 existed in Q3 2001 that contained information
9    09 regarding actual results during the quarter?
10   10      A.   Revenue results or -- I mean --
11   11      Q.   Any -- let's start with revenue results.
12   12      A.   Okay.
13   13      Revenue results for which lines of
14   14 business?
15   15      Q.   Any that you are aware of.
16   16      A.   Okay.
17   17      Order entry was where our contracts were
18   18 actually entered.
19   19      Q.   Is that the actual title of that system?
20   20      A.   At that time, order entry was the name of
21   21 the system.
22   22      Q.   And what is it currently called?
23   23      A.   I'm not sure.
24   24      Q.   Okay.
25   25      And what system -- what division owns
```

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
1    00159:01  that system or runs that system; do you know?
2    02      A.   Contracts.
3    03      Q.   Okay.
4    04      Any others for revenue during Q3 2001?
5    05      A.   Project accounting for consulting
6    06 revenue.
7    07      Q.   And what type of data is contained on
8    08 that?
9    09      A.   Project accounting has the funded
10   10 projects and the billable hours of the consultants,
11   11 expenses, those kinds of things that are billed to
12   12 our customers.
13   13      Q.   Okay.
14   14      And that's something that existed in
15   15 Q3 2001?
16   16      A.   Yes, it did.
17   17      Q.   Okay.
18   18      Is that something that exists today?
19   19      A.   Yes, it is.
20   20      Q.   Okay.
21   21      And is the term "own a system," is that a
22   22 term of art at Oracle, the division owns a system?
23   23      A.   Not really.
24   24      Q.   Okay.
25   25      Then tell me which department or division
```

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
1    00160:01  of Oracle handled the project accounting system that
2    02 you just referred to.
3    03      A.   It would have been the revenue accounting
4    04 group.
5    05      Q.   And what is the purpose of that group?
6    06      A.   To book consulting orders, fund them in
7    07 the system, generate the invoices.
8    08      Q.   Okay.
9    09      Any other system that would track or
10   10 contain actual revenue data throughout the quarter?
11   11      A.   In other lines of business, but I don't
12   12 know what they were.
13   13      Q.   Okay.
14   14      A.   Education and support, I don't know where
15   15 that revenue sat.
16   16      Q.   Okay.
17   17      And in terms of OSO, are those the only
18   18 two that you are aware of?
19   19      MS. WHITE: Objection as to form.
20   20 BY MS. LAVALLEE:
21   21      Q.   Actually -- well, are you aware of any
22   22 others than the -- other than the ones you've just
23   23 discussed that would cover revenue, actual revenue
24   24 results for OSO -- OSI?
25   25      I have a hard time with that one.
```

00161:01    A.   There was a -- there was some kind of
02 email thing that came out. It was a custom tool
03 called Revenue Manager.
04    Q.   And what is that?
05    A.   It was an email-generated thing that just
06 sort of showed what -- what revenue was being posted
07 into receivables.
08    Q.   Okay.
09    A.   On sort of a daily basis, we would
10 reconcile against that.
11    Q.   Okay.
12         And who was it who ran that system?
13    A.   I don't know.
14         I don't even know that it was a system.
15    Q.   Okay.
16         And who uses -- used that, for the lack
17 of a better word, system or Revenue Manager program?
18    A.   A lot of people.
19         You know, a cost center owner. It was at
20 the cost center level so the person who owned a cost
21 center.
22         People were generally granted access to
23 it for whatever they have responsibility over.
24    Q.   Okay.
25         And is that simply a management level

00162:01 tool?
02    Q.   Is that a question you can answer?
03    A.   Yeah, I don't know.
04    Q.   All right.
05    A.   It could be.
06    Q.   Okay.
07         And are you aware of any other systems
08 that would have tracked or contained data relating
09 to actual revenue results for OSI during Q3 2001?
10    A.   No.
11    Q.   Are you aware of any other systems other
12 than the ones you've just discussed that would have
13 contained revenue information or actual revenue
14 information for any of the divisions, other than OSI
15 during the third quarter of 2001?
16         MS. WHITE: Objection as to form.
17         THE WITNESS: No.
18 BY MS. LAVALLEE:
19    Q.   Have you ever heard of a system called
20 Americas Data Manager?
21    A.   No.
22    Q.   Have you ever used any of the three
23 systems, the -- well, actually, let me just ask
24 about the order entry system that you discussed.
25         Is that a system you have used?

00163:01    A.   No, it is not.
02    Q.   Okay.
03         How about the Revenue Manager?
04    A.   Revenue Manager can't be used, it's an
05 alert.
06    Q.   Okay.
07    A.   It's not -- you can't do anything with
08 it.
09    Q.   Okay.
10    A.   It's not a file, it's -- yeah.
11    Q.   Can you explain to me what -- give me a
12 little more detail because I'm not quite sure I
13 understand it then.
14         MS. WHITE: Objection as to form.
15 BY MS. LAVALLEE:
16    Q.   It's not a system so you can't go online
17 and look at the data.
18         Is it data that's just disseminated by
19 some office or division of Oracle?
20    A.   It's generated out of -- the data is
21 pulled from other systems, and I don't know which
22 ones.
23    Q.   Okay.
24    A.   It is an alert that comes in email form,
25 but can't be manipulated in any way. It's already

00164:01 made. It just shows a list of numbers, that's all.
02    Q.   Okay.
03         And have you ever received one of these?
04    A.   Yes, I have.
05    Q.   Okay.
06         And do you routinely receive them?
07    A.   Did I?
08    Q.   During --
09    A.   It's been disabled, so . . .
10    Q.   Did you during Q3 2001 routinely receive
11 these email alerts relating to the Revenue Manager?
12    A.   Yes.
13    Q.   Okay.
14         And can you explain to me what this would
15 look like when you received the email?
16    A.   Yeah.
17         It would have -- at that time, I would
18 have been looking at a summary of OSI. It would
19 have columns for license consulting, education and
20 support, and then total revenues.
21         And then the rows would be the business
22 units.
23         And then it would just have a total
24 dollar number.
25    Q.   Okay.

| | |
|---|---|
| 00165:01 | Any other information contained on that? |
| 02 | A. No. |
| 03 | Q. Okay. |
| 04 | Have we looked at any document that |
| 05 | reflects that? |
| 06 | A. No. |
| 07 | Q. Okay. |
| 08 | And normally is there a set distribution |
| 09 | list for these things, or is it sent to specific |
| 10 | people for different purposes? |
| 11 | A. There was a distribution. I don't know |
| 12 | who managed it. |
| 13 | Q. And do you know anybody other that |
| 14 | yourself who is on that list? |
| 15 | A. Yeah. |
| 16 | I mean, my entire finance team and anyone |
| 17 | who had responsibility for a revenue-generating cost |
| 18 | center was authorized to receive it for their area. |
| 19 | Q. Okay. |
| 20 | And what did you use that data for? |
| 21 | A. To track -- it was sort of a two-day |
| 22 | delay track of what was -- what revenue was being |
| 23 | recorded -- |
| 24 | Q. Okay. |
| 25 | A. -- in receivables. |

| | |
|---|---|
| 00166:01 | It wasn't real-time by any -- by any |
| 02 | stretch of the imagination. It was delayed. |
| 03 | Q. Okay. |
| 04 | Is two days -- I mean, you say it wasn't |
| 05 | real-time by any stretch. Is two days an unusually |
| 06 | long period of time for a report to actually track |
| 07 | the information? Is two-day-old information stale? |
| 08 | MR. NADOLENCO: Objection. |
| 09 | Sorry. |
| 10 | BY MS. LAVALLEE: |
| 11 | Q. You can answer the question. |
| 12 | MR. NADOLENCO: Then, objection to form. |
| 13 | THE WITNESS: At the end of a quarter, |
| 14 | two days is far too long of a time. |
| 15 | BY MS. LAVALLEE: |
| 16 | Q. Okay. |
| 17 | And is this an alert, an email alert, |
| 18 | something that would be sent throughout the quarter |
| 19 | or something that was only sent at the end of the |
| 20 | quarter? |
| 21 | A. Sent throughout the quarter. |
| 22 | Q. Okay. |
| 23 | And throughout the quarter is two-day-old |
| 24 | information -- is that something you would describe |
| 25 | as stale? |

| | |
|---|---|
| 00167:01 | MS. WHITE: Objection as to form. |
| 02 | MR. NADOLENCO: Objection. |
| 03 | THE WITNESS: Not during the middle of |
| 04 | the quarter. |
| 05 | BY MS. LAVALLEE: |
| 06 | Q. Do you -- just a second. |
| 07 | Is this -- are the emails alert from the |
| 08 | Revenue Manager something that Jennifer Minton would |
| 09 | have received during Q3 2001? |
| 10 | A. I don't know. |
| 11 | Q. Was it something that Mr. Nussbaum |
| 12 | received in Q3 2001? |
| 13 | A. I don't think so. |
| 14 | Q. Okay. |
| 15 | Was it something that any of the senior |
| 16 | vice-presidents would have received? |
| 17 | A. I don't know. |
| 18 | Q. How about the executive vice-presidents? |
| 19 | A. I don't know. |
| 20 | Q. Okay. |
| 21 | And how about Mr. Ellison or Mr. Henley? |
| 22 | A. I don't know. |
| 23 | Q. And what did you do with these emails |
| 24 | alerts once you received them? |
| 25 | A. That depends on what time of the quarter. |

| | |
|---|---|
| 00168:01 | Q. In the first month of Q3 2001, what would |
| 02 | you have done with the email alerts at that time? |
| 03 | A. I would have checked for anything that |
| 04 | looked out of line, like some huge negative or |
| 05 | something that didn't belong there, and then just |
| 06 | delete them. |
| 07 | Q. Okay. |
| 08 | Did you ever save them? |
| 09 | A. No. |
| 10 | Q. And I actually misspoke earlier. I was |
| 11 | inquiring about something called Americas Data Mart |
| 12 | and I may have misspoken and said "Americas Data |
| 13 | Manager." |
| 14 | Are you aware of any system called |
| 15 | Americas Data Mart that exists or that used to exist |
| 16 | at Oracle? |
| 17 | A. Yes. |
| 18 | Q. Okay. |
| 19 | And what is that system, can you tell me? |
| 20 | A. I don't know exactly. I've never |
| 21 | accessed it. |
| 22 | Q. Okay. |
| 23 | And do you know generally what its |
| 24 | purpose is? |
| 25 | A. It was a data warehouse of a lot of data |

00169:01 points. I don't know exactly which ones.
02    Q.   Was it relating to actual sales or
03 something else?
04    A.   I don't know.
05    Q.   Do you know who at Oracle would use this
06 data?
07    A.   No.
08    Q.   Do you know what department actually ran
09 the system or was responsible for it?
10    A.   No.
11         It was a custom, it wasn't a product of
12 ours.
13    Q.   Was it something that was used by OSI; do
14 you know?
15    A.   I don't know.
16    Q.   Do you know who we could speak to, to
17 determine what this system is?  Who at Oracle would
18 know?
19    A.   What Data Mart was?
20    Q.   Yeah.
21    A.   I'm not sure anyone who is still here.
22    Q.   And why do you say that?
23    A.   Well, I do know of one person who used
24 it, but she is no longer with the company.
25    Q.   And who was that?

00170:01    A.   Roberta Ronsee in the corporate finance,
02 I believe she used it.
03    Q.   Okay.
04         And who has taken over her position?
05    A.   I don't know.
06    Q.   And do you know when she left?
07    A.   No.
08    Q.   Has she been gone more than a year?
09    A.   I think so.
10    Q.   Okay.
11         And do you know why she used the system?
12    A.   No.
13    Q.   Do you know who she provided data to from
14 the system?
15    A.   No, I don't.
16    Q.   Do you know what the exact title of the
17 system is?
18    A.   It was called Americas Data Mart.
19    Q.   Okay.
20         And was this an online system?
21    A.   I think so.
22    Q.   Do you know during what period of time it
23 was used?
24    A.   No, I don't.
25    Q.   So you have never seen any report from

00171:01 this system or access to the system.  Correct?
02    A.   I wouldn't know if there was a report
03 that was populated from that system.
04    Q.   Okay.
05         Do you know where at Oracle the system --
06 well, let me ask a different question.
07         You said it's no longer in use; is that
08 correct.
09    A.   That's correct.
10    Q.   Okay.
11         And what do you base that -- your
12 understanding on that on?
13         I mean, why do you believe it's no longer
14 in use?
15    A.   Because it doesn't exist anymore, it was
16 decommissioned.
17    Q.   Okay.
18         And how do you know it was
19 decommissioned?
20    A.   Because we have a system now that was
21 built to replace it.
22    Q.   And what is that system?
23    A.   It's called EDW, Enterprise Data
24 Warehouse.
25    Q.   Okay.

00172:01         And do you have access to that system?
02    A.   I do.
03    Q.   And do you use that system today?
04    A.   No, I don't.
05    Q.   Have you ever used that system?
06    A.   No.
07    Q.   Okay.
08         And what data is contained on that
09 system?
10    A.   I don't know all of the data elements.
11    Q.   Do you know any of them?
12    A.   Revenue.
13    Q.   Anything else?
14    A.   I think revenue at a product level, so
15 not by specific product, but at a summary product
16 level between applications and technology.
17    Q.   Okay.
18         And is that divided by division at Oracle
19 by OSI or NAS, or equivalent level divisions that
20 exist today?
21    A.   Yes.
22    Q.   And do you know who uses that system
23 today?
24    A.   I don't know everybody that uses that
25 system.

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
1   00173:01   Q.   Who do you know who does?
2   02      A.   The financial analysts.
3   03      Q.   Uh-huh.
4   04           Anybody else?
5   05      A.   I don't know of other people.
6   06      Q.   Do you know whether or not anybody at the
7   07   senior vice-president level uses this system?
8   08      A.   I would doubt it.
9   09      Q.   Okay.
10  10           And do you know whether or not reports
11  11   are generated from this system?
12  12      A.   I believe they are.
13  13      Q.   Okay.
14  14           And do you know what reports are
15  15   generated from the system?
16  16      A.   No, I don't.
17  17      Q.   Have you -- do you have any understanding
18  18   as to whether or not you've received reports that
19  19   may have contained information generated from this
20  20   system?
21  21      A.   I have.
22  22      Q.   You have.
23  23           And which reports have you received that
24  24   you believe contains data from this system?
25  25      A.   I don't know that it's a report.
```

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
1   00174:01        I received a -- what I would call a data
2   02   dump from that system.  It just has a number of
3   03   pieces of data about historical actuals from a
4   04   particular month.
5   05           I don't know that it has a report name.
6   06      Q.   Okay.
7   07           And is that something you routinely
8   08   receive or is that something you received on more
9   09   than one occasion?
10  10      A.   I don't routinely receive it.
11  11      Q.   And did you receive it on more than one
12  12   occasion in the past or just one?
13  13      A.   I did.
14  14      Q.   More than one?
15  15      A.   More than one.
16  16      Q.   And during what period of time was that?
17  17      A.   It was last year.
18  18      Q.   Can you be more specific than "last
19  19   year"?
20  20      A.   It was Q3 of fiscal '03, and Q4 of fiscal
21  21   '03.
22  22      Q.   Okay.
23  23           That was one occasion?
24  24      A.   No, those were -- those were separate
25  25   occasions combined.
```

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
1   00175:01   Q.   Okay.
2   02           And for what purpose did you receive this
3   03   data on those two occasions?
4   04      A.   I was looking at customer -- I was
5   05   aggregating customer data.  We were attempting to do
6   06   some industry analysis.
7   07      Q.   Okay.
8   08           And can you be more specific, "industry
9   09   analysis," what does that mean?
10  10      A.   We were attempting to classify our
11  11   customers by industry.
12  12      Q.   Okay.
13  13           Why were you doing that?
14  14      A.   We were trying to do some analysis for a
15  15   sales group focused by industry.
16  16      Q.   And other than that, those two instances
17  17   of data dump that you've just referred to, are you
18  18   aware of other instances where you received
19  19   information from the EDW system?
20  20      A.   Not directly.
21  21      Q.   And indirectly?
22  22      A.   Well, EDW is now what's used to reconcile
23  23   the numbers as they are coming in.  It is
24  24   essentially a rev manager replacement, only there's
25  25   no alert.
```

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
1   00176:01   Q.   Okay.
2   02           And what you do you mean by "reconcile
3   03   revenue"?
4   04      A.   Oracle Sales Online is a forecasting
5   05   tool.
6   06      Q.   Right.
7   07      A.   If deals are marked in OSO as one, the
8   08   only way to reconcile to find out if the revenue was
9   09   actually hitting the GL is to see it in EDW.
10  10      Q.   Okay.
11  11      A.   So it's a reconciling tool between what
12  12   we are told is in and what's actually in.
13  13      Q.   Okay.
14  14           And any other purpose for the -- or --
15  15   well, let me ask a different question.
16  16           Does this data serve any other purpose
17  17   other than the one you just described?
18  18      A.   Not to me.
19  19      Q.   To other people, are you aware?
20  20      A.   I don't know.
21  21      Q.   We were just talking about a variety of
22  22   systems that track actual results for revenues for
23  23   the different divisions of Oracle during the Q3 2001
24  24   and some later period as well.
25  25           Are there other systems that you were
```

1  00177:01 aware of -- that you are aware of that tracked

2  02 actual results during Q3 2001 at Oracle?

3  03       MR. NADOLENCO: Counsel, let me object to

4  04 the prelude to your question.

5  05       I don't think we were talking about a

6  06 variety of systems that we're discussing actual

7  07 results for in Q301. We were just talking about

8  08 stuff that's related to Q303.

9  09       But other than the prelude, you can reask

10 10 the question.

11 11       MS. LAVALLEE: All right. Well, what --

12 12       MR. NASTARI: It did include that, you

13 13 just finished talking about Data Mart. That was --

14 14       MR. NADOLENCO: Well, no, I thought we

15 15 were talking about Enterprise Data Warehouse just

16 16 now.

17 17       MS. WHITE: We were talking about a

18 18 variety of different systems, not only that one.

19 19       MS. WHITE: At different times.

20 20       MS. LAVALLEE: And I would ask that

21 21 counsel restrain your objections to just providing

22 22 the objection, and we don't need speaking objections

23 23 and they are not permitted.

24 24       MR. NADOLENCO: Well, nor is giving an

25 25 inaccurate summary of what was --

1  00178:01       MS. LAVALLEE: No, the witness is here to

2  02 tell me if it's inaccurate.

3  03       MR. NASTARI: Your co-counsel just

4  04 disagreed with your interpretation of the question.

5  05       MS. WHITE: That's not true at all.

6  06       MR. NADOLENCO: And she is free to if she

7  07 would like to.

8  08       MS. LAVALLEE: All right. Well, your

9  09 objection has been noted, thank you.

10 10       THE WITNESS: Would you repeat the

11 11 question, please?

12 12       MS. LAVALLEE: Yes, I will.

13 13       Actually, can I have my last question

14 14 read back, please, because now I don't remember.

15 15       (Record read as follows:

16 16       Q. "We were just talking

17 17       about a variety of systems

18 18       that track actual results

19 19       for revenues for the

20 20       different divisions of

21 21       Oracle during the Q3 2001

22 22       and some later period as

23 23       well.

24 24       Are there other systems

25 25       that you were aware of --

1  00179:01       that you are aware of that

2  02 tracked actual results

3  03 during Q3 2001 at Oracle?")

4  04       THE WITNESS: I still would need to know

5  05 what kind of results you mean.

6  06       So our human resources database would

7  07 capture final head count of that period of time.

8  08       Every accounting system would capture the

9  09 final, you know, payroll accounts.

10 10       But I mean, I couldn't speak to every

11 11 system.

12 12 BY MS. LAVALLEE:

13 13    Q. Sure.

14 14       Okay, let me ask a different question.

15 15       In terms of actual revenue or actual

16 16 sales results figures, throughout the period -- and

17 17 I'm not speaking of final results -- can you tell me

18 18 other than the systems we've already discussed, what

19 19 systems you know of that contained such actual sales

20 20 results during Q3 2003 -- 2001, pardon me?

21 21    A. There are no more that I can think of.

22 22    Q. And what types of reports did you receive

23 23 in Q3 2001 that tracked actual result figures?

24 24    A. My team performed reconciliations where

25 25 they would show me what deals had been closed as per

1  00180:01 the sales team, versus what was currently reflected

2  02 in rev manager and what was still open or pending or

3  03 being reconciled. Those kind of things.

4  04    Q. Okay.

5  05       And did that information that they shared

6  06 with you, did that take a particular form during

7  07 Q3 2001?

8  08    A. It would be an Excel spreadsheet.

9  09    Q. Okay.

10 10       And can you tell me more specifically

11 11 what information would have been contained in those

12 12 Excel sheets during 3 -- Q3 2001, please?

13 13    A. They would have had a listing of deals

14 14 that were pending closure or closed.

15 15    Q. So specific, actual specific deals

16 16 identified by name?

17 17    A. Not all of them.

18 18       We would close out each month. So there

19 19 would be a balance forward of what was already

20 20 considered to be reconciled and posted to the books.

21 21    Q. Okay.

22 22       And what did you do with these Excel

23 23 sheets when you received them?

24 24    A. Just reviewed them, they were

25 25 informational.

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

| | |
|---|---|
| 1 | 00181:01    Q.   Did you forward them on to anybody else? |
| 2 | 02    A.   No. |
| 3 | 03    Q.   Did you discuss the information contained |
| 4 | 04 on those sheets with anyone? |
| 5 | 05    A.   I likely discussed it with the same |
| 6 | 06 person who submitted it to me in terms of clarifying |
| 7 | 07 data at times. |
| 8 | 08    Q.   Anybody else? |
| 9 | 09    A.   No. |
| 10 | 10    Q.   Okay. |
| 11 | 11         Other than those Excel spreadsheets that |
| 12 | 12 would have been prepared by your direct reports, |
| 13 | 13 were there other reports that you received that |
| 14 | 14 contained actual sales results during Q3 2001? |
| 15 | 15    A.   Not that I recall. |
| 16 | 16    Q.   Okay. |
| 17 | 17         And what about for expense, actual |
| 18 | 18 expense recordings or actual expenses incurred |
| 19 | 19 throughout the quarter. |
| 20 | 20         Did you receive any reports regarding |
| 21 | 21 that type of information during Q3 2001? |
| 22 | 22    A.   When I asked for them. |
| 23 | 23    Q.   And who do you ask this information from? |
| 24 | 24    A.   It would have been Fred Avila or Shane |
| 25 | 25 Gorman. |

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

| | |
|---|---|
| 1 | 00182:01    Q.   And where would they obtain this |
| 2 | 02 information? |
| 3 | 03    A.   OFA. |
| 4 | 04    Q.   Anywhere else? |
| 5 | 05    A.   Likely not. |
| 6 | 06    Q.   Okay. |
| 7 | 07         We discussed a variety of systems at |
| 8 | 08 Oracle that existed Q3 2001, as well as some that |
| 9 | 09 existed later, that tracked actual sales-type |
| 10 | 10 information. |
| 11 | 11         Can you tell me what systems existed that |
| 12 | 12 tracked actual expenses throughout a quarter and not |
| 13 | 13 at the end of the quarter, but -- not exclusively at |
| 14 | 14 the end of the quarter, but actual information as it |
| 15 | 15 occurred during the quarter? |
| 16 | 16         MR. NADOLENCO:   Objection to form. |
| 17 | 17         THE WITNESS:   I wouldn't know all of |
| 18 | 18 them. |
| 19 | 19 BY MS. LAVALLEE: |
| 20 | 20    Q.   Can you identify some of them? |
| 21 | 21    A.   Sure. |
| 22 | 22         Payroll. |
| 23 | 23    Q.   Uh-huh. |
| 24 | 24         Anything else? |
| 25 | 25    A.   Accounts payable. |

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

| | |
|---|---|
| 1 | 00183:01    Q.   Anything else? |
| 2 | 02    A.   It's hard for me to think off the spot. |
| 3 | 03    Q.   Sure. |
| 4 | 04    A.   I'm not sure where all the expense |
| 5 | 05 results came from. |
| 6 | 06         Payable and accounts receivable certainly |
| 7 | 07 would have -- accounts payable, rather, and payroll |
| 8 | 08 would have been the primary ones. |
| 9 | 09    Q.   Okay. |
| 10 | 10         And you can't think of anything else |
| 11 | 11 right now? |
| 12 | 12    A.   No. |
| 13 | 13    Q.   Okay. |
| 14 | 14         It's been a while, I can understand that. |
| 15 | 15 A lot of questions coming at you as well. |
| 16 | 16         The -- you mentioned that Fred Avila and |
| 17 | 17 his assistant -- was it his assistant, the other |
| 18 | 18 gentleman? |
| 19 | 19    A.   Yes. |
| 20 | 20    Q.   -- may have prepared reports for you |
| 21 | 21 regarding the actual expenses throughout the quarter |
| 22 | 22 during Q3 2001. |
| 23 | 23         What form did that reporting to you take? |
| 24 | 24    A.   Excel. |
| 25 | 25    Q.   Excel. |

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

| | |
|---|---|
| 1 | 00184:01         And do those Excel sheets have a title? |
| 2 | 02    A.   No. |
| 3 | 03    Q.   And how regularly did they provide you |
| 4 | 04 with this information? |
| 5 | 05    A.   Maybe two or three times in a quarter. |
| 6 | 06    Q.   Okay. |
| 7 | 07         And what did you do with this sheet, |
| 8 | 08 Excel sheet or data when you received it? |
| 9 | 09    A.   Validate it to make sure that the |
| 10 | 10 forecast that we had in for expenses was reasonable |
| 11 | 11 based on the actual so far. |
| 12 | 12         (Reporter interruption.) |
| 13 | 13 BY MS. LAVALLEE: |
| 14 | 14    Q.   And how did you do that? |
| 15 | 15    A.   Well, as I stated earlier, if we had |
| 16 | 16 salary expense of a certain amount in December and |
| 17 | 17 the head count was the same in January, it would be |
| 18 | 18 likely that the salary expense would be similar in |
| 19 | 19 January. |
| 20 | 20         Those kinds of things. |
| 21 | 21    Q.   Okay. |
| 22 | 22         And what did you do with that data after |
| 23 | 23 looking at it, making your analysis? |
| 24 | 24    A.   Question my directs if there was anything |
| 25 | 25 out of line in their forecast, to ensure that I |

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

00185:01 understood if there was anything that would look

02 different.

03    Q.   Okay.

04         And did you discuss it with anybody else?

05    A.   No.

06    Q.   Okay.

07         Did you forward this information to

08 anybody else?

09    A.   The reconciling information?

10 No.

11    Q.   Or the Excel spreadsheet?

12    A.   No.

13    Q.   Okay.

14         All right.

15         Back to Exhibit 72, please.

16         If I could draw your attention again to

17 the second page of this document which is

18 Bates-stamped 004812.

19         And we were going through the columns on

20 the very top right. And I believe we stopped at --

21 we were discussing pipeline conversion ratio and the

22 next column says: "Growth versus PY percent."

23         Do you know what that means?

24    A.   I -- I believe it means pipeline growth

25 over prior year, but prior year is not represented

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

00186:01 on here so I couldn't validate that that's accurate.

02    Q.   Okay.

03         And for -- do you know for what reason

04 this information was examined in this report?

05         MS. WHITE:   Objection as to form.

06         THE WITNESS:   No, I don't.

07 BY MS. LAVALLEE:

08    Q.   Okay.

09         Is that information that you would have

10 looked at in your capacity as finance director for

11 OSI during Q3 2001?

12    A.   We typically looked at pipeline growth.

13    Q.   And for what reason did you look at that?

14    A.   To know how much we were growing the

15 pipeline, I guess.

16         I don't have a better reason than that.

17    Q.   Okay.

18         What would you be looking at in terms of

19 this percentage figure, what would you be looking

20 for? What type of analysis would you form in

21 looking at this figure?

22         MS. WHITE:   Objection as to form.

23         THE WITNESS:   I don't have a specific set

24 of analyses. We would just be looking at the growth

25 itself to ensure that we do have sufficient

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

00187:01 pipeline.

02 BY MS. LAVALLEE:

03    Q.   Okay.

04         And would you be comparing this

05 percentage figure to any other number?

06    A.   Potentially. I mean, nothing pops out

07 right now. But yeah, potentially we would be

08 looking at that in relation to other growth figures.

09    Q.   Would you be looking at it in terms of

10 other -- is this a --

11         Does this percentage figure contain

12 historical data in it? Is it a comparison that

13 involves comparison to a prior period?

14    A.   It looks like it, yes.

15    Q.   Okay.

16         And what prior period do you -- would

17 you -- do you believe that this type of figure would

18 correlate to?

19    A.   I believe it would correlate to the prior

20 Q3, so Q3 of 2000 -- 2000.

21    Q.   Okay. Let me see if I can give you an

22 example.

23         For example, okay, you said that you

24 would compare this type of growth percentage figure

25 to other types of data.

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

00188:01         Would you compare it, for example, to

02 revenue growth?

03    A.   Yes.

04    Q.   Okay.

05         And why would you do that?

06    A.   We would look to see if the two were --

07 looked reasonable.

08    Q.   And what would determine whether they

09 looked reasonable?

10    A.   We would see if they were

11 significantly -- a significant departure between the

12 two.

13    Q.   Okay.

14    A.   And then look to explain that if they

15 were.

16    Q.   Okay.

17         And what would constitute a significant

18 departure? Can you give me an example that I can

19 sort of visualize?

20    A.   No.

21         I mean, it would depend on the situation,

22 what would be considered significant.

23    Q.   Okay.

24         Are you looking generally for the

25 pipeline growth to correlate in the same way as the

00189:01 revenue growth, for example?

02    A.   In general.

03         There are situations that would change

04 that, for example, if you had a monstrous

05 transaction in the prior year, your statistics would

06 be thrown off.

07         So it's not always an indicator.

08    Q.   Okay.

09         And -- and so a monstrous transaction can

10 affect the growth -- the actual figures that you

11 would look at in calculating growth?

12    A.   Sure.

13         It's a factor, but not the only one.

14    Q.   Okay.

15         So how would you -- how would you then

16 look at it if you had -- if you were faced with that

17 problem in terms of having a monstrous transaction

18 that could affect the growth percentage from a

19 historical figure --

20         (Reporter interruption.)

21 BY MS. LAVALLEE:

22    Q.   -- affect the growth figure from our

23 prior quarter, for example?

24         MS. WHITE:  Objection.  Form.

25         THE WITNESS:  We may opt to restate it.

00190:01         We may opt to show it in a number of

02 different ways to say, you know, if we hadn't booked

03 some huge transaction last year then our normalized

04 results would have been X, and then do a comparison

05 that way.

06 BY MS. LAVALLEE:

07    Q.   Okay.

08    A.   Any number of ways.

09    Q.   Okay.  That's one example?

10    A.   That would be one example.

11    Q.   Okay.

12         And by "restating," can you explain to me

13 what you would do there?  I'm not sure I understand.

14    A.   We would pull the anomaly out of the

15 previous results in order to normalize them.

16    Q.   Okay.

17    A.   If there was an anomaly.

18    Q.   Because that anomaly, that transaction

19 would not be reflected with the general growth of

20 the company, so you would try to get a better sense

21 of the general growth by taking that transaction

22 out.

23         Am I correctly understanding you?

24         MS. WHITE:  Objection as to form.

25         THE WITNESS:  Yes.

00191:01 BY MS. LAVALLEE:

02    Q.   Okay.

03         And you mentioned that that was one way

04 you might try to factor this in, in your

05 understanding of the growth and comparison with the

06 historical figures.

07         What's another way you might look at it?

08    A.   Any number of ways.

09         We might -- if it was out of whack, we

10 might look at the pipeline to see if there was some

11 anomaly in the way the pipeline was being reported.

12    Q.   Uh-huh.

13    A.   Again, we were on a new system, and so

14 there were a number of times where we would look at

15 the pipeline to see if everything was rolling up

16 correctly, or something like that.

17    Q.   Okay.

18         And what do you mean by "rolling up

19 correctly"?

20    A.   It is a hierarchical system.  And

21 pipeline is connected to a sales group.

22         If the sales group is not accurately

23 connected to the right ultimate owner, that pipeline

24 could be missed altogether out of the system.

25         It is all hierarchical and it's all

00192:01 connected to reps.

02    Q.   Okay.  That was -- I need to understand

03 that.

04         (To the Reporter)  Could you please read

05 back that answer?

06         (Record read as follows:

07              A.  "It is a hierarchical

08         system.  And pipeline is

09         connected to a sales group.

10              "If the sales group is not

11         accurately connected to the

12         right ultimate owner, that

13         pipeline could be missed

14         altogether out of the

15         system.

16              "It is all hierarchical

17         and it's all connected to

18         reps.")

19         MS. LAVALLEE:  Okay.  I'm not getting

20 that, so let's -- I need a break at this point.  Do

21 you want to take five minutes?

22         THE VIDEOGRAPHER:  This marks the end of

23 videotape number two to Volume 1 in the deposition

24 of Sarah Kopp.

25         The time is 2:17.  We are off the record.

Kopp, Sarah (Vol. 01) - 02/19/2004  4:50:00 PM

```
1   00193:01      (Break taken.)
2       02      THE VIDEOGRAPHER: This marks the
3       03   beginning of videotape number three to Volume 1 in
4       04   the deposition of Sarah Kopp.
5       05      The time is 2:30. We are on the record.
6       06   BY MS. LAVALLEE:
7       07      Q.  Before we left for break, there was a
8       08   question and an answer. And I actually am not quite
9       09   sure I understand your response.
10      10      Would you like to have the question and
11      11   answer read back, and then if you can elaborate what
12      12   you meant by your answer for me?
13      13      A.  Sure.
14      14      MS. LAVALLEE: Okay. Can I have that
15      15   read back, please?
16      16      (Record read as follows:
17      17      Q.  "Okay. And what do
18      18      you mean by "rolling up
19      19      correctly"?
20      20      A.  "It is a hierarchical
21      21      system. And pipeline is
22      22      connected to a sales group.
23      23      "If the sales group is not
24      24      accurately connected to the
25      25      right ultimate owner, that
```

Kopp, Sarah (Vol. 01) - 02/19/2004  4:50:00 PM

```
1   00194:01   pipeline could be missed
2       02   altogether out of the
3       03   system.
4       04      "It is all hierarchical
5       05      and it's all connected to
6       06      reps."
7       07   BY MS. LAVALLEE:
8       08      Q.  I'm truly -- I don't understand what you
9       09   are saying there.
10      10      Can you explain that for me in other
11      11   words, please?
12      12      A.  Certainly.
13      13      Opportunities are entered in at the sales
14      14   rep level. They are aggregated or rolled up at a
15      15   sales manager level.
16      16      The sales managers are aggregated or
17      17   rolled up at the area vice-president level,
18      18   et cetera, et cetera.
19      19      Q.  Okay.
20      20      A.  Until you get all the way up to, in my
21      21   case at that point in time, Jay Nussbaum.
22      22      Q.  Uh-huh.
23      23      A.  If a change in the hierarchy would have
24      24   taken place or have been missed, it would be
25      25   possible -- it is one alternative of things we might
```

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
1   00195:01   look at if anything ever looked out of line, that it
2       02   would be possible that there might be a problem with
3       03   the pipeline data itself.
4       04      Q.  Okay. I think I understand.
5       05      Thank you for clarifying that.
6       06      A.  Sure.
7       07      Q.  In going back to page -4612 in Exhibit
8       08   72, the last column we were just discussing was
9       09   "Growth versus PY percentage."
10      10      I think we talked generally what this is
11      11   about, but I just want to clarify and I will tell
12      12   you what my understanding is, and you can tell me if
13      13   I'm correct, that this represents the figure Q3
14      14   several columns before, four columns before says Q3
15      15   FY01 pipeline. And it's that number compared to
16      16   what the Q3 FY00 pipeline was.
17      17      Is that correct?
18      18      MS. WHITE: Objection as to form.
19      19      THE WITNESS: That's my -- that is what
20      20   it customarily would be. Again, the OO pipeline is
21      21   not published, so it's impossible to validate.
22      22   BY MS. LAVALLEE:
23      23      Q.  Okay.
24      24      And when we look at the conversion,
25      25   pipeline conversion ratio which is just prior to
```

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
1   00196:01   that, these numbers for OSI is 53 percent.
2       02      What does that convey to you?
3       03      MS. WHITE: Objection as to form.
4       04      THE WITNESS: It doesn't necessarily
5       05   convey anything to me.
6       06   BY MS. LAVALLEE:
7       07      Q.  Okay.
8       08      But what does the 53 percent represent?
9       09      A.  It --
10      10      Q.  What does it represent in terms of the
11      11   deals that need to be closed versus the forecast?
12      12      MS. WHITE: Objection. Asked and
13      13   answered.
14      14      THE WITNESS: It means that 53 percent of
15      15   the revenue associated with that pipeline would need
16      16   to close.
17      17   BY MS. LAVALLEE:
18      18      Q.  Okay.
19      19      And did you have any understanding during
20      20   Q3 2001 what a favorable conversion ratio would be
21      21   at -- during week three of that quarter?
22      22      A.  Do you mean during week eight?
23      23      Q.  During week eight, thank you.
24      24      A.  No, I don't.
25      25      Q.  Okay.
```

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004 4:50:00 PM

00197:01      And in order to figure that out, you
02 would need to actually look at last -- the prior
03 year's conversion ratio at that time?
04    A.  Yes, I would.
05    Q.  Okay.
06      And you would look precisely at the
07 conversion ratio of that same week eight in the 2000
08 fiscal year.
09      Correct?
10    A.  Assuming we had that data available, yes.
11    Q.  If I could ask you to turn to the next
12 page, which is Bates-stamped 004813.
13      And the box on the left is titled "OSI."
14      Can you explain for me what the different
15 columns represent in that box?
16    A.  Sure.
17      The first column is the "Forecast Week."
18 That ties to the corporate forecast schedule.
19      The next three columns are the pipeline.
20      The first is "Applications pipeline."
21      The second, "Technology pipeline."
22      The "Total" would be the combination of
23 the two.
24      "Cumulative percent change" is a
25 week-to-week change.

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004 4:50:00 PM

00198:01      I'm assuming it is, given that the first
02 week of each quarter shows zero in that column.
03    Q.  Okay.
04      So you are assuming that rather than
05 comparing their week eight figures to -- or the
06 figures for each of the weeks -- the equivalent week
07 number for the prior year, that it's actually
08 comparing them to the prior reporting week?
09    A.  Yeah.
10      If I had a calculator I could validate
11 that, but it certainly appears that way as a
12 cumulative.
13    Q.  Okay.
14      And if I could ask you to just look down
15 at the "Q3" box, the numbers for Q3 week two and
16 four on the "Apps pipeline" dollar amount.
17    A.  Uh-huh.
18    Q.  There is a big drop there between week
19 two from 272.6 million to week four, 71.2 million.
20    A.  Uh-huh.
21    Q.  Do you have any understanding as to why
22 there was such a drop during those two weeks, during
23 those two reporting weeks?
24    A.  No, I do not.
25    Q.  Okay.

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004 4:50:00 PM

00199:01      Does that appear to you to be an unusual
02 drop?
03    A.  Yes.
04    Q.  Okay.
05      And what would you have done to -- to --
06 if you had -- if you noticed that drop, is there
07 something you would have done during Q3 2001?
08      MR. NADOLENCO:  Objection to form.
09      THE WITNESS:  I would have investigated
10 the data.
11      To me, that looks like an error.
12 BY MS. LAVALLEE:
13    Q.  Okay.
14    A.  Because it came back up again, so it
15 looks wrong.
16    Q.  Okay.
17      And did it come back up to where you
18 would expect it to be?
19      MS. WHITE:  Objection as to form.
20 BY MS. LAVALLEE:
21    Q.  I mean in week six, it came back up to
22 126.0, which is a little less than half of where it
23 was at week two.
24    A.  But more than it was the prior two
25 quarters, so I think that's reasonable, yeah.

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004 4:50:00 PM

00200:01      Week eight of the prior two quarters are
02 both lower than that number.
03    Q.  Week six, we are looking at week six now.
04    A.  Okay. Okay.
05      So it's close to Q2 over Q1.  Not
06 unusual.
07    Q.  Okay.
08      It's -- okay. It's close in a dollar
09 sense, right?
10    A.  That's right.
11    Q.  If I could turn your attention to the
12 last page of this document, which is Bates-stamped
13 CA-ORCL 004816.
14      And can you tell me what data is
15 reflected on this page, generally?
16    A.  This is the Q4 forecast.  So the future
17 quarter forecast.
18    Q.  Okay.
19      And was it customary to start looking at
20 the forecast for the next quarter in roughly week
21 eight of the current quarter?
22    A.  I don't remember which week exactly.  But
23 we typically had a page reflecting one quarter out.
24    Q.  Okay.
25    A.  It was not focused on very much at that

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004 4:50:00 PM

**Page 201**

```
1   00201:01 point, but it was there.
2   02   Q.  Okay.
3   03        And can you tell me what type of growth
4   04   you were projecting for OSI total license revenue
5   05   for Q400 -- Q401?
6   06   A.  According to this, negative 7.
7   07        I don't remember it independently, but
8   08   according to this it was negative 7 for the license.
9   09   Q.  Okay.
10  10        And do you have any understanding as to
11  11   why you were expecting or projecting negative growth
12  12   for Q401 at that time?
13  13        MS. WHITE: Objection as to form.
14  14   BY MS. LAVALLEE:
15  15   Q.  Actually, let me rephrase my question.
16  16        Do you have any understanding as why
17  17   Oracle was projecting negative 7 percent growth for
18  18   OSI as of January 22nd, 2001 for Q4 2001?
19  19        MS. WHITE: Same objection.
20  20        THE WITNESS: No, I don't.
21  21   BY MS. LAVALLEE:
22  22   Q.  Okay.
23  23        And would you have had any input or
24  24   participation in the determination of what Q4 growth
25  25   would have been at this point in the quarter?
```

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004 4:50:00 PM

**Page 202**

```
1   00202:01  A.  No.
2   02   Q.  Do you know who would have?
3   03   A.  Mr. Nussbaum and his direct reports.
4   04   Q.  Did you have any discussions with anybody
5   05   in January regarding Q401 projections?
6   06   A.  Not that I remember.
7   07        MS. LAVALLEE: I would like to mark as
8   08   Exhibit Number 73, a document Bates-stamped CA-ORCL
9   09 004614.
10  10        (Exhibit 73 marked.)
11  11   BY MS. LAVALLEE:
12  12   Q.  Ms. Kopp, if I could ask you to take a
13  13   look at this document and then identify it.
14  14        And I'll just state for the record that
15  15   it is -- actually, I may have already identified the
16  16   Bates range. It's CA-ORCL 004614 through -4619.
17  17        Ms. Kopp, can you identify this document
18  18   for me?
19  19   A.  It's the Americas Forecast Package.
20  20   Q.  For week six of Q3?
21  21   A.  For week six of Q3.
22  22   Q.  All right.
23  23        And was this a document that you believe
24  24   that you would have received in the normal course of
25  25   your duties, shortly after January 15th, 2001, or on
```

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004 4:50:00 PM

**Page 203**

```
1   00203:01 January 15th, 2001?
2   02   A.  Likely, yes.
3   03   Q.  Okay.
4   04        Ms. Kopp, there is some writing on this
5   05   document as well.
6   06        Can you identify for me whose handwriting
7   07   this may be?
8   08   A.  No.
9   09   Q.  I assume -- is it fair to say that it's
10  10   not your handwriting on any of the pages of this
11  11   document?
12  12   A.  Not my handwriting.
13  13   Q.  If I could turn your attention to the
14  14   last page of this document, -4619.
15  15        I believe this also refers to projections
16  16   for Q4 financial year '01.
17  17        Is that correct?
18  18   A.  That's correct.
19  19   Q.  Okay.
20  20        And am I reading this correct to say that
21  21   OSI -- the company was projecting negative 7 percent
22  22   growth for fiscal year '02 -- I'm sorry, for the
23  23   fourth quarter of fiscal year '01 for OSI?
24  24   A.  Yes.
25  25   Q.  Okay. I'm finished with that document.
```

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004 4:50:00 PM

**Page 204**

```
1   00204:01        Ms. Kopp, are any of the documents we've
2   02   reviewed thus far, documents that you reviewed prior
3   03   to this deposition in connection with preparation
4   04   for this deposition?
5   05   A.  Just one.
6   06   Q.  Which one is that?
7   07   A.  0128255 is the first one.
8   08   Q.  Okay. Thank you.
9   09        I'd like to mark as Exhibit Number 74, a
10  10   document Bates-stamped CA-ORCL 037116 through -117.
11  11        (Exhibit 74 marked.)
12  12   BY MS. LAVALLEE:
13  13   Q.  Ms. Kopp, if I could ask you to take a
14  14   look at this document.
15  15        And after you have had a chance to review
16  16   it, just identify for record what it is.
17  17        (Pause in proceedings for document review.)
18  18        THE WITNESS: This is the big deal
19  19   summary.
20  20   BY MS. LAVALLEE:
21  21   Q.  Okay.
22  22        And we talked about the big deal summary
23  23   before. Is this something that was prepared at your
24  24   direction and supervision?
25  25   Is that what you were referring to?
```

1  00205:01    A.  Yes.

2    02    Q.  Okay.

3    03        You hesitated.  Did I get that wrong in

4    04  any way?

5    05    A.  Well, they are prepared really at the

6    06  direction of Jennifer Minton.

7    07        But -- yes, the one for OSI is prepared

8    08  at my direction, but because she needs it.  So that

9    09  was my only hesitation.

10    10    Q.  Okay.  Thanks for the clarification, that

11    11  makes sense.

12    12        All right.  And this is a document that

13    13  relates to OSI.  Is that correct?

14    14    A.  It appears to, yes.

15    15    Q.  Okay.

16    16        And can you tell me what period of time

17    17  this document relates to?

18    18        MR. NADOLENCO:  Objection to form.

19    19        THE WITNESS:  It's not labeled.

20    20  BY MS. LAVALLEE:

21    21    Q.  All right.

22    22    A.  There's no date on it at all.

23    23    Q.  Okay.

24    24        Can you identify for me what the

25    25  different columns represent?

1  00206:01        And I think there's -- there is actually

2    02  some headings on them at the very top.

3    03    A.  I don't see the top headings other than

4    04  "Opportunity" and "01/29."

5    05    Q.  And then "Comments"?

6    06    A.  Oh, and "Comments," I'm sorry.

7    07    Q.  Okay.

8    08        And "Opportunity," what does that refer

9    09  to?

10    10    A.  That means the opportunity value.

11    11    Q.  All right.

12    12        If I could have you explain what

13    13  "opportunity value" means, please.

14    14    A.  The revenue value of the opportunity.

15    15  For example -- and it's expressed in millions.  So

16    16  0.8 being $800,000.

17    17    Q.  Okay.  Thank you.

18    18        And this report, again, refers to the

19    19  deals that are considered big deals.  And if I'm

20    20  correct, it's my understanding that that relates to

21    21  deals valued at over 500,000 form OSI during this

22    22  period of time?

23    23    A.  500,000 or higher.

24    24    Q.  Or higher.

25    25        Okay.  And the "01/29," what does that

1  00207:01  represent?

2    02    A.  Looks like a date.

3    03    Q.  Okay.

4    04        And that would -- do you have any

5    05  understanding as to whether or not this document

6    06  relates to Q3 2001?

7    07    A.  It looks as if it does.

8    08    Q.  Okay.  And what do you base that

9    09  statement on?

10    10    A.  On some of the deals that are in here and

11    11  the 210 and 225 numbers there.  225 that's written,

12    12  the 210 that's up at the top.

13    13    Q.  Do you remember those forecast figures

14    14  from 2003?

15    15    A.  I do now.

16    16    Q.  2001, I apologize.

17    17    A.  Sorry, Q3.

18    18        I do now.

19    19    Q.  Okay.

20    20        And that is, again, because your

21    21  recollection was refreshed by a document you saw on

22    22  Tuesday?

23    23    A.  Yesterday.

24    24    Q.  Yesterday.  Okay.

25    25        Okay.

1  00208:01        There is some handwriting on this

2    02  document.  And if I'm not mistaken it appears to be

3    03  handwriting by several different people.

4    04        But maybe can you tell me if you can

5    05  identify any of this handwriting on this document?

6    06    A.  None of it.

7    07    Q.  Okay.

8    08        And can you read for me, though, the --

9    09  there seems to be some form of chart that was

10    10  created on the -- sort of the bottom left of the

11    11  document in handwriting.

12    12        And if I'm not mistaken, there's three

13    13  columns and the second column says "this week," then

14    14  "prior week," and then "change."

15    15        And then below that there's figures for

16    16  "field," "management" and "total forecast."

17    17        Does that appear to be correct to you?

18    18    A.  That's what it looks like.

19    19    Q.  Okay.

20    20        And if I'm not mistaken, there was no

21    21  management judgment for the prior year week, but

22    22  80 million -- or 8 -- actually, can you tell me

23    23  what -- I mean that 80 figure represents millions

24    24  you believe, or what?

25    25    A.  I believe it represents millions, but I

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

1    00209:01  don't think the prior week notation is accurate.

2    02    Q.   Okay. You don't think that's accurate.

3    03         You think there might have been

4    04   management judgment for the prior week as well?

5    05         (Reporter interruption.)

6    06   BY MS. LAVALLEE:

7    07    Q.   -- judgment for the prior week as well,

8    08   you believe?

9    09    A.   I believe.

10   10    Q.   Okay.

11   11         And what do you base that on?

12   12    A.   Yesterday's review of the forecast

13   13   packages.

14   14    Q.   Okay.

15   15         Again, you have no idea whose handwriting

16   16   this is?

17   17    A.   No.

18   18    Q.   Okay.

19   19         Can you explain for me what the term

20   20   "management judgment" means?

21   21    A.   It means -- it's the difference between

22   22   what a forecast is rolling up to from a person's

23   23   direct reports, or any person's direct reports, and

24   24   that person's own forecast.

25   25    Q.   Okay.

Oracle Related Cases                                    Page 209

---

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

1    00210:01    A.   They can go in either direction.

2    02    Q.   Okay.

3    03         Do you know how Mr. Nussbaum generates

4    04   his management judgment figure?

5    05    A.   No.

6    06    Q.   Have you worked for Mr. Nussbaum for --

7    07   well, let me ask this.

8    08         Mr. Nussbaum, is he currently with the

9    09   company?

10   10    A.   No.

11   11    Q.   Okay.

12   12         When did he leave?

13   13    A.   The end of November fiscal year 2002.

14   14    Q.   Okay.

15   15         Did you have a sense as to whether

16   16   Mr. Nussbaum was conservative or aggressive in his

17   17   management judgment?

18   18    A.   This was my first quarter supporting him

19   19   at that level, so I had no personal experience with

20   20   it.

21   21    Q.   Was there some general understanding

22   22   within OSI or the company as to how -- whether he

23   23   was aggressive or conservative in his projections

24   24   for management judgment?

25   25    A.   Based on my understanding there was a

Oracle Related Cases                                    Page 210

---

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

1    00211:01  sense that he was conservative.

2    02    Q.   Okay.

3    03         And what do you base that understanding

4    04   on?

5    05    A.   I don't have an exact recollection, but

6    06   my sense was that we had in OSI as a group, beat our

7    07   forecast for a number of subsequent quarters.

8    08         I don't have the exact figures on that,

9    09   but that was my sense at that point.

10   10    Q.   Subsequent quarters?

11   11    A.   I'm sorry, previous quarters. Previous

12   12   quarters.

13   13    Q.   Okay.

14   14         And that was your understanding in Q3

15   15   2001?

16   16    A.   That's right.

17   17    Q.   Okay.

18   18         Was the management judgment figure

19   19   something that you discussed with people in OSI- --

20   20   during Q3 2001?

21   21    A.   People?

22   22    Q.   Anybody at Oracle?

23   23    A.   Yes.

24   24    Q.   Okay.

25   25         Who would you discuss management judgment

Oracle Related Cases                                    Page 211

---

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

1    00212:01  with?

2    02    A.   I would have discussed it with Jay

3    03   himself.

4    04         Possibly with Terry Ford, his ops lead.

5    05         And Jennifer Minton.

6    06    Q.   How frequently would you discuss

7    07   management judgment in the first month of the

8    08   quarter?

9    09         MS. WHITE: Objection as to form.

10   10   BY MS. LAVALLEE:

11   11    Q.   In Q3 2001?

12   12         MS. WHITE: Same objection.

13   13         THE WITNESS: Likely at the same -- at

14   14   the preparation of the forecast package, so with the

15   15   same intervals where we would prepare a forecast

16   16   package.

17   17         Assuming I had an opportunity to speak

18   18   with Jay, which was not every time, so . . .

19   19   BY MS. LAVALLEE:

20   20    Q.   Okay.

21   21         He was a busy guy?

22   22    A.   Quite.

23   23    Q.   You were busy as well, I imagine.

24   24         Did you operate out of Redwood Shores'

25   25   offices during Q3 2001?

Oracle Related Cases                                    Page 212

| | | |
|---|---|---|
| 1 | 00213:01 | A.  No. |
| 2 | 02 | Q.  Where did you operate out of? |
| 3 | 03 | A.  Reston, Virginia. |
| 4 | 04 | Q.  Pardon me? |
| 5 | 05 | A.  Reston, Virginia. |
| 6 | 06 | Q.  Okay. |
| 7 | 07 | Are you located there now? |
| 8 | 08 | A.  I am. |
| 9 | 09 | Q.  Okay. And where would you -- |
| 10 | 10 | MS. SEGAL:  Spared you a trip. |
| 11 | 11 | MS. LAVALLEE:  Actually, it's a little |
| 12 | 12 | unfortunate looking at the weather today. |
| 13 | 13 | Q.  Where was Mr. Nussbaum's office in Q3 |
| 14 | 14 | 2001? |
| 15 | 15 | A.  Also Reston, Virginia. |
| 16 | 16 | Q.  Okay. |
| 17 | 17 | How large is that office -- was that |
| 18 | 18 | office in Q3 2001? |
| 19 | 19 | A.  Under oath, I don't know. |
| 20 | 20 | Q.  Generally? |
| 21 | 21 | A.  I don't have the vaguest idea. |
| 22 | 22 | I think there are about 600 people there. |
| 23 | 23 | Q.  Wow, that's a pretty big office. |
| 24 | 24 | A.  Yeah. |
| 25 | 25 | I believe it was the second biggest |

| | | |
|---|---|---|
| 1 | 00214:01 | Oracle office at the time. |
| 2 | 02 | Q.  Okay. |
| 3 | 03 | All right.  I'd like to mark as Exhibit |
| 4 | 04 | Number 75, a document Bates-stamped C0 -- I'm sorry, |
| 5 | 05 | ORCL 0109642. |
| 6 | 06 | (Exhibit 75 marked.) |
| 7 | 07 | BY MS. LAVALLEE: |
| 8 | 08 | Q.  Ms. Kopp, if I can ask you to take a look |
| 9 | 09 | at this document. |
| 10 | 10 | And then identify it for me when you have |
| 11 | 11 | had a chance to look at it. |
| 12 | 12 | A.  It's an email from me to Jennifer Minton, |
| 13 | 13 | followed by a copy of a presentation that I |
| 14 | 14 | prepared. |
| 15 | 15 | Q.  Okay. |
| 16 | 16 | And is this email dated February 14th, |
| 17 | 17 | 2001? |
| 18 | 18 | A.  Yes, it is. |
| 19 | 19 | Q.  And was this the email that you referred |
| 20 | 20 | to earlier that you said refreshed your recollection |
| 21 | 21 | regarding some data from Q3 2001? |
| 22 | 22 | A.  It's one of them. |
| 23 | 23 | Q.  Okay. |
| 24 | 24 | What were the other documents that |
| 25 | 25 | refreshed your recollection regarding Q3 data? |

| | | |
|---|---|---|
| 1 | 00215:01 | MS. WHITE:  Objection.  Asked and |
| 2 | 02 | answered. |
| 3 | 03 | THE WITNESS:  There were a number of |
| 4 | 04 | emails that I was shown.  And a number of forecast |
| 5 | 05 | files that I was shown. |
| 6 | 06 | BY MS. LAVALLEE: |
| 7 | 07 | Q.  Okay.  All right. |
| 8 | 08 | Can you tell me what this -- the |
| 9 | 09 | attachment to this email represents? |
| 10 | 10 | A.  It ways Power Point presentation that I |
| 11 | 11 | gave at a senior staff meeting. |
| 12 | 12 | Q.  And you had referred earlier today to |
| 13 | 13 | senior staff meetings held by Mr. Nussbaum. |
| 14 | 14 | Is this a presentation for that type of |
| 15 | 15 | meeting that we discussed earlier? |
| 16 | 16 | A.  Yes. |
| 17 | 17 | Q.  And was this email a standard email that |
| 18 | 18 | you routinely sent to Ms. Minton? |
| 19 | 19 | MS. WHITE:  Objection as to form. |
| 20 | 20 | BY MS. LAVALLEE: |
| 21 | 21 | Q.  Let me rephrase the question. |
| 22 | 22 | Well, first of all, did you indeed send |
| 23 | 23 | this email to Ms. Minton on February 14th, 2001? |
| 24 | 24 | A.  Yes. |
| 25 | 25 | Q.  Okay. |

| | | |
|---|---|---|
| 1 | 00216:01 | And did you routinely send Ms. Minton any |
| 2 | 02 | mail that contained the type of information |
| 3 | 03 | contained in here? |
| 4 | 04 | A.  During that quarter? |
| 5 | 05 | Q.  Yes. |
| 6 | 06 | A.  Not routinely. |
| 7 | 07 | But nearing the end of the quarter, yes. |
| 8 | 08 | Q.  Okay. |
| 9 | 09 | Did you send any similar emails in the |
| 10 | 10 | first month of the quarter? |
| 11 | 11 | A.  I don't think so. |
| 12 | 12 | Q.  Okay. |
| 13 | 13 | And during the second month of the |
| 14 | 14 | quarter? |
| 15 | 15 | MS. WHITE:  Objection as to form. |
| 16 | 16 | THE WITNESS:  At least one. |
| 17 | 17 | BY MS. LAVALLEE: |
| 18 | 18 | Q.  Okay. |
| 19 | 19 | And why do you say at least one? |
| 20 | 20 | A.  Because I was shown it yesterday.  I |
| 21 | 21 | don't have any recollection of any others or that |
| 22 | 22 | one, but I was shown it yesterday. |
| 23 | 23 | Q.  Do you have any reason to believe that |
| 24 | 24 | that was the only one you sent in January 2001? |
| 25 | 25 | A.  Yes. |

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

```
1   00217:01   Q.  And what is that?
2   02     A.  I don't typically send them at that point
3   03   in the quarter.
4   04     Q.  Okay.
5   05        And when you sent this email, what would
6   06   you have done with the email afterwards?
7   07     A.  This email, I probably would have saved
8   08   it in an email folder for some period of time, but I
9   09   don't -- maybe six months.
10  10     Q.  Is this something you would have
11  11   downloaded to your hard drive or to the network?
12  12     A.  No.
13  13     Q.  That wasn't your practice?
14  14     A.  No, it was not.
15  15     Q.  Okay.
16  16        Did you forward this email to anybody
17  17   other than Ms. Minton?
18  18     A.  I don't think so, no.
19  19     Q.  Did you yourself prepare the Power Point
20  20   presentation attached?
21  21     A.  Yes, I did.
22  22     Q.  Okay.
23  23        And did anybody assist you in gathering
24  24   the data that formed the basis for this, the data
25  25   contained on this presentation package?
```

Oracle Related Cases

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

```
1   00218:01   A.  The spreadsheet data is out of my -- a
2   02   lot of it is out of my forecast packet which that
3   03   would have been prepared by Fred.  I would have just
4   04   copied and pasted it in.
5   05        The data itself, yes.
6   06     Q.  Okay.
7   07        And the forecast package was something
8   08   that, if I remember correctly, Fred would have
9   09   prepared for you and you reviewed?
10  10     A.  Uh-huh.
11  11     Q.  And that was not something that you
12  12   generally forwarded on to other people; is that
13  13   correct?
14  14     A.  That's correct.
15  15     Q.  If I could draw your attention down to
16  16   the first full paragraph after the chart on the
17  17   first page of the email, and the last sentence says:
18  18        "I believe we will come in
19  19        somewhere between 210 and
20  20        220, but there is such a
21  21        huge swing in the number
22  22        that it is difficult to
23  23        pinpoint with only 34
24  24        million booked as today."
25  25     A.  Uh-huh.
```

Oracle Related Cases

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

```
1   00219:01   Q.  Did I accurately read generally what's in
2   02   your email here?
3   03     A.  Yes.
4   04     Q.  Okay.
5   05        And what was the significance of the fact
6   06   there was only $34 million worth of revenue booked
7   07   as of that date?
8   08        MS. WHITE:  Objection as to form.
9   09        THE WITNESS:  No real significance.
10  10        But without having any of the large deals
11  11   booked, you know, we still had to -- we still had to
12  12   get them in the door.
13  13        So there's no real significance to the
14  14   amount, other than -- a signature is a signature.
15  15   If it's not signed, it's not in the door, so . . .
16  16   BY MS. LAVALLEE:
17  17     Q.  Right, right.
18  18        You said there were no big deals signed.
19  19   Do you have any understanding as to whether any big
20  20   deals had been signed yet for that quarter at that
21  21   point in time?
22  22     A.  I don't know.
23  23     Q.  Okay.
24  24        The handwriting on this document, is that
25  25   your handwriting?
```

Oracle Related Cases

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

```
1   00220:01   A.  No, it's not.
2   02     Q.  Okay.
3   03        And there's handwriting in some of the
4   04   presentation materials as well.  Can you tell me if
5   05   any of that is your handwriting?
6   06        There's not that much it, but . . .
7   07     A.  Let me see.
8   08   No.
9   09     Q.  Do you have any understanding as to whose
10  10   handwriting any of this is?
11  11     A.  No, I don't.
12  12     Q.  Did you have any discussions regarding
13  13   this data other than at the presentation you gave at
14  14   the senior staff meeting on February 13th, 2001?
15  15     A.  I'm not sure I understand your question.
16  16     Q.  Okay.
17  17        Is it correct to say that you actually
18  18   gave a presentation at the senior staff meeting on
19  19   or about February 13, 2001?
20  20     A.  That's correct.
21  21     Q.  Okay.
22  22        And other than that actual presentation,
23  23   did you have any communication regarding the data
24  24   contained in either the email and/or the
25  25   presentation materials, other than these materials
```

Oracle Related Cases

**Page 221**

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
1   00221:01  themselves with anybody at Oracle?
2   02    A.  So other than my sending the presentation
3   03 to Jennifer?
4   04    Q.  Correct.
5   05    A.  No.
6   06    Q.  Okay.
7   07        It's your recollection --
8   08    A.  Not -- not that I recall.
9   09    Q.  Okay.
10  10        And where did you obtain the data to
11  11 form -- the data that is contained in your
12  12 presentation package?  What were the sources that
13  13 you used to compile the information in there?
14  14    MS. WHITE:  Objection as to form.
15  15    THE WITNESS:  I would have to answer
16  16 separately for each chart.  I don't . . .
17  17 BY MS. LAVALLEE:
18  18    Q.  Okay.  Well, let's do that then.
19  19        Let's turn to the first page after the
20  20 cover page, which is Bates-stamped 019 -- no, I
21  21 apologize.
22  22        0109645.
23  23    A.  -45?
24  24    Q.  -45.
25  25    A.  Oh, the agenda.
```

**Page 222**

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
1   00222:01    Q.  Yeah.
2   02    A.  Okay.
3   03    Q.  You got to start somewhere.
4   04    A.  All right.
5   05    Q.  Is this --
6   06        I mean, did you use any data from any
7   07 source to compile this?
8   08    A.  No.
9   09    Q.  Okay.
10  10        The second line of the agenda states:
11  11        "Key Statistical
12  12        Indicators."
13  13        What were you referring to there?
14  14    A.  I was referring to the two items below
15  15 it:
16  16        "Historical Pipeline
17  17        Conversion" and "Pipeline
18  18        growth."
19  19    Q.  Okay.
20  20        And why do you refer to these as key
21  21 statistical indicators?
22  22    A.  Historically they had been indications of
23  23 how we would do.
24  24    Q.  Okay.
25  25        And the next line says:
```

**Page 223**

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
1   00223:01        "Forecast in OSO versus
2   02        Potential Outcome."
3   03        What does that mean?
4   04    A.  I have to look at it.
5   05    Q.  Take your time.
6   06    A.  It's likely referring to what was in the
7   07 system, what had been tracked in OSO versus what we
8   08 were forecasting.
9   09    Q.  Okay.
10  10        If I could ask you to turn to the next
11  11 page.
12  12    A.  Uh-huh.
13  13    Q.  Page -46 says:
14  14        "Historical conversion
15  15        rates from pipeline in first
16  16        month of each quarter would
17  17        indicate 200 million --
18  18    (Reporter interruption.)
19  19 BY MS. LAVALLEE:
20  20    Q.  (Reading):
21  21        -- "200 million plus is
22  22        attainable," dot, dot, dot,
23  23        "but we have a long way to
24  24        go in 12 days," exclamation
25  25        mark.
```

**Page 224**

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
1   00224:01        Do you have any understanding of what you
2   02 were talking about there?
3   03    A.  Yes.
4   04        I was looking at the conversion rate from
5   05 the third quarter of '00 and comparing it to the
6   06 current third quarter in our forecast.
7   07        I don't have the exact numbers in front
8   08 of me.
9   09        I mean, I have -- I have this here, but I
10  10 don't have exactly what the pipeline was.
11  11        So this would have been the pipeline on
12  12 one axis, and the quarterly conversion rate based on
13  13 first month pipe on the other axis.
14  14    Q.  Okay.
15  15        And then what about the -- in the next
16  16 few pages, is that material contained anywhere
17  17 there?
18  18    A.  Yes.
19  19        Well, so -- no, the first page that we
20  20 were looking at is talking about first month pipe.
21  21    Q.  Okay.
22  22    A.  The next page is talking about pipeline
23  23 for the same week, which we're -- if we're talking
24  24 about February 13th was certainly a different week.
25  25    Q.  Okay.
```

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1   00225:01     Can -- focusing then on page -46, I'm not
2   02  sure I understand what you were comparing there.
3   03      Can you explain that for me?
4   04      A.  I can't see the "actuals" line.  It's not
5   05  showing up well.
6   06      But I would have been comparing Q300 42
7   07  percent, and Q301 48 that, that 48 percent
8   08  being -- I can see the dot at least north of 200
9   09  somewhere.
10  10      Q.  Okay.
11  11      What does 42 percent for Q300 represent?
12  12      A.  It represents the conversion rate based
13  13  on the first month pipeline --
14  14      Q.  Okay.
15  15      A.  -- from that quarter.
16  16      Q.  Okay.
17  17      So am I to understand then that the dot
18  18  representing -- on the line representing actuals,
19  19  represents the actuals in sales for Q3 2000, the dot
20  20  above 42 percent.
21  21      And then the dot above Q301, that's a
22  22  little above 400,000 as well --
23  23      A.  Do you mean 200,000?
24  24      Which dot are you looking at?
25  25      Q.  Well, actually, I'm looking at the top

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1   00226:01     one.
2   02      A.  The pipeline.  You're looking at
3   03  pipeline.
4   04      Q.  Okay, that's pipeline.
5   05      The top one with the solid is the
6   06  pipeline.
7   07      And then the actuals are the actual
8   08  revenue figures?
9   09      A.  Yes.
10  10      Q.  Okay.
11  11      And why did you look at the actual
12  12  revenue figures from month one, what was the
13  13  significance of that?  How was that helpful?
14  14      A.  That's not the actual revenue from month
15  15  one, that's actual revenue for the quarter end
16  16  measured against the first quarter pipeline.
17  17      So earlier I said the conversion rate is
18  18  a different number, depending on what month pipe you
19  19  are looking at.
20  20      So what I was doing here in these two
21  21  pages is checking the conversion rate from two
22  22  different points in time.
23  23      Q.  Okay.  Okay.
24  24      And -- but on the first page here where
25  25  you're comparing the pipe -- the conversion rate

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1   00227:01     from one period -- from which period to which
2   02  period, I'm not sure I follow.
3   03      A.  Okay.
4   04      So the actuals are the same in both
5   05  instances.
6   06      Q.  Okay.
7   07      A.  It is the end of quarter actual revenue.
8   08      Q.  Okay.
9   09      A.  We don't track the actuals mid-quarter
10  10  like that, mid-month like that.
11  11      Q.  Okay.
12  12      But you don't have any end of quarter
13  13  results for Q301 yet, right?
14  14      A.  No, I don't.  I have a -- I have plugged
15  15  in the forecast.
16  16      Q.  I see.  Okay.
17  17      A.  You can see where the dot is.  It's right
18  18  at that 2 -- it's either at the 210 or 225, I can't
19  19  tell from the chart.  But it's north of 200 anyway.
20  20      Q.  Okay.
21  21      And then what conversion rate were you
22  22  using?
23  23      A.  That's a -- that would -- that showed a
24  24  48 percent conversion rate.
25  25      Q.  Okay.

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1   00228:01     I get it.
2   02      Now on the next page -47, can you tell me
3   03  what your first sentence -- well, let me read it.
4   04      "Q3 FY00 Conversion Rate
5   05      on Pipeline" --
6   06      (Reporter interruption.)
7   07  BY MS. LAVALLEE:
8   08      Q.  (Reading):
9   09      "Q3 FY00 Conversion Rate
10  10      on Pipeline for same week
11  11      with 61 percent; applied to
12  12      FY01 would result in $217
13  13      million."
14  14      Is that a correct reading of it?
15  15      A.  That's correct.
16  16      Q.  Okay.
17  17      Now, what were you talking about there?
18  18  Can you explain that for me?
19  19      A.  Sure.
20  20      Given that the chart below shows the
21  21  current conversion rate based on that week, February
22  22  13th, what I was saying is based on the
23  23  February 13th-ish week the prior year, and those
24  24  actuals, the conversion rate at that point a year
25  25  ago was 61 percent.  Whereas the conversion rate in

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

```
1    00229:01 the current quarter is 59 percent.
2    02    Q.  Uh-huh.
3    03    A.  If I were to apply the 61 percent to the
4    04    current pipeline, which was 355 million, the
5    05    forecast would actually have been 217 million as
6    06    opposed to the 210.
7    07    Q.  Okay.
8    08         MS. LAVALLEE:  All right.  Let's take a
9    09    few-minute break.
10   10         THE VIDEOGRAPHER:  The time is 3:11.
11   11    We are off the record.
12   12         (Break taken.)
13   13         THE VIDEOGRAPHER:  The time is 3:23.
14   14    We are on the record.
15   15    BY MS. LAVALLEE:
16   16    Q.  Ms. Kopp, we were just talking about
17   17    Exhibit Number 75.  And you have stated on that page
18   18    that the conversion rate for Q300 was 61 percent.
19   19    Actually, can you tell me what is a
20   20    conversion rate as opposed to -- or a coverage rate
21   21    as opposed to conversion rate.
22   22    A.  A coverage rate?
23   23    Q.  Yeah.
24   24    Or a coverage ratio, do you have an
25   25    understanding as to what that means?
```

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

```
1    00230:01   A.  I have an understanding what it means, I
2    02    didn't typically use it.
3    03    Q.  Okay.
4    04    A.  People would speak in terms of a 2X or 3X
5    05    coverage rate, which meant that they had two times
6    06    or three times the pipeline to forecast.
7    07    Q.  Okay.
8    08    A.  Conversion is sort of the opposite.
9    09    Q.  Is it -- are the numbers correlated in
10   10    any way?
11   11    A.  They would be.
12   12    Q.  Okay.
13   13    A.  They would be.
14   14    Q.  Would one be a fraction of --
15   15    A.  One would be the opposite of the other,
16   16    really.
17   17    Q.  Okay.
18   18    Is there anything on this document that
19   19    shows -- well, actually let me step back.
20   20    You say here that the conversion ratio --
21   21    rate for pipeline for the same week in Q300 was 61
22   22    percent.
23   23    If I were to show you a document that
24   24    shows conver- -- coverage ratios, could you tell me
25   25    if that seems -- that shows coverage ratios for
```

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

```
1    00231:01 Q3001, can you tell me whether that's consistent
2    02    with the 61 percent that you were working under?
3    03         MR. NADOLENCO:  Objection to form.
4    04         MS. WHITE:  Yeah, same objection.
5    05    BY MS. LAVALLEE:
6    06    Q.  Do you understand my question?
7    07    A.  You said "001."
8    08    Q.  Oh, thanks.
9    09    A.  So 00 60-- I --
10   10    Q.  Okay.  Let me rephrase my question.
11   11    I'm going to show you -- have you ever
12   12    heard of a document called the "upside report"?
13   13    A.  I've heard of it.
14   14    Q.  Okay.
15   15    It's not a document you routinely used?
16   16    A.  No.
17   17    Q.  Okay.
18   18    Was it a document that you ever receive
19   19    copies of?
20   20    A.  No.
21   21    Q.  Okay.
22   22    I'd like to show you two excerpts from
23   23    two different upside reports that were produced by
24   24    the SLC in connection with their report dated
25   25    November 2002.
```

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

```
1    00232:01    And I'll represent to you that these are
2    02    excerpts from what they represent to be the upside
3    03    report for February 14th, 2000.
4    04    And the upside report -- first page is
5    05    for February 14, 2000, and the second page is for
6    06    February 21st, 2000.
7    07    A.  2000?
8    08    Q.  Correct.
9    09    And I will mark this as Exhibit 75 -- 76.
10   10    (Exhibit 76 marked.)
11   11    BY MS. LAVALLEE:
12   12    Q.  The dates aren't on these documents, but
13   13    this was as presented by the SLC and represented to
14   14    be portions of the upside report or excerpts from
15   15    the upside report for those dates identified.
16   16    A.  Uh-huh.
17   17    Q.  Can you tell me whether you see on the
18   18    first page the pipeline conversion ratio figures on
19   19    this right?
20   20    A.  I see it.
21   21    Q.  Okay.
22   22    And do you see that for OSI?
23   23    A.  I do.
24   24    Q.  Okay.
25   25    Can you tell me whether or not there is a
```

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

00233:01 relationship between that coverage ratio and the
02 conversion rate that you were looking at for
03 Q3 FY00?
04        MS. WHITE: Objection. Lacks foundation.
05        THE WITNESS: I don't think I can do the
06 math in my head.
07        I can tell what you this means.
08 BY MS. LAVALLEE:
09    Q. Okay.
10        Let me give you a calculator.
11    A. Well, part of the problem here is that
12 the number I'm referring to in my presentation
13 refers to a final Q3 result. And this is based on a
14 Q3 forecast.
15    Q. Okay.
16        So can you explain to me the difference?
17    A. This was the forecast as of -- I don't
18 know, whatever date you told me.
19    Q. Right. February -- I'll tell you again.
20        It's February 14, 2000.
21    A. Right.
22        That's not a final number, that's a
23 forecast.
24    Q. Okay.
25    A. I don't know what the final revenue was

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

00234:01 for that quarter based on this.
02    Q. Okay.
03        And what -- then can you explain to me
04 what numbers you were looking at on page -47?
05        How is that different from what you were
06 looking at?
07        MS. WHITE: Objection as to form.
08        (Pause in proceedings for document review.)
09        THE WITNESS: Again, on this page, I
10 don't see the actual Q3 FY00 result.
11        All I'm saying -- all I'm talking about
12 is 61 percent conversion, but I'm not actually
13 showing the data on here.
14 BY MS. LAVALLEE:
15    Q. Right.
16        But you were talking about a 61 percent
17 conversion rate for the same week, which would be
18 the week of February 13, 2001.
19        Is that correct?
20    A. Right.
21        But I'm talking about a conversion rate
22 on the pipeline from that week to the actuals for
23 the end of the quarter.
24    Q. Okay.
25    A. You are talking about something that's

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

00235:01 not the same thing.
02    Q. Okay.
03    A. You are talking about a coverage ratio
04 for the pipeline of the same week, I will agree with
05 you there.
06    Q. Okay.
07    A. But you are talking about a forecast as
08 of that week, not what at that final number was.
09    Q. I see.
10        Okay, that makes sense to me.
11    A. Okay.
12    Q. Okay, thank you.
13    A. Uh-huh.
14        MS. LAVALLEE: Can I have the last answer
15 read back?
16        (Record read as follows:
17        A. "You are talking about
18        something that's not the
19        same thing. You are talking
20        about a coverage ratio for
21        the pipeline of the same
22        week, I will agree with you
23        there. But you are talking
24        about a forecast as of that
25        week, not what at that final

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

00236:01        number was.")
02 BY MS. LAVALLEE:
03    Q. Okay.
04        So in your -- on your page -47, you were
05 comparing the conversion rate for a particular week
06 mid-quarter, to the actual results at the end of the
07 quarter.
08        Is that what you were doing for the
09 historical figure?
10    A. No.
11        For the historical figure I was taking
12 the actual results for the third quarter of '00 --
13    Q. Right.
14    A. -- against the pipeline for the week of
15 February 14th,
16    Q. Okay.
17    A. Okay.
18    Q. Yeah, that's fair.
19        Okay. If I can turn your attention to
20 page -49, which is a couple pages beyond.
21        Can you explain to me what you meant by:
22        "The GAP between this
23        target and the forecast
24        coming from businesses is
25        getting smaller..."?

1  00237:01  A.  I would be saying that the management
2  02  judgment is lower than it had been previously.
3  03  Q.  Okay.
4  04  And what did you mean by:
5  05  "We're still pushing an
6  06  attainment that is higher
7  07  than the current 'best'
8  08  case, but have a have a
9  09  number of deals not included
10  10  in the forecasted number."
11  11  A.  So the forecasts that are coming up from
12  12  Jay's directs do not include some of the very large
13  13  deals that they didn't feel comfortable committing
14  14 to.
15  15  Q.  Okay.
16  16  A.  So those are over and above their
17  17 forecasted numbers.
18  18  Q.  Okay.
19  19  A.  That's what I would have meant.
20  20  Q.  Yeah.
21  21  And what does "We're still pushing an
22  22 attainment," what does that mean?
23  23  A.  "That is higher than the current 'best'
24  24 case."
25  25  I was just -- it's a creative way of

Oracle Related Cases                     Page 237

1  00238:01  saying the same thing again. It was a creative way
2  02  of saying that the forecast that we have is higher
3  03  than the current best case.
4  04  Q.  All right.
5  05  And the next page, page -50, reads:
6  06  "So far we have 34 million
7  07  booked; so 170 million to go
8  08  in just over two weeks.
9  09  Forecast build up by deals,
10  10  from committed to long-shot
11  11  shows larger gap in commit,
12  12  to be backed up by upside."
13  13  What did you mean here?
14  14  A.  It means I think the same thing as what I
15  15 said earlier. It means that there are a number of
16  16 deals or were a number of deals at that time that
17  17 were not being committed to by the business and were
18  18 not reflected in the forecast, and the upside from
19  19 those deals was expected to fill in the gap.
20  20  Q.  Okay.
21  21  And in particular the phrase that the
22  22 "committed to long-shot shows larger gap in commit,"
23  23 what does that mean, "larger gap in commit"?
24  24  I'm not sure I understand.
25  25  A.  I don't know exactly.

Oracle Related Cases                     Page 238

1  00239:01  Q.  Were you comparing --
2  02  A.  I -- can I look at the previous page,
3  03  because I may have been comparing to the last thing
4  04  I was saying.
5  05  Q.  Okay.
6  06  A.  So -- yeah, that's it.
7  07  So the gap on this page is 58 million.
8  08  Q.  Uh-huh.
9  09  A.  From the large deals.
10  10  Q.  Right.
11  11  A.  It looks like this is a comparison of
12  12 large.
13  13  And then the next one is 90 million.
14  14  So I was comparing it to the prior page
15  15 or prior slide --
16  16  Q.  Okay.
17  17  A.  -- in the presentation.
18  18  Q.  And the prior slide, I mean, what is the
19  19 difference between the two slides, just so I'm
20  20 clear?
21  21  A.  Well, it -- so -- okay.
22  22  There are -- when I was talking earlier
23  23 about the opportunity worksheets where the reps
24  24 actually go in and fill out opportunity worksheets,
25  25 this says "Forecast build up by deals," which means

Oracle Related Cases                     Page 239

1  00240:01  when we were talking about management judgment,
2  02  there was management judgment at Jay's level and
3  03  there may have been management judgment at other
4  04  levels.
5  05  So that's the difference there.
6  06  Q.  Okay. And which is which, just so I'm
7  07  clear?
8  08  A.  The management judgment at Jay's level
9  09  would be the 58 million.
10  10  Q.  Which is on page -49?
11  11  A.  Which is on page -49.
12  12  Q.  Uh-uh.
13  13  A.  The management judgment in total on deals
14  14 is the 90 million.
15  15  Q.  I see.
16  16  And do you recall as you are sitting
17  17 today -- here today whether or not having closed
18  18 only 34 million in deals at that point in the period
19  19 would have been -- would have been something that
20  20 would have made you nervous?
21  21  MR. NADOLENCO:  Objection to form.
22  22  THE WITNESS:  No.
23  23  (Reporter interruption.)
24  24 BY MS. LAVALLEE:
25  25  Q.  Okay.

Oracle Related Cases                     Page 240

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

```
1    00241:01       And is your answer no, it wouldn't have
2    02  made you nervous, or no, you just don't know sitting
3    03  here how you would have felt at that time?
4    04       A.  No. I don't believe it would have made me
5    05  nervous.
6    06       Q.  Okay.
7    07          And why is that?
8    08       A.  It's typical. We close most of our
9    09  business in the last two weeks of a quarter.
10   10       Q.  Okay.
11   11          And OSI has both a license and a
12   12  consulting component; is that correct?
13   13       A.  That's correct.
14   14       Q.  Okay.
15   15          And was one of those -- was licensing or
16   16  consulting a more stable business and more
17   17  predictable in terms of forecasting?
18   18          MR. NADOLENCO: Objection to form.
19   19          THE WITNESS: Typically consulting is --
20   20  is easier to forecast.
21   21  BY MS. LAVALLEE:
22   22       Q.  Okay.
23   23          And is there a difference in terms of
24   24  ability to forecast by deal size?
25   25          And what I mean by that is, is it easier
```

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

```
1    00242:01  to forecast the closing of big deals versus small
2    02  deals or vice versa?
3    03          Is there any relationship there?
4    04          MR. NADOLENCO: Objection to form.
5    05          THE WITNESS: I wouldn't know.
6    06  BY MS. LAVALLEE:
7    07       Q.  Okay.
8    08          Prior to Q3 2001 -- actually, let me
9    09  rephrase that.
10   10          Prior to changing positions in the fall
11   11  of 2000, were you involved in the forecasting
12   12  process for OSI at any level or for any division of
13   13  OSI?
14   14       A.  Yeah, for division. For a couple of
15   15  Division.
16   16       Q.  Okay.
17   17          And those were the divisions that you
18   18  worked for, and we went through that earlier today,
19   19  right?
20   20       A.  That's correct.
21   21       Q.  Okay.
22   22          Do you have any recollection of the
23   23  specific deals that you --
24   24          Actually, let me rephrase that.  Let me
25   25  ask you to turn to page -52 of this document.
```

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

```
1    00243:01       Do you have any recollection as to what
2    02  your understanding at the time that you prepared
3    03  this presentation of the status of any of these
4    04  particular potential deals?
5    05       A.  No, not at that time.
6    06       Q.  Okay.
7    07          Do you have any understanding as to
8    08  whether the telecom -- telecommunications business
9    09  was suffering any problems in this time frame?
10   10          MR. NADOLENCO: Objection to form.
11   11          MS. WHITE: Same objection.
12   12          THE WITNESS: No.
13   13  BY MS. LAVALLEE:
14   14       Q.  Okay.
15   15          On the left-hand side it says "Area." It
16   16  says: "Healthcare, Comms, S&L, Financial Services."
17   17          Is that correct?
18   18       A.  That's correct.
19   19       Q.  And "Federal."
20   20          What does "Comms" represent?
21   21       A.  Communications and utilities.
22   22       Q.  Okay.
23   23          Did you have any role in dealing with
24   24  these potential clients or actual clients in Q3
25   25  2001?
```

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

```
1    00244:01       MS. WHITE: Objection as to form.
2    02          THE WITNESS: No, I didn't.
3    03  BY MS. LAVALLEE:
4    04       Q.  Okay.
5    05          That would have been the sales force?
6    06       A.  That's correct.
7    07       Q.  On page -53, at the end of the document
8    08  states:
9    09          "Attainment of 210 million
10   10          for Q3 would result in Q4
11   11          target of 479 million to
12   12          achieve 30 percent growth
13   13          for year FY01."
14   14          Can you tell me what you meant by this
15   15  statement?
16   16       A.  I can only -- I would have to guess.
17   17       Q.  Okay.
18   18          You don't have any recollection of what
19   19  you meant at the time?
20   20       A.  Well, I know what it means
21   21  mathematically.
22   22          It appears that there was a target set
23   23  out there of 30 percent.  And I was stating
24   24  mathematically what we would need to -- what we
25   25  would need to achieve in the fourth quarter to get
```

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1   00245:01 there, assuming we did 210 in the third quarter.

2   02   Q.   Okay.

3   03        And when you say there was a target out

4   04   there for Q -- a target out there, what target would

5   05   you be referring to?

6   06        MS. WHITE:  Objection as to form.

7   07        THE WITNESS:  I don't know.

8   08   BY MS. LAVALLEE:

9   09   Q.   Okay.

10  10        Could it be the budget target?

11  11   A.   I don't think so.

12  12   Q.   Okay.

13  13        And why do you say that?

14  14   A.   Because we have seen a number of

15  15   documents where a 30 percent number is inserted in

16  16   there as if it were set somewhere.

17  17        But that was -- I don't recall that being

18  18   the budget.

19  19   Q.   Okay.

20  20        Do you recall what the budget was?

21  21   A.   No, I don't.

22  22   Q.   The next page -54, -55, and -56, am I

23  23   correct in understanding that this relates to the

24  24   consulting component of OSI, these three pages?

25  25   A.   Yes.

---

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1   00246:01 Q.   Okay.

2   02        I would like to mark as Exhibit 75 -- 77,

3   03   a document Bates-stamped C -- I'm sorry, ORCL

4   04   0109623.

5   05        (Exhibit 77 marked.)

6   06   BY MS. LAVALLEE:

7   07   Q.   Ms. Kopp, if I can ask you to look at the

8   08   document.

9   09        And then identify after you have had a

10  10   chance to look at it what it represents.

11  11   A.   It's an email from me to Jennifer Minton

12  12   including some forecast data.

13  13   Q.   Okay.

14  14        And did you indeed send this email to

15  15   Jennifer Minton in your capacity as finance director

16  16   for OSI in Q3 2001, on or about January 18th, 2001?

17  17   A.   I must have, yes.

18  18   Q.   Okay.

19  19        At the very bottom left it indicates page

20  20   1 of 2.   *

21  21        Is it your understanding that this email

22  22   would have contained two pages?

23  23   A.   Only based on that.

24  24   Q.   Okay.  And does the last sentence on

25  25   page -- on that one page indicate that the text

---

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1   00247:01 probably continued on a second page?

2   02   A.   Yes, it does.

3   03   Q.   Okay.  And from the very top it says:

4   04        "I have attached

5   05        package" --

6   06        "Jennifer, I have attached

7   07        the package I provided" --

8   08        "I provide to Jay so that

9   09        you can see by vertical what

10  10        the pipeline conversion and

11  11        judgment are to get to this

12  12        forecast."

13  13        Is it your understanding based on this

14  14   sentence that there was an attachment to this email?

15  15   A.   Yes.

16  16   Q.   Okay.  Do you know what that attachment

17  17   was?

18  18   A.   It would have been the Jay forecast

19  19   package.

20  20        (Reporter interruption.)

21  21        THE WITNESS:  We called it the "Jay

22  22   package."

23  23   BY MS. LAVALLEE:

24  24   Q.   Okay.

25  25        And did it have a specific title on this

---

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1   00248:01 document?

2   02   A.   I don't remember the exact title.

3   03   Q.   Okay.

4   04        Is this a document that we discussed

5   05   earlier; do you recall.

6   06   A.   I don't think we have.

7   07   Q.   Okay.

8   08        Can you tell me what -- well, first of

9   09   all, let me ask:

10  10        Who prepared the Jay forecast?

11  11   A.   Let me back up a second.

12  12   Q.   Yes.

13  13   A.   We haven't discussed it in the context of

14  14   the exhibits.

15  15   Q.   Oh, I'm sorry.

16  16   A.   This is the weekly forecast package that

17  17   I provided to Jay.  So, yes, we've discussed it in

18  18   that context.

19  19   Q.   Earlier in the --

20  20   A.   Yeah.  I thought -- I was thinking in

21  21   terms of looking at it.  We haven't actually looked

22  22   at one.

23  23        But we -- this is package that I prepared

24  24   for him every forecast period.

25  25   Q.   Okay.

Kopp, Sarah (Vol. 01) - 02/19/2004 4:50:00 PM

```
1    00249:01        So it is something we discussed earlier
2    02 today?
3    03      A.  Yes, it is.
4    04      Q.  Okay.
5    05          There's some handwriting on this
6    06 document.
7    07          Can you tell me whose handwriting that
8    08 is?
9    09      A.  I don't know.
10   10      Q.  Okay.
11   11          It's not your handwriting?
12   12      A.  No, it's not.
13   13      Q.  Do you know if it's Jay's handwriting?
14   14      A.  No.
15   15      Q.  Do you know if it's Ms. Minton's
16   16 handwriting?
17   17      A.  I don't know.
18   18      Q.  And it states in here:
19   19          "Again, I'm including my
20   20          projection based on
21   21          discussions with his direct"
22   22          -- "his directs."
23   23          Do you see that?
24   24      A.  Uh-huh.
25   25      Q.  Did you normally have conversations with
```

Kopp, Sarah (Vol. 01) - 02/19/2004 4:50:00 PM

```
1    00250:01 Jay's directs?
2    02      A.  No.
3    03      Q.  Okay.
4    04          Do you recall having discussions with
5    05 them during this time frame?
6    06      A.  I don't recall it specifically, no.
7    07      Q.  But based on this, you believe that that
8    08 occurred?
9    09      A.  Yes.
10   10      Q.  Okay.
11   11          And who were Jay's directs during this
12   12 period?
13   13      A.  Steve Perkins, Jim O'Neill, Joe Duffy.
14   14          Again, I can't remember who had state and
15   15 local at that point.
16   16      Q.  Okay.
17   17          And do you know why you had discussions
18   18 with them during this particular period.
19   19      A.  Well, based on the second sentence, I say
20   20 he just called me from the road.
21   21          So it appears that I was pulling
22   22 something together and he was unavailable.
23   23      Q.  Okay.
24   24          So you think it was because he was
25   25 unavailable?
```

Kopp, Sarah (Vol. 01) - 02/19/2004 4:50:00 PM

```
1    00251:01      A.  Yes.
2    02          Normally I did not go around Jay to his
3    03 directs.
4    04      Q.  Okay.
5    05          And you don't have any understanding that
6    06 it could have been for any other reason?
7    07      A.  It wouldn't have been for any other
8    08 reason.
9    09      Q.  Okay.
10   10          And it states here that you are including
11   11 your projection based on your discussions.
12   12          Is it normal -- what do you mean by your
13   13 projection?
14   14      A.  Jennifer likes us to provide her with
15   15 what we really think independent of what our
16   16 business leader thinks.
17   17      Q.  Okay.
18   18          And do you routinely do you that during
19   19 Q3 2001?
20   20      A.  Mostly at the end of the quarter.
21   21          But I think -- this must have been the
22   22 first time because it was fairly early. It must
23   23 have been the first time in the quarter that I had
24   24 done that.
25   25      Q.  Okay. Okay.
```

Kopp, Sarah (Vol. 01) - 02/19/2004 4:50:00 PM

```
1    00252:01          And is that a practice that's carried out
2    02 today, you providing your input on projections to
3    03 Ms. Minton?
4    04      A.  Yes, it is.
5    05      Q.  And your role did change roughly around
6    06 Q3 2001.
7    07          Had you ever done that type of thing in
8    08 the past?
9    09      A.  No, I hadn't.
10   10      Q.  Was that because your role change or your
11   11 new job description, or was it because it was a new
12   12 practice that was implemented?
13   13      A.  Probably all three.
14   14      Q.  Okay.
15   15          The next paragraph says:
16   16          "He would like the sit in
17   17          tomorrow..."
18   18          What was he referring to about the next
19   19 day, Friday; do you know?
20   20      A.  I don't know.
21   21      Q.  Okay.
22   22          Is there a regular meeting that's held on
23   23 Fridays?
24   24      A.  No, there isn't.
25   25          I should say there wasn't at that time.
```

1  00253:01  Q.  Okay.

2  02  So you have no recollection or

3  03  understanding as to what you were referring to

4  04  there?

5  05  A.  No.

6  06  Q.  The second sentence -- well, the second

7  07  paragraph says:

8  08  "He is still confident in

9  09  the 225, as long as none of

10  10  the very large opportunities

11  11  drop out."

12  12  (Reporter interruption.)

13  13 BY MS. LAVALLEE:

14  14  Q.  What did you mean by this sentence?

15  15  A.  I meant that he is including in his 225,

16  16 a number of very large transactions.  Any one of

17  17 which could make a change.

18  18  Q.  Okay.

19  19  And are those transactions the ones that

20  20 are listed below?

21  21  A.  They are some of the ones listed below.

22  22  Q.  Okay.

23  23  So there were others, you believe?

24  24  A.  There were likely others.

25  25  I can't guarantee these are all of them.

1  00254:01 But they are likely the larger ones.

2  02  Q.  Okay.

3  03  The -- right below the chart there's a

4  04 phrase that reads:

5  05  "There is $91 million in

6  06  judgment at Jay's level to

7  07  get to the 225 number and he

8  08  gets the attached from me

9  09  each week so he is aware of

10  10  the difference."

11  11  Do you know what are you talking about in

12  12 terms of the attachment?

13  13  A.  The same thing, it would have been the

14  14 forecast package --

15  15  Q.  Okay.

16  16  A.  -- I referred to up there.

17  17  Q.  I'm sorry.  Okay.

18  18  And do you know what you meant by this

19  19 sentence?  What did you mean by this sentence?

20  20  A.  I meant that Jay is aware that there is

21  21 91 million of judgment included in his $225 million

22  22 number.

23  23  Q.  Okay.

24  24  What did you mean by the phrase:  "...so

25  25 he is aware of the difference"?

1  00255:01  A.  I would have meant the difference between

2  02 the forecast that's coming up from his directs and

3  03 what he is submitting.

4  04  Q.  Okay.

5  05  And the next paragraph reads:

6  06  "Conversion rates across

7  07  the board (except S&L) are

8  08  North of 50 percent; Federal

9  09  would have to close 62

10  10  percent of," and then we

11  11  lose the rest of the text.

12  12  A.  Uh-huh.

13  13  Q.  What were you discussing there; do you

14  14 know?

15  15  A.  I was talking about pipeline conversion.

16  16  Q.  Uh-huh.

17  17  And why were you raising that here?

18  18  A.  I can only -- she must have asked me for

19  19 it.

20  20  Q.  Okay.

21  21  And do you think that this was being sent

22  22 to Ms. Minton in response for a request that she

23  23 made?

24  24  MS. WHITE:  Objection as to form.

25  25  THE WITNESS:  Perhaps, given it looks as

1  00256:01 though there was some meeting to take place, it

2  02 looks like this was in preparation for that.

3  03 BY MS. LAVALLEE:

4  04  Q.  Okay.

5  05  And again, you don't have any idea what

6  06 that meeting would be?

7  07  A.  No, I don't.

8  08  Q.  I assume, then, that you have no idea who

9  09 would have been present at that meeting or if it

10  10 actually occurred?

11  11  A.  No, I don't.  Sorry.

12  12  Q.  Was it usual for you to provide this type

13  13 of data to Ms. Minton?

14  14  MS. WHITE:  Objection as to form.

15  15  THE WITNESS:  Not at this point in the

16  16 quarter.

17  17 BY MS. LAVALLEE:

18  18  Q.  But later in the quarter you would

19  19 provide her with this type of information?

20  20  A.  Yes.

21  21  Q.  What would you have done after sending

22  22 this email to Ms. Minton?

23  23  MS. WHITE:  Objection as to form.

24  24 BY MS. LAVALLEE:

25  25  Q.  I'm sorry, you were giving me a blank

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

1  00257:01  look.

2   02       Let me ask my question again.

3   03       What would you have done with this email

4   04  on your system after having sent it to Ms. Minton?

5   05   A.  I may have saved it for some period of

6  06 time.

7   07   Q.  And if you saved it, where would you have

8  08 saved it?

9   09   A.  In an email folder.

10  10   Q.  Okay.

11  11       And is it something you would have

12  12 downloaded to your hard drive or to the network?

13  13   A.  No.

14  14   Q.  Would you have printed a copy of it?

15  15   A.  I don't think so.

16  16   Q.  And would you have forwarded it to Jay

17  17 Nussbaum?

18  18   A.  I may have.

19  19   Q.  Okay.

20  20       And would you have forwarded it to

21  21 anybody else?

22  22   A.  I don't think so, no.

23  23   Q.  Did you ever communicate with Mr. Ellison

24  24 during Q3 2001?

25  25   A.  Not that I recall.

---

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

1  00258:01   Q.  Okay.

2   02       Did you -- do you communicate with him

3  03 today?

4   04       MS. WHITE:  Objection as to form.

5   05       THE WITNESS:  Regarding what?

6  06 BY MS. LAVALLEE:

7   07   Q.  Regarding business at Oracle?

8   08   A.  Twice a year there is a budget review

9  09 meeting.

10  10       I mean, I don't speak to him regularly,

11  11 you know.

12  12   Q.  But you speak to him in the context of

13  13 these budget meetings?

14  14   A.  If I am asked a question only.

15  15   Q.  Okay.

16  16   A.  I'm present.  The question is directed at

17  17 me, I answer it.  But that doesn't happen very

18  18 often.

19  19   Q.  Fair enough.

20  20       Do you communicate with Mr. Ellison --

21  21 or, let me ask another question.

22  22       Were you -- did you participate in any

23  23 other meetings during Q -- or in any meetings during

24  24 Q3 2001 either by telephone, in person, or by some

25  25 other means, where Mr. Ellison was present in

---

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

1  00259:01 Q3 2001?

2   02   A.  Not that I remember.

3   03   Q.  And do you -- did you regularly

4  04 communicate with -- or did you -- strike that.

5   05       Did you communicate with Mr. Henley

6  06 during 2001 third quarter?

7   07   A.  I don't think so.

8   08   Q.  Okay.

9   09       And were you present at any meetings at

10  10 which Mr. Henley was also present, either by phone,

11  11 by video, in person, in Q3 2001?

12  12   A.  I believe he was on some of the forecast

13  13 calls.

14  14       I don't recall which ones he attended.

15  15   Q.  Were those the only meetings that you

16  16 would have attended where he may have been present?

17  17   A.  Yes.

18  18   Q.  And did you ever communicate by email

19  19 with Mr. Henley during Q3 2001?

20  20   A.  No.

21  21   Q.  And did you ever communicate with

22  22 Mr. Ellison during Q3 2001 by email?

23  23   A.  No.

24  24   Q.  Did you ever communicate by telephone

25  25 with Mr. Ellison during Q3 2001?

---

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

1  00260:01       MS. WHITE:  Objection as to form.

2   02       THE WITNESS:  I don't remember if he was

3  03 on any of the forecast calls either.

4  04 BY MS. LAVALLEE:

5   05   Q.  Okay.

6  06       Other than the forecast calls?

7   07   A.  No.

8   08   Q.  And other than the forecast calls, did

9  09 you communicate with Mr. Henley during Q3 2001 --

10  10       MS. WHITE:  Objection asked and answered.

11  11 BY MS. LAVALLEE:

12  12   Q.  -- by phone?

13  13   A.  No.

14  14   Q.  Okay.

15  15       Do you know when any of the deals listed

16  16 on Exhibit 77 actually entered the pipeline for OSI?

17  17       MS. WHITE:  Objection as to form.

18  18       THE WITNESS:  No, I don't know.

19  19 BY MS. LAVALLEE:

20  20   Q.  Would there be any way for you to figure

21  21 that out?

22  22   A.  I'm not sure.

23  23   Q.  If you were in your office, do you have

24  24 any means to actually look that information up?

25  25   A.  I believe -- I believe there is an

1  00261:01  initial entry point in OSO that would show the date

2  02  an opportunity was created.

3  03  Q.  Okay.

4  04  A.  That doesn't necessarily mean that's when

5  05  it was forecasted or when a value was placed on it.

6  06  It just means the name of the opportunity

7  07  was created on a certain date.

8  08  And I believe it holds that.

9  09  Q.  Okay.

10  10  And do you access OSO -- I may have asked

11  11  you this question before. But if I did, if you

12  12  could bear with me and please answer the question

13  13  again.

14  14  Do you today presently access OSO in

15  15  connection with your duties at Oracle?

16  16  A.  I do.

17  17  Q.  Okay.

18  18  Is it your understanding that this

19  19  historical data is contained on OSO?

20  20  A.  No.

21  21  MS. WHITE:  Objection as to form.

22  22  BY MS. LAVALLEE:

23  23  Q.  I'm sorry, can you repeat your answer?

24  24  A.  It's not an accurate historical measure.

25  25  Q.  Okay.

1  00262:01  And why do you say that?

2  02  A.  Because it's not an accounting system.

3  03  It's a pipeline system.

4  04  Q.  Okay.

5  05  And --

6  06  A.  It's not meant to house actuals, is my

7  07  point.

8  08  Q.  "Actuals." Okay.

9  09  So by that you mean that if a deal is

10  10  closed, it ceases to exist on that system?

11  11  A.  No, it exists, but there's no check and

12  12  balance in place that the amount that it shows

13  13  closed for in OSO is really what it closed for.

14  14  Q.  I see.

15  15  A.  Or anything, we don't use OSO as an

16  16  actuals reporting system.

17  17  Q.  Okay. I understand.

18  18  So the data is there, but you have no way

19  19  of determining whether or not it is -- what's on

20  20  there is consistent with whether the deal closed or

21  21  what it closed for --

22  22  MS. WHITE:  Objection.

23  23  BY MS. LAVALLEE:

24  24  Q.  -- is that correct?

25  25  MS. WHITE:  Objection as to form.

1  00263:01  BY MS. LAVALLEE:

2  02  Q.  Please tell me if I'm wrong.

3  03  A.  Yeah, that's correct.

4  04  It's a sales forecasting pipeline system.

5  05  It is not intended to be an accounting system.

6  06  Q.  Okay.

7  07  Does it serve any other purpose other

8  08  than forecasting, to your knowledge?

9  09  A.  I think we do -- we attempt to do some

10  10  win/loss reporting off of it. But it -- you know.

11  11  Q.  Okay.

12  12  And what do you mean by "win/loss"?

13  13  A.  We capture now, we didn't then, but we

14  14  are now expected to capture -- the sales force, I

15  15  should say, is expected to capture competitor data

16  16  on their system.

17  17  Q.  Okay.

18  18  Excuse me.

19  19  But at the time in Q3 2001, you were not

20  20  tracking that type of information; is that correct?

21  21  (Reporter interruption.)

22  22  THE WITNESS:  That's correct.

23  23  BY MS. LAVALLEE:

24  24  Q.  Is it fair to say the company was not

25  25  tracking at all or simply not tracking it on OSO?

1  00264:01  MS. WHITE:  Objection as to form.

2  02  THE WITNESS:  I don't know if the company

3  03  was tracking it at all.

4  04  BY MS. LAVALLEE:

5  05  Q.  Okay. It wasn't something --

6  06  A.  We were not tracking it in OSO.

7  07  Q.  Thank you. Sorry to interrupt.

8  08  A.  That's okay.

9  09  (Pause in proceedings for document review.)

10  10  MS. LAVALLEE:  I would like to mark as

11  11  Exhibit 78, a document Bates-stamped 037133 through

12  12  -34.

13  13  (Exhibit 78 marked.)

14  14  BY MS. LAVALLEE:

15  15  Q.  And Ms. Kopp, if I could ask you to take

16  16  a look at the document.

17  17  And then when you've had the chance to

18  18  review it, please identify it for the record.

19  19  (Pause in proceedings for document review.)

20  20  THE WITNESS:  It's an email from Jennifer

21  21  Minton to Ivgen Guner, with copies to myself, Jim

22  22  English, Dave Winton, and Larry Garnick.

23  23  BY MS. LAVALLEE:

24  24  Q.  Do you believe that you received this

25  25  email on or about January 18, 2001 in connection

Kopp, Sarah (Vol. 01) - 02/19/2004 4:50:00 PM

1   00265:01  with your duties at Oracle?
2   02   A.  I must have.
3   03   Q.  Okay.
4   04       Can you tell me what general subject this
5   05   email relates to, and if it's more than one what
6   06   they are?
7   07       MR. NADOLENCO:  Objection to form.
8   08       THE WITNESS:  It looks as though she is
9   09   responding to an email from Ivgen, so . . .
10  10   BY MS. LAVALLEE:
11  11   Q.  I'm sorry.
12  12   A.  Well, Ivgen's email is concerning a
13  13   number of different topics.
14  14       And Jennifer's note is really only
15  15   addressing one target.
16  16   Q.  Okay.
17  17       And which target is she addressing?
18  18   A.  I mean one issue.
19  19       She seems to be addressing the budget
20  20   item, because the only question that I see in here
21  21  is:
22  22       "We must send them out as
23  23       soon as possible.  Any
24  24       feedback from the EC?
25  25       Please let Larry and I know

Kopp, Sarah (Vol. 01) - 02/19/2004 4:50:00 PM

1   00266:01          how to proceed."
2   02       So that appears to be the only question
3   03   Ivgen had asked.  So it looks as though that's the
4   04   question that she's answering.
5   05   Q.  Okay.
6   06       And by "EC," what is -- what did Ivgen
7   07   Guner mean there?
8   08   A.  Executive committee.
9   09   Q.  Okay.
10  10       And they were asking for feedback about
11  11   the targets for the budget for what period?
12  12       MS. WHITE:  Objection as to form.
13  13       THE WITNESS:  I don't know.
14  14   BY MS. LAVALLEE:
15  15   Q.  Okay.
16  16       Was it standard for you to receive this
17  17   type of email regarding feedback from -- on these
18  18   subjects?
19  19       MS. WHITE:  Objection as to form.
20  20       THE WITNESS:  No.
21  21   BY MS. LAVALLEE:
22  22   Q.  So in Ms. Minton's response to Ivgen
23  23   Guner, it states:
24  24       "All -- LJE made it clear
25  25       to everyone at the EMC this

Kopp, Sarah (Vol. 01) - 02/19/2004 4:50:00 PM

1   00267:01          week that the license
2   02       revenue growth target for
3   03       this year and next is 30
4   04       percent."
5   05       Do you have any idea who she meant by
6   06  "LJE"?
7   07   A.  I -- it would have to be Larry Ellison.
8   08   There is only one LJE in all caps at Oracle.
9   09   Q.  All right.
10  10       And is it normal for you to get that
11  11   particular type of feedback?
12  12       MS. WHITE:  Objection to form.
13  13       THE WITNESS:  I'm not sure what you mean
14  14   by "normal."
15  15   BY MS. LAVALLEE:
16  16   Q.  Okay.
17  17       Did you routinely receive feedback from
18  18   EMC meetings?
19  19   A.  No.
20  20   Q.  All right.
21  21       In the email from Ivgen Guner to Jennifer
22  22   it says under North America Pack:
23  23       "I left eight copies of
24  24       North America License" --
25  25       (Reporter interruption.)

Kopp, Sarah (Vol. 01) - 02/19/2004 4:50:00 PM

1   00268:01  BY MS. LAVALLEE:
2   02   Q.  (Reading):
3   03       -- "of North America
4   04       License Executive Package
5   05       (Green Book) with Larry for
6   06       you to distribute to
7   07       William, Cheryl, et cetera."
8   08       Do you see that?
9   09   A.  Uh-huh.
10  10   Q.  Do you have who "William, Cheryl" is?
11  11       MS. WHITE:  Objection as to form.
12  12       THE WITNESS:  I would have to speculate.
13  13   BY MS. LAVALLEE:
14  14   Q.  Okay.
15  15       Do you know what the "green book" is?
16  16   A.  Yes, I do.
17  17   Q.  What is that?
18  18   A.  It's the North America License Reporting
19  19   Package.
20  20   Q.  Okay.
21  21       All right.  That's a good response.
22  22       Can you tell me what that -- what
23  23   material is contained in there?
24  24       MS. WHITE:  Objection as to form.
25  25       THE WITNESS:  At that period in time?

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
 1   00269:01 BY MS. LAVALLEE:
 2   02    Q.  I'm sorry, what?
 3   03    A.  At that time period in time?
 4   04    Q.  Yes, please.
 5   05    A.  It would have been the second quarter
 6   06  packet, since the third quarter was still under way.
 7   07        And it would have had second quarter
 8   08  financial actuals.
 9   09    Q.  Okay.  Thank you.
10   10        And by "Larry," does that sentence also
11   11  refer to Mr. Ellison?
12   12    A.  I don't think so.
13   13    Q.  Okay.
14   14        So you think that's a different person
15   15  there?
16   16    A.  I think that's Larry Garnick who was
17   17  copied on the message and sat relatively close.  I
18   18  think they all sat close together at work, so . . .
19   19    Q.  Okay.
20   20    A.  That's what I believe she meant.
21   21    Q.  Under the "Budget" heading, it says:
22   22        "To follow-up on my voice
23   23        mail from last night - The
24   24        field is getting concerned
25   25        about the targets.  We must
```

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
 1   00270:01        send them out as soon as
 2   02        possible."
 3   03        Again, do you have any idea -- I'm not
 4   04  sure when we were talking about targets, earlier. I
 5   05  just want to make sure that we're covering the right
 6   06  issue.
 7   07        Do you have any idea what is meant by
 8   08  "targets" in this phrase?
 9   09        MS. WHITE:  Objection as to form.
10   10        THE WITNESS:  No.
11   11  BY MS. LAVALLEE:
12   12    Q.  The next sentence says:
13   13        "Also, since the targets
14   14        are almost a month late, and
15   15        the review meetings are
16   16        pushed out a week, the field
17   17        is asking for an extension
18   18        to the submission deadline."
19   19        Do you have any idea what is being
20   20  discussed there?
21   21        MS. WHITE:  Objection as to form.  Lacks
22   22  foundation.
23   23        THE WITNESS:  No.
24   24  BY MS. LAVALLEE:
25   25    Q.  Under "Forecast," that heading, do you
```

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
 1   00271:01 see that?
 2   02    A.  Yes.
 3   03    Q.  Okay.
 4   04        There is a sentence that reads:
 5   05        "There is a scheduled
 6   06        forecast call this Thursday.
 7   07        Roberta will prepare the
 8   08        package as usual [sic]."
 9   09        Do you have any understanding as to
10   10  whether this refers to the Thursday forecasting
11   11  calls that we've been discussing here today?
12   12    A.  It appears to.
13   13    Q.  Okay.
14   14        And do you have any idea what package
15   15  they are referring to there?
16   16        MS. WHITE:  Objection as to form.
17   17        THE WITNESS:  It would be the Americas
18   18  Forecast Package we reviewed earlier.
19   19  BY MS. LAVALLEE:
20   20    Q.  Okay.
21   21        And then below that there is a heading
22   22  called "N-A-M-T Call next week."
23   23        Do you know what -- do you know what
24   24  "N-A-M-T" stands for?
25   25    A.  Yes.
```

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
 1   00272:01        North America Management Team, refers to
 2   02  Jennifer's team.
 3   03    Q.  Okay.
 4   04        And do you know -- are you a member of
 5   05  that team?
 6   06    A.  I was a member of that team at that time.
 7   07    Q.  Okay.
 8   08        And do you know what the call that is
 9   09  being referred to there was about?
10   10    A.  It would have been one of her staff calls
11   11  I referred to earlier.
12   12        No specific agenda, no.
13   13    Q.  Okay.
14   14        I would like to mark as Exhibit 79, a
15   15  document Bates-stamped CA-ORCL 031405 through -07.
16   16        (Exhibit 79 marked.)
17   17  BY MS. LAVALLEE:
18   18    Q.  I apologize, Ms. Kopp.
19   19        Can you take a look at this document and
20   20  identify it for the record, please?
21   21        (Pause in proceedings for document review.)
22   22        MR. NADOLENCO:  Objection to the extent
23   23  it lacks foundation.
24   24  BY MS. LAVALLEE:
25   25    Q.  Can you identify the document for the
```

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1   00273:01 record, please?

2   02   A.  It's an email Safra has forwarded to --

3   03 hold on.

4   04      Sandy Sanderson has forwarded to Safra

5   05 Catz, that she then forwarded to Larry Ellison, of

6   06 mine, to what were the consulting leads and their

7   07 finance support people in January of 2001 on the

8   08 status of our internal upgrade to 11i project

9   09 accounting.

10  10   Q.  Okay.

11  11      And what was your involvement in this

12  12 project upgrade?

13  13   A.  I was the global process owner at the

14  14 time for the project's process and the migration of

15  15 the business processes surrounding project

16  16 accounting.

17  17   Q.  Okay.

18  18      And what was the upgrade?  Can you

19  19 explain to me what the upgrade was about and what it

20  20 related to?

21  21   A.  Sure.

22  22      Oracle internally up -- migrated its

23  23 applications to 11i on or about January 1st of 2001.

24  24   Q.  Okay.

25  25   A.  And at that time, each of the leads were

---

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1   00274:01 responsible for producing status reports.

2   02   Q.  Okay.

3   03      So that's what this relates to, right?

4   04   A.  Huh.

5   05      MS. LAVALLEE:  I would like to mark as

6   06 Exhibit Number 80, a document Bates-stamped CA-ORCL

7   07 033037 through -38.

8   08      (Exhibit 80 marked.)

9   09 BY MS. LAVALLEE:

10  10   Q.  Ms. Kopp, if you can take a look at the

11  11 document, review it, and then tell me what it is.

12  12      (Pause in proceedings for document review.)

13  13      THE WITNESS:  It's another big deal

14  14 summary.

15  15 BY MS. LAVALLEE:

16  16   Q.  Is it different from the big deal

17  17 summaries we have been discussing here today?

18  18      MR. NADOLENCO:  Objection to form.

19  19      THE WITNESS:  The summary, as I said

20  20 earlier, changed formats a number of times during

21  21 the quarter.

22  22      It's the same report, only in a slightly

23  23 different format.

24  24 BY MS. LAVALLEE:

25  25   Q.  Okay.  Have we seen another similar

---

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1   00275:01 report in a different format today?

2   02   A.  Yes.

3   03   Q.  Can you point out which one it is,

4   04 please?

5   05   A.  In Exhibit 71.

6   06      -2346 through the end.

7   07   Q.  Okay.

8   08      So am I to understand that once one

9   09 form -- once you used one form, you didn't use the

10  10 other form?

11  11      It was like you consecutively changed

12  12 formats, or were multiple forms used at one time?

13  13   A.  There may have been a period where there

14  14 was more than one version of the same report.

15  15      But not for any long period of time.

16  16   Q.  Okay.

17  17   A.  The idea was just to have one big deal

18  18 summary a week or a forecast period.

19  19   Q.  Okay.

20  20      And is this a -- again, is this -- the

21  21 big deal summary is something that was prepared at

22  22 your direction or under your supervision, correct?

23  23   A.  That's correct.

24  24   Q.  Okay.

25  25      And when you received these documents,

---

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1   00276:01 did you retain them --

2   02      Or how did you receive this, let me ask

3   03 you that first?

4   04   A.  Electronically through email.

5   05   Q.  From whom?

6   06   A.  From Fred Avila or Shane Gorman.

7   07   Q.  Okay.

8   08      And when you received these big deal

9   09 summaries in this form, what did you do with them?

10  10   A.  Save them to my computer disk, the hard

11  11 disk.

12  12   Q.  Okay.

13  13      And by there, you mean your actual hard

14  14 drive on your laptop as opposed to the network; is

15  15 that correct?

16  16   A.  That's correct.

17  17   Q.  You never saved them on the network?

18  18   A.  Never.

19  19   Q.  Was there a reason why you never saved

20  20 things on the network?

21  21   A.  Didn't know how.

22  22      I mean, it wasn't anything that ever

23  23 occurred to me to do, really.

24  24   Q.  Okay.

25  25   A.  I had my own directories, I saved it in

1  00277:01  my own directories.

2  02  Q.  Okay.

3  03  A.  Just never something . . .

4  04  Q.  Were you hooked up to the network on your

5  05  laptop?

6  06  A.  I'm not sure that I even was hooked up to

7  07  anyplace that I could save anything, if that's what

8  08  you mean by "network."

9  09  Q.  Okay.

10  10  But you had email, was your email through

11  11  the network at Oracle?

12  12  A.  Yes.

13  13  Q.  Do you know?

14  14  A.  Yes.

15  15  Q.  Okay.

16  16  Were you able to access OSO from your

17  17  laptop?

18  18  A.  Yes.

19  19  Q.  And what about OFA?  Were you able to

20  20  access that from your laptop during Q3 2001?

21  21  A.  Yes.

22  22  Q.  Were you able to access any other online

23  23  directories or databases during Q3 2001?

24  24  A.  Project accounting.

25  25  Q.  And again, what is "project accounting"?

1  00278:01  A.  It is the system we use to bill -- to

2  02  collect our time and bill our customers for

3  03  consulting.

4  04  Q.  Okay.

5  05  Were there any other databases that you

6  06  were able the access from your computer at Oracle

7  07  during Q3 2001?

8  08  A.  I don't remember.

9  09  MS. LAVALLEE:  Okay.  I would like to

10  10  mark as Exhibit 81, 82, 83, 84, and 85, five

11  11  separate reports.

12  12  MS. SEGAL:  If we're going to be going

13  13  through a lot of documents, do you think we should

14  14  take a break first?

15  15  MS. LAVALLEE:  If you would like to take

16  16  a break, that's fine.

17  17  THE VIDEOGRAPHER:  This is the end of

18  18  videotape number three to Volume 1, deposition of

19  19  Sarah Kopp.

20  20  The time is 4:17.

21  21  We are off the record.

22  22  (Break taken.)

23  23  (Exhibits 81 through 85 marked.)

24  24  THE VIDEOGRAPHER:  This marks the

25  25  beginning of tape number four to Volume 1 in the

1  00279:01  deposition of Sarah Kopp.

2  02  The time is 4:30.

3  03  We are on the record.

4  04  BY MS. LAVALLEE:

5  05  Q.  Ms. Kopp, I have just marked five

6  06  documents as Exhibits 81 through 85.

7  07  Eighty-one is Bates-stamped CA-ORCL

8  08  036512 [sic] through -526.

9  09  MR. NADOLENCO:  Nicole, hold on.  Let us

10  10  these -- because we're going to have to renumber

11  11  these.

12  12  MS. LAVALLEE:  Oh, I'm sorry.

13  13  MS. WHITE:  It's not your fault.

14  14  MS. LAVALLEE:  I wonder whose fault it

15  15  is?

16  16  MR. NASTARI:  I object to the

17  17  implication.

18  18  MS. LAVALLEE:  Let me know when you are

19  19  all set.

20  20  MS. WHITE:  Okay.  We're almost there.

21  21  MR. NADOLENCO:  All right.

22  22  MS. WHITE:  Okay.

23  23  BY MS. LAVALLEE:

24  24  Q.  All right.  Exhibit Number 82 is CA-ORCL

25  25  036527 through -34.

1  00280:01  Exhibit Number 83 is CA-ORCL 036535

2  02  through 06 -- 36524.

3  03  THE WITNESS:  -542.

4  04  MS. LAVALLEE:  -542, thank you.

5  05  And Exhibit Number 84 is CA-ORCL 036543

6  06  through -552.

7  07  Exhibit 85 is CA-ORCL 036553 through

8  08  -562.

9  09  Q.  Ms. Kopp, do you have a copy of each of

10  10  these documents?

11  11  A.  Yes.

12  12  Q.  All right.

13  13  If you could take a moment to look at

14  14  each of these documents, and then identify for the

15  15  record one by one what each document is.

16  16  We can start with actually Exhibit 81.

17  17  A.  Okay.

18  18  MR. NADOLENCO:  I also got a -- I

19  19  apologize for interrupting.  I got one that ends in

20  20  -519.

21  21  MS. WHITE:  That was the first one.

22  22  MS. LAVALLEE:  Keep up with us, John.

23  23  THE WITNESS:  Well, you had said -512.

24  24  It's -519.

25  25  MR. NADOLENCO:  Okay, I apologize.

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

| | | |
|---|---|---|
| 1 | 00281:01 | THE WITNESS:  Okay. |
| 2 | 02 | So 81? |
| 3 | 03 | MS. LAVALLEE:  Yes. |
| 4 | 04 | THE WITNESS:  Is the OSI consulting |
| 5 | 05 | forecast for FY01 Q3 as of the 5th of December '00. |
| 6 | 06 | BY MS. LAVALLEE: |
| 7 | 07 | Q.  Okay. |
| 8 | 08 | And is this a document that you received |
| 9 | 09 | during Q3 2000 -- I'm sorry. |
| 10 | 10 | During Q3 fiscal year 2001? |
| 11 | 11 | A.  Yes. |
| 12 | 12 | Q.  And does this entire document relate to |
| 13 | 13 | OSI consulting? |
| 14 | 14 | A.  Yes, it does. |
| 15 | 15 | Q.  Okay. |
| 16 | 16 | I'd just like to draw your attention to a |
| 17 | 17 | number of the different headings and ask you to |
| 18 | 18 | explain what they relate to. |
| 19 | 19 | A.  Uh-huh. |
| 20 | 20 | Q.  In this, I guess it's the third block |
| 21 | 21 | from the left on the first page of the document, the |
| 22 | 22 | header says:  "Q3 percentage of Plan." |
| 23 | 23 | Do you have any understanding of what is |
| 24 | 24 | referred to there by "Plan"? |
| 25 | 25 | A.  Generally that means budget. |

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

| | | |
|---|---|---|
| 1 | 00282:01 | Q.  All right. |
| 2 | 02 | And the next one reads:  "Q3 YOY Growth." |
| 3 | 03 | Do you know what that refers to? |
| 4 | 04 | A.  Year over year. |
| 5 | 05 | Q.  And the next block is:  "Note, At Risk" |
| 6 | 06 | and "Upside." |
| 7 | 07 | Do you have any understanding as to what |
| 8 | 08 | those refer to? |
| 9 | 09 | A.  "At Risk" refers to places where we are |
| 10 | 10 | doing work but no -- but don't have the purchase |
| 11 | 11 | order signed yet.  So the potential of not being |
| 12 | 12 | able to recognize that work. |
| 13 | 13 | Q.  Okay. |
| 14 | 14 | A.  "Upside" would be places where we could |
| 15 | 15 | potentially improve the forecast for any number of |
| 16 | 16 | reasons. |
| 17 | 17 | Q.  Okay. |
| 18 | 18 | And below on the left, very far left at |
| 19 | 19 | the very bottom there's two boxes.  One says |
| 20 | 20 | "Bookings," and one says "Backlog." |
| 21 | 21 | Can you tell me what "Bookings" refer to? |
| 22 | 22 | A.  Bookings are new funding, I guess, |
| 23 | 23 | documents for consulting.  It is not revenue, it is |
| 24 | 24 | funding of consulting engagement. |
| 25 | 25 | Q.  Okay. |

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

| | | |
|---|---|---|
| 1 | 00283:01 | And what does "Backlog" refer to? |
| 2 | 02 | A.  That means the total amount of funded |
| 3 | 03 | projects that we have. |
| 4 | 04 | Q.  All right.  If I can turn your -- have |
| 5 | 05 | you turn your attention to the next page, -520. |
| 6 | 06 | A.  Uh-huh. |
| 7 | 07 | Q.  And there are a number of boxes on the |
| 8 | 08 | very left-hand side. |
| 9 | 09 | The first one is:  "Utilization CO&CI)." |
| 10 | 10 | Do you know what that phrase refers to? |
| 11 | 11 | A.  Yes. |
| 12 | 12 | It is utilization.  "CO" means client |
| 13 | 13 | billable. |
| 14 | 14 | "CI" means internal billable. |
| 15 | 15 | Q.  Okay. |
| 16 | 16 | Okay. |
| 17 | 17 | MR. NADOLENCO:  We know what those mean, |
| 18 | 18 | don't we? |
| 19 | 19 | MS. LAVALLEE:  Yes. |
| 20 | 20 | Q.  Can you explain what "client billable" |
| 21 | 21 | means? |
| 22 | 22 | A.  "Client billable" means the time is being |
| 23 | 23 | utilized against a funded project for an external |
| 24 | 24 | customer. |
| 25 | 25 | Q.  Okay. |

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

| | | |
|---|---|---|
| 1 | 00284:01 | And what does "internal billable" mean? |
| 2 | 02 | A.  Generally means that consultant is being |
| 3 | 03 | loaned to another organization within Oracle, and we |
| 4 | 04 | are either receiving revenue or cost relief for |
| 5 | 05 | loaning that consultant. |
| 6 | 06 | Q.  Okay. |
| 7 | 07 | And there's percentages.  If you just |
| 8 | 08 | follow across the column there, there are some |
| 9 | 09 | percentages. |
| 10 | 10 | What do those relate to?  I'm not quite |
| 11 | 11 | sure I understand. |
| 12 | 12 | A.  Which percentages? |
| 13 | 13 | Q.  The first one under "Actual," can you |
| 14 | 14 | explain what that one, the 71.0? |
| 15 | 15 | A.  71.0 percent is the actual internal and |
| 16 | 16 | external billable utilization for the first quarter |
| 17 | 17 | of fiscal '01. |
| 18 | 18 | So 71 percent of their time that they |
| 19 | 19 | entered was billable in some fashion. |
| 20 | 20 | Q.  I see.  Thank you. |
| 21 | 21 | If you follow the boxes down, the third |
| 22 | 22 | one says:  "Capacity Days." |
| 23 | 23 | Do you have an understanding as to what |
| 24 | 24 | that refers to? |
| 25 | 25 | A.  Yeah. |

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

00285:01    That's the number of billable consultants
02 that we have on board, times the number of available
03 days in that quarter.
04    Q.   I see.
05         And: "CO Days"?
06    A.   The number of billable days in that
07 quarter being -- well, either actual or forecast.
08    Q.   That relate to external billing?
09    A.   Yeah.
10         The CO ones would be external billable
11 days.
12    Q.   And the CI would be internal billables?
13    A.   That's right.
14    Q.   Okay.
15         The second to the last page 36525, refers
16 to on the top left: "Revenue Forecast with
17 Deadweel"?
18    A.   It's actually "Dead week."
19    Q.   "Dead week."
20         What does that refer to?
21    A.   So the dead week in a quarter is the
22 difference between the project accounting bills on a
23 445 schedule, four weeks, four weeks, five weeks,
24 ending on a Friday always.
25    Q.   Uh-huh.

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

00286:01    A.   It's the difference between the actual
02 calendar month end and the cutoff of the system for
03 tracking the time.
04    Q.   I see.
05    A.   We used to call it the dead week.
06    Q.   And you don't call it that anymore?
07    A.   No.
08    Q.   What do you call it now?
09    A.   I don't know what we call it now, but we
10 don't call it that.
11    Q.   Was it causing some consternation at the
12 company?
13    A.   No.  No, not really.
14    Q.   All right.
15         And can you just identify for the record
16 Exhibit Number 82 then?
17    A.   It appears to be the same package for the
18 19th of December.  So two weeks later.
19    Q.   And is this also something that you
20 received in your capacity as senior director -- or
21 finance director for OSI 2001?
22    A.   Yes.
23    Q.   And Exhibit Number 83?
24    A.   The same package dated the 9th of
25 January, '01.

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

00287:01    Q.   All right.
02         And again, is this a package that you
03 received in your capacity as finance director for
04 OSI for Q301?
05    A.   Yes.
06    Q.   Exhibit Number 84, please?
07    A.   The same package dated January 16th, '01.
08    Q.   Okay.
09         Was this also a package that you received
10 in your capacity as finance director for OSI during
11 Q3 2001?
12    A.   Yes.
13    Q.   And Exhibit 85, can you identify that for
14 the record, please?
15    A.   It's the same package again as of
16 January 30th of '01.
17    Q.   And who was it who included the comments
18 under "Variance/Risk Explanation"?
19    A.   Who typed them in or where did they --
20    Q.   Who -- what was the source of that
21 information?
22    A.   It varied.
23    Q.   Okay.
24         And who collected that information?
25    A.   Courtenay Jung.

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

00288:01    Q.   And she -- is that a woman?
02    A.   Yes.
03    Q.   And she collected that information from
04 what sources?
05    A.   I don't know.
06    Q.   All right.
07         Is Exhibit 85 also a document you would
08 have received in your capacity as finance director
09 for OSI during the third quarter of 2001?
10    A.   Yes.
11    Q.   Were these documents that you forwarded
12 to anybody else during Q3 2001?
13    A.   They would have gone to Steve Perkins,
14 who was running consulting at that time for OSI.
15    Q.   Anybody else?
16    A.   Not that I recall.
17    Q.   All right.
18         And can you tell by the dates of the five
19 exhibits that we have just looked at, whether or not
20 any additional ones would have been prepared for the
21 third quarter of 2001?
22    A.   They likely would have.
23    Q.   All right.
24         What did you personally do with these
25 documents, with these reports after you received

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004 4:50:00 PM

1  00289:01 them in Q3 2001?
2  02    A.  The Excel files I would save to my
3  03  computer hard disk.
4  04    Q.  All right.
5  05       And would you have printed them as well?
6  06    A.  I may have printed them at the time.
7  07    Q.  Would you have kept those printouts?
8  08    A.  No.
9  09    Q.  And would you have done anything else
10 10  with them?
11 11    A.  No.
12 12       (Pause in proceedings for document review.)
13 13       MS. LAVALLEE:  All right.  I would like
14 14  to mark as Exhibit 86, a document Bates-stamped
15 15  CA-ORCL 036623 through -27.
16 16       (Exhibit 86 marked.)
17 17  BY MS. LAVALLEE:
18 18    Q.  Ms. Kopp, if you could take a look at
19 19  this document.
20 20       And after you have had a chance to review
21 21  it, please identify it for the record.
22 22    A.  It is a Q2 fiscal '01 forecast package,
23 23  not of my -- I didn't prepare it.
24 24    Q.  You did not prepare this one?
25 25    A.  No.

Oracle Related Cases                    Page 289

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004 4:50:00 PM

1  00290:01    Q.  And how do you know that?
2  02    A.  How do I know that I didn't prepare it?
3  03    Q.  (Nods head.)
4  04    A.  It's not my format, it's my predecessor's
5  05  format.
6  06    Q.  Okay.
7  07       And your predecessor was?
8  08    A.  Terry Ford.
9  09    Q.  All right.
10 10       And do you know what the purpose of this
11 11  document was for, this report?
12 12    A.  This was the old forecast package, the
13 13  old format.  The same package I created, only in a
14 14  different format.
15 15    Q.  And do you know how many of these
16 16  Mr. Ford prepared in Q3 2001?
17 17       MS. WHITE:  Objection as to form.  Lacks
18 18  foundation.
19 19       THE WITNESS:  In Q3?
20 20       MS.LAVALLEE:  Yes.
21 21       THE WITNESS:  None.  This is from Q2.
22 22  BY MS. LAVALLEE:
23 23    Q.  I see.
24 24       And what was the purpose of these
25 25  reports?

Oracle Related Cases                    Page 290

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004 4:50:00 PM

1  00291:01       MS. WHITE:  Objection as to form.
2  02       THE WITNESS:  At what point in time?
3  03  BY MS. LAVALLEE:
4  04    Q.  At the point they were created.
5  05    A.  They were --
6  06       MR. NADOLENCO:  Objection as to form.
7  07       THE WITNESS:  -- an accounting of the
8  08  forecast.
9  09  BY MS. LAVALLEE:
10 10    Q.  All right.
11 11       And what was -- you indicated that you
12 12  prepared a similar form document -- report in a
13 13  different form when you took over as finance
14 14  director for OSI.
15 15       Is that correct?
16 16    A.  Same type of report.
17 17    Q.  Same type of report.
18 18       And what was yours called?
19 19    A.  It was the forecast package we've already
20 20  discussed.
21 21    Q.  And do you know who this document -- who
22 22  this report was disseminated to?
23 23    A.  No, I don't.
24 24    Q.  Do you know with what frequency these
25 25  reports were created during Q -- during fiscal year

Oracle Related Cases                    Page 291

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004 4:50:00 PM

1  00292:01 2001?
2  02    A.  During the entire fiscal year?
3  03    Q.  During the period of time during which
4  04  they were actually created, the beginning of the
5  05  quarter -- the year.
6  06    A.  Likely on the same forecast schedule as
7  07  the corporation had.
8  08    Q.  Okay.
9  09       I would like to mark as Exhibit 87, a
10 10  document Bates-stamped CA-ORCL 036618 through -622.
11 11       (Exhibit 87 marked.)
12 12  BY MS. LAVALLEE:
13 13    Q.  Ms. Kopp, can you take a look at this
14 14  document and then identify it for the record,
15 15  please?
16 16       (Pause in proceedings for document review.)
17 17       THE WITNESS:  It, again, is a second
18 18  quarter of fiscal '01 forecast package.
19 19  BY MS. LAVALLEE:
20 20    Q.  Same type of report as the prior exhibit?
21 21    A.  Yes.
22 22    Q.  Was this one that was prepared by
23 23  Mr. Ford?
24 24    A.  Prepared for Mr. Ford?
25 25    Q.  Prepared for Mr. Ford?

Oracle Related Cases                    Page 292

```
1   00293:01   A.  Yes.
2   02   Q.  Okay.
3   03        And it was not prepared under your
4   04 direction?
5   05   A.  No.
6   06        MS. LAVALLEE:  I would like to mark as
7   07 Exhibit Number 88 -- actually, this is first in a
8   08 series of documents that were produced to plaintiffs
9   09 that I actually received by mail yesterday in my
10  10 office.
11  11        And what I will do is actually mark
12  12 sequentially the five reports.  I'll mark them 88,
13  13 89, 90, 91, 92.
14  14        MR. NADOLENCO:  Uh-oh, this is where I
15  15 got lost last time.
16  16        MS. WHITE:  I know.  Get ready.
17  17        MR. NADOLENCO:  We'll have to do it step
18  18 by step.
19  19        (Exhibit 88 marked.)
20  20        MS. LAVALLEE:  And this one is 89.
21  21        And for the record, 89 was CA-ORCL 37262
22  22 through -64.
23  23        And going back, 88 was CA-ORCL 37260,
24  24 -61.
25  25        Exhibit 90 will be CA-ORCL 37265 through
```

```
1   00294:01  -89.
2   02        (Exhibits 89 and 90 marked.)
3   03        MS. LAVALLEE:  Exhibit 70 [sic] will
4   04 be -- I'm sorry, Exhibit 91 will be CA-ORCL 37270
5   05 through -272.
6   06        (Exhibit 91 marked.)
7   07        MS. LAVALLEE:  Exhibit 92 will be
8   08 document Bates-stamped CA-ORCL 3723 -- I'm sorry,
9   09 37273 through 274.
10  10        (Exhibit 92 marked.)
11  11 BY MS. LAVALLEE:
12  12   Q.  Ms. Kopp, can you take a look at the
13  13 document we marked Exhibit 88.
14  14        And identify the document for the record,
15  15 please.
16  16   A.  It is a big deal summary from the second
17  17 quarter of fiscal 01.
18  18   Q.  And was this a document that was prepared
19  19 at your direction or under your supervision?
20  20   A.  I don't think so.
21  21   Q.  All right.
22  22        Can you take a look although Exhibit
23  23 Number 89, please.
24  24        And identify it for the record.
25  25   A.  It is also a big deal summary for the
```

```
1   00295:01 second quarter of fiscal '01.
2   02   Q.  And was the this a document that was
3   03 prepared at your direction or under your
4   04 supervision?
5   05   A.  I don't believe so.
6   06   Q.  Okay.
7   07        And do you have any understanding as to
8   08 who -- as to whether this was prepared at Mr. Ford's
9   09 direction or under his supervision?
10  10   A.  We were in transition at this time, so
11  11 I'm not exactly certain when -- what week we
12  12 switched over.  So it was likely at his.
13  13   Q.  All right.
14  14        Can you identify the record -- for the
15  15 record Exhibit Number 90, please?
16  16   A.  It is also a big deal summary from the
17  17 second quarter of fiscal '01.
18  18   Q.  And do you have any understanding as to
19  19 for whom this report was prepared or under whose
20  20 supervision?
21  21   A.  No.  It's not dated, no.
22  22   Q.  Is it dated on the top, or am I looking
23  23 at it wrong?
24  24   A.  No.
25  25        The previous one had a -- had an Excel
```

```
1   00296:01 file at the top that contained a date.  This one
2   02 doesn't.
3   03   Q.  Okay.
4   04        Just so we are clear, we are looking
5   05 at -- currently looking at 37265?
6   06   A.  Right.
7   07   Q.  Okay.
8   08        And can you identify for the record
9   09 Exhibit 91, please?
10  10   A.  It is also a big deal summary from Q2 of
11  11 fiscal '01.
12  12   Q.  Do you have any understanding whether
13  13 this was prepared at your direction or under your
14  14 supervision?
15  15   A.  No.
16  16        Again, it's not dated.  I have no idea
17  17 when it was done.
18  18   Q.  Can you identify Exhibit Number 92,
19  19 please?
20  20   A.  It is also a big deal summary from the
21  21 second quarter of fiscal 01.
22  22        MS. LAVALLEE:  I would like to mark as
23  23 Exhibit Number 93, first in a series of documents
24  24 that were actually sent to our office after the
25  25 close of business by fax yesterday by Oracle
```

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

1  00297:01 counsel.

2  02    And obviously we have not had an

3  03 opportunity to review these documents and reserve

4  04 our right to bring the witness back.

5  05    MS. WHITE:  No, we can stay here as late

6  06 as you want tonight, but she is not going to come

7  07 back from Virginia for that.

8  08    MS. LAVALLEE:  You stated your position

9  09 on the record, that's fine.

10  10    MS. WHITE:  Uh-huh.

11  11    (Exhibit 93 marked.)

12  12    MS. LAVALLEE:  And this Exhibit Number 93

13  13 is a document Bates-stamped CA-ORCL 037275 through

14  14 -279.

15  15    Q.   Ms. Kopp, can you take a look at this

16  16 document and then identify it for the record,

17  17 please.

18  18    A.   This is the Jay forecast package that I

19  19 was referring to.  It is my format.

20  20    Q.   I see.

21  21    So this is a document that you did

22  22 prepare on or about December 14 -- I mean, excuse

23  23 me, on or about December 4, 2000, or that was

24  24 prepared at your direction or under your supervision

25  25 at that time?

---

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

1  00298:01    A.   Yes.

2  02    Q.   Does this -- this document relates to

3  03 both licensing and consulting; is that correct?

4  04    A.   That's right.

5  05    Q.   All right.

6  06    On the left of the first page of the

7  07 document, there is an annotation:  "ISD in Field."

8  08    What does that refer to?

9  09    A.   It means that the revenue projection for

10  10 what was then called ISD, the Internet Services

11  11 Division, which is now called Oracle Direct, is

12  12 reflected in each of the separate group numbers as

13  13 opposed to being reflected on its own.

14  14    Q.   Okay.

15  15    And was that a change in procedure?

16  16    A.   Yes.

17  17    Q.   And when did Oracle start reflecting that

18  18 data differently?

19  19    A.   I don't recall.

20  20    Q.   Was it in the third quarter of 2001?

21  21    A.   No.

22  22    Q.   Was it prior to that period?

23  23    A.   Yes.

24  24    Q.   Can I ask you to turn your attention to

25  25 page 2, Bates-stamped -276.

---

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

1  00299:01    A.   Uh-huh.

2  02    Q.   Can you explain for me what the meaning

3  03 of the box at the bottom where it states:  "License

4  04 Scenario Analysis OSO:  Current Week," what that

5  05 refers to, that information in that box?

6  06    A.   That's information that is pulled

7  07 directly out of OSO.  It's the forecast information

8  08 for each of the verticals under OSI.

9  09    Q.   Okay.

10  10    A.   And it's pulled exactly from the system.

11  11 So it's missing data.

12  12    Q.   What data would it be missing?

13  13    A.   In this instance, it's missing state and

14  14 local, indicating they hadn't submitted anything

15  15 yet.

16  16    Q.   Okay.

17  17    A.   It's incomplete, is what I am getting at.

18  18    Q.   And can you explain the correlation

19  19 between this information and the information above

20  20 under --

21  21    MS. WHITE:  Objection to form.

22  22 BY MS. LAVALLEE:

23  23    Q.   -- "Total Revenue" in the first box on

24  24 the left-hand side there?

25  25    A.   The first box on the left-hand side is

---

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

1  00300:01 "Prior Year."

2  02    Q.   Okay.

3  03    I guess I'm encompassing more than the

4  04 first box.

5  05    The second column, then, of that box.

6  06    A.   The seconds box would have been the

7  07 forecast that we submitted at Jay Nussbaum's level

8  08 for OSI.

9  09    Q.   Okay.

10  10    A.   The box at the bottom is what is

11  11 submitted by his directs in OSO

12  12    Q.   Okay.

13  13    And is the difference between these two

14  14 simply Jay Nussbaum's management judgment, or are

15  15 there other things that would affect these numbers

16  16 and make them different?

17  17    MS. WHITE:  Objection as to form.

18  18    THE WITNESS:  In this instance, there is

19  19 more because one of the groups hadn't entered

20  20 anything at all.

21  21 BY MS. LAVALLEE:

22  22    Q.   Okay.

23  23    And other than that fact, would there be

24  24 anything other than Mr. Nussbaum's judgment that

25  25 would explain the difference between the values set

00301:01 forth in those two boxes?

02     MS. WHITE: Objection as to form.

03     THE WITNESS: Generally not.

04 BY MS. LAVALLEE:

05     Q.  And on the boxes at the bottom that we've

06 just been discussing there's a heading called

07 "Worst," and one called "Most Likely," and then one

08 "Best."

09         Can you explain to me what each of these

10 mean?

11     A.  "Worst" case is -- I don't know how to

12 describe a worst case forecast.

13         It's what they would consider to be the

14 safe -- you know, we won't do worse than this

15 forecast.

16     Q.  Uh-huh.

17     A.  "Likely" is as stated, the likely

18 forecast.

19         "Best" case is what they would think to

20 be their best case.

21     Q.  Is there -- is it usual to see that much

22 of a discrepancy between the -- either the worst,

23 most likely, or best case numbers from the field and

24 Mr. Nussbaum's forecast number?

25         MR. NADOLENCO: Objection to form.

00302:01     THE WITNESS: This was the first time we

02 ever reported this. It was a new packet, and it was

03 the first week of a new quarter.

04         So in this instance, I would say it's not

05 unusual.

06 BY MS. LAVALLEE:

07     Q.  Okay.

08         And that is because it's the first week

09 or -- I'm not sure I understand why you would say

10 that.

11     A.  It's because -- two reasons. It's the

12 first week of the quarter. I don't know how closely

13 anyone has looked at that number.

14         And in this instance, we had never

15 reported this data out of OSO previously. And so

16 that the data that's in there at that point in time

17 may or may not have been very accurate at that

18 point.

19     Q.  Okay.

20         And by -- when you are referring to the

21 data that you've never included before in these

22 types of reports, or Oracle has never included in

23 these reports in the past, which data specifically

24 are you referring to?

25     A.  What I'm referring to specifically is a

00303:01 worst, most likely, and best forecast submitted in

02 OSO at the level of Jay's direct reports.

03     Q.  Okay. Thank you.

04         And that's what this box at the bottom

05 represents?

06     A.  That's what that is.

07     Q.  Okay.

08         If I can turn your attention to the next

09 page, page -277.

10     A.  Uh-huh.

11     Q.  If you could explain for me the box on

12 the very right-hand side that refers to "Q3 FY01

13 Backlog," can you explain what that refers to?

14     A.  That is the funded consulting projects

15 that exist as of Q3 FY01. Would have been a

16 projection of the backlog as of the end of the

17 quarter, based on that bookings forecast.

18     Q.  Okay.

19         And the next page, -278, can you explain

20 for me what the general data contained in here

21 refers to?

22     A.  This would have been a look ahead at the

23 Q4 FY01 projection as of that time frame.

24     Q.  Okay.

25         I'd like to mark as Exhibit Number 94, a

00304:01 document Bates-stamped CA-ORCL 037280 through -284.

02     (Off the record.)

03     (Exhibit 94 marked.)

04 BY MS. LAVALLEE:

05     Q.  Ms. Kopp, can I ask you to take a look at

06 this document.

07         When you have had a chance to look at it,

08 please identify it for the record.

09     (Pause in proceedings for document review.)

10     THE WITNESS: This is also one of my Q3

11 forecast packages for Jay Nussbaum.

12 BY MS. LAVALLEE:

13     Q.  And this is a document that was prepared

14 at your direction on or about December 19th, 2000?

15     A.  That's right.

16     Q.  If I could turn your attention to the

17 second page of this document, the document

18 Bates-stamped 37281.

19         There is a box similar to the last one

20 but slightly different.

21         And can you explain for me the difference

22 here?

23     A.  The difference in which box?

24     Q.  The bottom on the left, the "Licensed

25 Scenario Analysis," there is a couple extra columns

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1   00305:01 that I did not see in the prior exhibit.

2   02   A.   Right.

3   03        In order to make it more clear, what we

4   04   were comparing -- as you noticed it was confusing in

5   05   the prior exhibit, so to make it more clear we

6   06   pulled the forecast down from the top to show the

7   07   direct comparison between the forecast being

8   08   submitted and what was captured in OSO.

9   09   Q.   Okay.

10  10        So the management judgment on the

11  11   right-hand side refers to Mr. Nussbaum's management

12  12   decision -- judgment.

13  13   A.   That's right.

14  14   Q.   And that combined with the "most likely"

15  15   figure is what provided the forecast.

16  16        Is that correct?

17  17   A.   That's correct.

18  18   Q.   The Jay Nussbaum forecast I should say,

19  19   right?

20  20   A.   That's right.

21  21   Q.   If I could turn your attention to the

22  22   last page of this exhibit, -284, this again refers

23  23   to fourth quarter fiscal year 2001 projections; is

24  24   that correct?

25  25   A.   That's right.

Oracle Related Cases                                    Page 305

---

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1   00306:01   Q.   All right.

2   02        And there is a similar box at the bottom

3   03   regarding -- which contains Mr. Nussbaum's

4   04   management judgment as well as a forecast.

5   05   A.   Uh-huh.

6   06   Q.   Who compiles the actual forecast number

7   07   that -- above that does not contain the management

8   08   judgment, or where is that information derived from?

9   09   A.   There is no forecast on here without

10  10   management judgment.

11  11        I don't know what you are talking about.

12  12   Q.   Okay. Maybe I misspoke.

13  13        There is a second column that says: "Q4

14  14   Fiscal Year 01 Forecast."

15  15   A.   Uh-huh.

16  16   Q.   And there is a total revenue for OSI,

17  17   license for OSI figure that I believe is 320,000?

18  18   A.   Million.

19  19   Q.   Million. Thank you.

20  20        And that is Mr. Nussbaum's forecast then;

21  21   is that correct?

22  22   A.   That's correct.

23  23   Q.   Okay.

24  24        So that number is comprised of

25  25   Mr. Nussbaum's judgment as to what the projections

Oracle Related Cases                                    Page 306

---

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1   00307:01 for that quarter would be; is that correct?

2   02   A.   For our future quarter, yes.

3   03        MS. LAVALLEE: I would like to mark as

4   04   Exhibit Number 95, a document -- again, this is in

5   05   the series of documents that we received yesterday

6   06   at the close of business by fax -- CA-ORCL 037285

7   07   through -289.

8   08        (Exhibit 95 marked.)

9   09 BY MS. LAVALLEE:

10  10   Q.   Ms. Kopp, can you take a look at this

11  11   document.

12  12        When you have had a chance to review it,

13  13   please identify it for the record.

14  14   A.   It's the same as the other two packages,

15  15   only for week five of the third quarter of fiscal

16  16   '01.

17  17   Q.   If I could turn your attention to page 2

18  18   of this document, which is Bates-stamped -286.

19  19   A.   Uh-huh.

20  20   Q.   At the very bottom again there is the

21  21   forecast number, plus the breakdown as to what

22  22   represents Mr. Nussbaum's management judgment, as

23  23   well as what represents the field most likely

24  24   scenario.

25  25        Correct?

Oracle Related Cases                                    Page 307

---

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

1   00308:01   A.   That's correct.

2   02   Q.   Okay.

3   03        If I could ask you to compare this box to

4   04   the box from the Week 3, which is the prior

5   05   reporting week for that time frame.  Right?

6   06   A.   Yes.

7   07   Q.   And if I compare them, the --

8   08   Mr. Nussbaum's forecast is 225, 225 million in both

9   09   instances.

10  10        However, the most likely from the field

11  11   has dropped from 169,028 million to 132 million.

12  12        Is that correct?

13  13   A.   That's correct.

14  14   Q.   So the management judgment was just

15  15   simply increased and -- to bring the forecast to the

16  16   same number; is that correct?

17  17        MS. WHITE: Objection as to form.

18  18        Calls for speculation.

19  19        THE WITNESS: The forecast remained the

20  20   same.

21  21 BY MS. LAVALLEE:

22  22   Q.   And then management judgment increased.

23  23   Correct?

24  24   A.   As a result, that's the formula, yeah.

25  25        MS. LAVALLEE: I would like to mark as

Oracle Related Cases                                    Page 308

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
1   00309:01 Exhibit Number 96, a document Bates-stamped CA-ORCL
2   02 037290 through -294.
3   03     (Exhibit 96 marked.)
4   04     MS. WHITE:  Are we on 96?
5   05     MS. LAVALLEE:  Yes.
6   06   Q.  Ms. Kopp, can you take a look at the
7   07 document.
8   08     When you have had an opportunity to
9   09 review it, please identify what the document is for
10  10 me.
11  11     (Pause in proceedings for document review.)
12  12     THE WITNESS:  It's another Q301 forecast
13  13 package of mine for Week 7.
14  14 BY MS. LAVALLEE:
15  15   Q.  And, again, this was prepared under your
16  16 supervision on or about January 16, 2001,
17  17     Is that correct?
18  18   A.  That's correct.
19  19   Q.  Again, just so I'm clear, the -- you had
20  20 indicated earlier that the data that's put into this
21  21 report, there's a couple of days' lag between the
22  22 time the data is actually obtained from OFA and OSO.
23  23     Is that correct?
24  24   A.  That's correct.
25  25   Q.  Okay.
```

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
1   00310:01     And do you recall what the tag time
2   02 period between the time the data is actually
3   03 obtained from the system, and the time this report
4   04 is generated and presented to Mr. Nussbaum?
5   05   A.  About two days.
6   06   Q.  If I can turn your attention to the
7   07 second page, page Bates-stamped -291.
8   08     There is some difference to this format
9   09 again.
10  10     Can you explain the difference for me?
11  11   A.  I'm just showing the management judgment
12  12 in two places, so that we can see the judgment
13  13 against not just the most likely case, but against
14  14 the worst and best case as well.
15  15   Q.  Okay.
16  16     I would like to mark as Exhibit Number
17  17 97, a document Bates-stamped CA-ORCL 037295 through
18  18 -299.
19  19     (Exhibit 97 marked.)
20  20 BY MS. LAVALLEE:
21  21   Q.  Ms. Kopp, can you take a look at the
22  22 document.
23  23     And when you have had an opportunity to
24  24 review it, please identify it for the record.
25  25     (Pause in proceedings for document review.)
```

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
1   00311:01     THE WITNESS:  This is a forecast for the
2   02 second quarter of -- it says "FY04."  That can't be
3   03 right.
4   04 BY MS. LAVALLEE:
5   05   Q.  Possibly a typo?
6   06   A.  That can't be right.  That must be a
7   07 typo, yeah.
8   08     I'm not making forecasts that look like
9   09 this now.
10  10   Q.  Are your forecasts lower now?
11  11   A.  Are my forecasts lower now?
12  12     Different format is what I meant.
13  13   Q.  Okay.  All right.
14  14     Well, there is a date below it that
15  15 indicates November 22nd, 2000 [sic].  So --
16  16   A.  Where?
17  17     MS. WHITE:  November 21st, 2000.  Right
18  18 under there.
19  19     THE WITNESS:  Oh, there it is.
20  20     Okay, I see.
21  21 BY MS. LAVALLEE:
22  22   Q.  So do you believe that this is a report
23  23 for that time frame?
24  24   A.  Yes, I do.
25  25   Q.  All right.
```

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
1   00312:01     Was this around the time that you started
2   02 as finance director for OSI?
3   03   A.  Yeah.  I was experimenting with formats,
4   04 so, yeah.
5   05     I don't remember if this is the first one
6   06 I did, but in that time frame.
7   07   Q.  There seems to be some -- on page -297,
8   08 some pipeline data.
9   09     Is that correct, on this particular
10  10 report?
11  11   A.  That's right.
12  12   Q.  Okay.
13  13     I don't believe that this similar data
14  14 appears on the reports that you prepared or that
15  15 were prepared at your direction for either the
16  16 December 2000 or January 2001 time frame that we've
17  17 just looked at.
18  18     Is that correct?
19  19   A.  That's correct.
20  20   Q.  And you made a decision at some point in
21  21 time to remove that data from this report?
22  22   A.  Yes.
23  23     This report is almost identical to the
24  24 Americas Forecast Pack that I modeled it after.  And
25  25 we subsequently removed the pipeline trending data
```

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

```
 1   00313:01  off of it.
 2      02    Q.   And why was -- why was that?
 3      03    A.   I don't recall.
 4      04    Q.   And do you know who made the decision to
 5      05    remove that data?
 6      06    A.   Likely, I did.
 7      07    Q.   Okay.
 8      08         And this data is similar to the Americas
 9      09    Forecast data you indicated, right?
10      10    A.   It's the same format.
11      11    Q.   Okay.
12      12         And you are referring now to the pipeline
13      13    data?
14      14    A.   Uh-huh.
15      15    Q.   Okay.
16      16         And the last in the series of documents
17      17    that were sent to us last night is a document
18      18    Bates-stamped CA-ORCL 037300 through -304.
19      19         And I'll mark that 98.
20      20         (Exhibit 98 marked.)
21      21   BY MS. LAVALLEE:
22      22    Q.   Ms. Kopp, can you take a look at the
23      23    document that we've just stamped -- or exhibit we've
24      24    just marked as Exhibit Number 98, and then tell me
25      25    what it is?
```

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

```
 1   00314:01       (Pause in proceedings for document review.)
 2      02    THE WITNESS:  It's a Q2 forecast package
 3      03    for fiscal '01, Week 13, dated November 28th of
 4      04    2000.
 5      05   BY MS. LAVALLEE:
 6      06    Q.   And again, this is your report that's
 7      07    prepared at your direction?
 8      08    A.   That's right.
 9      09         MS. LAVALLEE:  I would like to mark as
10      10    Exhibit Number 99, a document Bates-stamped ORCL
11      11    0128256, and it is a single-page document.
12      12         (Exhibit 99 marked.)
13      13   BY MS. LAVALLEE:
14      14    Q.   Ms. Kopp, can you take a look at this
15      15    document.
16      16         And when you have had a chance to review
17      17    it, identify it for the record, please.
18      18         (Pause in proceedings for document review.)
19      19    THE WITNESS:  It's a document I created
20      20    for Lynn Neuner for the -- I keep remembering the
21      21    name -- forgetting the name of that other interview.
22      22    But I --
23      23   BY MS. LAVALLEE:
24      24    Q.   The Special Litigation?
25      25    A.   Yes, the SLC interview.
```

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

```
 1   00315:01       I prepared it for her as we sat and
 2      02    talked in my office.
 3      03    Q.   Okay.
 4      04         And you actually prepared it on your
 5      05    computer during that interview meeting?
 6      06    A.   I did.
 7      07    Q.   And what information did you use to
 8      08    generate this report at that time?
 9      09    A.   I would have taken the information
10      10    directly from the forecast packages we just
11      11    reviewed --
12      12    Q.   Okay.
13      13    A.   -- and pulled pieces of that data into
14      14    this.
15      15    Q.   Okay.
16      16         And would you -- were you looking at
17      17    actual hard copies of the forecast?
18      18    A.   I would have been looking at it online
19      19    and just selected and pasted it over from Excel,
20      20    rather than re-key it.
21      21    Q.   All right.
22      22         And is it your recollection that your
23      23    interview took place on or about July 30th, 2002?
24      24         Does that sound right?
25      25    A.   Based on the transcript, yes.
```

Kopp, Sarah (Vol. 01) - 02/19/2004 2/19/2004 4:50:00 PM

```
 1   00316:01  Q.   You don't have any reason to believe that
 2      02    it took place on a different day?
 3      03    A.   No.
 4      04    Q.   So if I understand you correctly, you
 5      05    actually went on -- was it your computer on your
 6      06    files on your computer to extract the data to
 7      07    compile this chart?
 8      08    A.   Yes.
 9      09    Q.   If I could ask you to refer back to the
10      10    last, I believe it's five exhibits that were your
11      11    forecast packages.
12      12         Can you tell me by looking at these
13      13    whether there are additional packages that you had
14      14    prepared during Q3 2001?
15      15    A.   There would have been others.
16      16    Q.   There would not have been others?
17      17    A.   There would have been others.
18      18    Q.   Okay.
19      19         And why do you say that?
20      20    A.   Because these stop at -- I believe they
21      21    stop at January 16th, if I have it right, Week 7 of
22      22    the quarter.
23      23    Q.   Okay.
24      24         And when would the next one have
25      25    appeared?
```

**Page 317**

```
00317:01   A.   Two weeks after that for Week 9.
     02    Q.   And that would have been what date?
     03         MS. WHITE: Objection as to form.
     04         THE WITNESS: January 30th.
     05   BY MS. LAVALLEE:
     06    Q.   Do you know if you still have that report
     07   on your system, your computer at the office?
     08    A.   I don't know.
     09         MS. LAVALLEE: Okay. I would like to
     10   just take a moment, a few minutes' break, and then
     11   see where we're at. And then we can try to wrap
     12   things up as soon as we can.
     13         Before we go off the record, I'd like to
     14   request, obviously, that we -- and I'll follow this
     15   up with a letter -- that we obtain all copies of all
     16   missing reports that we have discussed today. And
     17   I'll follow up with a letter so you know --
     18         MS. WHITE: I think you need to follow-up
     19   with a letter because I have no idea what you mean
     20   by "all missing reports."
     21         MS. LAVALLEE: Well, for example, this
     22   one that we just discussed. And I'll follow-up with
     23   a letter.
     24         MS. WHITE: We can talk about it off
     25   record.
```

**Page 318**

```
00318:01        There isn't one, but we can talk about
     02   it.
     03         MS. LAVALLEE: Okay.
     04         THE VIDEOGRAPHER: The time is 5:24.
     05   We are off the record.
     06         (Break taken.)
     07         THE VIDEOGRAPHER: The time is 5:33.
     08   We are on the record.
     09   BY MS. LAVALLEE:
     10    Q.   Ms. Kopp, I just have one or two more
     11   questions and then we'll be complete for the day.
     12         Let me ask you to think back to your
     13   discussions with the SLC.
     14         Do you recall discussing anything
     15   regarding the Bell South deal that was something in
     16   the pipeline in Q3 2001?
     17    A.   I don't recall discussing the license
     18   deal.
     19    Q.   Okay.
     20         Do you recall anything about a revenue
     21   recognition issue regarding that deal?
     22    A.   Yes, I do.
     23    Q.   Can you explain to me what the issue
     24   there was?
     25    A.   The issue there was that the licenses we
```

**Page 319**

```
00319:01   had sold were being significantly customized by the
     02   consulting organization.
     03         And per revenue recognition rules, we
     04   don't recognize revenue on licenses that are not in
     05   use or not able to be in use right away.
     06    Q.   Was there a situation where revenue was
     07   recognized and then had to be reversed?
     08    A.   Yeah.
     09         It was recognized and reversed within the
     10   same week --
     11    Q.   Okay?
     12    A.   -- I believe.
     13    Q.   All right.
     14         And where was it recognized?
     15         MS. WHITE: Objection as to form.
     16   BY MS. LAVALLEE:
     17    Q.   You indicated that it was recognized.
     18   And by that, what do you mean?
     19    A.   The end of the quarter, the orders are
     20   booked into the order entry system.
     21    Q.   Uh-huh.
     22    A.   And in the days following and post
     23   quarter they are reviewed by the revenue recognition
     24   organization before they are -- before they are, you
     25   know, booked as final revenue.
```

**Page 320**

```
00320:01    Q.   Okay.
     02         At that point in time, it's your
     03   understanding that at that point in time the revenue
     04   that had been initially recognized was reversed?
     05    A.   That's correct.
     06    Q.   And are you speaking now before the final
     07   financial statements were prepared by the company
     08   provided to -- well, prepared by the company and
     09   finalized by the company?
     10    A.   For the third quarter?
     11    Q.   For the third quarter.
     12    A.   Yes.
     13         MS. LAVALLEE: Ms. Kopp, those are the
     14   only questions I have for today.
     15         And, again, we reserve our right to bring
     16   this witness back.
     17         MS. WHITE: You understand my position on
     18   that.
     19         MS. LAVALLEE: Correct.
     20         THE VIDEOGRAPHER: Okay. This concludes
     21   Volume 1 of the deposition of Sarah Kopp.
     22         The time is 5:36.
     23         We are off the record.
     24         (Time noted: 5:36 p.m.)
     25
```

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
 1  00321:01      CERTIFICATE OF WITNESS

 2      02

 3      03

 4      04        I, SARAH KOPP, the undersigned, declare

 5      05  under penalty of perjury that I have read the

 6      06  foregoing transcript, and I have made any

 7      07  corrections, additions, or deletions that I was

 8      08  desirous of making, that the foregoing is a true and

 9      09  correct transcript of my testimony contained

10      10  therein.

11      11

12      12  EXECUTED THIS _____ day of _____ _____,

13      13  20____, at _____ ._____.

14      14

15      15

16      16

17      17  _____

18      18        Signature of Witness

19      19

20      20

21      21

22      22

23      23

24      24

25      25
```

Kopp, Sarah (Vol. 01) - 02/19/2004  2/19/2004  4:50:00 PM

```
 1  00322:01  COUNTY OF SAN FRANCISCO )

 2      02  STATE OF CALIFORNIA    )

 3      03

 4      04            REPORTER'S CERTIFICATE

 5      05        I, HEIDI J. RYDER, a Certified Shorthand

 6      06  Reporter, licensed by the State of California and

 7      07  empowered to administer oaths and affirmations

 8      08  pursuant to Section 2093(b) of the Code of Civil

 9      09  Procedure, do hereby certify:

10      10        That the witness, SARAH KOPP, was present

11      11  at the time and place herein set forth and was by me

12      12  sworn to testify as to the truth; that the said

13      13  proceedings were recorded stenographically by me and

14      14  were thereafter transcribed by me via

15      15  computer-assisted transcription; that the foregoing

16      16  deposition is a true record of the proceedings which

17      17  then and there took place; that I am a disinterested

18      18  person to said action.

19      19

20      20        IN WITNESS WHEREOF, I have subscribed my

21      21  name on February 29, 2004.

22      22

23      23

24      24

25      25        HEIDI J. RYDER, CSR 10053
```

# EXHIBIT GG

**Page 1**

```
 1   00001:01   IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2       02     IN AND FOR THE COUNTY OF SAN MATEO
 3       03            —o0o—
 4       04   COORDINATION PROCEEDING
 5       05
 6       06
 7       07            PROCEEDING NO. 4180
 8       08   THIS DOCUMENT RELATES TO:
 9       09   ALL ACTIONS
10       10
11       11
12       12   DEPOSITION OF LAWRENCE J. ELLISON
13       13        Thursday, February 26, 2004
14       14        Volume I (Pages 1 - 221)
15       15
16       16
17       17
18       18
19       19   REPORTED BY:
20       20   HOLLY MOOSE, RDR-CRR-CRP
21       21
22       22
23       23        Certified Shorthand Reporters
24       24        San Francisco, California  94102
25       25
```

**Page 2**

```
 1   00002:01   IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE
 2       02     IN AND FOR NEW CASTLE COUNTY
 3       03
 4       04   IN RE ORACLE CORPORATION
 5       05   DERIVATIVE LITIGATION
 6       06   _____/
 7       07
 8       08
 9       09
10       10
11       11
12       12
13       13
14       14
15       15
16       16
17       17
18       18
19       19
20       20
21       21
22       22
23       23
24       24
25       25
```

**Page 3**

```
 1   00003:01        A P P E A R A N C E S
 2       02
 3       03   FOR CALIFORNIA PLAINTIFFS:
 4       04   BERMAN, DEVALERIO, PEASE, TABACCO, BURT & PUCILLO
 5       05        NICOLE LAVALLEE, ESQ.
 6       06   425 California Street, Suite 2025
 7       07   (415)433-3200
 8       08   AND
 9       09   COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI
10       10        JERRY E. NASTARI, ESQ.
11       11   Millbrae, CA 94030
12       12
13       13   FOR DELAWARE PLAINTIFFS:
14       14   SCHIFFRIN & BARROWAY
15       15   Three Bala Plaza East, Suite 400
16       16   (610)667-7706
17       17
18       18
19       19   BY: JORDAN ETH, ESQ.
20       20   San Francisco, CA 94105
21       21
22       22
23       23   BY: LAUREN SEGAL, MANAGING COUNSEL
24       24   Redwood Shores, CA 94065
25       25
```

**Page 4**

```
 1   00004:01        A P P E A R A N C E S (continued)
 2       02
 3       03   FOR INDIVIDUAL DEFENDANTS ELLISON AND HENLEY:
 4       04   MAYER, BROWN, ROWE & MAW
 5       05        ALAN N. SALPETER, ESQ.
 6       06   Chicago, IL 60603
 7       07
 8       08
 9       09        (415)824-1300
10       10
11       11   TAKEN AT:
12       12   BERMAN, DEVALERIO, PEASE, TABACCO, BURT & PUCILLO
13       13   San Francisco, CA 94104
14       14
15       15
16       16
17       17            —o0o—
18       18
19       19
20       20
21       21
22       22
23       23
24       24
25       25
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1   00005:01              I N D E X
2   02
3   03  DEPOSITION OF LAWRENCE J. ELLISON, VOLUME 1
4   04
5   05  EXAMINATION BY:                  PAGE
6   06      MR. DE GHETALDI              9
7   07
8   08  DC EXHIBITS
9   09  100  Oracle Corporation Options Summary,
10  10
11  11
12  12      Committee Of The Board Of Directors
13  13      CD-I-1398-404, 7 pages          54
14  14  103  E-mails, CA-ORCL 023210-25, 7 pages    210
15  15
16  16
17  17          ---o0o---
18  18
19  19
20  20
21  21
22  22
23  23
24  24
25  25
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1   00006:01          BE IT REMEMBERED that, pursuant to Notice and
2   02  on Thursday, February 26, 2004, commencing at the hour
3   03  of 10:12 a.m., before me, HOLLY MOOSE, CSR No. 6438, a
4   04  Certified Shorthand Reporter in the State of California,
5   05  there personally appeared
6   06
7   07              LAWRENCE J. ELLISON,
8   08
9   09  called as a witness by the Plaintiffs, who, having been
10  10  first duly sworn, was examined and testified as
11  11  hereinafter set forth:
12  12
13  13
14  14
15  15          ---o0o---
16  16
17  17
18  18
19  19
20  20
21  21
22  22
23  23
24  24
25  25
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1   00007:01  PROCEEDINGS              10:12 A.M.
2   02
3   03          THE VIDEOGRAPHER:  This marks the beginning of
4   04  Volume I, videotape 1 in the deposition of Lawrence
5   05  Ellison in the matter of Coordination Proceeding Special
6   06  Title, paren, Rule 1550, paren B, end paren, end paren,
7   07  Oracle Cases, in the superior court of the state of
8   08  California, county of San Mateo, Judicial Council
9   09  Coordination Proceedings [sic] No. 4180, and In Re
10  10  Oracle Corporation Derivative Litigation, the court of
11  11  the Chancery of the state of Delaware, in and for New
12  12  Castle County, consolidated CA number 16751.
13  13          Today's date is February 26, 2004.  The time
14  14  10:12 a.m.  The location of this deposition is the Law
15  15  Office of Berman, DeValerio, et al., 425 California
16  16  Street, San Francisco, California.
17  17          The deposition was noticed by Dario de
18  18  Ghetaldi of Corey, Luzaich, et al., and the videotape is
19  19  being produced on behalf of the plaintiff.
20  20          The video operator is Andrew Martin, a
21  21  California notary public for the county of Marin,
22  22  employed by Dan Mottaz Video Productions LLC, 182 Second
23  23  Street, Suite 202, San Francisco, California, 94105,
24  24  telephone 415-624-1300.  The court reporter is Holly
25  25  Moose of Holly Moose Certified Shorthand Reporters.
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1   00008:01          Would counsel present please identify
2   02  themselves and state whom they represent.
3   03          MR. DE GHETALDI:  Dario de Ghetaldi, Corey,
4   04  Luzaich, Pliska, de Ghetaldi & Nastari, on behalf of
5   05  California plaintiffs.
6   06          MS. LAVALLEE:  Nicole Lavallee, Berman,
7   07  DeValerio, on behalf of California plaintiffs.
8   08          MR. TABACCO:  Joseph Tabacco, Berman,
9   09  DeValerio, California plaintiffs.
10  10          MR. WEISER:  Robert Weiser, Schiffrin &
11  11  Barroway LLP, on behalf of Delaware plaintiffs.
12  12          MR. NASTARI:  Jerry Nastari with the Corey
13  13  firm.
14  14          MS. GUARNIERI:  Betsy Guarnieri, Berman,
15  15  DeValerio, on behalf of California plaintiffs.
16  16          MR. ETH:  Jordan Eth, Morrison & Foerster, on
17  17  behalf of Oracle Corporation.
18  18          MS. SEGAL:  Lauren Segal, Oracle Corporation,
19  19  on behalf of Oracle Corporation.
20  20          MR. RUBINSTEIN:  Javier Rubinstein, on behalf
21  21  of the defendants.
22  22          MR. SALPETER:  Alan Salpeter, Mayer, Brown, on
23  23  behalf of the defendants.
24  24          THE VIDEOGRAPHER:  If there are no
25  25  stipulations, the court reporter may administer the
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004 10:41:00 AM

```
1   00009:01 oath.
2   02        (Witness sworn).
3   03            LAWRENCE J. ELLISON,
4   04   having been first duly sworn, testified as follows:
5   05
6   06            EXAMINATION BY
7   07   MR. DE GHETALDI: Q. Good morning,
8   08 Mr. Ellison.
9   09   A. Morning.
10  10   Q. How many times have you had your deposition
11  11 taken in the past?
12  12   A. Don't recall.
13  13   Q. Okay. But you have had your deposition taken
14  14 in the past?
15  15   A. Many times.
16  16   Q. Approximately how many?
17  17   A. One to two dozen times.
18  18   Q. All right. Even though you probably
19  19 understand the procedure, I want to take some time at
20  20 first to just go over some ground rules with you to make
21  21 sure that I'm right.
22  22        First of all, I'd like to ask you to try not
23  23 to start answering any question before I've finished
24  24 asking it, and I'll try and do the same, so that the
25  25 court reporter will have a easier time with taking down
```

Oracle Related Cases                                    Page 9

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004 10:41:00 AM

```
1   00010:01 the testimony here today. Is that okay?
2   02   A. Sure.
3   03   Q. Okay. And even though this deposition is
4   04 being videotaped, I'd like to ask you to make sure that
5   05 you answer my questions with actual words rather than
6   06 nods of the head or sounds indicating assents, or
7   07 something like that, okay?
8   08   A. Okay.
9   09   Q. The transcript is going to be prepared in a
10  10 booklet form, and you're going to be given the
11  11 opportunity to review it. You can make changes or
12  12 corrections to it, but I want you to understand that if
13  13 you do make any such changes or corrections that we
14  14 would be able to comment on that fact at trial if this
15  15 matter goes to trial. Do you understand?
16  16   A. I do.
17  17   Q. Okay. The way that we've been doing this and
18  18 the way I plan to do this today is we'll try and take a
19  19 break approximately every hour. If you want to take a
20  20 break at any time, let me know, and that's -- no problem
21  21 with that, all right?
22  22   A. Okay.
23  23   Q. Okay. And please, if at any point today you
24  24 don't understand one of my questions -- because believe
25  25 me, there will come a time when a question will come out
```

Oracle Related Cases                                    Page 10

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004 10:41:00 AM

```
1   00011:01 of my mouth and it'll just fall on the table and be
2   02 squirming there between us, nobody able to understand
3   03 what I said. So if that happens, let me know and I'll
4   04 ask the question again.
5   05   A. All right.
6   06   Q. All right. Did you meet with anybody in order
7   07 to prepare for this deposition today?
8   08   A. Yes, I did.
9   09   Q. Who was that?
10  10   A. My attorneys.
11  11   Q. Can you name them, please.
12  12   A. Mr. Salpeter and Javier Rubinstein.
13  13   Q. All right. And how many occasions did you
14  14 meet with them in order to prepare for this deposition?
15  15   A. Yesterday and briefly this morning.
16  16   Q. How long was the meeting yesterday?
17  17   A. Four or five hours.
18  18   Q. How long was the meeting this morning?
19  19   A. Five minutes.
20  20   Q. What documents did you review to prepare for
21  21 your deposition?
22  22   A. My sworn affidavit, two interviews with the
23  23 special litigation committee, and a handful of e-mails.
24  24   Q. Is that all?
25  25   A. I think there were some reproduced copies of
```

Oracle Related Cases                                    Page 11

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004 10:41:00 AM

```
1   00012:01 our forecast reports.
2   02   Q. Do you recall which forecast reports you
3   03 reviewed?
4   04   A. For the third quarter '01, third fiscal
5   05 quarter '01, 2001.
6   06   Q. Any other forecast reports that you reviewed?
7   07   A. No.
8   08   Q. Have you ever heard the phrase "think like a
9   09 stockholder"?
10  10   A. No.
11  11   Q. When Mr. Cooperman's deposition was taken here
12  12 on the 10th, he testified about your management style.
13  13 And I'm going to read you what he said about that.
14  14 Speaking of you, Mr. Cooperman said,
15  15        "He is someone who is quite close to
16  16        the business, well informed, and very
17  17        persistent in terms of assembling the
18  18        facts as to the matters in front of
19  19        him in which he needs to make
20  20        decisions. So he will take the
21  21        initiative to make calls or obtain the
22  22        necessary information from a variety
23  23        of sources to be able to make
24  24        approvals or decide on policies. He
25  25        is what I would call a very hands-on
```

Oracle Related Cases                                    Page 12

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1    00013:01    CEO."
2    02    is that an accurate description of your
3    03    management style?
4    04    A.  I think it is.
5    05    Q.  Mr. Cooperman mentioned approvals.  What sort
6    06    of approvals did you generally handle in the third
7    07    quarter of fiscal year '01?
8    08    A.  Approvals.  Well, if someone was being hired
9    09    and they were being given stock options, I approved the
10   10    stock options.  I think if there was a particularly
11   11    large deal with an unusual set of terms and conditions,
12   12    Safra Catz would bring it to my attention for my
13   13    approval, or at least my opinion.
14   14    So I'm not sure what -- exactly what you mean
15   15    by "approval."  A formal process of approval where I was
16   16    in the chain of command and something could not be done
17   17    without my approval?
18   18    Q.  That would be fair.
19   19    A.  Okay, yeah, only the stock.
20   20    Q.  And the deals?
21   21    A.  Safra had the authority to, you know, sign
22   22    those deals on her own without talking with me.  But it
23   23    was her practice, if the deal was unusual, to discuss it
24   24    with me.
25   25    Q.  All right.  What was your job title in Q3 '01?
```

Oracle Related Cases                                    Page 13

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1    00014:01    A.  I was chairman and CEO.
2    02    Q.  What were your job duties in that quarter?
3    03    A.  I was -- my chairman's responsibility was to
4    04    run the board meetings and be responsible for organizing
5    05    presentations before the board of directors.  And my
6    06    CEO's duties were to run all aspects of the company.
7    07    Head of finance, the head of sales, the head of
8    08    engineering, head of marketing, all of them reported
9    09    directly to me.
10   10    Q.  All right.  Mr. Cooperman said that you
11   11    decided on policies.  Was that -- what sort of policies
12   12    did you decide on?
13   13    A.  Well, I was one person who decided on
14   14    policies.  I mean, clearly there were lots of policies.
15   15    Some were decided on by our auditor.  Some policies were
16   16    decided upon by our legal -- you know, our legal teams.
17   17    Policies.  What kind of policies would I
18   18    decide.  I didn't like the idea of paying multiple
19   19    salespeople for the same transaction without -- so that
20   20    was -- so I suppose that's an example of a policy that I
21   21    would create.
22   22    Q.  All right.  In --
23   23    A.  Without going through a special approval
24   24    process, to be precise.  So if multiple salespeople --
25   25    if one salesperson had helped the other salesperson to
```

Oracle Related Cases                                    Page 14

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1    00015:01    close the deal and someone wanted to pay both
2    02    salespeople, pay double commissions, that was something
3    03    we had a policy against without special approval
4    04    process.
5    05    But you can say -- was that a policy or was
6    06    that simply a process?  Again, I'm not quite sure what's
7    07    meant by "policy."
8    08    Q.  All right.
9    09    A.  I've always been vague about it.
10   10    Q.  All right.  In an interview by thestreet.com
11   11    in September of 2000, Mr. Henley reportedly said,
12   12    "I'm not sure anyone holds Larry in
13   13    check.  We all give Larry our counsel
14   14    and thoughts, but the main thing is
15   15    that Larry has gotten more engaged in
16   16    the day-to-day business.  He's much
17   17    more knowledgeable about it now in the
18   18    day-to-day because he's actually the
19   19    one managing it."
20   20    Is that an accurate description of the degree
21   21    of your involvement in Oracle's management in fiscal
22   22    year '01?
23   23    A.  Well, depends on the part of the business
24   24    you're talking about.  I've always been very engaged.
25   25    Was I deeply involved in our contracting process, which
```

Oracle Related Cases                                    Page 15

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1    00016:01    is the formal -- formal area where we state our
2    02    obligation to customers?  Absolutely not.  I had no part
3    03    of that at all.  So there's certain parts of the
4    04    business I relied on others to entirely.
5    05    Was I involved in the finance department?  I
6    06    mean, only insofar as I relied on them to provide me
7    07    with information.  But I certainly didn't set our
8    08    accounting policies or our revenue recognition policies.
9    09    Those were set by auditors, lawyers and other people who
10   10    are experts in those areas.
11   11    The area where I felt I was an expert was in
12   12    the creation of our products, the software.  And I had
13   13    opinions as to how those products should be sold.  But,
14   14    you know -- so product creation, sales and marketing was
15   15    where I was engaged.
16   16    I certainly was not heavily engaged in Jeff
17   17    Henley's area, which is finance, accounting, legal.
18   18    Q.  Okay.
19   19    A.  So again, depends which area of the business
20   20    you're talking about.
21   21    Q.  Well, I guess I'm asking you what areas of the
22   22    day-to-day business of Oracle in fiscal year '01 you
23   23    were actually managing, to use Mr. Henley's words.
24   24    A.  Actually managing.  I'm not trying to split
25   25    hairs here, but as CEO I'm responsible for managing the
```

Oracle Related Cases                                    Page 16

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004 10:41:00 AM

1  00017:01  entire company. So I'm responsible for managing Jeff
2  02  Henley, and Jeff Henley manages his group. That's a
3  03  slightly different question.
4  04      So if you're asking what am I responsible for
5  05  managing, it's different than asking what was I deeply
6  06  engaged in. So there are two separate questions here.
7  07      So let me answer formally, as CEO, I'm
8  08  responsible for managing every aspect of the company.
9  09  That's my responsibility. How did I spend my time and
10  10  where did I have special competency would be in the area
11  11  of engineering. I always run engineering, the creation
12  12  of our products. And I had opinions about how those
13  13  products should be marketed, and then, to a lesser
14  14  degree, sold, and to a lesser degree still, contracted
15  15  for and accounted for.
16  16   Q.  Okay.
17  17   A.  So I'm -- my training -- I'm an engineer by
18  18  training. I'm a experienced computer programmer.
19  19  That's what I know about. That's where I get deeply
20  20  involved.
21  21      Marketing's kind of, you know, one order
22  22  removed from that. One order removed from that is
23  23  sales. And when you get down to accounting and legal,
24  24  you're getting really far away from my competencies.
25  25  And again, I tend to rely on others to do those things,

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004 10:41:00 AM

1  00018:01  though I am formally responsible for all of that.
2  02   Q.  All right. Did you -- or were you less
3  03  involved in these activities that you've just described
4  04  at Oracle in Q3 '01 than you had been in the past?
5  05   A.  Less involved than I had been in the past.
6  06  I'd say my engagement has fluc -- I've been at Oracle
7  07  for a very long time, since 1977. And I'd say my
8  08  engagement has fluctuated, depending upon the strength
9  09  of different individuals in different areas. Sometimes
10  10  I'll delegate quite thoroughly to someone. But I've
11  11  always been deeply engaged in engineering. And I think
12  12  I was fairly deeply engaged at this time in both sales
13  13  and marketing as well.
14  14   Q.  Do you consider yourself a risk-taker?
15  15   A.  Depends --
16  16      MR. SALPETER: Objection to form.
17  17      THE WITNESS: Depends what you mean by
18  18  "risk-taker." I think -- I started Oracle. I left a
19  19  safe job, you know, working for a good company and went
20  20  off and started Oracle. And I think most people would
21  21  think that was a risk. So I -- you know, I took a risk.
22  22      I think my risks are highly calculated. So,
23  23  you know, the return -- you know, if the risk-reward
24  24  ratio is good, then I'll take the risk. If the risk
25  25  ratio is bad, then I won't take the risk.

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004 10:41:00 AM

1  00019:01      So I'm willing to take risks if there is a
2  02  good opportunity for reward. I'm not willing to take
3  03  risks carelessly and without making a calculation.
4  04      MR. DE GHETALDI: Okay.
5  05      THE WITNESS: But I think the answer is yeah,
6  06  sure. I mean just in the general sense, yeah, I'm
7  07  willing to take a risk if there's a big upside for it.
8  08      MR. DE GHETALDI: Q.  You've been with Oracle
9  09  27 years?
10  10   A.  I'm afraid so, yeah.
11  11   Q.  You've seen a lot of changes during that
12  12  period of time?
13  13   A.  Yeah.
14  14   Q.  Do you recall any time prior to Q3 '01 when
15  15  Oracle's stock price dropped mid quarter?
16  16   A.  Oh, I mean, I can't tell you what quarter it
17  17  was, but sure. I mean, probably half the quarters our
18  18  stock price dropped. Not to the extent where it
19  19  dropped -- I think it dropped from mid forties to 30.
20  20  So, you know, it dropped 30 -- you know, 35 percent. So
21  21  that would be a very unusual event.
22  22   Q.  Do you recall when that happened?
23  23   A.  No, I don't. I don't know if that ever
24  24  happened.
25  25   Q.  Okay.

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004 10:41:00 AM

1  00020:01   A.  You said do I recall any periods mid quarter
2  02  where the stock dropped.
3  03   Q.  Right.
4  04   A.  And of course, that would be almost every
5  05  quarter the stock dropped.
6  06   Q.  Okay.
7  07   A.  But the question is how much. I'm
8  08  reinterpreting your question.
9  09   Q.  Oh, I see. I see.
10  10   A.  You said every quarter the stock dropped. But
11  11  I think what you're really asking is do I remember any
12  12  quarter where the stock dropped 30 to 35 percent. Or is
13  13  it -- maybe -- I shouldn't be asking the questions for
14  14  you, so -- my own lawyer probably is having a heart
15  15  attack right now, so ...
16  16      I understood your question to be do I remember
17  17  any -- you know, you have two questions. In every
18  18  quarter, our stock fluctuates. It normally doesn't just
19  19  go up. Even every day, our stock goes down, as well as
20  20  up. I didn't think that was your question.
21  21   Q.  No.
22  22   A.  I think -- what I interpreted your question to
23  23  be -- which I know I'm not supposed to do in
24  24  deposition -- what I interpreted your question to be was
25  25  do I remember a quarter where we had a significant -- a

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1   00021:01 stock drop as significant as we had this quarter.
2   02         And the answer is, I have never seen a run-up
3   03 on our stock like I saw in the dot-com bubble in my
4   04 life, or the subsequent drop of a stock. So if you're
5   05 asking have I ever seen anything like the dot-com bubble
6   06 where stocks rocketed up and then tumbled down, no, I've
7   07 never seen anything in my life, and I hope I never see
8   08 anything like that in my life again.
9   09    Q. Okay. What I was trying to ask was whether
10  10 you ever -- or whether you recall Oracle's stock
11  11 dropping mid quarter over a short period of time by a
12  12 significant amount. And by "a significant amount," I
13  13 mean maybe ten percent of the value; and "short period
14  14 of time," I mean one to two days.
15  15    A. Mid quarter, you mean not near announced
16  16 results?
17  17    Q. Exactly.
18  18    A. Not near announced results. I don't recall.
19  19 It very well may have happened. Again, what happened in
20  20 that quarter was a residual event from the stock having
21  21 run up dramatically because of the dot-com bubble. And
22  22 whatever rises like that is destined to fall, as we all
23  23 learned.
24  24    Q. Do you recall a headline in the San Francisco
25  25 Chronicle's business section in October 2000 that said
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1   00022:01 "Oracle's stock dives after sales warning"?
2   02    A. What was the date of this?
3   03    Q. October 2000.
4   04    A. I don't remember it, but certainly I have no
5   05 reason to not believe what you're telling me.
6   06    Q. Do you recall Oracle making -- issuing a sales
7   07 warning in October 2000?
8   08    A. I don't recall it, but I'm sure -- if you say
9   09 we did it, and you've got the documents there, I guess
10  10 it did.
11  11    Q. Okay. Well, I'm not saying that there was.
12  12 And in fact, it's my understanding that there was
13  13 actually no warning given and that somebody had
14  14 interpreted Mr. Henley's body language. Do you recall
15  15 this event?
16  16    A. Yeah, now I do. I was going to say I didn't
17  17 recall it before, but, yeah, I think -- I think there
18  18 was -- again, I vaguely recall it, that there was some
19  19 misinformation in the press.
20  20    Q. Right.
21  21    A. What a surprise.
22  22    Q. Right, yeah.
23  23    A. And I think we had to issue a corrective
24  24 statement.
25  25    Q. Yeah, and I think that some analysts thought
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1   00023:01 that Mr. Henley's presentation looked canned, and I
2   02 think that somebody said that he had cautious body
3   03 language.
4   04    A. I think he had the flu. I'm serious. That's
5   05 what I recall, I think he had the flu, and they
6   06 interpreted that as that he was depressed or something.
7   07    Q. Right. And the stock dropped about 24 percent
8   08 in two days?
9   09    A. I don't recall.
10  10    Q. Do you consider yourself to be a truthful
11  11 person?
12  12    A. Yes.
13  13    Q. Do you consider yourself to be an exaggerator?
14  14    A. I consider myself to be very enthusiastic and
15  15 exuberant. So I don't think -- and I think some people
16  16 would interpret that as exaggeration. But I'm very
17  17 enthusiastic; I'm very positive; I get very excited
18  18 about things.
19  19    Q. Okay. Have you ever admitted publicly to
20  20 having lied?
21  21    A. Yes.
22  22    Q. Okay. When was that?
23  23    A. I think most recently in a book called
24  24 Software.
25  25    Q. Do you remember what you said then?
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1   00024:01    A. Yeah, I said I lied about having a degree to
2   02 get a job when I first came to California.
3   03    Q. A job with IBM?
4   04    A. No, it was some -- some Silicon Valley R&D job
5   05 as a computer programmer.
6   06    Q. There was an article called "Dog Eats Dog
7   07 Food, And Damned If It Ain't Tasty" --
8   08    A. I think I remember that.
9   09    Q. -- in Business 2.0. You remember that?
10  10    A. Vaguely, yeah.
11  11    Q. November 2000. And the quote from the article
12  12 actually contains a quote from a Fortune reporter. And
13  13 the article says,
14  14       "Ellison became known as a chronic
15  15    exaggerator. Once when asked by a
16  16    Fortune reporter if he's a liar, he
17  17    replied, quote, 'Does anyone tell the
18  18    truth all of the time,' end quote.
19  19    Is that quote by the Fortune reporter an
20  20 accurate quote?
21  21       MR. SALPETER: Objection to form.
22  22       THE WITNESS: I don't recall the quote. I
23  23 don't recall the interview.
24  24       MR. DE GHETALDI: Q. Okay. All right. Have
25  25 you ever submitted an untruthful affidavit in the -- in
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1    00025:01  either the California case or the Delaware case?
2    02         A.  No.
3    03         Q.  And so your statements in affidavits in the
4    04  Delaware case about the Ellison scholars program and the
5    05  timing of that program -- it's your testimony that those
6    06  were accurate statements?
7    07         A.  I think so, yeah.
8    08         Q.  And the same thing for the gift of your house
9    09  to Stanford as a bequest?
10   10         A.  Yeah.  You'd have to -- I'd like to reread the
11   11  statements.  But yes, far as I know.
12   12         Q.  Who are the members of Oracle's compensation
13   13  committee?
14   14         MR. SALPETER:  Objection.  Can you give us a
15   15  time frame, please.
16   16         MR. DE GHETALDI:  Q -- fiscal year 2001.
17   17         THE WITNESS:  I'm fairly certain, but I'm not
18   18  certain, it would be Don Lucas, Michael Boskin and Jeff
19   19  Berg.  But I'm wouldn't bet my life on it.
20   20         MR. DE GHETALDI:  Q.  All right.  Did Oracle's
21   21  board approve recommendation of the compensation
22   22  committee that altered your compensation package in July
23   23  of 2000?
24   24         A.  I don't recall.
25   25         Q.  Do you recall in the summer of 2000
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1    00026:01  relinquishing $200,000 in annual salary through year
2    02  2003 in exchange for 20 million stock options?
3    03         A.  That doesn't sound right to me.  The $200,000
4    04  salary doesn't sound right to me, but I know I -- I know
5    05  I went -- whatever -- whatever salary and bonus I had --
6    06  combination of salary and bonus, which I think was more
7    07  than $200,000, the sum of that, I did go to a dollar a
8    08  year or half a dollar a year in exchange for stock.  But
9    09  I don't think the 200,000 is correct.
10   10         Q.  All right.  In Q3 '01, what percentage of your
11   11  wealth was in Oracle stock options?
12   12         A.  Oracle stock options.  In 2001?
13   13         Q.  Yeah.
14   14         A.  Two percent.  Less.  Less than two percent.
15   15         Q.  Okay.
16   16         A.  I think.  Again, I'm making estimates.
17   17         Q.  All right.  Prior to December 2000 --
18   18         A.  Might have been higher.  Might have been maybe
19   19  as high as three, four percent.  But again, I'm
20   20  estimating.  I don't know.
21   21         Q.  Okay, that's fine.  And please -- you know, if
22   22  you're not sure of an answer, please let me know --
23   23         A.  I will do that.
24   24         Q.  -- that it is an estimate.
25   25         Now, what percentage of your wealth in fiscal
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1    00027:01  year '01 was in Oracle stock as opposed to Oracle
2    02  options?
3    03         A.  Probably 93 -- -2 percent, something like
4    04  that.
5    05         Q.  Something more than 90?
6    06         A.  Yes.
7    07         Q.  Prior to December 2000, when was the last time
8    08  you had exercised options to purchase Oracle stock?
9    09         A.  To purchase Oracle stock.  I think -- quite
10   10  often I'll exercise options in December, for tax
11   11  purposes, to purchase Oracle stock.  So I think I did
12   12  actually that December.  December -- December '99.
13   13         Q.  Okay.
14   14         A.  Or December 2000, I'm sorry.
15   15         Q.  I'm asking prior to December 2000.
16   16         A.  Prior to December 2000.
17   17         Q.  Yeah.
18   18         A.  I would imagine the previous December.  But
19   19  again, I'm not certain at all.
20   20         Q.  All right.  And you say for tax reasons.  What
21   21  tax reasons were those?
22   22         A.  Sometimes my tax situation is such that I can
23   23  exercise options and hold them without paying -- having
24   24  to pay tax.  So it's -- Philip Simon, my tax accountant
25   25  and lawyer, will recommend that I exercise options and
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1    00028:01  hold as part of tax planning.
2    02         Q.  Okay.  Prior to January 2001, when was the
3    03  last time you had sold shares of Oracle stock?
4    04         A.  I think -- I think 1996.  But again, I'm not a
5    05  hundred percent certain.
6    06         Q.  Do you recall how many shares you sold then?
7    07         A.  No, I don't.
8    08         Q.  Can you estimate for me?
9    09         A.  I have no idea.
10   10         Q.  You were saying that you have a notion that
11   11  you regularly exercise Oracle shares to -- on the advice
12   12  of Mr. Simon.  Do you have a regular pattern of selling
13   13  Oracle shares?
14   14         A.  No.
15   15         Q.  Is there a reason why you don't, or why you
16   16  have a regular pattern in one and not in the other?
17   17         A.  Sure.  I'm trying to do tax minimization,
18   18  trying to, you know, manage my taxes as best I can.  And
19   19  I've reached the end of a year and I'll have room to
20   20  recognize income.  And for -- you know, where that
21   21  income is sheltered and I don't have to pay tax on it.
22   22  So the way I recognize that income and don't pay tax on
23   23  it is to exercise an option --
24   24         Q.  Okay.
25   25         A.  -- and hold.  So that's there purely for tax
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

1  00029:01 purposes. The -- I don't raise any money obviously;

2  02 it's just there to minimize taxes. When I sell stock,

3  03 it's usually to raise -- to raise cash.

4  04     Q. Okay. And when you say "exercise and hold,"

5  05 that means you exercise your options and --

6  06     A. I buy the options and i don't sell them.

7  07     Q. And don't sell the shares?

8  08     A. I, you know, buy the options, which means I

9  09 have to recognize a gain, which is income. And

10  10 presumably I have some offsetting loss in that same

11  11 year, which shelters the gain.

12  12     Q. Okay. In the third quarter of 2001 -- that

13  13 is, Oracle's fiscal year 2001 -- did you have a block of

14  14 options that were expiring?

15  15     A. I had a large block of options that were going

16  16 to expire, I think, in August.

17  17     Q. Of 2001?

18  18     A. Of 2001, that's right.

19  19     Q. Do you recall what -- how many shares were in

20  20 that block?

21  21     A. I think it was 22 million shares.

22  22     Q. Did -- what options -- what options did you

23  23 have with your options. What alternative things could

24  24 you have done in fiscal year 2001 with those expiring

25  25 options?

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

1  00030:01     A. Practically or hypothetically?

2  02     Q. Practically speaking.

3  03     A. Okay. I had three -- I held the options for

4  04 nine and a half years. When the options are granted,

5  05 they're granted for a ten-year period, and then they

6  06 just expire and become worthless.

7  07     Q. Right.

8  08     A. I had held the options for nine and a half

9  09 years. So I had three remaining windows to sell. And

10  10 so I was getting down to the wire. I had to sell those

11  11 options.

12  12     I could not sell and hold because the tax --

13  13 you know, I would have paid -- had a huge tax bill. I

14  14 would have needed a huge amount of cash, which I didn't

15  15 have, you know, to pay that. So practically, I could

16  16 not buy and hold. So I had to buy and then resell the

17  17 options -- exercise and sell, you know, same day.

18  18     So I had three windows, either Q3, Q4 or Q1 of

19  19 the following year, in those windows. I was enjoined

20  20 from selling except during a window which was after we

21  21 announced, usually from the 15th, 20th of the first

22  22 month -- I really had about 40-day -- of -- during the

23  23 quarter -- you know, we cannot sell in the last month of

24  24 the quarter. Is our policy; we cannot sell before we

25  25 announce our results. So practically, that gives you a

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

1  00031:01 four- or five- -- five-week period where you're actually

2  02 allowed to sell.

3  03     Also, you can't sell if there's material

4  04 inside information. So it was getting very close. If

5  05 we were going to buy a company and we were contemplating

6  06 buying a company, just contemplating buying a company, I

7  07 would hold material inside information, and I wouldn't

8  08 be able to sell my options.

9  09     So as we got down to the short stroke -- I was

10  10 literally out of time -- you know, essentially out of

11  11 time, and I had to go ahead and sell my -- sell my

12  12 stock.

13  13     Q. Okay. So exercising and holding wasn't an

14  14 option for you?

15  15     A. I didn't have the cash to do that.

16  16     Q. All right.

17  17     A. That required hundreds of millions of dollars

18  18 of cash to pay the taxes.

19  19     Q. Which were due upon exercise?

20  20     A. Which were due upon exercise, right.

21  21     Q. Did you discuss with Mr. Simon this

22  22 decision --

23  23     A. Yes.

24  24     Q. -- on what to do?

25  25     A. Yes.

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

1  00032:01     Q. Okay. Did you consider trying to roll over

2  02 the options or have Oracle's board extend them?

3  03     A. Never -- never considered it.

4  04     Q. Okay.

5  05     A. I don't -- we'd never done anything like that

6  06 for anybody. I think other people's options had

7  07 expired. We had not rolled them over. So I had no

8  08 reason to believe that the board -- I don't know if the

9  09 board could do that, as a matter of fact. It's very

10  10 possible that would have required a shareholder vote.

11  11     Q. All right.

12  12     A. So I have no idea. In fact, I don't think we

13  13 can. I don't think the board has the authority to alter

14  14 the option plan without the approval of the

15  15 shareholders. So I believe -- again, it never occurred

16  16 to me till you just mentioned it now --

17  17     Q. Yeah.

18  18     A. -- we could alter the plan. I don't know if

19  19 we could make it retroactively apply to existing

20  20 option -- existing option-holders. I know they couldn't

21  21 do it just for me, exclusive of other option-holders. I

22  22 don't know what the tax implications would be for doing

23  23 that. It --

24  24     So again, it never dawned on me that I think

25  25 that's impractical; I don't think we can do it. It

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

1  00033:01 never dawned on me to even ask.

2  02    Q.  Okay. All right. Did you consider exercising

3  03 your option -- this block of expiring options and then

4  04 just selling enough to cover the taxes?

5  05    A.  No. No, I wanted to raise some cash.

6  06    Q.  Okay. How did you know in Q3 '01 that these

7  07 options were expiring?

8  08    A.  Oh, I think -- I think I was told. Philip

9  09 Simon, you know, where -- I have an accountant that

10 10 spends most of his time working just for me. He's an

11 11 attorney and a tax accountant. It's a lot of money, and

12 12 we certainly -- you know, I was aware for some time that

13 13 they were expiring.

14 14    Q.  Okay.

15 15    A.  Years.

16 16    Q.  Years?

17 17    A.  Years, yes.

18 18    Q.  Do you keep records yourself about your

19 19 expiring options --

20 20    A.  No.

21 21    Q.  -- or does Mr. Simon handle that?

22 22    A.  Mr. Simon does.

23 23    Q.  All right. You said that Mr. Simon's an

24 24 attorney?

25 25    A.  He's an attorney and a CPA, all of those

Oracle Related Cases                                    Page 33

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

1  00034:01 things.

2  02    Q.  Do you know where he's licensed to practice,

3  03 by any chance?

4  04    A.  Law?

5  05    Q.  Yeah.

6  06    A.  In California, I think, so ... I don't know.

7  07 You told me to say "I don't know" if I don't know. So I

8  08 don't know.

9  09    Q.  That's right. Do you know if Oracle keeps

10 10 records about your options?

11 11    A.  I certainly hope so.

12 12        MR. DE GHETALDI: I think we're on Exhibit

13 13 100.

14 14        (DC Exhibit No. 100

15 15        marked for identification).

16 16        MR. DE GHETALDI: Q.  Have you ever seen this

17 17 document that's been marked as Exhibit No. 100 before?

18 18    A.  Not that I recall.

19 19    Q.  Okay. As best I can translate it -- and maybe

20 20 I'm wrong, but -- I just want to see what your

21 21 understanding is. It looks like on the 29th of

22 22 December of 1999 you exercised options to purchase

23 23 1,426,000 shares.

24 24        It's down -- looking down at the very bottom

25 25 of the center of the first page.

Oracle Related Cases                                    Page 34

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

1  00035:01    A.  Okay.

2  02        MR. SALPETER: Can you repeat that question

3  03 for us, please.

4  04        (Record read as follows:

5  05    Q.  As best I can translate it -- and

6  06        maybe I'm wrong, but -- I just want to see

7  07        what your understanding is. It looks like

8  08        on the 29th of December of 1999 you

9  09        exercised options to purchase 1,426,000

10 10        shares.

11 11        It's down -- looking down at the very

12 12        bottom of the center of the first page.)

13 13        THE WITNESS: Okay.

14 14        MR. DE GHETALDI: Q.  Does that look right to

15 15 you?

16 16    A.  I've never seen this document before, but it

17 17 looks like -- okay. On December 29th, 1.4 million

18 18 shares at $53 a share. Is that how you read it?

19 19    Q.  Yeah, that's how I read it.

20 20    A.  I think that's a reasonable interpretation,

21 21 but ...

22 22    Q.  All right. And then the transaction

23 23 immediately above that looks like on December 23rd,

24 24 1998 you exercised options to purchase 780,000 shares.

25 25    A.  Right.

Oracle Related Cases                                    Page 35

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

1  00036:01    Q.  And then the transaction right above that, it

2  02 looks like on December 22nd, 1995 you exercised

3  03 options to purchase 2,470,500 shares.

4  04    A.  Right.

5  05    Q.  There's a gap of a couple of years there. Do

6  06 you recall that gap existing in the -- your regularly

7  07 exercising options at year-end?

8  08    A.  No, I don't.

9  09    Q.  You testified a little while ago, I think,

10 10 that Mr. Simon was, shall I say, reminding you --

11 11 started reminding you at some time -- or at some point

12 12 that you had these options that you needed to do

13 13 something with. Do you recall when that was?

14 14    A.  No. He -- every time we spoke.

15 15    Q.  Do you recall when he started reminding you?

16 16    A.  I think Mr. -- I think Philip, Mr. Simon,

17 17 wanted me to diversify over time. He's always

18 18 thought I was taking too much of a risk by holding on to

19 19 my Oracle -- you know, to just -- to not be diversified.

20 20    Q.  Okay. Did -- did you talk with anyone else

21 21 besides Mr. Simon about possibly exercising this block

22 22 of expiring options prior to when you actually did it?

23 23    A.  I certainly may have talked to some of the

24 24 people who worked for me. But I -- but I don't recall.

25 25    Q.  Well, did you talk to Safra Catz about this at

Oracle Related Cases                                    Page 36

## Page 37

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1  00037:01 any time?
2     02  A.  I might have.
3     03  Q.  Carolyn Balkenhol?
4     04  A.  She talked to Philip a lot.  And in fact, if
5     05 you talked to Philip, she talked to Safra.  So if I
6     06 talked to Philip, you can assume that Carolyn knows, and
7     07 if Carolyn knows, you can assume Safra knows.  Just the
8     08 way my office works.
9     09  Q.  So four heads in one, or something like that?
10    10  A.  Yeah.
11    11  Q.  Do you recall speaking with Mr. Henley about
12    12 the exercise of these expiring options?
13    13  A.  Not that I recall.
14    14  Q.  And how about Mr. Cooperman?
15    15  A.  Other than to -- you're talking about other
16    16 than once I decided to sell and I was asking for
17    17 clearance?
18    18  Q.  Right.
19    19  A.  You're talking before that?
20    20  Q.  Right.
21    21  A.  Just discuss the possibility.  Again, not that
22    22 I recall, but I may have.
23    23  Q.  All right.  Now, Mr. Simon was recommending
24    24 that you sell these shares for diversification.  Did he
25    25 have any other reasons why you should sell your shares?
```

## Page 38

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1  00038:01  A.  Debt reduction.
2     02  Q.  Debt reduction.  Anything else?
3     03  A.  I think that's it.
4     04  MR. DE GHETALDI:  Okay.
5     05  (DC Exhibit No. 101
6     06  marked for identification).
7     07  THE WITNESS:  Okay.
8     08  MR. DE GHETALDI:  Q.  Have you ever seen this
9     09 string of e-mails that's contained in Exhibit 101
10    10 before?
11    11  A.  Not that I recall.
12    12  Q.  Okay.  Do you recall considering, in or around
13    13 April of 2000, exercising -- or donating $1 billion to
14    14 charity?
15    15  A.  Well, I don't recall the dates.  But I
16    16 certainly have looked at how I can endow both my medical
17    17 foundation -- I've looked at charitable donations to
18    18 Stanford; I've looked at a number of charity donations
19    19 and the right mechanism for making a charitable
20    20 donation.
21    21  Q.  Donation to a charitable remainder trust?
22    22  A.  Again, yeah, I think there were some
23    23 discussions about a charitable remainder trust as well.
24    24  Q.  Discussions with whom?
25    25  A.  Philip Simon.
```

## Page 39

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1  00039:01  Q.  With anybody else?
2     02  A.  No.
3     03  Q.  Safra Catz?
4     04  A.  No, not that I -- well, I shouldn't say no.
5     05 Not that I recall.
6     06  Q.  It appears as though on April 10th, 2000 at
7     07 9:43 a.m. -- and I'm looking at the middle of the second
8     08 page of Exhibit 101 -- Safra Catz wrote Philip Simon an
9     09 e-mail saying,
10    10  "Larry has a ton of options expiring
11    11  and we need to figure out if he can
12    12  give them to a foundation or
13    13  something."
14    14  A.  You mean it's from Philip Simon to Safra Catz?
15    15  MR. DE GHETALDI:  Well --
16    16  MR. SALPETER:  He's on the second page.
17    17  MR. DE GHETALDI:  I'm sorry, the middle of the
18    18 second page where it says "you wrote."
19    19  THE WITNESS:  Okay.  Okay.
20    20  MR. DE GHETALDI:  Q.  Do you recall talking
21    21 with Safra Catz in or around April of 2000 about this
22    22 ton of options that you had expiring and the need to
23    23 figure out if you can give them to a foundation or
24    24 something?
25    25  A.  Vaguely.  Vaguely.
```

## Page 40

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1  00040:01  Q.  What came of these discussions of using your
2     02 expiring options to fund either a charity or a
3     03 charitable remainder trust?
4     04  A.  Again, I don't remember what the outcome was.
5     05 I don't remember what the tax consequences were of doing
6     06 it that way.  I really don't recall this, so ... in any
7     07 detail.
8     08  This refreshes my memory to the extent that I
9     09 have this vague recollection of yeah, I probably
10    10 had these.  I remember having discussions with Philip.
11    11 I don't remember having the discussions with Safra.  But
12    12 Philip might have had the discussions with Safra.
13    13 Philip would discuss things with Carolyn; Carolyn then
14    14 would consult with Safra on this.
15    15  The conclusion was that the options should
16    16 be -- should be sold and used for -- you know, for debt
17    17 reduction and diversification.  That was the conclusion.
18    18 So we did not fund a charitable remainder trust or fund
19    19 my medical -- I have a large medical foundation, but I
20    20 just make payments to that on a regular basis.  So
21    21 nothing came of this.
22    22  Q.  Okay.  What authority over your investments
23    23 did Mr. Simon have in fiscal year '01?
24    24  A.  He disbursed money -- I own several companies
25    25 and have several investments.  And there are regular
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

```
 1   00041:01 schedules for meeting payroll and funding those
 2   02 companies. So insofar as those are committed
 3   03 investments, he has the authority to move funds to those
 4   04 investments.
 5   05       I think that's -- clearly he's responsible for
 6   06 advising me as to how -- you know, how best to deal with
 7   07 my -- you know, my financial situation.
 8   08   Q. Okay. Did he have discretionary authority to
 9   09 buy or sell assets on your behalf?
10   10   A. Not really. Not really. It was his
11   11 practice -- if it was anything -- anything substantive,
12   12 he would check with me. If it's a small deal, sure,
13   13 but ...
14   14   Q. Did he have a power of attorney to sign on
15   15 your behalf in fiscal year '01?
16   16   A. Probably.
17   17   Q. Do you know what, if any, the limits on that
18   18 power were?
19   19   A. No.
20   20   Q. Do you recall whether the authority was
21   21 limited or not?
22   22   A. I don't even know for a fact that he has a
23   23 power of attorney.
24   24   Q. In Q3 '01 did Mr. Simon have authority to
25   25 trade Oracle stock on your behalf without first
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

```
 1   00042:01 consulting you?
 2   02   A. No.
 3   03   Q. In Q3 '01 was Mr. Simon a trustee of any of
 4   04 your trusts?
 5   05   A. I don't know.
 6   06   Q. To your knowledge, was Mr. Simon ever privy to
 7   07 nonpublic financial information about Oracle?
 8   08       MR. SALPETER: Can we have a time frame?
 9   09       MR. DE GHETALDI: I said "ever."
10   10       THE WITNESS: It's certainly possible. I
11   11 mean, I have regular discussions with Mr. Simon, and I
12   12 think -- I mean, for example, did I tell him we were
13   13 going to buy PeopleSoft before -- the answer's no. But
14   14 had I had a conversation with him and said "Look, we're
15   15 going to be engaged -- I'm going to be in possession of
16   16 material inside information which is going to restrict
17   17 my ability to trade stocks, so if we're thinking of
18   18 trading, have a stock program set up."
19   19       You know, would I have let him know? It's
20   20 certainly -- I'm mumbling here. It's certainly possible
21   21 that I would have let him know that I was in possession
22   22 of material inside information that would restrict my
23   23 ability to sell stock. But I can't think of any
24   24 specific case where I confided in Mr. Simon and passed
25   25 on material inside information about Oracle to him.
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

```
 1   00043:01 other than to have possibly said "I have this material
 2   02 inside information, and therefore I'm enjoined from
 3   03 selling stock."
 4   04       But I'm speculating. And the correct answer
 5   05 is not that I -- you know, not that I really recall.
 6   06       MR. DE GHETALDI: Q. All right. Do you
 7   07 recall any time where you told Mr. Simon that you
 8   08 believed that you had material inside information about
 9   09 Oracle that would prevent you from selling or trading in
10   10 Oracle stock?
11   11   A. It's possible I did, but I don't recall.
12   12   Q. According to your understanding, what sort of
13   13 inside information would prevent you from trading in
14   14 Oracle stock?
15   15       MR. SALPETER: Objection to form.
16   16       MR. DE GHETALDI: You can answer.
17   17       THE WITNESS: Yeah, I'll give you an example.
18   18 I mean, if we were going to make a bid on PeopleSoft or
19   19 planned to make a bid on PeopleSoft and it was in a
20   20 trading window and I knew we were in that process,
21   21 certainly that's material information that would prevent
22   22 me from trading.
23   23       MR. DE GHETALDI: Q. And can you think of any
24   24 other examples?
25   25   A. Sure. There were some fundamental -- there
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

```
 1   00044:01 was a massive drop in our -- in our sales in Europe
 2   02 suddenly in the middle of a quarter -- or after the end
 3   03 of the first month. Sales in Europe were zero, you
 4   04 know. It was -- some -- some substantial material
 5   05 financial event occurred during the quarter. That would
 6   06 have required me to not trade.
 7   07   Q. All right. Did -- do you recall Oracle ever
 8   08 declaring quiet periods other than the first two weeks
 9   09 of the first month of a quarter and the third month of a
10   10 quarter?
11   11   A. Not that I recall.
12   12   Q. Do you recall Oracle declaring a quiet period
13   13 during the time when you traded in your stock in
14   14 January 2001?
15   15   A. No.
16   16   Q. Did you ever have any discussions with Barbara
17   17 Wallace about your trading in Q3 '01?
18   18   A. Who's Barbara -- I don't know who Barbara
19   19 Wallace is.
20   20   Q. Okay. How about Deborah Lange?
21   21   A. I know Deborah Lange, but no, I didn't talk to
22   22 her.
23   23   Q. How about Stephanie Aas?
24   24   A. No. I know who she is, but ...
25   25   Q. But you didn't talk to her about your trading
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1    00045:01  in Q3 '01?
2    02    A.  No.
3    03    Q.  How about Jennifer Glass?
4    04    A.  No.
5    05    Q.  Did you talk to Mr. Cooperman in Q3 '01 about
6    06    your trading?
7    07    A.  No, I relied on Philip Simon to get the
8    08    clearance for me from -- from Dan.
9    09    Q.  How about after he got the clearance; did you
10   10    have a discussion with Mr. Cooperman at all about your
11   11    trading?
12   12    A.  Well, other than to mention that we're being
13   13    sued, you know, but no.
14   14        MR. TABACCO:  At least he mentioned that.
15   15        THE WITNESS:  That came up.
16   16        MR. DE GHETALDI:  Q.  You started exercising
17   17    and selling your expiring options on January 22nd,
18   18    2001.  You had a window of how many business days there
19   19    before February?  Eight, I think?
20   20    A.  Yeah, something like that.
21   21    Q.  Is there a reason why you waited so long into
22   22    January --
23   23    A.  Yes.
24   24    Q.  -- before you decided to start trading?
25   25    A.  Yes.
```

Oracle Related Cases                                        Page 45

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1    00046:01  Q.  What was that?
2    02    A.  Philip -- Philip was on vacation.  Philip
3    03    Simon was going to do the trading.  I decided to do the
4    04    trading, I think, sometime in December.  And Philip was
5    05    on holiday.  So I waited till he got back to actually
6    06    start the trading.
7    07    Q.  So you decided in December?
8    08    A.  Vague -- vague recollection.  It was sometime
9    09    when I was on holiday in December.  It was over the
10   10    Christmas/New Year's holiday that I made the decision.
11   11    I think.  Best I can recall.
12   12    Q.  Do you think you made that decision to begin
13   13    trading in January?
14   14    A.  It's --
15   15    Q.  I'm --
16   16    A.  Oh.
17   17    Q.  That was a bad question.  That is, when you
18   18    made the decision, whenever it was that you made it, was
19   19    it a decision to start trading in January or simply a
20   20    decision to start trading at some point before the
21   21    options expired?
22   22    A.  To start trading -- no, to start trading in
23   23    the current window.
24   24    Q.  All right.
25   25    A.  So I made a decision "This is as good a time
```

Oracle Related Cases                                        Page 46

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1    00047:01  as any."  We were off to a very, very good start in
2    02    December.  We'd closed the largest deal in our history
3    03    and -- the trigger event, I suppose, was.
4    04        We had a very strong pipeline; we had closed
5    05    the largest deal in our history; I had no material
6    06    inside information.  All those things are good.  So this
7    07    seemed like a very safe time to go ahead and sell.
8    08    Q.  For your trades in Q3 '01, did you set a floor
9    09    price?
10   10    A.  Yes, I did.
11   11    Q.  What was that floor price?
12   12    A.  $30 a share.
13   13    Q.  Did you ever have a floor price that was
14   14    higher than that, say $32 a share?
15   15    A.  I don't think so.  I might have.  I mean, not
16   16    that I recall, but it's certainly possible.
17   17    Q.  Whose idea was it to set a floor price?
18   18    A.  It was my idea.
19   19    Q.  To whom did you communicate that idea?
20   20    A.  Philip Simon.
21   21    Q.  Anybody else?
22   22    A.  Not that I recall.
23   23    Q.  Why $30 a share?
24   24    A.  I thought that was a fair value.  Anything
25   25    less than that I thought was not fair value for Oracle
```

Oracle Related Cases                                        Page 47

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1    00048:01  stock.  And I didn't want my trading to push the stock
2    02    down.
3    03        So by setting a floor price, if I stopped
4    04    trading -- if my volume was pushing the stock down and I
5    05    got out of the market and stopped selling, theoretically
6    06    the natural dynamics of the market would let the stock
7    07    recover.
8    08    Q.  What did you believe the fair market value of
9    09    Oracle shares was at the time of your trades in
10   10    January 2001?
11   11    A.  Oh, that's a difficult question, but more than
12   12    $30 a share.
13   13    Q.  And why?
14   14    A.  We had been trading at -- the stock had been
15   15    as high as 46.  We were -- had just had two record
16   16    quarters.  Our business was extremely strong.  And so --
17   17    you know, so record quarter, record quarter.
18   18        Stock price had come down in the face of two
19   19    record quarters.  So it seemed odd to me at the time --
20   20    it's more explainable now -- why the stock would come
21   21    down so much when we're doing so well and our business
22   22    is so strong and getting better.
23   23        And Q3 looked incredibly strong.  We had a
24   24    pipeline growth in excess of 50 percent.  I mean, that's
25   25    just extraordinary for a company our size.  So it looked
```

Oracle Related Cases                                        Page 48

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
 1   00049:01  like -- and then we'd just closed the largest deal in
 2   02  our history.  So I thought anything less than $30 a
 3   03  share was -- I didn't want to sell.
 4   04        The other reason for $30 a share was I just
 5   05  didn't want -- you know, I didn't want my selling to
 6   06  push the stock price down.  Already the fact that it was
 7   07  public that I was selling wasn't a good thing for the
 8   08  Oracle stock price.
 9   09        I also asked that we limit the volume --
10   10  our -- the volume that we sold to ten or 15 percent.  So
11   11  I just didn't want to perturb the market.
12   12     Q.  You say the fact that it was public that you
13   13  were selling wasn't a good thing for the Oracle stock
14   14  price.  Why do you say that?
15   15     A.  Well, people interpret -- when executives --
16   16  there's all these insider trading reports.  And when an
17   17  insider is selling, people deem not to -- not
18   18  necessarily to be good news.  Even though it's selling a
19   19  very small percentage of my holdings, I hadn't sold in
20   20  years.  I tend not to sell, and people, you know, ask the
21   21  question, you know, "Why is he selling?"
22   22     Q.  And why is that not a good thing for Oracle's
23   23  stock price?
24   24     A.  You don't want people to think I don't have
25   25  confidence in the company.  I sold a couple percent of
```

Oracle Related Cases                                            Page 49

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
 1   00050:01  my holdings, held 98 percent, sold two percent,
 2   02  something like that.  Nonetheless, people -- I try to
 3   03  stay out of the market.  I just don't -- I don't -- I
 4   04  sell every ten years or so.
 5   05     Q.  You were concerned that Oracle's stock price
 6   06  would drop if people learned that you were going to be
 7   07  selling $900 million worth of Oracle stock; is that
 8   08  right?
 9   09     A.  That people would interpret me selling,
10   10  whenever I sell -- you know, just like when Jeff Henley
11   11  sells or anyone else sells, they would interpret I'm
12   12  selling -- that people -- there are reports called
13   13  insider trading reports where people monitor what
14   14  executives are doing.  And when executives are buying
15   15  stock, you know, that's deemed better than when
16   16  executives are selling.
17   17     Q.  And you were concerned that Oracle's stock
18   18  price would drop if people -- if the market learned that
19   19  you were going to be selling $900 million worth of your
20   20  stock?
21   21     A.  The market was going to learn I was going to
22   22  sell the stock, so ... I know the market was going to
23   23  learn that I was going to sell the stock.  So there's
24   24  two separate things.  One is I have to disclose that I'm
25   25  selling the stock, so ... and I was going to sell the
```

Oracle Related Cases                                            Page 50

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
 1   00051:01  stock, so ...
 2   02        I wanted to make sure that my trades intraday
 3   03  did not affect the market, so I minimized the number of
 4   04  shares we sold to a percentage of total volume, and I
 5   05  set a floor price at $30 a share, that we'd stop selling
 6   06  at $30 a share.
 7   07        That was for two reasons.  One, I didn't want
 8   08  to sell below $30 a share because I thought that wasn't
 9   09  fair value.  And the other was by not selling below $30
10   10  a share, I couldn't -- my sales would not push the
11   11  stock -- you know, me being in the market would not push
12   12  the stock down.
13   13     Q.  Now, you say -- you said a maximum number of
14   14  shares that could be traded in a single day?
15   15     A.  Based on the percentage of total volume.  So
16   16  it wasn't a maximum number of shares.  It's whatever the
17   17  total volume was for the day.  I didn't want to be more
18   18  than ten or 15 percent of the total volume.
19   19     Q.  Who set that?
20   20     A.  The broker -- or who set -- I set the amount.
21   21  Do you mean who executed the trades?
22   22     Q.  No, no, whose idea was it to set that limit?
23   23     A.  Oh.  I think it was a discussion between
24   24  Philip and I.
25   25     Q.  Okay.
```

Oracle Related Cases                                            Page 51

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
 1   00052:01     A.  And maybe Merrill Lynch as well.  I think it
 2   02  was Merrill Lynch who did the trades.
 3   03     Q.  Do you recall who at Merrill Lynch it was?
 4   04     A.  I don't.
 5   05     Q.  Tom Blanchfield?
 6   06     A.  Sure.  I know that I vague -- I recall that
 7   07  name.
 8   08     Q.  But you don't have --
 9   09     A.  I couldn't point and say he was with Merrill
10   10  Lynch, but I do know the name.
11   11     Q.  Did you end up exercising in January 2001 more
12   12  or less options than you had intended?
13   13     A.  We had set a target to sell 40 million shares
14   14  of stock.
15   15     Q.  Okay.
16   16     A.  And we wanted to sell the options first.  And
17   17  there were 22 million options.  And we were able to sell
18   18  all of the options and 7 million additional shares
19   19  beyond that.  But we never got to the 40 million share
20   20  target.
21   21        MR. DE GHETALDI:  Okay.  It's about an hour.
22   22  You want to take a break?
23   23        THE WITNESS:  Sure.
24   24        THE VIDEOGRAPHER:  Off the record, 11:17 a.m.
25   25        (Recess taken).
```

Oracle Related Cases                                            Page 52

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1  00053:01    THE VIDEOGRAPHER:  On the record, 11:30 a.m.
2  02    MR. SALPETER:  I just meant to say at the
3  03  beginning of the deposition that I assume the deposition
4  04  is covered by the protective order.
5  05    MR. DE GHETALDI:  Oh, yes.
6  06    MR. SALPETER:  And we're all going to comply
7  07  with the protective order.
8  08    MR. DE GHETALDI:  Yes.
9  09    MR. SALPETER:  Okay.
10  10    MR. DE GHETALDI:  And we're doing it under
11  11  Delaware rules.
12  12    MR. SALPETER:  Yes, correct.
13  13    MR. DE GHETALDI:  Are we on?
14  14    THE REPORTER:  Yeah.
15  15    MR. DE GHETALDI:  Oh, good.  Okay.
16  16    Q.  Mr. Ellison, you were saying before the break
17  17  that you decided in -- you thought, maybe -- in December
18  18  to exercise in January.
19  19    A.  Right.
20  20    Q.  But you didn't do it earlier than
21  21  January 22nd because Mr. Simon was on vacation.  Did
22  22  you tell Mr. Simon in December about your decision?
23  23    A.  I don't recall.  I think he was on vacation,
24  24  so I don't think so.  But again, I don't recall.
25  25    Q.  If I told you that Mr. -- that the records

Oracle Related Cases                                    Page 53

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1  00054:01  that had been produced to us indicate that Mr. Simon
2  02  went on vacation on January 4th, does that help your
3  03  recollection as to whether you had a conversation with
4  04  him?
5  05    A.  No.
6  06    (DC Exhibit No. 102
7  07    marked for identification).
8  08    MR. DE GHETALDI:  Q.  Have you ever seen
9  09  Exhibit 102 before today?
10  10    A.  I may have.  I don't recall.
11  11    Q.  Do you recall who the members of Oracle
12  12  Corporation's board of directors compensation committee
13  13  were in June of 2000?
14  14    A.  I think I said it was Michael Boskin, Donald
15  15  Lucas and Jeffrey Berg.  But I -- again, that's just my
16  16  recollection.
17  17    Q.  The exhibit indicates that it is a written
18  18  consent of the compensation committee of the board of
19  19  directors of Oracle Corporation and appears to be signed
20  20  by Mr. Michael Boskin and Mr. Donald Lucas.
21  21    Do you recognize their signatures on the
22  22  second and third pages of Exhibit 102?
23  23    A.  I do.
24  24    Q.  Does that refresh your recollection as to who
25  25  members of the compensation committee were in the summer

Oracle Related Cases                                    Page 54

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1  00055:01  of 2000?
2  02    A.  As I say, I just don't recall.
3  03    Q.  All right.
4  04    A.  So you're saying -- you're saying these were
5  05  the only two members on the comp committee at the time?
6  06    Q.  Well, I'm not saying that.  I'm asking.
7  07    A.  I don't know.
8  08    Q.  All right.  In June of 2000, did the
9  09  compensation committee have the authority on behalf of
10  10  Oracle's board of directors to set the form of
11  11  nonqualified stock option grant agreements and stock
12  12  option exercise notices and agreements?
13  13    A.  I don't know the exact rules governing the
14  14  compensation committee versus the entire board versus
15  15  all of the shareholders.  I mean, there are strict rules
16  16  about that, and I'm not -- I'm not -- don't know the
17  17  rules.
18  18    Q.  Do you recall the compensation committee
19  19  approving a new form of stock option exercise notice and
20  20  agreement in June of 2000 such as that exemplified by
21  21  the last page of Exhibit 102?
22  22    A.  Again, I know we changed the details of the
23  23  grant a couple of times, but I don't -- but I don't
24  24  recall the dates.
25  25    Q.  This is already marked.  So I'm just going to

Oracle Related Cases                                    Page 55

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1  00056:01  hand over a copy of it.
2  02    A.  Okay.
3  03    Q.  Have you ever seen Plaintiff's Exhibit 13
4  04  before today?
5  05    A.  No.
6  06    Q.  Please turn to the second page of Exhibit 13
7  07  and tell me if that is your signature at the bottom of
8  08  that page.
9  09    A.  It is not.
10  10    Q.  Do you know whose signature it is?
11  11    A.  Probably Carolyn's, Carolyn Balkenhol.  But I
12  12  don't know.  You mean the person who signed my name?
13  13    Q.  You mean the signature that says "Lawrence J. Ellison"?
14  14    A.  Yes.
15  15    A.  Yeah, I don't know.
16  16    Q.  Did Carolyn Balkenhol have authority to sign
17  17  your name on Oracle Corporation's stock exercise
18  18  agreements in December of 2000?
19  19    A.  By "authority," do you mean a power of
20  20  attorney or do you mean me just saying "Go ahead,
21  21  Carolyn, sign it for me"?
22  22    Q.  Either.
23  23    A.  Yes, she had authority from me.
24  24    Q.  Did she have power of attorney to sign your
25  25  name?

Oracle Related Cases                                    Page 56

00057:01 A. Not that I know of.
02 Q. Do you recall authorizing her to sign your
03 name to the second page of Exhibit 13 on or about
04 December 27th, 2000?
05 A. I don't -- I don't think I specifically
06 authorized her to sign page 1 or page 2 or page 3. I
07 just think she said "Do you want to exercise -- Philip
08 said we should exercise the options. Do you want me to
09 go ahead and sign the papers?"
10 Or she might have just gone -- without -- she
11 has general approval to do things like this, to sign my
12 name for a lot of documents, not all documents. Some
13 documents I have to sign myself. But she has the
14 authority to sign documents like this. So she might not
15 have sought explicit approval, you know, for signing
16 this. In fact, I suspect she didn't.
17 Q. Okay. Is it possible that someone other than
18 Carolyn Balkenhol signed your name to the second page of
19 Exhibit 13?
20 A. It's possible but unlikely.
21 Q. How about Mr. Simon?
22 A. It's possible.
23 Q. But unlikely?
24 A. But unlikely.
25 Q. If you'll turn to the third page of Exhibit

00058:01 13, which is titled "Oracle Corporation Stock Option
02 Exercise Notice And Agreement." Do you see that?
03 A. Yes, I do.
04 Q. Is that your signature there at the bottom of
05 that page?
06 A. No, it's not.
07 Q. Do you know whose it is -- I mean who signed
08 it?
09 A. Same answer as I gave before. Same person who
10 signed the previous page.
11 Q. Who you believe to be Carolyn Balkenhol?
12 A. Yes.
13 Q. Do you recall specifically authorizing
14 Ms. Balkenhol on or about December 27th, 2000 to sign
15 this Oracle Corporation stock option exercise notice and
16 agreement on your behalf?
17 A. Only in the sense that I said we're -- you
18 know, Philip asked me -- you know, they informed me that
19 we need to exercise options before the end of the year
20 for tax planning purposes. And I said "Sure, let's do
21 it." And that set in motion the exercise of these
22 documents.
23 Q. This is --
24 A. I suspect I was out of town.
25 Q. Okay. Do you recall telling Mr. Simon -- at

00059:01 the same time you told him that you would go ahead and
02 exercise these 815,000 options at the end of December,
03 do you recall telling him at that time that you also
04 wanted to sell the rest of the expiring options and some
05 additional shares in January?
06 A. This was a wholly different matter. This was
07 a routine, in a sense, annual tax planning matter. And
08 this might have been set in motion in November. I have
09 no idea when this was set in motion. It had to be done
10 before the end of the tax year. But I have no idea when
11 this whole process was set in motion.
12 Q. All right. On the fourth page of Exhibit
13 13 --
14 A. Fourth page -- page numbered 4?
15 Q. Well --
16 A. There's two --
17 Q. Yes, it's page number 5 --
18 A. Okay.
19 Q. -- but it's the fourth page of the exhibit.
20 A. Okay, page numbered 5. Got it.
21 Q. With the Bates 7294 in the lower right-hand
22 corner.
23 A. Yes.
24 Q. Is that your signature on the fourth page of
25 Exhibit 13?

00060:01 A. No, it's not.
02 Q. And you believe that that was signed -- that
03 your name was signed by Carolyn Balkenhol as well?
04 A. I believe so.
05 Q. Up at the top, there's some instructions on
06 the delivery of stock certificates and the name that is
07 to appear as owner. Do you see how that's filled in
08 there? Seems to indicate that you and Mr. Simon were
09 cotrustees of the Lawrence J. Ellison revocable trust
10 under declaration dated 12/8/95, as amended.
11 A. Okay.
12 Q. Does that refresh your recollection as to
13 whether Mr. Simon was a trustee of any of your trusts?
14 A. I guess he is.
15 Q. Going back one page to the third page of
16 Exhibit 13, which is Bates-numbered 7293, this is
17 apparently an outdated form of the stock option exercise
18 notice and agreement that was modified in June 2000 by
19 the compensation committee. Did -- in December --
20 MR. SALPETER: I object to the form. I object
21 to the preamble to the question.
22 MR. DE GHETALDI: That's fine.
23 Q. In December of 2000, was it your intent when
24 you signed Oracle documents relating to your stock
25 option exercises to sign the most recently approved form

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

00061:01 of those documents?

02    A.  Was it my -- sure.  It -- do I think -- can I

03 just rephrase it?  Do I think I should sign the most

04 recent versions of the documents?

05    Q.  Yes.

06    A.  Yes, of course.

07    Q.  And just as a little bit of follow-up, then,

08 if Carolyn Balkenhol was signing documents on your

09 behalf, that she should also have signed the most recent

10 versions of those documents?

11    A.  Sure.

12    Q.  And if she signed an outdated version of this

13 stock option exercise notice and agreement on your

14 behalf, that was done by mistake?

15    A.  I think so.

16    Q.  Does Oracle have an insider trading policy?

17    A.  Yes.

18    Q.  Did it have an insider trading policy in the

19 third quarter of 2001?

20    A.  Yes.

21    Q.  Can you briefly summarize what that policy is.

22    A.  You can't -- it's in our handbook, our ethics

23 handbook.  But it's you can't trade if you have material

24 inside information.

25    Q.  Do you recall whether that policy is contained

Oracle Related Cases                     Page 61

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

00062:01 in any other document?

02    A.  I'm sure it's all over the place, but I don't

03 know where.  Yeah, I'm sure it's all over the place.

04    Q.  Did you ever discuss Oracle's insider trading

05 policy with Mr. Cooperman prior to your exercise and

06 sale of Oracle options in January of 2001?

07    A.  Yeah, we've had several discussions at board

08 meetings as to what constitutes insider trading and what

09 the rules are and the formulation of the policy.

10    Q.  All right.

11    A.  And those discussions were led by our general

12 counsel.

13    Q.  All right.  Was Mr. Henley present at those

14 discussions?

15    A.  You bet.

16    Q.  Okay.  Was Mr. Simon ever present when those

17 discussions were had?

18    A.  No, but Mr. Simon certainly has been in

19 contact with Mr. Cooperman.  I suspect they've discussed

20 it.  I haven't been on any, you know, three-party

21 discussions, but I suspect they've had conversations

22 about it.

23    Q.  So you knew in fiscal year 2001 that you were

24 required to comply with Oracle's insider trading policy?

25    A.  Oh, of course.

Oracle Related Cases                     Page 62

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

00063:01    Q.  Did -- separate from the insider trading

02 policy, did Oracle have an executive trading policy in

03 fiscal year 2001?

04    A.  Yeah, I think the executive windows were --

05 again, I'm not -- correct answer is I'm not certain.

06 But I believe the executive windows were different than

07 the windows for other employees.  But I don't -- again,

08 these are -- these are vague recollections --

09    Q.  All right.

10    A.  -- as to, you know, the dates these things

11 were implemented and the precise -- the precise

12 structure of the rules.

13    Q.  All right.  Do you recall ever discussing

14 Oracle's executive trading policy with Mr. Cooperman

15 prior to your trades in January 2001?

16    A.  I think -- there certainly were discussions in

17 board meetings, again, as to what the rules were for

18 executives.

19    Q.  Okay.  Is it your understanding that your

20 trades in the third quarter of fiscal year 2001 were

21 approved in conformance with Oracle's insider trading

22 policy?

23    A.  Yes.  I went to Mr. Cooperman -- or Philip

24 Simon went to Mr. Cooperman to get approval for the

25 window trading, and I think we also consulted with Jeff

Oracle Related Cases                     Page 63

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

00064:01 Henley.

02    Q.  Do you recall -- you say "we also consulted

03 with Jeff Henley."

04    A.  We -- Philip, as my representative, discussed

05 it with Jeff as well.

06    Q.  Do you recall when he discussed it with

07 Mr. Henley?

08    A.  I don't.

09    Q.  What is the basis for your understanding that

10 your trades -- other than the fact that Mr. Simon went

11 to Mr. Cooperman and Mr. Henley, what is the basis for

12 your understanding that those trades were conducted in

13 conformance with Oracle's insider trading policy?

14    A.  Well, in my judgment, I had no insider --

15 inside -- material inside information that would lead me

16 to believe we should alter our guidance that was

17 currently outstanding to the street.  So that was my

18 judgment.  That was the judgment -- that was also the

19 judgment of Mr. Cooperman and Mr. Henley, was the same,

20 and that my trades would conform to the rules.  And

21 that's why they gave me the go-ahead.

22    Q.  Is it your understanding that the phrase

23 "material inside information" is confined to information

24 that would lead Oracle to alter its outstanding guidance

25 to the street?

Oracle Related Cases                     Page 64

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1   00065:01   A.   That -- certainly if it caused us to alter our
2        02   guidance to the street, that's definitely material
3        03   inside information.
4        04   Q.   Okay.
5        05   A.   Material inside information.  But no, if it
6        06   was something like we were planning -- I'll give you
7        07   another example, which was an event like we had made a
8        08   fundamental decision that we're going to make a hostile
9        09   attempt to acquire IBM.  That would be material inside
10       10   information, even though it wouldn't change our guidance
11       11   whatsoever.
12       12   Q.   All right.  Is it your understanding that your
13       13   trades in Q3 '01 were approved according to Oracle's
14       14   executive trading policies?
15       15   A.   I think they would not -- yes.  Otherwise they
16       16   would not have been approved by Mr. Cooperman and
17       17   Mr. Henley.
18       18   Q.   Okay.  Now, it's your understanding that
19       19   Mr. Simon handled the approval process for you?
20       20   A.   Yes.
21       21   Q.   Did he communicate with you during that
22       22   process?
23       23   A.   Yes.
24       24   Q.   Do you know how long that process took?
25       25   A.   I don't.
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1   00066:01   Q.   Within --
2        02   A.   Couple of days, I think.  Not a long time.
3        03   But again, I don't know.
4        04   Q.   Do you know whether written approval for the
5        05   trades was ever issued?
6        06   A.   No idea.
7        07   Q.   In January 2001, did you know any facts about
8        08   Oracle's finances that Mr. Cooperman did not know?
9        09   A.   Probably.
10       10   Q.   Did you know any facts in the third quarter of
11       11   2001 about Oracle's finances that Mr. Henley did not
12       12   know?
13       13   A.   Probably not.
14       14   Q.   In January 2001, did you have discussions with
15       15   anyone about Oracle's finances that Mr. Cooperman did
16       16   not participate in?
17       17   A.   I'm not sure what you mean by "Oracle
18       18   finances."  Did I -- did I have any discussions with
19       19   people about pending deals, any discussions about
20       20   forecasts, things like that?
21       21   Q.   You might add actual results to that list.
22       22   A.   Or actual results -- sure.
23       23   Q.   Did you have any discussions in January 2001
24       24   about Oracle's actual deals -- pending deals, forecasts,
25       25   actual results that Mr. Henley did not participate in?
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1   00067:01   A.   Yes, but Mr. Henley was kept pretty much
2        02   abreast -- Mr. Henley and I had access to the same
3        03   reports and the same total information.  So I might
4        04   discuss a particular sales transaction with a particular
5        05   sales executive, and Mr. Henley wasn't on the phone.
6        06   But as that information was aggregated into forecasts
7        07   and reports, he had access to the same information I had
8        08   access to.
9        09   Q.   Other than Mr. Simon, do you know of anyone
10       10   who communicated the fact that you intended to exercise
11       11   your options in January of 2001 with Mr. Henley?
12       12   A.   The question is did anyone other than Jeff
13       13   Henley -- did anyone other than Philip Simon tell Jeff
14       14   Henley that I was exercising options?
15       15   Q.   Right.
16       16   A.   I have no idea.
17       17   Q.   Okay.  All right.  Prior to exercising or
18       18   selling in Q3 2001, did you tell Mr. Cooperman that you
19       19   did not personally have material nonpublic information
20       20   about Oracle?
21       21   A.   I don't think so.
22       22   Q.   Is there a reason why you didn't?
23       23   A.   I didn't talk to him.
24       24   Q.   Okay.  Prior to exercising or selling in
25       25   January of 2001, did you tell Mr. Henley that you did
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1   00068:01   not have material nonpublic information about Oracle?
2        02   A.   I'm trying to make sure I understand the
3        03   question.  Did I affirmatively walk up to Jeff and say
4        04   "Jeff, I just want you to know I don't have any material
5        05   inside information"?
6        06   Q.   That's right.
7        07   A.   No.  I didn't say that.
8        08   Q.   Okay.  And you didn't say that to
9        09   Mr. Cooperman?
10       10   A.   I didn't say that to either one of them.
11       11   Q.   Do you know if anyone said that to them on
12       12   your behalf?
13       13   A.   I have -- I have no idea.  I don't know
14       14   what -- I don't know what Philip's -- Philip's
15       15   discussions were with -- with Jeff Henley at the time.
16       16   Q.   Okay.
17       17   A.   I just -- you know, I told Philip, you know,
18       18   that this was a good time to sell because, you know,
19       19   there was nothing going -- you know, things looked -- we
20       20   were off to a very strong start in the quarter; I don't
21       21   have any inside -- you know, material inside
22       22   information; so this is an excellent time to go ahead
23       23   and go to market with the stock, I told Philip.
24       24        But I don't think I ever spoke with Dan
25       25   Cooperman or Jeff Henley.
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

00069:01   Q. When you told Mr. Simon that you -- that it
02 was a good time to go ahead and sell, was that the
03 conversation in December or was that a conversation in
04 January?
05   A. I think my conversation with Philip was in
06 January.
07   Q. Was that after he got back from New Zealand?
08   A. I think so.
09   Q. Okay.
10   A. But I -- again, I don't -- I don't recall the
11 exact dates.
12   Q. All right. If I told you that the records
13 that were produced to us indicate that Mr. Simon
14 returned from New Zealand on January 19th, does that
15 refresh your recollection?
16   A. That sounds right.
17   Q. It was a Friday; do you recall that?
18   A. I don't.
19   Q. The trades began on the following Monday,
20 January 22nd; do you recall that?
21   A. I've looked at -- I've looked at the -- yeah,
22 my notes -- my notes -- I've looked at my affidavit --
23 you know, my affidavit. And that's what it says in my
24 affidavit.
25     So yeah, stands to reason that if he got back

Oracle Related Cases                                      Page 69

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

00070:01 on the 19th, then I spoke with him on the 19th. He
02 got clearance from Jeff and Dan to go ahead, and trades
03 commenced on the 22nd.
04   Q. Is it your understanding that --
05   A. But I don't recall that.
06   Q. Okay. Is it your understanding that Mr. Simon
07 got clearance from Mr. Henley on January 19th?
08   A. I have no idea. Again, I -- the dates -- I
09 don't remember any of this. I just -- I just know that
10 the trading started on the 22nd. Then I spoke with
11 Philip Simon, and Philip Simon got clearance from Dan
12 Cooperman. I'm not even certain that Philip also talked
13 to Jeff Henley. I don't know what the process was.
14   Q. Is it your recollection that you had this
15 discussion with Mr. Simon after he returned from
16 vacation; that is, the discussion in which you told him
17 it was a good time to trade because you didn't have any
18 material inside information?
19   A. You're asking me if I recall. And the answer
20 is I don't recall those dates. I think that's what
21 happened, but it's -- but I don't recall those dates.
22   Q. Okay. But you -- without recalling the
23 specific dates -- what I'm trying to find out is did you
24 tell him before he went on vacation and then some time
25 elapsed before the trades started occurring, or did you

Oracle Related Cases                                      Page 70

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

00071:01 tell him right after he came back from vacation,
02 whenever that was, and that's when he started -- that's
03 when he authorized the trade?
04   A. I believe that's right. I don't know if I
05 called him in New Zealand. I don't -- I don't know. I
06 just don't know.
07   Q. Okay.
08   A. I might have spoken to him when he was in New
09 Zealand.
10   Q. But you --
11   A. I have no -- I just don't remember.
12   Q. Before -- are there -- did you keep any notes
13 of this conversation with Mr. Simon?
14   A. No.
15   Q. No memos?
16   A. Nothing.
17   Q. Do you have your phone bills?
18   A. Do I have phone bills. I assume I have phone
19 bills.
20   Q. Do you personally have the phone bills or
21 does --
22   A. Me personally?
23   Q. -- Oracle have the phone bills?
24   A. I don't personally have the phone bills. I
25 don't even know how many phones I have.

Oracle Related Cases                                      Page 71

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

00072:01   Q. Who has your phone bills?
02   A. I have no idea.
03   Q. Do you recall whether you communicated with
04 Mr. Simon -- that is, you communicated the fact that you
05 did not have inside material information about Oracle --
06 in person or over the phone?
07   A. It was over the phone.
08   Q. But you don't recall whether -- or do you
09 recall whether that was after he returned from vacation
10 or not?
11   A. No recollection whatsoever.
12   Q. Before you spoke to Mr. Simon and told him
13 that you didn't have inside material information about
14 Oracle, did you make any special inquiry to find out if
15 anything at the company was going on that would
16 constitute inside material information?
17   A. Well, since we weren't buying any companies,
18 there was no large -- large event, nor were we
19 contemplating making an offer for a company or had any
20 made an offer to buy us, the only other thing that would
21 be material would be a significant change in our
22 business that might cause us to alter guidance.
23      And in fact, we were off to a very good start
24 in the quarter, and it looked like we were -- you know,
25 that we were going to safely make our quarter.

Oracle Related Cases                                      Page 72

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1  00073:01   Q. You say the only other thing that would be

2  02 material would be a significant change in your business

3  03 that might cause you to alter guidance. Is that your

4  04 understanding of the only other thing?

5  05     A. No, of course not.

6  06     Q. Okay.

7  07     A. Nuclear attack on New York City would probably

8  08 change things. If I knew there was going to be a

9  09 nuclear attack in New York City because I was, you know,

10  10 privy to this information somehow, I'm sure that would

11  11 also be material inside information. If I knew I had

12  12 cancer and one week to live, that would be material

13  13 inside information.

14  14     So no, there are other things that would

15  15 constitute material inside information that would

16  16 preclude me from trading.

17  17     Q. Okay. Well, in terms of -- specifically in

18  18 terms of Oracle's finances, is it your understanding

19  19 that only the fact that Oracle's business had declined

20  20 to such an extent that it would require you to alter

21  21 guidance, that's the only sort of financial information

22  22 that would constitute material inside information?

23  23         MR. SALPETER: Objection to form.

24  24         THE WITNESS: I'm not -- again, I'm not sure

25  25 what you mean. If there was -- you know, if there was a

Oracle Related Cases                                    Page 73

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1  00074:01 substantial change in our business, a very substantial

2  02 change in our business --

3  03         MR. DE GHETALDI: Short of --

4  04         THE WITNESS: I'm just -- I'm trying -- I'm

5  05 doing this -- I'm not sure I want us to sit around and

6  06 speculate. You mean if suddenly someone -- we just

7  07 closed a billion-dollar deal, you know, and we're going

8  08 to wildly exceed expectations, yeah, that would be

9  09 material inside information. And it would cause us --

10  10 if not -- you know, probably cause us -- we'd probably

11  11 have to announce it because of the size -- because of

12  12 the size of the deal, if there were some huge loss

13  13 reserve.

14  14     But yeah, basically if our financial result --

15  15 I can't offhand -- you know, I hate to -- you know,

16  16 never say never. I can't think of another something

17  17 that's material that wouldn't affect guidance, as I sit

18  18 here today. If you can think of something, bring it up

19  19 and I'm perfectly willing to reconsider my position.

20  20         MR. DE GHETALDI: Okay. All right. We're

21  21 going to change the tape.

22  22         THE VIDEOGRAPHER: This is the end of Volume

23  23 I, tape 1 in the deposition of Lawrence J. Ellison on

24  24 February 26, 2004. The time is 12:04 p.m. We're off

25  25 the record.

Oracle Related Cases                                    Page 74

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1  00075:01     (Recess taken).

2  02         THE VIDEOGRAPHER: This marks the beginning of

3  03 Volume I, tape 2 in the deposition of Lawrence J.

4  04 Ellison on February 26, 2004. The time 12:07 p.m. We

5  05 are on the record.

6  06         MR. DE GHETALDI: Q. Mr. Ellison, what are

7  07 Oracle's revenue sources?

8  08     A. We have a software business, which is divided

9  09 up into two groups: the technology business, where the

10  10 primary product is the database, and we have an

11  11 applications business, where the primary product is the

12  12 eBusiness Suite. The database technology business is

13  13 about three, four times larger than the applications

14  14 business.

15  15     We have a consulting business and education

16  16 business. And then we have something that's sometimes

17  17 called support, though it's not -- what it really is is

18  18 our license -- our software license renewal business.

19  19 So it's not really a support service at all; it is

20  20 people who buy our products -- let's say you spend a

21  21 million dollars to purchase an Oracle database. You

22  22 give us $200,000 a year, 20 percent of the cost of

23  23 purchasing the software, to receive new versions of the

24  24 software.

25  25     So you -- if you will, it's a subscription

Oracle Related Cases                                    Page 75

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1  00076:01 right on your license that allows you to get the latest

2  02 version of the software without having to rebuy the

3  03 software.

4  04     And there's two models. One is you buy

5  05 version 6 -- this is Microsoft's old model -- you buy

6  06 version 6; when version 6 is dead, you have to rebuy

7  07 version 7; you have to rebuy version 8.

8  08     We don't do that. When you buy version 6,

9  09 then you get version 7 for free and version 8 for free

10  10 and version 9 for free, so long is "for free" is defined

11  11 as you're paying your subscription fees annually. Maybe

12  12 for no additional charge, so long as you pay your annual

13  13 subscription fee.

14  14     So our software business has two -- there's

15  15 two orthogonal ways to look at our software business.

16  16 One is it's our application business and our database

17  17 business; the other one is new license sales and

18  18 subscriptions, people who bring new -- bought the year

19  19 before and the year before that, who are then

20  20 subscribing -- giving us our subscription fees and

21  21 paying that annual fee.

22  22     Right now -- it's a long answer. Right now

23  23 our subscription business is actually larger than our

24  24 license business, but it's all software.

25  25     Q. Going back just for a second, I think that one

Oracle Related Cases                                    Page 76

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00077:01 of the questions I asked you before the break, I'm not
2   02 sure if it was actually answered. And that was the
3   03 question of whether you actually made an active inquiry
4   04 into Oracle's business prior to directing Mr. Simon to
5   05 begin trading.
6   06      A.  I received -- on a weekly basis, I received
7   07 forecast reports. I stayed in contact with our
8   08 salespeople, albeit less so over the holiday, over the
9   09 Christmas holiday, but certainly starting early January.
10  10 The -- got -- I had actuals -- had the actual results
11  11 from December before we started trading. So yeah, I
12  12 think I was up-to-date.
13  13      So you're saying before trading commenced on
14  14 the 22nd, was I pretty much up-to-date with all of the
15  15 information, all the financial information available,
16  16 then available?  And the answer's yes.
17  17      Q.  And you made no special inquiry other than
18  18 what you learned in the normal course of business?
19  19      A.  Which is made up of lots of special inquiries.
20  20      Q.  Yes.
21  21      A.  But yes. Yes. Normal course of business is
22  22 for me to keep pretty up-to-date as to the state of our
23  23 business.
24  24      Q.  Okay. Now, going back to the revenue sources.
25  25 In some of the financial documents that have been

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00078:01 provided to us, there's a category called tools. What
2   02 are tools?
3   03      A.  We used to have a category called tools where
4   04 we -- it's our Java application development product, our
5   05 report writer. It's a relatively small portion of our
6   06 technology business. Used to be known as tools, and
7   07 then we took all of those tools and rolled them into a
8   08 product we called the application server.
9   09      So we really don't have a tools business at
10  10 all anymore. We decided to create a bundle, take a
11  11 bunch of separate products and put them into the
12  12 application server.
13  13      Q.  But in Q3 '01 tools were reported as a
14  14 separate category?
15  15      A.  I think we were in the process at that time of
16  16 moving tools from separate to -- yeah, we were halfway
17  17 between moving all the tools from separate reported
18  18 items to being bundled in with the application server.
19  19      Q.  Okay.
20  20      A.  I think. I have to go back and look, you
21  21 know.
22  22      Q.  Okay.
23  23      A.  Okay.
24  24      Q.  The application, you said, is essentially now
25  25 the eBusiness Suite. Was applications divided up into

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00079:01 other categories in Q3 '01?
2   02      A.  We have an a la carte version of the
3   03 applications where you can buy Oracle human resources,
4   04 you can buy Oracle financials, you can buy Oracle
5   05 manufacturing or you can say "I'm not going to buy the
6   06 components separately; I'm going to buy them all
7   07 together." And that's called the eBusiness Suite.
8   08      So it's just a way to buy all of the separate
9   09 applications as a bundle, as a group. So you'd say "I
10  10 have a hundred users, you know, and I don't" -- let's
11  11 say you wanted to buy 50 users for HR and 50 users for
12  12 financials, total of a hundred users. But you'd say
13  13 specifically -- if you change your mind and later wanted
14  14 to have 60 users of HR and 40 users of financials, you
15  15 really couldn't do that because what you owned were 50
16  16 licenses for financials.
17  17      However, if you bought a hundred users for
18  18 eBusiness Suite, those eBusiness users were portable.
19  19 You know, that user could be an HR user or a financials
20  20 user. So you didn't have to know exactly what -- you
21  21 know, how many users you had per component.
22  22      So it's more convenient for customers to buy
23  23 the entire suite and then figure out how many users, you
24  24 know, in one area and how many users in the other over
25  25 time.

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00080:01      Q.  Okay.
2   02      A.  Rather than -- rather than at the point of
3   03 licensing.
4   04      Q.  Okay. What's CRM?
5   05      A.  Customer relationship management. It is
6   06 the -- sometimes called the front office application:
7   07 sales, marketing and service. It's all of those
8   08 processes and organizations that have direct contact
9   09 with customers.
10  10      You market to customers; you sell to
11  11 customers; you service customers, as opposed to a back
12  12 office application, ERP, where you do the accounting.
13  13 You're not directly talking to customers. You are --
14  14 you may occasionally in collections. You're doing
15  15 manufacturing. You're scheduling them, you know, the
16  16 plant floor, inventory, those kinds of things.
17  17      So we distinguish between front office
18  18 customer, you know, where you have direct contact with
19  19 customers, and the back office.
20  20      Q.  In Q3 '01 did Oracle report internally the
21  21 sales of those two versions of applications separately?
22  22      A.  At that time, we had two ways of -- yes and
23  23 no.
24  24      Q.  Okay.
25  25      A.  You could buy the bundle, the eBusiness Suite,

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1    00081:01 where we didn't know if they were CRM users or ERP
2    02 users. So you could license it that way, or you could
3    03 explicitly say "I want to buy the Oracle sales product"
4    04 or "I want to explicitly buy the Oracle HR product."
5    05      So some of the sales you could pinpoint as to
6    06 what the customer was going to use -- which product the
7    07 customer was going to use, CRM or ERP. Some sales you
8    08 couldn't pinpoint because they were buying this basket
9    09 of products.
10   10   Q.  In Q3 '01, had Oracle itself begun using the
11   11 eBusiness Suite?
12   12   A.  We had just begun using it, yes.
13   13   Q.  Do you recall when it was -- when it went on
14   14 line?
15   15   A.  I think that quarter or the quarter before.
16   16 Pretty close to it, yeah. Pretty much that quarter or
17   17 the quarter before.
18   18   Q.  In a number of the financial reports that
19   19 we've been given, there's a category called "pipeline."
20   20   A.  Yes.
21   21   Q.  Can you tell me what that is.
22   22   A.  Pipeline are all of the open opportunities.
23   23 The salespeople keep track of their open opportunities
24   24 in a system called Oracle Sales On-line.
25   25      So let's say I'm trying to sell you a million

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1    00082:01 dollars' worth of database. I'll enter the name of your
2    02 company, where I am in the sales process, who the
3    03 competition might be. So I'll have all of that
4    04 information.
5    05      So there'll be -- that's deemed an opportunity
6    06 to sell -- you haven't purchased it yet, but we've given
7    07 you a demonstration and you're trying to decide between
8    08 us and IBM, our product and IBM's product.
9    09      So then we'd say we have a million dollars of
10   10 pipeline, a prospective sale, a prospective customer.
11   11 And then we add up all the different prospects and then
12   12 we trend those. So is our pipeline growing, how does
13   13 our pipeline -- and we call that, you know, our
14   14 opportunity -- pipeline's also called opportunities.
15   15 They're synonymous.
16   16   Q.  Okay.
17   17   A.  And how does our pipeline this year compare to
18   18 our pipeline last year. Said another way, how do our
19   19 opportunities to sell this year compare with our
20   20 opportunity,to sell last year; is that pipeline growing.
21   21      And a growing pipeline or growing opportunity
22   22 base is indicative of a business that should also be
23   23 growing.
24   24   Q.  Okay. Are -- is the pipeline made up only of
25   25 open opportunities? In other words, does it contain

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1    00083:01 closed deals?
2    02   A.  They would not really be in pipeline once they
3    03 were closed again. If it's a closed deal, it should be
4    04 marked as won -- again, depends what you mean. So if
5    05 it's a closed deal, it's marked as won, pulled out of
6    06 pipeline and put into won or booked.
7    07      Different systems do things differently. Some
8    08 systems don't do a very good job of taking something out
9    09 of the pipeline. Several things can happen. A
10   10 salesperson would get an order and the salesperson might
11   11 not mark, you know, that order as closed. So -- or that
12   12 order as won. So it's possible that something would
13   13 erroneously appear in both booked and still in pipeline.
14   14 But it should not.
15   15   Q.  Okay.
16   16   A.  It's not a prospective -- it's not an
17   17 opportunity anymore. It's not a prospective deal any
18   18 more. It's a customer. So it should move out of the
19   19 pipeline into -- you know, it's now out of the pipeline
20   20 into, you know, accounting, into order management.
21   21   Q.  Into revenue?
22   22   A.  Into -- well, theoretically into revenue,
23   23 sure.
24   24   Q.  Okay. Some of the financial reports that
25   25 we've been given include a category called "forecast."

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1    00084:01 Can you tell me what that is.
2    02   A.  A forecast is a judgment placed on top of
3    03 pipeline, so -- down to the individual, starting with
4    04 the individual salesperson. Let's say I've got three of
5    05 these million-dollar opportunities. And the question is
6    06 forecast. "Well, how many do you think you'll close
7    07 this quarter? Give me your judgment." So it's a matter
8    08 of judgment.
9    09      So we ask every salesperson to look at their
10   10 pipeline and look at their opportunities that they're
11   11 working on and tell us, to the best of their ability,
12   12 what they think they will, in effect, close. And that
13   13 is called a forecast. That's called -- that's a
14   14 forecast down at the individual salesperson level.
15   15      Then other -- then as it rolls up, managers
16   16 have -- you know, managers apply factors to that till
17   17 you eventually get up to, you know, one person -- you
18   18 know, the head of sales for Europe, the head of sales
19   19 for Latin America, head of sales for North America, so
20   20 on, Asia Pacific, Japan. They'll say "This is my
21   21 overall forecast."
22   22      So it's their judgment of how much of the
23   23 pipeline we will close this quarter, that will go into
24   24 revenue this quarter.
25   25   Q.  Okay. And that's the pipeline without the

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

00085:01 closed deals?

02    A.  So the pipeline is the opportunity, okay. So

03 let's say we got -- simple example. We got -- you're --

04 I'm a sales guy and I'm trying to sell you three people

05 a million dollars' worth of database.

06    Q.  Right.

07    A.  And I think only -- I'm going to close one of

08 them.

09    Q.  Right.

10    A.  I don't know which one. You know, I'm pretty

11 sure one of them's going to close this quarter. So even

12 though I got $3 million of opportunity, $3 million of

13 pipeline. I'm going to say that I will close one of

14 those three deals. So I will have a forecast of a

15 million dollars.

16    Q.  Okay.

17    A.  But during negotiation, you know, you might

18 be -- she might be very hard on me, you know. I think

19 the software's a million dollars; she might get me down

20 to $700,000. I'm going to have to give her more

21 discount than currently envisioned. So our forecast is

22 $700,000 on top of my opportunity of -- opportunity

23 pipeline of $3 million.

24    So it's a matter of looking at the opportunity

25 flow and then exercising your judgment as to how much of

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

00086:01 that will come in.

02    Q.  Okay.

03    A.  So this is an example. Now, you got lots

04 of -- you got thousands of salespeople. So as you --

05 now you have to add all this stuff up. We have a

06 computer system that adds all this stuff up. And we

07 have statistics on how big the pipeline is and how big

08 the forecast is.

09    One of the things we'll try to do -- and I'll

10 stop here 'cause I'm -- I'll go on and on and on, and

11 I'm not supposed to do that. One of the things that

12 we'll do is we'll compare our forecast growth -- say

13 okay, we're forecasting 25 percent growth. Well, gee,

14 the pipeline's grown 50 percent. That's pretty good.

15 It seemingly means that the forecast is -- you know,

16 we're being pretty conservative. Looks like the pipe

17 has grown, lots of opportunities. Opportunities are

18 growing very rapidly. That's good news. That

19 people are -- you know, it's grown 50 percent, but the

20 forecast is only 25 percent.

21    So one interpretation is that the sales force

22 is being conservative. They're forecasting a lower

23 percentage growth than pipeline growth.

24    The converse of that would be let's say

25 they're forecasting 25 percent growth and the pipeline

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

00087:01 hasn't grown at all. Well, gee, if the pipeline hasn't

02 grown at all, if we don't have any more opportunities

03 this year than last year, maybe we'd be, you know,

04 incautious to, you know, forecast sales growth without

05 underlying pipeline growth.

06    So it's a matter of looking at all of this

07 data, keeping in mind that pipeline data is, quote,

08 real -- you know, real data -- and the forecast is --

09 it's a sum of judgments of different people.

10    Q.  Okay. Let's go back to your example just for

11 a second of three possible $1 million deals in the

12 pipeline and a forecast of $1 million.

13    A.  Sure.

14    Q.  What happens to those numbers if the

15 million-dollar deal actually closes?

16    A.  The pipeline -- what should happen is, as long

17 as the systems are linked and operating properly, that

18 that pipeline -- the $3 million pipeline will go from

19 3 million to 2 million. It will drop as the other -- as

20 that one -- as that opportunity goes -- is no longer an

21 opportunity; it's now a sale.

22    Q.  Okay.

23    A.  Now, hopefully in the meantime, as it goes

24 from opportunity to sale, a good salesperson will be

25 finding other opportunities. So leads are coming in.

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

00088:01 And so while I'm trying to close that million-dollar

02 deal, I'm also talking to prospective new customers and

03 I'm trying to grow my pipeline.

04    So hopefully one -- you know, that my

05 pipeline -- so the opportunity -- so it weren't really

06 just -- you know, in isolation it'll drop from 3 million

07 to 2 million, but hopefully I'll find two other good

08 companies to sell software to, also a million dollars.

09    So it will -- so -- yeah, a $2 million deal --

10 a $1 million deal will come out of the pipeline, but

11 I'll replace it with two other $1 million deals. So

12 I'll end up with a pipeline of $4 million.

13    So that the organic process that's happening

14 is some of the opportunities are being converted into

15 sales, but we're getting new opportunities at a more

16 rapid rate than we're converting them. That would mean

17 that pipeline growth was growing faster than sales.

18    Q.  Okay.

19    A.  I don't know if that's coherent.

20    Q.  No, it's coherent.

21    MR. DE GHETALDI:  Why don't we take -- why

22 don't we have lunch after that one.

23    THE VIDEOGRAPHER:  Off the record, 12:25 p.m.

24    (Lunch recess taken from 12:25 to 1:00).

25

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1    00089:01 AFTERNOON SESSION                   1:09 P.M.

2    02       THE VIDEOGRAPHER: On the record, 1:09 p.m.

3    03          EXAMINATION RESUMED BY

4    04       MR. DE GHETALDI: Q. Okay, Mr. Ellison.

5    05 Let's go back to the example of the $3 million in the

6    06 pipeline and the $1 million in forecast. And I had

7    07 asked you before lunch what happens to those numbers if

8    08 the $1 million deal gets closed. And you explained that

9    09 the pipeline goes down to 2 million.

10   10       Does the forecast number go down to zero at

11   11 that point, assuming that there are no other deals

12   12 coming in?

13   13       A. No, the forecast -- the forecast is the sum of

14   14 the deals that are already closed and the deals that you

15   15 expect are going to close.

16   16       Q. Okay.

17   17       A. You sum those up. So a deal either has to be

18   18 in the pipeline or -- or -- or -- well, it could drop

19   19 out of the pipeline. It could be -- a deal could be

20   20 lost. A deal could be in the pipeline, won or lost.

21   21       Q. Okay. All right.

22   22       A. So the forecast is the sum of what's been won,

23   23 already in, what sales we've already made, and what

24   24 sales we expect to make this quarter.

25   25       Q. So the -- in that example, 3 million in the

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1    00090:01 pipeline, 1 million in forecast, if the $1 million deal

2    02 closes, the forecast drops to 2 million?

3    03       A. No, no.

4    04       Q. I'm sorry, the pipe --

5    05       A. Pipeline drops to 2 million and the forecast

6    06 might be unchanged. The deal -- just the certainty of

7    07 the forecast is up.

8    08       Q. Right. Okay. Was that how those numbers were

9    09 reported in Q3 '01?

10   10       A. Yes.

11   11       Q. Now, another number that we've -- or another

12   12 description of numbers that we've seen in Oracle's

13   13 financial reports is something called potential. Can

14   14 you tell me what that is.

15   15       A. Potential upside or potential -- potential --

16   16 yeah, I think potential's actually more accurate, but,

17   17 you know ...

18   18          There is a judgment made -- there's a

19   19 pipeline, which is real hard data in a computer system,

20   20 all the prospects, all the people we're trying to sell

21   21 to. There is a forecast, which is a judgment by the

22   22 salespeople as to how many of those deals will close

23   23 this quarter -- how many have already closed and how

24   24 many more will close in the quarter.

25   25          And then there's, finally, a finance review

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1    00091:01 where the financial people -- not the salespeople, but

2    02 the finance people -- will take a look at the sales

3    03 forecast and they'll come up with their own forecast,

4    04 their own judgment, which can be different than the

5    05 salespeople's judgment, as to what the quarter's going

6    06 to be like.

7    07          So the finance people might think the

8    08 salespeople are being too conservative in their

9    09 forecast. They might increase the forecast. The

10   10 finance people might think the sales people are being

11   11 too optimistic and they might decrease the forecast.

12   12       Q. And the finance people that you're talking

13   13 about are ...

14   14       A. They work for Jeff Henley. They're Jennifer

15   15 Minton's group, working for Jeff Henley.

16   16       Q. Okay. Has it been your experience that some

17   17 sales managers or executives tend to overstate or

18   18 understate their forecast numbers?

19   19       A. Most of our sales managers tend to be

20   20 conservative.

21   21       Q. Do you know, is there a reason for that?

22   22       A. They don't like to commit to things that they

23   23 don't deliver. They'd rather exceed their forecast.

24   24 They think it's okay to exceed their forecast. That's

25   25 not a bad thing. So missing on the low side -- another

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1    00092:01 way of saying exceeding your forecast is you guess

2    02 you're going to sell a million, you sold 2 million.

3    03 That means that you'd be forecasting low. And they

4    04 figure that's not a bad thing when you exceed your

5    05 forecast.

6    06          When they forecast a million and sell half a

7    07 million, when they miss on the downside, they think

8    08 missing their forecast is extremely bad. And therefore,

9    09 they tend to be conservative and forecast numbers

10   10 they're pretty confident being able to make.

11   11       Q. Okay. In Q3 '01, who were the sales

12   12 executives who were the most accurate, if you can

13   13 recall?

14   14       A. I --

15   15       MR. SALPETER: I'm going to object to the form

16   16 of the question.

17   17       THE WITNESS: I'm not sure that I can

18   18 characterize one executive as being conspicuously more

19   19 accurate or inaccurate than another.

20   20       MR. DE GHETALDI: Q. And I mean more accurate

21   21 in their forecast.

22   22       A. That's what I meant. I'm not sure I can

23   23 characterize certain sales -- you know, certain sales

24   24 executives as being -- some being materially more

25   25 accurate than the others.

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00093:01   Q.   Okay.  Did you take any steps in Q3 '01 to try
2   02   and compensate for the tendency of sales executives to
3   03   underforecast?
4   04   A.   Nothing out of the ordinary.  We have two
5   05   forecasts.  We have the sales forecast and then we have
6   06   the finance forecast.  And the finance forecast is
7   07   sometimes referred to as upside or potential, or
8   08   whatever you'd like to call it.
9   09   And the finance forecasts historically have
10   10   been much more accurate than the sales forecasts.  Just
11   11   been my experience that the finance forecast was
12   12   better -- finance people did a better job of predicting
13   13   the future than the salespeople.
14   14   Q.   Did Oracle conduct any studies that would
15   15   support that -- that fact?
16   16   A.   We certainly looked at, last quarter, whose
17   17   forecast was more accurate.  And consistently it was the
18   18   finance people.  The finance people have been very
19   19   consistently more accurate than the salespeople.
20   20   It didn't require a study.  They were -- you
21   21   know, nine times out of ten, they were more accurate.
22   22   Q.   Is that true on a macro level as well as a
23   23   micro level; that is, division by division, as well as
24   24   companywide?
25   25   MR. SALPETER:  Objection to form.

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00094:01   THE WITNESS:  It was certainly true on a macro
2   02   level, companywide.  That's true.  I'm not sure what the
3   03   results were at -- you know, in Latin -- at low-level --
4   04   in Brazil, for example, who was better at forecasting
5   05   Brazil.  The finance people tended to forecast at a
6   06   fairly high level, the people that were then my direct
7   07   reports.
8   08   MR. DE GHETALDI:  Q.  Was it your experience
9   09   that the finance people in Q3 '01 had historically
10   10   tended to overestimate when things came out?
11   11   A.   They weren't as conservative as the
12   12   salespeople, but they were more accurate than the
13   13   salespeople.  The salespeople were extremely
14   14   conservative and the finance people were more accurate.
15   15   Q.   Okay.  But I'm asking about -- I'm asking
16   16   whether the finance people tended to overestimate actual
17   17   results.  Did you ever notice that --
18   18   A.   No.
19   19   Q.   -- as a pattern?
20   20   A.   No.
21   21   Q.   Okay.  The dollar figures in a number of
22   22   Oracle's financial reports are reported in -- using
23   23   apparently different standards.  For example, one report
24   24   might indicate that the dollars are reported at actual
25   25   rates.

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00095:01   A.   Constant rates versus actual rates.
2   02   Q.   Well --
3   03   A.   The exchange rates.
4   04   Q.   There are four that I've seen: actual rates,
5   05   budget rates, U.S. dollars and constant dollars.
6   06   A.   Okay.
7   07   Q.   Can you explain what the difference between
8   08   those rates are.
9   09   A.   Sure.  Let me start just with, you know,
10   10   budget rates.  Let's say we start the year, and one
11   11   euro -- a euro is equal to a hundred cents, a dollar.  A
12   12   euro and a dollar are equal.  And during the year, the
13   13   euro appreciates so that the euro is worth $1.20.
14   14   And we have a budget.  Let's say that Europe's
15   15   going to sell a hundred million euros.  And that's fine;
16   16   that's unchanged.  But we'd also say -- another way of
17   17   saying that is Europe's going to sell a hundred million
18   18   dollars.
19   19   Well, it's still true that Europe's going to
20   20   sell a hundred million euros, 'cause they sell in euros.
21   21   The dollars are now -- you know, the euro's appreciated
22   22   in value to $1.20.  So the budget rate -- we're
23   23   expecting a hundred million from Europe -- a hundred
24   24   million dollars from Europe.  Now, with the exchange
25   25   rate, 'cause of currency fluctuation, will actually be

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00096:01   at $120 million from Europe because the currency values
2   02   have changed.
3   03   Nothing really to do with the dynamics or --
4   04   it wasn't a great sales success in Europe that we sold
5   05   $120 million rather than a hundred million dollars.
6   06   What happened was the currency exchange rate changed and
7   07   we got more dollars -- we got more money.  We got more
8   08   dollars.
9   09   Now, that's working in our favor these days.
10   10   But back in '01, the dollar was very, very strong and
11   11   the euro was going down.  So even though Europe might
12   12   have been meeting its targets, the dollar was getting
13   13   stronger; the euro was getting weaker.
14   14   So a hundred million euros might have only
15   15   been worth $80 million in '00.  These are not -- or
16   16   $85 million.  These are not bad -- these are fairly
17   17   accurate, by the way.  Hundred million euros was worth
18   18   $85 million to us in 2000.  A hundred million euros now
19   19   is worth $120 million to us.  That's a $35 million
20   20   swing.  That's a huge swing that has just to do with
21   21   exchange rates.
22   22   Q.   Are -- or is budget rate synonymous with
23   23   constant dollars?
24   24   A.   It is pretty close, yes.  It's the -- the
25   25   answer is yes.

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1  00097:01    Q.  So budget rate -- there is -- well, for

2       02  constant dollar, there's some kind of -- I don't know

3       03  what you would call it -- a standard that's been set?

4       04        A.  Well, there's an adjustment.  So -- so we

5       05  would say -- so let's say, again, we budgeted one to

6       06  one; constant dollars are one to one.  We say for

7       07  purposes of budgeting, one euro is equal -- is equal to

8       08  one dollar; one dollar is equal to one euro.

9       09        But we report our revenue in dollars.  We're a

10      10  U.S. company and we report our revenue in dollars.  We

11      11  bring those euros back to the United States and we

12      12  exchange them at a market rate.  There's an exchange

13      13  rate when you're selling euros and buying -- trading

14      14  them for dollars.

15      15        So if we budgeted -- expected a hundred

16      16  million euros, we got a hundred million euros, so

17      17  exactly what we budgeted -- Europe did exactly what they

18      18  said they were going to do; they sold a hundred million

19      19  euros.  We should be very happy, right?  We hit our

20      20  budget exactly right.

21      21        Oh, but the euro is only worth 85 cents now.

22      22  Now, did Europe just miss by 15 percent or did they hit

23      23  their budget?  So we would argue that they actually --

24      24  that the -- Europe should be judged in local currency.

25      25  So we'd say they hit their budget.  But in fact, we're

Oracle Related Cases                                          Page 97

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1  00098:01  not bringing back a hundred million dollars; we're only

2       02  bringing back $85 million 'cause the exchange rate

3       03  changed.

4       04        So the -- you know, we have to look at our

5       05  business from several -- through several different

6       06  lenses.  We have to look at it from local currency,

7       07  which I think is correctly the forecast -- the health of

8       08  the business versus exchange rates, which still can have

9       09  huge impact on our sales results.  But it's really

10      10  our -- it's things beyond our control.

11      11        Q.  Constant dollars, as I understand it, are

12      12  calculated based on a baseline value for the dollar.

13      13        A.  Yeah, so in constant dollars, if we budgeted

14      14  at $1 per euro that hundred million dollars, that

15      15  hundred million euros would be reported as a hundred

16      16  million dollars in constant dollars.

17      17        So constant dollars, a hundred millions

18      18  euros -- even though the euro is now worth 85 cents, not

19      19  a dollar, in constant dollars, though, that hundred

20      20  million euros would be worth a hundred million dollars.

21      21  We're saying forget the current exchange rates.  Let's

22      22  go back to the time we created this budget, look at the

23      23  exchange rate then and hold that exchange rate constant.

24      24        And that's the notion.  Let's assume for 12

25      25  months this exchange rate does not change; it is a

Oracle Related Cases                                          Page 98

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1  00099:01  constant, not a variable.  And let's analyze our

2       02  business assuming that the exchange rates were exactly

3       03  as they were on the day we did the budget.  So let's

4       04  not -- let's ignore market exchange rates and let's talk

5       05  about budgeted exchange rates.

6       06        So back to the thing -- so when you're looking

7       07  at constant dollars -- this must sound real interesting.

8       08  So when you're analyzing your business -- but actually,

9       09  you know, it's really quite material because when

10      10  you're analyzing your business, you have to look at --

11      11  you have to see is the business healthy?  Yes.  But the

12      12  exchange rates are deteriorating.  And that can have

13      13  real impact on your business.

14      14        And we always will tell people in our calls,

15      15  for example, what the currency impact was on our results

16      16  because it is material.  So we'll say that had currency

17      17  not fluctuated, we would have done -- you know, our

18      18  earnings would have been this.  But currency did change,

19      19  so our earnings are that.  So we'll say currency helped

20      20  us in the quarter or currency hurt us in the quarter.

21      21        So always report -- so one of the reasons why

22      22  the U.S. right now -- the Europeans are very angry at us

23      23  right now because we -- the dollar's falling.  Why is

24      24  the dollar falling?  That's not good for tourists.  When

25      25  you go to Europe that means you buy -- you stay in the

Oracle Related Cases                                          Page 99

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1  00100:01  hotel in London, it's going to cost you more money.

2       02        So why is it good for business that the dollar

3       03  is falling?  Because when -- we report our earnings in

4       04  dollars.  So if euros are now worth $1.20, that's pretty

5       05  cool.  So we bring a hundred million euros, that's not a

6       06  hundred million dollars; it's $120 million.  Our revenue

7       07  in Europe just went up 20 percent.

8       08        Or did it?  Did anything really happen at all

9       09  in our business?  No, nothing really happened at all in

10      10  our business.  The exchange rate just changed.  The

11      11  dollar's gone down in value.  That's what -- so -- so a

12      12  weak U.S. currency, when U.S. dollar declines in value,

13      13  when the exchange rate goes down, it means that U.S.

14      14  corporations' profits and sales go up.

15      15        I mean, it's very interesting.  Is business

16      16  getting better?  You could argue no, nothing's changed

17      17  at all.  But we're reporting record profits and record

18      18  sales.  And that's what's actually been happening in the

19      19  last year, is the dollar's been going down.  That's

20      20  dramatically improved profitability of U.S.

21      21  corporations.

22      22        Corporations can deceive themselves, you know,

23      23  by looking at it just through saying "Oh, we're having a

24      24  great year."  No, you're not having a great year.  The

25      25  dollar is just decreasing in value; euros are increasing

Oracle Related Cases                                          Page 100

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00101:01 in value. And it's just the currency fluctuations is

2   02 making you think you have a great year.

3   03      So if you're -- when you're analyzing your

4   04 business and when you're describing your business to

5   05 investors, you had better be forthcoming in terms of

6   06 explaining that some of these results, some of this

7   07 increase in sales, some of this increase in profits, is

8   08 due to a weak U.S. dollar. And we do that.

9   09      And similarly, if you look at our quarterly

10  10 reports, we'll always say -- at the time that this was

11  11 going on, in fact, the U.S. dollar was strengthening.

12  12 Therefore, the euro was becoming less valuable. Euro

13  13 went down as low as 85 cents.

14  14      Under those circumstances, it was weakening

15  15 our sales and weakening our profits. So was our

16  16 business -- you know, was our business getting worse?

17  17 Theoretically, no, not that -- you know, the currency

18  18 was fluctuating. And we'll say how -- and we'll say

19  19 exactly how much in a given quarter the currency

20  20 fluctuations altered our results.

21  21      So that's why we always -- we always announce

22  22 that. Not everyone does, but we think it's very

23  23 important, both for internally analyzing our business

24  24 for us understanding what's going on and for investors

25  25 to understand what's going on, is to let people know

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00102:01 what the currency impact is.

2   02      So we have two lenses. We look at it -- we

3   03 look at it with fluctuating currency, which is the real

4   04 world. That's what really comes in, real money at its

5   05 variable exchange rate. But for budgetary purposes to

6   06 try to figure out what's -- what's -- you know, the

7   07 effectiveness of our selling organization, we use this

8   08 thing called constant dollars or budget rate.

9   09      So currency fluctuations don't unnecessarily

10  10 skew things. Long answer.

11  11      Argentina, when Argentina devalued their

12  12 currency, their -- you know, the peso down there was

13  13 worth half of -- or, you know, 40 percent of what it was

14  14 worth before. Now, that made our sales in Argentina go

15  15 down 60 percent.

16  16      Should we fire the sales manager 'cause sales

17  17 are off 60 percent? No. All that happened was the

18  18 currency exchange rate changed. Sales didn't change --

19  19 sales in pesos are unchanged.

20  20      Now, when you convert those pesos back to

21  21 dollars, you know, you get 60 percent less. But you

22  22 can't blame that on the team in Argentina. Our sales

23  23 team in Argentina didn't miss their sales targets by

24  24 60 percent. They met their sales targets in pesos.

25  25 It's just when we look at those sales results in

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00103:01 dollars, not in pesos, and we make that conversion, we

2   02 got 60 percent less money than we thought we were going

3   03 to get because the peso collapsed.

4   04      So it's very important that we look at

5   05 things -- we factor out the currency fluctuations when

6   06 we analyze our business and analyze the performance of

7   07 our employees or we'll misjudge our employees.

8   08      On the same -- on the other hand, we are a

9   09 U.S. company and report in dollars and we do convert

10  10 pesos to dollars and convert euros to dollars, and we

11  11 report in dollars. But we should let people know what

12  12 the impact of a fluctuating exchange rate is in our

13  13 business.

14  14      Last thing that my attorney told me is just

15  15 keep my answers short. So I'm sure he's very happy at

16  16 how carefully I'm --

17  17   Q. Was that a short answer?

18  18   A. No, but it was as short as I could make it.

19  19   Q. That's fine. No, it's -- it ...

20  20      It appears that in Q3 '01 that the baseline

21  21 exchange rate for constant dollars was the value as of

22  22 May 1999. Does that sound correct?

23  23   A. Yeah. Yeah, May 1999 was our budget period.

24  24 So we'll fix -- so when a year starts, June 1 -- when

25  25 the year starts, we'll say, okay, let's look at the

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00104:01 exchange rates now, and let's be able to look at all of

2   02 our results in light of a fixed exchange rate, even

3   03 though we know the world doesn't have fixed exchange

4   04 rates.

5   05   Q. Sure.

6   06   A. But it would be totally unfair -- we would

7   07 completely mischaracterize Argentina, you know, God,

8   08 these guys are idiots there; they missed by 60 percent.

9   09 No, they're not idiots. They're doing a very good job.

10  10 In fact, the peso was just devalued and has nothing to

11  11 do with them, has everything to do with exchange rates,

12  12 nothing to do with our sales team.

13  13   Q. Okay.

14  14   A. So we have two -- have the two different

15  15 lenses to look at our -- look at our business; statutory

16  16 requirements to report in dollars and the budget -- the

17  17 budget period. And we start at the beginning of our

18  18 fiscal year, which is June 1.

19  19   Q. Okay. Well, I said it appears that for Q3 '01

20  20 constant dollars were adjusted according to the exchange

21  21 rate as of May 1999, which would be just before the

22  22 beginning of fiscal year 2000.

23  23   A. Yeah, it's close enough. There'd be some day

24  24 we picked --

25  25   Q. So --

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00105:01   A.  -- to budget -- I'm sorry.

2   02   Q.  So my question is, for fiscal year 2000 and

3   03   fiscal year 2001, were you using the same historic

4   04   baseline or does the baseline change year to year?

5   05   A.  Every year it changes.

6   06   Q.  Okay.

7   07   A.  So constant dollars means the constant dollars

8   08   as the budget period of that year.  So you're just

9   09   holding it constant for a one-year period so you can

10  10   analyze over a one-year period.

11  11   Q.  I see.  So you do not --

12  12   A.  You could do analysis of constant dollars over

13  13   a ten-year period.  And people do -- economists do that

14  14   all the time, say, you know -- you know, and they just

15  15   call that factoring out inflation or factoring out

16  16   exchange rate fluctuations.

17  17       They'll factor out exchange rate fluctuations.

18  18   They'll factor out inflation.  They'll do a variety of

19  19   things to what they would say -- mathematicians call

20  20   normalize the numbers.

21  21   Q.  Does Oracle's -- do Oracle's constant dollar

22  22   rates normalize for inflation as well as for currency

23  23   exchange rate fluctuation?

24  24   A.  No.

25  25   Q.  What are conversion rates?

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00106:01   A.  Oh, a conversion rate is applied to the

2   02   pipeline.  So conversion rate -- let's say -- back to

3   03   the example of three $1 million deals in the pipeline

4   04   and one deal closed.  So that means we had a 33-percent

5   05   conversion rate.  We closed one third of the deals in

6   06   the pipe.

7   07       So it's very important -- if you're going to

8   08   use pipeline as a predictive measure, it's very

9   09   important that you know historically what percentage of

10  10   the pipeline you convert.  So if historically you

11  11   converted half your pipeline, and you have a $3 million

12  12   pipeline, then you'd say, well, normally we should

13  13   expect a million and a half dollars.

14  14       If a person's forecasting $1 million, and they

15  15   got a pipeline of $3 million, and our historic -- you

16  16   know, looking backwards was historically we've converted

17  17   half the pipe to deals -- I mean, in other words, moved

18  18   things out of pipeline into sold, into won or sold, same

19  19   thing -- that means that we should be able to predict,

20  20   by looking at the pipeline, what our sales are going to

21  21   be.

22  22   Q.  Okay.

23  23   A.  So you multiply the sales -- the pipeline

24  24   times the conversion rate to get expected sales.  And

25  25   you establish conversion rate by going back several

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00107:01   quarters and saying, well, the pipeline was a hundred

2   02   million dollars last year -- or last quarter and we sold

3   03   $55 million.  That means we had a 55-percent conversion

4   04   rate.  We converted 55 percent of the

5   05   hundred-million-dollar pipeline, or $55 million, into

6   06   transactions.

7   07   Q.  Now, is that the pipeline without the closed

8   08   deals?

9   09   A.  The pipeline never has closed deals in it.

10  10   But the pipeline -- you can't be -- you know, you can't

11  11   be -- like I said before, you cannot be both a potential

12  12   customer and a customer.  I suppose you could be, in

13  13   theory.  The customer could be buying more.

14  14   Q.  Two deals, same customer.

15  15   A.  But any one deal -- any one deal either might

16  16   happen in the future or has happened.  It can't both

17  17   have happened and might happen in the future.  So when

18  18   something is in the pipeline and it closes, it's sold.

19  19   You are no longer a potential customer; you are an

20  20   existing contracted customer, and you moved out of

21  21   pipeline into revenue.

22  22   Q.  Isn't the conversion rate simply the forecast

23  23   divided by the pipeline --

24  24   A.  No.

25  25   Q.  -- expressed as a percentage?

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00108:01   A.  No, no.  The conversion rate is not --

2   02   forecast is a prediction of the future.  It's what you

3   03   think you're going to do next year -- next quarter, this

4   04   quarter.  A conversion rate is a calculated number.  It

5   05   is pipeline -- the ratio between pipeline and actual

6   06   last quarter.  So you only know what your conversion

7   07   rate is looking back.

8   08       So conversion rates are hard numbers.  And

9   09   it's a ratio, not a forecast.  You said forecast --

10  10   isn't conversion rate just forecast and actuals?

11  11   Forecast to pipeline --

12  12   Q.  Mm-hm.

13  13   A.  No, no.  Conversion rate is actuals -- actual

14  14   sales divided by pipeline.

15  15   Q.  But I'm sorry, I'm still not clear.  What

16  16   value does dividing actual sales by a pipeline number

17  17   from which sales have been subtracted -- isn't the

18  18   pipeline, then, the deals that just never closed?

19  19   A.  The pipeline -- you know, the pipeline --

20  20   there's an opening -- opening-day pipeline, how much is

21  21   in the pipe.  And then there is the actuals you had --

22  22   let's take a very simple case, because obviously the

23  23   pipeline fluctuates -- goes up and down.  And one of the

24  24   reasons why the pipeline goes down is because something

25  25   was sold --

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00109:01   Q.  Okay.

2   02   A.  -- right, during quarter.  Let's take a very

3   03  specific -- one point in time.  On the first day of a

4   04  quarter, you have a pipeline -- pick a number -- a

5   05  hundred million dollars, on the first day of the

6   06  quarter.  On the last -- when the quarter's over, you

7   07  sold $55 million.  The ratio of that opening pipeline to

8   08  what you actually sold is 55 percent.

9   09   Q.  Yes.

10   10   A.  So let's take that snapshot.  I think -- I

11   11  think I know the problem -- I think I know now what

12   12  you're -- what's at issue.

13   13        So we look at the pipeline at any one point in

14   14  time -- the opening pipeline, to be more precise, the

15   15  opening pipeline.  How big was the pipe here --

16   16   Q.  Yes.

17   17   A.  -- then what did we eventually sell --

18   18   Q.  Yes.

19   19   A.  -- is a very good -- so when we talk about

20   20  conversion -- historic conversion rate, kind of look

21   21  at -- think of it in the simplest sense without having

22   22  in fact, these numbers move -- this one number -- the

23   23  pipeline actually moves around.

24   24   Q.  Sure.

25   25   A.  So look at opening pipeline and actual sales,

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00110:01  and that's how you get -- that's how you get a

2   02  conversion rate.  Now, as things -- as the pipeline

3   03  gets -- you know, as the quarter proceeds and things

4   04  move out of the pipeline into sold --

5   05   Q.  Yes.

6   06   A.  -- and more of the pipe -- more things enter

7   07  into the pipeline which might not be forecast -- you

8   08  know, might not come in -- might not be sold for six

9   09  months, you get a bunch of other ratios -- you get a

10   10  bunch of other numbers.

11   11        It gets interesting 'cause the pipeline will

12   12  fluctuate.  The pipeline fluctuates for two reasons.  It

13   13  fluctuates because, one reason, you just sold a

14   14  million-dollar deal.  So it goes out of pipeline into

15   15  won.  Pipeline goes down.  I got two phone calls and

16   16  entered some new prospects into the pipeline.  Pipeline

17   17  has gone up.

18   18        So the pipeline is constantly fluctuating

19   19  during the quarter.  And deals are -- you know, for a

20   20  variety of reasons.  Deals can be lost, people -- you

21   21  know, deals are sold; they're won; new prospects are

22   22  entered into the system.  So -- but the simplest way to

23   23  think about the conversion rate is the -- on the opening

24   24  day of the quarter, how big was the pipe, and then in

25   25  the end, how much did you sell.  It's an interesting

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00111:01  number.

2   02        Okay.  Started the quarter hundred million

3   03  dollars, sold 55 million; that's a 55-percent conversion

4   04  ratio.  However, there are other numbers that are

5   05  interesting during the quarter.  You'd like to know is

6   06  that pipeline -- how much have we sold.  That's a good

7   07  number, right?  Are we ahead of -- that's good.  If

8   08  we're ahead -- if we sold more this quarter than we sold

9   09  last quarter, that's a good thing.

10   10        If the pipeline is growing rapidly, in spite

11   11  of the fact that we're selling a lot and things are

12   12  being pulled out of the pipeline into won, we're

13   13  refilling or rebuilding that pipeline at a rapid rate,

14   14  that's also a very positive sign.

15   15        So you'd look at -- so it's -- the dynamics of

16   16  the pipeline is also very important.  Is the pipeline

17   17  continuing to build or not; is -- are our sales -- is

18   18  the pipeline ahead of where we were this time last

19   19  quarter; is the pipeline -- are sales ahead of where we

20   20  were last quarter.

21   21        So there are lots of different numbers that

22   22  are use useful in trying to predict the future.

23   23   Q.  Sure.  For pipeline, does that include only

24   24  deals that are scheduled to close in the current

25   25  quarter, or does the ...

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00112:01   A.  Good question.  Yeah, there are different --

2   02  different ways of filtering the pipeline.  The pipe --

3   03  usually -- there are different -- there's total

4   04  pipeline, which is just everything.  There's weighted

5   05  pipeline, which is everything multiplied times the

6   06  probability of close.  There's weighted pipeline for --

7   07  there's pipeline for this quarter, which is what can

8   08  potentially close this quarter.

9   09        So there's the quarter pipe -- you know, the

10   10  quarter pipeline -- there are -- it's -- basically it's

11   11  all of our opportunities.  And then we start filtering

12   12  it and qualifying it by probability of close and by

13   13  date.

14   14   Q.  Okay.  Okay.  And just going back a second to

15   15  the constant dollar and the effect of the currency

16   16  rates.  You were talking about how a currency rate

17   17  change might adversely affect revenue numbers.  Does

18   18  that change also affect expense numbers?

19   19   A.  Yes, of course.

20   20   Q.  In a direct mirror image or ...

21   21   A.  No, direct -- well, no -- if -- if revenue

22   22  goes up, expenses will also go up.  If revenue goes

23   23  down, expenses will go down.  So if the euro is getting

24   24  more valuable -- to give you another example, if I'm

25   25  paying you a hundred thousand euros a year and that euro

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

1   00113:01 is worth 85 cents, I'm paying you $85,000 -- $85,000

2   02 U.S. dollars a year.

3   03        If the euro's worth 1.20, I'm paying you

4   04 $120,000 a year. As the euro becomes more valuable,

5   05 your salary effectively goes up.

6   06     Q.  But Oracle's cost of paying the salary, what

7   07 happens to that?

8   08     A.  Oracle's ability to pay the salary is based on

9   09 how much we sell, our revenue. Our revenue also goes

10  10 up. So as the euro -- so as we sell a million-euro

11  11 deal, we get 120 -- 1.2 million euros -- $1.2 million

12  12 for that.

13  13     Q.  Okay.

14  14     A.  So as European currency becomes more valuable,

15  15 our expenses go up and our sales go up correspondingly

16  16 because everything's denominated in euros. If -- in

17  17 Argentina where the peso dropped 60 percent, salaries

18  18 dropped -- salaries denominated in U.S. dollars

19  19 dropped -- they didn't change at all in pesos. Nothing

20  20 changed from the point of view in Argentina. But once

21  21 it's converted to U.S. dollars, our Argentinian salaries

22  22 went down 60 percent when we converted from pesos to

23  23 dollars. And our Argentinian expense went down

24  24 60 percent when we converted from pesos to U.S. dollars.

25  25     Q.  Okay. In Q3 '01, what information sources

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

1   00114:01 were available to you for these pipeline numbers?

2   02     A.  We got regular pipeline reports as part of our

3   03 weekly review.

4   04     Q.  Okay. So you got -- so weekly pipeline

5   05 reports. Did those weekly pipeline reports include

6   06 these weighted pipelines, the total pipeline and

7   07 quarterly pipeline and weighted according to likelihood

8   08 of deal closing?

9   09     A.  Yeah, I think when you see the pipeline

10  10 numbers, they're weighted -- that's a filtered pipe

11  11 that's weighted. And it is -- it is weighted and -- for

12  12 point of view of probability and bounded in terms of

13  13 close date.

14  14        So that's not the total -- you're not looking

15  15 at the mass of deals, everyone at Oracle's been talking

16  16 to. You're looking at the deals that potentially will

17  17 close this quarter, weighted by probability.

18  18     Q.  Okay. And filtered for close date?

19  19     A.  And filtered for close date, that's correct.

20  20     Q.  So you got those weekly reports. Was that

21  21 pipeline information available to you in electronic form

22  22 of any kind?

23  23     A.  It was.

24  24     Q.  Where?

25  25     A.  Oracle Sales On-line.

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

1   00115:01     Q.  How about the forecast numbers; what

2   02 information sources were available to you in Q3 '01 to

3   03 show you what the forecast numbers were?

4   04     A.  Everything was -- I shouldn't say everything.

5   05 The sales forecasts and the pipeline data was in Oracle

6   06 Sales On-line. The upside reports -- the finance

7   07 forecasts were available only with the -- in the

8   08 finance -- in the reports I received weekly. And in

9   09 fact, I didn't use Oracle Sales On-line at this time.

10  10     Q.  Okay.

11  11     A.  So I relied on the weekly reports I got from

12  12 finance.

13  13     Q.  How about expenses; what information sources

14  14 were available to you in Q3 '01 to show you what

15  15 expenses were?

16  16     A.  The same weekly reports.

17  17     Q.  Now, how about revenue as the quarter went on;

18  18 what -- what information sources were available to you

19  19 in Q3 '01?

20  20     A.  We got monthly results for the first and

21  21 second months of the quarter. I think they called those

22  22 flash reports.

23  23     Q.  Did you get any other -- other than monthly

24  24 results, did you receive any other information about

25  25 actual revenues or expenses during Q3 '01?

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

1   00116:01     A.  Certainly not expenses, and except discussing

2   02 a deal here and there, no, that's primarily what I

3   03 received.

4   04     Q.  Did you receive any oral reports at any time

5   05 on a regular basis from anyone in Q3 '01 about the

6   06 status of closed deals?

7   07     A.  I would talk to people on the phone

8   08 periodically, but -- so -- about specific deals --

9   09     Q.  Okay.

10  10     A.  -- and the status of the quarter.

11  11     Q.  How about division level, the status on

12  12 division level for closed deals?

13  13     A.  All of -- no, we -- we had a monthly report.

14  14 Again, we have a centralized accounting system, global

15  15 accounting system. And we get -- all the division

16  16 results come out at once. So I get to see these -- you

17  17 know, our results for December and our results for

18  18 January, you know, a few days after they're -- after

19  19 they're -- you know, the month is over.

20  20     Q.  Okay. Now, OSO, you said, I think, had

21  21 forecast and pipeline in it -- information in it as of

22  22 Q3 '01, correct?

23  23     A.  Yes.

24  24     Q.  And what was the source of that data? Where

25  25 did -- how did that data enter that system?

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00117:01   A.  Individual salespeople and sales managers

2   02 would enter -- enter the data directly.

3   03   Q.  All right.  Who at Oracle had access to

4   04 viewing that data in Q3 '01?

5   05   A.  Viewing all of the data?

6   06   Q.  In OSO.

7   07   A.  All of it?

8   08   Q.  Yeah.

9   09   A.  'Cause every salesperson could view their own

10   10 data.

11   11   Q.  Okay.

12   12   A.  But you're asking who could look at

13   13 everything --

14   14   Q.  Yeah.

15   15   A.  -- around the world --

16   16   Q.  Yeah.

17   17   A.  -- had a global view?  The people in finance,

18   18 Jennifer Minton's group.

19   19   Q.  Okay.  Anybody else?

20   20   A.  Well, I could look at it globally.

21   21   Q.  Okay.  Safra Catz?

22   22   A.  Sure.

23   23   Q.  And Jeff Henley?

24   24   A.  I'm sure.  I don't know if they used it, but

25   25 they certainly were authorized to.

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00118:01   Q.  So there was some hierarchy or permission set

2   02 for what data people could access in OSO in Q3 '01,

3   03 right?

4   04   A.  Yes.

5   05   Q.  Now, I asked you about viewing the data.  Do

6   06 you know who at Oracle Corporation had permission set to

7   07 edit the data in OSO on a global level in Q3 '01?

8   08   A.  The individual salespeople could edit their

9   09 own data.  The sales managers could edit their data.  So

10   10 people could change their data; they couldn't change

11   11 anyone else's data.

12   12   Q.  Okay.  Well, for example, could Jennifer

13   13 Minton change a particular salesperson's data?

14   14   A.  No.

15   15   Q.  Have you ever heard of OFA?

16   16   A.  Yes.

17   17   Q.  What's that?

18   18   A.  Oracle Financial Analyzer.

19   19   Q.  Was that a system that was on line in Q3 '01?

20   20   A.  Yes.

21   21   Q.  What -- what sort of data resided in that

22   22 system?

23   23   A.  It was a separate database.  They would load

24   24 it up with a -- you know, they'd go to our transactional

25   25 systems and load it with historic information, you know,

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00119:01 financial information under the general ledger, under

2   02 the sales ledgers, and use it for analysis and

3   03 forecasting.

4   04   Q.  So if one wanted to get actual results as the

5   05 quarter went on, would that be a source of that sort of

6   06 data?

7   07   A.  No.  The GL -- the general ledger -- if you

8   08 want to get actual financial results, like the monthly

9   09 financial results, that would come out of the general

10   10 ledger, I believe.

11   11      Now, it might then be loaded into Oracle

12   12 Financial Analyzer and then published in report form out

13   13 of Oracle Financial Analyzer.  I don't know how they

14   14 accomplish the flash reports, where that comes from.

15   15   Q.  Okay.

16   16   A.  But the source of that is our general ledger.

17   17   Q.  And do you know what the source of that data

18   18 was in OFA, who put it in?

19   19   A.  I don't know how the data gets out of our

20   20 general ledger and into OFA.

21   21   Q.  Okay.

22   22   A.  I don't know who does that.  But again, it's

23   23 in Jennifer Minton's group.

24   24   Q.  Did you -- in Q3 '01 did you have permissions

25   25 [sic] to view that data in OFA?

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00120:01   A.  I've never looked at OFA in my life.

2   02   Q.  Did you have permissions to view it?

3   03   A.  I have no idea.

4   04   Q.  How about something called Rev Manager or

5   05 Revenue Manager; are you familiar with that system?

6   06   A.  Only vaguely.

7   07   Q.  Can you tell me what you know of it.

8   08   A.  It's -- it has something to do with our

9   09 order -- our order system.  It keeps track of the status

10   10 of orders.  Again, this is -- I have a very vague

11   11 notion.  I'm not sure Rev Manager -- what Rev Manager

12   12 is.

13   13   Q.  Okay.  How about the Americas Datamart; have

14   14 you ever heard of that?

15   15   A.  No.

16   16   Q.  Are there any other sources of -- that is,

17   17 electronic -- sources of data that were available in Q3

18   18 '01 that would either show forecasts or actual results?

19   19   A.  Not that I know of.

20   20   Q.  How about the Enterprise Data Warehouse; you

21   21 ever hear of that?

22   22   A.  No.

23   23   Q.  Something called Order Entry?

24   24   A.  Oh, sure, Order Entry's part of our eBusiness

25   25 Suite.  It's -- the system -- it is what it sounds like.

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00121:01  It's where people type in the details of the order;
2   02  General Electric buys a million dollars' worth of
3   03  database software from Oracle to be delivered to this
4   04  address --
5   05  Q.  Okay.
6   06  A.  -- under these terms and conditions, and
7   07  here's the contract ID, that stuff.
8   08  Q.  Okay.  And did Order Entry have a mechanism
9   09  for summing up orders?
10  10  A.  It does now, but it did not then.  That I
11  11  could actually view -- I could actually watch orders as
12  12  they came in and ...
13  13  Q.  Or ask -- put in a query.
14  14  A.  I think that's what Rev Manager was.  I think
15  15  Rev Manager was a little application on top of Order
16  16  Entry that summed up the orders, but I'm guessing.
17  17  Q.  Okay.
18  18  A.  But I'm pretty -- that's a pretty good guess.
19  19  Q.  Okay.  And how about something called Project
20  20  Accounting?
21  21  A.  Project Accounting was used by our consulting
22  22  organization to keep track of complicated -- complicated
23  23  projects: how many people were billable, how many
24  24  people -- how much of the project was complete.  There
25  25  are different accounting rules for complex projects.

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00122:01  Q.  Now, written reports -- what sort of written
2   02  reports did you regularly receive during a quarter in
3   03  fiscal year '01?
4   04  A.  I'll get a weekly status that we review at our
5   05  management committee meetings on Monday, and that
6   06  includes pipeline information, sale -- you know, actual
7   07  sales completed, expense information, forecast
8   08  information, both from the sales force and from the
9   09  finance group, currency -- you know, currency
10  10  fluctuations.  Anything that might affect our quarterly
11  11  financial results.  I shouldn't say anything.  Those
12  12  things --
13  13  Q.  Those things.
14  14  A.  -- all of which affect -- you know, could
15  15  affect our quarterly financial results.
16  16  Q.  All right.  And this was a report that you
17  17  received weekly in advance of these Monday meetings?
18  18  A.  No, I received them at the -- they're
19  19  distributed at the Monday meetings and they're collected
20  20  when the Monday meetings are over.
21  21  Q.  Okay.
22  22  A.  So no one leaves the room with those reports
23  23  but Jennifer.
24  24  Q.  These reports have a title?
25  25  A.  Forecast report maybe.

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00123:01  Q.  Aside from this weekly forecast report, or
2   02  whatever it's called, what other written reports did you
3   03  regularly receive in fiscal year '01?
4   04  A.  Those are the only -- I'm not sure -- well, I
5   05  received audit reports.  Again, I'm not sure what you
6   06  mean.  That's a long list.  I receive 10Ks -- I mean
7   07  10Qs.  I receive reports from our auditors in regards to
8   08  a lot of our individual subsidiaries.  I receive lots of
9   09  reports.  I shouldn't say lots of reports.  In fact,
10  10  those are the only ones I can think of.  Sorry.
11  11  Q.  Oracle publishes -- I don't want to call them
12  12  coloring books, but they're identified by color.
13  13  A.  Yes, right.  Right.  Analyses of our different
14  14  businesses by product, analysis by product, analysis by
15  15  geographic region, analysis by industry.  So we have a
16  16  variety of ways of cutting our business and analyzing
17  17  it.
18  18  Q.  Different perspectives to take.  So there's
19  19  something called the oatmeal book?
20  20  A.  Yeah, sure is.  That's the color, not the
21  21  cereal.
22  22  Q.  Yeah, right.  Americas Consulting?
23  23  A.  Sure.
24  24  Q.  Is that what that book is?
25  25  A.  I'm not sure what the oatmeal -- I can't

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00124:01  remember the colors.
2   02  Q.  Can't remember, okay.
3   03  A.  I don't know what the colors are.  People
4   04  refer to the colors with acronyms.  Even the flash
5   05  report, until I reviewed it, I never called it a flash
6   06  report.  I just called it monthly results, 'cause that's
7   07  easy for me to remember 'cause it's monthly results.
8   08  You know, I'm a simple person.  I don't understand the
9   09  flash report.  I have no idea what it means.
10  10  Q.  So --
11  11  A.  Those names drive me crazy.
12  12  Q.  Try learning them without ... so Americas
13  13  Consulting, was this a report that you --
14  14  A.  Yeah.
15  15  Q.  -- regularly received in fiscal year '01?
16  16  A.  Yeah.
17  17  Q.  How about something called Americas forecast
18  18  package?
19  19  A.  I probably received it.  I'm not sure I -- I'm
20  20  not sure I studied them, but I'm sure I received them.
21  21  Q.  Okay.
22  22  A.  I was on the distribution list.
23  23  Q.  Okay.  How about something called the Americas
24  24  performance packages, and the name apparently changed to
25  25  the quarterly financial results, North America.

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1    00125:01    A.  I'm sure I received all those things.

2    02    Q.  Okay.  Big deal reports?

3    03    A.  Those I do pay close attention to, especially

4    04    in the last ten working days of our quarters because we

5    05    can see such huge swings in the last couple days of our

6    06    quarter.  It's something that definitely has my

7    07    attention.

8    08    Q.  Okay.  Now, I may be wrong, but it's my

9    09    understanding that there are two types of big deal

10    10    reports.  And maybe you can help me here.  There's

11    11    something called a big deal report which is

12    12    division-specific -- NAS, OPI, OSI -- that comes out

13    13    weekly through the quarter.  And then towards the end of

14    14    the quarter, there's something called the big deal

15    15    update.

16    16    A.  That's the one I pay attention to.

17    17    Q.  I see.

18    18    A.  I look at our weekly financial reports, and

19    19    that has the big deals in it already.  But where it's

20    20    critical is over the last -- not even the last ten days,

21    21    but over the last five days of the quarter, where our

22    22    quarter can move very substantially in the last 24, 48,

23    23    72 hours.  I've seen it do this time and time again.  So

24    24    we watch that very, very closely.

25    25    Q.  All right.  And there are the board packages,

Oracle Related Cases                                          Page  125

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1    00126:01    otherwise known as the white packages.

2    02    A.  I know them as board packages.

3    03    Q.  And that's something that you regularly

4    04    received in fiscal year '01?

5    05    A.  As often as we had board meetings, yes.

6    06    Q.  And how about something called an executive

7    07    committee worldwide forecast?

8    08    A.  I think that's my -- that that is the name of

9    09    my weekly report, what I'm referring to as the forecast

10    10    report.  The executive committee worldwide forecast, I

11    11    think.  My guess is what that means.  That's the weekly

12    12    report that I get -- I get and we review that Jennifer

13    13    Minton distributes in the Monday meetings and collects.

14    14    Q.  Okay.  Apparently there are five different

15    15    kinds of executive committee worldwide forecasts.  One

16    16    is for the entire flash report, one is for constant

17    17    dollar, one is for head count, one is for U.S. dollar,

18    18    and one is for product summary.  Does that sound

19    19    familiar?

20    20    A.  Yeah, and we get them -- we get them all,

21    21    though we tend to forecast -- we tend to focus in very

22    22    closely on actual dollars 'cause that's what we -- we're

23    23    interested in how we're going to do this quarter, so we

24    24    focus in pretty much on actual dollars and focus in on

25    25    the license business, which is the business that's

Oracle Related Cases                                          Page  126

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1    00127:01    subject to large fluctuations.

2    02    Q.  And when you say "actual dollars," is that

3    03    U.S. dollars?

4    04    A.  It's always U.S. dollars.  It's our reporting

5    05    currency.

6    06    Q.  Yeah, but it's not constant dollars?

7    07    A.  No, we look -- again, we look at -- the

8    08    reports have -- it's all there if you want to look.

9    09    Q.  Sure.

10    10    A.  What I'm most interested in is how we're going

11    11    to do in the quarter.  And how we're going to do in the

12    12    quarter is not constant dollar-based.

13    13    Q.  All right.

14    14    A.  It's actual -- actual exchange rates and what

15    15    are the actual exchange rates currently and how our

16    16    businesses look currently.

17    17    Q.  We talked about Mr. Garnick's flash reports.

18    18    A.  Larry Garnick.

19    19    Q.  Are those the flash reports that you're

20    20    talking about, or are you talking about something else?

21    21    A.  Again, I'm not sure who produces -- I'm not

22    22    sure what a flash report is.

23    23    Q.  Okay.

24    24    A.  I get -- I get -- at the end of every month --

25    25    the first two months of every quarter, we get our actual

Oracle Related Cases                                          Page  127

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1    00128:01    results.  I think that's what's called a flash report.

2    02    Q.  What form does that come in?

3    03    A.  E-mail.

4    04    Q.  E-mail, okay.

5    05    A.  I get an e-mail that shows me our license

6    06    sales.  There's a product analysis that follows it in 24

7    07    to 48 hours, but ... it shows me the different

8    08    geographic regions, what the license sales were, what

9    09    total sales were, and what expenses actually were.  So

10    10    if you actually want to look at our different

11    11    businesses --

12    12    THE REPORTER:  I'm going to have to slow you

13    13    down.  What total sales were ...

14    14    THE WITNESS:  What total sales were, what

15    15    expenses were in all of the different geographic regions

16    16    in which we do business.

17    17    MR. DE GHETALDI:  Q.  And then you said

18    18    something about a product revenue report following in a

19    19    day or two?

20    20    A.  And then there's a breakdown that shows up

21    21    that tells me the database business was so large and

22    22    then the application business was so large.

23    23    Q.  And the e-mail flash report, is that more

24    24    division- or geographic-oriented than product-oriented?

25    25    A.  The first -- it comes out both ways.  The

Oracle Related Cases                                          Page  128

## Page 129

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1  00129:01  first out we get is by sales region or geography, which
2  02  is usually geographic, but not exactly, 'cause we have a
3  03  federal division in the United States.  So it's not
4  04  exact.  It's either.  And then we have the commercial
5  05  division in the United States.  But it's usually by
6  06  geography.
7  07      So we have -- we get our results by sales
8  08  unit: France, Germany, Brazil.  And then we get our
9  09  results by database.  So cut a couple different ways.
10  10  So two different ways of looking at the business: how
11  11  much database did we sell, how much software did we sell
12  12  in the United States.
13  13      Q.  Monthly financial reference books, is that
14  14  something that you regularly got?
15  15      A.  I'm sure.
16  16      Q.  North America license results, is that
17  17  something you regularly got?
18  18      A.  I guess.  I mean -- seriously, I'm on all
19  19  these distribution lists, and we produce -- we produce
20  20  vast amounts of paper, as you probably found out.
21  21  And -- but what I focused -- you know, what I -- I
22  22  did -- I did a certain amount of analysis looking back
23  23  insofar as to help me forecast the future.  Really most
24  24  of the data that I needed and relied on were in those
25  25  weekly reports.

## Page 130

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1  00130:01      Q.  Okay.  Did you ever receive division-level
2  02  forecast packages in Q3 '01?
3  03      A.  I might have received them.  I don't think I
4  04  looked at them.
5  05      Q.  And how about pipeline reporting packages?
6  06      MR. SALPETER:  At a divisional level, you
7  07  mean?
8  08      MR. DE GHETALDI:  No, no, I'm sorry.  Thank
9  09  you.
10  10      Q.  Something that would be called a pipeline
11  11  reporting package at a -- companywide and broken down by
12  12  division.
13  13      A.  Those weekly reports did have pipeline data in
14  14  it.
15  15      Q.  Okay.
16  16      A.  So ...
17  17      Q.  Then product revenue reporting package, sound
18  18  familiar?  Yellow?
19  19      A.  I suspect if it's something called a reporting
20  20  package, they put me on the distribution list.
21  21      Q.  And upside?
22  22      MR. SALPETER:  Just to ask for clarification,
23  23  are you asking him if he got these reports --
24  24      MR. DE GHETALDI:  Yeah.
25  25      MR. SALPETER:  -- as opposed to got them and

## Page 131

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1  00131:01  read them?
2  02      MR. DE GHETALDI:  Yeah, got them.
3  03      MR. SALPETER:  Okay.
4  04      MR. DE GHETALDI:  Q.  Upside reports?
5  05      A.  I'm sure they sent them to me.  No, the
6  06  upside -- the upside report -- keep in mind -- be
7  07  careful of this -- that the upside is -- the upside
8  08  forecast is in that weekly -- you know, all of the
9  09  information I -- you know, I deem particularly useful
10  10  for forecasting the quarter, we get in that weekly
11  11  report.
12  12      Q.  How thick is this weekly report that you get?
13  13      A.  Oh, 15 pages, small type.
14  14      Q.  Okay.
15  15      A.  You know, I'm on the verge of having to get
16  16  better glasses.  Yeah.
17  17      MR. DE GHETALDI:  All right.  Why don't we
18  18  take a break.
19  19      THE VIDEOGRAPHER:  Off the record, 2:04 p.m.
20  20      (Recess taken).
21  21      THE VIDEOGRAPHER:  On the record, 2:42 p.m.
22  22      MR. DE GHETALDI:  Q.  We were talking before
23  23  the break about the executive management committee
24  24  meeting packets.  I think you said that Jennifer Minton
25  25  collected them after the meeting.

## Page 132

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1  00132:01      A.  Yes.
2  02      Q.  Do you know why?
3  03      A.  Absolutely.  The -- it's got a lot of
4  04  important information that we don't want just
5  05  everyone -- anyone to look at.  So we just want to keep
6  06  it confidential.  So no one -- so they're distributed in
7  07  the meeting and collected after the meeting.
8  08      Q.  Okay.
9  09      A.  So no one accidentally leaves them on their
10  10  desk or something like that.
11  11      Q.  Were those reports in the same format week
12  12  after week?
13  13      A.  Pretty much.
14  14      Q.  The monthly reports -- flash report, I think
15  15  you were talking about, that you said you got by
16  16  e-mail --
17  17      A.  Yes.
18  18      Q.  -- does your e-mail come to you only at one
19  19  location, or can you access your internal Oracle e-mail
20  20  from multiple locations?
21  21      A.  Anyplace.
22  22      Q.  Anyplace, okay.  And when you get an e-mail
23  23  such as these monthly forecast or monthly flash reports,
24  24  do you save them or do you delete them or what?
25  25      A.  I probably have no specific practice in terms

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1    00133:01  of -- sometimes I delete them; sometimes I don't delete

2    02  them. You know, I'll want to refer to them -- I'll read

3    03  them -- I'll study them for a little bit and then I'll

4    04  want to go back and study them some more, so I don't

5    05  delete them. Then I don't go back and study them some

6    06  more, so they stay in the inbox until the inbox gets

7    07  cleaned out.

8    08       Q.  Do you use NetScape?

9    09       A.  I -- no, I use Microsoft Outlook. I used to

10   10  use Netscape, but now I use Microsoft Outlook.  I'll use

11   11  Web interfaces. Occasionally I'll use Netscape. I'll

12   12  move back and forth through different e-mail interfaces

13   13  just to see what's going on in the industry.

14   14       Q.  In Q3 '01 did you regularly use Netscape or

15   15  Outlook?

16   16       A.  Don't remember.  Probably -- Q3 '01, probably

17   17  Netscape.

18   18       Q.  Did you set up your inbox with folders where

19   19  you would file particular e-mails?

20   20       A.  Well, I had a few things.  I had a few

21   21  personal things in folders. But by and large, I kept

22   22  everything in this one big amorphous inbox.

23   23       Q.  In Q3 '01, how many computers did you have

24   24  where you could access your e-mail from?

25   25       A.  How many computers that I own -- how many

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1    00134:01  Oracle computers were there around that -- where were

2    02  they?

3    03       Q.  Right.

4    04       A.  I had a computer at home.  I had a laptop --

5    05  home.  I had a computer in my house in Atherton, and a

6    06  laptop, which is my primary residence.  I have a

7    07  computer at my house in San Francisco.  I had a computer

8    08  on two big power boats.  One is called Katana; one is

9    09  called Ronin.  And I had computers on both of those.

10   10       Q.  Yes.

11   11       A.  So that's five in total.  And a computer in my

12   12  office, six.

13   13       Q.  Right.  Do each of those computers have

14   14  distinct e-mail accounts?

15   15       A.  All of our e-mail is stored on a server.

16   16       Q.  Yes.

17   17       A.  So -- so -- and these computers access that

18   18  server.  The computer -- these computers can be set up

19   19  to store the e-mail or not store the e-mail. I don't

20   20  set up the computers myself.

21   21           And so sometimes copies can be made -- so

22   22  there can be -- there's always an e-mail in the server,

23   23  and there can be a copy of the e-mail on the desktop

24   24  machine, depending how the desktop machine has been set

25   25  up.

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1    00135:01       Q.  Do you know whether the desktop machines are

2    02  set up to download e-mails from the server when an

3    03  e-mail is opened, or are they set up to leave a copy on

4    04  the server and download a copy to the machine?

5    05       A.  Again, when I was using Netscape, I believe --

6    06  it had two modes of operating.  And depending how you

7    07  opened your e-mail, you could open it two different

8    08  ways.  You could open it so that only the headers were

9    09  downloaded into the machine, and then every time you

10   10  accessed the body of an e-mail you went into the server,

11   11  or you could download all of the e-mail onto -- you

12   12  know, onto your computer.

13   13           And I -- and I used both -- depending on where

14   14  I was and the speed and reliability of the communication

15   15  link, I used both those techniques.

16   16       Q.  So in either case, is it your understanding

17   17  that in Q3 '01 a copy still remained on Oracle's e-mail

18   18  server?

19   19       A.  If I hadn't deleted the copy, the copy would

20   20  remain on Oracle's e-mail server.

21   21       Q.  But if you delete the copy on your machine,

22   22  it's your understanding that that also deletes the copy

23   23  on --

24   24       A.  Okay.  Not a simple answer, unfortunately.

25   25       Q.  Okay.

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1    00136:01       A.  If I delete a copy --

2    02       Q.  Yes.

3    03       A.  -- then the copy disappears out of my inbox.

4    04  So it becomes -- it becomes invisible to me.

5    05       Q.  Yes.

6    06       A.  Depending on how my desktop machine has been

7    07  set up, there may be a copy there, there may not be a

8    08  copy there.  Depends on how the desktop machine is being

9    09  used.

10   10           You can even set up -- right now, for example,

11   11  at Oracle none of my e-mails ever get deleted, you know.

12   12  They go directly to the legal department.  Everything I

13   13  have goes to the legal department.  It's sealed.

14   14           So you can set up Oracle to audit so that it

15   15  makes it impossible to delete anything.

16   16       Q.  Was that true in Q3 '01?

17   17       A.  No.

18   18       Q.  Okay.  In Q3 '01, do you know whether your

19   19  e-mails were saved on Oracle's e-mail server or not?

20   20       A.  Once I deleted the e-mail, that e-mail should

21   21  be gone from the server.

22   22       Q.  Okay.  In Q3 '01 did you have any single

23   23  person who was sort of a go-to person that you would go

24   24  to to ask about specific issues relating to forecasting?

25   25       A.  No.  At that time, several different sales

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

00137:01 executives reported to me. So if I was interested in
02 how George Roberts' group was doing, I'd talk to George
03 Roberts. If I was interested in how Jay Nussbaum's
04 group was doing, I would talk to Jay. If I was
05 interested in how Derrick Williams' group in Asia
06 Pacific was, I'd talk to Derrick. So I'd talk to senior
07 sales managers of those different territories.
08    Q.  Okay.
09    A.  Having said that, on the weekly meetings, when
10 I got a finance perspective -- so I did rely on
11 Jennifer, you know. So I certainly talked to Jennifer.
12 But that was not out of band, if you will. That was
13 just as a matter of the routine Monday mornings, I got
14 these reports. I got the finance view and the rolled-up
15 sales view side by side, so I could look at them side by
16 side.
17    Q.  Do you believe that in Q3 '01 Oracle had the
18 best financial information system available in the
19 world?
20    A.  Interesting question. I don't remember what I
21 believed -- I don't remember what I believed at that
22 time. Are you saying did Oracle Corporation -- make
23 sure I understand the question.
24       Were we selling what I thought was the best
25 financial system in the world or had we implemented what

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

00138:01 was the best? In other words, Cisco uses our
02 financials -- uses our technology.
03    Q.  Right.
04    A.  And Oracle uses the same technology.
05    Q.  Right.
06    A.  So do I think that the Oracle eBusiness Suite
07 is better than SAP or PeopleSoft or something like that?
08 That's one question. Or do I believe that Oracle's use
09 of Oracle is better than Cisco or Tektronics or anyone
10 else who uses our software?
11    Q.  Do you believe that Oracle's use of Oracle
12 resulted from Oracle having at its fingertips the best
13 financial information system available in the world?
14       MR. SALPETER:  As of that quarter?
15       MR. DE GHETALDI:  As of that quarter.
16       THE WITNESS:  No.
17       MR. DE GHETALDI:  Okay.
18       THE WITNESS:  No.
19       MR. DE GHETALDI:  All right.
20    Q.  Who -- what would have made it better?  I
21 mean, who had something that was better?
22    A.  Probably smaller -- you know, smaller
23 businesses, simpler businesses. I mean, we're -- you
24 know, we're -- you know, in terms of -- again, I'm not
25 sure -- you know, this is a very difficult question. I

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

00139:01 mean, who do I think's the best athlete -- who's the --
02 do you think that Joe Montana was the best athlete in
03 the world?  I'm not even -- yeah, probably, at the time,
04 maybe. Was he better than Michael Jordan?  Just a very
05 difficult question.
06       Frito Lay has -- and PepsiCo has very good
07 information about where their products are sold. They
08 know -- or 7-Eleven in Japan knows literally what they
09 sold at a store within hours of having sold it. It's
10 pretty cool.
11       We don't -- we don't know that, you know, what
12 we sold within hours. Because they have to replenish --
13 because they sell sushi at stores, they have to
14 replenish. Sushi doesn't have very long shelf life. No
15 one wants to eat old sushi. Not very popular. And so
16 they have to -- and they have trucks running around in
17 Tokyo. I know this 'cause it's our system. So they
18 have to find out right away when someone buys these
19 things.
20       7-Eleven, by the way, in Japan is known as a
21 store that has incredibly fresh food and incredibly high
22 quality at great prices. 7-Eleven in the United States
23 does not have a similar reputation. It's a fascinating
24 story. 7-Eleven Japan actually split off from 7-Eleven,
25 the parent, became worth more than -- then bought its

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

00140:01 parent back. But that's a tangent.
02       So they have -- they have a phenomenal
03 information system. They keep these trucks rolling
04 around. They have radio frequency networks that track
05 all of this stuff. So I know quite a bit about
06 different -- you know, know, different information systems.
07       But if you narrow it down in the tech industry
08 for a company our size ...
09    Q.  Let's do that.
10    A.  You know, so ... you know, did we have a
11 pretty good system?  We had a pretty good system. Was
12 it the best in the world?  Was it better than Cisco's?
13 I don't know. But the system was pretty good.
14    Q.  All right.
15    A.  Far from perfect, but pretty good.
16    Q.  Can you quantify how accurate Oracle's deal
17 tracking system was in Q3 '01?
18    A.  Big deals or all deals?
19    Q.  All deals.
20    A.  Maybe reasonably accurate. Again, I'm not
21 sure -- do you want to know -- you want me to quantify?
22    Q.  Yeah.
23    A.  Yeah reasonably. Pretty accurate.
24    Q.  Can you quantify it numerically?
25    A.  Do you mean in terms of forecast accuracy or

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00141:01 do you mean in terms of an order? Once it's entered,
2   02 how accurate is the order? Once -- how many mistakes
3   03 were made on order entry? How many mistakes were made
4   04 in the forecast?
5   06        Let me talk about forecast accuracy. We hit
6   06 12 quarters in a row, so ... for three years, we had not
7   07 missed a quarter. So that's a pretty good track record
8   08 in our industry in terms of forecast accuracy.
9   09     Q. I was asking about deal tracking, once a --
10  10 how you track individual deals. The deals that go --
11  11 that go into both the pipeline and the forecast, how
12  12 your system, I guess -- how comprehensive is it? I
13  13 don't want to ask seven questions in a row, but just to
14  14 give you a sense of what I'm looking for.
15  15     A. Again, I'm having trouble, so I'll keep trying
16  16 and probably not answer it again. Insofar as the
17  17 salespeople enter opportunities, it does a pretty good
18  18 job of track being those opportunities. If the
19  19 salespeople actually say that I'm trying to sell you
20  20 some software, then it's pretty accurate. If the
21  21 salesperson doesn't bother to type it into the system,
22  22 not terribly accurate.
23  23        So we are subject to -- we can't force the
24  24 salespeople to type in those opportunities.
25  25     Q. Right.

Oracle Related Cases                                  Page 141

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00142:01    A. Some of them like to play things close to the
2   02 vest. So individual -- so, you know, we're subject to
3   03 human behavior. The system is -- you know, underlying
4   04 the system, and it only can add up what's -- you know,
5   05 what's been entered.
6   06        Some salespeople don't like to enter
7   07 opportunities. Some salespeople will be very
8   08 conservative -- won't -- every time they talk to a
9   09 customer, they won't go back and update the opportunity
10  10 record saying "I just talked to Bob or Sally today, and
11  11 looks like they're going to do the deal next week."
12  12 They won't enter that -- they won't bother to type that
13  13 in into the system, so ...
14  14        The system can collect all that information,
15  15 but not all the salespeople are religious about entering
16  16 that information into the system.
17  17     Q. Okay. How did you -- or did Oracle try to
18  18 make improvements on that issue in fiscal year 2001?
19  19     A. You try to do it several ways. You try to do
20  20 it on making the system easier to use. You try to do it
21  21 by looking at how much activity -- what salespeople are
22  22 using the system, what salespeople aren't.
23  23        For example, it would be very surprising if a
24  24 $2 million deal closed on Thursday when it wasn't
25  25 even -- it was only an opportunity on Wednesday. That

Oracle Related Cases                                  Page 142

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00143:01 would be a heck of a -- gee, 24 hours. It's a big deal
2   02 to close in 24 hours.
3   03        So we -- you know, so we try -- you know, we
4   04 had policies and practices, system improvements
5   05 encouraging people to increase their use of the system.
6   06 But these systems are -- you know, salespeople don't
7   07 love these systems.
8   08        Sales managers like them 'cause they want to
9   09 see what their salespeople are doing. You know, the
10  10 salespeople aren't always happy about someone looking
11  11 over their shoulder.
12  12     Q. Okay. You said that the reports that you got
13  13 at the Monday executive committee meetings included
14  14 closed deal information. Do you recall -- can you tell
15  15 me about what sort of information about closed deals
16  16 those reports contained.
17  17     A. Yeah, well, we got actual -- as I've said
18  18 before, we got these things called flash reports, or how
19  19 we did -- how much was closed in the first month of the
20  20 quarter, how much was closed in the second month of the
21  21 quarter.
22  22        And then in the last two weeks of the quarter,
23  23 we got the big deals, how many big deals had actually
24  24 been closed.
25  25        So we routinely, you know, saw how much

Oracle Related Cases                                  Page 143

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00144:01 business -- how much business was already in. There
2   02 were -- so we had a fairly good handle on how much
3   03 business had already been closed in the quarter.
4   04     Q. Maybe we're not understanding each other. I
5   05 was asking about the packet that you got for the
6   06 executive management meetings on Mondays. Are you
7   07 saying that the flash reports were part of those
8   08 packets?
9   09     A. We had -- yeah, information was duplicated --
10  10 again, this is a fairly large -- yeah, fairly large
11  11 packet of information.
12  12     Q. Okay.
13  13     A. And it would show you how much -- how much
14  14 business was already in on the first month, how much
15  15 business was already in on the second month.
16  16     Q. But would they show the same information
17  17 weekly?
18  18     A. The last two weeks of the quarter, yes. Daily
19  19 the last two weeks of the quarter, but only for a large
20  20 deal. Let me be precise here. So no, we would not get
21  21 a daily or a weekly how much business we sold the
22  22 previous week, how much business we sold the previous
23  23 week.
24  24        We would -- we would -- the individual sales
25  25 managers would know approximately how much we had sold.

Oracle Related Cases                                  Page 144

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1  00145:01  So we'd have that information.  Was it in the packets?
2  02  No, it was not.
3  03   Q.  But it was something that was discussed at the
4  04  meeting?
5  05   A.  It was something -- how much we had -- how
6  06  much we had left to go, yes.
7  07   Q.  Okay.
8  08   A.  So every sale -- so we went around and talked
9  09  to the salespeople.  They would say "My forecast is
10  10  $300 million.  I've got 180 million in so far.  Two
11  11  weeks to go," like that.
12  12   Q.  Okay.  Were there any changes in the
13  13  definition of what goes into pipeline in the two years
14  14  preceding Q3 '01?
15  15   A.  Not really, but that's -- you know, constant
16  16  discussion at Oracle.  I mean, is pipeline being used
17  17  consistently?  If the system gets easier to use, what
18  18  does that mean?  Does it make, you know, the numbers
19  19  harder to compare?
20  20      So if the people are using -- you know, if we
21  21  have stronger policies insisting on using the system,
22  22  you know, what does that -- what does that mean?  Are we
23  23  really -- are these really apples-to-apples comparison?
24  24      But the fact is no, it was largely the same
25  25  system, you know, with the same policies.

Oracle Related Cases                                    Page 145

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1  00146:01   Q.  Okay.  Did the internal implementation of OSO
2  02  have any kind of quantitative effect on the pipeline
3  03  figures in Q3 '01?
4  04   A.  Internal implementation.  I'm not sure what
5  05  you mean.
6  06   Q.  Oracle started using OSO sometime in fiscal
7  07  year '01, right?
8  08   A.  Right.
9  09   Q.  And what I'm asking is did that system -- did
10  10  the use of that system result in pipeline figures that
11  11  were more complete, less complete, were the same as the
12  12  method that you used before for tracking by product?
13  13   A.  I don't know.
14  14   Q.  And as far as you know, that's something
15  15  that's never been studied or quantified at Oracle?
16  16   A.  We've thought about it, talked about it.
17  17  There's just -- it's very hard to know -- it's very hard
18  18  to get an answer to that question.
19  19   Q.  Okay.  In analyzing Oracle's financial
20  20  figures, whether they be forecast or pipeline or closed
21  21  deals, did Oracle, in fiscal year '01, compare those
22  22  figures from the current quarter to any prior historical
23  23  figures?
24  24   A.  We routinely compare it with the previous --
25  25  the same quarter of the previous year.

Oracle Related Cases                                    Page 146

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/25/2004  10:41:00 AM

1  00147:01   Q.  Okay.
2  02   A.  So if it's Q3 '01, we're looking at Q3 '00 for
3  03  comparisons, because there is seasonality in our
4  04  business.
5  05   Q.  All right.  So it wouldn't really make sense,
6  06  then, to compare Q3 to Q2?
7  07   A.  Well, it makes some sense.  It's useful.  But
8  08  Q3, we have the holidays, the Christmas/New Year's
9  09  holidays.  It really skews things, especially for
10  10  consultants who are on breaks.  The consulting number
11  11  goes down; education number goes down.
12  12      So because of the seasonality, it is a more
13  13  accurate predictor to compare Q3 this year with Q3 the
14  14  previous year, rather than sequential quarters, Q3
15  15  versus Q2.
16  16   Q.  Okay.
17  17   A.  We do both, but the important one is year over
18  18  year.
19  19   Q.  All right.  Did you routinely compare
20  20  multi-year results in fiscal year '01, or did you just
21  21  tend to go back one year?
22  22   A.  I don't know -- occasionally we would compare
23  23  a multi-year.  And back in '01 did we compare a
24  24  multi-year?  I think we probably compared a multi-year.
25  25  We'd look at what was the growth -- what's the

Oracle Related Cases                                    Page 147

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1  00148:01  pipeline -- take pipeline, for example.  We've been
2  02  talking about that.  What's the pipeline growth this
3  03  year versus the same quarter last year?  What was the
4  04  pipeline growth from the same quarter last year to the
5  05  year before that?  So yeah, we looked at that.
6  06   Q.  Okay.  Do you recall reports where such
7  07  comparisons were made?
8  08   A.  Sure.
9  09   Q.  Do you recall which reports those were?
10  10   A.  I don't.  I don't.  Sometimes -- at the time,
11  11  I don't think they were incorporated into our standard
12  12  package.  But now we routinely have reports that compare
13  13  multi -- look at multi-year trends.
14  14      MR. DE GHETALDI:  Want to change the tape?
15  15      THE WITNESS:  That'd be fine.
16  16      THE VIDEOGRAPHER:  This is the end of Volume
17  17  I, tape 2 in the deposition of Lawrence J. Ellison on
18  18  February 26, 2004.  The time 3:05 p.m.  We are off the
19  19  record.
20  20      (Recess taken).
21  21      THE VIDEOGRAPHER:  This is the beginning of
22  22  Volume I, tape 3 in the deposition of Lawrence J.
23  23  Ellison on February 26, 2004.  The time, 3:07 p.m.  We
24  24  are on the record.
25  25      MR. DE GHETALDI:  Q.  Let's talk a little bit

Oracle Related Cases                                    Page 148

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1   00149:01 about budgeting. In budgeting, or in preparing Oracle's
2   02 yearly budget, was there somebody who was primarily
3   03 responsible for that task in fiscal year '01?
4   04   A. Jeff Henley.
5   05   Q. Who else was involved with Mr. Henley in that
6   06 process?
7   07   A. All of the senior management team.
8   08   Q. By "the senior management team," you mean the
9   09 heads of the various geographic divisions?
10  10   A. Which are all the field divisions, all the
11  11 different geographic divisions, the head of the
12  12 development organizations, the head of marketing, the
13  13 head of support -- the support organizations, and his
14  14 own staff, head of legal department. So everyone --
15  15 every senior manager who was responsible for a group
16  16 that had a budget had to submit a budget.
17  17   Q. Okay. Were -- in fiscal year '01, was
18  18 Oracle's budget a number that was imposed from the top
19  19 down, or was it a consensual sort of process, or
20  20 something else?
21  21   A. Yeah, a combination -- combination of the two,
22  22 I think. The -- an awful lot of it was top down.
23  23 However, for example, sales division, a field division,
24  24 would say "You're selling. For every dollar you bring
25  25 in, you can spend 50 cents. If you think you're going
```
Oracle Related Cases                                    Page 149

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1   00150:01 to bring in a million dollars, your budget's half a
2   02 million dollars. If you think you can bring in
3   03 $2 million, we'll double your budget to a million
4   04 dollars."
5   05      In that sense, you could spend a percentage of
6   06 what you brought in. We had margin requirements in our
7   07 businesses. And they -- as long as -- you know, they
8   08 could spend more as long as they would bring in more.
9   09      So in that sense, the margin requirements were
10  10 top-down requirements. Then they would estimate how
11  11 big -- how much their business would grow over the
12  12 previous year. And that growth would determine how big
13  13 their budget was.
14  14   Q. Did Oracle's budgeting process in fiscal year
15  15 '01 include a budget for revenue as well as expenses?
16  16   A. Of course.
17  17   Q. And was that part of the budgeting process one
18  18 that was imposed from the top down, or was it
19  19 consensual?
20  20   A. It was absolutely consensual.
21  21   Q. Okay.
22  22   A. And, you know, we were trying to grow the
23  23 business. And there was a lot of discussion. But it
24  24 was -- by "consensual," do you mean that the other
25  25 people -- the people consented, or it was consensual,
```
Oracle Related Cases                                    Page 150

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1   00151:01 there was a consensus?
2   02   Q. A consensus.
3   03   A. There was a consensus on that because people
4   04 would be expected not to spend more than they were
5   05 bringing in, clearly, and not to spend such they would
6   06 reduce their profit margins.
7   07   Q. Okay. I think you slipped over into the
8   08 spending part. We were talking about the revenue part.
9   09   A. Totally -- absolutely related.
10  10   Q. Okay.
11  11   A. You're a salesperson. You have a hundred
12  12 salespeople working for you. You say "I want to spend a
13  13 hundred million dollars." I say "God bless you. Bring
14  14 in 200 million."
15  15      You say "I'm going to bring in 150 million."
16  16      "only spend 75."
17  17      So I'll let you spend 50 cents -- every dollar
18  18 you commit to bring in, you can spend half of it. So
19  19 your spending budget was determined by your revenue
20  20 forecast.
21  21   Q. I see.
22  22   A. So they're very closely related. So you and I
23  23 would agree on what a reasonable revenue forecast might
24  24 be, but you'd have to say "Fine -- well, I want to spend
25  25 a hundred million, but I only want to bring in
```
Oracle Related Cases                                    Page 151

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1   00152:01 150 million."
2   02   A. Sorry, you can't do that. If you're only
3   03 going to bring in 150, only spend 75. If you're going
4   04 to bring in 200, you can spend a hundred.
5   05   Q. I see. Was there some kind of 30-percent
6   06 growth goal companywide set in fiscal year '01?
7   07   A. I don't recall.
8   08   Q. Were you involved in the budgeting process in
9   09 fiscal year '01?
10  10   A. Yes.
11  11   Q. What was your involvement in that process?
12  12   A. We have budgeting meetings prior to setting an
13  13 annual budget. And we discuss the state of our products
14  14 versus the products of the competition, our ability --
15  15 our ability to add people, overall prospects, the state
16  16 of the economy, and we try to come up with a reasonable
17  17 amount we can grow the business.
18  18   Q. So you attended those meetings, the budgeting
19  19 meetings?
20  20   A. I chaired those meetings.
21  21   Q. Okay. Did you have agendas for those
22  22 meetings?
23  23   A. Yeah, people made presentations. I'm not --
24  24 I'm not sure we had agendas, but we would go around --
25  25 every group -- the product -- it was -- this is a
```
Oracle Related Cases                                    Page 152

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

00153:01 routine process. The product people would describe, you
02 know, the product improvements and the competitive
03 position of our products. so ...
04        We'd like to know that our database is getting
05 better. And we think we're a lot better than IBM. We
06 think we're a lot better than Microsoft. That's good.
07 Our eBusiness Suite is getting better and our
08 competitive position's improving, so ... the economy's
09 in good shape. Our brand is hot. So we think we can
10 grow the business, say, 30 percent.
11        Then the guy up in Asia says, "Well, actually,
12 we've had real currency problems here in Asia. We've
13 got some local conditions. We think it's too risky to
14 try to go 30 percent, so we're going to try to go
15 20 percent in Asia."
16        Plus the eBusiness Suite won't --
17        THE REPORTER: Slow down.
18        THE WITNESS: The eBusiness Suite hasn't been
19 translated into Chinese yet. It's a big part of our
20 market. So the eBusiness Suite might work for most
21 European countries and in North America, but it's really
22 not -- it's hard for us to sell in Asia. So we think
23 the 20-percent target's a better target for Asia.
24        So we go through a process whereby we look at
25 the state of our products, the state of our products in

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

00154:01 specific geographies, the state of the economies in
02 specific geographies, and we agree upon the -- you know,
03 we agree upon targets for each of the units:
04 Latin-American unit, Asia, Japan, Europe -- and eastern
05 Europe and western Europe are, you know, different in
06 the sense they're different economic states of growth
07 and different economic states. And we put together
08 budgets on a country-by-country basis.
09        MR. DE GHETALDI: Q. Okay. As you were
10 planning the budget for fiscal year '01, did you
11 consider any areas of Oracle's business to be weaker
12 than others, either geographically or by product or
13 service?
14      A. Oh, again, I'm going to just make sure I
15 understand this. Clearly Latin America was -- South
16 America is a weaker region than North America. The size
17 of our economy is much bigger.
18        If there was a currency problem -- again, I
19 can't really recall the state of things in -- at the
20 time we were doing our budgets. But certainly if there
21 was a currency crisis in Southeast Asia, an Asian
22 currency crisis, that would impact our ability to grow
23 in China -- actually, not in China, in Southeast Asia
24 where the currency problems were.
25        So we tried to consider macroeconomic issues

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

00155:01 in certain geographic locales, the state of our
02 products, the state -- the maturity of our managers and
03 their ability to add people. How easy it was to hire
04 people? It's hard to believe that back in 2000 it was
05 very difficult to hire people. People were talking
06 about a shortage of engineers. And there was also a
07 limited growth.
08        So yeah, I think we considered a lot of
09 different things. And some geographic regions were
10 weaker -- back to your original question. Some
11 geographic regions were certainly weaker than others.
12 Our database business is a much bigger and -- you know,
13 we're the number one database company in the world. We
14 were, at the time, only the number two applications
15 company in the world. So our database business was
16 stronger than our applications business. Better to be
17 first than second.
18      Q. It's true. Were any -- were any aspects of
19 your license business facing particular challenges in
20 fiscal year '01?
21      A. Not that I recall.
22      Q. When does the budgeting process usually begin?
23      A. March.
24      Q. Okay.
25      A. After Q3 has just been completed, but before

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

00156:01 Q4.
02      Q. Okay.
03      A. So we got three quarters of the year finished.
04      Q. All right. Let's go back to the Monday
05 meetings. Was there a regular time set for those
06 meetings?
07      A. 11 a.m.
08      Q. Were they held in a particular place?
09      A. The boardroom.
10      Q. Okay. At Oracle?
11      A. Yes.
12      Q. Okay. How long did they usually last?
13      A. Three hours.
14      Q. And were those meetings usually attended by
15 certain people?
16      A. All of my direct reports. Everyone who worked
17 directly for me.
18      Q. And who would that be, please?
19      A. Let's see. Derrick Williams, who runs Asia
20 Pacific. Let's see. Oh, at the time, so --
21      Q. Right.
22      A. Jay Nussbaum, who ran OSI, Oracle Service
23 Industries. George Roberts, who ran, you know, North
24 American commercial sales. Oracle Service Industries
25 included federal. So Sergio Giacoletto, who ran Europe,

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00157:01 Middle East, Africa. And I think Sebastian Gunningham,

2   02 who ran Latin America. I think those are the sales

3   03 executives. And Safra Catz. Mike, who was our chief of

4   04 operations.

5   05      Q. Mike who?

6   06      A. Mike Rocha.

7   07      Q. Okay.

8   08      A. Who's head of customer support. Jeff Henley,

9   09 who's our chief financial officer. His lieutenant,

10  10 Jennifer Minton, would also attend. I'm sure I'm

11  11 missing somebody. Our head of marketing then was Mark

12  12 Jarvis. I think that's right.

13  13      Q. Somebody from OPI?

14  14      A. I'm trying to remember who was running OPI at

15  15 the time. Was Sebastian running OPI at the time? I

16  16 can't remember. He was either Latin America -- I don't

17  17 remember who was running OPI right then.

18  18      Q. Let's see. Who was it?

19  19      A. I don't know. You probably could --

20  20      Q. Verasano?

21  21      A. Could have been. I have no idea.

22  22      MR. SALPETER: We can tell you.

23  23      MR. DE GHETALDI: Go ahead.

24  24      MR. SALPETER: Sanderson.

25  25      THE WITNESS: Oh, Sandy Sanderson, right.

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00158:01      MR. DE GHETALDI: Q. Were there regular

2   02 agendas for these meetings?

3   03      A. There was -- there was a standing agenda which

4   04 was review the forecast and the condition of the

5   05 business, and then there were specific additional agenda

6   06 items that people could give -- fire an e-mail off to

7   07 Safra and say they want to discuss topic A, B or C.

8   08      Q. Did Safra Catz prepare a written agenda for

9   09 these meetings to include those specific topics?

10  10      A. Sometimes she just walked in with a list of

11  11 three things that -- but -- I believe these days we

12  12 actually get a single sheet of paper with an agenda.

13  13      Q. All right. In fiscal year '01, did you have

14  14 these Monday meetings every Monday?

15  15      A. 52 -- did we religiously, 52 times a year?

16  16      Q. Yeah.

17  17      A. No, didn't have them during the holidays,

18  18 during the Christmas/New Year holiday. I was gone,

19  19 probably missed four of them a year.

20  20      Q. Okay, so --

21  21      A. Four or five a year.

22  22      Q. Did they have the meetings when you were gone?

23  23      A. Not as a rule. Sometimes I would call in,

24  24 so -- I've achieved my goal. If I'm out of town on a

25  25 Monday, I still can attend by phone.

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00159:01      Q. Okay.

2   02      A. But sometimes we'd have a budgeting meeting on

3   03 a Monday and then we'd just cancel that meeting.

4   04      Q. Okay.

5   05      A. Everyone -- some people were traveling and

6   06 visiting customers; we'd just cancel meetings. I'm

7   07 guessing 40 -- 43 -- 45, 46 times a year we had the

8   08 meetings.

9   09      Q. Okay. These meetings weren't held, then,

10  10 twice a month in the first two months and weekly in the

11  11 last month --

12  12      A. No.

13  13      Q. -- of the quarter?

14  14      A. No. They're scheduled every week.

15  15      Q. Every week, okay. Were minutes of these

16  16 meetings prepared?

17  17      A. No.

18  18      Q. Were these meetings your chief source of

19  19 current information on Oracle's finances in fiscal year

20  20 '01?

21  21      A. Yes.

22  22      Q. You mentioned budgeting meetings on Monday.

23  23 Were those also a regular -- regularly-scheduled meeting

24  24 for you in fiscal year '01?

25  25      A. Now, when we started our annual budget

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00160:01 meetings -- so in March -- so if we're having a large

2   02 budget -- three-day budgeting session for the new fiscal

3   03 year, and we set it up for Sunday, Monday, Tuesday -- so

4   04 that's an example of when this management committee

5   05 meeting might just be cancelled.

6   06      Q. I see.

7   07      A. When there's another meeting scheduled on top

8   08 of it.

9   09      Q. I see. Okay. In fiscal year '01 did you have

10  10 regular meetings on Tuesdays?

11  11      A. Yes.

12  12      Q. What were they?

13  13      A. It was a meeting with the engineering team

14  14 from the database technologies.

15  15      Q. Okay. Going back to the Monday meetings, did

16  16 they have a regular start time?

17  17      A. 11 a.m.

18  18      Q. They ran through lunch?

19  19      A. Yes.

20  20      Q. People ate lunch during the meeting or after

21  21 the meeting?

22  22      A. During the meeting.

23  23      Q. Okay. For the -- did you have any other

24  24 meetings on Mondays in fiscal year '01 that were

25  25 regularly scheduled?

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

1  00161:01  A.  Yes.

2  02  Q.  What were those?

3  03  A.  A product division committee meeting or

4  04  engineering team, the heads of engineering, starting at

5  05  2:00.

6  06  Q.  Who usually attended those meetings?

7  07  A.  The respective heads of engineering, who were

8  08  Chuck Rozwat, who ran the database group, R-O-Z-W-A-T;

9  09  and Sohaib Abassi, who ran the tools group; Ron Wohl,

10  10  W-O-H-L, who ran the ERP group; and Mark Barrenechea,

11  11  who ran CRM, B-A-R-R-E-N-C-H-E-A.

12  12  MS. SEGAL:  Add another E.

13  13  THE WITNESS:  Add another E someplace.

14  14  MS. SEGAL:  E-N-E-C-H-E-A.

15  15  MR. DE GHETALDI:  Q.  How long did those

16  16  meetings last?

17  17  A.  Three hours.  Well, actually, they've been

18  18  known to go to 6:00 in the evening, but they're

19  19  scheduled to go from 2:00 to 5:00.

20  20  Q.  All right.  Were reports regularly prepared

21  21  for the engineering meetings?

22  22  A.  No, the engineering meetings were just, you

23  23  know, discussing the state of the products and what the

24  24  plans were.  Again, I remember saying earlier in the

25  25  deposition that I am very deeply involved in the

Oracle Related Cases                                      Page 161

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

1  00162:01  creation of our new products.  So it really is the plans

2  02  and designs for next-generation versions of all of our

3  03  products.  And we just review that in great depth.

4  04  Q.  Do you also review -- or did you also review

5  05  the status of your current products at these meetings in

6  06  fiscal year '01 --

7  07  A.  Sure.

8  08  Q.  How well things are working, and things like

9  09  that?

10  10  A.  Yeah.

11  11  Q.  Do you recall whether any of these engineering

12  12  meetings went late, to 8:00, during Q3 '01?

13  13  A.  No recollection at all.

14  14  Q.  Any way of checking?

15  15  A.  No, not that I -- not that I can think of.

16  16  Q.  Okay.

17  17  A.  Carolyn wouldn't wait till the end to make a

18  18  note, that's for sure.  She would just leave.  "You're

19  19  on your own.  Lock up.  Turn off of the light," you

20  20  know.  "You guys get a life," you know.

21  21  Q.  So these were held in your executive suite?

22  22  A.  Yeah.

23  23  Q.  So we got two meetings on Monday, most of

24  24  Monday.  How about Tuesdays; did you have any

25  25  regularly-scheduled meetings on Tuesdays in Q3 '01?

Oracle Related Cases                                      Page 162

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

1  00163:01  A.  Yes.

2  02  Q.  Okay.

3  03  A.  And that was the database technology group.

4  04  Q.  The engineering team?

5  05  A.  Right.

6  06  Q.  Right.  Okay.

7  07  A.  All the rest of my meetings were all

8  08  engineering teams for the rest of the week.

9  09  Q.  All right.  And when did those usually start?

10  10  A.  2:00.

11  11  Q.  2:00.  In your executive suite as well?

12  12  A.  Yes.

13  13  Q.  And who usually came to those?

14  14  A.  Chuck -- it was Chuck Rozwat and his direct

15  15  reports; Andy Mendelsohn ... anyway, he has a number of

16  16  people -- depending on what we were discussing, he would

17  17  bring an engineering team to discuss the latest -- the

18  18  indexing group that did the indexing, or the cashing, or

19  19  the Query Optimizer.  So the people who -- the

20  20  performance tuning group.  So he would bring a group of

21  21  people who were working on a particular problem they

22  22  were -- that was -- that was being discussed that day.

23  23  Q.  All right.  Were agendas prepared for that

24  24  meeting?

25  25  A.  Not really.

Oracle Related Cases                                      Page 163

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

1  00164:01  Q.  Were minutes taken of that meeting?

2  02  A.  Definitely not minutes taken.

3  03  Q.  Okay.  Anybody --

4  04  A.  I would love to see someone try to take

5  05  minutes of that meeting.

6  06  Q.  Anybody ever tape-record any of these

7  07  meetings?

8  08  A.  Not that I know of.  Maybe only for comic

9  09  reasons.

10  10  Q.  So Mr. Rozwat and Mr. Mendelsohn.  Anybody

11  11  else that regularly came to these database meetings?

12  12  A.  Back -- back in '01, early '01.  Even Andy

13  13  didn't -- even Andy Mendelsohn didn't come regularly.

14  14  I would usually just invite a group of people in the area

15  15  that's being discussed.

16  16  Most of the engineers don't like going to

17  17  meetings.  If it's not germane to exactly what they're

18  18  doing, they just won't go.  They don't care if I ask

19  19  them to go or not.  "Why should I go to this?"  You

20  20  know, "I'm not going."  That's the end of that.

21  21  Q.  Okay.

22  22  MR. TABACCO:  We have the same problem when

23  23  we're out here too.

24  24  MR. DE GHETALDI:  Bunch of prima donnas, huh.

25  25  THE WITNESS:  They're certainly not afraid of

Oracle Related Cases                                      Page 164

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1  00165:01 losing their jobs, that's for sure.

2  02      MR. DE GHETALDI: Q. How long did those

3  03 meetings usually last?

4  04      A. Again, they would go to 6:00, probably on

5  05 average, but sometimes later. They could go quite late.

6  06      Q. Any other meetings on Tuesdays that were

7  07 regularly held?

8  08      A. No.

9  09      Q. How about Wednesdays?

10  10      A. Tools group.

11  11      Q. What time was that meeting scheduled to start?

12  12      A. They're all scheduled for 2:00.

13  13      Q. 2:00, okay. The -- again in your executive

14  14 suite?

15  15      A. Yes.

16  16      Q. Okay. Who usually attended those meetings?

17  17      A. Sohaib Abassi and his -- then again, same --

18  18 same format, and whoever -- whoever's in charge of the

19  19 particular product that we're discussing that day.

20  20      Q. I see. Okay. And again, no agendas, no

21  21 minutes, no tape recordings?

22  22      A. No tape recordings.

23  23      Q. Okay.

24  24      A. I'm sure they had an idea -- I don't want to

25  25 say it was completely ad hoc. They certainly knew

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1  00166:01 exactly what they were going to discuss. But it was,

2  02 you know, typically, you know, one or two things: Let's

3  03 discuss the database Query Optimizer.

4  04      But the agenda would have like two lines on

5  05 it, so I'm not sure you'd call that an agenda. And it

6  06 was never -- it wasn't written down; it was just "Today

7  07 we're going to discuss" blah, blah. But there were

8  08 formal presentations made. So it wasn't completely

9  09 informal.

10  10      Q. Okay. PowerPoint stuff?

11  11      A. Lots of PowerPoint stuff.

12  12      Q. Okay.

13  13      A. Lots of demos.

14  14      Q. Okay. Any other regular Wednesday meetings?

15  15      A. No, that's the only regular-scheduled

16  16 Wednesday meeting. I took all my engineering meetings

17  17 and scheduled them Tuesday through Friday at 2:00.

18  18      Q. I see.

19  19      A. 'Cause if they went on -- if people wanted to

20  20 keep talking about things till 8:00 in the evening, they

21  21 could, but it was on their time, so ... otherwise you

22  22 started them at 9 and they still would have gone to

23  23 8:00.

24  24      Q. All right. How about Thursday regular

25  25 meetings?

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1  00167:01      A. ERP, Ron Wohl.

2  02      Q. Okay. 2:00, again, in your executive suite?

3  03      A. Yes.

4  04      Q. And whoever Ron Wohl wanted to invite to talk

5  05 about ERP, right?

6  06      A. You bet.

7  07      Q. And did you also regularly participate in any

8  08 conference calls on Thursday?

9  09      A. Routine conference calls?

10  10      Q. Right.

11  11      A. No.

12  12      Q. Forecasting conference calls?

13  13      A. I -- sometimes I sat in on the forecast calls,

14  14 but as a rule I didn't. I think Safra -- I think Safra

15  15 did. Normally I didn't sit in on the calls.

16  16 Occasionally I did, if I wasn't doing anything else, you

17  17 know, and there was a conference call, Carol'd say "You

18  18 want to be on the conference call -- the forecast call,"

19  19 I'd be on it, but in general, no.

20  20      Q. Tell me about the forecast calls. What did

21  21 they involve?

22  22      A. Well, sometimes the direct sales managers were

23  23 there and sometimes it was their finance person. And

24  24 they would just kind of update people on where we were

25  25 in the quarter. They'd give you the latest version of

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1  00168:01 the forecast and their opinions as to how things were

2  02 going.

3  03      I preferred -- if I'm going to get intra --

4  04 intraweek reports, I'd rather talk directly to Sandy

5  05 Sanderson or Jay Nussbaum, call them on the phone where

6  06 there aren't 20 other people on a phone call that are

7  07 listening to his answer. I would have gotten much

8  08 better information without all of the peer pressure and

9  09 without him having to share it, across so many different

10  10 people.

11  11      Q. I see. Okay. How long did those calls

12  12 usually last when you participated in them?

13  13      A. You know, I don't -- I didn't -- I wasn't on

14  14 very many of them. I'm not sure I ever started at the

15  15 beginning and ended at the end. I don't think I've ever

16  16 done that, so I'm not sure. Hour, less, 45 minutes,

17  17 something like that.

18  18      Q. All right.

19  19      A. I'm guessing. I don't think I've ever been on

20  20 one from beginning to end.

21  21      Q. All right. Anything else on Thursday?

22  22      A. Not regularly scheduled, no.

23  23      Q. How about Friday?

24  24      A. That was CRM and Mark Barrenechea.

25  25      Q. Same sort of format, in your executive suite,

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

1  00169:01 you and Mr. Barrenechea and whoever he thinks should be
2  02 coming?
3  03    A.  Yes.
4  04    Q.  Scheduled from 2 to 5, but sometimes goes to
5  05 8?
6  06    A.  Yep, even on a Friday.
7  07        MR. DE GHETALDI:  Okay.  I think it's about
8  08 time for a break.
9  09        THE VIDEOGRAPHER:  Off the record, 3:34 p.m.
10 10     (Recess taken).
11 11        THE VIDEOGRAPHER:  On the record, 3:53 p.m.
12 12        MR. DE GHETALDI:  Q.  Earlier today we talked
13 13 briefly about your involvement in closing deals.  In
14 14 fiscal year '01, were you customarily involved in
15 15 closing certain kinds of deals?
16 16    A.  I really wasn't -- I don't think we discussed
17 17 my involvement in closing deals.  I think we discussed
18 18 my involvement in monitoring big deals being closed, but
19 19 I don't think we've discussed that so far.  But maybe
20 20 I'm -- maybe my memory's failing me.
21 21        But I didn't -- I don't really -- I'll say I
22 22 don't really enjoy selling that much, and I don't really
23 23 get that involved in closing -- in closing deals.  I
24 24 will make -- I will make calls -- well, let me see.
25 25 What is closing?  What does closing a deal mean?  So ...

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

1  00170:01     But I certainly call on customers.  I make
2  02 presentations in front of customers.  But the closing
3  03 process as defined as, you know, asking for the order,
4  04 actually getting the order, walking away with the order
5  05 in your hand, I really don't do.  I'm not -- I don't
6  06 know if I've ever asked a customer for an order in my
7  07 life.
8  08    Q.  Okay.  All right.  In fiscal year '01, how did
9  09 you generally keep apprised of macroeconomic trends
10 10 outside of Oracle?
11 11    A.  Read The Economist, Wall Street Journal,
12 12 looking at macroeconomic trends, you know, those two
13 13 publications.
14 14    Q.  Okay.
15 15    A.  The Financial Times.  But probably relied more
16 16 on The Economist than anything else.
17 17    Q.  All right.
18 18    A.  By the way, we also have some board members
19 19 who are expert in economics.  I'd get in trouble if I
20 20 didn't say that.  But, you know, Dr. Michael Boskin was,
21 21 you know, head of the president's council on economic
22 22 advisors.  And Michael usually briefs the board on what
23 23 the current -- you know, what he thinks the current
24 24 state of the economy is.  And other people on the board
25 25 opine as well.

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

1  00171:01    Q.  Okay.
2  02    A.  And actually, I do have -- I really do have
3  03 tremendous respect for Michael.  He's an incredibly
4  04 bright guy that's a very useful source.
5  05    Q.  All right.  How about your methods, if you had
6  06 any, for monitoring business developments in Silicon
7  07 Valley that could have affected Oracle's business in
8  08 fiscal year '01?
9  09    A.  I think I stated we had our own -- we made
10 10 investments in venture capital.  We had a lot of people
11 11 in venture capital that brought us deals.  I think we
12 12 knew most of the major deals and most of the major
13 13 technologies that were being developed in Silicon Valley
14 14 and around the world.
15 15        We frequent competitors' Web sites.  We have
16 16 engineering presentations where we look very closely at
17 17 what IBM is doing, we look very closely at what
18 18 Microsoft is doing, we look very closely at what SAP is
19 19 doing, and other larger competitors.
20 20        We also look at small companies, which we try
21 21 to understand their technology --
22 22        THE REPORTER:  I've got to slow you down.
23 23        THE WITNESS:  We look at small companies and
24 24 try to understand their technology and even sometimes
25 25 consider them for acquisition.

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

1  00172:01        MR. DE GHETALDI:  Q.  All right.  In fiscal
2  02 year '01, did you talk to certain people in order to
3  03 find out information about what was going on in Silicon
4  04 Valley?
5  05    A.  People inside of Oracle, people outside of
6  06 Oracle?
7  07    Q.  People outside of Oracle.
8  08    A.  My best friend is Steve Jobs at Apple
9  09 Computer.  I talk to Steve a lot.
10 10    Q.  Sure.
11 11    A.  I talk to Scott McNeely a lot, who runs Sun
12 12 Computer.  We frequently have meetings with the senior
13 13 executives at Intel and Hewlett-Packard.  So we have an
14 14 ongoing, you know, dialogue with most of the major
15 15 technology developers in the valley.  Meet regularly
16 16 with Cisco and EMC, the big communications company and
17 17 disk drive manufacturer, so ...
18 18        Since my interest is in the product side of
19 19 the business, my primary interest is in the product side
20 20 of the business, that's where I spend most of my time
21 21 gathering -- gathering information and making decisions,
22 22 based on that information, of which product directions
23 23 we should take.
24 24    Q.  Okay.  I know that was a long answer, but did
25 25 you mean it to relate to events in fiscal year '01 in

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00173:01  addition to currently?

2   02   A.  Since I started Oracle.

3   03   Q.  Okay.  How did you generally try to keep

4   04  apprised of economic developments that could affect

5   05  Oracle's customers?

6   06   A.  Macro developments.

7   07   Q.  Macro.

8   08   A.  Other than reading, you know, the financial

9   09  press.

10   10   Q.  Right.

11   11   A.  Financial Times, Wall Street Journal,

12   12  Economist.  We watched the financial results, clearly --

13   13  the financial results of other companies.  And we

14   14  certainly knew that the economy was weakening, in fact.

15   15  Jeff and I discussed it, that there seemed to be --

16   16  economy was really bubbling -- very bubbly, frothy, you

17   17  know, economy in 2000 -- '99, 2000, part of 2001.  And

18   18  it seemed we were -- you know, there was some weakness

19   19  in the economy, which we found was, in hindsight now,

20   20  was recession or headed for a recession.  Didn't know

21   21  that then.

22   22   Q.  Did Dr. Boskin make a presentation about the

23   23  economy in a January 2001 board meeting?

24   24   A.  Probably.  Probably.

25   25   Q.  But you don't have a specific recollection of

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00174:01  that?

2   02   A.  I would say two out of every three board

3   03  meetings, he makes presentations.  He gets asked about

4   04  the state of the economy -- someone asks him about the

5   05  state of the economy.  Whether it's two minutes or 15

6   06  minutes discussion depends.

7   07   Q.  Were -- for Oracle's board meetings, were

8   08  minutes prepared for those meetings?

9   09   A.  Oh, absolutely.

10   10   Q.  In addition to board packages?

11   11   A.  Oh, there are definitely minutes that get

12   12  approved at the subsequent board meetings.  So there are

13   13  minutes.  For the formal portion of our meetings -- now,

14   14  we have two portions of the meeting.  We have the

15   15  formal -- the formal portion of the meeting, which is

16   16  governed by a certain set of, you know, rules and

17   17  statutory requirements, and there's an informal part of

18   18  the meeting where there's just general discussions.

19   19   Q.  Okay.

20   20   A.  I think Michael's discussion of the economy

21   21  would not be in the formal part of the board meeting.

22   22  It's most likely to fall in the informal portion of the

23   23  meeting.

24   24   Q.  And were -- I assume that minutes are prepared

25   25  for the formal portion.  Are minutes also prepared for

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00175:01  the informal portion?

2   02   A.  I don't think so, no, 'cause the minutes --

3   03  the minutes, we approve.  You know, 'cause we approve --

4   04  we approve -- in board meeting 2, we approve the minutes

5   05  of board meeting 1.  Standard process.  I think that's

6   06  just the formal part of the meeting where there are

7   07  specific motions and certain processes we have to adhere

8   08  to.

9   09   Q.  Okay.  During your 27 years with Oracle -- and

10   10  I guess -- it's more than that.  Well, before Q3 '01,

11   11  then -- that might get it closer to 27 -- did -- had you

12   12  ever observed any time when a downturn in the U.S.

13   13  economy affected Oracle's business?

14   14   A.  Yes.

15   15   Q.  When was that?

16   16   A.  1990 -- the last recession.

17   17   Q.  Okay.  And what happened then?

18   18   A.  Our growth rate slowed dramatically.  In fact,

19   19  we got ourself into a lot of trouble.

20   20   Q.  Okay.

21   21   A.  We had our one and only loss quarter we've

22   22  ever had back in '9 -- back in -- I think it was 1991.

23   23   Q.  And what is your understanding of why Oracle

24   24  was affected by that economic downturn in 1990, '91?

25   25   A.  Well, if you have -- during a recession, you

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00176:01  know, a major recession -- that was -- that was a pretty

2   02  good-sized recession we had then -- businesses get very

3   03  reluctant to spend a lot of money on large new capital

4   04  projects.  And a lot of our software sales were part of

5   05  an even larger IT development project.  So these were

6   06  large capital items, which are often deferred in times

7   07  of recession.

8   08   Q.  All right.  What do you recall of the economic

9   09  mood in the fall of 2000?

10   10   A.  In the fall of 2000.  So give me a month.

11   11  November, October?

12   12   Q.  September.

13   13   A.  September to October?

14   14   Q.  Yeah.

15   15   A.  I'm trying to remember when the market peaked

16   16  and started coming down.  I think the early warning was

17   17  the market had -- the market, which had -- seemingly was

18   18  going up forever, was starting to come down.

19   19     And I think -- but by September -- I'm having

20   20  a hard time, you know, placing this that near a window.

21   21  I think the market had already peaked, was headed down,

22   22  and I'm not sure if there'd already -- we'd seen the

23   23  first of the earnings disappointments from corporations.

24   24     But I know by -- by, say, November,

25   25  December -- we delivered a record quarter November,

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00177:01  so ..., the answer is, I think -- give me a minute to --

2   02   I'm just reconstructing.

3   03   Q.  Sure.

4   04   A.  I think the economy had softened, it was a

5   05   general sense the economy had softened, but we ourselves

6   06   had not yet been impacted.  We delivered -- you know, as

7   07   I said, we delivered a record quarter in November, an

8   08   all-time record quarter November, so -- so, you know,

9   09   it looked like the economy was weakening a little bit.

10  10       'Cause I remember Jeff Henley saying that the

11  11   economy, you know -- in my discussion with Jeff about

12  12   guidance was -- Jeff was concerned about the economy.

13  13   Q.  Right.  March 16th, 2000 was the NASDAQ

14  14   high.

15  15   A.  March 16th?

16  16   Q.  Does that help you --

17  17   A.  Yeah, it does place it.  I can't remember -- I

18  18   thought it was June.  Just picturing the graphs in my

19  19   head.

20  20   Q.  Right.

21  21   A.  So yeah, the market started coming down in

22  22   March.  But I think we saw our first earnings

23  23   disappointment probably around June, I think

24  24   corporations started missing.  But again, I'm -- I'm

25  25   kind of reconstructing as best I can from memory.

Oracle Related Cases                                            Page 177

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00178:01  Q.  It's understood.

2   02   A.  And I think we might have had -- but we were

3   03   delivering record quarters, you know.  And that was what

4   04   was -- what was a little bit interesting.  Even though

5   05   the economy was weakening, we had delivered two record

6   06   quarters in a row.  Though the market was -- though the

7   07   market was coming down.  So I was still pretty

8   08   optimistic when we gave our guidance for Q3.

9   09   Q.  Hadn't you actually seen an effect of the

10  10   downturn in the economy in Oracle's dot-com sales by Q3

11  11   '01?

12  12   A.  Oh.  I'm sure we had.  I'm sure we had.  But I

13  13   wouldn't really -- overall business was still very

14  14   strong.

15  15   Q.  But wasn't it fairly dramatic?  I mean,

16  16   weren't the sales figures for dot-com companies pretty

17  17   bad starting in Q1 '01?

18  18       MR. SALPETER:  Objection to form, use of the

19  19   term "pretty bad."

20  20       THE WITNESS:  Yeah, they were certainly down

21  21   from where they were, but our overall business was quite

22  22   strong.  So like I said, we were still delivering

23  23   record-level results.

24  24       But no, you're absolutely right that our

25  25   dot-com business was certainly off by that point in

Oracle Related Cases                                            Page 178

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00179:01  time.  And in fact, I viewed that as encouraging because

2   02   here our dot-com business had fallen off, in spite of

3   03   that, we were still delivering record results.  So you

4   04   can make a case that was encouraging.

5   05       MR. DE GHETALDI:  Okay.

6   06   Q.  What are the key intraquarter forecasting

7   07   indicators for Oracle?

8   08   A.  Early on, the pipeline -- year over year

9   09   pipeline growth, field sales forecast, financial --

10  10   financial department forecast, sometimes called the

11  11   upside report.  Again, I'm trying to steer away from

12  12   those funny names.

13  13       I would say on actual results for the first

14  14   and second months of the quarter and then going into the

15  15   last ten business days of the quarter, the big deal

16  16   report, the size of the -- of the pipeline, if you will.

17  17   or the size -- the number -- the number and size of the

18  18   big deals that are potentially going to close this

19  19   quarter.  I think that's a pretty complete list.

20  20   Q.  Okay.  For the forecast -- from the field

21  21   forecast number, you -- you've said that you looked at

22  22   those numbers generally on a comparative basis -- that

23  23   is, year over year -- in terms of percentage growth; is

24  24   that right?

25  25   A.  Yes.

Oracle Related Cases                                            Page 179

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00180:01  Q.  Okay.  Did you track those forecast figures

2   02   week by week as well --

3   03   A.  Yes.

4   04   Q.  To see how they're trending through the

5   05   quarter, that is?

6   06   A.  Absolutely.

7   07   Q.  Did you have any report that actually laid

8   08   that out for you for the forecast numbers?

9   09   A.  That laid it out over a series of weeks?

10  10   Q.  Yeah.

11  11   A.  No.  What you saw was the change versus last

12  12   week.

13  13   Q.  Okay.

14  14   A.  So there was no report that I've seen --

15  15   there's no report at that time -- we've certainly

16  16   compiled these trend reports -- trend graphs and trend

17  17   reports.  But at the time, what we had was difference

18  18   between this week and last week.

19  19   Q.  I see.  Okay.  Now, in fiscal year '01, did

20  20   you yourself personally track these forecast numbers on

21  21   a companywide basis and on a divisionwide basis?

22  22   A.  Both.

23  23   Q.  And how about for line of business; did you

24  24   have a way of tracking that for forecast?

25  25   A.  What --

Oracle Related Cases                                            Page 180

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1   00181:01    Q.  That is, for license and applications?
2      02    A.  Oh, for different products?
3      03    Q.  Yeah.
4      04    A.  Okay. I was less attentive to that than the
5      05  total, again. Our commitment to our -- to Wall Street
6      06  is, you know, this is what the -- I pay more attention
7      07  to the entire company result than I do to how any -- how
8      08  any individual product is doing in a quarter.
9      09       There can be fluctuations, you know, from
10     10  quarter to quarter in individual products that are
11     11  greater than the fluctuation the company will have.
12     12    Q.  How about for divisions?
13     13    A.  I track -- certainly track the division sales,
14     14  how EMEA is doing, how Asia Pacific's doing, how North
15     15  America's doing.
16     16       MR. DE GHETALDI:  (To the reporter) E-M-E-A.
17     17       THE WITNESS:  Europe, Middle East, Africa.
18     18  Terrible term.
19     19       MR. DE GHETALDI:  Q.  For pipeline, did you
20     20  track the trends in pipeline through a quarter in fiscal
21     21  year '01?
22     22    A.  I looked at the year over year pipeline data,
23     23  but I don't think at that time I did very good trend --
24     24  you know, we didn't have a trend graph that showed the
25     25  fluctuation of the pipeline growth versus last year as a
```

Oracle Related Cases                                                    Page  181

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1   00182:01  trend graph; in other words, the first week the growth
2      02  was 50 percent, the second week was 37, the third week
3      03  was 45, the fourth week was 42. There was no such trend
4      04  graph that I ever received. So we just looked -- I got
5      05  a single number that said that the pipeline growth was
6      06  50-percent greater this quarter than the same quarter
7      07  last year.
8      08    Q.  All right. Did you review -- were pipeline
9      09  numbers available to you for geographic divisions and --
10     10  or I'm sorry -- for divisions and for certain products?
11     11    A.  I tended not to rely a lot on product
12     12  pipelines, but certainly for geographic areas I paid
13     13  more attention to it than products. The geographic
14     14  numbers tend to be more accurate than the product
15     15  numbers.
16     16    Q.  Why is that?
17     17    A.  The salespeople didn't do as good a job -- you
18     18  know, once you said that's a million-dollar sale, now
19     19  they're going to say it was 200,000 database, 800,000
20     20  applications. The million dollars was closer to
21     21  accurate than the split between 200,000 database,
22     22  800,000 applications.
23     23       So just -- for whatever reason, the more
24     24  detail you asked for, the less accurate the information
25     25  got. So as you drill down -- it's just a fact. You ask
```

Oracle Related Cases                                                    Page  182

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1   00183:01  people to type in more and more information, they
2      02  tend -- they -- they don't like to do it. They don't
3      03  like to supply that information. Or they guess too
4      04  much.
5      05    Q.  In fiscal year '01, were applications deals
6      06  classified as applications deals even if they had a
7      07  database component to them?
8      08    A.  Depends. If the salesperson said a million
9      09  dollars application -- you're talking about pipeline
10     10  now, not a deal that's closed? Are you talking --
11     11    Q.  No, forecast.
12     12    A.  Forecast.
13     13    Q.  Forecast.
14     14    A.  Oh, forecast. So that's the underlying
15     15  opportunity. So I could enter a million-dollar
16     16  application deal, just type it in Oracle Sales
17     17  On-line, or I could split it up and say 800,000 in
18     18  application, 200,000 in database. That was additional
19     19  effort for me to describe the opportunity in that level
20     20  of detail.
21     21       So sometimes in the opportunity side of things
22     22  people might classify something entirely as an
23     23  application even though there was a database component
24     24  in it. They just wouldn't bother to separate it out.
25     25  And that's why they weren't terribly accurate.
```

Oracle Related Cases                                                    Page  183

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1   00184:01    Q.  Well, wasn't there a system in place that
2      02  actually classified a deal as an applications deal if
3      03  the applications -- in a deal that would include both
4      04  applications and database, if the applications component
5      05  was greater than a certain number?
6      06    A.  Not that I know of.
7      07    Q.  Okay.
8      08    A.  As I say, let me emphasize, I didn't pay a lot
9      09  of attention to product forecasts 'cause I didn't think
10     10  the information was accurate. What you say may very
11     11  well be true, but I would never -- you know, if there's
12     12  some computer system that automatically classifies
13     13  something as an application deal because so much -- it
14     14  would be all the more reason I wouldn't pay any
15     15  attention to it. It's -- I don't know how those
16     16  algorithms work, so ...
17     17       I didn't -- I did not look at that data very
18     18  carefully 'cause it was never accurate.
19     19    Q.  All right. Did -- knowing in fiscal year '01
20     20  that that data was not accurate, did you make any
21     21  efforts to make the data more accurate?
22     22    A.  Well, the number -- the total -- the total
23     23  sales number was pretty accurate. What was not accurate
24     24  was what percentage of this was database and what
25     25  percentage of this is applications. In the forecast
```

Oracle Related Cases                                                    Page  184

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

1  00185:01 phase, once we actually took an order, the information

2  02 was exactly accurate.

3  03       So what was inaccurate was -- yes, it's a

4  04 million-dollar deal. That's accurate for a forecast.

5  05 What's inaccurate, it's a million-dollar applications

6  06 deal. No, it's not a million-dollar applications deal.

7  07 In fact, it's a $600,000 applications deal and a

8  08 $200,000 database deal, is the way it should have been

9  09 entered.

10 10       Did I think it was a high priority to get --

11 11 you know, to get a product forecast? No.

12 12   Q. Well, I didn't ask you if you thought it was a

13 13 high priority; I asked you if you did anything in fiscal

14 14 year '01 to try and correct what you perceived as a

15 15 inaccuracy in your system.

16 16   A. It was not -- I did not consider that a high

17 17 priority. That was not an inaccuracy from the point of

18 18 view of financial results. That was an inaccuracy in

19 19 terms of, you know, looking at a million-dollar deal and

20 20 saying we really don't know how much is database and how

21 21 much is applications. All we really know it's a

22 22 million-dollar deal. And that's accurate.

23 23       How important -- how much should we ask our

24 24 salespeople to do -- 'cause the question was, you're

25 25 asking your salespeople to go through additional effort

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

1  00186:01 to spend their time to estimate what percentage of their

2  02 opportunities are going to be database. You can get

3  03 more detailed than that. Where do you stop? How much

4  04 of that -- how much is applications, how much is human

5  05 resources versus financials? You can estimate that as

6  06 well.

7  07       So there were a bunch of people at Oracle

8  08 thought we should ask the salespeople to give us very

9  09 detailed descriptions of every opportunity, saying okay,

10 10 this is a million-dollar deal with $64,000 of human

11 11 resources, $105,000 of financials, 26,000 of CRM, of

12 12 which 13,000 was sales and 13,000 was service, so much

13 13 application server, so much database. I mean, it's a

14 14 very elaborate -- it's very complicated to do.

15 15       I didn't think that kind of information was

16 16 necessary. I didn't use it myself, so I -- to me,

17 17 product forecasting -- financial forecasting -- is it

18 18 important to get a very accurate financial forecast?

19 19 Yes. Was it very important to know how much of that

20 20 forecast was our HR product? No. I didn't think -- I

21 21 don't think that's important to know.

22 22       It's very important to know, when we actually

23 23 sell deals, how much was HR. But do I want the

24 24 salespeople -- A, they won't do it. The salespeople

25 25 will not be able to type in -- it's wildly inaccurate,

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

1  00187:01 to start with. So it's a lot of effort for a lot of

2  02 inaccurate information.

3  03       So product forecasting, which has nothing to

4  04 do with financial forecasting, I would argue, you know,

5  05 is something that -- you know, sure, I'd like to know,

6  06 if you could tell me. But I'm not going to, you know,

7  07 spend a lot of effort to try to get it. Why? Why do I

8  08 want it?

9  09   Q. Well, did certain areas of the economy buy

10 10 certain -- have a tendency to buy certain of Oracle's

11 11 products?

12 12   A. That's different. So, for example,

13 13 telecommunications -- what you asked -- so let me be

14 14 clear. I'd be very interested in how our sales were

15 15 going in Southeast Asia after a currency crisis. I'd

16 16 expect they'd go down. So that's something -- I want

17 17 to, you know, monitor that in a macroeconomic sense.

18 18       When the telecom's bubble got burst or the

19 19 dot-com bubble burst, I would expect that sales to those

20 20 industries would decline. And that, we need to know for

21 21 modeling reasons and allocating salespeople and all this

22 22 other stuff.

23 23       What I don't need to know or don't think it's

24 24 all that important to know is, if we have a specific

25 25 deal with, let's say -- pick a company -- General

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

1  00188:01 Electric, GE Medical, and that deal's going to be a

2  02 $5 million deal, is it really important for me to know

3  03 that 4 million of that 5 million is financials and

4  04 1 million is human resources? Is that really important

5  05 for me to know that that's what that deal is? Before

6  06 the deal's booked. This is on the forecast. And do I

7  07 think I can get the salespeople to enter such

8  08 detailed -- such detailed information about their

9  09 opportunities?

10 10       The answer is I haven't been able to figure

11 11 out how to get the salespeople to enter such detailed

12 12 information. I haven't found the information accurate.

13 13 I haven't found it important or useful in forecasting

14 14 the quarter. So we just haven't spent a lot of effort

15 15 in trying to get it. But I guess I don't know where

16 16 you're getting --

17 17   Q. Well, I guess -- isn't it true that OSO was

18 18 set up to require the salespeople to, when they have a

19 19 potential deal, to split it up into ERP, CRM, database

20 20 and tools?

21 21   A. Absolutely.

22 22   Q. Okay. So that was done for a purpose, I

23 23 assume.

24 24   A. Yeah, we -- we -- some managers would like to

25 25 know exactly what the split would be, absolutely. Some

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

```
1   00189:01 people want to know that.
2   02    Q. All right. And I guess what I don't
3   03 understand is why you think that geographic forecasts
4   04 are significant trends to watch, but you don't think
5   05 that product forecasts are significant trends to watch.
6   06    A. Geographic forecasts are easy trends to watch.
7   07 They're easy to get. Product forecasts are extremely
8   08 difficult to get. So it's relatively easy for me to
9   09 look at a forecast for Germany. It's relatively hard
10  10 for me to look at a forecast for human resources, though
11  11 we're getting better at it, you know, for HR. It's very
12  12 hard for me to look at -- you know, for HR -- again, I
13  13 don't know why this is important -- looking for HR for
14  14 Japan.
15  15       The system is the salesperson, if they enter a
16  16 million-dollar deal and they're a German salesperson,
17  17 it's a million-dollar deal in Germany. If they're
18  18 selling only to telecom companies, I know I can watch
19  19 the telecom forecast. So I can just look at a
20  20 salesperson's deal -- they're assigned to that vertical
21  21 industry or that geographic territory, and all I have to
22  22 do is add up their numbers and I'll get a pretty
23  23 accurate financial forecast.
24  24       What requires additional effort on the part of
25  25 the salesperson is -- "Okay, I'd like to know
```

Oracle Related Cases                                    Page 189

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

```
1   00190:01 exactly" -- people want to know a lot of things --
2   02 "exactly where the sales deal is. Describe every
3   03 conversation you've ever had with the customer and what
4   04 they've said. Every time you call the customer on the
5   05 telephone, you know, give me notes about the
6   06 conversation," 'cause you want to know how you're
7   07 progressing through the deal, right? I mean, you'd
8   08 like -- people's sales managers want to know how well
9   09 they're progressing through the deal.
10  10       But we don't ask the salespeople to give us
11  11 notes about every time they talk to the customer. You
12  12 know, we'd like them to do that if that's convenient for
13  13 them to do. We -- you know, we'd like the salespeople
14  14 to enter the detailed product information in their
15  15 forecast, but it's a lot of additional effort. They
16  16 don't like to do it. They don't take a lot of time
17  17 making the estimates.
18  18       So what happens is, is someone says "Okay,
19  19 you're going to require me -- okay, Larry, you want me
20  20 to enter CRM versus ERP versus database. All right.
21  21 It's a million-dollar deal; it's all database."
22  22       Well, then it comes in 50 percent -- half with
23  23 CRM. "Oh, yeah, I was wrong."
24  24       They -- you know, there's no -- the deal
25  25 changes. They don't want -- you know, people don't like
```

Oracle Related Cases                                    Page 190

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

```
1   00191:01 to spend a lot of time in front of a computer, you know,
2   02 typing in that information. Did I -- so I just don't
3   03 rely on -- you know, on the product forecast. The
4   04 product forecasts have not been nearly as accurate as
5   05 the financial forecasts.
6   06       So just looking back on it and trying to
7   07 explain -- you know, explain why is people don't take --
8   08 people take pretty great care in entering their
9   09 financial forecasts. People do not take great care in
10  10 entering their product forecasts.
11  11    Q. When you say "financial forecast," can you
12  12 define what you mean.
13  13    A. Looking at one opportunity, as we discussed
14  14 before --
15  15    Q. Right.
16  16    A. -- this is a million-dollar opportunity. That
17  17 million dollars are pretty -- they've really thought
18  18 about that number, the million dollars' worth of
19  19 software I'm going to sell. That's a pretty accurate
20  20 number.
21  21    Q. That's the financial forecast?
22  22    A. That's the financial forecast. So we can
23  23 pretty much rely -- that's a relatively reliable number.
24  24    Q. All right.
25  25    A. Then they go to the next stage and say "Well,
```

Oracle Related Cases                                    Page 191

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

```
1   00192:01 half of that's going to be applications and half of
2   02 that's going to be database."
3   03       That is a much -- much less thought has gone
4   04 into that -- that assessment. And that tends to be a
5   05 much less reliable number. It could be 80 percent
6   06 applications; it could be all database. We really don't
7   07 know.
8   08       Just saying from historic analysis, our
9   09 product forecasts have not been as accurate as our
10  10 financial forecasts.
11  11    Q. All right.
12  12    A. And we think it's because salespeople either
13  13 don't know or, you know, have difficulty or don't want
14  14 to enter that information in some detail.
15  15    Q. If the product forecasting information was
16  16 accurate, do you think it would be useful?
17  17    A. Oh, sure. Sure.
18  18    Q. Okay.
19  19    A. But what's really useful are the product
20  20 actuals. And the reason I don't feel so strongly
21  21 about -- I don't have a very high priority in the
22  22 product -- you know, the product forecasting --
23  23 financial forecasting's very important. When you miss a
24  24 financial forecast, people get upset. If we miss a
25  25 product forecast, no one really much cares. It's much
```

Oracle Related Cases                                    Page 192

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1    00193:01 less -- much less of an issue.
2    02        We don't make product forecasts, as a general
3    03 rule. We do provide -- we do provide tremendous -- you
4    04 know, a lot of information on what we've actually sold.
5    05 So we have very accurate information what's actually
6    06 been selling. I don't -- when we're looking at a
7    07 product trend, these tend to be rather long-term trends.
8    08        Maybe I'd understand this better if I knew
9    09 where we're going with all this.
10   10     Q.  Well --
11   11     A.  But if you're asking me would I like to have
12   12 more -- more -- more -- more information, the answer is
13   13 sure. Do I think I can reasonably well get it?  Haven't
14   14 been able to yet.
15   15     Q.  You said you don't make product forecasts. I
16   16 mean, that's -- that's not -- that's not actually true,
17   17 is it?
18   18     A.  Well, we make general forecasts in huge
19   19 groups --
20   20     Q.  Okay.
21   21     A.  -- of database and applications --
22   22     Q.  Okay.
23   23     A.  -- which is not -- I'm sorry. Maybe I was
24   24 using the word -- I wasn't using the word "product"
25   25 clearly. We have two huge technology -- software

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1    00194:01 business -- so we have the application business and we
2    02 have the database business.
3    03     Q.  Right.
4    04     A.  And we certainly forecast those two
5    05 businesses.
6    06     Q.  Okay, that's the --
7    07     A.  So maybe the word "product" -- maybe the word
8    08 "product" -- so there's two huge areas --
9    09     Q.  Right.
10   10     A.  -- database and applications. We certainly
11   11 forecast that. We watch that. But at a product
12   12 level -- maybe this is where all the confusion is.
13   13     Q.  Right.
14   14     A.  Where we're looking at human resources as a
15   15 portion of applications, would we like -- you know,
16   16 would we like to have better forecast information on
17   17 that?  Sure. The fact that we have historical trends,
18   18 we can look at growth and human resources over the last
19   19 few years, is knowing how we're going to do this quarter
20   20 really important to our assessment of the quality of our
21   21 human resources product?  Probably not.
22   22     Q.  I think you --
23   23     A.  I'm not sure.
24   24     Q.  I think we were using "product" from different
25   25 ends of the spectrum.

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1    00195:01     A.  Okay.
2    02     Q.  And I was -- and I apologize. I was actually
3    03 talking about product in the technology and applications
4    04 level and not on --
5    05     A.  Good.
6    06     Q.  -- specifically product --
7    07     A.  The two different businesses.
8    08     Q.  Yeah, the business level.
9    09     A.  Right.
10   10     Q.  Okay, so -- as opposed to product forecasting,
11   11 how about business forecasting?
12   12     A.  Yeah.
13   13     Q.  Was that something that was important?
14   14     A.  Yes. And even that's harder to get. But
15   15 it -- but it's much easier to get than product
16   16 forecasting. But even that's less accurate. So even --
17   17 so -- the more detailed you get, the greater chance for
18   18 error. And this is just standard statistics, right.
19   19        So if you have one financial number and you
20   20 estimate that, that's going to be more accurate than if
21   21 you say "Well, I'm going to give you two numbers. I'm
22   22 going to give you applications and database."
23   23        Then if I break up applications into six
24   24 subgroups and give you six numbers, getting -- you know,
25   25 that is substantially harder to get right than getting

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1    00196:01 the top line right.
2    02     Q.  Okay.
3    03     A.  So that's -- I'm sorry. Maybe -- that's all I
4    04 was saying.
5    05     Q.  Okay.
6    06     A.  The more data you gather, the greater chance
7    07 of human error. The more -- the more separate forecasts
8    08 you make, the more chance of error.
9    09     Q.  All right. Earlier today I asked you about
10   10 something called conversion rate.
11   11     A.  Yes.
12   12     Q.  I didn't ask you about something that's called
13   13 coverage rate. Do you understand -- what do you
14   14 understand by that term?
15   15     A.  Okay. So conversion rate is the ratio between
16   16 actuals -- actuals to pipeline.
17   17     Q.  Yes.
18   18     A.  How many of those potential deals became
19   19 contracts.
20   20     Q.  Yes.
21   21     A.  Coverage is based on the forecast -- based on
22   22 the forecast, how much bigger -- in terms of
23   23 percentages, how much bigger is the pipeline -- the
24   24 potential pipeline for this quarter versus the forecast.
25   25 What's our coverage.

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41.00 AM

1   00197:01   Q.  One's the inverse of the other?

2   02   A.  It's -- it's -- it's just -- it's just a

3   03   ratio.  So if forecast -- if -- it's really pipeline

4   04   over -- pipeline over -- over forecast.  So if you have

5   05   a $3 million pipeline and a $1 million forecast, you

6   06   have a three-to-one or a 300-percent coverage.

7   07   Q.  And the inverse of that is the conversion

8   08   ratio, right?

9   09   A.  No, conversion ratio doesn't use forecast.

10   10   Conversion ratio -- so the two ratios -- both ratios use

11   11   pipelines.

12   12   Q.  Okay.

13   13   A.  Coverage is -- is forecast divided into

14   14   pipeline.  I'll give you a couple of examples.

15   15   Q.  Okay.

16   16   A.  All right.  So let's say we got a $3 million

17   17   pipeline and we got a $1 million forecast.  Okay.  So

18   18   that will give us a 300-percent coverage, three to one.

19   19   Let's say we have a traditional conversion rate of

20   20   50 percent.  And -- conversion ratio.  And that is --

21   21   let's say historically for the last ten quarters, we've

22   22   had a $3 million pipeline.  Every quarter, for some

23   23   reason, we've got a $3 million pipeline.  And every

24   24   quarter we close exactly one and a half million dollars

25   25   of that.

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41.00 AM

1   00198:01   That means our conversion rate is half.  Take

2   02   the pipeline, divide it by two, and that's how many may

3   03   become deals, okay.

4   04   So now you got a pipeline -- so we got a

5   05   conversion ratio.  So our conversion ratio, if it's

6   06   50 percent -- so we're sitting there -- let's look at

7   07   the forecast we just had here.  So we have coverage of

8   08   300 percent, or three-to-one coverage.  And we have a

9   09   conversion -- let's apply the standard -- the historic

10   10   conversion ratio to that pipeline.

11   11   The historic conversion ratio is 50 percent,

12   12   but a $3 million pipeline.  So we should sell a million

13   13   and a half dollars.  What's the forecast?  A million

14   14   dollars.  Oh, that's good.  Should be a conservative

15   15   forecast.  All right.  The forecast is less -- is

16   16   less -- assumes a lower conversion rate than our

17   17   historic trends, all right.  So if you use -- so we --

18   18   so if you look at -- am I ...

19   19   Q.  I'm following you, trust me.

20   20   A.  Okay, all right.  Okay.  Don't stop.

21   21   Q.  Okay.  Isn't it true that Oracle used -- or

22   22   tracked both end-of-quarter conversion rates and

23   23   intraquarter conversion rates in fiscal year '01?  Two

24   24   different numbers, arrived at essentially the same way.

25   25   A.  Well, I think at -- well, again, we looked at

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41.00 AM

1   00199:01   a lot of different conversion ratios, so we have -- we

2   02   have lots of numbers, one of which is on big deals.  We

3   03   looked at conversion ratio on big deals, all right, just

4   04   the last -- the last ten days of the quarter.

5   05   Q.  I'm talking about on your --

6   06   A.  Total pipeline.

7   07   Q.  In your total pipeline, in your Monday reports

8   08   that you got weekly --

9   09   A.  Right.

10   10   Q.  -- didn't those weekly reports track the

11   11   forecast against the pipeline and arrive at a conversion

12   12   ratio intraquarter that's separate and different,

13   13   although maybe the mathematical formula is the same,

14   14   separate and different from the end-of-the-quarter

15   15   conversion ratio that you've been describing?

16   16   A.  That would be a forecast conversion ratio.  So

17   17   that would be -- okay.  Now I understand.  Sometimes

18   18   it's just communication.  I'm not really trying -- okay.

19   19   So that is -- 'cause the number we're really

20   20   interested in -- so let's go back to our previous

21   21   example.  So the coverage -- the coverage of three to

22   22   one.  Said another way, another term, which is, that

23   23   means we're forecasting a conversion ratio of

24   24   33 percent --

25   25   Q.  Right.

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41.00 AM

1   00200:01   A.  -- that's a --

2   02   Q.  The inverse?

3   03   A.  Right.  Exactly.  We're forecasting a

4   04   conversion ratio of 33 percent.  We're forecasting,

5   05   looking forward, forecasting a conversion ratio of

6   06   33 percent.

7   07   Q.  Yes.

8   08   A.  Historically looking backwards, we have a

9   09   conversion ratio of 50 percent.

10   10   Q.  An actual.

11   11   A.  An actual conversion ratio of 50 percent.  So

12   12   the fact that we're forecasting a conversion ratio of

13   13   33 percent should give us some comfort --

14   14   THE REPORTER:  Hold on.

15   15   THE WITNESS:  -- should give us some comfort

16   16   that we're forecasting a conversion ratio less than

17   17   we've historically been getting.

18   18   So as you compare those two -- the forecast

19   19   conversion ratio with a historic conversion ratio, you

20   20   should feel good if the forecast is lower because it

21   21   means that we -- even if we don't perform as well as we

22   22   have historically, we're still going to make our

23   23   forecast.

24   24   MR. DE GHETALDI:  Q.  Okay.  Now,

25   25   intraquarter --

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1    00201:01    A.  Yes.

2    02    Q.  -- this forecast conversion ratio, that is the

3    03  forecast divided by the pipeline --

4    04    A.  Yes.

5    05    Q.  -- did you compare those intraquarter forecast

6    06  conversion ratios to the intraquarter conversion ratios

7    07  in the same quarter of the prior year?

8    08    A.  I don't think so.  I'm not -- I don't think

9    09  so.

10   10    Q.  Okay.  One of the things that we talked about

11   11  earlier today was the comparison of various growth rates

12   12  to other growth rates.  I think one of the examples that

13   13  you gave was a comparison of the pipeline growth rate to

14   14  the forecast growth rate, right?

15   15    A.  Yes.

16   16    Q.  Was that something that you regularly looked

17   17  at in fiscal year '01?

18   18    A.  Yeah.  All the -- all these things are pretty

19   19  much the same thing.  Whether you turn them into the

20   20  ratio or you just look at growth rates, they're all the

21   21  same thing.  Is the pipeline -- you know, at what rate

22   22  is the pipeline growing, at what rate is the forecast

23   23  growing.

24   24         Back to the coverage notion, you'd like your

25   25  opportunities to be growing more rapidly than your

Oracle Related Cases                                    Page 201

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1    00202:01  forecast.  That automatically builds in a certain degree

2    02  of conservatism into your forecast, and comfort.

3    03    Q.  Okay.  And to the extent that those numbers

4    04  tend to converge -- that is, to the extent that your

5    05  pipeline is growing only a little bit faster than your

6    06  forecast -- that might be an area for concern, right?

7    07    A.  Well, it -- I mean, I'd have to look at the

8    08  numbers.  It depends on how much -- how much -- how much

9    09  room you had.  So if your pipeline was very, very large

10   10  and you still had what we call -- hate to use these

11   11  terms -- have adequate coverage, it might not be an area

12   12  for concern.  But it might be.  I'd have to see the

13   13  numbers.

14   14    Q.  Okay.  Were margin growth rates a useful

15   15  forecasting indicator?

16   16    A.  Margins which were related to expenses?

17   17    Q.  Yes.

18   18    A.  Yeah, if expenses were going down again, that

19   19  should give you some comfort that -- there are two ways

20   20  to make more money.  You know, sell more, spend less.

21   21  So I'm a simple guy.

22   22         And so we try to do both simultaneously.  And

23   23  if our expenses were trending down -- our expenses were

24   24  trending down, our sales were trending up.  And those

25   25  are both good things, and both of them contribute to

Oracle Related Cases                                    Page 202

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1    00203:01  having a good quarter.

2    02    Q.  All right.  Is it "Covisint" or "Covisint"?

3    03    A.  I sure don't know.  I'd say "Covisint."

4    04    Q.  What was -- when did Oracle first become aware

5    05  of a Covisint opportunity?

6    06    A.  This is not a simple question.  Covisint was

7    07  the marriage -- the unlikely marriage between the

8    08  purchasing department of General Motors and the

9    09  purchasing department of Ford Motor Company, the two --

10   10  you know, the then two largest industrial corporations

11   11  in North America.  The world?  Close.

12   12         And there was -- during the dot-com bubble,

13   13  there was the interesting idea that if General Motors or

14   14  Ford took their purchasing department -- you know, spun

15   15  off their purchasing department as a Internet --

16   16  separate Internet company, then that purchasing

17   17  department would in fact be worth more than the car

18   18  company.  Interesting.

19   19         And one of our competitors, Commerce One,

20   20  signed a deal with General Motors, and we then proceeded

21   21  to sign a separate deal with Ford Motor Company.  This

22   22  is before they got together, so ... so we had Internet

23   23  procurement software -- selling procurement software in

24   24  what's called a reverse auction.

25   25         So rather than buying -- General Motors or

Oracle Related Cases                                    Page 203

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1    00204:01  Ford motors buying tires from Bridgestone, buying by

2    02  conventional bid process, they would do it a eBay and

3    03  have a reverse auction.  And the tire manufacturers

4    04  would bid and bid and bid until the bidding was closed

5    05  and this would allow them to save a lot of money because

6    06  this reverse auction process would allow them to buy car

7    07  parts and services more cheaply than they could through

8    08  the conventional bidding process.

9    09         So we had reverse auction software.  One of

10   10  our competitors, Commerce One, was a specialist in

11   11  reverse auction software.  Once Commerce One signed up

12   12  General Motors, we went off and signed a deal with Ford.

13   13         Subsequent to us signing that deal with Ford

14   14  Motor Company, Ford Motor Company and General Motors got

15   15  together, I think mediated by Morgan Stanley, said "Gee,

16   16  if you guys combine this reverse auction venture into

17   17  one and bring in Chrysler, we think this company would

18   18  be worth a fortune.  And we'll take it -- you know,

19   19  we'll get it started, we'll take a public, and it'll be

20   20  worth a lot of money."

21   21         And GM and Ford did indeed create a joint

22   22  venture called "Covisint," "Covisint."  And included two

23   23  software suppliers, at least, us on the Ford -- from the

24   24  Ford side and Commerce One from the General Motors side.

25   25         The original structure of the deals were that

Oracle Related Cases                                    Page 204

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

1   00205:01 Commerce One would give General Motors ten percent of

2   02 their company in exchange for Commerce One getting this

3   03 contract. We were unwilling to give up any of Oracle

4   04 Corporation to Ford for this. We don't do business like

5   05 that. Instead of being paid for our software, I believe

6   06 the original deal envisioned was that we would get two

7   07 and a half percent of the company. Anyway, we thought

8   08 that was a really bad idea. Over time -- we're in

9   09 business to sell software in exchange for money. We

10  10 don't really want to own percent -- you know, companies.

11  11        And again, this dragged out. So this was a

12  12 long, drawn-out process. So we had a variety of

13  13 negotiating teams. I mean, this went on for probably 18

14  14 months. And eventually we wanted a very conventional

15  15 software deal where you give us so much money, we give

16  16 you so much software, and -- it was a little more

17  17 complicated than that, actually. But that -- but the

18  18 material part of it was we have software, you have

19  19 money, we'll make a trade. And we'll -- and we'll do

20  20 the deal.

21  21        But again, this was an extremely long,

22  22 drawn-out process where initially we had a deal with

23  23 Ford. Ford had -- you know, there was a new venture

24  24 created. The new venture had to be funded by the

25  25 parents. They brought in Chrysler. There were lots of

Oracle Related Cases                                    Page 205

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

1   00206:01 moving parts to this deal.

2   02     Q.  Toyota was brought in at some point, or ...

3   03     A.  I think they tried to bring in Toyota. I

4   04 don't think they successfully brought in Toyota. They

5   05 might have brought in one Japanese manufacturer, but I'm

6   06 almost positive it wasn't Toyota.

7   07     Q.  Okay. Okay.

8   08     A.  But I think they did -- they did

9   09 theoretically -- I think they brought in Daimler

10  10 Chrysler.

11  11     Q.  Daimler Chrysler. And it's your understanding

12  12 that it didn't start out as a pure sale of Oracle

13  13 product to this new company?

14  14     A.  No. It started out as a -- as a sale -- a sale

15  15 to Ford Motor Company of software, and then Ford created

16  16 this joint venture with General Motors.

17  17     Q.  A sale to Ford of software?

18  18     A.  Procurement software.

19  19     Q.  Right. But it didn't originally include any

20  20 equity interest --

21  21     A.  In Ford?

22  22     Q.  -- in Ford?

23  23     A.  No.

24  24     Q.  And it didn't include --

25  25     A.  I mean, the same period of the transaction.

Oracle Related Cases                                    Page 206

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

1   00207:01 Originally it was the sale of our procurement software

2   02 to Ford. But during the dot-com bubble, there was -- a

3   03 number of interesting ideas showed up. Not all of them

4   04 were very good. This was one that hasn't been very

5   05 good.

6   06        And so Ford and GM decided to get together in

7   07 this buying consortium and share -- create this new

8   08 company called Covisint and then bring in Daimler

9   09 Chrysler and other auto manufacturers. And then they

10  10 would -- you know, then they would hopefully bring in

11  11 all the suppliers. And this would be -- this

12  12 purchasing -- this company would do all the buying for

13  13 the auto companies and then take one percent or two

14  14 percent for themselves as profit, or something like

15  15 that, was the general idea.

16  16     Q.  Okay. How big was the original sale of Oracle

17  17 software to Ford?

18  18     A.  I'm guessing, but I don't think I'll be far

19  19 off, $10 million.

20  20     Q.  Okay.

21  21     A.  $5 million? I don't know. You know, a

22  22 moderate deal. Moderate-size deal.

23  23     Q.  Initially who was primarily responsible for

24  24 these negotiations?

25  25     A.  We had a number of different teams of people.

Oracle Related Cases                                    Page 207

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

1   00208:01 I think Safra Catz, and Safra Catz ran everything.

2   02     Q.  In the end. But initially who was running it;

3   03 do you remember?

4   04     A.  One of our automobile sales guys.

5   05     Q.  Okay. Did it ever get too big for one of your

6   06 automobile sales guys?

7   07     A.  Well, Ray Lane was involved in the deal. I

8   08 mean, Ray actually came to me with the idea of shouldn't

9   09 we give Ford ten percent of Oracle to get this deal,

10  10 which was -- seemed like a bad idea to me. So Ray was

11  11 the one bouncing back and forth between General Motors

12  12 and Ford to actually get this initial deal.

13  13     Q.  Did you have any personal involvement in the

14  14 negotiations of this deal between January 2000 and

15  15 June 2000?

16  16     A.  I don't think so. I mean, I might have made a

17  17 technology -- a technical presentation on our auctioning

18  18 software, or something like that, but nothing -- nothing

19  19 to do with the financial -- nothing to do with the terms

20  20 and conditions of the contract or the business

21  21 relationship. Perhaps something about the technology.

22  22     Q.  All right. Mr. Lane was terminated at some

23  23 time, right?

24  24     A.  He was.

25  25     Q.  Okay. When was that?

Oracle Related Cases                                    Page 208

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00209:01   A.  I'd have to go back and look it up.  Don't
2   02 know.
3   03      Q.  Sometime in the summer of 2000?
4   04      A.  Yeah.  Don't recall.
5   05      Q.  And it's your understanding that Safra Catz
6   06 sort of stepped in in Mr. Lane's shoes?  With the
7   07 Covisint deal, that is.
8   08      A.  She certainly ran the Covisint deal, yes.
9   09      Q.  Okay.
10  10      A.  But I think -- yes.
11  11      Q.  Was George Roberts ever involved in the
12  12 Covisint deal?
13  13      A.  I think a lot of people were involved, but the
14  14 actual signing of the -- if you're talking about the
15  15 Covisint contract, not the earlier Ford contract -- if
16  16 you're talking about the Covisint contract -- and
17  17 actually, I'm not a hundred percent certain we actually
18  18 signed a Ford contract.
19  19      To be -- again -- we could have been in
20  20 negotiation with the Ford -- for the Ford contract for X
21  21 millions of dollars, you know, and exchange of equity,
22  22 and all these other weird things, and then that got
23  23 merged into Covisint.  So the Ford contract might have
24  24 evolved into Covisint.  I don't really -- I don't
25  25 remember where we were with the papers, and did we --

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00210:01  did we sign a separate procurement deal with Ford.  I
2   02 think we did, but I'm not completely certain.
3   03      But yes.  Safra Catz took over the negotiation
4   04 and did the entire Covisint negotiation herself.
5   05      Q.  All right.  Was Sandy Sanderson ever involved
6   06 in the Covisint negotiations?
7   07      A.  He could have been.  But again, in terms of
8   08 the definitive terms and conditions, it was Safra.  I
9   09 mean, a lot of people talked to Ford Motor Company and
10  10 GM.
11  11      MR. DE GHETALDI:  Let's mark this one next,
12  12 please.
13  13      (DC Exhibit No. 103
14  14      marked for identification).
15  15      MR. DE GHETALDI:  Q.  Do you recall reading
16  16 any of the e-mails that are being forwarded in Exhibit
17  17 103 in the summer of 2000?
18  18      A.  I certainly remember some of it, yes.
19  19      Q.  Okay.  At the bottom of the first page of 103,
20  20 Mr. Sanderson says that he'll get engaged on this ASAP,
21  21 including assuming Ray's role on Covisint's advisory
22  22 board.  Do you see that?
23  23      A.  Yes.
24  24      Q.  What was Covisint's advisory board?
25  25      A.  I'm not entirely certain.  The management

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00211:01  team, I guess, had a series of -- it's not uncommon -- I
2   02 know what an advisory board is, so I assume Covisint's
3   03 was no different than anyone else's.
4   04      It's a series of outside executives who advise
5   05 the managers of the company.  They're not on your board;
6   06 they're not -- you know, they're not board members; they
7   07 don't represent the shareholders.  These are people who
8   08 have business -- specific business or technical
9   09 knowledge as to your business and they provide advice.
10  10      Q.  On the fourth page of Exhibit 103, the Bates
11  11 number down at the bottom right is 23222, and a
12  12 handwritten note in the upper left quarter of the page
13  13 that says "the deal."
14  14      A.  Yep.
15  15      Q.  Says "License fees as follow:
16  16      $225 million paid over three years,
17  17      75 million each year."
18  18      The deal had grown substantially from
19  19 10 million to 225?
20  20      A.  Well, this is a deal with a new company called
21  21 Covisint.  And the deal we originally envisioned with
22  22 Ford was just a procurement deal inside of Ford, which I
23  23 thought was a small deal.  But again, there were a lot
24  24 of -- there were a lot of strange things going on at
25  25 this time, you know; the idea of spinning stuff out,

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00212:01  forming separate companies, taking them public, equity
2   02 sharing, all this other stuff, so ...
3   03      I know we've done a procurement deal with
4   04 Ford.  Maybe I'm getting it confused with other things,
5   05 but I know we've done a procurement deal with Ford, 5-
6   06 to $10 million.  When exactly we did that, I'm not sure.
7   07 But, you know, this -- you know, this particular deal
8   08 was with a joint venture between Ford and GM.  This is
9   09 quite a bit down the road from --
10  10      Q.  Right.
11  11      A.  -- from the initial deal.  And maybe I was
12  12 mistaken in my 5- to $10 million thing with Ford.
13  13 Memory -- may have made a mistake.  But at this point,
14  14 we're negotiating with the joint venture and proposing
15  15 to sell them an awful lot of software.
16  16      Q.  Right.  So it's your understanding that this
17  17 $225 million over three years is Oracle's proposal?
18  18      A.  I think it was something we were considering
19  19 proposing.
20  20      Q.  Okay.  Do you know if that proposal was ever
21  21 made?
22  22      A.  I don't know.  Considering that the Covisint
23  23 deal was eventually signed, I think, at $70 million and
24  24 it was by far the largest deal we'd ever done in our
25  25 history, and this is a lot larger, it's been a hell of a

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

1   00213:01 deal. So it just seems a little extreme to me.

2   02      Q.  That same paragraph talks about giving

3   03 Covisint an unlimited irrevocable fully-paid perpetual

4   04 license to the software, along with an entitlement to

5   05 all upgrades. Was that something that Oracle had ever

6   06 done in the past?

7   07      A.  No, but we'd do it every day for $225 million.

8   08      Q.  Did you give an approval to Mr. Sanderson to

9   09 make this proposal?

10  10      A.  If memory serves me, what I wanted to do, was

11  11 important to me, was to get away from this ridiculous

12  12 revenue sharing -- shouldn't say ridiculous -- this

13  13 alternative proposal that had been on the table of we

14  14 would own a certain percentage of Covisint and we get so

15  15 much of their revenue and so much of their profits, and

16  16 they would own little pieces of an Oracle -- special

17  17 company we were creating out of Oracle, which was an

18  18 enormously complicated transaction which assumes that

19  19 Covisint's going to go public and be worth billions and

20  20 we're going to take our own Oracle exchange company

21  21 public and it's going to be worth billions. It was this

22  22 dot-com fantasy.

23  23      And I wanted -- you know, which I didn't

24  24 really believe in. And I wanted to have a very -- a

25  25 much simpler deal. We're in the business of selling

Oracle Related Cases                                Page 213

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

1   00214:01 software, you know, not trading equity, not sharing in

2   02 profits. We're in the business of selling software, and

3   03 I wanted to have a very simple deal.

4   04      What Ray had crafted was a very -- was a very

5   05 Silicon Valley-esque dot-com-esque kind of transaction.

6   06 And it's just kind of something I thought was a mistake.

7   07      Q.  Okay.

8   08      A.  So I wanted to recraft the deal as software in

9   09 exchange for money. What a concept. That's our

10  10 business.

11  11      Q.  So it ended up actually, are you saying, along

12  12 those lines, more just a straight sale of software?

13  13      A.  That's all I've been -- yeah. Yeah.

14  14      Q.  Did Oracle acquire any equity interest in

15  15 Covisint as part of the deal?

16  16      A.  You know, we might have ended up with a half a

17  17 percent or something like that. But I don't think so.

18  18 Again, I have to -- you know, I'm not sure.

19  19      I certainly didn't want any. But I think we

20  20 might have had to take some so it wouldn't hurt their

21  21 feelings. And I'm not kidding. If we didn't take some

22  22 of their company, they might have felt we didn't believe

23  23 in them.

24  24      Q.  All right. Didn't you get two percent?

25  25      A.  Did we get two percent in the end?

Oracle Related Cases                                Page 214

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

1   00215:01      Q.  Yeah.

2   02      A.  We might have. The reason I paid no attention

3   03 to it is I thought it was going to be worthless.

4   04      Q.  Okay.

5   05      A.  And ...

6   06      Q.  Did you get a share of the revenue?

7   07      A.  Don't recall that either. I didn't believe --

8   08 trust -- I didn't think equity and revenue would have --

9   09 would play any part, though I think the judgment of

10  10 negotiating team was --

11  11      So the answer is I don't remember, but the

12  12 judgment of the negotiating team was if we didn't ask

13  13 for some revenue and for some equity, they -- they would

14  14 have thought that they weren't a believer -- we weren't

15  15 true believers.

16  16      Q.  Okay.

17  17      Q.  Did Commerce One end up supplying software to

18  18 Covisint as well as Oracle?

19  19      A.  Yeah.

20  20      Q.  What did Commerce One -- what type of software

21  21 did Commerce One supply?

22  22      A.  Commerce One had only one kind of software,

23  23 and they were -- they had a reverse auction software and

24  24 we had reverse auction software and lots of other

25  25 software.

Oracle Related Cases                                Page 215

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

1   00216:01      Q.  Right.

2   02      A.  So -- but the strange thing about this was --

3   03 and this is sealed, right?

4   04      MR. SALPETER:  Yes.

5   05      THE WITNESS:  Strange thing about this was the

6   06 companies merged -- I mean GM and Ford -- but Ford was

7   07 running our exchange software side by side and Commerce

8   08 One was running General Motors' exchange software. So

9   09 the companies really weren't talking to each other. So

10  10 none of this stuff was really -- very surreal

11  11 experience.

12  12      That's why let's just sell our software. I'm

13  13 not sure we want to own any of this. But it was an

14  14 unnatural act.

15  15      There were a lot of peculiar things going on

16  16 in 2000. I think we all -- the fact that GM and Ford

17  17 Motor Company, two companies that really don't like each

18  18 other, they're sworn enemies, right, they're -- you

19  19 know, compete daily, you know, were suddenly forming

20  20 this joint venture was an unnatural act.

21  21      And then the teams would come together.

22  22 Commerce -- you know, and there was no way to make a

23  23 decision. And so Ford kind of had its half of the

24  24 building. You know, it was a very strange school, you

25  25 know. All my guys were over here; all your guys were

Oracle Related Cases                                Page 216

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1    00217:01  over there.  Didn't talk very much.
2    02        I mean, if you want anecdotes, I've got some
3    03   fantastic anecdotes.
4    04        MR. DE GHETALDI:  Okay.  I think we're close
5    05   to the end of the tape.
6    06        MR. SALPETER:  Before we do that, is there any
7    07   chance we could finish the deposition tonight?
8    08        MR. DE GHETALDI:  Today, no.
9    09        MR. SALPETER:  And what is your best guess for
10   10   tomorrow?
11   11        MR. DE GHETALDI:  Half a day.
12   12        MR. SALPETER:  Well, I think you wanted to
13   13   stop around 5 if we weren't going to finish.
14   14        THE WITNESS:  Could we do that?
15   15        MR. DE GHETALDI:  Fine with me.  That's what I
16   16   was sort of planning.
17   17        THE WITNESS:  It's up to you guys.
18   18        MR. DE GHETALDI:  I was actually planning on
19   19   stopping at 5, which I think is --
20   20        THE WITNESS:  I'll go to midnight if you want
21   21   to finish today.
22   22        MR. DE GHETALDI:  No.
23   23        MR. SALPETER:  So is it 5:00 now?
24   24        MR. DE GHETALDI:  It's 5:00 now.
25   25        MR. SALPETER:  You want to stop now?
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1    00218:01       THE WITNESS:  Is that all right for everybody?
2    02        MR. DE GHETALDI:  Yeah.
3    03        MR. SALPETER:  Okay, very good.  I think we're
4    04   going to stop now.
5    05        THE VIDEOGRAPHER:  At the end of Volume I,
6    06   tape 3, this concludes today's deposition of Lawrence J.
7    07   Ellison.
8    08        The original videotapes will be retained by
9    09   Dan Mottaz Video Productions LLC, 182 Second Street,
10   10   Suite 202, San Francisco, California, 94105, telephone
11   11   415-624-1300.  The time is 5:03 p.m.  We are off the
12   12   record.
13   13        (Deposition adjourned at 5:03 p.m.)
14   14
15   15              --oOo--
16   16
17   17
18   18
19   19
20   20           .
21   21
22   22
23   23
24   24
25   25
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1    00219:01       CERTIFICATE OF WITNESS
2    02
3    03
4    04
5    05        I, the undersigned, declare under penalty of
6    06   perjury that I have read the foregoing transcript and I
7    07   have made any corrections, additions or deletions that I
8    08   was desirous of making; that the foregoing is a true and
9    09   correct transcript of my testimony contained therein.
10   10        EXECUTED this _____ day of ____ _____,
11   11   200__, at _____, __ _____.
12   12
13   13
14   14
15   15
16   16
17   17      _____
18   18        Signature of Witness
19   19
20   20
21   21
22   22
23   23
24   24
25   25
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1    00220:01       REPORTER CERTIFICATE
2    02        I hereby certify that the witness in the
3    03   foregoing deposition was by me duly sworn to testify to
4    04   the truth, the whole truth and nothing but the truth in
5    05   the within-entitled cause; that said deposition was
6    06   taken at the time and place herein named; that the
7    07   deposition is a true record of the witness's testimony
8    08   as reported to the best of my ability by me, a duly
9    09   certified shorthand reporter and a disinterested person,
10   10   and was thereafter transcribed under my direction into
11   11   typewriting by computer; that the witness was given an
12   12   opportunity to read and correct said deposition and to
13   13   subscribe the same.  Should the signature of the witness
14   14   not be affixed to the deposition, the witness shall not
15   15   have availed himself or herself of the opportunity to
16   16   sign or the signature has been waived.
17   17        I further certify that I am not interested in
18   18   the outcome of said action, nor connected with, nor
19   19   related to any of the parties in said action, nor to
20   20   their respective counsel.
21   21        IN WITNESS WHEREOF, I have hereunto set my
22   22   hand this 1st day of March, 2004.
23   23
24   24      _____
25   25
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1   00221:01        ROBERT BARNES ASSOCIATES

2        02        San Francisco, California  94102

3        03

4        04                Date: 3/1/04

5        05 TO: LAWRENCE J. ELLISON

6        06        ALAN N. SALPETER, ESQ.

7        07        Chicago, IL 60603

8        08

9        09 RE: COORDINATION PROCEEDING

10       10        Deposition taken February 26, 2004

11       11 Dear LAWRENCE J. ELLISON:

12       12 The original transcript of your deposition taken in the

13       13 at this office for your reading, correcting and signing.

14       14 copy.  Please notify this office and all counsel in

15       15 deposition transcript.

16       16 Your rights regarding signature of this deposition are

17       17 original deposition transcript will be sealed in

18       18

19       19 transcript of your deposition, please contact this

20       20 Friday, to make an appointment.

21       21

22       22                Sincerely,

23       23

24       24                CSR No. 6438

25       25 cc:  All counsel

Oracle Related Cases                              Page  221